UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MARECHAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC.; STEPHEN R. DAVIS; and ELENA H. RIDLOFF,<br><br>Defendants. | Case No.: 3:21-cv-00762-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

On April 19, 2021, Plaintiff Denise Marechal initiated this action by filing a class action Complaint against Defendants Acadia Pharmaceuticals Inc., Stephen R. Davis, and Elena H. Ridloff. (ECF No. 1). On the same day, the Clerk issued the summons and proof of service form. (ECF No. 2). On June 21, 2021, Ohio Carpenters' Pension Fund, International Union of Operating Engineers of Eastern Pennsylvania & Delaware, Brian Campbell, City of Birmingham Relief and Retirement System, David Miller, Hongshu Wang, and James Williford filed Lead Plaintiff Motions. (ECF Nos. 7, 9, 11-14). On July 1, 2021, movant International Union of Operating Engineers of Eastern Pennsylvania & Delaware filed a notice of non-opposition to the Lead Plaintiff Motions. (ECF No. 15).

On July 2, 2021, movants filed a Joint Motion regarding hearing dates and briefing schedules for the Lead Plaintiff Motions. (ECF No. 16). On July 6, 2021, movants David Miller and Hongshu Wang filed a notice of non-opposition to the Lead Plaintiff Motions. (ECF No. 17). On the same day, the Court granted the Joint Motion regarding hearing dates and briefing schedules for the Lead Plaintiff Motions. (ECF No. 18). On July 12, 2021, movant James Williford filed a notice of non-opposition to the Lead Plaintiff Motions; movant Brian Campbell filed a Response to the Lead Plaintiff Motions; movant City of Birmingham Relief and Retirement System filed a Response to the Lead Plaintiff Motions; and movant Ohio Carpenters' Pension Fund filed a notice of non-opposition to the Lead Plaintiff Motions. (ECF Nos. 21, 23-25). On July 19, 2021, movant City of Birmingham Relief and Retirement System filed a Notice. (ECF No. 28). The record reflects no further filings.

Federal Rule of Civil Procedure 4(m) states that

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

This Order constitutes notice to Plaintiff that the Court will dismiss this action against Defendants without prejudice unless, within ninety (90) days from the date of this Order, Plaintiff files: (1) proof that service of the summons and complaint was timely effectuated; or (2) proof that service of the summons and complaint was not required; or (3) a declaration under penalty of perjury showing good cause for failure to timely effect service accompanied by a motion for leave to serve process outside of the 90-day period.

In addition, the Court denies the Lead Plaintiff Motions filed by Ohio Carpenters' Pension Fund, International Union of Operating Engineers of Eastern Pennsylvania & Delaware, Brian Campbell, City of Birmingham Relief and Retirement System, David Miller, Hongshu Wang, and James Williford. (ECF Nos. 7, 9, 11-14). The motions are

1 premature at this stage in the proceedings and are denied without prejudice and with leave
2 to refile after service is properly effectuated.

3  Dated:  August 5, 2021

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court