UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MARECHAL, | Case No. 3:21-CV-00762-WQH-NLS |
| Individually and On Behalf of All Others Similarly Situated, | **ORDER** |
| Plaintiff, | |
| v. | |
| ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and ELENA H. RIDLOFF, | |
| Defendants. | |

HAYES, Judge:

On September 15, 2021, Plaintiff Denise Marechal and Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Elena H. Ridloff jointly moved for an order from the Court extending Defendants' time to respond to the complaint.

Having considered the Parties' joint motion, and good cause appearing therefore, the Court GRANTS the motion, and ORDERS as follows:

1. Defendants need not answer, move, or otherwise respond to the complaint in this action until the Court appoints a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and such Lead Plaintiff files an amended complaint.

2.    The Parties shall meet and confer following the Court's appointment of a Lead Plaintiff and Lead Counsel, and shall agree on a proposed briefing and motion schedule.

Dated:  September 20, 2021

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court

3:21-CV-00762-WQH-NLS