UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MARECHAL, | Case No. 3:21-CV-00762-WQH-NLS |
| Individually and On Behalf of All Others Similarly Situated, | **ORDER** |
| Plaintiff, | |
| v. | |
| ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and ELENA H. RIDLOFF, | |
| Defendants. | |

HAYES, Judge:

The matter before the Court is the parties' Joint Motion Scheduling Filing of Amended Complaint and Defendants' Response. (ECF No. 39).

On September 20, 2021, the Court issued an Order stating that "[t]he Parties shall meet and confer following the Court's appointment of a Lead Plaintiff and Lead Counsel, and shall agree on a proposed briefing and motion schedule." (ECF No. 37 at 2). On September 29, 2021, the Court appointed City of Birmingham Relief and Retirement System Lead Plaintiff and appointed Scott+Scott Attorneys at Law LLP Lead Counsel. (ECF No. 38).

Having considered the parties' Joint Motion, and good cause appearing, the Court grants the Motion, and orders as follows:

1.      Lead Plaintiff shall file an amended complaint on or before December 10, 2021.

2.      Defendants shall file an answer or motion to dismiss the amended complaint on or before February 8, 2022.

3.      If Defendants file a motion to dismiss, Lead Plaintiff's opposition is due on or before April 4, 2022, and Defendants' reply is due on or before May 19, 2022.

Dated:  November 15, 2021

Hon. William Q. Hayes
United States District Court

3:21-CV-00762-WQH-NLS