UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-CV-00762-WQH-NLS |
| Plaintiffs, | **ORDER** |
| v. | |
| ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC, | |
| Defendants. | |

HAYES, Judge:

The matter before the Court is the Parties' Joint Motion for Order Extending Filing Deadlines (ECF No. 49).

Having considered the Parties' Joint Motion, and good cause appearing, the Court grants the Joint Motion for Order Extending Filing Deadlines (ECF No. 49), and orders as follows:

1. Defendants shall file a motion to dismiss on or before February 15, 2022.

2.    Plaintiffs shall file an opposition on or before April 18, 2022.

3.    Defendants shall file a reply on or before June 2, 2022.

Dated:  February 7, 2022

_____
Hon. William Q. Hayes
United States District Court

3:21-CV-00762-WQH-NLS