COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
4401 Eastgate Mall
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  (858) 550 6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
ACADIA Pharmaceuticals, Inc., Stephen R.
Davis, and Srdjan (Serge) R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3: 21-CV-00762-WQH-NLS<br><br>**DECLARATION OF PETER M. ADAMS IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO SUBMIT CHARTS IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

I, Peter M. Adams, declare:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner at Cooley LLP, and counsel of record for defendants ACADIA Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") in the above-titled action.  I submit this declaration in support of Defendants' *ex parte* application for leave to submit charts in support of their motion to dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws.  I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.      On February 7–8, 2022, I communicated via email with Thomas L. Laughlin, IV, William C. Fredericks, and Jacob Lieberman, counsel for Plaintiffs, regarding Defendants' request for leave to submit charts in support of their forthcoming motion to dismiss.  Among other things, I provided Plaintiffs' counsel with charts that are substantially similar to those Defendants seek leave to file here, and which the Court approved for filing with defendants' motion to dismiss in a prior securities litigation involving ACADIA Pharmaceuticals.  *See* Order Granting Defendants' *Ex Parte* Application for Leave to Submit Charts in Support of Their Motion to Dismiss the Third Amended Complaint, *In re ACADA Pharmaceuticals Inc. Sec. Lit.*, No. 3:18-cv-01647-AJB-BGS (ECF No. 106) (S.D. Cal. May 20, 2021).

3.      On February 8, 2022, Mr. Lieberman stated that Plaintiffs take no position regarding Defendants' application and reserve all rights, including moving to strike Defendants' proposed charts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2022, in San Diego, California.

*/s/ Peter M. Adams*
Peter M. Adams