UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3: 21-CV-00762-WQH-NLS<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO SUBMIT CHARTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For good cause shown, the Court grants Defendants' *ex parte* application for leave to submit charts in support of their motion to dismiss Plaintiffs' Amended Class Action Complaint for Violation of the Federal Securities Laws.

**IT IS SO ORDERED.**

Dated: February __, 2022

_____
Hon. William Q. Hayes
United States District Judge