UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF
AND RETIREMENT SYSTEM; and
OHIO CARPENTERS' PENSION
FUND, Individually and On Behalf of
All Others Similarly Situated,

                    Plaintiffs,

        v.

ACADIA PHARMACEUTICALS,
INC.; STEPHEN R. DAVIS; and
SRDJAN (SERGE) R. STANKOVIC,

                    Defendants.

Case No. 3:21-CV-00762-WQH-NLS

**ORDER**

HAYES, Judge:

     For good cause shown, the Court grants Defendants' Ex Parte Application for Leave to Submit Charts in Support of Defendants' Motion to Dismiss (ECF No. 51).

     **IT IS SO ORDERED.**
     Dated:  February 11, 2022

                                      _William Q. Hayes_
                                      Hon. William Q. Hayes
                                      United States District Court

3:21-CV-00762-WQH-NLS