COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R. Davis,
and Srdjan (Serge) R. Stankovic

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-CV-00762-WQH-NLS<br><br>**SUPPLEMENTAL DECLARATION OF PETER M. ADAMS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. William Q. Hayes |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

I, Peter M. Adams, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    Attached as **Exhibit KK** is a true and correct excerpted and highlighted copy of a Piper Jaffray Equity Research report titled, *A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics*, and published on Dec. 5, 2019.

3.    Attached as **Exhibit LL** is a true and correct excerpted and highlighted copy of a Cowen Equity Research report titled, *Perfect HARMONY: CTAD Data Shows 65% Reduction In Risk of Relapse in DRP*, and published on Dec. 5, 2019.

4.    Attached as **Exhibit MM** is a true and correct excerpted and highlighted copy of a historical price chart, produced by Yahoo! Finance depicting Acadia's stock prices between September and December 2019.  It is publicly available at https://finance.yahoo.com/quote/ACAD/history?period1=1567728000&period2=1575590400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

5.    Below is an updated Exhibit Index which includes **Exhibits KK, LL, and MM** in addition to the exhibits previously attached to my original declaration. (Dkt. 53-2.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on June 2, 2022, in San Diego, California.

*/s/ Peter M. Adams*
Peter M. Adams

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

SUPP. ADAMS DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. 3:21-CV-00762-WQH-NLS

## Appendix Index

| App'x | Description | Page No. |
|---|---|---|
| A | Chart of Accurate Factual Statements Challenged in the CAC. | A1 – A8 |
| B | Chart of Statements of Puffery or Corporate Optimism Challenged in the CAC. | B1 – B3 |
| C | Chart of Statements of Opinion Challenged in the CAC. | C1 – C4 |
| D | Chart of Forward-Looking Statements Challenged in the CAC. | D1 – D3 |
| E | Chart of Risk Warnings Contained in Documents Containing Statements Challenged in the CAC. | E1 – E8 |

## Exhibit Index

| Ex. | Description | Page No. |
|---|---|---|
| A | Acadia's press release titled, *FDA Approves ACADIA Pharmaceuticals' NUPLAZID™(pimavanserin) – The First Drug Approved for the Treatment of Hallucinations and Delusions Associated with Parkinson's Disease Psychosis*, and released Apr. 29, 2016. | 1 – 4 |
| B | Acadia's press release titled, *ACADIA Pharmaceuticals Initiates Phase III Study of Pimavanserin in Dementia-Related Psychosis*, and released on Oct. 4, 2017. | 5 – 8 |
| C | Article from CenterWatch titled, *New MIT Study Puts Clinical Research Success Rate at 14 Percent*, authored by Conor Hale and released on Feb. 5, 2018. | 9 – 10 |
| D | Acadia's press release titled, *ACADIA Pharmaceuticals Submits Supplemental New Drug Application to U.S. FDA for NUPLAZID® (pimavanserin) for theTreatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, and released June 15, 2020. | 11 – 14 |
| E | Acadia's Form 10-Q for the quarter ended June 30, 2020, filed with the SEC on Aug. 6, 2020. | 15 – 23 |

Cooley LLP
Attorneys at Law
San Diego

2

Supp. Adams Declaration
ISO Motion to Dismiss CAC
Case No. 3:21-CV-00762-WQH-NLS

| Ex. | Description | Page No. |
|---|---|---|
| **F** | Acadia's press release titled, *ACADIA Pharmaceuticals Announces Positive Top-Line Results From Phase II Study of Pimavanserin for Alzheimer's Disease Psychosis*, and released Dec. 20, 2016. | 24 – 26 |
| **G** | Transcript of Acadia's Company Conference Presentation, which occurred on Jan. 12, 2021. | 27 – 30 |
| **H** | Transcript of Acadia's Company Conference Presentation, which occurred on Sep. 14, 2020. | 31 – 36 |
| **I** | Transcript of Acadia's Company Conference Presentation, which occurred on Aug. 19, 2020. | 37 – 41 |
| **J** | Acadia's Form 10-K for fiscal year 2020, filed with the SEC on Feb. 25, 2021. | 42 – 49 |
| **K** | Acadia's Form 10-K for fiscal year 2018, filed with the SEC on Feb. 26, 2019. | 50 – 56 |
| **L** | FDA Article on Breakthrough Therapy Designation. | 57 – 59 |
| **M** | Acadia's press release titled, *ACADIA Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Meets the Primary Endpoint in Patients with Dementia-Related Psychosis*, and released on Sep. 9, 2019. | 60 – 63 |
| **N** | Acadia's press release titled, *ACADIA Announces Presentation of Data from Its Pivotal Phase III Parkinson's Disease Psychosis Study with Pimavanserin at the American Academy of Neurology Annual Meeting*, and released on Mar. 20, 2013. | 64 – 66 |
| **O** | Acadia's Presentation and Discussion of the Phase 3 HARMONY Top-line Results, which was presented to investors on Dec. 4, 2019. | 67 – 92 |
| **P** | Transcript of Acadia's Company Conference Presentation, which occurred on Nov. 17, 2020. | 93 – 97 |
| **Q** | Transcript of Acadia's Special Call, which occurred on Sep. 9, 2019. | 98 – 103 |
| **R** | Transcript of Acadia's Earnings Call, which occurred on May 7, 2020. | 104 – 107 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

