# EXHIBIT KK

# PiperJaffray®

HOT COMMENT
December 5, 2019

## ACADIA Pharmaceuticals (ACAD)                    Overweight

**A Clear Win for ACAD** as Pimavanserin DRP Data Deliver On All Metrics

### CONCLUSION

ACAD presented detailed DRP trial results at CTAD yesterday evening and <mark>the data looked great on all key metrics</mark> we outlined in our preview last week. Remember, we were looking for (1) evidence of efficacy for active psychosis (response rates in the OL portion of the study were 61.8%; lack of efficacy was the driver for early termination in 19.9% of the population); (2) a robust HR for relapse risk (HR of 0.353 significantly exceeded our expectations); (3) evidence of efficacy in all major dementia subtypes; and (4) clean safety. The dataset checked all of these boxes and ACAD will meet with the FDA in 1H20 to discuss sNDA filing. We continue to believe that the FDA will be supportive of pimavanserin label expansion for the DRP indication based on these results. Reiterate OW.

- **Lead in response rates supportive of pimavanserin's efficacy for active psychosis.** Recall that the HARMONY trial consisted of an OL lead in phase where all pts were treated w/ pima x 12-wks. Responders were randomized (1:1) to continue pima or switch to placebo x 26-wks. ~61.8% of pts in the OL portion were randomized, and only 19.9% terminated the trial early due to a lack of response. We think these response rates are indicative of efficacy for active psychosis and note that the criteria for response were reportedly quite stringent. To be deemed responders in the OL portion, patients needed to have a reduction in Scale for Assessment of Positive Symptoms-Hallucinations & Delusions (SAPS-H+D) of at least 30% and also have a physician-evaluated CGI-I of "much better" or "very much better". In our view, the HARMONY OL data, together w/ the Phase 3 PDP trial and Phase 2 ADP study provides sufficient evidence of pimavanserin's ability to actively treat symptoms of psychosis.

- **Overall HR shows significant decline in psychosis relapse and efficacy data were positive across the board.** We had previously stated that we were looking for HR of ~0.5 to deem the results as "very clinically meaningful." The 0.35 HR was well below that and had a one sided p=0.0023, well below the p=0.0033 threshold that was required to end the study early. The actual relapse rate was 12.6% in the pimavanserin group vs. 28.3% in the pbo group. The HR for risk of discontinuation for any reason was 0.452 and the SAPS-H+D scores improved by 63% and 75.2% at wk 8 and wk 12, respectively. Efficacy was also evident across all dementia subtypes. Relapse rates were: AD: 13.1% vs 22.6% (pbo); PD: 6.7% vs, 50% (pbo); and vascular dementia: 16.7% vs 16.7% (pbo).

- **Safety data looked very clean.** The rate of SAEs were low and balanced across arms and the death rate in the study was also very low. There were 2 deaths in the pima arm (one during the OL portion) vs. 0 deaths in the pbo arm. We think these results are supportive of a clean label (i.e. no black box warning) for DRP.

### COMPANY DESCRIPTION

Acadia is focused on neurological and psychiatric diseases.

---

**PRICE: US$44.28**

**TARGET: US$56.00**
10-yr DCF (weighted 85%) and 3x EV/ prob adj. 2028E sales

**Danielle C. Brill, Pharm.D.**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, danielle.c.brill@pjc.com

**Nirav Y. Shelat, Ph.D.**
Research Analyst, Piper Jaffray & Co.
212 284-9319, nirav.y.shelat@pjc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Lack of efficacy/ safety signals w/ Nuplazid in MDD, schizophrenia, DRP trials

**Price Performance - 1 Year**



*Source: Bloomberg*

---

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 2 - 3 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

