UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 21-CV-762 WQH (NLS) <br><br> **ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion for Order Extending Filing Deadline (ECF No. 67) is granted. Defendants shall file their responsive pleading on or before October 19, 2022.

Dated: October 13, 2022

_____
Hon. William Q. Hayes
United States District Court

21-CV-762 WQH (NLS)