COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550-6420

COOLEY LLP
MATTHEW MARTINEZ (333932)
(mmartinez@coooley.com)
1144 15th Street, Suite 2300
Denver, Colorado 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R.
Davis, and Srdjan (Serge) R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3: 21-CV-00762-WQH-NLS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. William Q. Hayes<br>Hearing Date: December 5, 2022<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MOTION &
MOTION FOR RECONSIDERATION
CASE NO. 3:21-CV-00762-WQH-NLS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") move the Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Civil Local Rule 7.1(i)(1), and the Court's inherent power to reevaluate its rulings before and after an order is signed and entered, to reconsider its September 27, 2022, Order denying Defendants' Motion to Dismiss the Amended Class Action Complaint. (ECF 65.) This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Peter M. Adams in support of the Motion for Reconsideration, all pleadings and papers on file in this matter, and such other matters as may be presented to this Court at the hearing or otherwise.

Dated:     October 25, 2022          COOLEY LLP


By: */s/ Peter M. Adams*
    Peter M. Adams (243926)

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

NOTICE OF MOTION &
MOTION FOR RECONSIDERATION
CASE NO. 3:21-CV-00762-WQH-NLS