COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550-6420

COOLEY LLP
MATTHEW MARTINEZ (333932)
(mmartinez@coooley.com)
1144 15th Street, Suite 2300
Denver, Colorado 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R. Davis, and
Srdjan (Serge) R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3: 21-CV-00762-WQH-NLS<br><br>**DECLARATION OF PETER M. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. William Q. Hayes |

I, Peter Adams, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Cooley LLP, counsel for Acadia Pharmaceuticals Inc. ("Acadia"), Stephen Davis, and Srdjan (Serge) Stankovic (collectively with Acadia, the "Defendants") in the above-titled action. I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration, pursuant to Civil Local Rule 7.1(i)(1) and Judge Hayes' Civil Pretrial & Trial Procedures, in support of Defendants' Motion for Reconsideration of the Order Denying Defendants' Motion to Dismiss the Amended Class Action Complaint.

3. On December 10, 2021, Lead Plaintiff City of Birmingham Relief and Retirement System and additional Plaintiff Ohio Carpenters' Pension Fund (collectively, "Plaintiffs"), filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "FAC"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act and SEC Rule 10b-5. (*See* ECF 45).

4. On February 15, 2022, Defendants filed a Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss"). (ECF 53.) On April 18, 2021, Plaintiffs filed an Opposition to the Motion to Dismiss. (ECF 56.) On June 6, 2022, Defendants filed a Reply in further support of the Motion to Dismiss. (ECF 58.)  On September 9, 2022, Judge Hayes heard oral argument on the Motion to Dismiss.

5. On September 28, 2022, Judge Hayes entered an order denying Defendants' Motion to Dismiss. (ECF 65, the "Order.")

6. As discussed more fully in Defendants' accompanying Motion for Reconsideration, Defendants respectfully seek reconsideration of the Order for clear error because it failed to properly apply the heightened pleading standards under the Private Securities Litigation Reform Act of 1995 ("PSLRA") and it departed from

Cooley LLP
Attorneys At Law
San Diego

2

Declaration of Peter M. Adams in
Support of Motion for Reconsideration
3: 21-CV-00762-WOH-NLS

binding Ninth Circuit law regarding disputes about clinical trial design and prior disclosure of allegedly omitted facts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2022, in San Diego, California.

_/s/ Peter M. Adams_
Peter M. Adams