COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550 6000
Facsimile: (858) 550-6420

COOLEY LLP
MATTHEW MARTINEZ (333932)
(mmartinez@coooley.com)
1144 15th Street, Suite 2300
Denver, Colorado 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R.
Davis, and Srdjan (Serge) R. Stankovic

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3: 21-CV-00762-WQH-NLS <br><br> **DEFENDANTS' *EX PARTE* APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION** <br><br> Magistrate:  Hon. Nita L. Stormes <br><br> ENE Date:  November 30, 2022 <br><br> ENE Time:  10:00 a.m. |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to CivLR 83.3(g) and Sections II and III of the Civil Case Procedures of the Hon. Nita L. Stormes, Defendants Acadia Pharmaceuticals, Inc. ("Acadia" or the "Company"), Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") apply *ex parte* for an order taking the Early Neutral Evaluation ("ENE") off calendar until Defendants' pending Motion for Reconsideration of the Order Denying Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion for Reconsideration," ECF. No. 75) is resolved.

On October 20, 2022, the Court issued an order setting the ENE for November 30, 2022, at 10:00 a.m. (Dkt. No. 70.) On October 25, 2022, Defendants filed their Motion for Reconsideration, which is scheduled to be heard on December 5, 2022. A ruling in favor of Defendants on the Motion for Reconsideration will reimpose the mandatory discovery stay under the Private Securities Litigation Reform Act ("PSLRA"), thereby obviating the need for an ENE until such time as Plaintiffs file a complaint that can survive a motion to dismiss. *See* 15 U.S.C. §78u-4(b)(3)(B). Accordingly, Defendants respectfully request that the ENE be taken off calendar and rescheduled in the event the Court denies Defendants' Motion for Reconsideration.

Additionally, months before the Court set the ENE, Acadia scheduled a regular meeting of its Board of Directors for November 30, 2022. (*See* Declaration of Peter Adams in support of the *Ex Parte* Application, ¶ 2.) Mr. Davis' attendance at this Board meeting is critical because he is a director and the Chief Executive Officer of the Company. (*Id.* ¶ 3.) Austin Kim's attendance is also key because he is the General Counsel of Acadia, and he is the Company's corporate representative for purposes of the ENE. (*Id.*) Moreover, due to the large number of attendees—which includes the nine Board members, members of Acadia's management team, and certain of Acadia's outside advisors—it is burdensome for Acadia to reschedule the November 30 Board meeting, which is an important component of Acadia's

corporate governance.  (*Id.* ¶ 4.)

No party has previously sought a continuance of the ENE.

Plaintiffs advised Defendants that they do not agree to an indefinite adjournment, but would not oppose Defendants' request for a continuance provided that the ENE is rescheduled on or before December 14, 2022 (but not on December 1, 5 or 6, when Plaintiffs' counsel have prior court commitments, including an out-of-town circuit court oral argument).  (*Id.* ¶¶ 5–6.)

No case management dates have been set in this matter, so no other dates will be affected by the requested continuance.

Accordingly, for the reasons stated above, Defendants request that the Court take the ENE off calendar until after Defendants' pending Motion for Reconsideration is decided by the District Judge.

Dated: November 17, 2022                    COOLEY LLP


By: */s/ Peter M. Adams*
Peter M. Adams (243926)

Attorneys for Defendants
ACADIA Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic