COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550 6000
Facsimile: (858) 550-6420

COOLEY LLP
MATTHEW MARTINEZ (333932)
(mmartinez@coooley.com)
1144 15th Street, Suite 2300
Denver, Colorado 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R.
Davis, and Srdjan (Serge) R. Stankovic

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3: 21-CV-00762-WQH-NLS<br><br>**DECLARATION OF PETER M. ADAMS IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION**<br><br>Magistrate:   Hon. Nita L. Stormes<br><br>ENE Date:   November 30, 2022<br><br>Time:   10:00 a.m. |

I, Peter M. Adams, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a Partner of the law firm of Cooley LLP, attorneys of record for Defendants Acadia Pharmaceuticals Inc. ("Acadia"), Stephen R. Davis, and Srdjan (Serge) R. Stankovic.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

**Request to Continue the ENE**

2.    Months before the Court set the ENE, Acadia scheduled a regular meeting of its Board of Directors for November 30, 2022.

3.    As a director and the Chief Executive Officer of Acadia, Mr. Davis' attendance at this board meeting is critical.  Austin Kim's attendance is also key as he is General Counsel of Acadia and Acadia's corporate representative for purposes of the ENE.

4.    Due to the large number of attendees—which includes the nine Board members, members of Acadia's management team, and certain of Acadia's outside advisors—it is difficult for Acadia to reschedule the November 30 Board meeting, which is an important component of Acadia's corporate governance.

**Meet and Confer**

5.    On November 15, 2022, I notified Plaintiffs' counsel of record via email that Defendants are unavailable for the ENE on November 30, and that, in light of Defendants pending Motion for Reconsideration (ECF No. 75), they intend to request a continuance of the ENE until after Defendants' Motion for Reconsideration is decided by the District Judge.

6.    On November 16, 2022, Jacob Lieberman, counsel for Plaintiffs, responded via email informing me that Plaintiffs do not agree to an indefinite adjournment, but would not oppose Defendants' request for a continuance provided that the ENE is rescheduled on or before December 14, 2022 (but not on December

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

ADAMS DECL. ISO *EX PARTE* APPLICATION TO
CONTINUE ENE
CASE NO. 3:21-CV-00762-WQH-NLS

1, 5 or 6, when Plaintiffs' counsel have prior court commitments, including an out-of-town circuit court oral argument).

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 17, 2022, in San Diego, California.


*/s/ Peter M. Adams*
Peter M. Adams

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

**ADAMS DECL. ISO *EX PARTE* APPLICATION TO
CONTINUE ENE
CASE NO. 3:21-CV-00762-WQH-NLS**