# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No.: 21cv762-WQH (NLS)<br><br>**ORDER GRANTING MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 77]** |

Before the Court is Defendants' *ex parte* motion to continue the Early Neutral Evaluation Conference ("ENE"). ECF No. 77. On November 23, 2022, the Court vacated the ENE, to be reset at a later date. ECF No. 79. Upon due consideration and in light of the procedural posture of the case, the Court will set the case for a case management ("CMC")/status conference pending resolution of Defendant's motion for reconsideration of the Order on its motion to dismiss.

//

//

Within **3 days** of a ruling on the motion for reconsideration, the parties shall contact Chambers to set the CMC/status conference.

**IT IS SO ORDERED.**

Dated:  November 29, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

21cv762-WQH (NLS)