COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@coooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@coooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452 8700
Facsimile: (206) 452 8800

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R. Davis,
and Srdjan (Serge) R. Stankovic

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-CV-00762-WQH-MSB<br><br>**JOINT MOTION TO EXCUSE DEFENDANT FROM EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Magistrate: Hon. Michael S. Berg<br>ENE Date: March 17, 2023<br>Time: 9:30 a.m. |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") and Lead Plaintiff City of Birmingham Relief and Retirement System and additional Plaintiff Ohio Carpenters' Pension Fund, stipulate, through their respective counsel and subject to the Court's approval, that Defendant Srdjan (Serge) R. Stankovic may be excused, for medical reasons, from attending the Early Neutral Evaluation scheduled for Friday, March 17, 2023. If needed, Dr. Stankovic can be contacted by phone during the Early Neutral Evaluation.

Dated:        March 13, 2023        COOLEY LLP

By:  */s/ Peter M. Adams*
       Peter M. Adams (243926)

*Attorneys for Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic*

Dated:        March 13, 2022        SCOTT + SCOTT ATTORNEYS AT LAW LLP

By: */s/ William C. Fredericks*
       William C. Fredericks (*pro hac vice*)

William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Jacob B. Lieberman (*pro hac vice*)
156 South Main Street

P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
jlieberman@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Birmingham Relief & Retirement System and Lead Counsel for the Class*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2