UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXCUSE DEFENDANT FROM EARLY NEUTRAL EVALUATION [ECF NO. 92]** |

On March 13, 2023. The parties filed a joint motion, seeking to excuse Defendant Srdjan (Serge) R. Stankovic from appearing at the Zoom Early Neutral Evaluation Conference currently set for March 17, 2023.  (ECF No. 92.)  Having considered the Parties' Joint Motion, and good cause appearing, the Court **GRANTS** the joint motion.

/ / /

/ / /

/ / /

Defendant Stankovic is excused from attending the Early Neutral Evaluation on Friday, March 17, 2023, as long as he is reachable by telephone if needed.

**IT IS SO ORDERED.**

Dated:  March 14, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge