COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@coooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@coooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452 8700
Facsimile: (206) 452 8800

Attorneys for Defendants Acadia Pharmaceuticals, Inc.,
Stephen R. Davis, and Srdjan (Serge) R. Stankovic

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-CV-00762-WQH-MSB <br><br> **JOINT MOTION FOR ENTRY OF (1) STIPULATED PROTECTIVE ORDER AND (2) STIPULATED ORDER FOR THE PRODUCTION OF DOCUMENTS AND ESI** <br><br> Courtroom: 2C <br> Judge: Hon. Michael S. Berg |

COOLEY LLP

JOINT MOTION RE: PO AND ESI STIP
CASE NO. 3:21-CV-00762-WQH-MSB

Pursuant to the Court's March 17, 2023 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. 95), and to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect confidential materials, ensure that protection is afforded only to material so entitled, streamline production of Electronically Stored Information ("ESI"), and promote a just, speedy, and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1, Defendants and Plaintiffs hereby jointly move for entry of the Stipulated Protective Order (Exhibit 1) and approval of the Stipulated Order For the Production of Documents and ESI (Exhibit 2).

April 5, 2023

*/s/Koji F. Fukumura*
Koji F. Fukumura

COOLEY LLP
Koji F. Fukumura (189719)
Peter M. Adams (243926)
Heather M. Speers (305380)
Matthew D. Martinez (333932)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550-6420
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com
mmartinez@cooley.com

Christopher B. Durbin (218611)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452-8700
Facsimile: (206) 452-8800
cdurbin@coooley.com

*Counsel for Defendants Acadia*
*Pharmaceuticals, Inc., Stephen R.*

April 5, 2023

*/s/William C. Fredericks*
William C. Fredericks

SCOTT+SCOTT ATTORNEYS AT LAW LLP
William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

Jacob B. Lieberman (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jlieberman@scott-scott.com

John T. Jasnoch (281605)

*Davis, and Srjdan (Serge) R. Stankovic*

600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

Adam M. Apton (316506)
Adam C. McCall (302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com
amccall@zlk.com

*Counsel for Additional Plaintiff Ohio Carpenters' Pension Fund*

### SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the other signatory shown above, and that all signatories have authorized placement of their electronic signature on this document.

*/s/ Koji F. Fukumura*
Koji F. Fukumura (189719)

Cooley LLP

2

**JOINT MOTION RE: PO AND ESI STIP
CASE NO. 3:21-CV-00762-WQH-MSB**

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Koji F. Fukumura*
Koji F. Fukumura (189719)

COOLEY LLP

3