UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>                    Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND APPROVAL OF STIPULATED ORDER FOR THE PRODUCTION OF DOCUMENTS AND ESI [ECF No. 97]** |

On April 5, 2023, Defendants and Plaintiffs filed a joint motion requesting that the Court enter their Stipulated Protective Order [ECF No. 97-1] and their Stipulated Order for the Production of Documents and ESI [ECF No. 97-2].  (ECF No. 97.)

The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and will enter the Protective Order as a separate docket entry, with the following modification:

1.     This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof *for one year after the conclusion of this case*.

The Court has considered the Stipulated Order for the Production of Documents and ESI and, for good cause shown, **GRANTS** the joint motion and will enter the Stipulated Order for the Production of Documents and ESI without modification.

**IT IS SO ORDERED.**

Dated:  April 7, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge

COOLEY LLP

2

CASE NO. 21CV762-WQH (MSB)