

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM, et al., | Case No.:  21cv762-WQH (MSB) |
| Plaintiff, | **ORDER** |
| v. | |
| ACADIA PHARMACEUTICALS INC., et al., | |
| Defendant. | |

On May 5, 2023, the parties filed a "Joint Discovery Status Report and Request to Schedule Informal Discovery Conference."  (ECF No. 101.)  In their report, the parties explain they have not reached agreements regarding search terms and custodians for electronically stored information, and they have encountered disputes regarding Defendants' responses to Plaintiffs' First Set of Interrogatories as they relate to people with knowledge and the appropriate period for discoverable information.  (Id. at 2.)  While they hope to resolve their disputes through "ongoing meet-and-confer discussions," by May 15, 2023, they ask the Court to schedule a telephonic discovery conference between May 16 and May 19, 2023, in case they are unable to reach agreement.  (Id. at 2.)  Such a conference would be "subject to cancelation should the Parties mutually agree it is not necessary."  (Id. at 8.)

21cv762-WQH (MSB)

Understanding that the parties continue to negotiate their disputes and believe they are likely to make further progress, this Court declines their request to set a discovery conference at this time.  If the parties fail to resolve the disagreements outlined in their Status Report after exhausting their meet and confer efforts, they may place a joint call to Judge Berg's chambers to request a discovery conference at that time.

**IT IS SO ORDERED**.

Dated:  May 9, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge

21cv762-WQH (MSB)