**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Hon. William Q. Hayes<br>Hearing Date:  To Be Determined<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard,[1] in Courtroom 14B before Judge William Q. Hayes, Lead Plaintiff City of Birmingham Retirement and Relief System and additional Plaintiff Ohio Carpenters' Pension Fund (together, "Plaintiffs") will and hereby do move the Court for an order: (i) certifying the above-captioned case as a class action; (ii) appointing Plaintiffs as class representatives; and (iii) appointing Scott+Scott Attorneys at Law LLP as class counsel.  This motion is made under Federal Rule of Civil Procedure 23, and is based on this Notice of Motion and Motion for Class Certification, the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification, the Declaration of William C. Fredericks in Support of Plaintiffs' Motion for Class Certification and the exhibits thereto, and any other matters properly before the Court.

DATED:  August 21, 2023                    Respectfully submitted,

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**

/s/ *William C. Fredericks*
William C. Fredericks (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

---

[1]     In accordance with Civil Local Rule 7.1(b) and the Court's Civil Pretrial and Trial Procedures, Plaintiffs' counsel telephoned chambers on August 17, 2023 to obtain a hearing date to notice with this Motion.  Although chambers provided a hearing date in September 2023 to notice, Plaintiffs' counsel explained that date likely would be premature given the Parties' anticipated briefing schedule for this Motion (to which the Parties intend to stipulate).  Accordingly, chambers advised Plaintiffs' counsel to refrain from noticing a particular hearing date with this Motion given the expectation that the Parties will file a stipulation containing a proposed briefing schedule and hearing date for this Motion, subject to the Court's approval. For the avoidance of doubt, Plaintiffs request that the Court hear oral argument on this Motion.