COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

CHRISTOPHER B. DURBIN
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone:  +1 206 452 8700
Facsimile:   +1 206 452 8800

Attorneys for Defendants Acadia Pharmaceuticals
Inc., Stephen R. Davis, and Srdjan (Serge) R.
Stankovic

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIRMEENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-cv-00762-WHQ-MSB<br><br>**JOINT MOTION TO SET PAGE LIMITS AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. William Q. Hayes |

Defendants ACADIA Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") and Lead Plaintiff City of Birmingham Retirement and Relief System and additional Plaintiff Ohio Carpenters' Pension Fund (collectively, "Plaintiffs," and together with Defendants, the "Parties"), stipulate and propose as follows:

WHEREAS, in accordance with Judge Berg's March 17, 2023 Scheduling Order (ECF No. 95), Plaintiffs filed their Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion for Class Certification") on August 21, 2023 (ECF No. 108);

WHEREAS, pursuant to Civil Local Rule 7.1(h), opposition memoranda "must not exceed a total of twenty-five (25) pages in length . . . without leave of the judge";

WHEREAS, good cause exists to grant Defendants an additional five pages for their Opposition (from 25 pages to 30) to allow Defendants to advance various arguments in opposition to the Motion for Class Certification ("Opposition"), including that the alleged misrepresentations at issue had no "price impact." *See Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 263–64 (2014);

WHEREAS, pursuant to Civil Local Rule 7.1(h), "[n]o reply memorandum will exceed ten (10) pages without leave of the judge";

WHEREAS, good cause exists to grant Plaintiffs an additional 20 pages for their reply to Defendants' Opposition ("Reply") (from 10 pages to 30 pages) to allow Plaintiffs to fully address the arguments to be raised for the first time in Defendants' Opposition, including those related to price impact (as to which Defendants have the burden of persuasion);

WHEREAS, neither the Civil Local Rules nor the Court's Civil Pretrial and Trial Procedures address the filing of a sur-reply;

WHEREAS, the Parties agree, subject to approval by the Court, that because Defendants bear the burden on price impact, and because Defendants will not

Cooley LLP
Attorneys at Law
San Diego

1

Joint Motion to Set Class Cert.
Page Limits & Briefing Schedule
Case No. 3:21-cv-00762-WHQ-MSB

otherwise have the opportunity to respond to Plaintiffs' arguments in opposition to Defendants' position on price impact, Defendants may file a sur-reply of no more than 10 pages, which must be limited to responding to the price-impact arguments raised for the first time in Plaintiffs' reply (and any related analysis in expert reports submitted with the reply);

WHEREAS, in accordance with Civil Local Rule 7.1(b) and the Court's Civil Pretrial and Trial Procedures, Plaintiffs' counsel telephoned chambers on August 17, 2023, to obtain a hearing date to notice with their Motion for Class Certification, and informed chambers of the Parties' intention to file a stipulation containing a proposed briefing schedule and hearing date, subject to the Court's approval; and

WHEREAS, the Parties have met and conferred and agreed upon a proposed briefing and hearing schedule, as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval:

1.    Defendants may file an Opposition to Plaintiffs' Motion for Class Certification of no more than 30 pages on or before October 20, 2023.

2.    Plaintiffs may file a Reply in Support of their Motion for Class Certification of no more than 30 pages on or before December 12, 2023, but reserve their rights to move for a reasonable extension of the time to file such a Reply after Plaintiffs are served Defendants' Opposition to Plaintiffs' Motion for Class Certification and any supporting materials.

3.    Defendants may file a Sur-Reply to Plaintiffs' Reply in Support of their Motion for Class Certification of no more than 10 pages, which must be limited to addressing the price impact arguments raised for the first time in Plaintiffs' Reply (and any related analysis in expert reports submitted with the Reply), on or before January 12, 2024, or 30 days after Plaintiffs file their Reply (whichever is later).

Cooley LLP
Attorneys at Law
San Diego

2

Joint Motion to Set Class Cert.
Page Limits & Briefing Schedule
Case No. 3:21-cv-00762-WHQ-MSB

4.     Subject to the Court's availability, the hearing on Plaintiffs' Motion for Class Certification will be set during the week of February 12–16, 2024, on a date and time to be confirmed by the Court in a subsequent order.

August 28, 2023

*/s/Koji F. Fukumura*
Koji F. Fukumura

COOLEY LLP
Koji F. Fukumura (189719)
Peter M. Adams (243926)
Heather M. Speers (305380)
Matthew D. Martinez (333932)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com
mmartinez@cooley.com

Christopher B. Durbin (218611)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452-8700
Facsimile: (206) 452-8800
cdurbin@coooley.com

*Counsel for Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srjdan (Serge) R. Stankovic*

August 28, 2023

*/s/William C. Fredericks*
William C. Fredericks

SCOTT+SCOTT ATTORNEYS AT LAW LLP
William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

Jacob B. Lieberman (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jlieberman@scott-scott.com

John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement*

*and Relief System*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

Adam M. Apton (316506)
Adam C. McCall (302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com
amccall@zlk.com

*Counsel for Additional Plaintiff Ohio
Carpenters' Pension Fund*

Cooley LLP
Attorneys at Law
San Diego

4

Joint Motion to Set Class Cert.
Page Limits & Briefing Schedule
Case No. 3:21-cv-00762-WHQ-MSB

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the other signatory shown above, and that all signatories have authorized placement of their electronic signature on this document.

/s/Koji F. Fukumura
Koji F. Fukumura (189719)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

JOINT MOTION TO SET CLASS CERT.
PAGE LIMITS & BRIEFING SCHEDULE
CASE NO. 3:21-CV-00762-WHQ-MSB

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:        August 28, 2023                    COOLEY LLP


By:*/s/Koji F. Fukumura*
     Koji F. Fukumura

Attorneys for Defendants
Acadia Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic

Cooley LLP
Attorneys at Law
San Diego

6

**Joint Motion to Set Class Cert. Page Limits & Briefing Schedule Case No. 3:21-cv-00762-WHQ-MSB**