COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

CHRISTOPHER B. DURBIN
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone:  +1 206 452 8700
Facsimile:   +1 206 452 8800

Attorneys for Defendants Acadia Pharmaceuticals
Inc., Stephen R. Davis, and Srdjan (Serge) R.
Stankovic

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-cv-00762-WHQ-MSB <br><br> **JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES** <br><br> Courtroom: 2C <br> Judge: Hon. Michael S. Berg |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB

Defendants ACADIA Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants") and Lead Plaintiff City of Birmingham Retirement and Relief System and additional Plaintiff Ohio Carpenters' Pension Fund (collectively, "Plaintiffs," and together with Defendants, the "Parties"), stipulate and propose as follows:

WHEREAS, in accordance with the Court's March 17, 2023, Scheduling Order (ECF No. 95), Plaintiffs filed their Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion for Class Certification") on August 21, 2023 (ECF No. 108);

WHEREAS, on August 28, 2023, the Parties filed a Joint Motion to Set Page Limits and Briefing Schedule on Plaintiffs' Motion for Class Certification (ECF No. 109), which contemplates that briefing will be completed on January 12, 2024, with a hearing to follow in February, subject to the Court's availability;

WHEREAS, pursuant to the Court's March 17, 2023 Scheduling Order, all interrogatories, requests for admission, and document production requests must be served by October 16, 2023, and fact discovery must be completed by all parties by December 15, 2023 (ECF No. 95);

WHEREAS, the Parties have worked together productively to conduct discovery efficiently, expeditiously, and with minimal need for Court oversight or intervention;

WHEREAS, despite the Parties' good-faith efforts to date to find ways to expedite the identification and production of relevant documents, in light of (*inter alia*), Plaintiffs' Rule 34 Requests for Production of Documents, the Parties' subsequent meet-and-confer efforts, the large volume of documents still to be produced by Defendants, and the time that Plaintiffs will require to review them, the Parties agree that there is not sufficient time to complete fact discovery (including party and third-party fact depositions) before the current December 15, 2023 fact-discovery cut-off;

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB

WHEREAS, the need to complete class-certification briefing and potential depositions of class-certification experts during the coming months poses additional challenges to the Parties' ability to complete document discovery and depositions before the current fact-discovery cut-off;

WHEREAS, neither Party has previously sought to extend any fact discovery deadlines;

WHEREAS, the requested fact discovery extension will not affect any other case management deadlines as no other case management deadlines have yet been set, and the length of the requested extension is based on the Parties' best current, good faith assessment of the additional amount of time that they believe is reasonably necessary to complete relevant fact discovery; and

WHEREAS, for these reasons, the Parties jointly submit that good cause exists to extend the current fact discovery deadlines by 90 days.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval:

1.    The deadline to serve interrogatories, requests for admission, and document production shall be extended from October 16, 2023, to January 15, 2024.

2.    The deadline to complete fact discovery shall be extended from December 15, 2023, to March 15, 2024.

| August 29, 2023 | August 29, 2023 |
| --- | --- |
| */s/ Koji F. Fukumura* | */s/ William C. Fredericks* |
| Koji F. Fukumura | William C. Fredericks |
| COOLEY LLP | SCOTT+SCOTT ATTORNEYS AT |
| Koji F. Fukumura (189719) | LAW LLP |
| Peter M. Adams (243926) | William C. Fredericks (*pro hac vice*) |
| Heather M. Speers (305380) | Donald A. Broggi (*pro hac vice*) |
| Matthew D. Martinez (333932) | Marc J. Greco (*pro hac vice*) |
| 10265 Science Center Drive | The Helmsley Building |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB

San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com
mmartinez@cooley.com

Christopher B. Durbin (218611)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452-8700
Facsimile: (206) 452-8800
cdurbin@coooley.com

*Counsel for Defendants Acadia
Pharmaceuticals, Inc., Stephen R.
Davis, and Srjdan (Serge) R.
Stankovic*

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

Jacob B. Lieberman (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jlieberman@scott-scott.com

John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of
Birmingham Retirement
and Relief System*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

Adam M. Apton (316506)
Adam C. McCall (302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com

Cooley LLP
Attorneys at Law
San Diego

3

Joint Motion to Extend Fact
Discovery Deadlines
Case No. 3:21-cv-00762-WHQ-MSB

amccall@zlk.com

*Counsel for Additional Plaintiff Ohio Carpenters' Pension Fund*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

**JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB**

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the other signatory shown above, and that all signatories have authorized placement of their electronic signature on this document.

*/s/ Koji F. Fukumura*

Koji F. Fukumura (189719)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB

## CERTIFICATE OF SERVICE

I certify that on August 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:      August 29, 2023          COOLEY LLP


By: */s/ Koji F. Fukumura*
    Koji F. Fukumura

Attorneys for Defendants
Acadia Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

JOINT MOTION TO EXTEND FACT
DISCOVERY DEADLINES
CASE NO. 3:21-CV-00762-WHQ-MSB