UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO REQUEST INFORMAL DISCOVERY CONFERENCE [ECF NO. 111]** |

The Court has considered the Parties' Joint Motion to Extend the Deadline for Raising Discovery Disputes and, for good cause shown, **GRANTS** the joint motion and will extend the stipulated deadlines without modification.

1. Defendants' deadline for raising with the Court any unresolved discovery disputes regarding Plaintiffs' Responses shall be extended to September 20, 2023.

2. In the event an informal discovery conference is necessary to resolve any disputes between the Parties, the Court will set a date for such informal discovery conference when the parties contact the Court on September 20, 2023. Depending

on the nature of the dispute, the Court will consider holding the discovery conference on September 22, 2023, or as soon as practicable thereafter.

**IT IS SO ORDERED.**

Dated:  September 5, 2023

Honorable Michael S. Berg
United States Magistrate Judge

ORDER GRANTING JNT MTN TO EXTEND
FACT DISCOVERY DEADLINES
CASE NO. 21CV762-WQH (MSB)