UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC,<br><br>          Defendants. | Case No.: 21-cv-762-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

The Court has considered the parties' Joint Motion to Set Page Limits and Briefing Schedule on Plaintiffs' Motion for Class Certification ("Joint Motion") (ECF No. 109) and, for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion is granted. The Court sets the page limits and briefing schedule for the Motion for Class Certification as follows:

1. Defendants may file a response of no more than 30 pages to Plaintiffs' Motion for Class Certification on or before October 20, 2023.

2. Plaintiffs may file a reply of no more than 30 pages in support of their Motion for Class Certification on or before December 12, 2023.

3. Defendants may file a sur-reply of no more than 10 pages to Plaintiffs' reply in support of their Motion for Class Certification, which must be limited to addressing the price impact arguments raised for the first time in Plaintiffs' reply (and any related analysis in expert reports submitted with the reply), on or before January 12, 2024.

4. The Court will set oral argument on the Motion for Class Certification, if necessary, at a later date.

Dated:  September 18, 2023

William Q. Hayes
Hon. William Q. Hayes
United States District Court

21-cv-762-WQH-MSB