UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS, et al., *Individually and On Behalf of All Others Similarly Situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>    Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES [ECF NO. 110]** |

The Court has considered the Parties' Joint Motion to Extend Fact Discovery Deadlines [ECF No. 110] and the District Court's recent order implementing the parties' requested briefing schedule for Plaintiffs' Motion for Class Certification [ECF No. 113] and, for good cause shown, **GRANTS** the joint motion and extends the fact discovery deadlines as follows:

1.    The deadline to serve interrogatories, requests for admission, and document production shall be extended from October 16, 2023, to **January 15, 2024**.

/ / /

/ / /

2.    The deadline to complete fact discovery shall be extended from December 15, 2023, to **March 15, 2024**.

**IT IS SO ORDERED.**

Dated:  September 18, 2023

Honorable Michael S. Berg
United States Magistrate Judge

ORDER GRANTING JNT MTN TO EXTEND
FACT DISCOVERY DEADLINES
CASE NO. 21CV762-WQH (MSB)