COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:  +1 858 550 6420

CHRISTOPHER B. DURBIN
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone:  +1 206 452 8700
Facsimile:  +1 206 452 8800

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R.
Davis, and Srdjan (Serge) R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-CV-00762-WQH-MSB<br><br>CLASS ACTION<br><br>**DECLARATION OF PETER M. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Courtroom: 14B<br>Judge: Hon. William Q. Hayes |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

I, Peter M. Adams, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic (collectively, "Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      Attached as **Appendix A** is a chart cataloging examples of publicly available information regarding the HARMONY Study[1] design and results.

3.      Attached as **Appendix B** is a chart cataloging examples of publicly available information regarding the -019 Study design and results.

4.      Attached as **Appendix C** is a chart cataloging examples of publicly available information regarding Acadia's agreement with the FDA regarding the HARMONY Study.

5.      Each of the documents referenced in **Appendices A–C** are cited in Defendants Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Opposition") and included as Exhibits to this declaration. **Appendices A–C** are provided solely for the Court's convenience should the Court prefer a reference guide, as opposed to flipping through voluminous pages of exhibits

6.      Attached as **Exhibit 1** is a true and correct copy of the Expert Report of René M. Stulz, Ph.D.

7.      Attached as **Exhibit 2** is a true and correct highlighted copy of Acadia's publicly available November 14, 2013, press release titled, *ACADIA Pharmaceuticals Announces Initiation of Phase II Trial with Pimavanserin for Alzheimer's Disease Psychosis*.

---

[1] The HARMONY and -019 Studies are described and defined in the Opposition.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

8.    Attached as **Exhibit 3** is a true and correct highlighted copy of Zacks' publicly available February 28, 2014, Small-Cap Research report titled, *ACADIA Pharmaceuticals, Inc., ACAD: Still on track for NDA filing at end of 2014, ADP Phase 2 Trial continues. . .*

9.    Attached as **Exhibit 4** is a true and correct highlighted copy of Zacks' publicly available May 7, 2014, Small-Cap Research report titled, *ACADIA Pharmaceuticals, Inc., ACAD: Still on track for NDA filing at end of 2014, ADP Phase 2 Trial continues. . .*

10.    Attached as **Exhibit 5** is a true and correct highlighted copy of J.P. Morgan's publicly available May 15, 2014, North America Equity Research report titled, *ACADIA Pharmaceuticals, Positive Phase 3 Data + Unmet Medical Need = Compelling Investment Opportunity...Initiating at OW.*

11.    Attached as **Exhibit 6** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2015, filed with the SEC on February 29, 2016.

12.    Attached as **Exhibit 7** is a true and correct highlighted copy of the publicly available transcript of Acadia's November 7, 2016, Earnings Call.

13.    Attached as **Exhibit 8** is a true and correct highlighted copy of Acadia's publicly available December 20, 2016, press release titled, *ACADIA Pharmaceuticals Announces Positive Top-Line Results From Phase II Study of Pimavanserin for Alzheimer's Disease Psychosis.*

14.    Attached as **Exhibit 9** is a true and correct highlighted copy of the publicly available transcript from Acadia's December 20, 2016, Investor Conference Call.

15.    Attached as **Exhibit 10** is a true and correct highlighted copy of Cowen and Company's publicly available December 20, 2016, Equity Research report titled, *Acadia Pharmaceuticals, Surprise Stat Sig Hit on ADP: Evidence of Effect, Q's on Data Nuances Remain.*

Cooley LLP
Attorneys at Law
San Diego

2

Adams Decl. ISO Defs.' Opp. to Mot. for Class Certification
Case No. 3: 21-CV-00762-WQH-MSB

16. Attached as **Exhibit 11** is a true and correct highlighted copy of JMP's publicly available December 20, 2016, report titled, *ACADIA Pharmaceuticals Inc., Positive Results from NUPLAZID Phase 2 in Alzheimer's Disease Psychosis*.

17. Attached as **Exhibit 12** is a true and correct highlighted copy of J.P. Morgan's publicly available December 20, 2016, North America Equity Research report titled, *ACADIA Pharmaceuticals, Surprise, Surprise . . . Nuplazid Meets Primary Endpoint in Alzheimer's Disease Psychosis - ALERT*.

