# Appendix A

**Appendix A**
**Publicly Available Information Regarding the HARMONY Study Design and Results**

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 1. | 10/04/2017 Acadia Press Release (Exhibit 22) | "HARMONY is a Phase III, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. *The objective of the study is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms in a broad population of patients with the most common subtypes of dementia: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.* The study will be conducted globally and is expected to enroll approximately 360 patients." |
| 2. | 10/04/2017 Investor Special Call Transcript (Exhibit 23) | "*[B]y pursuing dementia-related psychosis, pimavanserin is able to address psychosis and dementia regardless of subtype, including dementia not otherwise specified.* . . . We'll be stratifying by groups of dementia but just certain groups of dementia. *But I do want to point out that in our discussions and agreement with the FDA, there was no prespecified proportion of different subtypes of dementia that we have to reach.* So we don't have a prespecified number, but we will be in analytically evaluating different subtypes or groups of subtypes." |
| 3. | 10/04/2017 Cowen Report (Exhibit 24) | "Today, ACAD announced the initiation and design of the pivotal Ph3 HARMONY trial of pimavanserin in dementia-related psychosis (DRP), which includes *Alzheimer's Disease Psychosis, Dementia with Lewy Bodies, Parkinson's Disease Psychosis, vascular dementia and frontotemporal dementia.*" |

1

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 4. | 10/04/2017 J.P. Morgan Report (Exhibit 25) | "ACAD announced that it received breakthrough therapy designation (BTD) for pimavanserin (Nuplazid) ***in the broad indication of 'dementia related psychosis' along with plans to initiate a Phase 3 study (HARMONY) across a variety of disease subtypes***. The BTD follows an EOP2 meeting with the FDA based on data generated from both the Phase 2 -019 study in Alzheimer's disease psychosis and the Phase 3 -020 study in Parkinson's disease psychosis (for which Nuplazid is of course approved). ***In addition to dementia associated with Alzheimer's and Parkinson's, the BTD encompasses several other etiologies such as vascular and frontotemporal dementia***. <br><br> . . . <br><br> HARMONY is designed as a relapse prevention study. 360 patients will be enrolled in a 12wk open label lead-in period after which responders will be randomized to receive either pimavanserin or placebo for an additional 26wks. The primary endpoint will be time until relapse in the randomized 26wk portion as assessed by either SAPS or CGI. <br><br> . . . <br><br> ***Management does not appear concerned by the broad patient population*** ACAD maintains that despite the differences in the underlying pathophysiology, the emergent psychosis manifests – and can be dealt with – in a materially similar fashion. It appears that the FDA agrees, as evidenced by the BTD." |

2

App. A
P. 3

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 5. | 10/04/2017 Leerink Report (Exhibit 26) | *"The study will include patients with Alzheimer's Disease (AD), dementia with Lewy Bodies, Parkinson's Disease (PD) dementia, Vascular dementia and Frontotemporal dementia.* The breadth of the patient population in this pivotal program (previously expected to focus on AD) is a major surprise; there are clearly pros and cons to this strategy[.]"<br><br>. . .<br><br>"ACAD's *'basket' approach* to this new ph3 may introduce additional challenges that are simply difficult to handicap: while the trial works to enrich the placebo-controlled portion for pimavanserin responders, *we see the inclusion of such a heterogeneous population in a single pivotal as a risky strategy.*" |
| 6. | 10/05/2017 Bank of America Merrill Lynch Report (Exhibit 27) | *"HARMONY will enroll a broad spectrum of DRP including Alzheimer's, dementia with Lewy bodies, Parkinson's, vascular dementia and frontotemporal dementia.* The trial entails a 12wk lead-in with all pts (n= ~360) on Nuplazid. Responders will be randomized to remain on Nuplazid or receive placebo, and time to relapse of symptoms will be evaluated as the primary endpoint during a 26wk follow-up. The relapse design provides a larger long-term efficacy/safety population and enriches for responders, which ACAD thinks could reduce placebo responses. *The company also believes a single positive ph 3 trial would provide enough clinical data to file for approval in DRP.*" |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 7. | 10/05/2017 H.C. Wainwright & Co. Report (Exhibit 28) | "With the initiation of HARMONY study in dementia-related psychosis (DRP) and discontinuation of SEREN study in AD agitation, *we applaud what we view as a smart move by Acadia of pursuing a broader indication for pimavanserin, and more importantly, doing so with a solid clinical plan moving forward*. At first glance, the seemingly bold move into DRP from ADP may appear over-ambitious (killing 'multiple' birds with one stone). However, we note that a psychosis focus/approach may prove to be a smart play from both the commercial point of view and also from the mechanistic perspective. The blessing from the FDA with a Breakthrough Designation further elevates our sanguine outlook for the program. . . . As *DRP spans across multiple dementia subtypes* with distinct and overlapping etiology, a natural question around the rationale behind targeting psychosis with one compound in pathologically different subgroups arises. *The curiosity is two-fold: (1) can psychosis be treated as a commonality of dementia subtypes clinically and mechanistically (therefore as a distinct and standalone symptom)? And (2) if so, can pimavanserin work in treating the psychotic aspect of DRP regardless of underlying pathology?* We note that from the clinical point of view, DRP shares common symptoms (often in later stages of disease) regardless of the etiology, including hallucination (usually visual), delusion, and delusional misidentifications, which are difficult to discern symptomatically (and *often, DRP is not diagnosed into subtypes*). . . . On the other hand, given the fact that pimavanserin acts in the serotoninergic system, and the positive results in both PDP and ADP studies (and stronger signal in enriched subgroup of PDP with dementia), *we think repositioning pimavanserin in the broadest indication may be a smart move for Acadia* from both the commercial point of view and also from the mechanistic perspective." |

4

App. A
P. 5

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 8. | 10/05/2017 H.C. Wainwright & Co. Report (cont'd) (Exhibit 28) | "On top of the repositioning move, *we are also pleasantly surprised by the smart and solid design of the Ph3 HARMONY study*. Recall, the placebo effect presented as a major roadblock in previous Ph3 studies of pimavanserin in PDP. Going into HARMONY, *a relapse prevention design with a 12-week open-label stabilization period should serve to tease out responders from non-responders*, subsequently mitigating the pitfall of placebo effect while in the meantime, *enriching the target population (and the probability of success)*. Management also highlighted the power of the design, which historically yielded better results in numerous neuropsychiatric studies (i.e., bipolar). As the company commented that *there is no pre-specified number for DRP subtypes, it is difficult at this point to analyze the statistical power and plan of the trial with the stratification unknown.* We will likely gain more clarity as enrollment progresses, which may take 2 to 2.5 years." |
| 9. | 10/05/2017 JMP Report (Exhibit 29) | "ACADIA has designed HARMONY as a global Phase 3, randomized-withdrawal, double-blind, placebo-controlled trial (Figure 2). *The trial is intended to enroll ~360 patients with mild-to-moderate psychosis due to the most prevalent types of dementia* (Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, or frontotemporal dementia (FTD)). Patients experiencing acute psychosis symptoms will first enter into a 12-week, open-label, run-in phase where all patients will receive 34 mg QD pimavanserin, with a dose reduction to 20 mg QD in the first four weeks if needed. Responding patients will be randomized 1:1 to their existing dose of pimavanserin or placebo for an additional 26 weeks or until first relapse. The primary endpoint in the study is time to relapse in the double-blind period. This event driven trial is powered at 90%." |
| 10. | 10/05/2017 Needham Report (Exhibit 30) | "The Phase 3 trial is open to a *wide range of patients*, including Alzheimer's Disease, Lewy Bodies Dementia, Parkinson's Disease Dementia, Vascular Dementia, and Frontotemporal Dementia." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 11. | 10/05/2017 Piper Jaffray Report (Exhibit 31) | "On Wednesday, ACADIA announced that it has initiated the Phase III trial 'HARMONY' in dementia-related psychosis (DRP), and received FDA Breakthrough Designation for this indication – the second for pimavanserin to date. At a market cap of ~$4.8B, based on one novel drug in one otherwise undrugged indication, we are accustomed to debating upside potential for ACAD. However, yesterday's reveal of a ***novel clin/reg strategy in a broad set of dementia-related psychoses, which we see as risk-reduced by previous data and trial design***, enhances our conviction in ACADIA driving upside to its base case in PDP." |
| 12. | 10/06/2017 Ladenburg Thalmann Report (Exhibit 32) | "HARMONY is a Phase III, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. This is expected to be a global study to enroll approximately 360 patients.<br><br>. . .<br><br>The dementia-related psychosis include four indications. These additional indications include: ***1) psychosis in patients with Alzheimer's Disease; 2) dementia with Lewy Bodies; 3) Parkinson's disease dementia; 4) vascular dementia; and 5) frontotemporal dementia.*** |

