# Exhibit 11

**Ex. 11**
**P. 1**

**December 20, 2016**
**Biotechnology - Rating/Price Target Change**

**JMP**

# ACADIA Pharmaceuticals Inc. (ACAD)

Positive Results from NUPLAZID Phase 2 in Alzheimer's Disease Psychosis

**MARKET OUTPERFORM** | Price: $28.67 | Target Price: $47.00

| MARKET DATA | |
|---|---|
| Price | $28.67 |
| 52-Week Range: | $16.64 - $42.49 |
| Shares Out. (M): | 117.5 |
| Market Cap ($M): | $3,368.7 |
| Average Daily Vol. (000): | 2,090.0 |
| Cash (M): | $589 |
| Cash/Share: | $5.01 |
| Enterprise Value (M): | $4,260 |
| LT Debt (M): | $0 |

Source: Thomson Reuters and JMP Securities LLC

| FY DEC | | 2015A | 2016E | 2017E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | -- |
| | 2Q | $0.0 | $0.1A | -- |
| | 3Q | $0.0 | $5.3A | -- |
| | 4Q | $0.0 | $8.8 | -- |
| | FY | $0.1 | $14.2 | $70.8 |
| EPS | 1Q | ($0.40) | ($0.45)A | -- |
| | 2Q | ($0.39) | ($0.63)A | -- |
| | 3Q | ($0.39) | ($0.61)A | -- |
| | 4Q | ($0.45) | ($0.74) | -- |
| | FY | ($1.63) | ($2.45) | ($2.88) |

Source: Company reports and JMP Securities LLC

## STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**Positive PoC results in ADP provide increased confidence for pimavanserin's potential across a broad range of neuropsychiatric indications; reiterate our Market Outperform rating and increase our price target from $45 to $47 on ACADIA Pharmaceuticals.** ACADIA announced positive results from the exploratory Phase 2 trial for pimavanserin in patients with Alzheimer's disease psychosis (ADP). The trial met its primary endpoint of reduction in psychosis with pimavanserin vs. placebo after six weeks of treatment (p=0.0451). Importantly, and in contrast to atypical antipsychotics currently used off label to treat these patients, the improvement in psychosis symptoms was achieved without worsening cognition. We believe the results demonstrate a clear signal of effect and increase our confidence for development of the drug in patient populations beyond PDP and schizophrenia. We are lowering our discount rate on sales of pimavanserin in indications beyond PDP from 25% to 22.5% which increases our price target from $45 to $47. Our $47 price target includes sales of NUPLAZID in PDP and additional indications, and the company's earlier-stage pipeline.

**The primary reason for our enthusiasm today is the expanded evidence that pimavanserin has a role beyond PDP, and ACADIA now likely becomes an acquisition candidate.** We continue to view the commercial opportunity for NUPLAZID in PDP as attractive, as well as potential upside from EU approval and ROW geographies. Moreover, the company has made significant progress in broadening development efforts in multiple indications, with a Phase 3 trial currently ongoing evaluating pimavanserin as an adjunct treatment for schizophrenia and Phase 2 trials ongoing in AD agitation and schizophrenia patients with predominant negative symptoms. Results from a prior Phase 2 trial in schizophrenia provide proof of concept, in our view, and we believe the data announced today provide clear clinical evidence of benefit in a broader psychosis population. We believe these data reinforce the mechanistic rationale for pimavanserin, and importantly highlight the potential for differentiation with a selective 5-HT2A inverse agonist.

**Several points of debate on conference call, but our key takeaway remains the same; the trial demonstrated a clear signal of clinical effect.** Key points of debate on the conference call were the magnitude and clinical meaningfulness of the effect on psychosis, loss of statistically significant benefit at 12 weeks (vs. primary endpoint at six weeks), conduct of the trial at a single network of nursing homes in the UK, and lack of effect on the CGI-S. We discuss each on the following pages, however remain confident that the drug demonstrated a signal of effect supportive of continued development in patients with cognitive impairment and neuropsychiatric symptoms. We also gain comfort from management's comments to us that pressure testing the results

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Harry Jenq, PhD**
hjenq@jmpsecurities.com
(212) 906-3509

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

**Ex. 11**
**P. 2**



through various subset analyses supports a robust signal of effect. We look to the presentation of detailed results at a future medical meeting.

**Next steps in ADP involve seeking regulatory input.** Management intends to meet with the FDA to discuss the results from this trial and we look to an update in 2017. In our view, it is likely that the trial will inform the design of future trials in patients with cognitive impairment and neuropsychiatric symptoms, vs. being a precursor to a replicate registration trial.

## PHASE 2 RESULTS PROVIDE PROOF OF CONCEPT IN ADP

**NUPLAZID achieved its primary endpoint, demonstrating a statistically significant improvement on NPI-NH psychosis.** This Phase 2 trial involved 181 patients at a single UK site involving 139 nursing homes with assessments made by the same physician team. ADP patients were randomized equally to 34mg of NUPLAZID or placebo, with patients showing after six weeks an improvement of 3.76 points on the NPI-NH psychosis score in the NUPLAZID arm, as compared to a 1.93 improvement in the placebo group (p=0.045, mITT analysis including all patients dosed and with one post-treatment assessment). At baseline, patients had similar NPI-NH psychosis scores of 9.52 in the NUPLAZID arm and 10.00 in the placebo cohort (scale has a maximum score of 24). The statistically significant improvement at six weeks was lost after 12 weeks of treatment (secondary endpoint) driven by a relative improvement in the placebo arm, but NUPLAZID maintained a numerical improvement over placebo.

**The observed magnitude of benefit is comparable to that observed in the PDP pivotal trial, although the CGI scale did not show separation in the ADP study.** The percent change from baseline in NPI-NH psychosis (20% placebo-adjusted) is similar to that observed on SAPS-PD in the PDP studies (18% placebo-adjusted at the six-week primary endpoint). Management also indicated that the effect size was similar in the ADP and PDP trials. The CGI-S did not show a separation between the treatment and placebo arms. However, unlike in typical multi-center trials, this Phase 2 had different individuals on the physician team assessing the CGI for a given patient over time, creating more variability and potentially explaining the absence of signal on CGI. Going forward, the company will discuss with the FDA regarding potential endpoints for subsequent studies.

**Loss of statistical significance at 12 weeks driven by variability in placebo response.** Management stated that there was a numerical separation between pimavanserin and placebo at all time points measured, and while this separation was statistically significant at six weeks, it was not at 12 weeks. This was due to variability in the placebo arm (i.e., not a trend of continuous improvement over time with placebo patients). We acknowledge that the loss of significance and placebo variability are notable risks for pivotal trials in this patient population. However, we believe the results provide a robust platform on which future trials can be designed, enabling optimization of patient populations, endpoints, and trial conduct (e.g., use of central raters as was essentially employed in this trial).

**Unlike atypical antipsychotics, NUPLAZID did not result in worsening of cognition function in this elderly, demented population.** As measured by the MMSE score, patients on pimavanserin showed a similar change as those on placebo. NUPLAZID was also well-tolerated and safe, in line with that observed in the PDP studies. We believe this represents a clear point of differentiation for pimavanserin and supportive of its selective mechanism of action. The most common adverse events across both treatment arms were falls, urinary tract infections, and agitation. Management noted that the rates of falls and UTIs were relative balanced between the pimavanserin and placebo arms. While agitation was more frequent in patients treated with pimavanserin, management highlighted that the

ACADIA Pharmaceuticals Inc. (ACAD)



results are challenging to interpret as the baseline level of agitation was low (and not reflective of the population being enrolled in the ongoing AD agitation Phase 2 trial). Although the study duration was relatively short, it was favorable to observe no imbalance in mortality rate between the arms (four deaths in each arm), as atypical antipsychotics are known to increase death in the elderly, demented population. There was also no unfavorable imbalance in discontinuation rate due to adverse events (with a higher rate in the placebo arm).

**NUPLAZID results compare favorably to currently available atypical antipsychotics for ADP.** Atypical antipsychotics are currently used to treat ADP, but have a marginal benefit on psychosis that is not consistently observed across studies, and have safety issues including cognitive decline and mortality risk. Although the 1.8 point placebo-adjusted benefit on NPI-NH psychosis is in line with certain dose arms of particular studies of atypical antipsychotics, this level of benefit has not been consistently observed with atypical antipsychotics. We believe the signal to noise ratio in the pimavanserin trial may have been improved vs. other trials in this setting through the use of a single rating team. This resulted in a lower placebo rate at six weeks than observed in some atypical trials in ADP, thereby allowing for better capture of an efficacy signal. As highlighted at the NUPLAZID PDP AdComm, we believe that the FDA will continue to look favorably on the use of centralized rating in neuropsychiatric trials. Finally, atypicals have the risk of worsening cognition and of mortality, whereas pimavanserin did not exhibit a decline in cognition in this study or any evidence of increased mortality risk.



## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, in clinical development for three neurological indications with high unmet medical need. The drug candidate has successfully completed Phase 3 trials for psychoses in Parkinson's disease psychosis (PDP) and a Phase 2 trial is ongoing in Alzheimer's disease psychosis (ADP). Additionally, the company is evaluating the drug candidate in schizophrenia.

## Investment Risks

Development and regulatory risks. Currently, ACADIA has one drug candidate that has completed Phase 3 testing, NUPLAZID, under investigation for Parkinson's disease psychosis. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a relatively high risk to newsflow and our financial projections.

Intellectual property risk. ACADIA has been issued patents covering its drug discovery technology platform and a composition of matter patent for NUPLAZID.

Competition. If successfully developed, ACADIA's products will compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

**ACADIA Pharmaceuticals Inc. (ACAD)**

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts,circumstances or events that may subsequently come to my/our attention. Signed Jason N. Butler and Harry Jenq

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities was manager or co-manager of a public offering of securities for ACADIA Pharmaceuticals Inc. (ACAD) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of December 20, 2016)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 264 | 57.77% | Buy | 264 | 57.77% | 50 | 18.94% |
| MARKET PERFORM | Hold | 169 | 36.98% | Hold | 169 | 36.98% | 13 | 7.69% |
| MARKET UNDERPERFORM | Sell | 9 | 1.97% | Sell | 9 | 1.97% | 0 | 0% |
| COVERAGE IN TRANSITION | | 13 | 2.84% | | 13 | 2.84% | 1 | 7.69% |
| RATING SUSPENDED | | 1 | 0.22% | | 1 | 0.22% | 0 | 0% |
| TOTAL: | | 457 | 100% | | 457 | 100% | 65 | 14.22% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with NASD Rule 2711, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

**ACADIA Pharmaceuticals Inc. (ACAD)**

JMP



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2016. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**ACADIA Pharmaceuticals Inc. (ACAD)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### ALTERNATIVE ENERGY

| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| McCrea Dunton | (415) 835-8996 |

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Operating Companies**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |
| Benjamin Zucker | (212) 906-3529 |

**Regional Banks**
| | |
|---|---|
| Emlen Harmon | (212) 906-3547 |

### HEALTHCARE

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Bhumika Sharma, PhD | (312) 768-1795 |
| Amy Wang | (312) 768-1796 |
| Jonathan Wolleben | (312) 768-1788 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Harry Jenq, PhD | (212) 906-3509 |
| Michael G. King, Jr. | (212) 906-3520 |
| Konstantine Aprilakis, MD | (212) 906-3503 |
| Michael Englander | (212) 906-3540 |
| Patrick P. Zhang, CFA | (212) 906-3514 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Brian Riley | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| John Gillings | (212) 906-3564 |

**Specialty Pharmaceuticals**
| | |
|---|---|
| Donald Ellis | (212) 906-3507 |
| Nazibur Rahman | (212) 906-3519 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |

**Lodging & Leisure/REITs: Hotels**
| | |
|---|---|
| Whitney Stevenson | (212) 906-3538 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Peter Lunenburg | (212) 906-3537 |

**REITs: Healthcare, Residential, & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Brian Riley | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Peter Lunenburg | (212) 906-3537 |

**Residential Services**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Internet Security, Communications Infrastructure, & Storage**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| John Lucia | (415) 835-3920 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Andrew Boone, CFA | (415) 835-3957 |
| Shweta Khajuria | (415) 835-8916 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Mathew Spencer | (415) 835-8930 |
| Greg McDowell | (415) 835-3934 |
| Rishi Jaluria | (415) 835-3961 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |

# Exhibit 12

Completed    20 Dec 2016 08:34 AM EST
Disseminated 20 Dec 2016 08:35 AM EST
**North America Equity Research**
20 December 2016

## J.P.Morgan

# ACADIA Pharmaceuticals

### Surprise, Surprise...Nuplazid Meets Primary Endpoint in Alzheimer's Disease Psychosis - ALERT

**Overweight**

**ACAD, ACAD US**
Price: $25.43

**19 December 2016**

Biotechnology

**Cory Kasimov** AC
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>

**Brittany Terner**
(1-212) 622-8527
brittany.terner@jpmorgan.com

**Whitney G Ijem**
(1-212) 622-4668
whitney.g.ijem@jpmorgan.com
J.P. Morgan Securities LLC

This morning, ACAD announced positive top-line results from an exploratory Phase 2 study of Nuplazid in Alzheimer's disease psychosis (ADP). The product showed a stat sig reduction in psychosis vs. placebo at week 6 (p=0.0451). This comes as an upside surprise to us, and we believe most others as well. Indeed, we haven't spoken to a single investor who thought this trial would show compelling trends, let alone work; the perception was that even management was talking down the potential of the study. Nevertheless, this better-than-expected result, along with the initial 3Q commercial beat for Nuplazid in Parkinson's disease psychosis (3Q revenue of $5.3M vs. consensus of $2.9M), should help to restore more positive sentiment in the name. Upside could also be generated by the fact that short interest is ~22% (according to Bloomberg). Bottom line, we continue to believe ACAD has scarcity value with an approved wholly owned CNS asset that could provide a "pipeline in a pill" of opportunities. Reiterate OW.

- **Nuplazid meets primary endpoint.** In this single center Phase 2 exploratory study (n=181), Nuplazid showed a stat sig reduction in psychosis (3.76 point improvement from a 9.52 score at baseline) vs. placebo (1.93-point improvement from a 10.00 score at baseline) in the Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score at week 6 (p=0.0451). The PR notes that the separation of the curves is maintained through 12 weeks but that it's not significant at the longer time (a secondary endpoint). We believe it will be important to see the time course of the curves. Additionally, Nuplazid did not demonstrate a worsening of MMSE (standard cognition measure) over 12 wks relative to placebo (atypical antipsychotics are known to worsen cognition).

- **The safety profile was consistent with prior studies.** The most common AEs were falls, urinary tract infection and agitation. The mortality rate was the same in the Nuplazid and placebo arms.

- **ACAD is holding a call at 8:30am EST.** Dial-in: (844) 821-1109 (US), (830) 865-2550 (int'l); passcode: 43052480.

**See page 2 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**www.jpmorganmarkets.com**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

**Ex. 12**
**P. 2**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 December 2016

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of ACADIA Pharmaceuticals.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by ACADIA Pharmaceuticals.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for ACADIA Pharmaceuticals within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: ACADIA Pharmaceuticals.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: ACADIA Pharmaceuticals.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from ACADIA Pharmaceuticals.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from ACADIA Pharmaceuticals.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of ACADIA Pharmaceuticals.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**ACADIA Pharmaceuticals (ACAD, ACAD US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 15-May-14 | OW | 19.70 | 33.00 |
| 26-Feb-15 | OW | 37.78 | 43.00 |
| 11-Mar-15 | OW | 34.82 | 40.00 |
| 07-May-15 | OW | 37.94 | 45.00 |
| 06-Aug-15 | OW | 39.14 | 55.00 |
| 29-Feb-16 | OW | 18.73 | 49.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 15, 2014.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

2

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com

Ex. 12
P. 3

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
20 December 2016

J.P.Morgan

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alkermes PLC (ALKS), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), Biogen (BIIB), Celgene (CELG), Clovis Oncology (CLVS), Editas Medicine (EDIT), Gilead Sciences (GILD), Incyte Corporation (INCY), Juno Therapeutics (JUNO), MannKind Corporation (MNKD), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seattle Genetics (SGEN), Spark Therapeutics (ONCE), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), aTyr Pharma (LIFE), bluebird bio (BLUE)

**J.P. Morgan Equity Research Ratings Distribution, as of October 03, 2016**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
| --- | --- | --- | --- |
| J.P. Morgan Global Equity Research Coverage | 42% | 46% | 12% |
| IB clients* | 51% | 48% | 34% |
| JPMS Equity Research Coverage | 42% | 50% | 8% |
| IB clients* | 68% | 61% | 43% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial

3

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com

Ex. 12
P. 4

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 December 2016

J.P.Morgan

Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 193/03/2016 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 089/09/2016], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch and J.P.Morgan Chase Bank, N.A., Frankfurt Branch which are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com.sg. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such

4

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com

Ex. 12
P. 5

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
20 December 2016

J.P.Morgan

securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised December 3, 2016.

**Copyright 2016 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com

Ex. 12
P. 6

# Exhibit 13

Ex. 13

P. 1

December 20, 2016

**MARKET PERFORM**

Paul Matteis
(617) 918-4585
Paul.Matteis@Leerink.com

Jeffrey Lin, Ph.D.
(617) 918-4838
Jeffrey.Lin@Leerink.com



Reason for report:

**PROPRIETARY INSIGHTS**

# ACADIA PHARMACEUTICALS INC.

## KOL Call on ADP: Mixed Take w/ Tempered Optimism on Ph2 Data

• **Bottom Line: Following ACAD's announcement of pimavanserin ADP data, we hosted a MEDACorp pulse call with two specialists who offered a somewhat critical take on the positive top-line results. While each emphasized the significant unmet need in ADP and the impressive safety profile for pim, KOLs referred to the result as a "minor positive signal" or "marginal efficacy", raising some question regarding the odds that this will be replicated in a larger phase III study - which could end up employing a different clinical endpoint.** While noting that the result does show evidence of clinical activity, physician skepticism was based off: (1) the lack of benefit seen on the Clinical Global Impression of Change - largely a secondary in psych studies that contextualizes the meaningfulness of benefit, (2) the loss of statistical separation at 12 weeks; while regulatory endpoints in psych are often at weeks 4 or 6, pim, if approved, would be a chronic therapy in ADP and (3) while the comparison is not apples-to-apples, a seemingly smaller level of benefit in ADP than seen for pimavanserin in Parkinson's. Putting this into historical context, some of the same criticisms that emerged during our doc call could have been said about early data for pim in PDP - which improved with experience - emphasizing the importance of thoughtful trial design, patient selection and clinical endpoints in future studies. And with no approved treatments for ADP and meaningful safety issues with the standard-of-care, specialist commentary suggests that pimavanserin would (even with a modest effect size) still get meaningful traction in Alzheimer's in the event that it were approved. **Therefore, on balance, the ADP data reported today do represent moderate upside to our initially low expectations, but per the above, meaningful clinical risk remains outstanding, in our view. As ACAD advances the program and looks ahead to a meeting with FDA, we are raising our odds of success to 30% from 20% to reflect this morning's result, moving our PT to $31 from $29. Reiterate MP on ACAD.**

continued on page 2...

| Key Stats: | (NASDAQ :ACAD) |
|---|---|
| **Sector:** | **Biotechnology** |
| **S&P 500 Health Care Index:** | **801.03** |
| **Price :** | **$28.57** |
| Price Target: | $31.00 from $29.00 |
| Methodology: | |
| | 50/50 Blend of DCF Analysis, 10.5% DR + 2% TG, and 5x Revenue Multiple Valuation |
| 52 Week High: | $42.49 |
| 52 Week Low: | $16.64 |
| Shares Outstanding (mil): | 134.7 |
| Market Capitalization (mil): | $3,848.4 |
| Book Value/Share: | $2.12 |
| Cash Per Share: | $3.90 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |
| Est LT EPS Growth: | NA |

Completion: December 20, 2016, 7:05PM EDT.
Distribution: December 20, 2016, 7:05PM EDT.
*Cash Per Share: On a net basis as of 4Q16E*
*Shares Outstanding (mil): Fully Diluted Shares Outstanding 4Q16E*



1 Year Price History/Ave. Daily Vol. (mil) for ACAD

Created by BlueMatrix

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015A** | 0.0 | 0.0 | 0.0 | 0.0 | $0.1 | ($0.40) | ($0.39) | ($0.39) | ($0.45) | ($1.63) | NM |
| **2016E** | 0.0A | $0.1A | $5.3A | $9.0 | $14.4 | ($0.45)A | ($0.63)A | ($0.61)A | ($0.68) | ($2.38) | NM |
| **2017E** | -- | -- | -- | -- | $88.8 | -- | -- | -- | -- | ($2.36) | NM |

*Source: Company Information and Leerink Partners LLC Research*
*Revenues in MM.*

**Please refer to pages 9 - 12 for Important Disclosures, Price Charts and Analyst Certification.**

Ex. 13
P. 2

**ACADIA PHARMACEUTICALS INC.**        December 20, 2016



# INVESTMENT THESIS

**We rate ACAD shares Market Perform.** ACADIA is a specialty biopharmaceutical company that has pioneered the development of NUPLAZID (pimavanserin), a 5HT2a receptor inverse agonist for the treatment of Parkinson's Disease Psychosis (PDP), Alzheimer's Disease Psychosis (ADP), and Alzheimer's Agitation. Pimavanserin was awarded Breakthrough Therapy Designation (BTD) by the FDA after it generated positive Phase III data which showed a reduction in psychosis symptoms and an exceptionally clean safety profile. MEDACorp KOLs state that psychosis is a significant unmet medical need for ~25% of PD patients, implying there are ~250,000 candidates for pimavanserin (of 1MM PD patients) in the US alone. Currently available antipsychotics have mixed efficacy and are limited by a problematic safety profile, the latter of which is highlighted by a black box warning for increased mortality in elderly patients. Specialists view pimavanserin as an ideal antipsychotic for PDP, as it has a very high specificity for 5HT2a and unlike other drugs does not modulate dopamine (D2), histamine (H1) or muscanergic (M2) receptors. While we view PDP as a ~ $1B US opportunity alone, we believe that ADP has the potential to double or triple pimavanserin's revenue potential with well over 1MM psychotic AD patients in the US, though we believe the recently reported ph2 study was reflective of a smaller level of benefit in what is a more complex population. We model 100%, 30%, and 20% probabilities-of-success in Parkinson's, Alzheimer's Disease Psychosis and Alzheimer's Agitation, respectively, which lead us to our peak risk-adjusted revenue estimate of ~$1.8B in 2029.

