# Exhibit 21

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Company Conference Presentation

## Tuesday, September 26, 2017 3:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---:|
| Call Participants | ...................................................................... | 3 |
| Presentation | ...................................................................... | 4 |
| Question and Answer | ...................................................................... | 8 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 21**

**P. 3**

# Call Participants

## EXECUTIVES

**Stephen R. Davis**
*CEO & Director*

## ANALYSTS

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc.,*
*Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc., Research Division*

My name is Chris James. I'm a senior biotechnology analyst here at Ladenburg Thalmann. We're pleased to have ACADIA Pharmaceuticals. We have a buy rating on the stock. ACADIA is passionately focused on improving the lives of patients with CNS diseases. The company commercializes a drug called NUPLAZID or pimavanserin, which is the first and only medicine approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.

Speaking today, we have Stephen R. Davis, ACADIA's President and Chief Executive Officer. He's a member of the board. He joined in 2014 as the Executive Vice President, Chief Financial Officer and Chief Business Officer. He was appointed to interim Chief Executive Officer in March 2015 and President and Chief Executive Officer in September of 2015.

I'll let Steve take it from here. Thank you.

**Stephen R. Davis**
*CEO & Director*

Okay. Thanks, Chris. Going to move over here, so I can -- I've got just a few slides. We'll, as Chris mentioned, we'll spend about 15 minutes. I'll just, to level set with everyone, I'll do a brief presentation, and then we'll go to Q&A.

I think everyone in the room is probably familiar with the fact that the pharmaceutical business has certain inherent risks and uncertainties. Please see a copy of our latest SEC filings for a description of these risks and uncertainties as they relate to our business.

At ACADIA, we're transforming the treatment of Parkinson's disease psychosis. The basis for this, as Chris mentioned, is NUPLAZID or pimavanserin, which represents an entirely new treatment paradigm in the treatment of PDP or Parkinson's disease psychosis.

NUPLAZID is the first and only drug approved by the FDA for hallucinations and delusions associated with PDP. I mentioned it represents an entirely new treatment paradigm, but I just want to expand on that for a second. It's the first drug approved to treat hallucinations and delusions in these patients without impairing motor function. And the way that NUPLAZID achieves this is through this very novel mechanism of action. NUPLAZID is -- in addition to being the first drug approved for the treatment of PDP, it's also the first selective serotonin inverse agonist approved by the FDA. So it preferentially targets 5-HT2A receptors.

Every other antipsychotic works through multiple mechanisms, but primarily by blocking dopamine or, in particular, the D2 receptor. And there are pros and cons of blocking D2. You certainly get efficacy by blocking it, but you also get a whole host of side effects, including metabolic dysfunction, sedation, things like akathisia, et cetera.

In the case of Parkinson's patients, you have additional liabilities with blocking D2, and that is a consequence of the fact that Parkinson's, of course, is -- involves the deterioration of part of the brain that produces dopamine. And so to treat the motor symptoms of Parkinson's, we administer synthetic dopamine or dopamine agonist. When patients develop psychosis, and about half of Parkinson's patients ultimately will during the course of the disease, if you give them a dopamine blocker, that drug has the potential to block the effects of the drugs used to treat the motor symptoms. So physicians make this compromise -- or they previously had to make this compromise in terms of whether they aggressively treat the motor symptoms or the psychosis, and they usually have to settle somewhere in between.

With NUPLAZID, they no longer have to compromise. They can aggressively treat the motor symptoms with dopamine agonists or drugs that are increasing dopaminergic tone that could administer NUPLAZID,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

which doesn't touch dopamine, just blocks 5-HT2A and, as a consequence, have the potential to get much better outcomes for patients.

I mentioned the -- some of the downsides of blocking dopamine D2, and one of them is we avoid the significant -- many of the significant safety and tolerability issues that you have with that. And with our very selective, selective serotonin inverse agonist profile, we have a very favorable tolerability profile, which is really important in this frail and elderly population.

I'm going to backtrack for just a second, just share a few -- a couple of slides regarding the -- some of the results we achieved in clinical trials. And what's represented here is the results we achieved in our -020 Study that was the single pivotal study that serves as the basis of approval for NUPLAZID. And what we see here is a very significant improvement on the SAPS-PD scale from baseline. With virtually all CNS drugs -- neuropsychiatric drugs, I should say, you get a placebo response, and we saw that here. But what we see, beginning with week 2, is a very nice separation from placebo.

In addition, importantly, what we see in this next slide is not only do we see a very strong -- very clinically meaningful response. We see it across the spectrum. So some patients improved -- exhibited a 1-point response, some a 3-point, 5, 7, 10. And you can see, in 14% of the cases, we established a complete response. But the thing that I want to point out here that's really important is even if a patient achieved only a 1-point response, a 1-point response can represent the difference between a patient having hallucinations or delusions on a daily basis versus a weekly basis. And so as you can imagine, many of these patients are cared for by their spouse. Many of them are in long-term care facilities. And just being able to reduce the frequency or severity or both of hallucinations and delusions can have a significant impact on their quality of life.

We launched NUPLAZID a year ago May 31 of this year, so May 31, 2016. We're now a little past a year, almost 1.5 years into the launch. And as I think many of you who followed our quarterly earnings reports are aware, we've had a very successful launch of the drug and getting really nice traction.

We're targeting 12,000 neurologists and psychiatrists. The vast majority of our targets are neurologists. We, as many of you know, earlier this year, we expanded our sales force from 133 reps to approximately 155, primarily dedicated to increasing penetration in long-term care. We are now on all Medicare Part D formularies and continue to expand our coverage on commercial formularies, with over 90% of commercial lines now covered.

More recently in the last quarter or 2, we've begun focusing on increasing awareness on the patient and caregiver side of the equation. So I think it's very important to establish a baseline with physicians. They need to know about the drug. They need to have a good understanding of the advantages of the drug. And we're at a point now in the launch where we're, in addition to doing that, we're beginning to increase our attention with patients and caregivers. There's a very significant under-appreciation, a disconnect between -- in the minds of patients and caregivers, between psychosis and Parkinson's disease. Their awareness -- until they actually present with those symptoms and their doctor tells them, makes the connection for them, "Yes, the psychosis, these hallucinations and delusions that you're experiencing are linked to your disease progression," the awareness, otherwise, is in the single digits.

So there's a great opportunity for us to increase awareness and, thereby, increase the dialogue between patients and caregivers because, many times, these patients suffer with these symptoms for a long period of time before they discuss them with their doctor. And a lot of it has to do with just the generational mindset. Many of them are concerned that now, in addition to having Parkinson's disease, I'm beginning to hallucinate, I'm seeing things that aren't there, maybe not be aware of delusions. And they usually just imagine that it's just because I'm getting old. I'm getting senile. They don't associate it with the disease. They don't realize that they can actually be -- there's a treatment out there that can help them. So if we could increase that dialogue, I think it will be a great result for patients and, very important, medically as well as commercially.

We're doing this through a very substantial campaign to get out to events that are frequently on weekends or, many times, during the day for patient support groups. That's one of the big initiatives we've launched this year, and early returns are very, very promising. In addition, we are at all major medical meetings.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We have a KOL speakers program dedicated just to patient and caregivers. We also have one, of course, dedicated to physicians, but we have a speaker's [ grill ] that is now dedicated just to these patient and caregiver programs. And we have multimedia campaigns, including digital and some non-digital as well.

I'm going to shift gears for a second now, just go to our mid- to late-stage pipeline. What's represented here is -- I think the take-home message is, really, that in addition to Parkinson's disease psychosis, we're pursuing 5 other indications with this drug. I'm going to speak more to those on the next slide. And what we see here is, of course, we're approved in Parkinson's disease psychosis, where pimavanserin or NUPLAZID is administered as monotherapy. We announced, in the fourth quarter of last year, positive results in our Phase II Alzheimer's disease psychosis study. That's also a monotherapy approach. I'll speak more to each of these indications in the coming slides. We also have a Phase II program ongoing in Alzheimer's disease agitation, and as we can see here, everything on this side of the slide is a monotherapy.

Due to the very favorable tolerability profile of pimavanserin and its very unique pharmacology, we think there are also opportunities as adjunct therapy to improve results on top of baseline therapy. In schizophrenia, we have a large ongoing Phase III study in schizophrenia patients who achieved a response but it's an inadequate response with traditional antipsychotics. We also have a very large study ongoing in schizophrenia to treat the negative symptoms of schizophrenia. Today, there is no drug approved to treat negative symptoms of schizophrenia. And it has, for a few decades now, been one of the most significant unmet needs of these patients. The negative symptoms, by the way, are the more social withdrawal aspects of the disease as opposed to the psychosis represented by hallucinations and delusions, primarily.

And then we also have a Phase II program in major depressive disorder. As many of you are probably aware, several of the existing antipsychotics are approved to also treat depression. In fact, the word antipsychotics is a little bit of a misnomer. These drugs are also approved to treat agitation in schizophrenia patients, and many of them are approved to treat major depressive disorders, some of them bipolar depression as well. And one of the challenges in using these drugs, these traditional antipsychotics in major depressive disorder, is you get the whole host of side effects that I described earlier. And that results in physicians being a little bit tentative in how hard they push the dose of those drugs. So we think with our very favorable tolerability profile and unique pharmacology, we have an opportunity to, perhaps, benefit those patients in a very different way.

I'll spend just a couple of minutes now on Alzheimer's disease psychosis. I mentioned that we are -- we have positive results from our Phase II study that we reported in the fourth quarter. We'll be advancing into Phase III later this year. There are 5.4 million Alzheimer's disease patients in the U.S., approximately half of them are diagnosed. Alzheimer's disease psychosis afflicts about 25% to 50% of diagnosed patients. I should pause here for just a moment and note that the reason it's such a wide range is because we have to rely on literature surveys in this arena. We had to do that in Parkinson's disease psychosis as well because in neither of these disorders is there a diagnostic code for Parkinson's disease psychosis or, in this case, for Alzheimer's disease psychosis.

So we will ultimately do -- it's very substantial and tedious work to try to get a better fix on that as we progress through clinical development. We'll ultimately do that in Alzheimer's disease psychosis in the way that we did in Parkinson's disease psychosis. But it's safe to say it's a very substantial unmet medical need. It's a significantly larger population than what we're pursuing currently in Parkinson's disease psychosis.

There's no drug approved by the FDA for AD psychosis, and I mentioned the side effects that these other drugs carry. Just one other very significant point to make as it relates to Alzheimer's disease psychosis, and you'll hear in a second it also relates to Alzheimer's disease agitation, and that is in a similar way to Parkinson's disease psychosis, where traditional antipsychotics have the potential for worsening the motor symptoms, in this case, it's been well established that traditional antipsychotics are associated with worsening of cognitive function in Alzheimer's patients. So again, a similar situation, where when these patients develop psychosis and you use traditional antipsychotics, they have the consequence of worsening the cognitive symptoms. It's not insignificant, by the way. It's equivalent to about 1 year of disease progression.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | SEP 26, 2017

I mentioned our -019 results. This was a Phase II double-blind placebo-controlled study in 181 patients with AD psychosis. The primary endpoint was -- on the primary endpoint, we established statistically significant reduction in psychosis on the NPI-Nursing Home Psychosis scale at 6 weeks. Pimavanserin improved the psychosis score by 3.76 points. That was from a 9.52 point baseline versus a 1.94 point improvement for placebo. Pimavanserin did not impair cognition as measured by the MMSE score over 12 weeks of treatment. Let me repeat that. We did not impair cognition. The traditional antipsychotics well established that they do, and we did not. That's a very significant potential benefit that we have. Of course, we'll be following up on that in our Phase III development, but a very significant finding in this study.

And of course, as we observed with Parkinson's disease psychosis, pimavanserin was very well tolerated. Safety profile was consistent with what had been observed in previous studies. Most common adverse events were falls, UTI and agitation. And importantly, there was no difference in mortality between pimavanserin and placebo groups. And I should note that, that was despite the fact that the average age of patients in the Alzheimer's disease study were -- was 13 years older than in our Parkinson's disease study. So it was a very elderly, very frail population. We're very pleased to see such a favorable safety and tolerability profile. And as I mentioned earlier, we're now advancing the program into Phase III, and we'll do that by the end of the year.

Alzheimer's disease agitation. Many of the things I said about Alzheimer's disease psychosis also apply to Alzheimer's disease agitation. Same epidemiology, 5.4 million patients, approximately half diagnosed. In the case of agitation, again, relying on data in the literature, it appears that about 40% to 50% of diagnosed patients with Alzheimer's suffer from Alzheimer's agitation. I should also note that the type of agitation we're talking about here is not the type of agitation that we might experience if we try to take the subway at 5:30 this afternoon. It's a very pervasive, life-altering type of agitation. Hereto, there's no drug currently approved by the FDA for AD agitation. It's a chronic condition that leads to a very diminished quality of life, and it is frequently a precursor to nursing home placement.

I mentioned schizophrenia inadequate response. Schizophrenia afflicts about 1% of the U.S. adult population, and actually, that's true globally as well. About 30% of patients with schizophrenia have an inadequate response to antipsychotics. About 1/3 of them don't respond at all. About 1/3, more or less, achieve an adequate response. And about 1/3 or 30% of them have a response, but they still have significant symptoms. So we think there's an opportunity to administer pimavanserin on top of these other therapies and get a better result. What's done today is, many times, patients receive multiple versions of the existing drugs. And whether you get additional efficacy or not by administering very similar drugs on top of each other, you definitely get additional side effects.

Same things that I've said on inadequate symptoms hold true on negative symptoms in terms of the epidemiology. Here, it's about 40% to 50% of patients suffer from prominent negative symptoms. And hereto, this is an adjunct therapy approach, where we believe, by going on top of the existing antipsychotics, we may be able to boost the signal on negative symptoms in order to achieve a better result. Existing antipsychotics show an improvement on negative symptoms, but it's not significant enough to warrant approval by the FDA. So we're -- our hope in what we'll be exploring in these studies is our ability to boost that signal in a way that would achieve approval for that indication.

I've already talked a little bit about major depressive disorder and the challenge with existing therapies. So I'll just quickly note that MDD afflicts approximately 16 million adults in the U.S., a very significant, sadly very significant portion of the population. And we believe, with our unique SSIA profile, that we have the -- they have the ability to significantly help these patients.

We're headquartered in San Diego. We have 420 employees. Cash position at the end of the second quarter this year was $417 million. Our key priorities for the year, I've spoken to most of these already, but just for the sake of completeness, are to advance, continue building momentum and the commercialization of NUPLAZID; to advance our Alzheimer's disease psychosis program into Phase III; and to continue advancing the enrollment in these other indications.
So with that, I'll stop my prepared remarks and turn it back over to Chris.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

# Question and Answer

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc., Research Division*

Thanks, Steve. A very nice presentation. Definitely appreciate your attendance today. Maybe I'll start off with one and then open it up for questions on the floor, if not I'll come back with additional questions. But just given the recent increase in the sales force, particularly in the long-term care setting, with pimavanserin, what can you tell us about the success and the penetration in this group? And if it's too early, when do you expect to see a significant uptick in this segment?

**Stephen R. Davis**
*CEO & Director*

Yes. So when we launched, we mentioned there's no diagnostic code, so it's a little bit challenging to get a good feel for just who's a PDP prescriber and how much do they prescribe. But we did a lot of work to look at the intersection of physicians that write drugs to treat Parkinson's and write antipsychotics. They gave us pretty good clarity with neurologists in terms of who's writing what. With psychiatrists, much less so because they don't like Parkinson's meds, obviously, so it's more challenging. And in the long-term care setting, also a little bit more opaque in terms of where to go. So when we launched the drug, we felt like the long-term care setting would represent about 20% of the business. I think about 6 months in, we developed a view that -- whether there's going to be substantially more than that or not, we'd have a difficult time just keeping up in long-term care with the force that we have. So we expanded the field force in April of this year. What I can tell you now is that it's about 30% of the business today. So it has grown more substantially than we would have projected when we launched the drug, and I feel like we're getting really good traction. And what I wouldn't -- I wouldn't want to set the expectation that what you should expect to see is a sudden kick in the revenue curve. We're continuing to grow on all sectors and continuing to get really good traction. But we were already in long-term -- my point is we're already in long-term care. We expanded it because we didn't want to get behind, and we are seeing it actually grow to be a bigger proportion of our business than we originally imagined.

