# Exhibit 31

# PiperJaffray®

COMPANY NOTE
October 5, 2017

## ACADIA Pharmaceuticals (ACAD) — Overweight

### Not Losing Our Marbles: Risk-Reduced Study in DRP Could Drive Real Upside

### CONCLUSION

On Wednesday, ACADIA announced that it has initiated the Phase III trial "HARMONY" in dementia-related psychosis (DRP), and received FDA Breakthrough Designation for this indication - the second for pimavanserin to date. At a market cap of ~$4.8B, based on one novel drug in one otherwise undrugged indication, we are accustomed to debating upside potential for ACAD. However, yesterday's reveal of a novel clin/reg strategy in a broad set of dementia-related psychoses, which we see as risk-reduced by previous data and trial design, enhances our conviction in ACADIA driving upside to its base case in PDP. Therefore, today we're increasing our PT from $54 to $61, representing ~50% upside to current levels. In advance of increasingly visible commercial progress in PDP and clinical execution on label expansion studies, we reiterate OW.

- **SERENE to HARMONY.** ACADIA will now terminate the Phase II SERENE study in Alzheimer's agitation/aggression to reduce competition for patients in HARMONY, the Phase III it has initiated in dementia-related psychosis – Exhibit 1. We are supportive of this "switch" for three reasons. First, we believe the company's Phase II in ADP (top-line results late'16) provides the strongest rationale for studying pima' in psychosis symptoms specifically. Second, we anticipate the time-to-relapse design can enhance signal to noise in heterogeneous, often difficult populations by selecting for responders to drug in the open-label period. Together, these should reduce clinical risk and time to market versus studying a "de novo" indication from Phase II onwards. Third, on the commercial front, we think pursuing this broader indication under BTD should help expand the total addressable market beyond just Alzheimer's without necessarily extending timelines to market or reducing pricing power. Our diligence at clinical meetings suggests that the shift to study pima' in a broader set of dementias has in part been driven by interest from prescribers during the NUPLAZID launch, and therefore we see HARMONY as addressing an existing market need which should build on the momentum of the PDP launch.

- **Model Updates: PT to $61.** Based on ACADIA's clinical strategy and BTD, we perceive reduced clinical and regulatory risk for this label expansion program. Therefore, we are reducing our discount rate on the US revenue stream from 25% to 20%, and on the EU revenue stream from 30% to 25%. Based on yesterday's updates on timing, we are also pushing back first sales in dementia-related psychosis to 2H20 in the US and 2021 in the EU. Despite the efficient path to market we expect for these programs, we anticipate this program could take approximately 24 months to complete. Finally, we are rolling forward our discount rates to YE18 as a regular annual update. Together, these changes result in a new PT of $61, up from $54, representing in approximately 50% upside to current trading levels – Exhibit 2.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Emergence of a safety signal, lack of clinical efficacy, or regulatory hurdles.

### COMPANY DESCRIPTION

ACADIA is focused on neurological and psychiatric diseases.

**PRICE: US$39.14**
**TARGET: US$61.00**

Sum-of-the-parts DCF of pima' sales in PDP and psychosis associated with other dementias..

**Charles C. Duncan, PhD**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, charles.c.duncan@pjc.com
**Sarah R. Weber**
Research Analyst, Piper Jaffray & Co.
212 284-9321, sarah.r.weber@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$54.00 | US$61.00 |
| FY17E Rev (mil) | — | US$113.4 |
| FY18E Rev (mil) | — | US$210.6 |
| FY17E EPS | — | US$(2.37) |
| FY18E EPS | — | US$(1.71) |

| | |
|---|---|
| 52-Week High / Low | US$40.83 / US$20.68 |
| Shares Out (mil) | 122.0 |
| Market Cap. (mil) | US$4,775.1 |
| Avg Daily Vol (000) | 1,383 |
| Book Value/Share | US$3.40 |
| Net Cash Per Share | US$3.42 |
| Debt to Total Capital | 0.0% |
| Div (ann) | 0.00 |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**

*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2016A | 0.0 | 0.1 | 5.3 | 12.0 | 17.3 | 276.0x | (0.45) | (0.63) | (0.61) | (0.65) | (2.34) | NM |
| 2017E | 15.3A | 30.5A | 33.0 | 34.7 | 113.4 | 42.1x | (0.72)A | (0.55)A | (0.55) | (0.55) | (2.37) | NM |
| 2018E | 41.9 | 49.1 | 56.2 | 63.4 | 210.6 | 22.7x | (0.48) | (0.46) | (0.41) | (0.36) | (1.71) | NM |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 5 - 6 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

Ex. 31
P. 2

PiperJaffray

Exhibit 1

## HARMONY Program



**HARMONY:** Randomized, double-blind, placebo-controlled, multi-center relapse prevention outpatient study

*Starting daily dose of 34 mg of pimavanserin at baseline may be adjusted to 20 mg between weeks one and four, if clinically justified.



Source: Company Reports

**Ex. 31**

**PiperJaffray**

COMPANY NOTE
October 5, 2017

Exhibit 2

## Current $61 PT

|  | NPV (mn$) | NPV per share ($) |
|---|---|---|
| **Pima' sales in PDP (US)** | 4,626 | 37.69 |
| **Pima' sales in PDP (EU)** | 729 | 5.94 |
| **Pima' sales in DRP (US)** | 4,011 | 32.68 |
| **Pima' sales in DRP (EU)** | 781 | 6.36 |
| **Other Income & Expenses** | (2,600) | (21.18) |
| Cash | 0 | 0.00 |
| Long-term debt | 0.0 | 0.0 |
| **Total NPV** | **7,547** | **$61.49** |

## Previous $54 PT

|  | NPV (mn$) | NPV per share ($) |
|---|---|---|
| **Pima' sales in PDP (US)** | 4,739 | 38.61 |
| **Pima' sales in PDP (EU)** | 608 | 4.95 |
| **Pima' sales in ADP (US)** | 3,131 | 25.51 |
| **Pima' sales in ADP (EU)** | 690 | 5.62 |
| **Other Income & Expenses** | (2,517) | (20.51) |
| Cash | 0 | 0.00 |
| Long-term debt | 0.0 | 0.0 |
| **Total NPV** | **6,650** | **$54.19** |

Source: PJC Research

ACADIA Pharmaceuticals Inc.

**Ex. 31**

**P. 4**

| | 2014 | 2015 | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 2016A | 1Q17A | 2Q17A | 3Q17E | 4Q17E | 2017E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | |
| Collaborative revenue | 120 | 61 | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Product sales/royalties | | 0 | 0 | 97 | 5,268 | 11,962 | 17,327 | 15,286 | 30,475 | 32,975 | 34,707 | 113,443 | 41,887 | 49,067 | 56,247 | 63,427 | 210,628 |
| **Total Revenues** | **120** | **61** | **4** | **97** | **5,268** | **11,962** | **17,331** | **15,286** | **30,475** | **32,975** | **34,707** | **113,443** | **41,887** | **49,067** | **56,247** | **63,427** | **210,628** |
| COGS | 0 | 0 | 0 | 526 | 845 | 1,704 | 3,075 | 2,263 | 2,224 | 2,406 | 2,533 | 9,426 | 3,057 | 3,581 | 4,105 | 4,629 | 15,371 |
| **Gross Profit** | **120** | **61** | **4** | **-429** | **4,423** | **10,258** | **14,256** | **13,023** | **28,251** | **30,569** | **32,174** | **104,016** | **38,830** | **45,486** | **52,142** | **58,798** | **195,256** |
| **Operating expenses** | | | | | | | | | | | | | | | | | |
| License Fees | | 2,500 | 0 | 248 | 475 | 608 | 1,331 | 675 | 982 | 1,649 | 1,735 | 5,041 | 2,094 | 2,453 | 2,812 | 3,171 | 10,531 |
| R&D | 60,602 | 73,869 | 22,775 | 20,478 | 25,813 | 30,218 | 99,284 | 35,409 | 34,180 | 34,522 | 34,867 | 138,978 | 35,216 | 35,568 | 35,924 | 36,283 | 142,990 |
| SG&A | 32,748 | 88,304 | 27,491 | 50,768 | 50,534 | 57,663 | 186,456 | 65,745 | 61,523 | 62,138 | 62,760 | 252,166 | 63,387 | 64,021 | 64,661 | 65,308 | 257,377 |
| **Total operating expenses** | **93,350** | **164,673** | **50,266** | **72,020** | **77,667** | **90,193** | **290,146** | **104,092** | **98,909** | **100,715** | **101,895** | **405,611** | **100,697** | **105,623** | **107,502** | **109,391** | **423,213** |
| **Operating income (loss)** | **(93,230)** | **(164,612)** | **(50,262)** | **(71,923)** | **(72,399)** | **(78,231)** | **(275,890)** | **(88,806)** | **(68,434)** | **(67,740)** | **(67,188)** | **(292,168)** | **(58,810)** | **(56,556)** | **(51,255)** | **(45,964)** | **(212,585)** |
| Interest/other income (expense) | 755 | 499 | 500 | 601 | 786 | 876 | 2,763 | 963 | 993 | 10 | 10 | 1,976 | 10 | 10 | 10 | 10 | 40 |
| **Pretax income (loss)** | **(92,475)** | **(164,113)** | **(49,762)** | **(71,322)** | **(71,613)** | **(77,355)** | **(270,052)** | **(87,843)** | **(67,441)** | **(67,730)** | **(67,178)** | **(290,192)** | **(58,800)** | **(56,546)** | **(51,245)** | **(45,954)** | **(212,545)** |
| Income tax | 0 | 330 | 0 | 0 | 0 | 1,341 | **1,341** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net income (loss)** | **(92,475)** | **(164,443)** | **(49,762)** | **(71,322)** | **(71,613)** | **(78,696)** | **(271,393)** | **(87,843)** | **(67,441)** | **(67,730)** | **(67,178)** | **(290,192)** | **(58,800)** | **(56,546)** | **(51,245)** | **(45,954)** | **(212,545)** |
| **EPS** | | | | | | | | | | | | | | | | | |
| **Basic** | **($0.95)** | **($1.63)** | **($0.45)** | **($0.63)** | **($0.61)** | **($0.65)** | **($2.34)** | **($0.72)** | **($0.55)** | **($0.55)** | **($0.55)** | **($2.37)** | **($0.48)** | **($0.46)** | **($0.41)** | **($0.36)** | **($1.71)** |
| **Diluted** | **($0.95)** | **($1.63)** | **($0.45)** | **($0.63)** | **($0.61)** | **($0.65)** | **($2.34)** | **($0.72)** | **($0.55)** | **($0.55)** | **($0.55)** | **($2.37)** | **($0.48)** | **($0.46)** | **($0.41)** | **($0.36)** | **($1.71)** |
| **Shares outstanding** | | | | | | | | | | | | | | | | | |
| Basic | 97,248 | 100,630 | 111,346 | 113,308 | 117,497 | 121,202 | 115,838 | 121,651 | 122,122 | 122,427 | 122,733 | 122,233 | 123,040 | 123,348 | 123,656 | 126,965 | 124,252 |
| Diluted | 97,248 | 100,630 | 111,346 | 113,308 | 117,497 | 121,202 | 115,838 | 121,651 | 122,122 | 122,427 | 122,733 | 122,233 | 123,040 | 123,348 | 123,656 | 126,965 | 124,252 |

**Proprietary to Piper Jaffray & Co. 8/8/17**

**ACAD: Charles Duncan; 212.284.5025**

**Current disclosure information for this company can be found at:**

**http://www.piperjaffray.com/researchdisclosures**

ACADIA Pharmaceuticals Inc.

COMPANY NOTE

October 5, 2017

**IMPORTANT RESEARCH DISCLOSURES**



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Jaffray | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| **BUY [OW]** | 373 | 58.10 | 102 | 27.35 |
| **HOLD [N]** | 249 | 38.79 | 27 | 10.84 |
| **SELL [UW]** | 20 | 3.12 | 1 | 5.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

**Analyst Certification — Charles C. Duncan, PhD, Sr. Research Analyst**
The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 5 October 2017 03:28EDT.

Ex. 31

P. 6



## Research Disclosures

Piper Jaffray was making a market in the securities of ACADIA Pharmaceuticals Inc. at the time this research report was published. Piper Jaffray will buy and sell ACADIA Pharmaceuticals Inc. securities on a principal basis.

Piper Jaffray has received compensation for investment banking services from or has had a client relationship with ACADIA Pharmaceuticals Inc. within the past 12 months.

Within the past 3 years Piper Jaffray participated in a public offering of, or acted as a dealer manager for, ACADIA Pharmaceuticals Inc. securities.

**Affiliate disclosures:** Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons & Company International is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical and event-driven research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical or event-driven analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. **Canada:** This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. **Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. **United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.

This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.

Copyright 2017 Piper Jaffray. All rights reserved.

# Exhibit 32

LADENBURG THALMANN
ESTABLISHED 1876

Biotechnology
Company Update
October 6, 2017
**BUY**
Christopher S. James, M.D.; cjames@ladenburg.com
212.409.2062

# ACADIA PHARMACEUTICALS INC.

## Start of Phase III Study in Dementia-Related Psychosis Expands NUPLAZID Potential

ACAD (NASDAQ)

| Company & Market Data | |
| --- | --- |
| Closing Price (as of 10/05/2017): | $38.30 |
| Rating: | BUY |
| Price Target: | $50.00 |
| 52 Week Range: | $20.68 - $41.20 |
| Shares Outstanding (MM): | 122.4 |
| Market Capitalization (MM): | $4,688 |
| Cash (MM): | $529.0 |
| Fiscal Year End: | Dec |

| Estimates | | | |
| --- | --- | --- | --- |
| **EPS** | **2016A** | **2017E** | **2018E** |
| **1Q** | $(0.45) | $(0.72)A | — |
| **2Q** | $(0.63) | $(0.55)A | — |
| **3Q** | $(0.61) | $(0.58) | — |
| **4Q** | $(0.65) | $(0.59) | — |
| **Full Year** | $(2.34) | $(2.48) | $(2.05) |
| **Revenue (MM)** | $17.3 | $111.4 | $206.0 |



*Chart data: Bloomberg*

**Acadia recently initiated the HARMONY study.** HARMONY is a Phase III study of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. The initiation of this pivotal study follows an End-of-Phase II Meeting and an agreement with the FDA on the clinical development of the Phase III study. HARMONY is a Phase III, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. This is expected to be a global study to enroll approximately 360 patients. Due to the potential overlap between the company's Phase III HARMONY dementia-related psychosis study and ACAD's ongoing Phase II SERENE study in Alzheimer's disease agitation, the company has halted enrollment of new patients in the SERENE study. We believe these decisions represent a potential major expansion of pimavanserin's use that could rapidly accelerate its growth. We reiterate our BUY rating on ACAD shares.

**The dementia-related psychosis include four indications.** These additional indications include: 1) psychosis in patients with Alzheimer's Disease; 2) dementia with Lewy Bodies; 3) Parkinson's disease dementia; 4) vascular dementia; and 5) frontotemporal dementia. Moreover, the FDA granted breakthrough therapy designation to pimavanserin for this indication. ACAD estimates that approximately 8 million people in the US have some degree of dementia and approximately 50% are currently diagnosed. Studies suggest that approximately 30% of patients with dementia have psychosis, commonly consisting of hallucinations and delusions.

**Additional study details.** The study includes a 12-week open-label stabilization period during which patients with dementia-related psychosis will be treated with pimavanserin 34 mg once daily. The primary endpoint in the study is time to relapse in the double-blind period. Following the 12-week stabilization period, patients who meet pre-specified criteria for treatment response will then be randomized into the double-blind period of the study to continue their pimavanserin dose (34 mg or 20 mg per day) or be switched to placebo and followed for up to 26 weeks or until a relapse of psychosis occurs.

**The Phase III development plan is supported by data from two completed clinical studies.** Recall that in the Phase 2, exploratory, double-blind, placebo-controlled study, pimavanserin showed a statistically significant (p=0.0451) reduction in psychosis on the NPI-NH Psychosis score at week 6. The score was improved by 3.76 points (from 9.52 baseline) vs. 1.94 (10 baseline) for placebo. We expect these data to be presented at a major medical conference in 2H17. Alzheimer's disease represents one of the most important areas of development; literature suggests AD psychosis represents 25% to 50% of diagnosed AD patients. Additional positive clinical evidence for the efficacy of pimavanserin in dementia-related psychosis was observed in the Phase III -020 Study in patients with Parkinson's disease psychosis.

**Recent updates.** We remind investors that Acadia recently expanded its penetration into the important long-term care market with an additional 25 long-term care specialists. The company currently has approximately 155 total sales specialists. Acadia continues to advance its broad clinical development program with ongoing studies in Alzheimer's disease agitation, schizophrenia inadequate response, schizophrenia negative symptoms, and major depressive disorder. Based on our recent discussions, we have significant confidence in the Nuplazid (pimavanserin) business and the developmental pipeline.

Disclosures and Analyst Certifications can be found in Appendix A.

277 Park Avenue 26th Floor • New York, New York 10172 • Telephone: 212-409-2000 • 800-LAD-THAL
Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC

Ex. 32
P. 2

## Reiterating Buy Rating and $50 Price Target

Now with the a total of 4 full quarter sales and a recently expanded sales force, we expect continued focus on the commercial launch of Nuplazid and the start of the AD Psychosis study. Worldwide, an estimated 7 to 10 million people have Parkinson's disease and more than 50% of patients with Parkinson's disease have psychosis at some time. A more intractable group are patients with Parkinson's disease dementia; up to 75% of this group is affected by psychosis. By preferentially targeting 5-HT2A receptors, pimavanserin has shown strong efficacy and an ability to avoid the problematic side-effects associated with current antipsychotics. Typical antipsychotics often cause profound dopamine D2 antagonism and worsen parkinsonism. In the pivotal Phase 3 study, Nuplazid was able to significantly reduce psychotic symptoms in patients with moderate to severe Parkinson's disease. Specifically, 34 mg of Nuplazid showed a 37% improvement in the SAPS-PD score from baseline vs. 14% for placebo at the end of 6 weeks. Importantly, pimavanserin was well tolerated and did not impair cognition, which is likely due to its unique mechanism of action. Pimavanserin has now shown antipsychotic results in clinical studies in three important CNS indications; Alzheimer's disease psychosis (ADP), schizophrenia, and Parkinson's disease psychosis.

### Potential Catalysts/Milestones

3Q17: Nuplazid product sales for PDP
2H17: Presentation of Phase 2 Study-019 data in ADP
2H17: Initiation of Phase 3 study of pimavanserin in ADP

### Valuation Methodology

Our approximate $50 price target is based on a discounted cash flow (DCF) analysis. Our model incorporates an approximate 11% discount rate (WACC) and terminal growth rate of 3% to estimate the present value of Acadia's shares. We provide a summary of our DCF valuation in Exhibit 1.