**SUPP. ADAMS DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. 3:21-CV-00762-WQH-NLS**

| Ex. | Description | Page No. |
|---|---|---|
| **S** | Acadia's Form 10-K for fiscal year 2019, filed with the SEC on Feb. 26, 2020. | 108 – 113 |
| **T** | Acadia's press release titled, *ACADIA Pharmaceuticals Announces U.S. FDA Accepted for Filing the Supplemental New Drug Application for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, and released on Jul. 20, 2020. | 114 – 116 |
| **U** | J.P. Morgan North America Equity Research report titled, *Nuplazid Fails in MDD; DRP Review Slightly Longer Than Expected but No AdCom is a Plus*, and published on Jul. 20, 2020. | 117 – 118 |
| **V** | Oppenheimer Equity Research report titled, *A Tempered View of DRP PDUFA Scenarios*, and published on Feb. 23, 2021. | 119 – 121 |
| **W** | Acadia's press release titled, *Acadia Pharmaceuticals Provides Regulatory Update on Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, and released on Mar. 8, 2021. | 122 – 124 |
| **X** | Acadia's press release titled, *Acadia Pharmaceuticals Receives Complete Response Letter from U.S. FDA for Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, and released on Apr. 5, 2021. | 125 – 127 |
| **Y** | SVB Leerink Equity Research report titled, *Surprise Negative FDA Letter, but We Still Think DRP Can Work*, and published on Mar. 8, 2021. | 128 – 129 |
| **Z** | Transcript of Acadia's Earnings Call, which occurred on Oct. 30, 2019. | 130 – 134 |
| **AA** | Acadia's press release titled, *ACADIA Pharmaceuticals Presents Positive Top-line Results from Pivotal Phase 3 HARMONY Trial of Pimavanserin in Patients with Dementia-Related Psychosis at 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting*, and released on Dec. 4, 2019. | 135 – 138 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

SUPP. ADAMS DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. 3:21-CV-00762-WQH-NLS

| Ex. | Description | Page No. |
|---|---|---|
| **BB** | Transcript of Acadia's Company Conference Presentation, which occurred on May 12, 2020. | 139 – 142 |
| **CC** | Transcript of Acadia's Earnings Call, which occurred on Feb. 26, 2020. | 143 – 146 |
| **DD** | FDA Special Protocol Assessment Guidance for the Industry, released in Apr. 2018. | 147 – 150 |
| **EE** | Stephen Davis's compiled Form 4s, demonstrating Acadia stock sales, filed with the SEC between Oct. 17, 2019, and Feb. 8, 2021. | 151 – 169 |
| **FF** | Srdjan (Serge) R. Stankovic's compiled Form 4s, demonstrating Acadia stock sales, filed with the SEC between Oct. 17, 2019, and Feb. 8, 2021. | 170 – 196 |
| **GG** | Acadia's press release titled, *Acadia Pharmaceuticals Reports Fourth Quarter and Full Year 2020 Financial Results*, and released on Feb. 24, 2021. | 197 – 200 |
| **HH** | Transcript of Acadia's Earnings Call, which occurred on Nov. 4, 2020. | 201 – 204 |
| **II** | Acadia's press release titled, *ACADIA Pharmaceuticals Reports Second Quarter 2020 Financial Results*, and released on Aug. 5, 2020. | 205 – 207 |
| **JJ** | Transcript of Acadia's Earnings Call, which occurred on Feb. 24, 2021. | 208 – 211 |
| **KK** | Piper Jaffray Equity Research report titled, *A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics*, and published on Dec. 5, 2019. | 212 – 213 |
| **LL** | Cowen Equity Research report titled, *Perfect HARMONY: CTAD Data Shows 65% Reduction In Risk of Relapse in DRP*, and published on Dec. 5, 2019. | 214 – 219 |
| **MM** | Historical price chart, produced by Yahoo! Finance depicting Acadia's stock prices between September and December 2019. | 220 – 223 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

**SUPP. ADAMS DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. 3:21-CV-00762-WQH-NLS**