213

# EXHIBIT LL

# COWEN

Biotechnology

# ACADIA PHARMACEUTICALS

## EQUITY RESEARCH

December 5, 2019

**Price: $44.28** (12/4/2019 )
**Price Target: $66.00**

### OUTPERFORM (1)

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Lyla Youssef, Ph.D.**
646 562 1406
lyla.youssef@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NASDAQ: ACAD |
| 52-Week Range: | $48.27 - $14.01 |
| Market Cap (MM): | $6,820.3 |
| Net Debt (MM): | $(473.5) |
| Cash/Share: | $3.29 |
| Dil. Shares Out (MM): | 154.0 |
| Enterprise Value (MM): | $6,146.7 |
| BV/Share: | $4.49 |
| Dividend: | NA |

| FY (Dec) | 2018A | 2019E | 2020E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $(0.44) | $(0.59)A | $(0.43) |
| Q2 | $(0.51) | $(0.38)A | $(0.47) |
| Q3 | $(0.50) | $(0.29)A | $(0.55) |
| Q4 | $(0.50) | $(0.36) | $(0.61) |
| Year | $(1.94) | $(1.62) | $(2.11) |
| Consensus EPS | $(1.99) | $(1.71) | NA |

Consensus source: Thomson Reuters

**Revenue (MM)**

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| Year | $223.8 | $336.3 | $420.4 |
| EV/S | 27.5x | 18.3x | 14.6x |

## COMPANY UPDATE

# PERFECT HARMONY: CTAD DATA SHOWS 65% REDUCTION IN RISK OF RELAPSE IN DRP

### THE COWEN INSIGHT

Yesterday, ACAD presented full Ph3 HARMONY data at CTAD. Pima significantly reduced risk of relapse of psychosis with a hazard ratio (HR) of 0.353 (65% reduction in risk of relapse), a treatment effect significantly stronger than investor expectations, as well as favorable safety and tolerability. We view DRP as a blockbuster market opportunity. An FDA pre-sNDA meeting for DRP is expected 1H20.

*The News:* **Full HARMONY Data At CTAD Showed 65% Reduction In Risk Of Relapse In DRP; Hazard Ratio = 0.353**

Yesterday, ACAD presented tull Ph3 HARMONY data at CTAD. Pimavanserin significantly reduced risk of relapse of psychosis by 2.8 fold (p=0.0023) vs. PBO, with a hazard ratio (HR) of 0.353, representing a 65% reduction in risk of relapse. Pimavanserin also met the key secondary endpoint by significantly reducing risk of discontinuation from the study from any reason by 2.2 fold (p=0.0024), with a HR=0.452 (55% reduction in risk of discontinuation). Follow-up discussions on the results were also featured at ACAD's investor event with KOLs following the presentation.

Recall, HARMONY, a Ph3, double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis (DRP), was stopped early by the study's independent data monitoring committee back in September 2019 due to the study succeeding at an interim look. The interim prespecified stopping criteria required a one-sided p-value less than 0.0033 on the study's primary endpoint.

*Our Take:* **Strong Efficacy And Safety Make Pimavanserin A Major Differentiator Vs Standard of Care**

The HR of 0.352 (65% reduction in risk of relapse) beat our expectations of an HR ≥ 0.5 (50% reduction in risk of relapse) by quite a margin. We think most investors had similar if not more modest expectations for the data. We view the 2.8 fold reduction in risk of relapse and inclusion of all dementia subtypes in the study as demonstrating strong, clinically meaningful efficacy that should drive approval and commercial adoption. We were also very encouraged by the 60%+ open-label response rate. All dementia subtypes on the study (ALZ, PDP/DLB, vascular, FTD) were represented in enrollment, randomization, and adjudicated relapses and importantly, data showed strong initial response as well as well relapse prevention with pima treatment across the subtypes. While effects in PDP/DLB were particularly strong, data in ALZ patients was also encouraging. Given the strong efficacy and favorable safety profile, we believe this data will support broad label expansion. The combined acute treatment data should address any FDA questions, especially given agency gave written agreement that the HARMONY would generate sufficient pivotal data to support sNDA review.