18. Attached as **Exhibit 13** is a true and correct highlighted copy of Leerink's publicly available December 20, 2016, report titled, *ACADIA PHARMACEUTICALS INC., KOL Call on ADP: Mixed Take w/ Tempered Optimism on Ph2 Data*.

19. Attached as **Exhibit 14** is a true and correct highlighted copy of Needham's publicly available December 20, 2016, report titled, *ACADIA Pharmaceuticals Inc., Nuplazid Phase 2 Alzheimer's Disease Psychosis Trial Meets Primary Endpoint*.

20. Attached as **Exhibit 15** is a true and correct highlighted copy of Piper Jaffray's publicly available December 20, 2016, report titled, *ACADIA Pharmaceuticals, ADP – Intriguing Efficacy & Clean Safety Encouraging for Broader NUPLAZID Use*.

21. Attached as **Exhibit 16** is a true and correct highlighted copy of H.C. Wainwright & Co.'s publicly available December 21, 2016, report titled, *First Take, ACADIA Pharmaceuticals, ADP Optimism: Pros and Cons*.

22. Attached as **Exhibit 17** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2016, filed with the SEC on February 28, 2017.

23. Attached as **Exhibit 18** is a true and correct highlighted copy of the Food and Drug Administration's ("FDA") Meeting Minutes from the Type B End of Phase 2 Meeting with ACADIA Pharmaceuticals, Inc. on May 15, 2017.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

24.     Attached as **Exhibit 19** is a true and correct highlighted copy of the publicly available transcript of Acadia's August 8, 2017, Earnings Call.

25.     Attached as **Exhibit 20** is a true and correct highlighted copy of H.C. Wainwright & Co.'s publicly available August 9, 2017, report titled, *Underlying Marketing Dynamics Give Us Confidence Going Forward; Reit Buy and $60 PT*.

26.     Attached as **Exhibit 21** is a true and correct highlighted copy of the publicly available transcript from Acadia's presentation at the September 26, 2017, Ladenburg Thalmann & Co., Inc. Healthcare Conference.

27.     Attached as **Exhibit 22** is a true and correct highlighted copy of Acadia's publicly available October 4, 2017, press release titled, *ACADIA Pharmaceuticals Initiates Phase III Study of Pimavanserin in Dementia-Related Psychosis*.

28.     Attached as **Exhibit 23** is a true and correct highlighted copy of the publicly available transcript from Acadia's October 4, 2017, Investor Conference Call.

29.     Attached as **Exhibit 24** is a true and correct highlighted copy of Cowen and Company's publicly available October 4, 2017, Equity Research report titled, *Acadia Pharmaceuticals, Ph3 HARMONY Starts in Broad Dementia-Related Psychosis, Not Just ADP*.

30.     Attached as **Exhibit 25** is a true and correct highlighted copy of J.P. Morgan's publicly available October 4, 2017, North America Equity Research report titled, *ACADIA Pharmaceuticals, ACAD Receives BTD in Dementia Related Psychosis; Starting Phase 3 Trial in a Broad Population - ALERT*.

31.     Attached as **Exhibit 26** is a true and correct highlighted copy of Leerink's publicly available October 4, 2017, report titled, *ACADIA PHARMACEUTICALS INC., Dementia Psychosis BTD a Pos Surprise; "Basket" Ph3 is High Risk/High Reward*.

32.     Attached as **Exhibit 27** is a true and correct highlighted copy of Bank

Cooley LLP
Attorneys at Law
San Diego

4

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

of America Merrill Lynch's publicly available October 5, 2017, Equity report titled, *Acadia Pharmaceuticals, ACAD unveils new indication with dementia psychosis ph 3 trial; PO to $46.*

33. Attached as **Exhibit 28** is a true and correct highlighted copy of H.C. Wainwright & Co.'s publicly available October 5, 2017, report titled, *First Take, ACADIA Pharmaceuticals, Inc., HARMONY Study Initiation: Killing "Multiple" Birds With One Stone? Reit Buy and $60 PT.*

34. Attached as **Exhibit 29** is a true and correct highlighted copy of JMP's publicly available October 5, 2017, report titled, *ACADIA Pharmaceuticals Inc., Breakthrough Designation and Trial Design for Dementia-Related Psychosis Both Represent Upside Surprises.*

35. Attached as **Exhibit 30** is a true and correct highlighted copy of Needham's publicly available October 5, 2017, report titled, *ACADIA Pharmaceuticals Inc., Dementia-Related Psychosis Phase 3 Trial Initiated. FDA Grants Breakthrough.*