6

App. A
P. 7

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 13. | 10/09/2017 J.P. Morgan Report (Exhibit 33) | "In speaking to initial investor concern regarding possible variability in a seemingly **broad patient population** like DRP, management emphasized that the relapse prevention design being utilized in HARMONY offers something of a fail-safe mechanism as you naturally enrich patients (by only randomizing those that respond to pima in the 3 month open label run-in) and eliminate the undesired variability (in addition to reducing placebo response). Further, the heterogeneity of different subtypes of dementia is more relevant to the main disorder and cognition impairment; there is, however, no heterogeneity in terms of psychotic symptoms, in the company's view.<br><br>. . .<br><br>*The company also noted that relapse prevention studies are frequently stopped at interim looks given the dramatically reduced placebo effect. They did confirm that there will be an interim look at efficacy (not futility) in HARMONY.*" |
| 14. | 11/05/2017 Cowen Report (Exhibit 35) | "Of note, KOLs see FTD as less related to the other dementias, though they noted that ***they would expect very few FTD patients in HARMONY***, and that ***differences in responses could likely be controlled by the randomized withdrawal design*** (i.e. by eliminating non-responders during the run-in portion)." |
| 15. | 11/06/2017 Goldman Sachs' Report (Exhibit 36) | "Post a FDA meeting in mid-2017 to discuss the positive pima Ph2 data in ADP and regulatory pathway, ACAD has initiated a Ph3 randomized placebo-controlled relapse-prevention study (N~360) ***to include all dementia-related psychoses (DRP) regardless of underlying etiology***.<br><br>. . .<br><br>Regulatory risk – ***ACAD's drugs in development may not gain regulatory approval*.**" |

7

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 16. | 11/06/2017 Needham Report (Exhibit 37) | "Nuplazid Phase 3 HARMONY trial in Dementia Psychosis is expected to enroll ~360 pts (Alzheimer's Disease, Parkinson's Disease Dementia, Dementia w/ Lewey Bodies, Frontotemporal Dementia, and Vascular Dementia)." |
| 17. | 11/07/2017 Q3 2017 10-Q (Exhibit 38) | "Following our End-of-Phase II Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase III HARMONY relapse prevention study in October 2017, *which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone*. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.*" |
| 18. | 11/08/2017 Goldman Sachs' Report (Exhibit 41) | "We like ACAD's optimized study design in DRP . . . which *includes all dementia subtypes*[.] . . . . Regulatory risk – *ACAD's drugs in development may not gain regulatory approval*." |
| 19. | 01/09/2018 J.P. Morgan Healthcare Conference (Exhibit 43) | "One of the reasons that we wanted to go to a relapse-prevention study is, it's a very highly statistically powerful study. These studies -- there are no givens in this business, we understand, but these studies frequently are positive. They frequently have very low p-values. *It's not uncommon for them to stop based on positive results at an interim read.*" |

8

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 20. | 02/27/2018 FY 2017 10-K (Exhibit 45) | "In October 2017, we initiated our HARMONY relapse prevention study, a Phase 3, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. The objective of the study is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms ***in a broad population of patients with the most common subtypes of dementia: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia-related psychosis.*** <br><br> . . . <br><br> This Phase 3 development plan is supported by data from two completed clinical studies. In December 2016 we announced positive top-line results from our Phase 2 study, referred to as the -019 Study, examining the safety and efficacy of pimavanserin as a treatment for patients with AD Psychosis, which is a subset of the dementia-related psychosis population. <br><br> . . . <br><br> Additional clinical evidence for efficacy of pimavanserin in dementia-related psychosis was observed in our Phase 3 -020 Study in patients with Parkinson's disease psychosis." |
| 21. | 05/04/2018 Q1 2018 10-Q (Exhibit 47) | "More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 22. | 06/13/2018 Goldman Sachs Healthcare Conference (Exhibit 48) | "So what you typically see in these relapse prevention studies is an interim read, and the reason that people almost always do an interim read with these studies is because they frequently do end on the interim read. And that's a consequence of just the high statistical power that these studies have. As I mentioned, they give you a higher probability of success. *So we will do an interim read in our study. It's described on clinicaltrials.gov in the description of this study*." |
| 23. | 06/20/2018 JMP Healthcare Conference (Exhibit 49) | "So as I mentioned, there is no drug approved to treat dementia-related psychosis. We -- in designing the Phase III program there, we went to FDA by the end of Phase II meeting, and we said -- well, let me just give a little bit more context. So antipsychotics typically are approved on the basis of 6 to 8 weeks of dosing. The label that is usually granted though does not restrict use to a short-term time frame. But invariably, sponsors are required to do a longer-term study to show durability effect and that's almost always done as a relapse prevention study. *Study design is very simple*. I'll make this really quick. In our study, we put all patients on pimavanserin. We treat them for 12 weeks. If they show a stable response, or in other words, they were highly symptomatic, they show a significant reduction of symptoms at week 8 and week 12, we consider them to be stabilized on therapy. And at that point in time, we split them into 2 groups. Half of them stay on our drug, the other half come off our drug and go to placebo. At the end of the study, we're simply comparing the average time to relapse between those 2 groups. It's a very powerful -- statistically powerful study design. And what we see with those relapse-prevention studies is because of the high statistical power of them is a very high success rate, much higher than you typically see with a more common parallel design study." |

10

App. A
P. 11

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 24. | 06/20/2018 JMP Healthcare Conference (cont'd) (Exhibit 49) | "So in our case, we wanted to establish with -- we proposed to FDA that we've already demonstrated an acute effect or an effect in 6 to 8 weeks in Parkinson's population and Alzheimer's population. And we'd like to go directly to a relapse-prevention study. The FDA agreed with that. They agreed on the basis of the strong efficacy data we have from those 2 populations. And so that's the study design we've adopted. ***From our perspective, it's an ideal study design. Not only is it highly statistically powerful, so we get the benefits of that, but it's also a clinically meaningful endpoint to physicians***. It's not saying to a physician, we started with patients that scored X on a scale and then at the end of the study scored Y and then a physician is trying to interpret what that means for their patient. But saying to them that we can delay relapse or we can have a meaningful impact on the amount of time before your patient may have emerging symptoms again is very meaningful to them. So from many, many perspectives, we're very excited about that opportunity in the pathway forward there. In terms of an interim read because of the high statistical nature of these studies, sponsors almost always do an interim read. As we said before, ***it is not uncommon for these studies to stop at the interim read again on the basis of the high statistical powering. I just want to be really careful here in terms of setting expectations.*** For the interim read, you have to split your alpha. So you have to divide your statistical powering between the interim read and the final read. And so ***we set a very high bar for the interim read***. We took a very small part of the alpha and allocated it to the interim read. ***If we hit that bar, the study will be over and we'll stop. If we don't hit it, that's fine. We'll just continue the study as planned and the bar at the end is much lower***. So I've also indicated that while the interim read will occur when we're about half of the events that are planned, this is an event-driven study, the time to get there is not halfway through because it's just -- the enrollment in studies increases and you have to get patients through the stabilization period, et cetera, before we reach a certain number of events." |

11

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 25. | 08/08/2018 Q2 2018 10-Q (Exhibit 50) | "More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.*" |
| 26. | 11/06/2018 Q3 2018 10-Q (Exhibit 52) | "More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.*" |
| 27. | 02/27/2019 FY 2018 10-K (Exhibit 55) | "Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a *broader indication than AD Psychosis alone*. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia.*" |
| 28. | 05/01/2019 Acadia Earnings Call (Exhibit 56) | "Our *Phase III HARMONY clinical study in DRP patients is leveraging the benefits we observed in 2 previous studies, our PDP pivotal study as well as our Alzheimer's disease psychosis study.* HARMONY is a relapse prevention study. As a reminder, all patients are treated with pimavanserin for 3 months in an [ off-label ] fashion and only those patients with a stable response get randomized to either continue pimavanserin or to placebo and are followed for additional 6 months primarily -- primary outcome is time to relapse." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 29. | 05/02/2019 Q1 2019 10-Q (Exhibit 57) | "Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.*" |
| 30. | 07/31/2019 Acadia Earnings Call (Exhibit 58) | "[W]e have a high-level illustration of the Phase III HARMONY relapse prevention study. We plan to announce the final top line results for HARMONY in the second half of 2020, with an interim read in the second half of this year." <br><br> * * * <br><br> Analyst at Cowen and Company: "Serge, can you just comment on the characteristics of HARMONY enrollment across the background diseases? *You had mentioned earlier this year that enrollment was sort of tracking on epidemiology. Is that still the case*? Or is it shifting?" <br><br> Srdjan Stankovic: "*Yes. It's absolutely the case*. We, as you can imagine, follow that fairly continuously. And both in terms of the enrolling people in the open-label trial as well as people that qualify for -- that essentially respond and then qualify for a randomized double-blind stage of the trial, *we are tracking very, very close to epidemiological data on the proportion of different subtypes.*" |
| 31. | 08/01/2019 Q2 2019 10-Q (Exhibit 59) | "Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with *Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.*" |