• **ACAD conference call offers additional color on top-line result; efficacy analysis rigorous (ITT), but small effect size and lack of secondary endpoint corroboration raise questions regarding the magnitude of clinical benefit.** The study recruited 181 patients in the UK at nursing home facilities associated with the King's College of London who had baseline NPI-NH hallucinations/domains scores of 9.52 and 10.0 for pimavanserin and pbo, respectively. KOLs on our pulse call noted that such a baseline is reflective of "pretty sick" but not as intensely psychotic as the cohort treated in PDP. While pimavanserin generated a statistically significant benefit at 6 weeks, ACAD notes that the effect did not generate a p-value below .05 at week 12 due to increased placebo effect. We were happy to hear however that mgmt noted the top-line analysis was "intent-to-treat" and conducted in 178 of the 181 patients who received study drug and had at least one baseline assessment. Regarding the CGI scale, ACAD notes that this served as a secondary endpoint but did not show separation between drug and placebo; and while this was just an exploratory phase II study (ph3 would likely be better powered), we would have liked to see an effect on the CGI to validate that the effect size was clinically meaningful and noticeable to treating physicians. Encouragingly, safety came back fairly clean, with no imbalance in mortality and no deleterious effect seen on cognition, the latter of which has been observed with antipsychotics and even SSRIs in Alzheimer's patients. ACAD will soon meet with the FDA regarding next steps in clinical development, a conversation which is expected to cover what could serve as the primary outcome in future trials.

• **MEDACorp KOLs found it challenging to compare the efficacy of pimavanserin to the current ADP standard-of-care.** Docs on our pulse call note that the use of the NPI-NH, which is not often a primary endpoint in psychiatry studies, renders it difficult to draw direct comparisons to other medicines for which reliable efficacy data are lacking. However, both docs emphasized the problematic safety profile of current psychiatric medicines in dementia patients (increased risk of death, induction of cognitive deficits) - conveying a potential value proposition for pim should it ultimately succeed in later stage trials. Specialists were encouraged that a lack of mortality/cognition signal seen in the study, however the KOLs were split regarding whether or not 12 weeks is long enough to determine with conviction whether the long-term safety profile in AD will also be as clean.

• **Surprisingly, ACAD noted that across the ph2 ADP trial, rates of agitation were greater on pimavanserin than on placebo; yet, as ACAD is currently studying pim in a separate large AD agitation study, docs were reluctant to overreact to this data point for a few reasons.** ACAD noted that the phase II ADP study was not powered for agitation, and that participants had relatively low agitation scores at baseline. This - as well as the fact that the full numerical AE data have not been broken out - renders it hard to interpret the agitation adverse event data and its read-through onto ACAD's other clinical program. More optimistically, one of the specialists on our pulse call highlighted a previous study of citalopram in agitation where more advanced patients in nursing homes did worse than pbo, but outpatients did better than placebo (leading to an overall positive result). He believes this suggests agitation may be different in patients with mild-moderate disease, relative to those who are in a nursing home. The efficacy of citalopram offers some positive read-through onto the clinical potential of pim in agitation (given that both

Ex. 13
P. 3

**ACADIA PHARMACEUTICALS INC.**       December 20, 2016



work on the serotonergic system), however the other KOL noted that the molecular pathology of AD agitation is currently unknown - and specifically Avanir's agitation compound (later acquired by Otsuka) showed efficacy in a phase II study without directly impacting serotonin pathways.

• **More broadly, specialists commentary suggests that ADP may be a more challenging area for drug development than PDP.** Docs note that PDP represents a more homogeneous phenotype with all patients experiencing consistent hallucinations. ADP is conversely "more fleeting", and more delusion-heavy, the later of which was noted by ACAD on the call this morning. Meanwhile, due to the fact that ADP is a larger population than PDP, and with the caveat of cross trial comparisons - the pim benefit looks smaller in ADP, it's possible that ACAD may need to run two phase III efficacy studies for approval.

• **In PDP, the two specialists have a moderate amount of pimavanserin experience to date (one only treats a small # of pts); docs note a fairly decent efficacy profile, with a few instances of payor coverage challenges.** One specialist was relatively more positive on the profile of pim in PDP and noted that payors have asked him to confirm the patient is on label, after which the drug has been approved. Our other specialist was somewhat more critical, citing multiple instances where his patients have had issues with coverage due to the high cost (~$24k/year). He continues to prescribe pimavanserin (noting some patients respond, some don't - like in ACAD's prior ph3) - but he was a little concerned that if coverage challenges continue this may motivate him to prescribe more generic quetiapine.

## VALUATION

**We derive a $31 price target for ACAD shares using a 50/50 blend of a DCF and revenue-based multiple valuation analysis.** We use a 10.5% discount rate, a 2% terminal growth rate, and a 5x multiple on sales which we believe are appropriate relative to other biopharma companies with positive Phase III data, given that we also probability-weight our revenue projections. Comps for our DCF assumptions include NBIX and GWPH – while our 5x multiple is at the higher end of our assumption range and reflects strong IP and ACAD's potential as a takeout target. We model ~$1B and ~$700MM in peak US risk-adjusted 2028E sales in Parkinson's Disease Psychosis (PDP) and Alzheimer's Disease Psychosis/Agitation, respectively, based on 100%, 30% and 20% probabilities of approval, respectively. Additional upside to our estimates could come from an ex-US partnership with a well-resourced collaborator or pimavanserin approval/use in schizophrenia or other dementia psychoses.

## RISKS TO VALUATION

An investment in ACAD is a fundamentally high-risk, high-reward investment in our opinion. ACAD faces regulatory risk for pimavanserin in PDP/ADP, clinical risk for its Phase II pimavanserin study in ADP and agitation, and potential competitive risk from other antipsychotic therapies. Finally, investors may face dilution risk.

Ex. 13
P. 4

**ACADIA Pharmaceuticals Inc.**                                December 20, 2016

| ACAD P&L - GAAP ($MM) | 2013 | 2014 | 2015 | 1Q16 | 2Q16 | 3Q16 | 4Q16E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUPLAZID (p/w) | - | - | - | - | 0.1 | 5.3 | 9.0 | 14.4 | 88.8 | 227.2 | 348.6 | 475.4 |
| ROW NUPLAZID Royalties (p/w) | - | - | - | - | - | - | - | - | - | - | 4.7 | 12.8 |
| Collaboration Revenue | 1.1 | 0.1 | 0.1 | 0.0 | - | - | - | 0.0 | - | - | - | - |
| **Total Revenue** | **1.1** | **0.1** | **0.1** | **0.0** | **0.1** | **5.3** | **9.0** | **14.4** | **88.8** | **227.2** | **353.3** | **488.2** |
| COGS | - | - | - | - | 0.5 | 0.8 | 0.9 | - | 7.1 | 18.2 | 27.9 | 38.0 |
| License Fees | - | - | 2.5 | - | 0.2 | 0.5 | - | 0.7 | - | - | - | - |
| R&D | 26.7 | 60.6 | 73.9 | 22.8 | 20.5 | 25.8 | 34.0 | 103.1 | 135.0 | 160.0 | 175.0 | 120.0 |
| SG&A | 12.7 | 32.7 | 88.3 | 27.5 | 50.8 | 50.5 | 56.0 | 184.8 | 230.0 | 260.0 | 278.9 | 309.0 |
| Operating Expenses | 39.4 | 93.4 | 164.7 | 50.3 | 72.0 | 77.7 | 90.9 | 290.9 | 372.1 | 438.2 | 481.7 | 467.0 |
| Operating Income | (38.3) | (93.2) | (164.6) | (50.3) | (71.9) | (72.4) | (81.9) | (276.5) | (283.3) | (211.0) | (128.5) | 21.2 |
| Interest Income (Expense) | 0.3 | 0.8 | 0.5 | 0.5 | 0.6 | 0.8 | - | 1.9 | - | - | - | - |
| Other Income (Expense) | - | - | - | - | - | - | - | - | - | - | - | - |
| EBT | (37.9) | (92.5) | (164.1) | (49.8) | (71.3) | (71.6) | (81.9) | (274.6) | (283.3) | (211.0) | (128.5) | 21.2 |
| Tax | - | - | 0.3 | - | - | - | - | - | - | - | - | - |
| **Net Income** | **(37.9)** | **(92.5)** | **(163.8)** | **(49.8)** | **(71.3)** | **(71.6)** | **(81.9)** | **(274.6)** | **(283.3)** | **(211.0)** | **(128.5)** | **21.2** |
| **Diluted EPS** | $ (0.44) | $ (0.95) | $ (1.63) | $ (0.45) | $ (0.63) | $ (0.61) | $ (0.68) | $ (2.38) | $ (2.36) | $ (1.73) | $ (1.03) | $ 0.17 |
| Diluted Shares Outstanding | 85.7 | 97.2 | 100.6 | 111.3 | 113.3 | 117.5 | 120.3 | 115.6 | 120.3 | 122.3 | 124.3 | 126.3 |

*Source: SEC Filings and Leerink Partners Research*

| ACAD BS/CFS ($MM) | 2013 | 2014 | 2015E | 1Q16 | 2Q16 | 3Q16 | 4Q16E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash** | **185.8** | **322.8** | **214.6** | **457.4** | **412.6** | **588.8** | **524.9** | **524.9** | **314.6** | **187.6** | **149.9** | **256.9** |
| Cash & Equivalents | 185.8 | 322.8 | 214.6 | 457.4 | 412.6 | 588.8 | 524.9 | 524.9 | 314.6 | 187.6 | 149.9 | 256.9 |
| Debt | - | - | - | - | - | - | - | - | - | - | - | - |
| **Change in Cash** | **79.3** | **137.0** | **(108.2)** | **242.8** | **(44.8)** | **176.3** | **(63.9)** | **310.4** | **(210.3)** | **(127.0)** | **(37.7)** | **107.0** |
| **Cash Flow From Operations** | **(31.8)** | **(66.4)** | **(107.8)** | **(38.5)** | **(58.9)** | **(39.4)** | **(63.7)** | **(200.4)** | **(208.3)** | **(124.0)** | **(33.7)** | **112.0** |
| Net Income | (37.9) | (92.5) | (163.8) | (49.8) | (71.3) | (71.6) | (81.9) | (274.6) | (283.3) | (211.0) | (128.5) | 21.2 |
| SOE | 5.7 | 16.0 | 37.6 | 12.4 | 13.8 | 15.3 | 18.0 | 59.5 | 73.0 | 84.0 | 90.8 | 85.8 |
| D&A | 0.1 | 0.2 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 |
| Other | 0.4 | 9.8 | 18.0 | (1.4) | (1.6) | 16.7 | - | 13.7 | - | - | - | - |
| **Cash Flow From Investing** | **(0.6)** | **(0.4)** | **(0.4)** | **(0.3)** | **(0.3)** | **(0.3)** | **(0.3)** | **(1.0)** | **(2.0)** | **(3.0)** | **(4.0)** | **(5.0)** |
| CapEx | (0.6) | (0.2) | (0.4) | (0.3) | (0.3) | (0.3) | (0.3) | (1.0) | (2.0) | (3.0) | (4.0) | (5.0) |
| Other | - | (0.2) | - | - | - | - | - | - | - | - | - | - |
| **Cash Flow From Financing** | **111.7** | **203.9** | **-** | **281.6** | **14.3** | **215.9** | **-** | **511.8** | **-** | **-** | **-** | **-** |
| Equity Raise (Buyback) | 111.7 | 203.9 | - | 281.6 | 14.3 | 215.9 | - | 511.8 | - | - | - | - |
| Debt Raise (Buyback) | - | - | - | - | - | - | - | - | - | - | - | - |

*Source: SEC Filings and Leerink Partners Research*

4

**ACADIA Pharmaceuticals Inc.**                                    December 20, 2016

| ACAD DCF Analysis | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations | (107.8) | (200.4) | (208.3) | (124.0) | (33.7) | 112.0 | 348.8 | 538.8 | 718.2 | 869.9 | 939.8 | 957.8 | 967.3 | 976.9 | 986.6 | 546.2 | 155.9 | |
| Cash Flow From Investing | (0.4) | (1.0) | (2.0) | (3.0) | (4.0) | (5.0) | (6.0) | (7.0) | (8.0) | (9.0) | (10.0) | (11.0) | (12.0) | (13.0) | (14.0) | (15.0) | (16.0) | |
| Net Borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Free Cash Flow to Equity | (108.2) | (201.4) | (210.3) | (127.0) | (37.7) | 107.0 | 342.8 | 531.8 | 710.2 | 860.9 | 929.8 | 946.8 | 955.3 | 963.9 | 972.6 | 531.2 | 139.9 | 1679 |
| Discount Periods | 0.0 | 0.0 | 0.3 | 1.3 | 2.3 | 3.3 | 4.3 | 5.3 | 6.3 | 7.3 | 8.3 | 9.3 | 10.3 | 11.3 | 12.3 | 13.3 | 14.3 | |
| NPV FCFE | - | (50.4) | (205.1) | (112.1) | (30.1) | 77.3 | 224.3 | 314.9 | 380.5 | 417.4 | 408.0 | 376.0 | 343.3 | 313.5 | 286.2 | 141.5 | 33.7 | 405 |

| | |
|---|---|
| Total FCFE | 3,323.5 |
| Net Cash 4Q16E | 524.9 |
| Implied ACAD Market Cap | 3,848.4 |
| **ACAD DCF Price Target** | **$ 29** |

| | |
|---|---|
| Discount Rate | 10.5% |
| Terminal Growth Rate | 2.0% |
| Diluted Shares Outstanding - 4Q16E | 134.7 |

*Source: SEC Filings and Leerink Partners Research*

| | | | |
|---|---|---|---|
| DCF Weight | 50% | $ | 28.57 |
| Revenue Multiple Weight | 50% | $ | 32.68 |
| **ACAD Price Target** | | **$** | **30.63** |
| Implied ACAD Market Cap ($MM) | | $ | 4,125.10 |

| ACAD Revenue Multiple Valuation | |
|---|---|
| 2024 Pimavanserin PDP Sales ($MM) | 999 |
| Probability of Success | 100% |
| 2024 P(w) PDP Sales ($MM) | 999 |
| Revenue Multiple | 5.0 |
| DR | 10.5% |
| PDP Value ($MM) | 2421 |
| | |
| 2024 Pimavanserin ADP Sales ($MM) | 1558 |
| Probability of Success | 30% |
| 2022 P(w) ADP Sales ($MM) | 467 |
| Revenue Multiple | 5.0 |
| DR | 10.5% |
| ADP Value ($MM) | 1133 |
| | |
| 2022 Pimavanserin AD Agitation Sales ($MM) | 665 |
| Probability of Success | 20% |
| 2022 P(w) AD Agitation Sales ($MM) | 133 |
| Revenue Multiple | 5.0 |
| DR | 10.5% |
| AD Agitation Value ($MM) | 322 |
| | |
| Net Cash | 524.9 |
| ACAD Revenue Multiple Valuation | 4401.8 |
| **ACAD Revenue Multiple PT** | **$ 33** |

*Source: Leerink Partners Research*

**ACADIA Pharmaceuticals Inc.**    December 20, 2016

| PD Psychosis Revenue Model | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Patients in the US (diagnosed) | 1,000,000 | 1,009,000 | 1,018,081 | 1,027,244 | 1,036,489 | 1,045,817 | 1,055,230 | 1,064,727 | 1,074,309 | 1,083,978 | 1,093,734 | 1,103,577 | 1,113,510 | 1,123,531 | 1,133,643 | 1,143,846 | 1,154,140 |
| % afflicted by psychosis - MEDACorp KOLs | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| PD Psychosis Patients in US | 250,000 | 252,250 | 254,520 | 256,811 | 259,122 | 261,454 | 263,807 | 266,182 | 268,577 | 270,995 | 273,433 | 275,894 | 278,377 | 280,883 | 283,411 | 285,961 | 288,535 |
| % treated with anti-psychotics | 71% | 71% | 71% | 72% | 73% | 74% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| US PD Pts on anti-psychotics | 177,500 | 179,098 | 180,709 | 184,904 | 189,159 | 193,476 | 197,856 | 199,636 | 201,433 | 203,246 | 205,075 | 206,921 | 208,783 | 210,662 | 212,558 | 214,471 | 216,401 |
| Quetiapine/Clozapine/other gx share | 100% | 100% | 96% | 90% | 85% | 80% | 75% | 70% | 65% | 60% | 60% | 60% | 60% | 60% | 60% | 80% | 96% |
| NUPLAZID share | 0% | 1% | 4% | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 40% | 40% | 40% | 40% | 40% | 20% | 4% |
| PD patients on NUPLAZID | - | 1,791 | 7,228 | 18,490 | 28,374 | 38,695 | 49,464 | 59,891 | 70,502 | 81,298 | 82,030 | 82,768 | 83,513 | 84,265 | 85,023 | 42,894 | 8,656 |
| Annual Gross Cost | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 | $23,400 |
| Gross/Net Adjustment | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| Annual Net Cost | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 |
| Compliance | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| NUPLAZID Net US PDP Sales ($MM) | 0 | 14 | 89 | 227 | 349 | 475 | 608 | 736 | 866 | 999 | 1008 | 1017 | 1026 | 1035 | 1045 | 527 | 106 |
| PDP Approval Probability | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **NUPLAZID p(w) US PDP Sales** | 0 | 14 | 89 | 227 | 349 | 475 | 608 | 736 | 866 | 999 | 1008 | 1017 | 1026 | 1035 | 1045 | 527 | 106 |
| ROW as % of US | 0% | 0% | 0% | 0% | 10% | 20% | 25% | 30% | 35% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| PDP Approval Probability ROW | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |
| **ROW NUPLAZID PDP Revenues** | 0 | 0 | 0 | 0 | 31 | 86 | 137 | 199 | 273 | 360 | 363 | 366 | 369 | 373 | 376 | 190 | 38 |
| Royalty Rate to ACAD | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| **ROW PDP NUPLAZID Royalties to ACAD** | 0 | 0 | 0 | 0 | 5 | 13 | 21 | 30 | 41 | 54 | 54 | 55 | 55 | 56 | 56 | 28 | 6 |

| US Assumptions | |
|---|---|
| PDP Approval Probability US | 100% |
| PDP Approval Probability ROW | 90% |
| Compliance | 75% |
| NUPLAZID Annual Gross Cost | $23,400 |
| Gross/Net Adjustment | 30% |

*Source: Company Slides and Leerink Partners Research*

6

**ACADIA Pharmaceuticals Inc.**                                    December 20, 2016

| AD Psychosis Revenue Model | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alzheimer's Patients in the US | 5,200,000 | 5,246,800 | 5,294,021 | 5,341,667 | 5,389,742 | 5,438,250 | 5,487,194 | 5,536,579 | 5,586,408 | 5,636,686 | 5,687,416 | 5,738,603 | 5,790,250 | 5,842,363 | 5,894,944 |
| % afflicted by psychosis - MEDACorp Survey | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| AD Psychosis Patients in US | 1,300,000 | 1,311,700 | 1,323,505 | 1,335,417 | 1,347,436 | 1,359,563 | 1,371,799 | 1,384,145 | 1,396,602 | 1,409,171 | 1,421,854 | 1,434,651 | 1,447,563 | 1,460,591 | 1,473,736 |
| % treated with anti-psychotics | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| US AD Pts on anti-psychotics | 650,000 | 655,850 | 661,753 | 667,708 | 673,718 | 679,781 | 685,899 | 692,072 | 698,301 | 704,586 | 710,927 | 717,325 | 723,781 | 730,295 | 736,868 |
| Quetiapine/Clozapine/Zyprexa Share | 100% | 100% | 100% | 100% | 100% | 100% | 98% | 95% | 90% | 82% | 80% | 80% | 80% | 80% | 80% |
| NUPLAZID share | 0% | 0% | 0% | 0% | 0% | 0% | 2% | 5% | 10% | 18% | 20% | 20% | 20% | 20% | 20% |
| AD patients on NUPLAZID | - | - | - | - | - | - | 13,718 | 34,604 | 69,830 | 126,825 | 142,185 | 143,465 | 144,756 | 146,059 | 147,374 |
| Annual Net Cost | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 |
| Compliance | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| NUPLAZID Net US ADP Sales | 0 | 0 | 0 | 0 | 0 | 0 | 169 | 425 | 858 | 1558 | 1747 | 1762 | 1778 | 1794 | 1810 |
| PDP Approval Probability | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| **NUPLAZID p(w) US ADP Sales** | **0** | **0** | **0** | **0** | **0** | **0** | **51** | **128** | **257** | **467** | **524** | **529** | **533** | **538** | **543** |
| ROW as % of US | 0% | 0% | 0% | 5% | 15% | 20% | 25% | 30% | 35% | 40% | 40% | 40% | 40% | 40% | 40% |
| **ROW NUPLAZID ADP Revenues** | **0** | **0** | **0** | **0** | **0** | **0** | **13** | **38** | **90** | **187** | **210** | **211** | **213** | **215** | **217** |
| Royalty Rate to ACAD | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| **ROW ADP NUPLAZID Royalties to ACAD** | **0** | **0** | **0** | **0** | **0** | **0** | **2** | **6** | **14** | **28** | **31** | **32** | **32** | **32** | **33** |

| | |
|---|---|
| ADP Approval Probability | 30% |
| NUPLAZID Annual Net Costt | $16,380 |

*Source: Company Slides and Leerink Partners Research*

**Ex. 13**
**P. 8**

**ACADIA Pharmaceuticals Inc.**                                        December 20, 2016

| AD Agitation Revenue Model | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alzheimer's Patients in the US | 5,200,000 | 5,246,800 | 5,294,021 | 5,341,667 | 5,389,742 | 5,438,250 | 5,487,194 | 5,536,579 | 5,586,408 | 5,636,686 | 5,687,416 | 5,738,603 | 5,790,250 | 5,842,363 | 5,894,944 |
| % afflicted by Agitation - MEDACorp Survey | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% | 32% |
| AD Agitation Patients in US | 1,664,000 | 1,678,976 | 1,694,087 | 1,709,334 | 1,724,718 | 1,740,240 | 1,755,902 | 1,771,705 | 1,787,651 | 1,803,740 | 1,819,973 | 1,836,353 | 1,852,880 | 1,869,556 | 1,886,382 |
| % treated with anti-psychotics | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Generic Atypicals/Brex/Avanir/other share | 100% | 100% | 100% | 100% | 100% | 100% | 99% | 96% | 92% | 85% | 80% | 80% | 80% | 80% | 80% |
| NUPLAZID share | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 4% | 8% | 15% | 20% | 20% | 20% | 20% | 20% |
| AD Agitation patients on NUPLAZID | - | - | - | - | - | - | 3,512 | 14,174 | 28,602 | 54,112 | 72,799 | 73,454 | 74,115 | 74,782 | 75,455 |
| Annual Net Cost | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 | $ 16,380 |
| Compliance | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| NUPLAZID Net US AD Agitation Sales | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 174 | 351 | 665 | 894 | 902 | 911 | 919 | 927 |
| AD Agitation Approval Probability | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| **NUPLAZID p(w) US AD Agitation Sales** | **0** | **0** | **0** | **0** | **0** | **0** | **9** | **35** | **70** | **133** | **179** | **180** | **182** | **184** | **185** |
| ROW as % of US | 0% | 0% | 0% | 5% | 15% | 20% | 25% | 30% | 35% | 40% | 40% | 40% | 40% | 40% | 40% |
| **ROW NUPLAZID AD Agitation Revenues** | **0** | **0** | **0** | **0** | **0** | **0** | **2** | **10** | **25** | **53** | **72** | **72** | **73** | **73** | **74** |
| Royalty Rate to ACAD | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| **ROW ADP NUPLAZID Royalties to ACAD** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **2** | **4** | **8** | **11** | **11** | **11** | **11** | **11** |

| | |
|---|---|
| AD Agitation Approval Probability | 20% |
| NUPLAZID Annual Net Cost | $ 16,380 |

*Source: Leerink Partners Research*

**Ex. 13**
**P. 9**

**ACADIA PHARMACEUTICALS INC.**                    December 20, 2016



# Disclosures Appendix

## Analyst Certification

I, Paul Matteis, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.