**Unknown Analyst**

[indiscernible] a compelling argument was that [indiscernible] to patients. So are you potentially [indiscernible] able to track [indiscernible] long-term-care [indiscernible]?

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc., Research Division*

Yes. It's a great question. So there are many things that you typically would want to do and that we are doing when you get to post-approval types of studies. And I don't want to comment specifically on that. What I will say is that's a very long-term assessment. And there are many things that we're looking at to try to just better understand disease progression, the impact of intervening earlier versus later, et cetera. And so whether we ultimately establish that kind of a benefit that has delayed institutionalization or not is something that's under consideration, but I can't speak specifically to that at this juncture.

**Unknown Analyst**

[indiscernible]

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc., Research Division*

Can you repeat the question?

**Stephen R. Davis**
*CEO & Director*

Yes, I'm sorry. Could you repeat the question?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Unknown Analyst**

[indiscernible]

**Stephen R. Davis**
*CEO & Director*

Yes. So in those 4 studies, they all began very close in time in the fourth quarter of last year. So it's a little bit too early in the enrollment of those trials to be able to predict exactly when we'll finish enrollment. What we said at the time and remains true today is these kinds of studies in CNS and this size of studies typically take 2, 2.5 years to run. So that's probably the best kind of zip code guidance we can give at this point in time.

**Unknown Analyst**

Obviously, the Phase II [indiscernible] trial [indiscernible] is probably not what [indiscernible]. What learnings [indiscernible] in that trial?

**Stephen R. Davis**
*CEO & Director*

Yes, it's a great question. I'll try to make this quick because I know we have limited time. I'll just say in the -- with any Phase II study, your objective is to try to learn as much as you can to inform what to do next, should I stop, should I go, et cetera. And we came out of that study -- what you don't always get is a really clear road map for what you would do in the next study or in Phase III development. We got that in the study. And as I mentioned earlier, we've now had an end-of-Phase II meeting with FDA. We went in with a plan. We came out of that meeting with exactly the plan we went in with, and I think that just speaks to the clarity that we have in terms of how we proceed into Phase III.

**Unknown Analyst**

So we'll see that sometime towards the end of the year?

**Stephen R. Davis**
*CEO & Director*

You will see it before the end of the year. You will. Yes, correct.

**Christopher Shayne James**
*Ladenburg Thalmann & Co. Inc., Research Division*

Thanks, Steve. Thanks Todd.

**Stephen R. Davis**
*CEO & Director*
Thanks, Chris.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 22

October 4, 2017
General News

## ACADIA Pharmaceuticals Initiates Phase III Study of Pimavanserin in Dementia-Related Psychosis

Share Page

**Dementia-Related Psychosis Includes Psychosis in Patients with Alzheimer's Disease, Dementia with Lewy Bodies, Parkinson's Disease Dementia, Vascular Dementia, and Frontotemporal Dementia**
**FDA Grants Breakthrough Therapy Designation to Pimavanserin for Dementia-Related Psychosis**
**Conference Call to Be Held Today at 5:00 pm ET to Discuss Phase III Development Program**

SAN DIEGO–(BUSINESS WIRE)–Oct. 4, 2017– ACADIA Pharmaceuticals Inc. (NASDAQ: ACAD) today announced the initiation of HARMONY, a Phase III study to evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, a serious medical condition for which there is no therapy approved by the U.S. Food and Drug Administration (FDA). The company also announced that the FDA has granted Breakthrough Therapy Designation to pimavanserin for dementia-related psychosis. Dementia-related psychosis includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia.

If the clinical development program is successful, and pimavanserin is ultimately approved by the FDA for the treatment of dementia-related psychosis, it would represent a significant expansion of the approved use of pimavanserin. Currently, pimavanserin is the only drug approved by the FDA for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. It is marketed under the trade name NUPLAZID®.

"We are pleased the FDA has agreed to an efficient development path for pimavanserin in this broad indication and granted Breakthrough Therapy Designation in recognition of this serious unmet need," said Serge Stankovic, M.D., M.S.P.H., ACADIA's Executive Vice President, Head of Research and Development. "Initiation of our Phase III study is supported by clinical and preclinical evidence of pimavanserin's antipsychotic activity without detrimental effects on cognitive function or other side effects associated with antipsychotics currently used off-label for this indication."

Ex. 22
P. 2

Around 8 million people in the United States are living with dementia and approximately half are diagnosed with the disease. Studies suggest that approximately 30% of patients with dementia have psychosis, commonly consisting of hallucinations and delusions. Serious consequences have been associated with severe or persistent psychosis in patients with dementia such as repeated hospital admissions, earlier progression to nursing home care, more rapid progression of dementia, and increased risk of morbidity and mortality.

"With receipt of FDA's Breakthrough Therapy Designation for pimavanserin, we are able to accelerate this important program," said Steve Davis, President and Chief Executive Officer of ACADIA. "Pimavanserin has a unique biological mechanism that distinguishes it from any other antipsychotic. We believe the profile we observed in our Phase II -019 Study in Alzheimer's disease psychosis could be particularly beneficial in this elderly underserved population. In that study, pimavanserin demonstrated antipsychotic effect without impairing cognition and we also observed a very favorable tolerability profile. We were very excited to be the first and only FDA approved drug for the treatment of Parkinson's disease psychosis and are equally excited about the potential to help many more patients suffering from dementia-related psychosis."

The initiation of the pivotal study in dementia-related psychosis, referred to as HARMONY, follows an End-of-Phase II Meeting and agreement with the FDA on the clinical development plan and the design of the Phase III study. ACADIA believes that robust positive results from one Phase III study together with supportive data from prior studies with pimavanserin could serve as the basis of a supplementary New Drug Application (sNDA) for the treatment of hallucinations and delusions associated with dementia-related psychosis.

Breakthrough Therapy Designation serves to expedite the development and review by the FDA of drugs that are intended to treat a serious or life-threatening disease or condition. The Breakthrough Therapy Designation for dementia-related psychosis was granted, in part, based on results of ACADIA's Phase II -019 Study with pimavanserin in Alzheimer's disease psychosis and results of the company's Phase III -020 Study with pimavanserin in Parkinson's disease psychosis. This is the second Breakthrough Therapy Designation for pimavanserin.

*About the Phase III HARMONY Study*

Ex. 22
P. 3

HARMONY is a Phase III, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. The objective of the study is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms in a broad population of patients with the most common subtypes of dementia: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. The study will be conducted globally and is expected to enroll approximately 360 patients.

The study includes a 12-week open-label stabilization period during which patients with dementia-related psychosis will be treated with pimavanserin 34 mg once daily. Dose reduction to 20 mg once daily will be allowed if clinically justified. Following the 12-week stabilization period, patients who meet pre-specified criteria for treatment response will then be randomized into the double-blind period of the study to continue their pimavanserin dose (34 mg or 20 mg per day) or be switched to placebo and followed for up to 26 weeks or until a relapse of psychosis occurs. The primary endpoint in the study is time to relapse in the double-blind period.

*Clinical Data Supporting Phase III Trial Design*

The Phase III development plan is supported by data from two completed clinical studies. As previously announced, in the completed Phase II -019 Study of pimavanserin in Alzheimer's disease psychosis, pimavanserin demonstrated clinically meaningful and statistically significant efficacy of pimavanserin 34 mg over placebo on the primary endpoint as measured by the Neuropsychiatric Inventory-Nursing Home (NPI-NH) psychosis score at week 6 of dosing (p=0.0451). Results from this Phase II study in Alzheimer's disease psychosis will be presented at the 10th Clinical Trials on Alzheimer's Disease (CTAD) Meeting on November 3, 2017 in Boston.

Additional clinical evidence for efficacy of pimavanserin in dementia-related psychosis was observed in the Phase III -020 Study in patients with Parkinson's disease psychosis. Approximately a quarter of the patients enrolled in the -020 Study also suffered from mild dementia. In a pre-specified subgroup analysis of these patients, those treated with pimavanserin observed a significant improvement in psychosis compared to placebo. This effect was larger than the overall average effect observed in the study.

*Other*

Ex. 22
P. 4

ACADIA also announced that due to the potential overlap of clinical sites and study participants between its Phase III HARMONY dementia-related psychosis study and the Company's ongoing Phase II SERENE study of pimavanserin in Alzheimer's disease agitation, it has decided to discontinue enrollment of new patients in the SERENE study. Patients already enrolled will complete the study as planned. Discontinuation of enrollment in the SERENE study will avoid potential interference between the two studies and enable ACADIA to focus external and internal resources on the Phase III dementia-related psychosis program.

*Conference Call and Webcast Information*

ACADIA management will hold a conference call and webcast today at 5:00 p.m. Eastern Time. The conference call may be accessed by dialing 844-821-1109 for participants in the U.S. or Canada and 830-865-2550 for international callers (reference passcode 94813084). A telephone replay of the conference call may be accessed through October 18, 2017 by dialing 855-859-2056 for callers in the U.S. or Canada and 404-537-3406 for international callers (reference passcode 94813084). The conference call also will be webcast live on ACADIA's website, www.acadia-pharm.com, under the investors section and will be archived there through October 18, 2017.

*About Pimavanserin*

Pimavanserin is a selective serotonin inverse agonist (SSIA) preferentially targeting 5-$HT_{2A}$ receptors. These receptors are thought to play an important role in dementia-related psychosis. Pimavanserin is being evaluated in an extensive clinical development program by ACADIA across multiple indications. Pimavanserin (34 mg) was approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis by the FDA in 2016 under the trade name NUPLAZID®. NUPLAZID is not approved for the treatment of patients with dementia-related psychosis.

*About Dementia-Related Psychosis*

Around 8 million people in the United States are living with dementia and approximately half are diagnosed with the disease. Studies suggest that approximately 30% of patients with dementia have psychosis, commonly consisting of hallucinations and delusions. Dementia-related psychosis is a serious medical condition for which there is currently no FDA-approved therapy. Dementia-related psychosis includes psychosis in Alzheimer's

Ex. 22
P. 5

disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Serious consequences have been associated with severe or persistent psychosis in patients with dementia such as repeated hospital admissions, earlier progression to nursing home care, more rapid progression of dementia, and increased risk of morbidity and mortality.

### About ACADIA Pharmaceuticals

ACADIA is a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. ACADIA maintains a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information and through which interested parties can subscribe to receive e-mail alerts.

### Forward-Looking Statements

Statements in this press release that are not strictly historical in nature are forward-looking statements. These statements include but are not limited to statements related to the benefits to be derived from NUPLAZID (pimavanserin); the utility of pimavanserin in indications other than hallucinations and delusions associated with Parkinson's disease psychosis, including indications falling within dementia-related psychosis; whether the profile observed in the Phase II -019 Study in Alzheimer's disease psychosis will be beneficial to elderly patients with dementia-related psychosis; whether the development path for dementia-related psychosis will be efficient; whether NUPLAZID will receive a broad indication for dementia-related psychosis; whether the approved use of NUPLAZID will be significantly expanded; whether positive results from one Phase III study of pimavanserin in dementia-related psychosis will be sufficient basis for the filing or approval of an sNDA for that indication; the timing of presentation of clinical data and results; and the timing or results of future studies involving pimavanserin. These statements are only predictions based on current information and expectations and involve a number of risks and uncertainties. Actual events or results may differ materially from those projected in any of such statements due to various factors, including the risks and uncertainties inherent in drug discovery, development, approval and commercialization, and the fact that past results of clinical trials may not be indicative of future trial results. For a discussion of these and other factors, please refer to ACADIA's annual report on Form 10-K for the year ended December 31, 2016 as well as ACADIA's subsequent filings with the Securities and

Ex. 22
P. 6

Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. This caution is made under the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All forward-looking statements are qualified in their entirety by this cautionary statement and ACADIA undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof, except as required by law.

**Important Safety Information and Indication for NUPLAZID (pimavanserin) tablets**
**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**
**Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death. NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with Parkinson's disease psychosis.**

NUPLAZID is an atypical antipsychotic indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.

Contraindication: NUPLAZID is contraindicated in patients with a history of hypersensitivity reaction to pimavanserin or any of its components. Reactions have included rash, urticaria, tongue swelling, circumoral edema, and throat tightness.

QT Interval Prolongation: NUPLAZID prolongs the QT interval. The use of NUPLAZID should be avoided in patients with known QT prolongation or in combination with other drugs known to prolong QT interval including Class 1A antiarrhythmics or Class 3 antiarrhythmics, certain antipsychotic medications, and certain antibiotics. NUPLAZID should also be avoided in patients with a history of cardiac arrhythmias, as well as other circumstances that may increase the risk of the occurrence of torsade de pointes and/or sudden death, including symptomatic bradycardia, hypokalemia or hypomagnesemia, and presence of congenital prolongation of the QT interval.

Adverse Reactions: The most common adverse reactions (≥2% for NUPLAZID and greater than placebo) were peripheral edema (7% vs 2%), nausea (7% vs 4%), confusional state (6% vs 3%), hallucination (5% vs 3%), constipation (4% vs 3%), and gait disturbance (2% vs <1%).

**Ex. 22**
**P. 7**

Drug Interactions: Strong CYP3A4 inhibitors (eg, ketoconazole) increase NUPLAZID concentrations. Reduce the NUPLAZID dose by one-half. Strong CYP3A4 inducers may reduce NUPLAZID exposure, monitor for reduced efficacy. Increase in NUPLAZID dosage may be needed.

Renal Impairment: No dosage adjustment for NUPLAZID is needed in patients with mild to moderate renal impairment. Use of NUPLAZID is not recommended in patients with severe renal impairment.

Hepatic Impairment: Use of NUPLAZID is not recommended in patients with hepatic impairment. NUPLAZID has not been evaluated in this patient population.

Pregnancy: Use of NUPLAZID in pregnant women has not been evaluated and should therefore be used in pregnancy only if the potential benefit justifies the potential risk to the mother and fetus.

Pediatric Use: Safety and efficacy have not been established in pediatric patients.

Dosage and Administration: Recommended dose: 34 mg per day, taken orally as two 17-mg tablets once daily, without titration.

For additional Important Safety Information, including boxed warning, please see the full Prescribing Information for NUPLAZID at https://www.nuplazid.com/pdf/NUPLAZID_Prescribing_Information.pdf.

View source version on businesswire.com: http://www.businesswire.com/news/home/20171004006297/en/

Investor Contact:
*ACADIA Pharmaceuticals Inc.*
*Lisa Barthelemy*
*(858) 558-2871*
*ir@acadia-pharm.com*
or
Media Contact:
*Taft Communications*
*Bob Laverty*

Ex. 22
P. 8

*(609) 558-5570*

*bob@taftcommunications.com*

**Ex. 22**
**P. 9**

# Exhibit 23

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

## NasdaqGS:ACAD

# Special Call

## Wednesday, October 04, 2017 10:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ............................................................................ 3

Presentation ............................................................................ 4

Question and Answer ............................................................................ 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Lisa Barthelemy**
*Director of Investor Relations*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**Todd S. Young**
*Former Executive VP & CFO*

**ANALYSTS**

**Alexandria Huynh**
*Cowen and Company, LLC,*
*Research Division*

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research*
*Division*

**Chuan Fu**
*JP Morgan Chase & Co, Research*
*Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research*
*Division*

**Paul Andrew Matteis**
*SVB Leerink LLC, Research*
*Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research*
*Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to ACADIA Pharmaceuticals' conference call. My name is Elly, and I'll be your coordinator for today. [Operator Instructions]

I would now like to turn the presentation over to Lisa Barthelemy, Senior Director of Investor Relations at ACADIA. Please proceed.