**Exhibit 1: ACAD DCF Summary ($ in Millions)**

| Valuation Summary | |
|---|---|
| Present Value of FCF | 6,920.3 |
| Blended PoS | 100.0% |
| Present Value of Equity | 6,920.3 |
| Diluted Shares Outstanding | 138.5 |
| | |
| Equity Value per Share | 49.97 |
| **Upside/(Downside) potential** | **30.2%** |
| | |
| **Terminal Value Summary** | |
| Perpetuity Growth Rate | 3.0% |
| Terminal Year Free Cash Flow | 1,390.5 |
| Terminal Value | 17,381.0 |
| Present Value of FCF | 6,920.3 |
| Present Value of Terminal Value | 4,193.2 |
| **Terminal Value % of EV** | **60.6%** |

Source: Ladenburg Thalmann estimates

**Company and Industry-Specific Risks**

We believe the primary risks of an investment in ACADIA shares include, but are not limited to:

**Commercial risks:** Acadia has only one FDA approved drug and it has only been approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PDP in the U.S. As a result, we believe Acadia prospects are overwhelming dependent on its ability to successfully commercial Nuplazid in the U.S. Prior to Nuplazid's approval, Acadia had never, as an organization, launched or commercialized any product. Although the management and commercial teams are highly talented and experienced in pharmaceutical sales, there is no guarantee that the current teams will be successful. We believe this carries higher execution risks compared to larger pharmaceutical companies with established track records. Despite, Nuplazid's strong dataset, it may Acadia longer than expected to establish it as a first and best choice for Parkinson's disease psychosis. Lastly, since no drug has ever been approved by the FDA for the treatment of PDP, significant uncertainty remains regarding the market size and commercial opportunity of Nuplazid.

**Clinical and regulatory risks.** Acadia is developing pimavanserin in several mid-to-late-stage clinical trials. While we believe that a diversified portfolio helps to mitigate risks, we highlight that development of any drug is fraught with risk, with failure able to occur at any stage in development. Specifically, Acadia is developing pimavanserin in Alzheimer's disease where recent CNS drug losses have occurred in the costly Phase 3 stage of clinical development. While the FDA has approved Nuplazid for the treatment of PDP, the specific terms of the approval may limit its commercial potential. In addition, Nuplazid is still subject to ingoing regulatory requirements and post approval studies that could limit its commercial potential.

**CNS-specific therapeutic risk:** Development of drugs to treat diseases of CNS carries an inherent that great than that of many other indications. In addition, CNS drugs can take more than 20 months longer to develop than other drugs and are less than half as likely to reach the market.  Typical reasons for failure include, wrong dose, inadequate CNS penetration, improper clinical endpoints, high placebo effect and high dropout rate. That being said, the market was recently valued at over $80 billion, making it the second largest therapeutic category behind cardiovascular.

**Financing risks.** We expect that Acadia's cash, cash equivalents and investment securities will be sufficient to fund operations though at least the next 12 months. Acadia may require additional funds through capital raises or debt instruments to insure the successful launch and development of Nuplazid, which could negatively affect the share price.

**Additional risks.** The company currently has no sales force and has no experience as a company in marketing or distributing pharmaceutical products. If the company is  unable to expand its marketing capabilities and establish its sales force or enter into agreements with third parties to distribute Nuplazid, the company may not be able to generate product revenues. If the company does not obtain regulatory approval from foreign jurisdictions, the company  will not be able to market its products in those jurisdictions, which will limit its commercial revenues. The company's  prospects are highly dependent on the success of pimavanserin, its most advanced product candidate. To the extent regulatory approval of Nuplazid (pimavanserin) is delayed or not granted or Nuplazid is not commercially successful, its business, financial condition and results of operations may be materially adversely affected and the price of its common stock may decline.

These risk factors (commercial, clinical, regulatory, CNS-specific therapeutic, financing and additional risks) do not constitute all the potential risks of investing in ACAD shares.



Investors should refer to the company's SEC filings including the most recent forms 10-K and 10-Q for additional details on the risks associated with an investment in Acadia.



Christopher S. James, M.D. 212.409.2062                                                      Acadia Pharmaceuticals Inc. (ACAD)

## Income Statement—Acadia Pharmaceuticals Inc. (ACAD)

$ Millions

|  | 2014A | 2015A | 2016A | 1Q17A | 2Q17A | 3Q17E | 4Q17E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | |
| Nuplazid PDP Sales, Net | - | - | 17.3 | 15.3 | 30.5 | 32.0 | 33.6 | 111.4 | 206.0 | 360.5 | 594.9 |
| Collaboration revenue | 0.1 | 0.1 | 0.0 | - | - | - | - | - | - | - | - |
| **Total Revenue** | **0.1** | **0.1** | **17.3** | **15.3** | **30.5** | **32.0** | **33.6** | **111.4** | **206.0** | **360.5** | **594.9** |
| | | | | | | | | | | | |
| **Cost of Sales** | **-** | **-** | **(3.1)** | **(2.3)** | **(2.2)** | **(4.8)** | **(5.0)** | **(16.7)** | **(30.9)** | **(54.1)** | **(89.2)** |
| | | | | | | | | | | | |
| **Gross Profit** | **0.1** | **0.1** | **14.3** | **13.0** | **28.3** | **27.2** | **28.6** | **94.7** | **175.1** | **306.4** | **505.6** |
| | | | | | | | | | | | |
| Operating Expenses: | | | | | | | | | | | |
| Research and Development | (60.6) | (73.9) | (99.3) | (35.4) | (34.2) | (35.2) | (36.3) | (141.1) | (162.2) | (186.5) | (214.5) |
| General and Administrative | (32.7) | (88.3) | (186.5) | (65.7) | (61.5) | (63.4) | (65.3) | (255.9) | (268.7) | (282.1) | (296.2) |
| License fees and royalties | - | (2.5) | (1.3) | (0.7) | (1.0) | (1.0) | (1.0) | (3.6) | (3.6) | (3.6) | (3.6) |
| **Total Operating Expenses** | **(93.4)** | **(164.7)** | **(290.1)** | **(104.1)** | **(98.9)** | **(104.4)** | **(107.6)** | **(417.3)** | **(465.4)** | **(526.4)** | **(603.6)** |
| Growth | | 76% | 76% | | -5% | 6% | 3% | 44% | 12% | 13% | 15% |
| **Operating Profit/(Loss) (EBIT)** | **(93.2)** | **(164.6)** | **(272.8)** | **(88.8)** | **(68.4)** | **(72.4)** | **(74.0)** | **(305.9)** | **(259.4)** | **(165.9)** | **(8.8)** |
| Growth | | 77% | 66% | | -23% | 6% | 2% | 12% | -15% | -36% | -95% |
| Interest Income | - | - | - | - | - | - | - | - | - | - | - |
| Interest Income, Net | 0.8 | 0.5 | 2.8 | 1.0 | 1.0 | 1.1 | 1.2 | 2.5 | 1.5 | 0.7 | 0.7 |
| **Net loss** | **(92.5)** | **(164.1)** | **(270.1)** | **(87.8)** | **(67.4)** | **(71.3)** | **(72.8)** | **(303.4)** | **(257.9)** | **(165.1)** | **(8.0)** |
| | | | | | | | | | | | |
| *Tax Rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| (Taxes)/Tax Benefits | - | (0.3) | (1.3) | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Net Income (after Taxes)** | **(92.5)** | **(164.4)** | **(271.4)** | **(87.8)** | **(67.4)** | **(71.3)** | **(72.8)** | **(303.4)** | **(257.9)** | **(165.1)** | **(8.0)** |
| Growth | n.a. | 78% | 65% | 12% | -23% | 6% | 2% | 12% | -15% | -36% | -95% |
| | | | | | | | | | | | |
| **Basic Net Profit/ (Loss) per Common Share** | **(0.95)** | **(1.63)** | **(2.34)** | **(0.72)** | **(0.55)** | **(0.58)** | **(0.59)** | **(2.48)** | **(2.05)** | **(1.27)** | **(0.06)** |
| *Basic Shares Outstanding* | 97.2 | 100.6 | 115.9 | 121.7 | 122.1 | 122.6 | 123.0 | 122.3 | 126.0 | 129.8 | 133.7 |
| *Growth* | n.a. | 3% | 15% | 0% | 0% | 0% | 0.4% | 6% | 3% | 3% | 3% |

Source: Company reports, Ladenburg Thalmann estimates



Acadia Pharmaceuticals Inc. (ACAD)

## Discounted Cash Flow (DCF) Analysis—Acadia Pharmaceuticals Inc. (ACAD)

$ Millions

| | 2014A | 2015A | 2016A | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | TVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EBIT** | (93.2) | (164.6) | (272.8) | (302.3) | (259.4) | (165.9) | (8.8) | 222.3 | 522.5 | 861.3 | 1,188.6 | 1,528.5 | 1,628.1 | 1,709.7 | 1,795.4 | 1,858.4 | 1,923.6 | |
| *Effective Tax Rate* | 0.0% | 0.2% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 10.0% | 20.0% | 25.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | |
| Tax Expense | - | (0.3) | (1.4) | - | - | - | - | 22.2 | 104.5 | 215.3 | 356.6 | 458.6 | 488.4 | 512.9 | 538.6 | 557.5 | 577.1 | |
| **NOPAT** | (93.2) | (164.3) | (271.5) | (302.3) | (259.4) | (165.9) | (8.8) | 200.1 | 418.0 | 646.0 | 832.0 | 1,070.0 | 1,139.7 | 1,196.8 | 1,256.8 | 1,300.9 | 1,346.5 | |
| | | | | | | | | | | | | | | | | | | |
| Less: Change in Working Capital | 9.3 | 4.1 | 4.3 | 4.5 | 4.8 | 5.0 | 5.3 | 5.5 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | 7.4 | 7.8 | 8.1 | 8.6 | |
| Add: Depreciation & Amortization | 0.7 | (1.4) | (1.5) | (1.6) | (1.6) | (1.7) | (1.8) | (1.9) | (2.0) | (2.1) | (2.2) | (2.3) | (2.4) | (2.5) | (2.7) | (2.8) | (2.9) | |
| Less: Capital Expenditures | (0.2) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | |
| | | | | | | | | | | | | | | | | | | |
| **Unlevered Free Cash Flow** | (83.4) | (163.7) | (270.8) | (301.5) | (258.4) | (164.7) | (7.5) | 201.6 | 419.6 | 647.8 | 834.0 | 1,072.2 | 1,142.2 | 1,199.5 | 1,259.7 | 1,304.1 | 1,350.0 | |
| Terminal Value | | | | | | | | | | | | | | | | | | 1,390.5 |
| | | | | | | | | | | | | | | | | | | |
| Total Free Cash Flows | (83.41) | (163.72) | (270.77) | (301.45) | (258.44) | (164.72) | (7.45) | 201.59 | 419.63 | 647.84 | 834.04 | 1,072.22 | 1,142.17 | 1,199.52 | 1,259.73 | 1,304.12 | 1,349.98 | 1,390.48 |
| | | | | | | | | | | | | | | | | | | |
| Discount Period | - | - | 0.4 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 13.6 |
| Discount Factor | - | - | 1.0 | 0.9 | 0.8 | 0.8 | 0.7 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 |
| **Discounted Free Cash Flows** | - | - | (260.3) | (282.4) | (218.1) | (125.2) | (5.1) | 124.4 | 233.3 | 324.5 | 376.4 | 435.9 | 418.3 | 395.8 | 374.5 | 349.2 | 325.7 | 335.5 |

Source: Company reports, Ladenburg Thalmann estimates



# APPENDIX A: IMPORTANT RESEARCH DISCLOSURES

## ANALYST CERTIFICATION

I, Christopher S. James, M.D., attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report, provided, however, that:

The research analyst primarily responsible for the preparation of this research report has or will receive compensation based upon various factors, including the volume of trading at the firm in the subject security, as well as the firm's total revenues, a portion of which is generated by investment banking activities.

Additional information regarding the contents of this publication will be furnished upon request. Please contact Ladenburg Thalmann, Compliance Department, 277 Park Avenue, 26th floor, New York, New York 10172 (or call 212-409-2000) for any information regarding current disclosures, and where applicable, relevant price charts, in regard to companies that are the subject of this research report.

## COMPANY BACKGROUND

Based in San Diego, California, Acadia Pharmaceuticals is a CNS-focused company with a recently approved drug for Parkinson's disease Psychosis. The company reached a major on April 29, 2016 with the FDA approval of its first drug, Nuplazid (pimavanserin), for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis (PDP). Worldwide, an estimated 7 – 10 million people have Parkinson's disease and more 50% of patients with Parkinson's disease have psychosis at some time. In addition of PDP, we see potential for pimavanserin in several other CNS and psychiatric indications including Alzheimer's disease psychosis (ADP), which like PDP was prior Nuplazid's approval, there is no currently approved drug. With the first full quarter sales of $5.3 million, and a recently expanded sales force, we expect investors to be primarily focused on the commercial launch of Nuplazid in 2017. A part of a prudent life cycle management plan, Acadia initiated four CNS studies for the treatment of schizophrenia, Alzheimer's disease and major depression in 2016. Amongst those, Alzheimer's disease (psychosis and agitation) represents a key expansion area of development for Acadia's pimavanserin outside of PDP.

## VALUATION METHODOLOGY

Our $50 price target is based on a discounted cash flow (DCF) analysis. Our model incorporates an approximate 11% discount rate (WACC) and terminal growth rate of 3% to estimate the present value of Acadia's shares. We project total free cash flow to 2030, based on our knowledge of Acadia and the potential revenue growth of pimavanserin.

## RISKS

These risk factors (commercial, clinical, regulatory, CNS-specific therapeutic, and financing) do not constitute all the potential risks of investing in the subject company's shares. Investors should refer to the company's SEC filings including the most recent forms 10-K and 10-Q for additional details on the risks associated with an investment in the subject company's shares.

## STOCK RATING DEFINITIONS

Buy: The stock's return is expected to exceed 12.5% over the next twelve months.
Neutral: The stock's return is expected to be plus or minus 12.5% over the next twelve months.
Sell: The stock's return is expected to be negative 12.5% or more over the next twelve months.

Investment Ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk, or a change in target price. At other times, the expected returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review.

## RATINGS DISPERSION AND BANKING RELATIONSHIPS AS OF (October 6, 2017)

| Rating | % | IB % |
|---|---|---|
| BUY | 75.2 | 49.7 |
| NEUTRAL | 24.8 | 42.9 |
| SELL | 0.0 | 0.0 |

## COMPANIES UNDER CHRISTOPHER'S COVERAGE

Acadia Pharmaceuticals Inc. (ACAD)
Alnylam Pharmaceuticals, Inc. (ALNY)
Bellerophon Therapeutics, Inc. (BLPH)
Intra-Cellular Therapies, Inc. (ITCI)

Achillion Pharmaceuticals, Inc. (ACHN)
BioCryst Pharmaceuticals, Inc. (BCRX)
Corcept Therapeutics Inc. (CORT)
Trevena, Inc. (TRVN)



Ex. 32

P. 8

**COMPANY SPECIFIC DISCLOSURES**

Ladenburg Thalmann & Co. Inc. makes a market in Acadia Pharmaceuticals Inc..

Ladenburg Thalmann & Co. Inc. intends to seek compensation for investment banking and/or advisory services from Acadia Pharmaceuticals Inc. within the next 3 months.

**INVESTMENT RATING AND PRICE TARGET HISTORY**



### Acadia Pharmaceuticals Inc. Rating History as of 10/05/2017
powered by: BlueMatrix

| B:$31.00 | B:$43.00 | B:$40.00 | B:$41.00 | B:$43.00 | B:$48.00 | B:$49.00 | B:$48.00 | B:$50.00 |
| 11/13/14 | 02/27/15 | 03/12/15 | 05/08/15 | 08/07/15 | 11/06/15 | 05/06/16 | 02/02/17 | 09/29/17 |

B=Buy N=Neutral S=Sell D=Drop Coverage I=Initiate NR=Not Rated

**GENERAL DISCLAIMERS**

Information and opinions presented in this report have been obtained or derived from sources believed by Ladenburg Thalmann & Co. Inc. to be reliable. The opinions, estimates and projections contained in this report are those of Ladenburg Thalmann as of the date of this report and are subject to change without notice.

Ladenburg Thalmann & Co. Inc. accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Ladenburg Thalmann & Co. Inc. This report is not to be relied upon in substitution for the exercise of independent judgment. Ladenburg Thalmann & Co. Inc. may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Ladenburg Thalmann & Co. Inc. is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. Investors should consider this report as only a single factor in making their investment decisions.

Some companies that Ladenburg Thalmann & Co. Inc. follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Ladenburg Thalmann & Co. Inc. research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Ladenburg Thalmann & Co. Inc. (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of some or all of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances; you may be required to pay more money to support these losses.

The information and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Ladenburg Thalmann & Co. Inc.

*Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC*

*Additional Information Available Upon Request*



Christopher S. James, M.D. 212.409.2062

Acadia Pharmaceuticals Inc. (ACAD)

©2017 - Ladenburg Thalmann & Co. Inc. All Rights Reserved.

**Ex. 32**

**P. 10**



## EQUITY RESEARCH

### ENERGY, POWER & INFRASTRUCTURE

**Power & Electric Utilities**
Brian J. Russo, CFA                    (646) 432-6312            brusso@ladenburg.com

**Energy Exploration & Production,  Upstream**
Michael Schmitz, CFA                   (212) 409-2028            mschmitz@ladenburg.com

**Master Limited Partnerships, Midstream**
Michael Schmitz, CFA                   (212) 409-2028            mschmitz@ladenburg.com

### HEALTHCARE

**Biotechnology**
Christopher S. James, M.D.              (212) 409-2062            cjames@ladenburg.com

**Biotechnology**
Matthew L. Kaplan                      (212) 891-5247            mkaplan@ladenburg.com
Wangzhi Li, PhD                        (212) 409-2051            wli@ladenburg.com

**Biotechnology (Personalized Medicine)**
Kevin DeGeeter                         (212) 409-2027            kdegeeter@ladenburg.com
  James Colby                          (212) 409-2058            jcolby@ladenburg.com

**Healthcare Equipment & Medical Technologies**
Jeffrey S. Cohen                       (305) 572-4110            jcohen@ladenburg.com

### FINANCIAL INSTITUTIONS

**Financial Services – Business Development Co. & Specialty Finance**
Mickey M. Schleien, CFA                (305) 572-4131            mschleien@ladenburg.com

**Financial Services – Business Development Co. & Specialty Finance**
Christopher Nolan, CFA                 (212) 409-2068            cnolan@ladenburg.com

**Financial Services – Equity REITs**
Daniel P. Donlan                       (212) 409-2056            ddonlan@ladenburg.com
  John J. Massocca                     (212) 409-2543            jmassocca@ladenburg.com

### TECHNOLOGY

**Internet & Software Services**
Jon R. Hickman                         (510) 918-4045            jhickman@ladenburg.com

**Software and Services**
Glenn G. Mattson                       (212) 409-2073            gmattson@ladenburg.com

ADDITIONAL CONTACTS
Kenneth Brush, Head of Trading         (212) 409-2011            kbrush@ladenburg.com
Eric Novotny                           (212) 409-2011            enovotny@ladenburg.com

277 Park Avenue   26th  Floor   New York, NY 10172      (212) 409-2000

**Ex. 32**
**P. 11**

# Exhibit 33

Completed    08 Oct 2017 06:37 PM EDT
Disseminated 09 Oct 2017 10:15 AM EDT

# J.P.Morgan

**North America Equity Research**

09 October 2017

## ACADIA Pharmaceuticals (ACAD US)

**Overweight**

**Price:** $38.54
**06 Oct 2017**

### Highlights from Our Management Conference Call

On Friday, as part of our 2017 Fall Biotech Conference Call Series, we hosted a call with ACAD's CEO Steve Davis, Head of R&D Serge Stankovic, and CFO Todd Young. The discussions covered all aspects of ACAD's business including plans/rationale for the Phase 3 trial in dementia related psychosis (DRP), the commercial launch of Nuplazid, and updates for other areas of clinical development. Below we provide some highlights from the call (we will also send around the transcript once available). *A replay is available through 10/13 with the following dial-in info: 800-944-3584 (US); +1-402-998-1734 (outside US); Passcode: 10617.*

**The Bottom Line:** Overall, we found the call to be helpful in clearing up some of the uncertainties and controversies stemming the DRP developments (BTD and new Phase 3 trial) announced earlier in the week. More specifically it gave us a better appreciation for the relative probability of success and the potential faster than expected timelines associated with the HARMONY study.