Please see pages 8 to 12 of this report for important disclosures.    **COWEN**.COM

**COWEN**
EQUITY RESEARCH

# AT A GLANCE

## Our Investment Thesis

Acadia is a CNS-focused company with lead drug Nuplazid (pimavanserin) approved for the treatment of Parkinson's Disease Psychosis (PDP) in April 2016. Currently, none of the approved antipsychotics are FDA approved for PDP. Seroquel and Clozaril are the two most prescribed off-label drugs for PDP but have critical flaws. Based on the efficacy and safety of pimavanserin for PDP, pimavanserin is well-positioned to fill an unmet need. Pimavanserin showed encouraging results in a Ph3 HARMONY trial in dementia-related psychosis. Pimavanserin is also being studied for major depressive disorder and schizophrenia with negative symptoms.

## Forthcoming Catalysts

- **1H20:** FDA discussions on sNDA submission for DRP
- **1H20:** Initiate second pivotal study for pima for negative symptoms of schizophrenia

## Base Case Assumptions

- Nuplazid is successfully commercialized for PDP
- DRP Nuplazid data is clean

## Upside Scenario

- Nuplazid uptake upon commercialization is significantly higher than estimated
- Successful clinical development for DRP and schizophrenia (with negative symptoms)
- Positive data from the Phase 3 trials in MDD

## Downside Scenario

- Nuplazid fails commercially for DRP
- Nuplazid does not show any clinical benefit in MDD

## Price Performance



Source: Bloomberg

## Company Description

Acadia is a biopharmaceutical company focused on unmet needs in CNS indications. Acadia's Nuplazid (pimavanserin) was approved for the treatment of Parkinson's Disease Psychosis (PDP) and launched commercially in mid-2016. Nuplazid is the first approved treatment for PDP and is poised to fill the clear unmet medical need in the disease. Based on $36.3K annual pricing per patient in the US and predicted good reimbursement, we see peak US sales of $1.1BN in 2024 and peak WW sales of >$2.0BN upon EU approval. Given the positive data update from the Ph3 HARMONY trial in Dementia-Related Psychosis (DRP), we see great promise for pimavanserin in DRP. Acadia has multiple ongoing Phase 3 trials of pimavanserin in follow-on indications including schizophrenia and major depressive disorder.

## Analyst Top Picks

| | Ticker | Price (12/4/2019 ) | Price Target | Rating |
|---|---|---|---|---|
| Alnylam Pharmaceuticals | ALNY | $121.98 | $120.00 | Outperform |
| Acadia Pharmaceuticals | ACAD | $44.28 | $66.00 | Outperform |
| MyoKardia | MYOK | $67.09 | $73.00 | Outperform |

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
December 5, 2019

***Our Take:*** **Stock Movement - Expectation For ~20% Upside On Data**

The release of this full dataset was an important catalyst for ACAD shares. Given our view of DRP as a blockbuster opportunity, we expect substantial upside to shares (~20%) based on these results, the revenue potential and increased probability of DRP revenue. We currently estimate peak market penetration to be reached in 2025, with sales of approximately $5.4BN. We estimate pimavanserin could be on the market for DRP as soon as 2021 and have updated our P&L statement to include this revenue source. As a result, our 2021 and 2022 revenue estimates increased to $889.4MM and $2,215.0MM, from $889.2MM and $1,716.0MM, respectively.

**The Supporting Detail: Reduction In Risk Of Relapse Observed Across Multiple Dementia Subtypes**

All dementia subtypes on the study (ALZ, PDP/DLB, vascular, FTD) were represented in enrollment, randomization, and adjudicated relapses. The double-blind relapse rate for pimavanserin-treated patients was 12.6%, a substantial improvement over the 28.3% seen in PBO group. Overall, the dementia subtypes behaved similarly in terms of the psychosis score, with the greatest stabilization seen in PDD (71.2%) and VaD (71.4%) populations. Decreases in rate of relapse with pimavanserin treatment compared to PBO was observed in all subtypes except for VaD and FTD (although we note small patient numbers; there was only 1 patient enrolled with FTD). The relapse rate for AD patients (majority of the patients, 62/99) was reduced to 13.1% with pimavanserin compared to 22.6% with PBO. While we note the effect seen in AD was smaller than what was observed in DLB and PDD, we still view the change of 9.5% between these groups, an almost 50% reduction, as being very clinically meaningful. According to ACAD management, largely equal treatment effect was observed in both hallucinations and delusion subscales.