36. Attached as **Exhibit 31** is a true and correct highlighted copy of Piper Jaffray's publicly available October 5, 2017, report titled, *ACADIA Pharmaceuticals, Not Losing Our Marbles: Risk-Reduced Study in DRP Could Drive Real Upside.*

37. Attached as **Exhibit 32** is a true and correct highlighted copy of Ladenburg Thalmann's publicly available October 6, 2017, report titled, *ACADIA PHARMACEUTICALS INC., Start of Phase III Study in Dementia-Related Psychosis Expands NUPLAZID Potential.*

38. Attached as **Exhibit 33** is a true and correct highlighted copy of J.P. Morgan's publicly available October 9, 2017, North America Equity Research report titled, *ACADIA Pharmaceuticals, Highlights from Our Management Conference Call.*

39. Attached as **Exhibit 34** is a true and correct highlighted copy of Acadia's publicly available November 3, 2017, press release titled, *ACADIA*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

*Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinical Trials on Alzheimer's Disease (CTAD) 2017 Meeting.*

40.     Attached as **Exhibit 35** is a true and correct highlighted copy of Cowen and Company's publicly available November 5, 2017, Equity Research report titled, *CTAD Field Report: Encouraging KOL Feedback on Ph3 HARMONY DRP Trial.*

41.     Attached as **Exhibit 36** is a true and correct highlighted copy of Goldman Sachs' publicly available November 6, 2017, Equity Research report titled, *Acadia Pharmaceuticals Inc., Takeaways from CTAD: ADP data reinforced; KOLs like optimized Ph3.*

42.     Attached as **Exhibit 37** is a true and correct highlighted copy of Needham's publicly available November 6, 2017, report titled, *ACADIA Pharmaceuticals Inc., CTAD Investor Meeting Review.*

43.     Attached as **Exhibit 38** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended September 30, 2017, filed with the SEC on November 7, 2017.

44.     Attached as **Exhibit 39** is a true and correct highlighted copy of the publicly available transcript of Acadia's November 7, 2017, Earnings Call.

45.     Attached as **Exhibit 40** is a true and correct highlighted copy of Bank of America Merrill Lynch's publicly available November 7, 2017, Equity report titled, *Acadia Pharmaceuticals, Nuplazid sales beat expectations; guidance raised.*

46.     Attached as **Exhibit 41** is a true and correct highlighted copy of Goldman Sachs' publicly available November 8, 2017, Equity Research report titled, *Acadia Pharmaceuticals Inc., Nuplazid 3Q beat and raise; Launch remains the focus.*

47.     Attached as **Exhibit 42** is a true and correct highlighted copy of H.C. Wainwright & Co.'s publicly available November 8, 2017, report titled, *First Take, ACADIA Pharmaceuticals, Inc., Is Pimavanserin a Pony With Multiple Tricks? Reit Buy with $60 PT.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

48. Attached as **Exhibit 43** is a true and correct highlighted copy of the publicly available transcript from Acadia's presentation at the January 9, 2018, J.P. Morgan Healthcare Conference.

49. Attached as **Exhibit 44** is a true and correct copy of the peer reviewed Supplementary Appendix in connection with the article "Evaluation of the safety, tolerability, and efficacy of pimavanserin versus placebo in patients with Alzheimer's disease psychosis: a phase 2, randomized, placebo-controlled, double-blind study" in the *Lancet Neurology* volume 17 and published online on February 26, 2018.

50. Attached as **Exhibit 45** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2017, filed with the SEC on February 27, 2018.

51. Attached as **Exhibit 46** is a true and correct highlighted copy of the publicly available transcript of Acadia's February 27, 2018, Earnings Call.

52. Attached as **Exhibit 47** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended March 31, 2018, filed with the SEC on May 4, 2018.

53. Attached as **Exhibit 48** is a true and correct highlighted copy of the publicly available transcript from Acadia's presentation at the June 13, 2018, Goldman Sachs Healthcare Conference.

54. Attached as **Exhibit 49** is a true and correct highlighted copy of the publicly available transcript from Acadia's presentation at the June 20, 2018, JMP Life Science Conference.

55. Attached as **Exhibit 50** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended June 30, 2018, filed with the SEC on August 8, 2018.