13

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 32. | 08/01/2019 Goldman Sachs Report (Exhibit 60) | "On the type of DRP patients being enrolled in the study, ***ACAD noted the proportion of the different subsets of DRP patients continues to track well with epidemiology data.***" |
| 33. | 09/09/2019 Acadia Press Release (Exhibit 62) | "ACADIA Pharmaceuticals Inc. (Nasdaq: ACAD) today announced that its Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis, met its primary endpoint, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis. Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, ***the study will now be stopped early based on pre-specified stopping criteria*** requiring a one-sided p-value less than 0.0033 on the study's primary endpoint. . . . HARMONY is a Phase 3 study designed to evaluate the efficacy and safety of pimavanserin for the treatment of delusions and hallucinations associated with dementia-related psychosis across a broad population of patients with the most common subtypes of dementia including: ***Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia spectrum disorders***." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 34. | 09/09/2019 Acadia Investor Conference Call (Exhibit 63) | "*The distribution of different dementia subtypes in our open-label stage as well as in the randomized population are similar and match roughly the epidemiology of the disease. Approximately 2/3 of patients were Alzheimer patients, about 15% of patients were with Parkinson's dementia, approximately 10% were with vascular dementia, and somewhat less than 10% patients with Lewy body dementia and with dementia with Lewy bodies, and the rest was frontotemporal dementia.*" |
| 35. | 09/09/2019 J.P. Morgan Report (Exhibit 64) | "*The subtypes of DRP matched the overall epidemiology of the disease: ~67% ADP, 15% PDP, 10% vascular dementia, <10% dementia with lewy bodies, and <5% frontotemporal dementia*." |
| 36. | 10/31/2019 Q3 2019 10-Q (Exhibit 65) | "In September 2019, we announced that our Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of DRP, would be ***stopped early for positive efficacy as it met the primary endpoint***, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis. Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, ***the study was stopped early based on pre-specified stopping criteria*** requiring a one-sided p-value less than 0.0033 on the study's primary endpoint." |

15

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 37. | 12/04/2019 Acadia Press Release<br><br>(Exhibit 66) | "ACADIA Pharmaceuticals Inc. (Nasdaq: ACAD) today presented positive top-line results from its Phase 3 HARMONY study at the 12[th] Clinical Trials on Alzheimer's Disease (CTAD) Meeting, December 4 -7, 2019 in San Diego, California.<br><br>. . .<br><br>Pimavanserin met the primary endpoint of the study and was ***stopped at the pre-planned interim analysis by significantly reducing risk of relapse of psychosis by 2.8 fold compared to placebo*** (HR = 0.353; one-sided p=0.0023). In addition, pimavanserin met the key secondary endpoint by significantly reducing risk of discontinuation for any reason by 2.2 fold (HR = 0.452; one-sided p=0.0024).<br><br>. . .<br><br>The live webcast will include a presentation of the results by ACADIA management followed by a KOL panel discussion and will begin at 7:15 p.m. Pacific Time. The live webcast will be available on ACADIA's website, www.acadia-pharm.com, under the investors section and will be archived there through January 4, 2020." |

App. A
P. 17

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 38. | 12/04/2019 Investor Conference Call (Exhibit 67) | "So we talk about DRP. So I think it's important to take a moment to say why dementia-related psychosis and why not Alzheimer's disease psychosis. Fundamentally, this is a symptomatic trial, so not a disease modification trial. But more importantly, when we see these patients in clinic, *it can be very difficult to tell one subtype apart from another*, depending on when the patient presents. . . . *So it's for that reason or those reasons in aggregate that we enrolled any 1 of the 5 most common neurodegenerative dementias into this trial*. . . . We enrolled 392 patients, aged 50 to 90 years old, inclusive of those brackets. . . . And when we talk about the double-blind results, *some of those categories have just extremely small numbers of patients. So just a word of caution on overinterpretation*. . . . When we look at the double-blind relapse rates, it's, again, a bit hard to interpret these results *given the small numbers.*" |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 39. | 12/04/2019 Investor Event Presentation (Exhibit 68) | |

18

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 40. | 12/04/2019 J.P. Morgan Report (Exhibit 69) | • "On *individual subgroups*, <u>Nuplazid showed a positive trend across Alzheimer's disease, dementia with Lewy bodies, and Parkinson's disease subgroups.</u><br><br>• In Alzheimer's disease psychosis (ADP; *~67% of DRP patient pool based on epidemiology*), Nuplazid demonstrated a relapse rate of 13.1% (*8/61*) vs. placebo 22.6% (*14/62*).[1]<br><br>• In Parkinson's disease dementia (PDD), Nuplazid demonstrated a relapse rate of 6.7% (*1/15*) vs. 50% (*10/20*) for placebo.<br><br>• In dementia with Lewy bodies (DLB), Nuplazid demonstrated a relapse rate of 0% (*0/6*) vs. 66.7% (*2/3*) for placebo.<br><br>• In vascular dementia, Nuplazid demonstrated a relapse rate of 16.7% (*2/12*) vs. 16.7% (*2/12*) for placebo.<br><br>• And on frontotemporal dementia, Nuplazid demonstrated a relapse rate of 100% (*1/1*) vs. 0% (*0/2*) for placebo." |
| 41. | 12/05/2019 Needham Report (Exhibit 70) | "Pts w/ various types of dementia were enrolled (*Alzheimer's [n=123 in part 2], Lewy Body [n=9], Parkinson's [n=35], Vascular [n=24], and Frontotemporal [n=3]*) … J. Cummings emphasized the benefits of enrolling a *diverse group of dementia pts* in the HARMONY trial. *Diagnosis is a challenge and ability to prescribe based on symptoms rather than dementia subtype is a meaningful positive.*" |

---

[1] The numbers in brackets represent the number of patients who relapsed as compared to the total number of patients in each group (*i.e.*, by subtype and treatment).

19

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 42. | 12/05/2019 Bank of America Merrill Lynch (Exhibit 71) | "ACAD released the **full data for the HARMONY study** showing compelling efficacy for Nuplazid in DRP… We are attending the CTAD conference this week. On Wednesday ACAD presented the **full dataset from its phase 3 HARMONY study** for pimavanserin (Nuplazid) in Dementia Related Psychosis (DRP). . . . As a reminder HARMONY had enrolled dementia patients from **five subtypes** (Parkinson's Disease Dementia, Alzheimer's, Lewy Body, Frontotemporal and Vascular). Results showed a **strong response across all of the types**. We view this as presenting compelling reason for physicians to prescribe the drug if it gets approved to a majority of their dementia patients suffering from psychosis." |

20

| 43. | 12/05/2019 Cowen Report (Exhibit 72) | "Overall, *the dementia subtypes behaved similarly* in terms of the psychosis score, with the greatest stabilization seen in *PDD (71.2%)* and *VaD (71.4%)* populations. Decreases in rate of relapse with pimavanserin treatment compared to PBO was observed in all subtypes except for VaD and FTD (*although we note small patient numbers; there was only 1 patient enrolled with FTD*). The relapse rate for *AD patients (majority of the patients, 62/99)* was reduced to 13.1% with pimavanserin compared to 22.6% with PBO. While we note the effect seen in AD was smaller than what was observed in DLB and PDD, we still view the change of 9.5% between these groups, an almost 50% reduction, as being very clinically meaningful." |

Reduced Relapse Rate Observed Across Multiple Dementia Subtypes

| | Open-label Stabilization rate % | Double-blind relapse rate | |
| --- | --- | --- | --- |
| | | PBO % | PIM % |
| Overall | 61.8 | 28.3 | 12.6 |

Most Likely Clinical Diagnosis

| | | | |
| --- | --- | --- | --- |
| AD | 59.8 | 22.6 | 13.1 |
| DLB | 45.5 | 66.7 | 0.0 |
| PDD | 71.2 | 50.0 | 6.7 |
| VaD | 71.4 | 16.7 | 16.7 |
| FTD | 50.0 | 0.0 | 100 |