## Valuation

**We derive a $31 price target for ACAD shares using a 50/50 blend of a DCF and revenue-based multiple valuation analysis.** We use a 10.5% discount rate, a 2% terminal growth rate, and a 5x multiple on sales which we believe are appropriate relative to other biopharma companies with positive Phase III data, given that we also probability-weight our revenue projections. Comps for our DCF assumptions include NBIX and GWPH – while our 5x multiple is at the higher end of our assumption range and reflects strong IP and ACAD's potential as a takeout target. We model ~$1B and ~$700MM in peak US risk-adjusted 2028E sales in Parkinson's Disease Psychosis (PDP) and Alzheimer's Disease Psychosis/Agitation, respectively, based on 100%, 30% and 20% probabilities of approval, respectively. Additional upside to our estimates could come from an ex-US partnership with a well-resourced collaborator or pimavanserin approval/use in schizophrenia or other dementia psychoses.

## Risks to Valuation

An investment in ACAD is a fundamentally high-risk, high-reward investment in our opinion. ACAD faces regulatory risk for pimavanserin in PDP/ADP, clinical risk for its Phase II pimavanserin study in ADP and agitation, and potential competitive risk from other antipsychotic therapies. Finally, investors may face dilution risk.



**Ex. 13**
**P. 10**

**ACADIA PHARMACEUTICALS INC.** December 20, 2016







**ACADIA PHARMACEUTICALS INC.**  December 20, 2016



| Distribution of Ratings/Investment Banking Services (IB) as of 09/30/16 | | | | |
|---|---|---|---|---|
| | | | **IB Serv./Past 12 Mos.** | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **115** | **66.1** | **26** | **22.6** |
| **HOLD [MP]** | **59** | **33.9** | **3** | **5.1** |
| **SELL [UP]** | **0** | **0.0** | **0** | **0.0** |

## Explanation of Ratings

<u>**Outperform (Buy):**</u> **We expect this stock to outperform its benchmark over the next 12 months.**

<u>**Market Perform (Hold/Neutral):**</u> **We expect this stock to perform in line with its benchmark over the next 12 months.**

<u>**Underperform (Sell):**</u> **We expect this stock to underperform its benchmark over the next 12 months.The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

Ex. 13
P. 12

**ACADIA PHARMACEUTICALS INC.**    December 20, 2016



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. This is provided for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any product to which this information relates. The Firm, its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this report. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. Additional information is available upon request by contacting the Editorial Department at One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, and Investment Banking. Analysts, however, are not compensated for a specific investment banking services transaction or contributions to the Firm's investment banking activities.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders and other specialists accessed by Leerink and it provides information used by its analysts in preparing research.

Leerink Partners LLC makes a market in ACADIA Pharmaceuticals Inc., GW Pharmaceuticals plc and Neurocrine Biosciences, Inc.

Leerink placed an Outperform rating on NBIX on August 1, 2012.

Member FINRA/SIPC. ©2016 Leerink Partners LLC. All rights reserved. This document may not be reproduced or circulated without our written authority.



| | **LEERINK PARTNERS LLC EQUITY RESEARCH** | | |
|---|---|---|---|
| **Director of Equity Research** | **John L. Sullivan, CFA** | (617) 918-4875 | john.sullivan@leerink.com |
| **Associate Director of Research** | **James Kelly** | (212) 277-6096 | jim.kelly@leerink.com |
| **Vice President** | Jean Roberts, Ph.D. | (212) 277-6093 | jean.roberts@leerink.com |
| **Director of Therapeutic Research** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| | | | |
| **Major Pharmaceuticals** | **Seamus Fernandez** | (617) 918-4011 | seamus.fernandez@leerink.com |
| | Richard Goss | (617) 918-4059 | richard.goss@leerink.com |
| | Le-Yi Wang, Ph.D. | (617) 918-4568 | leyi.wang@leerink.com |
| | | | |
| **Specialty Pharmaceuticals** | **Jason M. Gerberry, JD** | (617) 918-4549 | jason.gerberry@leerink.com |
| | Etzer Darout, Ph.D. | (617) 918-4020 | etzer.darout@leerink.com |
| | | | |
| **Large Cap Biotechnology** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| | Bradley Canino, CPA | (212) 277-6158 | bradley.canino@leerink.com |
| | | | |
| **Mid and Small Cap Biotechnology** | **Joseph P. Schwartz** | (617) 918-4575 | joseph.schwartz@leerink.com |
| | **Michael Schmidt, Ph.D.** | (617) 918-4588 | michael.schmidt@leerink.com |
| | **Paul Matteis** | (617) 918-4585 | paul.matties@leerink.com |
| | Jonathan Chang, Ph.D. | (617) 918-4015 | jonathan.chang@leerink.com |
| | Dae Gon Ha, Ph.D. | (617) 918-4093 | daegon.ha@leerink.com |
| | Varun Kumar, Ph.D. | (617) 918-4518 | varun.kumar@leerink.com |
| | Brett Larson | (617) 918-4039 | brett.larson@leerink.com |
| | Jeffrey Lin, Ph.D. | (617) 918-4838 | jeffrey.lin@leerink.com |
| | | | |
| **Life Science Tools & Diagnostics** | **Puneet Souda** | (212) 277-6091 | puneet.souda@leerink.com |
| | Kai Wang, CFA | (212) 277-6066 | kai.wang@leerink.com |
| | | | |
| **Medical Devices, Cardiology** | **Danielle Antalffy** | (212) 277-6044 | danielle.antalffy@leerink.com |
| | | | |
| **Medical Devices, Orthopedics** | **Richard Newitter** | (212) 277-6088 | richard.newitter@leerink.com |
| | Ravi Misra | (212) 277-6049 | ravi.misra@leerink.com |
| | | | |
| **Healthcare Services, Managed Care & Facilities** | **Ana Gupte, Ph.D.** | (212) 277-6040 | ana.gupte@leerink.com |
| | | | |
| **Healthcare Technology & Distribution, Digital Health** | **David Larsen, CFA** | (617) 918-4502 | david.larsen@leerink.com |
| | Matt Dellelo, CFA | (617) 918-4812 | matt.dellelo@leerink.com |
| | Tessa Romero | (617) 918-4525 | tessa.romero@leerink.com |
| | | | |
| **Sr. Editor/Supervisory Analyst** | Mary Ellen Eagan, CFA | (617) 918-4837 | maryellen.eagan@leerink.com |
| **Supervisory Analysts** | Randy Brougher | | randy.brougher@leerink.com |
| | Robert Egan | | bob.egan@leerink.com |
| | Amy N. Sonne | | amy.sonne@leerink.com |

| **Boston** | **New York** | **Charlotte** | **San Francisco** |
|---|---|---|---|
| **One Federal St., 37th Fl.** | 299 Park Ave., 21st Fl. | 227 West Trade St., Ste. 2050 | 255 California St., 12th Fl. |
| **Boston, MA 02110** | New York, NY 10171 | Charlotte, NC 28202 | San Francisco, CA 94111 |
| **(800) 808-7525** | (800) 778-1653 | (704) 969-8944 | (415) 905-7200 |

**Ex. 13**
**P. 14**

# Exhibit 14



*December 20, 2016*

# ACADIA Pharmaceuticals Inc. (ACAD)

## Nuplazid Phase 2 Alzheimer's Disease Psychosis Trial Meets Primary Endpoint

**INVESTMENT HIGHLIGHTS:** Acadia announced positive results from a Phase 2 trial of Nuplazid in Alzheimer's Disease Psychosis (ADP) this morning. A statistically significant improvement in NPI-NH Psychosis score was observed at wk 6 primary endpoint (Nuplazid -3.76 vs. placebo -1.93; p=0.0451). The effect continued through wk 12 secondary endpoint, but was not statistically significant. We do not believe this is a regulatory concern given antipsychotics are often evaluated at 6wk endpoints. We also note high unmet need and absence of approved drugs for ADP. Acadia plans to move forward with a Phase 3 program in this indication, but does not plan to announce details on design until after mtg w/ FDA. Some changes to design are likely, including enrolling pts outside nursing home. The results are overall encouraging and suggest Nuplazid may have utility in a large number of pts. We do not believe it is unreasonable to consider Nuplazid potentially useful in all dementia pts w/ psychosis. Reiterate BUY.

- Phase 2 trial enrolled 181 pts at 130 nursing homes in UK. Pts were randomized (1:1) to 34mg QD Nuplazid or placebo for 12 wk treatment. Primary endpoint was mean change in Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score (combined hallucinations and delusions domains) at wk 6. NPI-NH Psychosis scores range from 0-24, w/ higher scores indicating more severe disease. Baseline NPI-NH scores in Nuplazid and placebo arms were 9.52 and 10, respectively.

- Secondary endpoints included agitation assessment (CMAI-SF; 6 wks) and clinical impression of change (ADCS-CGIC; 6 wks). No difference from placebo was detected. Mgmt reported low baseline agitation in trial, precluding an assessment of effect. A Phase 2 trial in AD Agitation was initiated in Oct 2016. Mgmt noted that different clinicians assessed ADCS-CGIC at baseline and 6 wks.

- Antipsychotics have been associated w/ cognitive impairment in certain pt populations, including Alzheimer's Disease. MMSE scores were reportedly unchanged relative to placebo, suggesting Nuplazid does not negatively impact cognition in these pts.

- Safety profile was reportedly consistent w/ previous studies. Notably there was no imbalance in deaths (4 each). Mean age was 86 yrs. Most common AEs were falls and UTI (balanced between arms) and agitation (more common in Nuplazid arm).

- Psychosis (hallucinations and/or delusions) in AD pts has a median prevalence of 41.1%. Prevalence of AD is estimated 5.4M U.S. According to a meta analysis, delusions occur more frequently than hallucinations (delusions ~36%, visual hallucinations 18.7%, auditory hallucinations 9.2%).

- Current ADP treatment includes atypical antipsychotics, although none are indicated for ADP, and all carry BW of increased mortality in patients with dementia.

## COMPANY FLASH

| | |
|---|---|
| Stock Rating | **BUY** Unchanged |
| Price Target | **$49.00** |

### Biotechnology

**Alan Carr, Ph.D., CFA**
(212) 705-0435
acarr@needhamco.com

**Danielle Brill, Pharm.D., BCPS**
(212) 705-0405
dbrill@needhamco.com

## Stock Price Performance

ACADIA Pharmaceuticals Inc.   12/20/16



## Market Data

| | |
|---|---|
| Price (12/19/2016) | $25.43 |
| 52-Week Range | $42.49 - $16.64 |
| Shares Outstanding | 121.11 |
| Market Cap (MM) | $3,079.9 |
| Avg. Daily Volume | 2,470,512.0 |
| Total Debt/Cap. | 0.00% |

## Valuation (Price Target: $49.00)

- Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, revenues, and financings. Our Buy rating and price target are based on 25x our 2020 EPS estimate, discounted 10% annually.

- No other drugs have been approved by FDA for treatment of Parkinson's Disease Psychosis. Seroquel (quetiapine) is used extensively, despite sedation and disappointing efficacy in clinical trials. Clozapine is recommended, but is rarely used because of the need for regular testing for agranulocytosis. Estimates of PDP prevalence as a percentage of Parkinson's disease patients vary significantly, ranging from 8% to 50%, although Acadia estimates there are 150,000 PDP patients currently under treatment with an antipsychotic.

- Nuplazid was initially priced at $23,400/year (WAC). We assume peak sales in PDP of approximately $500M-$1B, with a bias towards the higher end. This implies treatment of roughly 25,000 to 50,000 patients. Several patents are listed in the FDA Orange Book, the last of which expires 6/3/2028 (US 7,732,615). This excludes potential 6 month pediatric expansion. Statutory NCE exclusivity expires 4/29/2021.

- We expect the drug to ultimately have utility in other psychiatric indications, although our model primarily (and conservatively) reflects use in PDP. We believe expansion to other indications, including Alzheimer's Disease Psychosis, would have a substantial impact on peak sales potential. For context, the antipsychotic Abilify generated over $7B (2011) and Seroquel generated over $6B (2011) in WW peak sales.

## Risks to Target

- Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

- Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

- Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

- Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

- Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



*December 20, 2016*

**ANALYST CERTIFICATION**

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 7 | 27 |
| Buy | 62 | 14 |
| Hold | 30 | 1 |
| Underperform | < 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 68% of companies under coverage would have a "Buy" rating and 16% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 445 Park Ave., 3rd Floor, New York, NY 10022

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The Firm has managed or co-managed a public offering of securities for the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The subject company ACADIA Pharmaceuticals Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

**Equity Options Disclosure**

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

ACADIA Pharmaceuticals Inc.                                                                 Page 3 of 4

**Ex. 14**

**P. 4**



*December 20, 2016*

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Options Sales and Trading Desk (212-705-0369) for additional information.

<u>**Additional Disclosures for Israeli Clients**</u>

All information presented in this document is, unless otherwise specified, under copyright of Needham & Company, LLC ("Needham"). No part of this publication may be copied or redistributed to other persons or companies without the prior written consent of Needham. These reports have been prepared by Needham and distributed by Clal Finance Batucha Brokerage, Ltd. ("Clal"), which accepts sole responsibility for its content subject to the terms set forth below.

Neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham is liable for any incomplete or improper transmission of these reports or for any delay in transmission. Any unauthorized use, disclosure, copying, distribution, or taking of any action in reliance on these reports is strictly prohibited. The views and expressions in the reports are expressions of opinion and are given in good faith, but are subject to change without notice. These reports may not be reproduced in whole or in part or passed to third parties without permission. Clal or its affiliates (and any director, officer or employee thereof) and Needham do not guarantee their accuracy or completeness, and neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham shall be liable in respect of any errors or omissions or for any losses or consequential losses arising from such errors or omissions.

Neither the information contained in these reports nor any opinion expressed constitutes an offer, or an invitation to make an offer, to buy or sell any securities or any options, futures or other derivatives related to such securities ("related investments"). Clal or its affiliates (and any director, officer or employee thereof) and Needham may trade for their own accounts as odd-lot dealer, market maker, block positioner, specialist and/or arbitrageur in any securities of the issuer or in related investments, and may be on the opposite side of public orders. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may have a long or short position in any securities of the issuer or in related investments. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any entity mentioned in these reports.

These reports are prepared in general for the Israeli clients of Clal who are qualified institutional customers as defined by reference to the First Schedule to the Securities Law, 1968, of the State of Israel. They do not have regard to the specific investment objectives, financial situation and the particular needs of any specific person who may receive any of these reports. Investors should seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed or recommended in these reports and should understand that statements regarding future prospects may not be realized. Investors should note that income from such securities, if any, may fluctuate and that each security's price or value may rise or fall. Accordingly, investors may receive back less than originally invested. Past performance is not necessarily an indication of future performance.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or related investment mentioned in these reports. In addition, investors in securities such as ADRs, whose value are influenced by the currency of the underlying security, effectively assume currency risk. Unless agreed in writing with Clal, this research is intended solely for use internally by the recipient.

**Needham is not an authorized broker, dealer or investment adviser outside the United States. The research does not constitute an offer to provide financial services to anyone outside the United States. Any investor in Israel wishing to buy or sell the securities mentioned in this report should do so through Clal.**

**Neither Needham, the research analyst nor anyone else acting on behalf of Needham is an Israeli investment advisor, investment marketer or portfolio licensed under the Israeli Regulation of Investment Advice, Investment Marketing and Investment Portfolio Management law, 1995. Accordingly, Needham does not maintain the insurance specifically required of a licensee in accordance with such law.**

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2016, Needham & Company, LLC, Member FINRA, SIPC.

ACADIA Pharmaceuticals Inc.

**Ex. 14**
**P. 5**

# Exhibit 15

# PiperJaffray®

COMPANY NOTE
December 20, 2016

## ACADIA Pharmaceuticals (ACAD) — Overweight

### ADP – Intriguing Efficacy & Clean Safety Encouraging for Broader NUPLAZID Use

### CONCLUSION

Today ACADIA announced positive top-line results from its Phase II "019" trial of pimavanserin (NUPLAZID) in Alzheimer's Disease Psychosis (ADP). Given the exploratory nature of this study and concerns previously expressed by management, we view the results as a surprise win in terms of demonstrating an efficacy signal and, importantly, clean safety profile from pima' for psychosis in a broader, demented patient population. In our view, the safety and activity from this trial support investing in a later-stage ADP study pending FDA discussions, which had been an open question. We also believe today's results should enhance conviction in ACADIA's basket of ongoing label-expansion efforts. In advance of increasingly visible commercial progress for NUPLAZID in PDP, as well as late-stage clinical execution now in ADP, as well as AD agitation, and other neuropsych indications during 2017, we reiterate OW.

- **At Long Last – '019 Results are In and It Hits.** At the primary efficacy analysis timepoint of 6 weeks, the 019 trial demonstrated a 1.83 point benefit on NPI-NH Psychosis scores (1.93 point improvement on placebo vs 3.76 point improvement on pima', p=0.0451, n=178). Please see Exhibit 1. In terms of percentage changes from baseline, this was actually similar to the prior 020 trial in PDP, and to us suggests clear activity from drug. A benefit in the ADP pima' arm appeared as early as 2 weeks and 6-week benefit was maintained at 12 weeks, however the difference from placebo was not stat sig at the 12-week timepoint. We think this is due to an increased placebo response at the 12-week point, which is somewhat odd but perhaps related to the psychotherapy run-in used in the trial – maybe this delayed placebo response versus extinguishing it. We would expect a larger, better-designed trial to include measures to reduce placebo response at all timepoints. At this point, we are not particularly concerned about the lack of benefit observed on CGI in this study, for several reasons: these are very severe patients, there may have been inter-rater variability, and changes might emerge with longer treatment duration. Again, these are issues that we would expect to be resolved with a trial that is better designed and conducted, as this study had been previously called out by management as a challenge. However, and in our view this is the key observation, on safety pima' did not appear to impair cognition per MMSE score out to the 12-week timepoint, which was an open question heading into trial results. While exact numbers were not given, pima' otherwise appeared safe and well-tolerated in ADP patients, with SAEs and deaths evenly balanced between treatment arms and discontinuations actually somewhat higher in the placebo vs pima' arm.

- **Exploratory Trial, but Supports Further Study.** Given the size and exploratory nature of this study, we view the results as positive in terms of demonstrating some activity and also clean safety. *Cont'd on page 2.*

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Emergence of a safety signal, lack of clinical efficacy, or regulatory hurdles.

### COMPANY DESCRIPTION

ACADIA is focused on neurological and psychiatric diseases.

**PRICE: US$25.43**
**TARGET: US$44.00**
Sum-of-the-parts DCF of pima' sales in PDP and ADP.

**Charles C. Duncan, PhD**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, charles.c.duncan@pjc.com
**Sarah R. Weber**
Research Analyst, Piper Jaffray & Co.
212 284-9321, sarah.r.weber@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$44.00 |
| FY16E Rev (mil) | — | US$13.3 |
| FY17E Rev (mil) | — | US$75.9 |
| FY16E EPS | — | US$(2.41) |
| FY17E EPS | — | US$(2.64) |

| | |
|---|---|
| 52-Week High / Low | US$42.49 / US$16.64 |
| Shares Out (mil) | 119.8 |
| Market Cap. (mil) | US$3,046.5 |
| Avg Daily Vol (000) | 2,471 |
| Book Value/Share | US$4.90 |
| Net Cash Per Share | US$4.70 |
| Debt to Total Capital | 0.0% |
| Div (ann) | 0.00 |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2015A | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 30,465.1x | (0.40) | (0.39) | (0.39) | (0.45) | (1.63) | NM |
| 2016E | 0.0A | 0.1A | 5.3A | 7.9 | 13.3 | 229.1x | (0.45)A | (0.63)A | (0.61)A | (0.72) | (2.41) | NM |
| 2017E | 12.3 | 16.8 | 21.2 | 25.6 | 75.9 | 40.1x | (0.70) | (0.67) | (0.65) | (0.62) | (2.64) | NM |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 7 - 8 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

**Ex. 15**
**P. 2**

PiperJaffray®

| | |
|---|---|
| **Exploratory Trial, but Supports Further Study.** | In our view, safety especially was a non-zero risk in the eyes of regulators given NUPLAZID's BBW and fairly narrow label in PDP. ACADIA now plans to hold an EOP2 meeting with the FDA and begin a later-stage trial in ADP during 2017. The company did not provide much insight on the design of a potentially pivotal program, and there is not a clear precedent for an approval trial design, in our view. However we speculate NPI psychosis scales at 6 weeks could be used as an endpoint, potentially in combination with secondary endpoints such as CGI and longer-term safety follow-up, depending on FDA feedback. Given that delusions are more common and severe than hallucinations in ADP, we would expect an endpoint to be sensitive to this type of symptom. Finally, we would expect a future trial to make improvements in design based on the Phase II ADP results, for example by enrolling patients at a more diverse set of sites and employing measures to reduce placebo response. We expect full ADP results to be presented at a future medical conference and provide more insight into possible design improvements. |
| **Reminder on 019 Trial Design.** | The Phase II "019" trial closed enrollment at 181 ADP patients across 130 nursing home centers, just short of the intended 200 patients, this past summer. The trial randomized patients in a network of nursing homes in the UK who communicated experiencing auditory hallucinations, visual hallucinations, and/or delusions. ACADIA included a Brief Psychosocial Therapy run-in, similar to study "020" in PDP, in an attempt to reduce placebo response to drug – see Exhibit 2. Patients could remain on stable doses of other Alzheimer's medications donepezil or memantine. The trial randomized patients to 34mg pima' QD vs placebo and examined NPI-NH psychosis scales – A. Delusions and B. Hallucinations - at 6 weeks, followed by a look at longer-term cognitive safety and efficacy at 12 week – see Exhibit 3. Recall this trial was designed and largely executed by the prior management team and CMO, and heading into these results we speculated trial enrollment speed and results were likely influenced by the severity and homogeneity of the nursing home population enrolled. |
| **ADP Part of Larger Label Expansion Strategy.** | ACADIA has also recently initiated trials in AD agitation, schizophrenia, and MDD. Please see a summary of these trials in Exhibit 4. Following today's data, we remain supportive of further study of this mechanism in AD agitation and aggression symptoms in a broader, potentially less severe population and better-powered trial now underway called SERENE. ACADIA did report some agitation as an AE in both arms of the ADP study, but we would view this as background noise in a severe, institutionalized population. That said, all the eggs are no longer in the AD agitation or ADP basket. We believe 1-2 positive results from any of these ongoing trials (AD, schizophrenia, MDD) could support long-term value from NUPLAZID's novel mechanism which is well above the current valuation – and potentially make this company an attractive acquisition candidate once more. |

**Ex. 15**
**P. 3**

**PiperJaffray**®

COMPANY NOTE
December 20, 2016

Exhibit 1
**ADP Results**

| Arm | Baseline NPI-NH A&B Domains | 6-Week Point Reduction | 6-Week Percent Reduction | Percent Reduction Reported in PDP 020 Study, for Reference (SAPS-PD Endpoint at 6 Weeks) |
|---|---|---|---|---|
| Placebo | 10 | 1.93 | 19% | 19% |
| Pimavanserin | 9.52 | 3.76 | 39% | 36% |
| Difference | | 1.83 | | |
| | | p=0.0451 | | |

Source: Piper Jaffray, Company Reports

Exhibit 2



## Phase II ADP Trial (-019 Study): Design



| Phase II Efficacy, Tolerability and Safety Study | |
|---|---|
| Location | Nursing homes at Biomedical Research Centre for Mental Health, Kings College |
| Patients | Target enrollment of 200 ADP patients |
| Type of design | Randomized, double-blind, placebo-controlled |
| Key efficacy endpoint | NPI-NH Psychosis |

**Patient Pathway From Screening to Treatment Period**

Screening          12-Week Blinded Treatment Period

BPST Run-In          40 mg PIM or PBO (1:1)

NPI-NH    Baseline    2-Week Visit    4-Week Visit    6-Week Key Endpoint    12-Week Cognitive Endpoint

Source: Company Reports

---

ACADIA Pharmaceuticals Inc.