**Lisa Barthelemy**
*Director of Investor Relations*

Thank you, Elly. Good afternoon, and welcome to ACADIA's conference call to discuss our Phase II program in dementia-related psychosis. This call is being recorded, and an archived copy will be available on our website at www.acadia.com (sic) [ www.acadia-pharm.com ] through October 18, 2017. Joining me on the call today from ACADIA are Steve Davis, our President and Chief Executive Officer; and Dr. Serge Stankovic, our Executive Vice President and Head of Research and Development. Michael Yang, our Executive Vice President and Chief Commercial Officer; and Todd Young, our Executive Vice President and Chief Financial Officer, are also on the call today and will be available to answer questions.

Before we proceed, I would first like to remind you that, during our call today, we will be making a number of forward-looking statements, including statements regarding the strategy, the timing, results or implications of clinical trials or other development efforts or regulatory approvals; the benefits or advantages to be derived from future approval of and the future development or commercialization of our products and product candidates, in each case, including NUPLAZID or pimavanserin and future commercial and financial results.

During our call today, we may use words such as anticipate, believe, could, expect, intend, may, plan, potential, predict, project, should or the negative of those terms and similar expressions that convey uncertainty of future events or outcomes to identify these forward-looking statements. These forward-looking statements are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements.

These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date. ACADIA disclaims any obligation to update these forward-looking statements.

I'll now turn the call over to Steve Davis, our President and Chief Executive Officer.

**Stephen R. Davis**
*CEO & Director*

Thank you, Lisa, and thanks to everyone for joining us on the call today. This afternoon, we announced the initiation of HARMONY, our pivotal Phase III study for pimavanserin for dementia-related psychosis.

There are 4 key points we'd like to make today. First, as described in our press release, dementia-related psychosis, or DRP, represents a substantially broader indication than Alzheimer's disease psychosis. Second, the HARMONY study is designed as a relapse prevention study. As we'll describe later, these types of studies typically have a higher probability of success than acute studies.

Third, we believe that robust positive results from a single Phase III study, which we hope to achieve in HARMONY, together with the results of studies we have already completed, can serve as the basis for a supplemental NDA for dementia-related psychosis. And four, we've received Breakthrough Therapy Designation for this program.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | 04 OCT 04, 2017

I'll add some additional color on these points, and then Serge will go into quite a bit more detail. Let me start with the DRP indication. We're very excited about pursuing this indication, which, as noted, includes psychosis in Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.

Our excitement and commitment to dementia-related psychosis rests in the fact that, currently, there is no FDA-approved therapy to treat this disorder, despite the fact that DRP is associated with serious health consequences, including repeated hospital stays, earlier progression to nursing home care, more rapid progression of dementia and increased mortality and morbidity. If our clinical development is successful and pimavanserin is approved for dementia-related psychosis, it would represent a significant medical advancement in treating this disease and a substantial expansion to the currently approved use of pimavanserin. Of course, today, pimavanserin is the only drug approved by the FDA for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis and is marketed under the trade name NUPLAZID.

The DRP indication of the HARMONY study design are results of the end-of-phase II meeting we held with the FDA around midyear. We went into the end of Phase II meeting with a plan we felt would provide the best results for patients, that is a plan which would enable us to reach the broadest number of patients as soon as possible, and we came out of that meeting with exactly the plan we went in with.

We presented the case to FDA that's based on the following considerations: One, that dementia is an overarching disorder with various subtypes; two, while there are different subtypes of dementia with differing underlying etiologies, dementia-related psychosis is very similar between subtypes in that psychosis is clinically managed in the same way irrespective of subtype; and three, supported efficacy of pimavanserin in DRP has been shown in our acute study -019 in subjects with Alzheimer's disease psychosis as well is in our study -020, an acute 6-week study in patients with PD psychosis.

Against this backdrop, we propose to study pimavanserin in a single DRP study with key subtypes represented. Having established supportive evidence of efficacy in acute studies -019 and -020, we also propose that the DRP study be designed as a relapse prevention study. Serge will go into some of the important benefits of the study design in a few minutes.

As I've stated, we were pleased to come out of that meeting with the plan we went in with. There was alignment on the overall clinical development plan and the design of the proposed Phase III study. We are confident that we have a clear understanding of the path forward to potential registration. And as a result, we believe that robust positive results from a single Phase III study, together with supportive data from prior studies with pimavanserin, can serve as the basis of a supplemental new drug application, or sNDA, in dementia-related psychosis.

At the end of the Phase II meeting, we also indicated that we would be filing for Breakthrough Therapy Designation and discussed this with the FDA. Following the meeting, we filed, and we've recently received notice from the FDA that we have received that designation.

Let me now provide more background around dementia, dementia-related psychosis and the significant unmet need in this patient population. There is no diagnostic code for dementia-related psychosis nor for the psychosis associated with the various subtypes of dementia. So we have to look to medical literature to estimate the number of people suffering from DRP.

Let me start with dementia. So dementia is a syndrome of characteristic symptoms, such as difficulties with memory, language, problem solving and other cognitive skills that affect a person's ability to perform everyday activities. The total number of people with dementia in the U.S. is estimated to be around 8 million. The general breakdown of dementia per subtype that I'll provide you next is based on a summary of the literature. So just please be aware that these numbers vary a lot in the literature depending on the assumptions made by individual researchers.

According to the Alzheimer's Association, about 5.5 million people in the U.S. are living with Alzheimer's. They make up about 70% of people with dementia. Next, comes vascular dementia, which accounts for approximately 20% of people with dementia. Dementia with Lewy bodies accounts for about 5%.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 23
P. 6

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | OCT 04, 2017

Parkinson's disease dementia accounts for about 4%. And frontotemporal dementia and other dementias account for about 1% of people with dementia.

Importantly, the numbers above are derived from research studies where every patient receives a subtype diagnosis. Outside the research setting, studies suggests that only about half the people living with dementia receive a diagnosis from a physician. In other words, of the 8 million people living with dementia in the U.S., it's estimated that around half or 4 million are diagnosed.

We should also note that many patients that are diagnosed are not subtyped. That is they are assigned to diagnosis dementia not otherwise specified. An advantage of the consolidated DRP approach we're taking is we will be able to access those patients even if they do not have a specific subtype diagnosis.

Now let's turn to psychosis in patients with dementia. While the primary symptoms of dementia involve cognitive decline, patients with dementia commonly develops psychotic symptoms over the course of their disease. This is manifested primarily as hallucinations and delusions. These symptoms are often persistent and occur with increasing frequency as cognition becomes more impaired.

Based on the literature search, psychosis is estimated to occur in around 30% of the overall dementia population with certain subtypes of dementia being higher or lower than that percentage. So for example, we believe the best literature estimates indicate that approximately 30% of Alzheimer's patients have psychosis, but the best estimates of dementia with Lewy bodies indicated that about 75% of these patients have psychosis. So of the 4 million people diagnosed with dementia in the U.S., we believe the best estimates are that approximately 1.2 million of these diagnosed patients have dementia-related psychosis.

While it's impossible to make apples-to-apples comparisons, we believe there are approximate 200,000 Parkinson's disease psychosis patients with disruptive symptoms. So strictly as a point of reference, you can see that DRP affects many more lives, many more families and carries a much larger cost, both medically and socially, than Parkinson's disease psychosis. Again, I'd like to just remind you that the aforementioned numbers are general estimates based on ranges recorded in the literature.

Today, because there is no approved therapy, atypical antipsychotics are often used off-label to treat dementia-related psychosis. This occurs despite these antipsychotics having a negative impact on cognition, limited efficacy and significant side effects due to the biological mechanism of action of these drugs.

For example, it's been demonstrated that the off-label use of existing antipsychotics in Alzheimer's patients can worsen their cognition in a significant way. It's equivalent to about 1 year of disease progression. In contrast, in our -019 Phase II study in Alzheimer's patients, we observed an antipsychotic effect without any negative effects on cognition with pimavanserin. If the HARMONY study is successful and pimavanserin is approved, we believe it can make a very meaningful difference in the lives of people who suffer from DRP.

Now let's turn to our Phase II Alzheimer's disease agitation study referred to as SERENE. We announced today that due to the potential overlap of clinical sites and study participants between our Phase III HARMONY DRP study and the Phase II SERENE Alzheimer's disease agitation study, we've decided to discontinue enrollment of new patients in the SERENE study. Patients already enrolled will complete the study as planned.

So just for the sake of being complete, I'd like to point out that the SERENE study is still blinded. We have not seen any efficacy or other unblinded data from the trial that prompted our decision to discontinue that study. Rather, discontinuation of enrollment in SERENE will avoid potential interference between the 2 studies and allow us to focus external and internal resources on our Phase III HARMONY dementia-related psychosis program. At this time, we think it's unlikely that we will pursue Alzheimer's disease agitation further, but we will collect data from the partially enrolled study and assess from there.

So to summarize, our Phase III dementia-related psychosis program, we've heard from the medical community, efficacy groups and patients and caregivers alike about the significant need for an improved drug to address this debilitating condition. Currently, there is no approved therapy, and we're very pleased

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. SPECIAL CALL of OCT 04, 2017

to have a clear and accelerated development path to potential registration of pimavanserin in this broad DRP population.

With that, let me now turn the call over to Serge, who will discuss HARMONY in more detail.

**Srdjan R. Stankovic**
*President*

Thank you, Steve, and good afternoon, everybody. We are very excited to be initiating our Phase III HARMONY study for the treatment of hallucinations and delusions associated with dementia-related psychosis. As a selective serotonin inverse agonist, pimavanserin not only preferentially targets 5-HT2A receptor but also avoids activity of dopamine and other receptors commonly targeted by antipsychotics. Its unique pharmacology makes it well suited to address dementia-related psychosis.

We believe it is appropriate to pursue this broader program for dementia-related psychosis for several reasons. In general, the feature of psychosis among dementia subtypes are more similar than dissimilar. Although dementia with Lewy bodies or PParkinson's disease dementia may feature more hallucinations, while Alzheimer's disease more delusions, the nature of hallucinations and delusions experienced in dementia-related psychosis are similar.

The FDA has agreed that dementias do not need to be [ theologically ] related in order to effectively treat the common symptom of psychosis. Additionally, from a clinical practice standpoint, dementia-related psychosis is pharmacologically managed the same way regardless of the underlying dementia subtypes. Currently, it is mostly managed by off-label use of antipsychotics, which have, at best, modest efficacy and significant safety and side effects liabilities.

Furthermore, different subtypes of dementias overlap both clinically and pathologically. Clinical diagnosis of dementia subtype is often unreliable. And in the course of their illness, patients often receive multiple different dementia diagnosis, and some patients are simply diagnosed of having dementia not otherwise specified.

This clinical situation is reflected in the most recent psychiatric and neurological classification of dementia. In the DSM-5 classification of mental disorders, all etiological subtypes of dementias are grouped under the general category of major neurocognitive disorders with common diagnostic criteria. Similarly, the National Institute of Aging and Alzheimer's Association criteria for diagnosis of possible and probable Alzheimer's disease begin with criteria for all-cause dementia that applies to all dementias regardless of etiology. As Steve mentioned, by pursuing dementia-related psychosis, pimavanserin is able to address psychosis and dementia regardless of subtype, including dementia not otherwise specified.

Another important feature of our program is the design of our study as a relapse prevention study. Relapse prevention studies are common Phase III study design, particularly in psychiatric indications. This design is widely accepted as a powerful and very efficient study design. Furthermore, the endpoint of relapse of psychotic symptoms is considered a meaningful clinical outcome.

Let me go into a little more detail regarding some of the key features of HARMONY. The Phase III study is randomized, double-blind, placebo-controlled study. The objective is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms. The study will enroll patients who have moderate to severe psychosis with the most common subtype of dementia, Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.

We expect to enroll approximately 360 patients. Prior to randomization in the double-blind phase, participants will be treated for 12 weeks with pimavanserin 34-milligram once daily in an open-label stabilization period. Those reduction to 20-milligram once-daily will be allowed during the first 4 weeks of the open-label stabilization phase if clinically justified.

At the end of the 12-week open-label stabilization, patients who meet prespecified criteria for response will be randomized into the double-blind placebo-controlled period of the study. They will continue their pimavanserin dose, 34 milligrams or 20 milligram or be switched to placebo and followed for up to 26 weeks or until an occurrence of relapse in psychiatric -- in psychotic symptoms. The primary endpoint in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | OCT 04, 2017

the study is time to relapse in the double-blind period. Principal efficacy assessments in the study will be done with scale for assessment of positive symptoms, hallucinations and delusions domain and clinical global impression scale.

As noted earlier, relapse prevention studies are common in psychiatric indications and have been used as registration studies. Benefits of such design are as follows: One, since everyone gets active treatment right away, it minimizes exposure to placebo and maximizes exposure to drug while facilitating enrollment in these types of studies. Two, it also minimizes exposure to drug for those who do not benefit. Only patients who respond to treatment move forward into the double-blind period. Three, it is an efficient and powerful design to determine if the drug is effective and safe in the intended population, particularly when other safe options are not available. And four, the study also has the benefit of providing longer-term efficacy and safety in this patient population.

In summary, a relapse prevention study design provides the benefits of being able to focus the assessment on an enriched population of treatment responders using a scientific, valid and widely accepted methodology. This results in higher power and lower placebo response.

Consequently, success rate of these types of trials has been historically very high across a number of indication. Given the power of this design, it is not uncommon to achieve very robust results. Furthermore, this design has been used frequently as a methodology to demonstrate efficacy and maintenance of efficacy in a number of regulatory filings.

Lastly, I would like to add a little bit more color around clinical studies we have already completed. As we've noted, this Phase III program is supported by clinical data from 2 earlier studies, our Phase II -019 study in Alzheimer's disease psychosis and our Phase III -020 study in Parkinson's disease psychosis. As previously announced, in the Phase II -019 study, pimavanserin demonstrated clinically meaningful and statistically significant efficacy of 34-milligram dose over placebo on the primary endpoint as measured by the Neuropsychiatric Inventory - Nursing Home Version psychosis score at week 6 of dosing. Importantly, as Steve noted, pimavanserin have no negative impact on cognition.

Notably, analysis of the -019 results indicated that patients with more severe psychosis had greater response to pimavanserin with a substantively enhanced effect size as compared to the overall study population.

In addition, in the Phase III study, -020 study for Parkinson's disease psychosis, approximately 1/4 of patients suffered from mild dementia with a Mini-Mental Status Exam score at baseline of less than 25. This subgroup of patients with Parkinson's disease dementia observed significant improvement on pimavanserin in psychotic symptoms over placebo with an effect substantively larger than the overall average effect observed in the study.

We believe both of these findings further enhance our understanding of the utility of pimavanserin and are example of the kind of findings that informed our study design. As a reminder, results from the Phase II study in Alzheimer's disease psychosis will be presented at the 10th Clinical Trial on Alzheimer's Disease meeting on November 3 in Boston.

I'll close by saying that we are thrilled to be advancing pimavanserin for dementia-related psychosis. The initiation of HARMONY marks an important step in developing the first approved treatment option for patients who suffer from this serious condition.

Let me now turn the call over to Lisa, who will initiate Q&A portion.

**Lisa Barthelemy**
*Director of Investor Relations*
Thank you, Serge. At this point, we will begin the Q&A portion of our call. We'll ask that each person limit himself to one question and then requeue with any additional question. Operator, please open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | OCT 04, 2017

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Charles Duncan.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Let me offer that this is a really cool study design. So very interesting. So my question is related to time lines in terms of enrollment and the number of patients that you'd expect to have to enroll for that 12-week open-label to get to 360 patients that will proceed on to the double-blind portion. And in addition, the evaluators in that 12-week portion, are they going to be blinded? And will they be the same evaluators who will assess the patients in the double-blind portion?