### On dementia related psychosis (DRP)...

- There was a lot of focus on the rationale and high historic success rates associated with relapse prevention studies. Management highlighted just how common they are for anti-psychotics (referenced at least 9 successful trials).

- Given that the company has already established the activity of Nuplazid (pimavanserin) in the acute setting, the FDA signed off on a relapse prevention study for registration purposes as opposed to post approval.

- The DRP commercial opportunity is multi-fold larger than Parkinson's disease psychosis (PDP), although specific numbers are difficult considering that there's no diagnostic code for DRP (much like there wasn't one for PDP prior to approval).

- There are approximately 8M US patients with dementia, with roughly half diagnosed. The company estimates that 70% come from Alzheimer's, 20% from vascular, 5% from Lewy Body, 4% from Parkinson's, with a range of other diseases representing the final 1%. Further, management noted that many patients are simply diagnosed with just "dementia" rather than some particular subtype of disease.

- Management cited several reasons for the decision (and agreement with FDA) to pursue a DRP indication, including 1) when looking across all psychotic symptoms, there are much more similarities than differences across disease subtypes; 2) there's greater observation and understanding that all psychotic symptoms are treated in much the same way; and 3) pimavanserin has demonstrated clear efficacy in both PDP and ADP.

- The company feels that study 019 was likely persuasive to the FDA when deciding to grant Breakthrough Therapy Designation (BTD), with a particular recognition of pima's ability to exert an anti-psychotic effect without negatively impacting cognition.

- In speaking to initial investor concern regarding possible variability in a seemingly broad patient population like DRP, management emphasized that the relapse prevention design being utilized in HARMONY offers something of a fail-safe mechanism as you naturally enrich patients (by only randomizing those that respond to pima in the 3 month open label run-in) and eliminate the undesired variability (in addition to reducing placebo response). Further, the heterogeneity of different subtypes of dementia is more relevant to the main

Ex. 33

P. 2

disorder and cognition impairment; there is, however, no heterogeneity in terms of psychotic symptoms, in the company's view.

- Regarding potential timelines for HARMONY, management reiterated that CNS studies of this size typically take 2-2.5 years to enroll. However, given that this is an event driven study, it is possible to accrue the necessary number of events before the trial is fully accrued.

- The company also noted that relapse prevention studies are frequently stopped at interim looks given the dramatically reduced placebo effect. They did confirm that there will be an interim look at efficacy (not futility) in HARMONY.

- Management cited several reasons for stopping the SERENE study (in ADA), including 1) there's 30% overlap between ADA and ADP (and ADP as mentioned comprises 70% of DRP); 2) SERENE and HARMONY would be competing with each other for both patients and sites; and 3) the company believes it's appropriately managing risk given far more supportive data for psychosis than agitation.

- Alzheimer's disease psychosis (ADP) data will be presented at CTAD in Boston in early November.

**On the commercial launch of Nuplazid…**

- Management is "really thrilled" with where they are now with the commercialization of Nuplazid for PDP and where they're going in the future.

- The most surprising aspect of the launch (now over a year in) is it continues to proceed so closely according to plan.

- The company believes that targeting patients / caregivers is one of the more notable levers at this point.

- Patient mix on Nuplazid continues to be a healthy blend of treatment naïve and switches from other anti-psychotics.

- Management thought long term care would be 20% of the business pre-launch, but it's already up to 30%. This is one of the bigger surprises of the launch relative to initial expectations.

**On other areas of pimavanserin clinical development…**

- Data from the ongoing depression study could be available in mid-to-late 18.

- The best guess on schizophrenia timing at this stage is around the end of 2018 or into 2019.

**Biotechnology – Large Cap**

**Cory Kasimov** [AC]

(1-212) 622-5266

cory.w.kasimov@jpmorgan.com

**Bloomberg** JPMA KASIMOV <GO>

**Shawn Fu, M.D.**

(1-212) 622-2529

shawn.fu@jpmorgan.com

J.P. Morgan Securities LLC

**www.jpmorganmarkets.com**

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of ACADIA Pharmaceuticals.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by ACADIA Pharmaceuticals.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: ACADIA Pharmaceuticals.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: ACADIA Pharmaceuticals.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from ACADIA Pharmaceuticals.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from ACADIA Pharmaceuticals.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of ACADIA Pharmaceuticals.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**ACADIA Pharmaceuticals (ACAD, ACAD US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 26-Feb-15 | OW | 37.97 | 43.00 |
| 11-Mar-15 | OW | 34.82 | 40.00 |
| 07-May-15 | OW | 36.56 | 45.00 |
| 06-Aug-15 | OW | 39.14 | 55.00 |
| 29-Feb-16 | OW | 17.26 | 49.00 |
| 08-Aug-17 | OW | 29.54 | 50.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 15, 2014.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if

Ex. 33
P. 5

applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alkermes PLC (ALKS), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), Biogen (BIIB), Celgene (CELG), Clovis Oncology (CLVS), Editas Medicine (EDIT), Gilead Sciences (GILD), Global Blood Therapeutics (GBT), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Juno Therapeutics (JUNO), MannKind Corporation (MNKD), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seattle Genetics (SGEN), Spark Therapeutics (ONCE), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), aTyr Pharma (LIFE), bluebird bio (BLUE)

### J.P. Morgan Equity Research Ratings Distribution, as of October 02, 2017

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 45% | 11% |
| IB clients* | 52% | 47% | 33% |
| JPMS Equity Research Coverage | 45% | 49% | 6% |
| IB clients* | 68% | 62% | 53% |

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is

Ex. 33
P. 6

regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 202/03/2017 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com.sg. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-

**Ex. 33**
**P. 7**

U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised Sep 09, 2017.

**Copyright 2017 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**Ex. 33**

**P. 8**

# Exhibit 34

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2403    Page 28 of 100

10/9/23, 10:16 AM          ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

November 3, 2017
General News

# ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinical Trials on Alzheimer's Disease (CTAD) 2017 Meeting

Share Page

*Data Confirmed Significant Improvement in Psychosis in Patients with Alzheimer's Disease with Substantively Greater Benefit in Patients with More Severe Psychotic Symptoms*

SAN DIEGO–(BUSINESS WIRE)–Nov. 3, 2017– ACADIA Pharmaceuticals Inc. (NASDAQ: ACAD), a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system (CNS) disorders, today announced the presentation of data from the Phase II -019 Study of pimavanserin in Alzheimer's disease psychosis at the 10th Clinical Trials on Alzheimer's Disease (CTAD) meeting in Boston. The -019 Study data are being presented at the symposium titled, "The Importance of Serotonin in Alzheimer's Disease Psychosis and the Role of Pimavanserin."

Ex. 34
P. 2

Pimavanserin met the primary endpoint in the Phase II -019 Study, showing a statistically significant reduction in psychosis versus placebo, as previously reported. Data presented at CTAD showed multiple sensitivity and responder analyses supportive of the primary result and demonstrated substantively greater benefit in those patients with more severe psychosis. Building on these data, ACADIA recently initiated the Phase III HARMONY study of pimavanserin in dementia-related psychosis. Dementia-related psychosis includes psychosis in Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. There is no drug approved by the FDA for dementia-related psychosis. In October 2017, the FDA granted Breakthrough Therapy Designation for pimavanserin for the treatment of dementia-related psychosis.

"In the Phase II -019 Study, pimavanserin significantly reduced psychosis in patients with Alzheimer's disease without negatively impacting cognition," said Clive Ballard, MBChB, MRCPsych, Pro-Vice-Chancellor and Executive Dean, University of Exeter Medical School. "Pimavanserin also had a favorable tolerability profile compared to known adverse effects of current antipsychotics. With no approved treatment for dementia-related psychosis, there is a significant unmet need. The results of the study indicate that pimavanserin could be an important new treatment option for this elderly and underserved patient population."

*Key Findings from the Phase II -019 Study Presented at CTAD Symposium*

Ex. 34
P. 3

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2405    Page 30 of 100

10/9/23, 10:16 AM          ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

The Phase II -019 Study data are being presented by Clive Ballard in the presentation titled, "Clinical Trial of Pimavanserin in Alzheimer's Disease Psychosis." The Phase II -019 Study was a double-blind, placebo-controlled trial designed to evaluate the efficacy and safety of pimavanserin in 181 patients with Alzheimer's disease psychosis. Top-line results of the study were previously reported in December 2016.

Pimavanserin met the primary endpoint in the study, showing a statistically significant reduction in psychosis versus placebo as measured by the Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score at week 6 of dosing (delta = 1.84, p=0.0451, effect size [Cohen's d] = 0.32). The proportion of responders at week 6 that had an NPI-NH Psychosis score improvement of ≥ 30% was 55.2% for pimavanserin-treated patients versus 37.4% for placebo (p=0.0159).

Importantly, in the -019 Study, no detrimental effect was observed on cognition for pimavanserin-treated patients compared to placebo. Atypical antipsychotics have been associated with a statistically significant acceleration of cognitive deterioration in patients with Alzheimer's disease.

The pimavanserin and placebo groups did not separate statistically on the secondary endpoints of the Alzheimer's Disease Cooperative Study – Clinical Global Impression of Change (ADCS-CGIC) or the Cohen-Mansfield Agitation Inventory Short Form (CMAI-SF), nor on the exploratory endpoints of the mean change in NPI-NH Psychosis score at week 12

Ex. 34
P. 4

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2406    Page
31 of 100

10/9/23, 10:16 AM    ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

==**or the Alzheimer's Disease Cooperative Study –
Activities of Daily Living (ADCS-ADL).**==

Data presented at CTAD from a pre-specified subgroup analysis demonstrated a substantively larger and significant reduction in psychosis in pimavanserin-treated patients with more severe psychosis, further underscoring the effect seen on the primary result. Approximately one-third of patients in the study had more severe psychotic symptoms (NPI-NH Psychosis score ≥12). In this subgroup, pimavanserin demonstrated a statistically significant reduction in psychosis versus placebo on the NPI-NH Psychosis score at week 6 (delta = 4.43, p=0.0114, effect size [Cohen's d] = 0.73). Additionally, the proportion of responders at week 6 that had an NPI-NH Psychosis score improvement of ≥ 30% was 88.9% for pimavanserin-treated patients versus 43.3% for placebo (p=0.0004).

Larger effects were also observed on the NPI-NH Psychosis score in pimavanserin-treated patients with prior antipsychotic use.

As previously reported, pimavanserin was well tolerated in this frail and elderly population and the safety profile was consistent with what has been observed in previous studies.

*Other Presentations at CTAD Symposium: "The Importance of Serotonin in Alzheimer's Disease Psychosis and the Role of Pimavanserin"*

The -019 Study data are being presented as part of a three-part symposium. The symposium also includes a

Ex. 34
P. 5

presentation by Stephen M. Stahl, MD, PhD, Adjunct Professor of Psychiatry, University of California, San Diego, titled, "The Role of $5\text{-}HT_{2A}$ Receptors in the Pharmacology of Alzheimer's Disease Psychosis." Serotonin 2A receptors are highly expressed in brain regions critical for processing sensory information and performing executive functions. Circuitry performing these functions may be deregulated when neurodegeneration has occurred. Selective $5\text{-}HT_{2A}$ inverse agonists/antagonists can be used to restore balance to these deregulated circuits. Pimavanserin is a non-dopaminergic selective serotonin inverse agonist (SSIA) preferentially targeting $5\text{-}HT_{2A}$ receptors.

Furthermore, a presentation by Pierre N. Tariot, MD, Banner Alzheimer's Institute and University of Arizona College of Medicine, titled, "Review of Pimavanserin Clinical Results in the Context of Historical Alzheimer's Disease Psychosis Trials," reviews the results of the pimavanserin Phase II -019 Study compared to Alzheimer's disease psychosis studies with other antipsychotics. Off-label use of atypical antipsychotics is associated with modest and often equivocal efficacy and significant acceleration in cognitive decline in patients with dementia, as well as other adverse effects.

The symposium's moderator is Jeffrey Cummings, MD, ScD, Director of Cleveland Clinic Lou Ruvo Center for Brain Health, who reviews epidemiology, clinical phenomenology and psycho-social consequences of dementia-related psychosis and the current treatment options and opportunities.

Ex. 34
P. 6

*About Dementia-Related Psychosis*

Around 8 million people in the United States are living with dementia, of which around 5.5 million people suffer from Alzheimer's disease. Approximately half the people with dementia are diagnosed with the disease. Studies suggest that approximately 30% of patients with dementia have psychosis, commonly consisting of hallucinations and delusions. Dementia-related psychosis includes psychosis in Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Serious consequences have been associated with severe or persistent psychosis in patients with dementia such as repeated hospital admissions, earlier progression to nursing home care, more rapid progression of dementia, and increased risk of morbidity and mortality.

*Phase III HARMONY Study*

Pimavanserin is currently being evaluated in a Phase III study, HARMONY, which is designed to evaluate its efficacy and safety for the treatment of hallucinations and delusions associated with dementia-related psychosis. The objective of the study is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms in a broad population of patients with the most common subtypes of dementia: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.

Ex. 34
P. 7

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2409    Page 34 of 100

10/9/23, 10:16 AM          ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

The FDA has granted Breakthrough Therapy Designation for pimavanserin for the treatment of dementia-related psychosis. No drug is approved by the FDA for dementia-related psychosis.

## About Pimavanserin

Pimavanserin is a selective serotonin inverse agonist (SSIA) preferentially targeting 5-HT$_{2A}$ receptors. These receptors are thought to play an important role in dementia-related psychosis. Pimavanserin is being evaluated in an extensive clinical development program by ACADIA across multiple indications. Pimavanserin (34 mg) was approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis by the FDA in 2016 under the trade name NUPLAZID®, and is the first and only medicine approved for this indication. NUPLAZID is not approved for the treatment of patients with dementia-related psychosis.

## About ACADIA Pharmaceuticals

ACADIA is a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. ACADIA maintains a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information and through which interested parties can subscribe to receive e-mail alerts.

## Forward-Looking Statements

Ex. 34
P. 8

Case 3:21-cv-00762-WQH-MSB   Document 117-6   Filed 10/20/23   PageID.2410   Page 35 of 100

10/9/23, 10:16 AM   ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

Statements in this press release that are not strictly historical in nature are forward-looking statements. These statements include but are not limited to statements related to the benefits to be derived from NUPLAZID (pimavanserin); the utility of pimavanserin in indications other than hallucinations and delusions associated with Parkinson's disease psychosis, including indications falling within dementia-related psychosis; whether pimavanserin could be an important new treatment for elderly and underserved patients with dementia-related psychosis; whether selective 5-HT2A inverse agonists/antagonists, such as pimavanserin, can be used to restore balance to brain regions critical for processing sensory information and performing executive functions; and the timing or results of future studies involving pimavanserin. These statements are only predictions based on current information and expectations and involve a number of risks and uncertainties. Actual events or results may differ materially from those projected in any of such statements due to various factors, including the risks and uncertainties inherent in drug discovery, development, approval and commercialization, and the fact that past results of clinical trials may not be indicative of future trial results. For a discussion of these and other factors, please refer to ACADIA's annual report on Form 10-K for the year ended December 31, 2016 as well as ACADIA's subsequent filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. This caution is made under the safe harbor provisions of the Private

Ex. 34
P. 9

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2411    Page 36 of 100

10/9/23, 10:16 AM         ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

Securities Litigation Reform Act of 1995. All forward-looking statements are qualified in their entirety by this cautionary statement and ACADIA undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof, except as required by law.

**Important Safety Information and Indication for NUPLAZID (pimavanserin) tablets**

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**

**Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death. NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with Parkinson's disease psychosis.**

NUPLAZID is an atypical antipsychotic indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.

Contraindication: NUPLAZID is contraindicated in patients with a history of a hypersensitivity reaction to pimavanserin or any of its components. Rash, urticaria, and reactions consistent with angioedema (e.g., tongue swelling, circumoral edema, throat tightness, and dyspnea) have been reported.

QT Interval Prolongation: NUPLAZID prolongs the QT interval. The use of NUPLAZID should be avoided in patients with known QT prolongation or in combination

Ex. 34
P. 10

with other drugs known to prolong QT interval including Class 1A antiarrhythmics or Class 3 antiarrhythmics, certain antipsychotic medications, and certain antibiotics. NUPLAZID should also be avoided in patients with a history of cardiac arrhythmias, as well as other circumstances that may increase the risk of the occurrence of torsade de pointes and/or sudden death, including symptomatic bradycardia, hypokalemia or hypomagnesemia, and presence of congenital prolongation of the QT interval.

Adverse Reactions: The most common adverse reactions (≥2% for NUPLAZID and greater than placebo) were peripheral edema (7% vs 2%), nausea (7% vs 4%), confusional state (6% vs 3%), hallucination (5% vs 3%), constipation (4% vs 3%), and gait disturbance (2% vs <1%).

Drug Interactions: Strong CYP3A4 inhibitors (eg, ketoconazole) increase NUPLAZID concentrations. Reduce the NUPLAZID dose by one-half. Strong CYP3A4 inducers may reduce NUPLAZID exposure, monitor for reduced efficacy. Increase in NUPLAZID dosage may be needed.

Renal Impairment: No dosage adjustment for NUPLAZID is needed in patients with mild to moderate renal impairment. Use of NUPLAZID is not recommended in patients with severe renal impairment.

Hepatic Impairment: Use of NUPLAZID is not recommended in patients with hepatic impairment.

Ex. 34
P. 11

Case 3:21-cv-00762-WQH-MSB    Document 117-6    Filed 10/20/23    PageID.2413    Page 38 of 100

10/9/23, 10:16 AM          ACADIA Pharmaceuticals Presents Data from the Phase II Study of Pimavanserin in Alzheimer's Disease Psychosis at the Clinic…

NUPLAZID has not been evaluated in this patient population.

Pregnancy: Use of NUPLAZID in pregnant women has not been evaluated and should therefore be used in pregnancy only if the potential benefit justifies the potential risk to the mother and fetus.

Pediatric Use: Safety and efficacy have not been established in pediatric patients.