Patients On Placebo Were 2.8 Times More Likely To Experience A Relapse Of DRP



Source: Acadia

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
December 5, 2019

Reduced Relapse Rate Observed Across Multiple Dementia Subtypes

| | Open-label Stabilization rate % | Double-blind relapse rate | |
|---|---|---|---|
| | | PBO % | PIM % |
| **Overall** | **61.8** | **28.3** | **12.6** |

**Most Likely Clinical Diagnosis**

| | | | |
|---|---|---|---|
| **AD** | 59.8 | 22.6 | 13.1 |
| **DLB** | 45.5 | 66.7 | 0.0 |
| **PDD** | 71.2 | 50.0 | 6.7 |
| **VaD** | 71.4 | 16.7 | 16.7 |
| **FTD** | 50.0 | 0.0 | 100 |

Relapses on PBO (n/N): Overall=28/99; AD: 14/62; DLB 2/3; PDD: 10/20; VaD 2/12; FTD 0/2
Relapses on PIM (n/N): Overall=12/95; AD: 8/61; DLB 0/6; PDD: 1/15; VaD 2/12; FTD 1/1

Source: Acadia

**Open Label Results Demonstrate Efficacy In Stabilizing Psychosis**

A stabilization rate of 61.8% was seen in the open-label phase of the study. Total SAPS-H+D score decreased by 75.2% at 12 weeks with pimavanserin treatment. The proportion of patients eliciting a response to treatment increased with duration on treatment, with the highest percentage of subjects exhibiting a response at week 12. The overall superiority of the response rate is difficult to compare with other studies given the clinical assessment and high threshold in scale required for this trial. However, mgmt still noted this stabilization rate as being encouraging (and likely higher) in comparison to other trials.

**Favorable Safety Profile Provides Advantage Over Antipsychotics And Supports 34 mg Dosing**

Pimavanserin was well tolerated over the the entire 9-month study. Importantly, there was no imbalance in mortality rates and no negative impact on cognition, measured by the Mini-Mental State Examination (MMSE) score. We see this as a critical aspect of the safety profile, given current atypical antipsychotics, often prescribed off-label for DRP, tend to cause cognitive impairment among other negative side effects which is particularly detrimental in a dementia population. There was also no worsening of motor symptoms (ESRS-A score) and no major imbalance seen in falls (which according to ACAD were more related to baseline motor dysfunction and not related to sedation or dizziness). In the double-blind period, serious AEs were 4.8% in the pimvanserin-treated group, compared to 3.6% in the PBO group. There were 3 cases of prolonged QT over the course of the study, with a mean change in QTc of 5.40 milliseconds. This change is in line with prior observed changes with pima in the Ph3 study for PDP. We note, the FDA did not bring up the QTc changes in the prior PDP AdComm. We therefore, do not expect these changes in QTc to be an issue with the FDA for DRP.

Acadia Pharmaceuticals
December 5, 2019

Low Rates Of Adverse Events Observed With Pimavanserin Treatment

| | Open-label |
|---|---|
| **Preferred Term** | **PIM N=392 n (%)** |
| Urinary Tract Infection | 20 (5.1) |
| Constipation | 10 (2.6) |
| Hypertension | 9 (2.3) |
| Confusional State | 8 (2.0) |
| Nausea | 8 (2.0) |