56. Attached as **Exhibit 51** is a true and correct copy of an article published in The Journal of Prevention of Alzheimer's Disease, Volume 6, Number 1, 2019 titled "Pimavanserin in Alzheimer's Disease Psychosis: Efficacy in Patients with

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

more Pronounced Psychotic Symptoms" which was published online on August 16, 2018.

57. Attached as **Exhibit 52** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended September 30, 2018, filed with the SEC on November 6, 2018.

58. Attached as **Exhibit 53** is a true and correct highlighted copy of the publicly available transcript from Acadia's presentation at the January 9, 2019, J.P. Morgan Healthcare Conference.

59. Attached as **Exhibit 54** is a true and correct highlighted copy of the publicly available transcript of Acadia's February 26, 2019, Earnings Call.

60. Attached as **Exhibit 55** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2018, filed with the SEC on February 27, 2019.

61. Attached as **Exhibit 56** is a true and correct highlighted copy of the publicly available transcript of Acadia's May 1, 2019, Earnings Call.

62. Attached as **Exhibit 57** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended March 31, 2019, filed with the SEC on May 2, 2019.

63. Attached as **Exhibit 58** is a true and correct highlighted copy of the publicly available transcript of Acadia's July 31, 2019, Earnings Call.

64. Attached as **Exhibit 59** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended June 30, 2019, filed with the SEC on August 1, 2019.

65. Attached as **Exhibit 60** is a true and correct highlighted copy of Goldman Sachs' publicly available August 1, 2019, Equity Research report titled, *Acadia Pharmaceuticals Inc. (ACAD): 2Q Nuplazid beat and raise; DRP interim next*.

66. Attached as **Exhibit 61** is a true and correct highlighted copy of Stifel's

Cooley LLP
Attorneys at Law
San Diego

8

Adams Decl. ISO Defs.' Opp. to
Mot. for Class Certification
Case No. 3: 21-cv-00762-WQH-MSB

publicly available August 1, 2019, report titled, *Acadia Pharmaceuticals Inc., 2Q19 Recap: Great Quarter for Pim, Guidance Increased; DRP Interim and Schizo Readouts Next*.

67.   Attached as **Exhibit 62** is a true and correct highlighted copy of Acadia's publicly available September 9, 2019, press release titled, *ACADIA Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Meets the Primary Endpoint in Patients with Dementia-Related Psychosis*.

68.   Attached as **Exhibit 63** is a true and correct highlighted copy of the publicly available transcript from Acadia's September 9, 2019, Investor Conference Call.

69.   Attached as **Exhibit 64** is a true and correct highlighted copy of J.P. Morgan's publicly available September 9, 2019, North America Equity Research report titled, *ACADIA Pharmaceuticals, A Harmonious Beginning to the Fall for ACAD*.

70.   Attached as **Exhibit 65** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended September 30, 2019, filed with the SEC on October 31, 2019.

71.   Attached as **Exhibit 66** is a true and correct highlighted copy of Acadia's publicly available December 4, 2019, press release titled, *ACADIA Pharmaceuticals Presents Positive Top-line Results from Pivotal Phase 3 HARMONY Trial of Pimavanserin in Patients with Dementia-Related Psychosis at 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting*.

72.   Attached as **Exhibit 67** is a true and correct highlighted copy of the publicly available transcript from Acadia's December 4, 2019, Investor Conference Call.[2]

---

[2] The transcript is dated December 5, 2019, 3:15am GMT, which converts to December 4, 2019, 8:15pm, PST.

Cooley LLP
Attorneys at Law
San Diego

9

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

73. Attached as **Exhibit 68** is a true and correct highlighted copy of Acadia's publicly available presentation accompanying the December 4, 2019, Investor Conference Call, titled, *Investor Event: Presentation and Discussion of the Phase 3 HARMONY Top-line Results and Discussion of the Phase 3 HARMONY Top-line Results*.

74. Attached as **Exhibit 69** is a true and correct highlighted copy of J.P. Morgan's publicly available December 4, 2019, North America Equity Research report titled, *ACADIA Pharmaceuticals, Positive CTAD Update Bodes Well for Nuplazid's Label Expansion*.

75. Attached as **Exhibit 70** is a true and correct highlighted copy of Needham's publicly available December 5, 2019, report titled, *ACADIA Pharmaceuticals Inc., Impressive Dementia Psychosis Data Presented at CTAD Meeting*.