Relapses on PBO (n/N): Overall=28/99; AD: 14/62; DLB 2/3; PDD: 10/20; VaD 2/12; FTD 0/2
Relapses on PIM (n/N): Overall=12/95; AD: 8/61; DLB 0/6; PDD: 1/15; VaD 2/12; FTD 1/1

Source: Acadia

21

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 44. | 12/05/2019 H.C. Wainwright & Co. Report (Exhibit 73) | "KOL feedback at CTAD'19 offers positive perspectives on pimavanserin safety . . . *[T]he KOLs were unanimous in their positive reception of pimavanserin's observed safety and tolerability profile*. With cognitive function and motor function impairment otherwise common in current antipsychotic treatments, *HARMONY was characterized to reflect clinically meaningful endpoints*. With the prospect of side effects alternatively from off-label options, pimavanserin was described to potentially present earlier applicability in treating mild and moderate DRP patients based on the safety profile, offering potential for *meaningful clinical impact*, in our view. <br><br> . . . <br><br> Symptom reduction and psychosis stabilization occurred *across all five diagnosed subtypes* in the open-label portion with 62% meeting treatment response at weeks 8 and 12 for subsequent randomization into the double-blind portion. . . . We believe the 2.8x reduction in risk of relapse of psychosis versus placebo in the 26-week double-blind portion and the observed overall pimavanserin safety and tolerability profile, highlight the *clinically meaningful potential* for treating DRP. *We additionally point out that the relapse-prevention design captured: (1) a clinically meaningful outcome*; (2) addressed efficacy maintenance; (3) minimized exposure to placebo; and (4) maximized effective treatment exposure. We next look to the anticipated FDA meeting in 1H20 for clarity on sNDA submission in the treatment of DRP patients." |

22

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 45. | 12/05/2019 Goldman Sachs Report (Exhibit 74) | "*While not powered to detect statistical significance (and acknowledging the small numbers of patients within each subtype)*, exploratory secondary endpoints suggest similar effect of psychosis reduction (73.1% to 83.3%) due to Nuplazid treatment in the open-label portion *across the dementia subtypes* and relapse rates were tightly clustered. In comparison, patients in the placebo arm exhibited a wider and more variable relapse rate across subtypes. In our view, the data point to Nuplazid's benefit in DRP patients and support the *KOLs' view that the results are clinically meaningful* and have the potential to reshape the treatment paradigm." |
| 46. | 12/05/2019 JMP Report (Exhibit 75) | "Acadia presented top-line results from the Phase 3 Harmony trial evaluating pimavanserin in dementia-related psychosis at CTAD. We view the results as impressive, including magnitude of benefit on the primary and key secondary endpoints, *robustness of effect across subpopulations*, and compelling safety profile. We believe there is a based on this trial and see the commercial opportunity as many times *very high probability of approval* larger than the current on-label PDP indication. |
| 47. | 12/05/2019 Piper Jaffray Report (Exhibit 76) | "*ACAD presented detailed DRP trial results* at CTAD yesterday evening and the data looked great on all key metrics we outlined in our preview last week. Remember, we were looking for (1) evidence of efficacy for active psychosis (response rates in the OL portion of the study were 61.8%; lack of efficacy was the driver for early termination in 19.9% of the population); (2) a robust HR for relapse risk (HR of 0.353 significantly exceeded our expectations); (3) *evidence of efficacy in all major dementia subtypes*; and (4) clean safety. *The dataset checked all of these boxes and ACAD will meet with the FDA in 1H20 to discuss sNDA filing.* We continue to believe that the FDA will be supportive of pimavanserin label expansion for the DRP indication based on these results." |

23

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 48. | 12/05/2019 RBC Capital Markets Report (Exhibit 77) | "Topline data in ACAD's HARMONY ph.III, at CTAD in San Diego, where we are on-site, reiterate pimavanserin's prospects in dementia-related psychosis, eclipsing expectations on efficacy and earning high marks on clinical application from KOLS, even following the program's recent stoppage for success in September. *The impressive benefit-risk profile now more established by last night's fuller data* continues to support a visible path to market and high likelihood of approval – and with pimavanserin's opportunity in DRP setting up as a robust source of revenue potential in the 2020's, we believe ACAD's neuropsychiatric franchise is on the brink of a breakout. … *We are attending CTAD in San Diego where ACAD presented full data on the pimavanserin ph.III HARMONY trial* as a late breaker oral presentation, *followed by a company event where docs attested to the program results and clinical potential*." |
| 49. | 12/05/2019 SVB Leerink (Exhibit 78) | "In the open-label period, Nuplazid had clinically meaningful reduction of psychosis *across all 5 dementia subtypes* (73.1%-83.3% range) with 61.8% of patients meeting pre-specified response criteria at both week 8 and week 12 and continuing to the double-blind period (placebo relapse rate in the 0-67% range across subtypes, Nuplazid in the 0-17% range) – this should support a broad DRP label for Nuplazid and increase physician comfort using Nuplazid in all types of dementia. *That said, one caveat is that the study was not powered for statistical analysis in different dementia types given the small numbers of patients per group.*<br><br>. . .<br><br>*The KOLs agreed that the data were very clinically meaningful results* that were strong compared to the current standard of care (off-label antipsychotics), which have poor tolerability, can negatively impact cognition, and can cause movement disorders." |

24

App. A
P. 25

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 50. | 12/05/2019 Stifel (Exhibit 79) | "*If there's one (small) thing to nitpick in this trial it's that success at the interim may have been helped by the Parkinson's/Dementia-Lewy Bodies subset* (12 relapses placebo, 1 drug), whereas *evidence of efficacy in Alzheimer's is clearly there, but comes down to a meaningful but smaller event difference* (14 relapses placebo, 8 drug). … <br><br> *As we noted above, this trial wasn't just favorable for pimavanserin because of its design, but also because ACAD was able to include patients with Parkinson's, where the drug is already approved. And while the numbers are small, the relapse reduction in PDD and DLB (closely related to Parkinson's) look superior to that in Alzheimer's, which ultimately represents the major population of interest*, and is where bulls generally model multi-billions in revenue." |

25

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 51. | 12/06/2019 Oppenheimer Report (Exhibit 80) | "Full results of the Ph3 HARMONY study of pimavanserin in patients with Dementia Related Psychosis (DRP) exceeded investor expectations. . . . **Broad clinical overlap across dementia subtypes** enables symptom management with pharmacological treatment regardless of specific diagnoses. . . . Efficacy **across dementia subtypes** with 73-83% psychosis symptom reductions[.]" Exhibit 9: Psychosis symptom reduction efficacy corresponds to overall stabilization rates. |

26

App. A
P. 27

# Appendix B

**Appendix B**
**Publicly Available Information Regarding the -019 Study Design and Results**

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 1. | 11/14/2013 Acadia Press Release (Exhibit 2) | "The Phase II feasibility trial, referred to as the -019 Study, is a randomized, double-blind, placebo-controlled study designed to examine the efficacy and safety of pimavanserin in about 200 patients with ADP. The study is being conducted through a large network of research care homes established as part of the National Institute for Health Research (NIHR) Maudsley Biomedical Research Unit. Following a screening period that includes brief psycho-social therapy, patients will be randomized on a one-to-one basis to receive either 40 mg of pimavanserin or placebo once-daily for 12 weeks. The -019 Study will assess several key efficacy endpoints, including use of the Neuropsychiatric Inventory – Nursing Home (NPI-NH) scale to measure psychosis (hallucinations and delusions), agitation/aggression, and sleep/nighttime behavior, as well as use of the Cohen-Mansfield Agitation Inventory – Short Form (CMAI-SF) scale and the Alzheimer's Disease Cooperative Study – Clinical Global Impression of Change (ADCS-CGIC) scale. ***Key efficacy endpoints will be based on the change at week six from baseline***. The study will also assess ***additional exploratory endpoints***, including the cognitive status of patients using the Mini-Mental State Examination (MMSE) scale, and the durability of response to pimavanserin ***through twelve weeks of therapy***." |

1

App. B
P. 2

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 2. | 02/28/2014 Zacks Report (Exhibit 3) | "Study-019 is a randomized double-blind, placebo-controlled study seeking to enroll about 200 patients. The study will be conducted through a network of research care facilities established as part of the Biomedical Research Centre for Mental Health at King s College, London. This institution incorporates a geographically focused network of nursing care homes that will facilitate the use of a limited number of raters. As in the PDP trial, this is expected to limit statistical 'noise' in the efficacy analysis. *Patients will* be randomized 1:1 between pimavanserin and placebo, *treated for 12 weeks, with the primary efficacy endpoint being the change from baseline to Week 6. . . . The full 12 weeks of treatment will allow the exploration of other endpoints*[.]" |
| 3. | 05/07/2014 Zacks Report (Exhibit 4) | "Study-019 is a randomized double-blind, placebo-controlled study seeking to enroll about 200 patients. The study will be conducted through a network of research care facilities established as part of the Biomedical Research Centre for Mental Health at King s College, London. This institution incorporates a geographically focused network of nursing care homes that will facilitate the use of a limited number of raters. As in the PDP trial, this is expected to limit statistical 'noise' in the efficacy analysis. *Patients will be* randomized 1:1 between pimavanserin and placebo, *treated for 12 weeks, with the primary efficacy endpoint being the change from baseline to Week 6.*" |
| 4. | 05/15/2014 J.P. Morgan Report (Exhibit 5) | "ACAD is currently running a Phase 2 trial of pimavanserin in ADP – the -019 study – at a *single center* in London." |

2

App. B
P. 3

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 5. | 02/29/2016 FY 2015 10-K (Exhibit 6) | "In November 2013, we initiated a Phase II trial, referred to as the -019 Study, to examine the efficacy and safety of pimavanserin as a treatment for Alzheimer's disease psychosis. The -019 Study is a randomized, double-blind, placebo-controlled study designed to enroll 200 patients with Alzheimer's disease psychosis. Following a screening period that includes brief psycho-social therapy, patients are randomized on a one-to-one basis to receive either 34 mg of pimavanserin (the equivalent of 40mg of pimavanserin tartrate) or placebo once-daily for twelve weeks. The -019 study will assess several key efficacy endpoints, including use of the Neuropsychiatric Inventory—Nursing Home scale to measure psychosis and other behavioral disorders. ***Key efficacy endpoints will be based on the change at week 6 from baseline. The study will also assess additional exploratory endpoints***, including the cognitive status of patients and the durability of response to pimavanserin, ***through twelve weeks of therapy***." |
| 6. | 11/07/2016 Investor Conference Call (Exhibit 7) | "[The -019 Study] is being conducted through a ***single site*** with a large network of nursing homes in the London, England, area. This is an exploratory, Phase II, 12-week, randomized, double-blind, placebo-controlled study designed to examine the efficacy and safety of 34-milligram dose of pimavanserin compared to placebo in patients with AD psychosis. We enrolled 181 patients in this study. ***The primary endpoint is*** psychosis as measured by the psychosis subscale, or to put it in other words, combined hallucinations and delusions domains of NPI-NH score ***at week 6.*** We're also assessing ***secondary measures***, including behavioral symptoms and sleep. Additionally, we're assessing mini mental status exam ***over 12 weeks*** of treatment to evaluate the impact of pimavanserin on cognitive status compared to placebo." |

3

App. B
P. 4

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 7. | 12/20/2016 Acadia Press Release (Exhibit 8) | "ACADIA Pharmaceuticals Inc. (NASDAQ: ACAD) today announced positive top-line results from its Phase II exploratory study (-019 Study) of pimavanserin in patients with Alzheimer's disease psychosis (AD Psychosis). … *The primary endpoint* of the study was antipsychotic efficacy as measured by the mean change in the NPI-NH Psychosis score (combined hallucinations and delusions domains) from baseline to *week 6* of dosing. *Patients continued dosing through week 12 to gather information on secondary endpoints*, including changes in cognition. *Pimavanserin demonstrated efficacy on the primary endpoint* of the -019 Study with a 3.76 point improvement in psychosis *at week 6* compared to a 1.93 point improvement for placebo, representing a statistically significant treatment improvement in the NPI-NH Psychosis score (p=0.0451). Baseline mean scores for the pimavanserin and placebo treated groups were 9.52 and 10.00, respectively. Atypical antipsychotics have been associated with a statistically significant worsening of cognitive function in patients with Alzheimer's disease. In the -019 Study, over the course of 12 weeks of treatment, pimavanserin did not impair cognition as measured by the Mini-Mental State Examination (MMSE) score and was similar to placebo. *On the secondary endpoint* of mean change in NPI-NH Psychosis score *at week 12, pimavanserin maintained the improvement on psychosis observed at the week 6 primary endpoint, but did not statistically separate from placebo.*" |

4

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 8. | 12/20/2016 Investor Conference Call (Exhibit 9) | "As you've heard me say before, the primary objective of the -019 Study was to get information to enable us to make an informed decision about what to do next. We accomplished that in this study. The data from -019 provides solid evidence of pimavanserin improved psychosis in another major neurological disorder with significant unmet needs beyond PD psychosis. ***Pimavanserin met the primary endpoint***, showing a statistically significant reduction on psychosis when compared to placebo ***at week 6***. . . . ***On the secondary endpoint*** of mean change, in NPI-NH psychosis score ***at week 12, pimavanserin maintained the improvement in psychosis achieved at the week 6 primary endpoint, but [did] not statistically separate from placebo***. On the study of agitation and aggression as secondary measure, as we have noted previously, this study was not designed to optimize this assessment and the analysis ***did not reveal notable differences between treatment groups***." |

5

App. B
P. 6

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 9. | 12/20/2016 Investor Conference Call (cont'd) (Exhibit 9) | Analyst from J.P. Morgan: "Just two on the curve versus placebo -- how early did the curve separate? And then at 12 weeks, can you provide any more information of how different it was from placebo?" Stephen Davis: "Yes. So -- again, I'll start, and Serge, feel free to jump in. So we were numerically separated at all time points. But again, it was an exploratory study, and *we got a very clear signal on efficacy, but we weren't -- this relates to other time points or secondary measures. We didn't get significance on everything, and -- which we wouldn't expect in this exploratory study*." Analyst from Goldman Sachs: "I just wonder if I could clarify one point on that last question. So am I right to assume that at 12 weeks the delta between placebo and treatment was actually smaller and could this be driving, this is why it was not that big? And then another question on that is, I saw on clinicaltrials.gov that the primaries will sit at 12 weeks. So I was just curious why you decided to cut the data at 6 here." Serge Stankovic: "Right. Yes, you are right in your conclusion. *Due to the improvement observed in placebo from week 6 to week 12, we did not see separation between placebo and pimavanserin at that point. The primary point from the beginning was week 6 NPI psychosis score.* So I'm not sure that, that information is correct that the 12 week, it was the primary endpoint. That was from the beginning and it in -- it was in the protocol and in all of our announcements." |

6

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 10. | 12/20/2016 Cowen and Company's Report (Exhibit 10) | "Today, ACAD announced top-line data from the Ph2 '019 Alzheimer's Disease Psychosis trial. Data showed a ***stat sig treatment benefit*** on the NPI-NH Psychosis subscale ***at 6wks (primary endpoint)*** but ***was not sustained through 12wks (secondary endpoint)***. . . The Ph2 '019 trial was a 12-week ***single center*** (comprised of 130 nursing homes) randomized trial of 40mg daily pimavanserin or placebo in 181 patients with ADP. ***The trial utilized a composite primary endpoint of Psychosis (hallucinations and delusions subscales) of the Neuropsychiatric Index-Nursing Home (NPI-NH) scale at 6 weeks, with treatment continuing to 12 weeks***. We note that Street expectations heading into the trial were extremely low, driven by what was viewed as poor trial design by the previous management team (particularly with respect to inclusion criteria and statistical powering), lack of precedent data on ADP-specific psychosis symptoms and generally modest views on pimavanserin potency." |
| 11. | 12/20/2016 JMP Report (Exhibit 11) | "Key points of debate on the conference call were the magnitude and clinical meaningfulness of the effect on psychosis, ***loss of statistically significant benefit at 12 weeks*** (***vs. primary endpoint at six weeks)***, conduct of the trial at a ***single network of nursing homes*** in the UK, and lack of effect on the CGI-S. … ***The statistically significant improvement at six weeks was lost after 12 weeks of treatment (secondary endpoint)*** driven by a relative improvement in the placebo arm, but NUPLAZID maintained a numerical improvement over placebo." |

7

App. B
P. 8

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 12. | 12/20/2016 J.P. Morgan Report (Exhibit 12) | "This morning, ACAD announced positive top-line results from an exploratory Phase 2 study of Nuplazid in Alzheimer's disease psychosis (ADP). The product showed a *stat sig reduction in psychosis vs. placebo at week* 6 (p=0.0451). This comes as an upside surprise to us, and we believe most others as well. Indeed, we haven't spoken to a single investor who thought this trial would show compelling trends, let alone work; the perception was that even management was talking down the potential of the study.<br><br>…<br><br>In this *single center* Phase 2 exploratory study (n=181), Nuplazid showed *a stat sig reduction in psychosis* (3.76 point improvement from a 9.52 score at baseline) vs. placebo (1.93-point improvement from a 10.00 score at baseline) in the Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score *at week 6* (p=0.0451). *The PR notes that the separation of the curves is maintained through 12 weeks but that it's not significant at the longer time (a secondary endpoint).*" |
| 13. | 12/20/2016 Leerink Report (Exhibit 13) | "While noting that *the result does show evidence of clinical activity*, physician skepticism was based off: (1) the *lack of benefit seen on the Clinical Global Impression of Change - largely a secondary in psych studies* that contextualizes the meaningfulness of benefit, (2) *the loss of statistical separation at 12 weeks*; while regulatory endpoints in psych are often at weeks 4 or 6, pim, if approved, would be a chronic therapy in ADP and (3) while the comparison is not apples-to-apples, a seemingly smaller level of benefit in ADP than seen for pimavanserin in Parkinson's." |

8

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 14. | 12/20/2016 Needham Report (Exhibit 14) | "Acadia announced positive results from a Phase 2 trial of Nuplazid in Alzheimer's Disease Psychosis (ADP) this morning. *A statistically significant improvement* in NPI-NH Psychosis score was observed *at wk 6 primary endpoint* (Nuplazid -3.76 vs. placebo -1.93; p=0.0451). *The effect continued through wk 12 secondary endpoint, but was not statistically significant*. We do not believe this is a regulatory concern given antipsychotics are often evaluated at 6wk endpoints." |
| 15. | 12/20/2016 Piper Jaffray Report (Exhibit 15) | "At the primary efficacy analysis timepoint of 6 weeks, the 019 trial demonstrated a 1.83 point benefit on NPI-NH Psychosis scores (1.93 point improvement on placebo vs 3.76 point improvement on pima', p=0.0451, n=178). Please see Exhibit 1. In terms of percentage changes from baseline, this was actually similar to the prior 020 trial in PDP, and to us suggests clear activity from drug. *A benefit in the ADP pima' arm appeared as early as 2 weeks and 6-week benefit was maintained at 12 weeks, however the difference from placebo was not stat sig at the 12-week timepoint.*" |

9

App. B
P. 10

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 16. | 12/21/2016 H.C. Wainwright & Co. Report (Exhibit 16) | "Below, we list important questions that the study readout raises, and which we look forward to tackling as full data from the study becomes available: … *Response profile*: while we have not yet seen the treatment curves, management noted that there was separation at all time points, albeit not statistically significant everywhere. ***The benefit was statistically significant at 6 weeks, but not at 12 weeks***. As we understand it, the treatment score dropped relatively steadily between 0 and 12 weeks, while the placebo curve dropped more at 12 weeks, resulting in a miss. It does certainly raise the question: then, could the fluke be at 12 weeks, or at 6 weeks (or, did the placebo curve drop too much at 12 weeks, or did it just not drop enough at 6 weeks)? We look forward to dissection the magnitude and the statistical significance of the delta at all time point, especially those flanking the 6-week time point. *Protocol and conduct*: ***certain elements of the protocol make this study an hybrid between a multicenter and single center study.*** While patients were from different nursing homes, study assessment was done by the same traveling team. Furthermore, the investigators in this team who scored the NPI were different from the investigators who scored the CGI. Given the difference in outcomes between the two tools, ***the evaluation protocol (single team, split evaluation of tools with different results) does introduce a further discount factor to the readout, in our view.***" |

10

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 17. | 02/28/2017<br>FY 2016 10-K<br>(Exhibit 17) | "In December 2016 we announced positive top-line results from our Phase II study, referred to as the -019 Study, examining the safety and efficacy of pimavanserin as a treatment for AD Psychosis. The -019 Study was a double-blind, placebo-controlled exploratory trial designed to evaluate the efficacy and safety of pimavanserin as a treatment for patients with AD Psychosis. A total of 181 patients were enrolled in the study in the United Kingdom. Following a screening period that included brief psycho-social therapy, patients were randomized on a one-to-one basis to receive either 34 mg of pimavanserin or placebo once-daily. The primary endpoint of the study was antipsychotic efficacy as measured by the mean change in the Neuropsychiatric Inventory—Nursing Home, or NPI-NH, Psychosis score (combined hallucinations and delusions domains) from baseline to week six of dosing. The study also assessed additional secondary endpoints, including the cognitive status of patients and the durability of response to pimavanserin, through week 12 of dosing.<br><br>***Pimavanserin demonstrated efficacy on the primary endpoint*** of the -019 Study with a 3.76 point improvement in psychosis ***at week six*** compared to a 1.93 point improvement for placebo, representing a statistically significant treatment improvement in the NPI-NH Psychosis score (p=0.0451). Baseline mean scores for the pimavanserin and placebo treated groups were 9.52 and 10.00, respectively. . . . ***On the secondary endpoint*** of mean change in NPI-NH Psychosis score ***at week 12, pimavanserin maintained the improvement on psychosis observed at the week six primary endpoint, but did not statistically separate from placebo.***" |

11

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 18. | 08/08/2017 Investor Conference Call<br><br>(Exhibit 19) | "Additionally, our abstracts on the Phase II study of pimavanserin in AD Psychosis was recently accepted for presentation in a symposium at the Clinical Trials on Alzheimer's Disease or CTAD Annual Meeting. This meeting will be in Boston in the first week of November. At the CTAD meeting, scientific experts will address the importance of serotonin in AD Psychosis. They will also discuss data from our Phase II study and they will review these results in the context of historical Alzheimer's disease psychosis trials. So as we look ahead, we're excited to share more data on AD Psychosis, and we're also excited about continuing to advance our 4 other CNS programs in development." |
| 19. | 09/26/2017 Investor Conference Call<br><br>(Exhibit 21) | "I mentioned our -019 results. This was a Phase II double-blind placebo-controlled study in 181 patients with AD psychosis. The primary endpoint was -- *on the primary endpoint, we established statistically significant reduction in psychosis* on the NPI-Nursing Home Psychosis scale *at 6 weeks*. Pimavanserin improved the psychosis score by 3.76 points. That was from a 9.52 point baseline versus a 1.94 point improvement for placebo. Pimavanserin did not impair cognition as measured by the MMSE score over 12 weeks of treatment. Let me repeat that. We did not impair cognition. The traditional antipsychotics well established that they do, and we did not. That's a very significant potential benefit that we have. Of course, we'll be following up on that in our Phase III development, but a very significant finding in this study." |

App. B
P. 13

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 20. | 11/03/2017 Acadia Press Release (Exhibit 34) | "Pimavanserin *met the primary endpoint in the study, showing a statistically significant reduction in psychosis* versus placebo as measured by the Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score *at week 6* of dosing (delta = 1.84, p=0.0451, effect size [Cohen's d] = 0.32). The proportion of responders at week 6 that had an NPI-NH Psychosis score improvement of $\geq$ 30% was 55.2% for pimavanserin-treated patients versus 37.4% for placebo (p=0.0159). … *The pimavanserin and placebo groups did not separate statistically on the secondary endpoints of the Alzheimer's Disease Cooperative Study – Clinical Global Impression of Change (ADCS-CGIC) or the Cohen-Mansfield Agitation Inventory Short Form (CMAI-SF), nor on the exploratory endpoints of the mean change in NPI-NH Psychosis score at week 12 or the Alzheimer's Disease Cooperative Study – Activities of Daily Living (ADCS-ADL)*." |

13

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 21. | 11/05/2017 Cowen Report (Exhibit 35) | "*After releasing positive top-line data in December 2016, ACAD reported full data from the Ph2 trial of pimavanserin in Alzheimer's Disease Psychosis (ADP) at CTAD.* The trial randomized 90 ADP patients to pimavanserin and 91 to placebo and was conducted at 133 nursing homes. Patients in the trial had significant psychosis at baseline, with ~1/3 of patients meeting criteria for severe psychosis, though the PI of the trial noted lower antipsychotic use and lower severity of agitation than expected in a broader population. *The trial met its primary endpoint* of psychosis score improvement on the NPI-NH hallucinations and delusions subscale *at 6 weeks* with a 39.5% reduction in psychosis score (p<0.05). […] The major criticism of the ADP data to date have been the *lack of statistical significance vs. placebo on improvement of psychosis at 12 weeks (following significance at 6 weeks).* KOLs suggested the lack of significance was due in part to the relapsing-remitting nature of dementia-related psychoses and noted 70% of patients spontaneously remit over 12 weeks, though 50% of them will relapse over the subsequent year. The KOLs indicated the relapsing-remitting course of psychosis may be different for Lewy Body-related dementias vs. AD, though there have not been substantial longitudinal studies to specifically characterize them." |
| 22. | 11/06/2017 Goldman Sachs Report (Exhibit 36) | "*ACAD presented the full pimavanserin Ph2 (N=181) data in ADP* including new responder analyses and subgroup analyses of patients with severe ADP. On the primary efficacy endpoint of change from baseline to week 6 in the Neuropsychiatric Inventory-Nursing Home Version (NPI-NH) psychosis score, ACAD previously reported 3.76 in the treated vs. 1.93 in the placebo arm (p=0.0451) representing a 39.5% reduction; *however, the drug-placebo delta at 12 weeks did not show a statistically significant separation.*" |

14

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 23. | 11/06/2017 Needham Report (Exhibit 37) | "Acadia had previously disclosed Phase 2 trial primary endpoint 6wk Neuropsychiatric Inventory-Nursing Home Psychosis score improved relative to placebo (NPI-NH; -3.76 Nuplazid vs -1.93 Pbo; p=0.0451). *The effect continued through wk12, but was not statistically significant. Acadia had also previously announced that secondary 6wk CMAI-SF and ADCS-CGIC endpoints were not met.*" |
| 24. | 11/07/2017 Bank of America Merrill Lynch Report (Exhibit 40) | "ACAD reported detailed results from its phase 2 study in Alzheimer's Disease Psychosis at the CTAD meeting this week in Boston." |
| 25. | 11/08/2017 Goldman Sachs Report (Exhibit 41) | "While we viewed the full pima Ph2 data in Alzheimer's disease (AD) psychosis as supportive of prior efficacy and safety, and KOLs were optimistic on the data and ongoing Ph3 study in DRP, *investor concerns remain regarding the lack of separation of drug-placebo effect at 6-12 weeks*. KOLs attributed the high placebo rates in the Ph2 study at week 12 to spontaneous remissions common in dementia psychoses." |
| 26. | 11/08/2017 H.C. Wainwright & Co. Report (Exhibit 42) | "At the CTAD meeting, Acadia also presented additional data on the Phase 2 -019 study of pimavanserin in the ADP patients. We acknowledge that there are *concerns around the readout*, specifically: (1) *pimavanserin showed a significant effect compared to placebo at week 6* (39.5% reduction as measured by the NPI-NH score), but *failed to maintain the efficacy at week 12*; and (2) -019 study also *missed several key secondary endpoints*, such as ADCS-CGIC, ADCS-ADL and CMAI-SF." |

15

App. B
P. 16

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 27. | 02/26/2018 Supp. App. to The Lancet Neurology (Exhibit 44) | Providing detailed results, including a separate "per protocol" analysis set. |
| 28. | 02/27/2018 FY 2017 10-K (Exhibit 45) | "In December 2016 we announced positive top-line results from our Phase 2 study, referred to as the -019 Study, examining the safety and efficacy of pimavanserin as a treatment for patients with AD Psychosis, which is a subset of the dementia-related psychosis population. The -019 Study was a double-blind, placebo-controlled exploratory trial designed to evaluate the efficacy and safety of pimavanserin as a treatment for patients with AD Psychosis. A total of 181 patients were enrolled in the study in the United Kingdom. Following a screening period that included brief psycho-social therapy, patients were randomized on a one-to-one basis to receive either 34 mg of pimavanserin or placebo once-daily. *The primary endpoint of the study was* antipsychotic efficacy as measured by the mean change in the Neuropsychiatric Inventory-Nursing Home, or NPI-NH, Psychosis score (combined hallucinations and delusions domains) from baseline to *week six* of dosing. *The study also assessed additional secondary endpoints*, including the cognitive status of patients and the durability of response to pimavanserin, *through week 12 of dosing.*<br><br>*Pimavanserin demonstrated efficacy on the primary endpoint* of the -019 Study with a 3.76 point improvement in psychosis *at week six* compared to a 1.93 point improvement for placebo, representing a statistically significant treatment improvement in the NPI-NH Psychosis score (p=0.0451). . . . *On the secondary endpoint* of mean change in NPI-NH Psychosis score *at week 12, pimavanserin maintained the improvement on psychosis observed at the week six primary endpoint, but did not statistically separate from placebo.*" |

| No. | Date / Source | Disclosed Information |
|-----|---------------|----------------------|
| 29. | 08/16/2018 The Journal of Prevention of Alzheimer's Disease Article (Exhibit 51) | Providing detailed information about design and results, including: "STUDY DESIGN: This was a randomized, double-blind, placebo-controlled study, with the *primary efficacy analysis at the 6-week time point*. *Study participants continued treatment to 12 weeks* with the objective to evaluate overall safety, effects on cognition, and assess maintenance of effect. Patients were randomized equally to pimavanserin 34 mg or placebo once daily, and randomization was stratified by baseline Mini-Mental State Examination (MMSE) (24) in two levels (MMSE <6 and MMSE ≥6) and NPI-NH psychosis score in two levels (hallucinations and delusions <12 and ≥12) .… MEASUREMENTS: *The primary endpoint was mean change from baseline at Week 6* on the Neuropsychiatric Inventory- Nursing Home Version psychosis score (NPI-NH-PS). In the prespecified subgroup analysis, the mean change in NPI-NH-PS and the responder rates among those with baseline NPI-NH-PS ≥12 were evaluated. . . . *The primary efficacy outcome was change from baseline to Week 6* for the NPI-NH psychosis score (hallucinations + delusions) for pimavanserin vs. placebo. The focus of the prespecified subgroup analysis was efficacy assessment for baseline NPI-NH psychosis score ≥12 on the primary outcome (NPI-NH psychosis score) and the responder analysis." |

17

# Appendix C

**Appendix C**
**Publicly Available Information Regarding the FDA Agreement**

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 1. | 08/08/2017 Investor Conference Call (Exhibit 19) | "*[W]e've now have met with the FDA, presented our Phase II data and presented our proposal for the Phase III program. And I'm happy to say that they aligned very closely with our proposal, that is essentially the proposal we put in front of them was accepted*. And we are quite encouraged with that. Also, I would say that brought us closer to the initiation of the program because we started many activities at risk prior to the FDA meetings, so their acceptance of our proposal enabled us to really initiate this program earlier than ordinarily would be the case." |
| 2. | 08/09/2017 H.C. Wainwright & Co. Report (Exhibit 20) | "*The company also noted that it held its end of Phase 2 meeting with the FDA, which resulting in largely the same clinical plan that they had entered the meeting with*. We are encouraged by this update, as it likely means a clearer path to registration and likely a quicker commencement of the pimavanserin Phase 3 program (set to occur in the next couple months)." |
| 3. | 09/26/2017 Ladenburg Thalmann Healthcare Conference (Exhibit 21) | "And as I mentioned earlier, *we've now had an end-of-Phase II meeting with FDA. We went in with a plan. We came out of that meeting with exactly the plan we went in with,* and I think that just speaks to the clarity that we have in terms of how we proceed into Phase III." |

1

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 4. | 10/04/2017 Acadia Press Release (Exhibit 22) | "*We are pleased the FDA has agreed to an efficient development path for pimavanserin in this broad indication* and granted Breakthrough Therapy Designation in recognition of this serious unmet need . . . *The initiation of the pivotal study in dementia-related psychosis, referred to as HARMONY, follows an End-of-Phase II Meeting and agreement with the FDA on the clinical development plan and the design of the Phase III study*. ACADIA believes that *robust positive results* from one Phase III study together with supportive data from prior studies with pimavanserin could serve as the basis of a supplementary New Drug Application (sNDA) for the treatment of hallucinations and delusions associated with dementia-related psychosis." |

2

App. C
P. 3

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 5. | 10/04/2017 Investor Conference Call (Exhibit 23) | "*The DRP indication of the HARMONY study design are results of the end-of-phase II meeting we held with the FDA around midyear. We went into the end of Phase II meeting with a plan* we felt would provide the best results for patients, that is a plan which would enable us to reach the broadest number of patients as soon as possible, *and we came out of that meeting with exactly the plan we went in with*. <br><br> . . . <br><br> *There was alignment [with the FDA] on the overall clinical development plan and the design of the proposed Phase III study*. We are confident that we have a clear understanding of the path forward to potential registration. And as a result, we believe that *robust positive results* from a single-Phase III study, together with supportive data from prior studies with pimavanserin, *can serve as the basis of a supplemental new drug application, or sNDA, in dementia-related psychosis*. <br><br> . . . <br><br> We'll be stratifying by groups of dementia but just certain groups of dementia. But I do want to point out that *in our discussions and agreement with the FDA, there was no prespecified proportion of different subtypes of dementia that we have to reach*. So we don't have a prespecified number, but we will be [] analytically evaluating different subtypes or groups of subtypes." |
| 6. | 10/04/2017 Cowen Report (Exhibit 24) | "Management indicated that a *positive result* in the Ph3 HARMONY trial *would serve as supportive of an sNDA filing for DRP*, with supportive data from the Ph2 '019 ADP trial (full data presentation at CTAD on Nov 3, Boston), as well as from the pivotal Ph3 '020 PDP trial, in which management disclosed today ~25% of trial patients had concomitant dementia." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 7. | 10/04/2017 Leerink Report (Exhibit 26) | "On the plus side, ***FDA feedback*** awarding breakthrough designation and ***allowing for a single pivotal study*** is encouraging, especially with respect to how the agency views pimavanserin safety . . . ***This initiation of HARMONY follows the end of phase II meeting with the FDA*** and ACAD believes this, along with its PDP (PD psychosis) phase 3 study, could form the basis for a sNDA (supplementary NDA) for the treatment of hallucinations and delusions associated with dementia-related psychosis . . . The awarding of BTD is very encouraging with respect to safety; recall that atypical antipsychotics induce an increased risk of death in dementia patients – in the backdrop of this, ***FDA allowing ACAD to pursue an expedited path across such a broad patient population*** is a clear win." |
| 8. | 10/05/2017 Bank of America Merrill Lynch Report (Exhibit 27) | "The company also believes a ***single positive ph 3 trial would provide enough clinical data to file for approval in DRP***." |
| 9. | 10/05/2017 H.C. Wainwright & Co. Report (Exhibit 28) | "With the initiation of HARMONY study in dementia-related psychosis (DRP) and discontinuation of SEREN study in AD agitation, we applaud what we view as a smart move by Acadia of pursuing a broader indication for pimavanserin, and more importantly, doing so with a solid clinical plan moving forward. . . . ***The blessing from the FDA*** with a Breakthrough Designation further elevates our sanguine outlook for the program." |
| 10. | 10/05/2017 JMP Report (Exhibit 29) | "The Phase 2 and 3 trials provide clinically and statistically robust evidence of pimavanserin's benefit on psychoses symptoms in multiple dementia populations. . . . We think the results from these trials supported both ***the FDA's alignment on a broad DRP indication*** and clinical evidence of benefit for BTD." |

4

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 11. | 10/06/2017 Ladenburg Thalmann Report (Exhibit 32) | "HARMONY is a Phase III study of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. The initiation of this pivotal study follows *an End-of-Phase II Meeting and an agreement with the FDA on the clinical development of the Phase III study.*" |
| 12. | 10/09/2017 J.P. Morgan Report (Exhibit 33) | "Given that the company has already established the activity of Nuplazid (pimavanserin) in the acute setting, *the FDA signed off on a relapse prevention study for registration purposes* as opposed to post approval. . . . Management cited several reasons for the decision (*and agreement with FDA) to pursue a DRP indication*[.]" |
| 13. | 11/07/2017 Q3 2017 10-Q (Exhibit 38) | "*Following our End-of-Phase II Meeting with the FDA and agreement with the agency on our clinical development plan*, we initiated our Phase III HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |
| 14. | 11/07/2017 Acadia Earnings Call (Exhibit 39) | "[W]e are pleased that the *FDA has agreed to an efficient development path for this important program*. Following an End-of-Phase II meeting with the FDA, we believe that *robust positive results from one Phase III Study*, together with supported data from prior studies with pimavanserin could serve as the basis of a supplementary New Drug Application." |

5

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 15. | 01/09/2018 J.P. Morgan Healthcare Conference (Exhibit 43) | "Typically, antipsychotics are approved by showing an acute response over 4 to 6 weeks. You get a label that will allow you to dose the drug indefinitely. But the FDA always requires you to come back after the approval and show durability of response that is usually done in a relapse prevention study. We went to FDA and said, we want to go directly to a relapse-prevention study. We think we've already established acute efficacy in our Parkinson's study and in our Alzheimer's study. *And now for this broader indication that includes them and some other types of dementia, we can think we can go right to a relapse-prevention study and the FDA agreed. They also agreed that with robust positive results of that study, that can serve as the basis of a sNDA application*. . . . We went to FDA and said, 'Look, we think we have enough acute data from the 2 studies we've done in Parkinson's and Alzheimer's to go directly to this,' *they agreed*. And so, as a consequence, we've gone to this relapse prevention study which we think gives us a very, very attractive path forward from a regulatory perspective." |
| 16. | 02/27/2018 FY 2017 10-K (Exhibit 45) | "*Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan*, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |
| 17. | 02/27/2018 Acadia Earnings Call (Exhibit 46) | "[A]ssuming that we have a *robust efficacy response*, which, as *we've agreed with the FDA, could serve as the basis of a submission based upon the single study*." |

6

App. C
P. 7

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 18. | 05/04/2018 Q1 2018 10-Q (Exhibit 47) | "***Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan***, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |
| 19. | 06/13/2018 Goldman Sachs Healthcare Conference (Exhibit 48) | "So just to put it in context, that study is a relapse prevention study design. That's a study design that has a much higher probability of success if we just look at other studies done, including other studies done in this population than a more typical parallel design study. ***And so in that population, we feel like this is a very, very favorable path that we carved out with FDA***." |
| 20. | 06/20/2018 JMP Healthcare Conference (Exhibit 49) | "So in our case, we wanted to establish with -- we proposed to FDA that we've already demonstrated an acute effect or an effect in 6 to 8 weeks in Parkinson's population and Alzheimer's population. And we'd like to go directly to a relapse-prevention study. ***The FDA agreed with that***. ***They agreed*** on the basis of the strong efficacy data we have from those 2 populations. ***And so that's the study design we've adopted***. From our perspective, it's an ideal study design. Not only is it highly statistically powerful, so we get the benefits of that, but it's also a clinically meaningful endpoint to physicians." |
| 21. | 08/08/2018 Q2 2018 10-Q (Exhibit 50) | "***Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan***, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 22. | 11/06/2018<br>Q3 2018 10-Q<br>(Exhibit 52) | "***Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan***, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |
| 23. | 01/09/2019<br>JP Morgan Healthcare Conference<br>(Exhibit 53) | "Following the -- these 2 studies, we had an -- a Phase II meeting with FDA and ***agreed on our Phase III plan***, and it's represented here on this slide. We're running a relapse prevention study. It's a single study. ***We have agreement with the FDA that with robust results from this single study, that can serve as the basis for an NDA submission — sNDA submission***[.]" |
| 24. | 02/26/2019<br>Acadia Earnings Call<br>(Exhibit 54) | "As highlighted on Slide 17, our program in dementia-related psychosis is leveraging the benefits [we] observed in 2 previous studies: our PDP pivotal study as well as our Phase II study in Alzheimer's disease psychosis. ***Following these 2 studies, we had an end-of-Phase-II meeting with the FDA and agreed on our Phase III plan***, and it's represented on the next slide. As a reminder, this development program also received Breakthrough Therapy Designation from FDA. Our Phase III HARMONY study is a relapse prevention study. ***We have agreement with the FDA that robust results from this single study can serve as the basis for an sNDA submission***." |
| 25. | 02/27/2019<br>FY 2018 10-K<br>(Exhibit 55) | "Following our End-of-Phase 2 Meeting with the FDA and ***agreement with the agency on our clinical development plan***, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone." |

8

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 26. | 05/01/2019 Acadia Earnings Call (Exhibit 56) | "*We have agreement with the FDA that robust results with HARMONY can serve as the basis for a supplemental NDA submission*." |
| 27. | 05/02/2019 Q1 2019 10-Q (Exhibit 57) | "*Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan*, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia." |
| 28. | 07/31/2019 Acadia Earnings Call (Exhibit 58) | "*We have agreement with the FDA that robust results with HARMONY can serve as the basis for a supplemental NDA submission*." |
| 29. | 08/01/2019 Q2 2019 10-Q (Exhibit 59) | "*Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan*, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia." |
| 30. | 08/01/2019 Goldman Sachs Report (Exhibit 60) | "*On a positive outcome, ACAD noted agreement with the FDA for HARMONY to serve as the basis for an sNDA submission*." |

9

| No. | Date / Source | Disclosed Information |
|---|---|---|
| 31. | 08/01/2019 Stifel Report (Exhibit 61) | "Final HARMONY readout in DRP refined to 2H20 (from 2020), but as the interim analysis remains on track for 2H19, ***mgmt reaffirmed FDA agreement that robust results can serve as the basis for a supplemental NDA submission***." |

10

**App. C
P. 11**