**Ex. 15**
**P. 4**



Exhibit 3

## Refresher on ADP Endpoints

### NPI-NH Domains A & B: Focus of ADP Study

**A. DELUSIONS**

| | |
|---|---|
| Does the resident have beliefs that you know are not true? For example, saying that people are trying to harm him/her or steal from him/her. Has he/she said that family members or staff are not who they say they are or that his/her spouse is having an affair? Has the resident had any other unusual beliefs? | YES/NO |

**IF YES:**

| | |
|---|---|
| 1. Does the resident believe that he/her is in danger – that others are planning to hurt him/her or have been hurting him/her? | YES/NO |
| 2. Does the resident believe that others are stealing from him/her? | YES/NO |
| 3. Does the resident believe that his/her spouse is having an affair? | YES/NO |
| 4. Does the resident believe that his/her family, staff members or others are not who they say they are? | YES/NO |
| 5. Does the resident believe that television or magazine figures are actually present in the room? (Does he/she try to talk or interact with them?) | YES/NO |
| 6. Does he/she believe any other unusual things that I haven't asked about? | YES/NO |

**B. HALLUCINATIONS**

| | |
|---|---|
| Does the resident have hallucinations – meaning, does he/she see, hear, or experience things that are not present? (If "Yes," ask for an example to determine if in fact it is a hallucination). Does the resident talk to people who are not there? | YES/NO |

**IF YES:**

| | |
|---|---|
| 1. Does the resident act as if he/she hears voices or describe hearing voices? | YES/NO |
| 2. Does the resident talk to people who are not there? | YES/NO |
| 3. Does the resident see things that are not present or act like he/she sees things that are not present (people, animals, lights, etc)? | YES/NO |
| 4. Does the resident smell things that others cannot smell? | YES/NO |
| 5. Does the resident describe feeling things on his/her skin or act like he/she is feeling things crawling or touching him/her? | YES/NO |
| 6. Does the resident say or act like he/she tastes things that are not present? | YES/NO |
| 7. Does the resident describe any other unusual sensory experiences? | YES/NO |

**For A & B: IF YES:**

Frequency:
1. Rarely – less than once per week
2. Sometimes – about once per week
3. Often – several times per week but less than every day
4. Very often – once or more per day

Severity:
1. Mild – delusions present but seem harmless and does not upset the resident that much.
2. Moderate – delusions are stressful and upsetting to the resident and cause unusual or strange behavior.
3. Severe – delusions are very stressful and upsetting to the resident and cause a major amount of unusual or strange behavior.

Occupational Disruptiveness: How much does this behavior upset you and/or create more work for you?
0. Not at all
1. Minimally (almost no change in work routine)
2. Mildly (some change in work routine but little time rebudgeting required)
3. Moderately (disrupts work routine, requires time rebudgeting)
4. Severely (disruptive, upsetting to staff and other residents, major time infringement)
5. Very Severely or Extremely (very disruptive, major source of distress for staff and other residents, requires time usually devoted to other residents or activities)

### Full List of NPI-NH Domains, may be explored and presented at future medical meeting

**SCORING SUMMARY**

| All Domains | Total Score = Severity x Frequency |
|---|---|
| A. Delusions | Summary Score = Sum of Ocupational Disruptiveness |
| B. Hallucinations | |
| C. Agitation/Aggression | |
| D. Depression/Dysphoria | |
| E. Anxiety | |
| F. Elation/Euphoria | |
| G. Apathy/Indifference | |
| H. Disinhibition | |
| I. Irritability/Lability | |
| J. Aberrant Motor Behavior | |
| K. Sleep and Nighttime Behavior Disorders | |
| L. Appetite/Eating Changes | |

Source: Piper Jaffray Research

**Ex. 15**

**P. 5**



Exhibit 4

**Late-Stage Clinical Trials of Pima'**

| Trial Name | Phase | Indication | Population | n | Treatment | Length | Primary Endpoint |
|---|---|---|---|---|---|---|---|
| ENHANCE-1 | 3 | Add-On in Schizophrenia | Schizophrenia patients w/ inadequate response to antipsychotics | 380 | 20mg pima' QD (can titrate to 10-34mg) + current antipsychotic vs placebo + current antipsychotic | 6 weeks | Total PANSS |
| ADVANCE | 2 | Add-On in Schizophrenia Negative Symptoms | Schizophrenia patients w/ prominent negative symptoms & inadequate response to antipsychotics | 380 | 20mg pima' QD (can titrate to 10-34mg) + current antipsychotic vs placebo + current antipsychotic | 26 weeks | Negative Symptom Assessment (NSA-16) |
| SERENE | 2 | Alzheimer's Agitation | AD patients, inpatient or outpatient, w/ agitation and/or aggression symptoms | 430 | 20mg pima' QD or 34mg pima' QD vs placebo | 12 weeks | CMAI |
| CLARITY | 2 | Add-On in Major Depressive Disorder | MDD patients w/ inadequate response to SSRI or SNRI | 188 | 34mg pima' QD + current SSRI/SNRI vs placebo + current SSRI/SNRI | 10 weeks | HAM-D |

Larger trial in Alzheimer's Disease Psychosis planned to begin during 2017 - Endpoints, Population, etc. TBD

Source: Piper Jaffray, ClinTrials.gov, Company Reports

**Ex. 15**

**P. 6**

| | 2013 | 2014 | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 2015 | 1Q16A | 2Q16A | 3Q16A | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Collaborative revenue | 1,145 | 120 | 4 | 1 | 39 | 17 | 61 | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Product sales/royalties | | | | | 0 | 0 | 0 | 0 | 97 | 5,268 | 7,903 | 13,268 | 12,335 | 16,768 | 21,200 | 25,633 | 75,936 | 119,549 | 270,974 | 611,942 |
| **Total Revenues** | **1,145** | **120** | **4** | **1** | **39** | **17** | **61** | **4** | **97** | **5,268** | **7,903** | **13,272** | **12,335** | **16,768** | **21,200** | **25,633** | **75,936** | **119,549** | **270,974** | **611,942** |
| | | | | | | | | | | | | | | | | | | | | |
| COGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 526 | 845 | 790 | 2,161 | 1,234 | 1,677 | 2,120 | 2,563 | 7,594 | 11,955 | 27,097 | 30,597 |
| **Gross Profit** | **1,145** | **120** | **4** | **1** | **39** | **17** | **61** | **4** | **-429** | **4,423** | **7,113** | **11,111** | **11,102** | **15,091** | **19,080** | **23,069** | **68,342** | **107,594** | **243,877** | **581,344** |
| **Operating expenses** | | | | | | | | | | | | | | | | | | | | |
| License Fees | | | 0 | 0 | 0 | 2,500 | 2,500 | 0 | 248 | 475 | 158 | 881 | 247 | 335 | 424 | 513 | 1,519 | 2,391 | 5,419 | 12,239 |
| R&D | 26,722 | 60,602 | 16,295 | 18,379 | 18,729 | 20,466 | 73,869 | 22,775 | 20,478 | 25,813 | 35,000 | 104,066 | 35,350 | 35,704 | 36,061 | 36,421 | 143,535 | 149,363 | 155,428 | 161,739 |
| SG&A | 12,720 | 32,748 | 24,261 | 21,119 | 20,308 | 22,616 | 88,304 | 27,491 | 50,768 | 50,534 | 58,000 | 186,793 | 58,580 | 59,166 | 59,757 | 60,355 | 237,858 | 247,516 | 257,566 | 268,025 |
| | | | | | | | | | | | | | | | | | | | | |
| **Total operating expenses** | **39,442** | **93,350** | **40,556** | **39,498** | **39,037** | **45,582** | **164,673** | **50,266** | **72,020** | **77,667** | **93,158** | **290,859** | **94,177** | **95,205** | **96,242** | **97,289** | **381,393** | **399,271** | **418,414** | **442,003** |
| | | | | | | | | | | | | | | | | | | | | |
| **Operating income (loss)** | **(38,297)** | **(93,230)** | **(40,552)** | **(39,497)** | **(38,998)** | **(45,565)** | **(164,612)** | **(50,262)** | **(71,923)** | **(72,399)** | **(85,255)** | **(279,748)** | **(83,075)** | **(80,114)** | **(77,162)** | **(74,219)** | **(313,051)** | **(291,676)** | **(174,537)** | **139,342** |
| Interest/other income (expense) | 349 | 755 | 177 | 119 | 92 | 111 | 499 | 500 | 601 | 786 | 10 | 1,897 | 10 | 10 | 10 | 10 | 40 | 40 | 40 | 40 |
| **Pretax income (loss)** | **(37,948)** | **(92,475)** | **(40,375)** | **(39,378)** | **(38,906)** | **(45,454)** | **(164,113)** | **(49,762)** | **(71,322)** | **(71,613)** | **(85,245)** | **(277,942)** | **(83,065)** | **(80,104)** | **(77,152)** | **(74,209)** | **(313,011)** | **(291,636)** | **(174,497)** | **139,382** |
| Income tax | 0 | 0 | 0 | 0 | 0 | 330 | 330 | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net income (loss)** | **(37,948)** | **(92,475)** | **(40,375)** | **(39,378)** | **(38,906)** | **(45,784)** | **(164,443)** | **(49,762)** | **(71,322)** | **(71,613)** | **(85,245)** | **(277,942)** | **(83,065)** | **(80,104)** | **(77,152)** | **(74,209)** | **(313,011)** | **(291,636)** | **(174,497)** | **139,382** |
| **EPS** | | | | | | | | | | | | | | | | | | | | |
| **Basic** | **($0.44)** | **($0.95)** | **($0.40)** | **($0.39)** | **($0.39)** | **($0.45)** | **($1.63)** | **($0.45)** | **($0.63)** | **($0.61)** | **($0.72)** | **($2.41)** | **($0.70)** | **($0.67)** | **($0.65)** | **($0.62)** | **($2.64)** | **($2.38)** | **($1.37)** | **$1.19** |
| **Diluted** | **($0.44)** | **($0.95)** | **($0.40)** | **($0.39)** | **($0.39)** | **($0.45)** | **($1.63)** | **($0.45)** | **($0.63)** | **($0.61)** | **($0.72)** | **($2.41)** | **($0.70)** | **($0.67)** | **($0.65)** | **($0.62)** | **($2.64)** | **($2.38)** | **($1.37)** | **$1.19** |
| **Shares outstanding** | | | | | | | | | | | | | | | | | | | | |
| Basic | 85,652 | 97,248 | 100,297 | 100,349 | 100,756 | 101,207 | 100,630 | 111,346 | 113,308 | 117,497 | 117,614 | 114,941 | 118,203 | 118,794 | 119,388 | 119,984 | 119,092 | 121,492 | 123,940 | 126,437 |
| Diluted | 85,652 | 97,248 | 100,297 | 100,349 | 100,756 | 101,207 | 100,630 | 111,346 | 113,308 | 117,497 | 117,614 | 114,941 | 118,203 | 118,794 | 119,388 | 119,984 | 119,092 | 121,492 | 123,940 | 126,437 |

**Proprietary to Piper Jaffray & Co. November 8, 2016**

**ACAD: Charles Duncan, Ph.D., 212.284.5025**

**Current disclosure information for this company can be found at:**

**http://www.piperjaffray.com/researchdisclosures**

---

ACADIA Pharmaceuticals Inc.

**Ex. 15**

**P. 7**

**PiperJaffray**®

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

### Distribution of Ratings/IB Services
### Piper Jaffray

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 395 | 54.63 | 96 | 24.30 |
| HOLD [N] | 298 | 41.22 | 22 | 7.38 |
| SELL [UW] | 30 | 4.15 | 2 | 6.67 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification  — Charles C. Duncan, PhD, Sr. Research Analyst
The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 20 December 2016 10:53EST.

**Ex. 15**
**P. 8**

PiperJaffray®

COMPANY NOTE
December 20, 2016

**Research Disclosures**

Piper Jaffray was making a market in the securities of ACADIA Pharmaceuticals Inc. at the time this research report was published. Piper Jaffray will buy and sell ACADIA Pharmaceuticals Inc. securities on a principal basis.

Piper Jaffray expects to receive or intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

Piper Jaffray has received compensation for investment banking services from or has had a client relationship with ACADIA Pharmaceuticals Inc. within the past 12 months.

Within the past 12 months Piper Jaffray was a managing underwriter of a public offering of, or dealer manager of a tender offer for, the securities of ACADIA Pharmaceuticals Inc. or the securities of an affiliate.

Within the past 3 years Piper Jaffray participated in a public offering of, or acted as a dealer manager for, ACADIA Pharmaceuticals Inc. securities.

**Affiliate disclosures:** Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons & Company International is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

**Rating Definitions**

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical and event-driven research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical or event-driven analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

**Other Important Information**

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. **Canada:** This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. **Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. **United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.

This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.

Copyright 2016 Piper Jaffray. All rights reserved.

Ex. 15
P. 9

# Exhibit 16



# First Take

**ACADIA Pharmaceuticals, Inc. (ACAD)**

December 21, 2016

Price: $28.57; Market Cap (M): $3,390; *12/20/2016 Close*

Rating: Buy; Price Target: $60.00

Andrew S. Fein - (212-356-0546) / afein@hcwresearch.com
Emile Yu - (212-916-3972) / eyu@hcwresearch.com

### ADP Optimism: Pros and Cons

**ADP win is a step in the right direction.** In our view, yesterday's primary endpoint win in the Phase 2 ADP study is a welcome and timely positive development for the company, the shares of which have been under pressure in the last quarter. As we dissect critically what we know about the study so far, we elect to curb our enthusiasm on ADP and stick to our original thesis that PDP alone is sufficient to support a valuation roughly twice that reflected by current trading levels. While we are not discounting ADP entirely or making a negative call on it, we are still not ready to make a positive clinical call on it either. For one, at this time and pending our analysis of full data, we are not certain that this readout is sufficient to support the advance into a rigorous pivotal study in ADP (or at least, we would not do it). In our view, what the ADP study in and of itself boils down to is a step in the right direction, or what management on the call also defined as "useful information". Then, we do not believe that yesterday's readout is sufficient to entirely lift off the "exploratory" label from the ADP program. However, what the study win does achieve is that it reminds everyone once more that pimavanserin is likely not just a PDP drug, but additional indications (or indication carve-outs such as ADP, if defined and executed correctly) are out there ripe for testing in the medium/long term, and they should certainly be factored or layered into a potential premium from an M&A perspective.

**The devil's advocate corner.** Below, we list important questions that the study readout raises, and which we look forward to tackling as full data from the study becomes available:

(1) *Clinical effect*: we are not sure if a benefit of less than 2 points in NPI-NH Psych score may be clinically significant, in the context of no lateral CGI benefit in the same study. One could certainly argue that if the NPI benefit is presented as a percentage of the baseline score then it approximates the percentage benefit observed in PDP, however we note that the baseline NPI score in this study (~10) was on the low end of the range seen in other similar studies, which makes the percentage argument a tricky one. Regarding the breakdown of the benefit, we look forward to seeing if the effect (delta) was weighted towards delusions (vs. hallucinations), since according to management the study observed more delusion than hallucinations overall (any imbalance in the delta could introduce risk).

(2) *Study statistics*: a win with a p value of 0.451 is a win nonetheless, however it still makes our in-house statistician cringe. It raises questions about not only the analysis population (a modified ITT population as management remarked on the call, removing 3 patients from the overall set), but also more importantly about how the missing data (from discontinuations) within patients at different time points were treated (was it last-observation carried forward, multiple imputation or MMRM? sensitivity analysis on this could easily swing the p-value significance in one direction or the other given the closeness of this result).It also raises the question (which now management and all of us must live with): if the original study size had not been reduced from 212 to 181, would we be having a different conversation now (for better of for worse)?

(continued on next page)

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 3 - 4 of this report.

**Ex. 16**

**P. 2**

ACADIA Pharmaceuticals, Inc.                                                    December 21, 2016

(3) *Response profile*: while we have not yet seen the treatment curves, management noted that there was separation at all time points, albeit not statistically significant everywhere. The benefit was statistically significant at 6 weeks, but not at 12 weeks. As we understand it, the treatment score dropped relatively steadily between 0 and 12 weeks, while the placebo curve dropped more at 12 weeks, resulting in a miss. It does certainly raise the question: then, could the fluke be at 12 weeks, or at 6 weeks (or, did the placebo curve drop too much at 12 weeks, or did it just not drop enough at 6 weeks)? We look forward to dissection the magnitude and the statistical significance of the delta at all time point, especially those flanking the 6-week time point.

(4) *Protocol and conduct:* certain elements of the protocol make this study an hybrid between a multicenter and single center study. While patients were from different nursing homes, study assessment was done by the same traveling team. Furthermore, the investigators in this team who scored the NPI were different from the investigators who scored the CGI. Given the difference in outcomes between the two tools, the evaluation protocol (single team, split evaluation of tools with different results) does introduce a further discount factor to the readout, in our view.

(5) *Pivotal path:* with what we know so far, we struggle to see how one could design a rigorous pivotal study based on the results of this study (the patients were old and advanced, the NPI endpoint win was statistically, numerically, and temporally "fragile", the CGI showed no benefit, etc. We believe that moving to a pivotal program with a more moderate patient population without exploring it first would come with certain risk, despite the mechanistic de-risking that has already taken place (we struggle to think of an example development program where increasing patient heterogeneity was correlated with increased chance of success). Regarding endpoints, as we see it, a pivotal could only move ahead with a NPI-NH Psych endpoint, which may restrict the patient population and disease severity targeted. Overall, we think that yesterday's results are a good starting point, but we are not making assumptions about a pivotal study quite yet.

**Valuation and risks to achievement of the target price.** Our $60 PT is based on an equally weighted composite of: (a) $74/share, as a 35x multiple of taxed and diluted FY22 GAAP EPS of $6.00 discounted back to FY17 at 20%; and (b) an NPV of $46/share (discount rate 12%, growth rate 2.5%). Risks to our investment thesis and target price include: (1) failure of Nuplazid in further clinical studies; (2) failure of NIPLAZID to secure regulatory approval; and (3) failure of Nuplazid to achieve peak commercial revenue estimates in our model, due to market size, penetration rates, and pricing.

Ex. 16
P. 3

ACADIA Pharmaceuticals, Inc.                                                                                  December 21, 2016

**Important Disclaimers**

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of December 20, 2016 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 203 | 93.98% | 60 | 29.56% |
| Neutral | 12 | 5.56% | 2 | 16.67% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 1 | 0.46% | 0 | 0.00% |
| **Total** | 216 | 100% | 62 | 28.70% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Andrew S. Fein and Emile Yu , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of (including, without limitation, any option, right, warrant, future, long or short position).

As of November 30, 2016 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of ACADIA Pharmaceuticals, Inc..

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

Ex. 16
P. 4

ACADIA Pharmaceuticals, Inc.                                                                December 21, 2016

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did receive compensation from ACADIA Pharmaceuticals, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in ACADIA Pharmaceuticals, Inc. as of the date of this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co, LLC. Additional information available upon request.

**Ex. 16**
**P. 5**

# Exhibit 17

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## Form 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification Number)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code:**

**(858) 558-2871**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| **Common Stock, par value $0.0001 per share** | **The NASDAQ Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Securities Exchange Act of 1934:

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act of 1934). Yes ☐ No ☒

As of June 30, 2016, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $2.3 billion, based on the closing price of the registrant's common stock on the NASDAQ Global Select Market on June 30, 2016 of $32.46 per share.

As of January 31, 2017, 121,407,626 shares of the registrant's common stock, $0.0001 par value, were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement to be filed with the Securities and Exchange Commission by May 1, 2017 are incorporated by reference into Part III of this report.

**PART I**

**FORWARD-LOOKING STATEMENTS**

This report and the information incorporated herein by reference contain forward-looking statements that involve a number of risks and uncertainties, as well as assumptions that, if they never materialize or prove incorrect, could cause our results to differ materially from those expressed or implied by such forward-looking statements. Although our forward-looking statements reflect the good faith judgment of our management, these statements can only be based on facts and factors currently known by us. Consequently, forward-looking statements are inherently subject to risks and uncertainties, and actual results and outcomes may differ materially from results and outcomes discussed in the forward-looking statements.

Forward-looking statements can be identified by the use of forward-looking words such as "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continue," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or other similar words (including their use in the negative), or by discussions of future matters such as the benefits to be derived from NUPLAZID (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation,, and other statements that are not historical. These statements include but are not limited to statements under the captions "Business," "Risk Factors," and "Management's Discussion and Analysis of Financial Condition and Results of Operations" as well as other sections in this report. You should be aware that the occurrence of any of the events discussed under the caption "Risk Factors" and elsewhere in this report could substantially harm our business, results of operations and financial condition and cause our results to differ materially from those expressed or implied by our forward-looking statements. If any of these events occurs, the trading price of our common stock could decline and you could lose all or a part of the value of your shares of our common stock.

The cautionary statements made in this report are intended to be applicable to all related forward-looking statements wherever they may appear in this report. We urge you not to place undue reliance on these forward-looking statements, which speak only as of the date of this report.

**Item 1.**    *Business.*

**Company Overview**

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system, or CNS, disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID® (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, on April 29, 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase III pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states.

For example, we believe Alzheimer's disease represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase II study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. We plan to continue to advance the evaluation of pimavanserin in this patient population in a Phase III study planned to begin in the second half of 2017. Additionally, in October 2016, we announced that we initiated another study, SERENE, for Alzheimer's disease patients. SERENE is a Phase II study evaluating pimavanserin for the treatment of Alzheimer's disease agitation and aggression, a debilitating condition for which there is no drug approved by the FDA.

1

**Ex. 17**

**P. 3**

As the first and only drug approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis, NUPLAZID provides an innovative and non-dopaminergic approach to the treatment of PD Psychosis without compromising motor control and potentially avoiding many of the debilitating side effects of existing antipsychotics.

In connection with the FDA approval of NUPLAZID, we have committed to conduct post-marketing studies, including a randomized, placebo-controlled withdrawal study in PD Psychosis patients treated with NUPLAZID and randomized, placebo-controlled eight-week studies in predominantly frail and elderly patients that would add to the NUPLAZID safety database by exposing an aggregate of at least 500 patients to NUPLAZID. Through our open-label extension safety extension study for our Phase III studies in PD Psychosis, together with a similar extension study from our earlier Phase II PD Psychosis trial, we generated a considerable amount of long-term safety data on NUPLAZID. A total of over 275 patients have been treated with NUPLAZID for at least one year and, of those, at least 170 patients have been treated for at least two years. Our longest single-patient exposure is greater than 10 years. We believe that our experience to date suggests that long-term administration of NUPLAZID is generally safe and well tolerated in this elderly and fragile patient population.

*Pimavanserin as a Treatment for AD Psychosis*

According to the Alzheimer's Association, an estimated 5.4 million people in the United States have Alzheimer's disease, with only half being diagnosed, and it is currently the fifth leading cause of death for people age 65 and older. Studies have suggested that approximately 25 to 50 percent of patients diagnosed with Alzheimer's disease may develop psychosis, commonly consisting of hallucinations and delusions. The diagnosis of AD Psychosis is associated with more rapid cognitive and functional decline and increased institutionalization.

The FDA has not approved any drug to treat AD Psychosis. As symptoms progress and become more severe, physicians often resort to off-label use of antipsychotic medications in these patients. In addition to the long-term safety risks, studies have shown the use of atypical antipsychotics is associated with a statistically significant worsening of cognitive function in patients with Alzheimer's disease. There is a large unmet medical need for a safe and effective therapy to treat the psychosis in patients with Alzheimer's disease.

Patients with AD Psychosis and PD Psychosis share many characteristics and often exhibit similar psychiatric symptoms associated with their respective underlying neurodegenerative disease. We have shown that pimavanserin attenuates psychosis-related behaviors in preclinical models of AD Psychosis. In preclinical models, pimavanserin also has been shown to positively interact with cholinesterase inhibitors to enhance their pro-cognitive effect. Because of its selective mechanism of action and its efficacy and safety profile observed to date in studies conducted in elderly patients with PD Psychosis, we believe that pimavanserin also may be ideally suited to address the need for a new treatment for AD Psychosis that is safe, effective, and well tolerated.

In December 2016 we announced positive top-line results from our Phase II study, referred to as the -019 Study, examining the safety and efficacy of pimavanserin as a treatment for AD Psychosis. The -019 Study was a double-blind, placebo-controlled exploratory trial designed to evaluate the efficacy and safety of pimavanserin as a treatment for patients with AD Psychosis. A total of 181 patients were enrolled in the study in the United Kingdom. Following a screening period that included brief psycho-social therapy, patients were randomized on a one-to-one basis to receive either 34 mg of pimavanserin or placebo once-daily. The primary endpoint of the study was antipsychotic efficacy as measured by the mean change in the Neuropsychiatric Inventory-Nursing Home, or NPI-NH, Psychosis score (combined hallucinations and delusions domains) from baseline to week six of dosing. The study also assessed additional secondary endpoints, including the cognitive status of patients and the durability of response to pimavanserin, through week 12 of dosing.

Pimavanserin demonstrated efficacy on the primary endpoint of the -019 Study with a 3.76 point improvement in psychosis at week six compared to a 1.93 point improvement for placebo, representing a statistically significant treatment improvement in the NPI-NH Psychosis score (p=0.0451). Baseline mean scores for the pimavanserin and placebo treated groups were 9.52 and 10.00, respectively. Pimavanserin was generally well tolerated and the safety profile was consistent with what has been observed in previous studies. Based on a preliminary analysis of safety data, the most common adverse events reported were falls, urinary tract infection and agitation. The mortality rate was the same in the pimavanserin and placebo treatment groups. Over the course of 12 weeks of treatment, pimavanserin did not impair cognition as measured by the Mini-Mental State Examination, or MMSE, score and was similar to placebo. On the secondary endpoint of mean change in NPI-NH Psychosis score at week 12, pimavanserin maintained the improvement on psychosis observed at the week six primary endpoint, but did not statistically separate from placebo. The mean age of patients in the study was 86 years.

We plan to continue to evaluate the treatment of patients with AD Psychosis in a Phase III study planned for the second half of 2017.

4

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities and Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

ACADIA PHARMACEUTICALS INC.

/S/ STEPHEN R. DAVIS
**Stephen R. Davis**
**President and Chief Executive Officer**
(on behalf of the registrant and as the registrant's
Principal Executive Officer)

Date: February 28, 2017

KNOW ALL PERSONS BY THESE PRESENTS, that each individual whose signature appears below constitutes and appoints Stephen R. Davis, his true and lawful attorney-in-fact and agent with full power of substitution, for him and in his name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto and all documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent, or his or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities and Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/ STEPHEN R. DAVIS<br>**Stephen R. Davis** | Chief Executive Officer and Director<br>(Principal Executive Officer) | February 28, 2017 |
| /S/ TODD S. YOUNG<br>**Todd S. Young** | Chief Financial Officer<br>(Principal Financial and Accounting Officer) | February 28, 2017 |
| /S/ STEPHEN BIGGAR<br>**Stephen Biggar** | Chairman of the Board | February 28, 2017 |
| /S/ JULIAN BAKER<br>**Julian Baker** | Director | February 28, 2017 |
| /S/ LAURA BREGE<br>**Laura Brege** | Director | February 28, 2017 |
| /S/ JAMES DALY<br>**James Daly** | Director | February 28, 2017 |
| /S/ EDMUND HARRIGAN<br>**Edmund Harrigan** | Director | February 28, 2017 |
| /S/ DANIEL SOLAND<br>**Daniel Soland** | Director | February 28, 2017 |

59

**Ex. 17**
**P. 5**

**EXHIBIT 31.1**

**CERTIFICATION**
**Pursuant to Rule 13a-14(a) or Rule 15d-14(a) of the Securities Exchange Act of 1934,**
**as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen R. Davis, certify that:

1. I have reviewed this annual report on Form 10-K for the year ended December 31, 2016 of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 28, 2017

/S/ STEPHEN R. DAVIS

**Stephen R. Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

**Ex. 17**
**P. 6**

**EXHIBIT 31.2**

**CERTIFICATION**
**Pursuant to Rule 13a-14(a) or Rule 15d-14(a) of the Securities Exchange Act of 1934,**
**as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Todd S. Young, certify that:

1. I have reviewed this annual report on Form 10-K for the year ended December 31, 2016 of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 28, 2017

/S/ TODD S. YOUNG

**Todd S. Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal
Financial and Accounting Officer)

**Ex. 17**
**P. 7**

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-K for the period ended December 31, 2016, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: February 28, 2017

/s/ STEPHEN R. DAVIS
**Stephen R. Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 17**
**P. 8**

**EXHIBIT 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-K for the period ended December 31, 2016, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Todd S. Young, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: February 28, 2017

/s/ TODD S. YOUNG
**Todd S. Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal
Financial and Accounting Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 17**
**P. 9**

# Exhibit 18

Ex. 18
P. 1



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

PIND 133880

**MEETING MINUTES**

ACADIA Pharmaceuticals Inc.
Attention: Teresa A. Brandt, PhD
Sr. Director, Regulatory Affairs
3611 Valley Centre Drive, Suite 300
San Diego, CA 92130

Dear Dr. Brandt:

Please refer to your Pre-Investigational New Drug Application (PIND) file for pimavanserin.

We also refer to the meeting between representatives of your firm and the FDA on May 15, 2017. The purpose of the meeting was to obtain feedback on proposed study, ACP-103-045, and potential indication for the treatment of hallucinations and delusions associated with dementia-related psychosis.

A copy of the official minutes of the meeting is enclosed for your information. Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, contact LT Brendan Muoio, Senior Regulatory Project Manager at (240) 402-4518 or brendan.muoio@fda.hhs.gov.

Sincerely,

*{See appended electronic signature page}*

Mitchell V. Mathis, MD
Director
Division of Psychiatry Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 4101973

**Ex. 18**
**P. 2**

CONFIDENTIAL

ACAD_SECLIT_0019793



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

_____

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:**              B
**Meeting Category:**          End of Phase 2

**Meeting Date and Time:**     May 15, 2017 from 11 a.m. to 12 p.m. EDT
**Meeting Location:**          10903 New Hampshire Avenue
                               White Oak Building 22, Conference Room: 1421
                               Silver Spring, Maryland 20903

**Application Number:**        PIND 133880
**Product Name:**              Nuplazid (pimavanserin)
**Indication:**                Treatment of hallucinations and delusions associated with
                               dementia-related psychosis
**Sponsor Name:**              ACADIA Pharmaceuticals Inc. (ACADIA)

**Meeting Chair:**             Mitchell V. Mathis, MD
                               Director, Division of Psychiatry Products (DPP)
**Meeting Recorder:**          Brendan Muoio, PharmD, RAC
                               Senior Regulatory Project Manager, DPP

**FDA ATTENDEES**
Mitch Mathis, MD                Director, DPP
Tiffany Farchione, MD           Deputy Director, DPP
Robert Temple, MD               Deputy Director, Office of Drug Evaluation I (ODEI) and
                                Deputy Center Director for Clinical Science
Naomi Lowy, MD                  Associate Director for Regulatory Science, ODEI
Jean Kim, MD                    Clinical Team Leader (Acting), DPP
Bernard Fischer, MD             Clinical Reviewer, DPP
Hao Zhu, PhD                    Clinical Pharmacology Team Leader, Office of Clinical
                                Pharmacology (OCP)
Di Zhou, PhD                    Clinical Pharmacology Reviewer, OCP
Aisar Atrakchi, PhD             Pharmacology/Toxicology Supervisor, DPP
Amy Avila, PhD                  Pharmacology/Toxicology Reviewer, DPP
Peiling Yang, PhD               Biometrics Team Leader, Office of Biometrics (OB)
Semhar Ogbagaber, PhD           Biometrics Reviewer, OB
Brendan Muoio, PharmD, RAC      Senior Regulatory Project Manager, DPP

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 3**

ACAD_SECLIT_0019794

PIND 133880
Page 2

## SPONSOR ATTENDEES

| | |
|---|---|
| Randall Owen, MD | SVP, Clinical Development and CMO |
| Srdjan (Serge) Stankovic, MD | EVP, Head of Research and Development |
| Mary Ellen Turner, MD, MPH | VP, Pharmacovigilance and Corp. Safety Officer |
| Mark Knowles, PhD | Exec. Dir., Biostatistics and SAS Programming |
| Sylva Collins, PhD | VP, Biometrics |
| Erin Foff, MD, PhD | Director, Clinical Research |
| Teresa Brandt, PhD | Sr. Dir., Regulatory Affairs |
| Daryl DeKarske, MPH | Global Head of Regulatory Affairs |
| Pierre N. Tariot, MD | Consultant (Director, Banner Alzheimer's Institute and Professor of Psychiatry, University of Arizona College of Medicine) |

## 1.0    BACKGROUND

Pimavanserin is a selective 5-HT$_{2A}$ inverse-agonist atypical antipsychotic. It was approved in 2016 (as Nuplazid, NDA 207318) for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. In the pivotal clinical trial, pimavanserin was found to be superior to placebo in decreasing scores on the hallucinations and delusions items on a Parkinson's disease-adapted version of the Scale for the Assessment of Positive Symptoms (SAPS) while not worsening motor function. A review of serious adverse events (including deaths) in Parkinson's disease psychosis trials showed an elevated risk with pimavanserin over placebo [odds ratio 2.38 (95% CI 1.00 to 5.73, p=0.05)]. Therefore, pimavanserin was approved with a similar boxed warning as other antipsychotics, "Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death." Pimavanserin is currently available for this indication in a 17 mg tablet formulation with a recommended oral dose of 34 mg once daily.

On November 12, 2008, a teleconference was held between the Division and the Sponsor under preIND 103550. The purpose of the meeting was to discuss the pursuit of a pimavanserin indication for dementia-related psychosis or, more broadly, psychosis in the elderly. The Sponsor planned to initiate a trial in patients with Alzheimer's disease psychosis which, along with the Parkinson's disease psychosis program, could support such a claim. The Division advised that a positive trial in an Alzheimer's disease population would not support a broader claim for dementia-related psychosis—even with the addition of the data from the Parkinson's disease program. The Division also insisted that verification of hallucinations and delusions come from the subject and not be inferred from clinical observation. This led to a discussion of the minimum Mini-Mental State Examination (MMSE) score for inclusion. The Sponsor proposed a score of 6 while the Division felt that patients with a score of 6 would be too mentally impaired to accurately describe their symptoms and proposed a cut-off of 10. Finally, the Division required some measure of functional improvement as a co-primary endpoint for the study.

Based on the regulatory advice from the Division, the proposed study was submitted under IND 068384 and IND 103550 was never filed. Study ACP-103-019, *A Single Center, Double-Blind, Placebo-Controlled Study to Examine the Safety and Efficacy of Pimavanserin for the Treatment of Psychosis in Alzheimer's disease*, ultimately proceeded without a co-primary functional endpoint. Although patients with an MMSE score of 1 to 22 were included, they were required to

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 4**

ACAD_SECLIT_0019795

PIND 133880
Page 3

have "verbally communicated psychotic symptoms during the month prior to the Screening Visit...and weekly during the previous 2 weeks prior to Baseline." The primary endpoint in this 12-week, randomized, double-blind, placebo-controlled trial was change from baseline on the Neuropsychiatric Inventory-Nursing Home Version (NPI-NH) at Week 6. A majority of the 178 subjects (pimavanserin, n=87) were white (96 percent) and female (81 percent). The change from baseline to end of treatment on the NPI-NH for the pimavanserin and placebo groups were -3.76 and -1.93, respectively, with a treatment difference of -1.84 (95% CI: -3.64, -0.04; p=0.0451; effect size -0.320). Pimavanserin response at Week 6 was maintained over the subsequent 6 weeks; however, drug-placebo differences during this time were much less robust (based on placebo group improvement; see Figure 1). Four deaths occurred in each arm of the study: bronchopneumonia, pneumonia, malignant neoplasm of thorax, and dementia in the pimavanserin arm; pneumonia (two cases), cardiopulmonary failure, and general physical health deterioration in the placebo arm.

Clinical experience with pimavanserin comes from several studies spanning multiple INDs. Overall, 21 studies have been completed and five are ongoing. An estimated 1330 subjects have been exposed to the drug in controlled studies with additional clinical exposures since the drug's approval. Most relevant for this meeting are studies ACP-103-019 (reviewed above) and study ACP-103-020 in Parkinson's disease psychosis. In study ACP-103-020, approximately one quarter of the 173 subjects had an MMSE less than 25. See Table 1 for Sponsor estimates of planned total exposures supporting a dementia in psychosis indication.

**Table 1. Planned Pimavanserin Exposures in Support of a Psychosis in Dementia Indication.**

| Population | Studies | Duration of Exposure | | | Study Status |
|---|---|---|---|---|---|
| | | Total | ≥ 6 months | ≥12 months | |
| Dementia Psychosis | -045 | 356 | 54 | - | Proposed |
| AD Psychosis | -019 | 90 | - | - | Completed |
| AD Agitation | -032, -033 | 392 | 249 | 199 | Ongoing |
| PD Psychosis[a] | -006, -010, -012, -014, -015, -020 | 617 | 356 | 289 | Completed/ongoing |
| Elderly Psychosis (Safety Study)[a] | -046, -047 | 434 | 201 | 101 | Planned |
| Totals | | 1893 | 860 | 589 | |

[a]Not all subjects had/will have dementia.

CONFIDENTIAL     ACAD_SECLIT_0019796

PIND 133880
Page 4

**Figure 1. Sponsor's Figure of Pimavanserin versus Placebo from Study ACP-103-019.**



The Sponsor intends for study ACP-103-045 to serve as an adequate and well-controlled clinical trial to support a claim for treatment of psychosis in dementia. The trial would include a 12-week open-label, flexible dose (for the first 4 weeks) stabilization phase with responders going on to a 26-week randomized, double-blind, withdrawal phase. The main outcome measure would be time to relapse. The Sponsor believes this study design would decrease subject exposure to placebo.

Paramount to this meeting's discussion is whether the Division will accept an indication of dementia-related psychosis. As reviewed above, the Division previously informed the Sponsor that positive studies in Alzheimer's disease psychosis would not translate into an approval for dementia-related psychosis. This was mainly due to the uncertainty regarding the mechanism behind psychosis in various dementias and whether efficacy in one type of dementia could be generalized to efficacy for psychosis in all dementias. In the briefing package, the Sponsor has presented data that indicate a substantial overlap between clinical presentation and pathology associated with the various subtypes of dementia. They argue that because of this overlap, and because of the similarity in management for psychosis in dementia, an indication for dementia-related psychosis is appropriate. Of note, the Agency itself recognizes the term "dementia-related psychosis" in the antipsychotic boxed warnings.

The primary objective of this meeting is to obtain feedback on the ACP-103-045 study, as designed, in the context of planned, ongoing, and completed clinical studies with pimavanserin to support an indication of hallucinations and delusions associated with dementia-related psychosis.

FDA sent Preliminary Comments to ACADIA on May 10, 2017.

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 6**

ACAD_SECLIT_0019797

PIND 133880
Page 5

## 2.0    DISCUSSION

### 2.1.    Clinical

*Question 1:* Does the Agency agree that treatment of hallucinations and delusions in dementia-related psychosis is an approvable indication?

*FDA Response to Question 1:* We agree that treatment of hallucinations and delusions in dementia-related psychosis is a potentially approvable indication. We agree that dementias need not be etiologically related for the common symptom of psychosis to respond to pimavanserin.

  *Discussion:* *No further discussion.*

*Question 2:* The proposed ACP-103-045 study is a randomized, double-blind, placebo-controlled, relapse prevention study to evaluate the efficacy and safety of pimavanserin in subjects with hallucinations and delusions in dementia-related psychosis associated with neurodegenerative disorders, and is intended to be the basis of an sNDA for the proposed indication.

  a) Does the Agency agree with the proposed overall study design?
  b) Does the Agency agree with the proposed study population to be included in the study?
  c) Does the Agency agree with the timing and selection of study endpoints?

*FDA Response to Question 2a:* We have concerns with the proposal to use a randomized withdrawal trial to establish efficacy. As an alternative, we suggest combining the proposed study with the postmarketing commitment (PMC) for a safety study in frail, elderly subjects. Subjects with dementia-related psychosis could be randomized to placebo or pimavanserin and counted towards the number required for the PMC safety study in the elderly. Responders could then be entered into a randomized withdrawal paradigm as proposed for study -045.

*FDA Response to Question 2b:* Yes, we agree with the proposed study population as long as subjects are stratified by their current clinical diagnosis (as proposed). Labeling will reflect the actual composition and response of patients enrolled in the study.

*FDA Response to Question 2c:* See our answer to Question 2a. In general, we agree with the timing and endpoints of the study. However, we believe capturing certain relapse criteria could potentially be difficult. For example, how will you ensure discontinuation due to inefficacy is distinguished from discontinuation due to adverse events? How will you assess a subject who is admitted to the hospital for a medical reason and receives an antipsychotic there for agitation or "sun downing" without a clear record of whether psychosis worsened or not? We would like to review the planned case report form (CRF) for determining relapse to ensure that events are appropriately captured.

Reference ID: 4101973

**Ex. 18**
**P. 7**

CONFIDENTIAL                                                    ACAD_SECLIT_0019798

PIND 133880
Page 6

Additionally, a measure of suicidal ideation and behavior needs to be included at each study visit (whether in person or via telephone). The most commonly used measure in sponsored clinical trials, the Columbia Suicide Severity Rating Scale (C-SSRS), is likely not appropriate for this population. Please propose an alternative way of monitoring for suicidal ideation and behaviors for Division review. Possibilities include use of a separate scale (e.g., the Cornell Scale for Depression in Dementia) or using select items from your already administered scales as a proxy measure. If you decide on a proxy measure, please submit an explanation of why this proxy is adequate to monitor for suicidal ideation and behavior in the study.

> ***Discussion for Question 2a:*** *The Division began by explaining our concerns in basing a regulatory decision on a single, randomized withdrawal study. We are concerned with establishing which patients might respond and characterizing the non-responders. We also pointed out that one of the strongest factors supporting approval of pimavanserin for treatment of hallucinations and delusions in Parkinson's disease was the number of complete responders compared to placebo— this data would not be obtained with a randomized withdrawal study. Finally, we asked how the data would be presented in the label to support clinical decision making.*
>
> *The Sponsor referenced the regulatory requirement for a "well-controlled trial" and emphasized how randomized withdrawal studies have been accepted as well-controlled trials by the Agency. They made a case that the recently completed trial in Alzheimer's disease patients and the trials in Parkinson's disease, where approximately a quarter of the subjects had dementia, provide prospective, placebo-controlled data. Based on this data, and complete characterization of all subjects (i.e., responders and non-responders), the label could be constructed. They stressed the narrowing drug-placebo difference over the 12-week study with Alzheimer's disease patients and presented the randomized withdrawal study as a good way to determine continued pimavanserin efficacy beyond 6 to 12 weeks.*
>
> *The Sponsor also discussed the difficulties of enrollment and locating study sites for prospective, placebo-controlled studies in dementia. They believe it is much easier to enroll subjects when everyone will initially receive the active treatment. They also discussed the potential that certain subjects are too ill to risk potentially being assigned to placebo and how a randomized withdrawal study design enables enrollment of these sicker patients. Moreover, a randomized withdrawal study mimics the American Psychiatric Association clinical guidance on using antipsychotics in this patient population.*
>
> *The Division then returned to the initial suggestion that the Sponsor conduct an acute trial followed by the proposed randomized withdrawal study. Subjects in the acute trial could also be counted towards the PMC for a safety trial in a frail, elderly population. This design would eliminate the inflated response rate that could occur in the open-label phase. The Sponsor countered that having an acute placebo-controlled trial lead-in to the randomized withdrawal study would be complex and require twice as many subjects in order to obtain enough responders for the randomized withdrawal study. Furthermore, the Sponsor believes that the PMC safety study would be best if subjects were less narrowly defined with a broader range of diagnoses and comorbidities. Regarding the possibility of inflated response rates, the Sponsor is considering a more centralized review of ratings and believes it would*

Reference ID: 4101973

Ex. 18
P. 8

CONFIDENTIAL

ACAD_SECLIT_0019799

PIND 133880
Page 7

*be unlikely for inflated response rates to continue over the 12 weeks of the open-label phase. They also point out that having an open-label lead-up to the randomized withdrawal study allows easier modulation of the overall study size and composition based on observed response rates.*

*After the above discussion, the Division agreed that the randomized withdrawal trial as described in the meeting briefing package would be acceptable as a well-controlled trial for submission of a sNDA for the indication of hallucinations and delusions associated with dementia-related psychosis.*

**Discussion for Question 2b:** *No further discussion.*

**Discussion for Question 2c:** *The Sponsor agreed with our concern regarding the determination of relapse criteria for the study. In addition to considering a centralized review of study ratings, they agreed to submit the relapse CRF for Division review prior to conducting the study.*

*The Sponsor proposed a five-point, Likert-type clinician rating of suicidality based on the suicide item from the Hamilton Depression Rating Scale. The clinician will obtain information from the subject and the caregiver before making the rating. As a monitoring instrument for safety, the Division found the proposal acceptable.*

**Question 3:** It is ACADIA's position that in the context of the overall existing and planned safety database for pimavanserin that the single well-controlled Phase 3 study in the proposed patient population would be sufficient for a sNDA filing in the proposed indication. Additionally, the safety database would include the data contained in the approved NUPLAZID® NDA, safety exposures from the completed Phase 2 study in Alzheimer's disease psychosis, as well as additional ongoing and planned pimavanserin studies.
Does the Agency agree?

**FDA Response to Question 3:** If you wish to rely on a single well-controlled study for your sNDA filing, the findings must be very persuasive. This means statistically significant with a very small probability of Type I error and a finding that is clinically meaningful. We agree that the total exposures from pimavanserin's development programs would provide a sufficient safety database once the safety-related PMC studies from the psychosis in Parkinson's disease approval are completed.

**Discussion:** *No further discussion.*

**Additional Biometrics Comments:** Please address the following in your future Protocol/Statistical Analysis Plan (SAP) submission:

1. In your SAP, plan to include detailed sensible sensitivity analyses methods to assess the potential impact of informative censoring/dropouts. In your primary endpoint, dropout

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 9**

ACAD_SECLIT_0019800

PIND 133880
Page 8

due to other causes than relapse will be censored. You will need to justify why this approach is more relevant than time to discontinuation for any reason in defining the primary endpoint. In addition, you should properly document reasons for censoring, dropout and relapse in a clear manner both in the protocol and CRF.

2. You should submit details on the interim analysis plan, the stopping rules which should be thorough in the data monitoring committee charter and trial SAP.

3. We have no objection to the specified fixed sequence approach for multiple comparisons. However, we consider relapse rate redundant with the primary endpoint because the Kaplan-Meier curves, which display the relapse rates over time, will be included in the labeling if this trial can be used to support an efficacy claim. Also, it is unusual to have listed other secondary endpoints (that are not intended for inclusion in labeling) as part of the testing sequence because they serve for exploratory analyses. In addition, you will need to pre-specify the nominal significance levels for testing the key secondary endpoint at each look. Refer to Hung et al. (2007).

4. This is a multicenter trial. Randomization should also be stratified by country, if not feasible by center, to control potential confounding effects such as those arising from different medical practices across countries.

***Discussion for Comment 1:*** *No further discussion.*

***Discussion for Comment 2:*** *No further discussion.*

***Discussion for Comment 3:*** *The Sponsor inquired whether relapse rates in the placebo and treatment groups could be described in the label because they think many clinicians cannot read the Kaplan-Meier plot. As useful information for clinicians, we agreed to enhance the clarity of the Kaplan-Meier plot in labeling; potential approaches include inserting a text interpreting the Kaplan-Meier curves, listing the number of events and number at risks under the curves, etc.*

***Discussion for Comment 4:*** *The Sponsor agreed to stratify patients by region instead of country, which will be defined accordingly in the protocol, as they anticipate enrolling patients from many countries.*

## 2.2.    Regulatory

***Question 4:*** Does the Agency consider that the proposed indication could qualify for Breakthrough Therapy Designation?

***FDA Response to Question 4:*** The proposed indication may qualify for Breakthrough Therapy Designation if it is determined that preliminary clinical evidence for pimavanserin demonstrates substantial improvement over other available therapies. The Division would be open to a teleconference to discuss this evidence prior to submitting your application. See the FDA Guidance for Industry on Expedited Programs for Serious Conditions — Drugs and Biologics for more information.

Reference ID: 4101973

CONFIDENTIAL

Ex. 18
P. 10

ACAD_SECLIT_0019801

PIND 133880
Page 9

*__Discussion:__ The Sponsor stated that they intend to submit a Breakthrough Therapy Designation Request and that they will first seek a Preliminary Breakthrough Therapy Designation Request Advice Meeting to discuss supportive data, as advised.*

*__Additional Discussion of PMCs:__ The Sponsor inquired whether the proposed randomized withdrawal study could be used to satisfy PMC 3069-1 (NDA 207318): To conduct a randomized withdrawal trial comparing pimavanserin 34 mg/day to placebo. The Division pointed out that the proposed randomized withdrawal study (-045) would not include any Parkinson's disease patients who did not also have dementia. We requested the Sponsor submit a justification for why this would be acceptable for the PMC. Additionally, the number of subjects with Parkinson's disease dementia-related psychosis enrolled in the proposed randomized withdrawal study will not be known by the time the PMC is due to the Division. Therefore, the PMC would need to be postponed until the proposed randomized withdrawal study was completed and the enrollment reviewed for acceptable numbers of patients with Parkinson's disease. We encouraged the Sponsor to continue this discussion with us.*

## 3.0    GENERAL GUIDANCE

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Please be advised that under the Food and Drug Administration Safety and Innovation Act (FDASIA), you must submit an Initial Pediatric Study Plan (iPSP) within 60 days of an End of Phase 2 (EOP2) meeting. In the absence of an EOP2 meeting, refer to the draft guidance below. The iPSP must contain an outline of the pediatric study or studies that you plan to conduct (including, to the extent practicable study objectives and design, age groups, relevant endpoints, and statistical approach); any request for a deferral, partial waiver, or waiver, if applicable, along with any supporting documentation, and any previously negotiated pediatric plans with other regulatory authorities. The iPSP should be submitted in PDF and Word format. Failure to include an Agreed iPSP with a marketing application could result in a refuse to file action.

For additional guidance on the timing, content, and submission of the iPSP, including an iPSP Template, please refer to the draft guidance for industry, *Pediatric Study Plans: Content of and Process for Submitting Initial Pediatric Study Plans and Amended Pediatric Study Plans* at: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM360507.pdf. In addition, you may contact the Division of Pediatric and Maternal Health at 301-796-2200 or email pdit@fda.hhs.gov. For further guidance on pediatric product development, please refer to:

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 11**

ACAD_SECLIT_0019802

PIND 133880
Page 10

http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/ucm049867.htm.


## DATA STANDARDS FOR STUDIES

Under section 745A(a) of the FD&C Act, electronic submissions "shall be submitted in such electronic format as specified by [FDA]." FDA has determined that study data contained in electronic submissions (i.e., NDAs, BLAs, ANDAs and INDs) must be in a format that the Agency can process, review, and archive. Currently, the Agency can process, review, and archive electronic submissions of clinical and nonclinical study data that use the standards specified in the Data Standards Catalog (Catalog) (See http://www.fda.gov/forindustry/datastandards/studydatastandards/default.htm).

On December 17, 2014, FDA issued final guidance, *Providing Electronic Submissions in Electronic Format--- Standardized Study Data* (http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM292334.pdf). This guidance describes the submission types, the standardized study data requirements, and when standardized study data will be required. Further, it describes the availability of implementation support in the form of a technical specifications document,  Study Data Technical Conformance Guide (Conformance Guide) (See http://www.fda.gov/downloads/ForIndustry/DataStandards/StudyDataStandards/UCM384744.pdf), as well as email access to the eData Team (cder-edata@fda.hhs.gov) for specific questions related to study data standards.  Standardized study data will be required in marketing application submissions for clinical and nonclinical studies that start on or after December 17, 2016. Standardized study data will be required in commercial IND application submissions for clinical and nonclinical studies that start on or after December 17, 2017. CDER has produced a *Study Data Standards Resources* web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format. This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.

Although the submission of study data in conformance to the standards listed in the FDA Data Standards Catalog will not be required in studies that start before December 17, 2016, CDER strongly encourages IND sponsors to use the FDA supported data standards for the submission of IND applications and marketing applications. The implementation of data standards should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. For clinical and nonclinical studies, IND sponsors should include a plan (e.g., in the IND) describing the submission of standardized study data to FDA. This study data standardization plan (see the Conformance Guide) will assist FDA in identifying potential data standardization issues early in the development program.

Additional information can be found at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm.

**Ex. 18**
**P. 12**

CONFIDENTIAL

ACAD_SECLIT_0019803

PIND 133880
Page 11

For general toxicology, supporting nonclinical toxicokinetic, and carcinogenicity studies, CDER encourages sponsors to use Standards for the Exchange of Nonclinical Data (SEND) and submit sample or test data sets before implementation becomes required. CDER will provide feedback to sponsors on the suitability of these test data sets. Information about submitting a test submission can be found here:
http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/Electronic Submissions/ucm174459.htm

## LABORATORY TEST UNITS FOR CLINICAL TRIALS

CDER strongly encourages IND sponsors to identify the laboratory test units that will be reported in clinical trials that support applications for investigational new drugs and product registration. Although Système International (SI) units may be the standard reporting mechanism globally, dual reporting of a reasonable subset of laboratory tests in U.S. conventional units and SI units might be necessary to minimize conversion needs during review. Identification of units to be used for laboratory tests in clinical trials and solicitation of input from the review divisions should occur as early as possible in the development process. For more information, please see the FDA website entitled, Study Data Standards Resources and the CDER/CBER Position on Use of SI Units for Lab Tests website found at
http://www.fda.gov/ForIndustry/DataStandards/StudyDataStandards/ucm372553.htm.

## OFFICE OF SCIENTIFIC INVESTIGATIONS (OSI) REQUESTS

The Office of Scientific Investigations (OSI) requests that the following items be provided to facilitate development of clinical investigator and sponsor/monitor/CRO inspection assignments, and the background packages that are sent with those assignments to the FDA field investigators who conduct those inspections (Item I and II). This information is requested for all major trials used to support safety and efficacy in the application (i.e., phase 2/3 pivotal trials). Please note that if the requested items are provided elsewhere in submission in the format described, the Applicant can describe location or provide a link to the requested information.

The dataset that is requested in Item III below is for use in a clinical site selection model that is being piloted in CDER. Electronic submission of the site level dataset is voluntary and is intended to facilitate the timely selection of appropriate clinical sites for FDA inspection as part of the application and/or supplement review process.

This request also provides instructions for where OSI requested items should be placed within an eCTD submission (Attachment 1, Technical Instructions: Submitting Bioresearch Monitoring (BIMO) Clinical Data in eCTD Format).

I.  **Request for general study related information and comprehensive clinical investigator information (if items are provided elsewhere in submission, describe location or provide link to requested information).**

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 13**

ACAD_SECLIT_0019804

PIND 133880
Page 12

1. Please include the following information in a tabular format in the original NDA for each of the completed pivotal clinical trials:
   a. Site number
   b. Principal investigator
   c. Site Location: Address (e.g., Street, City, State, Country) and contact information (i.e., phone, fax, email)
   d. Location of Principal Investigator: Address (e.g., Street, City, State, and Country) and contact information (i.e., phone, fax, email). If the Applicant is aware of changes to a clinical investigator's site address or contact information since the time of the clinical investigator's participation in the study, we request that this updated information also be provided.

2. Please include the following information in a tabular format, *by site*, in the original NDA for each of the completed pivotal clinical trials:
   a. Number of subjects screened at each site
   b. Number of subjects randomized at each site
   c. Number of subjects treated who prematurely discontinued for each site by site

3. Please include the following information in a tabular format in the NDA for each of the completed pivotal clinical trials:
   a. Location at which sponsor trial documentation is maintained (e.g., , monitoring plans and reports, training records, data management plans, drug accountability records, IND safety reports, or other sponsor records as described ICH E6, Section 8). This is the actual physical site(s) where documents are maintained and would be available for inspection
   b. Name, address and contact information of all Contract Research Organization (CROs) used in the conduct of the clinical trials and brief statement of trial related functions transferred to them. If this information has been submitted in eCTD format previously (e.g., as an addendum to a Form FDA 1571, you may identify the location(s) and/or provide link(s) to information previously provided.
   c. The location at which trial documentation and records generated by the CROs with respect to their roles and responsibilities in conduct of respective studies is maintained. As above, this is the actual physical site where documents would be available for inspection.

4. For each pivotal trial, provide a sample annotated Case Report Form (or identify the location and/or provide a link if provided elsewhere in the submission).
5. For each pivotal trial provide original protocol and all amendments ((or identify the location and/or provide a link if provided elsewhere in the submission).

## II.    Request for Subject Level Data Listings by Site

1. For each pivotal trial: Site-specific individual subject data listings (hereafter referred to as "line listings"). For each site, provide line listings for:

**Ex. 18**
**P. 14**

CONFIDENTIAL

ACAD_SECLIT_0019805

PIND 133880
Page 13

    a.  Listing for each subject consented/enrolled; for subjects who were not randomized to treatment and/or treated with study therapy, include reason not randomized and/or treated

    b.  Subject listing for treatment assignment (randomization)

    c.  Listing of subjects that discontinued from study treatment and subjects that discontinued from the study completely (i.e., withdrew consent) with date and reason discontinued

    d.  Listing of per protocol subjects/ non-per protocol subjects and reason not per protocol

    e.  By subject listing of eligibility determination (i.e., inclusion and exclusion criteria)

    f.  By subject listing, of AEs, SAEs, deaths and dates

    g.  By subject listing of protocol violations and/or deviations reported in the NDA, including a description of the deviation/violation

    h.  By subject listing of the primary and secondary endpoint efficacy parameters or events. For derived or calculated endpoints, provide the raw data listings used to generate the derived/calculated endpoint.

    i.  By subject listing of concomitant medications (as appropriate to the pivotal clinical trials)

    j.  By subject listing, of testing (e.g., laboratory, ECG) performed for safety monitoring

2.  We request that one PDF file be created for each pivotal Phase 2 and Phase 3 study using the following format:



Reference ID: 4101973

CONFIDENTIAL

ACAD_SECLIT_0019806

PIND 133880
Page 14

## III.  Request for Site Level Dataset:

OSI is piloting a risk based model for site selection. Voluntary electronic submission of site level datasets is intended to facilitate the timely selection of appropriate clinical sites for FDA inspection as part of the application and/or supplement review process. If you wish to voluntarily provide a dataset, please refer to the draft Guidance for Industry Providing Submissions in Electronic Format – Summary Level Clinical Site Data for CDER's Inspection Planning" (available at the following link http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/UCM332468.pdf ) for the structure and format of this data set.


**Attachment 1**

**Technical Instructions:**
**Submitting Bioresearch Monitoring (BIMO) Clinical Data in eCTD Format**


A.  Data submitted for OSI review belongs in Module 5 of the eCTD. For items I and II in the chart below, the files should be linked into the Study Tagging File (STF) for each study. Leaf titles for this data should be named "BIMO [list study ID, followed by brief description of file being submitted]."  In addition, a BIMO STF should be constructed and placed in Module 5.3.5.4, Other Study reports and related information. The study ID for this STF should be "bimo." Files for items I, II and III below should be linked into this BIMO STF, using file tags indicated below. The item III site-level dataset filename should be "clinsite.xpt."

| DSI Pre-NDA Request Item[1] | STF File Tag | Used For | Allowable File Formats |
|---|---|---|---|
| I | data-listing-dataset | Data listings, by study | .pdf |
| I | annotated-crf | Sample annotated case report form, by study | .pdf |
| II | data-listing-dataset | Data listings, by study (Line listings, by site) | .pdf |
| III | data-listing-dataset | Site-level datasets, across studies | .xpt |
| III | data-listing-data-definition | Define file | .pdf |

B.  In addition, within the directory structure, the item III site-level dataset should be placed in the M5 folder as follows:

---

[1] Please see the OSI Pre-NDA/BLA Request document for a full description of requested data files

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 16**

ACAD_SECLIT_0019807

PIND 133880
Page 15



C. It is recommended, but not required, that a Reviewer's Guide in PDF format be included. If this Guide is included, it should be included in the BIMO STF. The leaf title should be "BIMO Reviewer Guide." The guide should contain a description of the BIMO elements being submitted with hyperlinks to those elements in Module 5.

References:

eCTD Backbone Specification for Study Tagging Files v. 2.6.1
(http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/UCM163560.pdf)

FDA eCTD web page
(http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm153574.htm)

For general help with eCTD submissions:  ESUB@fda.hhs.gov

**4.0    ISSUES REQUIRING FURTHER DISCUSSION**

See **Additional Discussion of PMCs**. The Division encouraged further discussion about the potential use of study -045 to fulfill PMC 3069-1 (NDA 207318).

**5.0    ACTION ITEMS**

There were no action items identified during the meeting.

**6.0    ATTACHMENTS AND HANDOUTS**

Draft Global Clinical Assessment of Suicidality.

Reference ID: 4101973

CONFIDENTIAL

ACAD_SECLIT_0019808

DRAFT

# Global Clinical Assessment of Suicidality



| | Patient Rating | Partner/Caregiver Rating | Clinician Rating |
|---|---|---|---|
| **Rating of suicidality** | | | |

Since the last visit, has the patient thought life is not worth living, or wished he/she were dead, or had thoughts of hurting himself/herself and acted on these thoughts?

Ratings

- 0 – Absent
- 1 – Feels life is not worth living
- 2 – Wishes he/she were dead or any thoughts of possible death to self
- 3 – Suicidal ideas or gestures
- 4 – Attempts at suicide

Ex. 18
P. 18

ACAD_SECLIT_0019809

------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------

/s/

-------------------------------------------------------

MITCHELL V Mathis

05/24/2017

Reference ID: 4101973

CONFIDENTIAL

**Ex. 18**
**P. 19**

ACAD_SECLIT_0019810

# Exhibit 19

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ2 2017 Earnings Call Transcripts

## Tuesday, August 08, 2017 9:00 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
|  | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | (0.72) | (0.55) | NM | (0.71) | (2.83) | (2.06) |
| **Revenue  (mm)** | 20.02 | 30.48 | ▲52.25 | 25.47 | 91.70 | 216.51 |

Currency: USD
Consensus as of  Jul-14-2017 2:30 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | (0.57) | (0.61) | NM |
| **FQ4 2016** | (0.63) | (0.65) | NM |
| **FQ1 2017** | (0.72) | (0.72) | NM |
| **FQ2 2017** | (0.72) | (0.55) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ........................................................................... 3

Presentation ........................................................................... 4

Question and Answer ........................................................................... 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**Ex. 19**

**P. 3**

# Call Participants

**EXECUTIVES**

**Lisa Barthelemy**
*Director of Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**Todd S. Young**
*Former Executive VP & CFO*

**ANALYSTS**

**Alan Carr**

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Jeffrey Lin**
*SVB Leerink LLC, Research Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the ACADIA Pharmaceuticals Second Quarter 2017 Financial Results Conference Call. My name is Amoni, and I will be your coordinator for today. [Operator Instructions]

I would now like to turn the presentation over to Lisa Barthelemy, Senior Director of Investor Relations at ACADIA. Please proceed.

**Lisa Barthelemy**
*Director of Investor Relations*

Thank you, Amoni. Good afternoon, and welcome to ACADIA's second quarter financial results conference call. This call is being recorded, and an archived copy will be available on our website at www.acadia-pharm.com through August 22, 2017. Joining me on the call today from ACADIA are Steve Davis, our President and Chief Executive Officer; Michael Yang, our Executive Vice President and Chief Commercial Officer; Todd Young, our Executive Vice President and Chief Financial Officer; and Dr. Serge Stankovic, our Executive Vice President and Head of Research and Development.

Before we proceed, I would first like to remind you that during our call today, we will be making a number of forward-looking statements, including statements regarding our strategy, the timing, results or implications of clinical trials, other development efforts or regulatory approvals; the benefits or advantages to be derived from future approval of, and the future development or commercialization of our products and product candidates, in each case, including NUPLAZID or pimavanserin; and future commercial and financial results.

During our call today, we may use words such as anticipate, believe, could, expect, intend, may, plan, potential, predict, project, should or the negative of those terms and similar expressions that convey uncertainty of future events or outcomes to identify these forward-looking statements. These forward-looking statements are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements.

These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date. ACADIA disclaims any obligation to update these forward-looking statements.

I'll now turn the call over to Steve Davis, our President and Chief Executive Officer.

**Stephen R. Davis**
*CEO & Director*

Thank you, Lisa, and good afternoon. Today, I'll comment on the continued growth of NUPLAZID, together with an update on our program in Alzheimer's disease psychosis or AD Psychosis. Following my remarks, Todd will review our second quarter financial results, Michael will highlight our commercial results and priorities and then we'll open it up for Q&A. By the way, Serge is also on the call today, and he will also be available to answer questions.

Today, we're focused on delivering on strategic priorities that we believe will drive long-term value. Our highest priority is the continued successful commercialization of NUPLAZID. Our goal for NUPLAZID is to be the standard of care for patients with PD psychosis. Our second key priority, of course, is the advancement of NUPLAZID in the 5 additional indications we are currently pursuing. This includes advancing our AD Psychosis program into Phase III in the next couple of months, together with the execution of ongoing studies in schizophrenia inadequate responders, schizophrenia negative symptoms, Alzheimer's education and major depressive disorder.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. FQ2 2017 EARNINGS CALL |  AUG 08, 2017

Turning now to NUPLAZID. a little over 1 year post launch, we have a great appreciation of the significant needs that exist for PD psychosis patients. And that understanding reinforces our confidence in the market potential and the ability for NUPLAZID to address those needs. In the second quarter, we saw strong performance. NUPLAZID pro forma net sales in the quarter were $26.9 million. With the change to the sell-in accounting method, we also booked a one-time $3.6 million in deferred revenue. Thus, we are reporting aggregate net sales of $30.5 million in the second quarter.

Let me briefly note some key NUPLAZID highlights. We are seeing positive momentum across our business, both with new and continuing patients and the addition of new prescribers. Michael will comment a bit further on this in his remarks. We increased our penetration into long-term care with the deployment in early Q2 of 25 additional sales reps. Position awareness and the intent to prescribe continues to grow, and we made important inroads on caregiver and patient education about PD psychosis. Access and reimbursement remains strong for NUPLAZID with full Medicare coverage and commercial coverage now over 94%. We are developing a single 34 milligram capsule that we plan to introduce into the marketplace in the second half of 2018. As you know, 34 milligrams is the approved dose. This will replace the 2 17-milligram tablets that we launched with. And we are seeing what appears to be very good duration of therapy with NUPLAZID. Although we see some fall-off in patients in the first month or 2 after starting therapy, which, by the way, is quite typical of CNS drugs, once we get past this initial period, the continuation rate is looking very encouraging.

So overall, patients are having a positive experience with NUPLAZID. They like the way the drug works, they are tolerating the medication very well and the distribution network is relatively easy. As a result of the positive dynamics we're seeing, we believe NUPLAZID will continue to experience good growth for the remainder of the year and expect net sales for the full year 2017 to be in the range of $105 million to $115 million.

Let me turn now to our program with pimavanserin and AD Psychosis. Pimavanserin is, of course, the generic name for NUPLAZID. Based on the positive Phase II data announced last December, we're excited about the potential of pimavanserin to address psychosis in patients with Alzheimer's. Currently, there is no drug approved by the FDA for this disorder. We previously stated that we would hold an end of Phase II meeting with FDA around midyear, and we've now done that. We went into the FDA meeting with data from our Phase II work, and a thoughtfully constructed clinical plan for completing development. I'm pleased to report that we came out of the meeting with the same plans that we went with, and we feel like we have a very clear path towards registration. We plan to commence the Phase III program in the next couple of months and look forward to sharing more details about the program at that time.

Additionally, our abstracts on the Phase II study of pimavanserin in AD Psychosis was recently accepted for presentation in a symposium at the Clinical Trials on Alzheimer's Disease or CTAD Annual Meeting. This meeting will be in Boston in the first week of November. At the CTAD meeting, scientific experts will address the importance of serotonin in AD Psychosis. They will also discuss data from our Phase II study and they will review these results in the context of historical Alzheimer's disease psychosis trials. So as we look ahead, we're excited to share more data on AD Psychosis, and we're also excited about continuing to advance our 4 other CNS programs in development.

And with that, I'll turn the call over to Todd who will discuss our second quarter financial results.

**Todd S. Young**
*Former Executive VP & CFO*

Thanks, Steve, and thanks, everyone, for joining our call. Today, I'll discuss our second quarter financial results as well as net revenue guidance for the full year 2017, plus expense guidance for Q3. For first half results, please see today's press release or our 10-Q filing. In the second quarter of 2017, we recorded $30.5 million of net product sales using the sell-in accounting method. We transitioned to the sell-in method in Q2, which means we are now recognizing revenue at point of sale to our specialty pharmacy and specialty distributor partners, rather than waiting to recognize revenue when a specialty pharmacy dispenses NUPLAZID to a patient or when a specialty distributor sells NUPLAZID into a long-term care pharmacy or government facility.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 19
P. 6

Our changes to the sell-in accounting method from the sell-through accounting method required us to recognize the $3.6 million of deferred revenue that we had accumulated on our balance sheet as of March 31, 2017. This one-time catch up amount will not occur in future quarters.

In our press release this afternoon, we provide a table of that states what our net revenues would have been if we had been in the sell-in method since launch. As the table shows, our Q1 net revenue would have been $16.8 million. Our Q2 net revenues under the sell-in method was $26.9 million, excluding the one-time adjustment for the accounting method change. The $10.1 million increase in net sales under the sell-in method was driven by the following items: The underlying demand growth for NUPLAZID from both new patients and continued refills from our existing patient base; a one-time benefit from the change at the start of Q2 in our free drug program from 30 days to 14 days; the price increase we implemented at the start of Q2; and improvement in our gross-to-net adjustment from approximately 26% in Q1 to approximately 18% in Q2.

As noted on our last call, we expected Q1 to have the highest gross-to-net adjustment of the year as Medicare patients renew and go through the donut hole starting at the beginning of each calendar year.

As we move to the second half of 2017, we feel good about our current cash and investment securities position of $417 million. From a cash flow perspective, for the second quarter, cash used in operations was approximately $50 million. On the expense side of the P&L, total operating expenses including cost of goods sold for the second quarter of 2017 were $98.9 million. This amount includes $18.2 million of noncash stock-based compensation.

Our R&D expenses increased to $34.2 million in the second quarter from $20.5 million in the second quarter of 2016. This year-over-year increase in R&D was driven by the expansion of our CNS development team and the initiation of clinical studies in 4 new CNS indications.

Our SG&A expenses increased to $61.5 million in Q2 2017 from $50.8 million in the second quarter of last year. This year-over-year increase has been driven by the timing of the NUPLAZID launch in the second quarter of last year.

As Steve noted, for the full year 2017, we expect net revenue to be between $105 million and $115 million, which includes the Q2 impact of the one-time $3.6 million adjustment associated with the change to the sell-in revenue recognition method. In the third quarter of this year, we expect our R&D expense to be in the low $40 million range and our SG&A expense to be in the high $60 million range, as we continue to invest in the life cycle management of pimavanserin and the continued growth of NUPLAZID in PD psychosis. As a reminder, all expenses provided in our press release and in the call today are U.S. GAAP amounts that include noncash stock-based compensation.

And with that, I'll turn the call over to Michael.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thanks, Todd, and good afternoon, everybody. As Steve and Todd mentioned, we saw strong quarter-over-quarter growth and good uptake in underlying demand. Our goal for NUPLAZID is to be the standard of care for PD psychosis patients by adding new patient starts at a healthy rate, while keeping patients on treatment longer.

We continue to focus significant effort on working with physicians to identify appropriate new patients, and in addition, we have strengthened our commercial effort on caregiver and patient engagement as well as optimizing our approach in the long-term care market segments. I would like to thank our commercial and medical teams for their tireless efforts in educating physicians on the appropriate use of NUPLAZID to benefit patients with PD psychosis.

We are making great strides in our promotional efforts for NUPLAZID. For example, we have observed in our most recent survey of physicians we target a very healthy trend. Between March and June of this year, the number of these targeted physicians indicating that NUPLAZID is becoming their first line

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

pharmacological choice for treating PD psychosis, increased from 18% to 30%. Among movement disorder specialists, this increase was up to 33%.

As I highlight in the past, the caregiver is a key stakeholder in the dialogue and treatment process for PD psychosis. While there is broad awareness among physicians that Parkinson's disease is a chronic and progressive disorder in which symptoms such as psychosis may emerge over time, the market research shows that patient and caregiver awareness of psychosis as a condition of PD, is actually quite low with awareness percentages hovering in the single digits.

We need to change this. During last quarter, we executed well over 150 programs executed at caregivers and patients, designed to raise awareness of the hallucinations and delusions associated with Parkinson's disease. Pre-and post program market research suggest that these programs are beginning to bear fruit. Unaided consumer awareness of psychosis increased significantly following participation in these programs with around 70% of consumers indicating that they initiated the conversation with their physician about PD psychosis symptoms and used NUPLAZID as the treatment choice. We knew at launch that long-term care or LTC, would be an important segment of our business, and we quickly assessed that we are not resourced with enough scale to capitalize on that opportunity. In the second quarter, we trained and deployed an additional 25 people to this important channel, bringing our total number of LTC reps to 50. As a reminder, we now have a total of 155 sales reps.

As we've commented before, Parkinson's disease patients presenting to an LTC facility often have psychotic symptoms, which is a common reason for admission, and as a result, represents a high potential source of new patient starts. I'm pleased to report that CNS released new nursing home interpretative guidance, which, for the first time, recognizes PD psychosis. This is an important development as recognizing PD psychosis as an enduring, aggressive disease will help our efforts to advance the appropriate use of NUPLAZID for residents in the LTC setting. This guidance will go into effect later this year. Initially, we estimated our specialty distributor channel, which includes LTC, the VA and TRICARE would represent about 20% of our business. Today, it represents 25% of our business.

Given the favorable access of reimbursement for NUPLAZID, at the beginning of the second quarter, we moved to a 14-day, free product program from our original 30-day program. I'm pleased to report that this transition went smoothly. In addition, we saw a favorable patient response to our additional staffing of nurse educators at NUPLAZIDconnect, who can help guide patients through the drug and patient access process. In summary, we continue to make significant progress towards making NUPLAZID the standard of care for patients with PD psychosis. We are encouraged by the enthusiasm for the product and the positive impact NUPLAZID has had on patients and their families.

With that, I'll now turn the call back over to Steve.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks much, Michael. I may have misheard but I just wanted to clarify that cash used in operations was approximately $59 million, 5 9 million dollars in the second quarter.

So going to closing, we continue to make significant progress for achieving our top priority of making NUPLAZID available to every PD psychosis patient who can benefit from it. NUPLAZID's unique mechanism of action and pharmacological profile represent a transformational innovation in the treatment of psychosis and PD and make it a strong candidate to reduce the burden of the other major CNS disorders we are studying. We expect 2017 will be another important year of progress and growth for ACADIA.

**Lisa Barthelemy**
*Director of Investor Relations*
Thanks, Steve. At this point, we will begin the Q&A portion of our call. [Operator Instructions] Operator, please open the call to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. FQ2 2017 EARNINGS CALL |  AUG 08, 2017

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from the line of Tazeen Ahmad.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Maybe a quick one on modeling first. I'm just wondering if you could tell me -- I know that the gross-to-net for this quarter was 18%, are you expecting that to be the going run rate. Or could it still fluctuate? You're still relatively early in your launch, I want to get a better sense of that for the model. And then also, Michael, can you just give us a sense of comparison wise the steepness of this launch trajectory relative to some of the other products that you've managed in that CNS space? And also, what changes since you've come aboard have you seen the most impact on sales from?

**Stephen R. Davis**
*CEO & Director*

Todd, do you want to take the first one?

**Todd S. Young**
*Former Executive VP & CFO*

Let me grab the first one, Tazeen. So we expect gross-to-net for the back half of the year to be in the mid-teens range.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And would that be your go-forward number?

**Todd S. Young**
*Former Executive VP & CFO*

Yes, as we've mentioned in previous calls, it's going to fluctuate over the course of the year. Q1 is always going to be highest quarter of the year just given the resetting of the donut hole for -- on an annual basis for patients. And so all patients that we have on product at the end of the year will all start over and just give an installed base of patients that will always drive up the gross-to-net percentage in Q1. The flip side of that is, by the time we get to Q4, typically the patients will have gone through the donut hole, except for new patients that we're acquiring during that quarter. So it will fluctuate over the course of each quarter but that's the guidance for the rest of this year and embedded in the financial sales numbers we gave for the rest of the year.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Right. Okay.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Hey, Tazeen. Listen, I think that we're real pleased with the rate of patient and physician acquisition we're getting. We're still getting new patients every week, every month and moving more of those physicians from trial and dabblers into stronger adopters. So a lot more that we can still accomplish. Of course the rate of growth is somewhat a function of patient identifications for new patient starts. Obviously, there's a high degree of patients who are treatment experienced and we're trying to convert those but also getting more and more treatment naïve, or patients who were newly diagnosed, is really important. And that's just blocking and tackling, which is really one of the things I think we're seeing is, from a commercial

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. FQ2 2017 EARNINGS CALL | AUG 08, 2017

playbook perspective, really sharpening our focus on the kind of who, what, wheres and whens of what we're doing commercially. Obviously, the a long-term care investment that we're making, there's still more. We're still on a growth curve there, and I think we're optimistic about that. And as I mentioned we're seeing pretty good traction with our caregiver and patient engagement strategy.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And then maybe the last question, Steve, is when should we expect to see details not only for the Alzheimer's program, but some of the programs that you've talked about that are entering the clinic?

**Stephen R. Davis**
*CEO & Director*

Yes. So let me take the Alzheimer's program first. You'll see more details on that when we commence the Phase III program, which is, I've mentioned, we expect to be in the next couple of months. And then you'll see even more details at the CTAD meeting in Boston in the first week of November. And I think in terms of the other programs, we're continuing to prosecute the enrollment of those programs and they all started in the -- at the end of last year, and we indicated at the time that whilst we need to get some enrollment history to more precisely predict this. Most of these types of studies in this space and of this size take 2 to 2.5 years to enroll it. And so that gives you a general idea of when you might expect to see data from those studies.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. So in terms of the next data readout for any of these studies, it wouldn't be until 2018, second half the earliest, correct?

**Stephen R. Davis**
*CEO & Director*

Yes. I think that's right. I think that's right. At the moment, the depression study is probably looking like the most likely study to read out first. Serge is nodding his head. But we would expect the earliest to be in the second half of 2018.

**Operator**

Your next question comes from the line of Ritu Baral.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Just some questions about the salesforce effort right now. Steve, early in your prepared remarks, you mentioned that there was sort of an early discontinuation phase. What are you seeing as the main reason for these early discontinuations? And then second question about the new reps, the 25 long-term care reps. Would you guys say that they're sort of running at full speed right now? Driving the long-term care business? And if not, how long it would take to sort of get there? And I have follow-up.

**Stephen R. Davis**
*CEO & Director*

Yes, I'll take the first one, and then I'll pass the second one about the long-term care reps on to Michael. I think as is the case with any drug -- excuse me, any drug in the CNS space, which is a little bit different than, for example, enzyme replacement therapy for ultra-rare life-threatening disease or oncology. But in the CNS space, typically the most common reason the patients discontinue is they just don't have an adequate response to therapy. In our phase II studies although we had highly significant and very compelling efficacy, even with our drug and even with those kinds of results, we had about 26% of patients that did not respond to therapy. Our drug is -- has a very favorable safety and tolerability profile, particularly relative to other antipsychotics. But even with that very favorable profile, we still had about

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 19
P. 10

8% of patients that discontinued due to adverse events. So you're going to have a certain fall-off rate and that usually happens -- it happens is a lot steeper in the first month or two with any drug of this order -- of this sort and I would say ours looks a lot like the other drugs from that simple perspective. The thing is we're very encouraged by is once we get past that initial phase of drop off, the drug appears to be very sticky. I think that's just a reflection of the -- what we believe is the very high-performance of the drug in this patient population. It works well, it's very well tolerated and I think patients, I think as a result, patients -- it looks like they're staying on therapy very well.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

In regards to LTC operationally, we're fully staffed, trained, management team is in place and -- in the second quarter. So we I would say are operationally are at full strength. Obviously, we're working through call lists and targeting and demand generation and sharpening our executional focus as we go into the second full quarter -- in the third quarter. But in the second quarter they were fully deployed and making an impact.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

So have they worked their way through those call lists. From our last conversation there, from what I understand, there is multiple call points within a single long-term care facility. Do you think that your reps have worked their way once through? And how many times do they have to go through the call list before they really start moving the needle at a certain center?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. That's a great question. I would think that the way to think about it is, it is a system sell on a lot of cases where there are multifactorial call points, where there's a consultant pharmacist, the consultant physician, the nursing staff, the specialty distributor, and all those things are a complex and evolving ecosystem in each system. You should know that we -- if you recall, we had about 25 reps in the field. So some of those geographies and systems are existing and were well oiled and then some were transitioned and some are new. So it's a kind of a challenging thing to answer on a macro basis as to where we stand in all those systems. And typically, it takes more than 1 rotation through to make an impact. But I think we're very encouraged by the signals we're seeing in the second quarter, and I expect those signals are going to continue as it relates to the impact on LTC.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. And last quick question. Can you address any -- the current status of any recent sales-force turnover and open positions?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, sure. I'm real pleased to report that we're at full strength. We don't have -- I don't think we have any lingering problem areas, opening areas. So we're at full strength.

**Operator**

And your next question comes from the line of Charles Duncan.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Steve, a quick question for the commercial side. If you thought about the success in the quarter, are you most impressed with the number of new patients or the number of patients who are filling refills or even more broadly the number of new prescribers?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Stephen R. Davis**
*CEO & Director*

Let me take a first stab at that, and then I'll ask Michael if he'd like to add any additional color. We're seeing positive growth in dynamics on all 3 of those fronts. So it's kind of hard to say what we'd be most excited about. I think the thing that -- it's been a pretty consistent theme from the beginning in terms of growth on all those parameters. The one thing that we just didn't really have much clarity on was kind of the duration of therapy, or the days of therapy element, because you just need a certain amount of time to observe these patients on kind of a cohort type of basis. And we still need more data on that front, but we're looking at patients now that have been on therapy for over a year. And that's really encouraging. So that's maybe the newest insights that we have that we haven't had in the past. Again, I just want to stress it's early, we'll continue to monitor that. But we're not surprised by it because again, I think it's reflective of what we see in the market research we do, with very high levels of satisfaction both with physicians as well as patients. And so that just kind of corroborates that market research and is consistent with those results. Michael, anything else?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. I would just add to Steve's point, the real world experience that we're seeing with the product is one where there is a high degree of satisfaction, and we continue to hear stories of both physician and patient satisfaction with the kind of efficacy and response they get. We find the drug, and the physicians find the drug to be well tolerated. And that is overcoming one of the most important elements. When we look at our market research, on one hand, there's a high degree of future expected use in almost all of our segmented cohorts. On the other hand, lack of familiarity and comfort with the drug is one of the reasons why they haven't decided to use, or haven't used more. And so that's just a function of how many times you turn the turnstile on patient usages and getting comfortable, and that's where we are. We're trying to spin the meter so that the patients get on it, the physicians get comfortable, the drug performs and it's a virtual cycle. So to Steve's point, all those indicators are going green. It's just a matter of processing it through the process.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

That's helpful. And just one quick pipeline question, I realize we're going to get a lot more details in the future, but I'm excited to see pima move forward in ADP. And so I'm wondering if you could provide any additional color on that plan? Is it 2 studies in the Phase III program? And then kind of rough order of magnitude given the science of AD versus PD, is it going to be a much larger program?

**Stephen R. Davis**
*CEO & Director*

Right. So I'm going to let Serge answer that.

**Srdjan R. Stankovic**
*President*

Charles, let me first say that as we said earlier, we've now have met with the FDA, presented our Phase II data and presented our proposal for the Phase III program. And I'm happy to say that they aligned very closely with our proposal, that is essentially the proposal we put in front of them was accepted. And we are quite encouraged with that. Also, I would say that brought us closer to the initiation of the program because we started many activities at risk prior to the FDA meetings, so their acceptance of our proposal enabled us to really initiate this program earlier than ordinarily would be the case. Also, we look at that discussion we had with the FDA as another external validation of the data, our Phase II data. And in the process of preparation for the program, we had multiple discussions with KOLs, experts in Alzheimer's psychosis, and they saw the data and are very much the way how we interpreted the data, as a strong signal and as a good indication. So we will be releasing the full detail on our Phase III program once we initiate the program, as Steve said, in a couple of months. And I'm looking forward to present all the detail of the program. And also the details of the Phase II study results.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

11

Ex. 19
P. 12

**Operator**

Your next question comes from the line of Cory Kasimov.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

So first one I have for you, as you alluded to in your comments, at the time of launch, you thought LTC might represent about 20% of the PDP opportunity. And now it I believe you said it's already accounting for 25% of your business. So I'm curious where you think this can go as you look out at the evolution of this marketplace? And then since we're already clearly off the 1 question request, I have a couple of quick follow-ups for you after that.

**Stephen R. Davis**
*CEO & Director*

Michael, do you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Thanks, Cory. Just to be a little bit more precise, the -- we're calling this like our specialty distributor channel that includes VA, TRICARE and LTC. LTC is the largest component of that. All sum of those business elements comprise now 25%, and at the time, we thought it was 20%. Nevertheless, they're all kind of systemic sales, they go through specialty distributor and it is a growing segment of our business. No, we're not really -- we're optimistic that we can penetrate it further, but of course, the penetration or percentage of the specialty distributor is also a function of how fast, and the rate of growth for the other side of business. So conceptually, I would like it to be 25%, and then grow all segments of the business equally and we'd get to a higher place together.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay. All right. And then now that you're a year into the launch, I'm curious how you've seen pill utilization evolve. I believe you initially expected patients taking roughly 1 of 2 pills per day to start off and that would be the norm for a product or an indication like this. And I'm wondering if that was, in fact, the case. And then, what happens once that 34-milligram tablet is available? Would you still leave the 17 mg formulation on the market, or will it just be the 34?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Great question. So as you know, neurology, in general, is a very conservative specialty. Their mantra often is start low, go slow. We have a significant cohort of physicians that do start on 1 pill, as we've discussed. However, a vast majority of those physicians do titrate up in a month or so to the full dose. And that's the best experience that we can offer a patient. If you recall, the half-life is fairly long, and we get to a steady-state in 12 days with NUPLAZID. So effectively, it's almost like a built-in go low, start slow drug for neurology. So we believe that the 34 milligrams for the vast majority of physicians won't be a problem. And then through extra education and different programmatic elements, we think we can get everyone around the bend on using the 34. Our intent is to eliminate the 17 milligram from the market.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay. That's very helpful. Then I have one very quick question on expenses. And I'm just curious if you can talk a little bit more about the trends we saw and Q2 and broadly help us understand the outlook from here. I appreciate the color you gave us on your 3Q expectations. But it was a little surprising I thought to see when you look at it sequentially that R&D was flat in 2Q with all of these new trials ramping up and then especially seeing in a sequential drop in SG&A despite the larger marketing organization with those

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

25 new reps. So anything to speak to in that -- in the sequential second quarter drop or is that just kind of the seasonal trends of the business? And how do we think about this longer term?

**Stephen R. Davis**
*CEO & Director*

With respect to the SG&A, there is this dynamic in timing of different discretionary marketing programs, timing of charitable contributions as well as different programs the sales force is running. And so overall, we kind of expect it to be flattening out on this Q3 number we've provided, in Q4, but there is going to be variability between quarters, I'd expect, every year. With respect to the R&D, major bid here in Q3 is filing -- regulatory filings for this 34-milligram capsule, which is sort of a one-off jump in expense as well as some formulation work associated with it that are both pushing up the R&D spend in Q3 versus Q2, and then obviously starting the Phase III program for Alzheimer's that we've discussed.

**Operator**

And your next question comes from the line of Jason Butler.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Just first one on the AD Psychosis program. I know it's too early to give details. But can you maybe speak to how we should think about -- ultimately think about the label? Should we think about it in the same kind of way that with the Parkinson's psychosis label is written to speaking directly to the symptoms that the drug is treating?

**Stephen R. Davis**
*CEO & Director*

Yes, Serge. Do you want to take that question?

**Srdjan R. Stankovic**
*President*

Yes. In regard to the label is most likely will look similarly as how the Parkinson's disease psychosis. In other words, for treatment of hallucinations and delusions associated with Parkinson's disease psychosis that is our dark label. So we do anticipate that in a similar way, that would be managed following our Phase III program and approval.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. And just one follow-up. And this is another look forward question. Is there any opportunity in the Parkinson's psychosis market for a long acting injectable formulation like there is for the traditional atypical anti-psychotic market?

**Stephen R. Davis**
*CEO & Director*

Michael, do you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Well, I think that having been involved in a long acting, and Serge has as well, anti-psychotic marketplace, the principal reason for the long-acting injection is, first of all, the schizophrenic patient is a younger patient and the lack of adherence is one of the fundamental problems for psychotic breaks that require hospitalizations. That's the best kind of a market proposition of long-acting. Because Parkinson's patients are on a whole host medications, and most of them are taking a lot of medications, adherence isn't so much the issue because they're very compliant, obviously, with their or other medications. And in the long term care setting, a nursing home facility is providing the medications. So I don't think the proposition

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

personally for long-acting is as strong as it is in the anti-psychotic field. Serge, I don't know if you had an opinion on that.

**Srdjan R. Stankovic**
*President*

Yes. I would agree, Michael, that there is a different rationale for use of long-acting injectables in schizophrenia as opposed to Parkinson's disease psychosis or Alzheimer's disease psychosis. I wouldn't completely exclude it because there are some benefits coming from that. But of course, it would depend a lot on the nature and the characteristics of the product per se.

**Operator**

Your next question comes from the line of Paul Matteis.

**Jeffrey Lin**
*SVB Leerink LLC, Research Division*

This is Jeffrey Lin on for Paul Matteis. So I have 2. For the revenues for the second quarter, how much of this revenue could be exhibited to inventory? And for the guidance for NUPLAZID for the remainder of the year, the lower end would imply you should see relatively flat sales for the third and fourth quarter. Is the guidance more conservative, or could you provide more like granular guidance for like the third and fourth quarter?

**Stephen R. Davis**
*CEO & Director*

So Todd, do you want to take those questions?

**Todd S. Young**
*Former Executive VP & CFO*

Sure. With respect to the revenue, our specialty distributor and pharmacy partners generally carry 2 to 4 weeks of revenue on hand. So there was not a significant channel impact, more so than any of the other quarters that we show from a pro forma basis in the press release today. So that's certainly obviously a factor now that we are recognizing revenue that we've sold in the channel that hasn't gone on to a customer patient, but not a significant change. And that's the reason we went with providing that background information in the press release. With respect to guidance, we feel comfortable with the guidance range we provided. The one-time benefit that we called out, the $3.6 million, is a one-timer. And some of these other adjustments that occurred in Q2 will affect the growth rates going forward, but overall, we feel comfortable with the range we provided today.

**Operator**

And your next question comes from the line of Alan Carr.

**Alan Carr**

A couple of them. An easy one around gross margin. Can you give us a sense of in COGS, which might way that might be going? And then also around long term care setting, I was wondering if you could comment a bit more about how it's being used there? At this point, is your experience may be 1 or 2 patients where it's being tried or are you seeing a pattern where an institution is using it more regularly across a greater number of patients?

**Stephen R. Davis**
*CEO & Director*

Todd, do you want to take the gross margins question?

**Todd S. Young**
*Former Executive VP & CFO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. For Q2 gross margin was just under 90%. So we're very happy that we've gotten the gross margin up where kind of we expected for a small molecule and we'd expect it to be in that high 80%, low 90% range the rest of this year.

**Stephen R. Davis**
*CEO & Director*

Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Alan, regarding long-term care. So the process there is less homogenous as you might think. So just to give you some example there might be a consultant geriatric physician, psychiatrist or neurologist who has 30 facilities that have, let's just say, 50 patients in each. And there may be, in each of those facilities, 1 or 2 Parkinson's patients. And to the degree that, that physician is sold and buying NUPLAZID and can identify the appropriate patients, we get an appropriate penetration in that population. In other facilities, they're huge and they may have a lot more patients, and that's a little bit more concentrated. So I think every pattern of patient acquisition at this point is a little hard to comment on, except for the fact that there's a lot more concentrated opportunity because patients who have Parkinson's, as I mentioned earlier, often are in the facility because they already have psychosis as opposed to the general neurology office, where there is a good significant chunk of Parkinson's patients who do not have psychosis yet. So that's a little bit different of a diagnostic game there for us versus LTC.

**Alan Carr**

And then, with the understanding that you wouldn't promote for it, do you all have a sense of whether or not there's much off-label use for this drug?

**Stephen R. Davis**
*CEO & Director*

Of course, I have to start by saying, we would never promote off-label use. But my sense is there's probably very little. And I think it primarily comes down to getting drug reversed. And we knew from the payer research we had done before we launched the drug that the #1 thing that payers wanted to try to protect against is off-label use and making sure that the drug is used on-label. So my sense is we're probably getting very little off-label use, but there's no way of measuring of quantifying it. But I think it's probably very little.

**Operator**

And your final question is a follow-up from the Ritu Baral.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Another one for Michael. Any change in how you strategically think about targeting the neurologist versus the psychiatrist in the forward effort? And then one for Serge. Serge, what are your thoughts on the competitive schizophrenia landscape going forward? Particularly, if you think of potentially the evolution of negative symptom drugs and the competitive landscape there.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

They're a kind of different nuance. So as it relates to just the global characterization of a neurologist versus a psychiatrist as it relates to PDP, a psychiatrist is trained to eliminate psychosis. That's their main functional perspective. Neurologists are trained to eliminate movement, and psychosis is kind of a side element, a secondary issue, what they call a non-motor symptom of a disease. And there is a varied degree of engagement around eliminating or treating that in an appropriate way. So we do a lot more education with the neurologists around the psychosis elements, we dealt with the neurodegenerative

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 19
P. 16

effects, the benefits of NUPLAZID. However, they have a lot of patients and the discerning of patient profiles can be a lot more enriched in a neurology office. In a psychiatry office, of course, they're easier to persuade around the benefits of NUPLAZID, however because their main thing isn't necessarily Parkinson's disease, we have to find the right physician with the right amount of baluster concentration of Parkinson's patients. That's why we focused heavily on geriatric psychiatry, of which there's about 1,500 of those people. So that's a primary source of enriched targeting for us. And then evolving out from that are various degrees of segmentation around psychiatrists that have more of a neurological or geriatric flavor to their practice. But there's 40,000 psychiatrists, many of them are in the depression game, they're in a different kind of community, so those are not where we're going to probably find the best pond for us to be fishing in.

**Stephen R. Davis**
*CEO & Director*

Ritu, I'd just like to add to that, that a lot of the geri-psychs, a lot of their patients are in the long-term care setting. So we're addressing that population both through a long-term care for us as well as our normal neuroscience side specialists.

**Srdjan R. Stankovic**
*President*

Ritu, Serge here. Related to your second question, obviously, the schizophrenia market is saturated with a number of anti-psychotics that are currently in use. Many of those, obviously, are now generic. However, the adjunctive treatment of schizophrenia, inadequately treated or treatment resistant schizophrenia as well as negative symptoms, present a yet unmet need in schizophrenia. So we are playing in that arena. So I believe that there is certainly space and place. And many other -- we are aware of competitors being in that field with adjunctive treatment or treatment resistant schizophrenia. [indiscernible] has a development effort [indiscernible] presented some of the data in that regard. For negative symptoms, obviously, I mean [indiscernible] recently presented data and we're aware their work in that arena. But I would say we are, at least, in terms of our progression of the program in later stages of development. And certainly, see quite opportunity for pimavanserin in that arena.

**Operator**

And there are no further questions at this time. Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Great. Well, thank you again everyone for joining us on today's call and for your continued support. We look forward to updating you on our future progress.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 20

Ex. 10
P. 1



**Earnings Update**

Healthcare

**August 9, 2017**

## ACADIA Pharmaceuticals, Inc. (ACAD)
## Rating: Buy

Andrew S. Fein
212-356-0546
afein@hcwresearch.com

Emile Yu
212-916-3972
eyu@hcwresearch.com

Jotin Marango, M.D., Ph.D.
212-916-3975
jmarango@hcwresearch.com

### Underlying Marketing Dynamics Give Us Confidence Going Forward; Reit Buy and $60 PT

| Stock Data | 08/08/2017 |
|---|---|
| Price | $29.54 |
| Exchange | NASDAQ |
| Price Target | $60.00 |
| 52-Week High | $40.83 |
| 52-Week Low | $20.68 |
| Enterprise Value (M) | $3,187.7 |
| Market Cap (M) | $3,605 |
| Public Market Float (M) | 79.7 |
| Shares Outstanding (M) | 122.0 |
| 3 Month Avg Volume | 1,485,200 |
| Short Interest (M) | 17.92 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $417.30 |
| Total Debt (M) | $0.00 |
| Total Cash/Share | $3.42 |

**EPS Diluted**

| Full Year - Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| 1Q | (0.45) | (0.72)A | -- |
| 2Q | (0.63) | (0.55)A | -- |
| 3Q | (0.61) | (0.61) | -- |
| 4Q | (0.65) | (0.63) | -- |
| FY | (2.34) | (2.51) | (1.51) |

**Revenue ($M)**

| Full Year - Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| 1Q | 0.0 | 15.3A | -- |
| 2Q | 0.1 | 30.5A | -- |
| 3Q | 5.3 | 32.6 | -- |
| 4Q | 12.0 | 34.2 | -- |
| FY | 17.4 | 112.6 | 233.9 |



**Strong sales driven by strong underlying market dynamics.** On yesterday's earnings call, Acadia reported strong Nuplazid numbers after a full year on-market: $26.9M net revenue (v. 15.2M in 1Q17), ~94% of lives with full Medicare and Commercial coverage, and ~25% of its business was from specialty LTC, VA, and TRICARE (v. prior 20% estimate). Additional detail from Nuplazid's first year also supports a continued growth trajectory for the rest of 2017. Of these items, we highlight the fully trained LTC sales force primed to capitalize upon psychosis-patient-concentrated LTC facilities, the fact that inventory stocking did not impact 2Q revenue, and that the company's field research indicates high patient and physician satisfaction with Nuplazid. That said, questions arose around the need to capture more treatment naïve patients, and the varied strategies needed to engage psychiatrists v. neurologists (psychiatrists likely better understand Nuplazid's value proposition, but neurologists cover broader sets of patients). We believe that, despite lingering questions, investors should draw comfort from the 1-year mark as a tipping point for informational value: Acadia now has, in our view, enough real-world data to assess trends and metrics for guiding Nuplazid's commercial efforts and helping to shape Street expectations. To that end, we remind investors of our 100-physician survey from July'16, which indicated a larger market opportunity and more bullish physician attitude (amongst neurologists, psychiatrists, LTC specialists) to prescribing Nuplazid than we had modeled at the time, and we believe, than Street consensus at the time. According to our survey, 45% of Parkinson's disease (PD) patients experience psychosis with 70% of these patients deemed severe enough to require pharmacological intervention – which aligns well with Nuplazid's above-expected numbers. Overall, we remain optimistic on Nuplazid's revenue potential, and we believe the program carries long-term value both to investors and potentially as an acquisition. Thus, we reiterate our Buy rating and $60 PT.

**Pimavanserin catalysts on the horizon offer greater clarity around upcoming Phase 3.** The company also noted that it held its end of Phase 2 meeting with the FDA, which resulting in largely the same clinical plan that they had entered the meeting with. We are encouraged by this update, as it likely means a clearer path to registration and likely a quicker commencement of the pimavanserin Phase 3 program (set to occur in the next couple months). We await additional detail on this trial program, and look forward to additional granularity on the Phase 2 data which will be presented at the CTAD annual meeting in Boston the first week of November.

(continued on next page)

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

Ex. 10

P. 2

ACADIA Pharmaceuticals, Inc.                                                                                      August 9, 2017

**Second quarter financials.** Acadia reported $30.5M in net sales in the second quarter (using new sell-in accounting method which includes a one-time $3.6M adjustment). On the expense front, the company reported R&D costs of $34.2M and SG&A costs of $61.5M, driving a quarterly net loss of $0.55 per share. At the end of 2Q17 the company reported cash and equivalents of $417.3M.

**Valuation and risks to achievement of the target price.** Our $60 PT is based on an equally weighted composite of: (a) $63.53/share, as a 35x multiple of taxed and diluted FY22 GAAP EPS of $4.73 discounted back to FY17 at 20%; and (b) an NPV of $57/share (discount rate 10%, growth rate 2.5%). Risks to our investment thesis and target price include: (1) failure of Nuplazid in further clinical studies; (2) failure of Nuplazid to secure regulatory approval in further indications; and (3) failure of Nuplazid to achieve peak commercial revenue estimates in our model, due to market size, penetration rates, and pricing.

ACADIA Pharmaceuticals, Inc.                                                                                                                    August 9, 2017

---

**ACADIA Pharmaceuticals Inc.**                                                                                                        **Andrew Fein**
**Income Statement**                                                                                                          **H.C. Wainwright & Company**
*(in $MM except per share values)*                                                                                    *(212) 356-0546, afein@hcwco.com*

| | 2013 | 2014 | 2015 | 2016 | Mar Q1:17 | Jun Q2:17 | Sep Q3:17E | Dec Q4:17E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PD Nuplazid Revenue (prob. adj) | | | - | 17.3 | 15.29 | 30.48 | 32.61 | 34.24 | 112.6 | 233.94 | 486.87 | 840.92 | 1,257.32 | 1,585.57 |
| *QoQ growth* | | | | | *28%* | *99%* | *7%* | *5%* | *550%* | *108%* | *108%* | *73%* | *50%* | *26%* |
| AD Nuplazid Revenue (prob. adj) | | | - | | | | | | - | - | - | - | - | - |
| Other Revenue | 1.15 | 0.12 | 0.06 | 0.0 | | | | | | | | | | |
| **Total Revenue** | **1.15** | **0.12** | **0.06** | **17.37** | **15.29** | **30.48** | **32.61** | **34.24** | **112.61** | **233.94** | **486.87** | **840.92** | **1,257.32** | **1,585.57** |
| *% change YoY* | | | | | | | | | *548%* | *108%* | *108%* | *73%* | *50%* | *26%* |
| | | | | | | | | | | | | | | |
| COGS | | | | (3.08) | (2.26) | (2) | (4.40) | (4.45) | (13.34) | (28.75) | (49.87) | (69.71) | (91.81) | (114.28) |
| *% of revenue* | | | | *18%* | *15%* | *7%* | *14%* | *13%* | *12%* | *13%* | *11%* | *9%* | *8%* | *8%* |
| Gross profit | 1.15 | 0.12 | 0.06 | 14.29 | 13.02 | 32.70 | 28.21 | 29.79 | 103.72 | 205.19 | 437.00 | 771.22 | 1,165.51 | 1,471.29 |
| *Gross margin* | | | | | | | | | *92%* | *88%* | *90%* | *92%* | *93%* | *93%* |
| | | | | | | | | | | | | | | |
| License fees and royalties | | | | (1.33) | (0.68) | (0.98) | (1.08) | (1.19) | (3.93) | (3.93) | (3.93) | (3.93) | (3.93) | (3.93) |
| R&D | (26.72) | (60.60) | (73.87) | (99.28) | (35.41) | (34.18) | (41.18) | (43.00) | (153.77) | (161.46) | (149.35) | (138.15) | (127.79) | (115.01) |
| *% of revenue* | | | | *572%* | | | | | *137%* | *69%* | *31%* | *16%* | *10%* | *7%* |
| SG&A | (12.72) | (32.75) | (90.81) | (186.46) | (65.75) | (61.52) | (62.00) | (62.31) | (251.58) | (254.09) | (256.63) | (259.20) | (251.43) | (241.37) |
| *% of revenue* | | | | *1074%* | | | | | *223%* | *109%* | *53%* | *31%* | *20%* | *15%* |
| | | | | | | | | | | | | | | |
| Total Operating Expense | (39.44) | (93.35) | (164.68) | (290.15) | (101.15) | (98.91) | (108.66) | (109.76) | (418.69) | (444.30) | (455.86) | (467.06) | (471.02) | (470.65) |
| **Operating Income (EBIT)** | **(38.30)** | **(93.23)** | **(164.61)** | **(272.78)** | **(88.13)** | **(68.43)** | **(76.05)** | **(75.52)** | **(308.14)** | **(210.36)** | **31.01** | **373.87** | **786.30** | **1,114.92** |
| | | | | | | | | | | | | | | |
| Interest Income | 0.35 | 0.76 | 0.50 | 2.76 | 0.96 | 0.99 | 0.70 | 0.65 | 3.31 | 3.64 | 4.00 | 4.40 | 4.84 | 5.32 |
| Pretax Income | (37.95) | (92.48) | (164.11) | (270.02) | (87.17) | (67.44) | (75.35) | (74.87) | (304.84) | (206.72) | 35.01 | 378.27 | 791.14 | 1,120.24 |
| Income Taxes | | | | (1.34) | | | | | | 0.00 | (11.90) | (128.61) | (268.99) | (380.88) |
| *Tax rate* | | | | | | | | | | *0%* | *34%* | *34%* | *34%* | *34%* |
| **Net Income** | **(37.95)** | **(92.48)** | **(164.11)** | **(271.39)** | **(87.17)** | **(67.44)** | **(75.35)** | **(78.70)** | **(308.66)** | **(206.72)** | **23.11** | **249.66** | **522.15** | **739.36** |
| | | | | | | | | | | | | | | |
| EPS (basic) | (0.44) | (0.94) | (1.63) | (2.34) | (0.72) | (0.55) | (0.61) | (0.63) | (2.51) | (1.51) | 0.16 | 1.65 | 3.39 | 4.73 |
| **EPS (diluted)** | **(0.44)** | **(0.94)** | **(1.63)** | **(2.34)** | **(0.72)** | **(0.55)** | **(0.61)** | **(0.63)** | **(2.51)** | **(1.51)** | **0.16** | **1.65** | **3.39** | **4.73** |
| | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 85.72 | 97.84 | 100.63 | 115.84 | 121.65 | 122.12 | 123.34 | 124.58 | 122.92 | 137.03 | 143.89 | 151.08 | 154.10 | 156.41 |
| **Diluted Shares Outstanding** | **85.72** | **97.84** | **100.63** | **115.84** | **121.65** | **122.12** | **123.34** | **124.58** | **122.92** | **137.03** | **143.89** | **151.08** | **154.10** | **156.41** |

*Source: Company reports, HC Wainwright estimates.*

---

H.C. WAINWRIGHT & CO. EQUITY RESEARCH

ACADIA Pharmaceuticals, Inc.                                                                    August 9, 2017

**ACADIA Pharmaceuticals Inc.**                                                              **Andrew Fein**
**DCF Analysis**                                                                    **H.C. Wainwright & Company**
*(in $MM except per share values)*                                          *(212) 356-0546, afein@hcwco.com*

| Period Ending | | | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|
| **Unlevered FCF** | | | | | | | | |
| Operating Income | | | (308.14) | (210.36) | 31.01 | 373.87 | 786.30 | 1,114.92 |
| Depreciation & Amortization | | | 0.39 | 0.59 | 0.88 | 1.32 | 1.98 | 2.96 |
| Changes in Working Capital | | | (0.89) | (0.86) | (0.86) | (0.87) | (0.88) | (0.91) |
| Capital Expenditures | | | (1.48) | (1.19) | (0.95) | (0.76) | (0.61) | (0.49) |
| Taxes | | | | - | (11) | (127) | (267) | (379) |
| **Total Unlevered Free Cash Flow** | | | **(310)** | **(212)** | **20** | **246** | **519** | **737** |
| **Present Value (PV) Calculation:** | | | | | | | | |
| Period (Year) | | | 0.25 | 1.25 | 2.25 | 3.25 | 4.25 | 5.25 |
| Discounted Cash Flow | | | (303) | (188) | 16 | 181 | 346 | 447 |
| **Total Present Value** | | 499 | | | | | | |

**Terminal Value**

| Perpetuity Method: | | DCF Total Valuation | | Price Target | | |
|---|---|---|---|---|---|---|
| Unlevered FCF | 737 | Total Enterprise Value | 6,610 | | **Weight** | **PT** |
| | | Net Cash | 417 | DCF | 50% | $57.16 |
| **Discount Rate** | **10.0%** | | | PE Multiple | 50% | $63.53 |
| **Growth Rate** | **2.5%** | Total Equity Value | 7,027 | | | |
| | | Diluted Share Count | 123 | **Weighted Price Target** | | **$60** |
| Terminal Value | 10,078 | | | Current stock price | | **$29.54** |
| Present Value | 6,110 | **Equity Value Per Share** | **57.16** | Upside/Downside | | 104.28% |

*Source: H.C. Wainwright & Co.*

ACADIA Pharmaceuticals, Inc.                                                                                August 9, 2017

**Important Disclaimers**

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of August 8, 2017 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 230 | 93.12% | 74 | 32.17% |
| Neutral | 14 | 5.67% | 0 | 0.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 3 | 1.21% | 1 | 33.33% |
| **Total** | 247 | 100% | 75 | 30.36% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Andrew S. Fein, Emile Yu and Jotin Marango, M.D., Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of ACADIA Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of July 31, 2017 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of ACADIA Pharmaceuticals, Inc..

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

ACADIA Pharmaceuticals, Inc.                                                                                    August 9, 2017

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from ACADIA Pharmaceuticals, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in ACADIA Pharmaceuticals, Inc. as of the date of this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co, LLC. Additional information available upon request.