**Stephen R. Davis**
*CEO & Director*

Charles, let -- this is Steve. I'll take the first question, and I'll ask Serge to answer the second. So in terms of time, we need to get -- third week started enrolling patients, but we need to get further into enrollment before we have a good idea just what the time line will be. What we would say is for studies of this size, they generally take 2, maybe 2.5 years to enroll. And as we get further into enrollment, we'll have a better feel and we'll be able to give better guidance on that. Serge, you want to respond to the second question?

**Srdjan R. Stankovic**
*President*

Yes. Hey, Charles. First, a bit of clarification. We plan to enroll 360 patients into open-label 3-month stabilization period. A subset of this patient that will respond to treatment will be then randomized. We are not disclosing these numbers, but obviously, we modeled very well on the basis of data that we have from our previous trial as well as on the historical data and placebo historical data in 12 weeks trial to determine in the patient population that we will be studying what is the proportion of patients that we expect to respond, and that's be randomized in the second phase. This is the event-driven trial, so the exact patient that will be randomized to achieve a certain assumptions is based on our assumptions on the response rate and then relapse rates in both placebo and drug.

**Operator**

Your next question comes from Cory Kasimov.

**Chuan Fu**
*JP Morgan Chase & Co, Research Division*

This is Shawn on for Cory. Congratulations on getting the Breakthrough Designation, a really exciting stuff. So I guess if I could just ask, you -- the trial design is, obviously, as you said, it seems to be very smart, very efficient, but -- and you mentioned that it's been used for filings before. I was just wondering if maybe you could give an example of a drug that's kind of been approved based on this trial design.

**Stephen R. Davis**
*CEO & Director*

Serge, you want to take that question?

**Srdjan R. Stankovic**
*President*

Yes, be happy to. Well, a number of drugs are approved in psychiatry. Almost all antipsychotics have trials for -- or a randomized withdrawal trial or relapse prevention trial as an evidence of maintenance

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | OCT 04, 2017

of efficacy as well as in the -- the LAMICTAL was approved as well for -- in the bipolar indication on the basis of the relapse prevention trials. We'd be happy to provide you with the list of these trials along with some additional information on the outcomes and results. Majority of these trials are very successful with very robust significance at the end of the trial. Many of them are actually -- finished at the -- earlier at the interim analysis.

**Chuan Fu**
*JP Morgan Chase & Co, Research Division*

Okay, great. That's super helpful. And just a quick follow-up. You mentioned that in the Phase III -020 Study, the Parkinson's patients with concomitant dementia did a bit better than the overall population. What percentage of patients had psychosis along with dementia?

**Srdjan R. Stankovic**
*President*

Yes, Steve, I'll take this. It's -- the -- in the Parkinson's disease -020 Study, we had about 1/4 of patients, about 25% of the patients that had both Parkinson's disease psychosis and met criteria for Parkinson's disease dementia. So in this quarter, I would say, was substantively better response in terms of improvement of psychotic symptoms compared to the overall population.

**Stephen R. Davis**
*CEO & Director*

Yes, Sean. Just to be clear, so all of the patients had psychosis. About 1/4 of them had mild to moderate dementia in that study.

**Operator**

Your next question comes from Jason Butler.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Let me add my congratulations on the progress. Just on the enrollment criteria, will you stratify by dementia subtype? And then, will you measure -- or are you powered to measure things like movement symptoms and cognition?

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take that question?

**Srdjan R. Stankovic**
*President*

Yes, absolutely. We'll be stratifying by groups of dementia but just certain groups of dementia. But I do want to point out that in our discussions and agreement with the FDA, there was no prespecified proportion of different subtypes of dementia that we have to reach. So we don't have a prespecified number, but we will be in analytically evaluating different subtypes or groups of subtypes. Related to your other question, of course, we will be measuring both, any changes in cognitive function as well as the motor function throughout the trial.

**Operator**

Your next question comes from Tazeen Ahmad.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Maybe one on expenses. Just wanted to get some clarity. Relative to, in general, what you thought you would spend for the combination of SERENE and ENHANCE and ADVANCE and CLARITY, what do you think

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

10

Ex. 23
P. 11

the difference in expense could be, if at all, if you swap out of HARMONY for SERENE? And then related to that, does this introduction of this study change any of your time lines for readouts of the other study. I believe that the next study that was slated to read out would have been CLARITY in the second half of '18?

**Stephen R. Davis**
*CEO & Director*

Tazeen, I'm going to let Todd respond to these [indiscernible]. Now, let me just start by responding to the time lines. So the answer is no, this doesn't impact time lines on any other studies. Todd, you want to address the question on R&D cost?

**Todd S. Young**
*Former Executive VP & CFO*

Certainly by shortening the ADA study, we'll have to pick up on the savings from that, the cost of both the dementia-related psychosis study -- we've started now, and ADA are pretty similar. So net-net, it is a savings versus running both studies. Overall, it hasn't changed the expected cost of the other one. So generally speaking, the guidance we provided of low 40s R&D expense for Q3 that we provided on our last call still is the guidance. And obviously, we've been running both the prep for this study as well as the ADA study all quarter, and we'll update the Q4 guidance number when we do our Q3 release in November.

**Operator**

The next question comes from Paul Matteis.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

I was surprised that you're including such a broad population in the Phase III study. And I was wondering if you could talk about how well you understand the degree to which the natural history of psychosis varies in these populations? And if you've considered the degree to which placebo effect could vary, durability of drug effect could vary, or if there's any risk of any other sorts of imbalances? Would love it if you could comment on all this.

**Stephen R. Davis**
*CEO & Director*

Serge, I'm going to let you answer that question.

**Srdjan R. Stankovic**
*President*

Yes. Well, I would start by saying that we have now a direct experience with a good portion of the population we will be studying, namely Parkinson's disease patients and the Alzheimer's disease patients. We -- also, I will remind you that this design is an enriched design for responder to drug treatment, so in terms of the variabilities around the placebo response that's significantly mitigated by the nature of the design itself. So we believe that this gives us a strong opportunity to evaluate efficacy of the drug across all of these subtypes. And finally, as I said, we strongly believe, and obviously, the FDA agrees with us, that pimavanserin efficacy in treatment of psychotic symptoms is or would be independent of the underlying pathology and subtypes of dementia in cognitive deficit.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. And if I could just add a quick follow-up. Can you clarify, is the -- does the primary endpoint of the study include both the SAPS and the CGI? And if not, do you think that as a single pivotal, you need to corroborate the primary and hit on the CGI for approval?

**Srdjan R. Stankovic**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 23
P. 12

Primary outcome of the study is time to relapse. And relapse of psychotic symptoms is defined by a combination of efficacy outcomes that will be assessed by using efficacy measures but also some events that indicate relapse of psychotic symptoms. We are not going into exact detail of the definition of relapse for simple competitive reasons and on specificity of the design. But this is not, in any way, a combined outcome measure. It is simply a relapse that is assessed and adjudicated. One thing that -- and then getting back to Charles' question, we are assessing the primary outcome, which is relapse of psychotic symptom via an independent adjudication committee. So there will be independent assessment of the -- whether the psychotic symptom patient relapse, and then we are essentially measuring the time to that relapse and comparing between 2 treatments.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. I'm really sorry, just to clarify, does the CGI -- you mentioned the CGI earlier, Serge, I was just asking about what the importance of that measure is?

**Srdjan R. Stankovic**
*President*

Right. Well, in measuring efficacy, we are measuring the, principally, efficacy both on the SAPS H and D and the CGI, and a certain criterias would have to be met in order to either we declare a success of the treatment in the open-label study of remission or to define a relapse later on.

**Stephen R. Davis**
*CEO & Director*

Okay. So Paul, this is Steve. Just to clarify, so relapse is defined as meaning -- it's either or, either meeting a certain movement on the SAPS H and D or on CGI.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. All right. So you're using either -- okay. Okay, got it.

**Operator**

And your last question comes from Ritu Baral.

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

This is Alex on for Ritu. Just on the discontinuation of SERENE, can you remind us what the overlap is between the Alzheimer's agitation population and the Alzheimer's psychosis population as well as the broader dementia-related psychosis population?

**Stephen R. Davis**
*CEO & Director*

I'm sorry, you were breaking up in the first part. Could you just repeat the question quickly?

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

Sorry, just on the discontinuation of SERENE, can you remind us what the overlap in the Alzheimer's agitation, Alzheimer's psychosis and dementia-related psychosis populations are?

**Stephen R. Davis**
*CEO & Director*

Got it, got it. Thanks. So again, this is one of these questions that we're really handicapped by not having a diagnostic code for all the things you mentioned. What we can say is based upon the literature, we believe there's about a 30% overlap between Alzheimer's disease agitation and Alzheimer's disease

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 23
P. 13

psychosis. Then for DRP, as we mentioned, we think that Alzheimer's disease represents about 70% overall of DRPs. So there's some overlap between them.

**Operator**

Sir, you have no questions at this time. Please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks again everyone for joining us on today's call and for your continued support. We're excited to be initiating the pivotal Phase III HARMONY study with pimavanserin for dementia-related psychosis, and we're very gratified that the FDA has granted Breakthrough Therapy Designation to the pimavanserin for this program. We look forward to updating you on our future progress.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 24

# COWEN

**Biotechnology**

## Acadia Pharmaceuticals

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

| Equity Research | Quick Take: Company Update |
|---|---|

October 4, 2017

**Price: $39.14** (10/4/2017)
**Price Target: $46.00**

**OUTPERFORM (1)**

**Ritu Baral**
646.562.1379
ritu.baral@cowen.com

**Alexandria Huynh, Ph.D.**
646.562.1403
alexandria.huynh@cowen.com

**Key Data**

| Symbol | NASDAQ: ACAD |
|---|---|
| Market Cap (MM) | $4,790.8 |

## *Ph3 HARMONY Starts in Broad Dementia-Related Psychosis, Not Just ADP*

### The Cowen Insight

Today, ACAD announced the start of a pivotal Ph3 HARMONY trial of pimavanserin in dementia-related psychosis. The DRP indication is broader than the expected ADP indication, but ACAD notes breakthrough designation and a design that should not impair odds of success. ACAD also discontinued enrollment of the Ph2 AD agitation study in AD. Full supportive Ph2 ADP data will be at CTAD (Nov 3, Boston).

- **Pivotal Ph3 HARMONY Trial Initiation: Expansion from ADP to All Dementia-Related Psychosis, Including Alzheimer's Psychosis.** Today, ACAD announced the initiation and design of the pivotal Ph3 HARMONY trial of pimavanserin in dementia-related psychosis (DRP), which includes Alzheimer's Disease Psychosis, Dementia with Lewy Bodies, Parkinson's Disease Psychosis, vascular dementia and frontotemporal dementia. The HARMONY trial will enroll ~360 patients and is a relapse prevention study comprised of a 12-week stabilization period where all patients are treated on 34mg daily pimavanserin with potential dose titration to 20mg, and then a 26-week randomized placebo-controlled double-blind period. Only responders to the initial stabilization period (based on prespecified CGI or SAPS-HD criteria) will be randomized. ACAD is not releasing specifics on their expectations for responder rate, although all responses and relapses will be centrally adjudicated by multiple potential predefined criteria.

- The primary endpoint of the study will be 'time to relapse', which is defined as a combination of efficacy outcomes (eg exacerbations) and events (eg hospitalization, though not specified for competitive reasons). Management noted relapse prevention trial designs are used frequently in psychiatry, with precedent in trials of antipsychotics, including as the pivotal endpoint of Lamictal's bipolar disorder trial. Generally though, they are included as postmarketing trials. Given placebo effects are of significant concern in psychiatric trials, ACAD also emphasized that relapse prevention trial designs historically have had high rates of success and lower placebo-mediated relapse prevention rates vs. placebo response rates in standard placebo controlled trial. Additionally, management noted to us that the 26-week duration of randomized treatment should lead to a relatively low placebo response, which would be expected to emerge in the first ~4 weeks of treatment and not be sustained past 12 weeks of treatments. ACAD did not specify key secondary endpoints but we would expect cognitive and motor endpoints as safety measures, as well as psychosis scales such as the NPI or SAPS subscales to be included in the study. The HARMONY trial will be conducted at sites globally (US, EU including eastern EU, South America) and will target memory clinics (AD, vascular dementia), movement disorder clinics (PD) and Lewy Body specialist clinics. There is no required stratification of patients by background dementia type.

- **DRP Market Opportunity: Acceptance of Indication Supported By New Breakthrough Therapy Designation.** Based on discussion at their mid-2017 end-of-Ph2 meeting, ACAD indicated that FDA considers the underlying dementia,

**Ex. 24**
**P. 2**

Cowen and Company
Equity Research

Acadia Pharmaceuticals
October 4, 2017

overall symptoms and clinical management to be similar and overlapping between these subtypes, and therefore may be considered a single broad indication. Based on published literature, ACAD estimates ~30% of the overall ~8MM US dementia patients suffer from psychosis, primarily manifesting as hallucinations and delusions. While the DRP population is broader than the original ADP indication, we would note that Alzheimer's Disease is thought to comprise ~70% of dementia cases, though management emphasized that the DRP indication could include the ~50% of patients with unknown dementia etiology ("dementia otherwise not specified").

- Management indicated that a positive result in the Ph3 HARMONY trial would serve as supportive of an sNDA filing for DRP, with supportive data from the Ph2 '019 ADP trial (full data presentation at CTAD on Nov 3, Boston), as well as from the pivotal Ph3 '020 PDP trial, in which management disclosed today ~25% of trial patients had concomitant dementia. ACAD noted this subset had a larger psychosis treatment effect than the broader PDP trial population. ACAD does not expect to see substantial differences in response across the dementia subtypes and noted FDA did not prospectively define enrollment number requirements for each subtype. Never the less, if there were major differences in drug response, the initial stabilization period would weed out non-responder subgroups before randomization. Management noted to us that the trial design poises a potential future label expansion to include a range of additional indications, from DRP to specific types of psychoses, based on the final responder data.

- **Ph2 SERENE Trial Discontinued as Focus Turns to HARMONY.** As part of today's update, ACAD also announced discontinuation of the Ph2 SERENE trial of pimavanserin in Alzheimer's Disease agitation. The trial remains blinded, and patients who have been dosed will continue in the trial until its conclusion, though management does not expect to further pursue the AD agitation indication. ACAD does not expect the discontinuation of SERENE and prioritization of HARMONY to substantially affect cash burn or timelines for readouts of other pipeline programs, including the Ph2 CLARITY trial of pimavanserin in Major Depressive Disorder, expected to read out in 2H18. While ACAD did not release guidance on timelines for HARMONY, management noted they would expect ~2-2.5 years for enrollment of a trial this size, and would give further guidance on timing of data release as enrollment in the trial matures. ACAD did note to us that their discussions with investigators indicated the inclusion of the active treatment stabilization period would be a strong incentive for patient enrollment in the trial.

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

Ex. 24
P. 3

Cowen and Company
Equity Research

Acadia Pharmaceuticals
October 4, 2017

# *Valuation Methodology And Risks*

## Valuation Methodology

### Biotechnology:

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

## Investment Risks

### Biotechnology:

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

## Risks To The Price Target

Acadia's Nuplazid was approved in 2016 for the treatment of Parkinson's Disease Psychosis (PDP). While the antipsychotic space is crowded with numerous branded and generic drugs available, only Nuplazid is specifically indicated for PDP, though FDA approval does not guarantee commercial success. Ongoing Ph2 clinical programs for Alzheimer's Disease Psychosis (ADP), schizophrenia, Alzheimer's Disease Agitation and Major Depressive Disorder are not guaranteed success in clinical trials or commercialization.

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.



**Cowen and Company**  **Acadia Pharmaceuticals**
Equity Research    October 4, 2017

# *Addendum*

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| ACAD | Acadia Pharmaceuticals |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Acadia Pharmaceuticals securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

**Ex. 24**
**P. 5**

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

**Cowen and Company**
Equity Research

**Acadia Pharmaceuticals**
October 4, 2017

The recommendation contained in this report was produced at October 04, 2017, 22:45 ET. and disseminated at October 04, 2017, 22:45 ET.

**Copyright, User Agreement and other general information related to this report**

© 2017 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1010 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

<u>**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**</u>

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 09/30/17**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 457 | 60.53% | 107 | 23.41% |
| Hold (b) | 288 | 38.15% | 15 | 5.21% |
| Sell (c) | 10 | 1.32% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

### Acadia Pharmaceuticals Rating History as of 10/04/2017

powered by: BlueMatrix



| I:(1):$46.00 | (1):$49.00 | (1):$43.00 | (1):$50.00 | (1):$36.00 | (1):$42.00 | (1):$46.00 |
| 11/21/14 | 02/27/15 | 03/12/15 | 08/07/15 | 02/29/16 | 05/04/16 | 08/09/17 |



Closing Price ———— Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

Ex. 24
P. 6

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.



# *Points Of Contact*

**Reaching Cowen**

## Main U.S. Locations

| | | | |
|---|---|---|---|
| **New York** | **Boston** | **Cleveland** | **San Francisco** |
| 599 Lexington Avenue | Two International Place | 20006 Detroit Road | One Maritime Plaza, 9th Floor |
| New York, NY 10022 | Boston, MA 02110 | Suite 100 | San Francisco, CA 94111 |
| 646.562.1010 | 617.946.3700 | Rocky River, OH 44116 | 415.646.7200 |
| 800.221.5616 | 800.343.7068 | 440.331.3531 | 800.858.9316 |
| **Atlanta** | **Chicago** | **Stamford** | **Washington D.C.** |
| 3399 Peachtree Road NE | 181 West Madison Street | 262 Harbor Drive | 2900 K Street, NW |
| Suite 417 | Suite 3135 | Stamford, CT 06902 | Suite 520 |
| Atlanta, GA 30326 | Chicago, IL 60602 | 646.616.3000 | Washington, DC 20007 |
| 866.544.7009 | 312.577.2240 | | 202.868.5300 |

## International Location

**Cowen International Limited**

**London**

1 Snowden Street – 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.



 @CowenResearch

 Cowen and Company

**Ex. 24**
**P. 7**

# Exhibit 25

Ex. 25
P. 1

## J.P.Morgan

Completed    04 Oct 2017 08:40 PM EDT
Disseminated 04 Oct 2017 08:40 PM EDT
**North America Equity Research**
04 October 2017

# ACADIA Pharmaceuticals

## ACAD Receives BTD in Dementia Related Psychosis; Starting Phase 3 Trial in a Broad Population - ALERT

**Overweight**

**ACAD, ACAD US**
Price: $39.14
**04 Oct 2017**

This afternoon, ACAD announced that it received breakthrough therapy designation (BTD) for pimavanserin (Nuplazid) in the broad indication of "dementia related psychosis" along with plans to initiate a Phase 3 study (HARMONY) across a variety of disease subtypes. The BTD follows an EOP2 meeting with the FDA based on data generated from both the Phase 2 -019 study in Alzheimer's disease psychosis and the Phase 3 -020 study in Parkinson's disease psychosis (for which Nuplazid is of course approved). In addition to dementia associated with Alzheimer's and Parkinson's, the BTD encompasses several other etiologies such as vascular and frontotemporal dementia. While somewhat confusing at first glance, overall we see this development as a step in the right direction in helping to further crystallize ACAD's path towards future label expansions beyond just PDP. With that said, it's difficult to know at his point how the data will ultimately shake out given this relatively unconventional development strategy. Maintain OW.

- **BTD was based on data from Alzheimer's and Parkinson's disease psychosis trials.** Per management, the Phase 3 -020 trial contained roughly 25% of patients who also qualified for a diagnosis of dementia, this subgroup performed appreciably better than the overall trial population. The lack of cognitive impairment may also have served as a substantial differentiator between pimavanserin and other anti-psychotics in the eyes of the FDA.

- **HARMONY is designed as a relapse prevention study.** 360 patients will be enrolled in a 12wk open label lead-in period after which responders will be randomized to receive either pimavanserin or placebo for an additional 26wks. The primary endpoint will be time until relapse in the randomized 26wk portion as assessed by either SAPS or CGI. As per the company, trials of this sort have a higher probability of success (often with very large deltas). Management cited at least 9 positive relapse prevention studies in the areas of schizophrenia, bipolar, and AD psychosis.

- **Management does not appear concerned by the broad patient population.** ACAD maintains that despite the differences in the underlying pathophysiology, the emergent psychosis manifests – and can be dealt with – in a materially similar fashion. It appears that the FDA agrees, as evidenced by the BTD.

- **SERENE trial in Alzheimer's agitation will discontinue enrollment.** The decision was made in large part to prevent overlap of clinical trial sites and potential patients (roughly 30% of patients with ADA could potentially meet criteria for ADP as well).

- **We are hosting a conference call with ACAD CEO Steve Davis and other members of senior management on Friday 10/06 @ 11:00am ET.** This call is part of our 2017 Fall Biotechnology Conference Call Series, and in it we intend to discuss today's developments in greater detail. *DIAL-IN: 888-989-4421 (US); +1-517-308-9052 (Outside US); Passcode: BIOTECH*

**Biotechnology – Large Cap**
**Cory Kasimov** [AC]
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>
**Shawn Fu, M.D.**
(1-212) 622-2529
shawn.fu@jpmorgan.com
J.P. Morgan Securities LLC

**See page 2 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

Ex. 25
P. 2

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 October 2017

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of ACADIA Pharmaceuticals.
- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by ACADIA Pharmaceuticals.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: ACADIA Pharmaceuticals.
- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: ACADIA Pharmaceuticals.
- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from ACADIA Pharmaceuticals.
- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from ACADIA Pharmaceuticals.
- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of ACADIA Pharmaceuticals.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**ACADIA Pharmaceuticals (ACAD, ACAD US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 26-Feb-15 | OW | 37.97 | 43.00 |
| 11-Mar-15 | OW | 34.82 | 40.00 |
| 07-May-15 | OW | 37.94 | 45.00 |
| 06-Aug-15 | OW | 45.15 | 55.00 |
| 29-Feb-16 | OW | 17.26 | 49.00 |
| 08-Aug-17 | OW | 29.54 | 50.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 15, 2014.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the

**Ex. 25**

**P. 3**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
04 October 2017

J.P.Morgan

average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alkermes PLC (ALKS), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), Biogen (BIIB), Celgene (CELG), Clovis Oncology (CLVS), Editas Medicine (EDIT), Gilead Sciences (GILD), Global Blood Therapeutics (GBT), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Juno Therapeutics (JUNO), MannKind Corporation (MNKD), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seattle Genetics (SGEN), Spark Therapeutics (ONCE), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), aTyr Pharma (LIFE), bluebird bio (BLUE)

### J.P. Morgan Equity Research Ratings Distribution, as of October 02, 2017

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 45% | 11% |
| IB clients* | 52% | 47% | 33% |
| JPMS Equity Research Coverage | 45% | 49% | 6% |
| IB clients* | 68% | 62% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or

[3] **Ex. 25**
**P. 4**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 October 2017

J.P.Morgan

through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 202/03/2017 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com.sg. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only,

4

**Ex. 25**
**P. 5**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America  Equity Research**
04 October 2017

J.P.Morgan

not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised Sep 09, 2017.

**Copyright 2017 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

5 **Ex. 25**
**P. 6**

This document is being provided for the exclusive use of lbarthelemy@acadia-pharm.com.

# Exhibit 26

October 4, 2017
**MARKET PERFORM**

Reason for report:
**FLASH NOTE**

**Paul Matteis**
(617) 918-4585
Paul.Matteis@Leerink.com

**Benjamin Burnett, Ph.D.**
(212) 277-6071
Benjamin.Burnett@Leerink.com

**Jeffrey Lin, Ph.D.**
(617) 918-4838
Jeffrey.Lin@Leerink.com



# ACADIA PHARMACEUTICALS INC.

**Dementia Psychosis BTD a Pos Surprise; "Basket" Ph3 is High Risk/High Reward**

• **Bottom Line:** This afternoon, ACAD announced the initiation of a phase III study, HARMONY, assessing pimavanserin in various dementia related psychoses. The study will include patients with Alzheimer's Disease (AD), dementia with Lewy Bodies, Parkinson's Disease (PD) dementia, Vascular dementia and Frontotemporal dementia. The breadth of the patient population in this pivotal program (previously expected to focus on AD) is a major surprise; there are clearly pros and cons to this strategy, which we review below. ACAD is simultaneously discontinuing enrollment in the ongoing ph2 pimavanserin AD agitation study due to patient/site overlap with this new ph3. Meanwhile, FDA has granted Breakthrough Therapy Designation (BTD) to pimavanserin for dementia-related psychosis, based on prior data in Parkinson's and recent ph2 data in AD Psychosis (ADP). Prior MEDACorp physician feedback on the top-line pimavanserin ADP result was mixed; however, the receipt of breakthrough renders the full data presentation at CTAD on November 3rd of greater interest. We have a balanced take on the many newsworthy items this evening. On the plus side, FDA feedback awarding breakthrough designation and allowing for a single pivotal study is encouraging, especially with respect to how the agency views pimavanserin safety. Moreover, if the study succeeds, the addressable population could be very large, rendering how we currently model the ADP revenue oppty conservative. However, ACAD's "basket" approach to this new ph3 may introduce additional challenges that are simply difficult to handicap: while the trial works to enrich the placebo-controlled portion for pimavanserin responders, we see the inclusion of such a heterogeneous population in a single pivotal as a risky strategy. Finding a homogenous patient population is generally a goal in CNS drug development, and we think one of the things that previously benefitted ACAD in PDP is that psychosis in Parkinson's has some etiological consistency (believed to be levodopa induced). Psychosis across some of the dementias outlined above has to our knowledge never before been studied in a rigorous controlled trial (though Lewy Bodies Dementia psychosis is known to have some similarities to PDP). For the stock, we think the receipt of breakthrough designation could create some excitement ahead of the CTAD meeting, though the discontinuation of the AD agitation study could suggest that the next major dementia readout for pimavanserin – per mgmt's commentary regarding expected enrollment dynamics – may not occur until ~2020. **Reiterate MP on ACAD.**

| Key Stats: | (NASDAQ: ACAD) |
|---|---|
| **Sector:** | **Biotechnology** |
| **S&P 500 Health Care Index:** | **959.80** |
| **Price :** | **$39.14** |
| 52 Week High: | $40.83 |
| 52 Week Low: | $20.68 |
| Shares Outstanding (mil): | 136.1 |
| Market Capitalization (mil): | $5,327.0 |

Completion: October 04, 2017, 7:28PM EDT.
Distribution: October 04, 2017, 7:28PM EDT.
*Shares Outstanding (mil): Fully Diluted Shares Outstanding including options and warrants 2Q17*



**HARMONY Study Design: ACAD plans to enroll 360 patients with dementia-related psychosis into a two-phased trial.** The initial phase will be an open-label stabilization period lasting 12 weeks in which all patients will be given 34mg pim once daily with the apparent goal being to identify responders by selecting patients who meet a pre-specified criteria. Here, treatment response will be adjudicated using both the SAPS (Scale for Assessment of Positive Symptoms) and CGI (Clinical Global Impression of Change) assessments. Additionally, within the first 4 weeks of the first phase, treating clinicians can lower the daily dose of pim to 20mg as needed. The identified "responders" will then be randomized into the blinded portion of the study where patients will either continue pim dosing or be switched to pbo for 26 weeks, or until a relapse occurs. The primary endpoint will assess efficacy as the time to relapse in the blinded portion of the study; management did not define relapse specifically but noted that it incorporates SAPS, CGI and other factors. On a follow-up call with mgmt., the company emphasized that an independent committee will adjudicate relapse determination which it hopes will help control for various confounding variables – one of which we believe could be changes in background disease (i.e., cognitive deficits). ==This initiation of HARMONY follows the end of phase II meeting with the FDA and ACAD believes this, along with its PDP (PD psychosis) phase 3 study, could form the basis for a sNDA (supplementary NDA) for the treatment of hallucinations and delusions associated with dementia-related psychosis.==

**BTD was granted for pim for "dementia related psychosis" on the basis of clinical data generated from ACAD's phase II AD psychosis study (study-019) and its phase III PDP study (study-020).** In particular, BTD was granted in recognition of the unmet need in dementia-related psychosis and, as it did for pim in PDP, BTD enables greater regulatory dialogue and the potential for an accelerated review process. Corroborating the ADP data in the eyes of FDA, on the call, ACAD pointed out that an analysis on patients with dementia-related psychosis in the phase III PDP study (25% of the sample) showed a considerably larger effect size than what was seen on the primary endpoint. ==The awarding of BTD is very encouraging with respect to safety; recall that atypical antipsychotics induce an increased risk of death in dementia patients – in the backdrop of this, FDA allowing ACAD to pursue an expedited path across such a broad patient population is a clear win.== Late last year ACAD announced top-line data from its phase II study in ADP; our initial take was mixed, as the drug showed a statistically significant benefit on the primary endpoint at 6 weeks but not at 12 weeks. However, the receipt of Breakthrough Designation now renders full results and various subgroups of very high interest – ACAD noted that the data will be presented at CTAD (Clinical Trials on Alzheimer's Disease) on November 3 in Boston.

**ACAD will suspend further enrollment of new patients in its AD Agitation study, SERENE, and focus resources towards HARMONY.** Originally designed to enroll 432 AD agitation patients, ACAD has discontinued enrollment due to an overlap of HARMONY and SERENE clinical trial sites and study participants and doesn't plan to pursue AD agitation at this time. Recall that the SERENE study was designed to test 34mg and 20mg doses of pimavanserin against placebo in AD agitation patients and assessing efficacy using the change in CMAI (Cohen-Mansfield Agitation Inventory) from baseline to week 12. ACAD is reprioritizing resources to focus on the dementia-related psychosis program. ACAD emphasized that the study is still blinded and that it has not seen any efficacy data from the trial. It is unclear when or in what context these AD agitation data will be announced, or whether or not the study has enrolled enough patients to date for these data to be informative.

**ACADIA PHARMACEUTICALS INC.**



## Disclosures Appendix

## Analyst Certification

I, Paul Matteis, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.

## Valuation

**We derive a $35 price target for ACAD shares using a 25/75 blend of a DCF and revenue-based multiple valuation analysis.** We use a 10.5% discount rate, a 2% terminal growth rate, and a 6x multiple on sales which we believe are appropriate relative to other biopharma companies with positive Phase III data, given that we also probability-weight our revenue projections. Comps for our DCF assumptions include NBIX and GWPH – while our 6x (increased from 5x, previously) multiple is at the higher end of our assumption range and reflects strong IP and ACAD's potential as a takeout target. We model ~$930MM and ~$790MM in peak US risk-adjusted 2028E sales in Parkinson's Disease Psychosis (PDP) and Alzheimer's Disease Psychosis/Agitation, respectively, based on 100%, 30% and 20% probabilities of approval, respectively. Additional upside to our estimates could come from an ex-US partnership with a well-resourced collaborator or pimavanserin approval/use in schizophrenia or other dementia psychoses.

## Risks to Valuation

An investment in ACAD is a fundamentally high-risk, high-reward investment in our opinion. ACAD faces regulatory risk for pimavanserin in PDP/ADP, clinical risk for its Phase II pimavanserin study in ADP and agitation, and potential competitive risk from other antipsychotic therapies. Finally, investors may face dilution risk.



**ACADIA PHARMACEUTICALS INC.** October 4, 2017



| Distribution of Ratings/Investment Banking Services (IB) as of 06/30/17 | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **113** | **65.3** | **25** | **22.1** |
| **HOLD [MP]** | **60** | **34.7** | **6** | **10.0** |
| **SELL [UP]** | **0** | **0.0** | **0** | **0.0** |

## Explanation of Ratings

**Outperform (Buy):** **We expect this stock to outperform its benchmark over the next 12 months.**

**Market Perform (Hold/Neutral):** **We expect this stock to perform in line with its benchmark over the next 12 months.**

**Underperform (Sell):** **We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

[4]**Ex. 26**
**P. 5**



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. This is provided for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any product to which this information relates. The Firm, its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this report. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. Additional information is available upon request by contacting the Editorial Department at One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, and Investment Banking. Analysts, however, are not compensated for a specific investment banking services transaction or contributions to the Firm's investment banking activities.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders and other specialists accessed by Leerink and it provides information used by its analysts in preparing research.

Leerink Partners LLC makes a market in ACADIA Pharmaceuticals Inc.

Member FINRA/SIPC. ©2017 Leerink Partners LLC. All rights reserved. This document may not be reproduced or circulated without our written authority.



| LEERINK PARTNERS LLC EQUITY RESEARCH | | | |
|---|---|---|---|
| **Director of Equity Research** | **John L. Sullivan, CFA** | (617) 918-4875 | john.sullivan@leerink.com |
| **Associate Director of Research** | **James Kelly** | (212) 277-6096 | jim.kelly@leerink.com |
| **Vice President** | Jean Roberts, Ph.D. | (212) 277-6093 | jean.roberts@leerink.com |
| **Director of Therapeutic Research** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| **Major Pharmaceuticals** | **Seamus Fernandez** | (617) 918-4011 | seamus.fernandez@leerink.com |
| | Richard Goss | (617) 918-4059 | richard.goss@leerink.com |
| | Etzer Darout, Ph.D. | (617) 918-4020 | etzer.darout@leerink.com |
| **Large Cap Biotechnology** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| | Bradley Canino, CPA | (212) 277-6158 | bradley.canino@leerink.com |
| **Mid- and Small-Cap Biotechnology** | **Joseph P. Schwartz** | (617) 918-4575 | joseph.schwartz@leerink.com |
| | **Michael Schmidt, Ph.D.** | (617) 918-4588 | michael.schmidt@leerink.com |
| | **Paul Matteis** | (617) 918-4585 | paul.matties@leerink.com |
| | Benjamin Burnett, Ph.D. | (212) 277-6071 | benjamin.burnett@leerink.com |
| | Jonathan Chang, Ph.D., CFA | (617) 918-4015 | jonathan.chang@leerink.com |
| | Dae Gon Ha, Ph.D. | (617) 918-4093 | daegon.ha@leerink.com |
| | Varun Kumar, Ph.D. | (617) 918-4518 | varun.kumar@leerink.com |
| | Jeffrey Lin, Ph.D. | (617) 918-4838 | jeffrey.lin@leerink.com |
| **Life Science Tools & Diagnostics** | **Puneet Souda** | (212) 277-6091 | puneet.souda@leerink.com |
| | Kai Wang, CFA | (212) 277-6066 | kai.wang@leerink.com |
| **Medical Devices, Cardiology** | **Danielle Antalffy** | (212) 277-6044 | danielle.antalffy@leerink.com |
| | Rebecca Wang | (212) 277-6087 | rebecca.wang@leerink.com |
| **Medical Devices, Orthopedics** | **Richard Newitter** | (212) 277-6088 | richard.newitter@leerink.com |
| | Jaime L. Morgan | (212) 277-6073 | jaime.morgan@leerink.com |
| **Healthcare Services, Managed Care & Facilities** | **Ana Gupte, Ph.D.** | (212) 277-6040 | ana.gupte@leerink.com |
| | John Sourbeer | (212) 277-6139 | john.sourbeer@leerink.com |
| **Healthcare Technology & Distribution, Digital Health** | **David Larsen, CFA** | (617) 918-4502 | david.larsen@leerink.com |
| | Matt Dellelo, CFA | (617) 918-4812 | matt.dellelo@leerink.com |
| **Sr. Editor/Supervisory Analyst** | Mary Ellen Eagan, CFA | (617) 918-4837 | maryellen.eagan@leerink.com |
| **Supervisory Analysts** | Randy Brougher | | randy.brougher@leerink.com |
| | Robert Egan | | bob.egan@leerink.com |
| | Amy N. Sonne | | amy.sonne@leerink.com |
| **Editorial Associate** | Emily Singletary | (212) 277-6115 | emily.singletary@leerink.com |

**BOSTON**
One Federal St., 37th Fl.
**Boston, MA 02110**
**(800) 808-7525**

**NEW YORK**
299 Park Ave., 21st Fl.
New York, NY 10171
(800) 778-1653

**CHARLOTTE**
227 West Trade St., Ste. 2050
Charlotte, NC 28202
(704) 969-8944

**SAN FRANCISCO**
255 California St., 12th Fl.
San Francisco, CA 94111
(415) 905-7200

**Ex. 26**
**P. 7**

# Exhibit 27

# Acadia Pharmaceuticals

# ACAD unveils new indication with dementia psychosis ph 3 trial; PO to $46

**Reiterate Rating: BUY | PO: 46.00 USD | Price: 39.14 USD**

**Bank of America Merrill Lynch**

Equity | 05 October 2017

## ACAD initiates ph 3 trial with surprise upside

In an effort to broaden Nuplazid's addressable population ACAD announced initiation of the ph 3 trial of Nuplazid (pimavanserin) for hallucinations and delusions associated with dementia-related psychosis (DRP) and Breakthrough Therapy Designation (BTD). In doing so the company will discontinue enrollment of the ph 2 Alzheimer's agitation (ADA) study, which we view favorably given multiple potential ADA competitors. While increasing the potential sales trajectory for Nuplazid, the company would have to help increase awareness and diagnosis should this indication get approved. We previously modeled ADP and ADA separately, but consolidated our valuation to DRP (see below) and raise our PO to $46/sh. We reiterate our Buy rating based on Nuplazid's opportunity for future expansion and continued positive physician feedback on Nuplazid in PDP, and look forward to 3Q17 results noting our sales estimate could be conservative.

## DRP contributes $16/sh of SOP valuation

We now break out DRP in our model assuming 4mn dementia pts in the US, 30% prevalence of hallucinations/delusion, 15% market penetration and a 10% WACC. We est peak sales of $4.2bn in 2028, risk adjust revs by a 30% likelihood of success, which is relatively low given the late-stage of clinical development, and est Nuplazid label expansion to DRP in 2021. We continue to model $150mn cash raises in 2017 and 2018. Our current valuation does not include value for exUS DRP revenues, but partnering rights could provide non-dilutive cash to reduce the need for financing.

## HARMONY design may minimize placebo responses

HARMONY will enroll a broad spectrum of DRP including Alzheimer's, dementia with Lewy bodies, Parkinson's, vascular dementia and frontotemporal dementia. The trial entails a 12wk lead-in with all pts (n=~360) on Nuplazid. Responders will be randomized to remain on Nuplazid or receive placebo, and time to relapse of symptoms will be evaluated as the primary endpoint during a 26wk follow-up. The relapse design provides a larger long-term efficacy/safety population and enriches for responders, which ACAD thinks could reduce placebo responses. The company also believes a single positive ph 3 trial would provide enough clinical data to file for approval in DRP.

### Estimates (Dec)

| (US$) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| EPS | (1.63) | (2.34) | (2.59) | (1.81) | (0.70) |
| GAAP EPS | (1.63) | (2.32) | (2.59) | (1.81) | (0.70) |
| EPS Change (YoY) | -71.6% | -43.6% | -10.7% | 30.1% | 61.3% |
| Consensus EPS (Bloomberg) | | | (2.54) | (1.89) | (0.74) |
| DPS | 0 | 0 | 0 | 0 | 0 |

### Valuation (Dec)

| | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| P/E | NM | NM | NM | NM | NM |
| GAAP P/E | NM | NM | NM | NM | NM |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | NM | NM | NM | NM | NM |
| Free Cash Flow Yield* | -2.6% | -4.5% | -5.1% | -3.4% | -0.4% |

\* For full definitions of *IQmethod*<sup>SM</sup> measures, see page 5.

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 40.00 | 46.00 |
| 2019E Rev (m) | 357.5 | 354.9 |
| 2017E EPS | -2.64 | -2.59 |
| 2018E EPS | -1.90 | -1.81 |
| 2019E EPS | -0.84 | -0.70 |

**Tazeen Ahmad**
Research Analyst
MLPF&S
+1 646 855 4236
tazeen.ahmad@baml.com

**Peter Stapor**
Research Analyst
MLPF&S
+1 646 855 5825
peter.stapor@baml.com

### Stock Data

| | |
|---|---|
| Price | 39.14 USD |
| Price Objective | 46.00 USD |
| Date Established | 4-Oct-2017 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 20.68 USD - 40.83 USD |
| Mrkt Val (mn) / Shares Out (mn) | 4,761 USD / 121.7 |
| Average Daily Value (mn) | 48.64 USD |
| BofAML Ticker / Exchange | ACAD / NAS |
| Bloomberg / Reuters | ACAD US / ACAD.OQ |
| ROE (2017E) | -68.6% |
| Net Dbt to Eqty (Dec-2016A) | -31.5% |

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
Refer to important disclosures on page 6 to 8. Analyst Certification on page 3. Price Objective Basis/Risk on page 3.       11793454

Timestamp: 05 October 2017 07:54AM EDT

This report is intended for lbarthelemy@acadia-pharm.com Unauthorized redistribution of this report is prohibited.

**Ex. 27**
**P. 2**

# *iQ*profile*<sup>SM</sup>* Acadia Pharmaceuticals

## *iQ*method *<sup>SM</sup>* – Bus Performance*

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Return on Capital Employed | -58.0% | -67.6% | -61.7% | -53.8% | -23.5% |
| Return on Equity | -64.6% | -75.6% | -68.6% | -59.8% | -26.1% |
| Operating Margin | -269,855.7% | -1,574.1% | -284.8% | -111.1% | -29.4% |
| Free Cash Flow | (124) | (212) | (241) | (161) | (20) |

## *iQ*method *<sup>SM</sup>* – Quality of Earnings*

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NM | NM | NM | NM | NM |
| Asset Replacement Ratio | 3.3x | 0.8x | 0.8x | 2.4x | 7.2x |
| Tax Rate | NM | NM | NM | NM | NM |
| Net Debt-to-Equity Ratio | -51.0% | -31.5% | -16.4% | -38.1% | -33.6% |
| Interest Cover | NA | NA | NA | NA | NA |

## Income Statement Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Sales | 0 | 17 | 113 | 220 | 355 |
| % Change | -49.2% | 28,311.5% | 551.7% | 94.4% | 61.6% |
| Gross Profit | 0 | 14 | 102 | 206 | 334 |
| % Change | -49.2% | NM | 613.1% | 103.1% | 61.6% |
| EBITDA | (164) | (271) | (321) | (244) | (104) |
| % Change | -76.3% | -65.3% | -18.6% | 24.2% | 57.3% |
| Net Interest & Other Income | 0 | 4 | 4 | 4 | 4 |
| Net Income (Adjusted) | (164) | (271) | (318) | (240) | (101) |
| % Change | -77.8% | -65.0% | -17.1% | 24.4% | 58.1% |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | (164) | (269) | (318) | (240) | (101) |
| Depreciation & Amortization | 1 | 2 | 0 | 0 | 0 |
| Change in Working Capital | 4 | 14 | 18 | 18 | 18 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 38 | 43 | 58 | 61 | 64 |
| Capital Expenditure | (2) | (2) | 0 | (1) | (2) |
| Free Cash Flow | -124 | -212 | -241 | -161 | -20 |
| % Change | -86.1% | -71.0% | -13.8% | 33.1% | 87.6% |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Cash & Equivalents | 102 | 164 | 67 | 151 | 126 |
| Trade Receivables | 2 | 7 | 1 | 1 | 1 |
| Other Current Assets | 115 | 377 | 378 | 283 | 288 |
| Property, Plant & Equipment | 2 | 3 | 3 | 3 | 3 |
| Other Non-Current Assets | 1 | 10 | 1 | 1 | 1 |
| Total Assets | 222 | 561 | 450 | 439 | 419 |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 22 | 43 | 42 | 43 | 45 |
| Long-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 22 | 43 | 42 | 44 | 45 |
| Total Equity | 200 | 518 | 408 | 395 | 374 |
| Total Equity & Liabilities | 222 | 561 | 450 | 439 | 419 |

* For full definitions of *iQ*method *<sup>SM</sup>* measures, see page 5.

## Company Sector

Biotechnology

## Company Description

Acadia Pharmaceuticals is a biopharmaceutical company based in San Diego, CA focused on the development of therapeutics to treat Central Nervous System (CNS) disorders. Their lead asset Nuplazid (pimavanserin) has been approved for the treatment of Parkinson's Disease Psychosis (PDP). Nuplazid is also in development for the treatment of dementia-related psychosis.

## Investment Rationale

We rate ACAD shares Buy. Lead asset Nuplazid was launched in the US in June 2016. Nuplazid treats the symptoms of psychosis without impacting the control of motor symptoms from the underlying Parkinson's Disease. This fills a treatment void left by standard of care therapy, which includes reduction of PD medications and use of off-label antipsychotics. We believe ACAD could fill an area of undermet need to treat PD patients who suffer from psychosis.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,277,620 |

## Quarterly Earnings Estimates

| | 2016 | 2017 |
|---|---|---|
| Q1 | -0.45A | -0.72A |
| Q2 | -0.63A | -0.55A |
| Q3 | -0.62A | -0.66E |
| Q4 | -0.65A | -0.62E |

Bank of America
Merrill Lynch

Ex. 27
P. 3

## Price objective basis & risk

**Acadia Pharmaceuticals (ACAD)**
Our DCF-derived PO of $46 encompasses commercial drug Nuplazid in PDP, which represents the majority of our NPV, at $24/share. Additional indications for Nuplazid in dementia-related psychosis (DRP) contribute $16/share. We also assume a value of $200 million for Acadia's pipeline, which includes other potential indications for Nuplazid, such as schizophrenia, and other early-stage assets, including a partnered clinical program in chronic pain. The remainder of our NPV comes from cash and NOLs. We use a WACC of 9% for PDP and 10% for DRP, consistent with how we value other drugs in similar stages of development in our coverage universe. We assume a 20% tax rate for ACAD and zero terminal value.

Downside risks to our PO are: 1) slower-than-expected commercialization of Nuplazid in the neurology and psychiatry settings, 2) stronger-than-expected competition from other 5HT2A compounds and other drugs in development for the same indications as Nuplazid.

Upside risks are 1) faster-than-expected Nuplazid uptake in the US, 2) faster-than-expected EU approval and 3) potential for partnerships or transactions with larger pharma companies.

## Analyst Certification

I, Tazeen Ahmad, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

Ex. 27
P. 4

**US - Biotechnology Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Acadia Pharmaceuticals | ACAD | ACAD US | Tazeen Ahmad |
| | Aileron Therapeutics | ALRN | ALRN US | Ying Huang |
| | Aimmune Therapeutics | AIMT | AIMT US | Ying Huang |
| | Alexion Pharmaceuticals Inc. | ALXN | ALXN US | Ying Huang |
| | Amgen Inc. | AMGN | AMGN US | Ying Huang |
| | Amicus Therapeutics | FOLD | FOLD US | Tazeen Ahmad |
| | Ascendis Pharma | ASND | ASND US | Tazeen Ahmad |
| | Audentes Therapeutics | BOLD | BOLD US | Ying Huang |
| | AveXis, Inc. | AVXS | AVXS US | Tazeen Ahmad |
| | Biogen Inc. | BIIB | BIIB US | Ying Huang |
| | BioMarin | BMRN | BMRN US | Ying Huang |
| | Celgene Corp. | CELG | CELG US | Ying Huang |
| | Chi-med | HCM | HCM US | Ying Huang |
| | Clovis Oncology | CLVS | CLVS US | Tazeen Ahmad |
| | Cytomx Therapeutics Inc. | CTMX | CTMX US | Ying Huang |
| | DBV Technologies | DBVT | DBVT US | Tazeen Ahmad |
| | GW Pharmaceuticals Plc | GWPH | GWPH US | Tazeen Ahmad |
| | Heron Therapeutics | HRTX | HRTX US | Tazeen Ahmad |
| | Incyte Corporation | INCY | INCY US | Ying Huang |
| | Ironwood Pharmaceuticals | IRWD | IRWD US | Ying Huang |
| | Kala Pharmaceuticals | KALA | KALA US | Tazeen Ahmad |
| | Neurocrine Biosciences | NBIX | NBIX US | Tazeen Ahmad |
| | Pacira Pharmaceuticals | PCRX | PCRX US | Tazeen Ahmad |
| | Prothena Corporation | PRTA | PRTA US | Tazeen Ahmad |
| | Puma Biotechnology | PBYI | PBYI US | Ying Huang |
| | Radius Health, Inc. | RDUS | RDUS US | Ying Huang |
| | Regeneron Pharmaceuticals Inc. | REGN | REGN US | Ying Huang |
| | REGENXBIO Inc. | RGNX | RGNX US | Ying Huang |
| | SAGE Therapeutics | SAGE | SAGE US | Tazeen Ahmad |
| | Tesaro, Inc. | TSRO | TSRO US | Tazeen Ahmad |
| | The Medicines Company | MDCO | MDCO US | Tazeen Ahmad |
| | TiGenix NV | TIG | TIG US | Tazeen Ahmad |
| | Ultragenyx Pharmaceuticals | RARE | RARE US | Tazeen Ahmad |
| **NEUTRAL** | | | | |
| | bluebird bio | BLUE | BLUE US | Ying Huang |
| | Esperion Therapeutics | ESPR | ESPR US | Ying Huang |
| | Gilead Sciences Inc. | GILD | GILD US | Ying Huang |
| | PTC Therapeutics | PTCT | PTCT US | Tazeen Ahmad |
| | Seres Therapeutics | MCRB | MCRB US | Tazeen Ahmad |
| | Vertex Pharmaceuticals Inc. | VRTX | VRTX US | Ying Huang |
| **UNDERPERFORM** | | | | |
| | Adaptimmune | ADAP | ADAP US | Ying Huang |
| | Aduro Biotech, Inc. | ADRO | ADRO US | Ying Huang |
| | Biocryst Pharmaceuticals Inc | BCRX | BCRX US | Tazeen Ahmad |
| | Corcept Therapeutics | CORT | CORT US | Tazeen Ahmad |
| | Innoviva | INVA | INVA US | Tazeen Ahmad |
| | Intercept Pharmaceuticals | ICPT | ICPT US | Ying Huang |
| | Karyopharm Therapeutics | KPTI | KPTI US | Ying Huang |
| | Seattle Genetics | SGEN | SGEN US | Tazeen Ahmad |
| | Theravance Biopharma | TBPH | TBPH US | Tazeen Ahmad |

**Bank of America Merrill Lynch**

**Ex. 27**
**P. 5**

## *iQ*method ᴿᴹ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQ*method ᴿᴹis the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQ*database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQ*profile ᴿᴹ, *iQ*method ᴿᴹ are service marks of Bank of America Corporation. *iQ*database ®is a registered service mark of Bank of America Corporation.

Ex. 27
P. 6

# Disclosures
## Important Disclosures

**ACAD Price Chart**



B: Buy, N: Neutral, U: Underperform, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of August 31, 2017 or such later date as indicated.

**Equity Investment Rating Distribution: Health Care Group (as of 30 Sep 2017)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 127 | 56.70% | Buy | 74 | 58.27% |
| Hold | 45 | 20.09% | Hold | 23 | 51.11% |
| Sell | 52 | 23.21% | Sell | 16 | 30.77% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2017)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1513 | 51.82% | Buy | 956 | 63.19% |
| Hold | 646 | 22.12% | Hold | 396 | 61.30% |
| Sell | 761 | 26.06% | Sell | 359 | 47.17% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

**FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).**

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at http://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Acadia Pharmaceutica.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Acadia Pharmaceutica.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Acadia Pharmaceutica.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Acadia Pharmaceutica.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.
Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is

**Bank of America**
**Merrill Lynch**

**Ex. 27**
**P. 7**

indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://go.bofa.com/coi.

"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

MLPF&S distributes, or may in the future distribute, research reports of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International Incorporated (Seoul Branch) regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This research report: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the PRA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch International Bank Limited (Merchant Bank) (MLIBLMB) and Merrill Lynch (Singapore) (Company Registration Nos F 06872E and 198602883D respectively). MLIBLMB and Merrill Lynch (Singapore) are regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this report in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this research report is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this report in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Research reports prepared and issued by Merrill Lynch (DIFC) are done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this report in Germany and is regulated by BaFin.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. MLPF&S is the distributor of this research report in the US and accepts full responsibility for research reports of its non-US affiliates distributed to MLPF&S clients in the US. Any US person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this research report should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this report. Singapore recipients of this research report should contact Merrill Lynch International Bank Limited (Merchant Bank) and/or Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this research report.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This research report provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This report and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise.  Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this report.

Securities and other financial instruments discussed in this report, or recommended, offered or sold by Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented in this report. Such ideas or recommendations reflect the different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any

Bank of America
Merrill Lynch

Ex. 27
P. 8

recipient of this report.

In the event that the recipient received this report pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities mentioned in this report.

**Copyright and General Information regarding Research Reports:**

Copyright 2017 Bank of America Corporation. All rights reserved. iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Bank of America Corporation. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Bank of America Corporation. This research report is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research reports are distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and are not publicly-available materials. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) without first obtaining expressed permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers in research reports. To the extent this report discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this report. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this report is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This report may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current.  Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

**Bank of America**
**Merrill Lynch**

**Ex. 27**
**P. 9**

# Exhibit 28

**HCW**
H.C. WAINWRIGHT & CO.

# First Take

## ACADIA Pharmaceuticals, Inc. (ACAD)

October 5, 2017

Price: $39.14; Market Cap (M): $4,791; *10/4/2017 Close*

Rating: Buy; Price Target: $60.00

Andrew S. Fein - (212-356-0546) / afein@hcwresearch.com
Li Wang Watsek - (212-356-0513) / lwatsek@hcwresearch.com

### HARMONY Study Initiation: Killing "Multiple" Birds With One Stone? Reit Buy and $60 PT

**Initiation of the Ph3 HARMONY study is one step forward with our bull thesis.** With the initiation of HARMONY study in dementia-related psychosis (DRP) and discontinuation of SEREN study in AD agitation, we applaud what we view as a smart move by Acadia of pursuing a broader indication for pimavanserin, and more importantly, doing so with a solid clinical plan moving forward. At first glance, the seemingly bold move into DRP from ADP may appear over-ambitious (killing "multiple" birds with one stone). However, we note that a psychosis focus/approach may prove to be a smart play from both the commercial point of view and also from the mechanistic perspective. The blessing from the FDA with a Breakthrough Designation further elevates our sanguine outlook for the program. We highlight the significant upside coming with the DRP expansion as the target market is potentially bigger than ADP alone (if we assume ADP comprises 70% of the DRP). Even though we elect not to model this upside at this point, we reiterate our Buy rating with $60 PT.

**Repositioning pimavanserin in a broader DRP indication with a psychosis focus may be a smart play.** At first glance, expanding pimavanserin's indication from ADP to DRP going into a Ph3 trial may seem unexpected (even over-ambitious), given the original positioning of the drug in the Ph2 ADP-019 study. As DRP spans across multiple dementia subtypes with distinct and overlapping etiology, a natural question around the rationale behind targeting psychosis with one compound in pathologically different subgroups arises. The curiosity is two-fold: (1) can psychosis be treated as a commonality of dementia subtypes clinically and mechanistically (therefore as a distinct and standalone symptom)? And (2) if so, can pimavanserin work in treating the psychotic aspect of DRP regardless of underlying pathology? We note that from the clinical point of view, DRP shares common symptoms (often in later stages of disease) regardless of the etiology, including hallucination (usually visual), delusion, and delusional misidentifications, which are difficult to discern symptomatically (and often, DRP is not diagnosed into subtypes). Although the precise pathoetiological mechanisms underlying DRP are not fully elucidated, a multifactorial etiology for psychotic symptoms is supported by a body of studies. We would like to highlight the role of dopaminergic and serotoninergic dysfunction in DRP as evidenced by the fact that virtually all antiparkinsonian drugs may produce or worsen psychotic symptoms. Dementia along with other neurotransmitter system imbalances (occur in all forms of dementia) are also identified as possible risk factors for psychosis. On the other hand, given the fact that pimavanserin acts in the serotoninergic system, and the positive results in both PDP and ADP studies (and stronger signal in enriched subgroup of PDP with dementia), we think repositioning pimavanserin in the broadest indication may be a smart move for Acadia from both the commercial point of view and also from the mechanistic perspective.

**Relapse prevention design mitigates trial risks typically associated with neuropsychiatric studies.** On top of the repositioning move, we are also pleasantly surprised by the smart and solid design of the Ph3 HARMONY study. Recall, the placebo effect presented as a major roadblock in previous Ph3 studies of pimavanserin in PDP. Going into HARMONY, a relapse prevention design with a 12-week open-label stabilization period should serve to tease out responders from non-responders, subsequently mitigating the pitfall of placebo effect while in the meantime, enriching the target population (and the probability of success). Management also highlighted the power of the design, which historically yielded better results in numerous neuropsychiatric studies (i.e., bipolar). As the company commented that there is no pre-specified number for DRP subtypes, it is difficult at this point to analyze the statistical power and plan of the trial with the stratification unknown. We will likely gain more clarity as enrollment progresses, which may take 2 to 2.5 years.

(continued on next page)

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 3 - 4 of this report.

**Ex. 28**

**P. 2**

ACADIA Pharmaceuticals, Inc.                                                                                    October 5, 2017

**Valuation and risks.** Our $60 PT is based on an equally weighted composite of: (a) $63.53/share, as a 35x multiple of taxed and diluted FY22 GAAP EPS of $4.73 discounted back to FY17 at 20%; and (b) an NPV of $57/share (discount rate 10%, growth rate 2.5%). Risks to our investment thesis and target price include: (1) failure of Nuplazid in further clinical studies; (2) failure of Nuplazid to secure regulatory approval in further indications; and (3) failure of Nuplazid to achieve peak commercial revenue estimates in our model, due to market size, penetration rates, and pricing.

ACADIA Pharmaceuticals, Inc.                                                                    October 5, 2017

**Important Disclaimers**

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Rating and Price Target History for: ACADIA Pharmaceuticals, Inc. (ACAD-US) as of 10-04-2017

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of October 4, 2017 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 222 | 88.80% | 75 | 33.78% |
| Neutral | 10 | 4.00% | 0 | 0.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 18 | 7.20% | 3 | 16.67% |
| **Total** | 250 | 100% | 78 | 31.20% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Andrew S. Fein and Li Wang Watsek , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of ACADIA Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of September 30, 2017 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of ACADIA Pharmaceuticals, Inc..

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

H.C. WAINWRIGHT & CO. EQUITY RESEARCH

ACADIA Pharmaceuticals, Inc.                                                                October 5, 2017

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from ACADIA Pharmaceuticals, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in ACADIA Pharmaceuticals, Inc. as of the date of this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co, LLC. Additional information available upon request.

# Exhibit 29

Ex. 29

P. 1

**October 5, 2017**
**Biotechnology - Rating/Price Target Change**



# ACADIA Pharmaceuticals Inc. (ACAD)

Breakthrough Designation and Trial Design for Dementia-Related Psychosis Both Represent Upside Surprises

**MARKET OUTPERFORM** | Price: $39.14 | Target Price: $50.00

### MARKET DATA

| Price | $39.14 |
| --- | --- |
| 52-Week Range: | $20.68 - $40.83 |
| Shares Out. (M): | 122.1 |
| Market Cap ($M): | $4,779.0 |
| Average Daily Vol. (000): | 1,468.0 |
| Cash (M): | $417 |
| Cash/Share: | $3.42 |
| Enterprise Value (M): | $3,190 |
| LT Debt (M): | $0 |

Source: Thomson Reuters and JMP Securities LLC

| FY DEC | | 2016A | 2017E | 2018E |
| --- | --- | --- | --- | --- |
| Revenue ($M) | 1Q | $0.0 | $15.3A | -- |
| | 2Q | $0.1 | $30.5A | -- |
| | 3Q | $5.3 | $30.9 | -- |
| | 4Q | $12.0 | $35.6 | -- |
| | FY | $17.3 | $112.3 | $221.2 |
| EPS | 1Q | ($0.45) | ($0.72)A | -- |
| | 2Q | ($0.63) | ($0.55)A | -- |
| | 3Q | ($0.61) | ($0.67) | -- |
| | 4Q | ($0.65) | ($0.69) | -- |
| | FY | ($2.34) | ($2.64) | ($2.05) |

Source: Company reports and JMP Securities LLC

### STOCK PRICE PERFORMANCE



## INVESTMENT HIGHLIGHTS

**Clarity on Phase 3 plans in dementia-related psychosis highlights program optimized for success, and Breakthrough Therapy designation reinforces strength of prior supportive datasets; we reiterate our Market Outperform rating and raise our price target to $50 from $47 on ACADIA Pharmaceuticals.** Yesterday afternoon, ACADIA announced the initiation of the Phase 3 HARMONY trial evaluating pimavanserin in patients with dementia-related psychosis (DRP). The company simultaneously announced that the FDA has granted the drug Breakthrough Therapy designation for this indication, in our opinion, reflecting compelling clinical evidence of benefit in this broad population from the PDD subpopulation of the PDP Phase 3 trial and the Phase 2 ADP results. The Phase 3 trial is a relapse prevention study, which we believe optimizes both timelines to results and potential for a successful outcome. We update our model to include the broader DRP population (vs. prior ADP only) and increase our probability of success in this indication to 65% from 50%. Our $50 price target is derived from an unchanged risk-adjusted, NPV analysis of NUPLAZID in PDP and additional indications (Figure 1).

**Relapse prevention design is capital and time efficient and should optimize potential for success by initially selecting for pimavanserin responders, in our view.** ACADIA has designed HARMONY as a global Phase 3, randomized-withdrawal, double-blind, placebo-controlled trial (Figure 2). The trial is intended to enroll ~360 patients with mild-to-moderate psychosis due to the most prevalent types of dementia (Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, or frontotemporal dementia (FTD)). Patients experiencing acute psychosis symptoms will first enter into a 12-week, open-label, run-in phase where all patients will receive 34 mg QD pimavanserin, with a dose reduction to 20 mg QD in the first four weeks if needed. Responding patients will be randomized 1:1 to their existing dose of pimavanserin or placebo for an additional 26 weeks or until first relapse. The primary endpoint in the study is time to relapse in the double-blind period. This event-driven trial is powered at 90%.

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan**
rbuchanan@jmpsecurities.com
(212) 906-3509

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**

**Ex. 29**
**P. 2**

**JMP**

**The Phase 2 and 3 trials provide clinically and statistically robust evidence of pimavanserin's benefit on psychoses symptoms in multiple dementia populations.** Recall that in the Phase 3 020 trial for pimavanserin in Parkinson's disease psychosis (PDP), a larger magnitude of improvement in psychoses symptoms was observed in the subpopulation of patients with Parkinson's disease dementia (PDD, ~27% of patients in the 020 trial). In the 020 trial, patients with mild cognitive impairment (MMSE 21-25) achieved a ~6.0 point reduction in SAPS-PD vs. placebo (p=0.002) (middle plot in Figure 3) vs. 3.3 points in the overall ITT population (left plot in Figure 3). Additionally, results from the Phase 2 019 trial in patients with Alzheimer's disease psychosis (ADP), announced in December 2016, demonstrated a significant improvement in psychosis as measured by the Neuropsychiatric Inventory-Nursing Home (NPI-NH) psychosis score (p=0.0451). Detailed results from the 019 trial will be presented next month (November 3) at the Clinical Trials on Alzheimer's disease (CTAD) annual meeting. We think the results from these trials supported both the FDA's alignment on a broad DRP indication and clinical evidence of benefit for BTD.

**Substantial market opportunity, beyond Alzheimer's alone.** Based on literature reviews, ACADIA estimates there to be ~8MM people in the U.S. with dementia, about half having been diagnosed, of which ~30% have psychosis symptoms. The company believes that ~70% have dementia due to Alzheimer's, ~20% with vascular dementia, and ~4-5% each due to DLB, Parkinson's, or FTD. No agents are approved for treating dementia-related psychosis, with antipsychotics being used off-label, but often producing negative effects that can worsen the underlying dementias. While the dementia pathologies and possibly even psychosis pathologies may be different, the psychosis symptoms are similar between subtypes and treatment is similar.

**SERENE stop not an overhang.** ACADIA also announced it is halting the Phase 2 trial of pimavanserin for treating Alzheimer's agitation in order to not compete with HARMONY and to conserve resources. Management stated that there was ~30% crossover between the two indications. The company indicated that the trial remains blinded both for efficacy and safety. Patients already in the trial will continue to completion.

**FIGURE 1.   ACADIA Valuation Summary**

|  | Peak sales ($MM)* | Peak sales year | Probability of success | Discount rate | NPV | NPV/share | Value Contribution |
|---|---|---|---|---|---|---|---|
| **Pimavanserin** |  |  |  |  | **$4,224M** | **$48.04** | *95%* |
| PDP - US | 1,155 | 2021 | 100% | 12.5% | $3,227M | $26.37 | *52%* |
| PDP - Ex-US | 363 | 2025 | 90% | 12.5% | $361M | $2.95 | *6%* |
| Dementia-related psychosis - US | 2,804 | 2027 | 65% | 12.5% | $1,656M | $13.53 | |
| Additional indications - US | 739 | 2025 | 50% | 12.5% | $636M | $5.19 | *10%* |
| **Cash (YE 2017)** |  |  |  |  | **$292M** | **$2.39** | *5%* |
| Shares Outstanding (M) |  |  |  |  | 122.4 |  | |
| **Total Value / Price Target** |  |  |  |  | **$4,517M** | **$50.43** | *100%* |

\* Sales in the year peak penetration is achieved

*Source: JMP Securities LLC*

**ACADIA Pharmaceuticals Inc. (ACAD)**

**JMP**

**FIGURE 2.   HARMONY Trial Design**



*Source: Company Reports*

**FIGURE 3.    020 Primary Efficacy & Dementia Subgroup Efficacy**



*Source: Company Reports*

October 5, 2017

**Ex. 29** 3

**P. 4**

**ACADIA Pharmaceuticals Inc. (ACAD)**

## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, in clinical development for three neurological indications with high unmet medical need. The drug candidate has successfully completed Phase 3 trials for psychoses in Parkinson's disease psychosis (PDP) and a Phase 2 trial is ongoing in Alzheimer's disease psychosis (ADP). Additionally, the company is evaluating the drug candidate in schizophrenia.

## Investment Risks

Development and regulatory risks. Currently, ACADIA has one drug candidate that has completed Phase 3 testing, NUPLAZID, under investigation for Parkinson's disease psychosis. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a relatively high risk to newsflow and our financial projections.

Intellectual property risk. ACADIA has been issued patents covering its drug discovery technology platform and a composition of matter patent for NUPLAZID.

Competition. If successfully developed, ACADIA's products will compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

**ACADIA Pharmaceuticals Inc. (ACAD)**



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts,circumstances or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of October 5, 2017)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 282 | 60.39% | Buy | 282 | 60.39% | 77 | 27.30% |
| MARKET PERFORM | Hold | 177 | 37.90% | Hold | 177 | 37.90% | 32 | 18.08% |
| MARKET UNDERPERFORM | Sell | 7 | 1.50% | Sell | 7 | 1.50% | 0 | 0% |
| COVERAGE IN TRANSITION | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 467 | 100% | | 467 | 100% | 109 | 23.34% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.





**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2017. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**ACADIA Pharmaceuticals Inc. (ACAD)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan (212) 906-3578
    Brian McKenna (212) 906-3545

**Commercial & Specialty Finance**
Christopher York (415) 835-8965
    Thomas Wenk (415) 835-8962

**Consumer Finance**
David M. Scharf (415) 835-8942
    Jeff Zhang, CFA (415) 835-8948

**Financial Processing & Outsourcing**
David M. Scharf (415) 835-8942
    Jeff Zhang, CFA (415) 835-8948

**Insurance**
Matthew J. Carletti (312) 768-1784
    Karol Chmiel (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan (212) 906-3578
    Brian McKenna (212) 906-3545

**Mortgage Operating Companies**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney (212) 906-3517
Trevor Cranston, CFA (415) 869-4431
    Mikhail Goberman (212) 906-3543
    Benjamin Zucker (212) 906-3529

**Regional Banks**
Emlen Harmon (212) 906-3547
    Chris Muller (212) 906-3559

### HEALTHCARE

**Biotechnology**
Liisa A. Bayko (312) 768-1785
    Amy Wang (312) 768-1796
    Jonathan Wolleben (312) 768-1788
Jason N. Butler, PhD (212) 906-3505
    Roy Buchanan (212) 906-3509
Michael G. King, Jr. (212) 906-3520
    Konstantine Aprilakis, MD (212) 906-3503
    Michael Englander (212) 906-3540

**Healthcare Services & Facilities**
Peter L. Martin, CFA (415) 835-8904
    Brian Riley (415) 835-8908

**Medical Devices & Supplies**
David Turkaly (212) 906-3563
    John Gillings (212) 906-3564

**Specialty Pharmaceuticals**
Donald Ellis (212) 906-3507
    Nazibur Rahman (212) 906-3519

### REAL ESTATE

**Housing & Land Development**
Peter L. Martin, CFA (415) 835-8904
Aaron Hecht (415) 835-3963
    Doug Hansen (415) 835-8934

**Lodging & Leisure/REITs: Hotels**

**Property Services**
Mitch Germain (212) 906-3546
    Corey DeVito (212) 906-3525

**REITs: Healthcare, Residential, & Specialty**
Peter L. Martin, CFA (415) 835-8904
Aaron Hecht (415) 835-3963
    Brian Riley (415) 835-8908

**REITs: Diversified, Industrial, Office, & Retail**
Mitch Germain (212) 906-3546
    Corey DeVito (212) 906-3525

**Residential Services**
Peter L. Martin, CFA (415) 835-8904
    Aaron Hecht (415) 835-3963

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha (415) 835-8998
    McCrea Dunton (415) 835-8996

**Internet Security, Communications Infrastructure, & Storage**
Erik Suppiger (415) 835-3918
    Michael Berg (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III (212) 906-3528
    Andrew Boone, CFA (415) 835-3957
    Shweta Khajuria (415) 835-8916

**Software**
Patrick Walravens (415) 835-8943
    Mathew Spencer (415) 835-8930
Greg McDowell (415) 835-3934
    Rishi Jaluria (415) 835-3961

---

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com

**Ex. 29**
**P. 8**

# Exhibit 30



*October 5, 2017*

# ACADIA Pharmaceuticals Inc. (ACAD)

## Dementia-Related Psychosis Phase 3 Trial Initiated. FDA Grants Breakthrough.

**INVESTMENT HIGHLIGHTS:** Acadia announced yesterday initiation of a Phase 3 trial of Nuplazid in Dementia-Related Psychosis and that FDA has granted Breakthrough designation for the drug in this indication. The Phase 3 trial is open to a wide range of patients, including Alzheimer's Disease, Lewy Bodies Dementia, Parkinson's Disease Dementia, Vascular Dementia, and Frontotemporal Dementia. Mgmt announced that Phase 2 SERENE trial in Alzheimers Disease Agitation will no longer enroll patients given overlap with the recently initiated Phase 3 trial. We have a favorable bias towards Nuplazid in Dementia given encouraging results from a Phase 2 trial last year. Details from this trial are expected to be presented at CTAD mtg 11/3/17. Reiterate BUY.

- Phase 3 HARMONY trial is expected to enroll 360 pts, all of whom will initially be treated with 34mg QD Nuplazid for 12wks. Responders (criteria not disclosed) will then be randomized (double-blind) to placebo or Nuplazid for 26wks. Primary endpoint is time to relapse of psychosis after randomization. Dose reduction to 20mg QD Nuplazid is allowed under certain circumstances during initial 4wks of open-label phase. No guidance on timelines, although mgmt suggested that enrollment may take 2+ yrs to complete.

- Pt enrollment in Phase 2 SERENE trial of Nuplazid in AD Agitation has been discontinued due to overlap with Phase 3 HARMONY trial. Mgmt noted SERENE trial is still blinded, but provided no insight into number of pts enrolled or when or if results may be announced.

- Results from Phase 2 trial of Nuplazid in AD Psychosis will be presented at upcoming Clinical Trials on Alzheimer's Disease (CTAD) mtg 11/3/17 in Boston. Trial met 6wk primary endpoint of improvement in Neuropsychiatric Inventory-Nursing Home Psychosis score (NPI-NH; -3.76 Nuplazid vs -1.93 Pbo; p=0.0451). The effect continued through wk 12, a secondary endpoint, but was not statistically significant.

- Acadia ended 2Q17 w/ $417.3M in cash, down from $469.5M in 1Q17. R&D expense guidance for 3Q17 (low $40M) is unch.

## COMPANY FLASH

| | |
|---|---|
| Stock Rating | **BUY** Unchanged |
| Price Target | **$49.00** |

### Biotechnology

**Alan Carr, Ph.D., CFA**
(212) 705-0435
acarr@needhamco.com

**Danielle Brill, Pharm.D., BCPS**
(212) 705-0405
dbrill@needhamco.com

### Stock Price Performance

ACADIA Pharmaceuticals Inc.        10/05/17



### Market Data

| | |
|---|---|
| Price (10/04/2017) | $39.14 |
| 52-Week Range | $40.83 - $20.68 |
| Shares Outstanding | 122.40 |
| Market Cap (MM) | $4,790.8 |
| Avg. Daily Volume | 1,382,754.0 |
| Total Debt/Cap. | 0.00% |

**Relevant disclosures begin on page 2 of this report.**

**Ex. 30**
**P. 2**

## Valuation (Price Target: $49.00)

- Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, revenues, and financings. Our Buy rating and price target are based on 25x our 2021 EPS estimate, discounted 20% annually.

- No other drugs have been approved by FDA for treatment of Parkinson's Disease Psychosis. Seroquel (quetiapine) is used extensively, despite sedation and disappointing efficacy in clinical trials. Clozapine is recommended, but is rarely used because of the need for regular testing for agranulocytosis. Estimates of PDP prevalence as a percentage of Parkinson's disease patients vary significantly, ranging from 8% to 50%, although Acadia estimates there are 150,000 PDP patients currently under treatment with an antipsychotic.

- We assume peak sales in PDP of around $1B in 2027. This implies treatment of roughly 25,000 patients, with 5% annual price increases.

- We expect the drug to ultimately have utility in other psychiatric indications. Our model assumes modest (conservative) growth beyond PDP, beginning in late 2019. We believe expansion to other indications, including Dementia-Related Psychosis, could have a substantial impact on peak sales potential in the long term. For context, the antipsychotic Abilify generated over $7B (2011) and Seroquel generated over $6B (2011) in WW peak sales.

- Several patents are listed in the FDA Orange Book, the last of which expires 6/3/2028 (US 7,732,615). This excludes potential 6 month pediatric expansion. Statutory NCE exclusivity expires 4/29/2021.

## Risks to Target

- Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

- Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

- Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

- Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

- Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



**Ex. 30**

**P. 3**

*October 5, 2017*

**ANALYST CERTIFICATION**

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 9 | 29 |
| Buy | 65 | 18 |
| Hold | 25 | 5 |
| Underperform | 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 73% of companies under coverage would have a "Buy" rating and 19% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 445 Park Ave., 3rd Floor, New York, NY 10022

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

<u>Disclosures</u>

The Firm and/or its affiliate have received compensation for investment banking services from the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The subject company ACADIA Pharmaceuticals Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

<u>Equity Options Disclosure</u>

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

**Ex. 30**

**P. 4**



This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Options Sales and Trading Desk (212-705-0369) for additional information.

<u>**Additional Disclosures for Israeli Clients**</u>

All information presented in this document is, unless otherwise specified, under copyright of Needham & Company, LLC ("Needham"). No part of this publication may be copied or redistributed to other persons or companies without the prior written consent of Needham. These reports have been prepared by Needham and distributed by Clal Finance Batucha Brokerage, Ltd. ("Clal"), which accepts sole responsibility for its content subject to the terms set forth below.

Neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham is liable for any incomplete or improper transmission of these reports or for any delay in transmission. Any unauthorized use, disclosure, copying, distribution, or taking of any action in reliance on these reports is strictly prohibited. The views and expressions in the reports are expressions of opinion and are given in good faith, but are subject to change without notice. These reports may not be reproduced in whole or in part or passed to third parties without permission. Clal or its affiliates (and any director, officer or employee thereof) and Needham do not guarantee their accuracy or completeness, and neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham shall be liable in respect of any errors or omissions or for any losses or consequential losses arising from such errors or omissions.

Neither the information contained in these reports nor any opinion expressed constitutes an offer, or an invitation to make an offer, to buy or sell any securities or any options, futures or other derivatives related to such securities ("related investments"). Clal or its affiliates (and any director, officer or employee thereof) and Needham may trade for their own accounts as odd-lot dealer, market maker, block positioner, specialist and/or arbitrageur in any securities of the issuer or in related investments, and may be on the opposite side of public orders. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may have a long or short position in any securities of the issuer or in related investments. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any entity mentioned in these reports.

These reports are prepared in general for the Israeli clients of Clal who are qualified institutional customers as defined by reference to the First Schedule to the Securities Law, 1968, of the State of Israel. They do not have regard to the specific investment objectives, financial situation and the particular needs of any specific person who may receive any of these reports. Investors should seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed or recommended in these reports and should understand that statements regarding future prospects may not be realized. Investors should note that income from such securities, if any, may fluctuate and that each security's price or value may rise or fall. Accordingly, investors may receive back less than originally invested. Past performance is not necessarily an indication of future performance.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or related investment mentioned in these reports. In addition, investors in securities such as ADRs, whose value are influenced by the currency of the underlying security, effectively assume currency risk. Unless agreed in writing with Clal, this research is intended solely for use internally by the recipient.

**Needham is not an authorized broker, dealer or investment adviser outside the United States. The research does not constitute an offer to provide financial services to anyone outside the United States. Any investor in Israel wishing to buy or sell the securities mentioned in this report should do so through Clal.**

**Neither Needham, the research analyst nor anyone else acting on behalf of Needham is an Israeli investment advisor, investment marketer or portfolio licensed under the Israeli Regulation of Investment Advice, Investment Marketing and Investment Portfolio Management law, 1995. Accordingly, Needham does not maintain the insurance specifically required of a licensee in accordance with such law.**

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2017, Needham & Company, LLC, Member FINRA, SIPC.

**Ex. 30**
**P. 5**