Dosage and Administration: Recommended dose: 34 mg per day, taken orally as two 17-mg tablets once daily, without titration.

For additional Important Safety Information, including boxed warning, please see the full Prescribing Information for NUPLAZID at https://www.nuplazid.com/pdf/NUPLAZID_Prescribing_

View source version on businesswire.com: http://www.businesswire.com/news/hor

Investor Contact:
*ACADIA Pharmaceuticals Inc.*
*Lisa Barthelemy*
*(858) 558-2871*
*ir@acadia-pharm.com*
*or*
Media Contact:
*Taft Communications*
*Bob Laverty*
*(609) 558-5570*
*bob@taftcommunications.com*

# Exhibit 35

# COWEN

Biotechnology

## Acadia Pharmaceuticals

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

**Equity Research**

November 5, 2017

**Price: $35.85** (11/3/2017)
**Price Target: $46.00**

**OUTPERFORM (1)**

**Ritu Baral**
646.562.1379
ritu.baral@cowen.com

**Alexandria Huynh, Ph.D.**
646.562.1403
alexandria.huynh@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: ACAD |
| Market Cap (MM) | $4,388.1 |

**Quick Take: Company Update**

# *CTAD Field Report: Encouraging KOL Feedback on Ph3 HARMONY DRP Trial*

### The Cowen Insight

ACAD released full data from the Ph2 trial of pimavanserin in ADP and held an investor event at CTAD focused on the ongoing Ph3 HARMONY trial of pimavanserin in DRP. Major points of discussion were on details and rationale for the use of the relapse prevention trial design and the inclusion of the broader DRP population vs. only ADP in the Ph2. We note broad enthusiasm from KOLs on HARMONY.

- **Full Ph2 ADP Data Show Evidence of Antipsychotic Activity...** After releasing positive top-line data in December 2016, ACAD reported full data from the Ph2 trial of pimavanserin in Alzheimer's Disease Psychosis (ADP) at CTAD. The trial randomized 90 ADP patients to pimavanserin and 91 to placebo and was conducted at 133 nursing homes. Patients in the trial had significant psychosis at baseline, with ~1/3 of patients meeting criteria for severe psychosis, though the PI of the trial noted lower antipsychotic use and lower severity of agitation than expected in a broader population. The trial met its primary endpoint of psychosis score improvement on the NPI-NH hallucinations and delusions subscale at 6 weeks with a 39.5% reduction in psychosis score (p<0.05). Patients with severe psychosis had the strongest response at 6 weeks with a 66.3% reduction in psychosis score or 0.7 effect size, which we see as strongly clinically meaningful. Additionally, we see the high responder rates of 50.6% of patients on pimavanserin having at least a 50% improvement in psychosis score (vs. 34.1% on placebo, p=0.024) as encouraging and further indicative of true clinical benefit. Importantly, safety and tolerability in the study were in line with previous experience with pimavanserin, and ACAD noted cognition remained stable throughout the study, as measured by MMSE.

- **... Though Relapsing-Remitting Course of Psychosis Confounds Conclusions from Short-Term Study.** The major criticism of the ADP data to date have been the lack of statistical significance vs. placebo on improvement of psychosis at 12 weeks (following significance at 6 weeks). KOLs suggested the lack of significance was due in part to the relapsing-remitting nature of dementia-related psychoses and noted 70% of patients spontaneously remit over 12 weeks, though 50% of them will relapse over the subsequent year. The KOLs indicated the relapsing-remitting course of psychosis may be different for Lewy Body-related dementias vs. AD, though there have not been substantial longitudinal studies to specifically characterize them. However, the KOLs noted they believe the 6-month primary endpoint would be sufficient to control for potential spontaneous relapses. Further, ACAD noted that patients in the trial would be scored by an independent committee of 5 raters, and that responses or relapses would need to be maintained for at least 2 sequential visits to be scored as such.

- **KOLs Enthusiastic on Ph3 HARMONY Randomized Withdrawal Trial Design.** Feedback at CTAD as well as our recent KOL discussions have been highly supportive of the use of the randomized withdrawal design of the Ph3 HARMONY trial. In particular, KOLs have indicated the enrichment strategy has historically had

**Ex. 35**
**P. 2**

**Please see pages 3 to 6 of this report for important disclosures.**

high rates of success in psychiatry trials and would likely incentivize faster patient enrollment, as a primary deterrent for dementia patients and caregivers in enrolling in clinical trials is the potential to be initially randomized to placebo. KOLs also noted they would expect the randomized withdrawal design to be more conducive to enrolling more severe patients, including those with agitation, who tend to be particularly difficult to enroll in placebo-controlled trials. Further, KOLs see the randomized prevention design as a "clean" trial design, and see relapse prevention as a hard endpoint vs. other psychiatry endpoints. We also note FDA has expressed interest in the use of the randomized withdrawal trial design as an enrichment strategy for clinical trials, and thus we would expect support from regulators on the trial, if positive. We see the granting of Breakthrough Designation by FDA as further supportive of their positive view on the trial design.

- **Inclusion of Broad Dementia-Related Psychosis Indication Seen as Valid by KOLs.** Another major focus of investors has been the validity of the expansion of the Ph3 HARMONY trial to include all dementia-related psychosis (AD, DLB, PDD, VD and FTD) from the original ADP population. ACAD noted the HARMONY trial will stratify results by 3 major categories of dementia: AD and FTD (the latter likely to constitute a minor population), DLB and PDD, and VD. Physicians at CTAD were largely supportive of the broad population, noting mechanistic proof-of-concept of pimavaserin's activity in PDP (including some patients with PDD) and ADP give further confidence that it can have an effect in a broader dementia population. Given the activity in PDD, KOLs believe pimavanserin is also likely to show efficacy in DLB, also noting minimal, but effective, off-label commercial use in this population to date. Of note, KOLs see FTD as less related to the other dementias, though they noted that they would expect very few FTD patients in HARMONY, and that differences in responses could likely be controlled by the randomized withdrawal design (i.e. by eliminating non-responders during the run-in portion).

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

Ex. 35
P. 3

Cowen and Company
Equity Research

Acadia Pharmaceuticals
November 5, 2017

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

# *Valuation Methodology And Risks*

## Valuation Methodology

### Biotechnology:

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

## Investment Risks

### Biotechnology:

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

## Risks To The Price Target

Acadia's Nuplazid was approved in 2016 for the treatment of Parkinson's Disease Psychosis (PDP). While the antipsychotic space is crowded with numerous branded and generic drugs available, only Nuplazid is specifically indicated for PDP, though FDA approval does not guarantee commercial success. Ongoing Ph2 clinical programs for Alzheimer's Disease Psychosis (ADP), schizophrenia, Alzheimer's Disease Agitation and Major Depressive Disorder are not guaranteed success in clinical trials or commercialization.

Cowen and Company
Equity Research

Acadia Pharmaceuticals
November 5, 2017

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

# *Addendum*

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| ACAD | Acadia Pharmaceuticals |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Acadia Pharmaceuticals securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

**Ex. 35**
**P. 5**

**Cowen and Company**
Equity Research

**Acadia Pharmaceuticals**
November 5, 2017

The recommendation contained in this report was produced at November 05, 2017, 23:18 ET. and disseminated at November 05, 2017, 23:18 ET.

**Copyright, User Agreement and other general information related to this report**

© 2017 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1010 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 09/30/17**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 457 | 60.53% | 107 | 23.41% |
| Hold (b) | 288 | 38.15% | 15 | 5.21% |
| Sell (c) | 10 | 1.32% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

### Acadia Pharmaceuticals Rating History as of 11/03/2017
powered by: BlueMatrix





**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

Ex. 35
P. 6

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.

## *Points Of Contact*

**Reaching Cowen**

**Main U.S. Locations**

**New York**
599 Lexington Avenue
New York, NY 10022
646.562.1010
800.221.5616

**Boston**
Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

**International Location**

**Cowen International Limited**

**London**
1 Snowden Street – 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500

This report is intended for lbarthelemy@acadia-pharm.com. Unauthorized redistribution of this report is prohibited.



 @CowenResearch

 Cowen and Company

**Ex. 35**
**P. 7**

# Exhibit 36

**Goldman Sachs** | Equity Research

6 November 2017 | 4:46AM EST

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

Neutral

# Acadia Pharmaceuticals Inc. (ACAD)

## Takeaways from CTAD: ADP data reinforced; KOLs like optimized Ph3

| ACAD | 12m Price Target: **$45.00** | Price: **$35.85** | Upside: **25.5%** |
| --- | --- | --- | --- |

*We attended the Clinical Trials on Alzheimer's Disease (CTAD, Nov 1-4) meeting in Boston, where ACAD presented full pimavanserin Ph2 data in Alzheimer's disease psychosis (ADP) supporting prior top-line efficacy (including new responder and severe ADP subgroup analyses) and safety. ACAD also hosted a key opinion leader panel that discussed the design of the ongoing Ph3 HARMONY study in the unmet need of dementia-related psychoses (DRP). Ahead of the ADP data, investor questions revolved around the Ph3 trial design, particularly in terms of translation from Ph2 and inclusion of multiple dementia subtypes. The KOLS appeared optimistic on the study and market potential, citing the common underlying mechanism ("deregulated circuitry") in psychoses irrespective of dementia type, high success rates of relapse-prevention studies, and that prior high placebo rates in the Ph2 study at week 12 could be attributed to spontaneous remissions common in dementia psychoses. We like ACAD's optimized study design (see below), and inclusion of all dementia subtypes (~4mn diagnosed in US, ~1.2 with DRP), in DRP - a blockbuster indication (we model $1.7bn in 2027 WW peak sales in ADP alone - ~70% of DRP) with data expected in late-2020/early-2021. While we see potential upside from follow-on pima indications in schizophrenia and depression with data in 2018+, the ongoing Nuplazid launch remains the current key driver.*

### Pima Ph2 data in ADP reinforces prior efficacy and safety profile

ACAD presented the full pimavanserin Ph2 (N=181) data in ADP including new responder analyses and subgroup analyses of patients with severe ADP. On the primary efficacy endpoint of change from baseline to week 6 in the Neuropsychiatric Inventory-Nursing Home Version (NPI-NH) psychosis score, ACAD previously reported 3.76 in the treated vs. 1.93 in the placebo arm (p=0.0451) representing a 39.5% reduction; however, the

**Salveen Richter, CFA**
+1(212)934-4204 | salveen.richter@gs.com
Goldman Sachs & Co. LLC

**Kerry Tang, M.D.**
+1(917)343-1847 | kerry.tang@gs.com
Goldman Sachs & Co. LLC

**Kevin Patel, Ph.D.**
+1(212)357-5693 | kevin.patel@gs.com
Goldman Sachs & Co. LLC

### Key Data

Market cap: $4.2bn
Enterprise value: $3.9bn
3m ADTV: $50.7mn
United States
America-Emerging Biotech: Attractive

### GS Forecast

| | 12/16 | 12/17E | 12/18E | 12/19E |
| --- | --- | --- | --- | --- |
| Revenue ($ mn) | 17.3 | 114.7 | 237.1 | 415.2 |
| EBITDA ($ mn) | (271.0) | (313.5) | (307.5) | (194.7) |
| EBIT ($ mn) | (272.8) | (316.0) | (312.3) | (197.9) |
| EPS ($) | (2.34) | (2.70) | (2.69) | (1.59) |
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | NM |
| FCF yield (%) | (6.3) | (6.2) | (5.2) | (3.7) |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | – |

| | 6/17 | 9/17E | 12/17E | 3/18E |
| --- | --- | --- | --- | --- |
| EPS ($) | (0.55) | (0.61) | (0.67) | (0.69) |

### GS Factor Profile



Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

---

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Ex. 36**
**P. 2**



Goldman Sachs

Acadia Pharmaceuticals Inc. (ACAD)

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Neutral**

## Acadia Pharmaceuticals Inc. (ACAD)
Rating since Oct 6, 2017

### Ratios & Valuation

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | NM |
| EV/sales (X) | 184.5 | 34.3 | 17.5 | 10.6 |
| FCF yield (%) | (6.3) | (6.2) | (5.2) | (3.7) |
| EV/DACF (X) | NM | NM | NM | NM |
| CROCI (%) | (94.0) | (108.6) | (230.0) | (53.7) |
| ROE (%) | (75.6) | (76.8) | (163.2) | (135.8) |
| Net debt/EBITDA (X) | – | – | – | – |
| Net debt/equity (%) | (31.6) | (73.8) | (2.4) | (17.5) |
| Interest cover (X) | NM | NM | NM | NM |
| Inventory days | 172.9 | 223.9 | 195.0 | 265.9 |
| Receivable days | 62.2 | 21.1 | 11.3 | 21.5 |
| Days payable outstanding | 231.3 | 96.1 | 65.6 | 46.5 |

### Growth & Margins (%)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Total revenue growth | NM | 561.9 | 106.7 | 75.1 |
| EBITDA growth | (65.4) | (15.7) | 1.9 | 36.7 |
| EPS growth | (43.3) | (15.3) | 0.6 | 40.6 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 74.6 | 86.6 | 88.4 | 90.0 |
| EBIT margin | NM | (275.4) | (131.7) | (47.7) |

### Price Performance



|  | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 21.2% | 10.5% | 71.8% |
| Rel. to the Russell 2000 Index | 13.9% | 2.8% | 32.9% |

*Source: FactSet. Price as of 3 Nov 2017 close.*

### Income Statement ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Total revenue | 17.3 | 114.7 | 237.1 | 415.2 |
| Cost of goods sold | (4.4) | (15.4) | (27.5) | (41.5) |
| SG&A | (186.5) | (262.8) | (325.9) | (354.6) |
| R&D | (99.3) | (152.6) | (196.0) | (217.0) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(271.0)** | **(313.5)** | **(307.5)** | **(194.7)** |
| Depreciation & amortization | (1.8) | (2.5) | (4.8) | (3.3) |
| **EBIT** | **(272.8)** | **(316.0)** | **(312.3)** | **(197.9)** |
| Net interest inc./(exp.) | 2.8 | 3.1 | 1.2 | 0.1 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(270.1)** | **(312.9)** | **(311.1)** | **(197.9)** |
| Provision for taxes | (1.3) | 0.0 | 0.0 | 0.0 |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(271.4)** | **(312.9)** | **(311.1)** | **(197.9)** |
| **Net inc. (post-exceptionals)** | **(216.8)** | **(240.5)** | **(211.1)** | **(78.7)** |
| **EPS (basic, pre-except) ($)** | **(2.34)** | **(2.70)** | **(2.69)** | **(1.59)** |
| **EPS (diluted, pre-except) ($)** | **(2.34)** | **(2.70)** | **(2.69)** | **(1.59)** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 115.9 | 115.9 | 115.9 | 124.1 |
| Wtd avg shares out. (diluted) (mn) | 115.9 | 115.9 | 115.9 | 141.3 |

### Balance Sheet ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Cash & cash equivalents | 163.6 | 218.7 | 2.0 | 36.1 |
| Accounts receivable | 5.9 | 7.3 | 7.3 | 41.5 |
| Inventory | 4.2 | 14.7 | 14.7 | 45.8 |
| Other current assets | 374.2 | 82.4 | 82.4 | 82.4 |
| **Total current assets** | **547.9** | **323.1** | **106.4** | **205.8** |
| Net PP&E | 3.1 | 5.6 | 12.7 | 33.8 |
| Net intangibles | 7.0 | 6.3 | 6.3 | 6.3 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 3.2 | 3.0 | 3.0 | 3.0 |
| **Total assets** | **561.2** | **337.9** | **128.3** | **248.9** |
| Accounts payable | 3.9 | 4.2 | 5.7 | 4.9 |
| Short-term debt | – | – | – | – |
| Other current liabilities | 38.7 | 37.3 | 37.3 | 37.3 |
| **Total current liabilities** | **42.6** | **41.5** | **43.0** | **42.2** |
| Long-term debt | – | – | – | – |
| Other long-term liabilities | 0.2 | 0.3 | 0.3 | 0.3 |
| **Total long-term liabilities** | **0.2** | **0.3** | **0.3** | **0.3** |
| **Total liabilities** | **42.7** | **41.8** | **43.3** | **42.5** |
| **Preferred shares** | **--** | **--** | **--** | **--** |
| **Total common equity** | **518.4** | **296.1** | **85.0** | **206.4** |
| **Minority interest** | **--** | **--** | **--** | **--** |
| **Total liabilities & equity** | **561.2** | **337.9** | **128.3** | **248.9** |
| BVPS ($) | 4.47 | 2.56 | 0.73 | 1.46 |

### Cash Flow ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Net income | (271.4) | (312.9) | (311.1) | (197.9) |
| D&A add-back | 1.8 | 2.5 | 4.8 | 3.3 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | 4.4 | (13.0) | 1.5 | (69.8) |
| Others | 54.8 | 72.1 | 100.0 | 119.2 |
| **Cash flow from operations** | **(210.4)** | **(251.3)** | **(204.8)** | **(145.2)** |
| Capital expenditures | (1.5) | (4.2) | (11.9) | (20.8) |
| Acquisitions | – | – | – | – |
| Divestitures | – | – | – | – |
| Others | (260.4) | 292.0 | – | – |
| **Cash flow from investing** | **(261.9)** | **287.8** | **(11.9)** | **(20.8)** |
| Dividends paid | – | – | – | – |
| Share issuance/(repurchase) | 518.9 | 18.5 | – | 200.0 |
| Inc/(dec) in debt | – | – | – | – |
| Others | 14.9 | (0.0) | – | – |
| **Cash flow from financing** | **533.8** | **18.5** | **0.0** | **200.0** |
| **Total cash flow** | **61.5** | **55.0** | **(216.6)** | **34.1** |
| Free cash flow | (211.9) | (255.4) | (216.6) | (165.9) |
| Free cash flow per share ($) | (1.83) | (2.20) | (1.87) | (1.34) |

*Source: Company data, Goldman Sachs Research estimates.*

Goldman Sachs

Acadia Pharmaceuticals Inc. (ACAD)

drug-placebo delta at 12 weeks did not show a statistically significant separation. A 50% responder analysis at week 6 showed 50.6% of treated vs. 34.1% of placebo (p=0.0240) patients reported an improvement in NPI-NH score. In patients with baseline NPI-NH score ≥12 (patients with severe disease), a larger separation and 66.3% reduction was observed, with 50% responder rates of 77.8% in the treated vs. 43.3% in the placebo arms (p=0.0084). Safety was in line with prior pima studies, with urinary tract infections (UTIs) seen in 27.5% of treated vs. 22% of placebo patients, while there was no imbalance in other adverse events (AEs). Additionally, pima did not have any negative effects on cognition, which is an AE seen in patients treated with current standard-of-care antipsychotic medications. Discontinuation rates of 26% and 20% were reported in the treatment and placebo arms, respectively. The totality of the ADP data including responder analyses supports the prior efficacy profile and indicates greater treatment benefit in patients with more severe disease, while no new safety signals were reported.

**Pima pivotal study in DRP optimized for success**

Post a FDA meeting in mid-2017 to discuss the positive pima Ph2 data in ADP and regulatory pathway, ACAD has intiated a Ph3 randomized placebo-controlled relapse-prevention study (N~360) to include all dementia-related psychoses (DRP) regardless of underlying etiology. Patients will be enrolled in a 12-week-open-label stabilization period, and those who respond to treatment (as measured by a combination of Scale for Assessment of Positive Symptoms, SAPS, hallucinations and delusions domains, and Clinical Global Impression, CGI scales) will be randomized to the 26-week placebo-controlled portion of the study. The primary endpoint will be the time to relapse as measured on the SAPS/CGI scales. Management highlighted key takeaways on the study design: (1) selection of drug responders enriches the patient population in the randomized portion; (2) drug exposure in non-responders is minimized; (3) it is an efficient design to determine efficacy and safety; and (4) the study provides additional long-term efficacy and safety in DRP. We anticipate 2 to 2.5 years for enrollment and 9 months study duration, which translates to a top-line readout in late-2020/early 2021. We currently model for peak ADP sales of $1.7bn, which is ~70% of DRP.

**Key opinion leaders positive on study design and adoption**

KOL feedback on the study design was generally optimistic: (1) pima is expected to have broad therapeutic activity given a common underlying pathway in psychosis across different dementias; (2) patients in the Ph3 study will be more severe than those in the Ph2 study, where subgroup analyses showed a greater treatment effect in patients with NPI-NH scores ≥12 (severe disease); (3) faster study enrollment given patients are provided drug in the open-label portion of the study; (4) FDA amenability to relapse-prevention studies; (5) the larger placebo rate effect at 12 weeks in the Ph2 study was likely due to spontaneous remissions which are common in dementia psychoses and will be mitigated in the Ph3 study via use of a relapse prevention design and measurement of symptoms at two timepoints; and (6) the higher likelihood of success of trials with similar trial designs, which has been utilized extensively in other

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Ex. 36**

3

**P. 4**

psychoses disorders such as schizophrenia. Per KOLs, if pimavanserin is approved in DRP, it would likely be prescribed to all of their AD patients with psychosis.

**Valuation**

Our 12-month price target of $45 is based on an 85%/15% blend of DCF value $44 (10% WACC, 1% TGR, unadjusted FCF) and M&A value $50 (11x 2020E sales). We believe ACAD could be a takeover target (M&A rank of 2) for large biopharma given it owns global rights to pimavanserin with the potential to target blockbuster indications in psychotic disorders.

**Risks**

Upside risks: ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma.

Downside risks: Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Kerry Tang, M.D. and Kevin Patel, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Emerging Biotech.

America-Emerging Biotech: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Amicus Therapeutics Inc., Atara Biotherapeutics Inc., AveXis Inc., BioMarin Pharmaceutical Inc., bluebird bio, Dimension Therapeutics, GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Juno Therapeutics Inc., Radius Health Inc., Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Spark Therapeutics.

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Acadia Pharmaceuticals Inc. ($35.85)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($35.85)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($35.85)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($35.85)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($35.85)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Ex. 36**

**P. 6**

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

| | **Rating Distribution** | | | **Investment Banking Relationships** | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 33% | 54% | 13% | 64% | 57% | 53% |

As of October 1, 2017, Goldman Sachs Global Investment Research had investment ratings on 2,717 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



Source: Goldman Sachs Investment Research for ratings and price targets; FactSet closing prices as of 9/30/2017.

□ Rating
■ Price target
✖ Price target at removal
— Russell 2000 Index
─ ─ Covered by current analyst
· · · Not covered by current analyst

The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures
### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained

**Goldman Sachs**                                                                    Acadia Pharmaceuticals Inc. (ACAD)

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

**Ex. 36**
**P. 8**

Goldman Sachs

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2017 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

Ex. 36

8   **P. 9**

# Exhibit 37



*November 6, 2017*

# ACADIA Pharmaceuticals Inc. (ACAD)

## CTAD Investor Meeting Review

**INVESTMENT HIGHLIGHTS:** Acadia presented additional data from Phase 2 Alzheimer's Disease Psychosis (ADP) trial and hosted a panel discussion w/ KOLs at CTAD mtg last wk. Highlights include evidence that Nuplazid is particularly effective in pts w/ more severe baseline symptoms (Neuropsychiatric Inventory-Nursing Home Psychosis score ≥12). Placebo-adjusted effect size was -4.43 (p=0.0114) in these pts, compared to -1.84 across entire trial population (p=0.0451). KOL panel voiced enthusiasm for multiple aspects of recently-initiated Phase 3 HARMONY trial in Dementia Psychosis, including randomized withdrawal design and breadth of target patient population (i.e. multiple dementia subtypes). Reiterate BUY. We believe the stock price does not adequately reflect Nuplazid label expansion to indications beyond Parkinson's Disease Psychosis.

- Acadia had previously disclosed Phase 2 trial primary endpoint 6wk Neuropsychiatric Inventory-Nursing Home Psychosis score improved relative to placebo (NPI-NH; -3.76 Nuplazid vs -1.93 Pbo; p=0.0451). The effect continued through wk12, but was not statistically significant. Acadia had also previously announced that secondary 6wk CMAI-SF and ADCS-CGIC endpoints were not met.

- New responder analysis data from Phase 2 trial were presented. Greater proportion of pts in Nuplazid arm experienced ≥30% increase in NPI-NH Psychosis score: 55.2% Nuplazid vs 37.4% pbo (p=0.0159). Amongst 1/3 of pts w/ more severe psychosis at baseline, response rate was 88.9% Nuplazid vs 43.3% pbo (p=0.0004).

- Nuplazid Phase 3 HARMONY trial in Dementia Psychosis is expected to enroll ~360 pts (Alzheimer's Disease, Parkinson's Disease Dementia, Dementia w/ Lewey Bodies, Frontotemporal Dementia, and Vascular Dementia). All pts receive 34mg QD Nuplazid w/ option to adjust to 20mg during wks1-4 if clinically justified. After 12wks, responders (criteria not disclosed) are randomized (double-blind) to either Nuplazid or pbo for 26wks or until relapse. Primary endpoint is time to relapse in 26wk double-blind portion of trial.

- KOL Q&A panel included Jeffrey Cummings (Director Brain Health / Cleveland Clinic), Stephen Stahl (Professor Psychiatry / UC-San Diego), and Clive Ballard (Executive Dean / University of Exeter Medical School). KOLs indicated 12wk Nuplazid run-in treatment period (as opposed to 6wk) is standard for psychiatry randomized withdrawal design trials and addresses any potential for variability across baseline dementia groups.

## COMPANY FLASH

| | |
|---|---|
| Stock Rating | **BUY** Unchanged |
| Price Target | **$49.00** |

### Biotechnology

**Alan Carr, Ph.D., CFA**
(212) 705-0435
acarr@needhamco.com

**Danielle Brill, Pharm.D., BCPS**
(212) 705-0405
dbrill@needhamco.com

### Stock Price Performance

ACADIA Pharmaceuticals Inc.    11/06/17



### Market Data

| | |
|---|---|
| Price (11/03/2017) | $35.85 |
| 52-Week Range | $41.20 - $20.68 |
| Shares Outstanding | 122.40 |
| Market Cap (MM) | $4,388.1 |
| Avg. Daily Volume | 1,405,636.0 |
| Total Debt/Cap. | 0.00% |

**Relevant disclosures begin on page 2 of this report.**

**Ex. 37**
**P. 2**

## Valuation (Price Target: $49.00)

- Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, revenues, and financings. Our Buy rating and price target are based on 25x our 2021 EPS estimate, discounted 20% annually.

- No other drugs have been approved by FDA for treatment of Parkinson's Disease Psychosis. Seroquel (quetiapine) is used extensively, despite sedation and disappointing efficacy in clinical trials. Clozapine is recommended, but is rarely used because of the need for regular testing for agranulocytosis. Estimates of PDP prevalence as a percentage of Parkinson's disease patients vary significantly, ranging from 8% to 50%, although Acadia estimates there are 150,000 PDP patients currently under treatment with an antipsychotic.

- We assume peak sales in PDP of around $1B in 2027. This implies treatment of roughly 25,000 patients, with 5% annual price increases.

- We expect the drug to ultimately have utility in other psychiatric indications. Our model assumes modest (conservative) growth beyond PDP, beginning in late 2019. We believe expansion to other indications, including Dementia-Related Psychosis, could have a substantial impact on peak sales potential in the long term. For context, the antipsychotic Abilify generated over $7B (2011) and Seroquel generated over $6B (2011) in WW peak sales.

- Several patents are listed in the FDA Orange Book, the last of which expires 6/3/2028 (US 7,732,615). This excludes potential 6 month pediatric expansion. Statutory NCE exclusivity expires 4/29/2021.

## Risks to Target

- Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

- Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

- Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

- Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

- Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



*November 6, 2017*

**ANALYST CERTIFICATION**

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| Strong Buy | 8 | 25 |
| Buy | 65 | 19 |
| Hold | 26 | 3 |
| Underperform | 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 73% of companies under coverage would have a "Buy" rating and 20% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 445 Park Ave., 3rd Floor, New York, NY 10022

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The Firm and/or its affiliate have received compensation for investment banking services from the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The subject company ACADIA Pharmaceuticals Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

**Equity Options Disclosure**

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

ACADIA Pharmaceuticals Inc.

**Ex. 37**

**P. 4**

*November 6, 2017*

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Options Sales and Trading Desk (212-705-0369) for additional information.

<u>Additional Disclosures for Israeli Clients</u>

All information presented in this document is, unless otherwise specified, under copyright of Needham & Company, LLC ("Needham"). No part of this publication may be copied or redistributed to other persons or companies without the prior written consent of Needham. These reports have been prepared by Needham and distributed by Clal Finance Batucha Brokerage, Ltd. ("Clal"), which accepts sole responsibility for its content subject to the terms set forth below.

Neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham is liable for any incomplete or improper transmission of these reports or for any delay in transmission. Any unauthorized use, disclosure, copying, distribution, or taking of any action in reliance on these reports is strictly prohibited. The views and expressions in the reports are expressions of opinion and are given in good faith, but are subject to change without notice. These reports may not be reproduced in whole or in part or passed to third parties without permission. Clal or its affiliates (and any director, officer or employee thereof) and Needham do not guarantee their accuracy or completeness, and neither Clal or its affiliates (and any director, officer or employee thereof) nor Needham shall be liable in respect of any errors or omissions or for any losses or consequential losses arising from such errors or omissions.

Neither the information contained in these reports nor any opinion expressed constitutes an offer, or an invitation to make an offer, to buy or sell any securities or any options, futures or other derivatives related to such securities ("related investments"). Clal or its affiliates (and any director, officer or employee thereof) and Needham may trade for their own accounts as odd-lot dealer, market maker, block positioner, specialist and/or arbitrageur in any securities of the issuer or in related investments, and may be on the opposite side of public orders. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may have a long or short position in any securities of the issuer or in related investments. Clal or its affiliates (and any director, officer or employee thereof) and/or Needham may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any entity mentioned in these reports.

These reports are prepared in general for the Israeli clients of Clal who are qualified institutional customers as defined by reference to the First Schedule to the Securities Law, 1968, of the State of Israel. They do not have regard to the specific investment objectives, financial situation and the particular needs of any specific person who may receive any of these reports. Investors should seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed or recommended in these reports and should understand that statements regarding future prospects may not be realized. Investors should note that income from such securities, if any, may fluctuate and that each security's price or value may rise or fall. Accordingly, investors may receive back less than originally invested. Past performance is not necessarily an indication of future performance.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or related investment mentioned in these reports. In addition, investors in securities such as ADRs, whose value are influenced by the currency of the underlying security, effectively assume currency risk. Unless agreed in writing with Clal, this research is intended solely for use internally by the recipient.

**Needham is not an authorized broker, dealer or investment adviser outside the United States. The research does not constitute an offer to provide financial services to anyone outside the United States. Any investor in Israel wishing to buy or sell the securities mentioned in this report should do so through Clal.**

**Neither Needham, the research analyst nor anyone else acting on behalf of Needham is an Israeli investment advisor, investment marketer or portfolio licensed under the Israeli Regulation of Investment Advice, Investment Marketing and Investment Portfolio Management law, 1995. Accordingly, Needham does not maintain the insurance specifically required of a licensee in accordance with such law.**

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2017, Needham & Company, LLC, Member FINRA, SIPC.

ACADIA Pharmaceuticals Inc.

Page 4 of 4

**Ex. 37**
**P. 5**

# Exhibit 38

Case 3:21-cv-00762-WQH-MSB   Document 117-6   Filed 10/20/23   PageID.2436   Page 61 of 100

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2017**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State of Incorporation)** | **(I.R.S. Employer Identification No.)** |

| | |
|---|---|
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Total shares of common stock outstanding as of the close of business on October 31, 2017:

| Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.0001 par value | 124,205,637 |

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2016 included with our Annual Report on Form 10-K filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to, the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

## Overview

### *Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system, or CNS, disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, on April 29, 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase III pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states.

For example, we believe Alzheimer's disease represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase II study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase II Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase III HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. Furthermore, in October 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for this dementia-related psychosis indication.

As a result of potential overlap of clinical sites and study participants between the HARMONY study and our SERENE study, which is our Phase II study evaluating pimavanserin for the treatment of Alzheimer's disease agitation and aggression, we decided to discontinue enrollment of new patients in that study. Patients already enrolled in SERENE will complete the study as planned. We believe discontinuing enrollment in, and reducing the size of, the SERENE study will enable us to focus external and internal resources on the HARMONY study.

12

**Ex. 38**
**P. 3**

We also believe schizophrenia represents a disease with multiple unmet or underserved needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In November 2016, we announced that we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase III study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. ADVANCE is a Phase II study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

Depression is another disorder with a high unmet need that we believe represents an attractive development opportunity for pimavanserin. Preclinical and clinical studies have shown that patients with depression often do not receive adequate relief from an antidepressant medication and, due to side effects of currently available therapies, many patients discontinue their medication, significantly increasing their chance of relapse. Preclinical and clinical evidence suggests $5\text{-}HT_{2A}$ antagonism may be an effective adjunctive therapy to currently prescribed antidepressants. In December 2016, we announced that we initiated CLARITY, a Phase II study evaluating pimavanserin for adjunctive treatment in patients with major depressive disorder, or MDD, who have an inadequate response to standard antidepressant therapy.

We maintain a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information about us. Our filings with the SEC are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this Quarterly Report or our other filings with the SEC.

## Financial Operations Overview

### Product and Collaborative Revenues

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016.

Prior to the generation of revenue from NUPLAZID, our revenues had been generated substantially from payments under our current and past collaboration agreements. Our prior collaboration agreement with Allergan plc focused on muscarinic product candidates for the treatment of glaucoma terminated in 2015 and we will not be receiving any further payments under that agreement. Our continuing collaboration agreement with Allergan involves the development of product candidates in the area of chronic pain. Under this continuing agreement, we are eligible to receive payments upon achievement of development and regulatory milestones, as well as royalties on future product sales, if any. We no longer receive research funding from this agreement and additional payments are dependent upon the advancement of an applicable product candidate. Our continuing collaboration agreement with Allergan in chronic pain is subject to termination upon notice by Allergan.

### Cost of Product Sales

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

### License Fees and Royalties

License fees and royalties consist of milestone payments expensed or capitalized and subsequently amortized under our 2006 license agreement with the Ipsen Group. License fees and royalties also include royalties of two percent due to the Ipsen Group based upon net sales of NUPLAZID.

### Research and Development Expenses

Our research and development expenses have consisted primarily of fees paid to external service providers, salaries and related personnel expenses, facilities and equipment expenses, and other costs incurred related to pre-commercial product candidates. We charge all research and development expenses to operations as incurred. Our research and development activities have primarily focused on NUPLAZID (pimavanserin) which was approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis in April 2016. We currently are responsible for all costs incurred in the ongoing development of pimavanserin and we expect to continue to make substantial investments in clinical studies of pimavanserin for indications other than PD Psychosis,

13

**Ex. 38**

**P. 4**

We expect that our near-term revenues will therefore be substantially dependent on our ability to generate net product sales of NUPLAZID. To the extent that we cannot generate significant revenues from the sale of NUPLAZID to cover our expenses, including the significant expenses associated with commercializing NUPLAZID and continuing to develop pimavanserin in additional indications, we may never achieve profitability and/or may have to reduce our commercialization and/or research and development activities to become profitable, which would harm our future growth prospects. Additionally, to obtain revenues from product candidates other than NUPLAZID, we must succeed, either alone or with others, in developing, obtaining regulatory approval for, manufacturing and marketing compounds with significant market potential. We may never succeed in these activities and may never generate revenues from our commercialization of NUPLAZID, or from other product candidates that may be approved, that are significant enough to achieve profitability.

*If we fail to obtain the capital necessary to fund our operations, we will be unable to successfully continue the development and commercialization of NUPLAZID or successfully develop and commercialize our product candidates.\**

We have consumed substantial amounts of capital since our inception. Our cash, cash equivalents, and investment securities totaled $366.6 million at September 30, 2017. We raised net proceeds of approximately $281.6 million and $215.9 million in follow-on public offerings in January 2016 and August 2016, respectively. While we believe that our existing cash resources will be sufficient to fund our cash requirements through at least the next twelve months, we may require significant additional financing in the future to continue to fund our operations. Our future capital requirements will depend on, and could increase significantly as a result of, many factors including:

- the progress in, and the costs of, our ongoing and planned development activities for pimavanserin, post-marketing studies for NUPLAZID to be conducted over the next several years, ongoing and planned commercial activities for NUPLAZID, and other research and development programs;

- the costs of maintaining and developing our sales and marketing capabilities for NUPLAZID;

- the costs of establishing, or contracting for, sales and marketing capabilities for other product candidates;

- the amount of U.S. product sales from NUPLAZID;

- the costs of preparing applications for regulatory approvals for NUPLAZID in jurisdictions other than the United States, and potentially in additional indications other than in PD Psychosis, and for other product candidates, as well as the costs required to support review of such applications;

- the costs of manufacturing and distributing NUPLAZID for commercial use in the United States;

- our ability to obtain regulatory approval for, and subsequently generate product sales from, NUPLAZID in jurisdictions other than the United States or in additional indications other than in PD Psychosis, or from other product candidates;

- the costs of acquiring additional product candidates or research and development programs;

- the scope, prioritization and number of our research and development programs;

- the ability of our collaborators and us to reach the milestones and other events or developments triggering payments under our collaboration or license agreements, or our collaborators' ability to make payments under these agreements;

- our ability to enter into new collaboration and license agreements;

- the extent to which we are obligated to reimburse collaborators or collaborators are obligated to reimburse us for costs under collaboration agreements;

- the costs involved in filing, prosecuting, enforcing, and defending patent claims and other intellectual property rights;

- the costs of maintaining or securing manufacturing arrangements and supply for clinical or commercial production of pimavanserin or other product candidates; and

- the costs associated with litigation, including the costs incurred in defending against any product liability claims that may be brought against us related to NUPLAZID.

30

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

***The pivotal Phase III study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase III trial and there is no guarantee that future studies with pimavanserin will be successful.****

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase II exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase II exploratory study, or the -019 Study, and the -020 Study, those results are not predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the efficacy study that we announced we had initiated in October 2017, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the study in major depressive disorder that we announced we had initiated in December 2016, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the study in schizophrenia that we announced we had initiated in November 2016, we had only conducted a Phase II trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other indications that we had with the -020 Study, or that we will have the same level of success with pimavanserin in dementia-related psychosis or in other indications that we had with the -019 Study. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications, including dementia-related psychosis, will be consistent with those from the -019 Study or -020 Study.

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

***We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.****

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis, in the future we would need to add resources and raise additional funds in order to take this product candidate to market for indications other than in PD Psychosis or in jurisdictions outside the United States, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted a life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not yield adequate returns.

31

**Ex. 38**
**P. 6**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ACADIA Pharmaceuticals Inc.**

Date: November 7, 2017

By: /s/ Todd S. Young
_____
Todd S. Young
Executive Vice President and Chief Financial Officer
(on behalf of the registrant and as the registrant's Principal Financial and Accounting Officer)

50

**Ex. 38**
**P. 7**

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen R. Davis, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 7, 2017

/S/ STEPHEN R. DAVIS
**Stephen R. Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

**Ex. 38**
**P. 8**

**Exhibit 31.2**

**CERTIFICATION**

**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Todd S. Young, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 7, 2017

/S/ TODD S. YOUNG

**Todd S. Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial and Accounting Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended September 30, 2017, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: November 7, 2017

/S/ STEPHEN R. DAVIS

**Stephen R. Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 38**
**P. 10**

Exhibit 32.2

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended September 30, 2017, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Todd S. Young, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

    (1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

    (2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: November 7, 2017

                                            /S/ TODD S. YOUNG

                                               **Todd S. Young**
                          **Executive Vice President and Chief Financial Officer**
                          (Registrant's Principal Financial and Accounting Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

# Exhibit 39

**Ex. 39**
**P. 1**

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ3 2017 Earnings Call Transcripts

## Tuesday, November 07, 2017 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.63) | (0.53) | NM | (0.62) | (2.55) | (1.98) |
| **Revenue (mm)** | 32.03 | 35.58 | ▲11.08 | 35.60 | 113.03 | 226.56 |

Currency: USD
Consensus as of Nov-06-2017 11:09 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2016** | (0.63) | (0.65) | NM |
| **FQ1 2017** | (0.72) | (0.72) | NM |
| **FQ2 2017** | (0.72) | (0.55) | NM |
| **FQ3 2017** | (0.63) | (0.53) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

**Call Participants** ........................................................................................ **3**

**Presentation** ........................................................................................ **4**

**Question and Answer** ........................................................................................ **9**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 39**
**P. 3**

# Call Participants

## EXECUTIVES

**Lisa Barthelemy**
*Director of Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**Todd S. Young**
*Former Executive VP & CFO*

## ANALYSTS

**Alan Carr**

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to ACADIA Pharmaceuticals Third Quarter 2017 Financial Results Conference Call. My name is April, and I will be your coordinator for today. [Operator Instructions].

I would now like to turn the presentation over to Lisa Barthelemy, Senior Director of Investor Relations at ACADIA. Please proceed.

**Lisa Barthelemy**
*Director of Investor Relations*

Thank you, April. Good afternoon, and welcome to ACADIA's Third Quarter Financial Results Conference Call. This conference call is being recorded, and an archived copy will be available on our website at www.acadia-pharm.com through November 21, 2017.

Joining me on the call today from ACADIA are Steve Davis, our President and Chief Executive Officer; Todd Young, our Executive Vice President and Chief Financial Officer; Michael Yang, our Executive Vice President and Chief Commercial Officer; and Dr. Serge Stankovic, our Executive Vice President and Head of Research and Development.

Before we proceed, I would first like to remind you that during our call today, we will be making a number of forward-looking statements, including statements regarding our strategy, the timing, results or implications of clinical trials, other development efforts or regulatory approvals; the benefits or advantages to be derived from the future approval of, and the future development or commercialization of, our products and product candidates, in each case, including NUPLAZID or pimavanserin; and future commercial and financial results. During our call today, we may use words such as anticipate, believe, could, expect, intend, may, plan, potential, predict, project, should or the negative of those terms and similar expressions that convey uncertainty of future events or outcomes to identify these forward-looking statements.

These forward-looking statements are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements.

These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date. ACADIA disclaims any obligation to update these forward-looking statements.

I'll now turn the call over to Steve Davis, our President and Chief Executive Officer.

**Stephen R. Davis**
*CEO & Director*

Thank you, Lisa, and thanks to everyone for joining us on the call today. Today, I'll briefly discuss our quarterly performance and recent operational highlights. Following my remarks, Todd will review our third quarter financial results. Michael will then discuss our commercial progress and Serge will discuss recent important developments in R&D.

We'll then open the call up for questions.

NUPLAZID continues to deliver strong performance with quarter-over-quarter revenue growth of a 32% in the third quarter. The number of patients receiving NUPLAZID treatment continues to grow and based on these results, we are increasing our 2017 guidance for NUPLAZID net sales to be between $124 million and $127 million.

On the commercial side, we are seeing important progress on multiple fronts. Access to NUPLAZID remains strong. The feedback from physicians, advocacy groups in the Parkinson's community and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

patients and caregivers continues to be very positive. We continue to make strong progress on our promotional efforts for NUPLAZID with increased brand awareness. We're working hard to increase the awareness of Parkinson's disease psychosis with patients and their caregivers and have important initiatives underway in this area. Michael will expand on this in his remarks.

Additionally, we continue to expand our business in long-term care where a significant number of patients with Parkinson's disease psychosis reside.

On the R&D side, we continue to advance our clinical development efforts with pimavanserin in multiple indications. We initiated our Phase III HARMONY Study in dementia-related psychosis or DRP in October. There are several important items to note here. First, we received Breakthrough Therapy Designation from the FDA for pimavanserin for the treatment of dementia-related psychosis. This is an important acknowledgment by the FDA of this serious medical condition for which no drug is currently approved, together with the potential for pimavanserin to address this need.

The Breakthrough Designation was granted in large part based upon results of our Phase II-019 Study in Alzheimer's disease psychosis and our Phase III-020 Study in Parkinson's disease psychosis. This is the second breakthrough designation for pimavanserin.

Second, we are pleased that the FDA has agreed to an efficient development path for this important program. Following an End-of-Phase II meeting with the FDA, we believe that robust positive results from one Phase III Study, together with supported data from prior studies with pimavanserin could serve as the basis of a supplementary New Drug Application.

And third, we are excited about the relapse prevention study design that we are employing in HARMONY. It is a very powerful and efficient study design. These types of studies typically have a higher probability of success than acute studies. Serge will share more details about the design later on in the call as well as the recent presentation of our Phase II-019 Study at the Clinical Trials on Alzheimer's Disease or CTAD meeting in Boston.

In summary, we had a strong quarter with continued excellent execution across the company.

Let me now turn the call over to Todd, who will discuss our financials.

**Todd S. Young**
*Former Executive VP & CFO*

Thank you, Steve. Today, I'll discuss our Q3 financial results and provide net sales and expense guidance for the last quarter of the year.

For the third quarter of 2017, we recorded $35.6 million of net sales, an increase of $8.7 million or 32% growth compared to the $26.9 million, a pro forma sell-in revenue recorded in Q2. Our gross-to-net in Q3 was approximately 12%.

As a reminder, we transitioned the sell-in from sell-through for revenue recognition in Q2, and as a result, we recognize $3.6 million of previously deferred revenue as a one-time item last quarter.

In today's press release, we have provided a table that presents our net sales for each quarter of 2017 on a comparable sell-in basis.

From a cash flow perspective, cash used in operations was approximately $58 million for the third quarter. We ended the quarter with $366.6 million of cash and investment securities on our balance sheet.

On the expense side of the P&L, total operating expenses, including cost of goods sold were $101.9 million. This amount includes $19.7 million of noncash stock-based compensation.

Our R&D expense in Q3 increased to $36.4 million from $34.2 million in the second quarter of 2017. Our SG&A expense was $62.3 million in Q3 versus $61.5 million last quarter.

As Steve noted, we expect 2017 full year net sales of $124 million to $127 million, which is an increase from the guidance provided last quarter of $105 million to $115 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

For Q4 expenses, we expect R&D to be in the mid-$40 million range and SG&A to be in the high-$60 million to low-$70 million range. As a reminder, all expenses provided in our press release and on the call today are U.S. GAAP amounts that include noncash stock-based compensation expense.

And with that, I'll turn the call over to Michael.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thanks, Todd. We're pleased with the strong growth of NUPLAZID in the third quarter. We continue to make significant strides in establishing NUPLAZID as a standard of care for PD psychosis.

We are working closely with healthcare practitioners to identify appropriate new patients. At the same time, we are continuing to build disease awareness and brand engagement with patients and caregivers as well as optimizing our approach to ensure patient compliance.

Let's start with our promotional efforts for NUPLAZID. I'm pleased to report that NUPLAZID is considered the first line choice for PD psychosis by 43% of movement disorder specialists which, as a reminder, is our most important physician segment. This represents a significant increase from [ prior ] ways of market research.

Another important strategic objective for us is to the close the PD psychosis awareness gap. Although it's well accepted amongst physicians that Parkinson's is a chronic and progressive disorder in which symptoms such as psychosis, emerge over time, our research shows that patients and caregiver awareness of psychosis as a condition related this is a Parkinson's is actually quite low.

We are executing a number of programs targeted at patients and our caregivers designed to aware -- raise awareness of hallucinations and delusions associated with Parkinson's. An important addition to our approach is the initiation of a national direct-to-consumer disease awareness campaign to further stimulate patient and caregiver conversations with their physicians about hallucinations and delusions associated with Parkinson's disease.

This targeted campaign will be introduced by the end of this month with television commercials featured in programs commonly viewed by our patients and their caregivers.

We've conducted extensive market research and believe this is the right approach to stimulate PD patients and their caregivers to discuss this condition with their Parkinson's specialists as a result of seeing the ads and also visiting websites for more information. Our TV spots will feature a disease education website that will contain additional information as well as a discussion guide, caregiver videos to support their conversation with their Parkinson's specialist.

Now on to long-term care, which continues to be an important component of our business. Our LTC sales team is focused on educating key stakeholders in this important long-term care setting. We have seen 25% growth quarter-over-quarter in the number of LTC pharmacies carrying NUPLAZID.

Our specialty distributor channel, which includes LTC, VA and TRICARE, now represent about 30% of our business. Importantly, CMS, the CMS regulatory guidance for nursing homes that will go into effect on November 28, recognizes for the first time that Parkinson's disease psychosis is an enduring and progressive condition and treatment for enduring conditions may need to continue indefinitely.

In nursing homes, psychotropic drugs are required to undergo gradual dose reduction in an attempt to discontinue unnecessary drugs. However, the recognition of Parkinson's disease psychosis as an enduring condition allows the prescriber to continue treatment of NUPLAZID as long as the resident is obtaining a benefit from the medication.

Furthermore, our commercial efforts in LTC are being well received. I'm pleased to report that for the second year in a row, the American Society of Consultant Pharmacists has selected ACADIA to receive its Hall of Fame Award in recognition of our strong commitment and support of the nation's consultant and senior care pharmacies and the patients they serve. ASCP is the only international professional society devoted to optimal medication management and improved health outcomes for all older persons.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The society represents more than 9,000 consultant and senior care pharmacists, who practice in a variety of settings, including long-term care facilities, adult day care centers, hospice programs and hospitals.

In sum, we're gratified with the healthcare community's enthusiasm for the product and more importantly by the positive impact NUPLAZID makes every day on the lives of patients and families.

And with that, let me turn the call over to Serge.

**Srdjan R. Stankovic**
*President*

Thank you, Michael. This has been a very exciting time on the R&D front with the initiation of our Phase III HARMONY Study of pimavanserin in dementia-related psychosis and the receipt of Breakthrough Therapy Designation for this program.

In addition to HARMONY, we continue to advance our pipeline in CNS areas of large unmet need with ongoing studies in schizophrenia inadequate response, schizophrenia negative symptoms and major depressive disorder.

My comments today will focus on recently initiated Phase III HARMONY Study in dementia-related psychosis, and on the presentation of Study -019 data in AD psychosis at the CTAD meeting in Boston.

I would like to start with a few important data findings directly relevant to the design of our Phase III HARMONY Study. Let me start with durability of pimavanserin effect. This is a very important consideration in our study design. We have seen consistency and durability of antipsychotic effect with pimavanserin in AD Psychosis. And for that matter, in PD psychosis as well. We see this in the shape of the curve in the pimavanserin previous group in the -019 Study. We also see it in Parkinson's patients, when we look at patients who rolled from our -020 Study into long-term extension study, and this is also consistent with the reports we're getting from physicians using pimavanserin in the real world setting. This, in contrast to marked variability and placebo response observed in Phase II Study -019 in AD psychosis. By the way, this variable placebo response may be attributed to the typical waxing and waning in severity of psychotic symptoms as shown in naturalistic studies of this disease.

So as I'll discuss in greater detail in a moment, in the HARMONY Study, we are essentially contrasting 2 things. The durability of effect we've observed in patients on pimavanserin, against the waxing and waning of psychotic symptoms in patients on placebo. Hence, the primary endpoint of the study is the average time to relapse between these 2 groups.

The above observations were critical in the choice of an optimal design for the study, Phase III HARMONY Study.

In addition, the relapse prevention study design is considered an ideal design for this patient population because of its efficiency, and power enrichment. Durability of pimavanserin antipsychotic effect is enhanced since only stable pimavanserin responders will be randomized into the double-blind portion of the study.

On the other hand, placebo response is significantly mitigated as treatment responders will be randomized into 26 weeks double-blind portion of the study making it very unlikely to observe maintained placebo response over this period of time.

Next, I would like to speak to effect size and how that informed our HARMONY Study design. Totality of the data from the Study -019 clearly indicated robust and clinically meaningful therapeutic effect of pimavanserin in AD Psychosis. The overall standardized effect size with pimavanserin in the -019 Study was 0.32 and greater than the overall effect size of 0.2 reported in studies of other antipsychotics in patients with Alzheimer's disease psychosis.

What is extraordinary, this effect size more than doubled in the patients with moderate to severe psychosis, showing standardized effect size of 0.74, a strongly robust antipsychotic effect rarely seen with other antipsychotics in general.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Why is this relevant? In the HARMONY Study, we will be enrolling patients with moderate to severe psychosis. In respect to safety, in the -019 Study, pimavanserin was well-tolerated in this frail and elderly population and the safety profile was consistent with what has been observed in previous studies. Importantly, no detrimental effect was observed on cognition for pimavanserin treated patients compared to placebo. In contrast, atypical antipsychotics have been associated with statistically significant acceleration of cognitive deterioration in patients with Alzheimer's disease.

Thus, the analysis of Phase II-019 data led to the design of our Phase III HARMONY Study. Let me now review key elements of HARMONY in a little more detail. The Phase III Study is a randomized placebo-controlled study, evaluating the ability of pimavanserin to prevent relapse of psychotic symptoms in patients with dementia. We expect to enroll approximately 360 patients. Prior to randomization in the double-blind period, study participants will be treated with pimavanserin in an open-label fashion for 12 weeks.

At the end of the 12-week open-label treatment period, patients who meet [ pre-specified ] area for response will be randomized into the double-blind placebo-controlled period of the study, where they will either continue their pimavanserin treatment or receive placebo, meaning, their active treatment will be withdrawn. Patients will be followed for up to 26 weeks or until an occurrence of relapse in psychotic symptoms. The primary endpoint as we said in this study is time to relapse in the double-blind period.

In summary, we're excited to be advancing pimavanserin in dementia-related psychosis. With no approved treatment for dementia-related psychosis, we believe pimavanserin can be an important treatment option for this elderly and underserved patient population. This possibility and really expectations is certainly reflected in the Breakthrough Therapy Designation we received recently from FDA.

With that, I will turn the call back to Steve.

**Stephen R. Davis**
*CEO & Director*

Thanks much, Serge. In closing, we are very pleased with ACADIA's strong performance this quarter and our progress towards making NUPLAZID the standard of care for every patient with Parkinson's disease psychosis who would benefit from it.

And with that, I'll turn the call back over to Lisa.

**Lisa Barthelemy**
*Director of Investor Relations*
Thank you, Steve. At this point, we'll begin the Q&A portion of our call. April, please open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from the line of Tazeen Ahmad.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Serge, I just wanted to clarify things for the explanation again on the trial design for the pivotal going forward and what you learned from Phase II. Is there any reason in your mind to believe that pimavanserin has a lower chance of working in, let's say, Alzheimer's? Would there be agitation or psychosis patients relative to the other indications, albeit smaller indications, but indications that could potentially have more potential for benefit, just based on the results that you've seen so far? And then I have a couple of follow-ups.

**Srdjan R. Stankovic**
*President*

Thanks, Tazeen, for the question. I just want to clarify, what smaller indication are you referring to in your [indiscernible]?

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Like say, for example, Lewy body dementia. I guess, based on the addressable population, that would be smaller in terms of number of patients. Is that right, relative to Alzheimer's?

**Srdjan R. Stankovic**
*President*

Right, yes. Thank you. I understand. The last body of evidence in the scientific literature clearly points down that in terms of the psychotic symptoms and response to a treatment to psychotic symptoms, neurobiologic differences or underlying neuropathology between different dementia times -- types is not really meaningful for, as I said, a secondary symptom of a psychosis. And that is after all practically confirmed by the simple fact that currently, psychosis in all dementia are treated in the same way with atypical antipsychotics and there are no differences in response between different subtypes. So we do not, in short, expect any differences in response significantly between these different subtypes of dementia.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And then for the trial itself in the first 12 weeks where you'll effectively be screening patients. Can you just give us a little bit more detail? Are they going to be screened at 12 weeks or with frequent intervals in between?

**Srdjan R. Stankovic**
*President*

Thank you for that question. I think it's important clarification. We will be evaluating patients throughout this period. In the first 4 weeks, physicians will have opportunity to actually adjust the dose on a basis of their clinical adjustment -- clinical judgment. Everybody will start with 34-milligram, but they will have opportunity to pull back to 20-milligrams if that's clinically warranted. Following those 4 weeks, everybody will maintain on the stable dose. They will be periodically evaluated. But very important fact that often gets overlooked is that we are looking in our criterions for randomization for a stable response. Meaning, that we will be evaluating patients at week 8 and week 12 and only patients that have a stable response and meet improvement criteria at both time points will be randomizing to the double-blind phase. I hope that clarifies a little bit your question.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 39
P. 10

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Yes, that does. And then I guess, moving back to NUPLAZID results for the quarter. Maybe this is a good question for Michael. I did note that you took a price increase or ACADIA took a price increase. I'm just hoping to understand kind of what signals you look for in the environment for sales to make you comfortable that increasing the price doesn't potentially put you at risk of maybe slowing down the launch with insurance companies putting up barriers. Maybe you can give us a little bit of visibility on that.

**Stephen R. Davis**
*CEO & Director*

Tazeen, this is Steve. I'll take a first crack at it and Michael feel free to jump in, if you like. I think the first point to make is that, in terms of pricing the drug, our objective is always to price the drug based upon the value that we're delivering. I think as we are now 1.5 years into launch, we have an even more tangible feel for the value we're delivering. And I would add to that, that throughout the preparations we did before the drug is approved and before the drug was launched, as well as throughout the course of commercialization that we've been through so far, payers get that. They understand the value of the drug. They understand there's nothing approved. They understand the potential for off-label use of atypical antipsychotics to interfere with the [ mode of ] therapy, they're very sedating and they get the picture. So I think we feel that the price is very appropriate at this point in time.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, I [indiscernible] that.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And so, I guess, that leads me to my next question is, as you try to gain traction into long-term care -- I'm sorry if I missed it, but did you say what percent of your sales are coming now from long-term care?

**Todd S. Young**
*Former Executive VP & CFO*

Long-term care as defined by VA, TRICARE and long-term care, 30%, Tazeen.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And do you expect that to keep increasing?

**Todd S. Young**
*Former Executive VP & CFO*

Well, we're still in the early innings as you know of our expansion with our sales force. They've only been in the market 6 months. We're very optimistic about the future growth opportunities in that channel. As we commented in past, this is a place where there's a lot of patients who are with Parkinson's who have psychosis. So yes, I'm anticipating that, that will be a very important channel for us in the future.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And then -- I'm sorry if I missed this. But what was your gross-to-net this quarter?

**Todd S. Young**
*Former Executive VP & CFO*

Yes. It was approximately 12%, Tazeen.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from the line of Charles Duncan.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

So one question regarding commercial. And then one on development. The one on commercial is kind of a follow-up to one that was just asked. And that is that, Michael, I believe you said 30% of business, is that 30% of revenue, is it 30% of new patients? Just a little bit more clarity on that if you will.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Well, that's -- Charles, thanks for the question. That's 30% of revenue.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Okay, great. And then I think, Steve, you mention value that you've created and increasingly reimbursement authorities are really paying attention to that. What aspects of value are you keen on? Is it the new patient starts? Is it initial responses or is it durability of patients that have been on the drug?

**Stephen R. Davis**
*CEO & Director*

Well, it's, frankly, all of the above that you've mentioned. I think the -- as we poll the medical community, we get very high satisfaction levels with the drug. It's clear that we're delivering a real benefit that physicians like and they appreciate. I don't want to make too much out of anecdotes, but I will tell you that we have had a number of patients who have gone home from nursing homes. They got on NUPLAZID, they went home for a visit and they didn't have to go back to the nursing center. So it's just an example of the kind of benefit that we can provide and we feel like we have -- across all fronts, very strong indicators of very high value.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

That's pretty cool. If I could just ask a question also for Serge, in terms of development. Congrats on the Breakthrough Therapy Designation and neat risk reduced study design. But I'm wondering, as you consider the primary endpoint for time to relapse in the HARMONY Study, what are you assuming for the control arm? Could it be weeks or just a couple of weeks? And then how much do you think is needed to create real clinical value? What kind of change would you like to see out of that trial?

**Srdjan R. Stankovic**
*President*

Thank you, Charles. A great question. First, let me say that time to relapse is a primary outcome in this study -- studies is a customary way of doing a primary analysis because it offer continuous variables and more variable and most power. However, in powering this study, because it's very difficult to predict how the Kaplan-Meier curve will look at the end. We powered this study on the proportion of relapses between the active treatment and drug over this period of 26 weeks of the follow-up. So you're assuming a certain number of relapses, total number and the certain difference. So based on the difference that we assume, we are calculating number of events that we need to do. Because that's the only way how we can actually determine when the trial is over and when is -- where we have sufficient power in this case, 90% power to detect the difference we are assuming. We assumed the difference we modeled based on the data in the similar relapse prevention trials in Alzheimer's disease psychosis for placebo data. And then we looked at our own data on the active treatment and assumed the difference -- that there's a standard a usual difference of -- between placebo and drug that is observed in all relapse prevention trial as it is considered meaningful. And that is usually not less than 20%. But we are not specifically sharing the -- our assumptions on the trial. I'm just giving this as an example.

**Charles Cliff Duncan**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Piper Jaffray Companies, Research Division*

That makes sense. Last question, on the effect size. You talked about a pretty robust effect size of almost 75% or 0.74 in the moderate to severe patients. I guess, when you look at the control arm in the previous study, it seems like that might -- must have been for the moderate to severe patient much less variable or less waxing and waning which kind of makes sense if you think about psychosis. But was that the case that you saw in that control arm?

**Srdjan R. Stankovic**
*President*

What we saw and what is particularly impressive too, is that when we looked at the responder rates, and usual cut-offs for responder rates, 20%, 30% and 50% decrease on the scale, on the severity scale, what we saw going from overall population to the severe -- moderate to severe population, we saw tremendous increase in the percentage of responders. We are seeing 70% to 80% response rates even above 80%. So however, when we looked at the placebo group, we don't see that parallel increase. We are seeing somewhat a larger response, but a difference between 2 groups that is tremendous, about 35% to 40%-plus difference between treatment arms. It actually mostly comes from the increased response in the active arm, in the pimavanserin arm. So you are right. We are seeing little less. Although in general, in placebo group, you would see this waxing and waning.

**Operator**

And your next question comes from the line of Jason Butler.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Again, I'll add one commercial, one clinical. Just on the commercial and long-term care. Michael, can you just talk to the average amount of time or effort it's taking to get a new center to write a NUPLAZID prescription? And then if you could even talk in broad terms talk about what percentage or what proportion of long-term care facilities you've had contact with at this point?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Thanks for the question. It's a challenging thing to answer in regards to long-term care as a kind of a heterogenic channel. They're not very homogenous. And, therefore, when we expanded the sales force, that was recognized that we needed to get a tighter span of control and more local insights on impacting the facilities. Certainly, we're doing better at the more standardized larger facilities. We have good contracts with all the GPOs, and we're making strides every day, really, penetrating the channel in a better way. But it's very difficult. I wouldn't really want to quote on how long it takes. It's very variable. There's -- some of these are longer-term sell cycles and some of them are shorter-term sales cycles and a lot of it is predicated on access to physicians and facility dynamics. So I really wouldn't want to quote a standardized timeframe. Yes, and just in regards to the number, I mentioned earlier, we have -- we're growing. We had 25% quarter-over-quarter growth of the amount of long-term care pharmacies who are stocking or carrying NUPLAZID. Even that statistic is challenging in regards to one pharmacy may be supplying drug from multiple facilities. So even that is a difficult -- it's not one-for-one basis as you would say in a hospital. So -- but anyway, look, we're looking to penetrate and broaden and deepen our penetration of places carrying NUPLAZID. That's our objective in the coming months.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. And then for Serge. For the HARMONY trial and the Phase II ADP trial, can you just clarify for us how you defined moderate to severe psychosis severity in terms of the NPI psychosis scores? Just what the different thresholds you're using for the 2 studies are?

**Srdjan R. Stankovic**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We -- obviously, in the ADP trial, we use NPI Nursing Home version for the qualification. And we assumed in that trial that the patient has to have a score of 3, either on hallucinations or delusions, or the combined score of 6. So we did not require -- I'm sorry, score of 4 or one or the other, or a combined score of 6. We did not incorporate any of the other requirements for severity, let's say, the global clinical assessment of severity of psychotic symptoms or other things. And the overall patient population that was qualified in that study was, I would say, mild to moderate with about 1/3 of the patients that fell into really category or more severe patients as we presented. In the HARMONY Study, we -- there is a whole list of requirements in terms of the severity that is described by the total score of SAPS hallucinations and delusions, than the global item on hallucinations, global item on delusions. As well as the clinical global impression of severity. And only that combination that clearly defines moderate and severe patients and exclude patients with mild symptoms of psychosis is what would qualify patients to enter the trial.

**Operator**

And your next question comes from the line of Cory Kasimov.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

One commercial and one clinical one. So commercially, NUPLAZID for PDP. Your 4Q guidance implies good continued growth into the end of the year. I'm curious if you're expecting any sort of seasonality impact around the holidays?

**Todd S. Young**
*Former Executive VP & CFO*

Cory, we're -- we saw it last year, with some pull-through of scripts by individuals. Now with the change to the sell-in revenue recognition, it would be more in terms of inventory held by our distributors. And we saw a small amount of days on-hand grow, generally in line with demand, Q3 over Q2. But clearly, inventory stocking could affect us at the end of the year. We're generally assuming it will be pretty stable at the range they are holding today as at the end of Q3, going into Q4.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay, that's helpful. And then regarding HARMONY for the 12-week lead-in period. Can you talk about the response criteria for entering into the double-blind portion? And maybe what percentage of relevant high-risk patients from the Phase II Study would have qualified as a responder based on the Phase III criteria? I'm just kind of curious how different that might be.

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take that?

**Srdjan R. Stankovic**
*President*

Yes, absolutely. Thanks, Cory. We did model about our Parkinson's disease psychosis as well on Alzheimer's disease psychosis trial. And in order to assume a certain response over the 12-week period, we'd look particularly at the ADP data where we had a 12-week period responder. And applied -- it's very difficult to directly apply these criteria, but we did apply approximation of the criteria and we found that it would be -- we anticipated there will be certainly more than 60% of patients that would actually qualify for that. I mean, for the respond -- to the response that we have. Let me just make sure that there is no misunderstanding. In terms of the severity of symptoms that we are required, you know there was a 1/3 of the patients that had these moderate to severe symptoms. And the symptoms we are applying that would probably be about 1/2 of the patients that would qualify for HARMONY Study. So there are 2 elements to this question. One is how many patients would qualify and another is how many of those would actually qualify for randomization and be considered as a responders to treatment after 12-weeks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Operator**

And your next question comes from the line of Salveen Richter.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Just in regard to the HARMONY Study and the severity of these patients. If you look at ClinicalTrials.gov, I think you have an MMSE score of about 6 to 24, which would include mild patients. So are you going to exclude the mild portion of those patients? And also in the study, are you going to stratify by severity? I have a follow-up.

**Stephen R. Davis**
*CEO & Director*

Serge?

**Srdjan R. Stankovic**
*President*

Yes. One clarification, Mini-Mental Status Exam score is not a qualifying factor. We are measuring Mini-Mental Status Exam as an indicator of the cognitive abilities primarily from safety perspective to demonstrate, once again, as we demonstrated before, that there is no negative impact of pimavanserin treatment on a Mini-Mental Status Exam. Mini-Mental Status Exam is not a measure of psychotic symptoms, it is a measure of cognition. We are qualifying patients for our study on the severity of psychotic symptoms, which is determined with the SAPS-PD, scales for assessment of positive symptoms, hallucinations and delusions domain and clinical global impression here for psychotic symptoms.

**Stephen R. Davis**
*CEO & Director*

Salveen, this is Steve. Thanks so much for the question because I've realized maybe we probably were not using the term precisely enough. When we talk about enrolling moderate to severe patients, we're talking about on psychosis, not moderate to mere -- not moderate to severe Alzheimer's patients. So thanks very much for the clarification.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

To follow up, are you stratifying by severity here? And then just my follow-up question is around the pipeline read-outs we should be looking for in 2018. Are we going to get any depression data or schizophrenia data?

**Stephen R. Davis**
*CEO & Director*

Serge?

**Srdjan R. Stankovic**
*President*

Yes. Certification that we're doing in the trial is on a basis of dementia subtype, so that we assure a balanced randomization between these trials -- these different subtypes. In terms of the read-outs, we expect read-outs from the ongoing trial to start sometime in the mid- to second half of 2018 and then continue in to 2019. And the first trial, we expect the read-out will be our major depression trial.

**Operator**

And your next question comes from the line of Ritu Baral.

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 39
P. 15

This is Alex on for Ritu. One question on HARMONY. What are your plans to engage EU regulators here? Have they provided any feedback, either on the relapse withdrawal trial design or the inclusion of the broader DRP indication?

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take that?

**Srdjan R. Stankovic**
*President*

Yes, absolutely. Are you referring to U.S. regulators, to FDA or ex-U.S?

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

Ex-U.S. regulators.

**Srdjan R. Stankovic**
*President*

Okay. We are -- we plan to do that in the first half of next year, to approach the EMA and win the discussion through our scientific advice procedure to get the feedback on our program and their position on that.

**Alexandria Huynh**
*Cowen and Company, LLC, Research Division*

Got it. And then one question on commercial. Have you guys seen any stocking ahead of the price increase that you took in October?

**Todd S. Young**
*Former Executive VP & CFO*

Alex, no, we did not give any headline up in front to the distributors or the specialty pharmacy. So no, there was nothing related to stocking with price.

**Operator**

And your next question comes from the line of Paul Matteis.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

I was wondering if you could clarify a couple of quick commercial items. And then I just have one clinical question. On the gross-to-net, this is the second quarter where it's really improved substantially. I was wondering if you've gotten kind of better long-term visibility into the trajectory of gross-to-net? And then separately, how that could at all be influenced by the price increases that you've taken so far or might take in the future?

**Todd S. Young**
*Former Executive VP & CFO*

Sure. With respect to Q3, we're basically at the low -- for gross-to-net for us has given the distribution cost being relatively fixed. And obviously, as we get into Q4, the donut hole, which is the biggest variable liability in gross-to-net is less of a factor, just given where the price is relative to when a patient enters the donut hole on a bottle basis. So we're expecting again to be in the same general range here of 12% to 13% in Q4. The price, obviously, is a factor in totality only because of the donut hole which, as I mentioned, is the biggest liability, is a fixed dollar amount for each patient. So to the extent they have more dollars of drug from ACADIA or otherwise, we'll have a bigger drop through going forward. So again, Q1 will have the full reset. All of our patients that are on drug at the end of the year, who are Medicare

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 39
P. 16

Part D, will start over. So this 12%, 13% range certainly will not occur in Q1, despite a higher price for NUPLAZID.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay, all right. And then I'm wondering if you could talk about today, relative to say the first few quarters of the launch, what you're seeing in terms of switches from Seroquel and patient new starts as they sort of comprise the mix of pimavanserin growth?

**Stephen R. Davis**
*CEO & Director*

I'll start and, Michael, feel free to jump in. So no new news on switching. We continue to see very -- as I mentioned earlier, very strong satisfaction levels with the drug from all the surveying that we're doing. The one thing that's probably a little bit better clarity on today than we would have in 2 or 3 quarters ago is the -- what we often refer to internally, is kind of stickiness of the drug. Once we get past the natural degradation you have with all drugs of this sort in the first month or 2. And once you get beyond that, we're seeing a very good stickiness of the drug, which again I think is indicative of the benefit the drug is delivering and we're seeing that all the time. So that's one thing that stands out that we really didn't have good -- really didn't have any clarity on who wants the drug and had limited clarity as of a couple of quarters ago, but had a little bit better now.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, Paul, thanks for the question. I would just add that the mix of all products are a mix of both switching patients who are either on another therapy and also treatment naïve as we -- and we strive to get more treatment naïve patients. That's our goal. But we're sourcing patients also from dissatisfied or lack of efficacy in other products. Just recall, though, that, that mix at an individual doctor level can vary as we move into deeper penetration of the physician base. Those people are then beginning to see the new product in a newer light. We end up on those kind of physicians getting more switch versus the ones who have maybe moved it into more of their treatment armamentarium and where we get more [ trib ] naïve. And the rollup of all of those gives you a mix of treatment naïve and switch and, therefore, that's a dynamic process for most -- any drug there is.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. And then just one clinical question for Serge. I'm wondering what went into the decision for the dose -- for the inclusion of the dose adjustment option in the DRP study? The safety of pimavanserin, I mean, this was definitely talked about at CTAD, has been pretty good so far especially compared to atypicals in this population. So what was the thought process there?

**Srdjan R. Stankovic**
*President*

Yes. Thanks, Paul. The reason for including the option to pull back one step on the dose is really in 2 elements. One is, regardless of the very favorable tolerability profile that we've seen with pimavanserin. On an individual basis, some patients may experience some side effect that, that would benefit from lowering the dose. We don't have in mind any specific side effect because we didn't see much of that, but we still know that this patient may benefit efficacy-wise from that. Second, the more important element is that we wonder why it is in the interests of the success of the trial, attrition of patients in the course of the trial. So we want to have more successful responders in the 12-week period and then continue them into a double-blind. So in interest of that, we are allowing this option at the beginning. That's really the rationale for allowing that. We still require a stable treatment of 8 weeks with the dose that is achieved, and we do not believe actually and expect that there will be a whole a lot of patients that will have that step down in dose.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And your last question comes from the line of Alan Carr.

**Alan Carr**

Coming back to gross-to-net. It did come in lower than I think you suggested for the rest of the year on the last conference call. And Steve, I missed some of your opening comments. I'm wondering, does it relate to any changes in promotions and that sort of thing? And then also, maybe you could talk a bit more about building awareness in a little more on the direct-to-consumer program here and the costs associated with that.

**Stephen R. Davis**
*CEO & Director*

Todd, do you want to take the first one?

**Todd S. Young**
*Former Executive VP & CFO*

Yes. On the gross-to-net, Alan, we're seeing the increase in long-term care that Michael spoke about. A lot of those patients are Medicare Part D low income subsidy where we don't have the liability for the Medicare. So as we added new patients there, that certainly helps the gross-to-net. The stickiness that Steve spoke about on our patients as well, if we continue to have patients staying on the drug and continue to have more bottles, they're outside of the donut hole and so that creates a faster drop through on the gross-to-net side as well.

**Alan Carr**

Before you get to the second part, have you changed any of your promotions, free drug and that sort of thing for starts? Has that changed at all or is that stable?

**Todd S. Young**
*Former Executive VP & CFO*

No. We're continuing to have our 14-day initial prescription that goes without charge. And again, in the long-term care VA setting, not many patients actually take advantage of that, that's more of a straight prescription. And so there is, I guess, from a proportionality as that side grows a little faster, there's less free drug coming out through the 14-day. But generally speaking, that continues to be an important program to get patients started quickly on the drug.

**Alan Carr**

I see, okay. And then around the awareness and the direct-to-consumer.

**Stephen R. Davis**
*CEO & Director*

Yes, Alan. It's a great question. We have a, as I mentioned, a television campaign that is -- we're very excited about. I think it's going to be hitting all the right marketing levers. The campaign though, as you know, is targeted to our patients and caregivers and, as such, we think it's a very responsible campaign. But I don't think you have to be concerned that it's a kind of campaign that's got to reach mass audiences. The total Parkinson's audience, as you know, is about 1 million patients in total and so, thus, we can be very targeted in our approach.

**Operator**

Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Great. Well, thanks, everyone for joining us on today's call and for your continued support. We look forward to updating you on our future progress.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

**Ex. 39**
**P. 19**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

19

Ex. 39
P. 20

# Exhibit 40

# Acadia Pharmaceuticals

# Nuplazid sales beat expectations; guidance raised

**Reiterate Rating: BUY | PO: 46.00 USD | Price: 32.46 USD**

**Bank of America Merrill Lynch**

Equity | 07 November 2017

## Another strong Nuplazid quarter; maintain Buy

ACAD reported 3Q17 Nuplazid sales of $35.6mn, above our $31mn expectation. Management also raised guidance to $124mn-$127mn (after issuing FY17 guidance in 2Q of $105mn-$115mn), which assumes continued strength in 4Q. We continue to believe Nuplazid's profile (the only approved drug with a label for Parkinson's Disease Psychosis, PDP, and does not interfere with efficacy of drugs used for motor control symptoms) and positive doctor feedback (pg. 3) will likely continue to drive shares higher. We now model FY17 sales of $125.5mn ($113mn prev.). Our model also incorporates impact from the ~19% price increase taken October 5th. We make adjustments for cash and share count and now assume a steady state annual gross to net assumption of 18% (20% prev.)  We reiterate our Buy rating and $46 PO for ACAD shares.

## Still in early stages of launch; focus on increasing share

Our calls with physicians who use Nuplazid indicate that doctors believe it takes at least four weeks to determine if Nuplazid is working but when it does, caregivers report noticeable improvements in quality of life of the PDP patients in their care. ACAD will launch a national disease awareness campaign aimed at caregivers of patients to start by end of this month and will include TV commercials. CCO Michael Yang highlighted that specialty distributor channels (which includes long-term care, LTC) represent 30% of revenue, up from 25% in 2Q. We believe the 49 reps recently deployed and dedicated solely to LTC will continue to drive share in this segment higher and compliment the 100 other sales reps who have been focusing on the greater market.

## Pipeline updates in other indications to start in 2018

ACAD reported detailed results from its phase 2 study in Alzheimer's Disease Psychosis at the CTAD meeting this week in Boston. We believe the company's decision to design the phase 3 HARMONY study to include a broader patient population in Dementia Related Psychosis (DRP) makes strategic sense. Importantly, we note ACAD will be evaluating patients at week 8 and week 12 in the lead in phase of the pivotal phase 3 study and will only allow patients who respond at both time periods to progress in the trial. Time to relapse is the primary endpoint in the study. We expect readouts from mid-2018 with the first one from the MDD study (CLARITY).

### Estimates (Dec)

| (US$) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| EPS | (1.63) | (2.34) | (2.47) | (1.55) | (0.55) |
| GAAP EPS | (1.63) | (2.32) | (2.47) | (1.55) | (0.55) |
| EPS Change (YoY) | -71.6% | -43.6% | -5.6% | 37.2% | 64.5% |
| Consensus EPS (Bloomberg) | | | (2.55) | (1.94) | (0.94) |
| DPS | 0 | 0 | 0 | 0 | 0 |

### Valuation (Dec)

| | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| P/E | NM | NM | NM | NM | NM |
| GAAP P/E | NM | NM | NM | NM | NM |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | NM | NM | NM | NM | NM |
| Free Cash Flow Yield* | -3.1% | -5.4% | -5.7% | -3.2% | 0% |

* For full definitions of *IQmethod*<sup>SM</sup> measures, see page 6.

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 7 to 9. Analyst Certification on page 4. Price Objective Basis/Risk on page 4.**                    11810638

Timestamp: 07 November 2017 09:08PM EST

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| 2017E Rev (m) | 112.9 | 125.5 |
| 2018E Rev (m) | 219.6 | 251.3 |
| 2019E Rev (m) | 354.9 | 373.2 |
| 2017E EPS | -2.59 | -2.47 |
| 2018E EPS | -1.81 | -1.55 |
| 2019E EPS | -0.70 | -0.55 |

**Tazeen Ahmad**
Research Analyst
MLPF&S
+1 646 855 4236
tazeen.ahmad@baml.com

**Peter Stapor**
Research Analyst
MLPF&S
+1 646 855 5825
peter.stapor@baml.com

### Stock Data

| | |
|---|---|
| Price | 32.46 USD |
| Price Objective | 46.00 USD |
| Date Established | 5-Oct-2017 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 21.93 USD - 41.20 USD |
| Mrkt Val (mn) / Shares Out (mn) | 3,949 USD  / 121.7 |
| Average Daily Value (mn) | 46.69 USD |
| BofAML Ticker / Exchange | ACAD / NAS |
| Bloomberg / Reuters | ACAD US / ACAD.OQ |
| ROE (2017E) | -64.3% |
| Net Dbt to Eqty (Dec-2016A) | -31.5% |

Unauthorized redistribution of this report is prohibited. This report is intended for lbarthelemy@acadia-pharm.com

**Ex. 40**
**P. 2**

# iQprofile<sup>SM</sup> Acadia Pharmaceuticals

## iQmethod<sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Return on Capital Employed | -58.0% | -67.6% | -57.9% | -43.0% | -16.0% |
| Return on Equity | -64.6% | -75.6% | -64.3% | -47.8% | -17.8% |
| Operating Margin | -269,855.7% | -1,574.1% | -244.4% | -83.9% | -22.1% |
| Free Cash Flow | (124) | (212) | (226) | (128) | 2 |

## iQmethod<sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NM | NM | NM | NM | NM |
| Asset Replacement Ratio | 3.3x | 0.8x | 0.8x | 2.4x | 7.2x |
| Tax Rate | NM | NM | NM | NM | NM |
| Net Debt-to-Equity Ratio | -51.0% | -31.5% | -19.4% | -44.8% | -44.1% |
| Interest Cover | NA | NA | NA | NA | NA |

## Income Statement Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Sales | 0 | 17 | 126 | 251 | 373 |
| % Change | -49.2% | 28,311.5% | 624.3% | 100.2% | 48.5% |
| Gross Profit | 0 | 14 | 113 | 236 | 351 |
| % Change | -49.2% | NM | 692.5% | 109.1% | 48.5% |
| EBITDA | (164) | (271) | (306) | (211) | (82) |
| % Change | -76.3% | -65.3% | -13.1% | 31.3% | 60.9% |
| Net Interest & Other Income | 0 | 4 | 4 | 4 | 4 |
| **Net Income (Adjusted)** | (164) | (271) | (303) | (207) | (79) |
| **% Change** | -77.8% | -65.0% | -11.6% | 31.6% | 62.0% |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | (164) | (269) | (303) | (207) | (79) |
| Depreciation & Amortization | 1 | 2 | 0 | 0 | 0 |
| Change in Working Capital | 4 | 14 | 18 | 18 | 18 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 38 | 43 | 58 | 61 | 64 |
| Capital Expenditure | (2) | (2) | 0 | (1) | (2) |
| **Free Cash Flow** | -124 | -212 | -226 | -128 | 2 |
| **% Change** | -86.1% | -71.0% | -6.8% | 43.4% | NM |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| Cash & Equivalents | 102 | 164 | 82 | 199 | 196 |
| Trade Receivables | 2 | 7 | 1 | 1 | 1 |
| Other Current Assets | 115 | 377 | 378 | 283 | 288 |
| Property, Plant & Equipment | 2 | 3 | 3 | 3 | 3 |
| Other Non-Current Assets | 1 | 10 | 1 | 1 | 1 |
| **Total Assets** | 222 | 561 | 465 | 487 | 489 |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 22 | 43 | 42 | 43 | 45 |
| Long-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| **Total Liabilities** | 22 | 43 | 42 | 44 | 45 |
| **Total Equity** | 200 | 518 | 423 | 444 | 444 |
| **Total Equity & Liabilities** | 222 | 561 | 465 | 487 | 489 |

\* For full definitions of iQmethod<sup>SM</sup> measures, see page 6.

## Company Sector

Biotechnology

## Company Description

Acadia Pharmaceuticals is a biopharmaceutical company based in San Diego, CA focused on the development of therapeutics to treat Central Nervous System (CNS) disorders. Their lead asset Nuplazid (pimavanserin) has been approved for the treatment of Parkinson's Disease Psychosis (PDP). Nuplazid is also in development for the treatment of dementia-related psychosis.

## Investment Rationale

We rate ACAD shares Buy. Lead asset Nuplazid was launched in the US in June 2016. Nuplazid treats the symptoms of psychosis without impacting the control of motor symptoms from the underlying Parkinson's Disease. This fills a treatment void left by standard of care therapy, which includes reduction of PD medications and use of off-label antipsychotics. We believe ACAD could fill an area of unmet need to treat PD patients who suffer from psychosis.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,438,524 |

## Quarterly Earnings Estimates

| | 2016 | 2017 |
|---|---|---|
| Q1 | -0.45A | -0.72A |
| Q2 | -0.63A | -0.55A |
| Q3 | -0.62A | -0.53A |
| Q4 | -0.65A | -0.61E |

Bank of America
Merrill Lynch

Ex. 40
P. 3

## Docs increasingly comfortable w Nuplazid

We recently conducted doctor calls with two neurologists and two psychiatrists to understand their use and satisfaction of Nuplazid. They together prescribe Nuplazid to 165 PDP pts in a pool of 2600 PD pts. Overall, we continue to see the same level of satisfaction we saw in October. Docs, regardless of their specialties, express positive views on Nuplazid in terms of efficacy and tolerability. One neurologist saw "substantial improvement" in 50% of his pts, while a psychiatrist commented lack of efficacy found in 15% of her patients. Despite the lack of efficacy in some pts, none have expressed concerns over tolerability. Furthermore, physicians have not reported any change in their prescription patterns as a result of the shorter free sampling period that began in Q217, as we see continued doc engagement from ACAD salesforce. However, one neurologist cautioned two weeks free sampling period could be insufficient to confirm efficacy. To our surprise, two docs have prescribed higher than recommended dose to some PDP pts (as high as 51mg). One neurologist also anticipates using Nuplazid in the 1L setting in the near future. Our feedback all converge into an encouraging theme for ACAD that shows physicians are becoming more comfortable with Nuplazid.

Psychiatrist in private practice: currently have 35 PDP pts on Nuplazid

- Anticipates Nuplazid use to go from 35 to 60 next year

- Uses higher than recommended dose at 51mg in 1/3 of his patients who didn't respond at 34mg. Sees 50% response rate at 51mg

Psychiatrist in private practice: currently have 50 PDP pts on Nuplazid

- Finds Nuplazid "not very effective" in 15% of her patients. Fine with tolerability

- Most patients start on free sample first

- Went above 34mg in some patients but did not see better outcome

Neurologist in academic hospital: currently have 30 PDP pts on Nuplazid

- Indicates that 2 weeks is insufficient to see effect and could lead to premature discontinuation

- Anticipates increased usage in milder PDP. Considers usage without Seroquel at 1L if reimbursement is not an issue

Neurologist in private hospital: currently have 40 PDP pts on Nuplazid

- Uses Nuplazid as 1L for PDP. Anticipates 60-80% of patients who are on 1L Seroquel switching to Nuplazid

- Finds improvement in 80% of PDP pts with Nuplazid

**Ex. 40**
**P. 4**

## Price objective basis & risk

**Acadia Pharmaceuticals (ACAD)**
Our DCF-derived PO of $46 encompasses commercial drug Nuplazid in PDP, which represents the majority of our NPV, at $27/share. Additional indications for Nuplazid in dementia-related psychosis (DRP) contribute $14/share. We also assume a value of $200 million for Acadia's pipeline, which includes other potential indications for Nuplazid, such as schizophrenia, and other early-stage assets, including a partnered clinical program in chronic pain. The remainder of our NPV comes from cash and NOLs. We use a WACC of 9% for PDP and 10% for DRP, consistent with how we value other drugs in similar stages of development in our coverage universe. We assume a 20% tax rate for ACAD and zero terminal value.

Downside risks to our PO are: 1) slower-than-expected commercialization of Nuplazid in the neurology and psychiatry settings, 2) stronger-than-expected competition from other 5HT2A compounds and other drugs in development for the same indications as Nuplazid.

Upside risks are 1) faster-than-expected Nuplazid uptake in the US, 2) faster-than-expected EU approval and 3) potential for partnerships or transactions with larger pharma companies.

## Analyst Certification

I, Tazeen Ahmad, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**Bank of America**
**Merrill Lynch**

**Ex. 40**
**P. 5**

**US - Biotechnology Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Acadia Pharmaceuticals | ACAD | ACAD US | Tazeen Ahmad |
| | Aileron Therapeutics | ALRN | ALRN US | Ying Huang |
| | Aimmune Therapeutics | AIMT | AIMT US | Ying Huang |
| | Alexion Pharmaceuticals Inc. | ALXN | ALXN US | Ying Huang |
| | Amgen Inc. | AMGN | AMGN US | Ying Huang |
| | Amicus Therapeutics | FOLD | FOLD US | Tazeen Ahmad |
| | Ascendis Pharma | ASND | ASND US | Tazeen Ahmad |
| | Audentes Therapeutics | BOLD | BOLD US | Ying Huang |
| | AveXis, Inc. | AVXS | AVXS US | Tazeen Ahmad |
| | Biogen Inc. | BIIB | BIIB US | Ying Huang |
| | BioMarin | BMRN | BMRN US | Ying Huang |
| | Celgene Corp. | CELG | CELG US | Ying Huang |
| | Chi-med | HCM | HCM US | Ying Huang |
| | Clovis Oncology | CLVS | CLVS US | Tazeen Ahmad |
| | Cytomx Therapeutics Inc. | CTMX | CTMX US | Ying Huang |
| | DBV Technologies | DBVT | DBVT US | Tazeen Ahmad |
| | GW Pharmaceuticals Plc | GWPH | GWPH US | Tazeen Ahmad |
| | Heron Therapeutics | HRTX | HRTX US | Tazeen Ahmad |
| | Incyte Corporation | INCY | INCY US | Ying Huang |
| | Ironwood Pharmaceuticals | IRWD | IRWD US | Ying Huang |
| | Kala Pharmaceuticals | KALA | KALA US | Tazeen Ahmad |
| | Neurocrine Biosciences | NBIX | NBIX US | Tazeen Ahmad |
| | Newlink Genetics | NLNK | NLNK US | Ying Huang |
| | Pacira Pharmaceuticals | PCRX | PCRX US | Tazeen Ahmad |
| | Prothena Corporation | PRTA | PRTA US | Tazeen Ahmad |
| | Puma Biotechnology | PBYI | PBYI US | Ying Huang |
| | Radius Health, Inc. | RDUS | RDUS US | Ying Huang |
| | Regeneron Pharmaceuticals Inc. | REGN | REGN US | Ying Huang |
| | REGENXBIO Inc. | RGNX | RGNX US | Ying Huang |
| | Rhythm Pharmaceuticals | RYTM | RYTM US | Tazeen Ahmad |
| | SAGE Therapeutics | SAGE | SAGE US | Tazeen Ahmad |
| | Tesaro, Inc. | TSRO | TSRO US | Tazeen Ahmad |
| | The Medicines Company | MDCO | MDCO US | Tazeen Ahmad |
| | TiGenix NV | TIG | TIG US | Tazeen Ahmad |
| | Ultragenyx Pharmaceuticals | RARE | RARE US | Tazeen Ahmad |
| **NEUTRAL** | | | | |
| | bluebird bio | BLUE | BLUE US | Ying Huang |
| | Esperion Therapeutics | ESPR | ESPR US | Ying Huang |
| | Gilead Sciences Inc. | GILD | GILD US | Ying Huang |
| | Seattle Genetics | SGEN | SGEN US | Tazeen Ahmad |
| | Seres Therapeutics | MCRB | MCRB US | Tazeen Ahmad |
| | Vertex Pharmaceuticals Inc. | VRTX | VRTX US | Ying Huang |
| **UNDERPERFORM** | | | | |
| | Adaptimmune | ADAP | ADAP US | Ying Huang |
| | Aduro Biotech, Inc. | ADRO | ADRO US | Ying Huang |
| | Biocryst Pharmaceuticals Inc | BCRX | BCRX US | Tazeen Ahmad |
| | Corcept Therapeutics | CORT | CORT US | Tazeen Ahmad |
| | Innoviva | INVA | INVA US | Tazeen Ahmad |
| | Intercept Pharmaceuticals | ICPT | ICPT US | Ying Huang |
| | Karyopharm Therapeutics | KPTI | KPTI US | Ying Huang |
| | PTC Therapeutics | PTCT | PTCT US | Tazeen Ahmad |
| | Theravance Biopharma | TBPH | TBPH US | Tazeen Ahmad |

**Ex. 40**

**P. 6**

**iQ**method �Sᴹ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQ*method �identifies the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQ*database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQ*profile ᵉᴹ, *iQ*method ᵉᴹ are service marks of Bank of America Corporation. *iQ*database ®is a registered service mark of Bank of America Corporation.

Bank of America
Merrill Lynch

**Ex. 40**

**P. 7**

# Disclosures
## Important Disclosures

**ACAD Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of October 31, 2017 or such later date as indicated.

**Equity Investment Rating Distribution: Health Care Group (as of 30 Sep 2017)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 127 | 56.70% | Buy | 74 | 58.27% |
| Hold | 45 | 20.09% | Hold | 23 | 51.11% |
| Sell | 52 | 23.21% | Sell | 16 | 30.77% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2017)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1513 | 51.82% | Buy | 956 | 63.19% |
| Hold | 646 | 22.12% | Hold | 396 | 61.30% |
| Sell | 761 | 26.06% | Sell | 359 | 47.17% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

**FUNDAMENTAL EQUITY OPINION KEY:** Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at http://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Acadia Pharmaceutica.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Acadia Pharmaceutica.
MLPF&S or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Acadia Pharmaceutica.
The issuer is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Acadia Pharmaceutica.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Acadia Pharmaceutica.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Acadia Pharmaceutica.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.


**Bank of America Merrill Lynch**

**Ex. 40**
**P. 8**

Prices are indicative and for information purposes only.  Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://go.bofa.com/coi.**

**"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.**

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

MLPF&S distributes, or may in the future distribute, research reports of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This research report: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the PRA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch International Bank Limited (Merchant Bank) (MLIBLMB) and Merrill Lynch (Singapore) (Company Registration Nos F 06872E and 198602883D respectively). MLIBLMB and Merrill Lynch (Singapore) are regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this report in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this research report is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this report in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Research reports prepared and issued by Merrill Lynch (DIFC) are done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this report in Germany and is regulated by BaFin.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. MLPF&S is the distributor of this research report in the US and accepts full responsibility for research reports of its non-US affiliates distributed to MLPF&S clients in the US. Any US person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this research report should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this report. Singapore recipients of this research report should contact Merrill Lynch International Bank Limited (Merchant Bank) and/or Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this research report.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This research report provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This report and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise.  Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this report.

Securities and other financial instruments discussed in this report, or recommended, offered or sold by Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent

Bank of America
Merrill Lynch

Ex. 40
P. 9

with, and reach different conclusions from, the information presented in this report. Such ideas or recommendations reflect the different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this report.

In the event that the recipient received this report pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). If such recipient uses the services of MLPF&S in connection with the sale or purchase of a security referred to herein, MLPF&S may act as principal for its own account or as agent for another person. MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities mentioned in this report.

**Copyright and General Information regarding Research Reports:**

Copyright 2017 Bank of America Corporation. All rights reserved. iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Bank of America Corporation. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Bank of America Corporation. This research report is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research reports are distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and are not publicly-available materials. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) without first obtaining expressed permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers in research reports. To the extent this report discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this report. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this report is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This report may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

**Bank of America**
**Merrill Lynch**

Acadia Pharmaceuticals | 07 November 2017    **9**

**Ex. 40**
**P. 10**