| | Double-blind | |
|---|---|---|
| **Preferred Term** | **Placebo N=112 n (%)** | **PIM N=105 n (%)** |
| Headache | 5 (4.5) | 10 (9.5) |
| Urinary Tract Infection | 4 (3.6) | 7 (6.7) |
| Nasopharyngitis | 4 (3.6) | 1 (1.0) |
| Asthenia | 1 (0.9) | 3 (2.9) |
| Weight decreased | 3 (2.7) | 1 (1.0) |
| Anxiety | -- | 3 (2.9) |
| Diarrhea | 3 (2.7) | -- |
| Dizziness | -- | 3 (2.9) |
| ECG QT Prolonged | -- | 3 (2.9) |

| QTcF Δ from OL Baseline to Week 12 | |
|---|---|
| n | 244 |
| Mean (SE), in milliseconds | 5.40 (0.923) |

Source: Acadia

**Ph3 HARMONY Trial Design**

The Ph3 HARMONY trial (NCT03325556) is an international double-blind, placebo-controlled, relapse prevention study of pimavanserin for the treatment of hallucinations and delusions associated with DRP. The study enrolled 392 patients with mild to moderate dementia, but severe psychosis (baseline SAPS-H+D = 24.4, CGI-S = 4.7, and MMSE = 16.7). Pimavanserin was compared with placebo in preventing a relapse of psychotic symptoms in subjects with DRP who were stabilized after 12 weeks of open label pimavanserin treatment. In the open-label portion of the trial, all patients were given 34 mg of pimavanserin, but were given the option to dose down to 20 mg of pimavnserin if issues in tolerability arose. Only patients experiencing a response and stabilization of their psychosis symptoms were asked to stay in the trial during the open-label portion of the study. The response criteria was defined as a 30% reduction in total SAPS-H+D and CGI-I of much better or very much better. Responders were also defined as subjects achieving a sustained response at week 8 and week 12.

Upon initiating the double-blind randomized portion of the trial, patients were administered 34 mg (or 20 mg if they previously dosed down) or placebo, which was taken once daily by mouth. The primary endpoint of the study is time from randomization to relapse of psychotic symptoms and the secondary endpoint was time from randomization to discontinuation for 26 weeks or until relapse. Key inclusion criteria include meeting criteria for all-cause dementia (NIA-AA guidelines), clinical criteria for having a MMSE score ≥ 6 and ≤ 24, and having psychotic symptoms for ≥ 2 months. Patients also needed to meet clinical criteria for one of the following disorders: dementia associated with PD, dementia with Lewy bodies, possible AD, frontotemporal degeneration spectrum disorders, or vascular dementia.

***Next Steps:*** **Discussions With The FDA On sNDA Filing In DRP Planned For 1H20**

ACAD plans to meet with the FDA on their sNDA submission for pimavanserin in DRP in 1H20. The company has not yet requested a meeting date. Based on mgmt's end-of-Ph2 meeting with the FDA, the basis for the sNDA submission for DRP can rely on data from the HARMONY study, as well as key supportive positive data from the prior positive Ph2 in ADP, positive data from the Ph3 pivotal study in PDP, safety and tolerability data from all completed PBO-controlled studies, and an ongoing PBO-controlled post-marketing safety study. We believe, based on a recent meeting with FDA, that acute initial response rates (from HARMONY and the Ph2, both encouraging) are important to the agency, along with primary analysis maintenance data. We expect the combined acute treatment data should address any FDA questions, especially given agency conferred breakthrough status and written agreement that the HARMONY would generate sufficient pivotal data to support sNDA review. We strongly expect approval, likely sometime in late 2020 or early 2021. We expect the 34 mg dose to be the dose in the upcoming sNDA submission for DRP.

# EXHIBIT MM

Case 3:21-cv-00762-WQH-MSB Document 58-2 Filed 06/02/22 PageID.1199 Page 10 of 12

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus 📺 | Screeners | Markets | ... |

## ACADIA Pharmaceuticals Inc. (ACAD)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend 2W ↓  10W ↑  9M ↑

Quote Lookup

## 15.81 -0.15 (-0.94%)
As of 02:08PM EDT. Market open.

Summary | Company Outlook 📺 | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

TWO SHALLOW GRAVES — discovery+ — start free trial — Terms apply.


Fidelity

Time Period: Sep 05, 2019 - Dec 05, 2019 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 05, 2019 | 52.98 | 53.70 | 49.90 | 50.48 | 50.48 | 7,432,700 |
| Dec 04, 2019 | 45.07 | 45.48 | 42.81 | 44.28 | 44.28 | 1,954,300 |
| Dec 03, 2019 | 45.67 | 46.52 | 44.89 | 44.94 | 44.94 | 1,385,400 |
| Dec 02, 2019 | 45.55 | 46.24 | 44.30 | 45.78 | 45.78 | 1,583,600 |
| Nov 29, 2019 | 47.03 | 47.41 | 44.67 | 45.29 | 45.29 | 869,100 |
| Nov 27, 2019 | 47.76 | 47.77 | 46.95 | 47.00 | 47.00 | 903,600 |
| Nov 26, 2019 | 47.85 | 48.18 | 46.84 | 47.40 | 47.40 | 1,607,100 |
| Nov 25, 2019 | 47.82 | 48.27 | 47.25 | 47.76 | 47.76 | 1,139,200 |
| Nov 22, 2019 | 47.78 | 48.21 | 46.84 | 47.08 | 47.08 | 646,200 |
| Nov 21, 2019 | 45.46 | 47.93 | 45.28 | 47.53 | 47.53 | 1,264,800 |
| Nov 20, 2019 | 46.41 | 47.14 | 45.50 | 46.19 | 46.19 | 1,776,200 |
| Nov 19, 2019 | 45.25 | 47.45 | 45.10 | 46.81 | 46.81 | 1,251,700 |
| Nov 18, 2019 | 46.06 | 46.25 | 44.16 | 45.07 | 45.07 | 1,255,300 |
| Nov 15, 2019 | 45.87 | 47.05 | 45.77 | 46.10 | 46.10 | 1,343,600 |
| Nov 14, 2019 | 46.44 | 46.72 | 44.33 | 45.47 | 45.47 | 1,459,800 |
| Nov 13, 2019 | 46.04 | 47.30 | 45.90 | 46.41 | 46.41 | 765,000 |
| Nov 12, 2019 | 45.53 | 47.79 | 45.50 | 46.33 | 46.33 | 2,045,500 |
| Nov 11, 2019 | 42.75 | 45.87 | 42.39 | 45.24 | 45.24 | 2,605,600 |
| Nov 08, 2019 | 41.05 | 43.01 | 40.68 | 42.61 | 42.61 | 1,014,200 |
| Nov 07, 2019 | 40.90 | 41.93 | 40.83 | 41.20 | 41.20 | 604,000 |

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SRPT** Sarepta Therapeutics, Inc. | 70.73 | +2.24 | +3.27% |
| **ALNY** Alnylam Pharmaceuticals, Inc. | 125.83 | -0.92 | -0.73% |
| **BMRN** BioMarin Pharmaceutical Inc. | 78.75 | -0.18 | -0.23% |
| **CLVS** Clovis Oncology, Inc. | 0.6704 | +0.0009 | +0.1344% |
| **ICPT** Intercept Pharmaceuticals, Inc. | 17.51 | +0.69 | +4.10% |

### Similar to ACAD

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SRPT** Sarepta Therapeutics, Inc. | 70.73 | +2.24 | +3.27% |
| **ICPT** Intercept Pharmaceuticals, Inc. | 17.51 | +0.69 | +4.10% |
| **INCY** Incyte Corporation | 76.06 | -0.45 | -0.59% |
| **AXSM** Axsome Therapeutics, Inc. | 24.67 | -0.60 | -2.39% |
| **ALNY** Alnylam Pharmaceuticals, Inc. | 125.83 | -0.92 | -0.73% |

### Earnings ›

◯ Consensus EPS

| Date | Open | High | Low | Close | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 06, 2019 | 41.74 | 41.85 | 40.54 | 40.99 | 40.99 | 969,200 |
| Nov 05, 2019 | 42.70 | 42.70 | 41.43 | 41.62 | 41.62 | 886,800 |
| Nov 04, 2019 | 43.16 | 43.47 | 42.27 | 42.45 | 42.45 | 1,045,100 |
| Nov 01, 2019 | 42.87 | 43.38 | 42.07 | 43.00 | 43.00 | 1,461,900 |
| Oct 31, 2019 | 42.79 | 43.94 | 39.75 | 42.41 | 42.41 | 2,062,200 |
| Oct 30, 2019 | 42.31 | 43.12 | 41.54 | 43.05 | 43.05 | 1,461,300 |
| Oct 29, 2019 | 42.20 | 42.87 | 41.64 | 42.26 | 42.26 | 958,300 |
| Oct 28, 2019 | 41.17 | 42.55 | 41.00 | 42.15 | 42.15 | 966,900 |
| Oct 25, 2019 | 41.07 | 42.05 | 40.61 | 41.58 | 41.58 | 951,700 |
| Oct 24, 2019 | 41.71 | 41.71 | 40.53 | 41.13 | 41.13 | 1,036,900 |
| Oct 23, 2019 | 42.54 | 42.80 | 41.60 | 41.81 | 41.81 | 784,600 |
| Oct 22, 2019 | 43.18 | 44.10 | 42.27 | 42.51 | 42.51 | 1,249,000 |
| Oct 21, 2019 | 40.67 | 43.45 | 40.02 | 43.24 | 43.24 | 2,631,200 |
| Oct 18, 2019 | 39.74 | 40.34 | 39.38 | 39.95 | 39.95 | 3,054,500 |
| Oct 17, 2019 | 40.23 | 40.49 | 39.79 | 39.98 | 39.98 | 1,281,000 |
| Oct 16, 2019 | 39.65 | 40.49 | 39.50 | 39.90 | 39.90 | 1,248,300 |
| Oct 15, 2019 | 39.57 | 40.79 | 39.56 | 40.16 | 40.16 | 1,240,400 |
| Oct 14, 2019 | 40.21 | 40.48 | 39.34 | 39.48 | 39.48 | 911,600 |
| Oct 11, 2019 | 40.66 | 40.83 | 40.12 | 40.52 | 40.52 | 1,387,500 |
| Oct 10, 2019 | 39.93 | 40.80 | 39.73 | 40.48 | 40.48 | 1,735,000 |
| Oct 09, 2019 | 39.11 | 40.37 | 39.11 | 39.88 | 39.88 | 1,588,600 |
| Oct 08, 2019 | 38.21 | 39.58 | 37.37 | 39.07 | 39.07 | 1,657,100 |
| Oct 07, 2019 | 37.79 | 38.86 | 37.67 | 38.70 | 38.70 | 1,105,300 |
| Oct 04, 2019 | 38.44 | 39.17 | 37.02 | 38.16 | 38.16 | 1,474,400 |
| Oct 03, 2019 | 37.21 | 38.53 | 37.04 | 38.30 | 38.30 | 1,766,100 |
| Oct 02, 2019 | 35.99 | 37.69 | 35.35 | 37.40 | 37.40 | 2,441,900 |
| Oct 01, 2019 | 38.00 | 39.00 | 36.09 | 36.21 | 36.21 | 2,408,900 |
| Sep 30, 2019 | 36.69 | 37.07 | 35.83 | 35.99 | 35.99 | 1,392,900 |
| Sep 27, 2019 | 37.56 | 38.55 | 36.02 | 36.78 | 36.78 | 1,332,300 |
| Sep 26, 2019 | 39.06 | 39.52 | 37.00 | 37.48 | 37.48 | 1,241,000 |
| Sep 25, 2019 | 39.23 | 40.71 | 38.80 | 39.21 | 39.21 | 1,939,800 |
| Sep 24, 2019 | 41.57 | 41.76 | 38.00 | 38.67 | 38.67 | 2,696,700 |
| Sep 23, 2019 | 42.20 | 43.34 | 41.48 | 41.61 | 41.61 | 2,650,900 |
| Sep 20, 2019 | 41.61 | 42.07 | 40.60 | 40.74 | 40.74 | 4,138,300 |
| Sep 19, 2019 | 41.98 | 42.33 | 40.53 | 41.68 | 41.68 | 1,963,500 |
| Sep 18, 2019 | 40.65 | 42.58 | 40.03 | 42.16 | 42.16 | 6,077,700 |



| | | | | |
|---|---|---|---|---|
| Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 |
| Beat | Beat | Missed | Missed | — |
| By $0.03 | By $0.17 | By $0.03 | By $0.10 | Aug 02 |

**Financials** ›

**Annual**  Quarterly          Revenue    Earnings





Lorem ipsum dolor
sit amet, consectetur

LOREM EPSUM

(000) 000-0000

**Recommendation Trends** ›



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ›



2.4

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

**Analyst Price Targets (18)** ›

Average 28.78

| Sep 17, 2019 | 44.00 | 44.64 | 41.13 | 42.60 | 42.60 | 3,334,900 |
| Sep 16, 2019 | 40.20 | 44.85 | 40.00 | 44.01 | 44.01 | 4,422,900 |
| Sep 13, 2019 | 40.12 | 41.24 | 39.60 | 40.45 | 40.45 | 2,963,000 |
| Sep 12, 2019 | 41.17 | 41.55 | 39.05 | 39.14 | 39.14 | 2,450,100 |
| Sep 11, 2019 | 41.29 | 41.95 | 40.07 | 41.39 | 41.39 | 3,384,400 |
| Sep 10, 2019 | 39.05 | 41.95 | 38.06 | 41.22 | 41.22 | 7,565,100 |
| Sep 09, 2019 | 41.75 | 43.98 | 36.62 | 38.85 | 38.85 | 22,620,300 |
| Sep 06, 2019 | 24.60 | 24.77 | 23.77 | 23.80 | 23.80 | 1,044,500 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

## Upgrades & Downgrades  ›

| Maintains | Mizuho: to Neutral | 4/19/2022 |
| Upgrade | Canaccord Genuity: Hold to Buy | 3/16/2022 |
| Maintains | Cantor Fitzgerald: to Overweight | 3/10/2022 |
| Maintains | Goldman Sachs: to Neutral | 3/7/2022 |
| Maintains | Mizuho: to Neutral | 3/3/2022 |
| Maintains | JMP Securities: to Market Outperform | 3/1/2022 |

## Company Profile  ›

12830 El Camino Real
Suite 400
San Diego, CA 92130
United States
858 558 2871
https://www.acadia-pharm.com
Sector(s): **Healthcare**
Industry: **Biotechnology**
Full Time Employees: **500**

ACADIA Pharmaceuticals Inc., a biopharmaceutical company, focuses on the development and commercialization of small molecule drugs that address unmet medical needs in central nervous system disorders. The company offers NUPLAZID (pimavanserin) for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. It's pipeline include, pimavanserin, under phase 3 development for the treatment of Alzheimer's disease psychosis, and negative symptoms of schizophrenia; Trofinetide, a novel synthetic analog, under phase 3 development for the treatment of Rett syndrome; ACP-044, a novel first-in-class orally administered non-opioid analgesic, under phase 2 development for treating acute and chronic pain; and ACP-319, a positive allosteric modulator of the muscarinic receptor, under phase 1 development for treating schizophrenia and cognition in Alzheimer's. ACADIA Pharmaceuticals Inc. was founded in 1993 and is headquartered in San Diego, California.

More about ACADIA Pharmaceuticals Inc.

223