76. Attached as **Exhibit 71** is a true and correct highlighted copy of Bank of America Merrill Lynch's publicly available December 5, 2019, Equity report titled, *Acadia Pharmaceuticals, HARMONY shows nearly three-fold reduction in relapse risk in DRP; Buy*.

77. Attached as **Exhibit 72** is a true and correct highlighted copy of Cowen and Company's publicly available December 5, 2019, Equity Research report titled, *ACADIA PHARMACEUTICALS, PERFECT HARMONY: CTAD DATA SHOWS 65% REDUCTION IN RISK OF RELAPSE IN DRP*.

78. Attached as **Exhibit 73** is a true and correct highlighted copy of H.C. Wainwright & Co.'s publicly available December 5, 2019, report titled, *First Take, ACADIA Pharmaceuticals, Inc., Pimavanserin Phase 3 HARMONY Trial Topline Meets Primary and Key Secondary Endpoint at CTAD'19; Reit Buy and $60 PT*.

79. Attached as **Exhibit 74** is a true and correct highlighted copy of Goldman Sachs' publicly available December 5, 2019, Equity Research report titled, *Acadia Pharmaceuticals Inc. (ACAD): Impressive full Ph3 HARMONY data likely*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

10

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

*supports sNDA in 2H20.*

80.    Attached as **Exhibit 75** is a true and correct highlighted copy of JMP's publicly available December 5, 2019, report titled, *ACADIA Pharmaceuticals Inc., Phase 3 DRP Results Confirmed as Impressive.*

81.    Attached as **Exhibit 76** is a true and correct highlighted copy of Piper Jaffray's publicly available December 5, 2019, report titled, *ACADIA Pharmaceuticals, A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics.*

82.    Attached as **Exhibit 77** is a true and correct highlighted copy of RBC Capital Markets' publicly available December 5, 2019, report titled, *ACADIA Pharmaceuticals, The Secret of Pim: Word Getting Out on Pimavanserin with Solid DRP Data at CTAD.*

83.    Attached as **Exhibit 78** is a true and correct highlighted copy of SVB Leerink's publicly available December 5, 2019, report titled, *ACADIA PHARMACEUTICALS INC., Very Strong Nuplazid Data in DRP; PT to $56.*

84.    Attached as **Exhibit 79** is a true and correct highlighted copy of Stifel's publicly available December 5, 2019, report titled, *Acadia Pharmaceuticals Inc., Solid HARMONY Data At CTAD Underlie Mgmt's Confidence in Approaching FDA; Our Take on the Full Results.*

85.    Attached as **Exhibit 80** is a true and correct highlighted copy of Oppenheimer's publicly available December 6, 2019, Equity Research report titled, *ACADIA Pharmaceuticals Inc., Favorable HARMONY Strikes a Chord with Investors.*

86.    Attached as **Exhibit 81** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2019, filed with the SEC on February 27, 2020.

87.    Attached as **Exhibit 82** is a true and correct highlighted copy of the publicly available transcript of Acadia's May 7, 2020, Earnings Call.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

11

ADAMS DECL. ISO DEFS.' OPP. TO
MOT. FOR CLASS CERTIFICATION
CASE NO. 3: 21-CV-00762-WQH-MSB

88.     Attached as **Exhibit 83** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended March 31, 2020, filed with the SEC on May 8, 2020.

89.     Attached as **Exhibit 84** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended June 30, 2020, filed with the SEC on August 6, 2020.

90.     Attached as **Exhibit 85** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-Q for the quarter ended September 30, 2020, filed with the SEC on November 4, 2020.

91.     Attached as **Exhibit 86** is a true and correct excerpted and highlighted copy of Acadia's publicly available Form 10-K for fiscal year 2020, filed with the SEC on February 25, 2021.

92.     Attached as **Exhibit 87** is a true and correct highlighted copy of H.C. Wainwright & Co.'s April 7, 2021, report titled, *CRL Debacle Seemingly Pushes DRP Progression Years Into Future; PT to $18*.

93.     Attached as **Exhibit 88** is a true and correct excerpted and highlighted copy of the transcript of motion hearing on Defendants' Motion to Dismiss, held on September 9, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on October 20, 2023, in San Francisco, California.

_____
/s/ Peter M. Adams
Peter M. Adams

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO