# Exhibit 41

**Goldman Sachs** | Equity Research

8 November 2017 | 6:35AM EST

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Neutral**

# Acadia Pharmaceuticals Inc. (ACAD)

## Nuplazid 3Q beat and raise; Launch remains the focus

| ACAD | 12m Price Target: **$46.00** | Price: **$32.46** | Upside: **41.7%** |
|---|---|---|---|

*ACAD reported 3Q Nuplazid net sales in Parkinson's disease (PD) psychosis of $35.6mn (+16.7% QoQ; +45.8% QoQ organic growth) above GSe/FactSet cons of $32.2mn / $32.0mn. As a result of the revenue trajectory and a mid-Oct price increase of 19%, Nuplazid FY17 sales guidance was increased to $124mn-$127mn (by $9mn-$22mn), which at the high end only implies +14.2% organic QoQ growth in 4Q — likely conservative given organic growth trends and positive launch metrics (see within), notwithstanding seasonality trends. We now project 4Q / FY17 Nuplazid sales of $465.8mn/$127.1 mn (gross-to-net of 12%). While pimavanserin (pima) Ph2 data in PD psychosis at the recent CTAD meeting was in line with the prior top-line efficacy and safety profile, debates remain regarding the separation of drug-placebo curves at 6-12 weeks and the resulting translation to the Ph3 dementia-related psychoses study, which led to share weakness. We see potential upside from follow-on pima indications in depression and schizophrenia with data in mid-2018+, but view the ongoing Nuplazid launch as the current key driver with a focus on the trajectory vs. peak sales/TAM.*

### Nuplazid continues to make headway on the launch front

ACAD continues to execute on the Nuplazid launch on multiple fronts. While Nuplazid is being used as first-line treatment for PD psychosis by 43% of movement disorder neurologists, the largest treatment segment, awareness among patients and caregivers remains low. A direct-to-consumer disease awareness campaign will be initiated to target patients and caregivers. On the long-term care (LTC) facility front, ACAD reported that 25% QoQ LTC pharmacies stock Nuplazid and LTC, Veterans Affairs and Tri-Care facilities represent 30% of Nuplazid sales.

**Salveen Richter, CFA**
+1(212)934-4204 | salveen.richter@gs.com
Goldman Sachs & Co. LLC

**Kerry Tang, M.D.**
+1(917)343-1847 | kerry.tang@gs.com
Goldman Sachs & Co. LLC

**Kevin Patel, Ph.D.**
+1(212)357-5693 | kevin.patel@gs.com
Goldman Sachs & Co. LLC

### Key Data

| | |
|---|---|
| Market cap: | $3.8bn |
| Enterprise value: | $3.5bn |
| 3m ADTV: | $52.5mn |
| | United States |
| America-Emerging Biotech: | Attractive |

### GS Forecast

| | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | 17.3 | 127.1 | 262.2 | 453.7 |
| Revenue ($ mn) Old | 17.3 | 114.7 | 237.1 | 415.2 |
| EBITDA ($ mn) | (271.0) | (289.9) | (284.4) | (159.2) |
| EBIT ($ mn) | (272.8) | (292.4) | (289.7) | (162.8) |
| **EPS ($) New** | **(2.34)** | **(2.49)** | **(2.49)** | **(1.31)** |
| EPS ($) Old | (2.34) | (2.70) | (2.69) | (1.59) |
| P/E (X) | NM | NM | NM | NM |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | – |

| | 9/17 | 12/17E | 3/18E | 6/18E |
|---|---|---|---|---|
| EPS ($) | (0.53) | (0.55) | (0.66) | (0.57) |

### GS Factor Profile



ACAD relative to Americas Coverage
ACAD relative to Americas Emerging Biotech

*Source: Company data, Goldman Sachs Research estimates. See disclosures for details.*

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Ex. 41**
**P. 2**

Goldman Sachs    Acadia Pharmaceuticals Inc. (ACAD)



**Neutral**

## Acadia Pharmaceuticals Inc. (ACAD)

Rating since Oct 6, 2017

### Balance Sheet ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Cash & cash equivalents | 163.6 | 238.8 | 47.1 | 109.1 |
| Accounts receivable | 5.9 | 9.2 | 8.2 | 45.4 |
| Inventory | 4.2 | 18.3 | 16.3 | 53.5 |
| Other current assets | 374.2 | 82.4 | 82.4 | 82.4 |
| **Total current assets** | **547.9** | **348.6** | **154.0** | **290.4** |
| Net PP&E | 3.1 | 6.2 | 14.0 | 37.1 |
| Net intangibles | 7.0 | 6.3 | 6.3 | 6.3 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 3.2 | 3.0 | 3.0 | 3.0 |
| **Total assets** | **561.2** | **364.1** | **177.3** | **336.8** |
| | | | | |
| Accounts payable | 3.9 | 4.2 | 5.7 | 4.9 |
| Short-term debt | – | – | – | – |
| Other current liabilities | 38.7 | 37.3 | 37.3 | 37.3 |
| **Total current liabilities** | **42.6** | **41.5** | **43.0** | **42.2** |
| Long-term debt | – | – | – | – |
| Other long-term liabilities | 0.2 | 0.3 | 0.3 | 0.3 |
| **Total long-term liabilities** | **0.2** | **0.3** | **0.3** | **0.3** |
| **Total liabilities** | **42.7** | **41.8** | **43.3** | **42.5** |
| | | | | |
| Preferred shares | -- | -- | -- | -- |
| **Total common equity** | **518.4** | **322.3** | **134.0** | **294.3** |
| Minority interest | -- | -- | -- | -- |
| **Total liabilities & equity** | **561.2** | **364.1** | **177.3** | **336.8** |
| BVPS ($) | 4.47 | 2.78 | 1.16 | 2.08 |

### Ratios & Valuation

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | NM |
| EV/sales (X) | 184.5 | 27.7 | 14.2 | 8.6 |
| FCF yield (%) | (6.3) | (6.3) | (5.1) | (3.4) |
| EV/DACF (X) | NM | NM | NM | NM |
| CROCI (%) | (94.0) | (95.7) | (193.3) | (26.5) |
| ROE (%) | (75.6) | (68.7) | (126.4) | (76.0) |
| Net debt/EBITDA (X) | – | – | – | – |
| Net debt/equity (%) | (31.6) | (74.1) | (35.2) | (37.1) |
| Interest cover (X) | NM | NM | NM | NM |
| Inventory days | 172.9 | 298.2 | 210.7 | 283.4 |
| Receivable days | 62.2 | 21.6 | 12.1 | 21.5 |
| Days payable outstanding | 231.3 | 107.4 | 60.1 | 42.9 |

### Growth & Margins (%)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Total revenue growth | NM | 633.6 | 106.3 | 73.0 |
| EBITDA growth | (65.4) | (7.0) | 1.9 | 44.0 |
| EPS growth | (43.3) | (6.4) | 0.2 | 47.3 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 74.6 | 89.2 | 88.6 | 90.1 |
| EBIT margin | NM | (230.0) | (110.5) | (35.9) |

### Price Performance



ACAD ($)    Russell 2000 Index

|  | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 6.2% | (0.9)% | 41.2% |
| Rel. to the Russell 2000 Index | 1.5% | (6.4)% | 13.8% |

*Source: FactSet. Price as of 7 Nov 2017 close.*

### Cash Flow ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Net income | (271.4) | (288.8) | (288.3) | (162.6) |
| D&A add-back | 1.8 | 2.5 | 5.3 | 3.6 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | 4.4 | (18.4) | 4.5 | (75.5) |
| Others | 54.8 | 74.2 | 100.0 | 119.2 |
| **Cash flow from operations** | **(210.4)** | **(230.5)** | **(178.5)** | **(115.4)** |
| Capital expenditures | (1.5) | (4.8) | (13.1) | (22.7) |
| Acquisitions | – | – | – | – |
| Divestitures | – | – | – | – |
| Others | (260.4) | 292.0 | – | – |
| **Cash flow from investing** | **(261.9)** | **287.2** | **(13.1)** | **(22.7)** |
| | | | | |
| Dividends paid | – | – | – | – |
| Share issuance/(repurchase) | 518.9 | 18.5 | – | 200.0 |
| Inc/(dec) in debt | – | – | – | – |
| Others | 14.9 | (0.0) | – | – |
| **Cash flow from financing** | **533.8** | **18.5** | **0.0** | **200.0** |
| **Total cash flow** | **61.5** | **75.1** | **(191.6)** | **62.0** |
| Free cash flow | (211.9) | (235.3) | (191.6) | (138.0) |
| Free cash flow per share ($) | (1.83) | (2.03) | (1.65) | (1.11) |

*Source: Company data, Goldman Sachs Research estimates.*

### Income Statement ($ mn)

|  | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Total revenue | 17.3 | 127.1 | 262.2 | 453.7 |
| Cost of goods sold | (4.4) | (13.8) | (30.0) | (45.0) |
| SG&A | (186.5) | (258.9) | (325.9) | (354.6) |
| R&D | (99.3) | (146.9) | (196.0) | (217.0) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(271.0)** | **(289.9)** | **(284.4)** | **(159.2)** |
| Depreciation & amortization | (1.8) | (2.5) | (5.3) | (3.6) |
| **EBIT** | **(272.8)** | **(292.4)** | **(289.7)** | **(162.8)** |
| Net interest inc./(exp.) | 2.8 | 3.6 | 1.4 | 0.2 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(270.1)** | **(288.8)** | **(288.3)** | **(162.6)** |
| Provision for taxes | (1.3) | 0.0 | 0.0 | 0.0 |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(271.4)** | **(288.8)** | **(288.3)** | **(162.6)** |
| **Net inc. (post-exceptionals)** | **(216.8)** | **(214.3)** | **(188.3)** | **(43.4)** |
| **EPS (basic, pre-except) ($)** | **(2.34)** | **(2.49)** | **(2.49)** | **(1.31)** |
| **EPS (diluted, pre-except) ($)** | **(2.34)** | **(2.49)** | **(2.49)** | **(1.31)** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 115.9 | 115.9 | 115.9 | 124.1 |
| Wtd avg shares out. (diluted) (mn) | 115.9 | 115.9 | 115.9 | 141.3 |

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

8 November 2017

**Ex. 41**
**P. 3**

2

**Questions linger on drug-placebo separation**

While we viewed the full pima Ph2 data in Alzheimer's disease (AD) psychosis as supportive of prior efficacy and safety, and KOLs were optimistic on the data and ongoing Ph3 study in DRP, investor concerns remain regarding the lack of separation of drug-placebo effect at 6-12 weeks. KOLs attributed the high placebo rates in the Ph2 study at week 12 to spontaneous remissions common in dementia psychoses.

**Limited near-term catalysts to drive value**

We like ACAD's optimized study design in DRP (see below), which includes all dementia subtypes (~4mn diagnosed in US, ~1.2mn with DRP). We model $1.7bn in 2027 WW peak sales in ADP alone (~70% of DRP) with data expected in late-2020/early-2021. While we see potential upside from follow-on pima indications in schizophrenia and depression with data in 2018+, the ongoing Nuplazid launch remains the current key driver, in our view.

**EPS/Model changes:** GAAP EPS was ($0.53) vs. GSe/FactSet of ($0.61) / ($0.62) driven by lower OpEx. We (1) revise our 4Q17 to 2021 Nuplazid sales based on the current sales trajectory and (2) adjust our 4Q OpEx to reflect trends. As a result, our 2017-2019 GAAP EPS is now ($2.49) / ($2.49) / ($1.31) from ($2.70) / ($2.69) / ($1.59).

**Valuation**

Our new 12-month price target of $46 (vs. $45) is based on an 85%/15% blend of our DCF value of $45 (vs. $44, 10% WACC, 1% TGR, unadjusted FCF) and our M&A value of $51 (unchanged, 11x 2020E sales). We believe ACAD could be a takeover target (M&A rank of 2) for large biopharma given it owns global rights to pimavanserin with the potential to target blockbuster indications in psychotic disorders.

**Risks**

Upside risks: ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma.

Downside risks: Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

Goldman Sachs
Acadia Pharmaceuticals Inc. (ACAD)

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Kerry Tang, M.D. and Kevin Patel, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Emerging Biotech.

America-Emerging Biotech: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Amicus Therapeutics Inc., Atara Biotherapeutics Inc., AveXis Inc., BioMarin Pharmaceutical Inc., bluebird bio, Dimension Therapeutics, GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Juno Therapeutics Inc., Radius Health Inc., Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Spark Therapeutics.

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Acadia Pharmaceuticals Inc. ($32.46)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($32.46)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($32.46)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($32.46)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($32.46)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Ex. 41**
**P. 5**

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 33% | 54% | 13% | 64% | 57% | 53% |

As of October 1, 2017, Goldman Sachs Global Investment Research had investment ratings on 2,717 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



Source: Goldman Sachs Investment Research for ratings and price targets; FactSet closing prices as of 9/30/2017.

The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained

**Ex. 41**
**P. 6**

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation.  **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation.  **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation.  **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

**Ex. 41**

**P. 7**

For the exclusive use of LBARTHELEMY@ACADIA-PHARM.COM

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2017 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

# Exhibit 42

# H.C.WAINWRIGHT&CO.

**Earnings Update**
Healthcare

**November 8, 2017**

## ACADIA Pharmaceuticals, Inc. (ACAD)
## Rating: Buy

Andrew S. Fein
212-356-0546
afein@hcwresearch.com
Li Wang Watsek
212-356-0513
lwatsek@hcwresearch.com

### Is Pimavanserin a Pony With Multiple Tricks? Reit Buy with $60 PT

| Stock Data | 11/07/2017 |
|---|---|
| Price | $32.46 |
| Exchange | NASDAQ |
| Price Target | $60.00 |
| 52-Week High | $41.20 |
| 52-Week Low | $24.31 |
| Enterprise Value (M) | $3,606.4 |
| Market Cap (M) | $3,973 |
| Public Market Float (M) | 79.7 |
| Shares Outstanding (M) | 122.4 |
| 3 Month Avg Volume | 1,491,040 |
| Short Interest (M) | 6.74 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $366.62 |
| Total Debt (M) | $0.00 |
| Total Cash/Share | $3.00 |

**EPS Diluted**

| Full Year - Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| 1Q | (0.45) | (0.72)A | -- |
| 2Q | (0.63) | (0.55)A | -- |
| 3Q | (0.61) | (0.53)A | -- |
| 4Q | (0.65) | (0.64) | -- |
| FY | (2.34) | (2.44) | (1.49) |

**Revenue ($M)**

| Full Year - Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| 1Q | 0.0 | 15.3A | -- |
| 2Q | 0.1 | 30.5A | -- |
| 3Q | 5.3 | 35.6A | -- |
| 4Q | 12.0 | 45.1 | -- |
| FY | 17.4 | 126.4 | 240.9 |



**Nuplazid's strong market dynamics validate its value in real-world.** As Nuplazid continued to generate a strong uptake in the PDP market with $35.6M (vs. 5.27M in 3Q 2016) in sales in 3Q, and the company adjusted the full year revenue guidance upwards to $124-127M, we view these as reflections of the solid underlying market dynamics and validation of Nuplazid's real-world value as perceived by both patients and physicians. Acadia thus far, should amass enough real-world data to assess trends and metrics for guiding Nuplazid's commercial efforts and helping to shape Street expectations. A number of factors, including specialty LTC, awareness campaign, patient and physician satisfaction, and psychiatrists/neurologists engagement, all point to a continued growth trajectory for Nuplazid. Furthermore, pimavanserin has multiple shots on goal to expand the label into other patient populations, and it may be positioned as a general antipsychotic drug to realize its full commercial potential. As we believe the success of pimavanserin's indication expansion would delineate the upside for Acadia, we highlight the recent KOL session on pimavanserin at the CTAD 2017 meeting. We think the key takeaways provided additional mechanistic context when considering pimavanserin for the treatment of dementia-related psychosis (DRP), as well as for the ongoing Phase 3 HARMONY study. We reiterate our Buy rating with $60PT.

(continued on next page)

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 4 - 5 of this report.

Ex. 42

P. 2

ACADIA Pharmaceuticals, Inc.                                                                                    November 8, 2017

**KOLs lent further support to positioning pimavanserin in DRP.** In the symposium titled "The Importance of Serotonin in Alzheimer's Disease Psychosis and the Role of Pimavanserin" at the CTAD 2017 meeting, KOLs discussed a variety of topics ranging from MoA to clinical evidence to support pimavanserin for the treatment of DRP. We highlight the key takeaways below: (1) $5\text{-HT}_{2A}$ receptors are highly distributed in the cortex, a region that is involved in emotional, sensory, and cognitive processing; (2) the role of $5\text{-HT}_{2A}$ in mediating visual hallucination is indicated by the fact that many potent hallucinogens (LSD, psilocybin) activate $5\text{-HT}_{2A}$ receptors in the prefrontal cortex, and cause hallucinations similar in nature to Alzheimer's disease psychosis (ADP); (3) psychosis observed in different CNS diseases, such as schizophrenia, Parkinson's disease (PD), and AD, may share a commonality in underlying biology. In these diseases, the dysregulation in the cerebral cortex and disruption of $5\text{-HT}_{2A}$ receptors may drive the dysregulated dopaminergic system in the downstream, and causes visual, auditory hallucinations and motor symptoms; and (4) selective $5\text{-HT}_{2A}$ inverse agonists (i.e., Eplivanserin) show antipsychotic activity in schizophrenic patients. We also point to the fact that currently, regardless of the etiology of dementia, DRP is treated with atypical antipsychotic drugs. The efficacy data of atypical antipsychotics in DRP is inconsistent, and often the optimal efficacy dose is capped by the severe side effects elicited by the drug. The meta-analysis of patients with dementia treated with an atypical antipsychotic (aripiprazole, olanzapine, quetiapine, and risperidone) shows an average treatment effect of ~18%, while common safety signals include falls, injury, somnolence, and sometimes cognitive decline. Taken together, we note that the KOL discussions further drilled down on the mechanistic aspect of pimavanserin, and offered support for the treatment of DRP. Importantly, given the sub-optimal risk-benefit profile of atypical antipsychotics, and the mild safety profile of pimavanserin, we believe that pimavanserin may yield clinically meaningful outcome for DRP management.

**Granularity of the Phase 2 -019 Study gives color on the HARMONY study.** At the CTAD meeting, Acadia also presented additional data on the Phase 2 -019 study of pimavanserin in the ADP patients. We acknowledge that there are concerns around the readout, specifically: (1) pimavanserin showed a significant effect compared to placebo at week 6 (39.5% reduction as measured by the NPI-NH score), but failed to maintain the efficacy at week 12; and (2) -019 study also missed several key secondary endpoints, such as ADCS-CGIC, ADCS-ADL and CMAI-SF. While the durability of efficacy raises doubt, we note that a combination of factors could play into the result, including the placebo effect, relapse cycle, and a lack of long-lasting effect of pimavanserin. The silver lining here, in our view, is in the sub-group analysis, where a better efficacy was seen in patients with more severe psychosis and are more agitated at baseline (effect size is -0.734 vs. -0.32 in the severe and overall population, respectively). This was also corroborated by a high response rate (~70-80%) in the moderate-to-severe patients. With that being said, the Phase 3 HARMONY study implemented several trial designs that may mitigate risk factors in the Phase 2 trial and contribute to a higher probability of success: (1) both the time to relapse analysis and the 12-week run-in period would help to control the placebo effect; (2) patient enrichment in modest-to-severe DRP population as assessed by a battery of tests; and (3) flexibility of dosing (34mg and 20mg) would further mitigate adverse events, and may lead to an increased efficacy in some patients. With clarity around these issues, we also caution investors that the non-trivial changes from Phase 2 going into the Phase 3 contain inherent unknown factors, rendering the outcome more challenging to predict.

**3Q financial update.** The company recorded revenues of $35.6M for Nuplazid in 3Q, reflecting a strong uptake in the PDP market. We also view the upward adjustment to the full year revenue guidance of $124M-127M (from $105M-115M) a positive sign of the market penetration. R&D expenses increased to $36.4M, largely driven by increased cost related to the initiation of clinical studies. SG&A expenses increased to $62.3M, primarily due to the commercial activities related to Nuplazid. Acadia reported a net loss of $65.2M, or $0.53/share for this quarter. The company ended the quarter with cash, cash equivalents and investment securities of $366.6M.

**Valuation and risks.** Our $60 PT is based on an equally weighted composite of: (a) $64.36/share, as a 35x multiple of taxed and diluted FY22 GAAP EPS of $4.58 discounted back to FY17 at 20%; and (b) an NPV of $55.61/share (discount rate 10%, growth rate 2.5%). Risks to our investment thesis and target price include: (1) failure of Nuplazid in further clinical studies; (2) failure of Nuplazid to secure regulatory approval in further indications; and (3) failure of Nuplazid to achieve peak commercial revenue estimates in our model, due to market size, penetration rates, and pricing.

Ex. 42
P. 3

ACADIA Pharmaceuticals, Inc.                                                                                                November 8, 2017

---

**ACADIA Pharmaceuticals Inc.**  
**Income Statement**  
*(in $MM except per share values)*

**Andrew Fein**  
**H.C. Wainwright & Company**  
*(212) 356-0546, afein@hcwco.com*

| | 2013 | 2014 | 2015 | Mar Q1:16 | Jun Q2:16 | Sep Q3:16 | Dec Q4:16 | 2016 | Mar Q1:17 | Jun Q2:17 | Sep Q3:17 | Dec Q4:17E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PD Nuplazid Revenue (prob. adj) | | | - | | 0.10 | 5.27 | 11.96 | 17.3 | 15.29 | 30.48 | 35.58 | 45.09 | 126.4 | 240.93 | 486.87 | 840.92 | 1,257.32 | 1,585.57 |
| *QoQ growth* | | | | | | | | | *28%* | *99%* | *17%* | *27%* | *630%* | *91%* | *102%* | *73%* | *50%* | *26%* |
| AD Nuplazid Revenue (prob. adj) | | | - | | | | | | | | | - | - | - | - | - | - | - |
| Other Revenue | 1.15 | 0.12 | 0.06 | 0.04 | | | | 0.0 | | | | - | | | | | | |
| **Total Revenue** | **1.15** | **0.12** | **0.06** | **0.04** | **0.10** | **5.27** | **11.96** | **17.37** | **15.29** | **30.48** | **35.58** | **45.09** | **126.43** | **240.93** | **486.87** | **840.92** | **1,257.32** | **1,585.57** |
| *% change YoY* | | | | | | | | | | | | | *628%* | *91%* | *102%* | *73%* | *50%* | *26%* |
| | | | | | | | | | | | | | | | | | | |
| COGS | | | | | (0.53) | (0.8) | (1.7) | (3.08) | (2.26) | (2) | (2.14) | (6.31) | (12.94) | (28.75) | (54.41) | (77.45) | (91.81) | (114.28) |
| *% of revenue* | | | | | *542%* | *16%* | *14%* | *18%* | *15%* | *7%* | *14%* | *14%* | *12%* | *13%* | *12%* | *10%* | *8%* | *8%* |
| Gross profit | 1.15 | 0.12 | 0.06 | 0.04 | 0.62 | 4.42 | 10.26 | 14.29 | 13.02 | 32.70 | 33.44 | 38.78 | 117.95 | 212.18 | 432.46 | 763.47 | 1,165.51 | 1,471.29 |
| *Gross margin* | | | | | | | | | | | | | *93%* | *88%* | *89%* | *91%* | *93%* | *93%* |
| | | | | | | | | | | | | | | | | | | |
| License fees and royalties | | | | | (0.25) | (0.48) | (0.61) | (1.33) | (0.68) | (0.98) | (1.08) | (1.19) | (3.92) | (3.92) | (3.92) | (3.92) | (3.92) | (3.92) |
| R&D | (26.72) | (60.60) | (73.87) | (22.78) | (20.48) | (25.81) | (30.22) | (99.28) | (35.41) | (34.18) | (36.42) | (43.00) | (149.01) | (156.46) | (164.28) | (151.96) | (140.57) | (126.51) |
| *% of revenue* | | | | | | | | *572%* | | | | | *118%* | *65%* | *34%* | *18%* | *11%* | *8%* |
| SG&A | (12.72) | (32.75) | (90.81) | (27.49) | (50.77) | (50.53) | (57.66) | (186.46) | (65.75) | (61.52) | (62.26) | (68.48) | (258.00) | (263.16) | (265.80) | (268.45) | (271.14) | (273.85) |
| *% of revenue* | | | | | | | | *1074%* | | | | | *204%* | *109%* | *55%* | *32%* | *22%* | *17%* |
| | | | | | | | | | | | | | | | | | | |
| Total Operating Expense | (39.44) | (93.35) | (164.68) | (50.27) | (72.02) | (77.67) | (89.59) | (290.15) | (101.15) | (98.91) | (101.89) | (117.79) | (419.95) | (448.37) | (484.49) | (497.87) | (503.52) | (514.63) |
| **Operating Income (EBIT)** | **(38.30)** | **(93.23)** | **(164.61)** | **(50.23)** | **(71.92)** | **(72.40)** | **(77.62)** | **(272.78)** | **(88.13)** | **(68.43)** | **(66.31)** | **(72.70)** | **(295.58)** | **(207.44)** | **2.38** | **343.05** | **753.81** | **1,070.93** |
| | | | | | | | | | | | | | | | | | | |
| Interest Income | 0.35 | 0.76 | 0.50 | 0.50 | 0.60 | 0.79 | 0.88 | 2.76 | 0.96 | 0.99 | 1.06 | 0.65 | 3.67 | 4.04 | 4.44 | 4.88 | 5.37 | 5.91 |
| Pretax Income | (37.95) | (92.48) | (164.11) | (49.73) | (71.32) | (71.61) | (76.75) | (270.02) | (87.17) | (67.44) | (65.25) | (72.05) | (291.91) | (203.41) | 6.82 | 347.94 | 759.18 | 1,076.84 |
| Income Taxes | | | | | | | (1.34) | (1.34) | | | | | 0.00 | (2.32) | (118.30) | (258.12) | (366.13) | |
| *Tax rate* | | | | | | | | | | | | | *0%* | *34%* | *34%* | *34%* | *34%* | |
| **Net Income** | **(37.95)** | **(92.48)** | **(164.11)** | **(49.73)** | **(71.32)** | **(71.61)** | **(78.70)** | **(271.39)** | **(87.17)** | **(67.44)** | **(65.25)** | **(78.70)** | **(298.55)** | **(203.41)** | **4.50** | **229.64** | **501.06** | **710.72** |
| | | | | | | | | | | | | | | | | | | |
| EPS (basic) | (0.44) | (0.94) | (1.63) | (0.45) | (0.63) | (0.61) | (0.65) | (2.34) | (0.72) | (0.55) | (0.53) | (0.64) | (2.44) | (1.49) | 0.03 | 1.53 | 3.27 | 4.58 |
| **EPS (diluted)** | **(0.44)** | **(0.94)** | **(1.63)** | **(0.45)** | **(0.63)** | **(0.61)** | **(0.65)** | **(2.34)** | **(0.72)** | **(0.55)** | **(0.53)** | **(0.64)** | **(2.44)** | **(1.49)** | **0.03** | **1.53** | **3.27** | **4.58** |
| | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 85.72 | 97.84 | 100.63 | 111.35 | 113.31 | 117.50 | 121.20 | 115.84 | 121.65 | 122.12 | 122.48 | 123.71 | 122.49 | 136.08 | 142.88 | 150.03 | 153.03 | 155.32 |
| **Diluted Shares Outstanding** | **85.72** | **97.84** | **100.63** | **111.35** | **113.31** | **117.50** | **121.20** | **115.84** | **121.65** | **122.12** | **122.48** | **123.71** | **122.49** | **136.08** | **142.88** | **150.03** | **153.03** | **155.32** |

*Source: Company reports, HC Wainwright estimates.*

ACADIA Pharmaceuticals, Inc.                                                                November 8, 2017

**Important Disclaimers**

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of November 7, 2017 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 228 | 90.84% | 80 | 35.09% |
| Neutral | 11 | 4.38% | 0 | 0.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 12 | 4.78% | 1 | 8.33% |
| **Total** | 251 | 100% | 81 | 32.27% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Andrew S. Fein and Li Wang Watsek , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of ACADIA Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of October 31, 2017 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of ACADIA Pharmaceuticals, Inc..

---

ACADIA Pharmaceuticals, Inc.                                                                                November 8, 2017

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from ACADIA Pharmaceuticals, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in ACADIA Pharmaceuticals, Inc. as of the date of this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co, LLC. Additional information available upon request.

# Exhibit 43

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Company Conference Presentation

## Tuesday, January 09, 2018 9:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 43**

**P. 2**

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................................... 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 43**
**P. 3**

# Call Participants

**EXECUTIVES**

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**Todd S. Young**
*Former Executive VP & CFO*

**Unknown Executive**

**ANALYSTS**

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

# Presentation

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

All right. I guess we are onto good afternoon now. Day is flying by. So my name is Cory Kasimov, senior large-cap biotech analyst at JPMorgan, and it's my pleasure to introduce our next company, ACADIA Pharmaceuticals. Here to present for ACADIA and tell us what we can expect in the coming years is the company's CEO, Steve Davis, and please note that following Steve's presentation, there will be a breakout down the hall to the left in Yorkshire room. With that, I'll turn it over to Steve.

**Stephen R. Davis**
*CEO & Director*

Thanks, Cory, and thanks to each of you for coming out today to learn a little bit more about ACADIA. I think as everyone in the room is familiar, there are certain inherent risks in the biopharmaceutical industry, so please see a copy of our most recent SEC filings for a description of those risks as they relate to our business.

There are 3 things that I think are important to establish from a foundational perspective that underlie everything that we do. First is, with the approval of NUPLAZID, our drug to treat Parkinson's disease psychosis, we have established an entirely new approach to treating neurobehavioral disorders. Second point is we're pursuing NUPLAZID or pimavanserin, as it's known by its generic name, in the total of 5 CNS indications. So in addition to the approval that we already have in Parkinson's disease psychosis, we're pursuing 4 other very substantial indications. And the third point is that we have the potential to improve millions, literally millions of lives in these 5 indications.

So what's different about NUPLAZID? Why is it different from every other antipsychotic on the market? I'm going to start with little bit of biochemistry. As you can see, represented on this slide, NUPLAZID has a very selective binding profile, so it works very selectively at blocking the 5-HT2A receptor, one of the serotonergic receptors. We don't have any activity at dopamine D2, histaminergic receptors et cetera, and what you do see with other antipsychotics is they are multimodal. They operate by blocking multiple receptor subtypes, multiple receptor systems. And most importantly, they all work in some part, by blocking dopamine D2. That's problematic from a couple of perspectives.

Now I'll shift into more of the clinical differentiation between NUPLAZID and these other drugs. These previous-generation drugs, by virtue of blocking dopamine D2 and being less specific blocking other modalities, are highly sedating. They entail dramatic weight gain, particularly in younger populations that could be very problematic, entailing a lot of metabolic disorders over the lifetime of these patients. They impair cognition. They induce orthostatic hypotension, which is problematic, particularly in an elderly population, can lead to dizziness and falls. In the case of clozapine, you can get a very rare, but potentially fatal blood disorder, and these drugs also entail significant motor symptoms as side effects. So what we have today, or we've had until the advent of NUPLAZID, is antipsychotics that have very dirty profiles with very significant side effect burdens.

As I mentioned, we are pursuing a total of 5 indications. I'm going to start with Parkinson's disease psychosis. I'm going to touch on each of these very briefly, and then I'll go into greater detail. Parkinson's disease psychosis is the subject of our first approval. We're the only drug approved to treat Parkinson's disease psychosis. NUPLAZID is approved as monotherapy, and we're currently marketed in the U.S.

Dementia-related psychosis is a very broad indication, which includes Alzheimer's disease, Parkinson's psychosis, Lewy body, frontotemporal dementia, vascular dementia et cetera. Here we're pursuing, this is a Phase III program, we're pursuing dementia-related psychosis as monotherapy also. We have a very large relapse-prevention study that is projected to include about 360 patients, and as I mentioned, there is no drug approved today to treat dementia-related psychosis.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

And just to pause for a second, so the current antipsychotics are approved to treat schizophrenia. They are frequently approved to treat bipolar disorder. Many of them are approved to treat depression. And so even the word antipsychotic is a little bit of a misnomer. But they're not approved to treat Parkinson's psychosis, not approved to treat psychosis in Alzheimer's patients or Lewy body patients et cetera.

Next up is schizophrenia negative symptoms, another indication where there is today no drug approved. Here, our approach is adjunct therapy on top of baseline antipsychotics. We've a very large Phase II study ongoing. It's in about 380 patients. Next is what we refer to as schizophrenia inadequate response. I'll go into more detail about what that means in a minute. This also is adjunct therapy on top of baseline antipsychotics. We've an ongoing study also in about 380 patients. These are 2 different studies, 2 different indications, by the way.

And then finally, rounding out the 5 is major depressive disorder. Here, we're also pursuing pimavanserin. Again, the generic name for NUPLAZID as adjunct therapy, our ongoing study is in about 188 patients.

I mentioned, we have the potential to improve millions of lives. I think -- I'm not going to go through all of the detail in this slide, but there are 2 kind of take-home messages here: One is, each one of these indications is very substantial, represents a very significant unmet medical need, and represents a very substantial commercial opportunity, totaling millions of lives; the other take-home point here is, we started with Parkinson's disease psychosis. It is actually the smallest of the indications that we're pursuing. So every other indication we're pursuing has the potential to impact many, many more lives than we're already impacting in Parkinson's disease psychosis.

I'm going to drill down a little bit more on Parkinson's disease psychosis, where we are transforming the treatment of this disorder. Let me start with the unmet need. So prior to NUPLAZID, there was no drug approved to treat PD Psychosis. Historically, other antipsychotics that I mentioned are approved for other uses such as schizophrenia, have been used off label. One significant problem, if you remember the binding profile charts that I mentioned a second ago, I mentioned the fact that they all block dopamine. One significant problem you have in Parkinson's disease psychosis, is Parkinson's patients suffer from a lack of dopamine to start with. So when they -- so what they take to treat the motor symptoms, the most prominent symptoms of Parkinson's, are dopamine agonist or synthetic dopamine. When they later in the disease develop psychosis, as they do about half of the time, physicians are faced with a compromise. I can either aggressively treat the motor symptoms with dopamine agonist or I can treat the psychosis with dopamine antagonist. So these drugs have the potential to interfere with each other and block each other.

In addition, historically, as I mentioned, these other previous-generation drugs are highly sedating, they entail orthostatic hypotension and other side effects that can be very impactful to the quality of life and the caregiver burden of patients with this disorder. For these reasons, Parkinson's disease psychosis is a leading cause of nursing home placement among patients with Parkinson's disease. NUPLAZID, as I mentioned, is the first and only drug approved by the FDA for the hallucinations and delusions associated with Parkinson's disease psychosis, and importantly, we do not -- we demonstrated in the clinic we do not negatively impact motor function. So we don't have the liability, we don't have the interference because we don't touch dopamine, we work entirely through serotonin. So we, importantly, don't have the liability of these other drugs that are not approved and have been, historically, used off label.

In addition, we don't have any of the side effect liabilities that these other drugs have. We have a very favorable tolerability profile. We do not see the kind of sedation in our clinical studies that you see with these other drugs, where you may have 20%, 25%, 30% reports of sedation. We have no orthostatic hypotension et cetera. So we have a very clean profile that doesn't interfere, and most importantly, it just doesn't require physicians to make a compromise. They can aggressively treat the psychosis, they can aggressively treat the motor symptoms simultaneously.

That profile has resulted in a very robust revenue stream with strong revenue growth that we've seen over the first 6-plus quarters since launch in June of 2016. We most recently raised our guidance for this year. We did this in November on our third quarter earnings call, raised our guidance from $105 million to $115 million from that range up to $124 million to $127 million for the year. By the way, I should footnote that we're not providing guidance for 2018 at this meeting. We will do that on our February earnings call for the fourth quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 5
P. 6

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

I'd like to just touch on a few, kind of, present-day dynamics that are important, as we think about where we stand 18 months into the launch of NUPLAZID in Parkinson's disease psychosis. We continue to experience very positive feedback from healthcare providers. 56% of the healthcare providers that we target consider NUPLAZID to be the standard care of for Parkinson's disease psychosis, and of these targeted NUPLAZID prescribers, 70% indicate they are very likely to recommend NUPLAZID to their peer physicians. This is results of some of the recent market research we've done.

As we venture further into this field that's never been touched before, no one has ever promoted a drug, no one has ever had a drug to treat Parkinson's disease psychosis. We continue to optimize and leverage information along the way. One of the most recent optimization opportunities for us is to continue to enhance the sales structure where we've adopted key account strategies for Parkinson's disease, centers of excellence, and other academic centers. From the beginning, we've enjoyed a very strong access to the drug. Our drug is part of the protected class for Medicare, so we've been on all Medicare Part D formularies since launch or within 90 days of launch. And we also are now on effectively all commercial plans.

We've laid a very strong foundation at this juncture in the medical community in terms of educating them about our drug. Of course, they are already aware of the disease, but enhancing the dialogue with them around the disease and the way they think about it. This disorder suffers from a lack of dialogue, however, between physicians and patients and caregivers, and it's understandable why. When a patient is first diagnosed with Parkinson's, most physicians are a little bit hesitant to say, by the way there's a 50-50 chance that you will develop psychosis during the course of this disease. In addition, patients then as a result, frequently don't recognize when they do develop hallucinations and delusions that that's related to the Parkinson's disease. They just don't connect the dots. So many times, patients then don't discuss it even with their spouse or caregiver. And so the spouse and caregiver don't know. So they don't know, the physician doesn't warn the patient, doesn't tell the patient many times, and the patient doesn't say anything. And they don't say something because many times with elderly patients, Parkinson's patients, particularly if they don't make the connection to the disease, they think, my God in addition to having Parkinson's disease, now I have these hallucinations that I'm dealing with. And they are typically very concerned that if I reveal this to my spouse or my physician, life as I know it may come to an end, and I may go into nursing home next. What we're wanting to do is educate them, educate physicians, educate patients and caregivers in particular that you don't have to have that concern. There are new treatment options available.

We're doing this in a multipronged strategy. Some of you may have seen some of our DTC ads on television. We commenced this campaign on Thanksgiving Day. It's a disease awareness campaign intended to strike exactly the situation I was just describing, where patient and physician are not yet talking about the hallucinations and the delusions that they may be suffering from. So far, we've had about 140,000 visitors to a special website that is described in the ad, it's moretoparkinsons.com. And on that website, caregivers and patients will find doctor discussion guides that can be downloaded. They'll find patient caregiver videos that they can download, they can share with others and there's also doctor finder app, if they don't have a current treating physician.

In addition to the DTC work that we're doing, we also have made a very substantial push beginning in the second half of last year into patient advocacy groups. We have speakers that are trained to speak at patient support groups or meetings. We have our field force that's also trained in that regard, and today, we are directly supporting 300-plus local educational programs and exhibits at these support groups, again with the goal of increasing awareness of the disease and increasing dialogue with physicians.

Finally, a third prong of this approach is point-of-care educational initiatives. Many of you may have seen this in your own physician offices. Now you frequently see a video screen that has medical information on it, and so we're buying time on those screens in appropriate offices.

There is no diagnostic code for Parkinson's disease psychosis. So as a consequence, when we launched the drug, we had to do a fair amount of triangulation and extrapolation to determine who actually writes these drugs. So in the community -- practicing-physician community, we could pretty easily cross-section those physicians that are writing a lot of L-DOPA to treat the motor symptoms, and also writing a lot of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 6
P. 7

antipsychotics. That's not been the case in long-term care. So in long-term care, it's been a little bit more opaque. When we launched the drug, we expected that long-term care would represent about 20% of our business. I'm pleased to say today, it's about 30% of our business. So there's more business there than we originally anticipated. And so, as many of you may recall, in April of last year, we expanded our field force in long-term care and we are continuing to execute on that expansion today with very good results.

One, kind of, late-breaking development that's important here to recognize in the long-term care setting is there are new CMS regulatory guidelines for nursing homes that recognized for the first time, that PD Psychosis is an enduring, progressive condition. Why is that important? Because historically, there's been -- we've had a situation where antipsychotics have been overused in a nursing home setting, many times used as more of a chemical straitjacket, based upon the very highly sedating quality of these drugs. As a consequence, CMS instituted guidelines that restrict the use of antipsychotics in long-term care settings, and require a gradual dose reduction in order to try to make sure that patients are not being overdosed with these drugs. We went to CMS and said look, we are afraid that that may be problematic. First of all, you can't use our drug as a chemical straitjacket because we don't have those sedating qualities. And secondly, we are concerned that if our drug is lumped in with all of the other drugs, that might be thought of as drugs that treat schizophrenia et cetera, that it won't receive optimal use in that setting. So as a result of effort -- of our efforts, CMC has now recognized that PD Psychosis is an enduring condition. The upshot of all this is it allows the prescribers to continue treatment with NUPLAZID, which is the only drug approved to treat PDP, as long as the patient is obtaining a benefit from the medication. So in other words, they are not subject in PDP to the dose-reduction restrictions that otherwise would apply to antipsychotics.

And the consequence for the nursing home is, if you don't abide by those dose reductions, you can be economically penalized in terms of how much you reimburse for your care patients. In addition, we're expanding our long-term care specialty pharmacy network, creating greater access in the long-term care. So we continue to have very solid growth there.

I'm going to do this really quickly. Just a little bit of clinical background regarding NUPLAZID. In our Phase III pivotal study that was the basis of approval in PDP, we showed a 37% improvement in SAPS-PD from baseline at week 6 versus 14% for placebo. If you look at the right-hand side of the slide, very important message here. We saw a very positive response at every level of response. So not only did we see about 14% of patients on NUPLAZID have complete remission of symptoms versus only 1% on placebo, but we also, even for patients that had only a one point reduction, we had a significant improvement over placebo. And even a one point reduction in the SAPS-PD scale can be very meaningful. That can be -- mean the difference between a patient having weekly hallucinations versus daily hallucinations.

As I've mentioned, we have 4 additional life cycle management programs, all in late-stage development. I'm going to start with dementia-related psychosis. I'm going to first lay out the unmet need, then I'll go to how we fit in this space. As I mentioned earlier, there is no FDA approved treatment for dementia-related psychosis. It impacts there are about 1.2 million people in the U.S. who have DRP and there are very serious consequences with having this, including repeated hospital stays, earlier progression to nursing homes, more rapid progression of dementia, increased risk of morbidity and mortality. The bottom point is probably the most important one. Current antipsychotics, used off label, have been shown to accelerate cognitive decline by about one year. So it's not an insignificant impact, about one year of disease progression. And in addition, they carry all these significant side effects I referred to earlier, including sedation, et cetera. We are pursuing this with NUPLAZID, where we've been granted Breakthrough Therapy Designation by the FDA. I should note, this is the second time that pimavanserin has received Breakthrough Therapy Designation. The first was in Parkinson's disease psychosis. And the -- and we've carved out a very, very favorable regulatory path, which I'll get to in a minute. The reason for that regulatory path and the reason for the breakthrough therapy designation is the fact that we've demonstrated a strong antipsychotic effect, both in Alzheimer's patients in our study -019 and in Parkinson's patients, our study -020.

Typically, antipsychotics are approved by showing an acute response over 4 to 6 weeks. You get a label that will allow you to dose the drug indefinitely. But the FDA always requires you to come back after the approval and show durability of response that is usually done in a relapse prevention study. We went to FDA and said, we want to go directly to a relapse-prevention study. We think we've already

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

established acute efficacy in our Parkinson's study and in our Alzheimer's study. And now for this broader indication that includes them and some other types of dementia, we can think we can go right to a relapse-prevention study and the FDA agreed. They also agreed that with robust positive results of that study, that can serve as the basis of a sNDA application. This type of study has an enriched population. One of the reasons that we wanted to go to a relapse-prevention study is, it's a very highly statistically-powerful study. These studies -- there are no givens in this business, we understand, but these studies frequently are positive. They frequently have very low p-values. It's not uncommon for them to stop based on positive results at an interim read. The study is very simple. I wanted to take a second to explain it because you don't often see these serve as the basis of approval because usually, they are a post-approval commitment, but they're done very frequently in the neuropsych arena.

So we start with highly-symptomatic patients that suffer from dementia-related psychosis. Every patient goes on NUPLAZID. They're treated for 12 weeks. After 12 weeks, we assess patients that showed a response and a stable response at weeks 8 and week 12. If they did not show a response at both of those time points, they are discarded from study. Only those patients that were highly symptomatic, and they showed a significant reduction of their symptoms on NUPLAZID continue in the study. Those patients are then randomized into 2 groups. Half of them stay on NUPLAZID for up to 6 months, the other half discontinue NUPLAZID and go on placebo for up to 6 months. The endpoint is simply is there is a statistically significant difference in the average time to relapse between those that stayed on NUPLAZID and those that came off of NUPLAZID? That's it, it's a really simple study. Very statistically powerful. Equally important, it has a very significant -- it demonstrates a very significant clinical outcome. So it's a very real outcome that physicians care most about, the agency cares about, et cetera.

I'm going to shift gears now to schizophrenia-negative symptoms. Negative symptoms, again, there's no FDA approved treatment. 40% to 50% of schizophrenia patients suffer prominent negative symptoms. The negative symptoms, by the way, are the flat affect, the loss of interest, the social withdrawal that you often see in schizophrenia patients. Current antipsychotics tend to target the positive symptoms, the hallucinations and delusions of schizophrenia. They have some impact on negative symptoms, but it's minimal. And as a consequence of the poor treatment options and the very significant burden of the disease, we have very poor compliance. So what do physicians do today, since there's no drug approved to treat negative symptoms? Well, they typically add another drug. It's -- again, it's a kind of a very suboptimal polypharmacy where they are adding brothers, sisters, cousins of the baseline therapy, hoping that they'll get some additional benefit. Whether they're getting additional benefit or not is debatable, they're definitely getting additional side effects. It creates a very interesting opportunity for NUPLAZID, we believe, where we've previously demonstrated in a previous Phase II study that we have -- we moved the needle on negative symptoms. In addition, there are other drugs with a similar profile to ours that never made it to the market for unrelated reasons that also demonstrated positive effects on negative symptoms. So our goal here is to, and what we're testing in this Phase III study, is whether we can move the needle enough in negative symptoms to get an approval on top of baseline antipsychotic therapy. It's a very substantial study. 380 subjects, we have data -- we expect data from this study next year.

Schizophrenia inadequate responses is a similar situation. It's also adjunct therapy. Schizophrenia impacts about 1% of the U.S. adult population. What happens with these patients when they're treated? Well about 1/3 of them show an adequate response to standard antipsychotic therapy, about 1/3 show a partial response and about 1/3 show no response. And so what happens with those patients that have a partial response or no response? Same thing. Polypharmacy, brother, sisters, cousins, 2 or 3 antipsychotics that are very similarly related. You get a lot of additional side effects. Similar approach here on top of baseline, standard baseline therapy, we're testing pimavanserin. Here too in the previous Phase II study, we saw positive results. So we have a very strong basis for pursuing this and this is a 6-week study in 380 subjects. Data here, too, we expect in 2019.

A final life cycle management opportunity that we're pursuing is major depressive disorder. Depression is a vast disorder. It unfortunately, impacts about 16 million patients in the U.S. Half of them are treated. The majority of patients with MDD do not respond to initial antidepressant therapy. One of the standard approaches for treating these treatment-resistant patients is to administer an antipsychotic. Now again, it's a little bit of a misnomer. These are antipsychotics that are also approved and they have demonstrated efficacy as adjunct therapy in depression. Problem with using those drugs, same problems

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 43
P. 9

that I have previously described. They are highly sedating, they cause weight gain, cognitive impairment, extrapyramidal symptoms, rare, but serious tardive dyskinesia. So you can imagine, this weighs heavily on the minds of physicians. The last thing they would want to do is take my treatment-resistant depression patients and potentially give them a permanent motor disorder. So we think this represents a very unique and very interesting opportunity for us with its very different profile with a very much favorable and improved tolerability profile. So we're running a 10-week Phase II study here in 188 patients. This study we expect to read out in the second half of this year.

I'll conclude really quickly with just a few key priorities. Of course, on the commercial side, we will continue to execute on increasing awareness of PD Psychosis among patients and caregivers. We'll continue the expansion of long-term care. We'll continue to drive brand awareness and execute on our key account strategies and continue to increase adoption among treatment-aid patients as well as patients switching from other therapies. In late-stage clinical programs, we are continuing to advance enrollments in all of these studies. Dementia-related psychosis, the 2 schizophrenia indications and MDD, where again, we expect to have results in the second half of this year. So with that, I'll stop and thank you very much for your time, and look forward to seeing some of you in the breakout session.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

# Question and Answer

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

It's too early to be able to see pull through from that yet but we do look at early indicators such as number of people that have visited the website. As I mentioned in the -- in my prepared remarks, we've got about 140,000 visits to the website so far. So that -- we're really feeling very good about some of these early indicators that this point.

**Todd S. Young**
*Former Executive VP & CFO*

Yes, I think we have executed well on our media plan, our gross rating points and media schedules on target. As you know, we ran the ad at the beginning of Thanksgiving through the holidays, which is a very important time for Parkinson's patient when they're all together. We're very pleased with the call-to-action response to the website moretoparkinsons.com in case you are interested in visiting and downloading the guides.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And Steve, in your presentation, you said that your latest market research, 56% of physicians considered NUPLAZID to be standard of care. How does that compare to where that idea was at the time of launch or some point into launch? Kind of give a metric of where this is coming from. And along those lines, do they -- in this type of market researcher survey where -- do they tell you what the other 44% would have said in terms of what they think is inherent to this or among...

**Stephen R. Davis**
*CEO & Director*

Yes. Yes, I have just a couple of observations and then, Michael, feel free to jump in. I think on the -- so first of all, what we survey is the physicians that we're targeting. So the physicians that we think are most important to treating this. So we're -- what we see there is, 56% now consider NUPLAZID as the standard of care among that population. We're thrilled with that result. I mean, you start with when you have a paradigm-shifting drug like this, you start with a lot of very deeply ingrained behavior. And so physicians they're by default, their first option is always going to be to go to what I've been doing for years and years, and that is most frequently Seroquel but other antipsychotics used off label. So the fact that we've been able to get to this level of perspective during declines of the standard of care with more than half of this targeted population is, I think, is really great news. So as it relates to, kind of, where we would have expected, I've got to be honest with you, Cory, we didn't probably have a specific time line where we said when are we going to cross 50% on this particular metric. But what I can say is, when we launched the drug, we knew that there's a significant medical education required to educate physicians about the drug and the opportunities it brings. Physicians tend to be relatively conservative, and we're really very happy, not only with this results of this market survey, but just really happy with the response we've seen so far.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

You mentioned the new CMS regulatory guidance going into effect for long-term care. I mean, is it -- where did that start and is it too soon to see something the matter to get feedback from your targeted counts on that front?

**Stephen R. Davis**
*CEO & Director*

So those guidelines went into effect at the end of November of 2017, so they've been in effect just about 6 weeks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

10

Ex. 43
P. 11

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

The only thing I would add is that there is a guideline, interpretive guidance that governs a lot. There's probably 600 regulatory changes there. So we're amplifying the one that means the most to us in educating long-term care pharmacies about that. But there's quite a bit for the nursing home administrators to take into account there.

**Stephen R. Davis**
*CEO & Director*

Most importantly, it gives us an opportunity to leverage that with our field force. They're in the nursing homes, they're in the skilled nursing facilities, et cetera, and we can point out to them these guidelines and it gives us an opportunity to engage them in meaningful discussion around that.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

So then, last question I have. I'm not sure if others might have more, but when you think about the launch, it's something you've had very good doctor feedback, good coverage at this point in better understanding the market, how a long-term therapy like that is playing a role, what are the major hurdles that are still out there for NUPLAZID? Or is it really at a point where it's about execution blocking and tackling per se?

**Stephen R. Davis**
*CEO & Director*

I think it's always about execution blocking and tackling. I think -- I'll offer a couple of thoughts, and, Michael may want to jump in. I think, we're at a point in the launch where we can begin pulling additional levers. Obviously, patient and caregiver awareness and elevating the discussion there is an important one that we're pulling out. These new CMS guidelines are another. So when you have a paradigm shift in drugs, and what I'm saying today is what we said before we launched the drug, that it takes a while. It -- the good news is, these things tend to grow and grow and grow. And that's exactly what we're seeing. But it does take a while to change -- to educate physicians, sometimes change their perspective and then change their behavior.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

I mean, I think, the only thing I would add is, we're real pleased with the response from the marketplace on the value proposition and the payers for the access. However, the digestion period of time between when a physician sees a patient and the patient and a caregiver makes a decision to go onto therapy. There's a period of time for that installation to occur. So the environment to get a patient started is variable based on that journey of every patient being slightly different.

**Unknown Analyst**

Just on pricing, how are you thinking about the frequency of pricing being lower?

**Stephen R. Davis**
*CEO & Director*

Most pharmaceuticals are price adjusted a couple of times a year. Some are once a year, sometimes less, some are 3 or more, and we'll probably be in that, kind of, middle ground cadence going forward.

**Unknown Analyst**

On the pipeline part, I guess, starting from HARMONY side, can you provide -- can you say how long you would expect this to take to enroll?

**Stephen R. Davis**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

*CEO & Director*

So -- sorry I'm being asked to repeat the question. So the question is, how long do we think the HARMONY study will take to enroll. So the -- we're at a point we're we just don't have enough enrollment data to be able to predict precisely. What we said is, the study like this, we would typically expect to take about 2 to 2.5 years to complete. So we'll -- as we gather more enrollment data, have better information, we'll continue to update The Street on our expectations. But that's still in the guidance we've given, at this point.

**Unknown Analyst**

It might be helpful then if you remind people of the blood test, how the study is designed in terms of being an event-based study with -- you alluded to a lot of these relapse prevention studies in the interim, what's going to take place that often are standard. Just kind of how that design works, in terms of not just going through the full 2.5 years of enrollment or whatever it might take and the time point after that, so.

**Stephen R. Davis**
*CEO & Director*

Yes, so the question is, just a reminder of the basic study design and what we might expect. The basic study design, is extraordinarily straightforward. We take patients that are highly symptomatic with dementia-related psychosis. We give all of them NUPLAZID. We treat them for 12 weeks. Those who show a stable response at Week 8 and Week 12 continue in the study. Those who do not are discarded. Those who continue in the study, so they were highly symptomatic, they went on NUPLAZID with a significant reduction of their symptoms, and now they're continuing on to the study, we break and randomize into 2 groups. Half of them stay on NUPLAZID, half of them we take off of NUPLAZID and put on placebo. And the point of the study is simply measuring the average time to relapse between those 2 groups. It's a very commonly used design in CNS. Many people on Wall Street don't see it that often because it's usually a post-approval commitment. We went to FDA and said, "Look, we think we have enough acute data from the 2 studies we've done in Parkinson's and Alzheimer's to go directly to this," they agreed. And so, as a consequence, we've gone to this relapse prevention study which we think gives us a very, very attractive path forward from a regulatory perspective. The one thing you alluded to that I'll just footnote here, but I don't want to raise too many expectations around it just yet, is when you look at these relapse prevention studies that are frequently done, they have a very high success rate, p values are very low, and as a consequence, it's not uncommon at all for them to stop at the interim read based upon success. So obviously, I'm not promising that today, but there's a -- but we will do an interim read and we'll assess what we have at that point.

**Unknown Analyst**

Is it usually single interim look that overall from studies or is it multiple?

**Srdjan R. Stankovic**
*President*

It is one single interim rule. This is just for clarification. Event-driven trial, unlike in parallel design trial, you just have a certain number of patients to be randomized and they are treated for a certain time and trial is over. In this case trial, is over when a certain number of events in this -- in relapses occurs. So interim analysis in this trials is usually done when there is half of these prespecified number of event occurs. And at that point, one look at is done if certain -- the value is reached, the trial is over, if not, that continues to the end of the number of events. So in short, one interim look at half of the events.

**Unknown Analyst**

How are you defining response in the 12-week open-label portion of the study? And is there a set underlining assumptions for what coming patients will receive from that initial open-label to the randomized portion?

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 43
P. 13

Serge?

**Srdjan R. Stankovic**
*President*

Yes, the question is, how is response defined in the first 12 weeks in open-label treatment. It is defined by the certain percentage of improvement on the scales of measures of psychotic symptoms. So as Steve pointed out, the stable response is required, which means that, that improvement has to be observed both at week 8 and week 12, rather than just at a single point in that trial. But it is measured by the decrease on the scales for psychotic symptoms.

**Unknown Analyst**

And from your ADP study for which your Breakthrough Designation was based, what percent of those patients would have responded in the design of HARMONY trial?

**Stephen R. Davis**
*CEO & Director*

So the -- I'll let Serge answer to the question. So the question is, from the ADP study we did, which was based -- strong part of the basis for receiving Breakthrough Therapy designation for dementia-related psychosis, how many patients in that ADP study that we ran would have been -- showed a response?

**Srdjan R. Stankovic**
*President*

In designing this trial, we modeled that on the basis of both the data we have from the ADP trials on 12 weeks of treatment as well as the data from the PDP trial, where we had followed the patients following 6 weeks of double-blind treatment into the extension of trial. So certain assumptions were made on a basis of those data and approximation of the response because different measures were used in those trials to measure psychotic symptoms. So it's -- we did not fully disclose all of the assumptions for this trial, including the number of events as well as trials, but we plan to enroll about 360 patients in this trial in order to achieve, based on our assumptions, that prespecified number of events.

**Unknown Analyst**

How should we be thinking about the timing for the DRP study as far as conclusion of the enrollment and the interim read? Is there a chance that the interim could occur prior to enrollment of the patients?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Serge, you want to take that?

**Srdjan R. Stankovic**
*President*

As it was discussed earlier, the question is, how should we anticipate when the readout from the dementia-related psychosis trial will happen. We anticipate that trial of this kind will take about 2 years, 2.5 years to complete. However, one has to take into account that the number of variables may occur in this treatment. I mean, our assumptions on the success rate of stabilization, our assumptions on terms of the proportion of relapses in both placebo group and pimavanserin group will determine the speed of that. And finally, most important element to that is, whether we meet the definition of success at the interim analysis look or at the end of the trial. So we, in general, say it's 2 years to 2.5 years but it may be sooner than that or it may take long. And then finally, in every trial, the recruitment rates and speed of recruitment also will play a role.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Maybe another way to think about it is, the trial will not end when we reach a certain enrollment number. It will end when we reach a certain number of events. For the interim read, once we reach a interim number of pre-specified number of events, we'll do the interim read. If we stop the study, that point will stop it, irrespective of how many have been enrolled. That could very well happen before we enroll 360 patients.

**Unknown Analyst**

But within...

**Srdjan R. Stankovic**
*President*

So just to also clarify and manage expectations, that interim read will not most probably coincide when the half of the patients of 360 patients are enrolled in the trial. It may happen sooner, it may happen later than that point. So that interim read is not a midpoint of the recruitment in the trial.

**Unknown Analyst**

How many centers are you opening for this...

**Srdjan R. Stankovic**
*President*

The trial is global, and we will have approximately 90 different research centers participated in the trial.

**Unknown Analyst**

Are they going to be focused in any particular geographical area?

**Srdjan R. Stankovic**
*President*

Yes, we have, obviously, the U.S, European countries as well and certain South American countries.

**Unknown Analyst**

And, I guess, Serge probably for you, can you talk a little bit about these other indications that you're going after, the 2 separate schizophrenia indications as well as anti-PDP. Maybe put into context a little bit, how much you need these sort of exploratory studies versus going in with a relatively high confidence level based on some preexisting data that you've already generated as a variable.

**Srdjan R. Stankovic**
*President*

All of the indications we're pursuing -- the question is, how much -- what is the level of confidence in the indications we're pursuing other than dementia-related psychosis. All of the indications we are pursuing, we have a substantive amount of clinical and preclinical evidence for positive outcome of pimavanserin in these particular indications. In some cases, such as schizophrenia, both inadequate response and negative symptoms, we have pimavanserin, clinical data supportive of that as well as analog clinical data with other compounds with a similar or same mechanism of action that have performed successful trials as well as preclinical data. So it's a full array of supportive evidence for us. In the case of major depressive disorder, we have the analog data with compounds with a similar or same mechanism of action that demonstrated positive clinical trials as well as preclinical data. So it's a robust evidence, and I would add to that, that it is our philosophy that in doing these trials, we designed them fully powered and robustly designed to be able to definitively answer the question on efficacy. Obviously, there is always risk in doing the trials but these are not a small trials. They all have a power of being a pivotal trial if they are successful.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

And then, the news out this week, yesterday and today regarding Axovant's program that Nelo program believed to be 5-HT2 mediator mechanism of action. Is there any read through from the work they did there to what you're doing from your vantage point?

**Stephen R. Davis**
*CEO & Director*

I mean, so the question is, is there any read through on the Axovant study that was reported out with their compound, Nelotanserin, in Lewy body disorder. That compound is reported to have a binding profile that's very similar to ours. I think the short answer is, we don't see any read through at all. It's a 30-patient study. We can't really speak to their compound. What we know with our compound is, we saw results in sleep at doses dramatically lower than the antipsychotic effects. We know that they were studying it at doses about as high or maybe a little bit higher than the sleep effects that were previously seen with that drug. So we can't just really speculate about their results other than we just observed that it's a very small study. We frequently said we don't -- we personally don't think you learn that much from a small study. You can get a, kind of, it can be useful for signal-finding, they did see a signal. But other than that, it's really hard to make any comparison with our drug. I'm sorry, we've got a couple of questions in the back. Let me see if I could...

**Unknown Analyst**

In the future, do you have any plans to potentially to give guidance?

**Stephen R. Davis**
*CEO & Director*

Yes, so we've guided the last couple of quarters, and we'll guide again at the February earnings call for fourth quarter. We'll plan to guide for 2018.

**Unknown Analyst**

For all of 2018?

**Stephen R. Davis**
*CEO & Director*

Most likely for the full year, yes. That's our current thinking, yes. I'm sorry, there's a question right behind you, yes.

**Unknown Analyst**

Can you just talk, just a couple of minutes about the efficacy or safety around controlling dopamine and why -- what are some of the challenges to that approach? And I think, you all did a great job of explaining your uniqueness and specificity but what are some of the challenges around that?

**Stephen R. Davis**
*CEO & Director*

Yes, I'll take the first stab at it and then Serge may want to jump in. So the question is, can we speak to the efficacy and safety challenges of working through dopamine. I'll just really quickly say, when I got into this business 25 years ago, the first thing I did was partner with -- well, it's now Merck, was then Schering-Plough, to develop a new dopamine blocking compound that would separate out the efficacy from the side effects. 25 years later, it still hasn't been done. It's been tried many, many times, it's very complicated. Very hard to separate out the efficacy from the side effects on dopamine, particularly blocking dopamine D2.

**Unknown Analyst**

Why was that?

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 43
P. 16

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2018

Yes, I don't think anyone knows, I don't think we can say. It's pretty well accepted that you get an antipsychotic effect by blocking dopamine D2, you also get a lot of side effects, so. Serge, you have anything to add to that?

**Srdjan R. Stankovic**
*President*

I would just add, it's a great question because a lot of people, historically, have believed that the antipsychotic effect can only be achieved by blocking dopamine receptor directly. Our data about schizophrenia as well as in Alzheimer's psychosis as well as in Parkinson's disease psychosis clearly demonstrated that, that's not the case and antagonism to 5-HT2A receptor can also result in equally efficacious treatment of psychotic symptoms. And that's not only specific to our drug, there are some older drugs and experiments done clinically, clinic experiments with ritanserin and Flibanserin also demonstrated that ability to control psychotic symptoms. What exactly mechanism of that is? It may be in direct regulation of dopamine transmission as well as serotonin transmission or some other mechanism, is a matter of debate. But it is not the matter of debate that psychotic symptoms can be treated and improved by blocking 5-HT2A receptor.

**Unknown Analyst**

A question on your -- I know the answer, but this question is just on pimavanserin. Can you explain why no filing, the efficacy strategy is in terms of the 10-year exclusivity?

**Stephen R. Davis**
*CEO & Director*

Yes. So in -- so we've elected to defer in Europe. We are in a position where the exclusivity for pimavanserin will be governed more by the 10 years of data exclusivity that you get. You have to supply what you're paying as well, by the way, as opposed to the patents. So unfortunately, the pricing of drugs outside of the United States for these kinds of drugs is dramatically different outside of the U.S. versus in the U.S. So in some respects, U.S. winds up subsidizing to the rest of the world, these kinds of drugs. So as a consequence of that pricing dynamic, we've determined that we need to wait until we get the results of other indications in order to try to optimize the 10-year window that we'll ultimately have. So that's a consequence of pricing dynamics, et cetera. So long story short, we will get the results of the depression study, we will reassess then whether we should continue frameshifting, we'll get results of schizophrenia studies next year, and if we don't go to file after depression, we'll get results of those studies. So we have to determine exactly when we will file in Europe but we have determined that we will get some additional indication data before we do.

**Unknown Analyst**

I think, I mean, coming full circle on NUPLAZID from a commercial standpoint, we look at some of the individual metrics that are high in terms of patient compliance and persistence as well as the number pills dosed per day things like that. Are you at relatively steady-state now that you're over here into the launch or are these numbers still variable and moving around?

**Stephen R. Davis**
*CEO & Director*

Michael, you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, I think, we're really please with -- it's still early, but we think we are in steady state, the drug is, as we say, sticky. Patients tend to stay on it. Once they get through that first couple of months of trial, the patients who take it are, kind of, good response to it and it's well-tolerated.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 43
P. 17

Thanks to each of you.

**Unknown Executive**
Yes, please go ahead. Take care.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 43
P. 18

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 44

# THE LANCET
## Neurology

## Supplementary appendix

This appendix formed part of the original submission and has been peer reviewed. We post it as supplied by the authors.

Supplement to: Ballard C, Banister C, Khan Z, et al, on behalf of the ADP Investigators. Evaluation of the safety, tolerability, and efficacy of pimavanserin versus placebo in patients with Alzheimer's disease psychosis: a phase 2, randomised, placebo-controlled, double-blind study. *Lancet Neurol* 2018; **17:** 213–22.

This supplementary appendix has been corrected. The corrected version first appeared at thelancet.com/neurology on Feb 26, 2018.

**Ex. 44**
**P. 2**

**DATA SUPPLEMENT**
**Ballard et al. Phase 2 Randomised Placebo-Controlled Double-Blind Study of Pimavanserin in Patients with Alzheimer's Disease Psychosis**

**Description of Screening Procedures and Brief Psychosocial Therapy**
During the 3-week screening period, patients received structured psychosocial interactions with a designated caregiver with a target of five times per week (minimum of three times per week). This intervention, also known as brief psychosocial therapy (BPST) (Ballard et al., 2009) was intended to aid the patient and caregiver in managing the patient's psychotic symptoms through the screening period and minimize placebo response prior to randomization. BPST follows best practice and consensus guidelines for the treatment of this patient population in which non-pharmacologic therapy is attempted prior to initiation of active pharmacotherapy. Caregivers were trained to perform BPST at the Screening Visit 1 and received a follow-up telephone contact at Screening Visit 2, and at Screening Visit 3. In consultation with the Medical Monitor, randomization prior to completion of the 3 weeks of BPST occurred at the discretion of the Investigator for those patients whose psychotic symptoms substantially worsened during the screening period, and who otherwise met all eligibility requirements.

Of the 70 patients (39%) whose primary screen failure reason was failure to meet NPI-NH criteria for hallucinations and delusions, 25 (36%) patients screen failed at Screening Visit 3, indicating that they met NPI-NH hallucinations and delusions criteria at Screening Visit 1 and their scores had improved by Screening Visit 3, making them no longer eligible for the study. In these patients, BPST may have contributed to the improvement in NPI-NH criteria between Screening Visits 1 and 3, resulting in screen failure at Screening Visit 3.

**Baseline Severity of Delusions and Hallucinations based on NPI-NH Scores**

| Baseline Delusions (D) and Hallucinations (H) NPI-NH Scores | Pimavanserin (N=90) | Placebo (N=91) | Total (N=181) |
|---|---|---|---|
| D ≥ 4 and H < 4 | 61 (67·8) | 55 (60·4) | 116 (64·1) |
| D < 4 and H ≥ 4 | 5 (5·6) | 3 (3·3) | 8 (4·4) |
| D ≥ 4 and H ≥ 4 | 23 (25·6) | 33 (36·3) | 56 (30·9) |
| D < 4 and H < 4 and D+H ≥ 6 | 1 (1·1) | 0 | 1 (0·6) |
| | | | |
| D>0 and H=0 | 45 (50·0) | 48 (52·7) | 93 (51·4) |
| D=0 and H>0 | 4 (4·4) | 2 (2·2) | 6 (3·3) |
| D>0 and H>0 | 41 (45·6) | 41 (45·1) | 82 (45·3) |

**Assessment of Alternative Covariance Structures for MMRM Models**
The unstructured covariance matrix was chosen in order to minimize the assumptions made and to facilitate pre-specification of the model, since the best fitting covariance structure can only be determined after unblinding. Additional post-hoc sensitivity analyses using Toeplitz and autoregressive(1) covariance structures were conducted on the primary endpoint.

Ex. 44
P. 3

The Toeplitz structure gave the best fit based on the Akaike Information Criterion (AIC), Corrected Akaike Information Criterion (AICC), and Bayesian Information Criterion (BIC), but the results were very similar across the three structures, with both the Toeplitz and autoregressive(1) structures resulting in slightly smaller p-values for the Week 6 treatment difference, compared to the pre-specified unstructured analysis:

| Covariance Structure | AIC | AICC | BIC | Week 6 Adjusted Mean Difference (95% CI)* | P-Value |
|---|---|---|---|---|---|
| Unstructured | 4773·8 | 4774·4 | 4821·5 | -1·84 (-3·65, -0·04) | 0·0451 |
| Toeplitz | 4761·1 | 4761·2 | 4777·0 | -1·85 (-3·54, -0·16) | 0·0324 |
| AR(1) | 4782·3 | 4782·3 | 4788·7 | -1·86 (-3·56, -0·17) | 0·0314 |

\* Based on the Full Analysis Set
AIC=Akaike Information Criterion; AICC=Corrected Akaike Information Criterion; BIC=Bayesian Information Criterion; AR(1)=Autoregressive(1)
Unstructured – planned
Toeplitz and AR(1) – post-hoc

**The following sensitivity analyses were performed for the NPI-NH psychosis score:**

- Placebo-based imputation (pattern mixture model ANCOVA)
- van Elteren test
- Last observation carried forward (LOCF) and observed cases (OC) with analysis of covariance (ANCOVA)
- MMRM with the per protocol (PP) analysis set
- NPI-NH psychosis score responder analyses
- Correlation of NPI-NH psychosis score with ADCS-CGIC
- MMRM with subgroups

**Pre-specified Sensitivity Analyses (Day 43): LS Mean Change in NPI-NH Psychosis Score at Week 6. NOTE: Negative change represents an improvement**

| Analysis | Pimavanserin | Placebo | Delta | Effect Size | p-value |
|---|---|---|---|---|---|
| LOCF ANCOVA (FAS) | -3·90 | -1·79 | -2·11 | -0·372 | 0·0140 |
| OC ANCOVA (FAS) | -3·78 | -2·04 | -1·74 | -0·303 | 0·0596 |
| MMRM with PP Analysis Set | -5·57 | -2·27 | -3·31 | -0·610 | 0·0064 |
| Pattern Mixture Model ANCOVA (FAS) | -3·41 | -1·76 | -1·65 | -0·280 | 0·0618 |
| Pattern Mixture Model ANCOVA (All Randomized) | -3·33 | -1·75 | -1·58 | -0·266 | 0·0733 |
| OC ANCOVA (PP Analysis Set) | -5·75 | -2·47 | -3·28 | -0·598 | 0·0081 |
| LOCF ANCOVA (PP Analysis Set) | -5·34 | -1·94 | -3·40 | -0·646 | 0·0023 |
| OC van Elteren Test (FAS) | N/A | N/A | N/A | N/A | 0.1748 |

FAS = full analysis set; OC= observed cases; PP = per protocol

**Response rate at Week 6 for NPI-NH psychosis score ≥12 (FAS Population).**



### Correlation of NPI-NH PS with ADCS-CGIC

The correlation of NPI-NH PS (delusions and hallucinations) with ADCS-CGIC was assessed by summarizing the NPI-NH PS mean change from Baseline versus each of the seven categories (marked improvement, moderate improvement, minimal improvement, no change, minimal worsening, moderate worsening, and marked worsening) of ADCS-CGIC at each visit for subjects. The Spearman correlation between the two endpoints for the total population at Day 43 was 0·32 for both the FAS (p<0·0001) and the PP Analysis Set (p=0·0036). This correlation supports the clinically relevant treatment effect observed in the pimavanserin group, especially when it is considered that the ADCS-CGIC was a global assessment of the change in psychosis and other neuropsychiatric symptoms and not of psychosis alone.

Ex. 44
P. 5

**Correlation of ADCS-CGIC Rating at Day 43 with NPI-NH Psychosis Score (Hallucinations and Delusions) Change from Baseline to Day 43 (Mean +/- SE) (OC) Full Analysis Set**



## Analysis by Prior Antipsychotic Use

As part of the planned analyses, we performed separate analyses in the 2 subgroups based on prior antipsychotic use (yes or no). Since an imbalance between treatment groups was observed in the number of subjects who had received prior antipsychotics, we conducted a post-hoc analysis based on the Full Analysis Set with an effect for prior antipsychotic usage (yes or no) added to the analysis model, in order to adjust for the baseline imbalance between the treatment groups. The Week 6 treatment differences for each subgroup and the Week 6 treatment difference in the Full Analysis Set after adjusting for prior antipsychotic use, are given in the following table:

| Analysis Set | Week 6 Treatment Difference (95% CI) | P-value |
|---|---|---|
| Prior antipsychotic use (n=16) | -6·53 (-15·61, 2·56) | 0·1450 |
| No prior antipsychotic use (n=162) | -1·90 (-3·69, -0·11) | 0·0374 |
| Full analysis set* (n=178) | -1·96 (-3·74, -0·19) | 0·0304 |

\* Adjusted for prior antipsychotic use.

The treatment difference is greater in the patients with prior antipsychotic use, though the sample size is quite small (10 pimavanserin and 6 placebo) and this difference is not statistically significant.

Ex. 44
P. 6

**Outcome by Concomitant SSRI Use**

| Subgroup | Week 6 Treatment Difference (95% CI) | P-value |
|---|---|---|
| Concomitant SSRI use (n=41) | -3·10 (-6·86, 0·67) | 0·1041 |
| No Concomitant SSRI use (n=137) | -1·43 (-3·51, 0·65) | 0·1762 |

A post-hoc test of interaction, comparing the Week 6 treatment differences in the 2 subgroups, gives a p-value of 0·4644.

**Combined agitation and/or aggression event rate in patients taking concomitant SSRIs (Post-hoc analysis)**

| Subgroup | Pimavanserin | Placebo | Total |
|---|---|---|---|
| Concomitant SSRI use | N=23 | N=20 | N=43 |
| Aggression | 3 (13·0) | 0 (0·0) | 3 (7·0) |
| Agitation | 3 (13·0) | 3 (15·0) | 6 (14·0) |
| Agitation and/or Aggression | 5 (21·7) | 3 (15·0) | 8 (18·6) |
| | | | |
| No Concomitant SSRI use | N=67 | N=71 | N=138 |
| Aggression | 6 (9·0) | 4 (5·6) | 10 (7·2) |
| Agitation | 16 (23·9) | 10 (14·1) | 26 (18·8) |
| Agitation and/or Aggression | 19 (28·4) | 12 (16·9) | 31 (22·5) |

**Adjusted mean (SE) change from baseline in NPI-NH psychosis score for patients with baseline score ≥12.**



**Adjusted mean (SE) change from baseline in NPI-NH psychosis score for patients with baseline score <12.**



**Adjusted mean (SE) change from baseline for MMSE (Safety Population).**



**Mean (SE) UPDRS Part III score by visit (Safety Population)**



Ex. 44
P. 9

**Summary of adverse events along with incidence of adverse events (Safety Population).**

| System Organ Class | Number (%) of Patients | |
| --- | --- | --- |
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Overall | 88 (97.8) | 85 (93.4) |
| | | |
| Blood and lymphatic system disorders | 14 (15.6) | 16 (17.6) |
| Anaemia | 9 (10.0) | 8 (8.8) |
| Monocytosis | 4 (4.4) | 3 (3.3) |
| Leukocytosis | 2 (2.2) | 3 (3.3) |
| Lymphopenia | 2 (2.2) | 4 (4.4) |
| Neutrophilia | 1 (1.1) | 4 (4.4) |
| Thrombocytosis | 1 (1.1) | 1 (1.1) |
| Eosinophilia | 0 | 1 (1.1) |
| Lymphadenopathy | 0 | 1 (1.1) |
| | | |
| Cardiac disorders | 8 (8.9) | 12 (13.2) |
| Atrial fibrillation | 4 (4.4) | 3 (3.3) |
| Atrial flutter | 1 (1.1) | 1 (1.1) |
| Cardiac failure congestive | 1 (1.1) | 0 |
| Left ventricular hypertrophy | 1 (1.1) | 0 |
| Tachycardia | 1 (1.1) | 0 |
| Arrhythmia | 0 | 1 (1.1) |
| Atrioventricular block first degree | 0 | 1 (1.1) |
| Bradycardia | 0 | 1 (1.1) |
| Bundle branch block left | 0 | 1 (1.1) |
| Cardiopulmonary failure | 0 | 1 (1.1) |
| Cyanosis | 0 | 1 (1.1) |
| Myocardial infarction | 0 | 2 (2.2) |
| | | |
| Ear and labyrinth disorders | 0 | 2 (2.2) |
| Cerumen impaction | 0 | 1 (1.1) |
| Hypoacusis | 0 | 1 (1.1) |
| | | |
| Eye disorders | 4 (4.4) | 2 (2.2) |
| Dry eye | 1 (1.1) | 0 |
| Eye pain | 1 (1.1) | 0 |
| Eyelid ptosis | 1 (1.1) | 0 |
| Parophthalmia | 1 (1.1) | 0 |
| Ocular hyperaemia | 0 | 1 (1.1) |
| Visual impairment | 0 | 1 (1.1) |

Ex. 44
P. 10

| System Organ Class | Number (%) of Patients | |
|---|---|---|
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| | | |
| Gastrointestinal disorders | 13 (14.4) | 15 (16.5) |
| Vomiting | 4 (4.4) | 3 (3.3) |
| Constipation | 3 (3.3) | 3 (3.3) |
| Diarrhoea | 2 (2.2) | 4 (4.4) |
| Gingival disorder | 1 (1.1) | 0 |
| Haemorrhoids | 1 (1.1) | 0 |
| Lip pain | 1 (1.1) | 0 |
| Lip swelling | 1 (1.1) | 0 |
| Nausea | 1 (1.1) | 3 (3.3) |
| Oral pain | 1 (1.1) | 0 |
| Tongue discolouration | 1 (1.1) | 0 |
| Abdominal distension | 0 | 1 (1.1) |
| Diarrhoea haemorrhagic | 0 | 1 (1.1) |
| Faecal incontinence | 0 | 1 (1.1) |
| Gingival pain | 0 | 1 (1.1) |
| Haematochezia | 0 | 1 (1.1) |
| Retching | 0 | 1 (1.1) |
| Toothache | 0 | 1 (1.1) |
| | | |
| General disorders and administration site conditions | 14 (15.6) | 18 (19.8) |
| Oedema peripheral | 7 (7.8) | 2 (2.2) |
| Local swelling | 2 (2.2) | 1 (1.1) |
| Oedema | 2 (2.2) | 1 (1.1) |
| Crepitations | 1 (1.1) | 0 |
| Gait disturbance | 1 (1.1) | 0 |
| Pain | 1 (1.1) | 1 (1.1) |
| Pyrexia | 1 (1.1) | 2 (2.2) |
| Chest pain | 0 | 2 (2.2) |
| Fatigue | 0 | 2 (2.2) |
| General physical health deterioration | 0 | 4 (4.4) |
| Injection site joint pain | 0 | 1 (1.1) |
| Mucosal discolouration | 0 | 1 (1.1) |
| Vessel puncture site bruise | 0 | 1 (1.1) |
| | | |
| Hepatobiliary disorders | 1 (1.1) | 2 (2.2) |
| Hepatic function abnormal | 1 (1.1) | 1 (1.1) |
| Hepatobiliary disease | 0 | 1 (1.1) |

Ex. 44
P. 11

| System Organ Class | Number (%) of Patients | |
|---|---|---|
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| | | |
| Immune system disorders | 0 | 1 (1.1) |
| Hypersensitivity | 0 | 1 (1.1) |
| | | |
| Infections and infestations | 41 (45.6) | 42 (46.2) |
| Urinary tract infection | 20 (22.2) | 25 (27.5) |
| Lower respiratory tract infection | 13 (14.4) | 12 (13.2) |
| Cellulitis | 6 (6.7) | 3 (3.3) |
| Pneumonia | 3 (3.3) | 4 (4.4) |
| Conjunctivitis | 2 (2.2) | 3 (3.3) |
| Nasopharyngitis | 2 (2.2) | 1 (1.1) |
| Acarodermatitis | 1 (1.1) | 0 |
| Bacterial infection | 1 (1.1) | 0 |
| Bronchopneumonia | 1 (1.1) | 0 |
| Ear infection | 1 (1.1) | 0 |
| Eye infection | 1 (1.1) | 1 (1.1) |
| Eye infection bacterial | 1 (1.1) | 0 |
| Localised infection | 1 (1.1) | 0 |
| Oral candidiasis | 1 (1.1) | 0 |
| Otitis externa | 1 (1.1) | 1 (1.1) |
| Pharyngitis | 1 (1.1) | 1 (1.1) |
| Respiratory tract infection | 1 (1.1) | 1 (1.1) |
| Skin infection | 1 (1.1) | 1 (1.1) |
| Upper respiratory tract infection | 1 (1.1) | 0 |
| Candida infection | 0 | 1 (1.1) |
| Fungal infection | 0 | 1 (1.1) |
| Herpes zoster | 0 | 1 (1.1) |
| Intertrigo candida | 0 | 1 (1.1) |
| | | |
| Injury, poisoning and procedural complications | 25 (27.8) | 30 (33.0) |
| Fall | 21 (23.3) | 21 (23.1) |
| Contusion | 11 (12.2) | 14 (15.4) |
| Laceration | 3 (3.3) | 5 (5.5) |
| Clavicle fracture | 1 (1.1) | 0 |
| Femoral neck fracture | 1 (1.1) | 0 |
| Head injury | 1 (1.1) | 0 |
| Hip fracture | 1 (1.1) | 0 |
| Limb injury | 1 (1.1) | 1 (1.1) |
| Scratch | 1 (1.1) | 1 (1.1) |

Ex. 44
P. 12

| System Organ Class | Number (%) of Patients | |
| --- | --- | --- |
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Joint injury | 0 | 2 (2.2) |
| Spinal fracture | 0 | 1 (1.1) |
| Tooth injury | 0 | 1 (1.1) |
| Upper limb fracture | 0 | 1 (1.1) |
| Wrist fracture | 0 | 2 (2.2) |
|  |  |  |
| Investigations | 40 (44.4) | 38 (41.8) |
| Blood urea increased | 7 (7.8) | 8 (8.8) |
| Blood potassium increased | 5 (5.6) | 3 (3.3) |
| Blood lactate dehydrogenase increased | 4 (4.4) | 10 (11.0) |
| Cardiac murmur | 4 (4.4) | 1 (1.1) |
| Gamma-glutamyltransferase increased | 4 (4.4) | 3 (3.3) |
| Heart rate irregular | 4 (4.4) | 1 (1.1) |
| Blood alkaline phosphatase increased | 3 (3.3) | 8 (8.8) |
| Electrocardiogram QT prolonged | 3 (3.3) | 3 (3.3) |
| Blood bicarbonate decreased | 2 (2.2) | 0 |
| Blood bilirubin decreased | 2 (2.2) | 2 (2.2) |
| Blood calcium decreased | 2 (2.2) | 2 (2.2) |
| Blood creatine phosphokinase decreased | 2 (2.2) | 1 (1.1) |
| Blood creatine phosphokinase increased | 2 (2.2) | 1 (1.1) |
| Blood glucose increased | 2 (2.2) | 2 (2.2) |
| Electrocardiogram ST segment elevation | 2 (2.2) | 0 |
| Neutrophil count increased | 2 (2.2) | 0 |
| Protein total decreased | 2 (2.2) | 0 |
| Weight decreased | 2 (2.2) | 2 (2.2) |
| Blood albumin decreased | 1 (1.1) | 0 |
| Blood bilirubin increased | 1 (1.1) | 0 |
| Blood creatinine increased | 1 (1.1) | 0 |
| Blood phosphorus increased | 1 (1.1) | 0 |
| Electrocardiogram T wave inversion | 1 (1.1) | 0 |
| Haematocrit decreased | 1 (1.1) | 1 (1.1) |
| Haemoglobin decreased | 1 (1.1) | 1 (1.1) |
| Hepatic enzyme increased | 1 (1.1) | 0 |
| White blood cell count decreased | 1 (1.1) | 0 |
| White blood cell count increased | 1 (1.1) | 0 |
| Alanine aminotransferase increased | 0 | 1 (1.1) |
| Aspartate aminotransferase increased | 0 | 2 (2.2) |
| Blood chloride decreased | 0 | 1 (1.1) |
| Blood chloride increased | 0 | 1 (1.1) |

Ex. 44
P. 13

| System Organ Class | Number (%) of Patients | |
| --- | --- | --- |
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Blood pressure decreased | 0 | 1 (1.1) |
| Blood sodium decreased | 0 | 2 (2.2) |
| Capillary nail refill test abnormal | 0 | 1 (1.1) |
| Eosinophil count increased | 0 | 1 (1.1) |
| Lymphocyte count decreased | 0 | 1 (1.1) |
| Lymphocyte percentage decreased | 0 | 1 (1.1) |
| Pulse abnormal | 0 | 1 (1.1) |
| Red blood cell count decreased | 0 | 1 (1.1) |
| | | |
| Metabolism and nutrition disorders | 13 (14.4) | 21 (23.1) |
| Hyperglycaemia | 4 (4.4) | 11 (12.1) |
| Decreased appetite | 3 (3.3) | 2 (2.2) |
| Hyperuricaemia | 3 (3.3) | 1 (1.1) |
| Hyperkalaemia | 1 (1.1) | 2 (2.2) |
| Hypochloraemia | 1 (1.1) | 0 |
| Hyponatraemia | 1 (1.1) | 1 (1.1) |
| Hypoproteinaemia | 1 (1.1) | 0 |
| Iron deficiency | 1 (1.1) | 0 |
| Vitamin C deficiency | 1 (1.1) | 0 |
| Abnormal loss of weight | 0 | 1 (1.1) |
| Dehydration | 0 | 1 (1.1) |
| Feeding disorder | 0 | 2 (2.2) |
| Folate deficiency | 0 | 1 (1.1) |
| Hypoglycaemia | 0 | 1 (1.1) |
| Vitamin D deficiency | 0 | 1 (1.1) |
| | | |
| Musculoskeletal and connective tissue disorders | 9 (10.0) | 13 (14.3) |
| Arthritis | 2 (2.2) | 3 (3.3) |
| Joint swelling | 2 (2.2) | 3 (3.3) |
| Mobility decreased | 2 (2.2) | 3 (3.3) |
| Arthralgia | 1 (1.1) | 1 (1.1) |
| Back pain | 1 (1.1) | 0 |
| Fracture pain | 1 (1.1) | 0 |
| Hand deformity | 1 (1.1) | 0 |
| Pain in extremity | 1 (1.1) | 4 (4.4) |
| Musculoskeletal chest pain | 0 | 1 (1.1) |
| Musculoskeletal stiffness | 0 | 1 (1.1) |
| Weight bearing difficulty | 0 | 1 (1.1) |
| | | |

Ex. 44
P. 14

| System Organ Class | Number (%) of Patients | |
|---|---|---|
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | 1 (1.1) | 0 |
| Malignant neoplasm of thorax | 1 (1.1) | 0 |
| | | |
| Nervous system disorders | 12 (13.3) | 15 (16.5) |
| Somnolence | 3 (3.3) | 7 (7.7) |
| Depressed level of consciousness | 2 (2.2) | 0 |
| Transient ischaemic attack | 2 (2.2) | 0 |
| Dementia | 1 (1.1) | 0 |
| Dizziness | 1 (1.1) | 2 (2.2) |
| Dysstasia | 1 (1.1) | 0 |
| Loss of consciousness | 1 (1.1) | 1 (1.1) |
| Tremor | 1 (1.1) | 0 |
| Unresponsive to stimuli | 1 (1.1) | 0 |
| Balance disorder | 0 | 1 (1.1) |
| Convulsion | 0 | 1 (1.1) |
| Dyskinesia | 0 | 1 (1.1) |
| Lethargy | 0 | 1 (1.1) |
| Slow response to stimuli | 0 | 1 (1.1) |
| VIIth nerve paralysis | 0 | 1 (1.1) |
| | | |
| Psychiatric disorders | 37 (41.1) | 27 (29.7) |
| Agitation | 19 (21.1) | 13 (14.3) |
| Aggression | 9 (10.0) | 4 (4.4) |
| Anxiety | 5 (5.6) | 2 (2.2) |
| Behavioural and psychiatric symptoms of dementia | 5 (5.6) | 2 (2.2) |
| Abnormal behaviour | 3 (3.3) | 0 |
| Confusional state | 3 (3.3) | 2 (2.2) |
| Sleep disorder | 2 (2.2) | 0 |
| Affect lability | 1 (1.1) | 1 (1.1) |
| Depressed mood | 1 (1.1) | 1 (1.1) |
| Depression | 1 (1.1) | 0 |
| Insomnia | 1 (1.1) | 1 (1.1) |
| Psychotic behaviour | 1 (1.1) | 0 |
| Psychotic disorder | 1 (1.1) | 0 |
| Restlessness | 1 (1.1) | 2 (2.2) |
| Self-induced vomiting | 1 (1.1) | 0 |
| Social avoidant behaviour | 1 (1.1) | 1 (1.1) |

Ex. 44
P. 15

| System Organ Class | Number (%) of Patients | |
|---|---|---|
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Tearfulness | 1 (1.1) | 3 (3.3) |
| Anhedonia | 0 | 1 (1.1) |
| Initial insomnia | 0 | 1 (1.1) |
| Paranoia | 0 | 1 (1.1) |
| Psychiatric symptom | 0 | 1 (1.1) |
| Suicidal ideation | 0 | 1 (1.1) |
| Renal impairment | 2 (2.2) | 1 (1.1) |
| Incontinence | 1 (1.1) | 1 (1.1) |
| Pollakiuria | 1 (1.1) | 0 |
| Proteinuria | 1 (1.1) | 0 |
| Renal failure acute | 1 (1.1) | 1 (1.1) |
| Glycosuria | 0 | 1 (1.1) |
| Haematuria | 0 | 1 (1.1) |
| Leukocyturia | 0 | 1 (1.1) |
| | | |
| Reproductive system and breast disorders | 1 (1.1) | 2 (2.2) |
| Breast mass | 1 (1.1) | 0 |
| Genital rash | 0 | 1 (1.1) |
| Vaginal haemorrhage | 0 | 1 (1.1) |
| | | |
| Respiratory, thoracic and mediastinal disorders | 6 (6.7) | 6 (6.6) |
| Cough | 3 (3.3) | 1 (1.1) |
| Asthma | 1 (1.1) | 0 |
| Oropharyngeal pain | 1 (1.1) | 1 (1.1) |
| Rales | 1 (1.1) | 2 (2.2) |
| Epistaxis | 0 | 1 (1.1) |
| Pulmonary oedema | 0 | 1 (1.1) |
| Wheezing | 0 | 1 (1.1) |
| | | |
| Skin and subcutaneous tissue disorders | 12 (13.3) | 15 (16.5) |
| Rash | 4 (4.4) | 7 (7.7) |
| Erythema | 2 (2.2) | 1 (1.1) |
| Dermatitis | 1 (1.1) | 0 |
| Dermatitis contact | 1 (1.1) | 0 |
| Eczema | 1 (1.1) | 0 |
| Intertrigo | 1 (1.1) | 0 |
| Purpura | 1 (1.1) | 0 |
| Rash generalised | 1 (1.1) | 0 |
| Skin mass | 1 (1.1) | 0 |

Page **14** of **15**

Ex. 44
P. 16

| System Organ Class | Number (%) of Patients | |
|---|---|---|
| Preferred Term | Pimavanserin (n=90) | Placebo (n=91) |
| Blister | 0 | 1 (1.1) |
| Decubitus ulcer | 0 | 2 (2.2) |
| Hyperhidrosis | 0 | 1 (1.1) |
| Pigmentation disorder | 0 | 2 (2.2) |
| Pruritus | 0 | 2 (2.2) |
| Skin ulcer | 0 | 2 (2.2) |
| | | |
| Social circumstances | 2 (2.2) | 0 |
| Bedridden | 1 (1.1) | 0 |
| Immobile | 1 (1.1) | 0 |
| | | |
| Vascular disorders | 9 (10.0) | 4 (4.4) |
| Orthostatic hypotension | 3 (3.3) | 0 |
| Haematoma | 2 (2.2) | 0 |
| Hypertension | 2 (2.2) | 0 |
| Aortic aneurysm | 1 (1.1) | 0 |
| Deep vein thrombosis | 1 (1.1) | 0 |
| Peripheral ischaemia | 1 (1.1) | 0 |
| Thrombosis | 1 (1.1) | 0 |
| Hot flush | 0 | 1 (1.1) |
| Hypotension | 0 | 3 (3.3) |

No significant differences between groups were noted (Fisher's exact test).

**Ex. 44**
**P. 17**

# Exhibit 45

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## Form 10-K

**(Mark One)**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

**Or**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification Number)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code:**

**(858) 558-2871**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| **Common Stock, par value $0.0001 per share** | **The Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Securities Exchange Act of 1934:

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act of 1934). Yes ☐ No ☒

As of June 30, 2017, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $2.1 billion, based on the closing price of the registrant's common stock on the Nasdaq Global Select Market on June 30, 2017 of $27.89 per share.

As of January 31, 2018, 124,701,944 shares of the registrant's common stock, $0.0001 par value, were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement to be filed with the Securities and Exchange Commission by April 30, 2018 are incorporated by reference into Part III of this report.

**Ex. 45**

**P. 2**

**PART I**

**FORWARD-LOOKING STATEMENTS**

This report and the information incorporated herein by reference contain forward-looking statements that involve a number of risks and uncertainties, as well as assumptions that, if they never materialize or prove incorrect, could cause our results to differ materially from those expressed or implied by such forward-looking statements. Although our forward-looking statements reflect the good faith judgment of our management, these statements can only be based on facts and factors currently known by us. Consequently, forward-looking statements are inherently subject to risks and uncertainties, and actual results and outcomes may differ materially from results and outcomes discussed in the forward-looking statements. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and you are cautioned not to unduly rely upon these statements.

Forward-looking statements can be identified by the use of forward-looking words such as "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continue," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or other similar words (including their use in the negative), or by discussions of future matters such as the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation,, and other statements that are not historical. These statements include but are not limited to statements under the captions "Business," "Risk Factors," and "Management's Discussion and Analysis of Financial Condition and Results of Operations" as well as other sections in this report. You should be aware that the occurrence of any of the events discussed under the caption "Risk Factors" and elsewhere in this report could substantially harm our business, results of operations and financial condition and cause our results to differ materially from those expressed or implied by our forward-looking statements. If any of these events occurs, the trading price of our common stock could decline and you could lose all or a part of the value of your shares of our common stock.

The cautionary statements made in this report are intended to be applicable to all related forward-looking statements wherever they may appear in this report. We urge you not to place undue reliance on these forward-looking statements, which speak only as of the date of this report.

**Item 1.**    *Business.*

**Company Overview**

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system, or CNS, disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, on April 29, 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states.

For example, we believe dementia-related psychosis represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase 2 study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated

1

our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Furthermore, in October 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for dementia-related psychosis.

As a result of potential overlap of clinical sites and study participants between the HARMONY study and our Phase 2 study evaluating pimavanserin for the treatment of Alzheimer's disease agitation and aggression, which we refer to as SERENE, we decided to discontinue enrollment of new patients in that study. Patients already enrolled in SERENE will complete the study as planned.

We also believe schizophrenia represents a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase 3 study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

Depression is another disorder with a high unmet need that we believe represents an attractive development opportunity for pimavanserin. Preclinical and clinical studies have shown that patients with depression often do not receive adequate relief from an antidepressant medication, and, due to side effects of currently available therapies, many patients discontinue their medication, significantly increasing their chance of relapse. Preclinical and clinical evidence suggests $5\text{-}HT_{2A}$ antagonism may be an effective adjunctive therapy to currently prescribed antidepressants. In the fourth quarter of 2016, we initiated CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with major depressive disorder, or MDD, who have an inadequate response to standard antidepressant therapy. We expect to report top-line results from the CLARITY study in the second half of 2018.

We were originally incorporated in Vermont in 1993 as Receptor Technologies, Inc. We reincorporated in Delaware in 1997 and our headquarters are in San Diego, California. We maintain a website at *www.acadia-pharm.com*, to which we regularly post copies of our press releases as well as additional information about us. Our filings with the Securities and Exchange Commission, or SEC, are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this report or our other filings with the SEC.

We own or have rights to various trademarks, copyrights and trade names used in our business, including ACADIA® and NUPLAZID®. Our logos and trademarks are the property of ACADIA Pharmaceuticals Inc. All other brand names or trademarks appearing in this report are the property of their respective holders. Use or display by us of other parties' trademarks, trade dress, or products in this report is not intended to, and does not, imply a relationship with, or endorsement or sponsorship of us, by the trademark or trade dress owners.

**Our Strategy**

Our strategy is to discover, develop and commercialize innovative small molecule drugs that address unmet medical needs in CNS disorders. We have assembled a management team with significant industry experience to lead the discovery, development, and commercialization of our product opportunities. We complement our management team with scientific and clinical advisors, including recognized experts in the fields of PD Psychosis, Alzheimer's disease, schizophrenia, depression, and other CNS disorders. Key elements of our strategy are to:

- ***Successfully commercialize NUPLAZID for PD Psychosis in the United States.*** NUPLAZID was approved by the FDA on April 29, 2016 for the treatment of hallucinations and delusions associated with PD Psychosis, and is the only drug approved in the United States for this condition. We launched NUPLAZID in the United States in May 2016 and an important objective is to establish NUPLAZID as the first choice, best choice for PD Psychosis. We employ approximately 150 U.S. sales specialists who are focused on promoting NUPLAZID to physicians who treat PD Psychosis patients, including neurologists, psychiatrists and long-term care physicians.

- ***Leverage the commercial potential of pimavanserin by expanding to additional neurological and psychiatric disorders.*** We intend to continue pursuing the development and commercialization of pimavanserin in additional neurological and psychiatric indications that are underserved by currently available antipsychotics and antidepressants and represent large unmet medical needs. For example, in October 2017, we initiated our Phase 3 HARMONY relapse prevention study to evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which

**Ex. 45**
**P. 4**

includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. We are also testing pimavanserin as an adjunctive therapy in schizophrenia for negative symptoms, schizophrenia inadequate response, and depression. In addition to the ongoing development of pimavanserin in these areas, we may also consider additional indications that are a good strategic fit and which have large unmet medical needs.

- ***In-license or acquire complementary products or product candidates.*** Although NUPLAZID (pimavanserin) emanates from internal discoveries, in the future we plan to in-license or acquire assets, which could include clinical-stage product candidates or commercial-stage products, to leverage our U.S. specialty sales force.

**Our Pipeline**

NUPLAZID (pimavanserin) was approved by the FDA on April 29, 2016 for the treatment of hallucinations and delusions associated with PD Psychosis. In addition to PD Psychosis, our pipeline includes multiple product opportunities being explored in clinical development across several CNS disorders with high unmet medical needs. We believe that our product opportunities offer innovative therapeutic approaches and may provide significant advantages relative to current therapies. The following table summarizes our product opportunities and programs:



\* NUPLAZID is approved only in the U.S.

***NUPLAZID (Pimavanserin)***

Pimavanserin is a new chemical entity that we discovered and that was approved by the FDA on April 29, 2016 for the treatment of hallucinations and delusions associated with PD Psychosis and is the only drug approved in the United States for this condition and is called NUPLAZID commercially. NUPLAZID is an SSIA preferentially targeting the 5-HT$_{2A}$ receptor, a key serotonin receptor that plays an important role in psychosis. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to NUPLAZID for all indications and have established a broad patent portfolio, which includes numerous issued patents in the United States, Europe, and several additional countries. The recommended dosing of NUPLAZID is 34 mg once a day taken as two 17 mg tablets.

*NUPLAZID as a Treatment for PD Psychosis*

Parkinson's disease is the second most common neurodegenerative disorder after Alzheimer's disease. According to the Parkinson's Disease Foundation, about one million people in the United States and more than 10 million people globally suffer from this disease. More than 50 percent of Parkinson's patients will experience psychosis over the course of their disease. Parkinson's disease is more common in people over 60 years of age and the prevalence of this disease is expected to increase significantly as the population ages.

**Ex. 45**

**P. 5**

PD Psychosis is a debilitating disorder commonly characterized by visual hallucinations and delusions that afflicts about 40 percent of the one million Parkinson's disease patients in the United States. The development of psychosis in patients with Parkinson's disease substantially contributes to the burden of Parkinson's disease and deeply affects their quality of life. PD Psychosis is associated with a diminished quality of life, nursing home placement, and increased caregiver stress and burden.

As the first and only drug approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis, NUPLAZID provides an innovative and non-dopaminergic approach to the treatment of PD Psychosis without compromising motor control and potentially avoiding many of the debilitating side effects of existing antipsychotics.

In connection with the FDA approval of NUPLAZID, we have committed to conduct post-marketing studies, including a randomized, placebo-controlled withdrawal study in PD Psychosis patients treated with NUPLAZID and randomized, placebo-controlled eight-week studies in predominantly frail and elderly patients that would add to the NUPLAZID safety database by exposing an aggregate of at least 500 patients to NUPLAZID. Through our open-label safety extension study for our Phase 3 studies in PD Psychosis, together with a similar extension study from our earlier Phase 2 PD Psychosis trial, we generated a considerable amount of long-term safety data on NUPLAZID. A total of over 275 patients have been treated with NUPLAZID for at least one year and, of those, at least 170 patients have been treated for at least two years. Our longest single-patient exposure is greater than 11 years. We believe that our experience to date suggests that long-term administration of NUPLAZID is generally safe and well tolerated in this elderly and fragile patient population.

*Pimavanserin as a Treatment for Dementia-Related Psychosis*

Around 8 million people in the United States are living with dementia and approximately half are diagnosed with the disease. While the primary symptoms of dementia involve cognitive decline, patients with dementia frequently have behavioral symptoms as well. In addition to agitation and aggressive symptoms, they commonly have psychotic symptoms. Studies suggest that approximately 30 percent of patients with dementia have psychosis, commonly consisting of hallucinations and delusions. Patients with dementia-related psychosis share many characteristics and often exhibit similar psychiatric symptoms irrespective of their underlying neurodegenerative disease.

According to the American Psychiatric Association (APA) guidelines "an overwhelming majority" of older adults with dementia will develop psychosis or agitation during the course of their illness. Symptoms are often persistent and occur with increasing frequency as cognition becomes more impaired. Serious consequences have been associated with persistent or severe psychosis in persons with dementia such as repeated hospital admissions, earlier progression to nursing home care, severe dementia, and death. There is currently no approved treatment for dementia-related psychosis. Off-label use of atypical antipsychotics is associated with modest and often equivocal efficacy in these patients. More importantly, use of currently available antipsychotics is associated with a significant acceleration in cognitive decline in patients with dementia as well as numerous off-target toxicities, thus negatively impacting their primary illness. Cognitive effects of treatment with an atypical antipsychotic were evaluated in the National Institute of Mental Health Clinical Antipsychotic Trials of Intervention Effectiveness-Alzheimer's Disease (CATIE-AD) study. In this study, patients on any atypical antipsychotic had significantly greater rates of decline in cognitive function compared to patients on placebo. This pronounced negative impact of currently used antipsychotics on cognitive function is believed to be associated with the common pharmacologic property of these drugs, namely blocking of dopamine receptors. Moreover, anticholinergic activity, which is also present in atypical antipsychotics, is well-known to be associated with cognitive dulling. The lack of selectivity of atypical antipsychotics with respect to receptor activity also results in a number of dose-limiting side effects, such as extrapyramidal symptoms, orthostatic hypotension, hematologic abnormalities, and metabolic, gastrointestinal and sedative effects. These off-target toxicities result in increased risk for falls, infection, aspiration pneumonia, and other serious complications in this vulnerable patient population. With no approved therapies for the treatment of patients with dementia-related psychosis and current off-label use of atypical antipsychotics carrying significant morbidity risks including worsening in cognitive decline and other off target toxicities, we believe that dementia-related psychosis represents an area of high unmet need.

In October 2017, we initiated our HARMONY relapse prevention study, a Phase 3, randomized, double-blind, placebo-controlled study, evaluating the efficacy and safety of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. The objective of the study is to evaluate the ability of pimavanserin to prevent relapse of psychotic symptoms in a broad population of patients with the most common subtypes of dementia: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. In October 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for dementia-related psychosis.

The HARMONY study includes a 12-week open-label stabilization period during which patients with dementia-related psychosis will be treated with pimavanserin 34 mg once daily. Dose reduction to 20 mg once daily will be allowed if clinically justified. Following the 12-week stabilization period, patients who meet pre-specified criteria for treatment response will then be randomized into the double-blind period of the study to continue their pimavanserin dose (34 mg or 20 mg per day) or be switched to

4

placebo and followed for up to 26 weeks or until a relapse of psychosis occurs. The primary endpoint in the study is time to relapse in the double-blind period. The study will be conducted globally and is expected to enroll approximately 360 patients.

This Phase 3 development plan is supported by data from two completed clinical studies. In December 2016 we announced positive top-line results from our Phase 2 study, referred to as the -019 Study, examining the safety and efficacy of pimavanserin as a treatment for patients with AD Psychosis, which is a subset of the dementia-related psychosis population. The -019 Study was a double-blind, placebo-controlled exploratory trial designed to evaluate the efficacy and safety of pimavanserin as a treatment for patients with AD Psychosis. A total of 181 patients were enrolled in the study in the United Kingdom. Following a screening period that included brief psycho-social therapy, patients were randomized on a one-to-one basis to receive either 34 mg of pimavanserin or placebo once-daily. The primary endpoint of the study was antipsychotic efficacy as measured by the mean change in the Neuropsychiatric Inventory-Nursing Home, or NPI-NH, Psychosis score (combined hallucinations and delusions domains) from baseline to week six of dosing. The study also assessed additional secondary endpoints, including the cognitive status of patients and the durability of response to pimavanserin, through week 12 of dosing.

Pimavanserin demonstrated efficacy on the primary endpoint of the -019 Study with a 3.76 point improvement in psychosis at week six compared to a 1.93 point improvement for placebo, representing a statistically significant treatment improvement in the NPI-NH Psychosis score (p=0.0451). Baseline mean scores for the pimavanserin and placebo treated groups were 9.52 and 10.00, respectively. Pimavanserin was generally well tolerated and the safety profile was consistent with what has been observed in previous studies. Based on a preliminary analysis of safety data, the most common adverse events reported were falls, urinary tract infection and agitation. The mortality rate was the same in the pimavanserin and placebo treatment groups. Over the course of 12 weeks of treatment, pimavanserin did not impair cognition as measured by the Mini-Mental State Examination, or MMSE, score and was similar to placebo. On the secondary endpoint of mean change in NPI-NH Psychosis score at week 12, pimavanserin maintained the improvement on psychosis observed at the week six primary endpoint, but did not statistically separate from placebo. The mean age of patients in the study was 86 years. Because it has been shown that common symptoms of psychosis in different dementia subtypes need not be etiologically related to respond to pharmacologic treatment, we believe that the results of the -019 Study in patients with AD Psychosis and observations of demented patients in our -020 Study in patients with PD Psychosis indicate that pimavanserin may be an effective treatment for the other subgroups of dementia-related psychosis. Results from this Phase 2 study in AD psychosis were presented at the 10th Clinical Trials on Alzheimer's Disease (CTAD) Meeting on November 3, 2017 in Boston.

Additional clinical evidence for efficacy of pimavanserin in dementia-related psychosis was observed in our Phase 3 -020 Study in patients with Parkinson's disease psychosis. Approximately a quarter of the patients enrolled in the -020 Study also suffered from mild dementia. In a pre-specified subgroup analysis of these patients, those treated with pimavanserin observed a significant improvement in psychosis compared to placebo. This effect was larger than the overall average effect observed in the study.

*Pimavanserin as an Adjunctive Treatment for Schizophrenia*

Schizophrenia is a severe chronic mental illness that involves disturbances in cognition, perception, emotion, and other aspects of behavior. These disturbances may include positive symptoms, such as hallucinations and delusions, and a range of negative symptoms, including loss of interest and emotional withdrawal. Schizophrenia is associated with persistent impairment of a patient's social functioning and productivity. Cognitive disturbances often prevent patients with schizophrenia from readjusting to society. As a result, patients with schizophrenia are normally required to be under medical care for their entire lives. According to the National Institute of Mental Health, or NIMH, approximately one percent of the U.S. population suffers from schizophrenia.

Most patients with schizophrenia in the United States today are treated with second-generation, or atypical, antipsychotics, which induce fewer motor disturbances than typical, or first-generation, antipsychotics, but still fail to address most of the negative symptoms of schizophrenia. In addition, currently prescribed treatments do not effectively address or may exacerbate cognitive disturbances associated with schizophrenia. It is believed that the efficacy of atypical antipsychotics is due to their interactions with dopamine and 5-HT$_{2A}$ receptors. Despite their commercial success, current antipsychotic drugs have substantial limitations, including inadequate efficacy and severe side effects. The side effects induced by the atypical agents may include weight gain, non-insulin dependent (type 2) diabetes, cardiovascular side effects, sleep disturbances, and motor disturbances. We believe that these side effects generally arise either from non-essential receptor interactions or from excessive dopamine blockade.

The limitations of currently available antipsychotics result in poor patient compliance. A study conducted by the NIMH, which was published in *The New England Journal of Medicine* in September 2005, found that 74 percent of patients taking typical or atypical antipsychotics discontinued treatment within 18 months because of side effects or lack of efficacy. We believe there is a large unmet medical need for new therapies that have improved side effect and efficacy profiles.

As an SSIA, pimavanserin is a new class of antipsychotic medication with a distinct mechanism of action targeting serotonergic 5-HT$_{2A}$ receptors while avoiding activity at dopamine and other receptors commonly targeted by other antipsychotics which, we

5

**Ex. 45**

**P. 7**

believe, may enable pimavanserin to be used in certain treatment approaches to improve the therapy for patients with schizophrenia. We initiated the following studies during the fourth quarter of 2016 to evaluate pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to current antipsychotic therapy and for adjunctive treatment in patients with negative symptoms of schizophrenia:

*ENHANCE-1*

In November 2016, we announced that we initiated ENHANCE-1, a Phase 3 study to evaluate pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to current antipsychotic therapy. According to the American Psychiatric Association, about 30 percent of patients with schizophrenia have inadequate response to antipsychotic medications, meaning that they exhibit improvement, but continue to have residual hallucinations or delusions. As a result, about 25 to 50 percent of schizophrenia patients are treated with two or more antipsychotics. This polypharmacy has led to increased dose-related side effects and complicated dosing regimens that can further contribute to poor treatment compliance and subsequent relapse in these patients. We believe pimavanserin, through its highly selective mechanism of action, could provide an important new option for adjunctive treatment of schizophrenia and improve clinical outcomes by both augmenting the efficacy of currently used antipsychotics and lessening the undesirable side effects associated with polypharmacy.

ENHANCE-1 is a Phase 3, six-week, randomized, double-blind, placebo-controlled, multi-center, outpatient study designed to examine the efficacy and safety of adjunctive use of pimavanserin in patients with schizophrenia who have not achieved an adequate response to their current antipsychotic treatment. Approximately 380 patients will be randomized to receive pimavanserin, or placebo, orally, once daily, in addition to their ongoing antipsychotic in a flexible dosing regimen. The starting daily dose of 20 mg of pimavanserin at baseline may be adjusted to 34 mg or 10 mg during the first three weeks of treatment. The primary endpoint of the study is the change from baseline to week six on the Positive and Negative Syndrome Scale, or PANSS, total score. Following participation in ENHANCE-1, patients will be eligible to enroll in a 52-week open-label extension study.

*ADVANCE*

In November 2016, we announced that we initiated ADVANCE, a Phase 2 study to evaluate pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia. Studies show that about 40 to 50 percent of schizophrenia patients suffer from prominent negative symptoms. While currently available antipsychotic treatments for schizophrenia target positive symptoms, most patients remain functionally impaired because of negative symptoms, cognitive deficits and limited social function. There is currently no drug approved by the FDA for the treatment of the negative symptoms of schizophrenia.

ADVANCE is a Phase 2, 26-week, randomized, double-blind, placebo-controlled, multi-center study designed to examine the efficacy and safety of adjunctive use of pimavanserin in patients with schizophrenia who have predominant negative symptoms. Approximately 380 patients will be randomized to receive either pimavanserin or placebo, orally, once daily, in addition to their ongoing antipsychotic in a flexible dosing regimen. The starting daily dose of 20 mg of pimavanserin at baseline may be adjusted to 34 mg or 10 mg during the first eight weeks of treatment. The primary endpoint of the study is the change from baseline to week 26 on the Negative Symptom Assessment-16, or NSA-16, total score. Following participation in ADVANCE, patients will be eligible to enroll in a 52-week open-label extension study.

*Pimavanserin as an Adjunctive Treatment for Major Depressive Disorder*

Major depressive disorder is a condition characterized by depressive symptoms, such as a depressed mood or a loss of interest or pleasure in daily activities for more than two weeks, as well as impaired social, occupational or other important functioning. Studies have shown that the majority of people who suffer from MDD do not respond to initial antidepressant therapy. Also, due to side effects of current therapies, many patients discontinue their medication, significantly increasing their chance of relapse. According to the NIMH, MDD affects approximately 16 million adults in the United States and is the leading cause of disability for ages 15-44.

Preclinical and clinical evidence suggests that the blockade of $5\text{-}HT_{2A}$ receptors improves the clinical effects of selective serotonin reuptake inhibitors, or SSRIs. As an SSIA preferentially targeting $5\text{-}HT_{2A}$ receptors, we believe use of pimavanserin as an adjunctive treatment for MDD may improve outcomes for patients with MDD.

In December 2016, we announced that we initiated CLARITY, a Phase 2, 10-week, randomized, double-blind, placebo-controlled, multi-center study designed to examine the efficacy and safety of adjunctive use of pimavanserin in patients with MDD who have an inadequate response to standard antidepressant therapy with either an SSRI or a serotonin norepinephrine reuptake inhibitor, or SNRI. Approximately 188 patients will be randomized to receive either 34 mg of pimavanserin or placebo, orally, once daily, in addition to their ongoing antidepressant for 10 weeks. The primary endpoint of the study is the change from baseline on the Hamilton Depression Rating Scale, or HAM-D, total score.

**Ex. 45**

**P. 8**

*Pimavanserin Study in Patients with AD Agitation and/or Aggression*

In October 2016, we announced that we initiated SERENE, a randomized, double-blind, placebo-controlled, multi-center outpatient Phase 2 study designed to examine the efficacy and safety of pimavanserin in AD Agitation. At that time, the study was designed to randomize approximately 430 patients with Alzheimer's disease who have agitation and/or aggression symptoms to receive once daily oral doses of 34 mg pimavanserin, 20 mg pimavanserin or placebo for 12 weeks. The primary endpoint in the study is a reduction in total score on the Cohen-Mansfield Agitation Inventory, or CMAI. Following participation in SERENE, patients would be eligible to enroll in an open-label safety extension study. In October 2017, we announced that due to the potential overlap of clinical sites and study participants between the Phase 3 HARMONY dementia-related psychosis study and the SERENE study, that we had discontinued enrollment of new patients in the SERENE study. Patients already enrolled will complete the study as planned.

**Competition**

We face, and will continue to face, intense competition from pharmaceutical and biotechnology companies, as well as numerous academic and research institutions and governmental agencies, both in the United States and abroad. We compete, or will compete, with existing and new products being developed by our competitors. Some of these competitors are pursuing the development of pharmaceuticals that target the same diseases and conditions that our research and development programs target.

For example, the use of NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis competes with off-label use of antipsychotic drugs, including generic drugs quetiapine, clozapine, olanzapine, risperidone and aripiprazole.

If approved, pimavanserin for the treatment of dementia-related psychosis would compete with off-label use of antipsychotic drugs, including risperidone and quetiapine, and drugs indicated for the treatment of Alzheimer's disease and dementia in patients with Alzheimer's disease, including Aricept, marketed by Eisai Inc. and Pfizer Inc., and Namenda, marketed by Forest Laboratories, LLC, a wholly-owned subsidiary of Actavis plc.

Pimavanserin for the adjunctive treatment of schizophrenia, if approved for that indication, would compete with Rexulti, marketed by Otsuka Pharmaceutical Co., Ltd., Latuda, marketed by Sunovion Pharmaceuticals Inc., and generic drugs, including olanzapine, risperidone, aripiprazole and clozapine.

Pimavanserin for the adjunctive treatment of MDD, if approved for that indication, would compete with Rexulti and generic adjunctive atypical antipsychotics, including aripiprazole, quetiapine and risperidone.

In addition, the companies described above and other competitors may have a variety of drugs in development or awaiting FDA approval that could reach the market and become established before we have a product to sell for the applicable disorder. Our competitors may also develop alternative therapies that could further limit the market for any drugs that we may develop. Many of our competitors are using technologies or methods different or similar to ours to identify and validate drug targets and to discover novel small molecule drugs. Many of our competitors and their collaborators have significantly greater experience than we do in the following:

- identifying and validating targets;

- screening compounds against targets;

- preclinical studies and clinical trials of potential pharmaceutical products;

- obtaining FDA and other regulatory approvals; and

- commercializing pharmaceutical products.

In addition, many of our competitors and their collaborators have substantially greater advantages in the following areas:

- capital resources;

- research and development resources;

- manufacturing capabilities;

- sales and marketing; and

- production facilities.

7

Smaller companies also may prove to be significant competitors, particularly through proprietary research discoveries and collaborative arrangements with large pharmaceutical and established biotechnology companies. Many of our competitors have products that have been approved or are in advanced development and may develop superior technologies or methods to identify and validate drug targets and to discover novel small molecule drugs. We face competition from other companies, academic institutions, governmental agencies and other public and private research organizations for collaborative arrangements with pharmaceutical and biotechnology companies, in recruiting and retaining highly qualified scientific, sales and marketing, and management personnel and for licenses to additional technologies. Our competitors, either alone or with their collaborators, may succeed in developing technologies or drugs that are more effective, safer, and more affordable, or more easily administered than ours and may achieve patent protection or commercialize drugs sooner than us. Our competitors may also develop alternative therapies that could further limit the market for any drugs that we may develop. Our failure to compete effectively could have a material adverse effect on our business.

**Intellectual Property**

We currently hold 32 issued U.S. patents and 191 issued foreign patents. All of these patents originated from inventions made by us. In addition, we have 19 provisional and utility U.S. patent applications and 23 foreign patent applications.

Patents and other proprietary intellectual property rights are an essential element of our business. Our strategy is to file patent applications in the United States and any other country that represents an important potential commercial market to us. In addition, we seek to protect our technology, inventions and improvements to inventions that are important to the development of our business. Our patent applications claim proprietary technology, including chemical synthetic or manufacturing methods, novel drug targets and novel compounds, and compositions or methods of treatment identified using our technology.

We also rely upon trade secret rights to protect technologies that may be used to discover and validate targets and that may be used to identify and develop novel drugs. We protect our trade secrets by, among other things, requiring employees and third parties who have access to our proprietary information to sign confidentiality and nondisclosure agreements. We have entered into a license agreement, dated as of November 30, 2006, for certain intellectual property rights from the Ipsen Group that complement the intellectual property portfolio for our serotonin platform, including pimavanserin. We are required to pay to the Ipsen Group royalties of up to two percent of net product sales of NUPLAZID pursuant to the agreement. We are a party to various other license agreements that give us rights to use certain technologies in our research and development.

*Pimavanserin*

Twenty-seven U.S. patents have been issued to us that relate to pimavanserin and NUPLAZID, including three that cover the compound generically and 19 that specifically cover pimavanserin, salts or polymorphs thereof, the use thereof for treating PD Psychosis, AD Psychosis, Alzheimer's disease indications, schizophrenia, bipolar disorder, Lewy body dementia, sleep disorders, hallucinations, delusions and other methods of treatment. These patents also provide protection for certain methods of producing pimavanserin. The pimavanserin-specific patent is currently set to expire in June 2027. The patent that covers polymorphs of pimavanserin is currently set to expire in June 2028. The patents that cover pimavanserin generically expire in 2021. In the United States, we are permitted to extend the term of one U.S. patent for the pimavanserin product. Our estimation of the above patent terms includes patent term adjustments made by the U.S. Patent and Trademark Office, but not patent term extensions. These patent terms may be subject to change based on any given patent term extension or any terminal disclaimer that reduces patent term. We note that the U.S. patent laws are always changing and thus any modifications or new interpretations of the law may impact our patent terms. We have 75 issued foreign patents that specifically cover pimavanserin and polymorphs thereof, including patents in 34 European countries, Australia, Canada, China, Hong Kong, India, Japan, Mexico, New Zealand, Russia, Singapore and South Africa, which provide patent protection until 2024 and 2025, respectively. We continue to prosecute and file patent applications directed to pimavanserin and to methods of treating various diseases using pimavanserin, either alone or in combination with other agents, worldwide.

**Collaboration Agreements**

Historically, we have been a party to various collaboration agreements with Allergan and other parties to leverage our drug discovery platform and related assets, and to advance development and commercialization of selected product candidates. These collaborations have typically included upfront payments at initiation of the collaboration, research support during the research term, if applicable, milestone payments upon successful completion of specified development objectives and royalties based upon future sales, if any, of drugs developed under the collaboration.

8

**Ex. 45**

**P. 10**

FDA and other regulatory agencies do not regulate a physician's choice of drug treatment made in the physician's independent medical judgment, they do restrict promotional communications from pharmaceutical companies or their sales force with respect to off-label uses of products for which marketing clearance has not been issued. A company that is found to have promoted off-label use of its product may be subject to significant liability, including civil and criminal sanctions. We intend to comply with the requirements and restrictions of the FDA and other regulatory agencies with respect to our promotion of NUPLAZID, and any other products we may market, but we cannot be sure that the FDA or other regulatory agencies will agree that we have not violated their restrictions. As a result, we may be subject to criminal and civil liability. In addition, our management's attention could be diverted to handle any such alleged violations. A significant number of pharmaceutical companies have been the target of inquiries and investigations by various U.S. federal and state regulatory, investigative, prosecutorial and administrative entities in connection with the promotion of products for unapproved uses and other sales practices, including the Department of Justice and various U.S. Attorneys' Offices, the Office of Inspector General of the Department of Health and Human Services, the FDA, the Federal Trade Commission and various state Attorneys General offices. These investigations have alleged violations of various U.S. federal and state laws and regulations, including claims asserting antitrust violations, violations of the FDCA, the federal False Claims Act, the Prescription Drug Marketing Act, anti-kickback laws, and other alleged violations in connection with the promotion of products for unapproved uses, pricing and Medicare and/or Medicaid reimbursement. If the FDA or any other governmental agency initiates an enforcement action against us or if we are the subject of a qui tam suit and it is determined that we violated prohibitions relating to the promotion of products for unapproved uses, we could be subject to substantial civil or criminal fines or damage awards and other sanctions such as consent decrees and corporate integrity agreements pursuant to which our activities would be subject to ongoing scrutiny and monitoring to ensure compliance with applicable laws and regulations. Any such fines, awards or other sanctions would have an adverse effect on our revenue, business, financial prospects, and reputation.

### *We expect our net losses to continue for at least the next few years and are unable to predict the extent of future losses or when we will become profitable, if ever.*

We have experienced significant net losses since our inception. As of December 31, 2017, we had an accumulated deficit of approximately $1.2 billion. We expect to incur net losses over the next few years as we invest in the commercialization of NUPLAZID and advance our development programs.

Even though we began commercializing NUPLAZID in the United States in May 2016, we still expect to incur significant expenses and net losses for at least the next few years as we continue our commercialization efforts for NUPLAZID and pursue the further development of NUPLAZID and our product candidates. Substantially all of our revenues since May 2016 were from net product sales of NUPLAZID.

We expect that our near-term revenues will be substantially dependent on our ability to generate net product sales of NUPLAZID. To the extent that we cannot generate significant revenues from the sale of NUPLAZID to cover our expenses, including the significant expenses associated with commercializing NUPLAZID and continuing to develop pimavanserin in additional indications, we may never achieve profitability and/or may have to reduce our commercialization and/or research and development activities to become profitable, which would harm our future growth prospects. Additionally, to obtain revenues from product candidates other than NUPLAZID, we must succeed, either alone or with others, in developing, obtaining regulatory approval for, manufacturing and marketing compounds with significant market potential. We may never succeed in these activities and may never generate revenues from our commercialization of NUPLAZID, or from other product candidates that may be approved, that are significant enough to achieve profitability.

### *If we fail to obtain the capital necessary to fund our operations, we will be unable to successfully continue the development and commercialization of NUPLAZID or successfully develop and commercialize our product candidates.*

We have consumed substantial amounts of capital since our inception. Our cash, cash equivalents, and investment securities totaled $341.3 million at December 31, 2017. While we believe that our existing cash resources will be sufficient to fund our cash requirements through at least the next twelve months, we may require significant additional financing in the future to continue to fund our operations. Our future capital requirements will depend on, and could increase significantly as a result of, many factors including:

- the progress in, and the costs of, our ongoing and planned development activities for pimavanserin, post-marketing studies for NUPLAZID to be conducted over the next several years, ongoing and planned commercial activities for NUPLAZID, and other research and development programs;
- the costs of maintaining and developing our sales and marketing capabilities for NUPLAZID;
- the costs of establishing, or contracting for, sales and marketing capabilities for other product candidates;
- the amount of U.S. product sales from NUPLAZID;

24

**Ex. 45**
**P. 11**

- the costs of preparing applications for regulatory approvals for NUPLAZID in jurisdictions other than the United States, and potentially in additional indications other than in PD Psychosis, and for other product candidates, as well as the costs required to support review of such applications;

- the costs of manufacturing and distributing NUPLAZID for commercial use in the United States;

- our ability to obtain regulatory approval for, and subsequently generate product sales from, NUPLAZID in jurisdictions other than the United States or in additional indications other than in PD Psychosis, or from other product candidates;

- the costs of acquiring additional product candidates or research and development programs;

- the scope, prioritization and number of our research and development programs;

- the ability of our collaborators and us to reach the milestones and other events or developments triggering payments under our collaboration or license agreements, or our collaborators' ability to make payments under these agreements;

- our ability to enter into new collaboration and license agreements;

- the extent to which we are obligated to reimburse collaborators or collaborators are obligated to reimburse us for costs under collaboration agreements;

- the costs involved in filing, prosecuting, enforcing, and defending patent claims and other intellectual property rights;

- the costs of maintaining or securing manufacturing arrangements and supply for clinical or commercial production of pimavanserin or other product candidates; and

- the costs associated with litigation, including the costs incurred in defending against any product liability claims that may be brought against us related to NUPLAZID.

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

***The pivotal Phase 3 study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase 3 trial and there is no guarantee that future studies with pimavanserin will be successful.***

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase 2 exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase 2 exploratory study, or the -019 Study, and the -020 Study, those results are not predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the efficacy study that we initiated in October 2017, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the study in major depressive disorder that we initiated in the fourth quarter of 2016, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the studies in schizophrenia that we initiated in the fourth quarter of 2016, we had only conducted a Phase 2 trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other indications that we had with the -020 Study, or that we will have the same level of success with pimavanserin in dementia-related psychosis or in other indications that we had with the -019 Study. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications, including dementia-related psychosis, will be consistent with those from the -019 Study or -020 Study.

**Ex. 45**
**P. 12**

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

***We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.***

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis, in the future we would need to add resources and raise additional funds in order to take this product candidate to market for indications other than in PD Psychosis or in jurisdictions outside the United States, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted, and continue to revisit, our life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not yield adequate returns. Furthermore, even though NUPLAZID is approved for the treatment of hallucinations and delusions associated with PD Psychosis, a failure in a subsequent study for another indication, including our ongoing studies in dementia-related psychosis, schizophrenia and depression, or a failure in our post-marketing studies could harm our ability to successfully market NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis or could lead to it being withdrawn from the market. If we are unable to develop pimavanserin for other indications, we may not be able to maximize the potential of the compound and that could have a material adverse effect on our future revenues and our success as a company.

***Pimavanserin is currently in development for several additional indications other than in PD Psychosis, and development is a long, expensive and unpredictable process with a high risk of failure.***

Preclinical testing and clinical trials are long, expensive and unpredictable processes that can be subject to delays. It may take several years to complete the preclinical testing and clinical development necessary to commercialize a drug, and delays or failure can occur at any stage. Interim results of clinical trials do not necessarily predict final results, and success in preclinical testing and early clinical trials does not ensure that later clinical trials will be successful. A number of companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in advanced clinical trials even after promising results in earlier trials.

Our drug development programs are at various stages of development and the historical rate of failures for product candidates is extremely high. In fact, we had an unsuccessful Phase 3 trial with NUPLAZID in 2009. An unfavorable outcome in any of our ongoing or future development efforts or in the post-marketing studies for NUPLAZID could be a major set-back for the program and for us, generally. In particular, an unfavorable outcome in our NUPLAZID program or in the post-marketing studies may require us to delay, devote additional substantial resources to, reduce the scope of, or eliminate this program and could have a material adverse effect on us and the value of our common stock. In October 2017, we initiated a Phase 3 study of pimavanserin in patients with dementia-related psychosis, and in the fourth quarter of 2016 we initiated both a Phase 2 and a Phase 3 study of pimavanserin as an adjunctive treatment in patients with schizophrenia as well as a Phase 2 study of pimavanserin as an adjunctive treatment in patients with major depressive disorder. We may plan and conduct additional studies in other indications in the future.

In connection with clinical trials, we face risks that:

- a product candidate may not prove to be efficacious or safe;

- patients may die or suffer other adverse effects for reasons that may or may not be related to the product candidate being tested;

26

**Item 7.**      ***Management's Discussion and Analysis of Financial Condition and Results of Operations.***

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes included elsewhere in this report. Past operating results are not necessarily indicative of results that may occur in future periods. This discussion contains forward-looking statements, which involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Forward-looking statements are not guarantees of performance. Actual results or events may differ materially from those anticipated in our forward-looking statements as a result of various factors, including those set forth under the section captioned "Risk Factors" elsewhere in this report. Information in the following discussion for a yearly period means for the year ended December 31 of the indicated year.

**Overview**

***Background***

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, on April 29, 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase III pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states.

For example, we believe Alzheimer's disease represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase II study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase II Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase III HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. Furthermore, in October 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for this dementia-related psychosis indication.

As a result of potential overlap of clinical sites and study participants between the HARMONY study and our SERENE study, which is our Phase II study evaluating pimavanserin for the treatment of Alzheimer's disease agitation and aggression, we decided to discontinue enrollment of new patients in that study. Patients already enrolled in SERENE will complete the study as planned.

47

**Ex. 45**

**P. 14**

We also believe schizophrenia represents a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase III study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. ADVANCE is a Phase II study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

Depression is another disorder with a high unmet need that we believe represents an attractive development opportunity for pimavanserin. Preclinical and clinical studies have shown that patients with depression often do not receive adequate relief from an antidepressant medication, and, due to side effects of currently available therapies, many patients discontinue their medication, significantly increasing their chance of relapse. Preclinical and clinical evidence suggests $5\text{-}HT_{2A}$ antagonism may be an effective adjunctive therapy to first-line antidepressants. In the fourth quarter of 2016, we initiated CLARITY, a Phase II study evaluating pimavanserin for adjunctive treatment in patients with major depressive disorder, or MDD, who have an inadequate response to standard antidepressant therapy. We expect to report top-line results from the CLARITY study in the second half of 2018.

During 2015, we licensed worldwide intellectual property rights related to pimavanserin in certain indications to ACADIA Pharmaceuticals GmbH, our wholly-owned Swiss subsidiary. Our active pharmaceutical ingredient, or API, for our NUPLAZID (pimavanserin) program has been manufactured in Switzerland for over 10 years and we anticipate continuing to manufacture our API in Switzerland. ACADIA Pharmaceuticals GmbH manages the worldwide supply chain of pimavanserin API. We believe the establishment of ACADIA Pharmaceuticals GmbH, as well as the licensing of worldwide intellectual property rights for pimavanserin, will allow us to build a platform for long-term operational and financial efficiencies.

We have incurred substantial operating losses since our inception due in large part to expenditures for our research and development activities. Our selling, general and administrative expenses have also increased significantly in connection with the preparation for, and support of, the launch of our first product, NUPLAZID. As of December 31, 2017, we had an accumulated deficit of $1.2 billion. We expect to continue to incur operating losses for at least the next few years as we advance our programs and incur significant development and commercialization costs.

**Financial Operations Overview**

*Product and Collaborative Revenues*

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016. Prior to the generation of revenue from NUPLAZID, our revenues had been generated substantially from payments under our collaboration agreements.

*Cost of Product Sales*

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, excess or obsolete inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

*License Fees and Royalties*

License fees and royalties consist of milestone payments expensed or capitalized and subsequently amortized under our 2006 license agreement with the Ipsen Group. License fees and royalties also include royalties of two percent due to the Ipsen Group based upon net sales of NUPLAZID.

*Research and Development Expenses*

Our research and development expenses have consisted primarily of fees paid to external service providers, salaries and related personnel expenses, facilities and equipment expenses, and other costs incurred related to pre-commercial product candidates. We charge all research and development expenses to operations as incurred. Our research and development activities have primarily focused on NUPLAZID (pimavanserin) which was approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis in April 2016. We currently are responsible for all costs incurred in the ongoing development of pimavanserin and we expect to continue to make substantial investments in clinical studies of pimavanserin for indications other than PD Psychosis, including dementia-related psychosis, schizophrenia and depression. Additionally, in connection with the FDA approval of NUPLAZID, we committed to conduct post-marketing studies, including a randomized, placebo-controlled withdrawal study in PD

48

Ex. 45
P. 15

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities and Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

ACADIA PHARMACEUTICALS INC.

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(on behalf of the registrant and as the registrant's
Principal Executive Officer)

Date: February 27, 2018

KNOW ALL PERSONS BY THESE PRESENTS, that each individual whose signature appears below constitutes and appoints Stephen Davis, his true and lawful attorney-in-fact and agent with full power of substitution, for him and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto and all documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent, or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities and Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/ STEPHEN DAVIS<br>**Stephen Davis** | Chief Executive Officer and Director<br>(Principal Executive Officer) | February 27, 2018 |
| /S/ TODD YOUNG<br>**Todd Young** | Chief Financial Officer<br>(Principal Financial and Accounting Officer) | February 27, 2018 |
| /S/ STEPHEN BIGGAR<br>**Stephen Biggar** | Chairman of the Board | February 27, 2018 |
| /S/ JULIAN BAKER<br>**Julian Baker** | Director | February 27, 2018 |
| /S/ LAURA BREGE<br>**Laura Brege** | Director | February 27, 2018 |
| /S/ JAMES DALY<br>**James Daly** | Director | February 27, 2018 |
| /S/ EDMUND HARRIGAN<br>**Edmund Harrigan** | Director | February 27, 2018 |
| /S/ DANIEL SOLAND<br>**Daniel Soland** | Director | February 27, 2018 |

63

**Ex. 45**
**P. 16**

**EXHIBIT 31.1**

**CERTIFICATION**
**Pursuant to Rule 13a-14(a) or Rule 15d-14(a) of the Securities Exchange Act of 1934,**
**as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen Davis, certify that:

1. I have reviewed this annual report on Form 10-K for the year ended December 31, 2017 of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 27, 2018

/S/ STEPHEN DAVIS
**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

**Ex. 45**
**P. 17**

**EXHIBIT 31.2**

**CERTIFICATION**
**Pursuant to Rule 13a-14(a) or Rule 15d-14(a) of the Securities Exchange Act of 1934,**
**as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Todd Young, certify that:

1. I have reviewed this annual report on Form 10-K for the year ended December 31, 2017 of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 27, 2018

/S/ TODD YOUNG

**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal
Financial and Accounting Officer)

**Ex. 45**
**P. 18**

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-K for the period ended December 31, 2017, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: February 27, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 45**
**P. 19**

**EXHIBIT 32.2**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-K for the period ended December 31, 2017, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Todd Young, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: February 27, 2018

/S/ TODD YOUNG
_____
**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal
Financial and Accounting Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 45
P. 20**

# Exhibit 46

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ4 2017 Earnings Call Transcripts

## Tuesday, February 27, 2018 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.57) | (0.55) | NM | (0.51) | (2.38) | (2.36) | NM | (1.75) |
| **Revenue (mm)** | 45.18 | 43.56 | ▼ (3.59 %) | 52.25 | 126.13 | 124.90 | ▼ (0.98 %) | 253.60 |

Currency: USD
Consensus as of  Feb-05-2018 11:30 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2017** | (0.72) | (0.72) | NM |
| **FQ2 2017** | (0.72) | (0.55) | NM |
| **FQ3 2017** | (0.63) | (0.53) | NM |
| **FQ4 2017** | (0.57) | (0.55) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................................... 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 46**

**P. 3**

# Call Participants

## EXECUTIVES

**Lisa Barthelemy**
*Director of Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**Todd S. Young**
*Former Executive VP & CFO*

## ANALYSTS

**Alan Carr**
*Needham & Company, LLC, Research Division*

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the ACADIA Pharmaceuticals Fourth Quarter and Full Year 2017 Financial Results Conference Call. My name is Lisa, and I'll be your coordinator for today. [Operator Instructions] .

I would now like to turn the presentation over to Lisa Barthelemy, Senior Director of Investor Relations at ACADIA. Please proceed.

**Lisa Barthelemy**
*Director of Investor Relations*

Thank you, Lisa. Good afternoon, and welcome to ACADIA's Fourth Quarter and Full Year 2017 Financial Results Conference Call. This call is being recorded, and an archived copy will be available on our website at www.acadia-pharm.com through March 13, 2018.

Joining me on the call today from ACADIA are Steve Davis, our Chief Executive Officer; Todd Young, our Chief Financial Officer; Michael Yang, our Chief Commercial Officer; and Dr. Serge Stankovic, our Head of Research and Development.

Before we proceed, I would first like to remind you that during our call today, we will be making a number of forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements including goals, expectations, plans or prospects are based on current information, assumptions and beliefs that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

I'll now turn the call over to Steve Davis, our President and Chief Executive Officer.

**Stephen R. Davis**
*CEO & Director*

Thank you, Lisa, and thanks, everyone, for joining us on the call today. Okay. Let's get started. 2017 was a year of strong performance across all parts of the business. We continued to see strong fundamentals for NUPLAZID, which is early in its growth phase, with a long pathway for attractive unit growth year-after-year in PD Psychosis. We also made important strides in advancing pimavanserin, as NUPLAZID is known generically, in additional indications, which have the potential to expand the NUPLAZID footprint multiple fold over the substantial opportunity which already exists in PD Psychosis.

In 2017, we saw a robust uptake in NUPLAZID with revenue of $125 million, including $43.6 million in the fourth quarter. And as we look to 2018, we expect net sales to more than double to between $255 million and $270 million. Our 2018 guidance rests on strong volume growth for NUPLAZID, which in turn is based on solid fundamentals in the marketplace. And just to give you a few examples of these fundamentals, they include: Continued growth day after day in the number of patients taking NUPLAZID; growth in the number of physicians prescribing NUPLAZID, including at academic centers, in community practices and in long-term care facilities; greater depth with physicians that is individual physicians prescribing NUPLAZID to a higher numbers of their patients; market research results that consistently continue to demonstrate very high levels of physician and patient satisfaction with NUPLAZID, including physician intent to prescribe more; and finally, we continue to enjoy very high levels of access.

I'm going to take just a second to add a little bit more texture. The growth we're seeing is consistent with what we often see with paradigm-shifting drugs. Because NUPLAZID treats a chronic progressive condition, patients should take the drug every day for the rest of their lives. These recurring patients create an installed base as we call it, upon which new patients are added every day. And, of course, as we continue to add patients, the installed base grows larger and larger. As this base of patients is growing, we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. FQ4 2017 EARNINGS CALL | FEB 27, 2018

are continuing adding new physicians, creating a different kind of installed base of sorts, with physicians who are continuing to increase the number of patients they have on NUPLAZID.

From the point of the launch of NUPLAZID, we understood that 2 key dynamics drive this opportunity with physicians supporting a profile of continued growth over an extended period. First, reaching full market potential with a very novel drug like NUPLAZID requires experience. It requires continued education and more and more physicians getting first-hand experience with the drug. That is happening. Second, historically, physicians and patients have focused mainly on treating the motor symptoms of Parkinson's disease. This creates lots of room for sustained growth for patient and physician awareness and education. In support of the solid progress we're making in advancing a long and productive growth profile for NUPLAZID, we initiated several new programs in the fourth quarter 2017. These efforts include a National TB Disease awareness campaign, I'm sure many of you have seen. This is a market that is ripe for disease awareness and education. Prior to NUPLAZID there was little to no education about the condition. The vast majority of patients and caregivers had no awareness that psychosis is part of Parkinson's disease. We are changing that. While it's still early in the television campaign, initial indicators are very, very encouraging.

In the fourth quarter, we also initiated several new programs in commercial operations. We have the same number of sales reps, but we are deploying them very differently and much more effectively. Mike will go into greater detail in a moment, but let me just say here that we are beginning to see clear evidence of the benefits of these efforts in the form of an attractive increase in the rate of growth of new patient acquisitions and an increase in the rate of physicians writing NUPLAZID.

Turning now to the research and development. In 2017, we also made major progress in advancing new potential indications for pimavanserin. We initiated our Phase III HARMONY study in dementia-related psychosis last quarter, and we also were pleased to receive Breakthrough Therapy Designation from the FDA for this indication, which underscores several things: the seriousness of the condition, the fact that there is no approved treatment and the compelling data we generated from our earlier studies in Alzheimer's and Parkinson's patients.

Our other late-stage programs in schizophrenia inadequate response, schizophrenia negative symptoms and major depressive disorder also continue to move forward. This year and next, we'll have a number of milestones with data readout from the MDD study expected in the second half of 2018 and results from our 2 schizophrenia studies expected next year.

I'm going to take just a brief moment to focus on MDD since it's the first study you read out. MDD affects approximately 16 million adults in the United States. Unfortunately, the majority of people who suffer from MDD do not respond to initial antidepressant therapy. And as a consequence, physicians often add current generation antipsychotics to the antidepressant therapy. However, even at the lower dose used in depression, the nonselected biochemistry of previously existing antipsychotics that are currently approved for this use can lead to very significant side effects, such as cognitive impairment, sedation, weight gain, extrapyramidal symptoms and rare but serious tardive dyskinesias. These side effects are particularly problematic in special populations, such as elderly or demented patients. Given pimavanserin's highly selective SSIA mechanism of action, which is completely different than all other antipsychotics on the market, and its favorable tolerability profile, we believe pimavanserin could be a very important new tool for treatment-resistant depression, avoiding the significant side effect burden of existing adjunctive therapies.

In summary, we're off to a very strong start in 2018. We remain laser-focused on executing our strategic priorities.

And with that, I'll now turn the call over to Todd for a review of our financial performance.

**Todd S. Young**
*Former Executive VP & CFO*

Thank you, Steve, and good afternoon, everyone. Today, I'll discuss our financial results for the fourth quarter and full year 2017, and then I'll provide further comments on 2018 guidance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As Steve noted, NUPLAZID delivered strong revenue growth during the year. Consistent with our guidance, net sales in 2017 increased to $124.9 million, up from $17.3 million in 2016. Our gross-to-net adjustment for the full year was approximately 16%. Net sales for the fourth quarter of 2017 grew 263% over the fourth quarter of 2016 to $43.6 million, and grew 22% on a quarter-over-quarter basis.

Our gross-to-net in the fourth quarter increased to around 13.5% from around 12% in the third quarter. Our gross margin in the fourth quarter was the highest of 2017 at approximately 92%.

On the expense side of the P&L, total operating expenses, including cost of goods sold, were $113.6 million for the fourth quarter. This amount includes approximately $22 million of noncash stock-based compensation. Our R&D expense in the fourth quarter was $43.2 million, which included $7.9 million of noncash stock-based compensation expense.

SG&A expense in the fourth quarter was $66.7 million, including $13.4 million of noncash stock-based compensation. From a cash flow perspective, cash used in operations was approximately $30 million for the fourth quarter, and we ended 2017 with $341 million of cash on our balance sheet.

As Steve mentioned, for the full year 2018, we expect continued strong growth for NUPLAZID, with net sales between $255 million and $270 million. With a significant Medicare component to our business, there will be some seasonality to our 2018 sales. We expect net sales in the first quarter to be in the range of $45 million to $48 million. This guidance reflects projected growth of NUPLAZID on a gross-sales basis to be in the mid-20% range.

As we've noted in the past, first quarter net sales reflect the impact of higher seasonal gross-to-net adjustments that are associated with the annual reset of the donut hole obligation that we have as a manufacturer for our Medicare Part D patients. We expect our first quarter gross-to-net adjustment to be in the mid-20% range.

For the full year 2018, we expect gross-to-net adjustments to be in the mid- to high-teens.

On the expense side for Q1, we expect R&D to be in the mid-$40 million range and SG&A expense to be in the high-$60 million range, which reflects the continued investment in our late-stage development programs and the commercialization of NUPLAZID in PD Psychosis. We continue to enjoy a strong balance sheet. As noted earlier, we started 2018 with $341 million of cash, and we've anticipated our cash balance at the end of this year to be in excess of $200 million.

And with that, I'll turn the call over to Michael.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thanks, Todd. We're pleased with the execution of our commercial plans and the market response among physicians, patients and caregivers to our efforts to increase the education and awareness of PD Psychosis.

Let me start with some key measures we implemented in 2017. In April, we expanded our long-term care sales force, and as a result, we have seen the specialty distributor side of our business, which includes long-term care, VA and TRICARE, to grow to approximately 30% of our overall business.

In October, we optimized our territory coverage in rural areas, with hybrid reps to facilitate deeper penetration into both neurology offices and local long-term care facilities.

In November, we launched a key account team to focus on Movement Disorder Society, centers of excellence and other key academic centers. And in late November, we broadened our direct-to-consumer activities and launched a national TV ad campaign to drive awareness of PD Psychosis amongst patients and caregivers. The goal of this campaign is to close the PD Psychosis awareness gap. Although it's well accepted amongst physicians that Parkinson's is a chronic and progressive disorder, in which symptoms such as psychosis emerge over time, we realized that patient and caregiver awareness of psychosis was very low.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

In our latest market research since the campaign aired, we've seen significant increases in unaided awareness of psychosis among PDP caregivers, who is our core target audience.

Additionally, around 30% of key movement disorder specialists observed an increase in patient and caregiver disclosure of PD Psychosis symptoms. The campaign also provides important resources and information to patients and caregivers on our moretoparkinsons.com website. We've had over 200,000 unique visitors to our moretoparkinsons.com website. Importantly, there had been over 25,000 what we call high-value actions taken on the website. This includes watching or downloading patient videos, downloading doctor discussion guides and using the Parkinson's doctor finder app on the website.

We're pleased to see this campaign is achieving its goal of stimulating patient and caregiver discussions with their physicians about PD Psychosis.

Moving on, we've also forged important channel relationships with 3 of the largest GPOs in the long-term care market. And finally, we've made important additions to our commercial leadership team, including bringing on Amanda Morgan, who joined as our Vice President of Sales in June, and Charmaine Lykins, who joined as Vice President of Marketing earlier this month.

To add with Steve's comments, we're seeing early results of these measures to increase rates of new patient acquisition and patients writing NUPLAZID. We're gratified by the momentum we're building, and more importantly, the opportunity to bring NUPLAZID to patients with PD Psychosis as well as the caregivers and their families who care for them.

So with that, let me turn the call over to Serge.

**Srdjan R. Stankovic**
*President*

Thank you, Michael. I would like to start with a reminder that pimavanserin represent new way of treating neurobehavioral symptoms. It is a selective serotonin inverse agonist, preferentially targeting 5-HT2A receptors, and the first nondopamine blocking antipsychotic to be approved by the FDA. There is a strong clinical body of evidence, showing broad-based effect for treating neurobehavioral symptoms. Pimavanserin has demonstrated efficacy in 3 very different disease states: Parkinson's disease psychosis, Alzheimer's disease psychosis and schizophrenia.

Pimavanserin also has a favorable tolerability profile. In contrast, other antipsychotics carry significant side effects and tolerability issues. Against this backdrop, we are advancing 4 late-stage development programs in CNS areas, where there are either no approved treatments or there is a strong need for improved treatment options. The focus on some of the most pervasive and chronic CNS disorders of our time, including dementia-related psychosis, schizophrenia inadequate response, schizophrenia negative symptoms and major depressive disorder.

My comments today will focus on our MDD program, along with a brief update on our dementia-related psychosis program. As Steve mentioned, the majority of patients with MDD do not respond to initial antidepressant treatment and require adjunctive therapy. Preclinical and clinical evidence suggests blockade of 5-HT2A receptor may improve clinical effects of SSRIs, typically the first line of defense in treating MDD. Historically, there have been other 5-HT2A-related compounds tested in clinical studies and have shown encouraging antidepressant effects. Our Phase II CLARITY study is a 10-week randomized double-blind, placebo-controlled, multicenter study, designed to evaluate the efficacy and safety of adjunctive use of pimavanserin in patients with MDD, who have an inadequate response to standard antidepressant therapy, we did an SSRI or SNRI. Approximately 188 patients will be randomized to receive either 34-milligram of pimavanserin or placebo, orally once daily in addition to their ongoing antidepressant. The primary endpoint is the change from the baseline on the Hamilton Depression Rating Scale total score. Top line data from this study are expected in the second half of this year.

Turning now to our program in dementia-related psychosis. As you know, we initiated our Phase III HARMONY study of pimavanserin in dementia-related psychosis this past quarter. I am pleased to announce that we have opened all U.S. sites in HARMONY and continue to open international sites. We are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

making good progress on this study, and are excited about the prospects of pimavanserin to improve the lives of people who suffer from dementia-related psychosis. Let me now turn the call over back to Steve.

**Stephen R. Davis**
*CEO & Director*
Great. Thank you, Serge. So in summary, we've made great progress in 2017, and we're even more excited about 2018. With that, operator, I'd like to open the call up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Cory Kasimov with JPMorgan.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

I have one commercial one and one pipeline one for you. So I guess, on the commercial side of things, just curious about the early impact you've seen, if any, from the new PDP guidelines in terms of the overall awareness and interest in NUPLAZID. And then on the pipeline side of things, for the DRP clinical trial design, are there any built-in analyses prior to the interim that you're going to run, for instance, would you be aware of what percentage of patients complete the open-label lead-in to determine whether or not you should take any action like resizing the trial or anything along those lines?

**Stephen R. Davis**
*CEO & Director*

Right. Thanks, Cory. I'm going to ask Michael to address the commercial question. But just to be clear Cory, I think what you're asking about is the new CMS guidelines in long-term care setting designating that PDP is an enduring disorder, which may require enduring therapy.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Exactly.

**Stephen R. Davis**
*CEO & Director*

Okay. Great. Michael, do you want to answer that?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Sure. Thanks for the question, Cory. Obviously, the calling out of PDP as an enduring condition is being positively received from the director of pharmacies and nursing at the long-term care facilities. Importantly, however, it doesn't specifically call out NUPLAZID, I want to make sure that was clear. So we are leveraging these guidelines to have the appropriate patient start conversations and how to [ allude ] that into the protocols. But it's early days yet, that guidance didn't go in effect until the end of November. So really, only a couple of months there where it's being digested. And I might add, that there was -- we're calling out that one guideline, but there were a large number of other what we call F tag on that guidelines. So we're just one of many things that we're changing in the long-term care.

**Stephen R. Davis**
*CEO & Director*

Great. Serge, do you want to take the pipeline question?

**Srdjan R. Stankovic**
*President*

Yes. Cory, thanks for the question. Other than preplanned interim analysis, we do not have prospectively planned any analysis in the course of this trial. However, having said that, I do want to point out that 12-week stabilization period, first period in the study is an open label. So in our regular monitoring of the trial, we will be aware of the numbers of patients that are entering the open label phase of the study, and also the number of patients that are completing that study and whether they are successfully being randomized or meeting randomization criteria or not, including what type of dementia these patients have.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

Ex. 46
P. 10

So we will have that level of awareness, but there is no preplanned resizing on the study on the basis of this information. It is more information work for us to know whether the propositions of patients that we are having are following the general prevalence of different dementia subtypes.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay. So Serge, just to follow up to that one point. I mean, with all the history you have with NUPLAZID, do you think that this initial open label run-in period in terms of the percentage of patients that are responding should be pretty predictable for you guys?

**Srdjan R. Stankovic**
*President*

Yes, we do believe so. And that's how we essentially size the study. So I just want to remind you and everybody that we -- the study is sized eventually by the number of the events, and its power on the basis of the number of events. And from that, or relapses, to be more precise. And from that number, we kind of backtrack to the total number of required patients to be -- to enter the open-label stage. And on -- those calculations were done on the basis of our data, both in our control trials as well as in the open-label trial.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay. Great. That's helpful.

**Stephen R. Davis**
*CEO & Director*

Cory, just to echo Michael's comments on the new CMS guidelines. They're very new, they're part of a 700-page document, it does give us an important point of leverage in a value-added way. It puts us in a position to really help these facilities understand the implications of this, and of course, being the only drug approved to treat PDP, is an important distinction that we point out as well. So it's a very important development for us. It's one that we expect to be able to leverage in a very educational and beneficial way in the long-term care setting.

**Operator**

Your next question comes from Charles Duncan with Piper Jaffray.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Congrats on the, at least the 20 -- the sequential growth as well as year-on-year. Had one commercial question, and then one or two development questions. On the commercial question, 22% sequential growth, 3Q to 4Q, could you help us understand the impact of pricing within the quarter versus new patients and/or persistence? What was the greatest contributor to that growth?

**Stephen R. Davis**
*CEO & Director*

Yes. Todd, do you want to take that?

**Todd S. Young**
*Former Executive VP & CFO*

Sure. You're right, obviously, Charles. We did raise price during the fourth quarter, and so that was a contributor to the growth. We also had a little higher gross-to-net cutting against us as well as a little shrinkage of inventory in the channel that cut against us, and so underlying demand growth was in the high single digits range for Q4.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And as a follow-up, I guess, given the guidance, and thank you very much for providing that, what are some of your assumptions behind the guidance in terms of the approximate impact of new scripts or patients versus, say, pricing?

**Stephen R. Davis**
*CEO & Director*

I'll take a stab, then Todd, feel free to jump in if you'd like. So we're not going get into some of the specific assumptions that we're making. But what I would say, and again, this is a situation we try to get the people on the street to understand the business the way we do as best as we can. What we saw in the fourth quarter was a little bit of tapering of the rate of organic growth. We knew that was likely to happen because we knew we're instituting a lot of things that Michael described in the fourth quarter. And any time you do that, there is a certain effort that's required to do that. As we mentioned, we're seeing the benefits of that already. So as -- to try to be as clear as we can, as we've mentioned, we're seeing a very attractive increase of new patient acquisition. We're seeing increase in the rate of new physicians writing the drug. So those are 2 key metrics, 2 key elements that underlie our growth assumptions in our guidance, both for the quarter, but most importantly, really for the year.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Okay. And the vector in terms of persistence is pointed up and to the right, if you will? Or increasing?

**Stephen R. Davis**
*CEO & Director*

Yes. It's still relatively early days in the launch in terms of getting those longer-term persistence metrics. But the drug continues to look very sticky as we said before in kind of a very scientific way so to speak. What we see is, once you get past the initial degradation that you tend to see with all drugs of this sort, patients had very high satisfaction levels, physicians have high satisfaction levels, and that's translating into what appears to be a very sticky drug.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Okay. And just quick development question for Serge. On the MDD study, we are assuming it's still enrolling. But can you provide any color on the type of background meds the patients are most commonly on? And are these patients who had to previously respond at some point to their serotonin or norepinephrine reuptake inhibitors?

**Srdjan R. Stankovic**
*President*

Sorry, Charles, I didn't hear the second part of your question. What types and ...

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

Were these responders in the past? Yes.

**Stephen R. Davis**
*CEO & Director*

Okay. Yes. First -- the first part of the question, the distribution of background, SSRIs or SNRI is pretty similar to what you would see in general in terms of the use of this drug. There are no any specific difference, and we are conducting this study exclusively in the United States, there are jointly U.S. sites involved in the trial. So from that perspective, we are seeing what one would usually see in terms of the background, medication and representation of different SSRIs. In terms of the second question, we -- this is a study for inadequate response. It's not really a core treatment resistant depression study, where the patients essentially do not have any response to their current antidepressant. In this particular case, these patients have -- can have some response, but the response are such that they still do not have a full

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 46
P. 12

remission or a full -- or they still have a sufficient severity of depression symptoms that qualified them for the study. Also, there are no requirements that patients are not previously responsive, actually they do have a history of -- they may have history of positive response in the past.

**Charles Cliff Duncan**
*Piper Jaffray Companies, Research Division*

That's helpful. And last question regarding HARMONY. FDA recently issued draft guidance for drug development in Alzheimer's disease. Not sure if this really applies, but wondered if you had a perspective. They called out one of their preferred designs, being the withdrawal design, and I believe that's very consistent with your work with the HARMONY protocol. Do you have a perspective on that?

**Stephen R. Davis**
*CEO & Director*

Yes. I mean, I actually appreciate you mentioning that. We were also pleased to see that. And you're right, there are no direct implications for our program in those guidelines. Although reading that there are several elements that one can say were reflected in our discussions with them in terms of the tackling the both the disease modifying and symptomatic treatment in patients with dementia. And one was the trial design, another is urgency of needs to expedite development in this particular patient population. But there are no direct implications that we see from that document in our development program.

**Operator**

Next question comes from Ritu Baral from Cowen.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

My first question is on some of the initiatives, commercial initiatives that you detailed, Michael, over the course of 2017. Specifically, the November initiative where you targeted the movement disorder centers. Is this something that was part of the original targeting? How is -- what you did in November different than the initial strategy? And two, what's the advantage in the sort of October move to hybrid rep long-term care neuro? And I've got a follow-up for Serge.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Ritu, great questions. So yes, I think that we were for sure in the prior structure covering both of those entities, let me address them specifically. So what I would consider this high -- the MDMs or key account reps is an overlay to our existing region frequency. And the basic premise here is that these key academic centers want to be -- want to have a different relationship other than just a sales rep calling on them. And so the folks that we have in the marketplace are some of our best reps. They've been elevated to a position where they can be a little bit more strategic and expansive with these KOLs. And so it does help us create a different kind of relationship, and we're seeing early fruits of just that response to these new resources. And it's kind of a positioning where we're treating these high-value customers who have deep reservoirs of patients and want to have a different relationship, and that's what they're getting from us on that side. With regards to the hybrid reps, we had a certain number of territories where we were overlay -- we had resources, both in the long-term care and our regular reps going in there, and really the rural geographies many times the local physician is, in fact, the admitting physician in the long-term care facility. That's quite different than, say, your more higher metropolitan areas, where there could be a separate specialist there. So it made sense to pull back our long-term care work there and concentrate our efforts. And so we have kind of what I would call a total [ dirt ] mentality in these areas. And we're seeing the early fruits of that concentration, both with our long-term care group being more specific to deeper in metropolitan areas, and also the logic of a single rep calling in a local geography, chasing the doctor and the demand model all around. So it doesn't -- we don't have an overcomplicated structure in those geographies where they don't mandate that.

**Ritu Subhalaksmi Baral**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

Ex. 46
P. 13

*Cowen and Company, LLC, Research Division*

Got it. So it sounds like for the key accounts being the target is more patients per treating clinician rather than increasing the number of treating clinician. Did I interpret that correctly?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

I'm sorry, I kind of missed that. Can you repeat that.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Sorry. The strategy behind the key account team at the movement disorder clinics is to increase the number of patients per treating clinician rather than expanding the number of treating clinicians in these centers. Am I interpreting your answer correctly?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Well, I think, clearly, that there is an opportunity to get deeper penetration with those specialists who see a lot of patients for sure. But one must also consider the reputational or influence network that comes from getting these centers to more fully adopt NUPLAZID. They are local influential and even in some cases, nationally influential in regards to the adoption. So there is also the referral/reputational impact about getting these centers to adopt in a deeper way.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. And then my follow-up is for Serge, actually, Steve and Serge. On the interim for the HARMONY study, what's your confidence level around where the threshold? Can you remind us where the threshold -- apparent threshold is set for the interim and just how you're thinking of your confidence going into that and what it could mean strategically for the DRP program?

**Srdjan R. Stankovic**
*President*

Well...

**Stephen R. Davis**
*CEO & Director*

Please go ahead, Serge.

**Srdjan R. Stankovic**
*President*

Okay. Well there are two elements that are the main formas in terms of the level of expectations of what could happen at the interim analysis. They're both historical and both know directly related to pimavanserin as we don't have that experience with pimavanserin. But we do know that from a number of randomized withdrawal trials in other psychiatric indications such as schizophrenia or depression, a vast majority of this trial has concluded at the interim analysis with -- in trials that are done with a variety of different drug, with variety of levels of clinical effectiveness. Second element is in the [ Devanon ] study that was positive outcomes were reached at the very small number of events and small number of patients. So that's another element that gives us some information and level of expectations what we may see with pimavanserin at the interim analysis. But the answer to your question is, of course, we will not know until we do the analysis.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. FQ4 2017 EARNINGS CALL | FEB 27, 2018

So, Ritu, just to echo Serge's thoughts, so we've powered the study at a 90% level based on assumptions we made, which would be typical for a Phase III program. When you do an interim read, I think everyone knows this but you split the p-value. Some of it you assign to the interim read and some of it you assign to the full analysis of the human study. Because of the very high physical powering of this kind of study, this study design, this relapse prevention study, it gives you more flexibility. You can set the bar very high on the interim read, and still have a meaningful shot at hitting it. If you don't, that's fine. You've got a much lower bar, statistically speaking, in terms of how you split p-value for the full analysis. So I'd just say this type of study design, Serge has mentioned this, it bears repeating. This study design is very statistically powerful. They have a very high success rate, it gives you more flexibility on your interim read and how you split that p-value.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

And then strategically, what would an earlier interim read out potentially mean for the DRP program, suppose it was a 2018 interim? What sort of timelines are you thinking? Is there anything else, any other clinical data that you need to gather to move this program ahead expeditiously?

**Stephen R. Davis**
*CEO & Director*

So let me just point out -- we're not indicating when we could do an interim read, so I just want to be really clear on that. But at the time of an interim read, we expect to have a safety database that is substantial given the work that we've done in the area and the work that we're doing in addition to this study. And we would expect that if we were successful in having victory at the interim read, I just want to be really clear, it's a much lower bar, it's a full analysis so sometimes that high bar is not hit, although in these kinds of studies it frequently is. But if we have a full read there, we feel like we're well-equipped to -- from that point to go right to registration, assuming that we have a robust efficacy response, which, as we've agreed with the FDA, could serve as the basis of a submission based upon the single study.

**Operator**

Your next question comes from Tazeen Ahmad with Bank of America.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So Steve, for you. I guess, I've been getting a lot of questions on price increases that you've taken recently. So you went the first year of the launch effectively not really taking any price increases. And then last year, you took 3, one in April, one in October and then another one in December. And now you've talked about why you've taken -- why you took the December one, and may be, for the benefit of everyone else on the call, it helps to repeat that. But for people that might have concerns that some of the reasons behind taking these price increases so close together is that you might be seeing signs that your volume growth might be starting to plateau. So can you guys give us any color on how you're thinking about price increases? And what gave you the confidence to take the price increases you did last year? And long-term, how are you thinking about the volume growth?

**Stephen R. Davis**
*CEO & Director*

Great. Thanks much for the question, Tazeen. You got a lot in there, so if I don't cover everything, please redirect me. Let me just start by saying as we've always said, we price the drug based upon the value that we're delivering. The value that you deliver when you are launching a drug is based upon results of clinical studies in a very highly controlled clinical setting, and you don't have as much of a feel for the real-world application of the drug as you do once you've launched the drug. So we were much better equipped during the course of 2017, our first full calendar year on the market, to appreciate and gauge the value of the drug that we're delivering. Again, I don't want to make too much out of anecdotes, you've heard me say things like this before. But we've had instances where we've had patients who were in a nursing home, go on NUPLAZID, go home for a weekend, and stay home. So it's just an example of the kind of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Ex. 46
P. 15

value that we believe we are delivering. So those -- that refined view of the value of the drug is really 100% behind the price adjustments that we made last year. And as we go forward, I think you heard us say a number of times on this call, our guidance for 2018 is based upon the volume growth that we anticipate with NUPLAZID. I don't want to get into whether we take price increases in 2018 or not, we don't comment about those things in advance, but I'll just simply say, that the -- what we would expect going forward is likely that our price adjustments will definitely always be based upon the value we're delivering the drug, but they're probably likely to be more in line within at the cadence that you typically see with pharmaceuticals. I think I covered everything, but, Tazeen, if I didn't hit everything, please let me know.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Yes, if you could just remind us why you took a price increase in December after having taken one in October.

**Stephen R. Davis**
*CEO & Director*

Yes. So one consideration was we're seeing in a number of states the requirement to give advance notice of price increases as you go forward or make other disclosures about your price increases. There is legislation in several states along those lines. In particular, one state that happened to be California, instituted new legislation that took effect in the beginning of 2018, which requires exactly that, it requires giving advance notice to -- 60 days prior to taking a price increase. One probably unintended consequence of that is they will put distribution partners in the channel in a position where they may cause some clunkiness in sales as they build inventories, trying to take advantage of the old price before you get to the new price. And we just wanted to try to avoid that. We anticipated that we probably would be taking another price adjustment in the first half of 2018. We felt like to avoid that clunkiness that might be a result of that kind of notice we took it a little bit earlier than we otherwise would have.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And then maybe can you remind us what the trend has been for market share from long-term care this last quarter in 4Q versus 3Q?

**Stephen R. Davis**
*CEO & Director*

Yes, that hasn't changed. Michael, do you want to take that.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. We haven't seen, when you say market share, I don't know that we've reported on market share.

**Stephen R. Davis**
*CEO & Director*

She's talking about split between the long-term care versus the business.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

The split, right. Yes, we see that as it modestly grew. But it's about the same rate as it was last quarter.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And what was that last quarter?

**Michael J. Yang**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 46
P. 16

*Executive VP & Chief Commercial Officer*

30 -- it was 30-- reported 30%, and it's roughly in that ballpark now.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. And I guess what's been the impact, do you still expect to see impact? You did increase the number of sales people that you hired to focus specifically on LTC. Do you think you still have more room to grow there?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. For sure. That's an area that we still feel is underpenetrated. I just would remind you that the growth of LTC and that percentage is a percentage on the rate of growth on the total business. So we have a lot of moving parts when we calculate that ratio. So -- but be that as it may, the opportunity in long-term care, we still see is a very robust opportunity given the amount of patients that are there, their condition and are relatively early stages in penetrating that market.

**Operator**

Your next question comes from Paul Matteis with Leerink Partners.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

My first one was just on the patient growth assumptions for 2018. Correct me if I'm wrong, but from our math, we're looking at, from Q3 to Q4 in 2017, we see about single digit percent organic growth, just maybe volume growth or patient growth. And for 2018 guidance, without any additional price increases, it looks like, sequentially quarter-over-quarter we're looking at low double digit percent to mid-teens percent growth sequentially in patients for 2018. Is that math right? And I guess, if so, what do you expect is going to be driving kind of a re-pickup in volume growth sequentially?

**Stephen R. Davis**
*CEO & Director*

Yes. So Paul, your math is pretty close, the organic growth in the fourth quarter over the third quarter was in the high single digits and we anticipate that being higher in the ranges that you described during quarter-over-quarter throughout 2018. The dynamics that support that really are the things that we've talked about in this call. We're seeing an attractive growth in patient acquisition and physicians writing the drug, we're continuing to grow in long-term care. So we think that this is a disorder where the, as we mentioned, there is a big gap in communications around the disease. And for all the reasons that we've mentioned earlier, we anticipate this continuing to be a very, I'd characterize it as verbally even -- people interpret this differently, but just a very steady continued growth curve as we typically see the drugs like this which is different than the growth curve you might see with an oncology drug or a rare disease drug.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. Okay, Steve. And then what are you observing now? I mean, I guess, you got 1.5 year behind you. What are you seeing in terms of compliance and persistence relative to Phase III trials in Parkinson's psychosis?

**Stephen R. Davis**
*CEO & Director*

I'm sorry. Paul, could you ask the question again? I didn't hear the last words.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

I apologize, yes. What are you observing for NUPLAZID in terms of patient compliance and patient persistence, things like discontinuation rate relative to what you saw in the Phase III studies in Parkinson's psychosis?

**Stephen R. Davis**
*CEO & Director*

Let me -- I'll answer this as direct as I can. What we're seeing, as we said before in PDP in the marketplace, is the drugs like this, you have a pretty significant drop off in therapy within first couple of months, first month or 2, with all drugs, you see that with quetiapine, you see it with other drugs used in this space and just other drugs like this in general. And this is due to a whole lot of things, drugs don't work typically in every patient. You have some discontinuations due to adverse events, you have some patients that are just not committed to therapy. So we see that kind of thing. The real question is what happens once you get through that initial degradation. What we're seeing, continuing to see is what appears to be a very sticky profile of the drug. It's very early, I said earlier, in the days for us to be able to measure how long the patients will ultimately stay on the drug, we'll have a certain number of patients that have been on for more than 12 months at this point in time. But we're continuing to see a very attractive profile from that perspective. In relation to what we saw in the clinical studies, it's just a different environment. It's an apples to oranges comparison. You really can't make those kinds of comparisons in a well-controlled clinical study where investigators are getting a different standard or a different level of care typically than you might see in maybe different frequencies of visits, et cetera. You just really can't compare the two.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. Okay. Fair enough. And then just one last one. As a result of taking price a few times, have you seen any changes in access with the nature of prior-auth requirements, the frequency with which plans are requiring a quetiapine step-through?

**Stephen R. Davis**
*CEO & Director*

No. No, we have not. Look at key players, they understand the value of the drug, they understand there's nothing approved, all the drugs have the potential to interfere with the motor therapies, they're highly sedating, they've historically been used as chemical straightjackets in long-term care, I think they get all of that.

**Operator**

Your next question comes from Alan Carr with Needham Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Do you remember any change in the mix of prescribers, neurologist versus psychiatrist and that sort of thing, or is that stable now? Also, in the payer mix, wondering if that's shifting also or if that's stable. And the last is -- this may be harder for you to tell, but are there any trends in terms of as far as you can tell in terms of what type of patients are being treated, are they more severe disease or less severe disease, that sort of thing?

**Stephen R. Davis**
*CEO & Director*

Great. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Ex. 46**
**P. 18**

**ACADIA PHARMACEUTICALS INC. FQ4 2017 EARNINGS CALL | FEB 27, 2018**

Yes, great. Thanks for the question. We haven't really, I think we're in a really stable period now with regards to both payer profile and prescribing universe. Just as a reminder, one area that we have seen importantly to penetrate is geriatric psychiatry who are more affiliated with long-term care facilities but in regard to neurologists and the profile of the folks that we're seeing, not much changed there. And in regards to payer, same thing. In regards to the types of patients we're seeing, obviously, the physician who's using us a little earlier on, they tend to give us more, what you would call more the trainwreck-type patients, the more difficult patients, as doctors are becoming more and more familiar those that have had more experience with it, they tend to move more what I call upstream, maybe not mild, but more of a moderate patient, knowing the benefits that could be seen by NUPLAZID on a longer term basis. More needs to be done in that area for sure.

**Alan Carr**
*Needham & Company, LLC, Research Division*

You think -- more of the opportunities in the upstream to less severe, right?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, it's a kind of -- there's 2 different channels. So with the long-term care, obviously, those patients are more, I would call, on the severe side. And then if you go into general neurology, obviously, trying to get the younger, more mild -- moderate patients affected by PD Psychosis.

**Operator**

Your next question comes from Jason Butler with JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Just in terms of the new docs that you're seeing today prescribing versus back at the launch. Can you talk about how the prescribing habits compare? Other than, obviously, the type of patients that you just mentioned, the number of patients that new physicians are trying the drug with, how quickly they're willing to try the drug in a broader population?

**Stephen R. Davis**
*CEO & Director*

Sure. Obviously, when we launched, there was a bolus of patients on this sideline waiting for the approval. Once that has been -- we're well pass that now. And the adoption by physicians in general can be phasic in regards to early adopters then there's late adopters, and I think there's a fairly conservative nature to the neurologist in general, and they want to see that the drug is going to pass a certain period of time from a safety perspective. So I think we're working through the early adopters now, and those are in the deeper penetration mode where they move that to standard care in their practice. As we penetrate more, so to speak, upstream to the physicians who are more the later adopters, that becomes more how many patients they see, the experiences they build with the product, et cetera. And so we're -- I think we're, as Steve has said in the call earlier, 2018 right now we're in a very much execution mode. I think we have the right profile of the resources now, consumer programs are adding a lot of conversations in the doctors' office, which is providing a robust conversion opportunity for our sales reps. So I think we're in a very much in execution focus, getting physicians' broader experience in identifying patients for starts.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Okay, great. And then just another question on persistence. In that group of patients that you talked about the drop-off early, other than the efficacy piece and the safety piece, are there reasons for drop-off that you could do something about, either in terms of cost or access that there's still a positive return on investment on addressing that early persistence rate?

**Stephen R. Davis**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Ex. 46
P. 19

*CEO & Director*

Yes, a great question. It's the kind of thing you always try to improve on. And we compare ourselves to other analogs and benchmarks in the industry, and I think we're comparing very favorably from that regard. But it's not to say that we don't continue to strive even better, we would like to be the gold standard, so to speak. One thing I'll just mention in that regard that is an important consideration is a difference between drugs distributed to retail channels and specialty channels. And so when you distribute to the retail channels, there's a very high percentage of patients that never show at the pharmacy to pick up the drug. That is if it's not an oncology drug, et cetera. And in our case, we distribute to the specialty pharmacist, so every prescription that's written, the patient gets put into the system automatically and we reach out through our hub or specialty pharmacies reach out if the prescription goes directly to them. So as a consequence, patients get into the system without the line loss you have, so to speak, from patients that just don't show up at the pharmacy. That doesn't mean that every patient is going to be committed. And so you will still have some loss associated with patients that are not truly committed to the drug, but the net effect is a positive. We'll retain more of those patients through specialty distribution than you would from patients that just don't show up at a pharmacy, and obviously, they're lost forever.

**Operator**

Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

So thanks again, everyone, for joining us on today's call. Have a great evening.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

20

Ex. 46
P. 21

# Exhibit 47

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2018**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.
**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State of Incorporation)** | **(I.R.S. Employer Identification No.)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Total shares of common stock outstanding as of the close of business on April 30, 2018:

| **Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, $0.0001 par value | 124,825,969 |

**ITEM 2.**    **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2017 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to, the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

### Overview

#### *Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states.

For example, we believe Alzheimer's disease represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase 2 study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. Furthermore, in October 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for this dementia-related psychosis indication.

We also believe schizophrenia represents a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase 3 study evaluating pimavanserin for

12

adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

Depression is another disorder with a high unmet need that we believe represents an attractive development opportunity for pimavanserin. Preclinical and clinical studies have shown that patients with depression often do not receive adequate relief from an antidepressant medication and, due to side effects of currently available therapies, many patients discontinue their medication, significantly increasing their chance of relapse. Preclinical and clinical evidence suggests 5-HT$_{2A}$ antagonism may be an effective adjunctive therapy to first-line antidepressants. In the fourth quarter of 2016, we initiated CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with major depressive disorder, or MDD, who have an inadequate response to standard antidepressant therapy. We expect to report top-line results from the CLARITY study in the second half of 2018.

We maintain a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information about us. Our filings with the SEC are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this Quarterly Report or our other filings with the SEC.

**Financial Operations Overview**

*Product Revenues*

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016.

*Cost of Product Sales*

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

*License Fees and Royalties*

License fees and royalties consist of milestone payments expensed or capitalized and subsequently amortized under our 2006 license agreement with the Ipsen Group. License fees and royalties also include royalties of two percent due to the Ipsen Group based upon net sales of NUPLAZID.

*Research and Development Expenses*

Our research and development expenses have consisted primarily of fees paid to external service providers, salaries and related personnel expenses, facilities and equipment expenses, and other costs incurred related to pre-commercial product candidates. We charge all research and development expenses to operations as incurred. Our research and development activities have primarily focused on NUPLAZID (pimavanserin) which was approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis in April 2016. We currently are responsible for all costs incurred in the ongoing development of pimavanserin and we expect to continue to make substantial investments in clinical studies of pimavanserin for indications other than PD Psychosis, including dementia-related psychosis, schizophrenia and depression. Additionally, in connection with the FDA approval of NUPLAZID, we committed to conduct post-marketing studies, including a randomized, placebo-controlled withdrawal study in PD Psychosis patients treated with NUPLAZID and randomized, placebo-controlled eight-week studies in predominantly frail and elderly patients that would add to the NUPLAZID safety database by exposing an aggregate of at least 500 patients to NUPLAZID. We will be responsible for all costs incurred for these post-marketing studies.

We use external service providers to manufacture our product candidates and for the majority of the services performed in connection with the preclinical and clinical development of pimavanserin. Historically, we have used our internal research and development resources, including our employees and discovery infrastructure, across several projects and many of our costs have not been attributable to a specific project. Accordingly, we have not reported our internal research and development costs on a project basis. To the extent that external expenses are not attributable to a specific project, they are included in other programs. The following table summarizes our research and development expenses for the three months ended March 31, 2018 and 2017 (in thousands):

13

**Ex. 47**

**P. 4**

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

*The pivotal Phase 3 study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase 3 trial and there is no guarantee that future studies with pimavanserin will be successful.*

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase 2 exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase 2 exploratory study, or the -019 Study, and the -020 Study, those results are not predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the efficacy study that we initiated in October 2017, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the study in major depressive disorder that we initiated in the fourth quarter of 2016, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the studies in schizophrenia that we initiated in the fourth quarter of 2016, we had only conducted a Phase 2 trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other indications that we had with the -020 Study, or that we will have the same level of success with pimavanserin in dementia-related psychosis or in other indications that we had with the -019 Study. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications, including dementia-related psychosis, will be consistent with those from the -019 Study or -020 Study.

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

*We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.*

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis, in the future we would need to add resources and raise additional funds in order to take this product candidate to market for indications other than in PD Psychosis or in jurisdictions outside the United States, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted, and continue to revisit, our life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not

30

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|                      |                                                                                                                       |
|----------------------|-----------------------------------------------------------------------------------------------------------------------|
|                      | **ACADIA Pharmaceuticals Inc.**                                                                                       |
| Date: May 4, 2018    | By:  /s/ Todd Young                                                                                                    |
|                      | Todd Young                                                                                                            |
|                      | Executive Vice President and Chief Financial Officer                                                                  |
|                      | (on behalf of the registrant and as the registrant's Principal Financial and Accounting Officer)                     |

49

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen Davis, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 4, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

**Ex. 47**
**P. 7**

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Todd Young, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 4, 2018

/S/ TODD YOUNG
**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial and Accounting Officer)

**Ex. 47**
**P. 8**

**Exhibit 32.1**

### CERTIFICATION PURSUANT TO
### 18 U.S.C. SECTION 1350,
### AS ADOPTED PURSUANT TO
### SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended March 31, 2018, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: May 4, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 47**
**P. 9**

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended March 31, 2018, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Todd S. Young, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: May 4, 2018                                                                    /S/ TODD YOUNG

**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial and Accounting Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 47**
**P. 10**

# Exhibit 48

Ex. 48
P. 1

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Company Conference Presentation

## Wednesday, June 13, 2018 6:40 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ........................................................................ 3

Presentation ........................................................................ 4

Question and Answer ........................................................................ 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**Ex. 48**

**P. 3**

# Call Participants

**EXECUTIVES**

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Stephen R. Davis**
*CEO & Director*

**ANALYSTS**

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Well, thanks, everyone, for joining us. I'm Salveen Richter, one of the biotechnology analyst at Goldman Sachs. And it's my pleasure to introduce the ACADIA team. We have Steve Davis, President and CEO; we have Michael Yang, Chief Commercial Officer; and we have Todd Young, Chief Financial Officer. And with that, I'll turn it over to you, Steve. I think you to want to make some opening statements here.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks much. Just to start, I think, it's -- excuse me, everyone in the room is aware, there's certain inherent risks and uncertainties in the business of pharmaceuticals, so please see a copy of our most recent SEC filings for a description of those risks as they apply to our business.

So at ACADIA, we're pursuing an entirely new approach to the treatment of neurobehavioral symptoms. Our drug, NUPLAZID, is the first and only selective serotonin inverse agonist approved by the FDA. It's the first and only drug approved for the treatment of Parkinson's disease psychosis. Just to put this in a little bit of perspective, about half of the 1 million Parkinson's patients in the United States will develop hallucinations and delusions that are associated with Parkinson's disease during the course of their disease.

Before the approval of the NUPLAZID, these patients were typically treated with atypical antipsychotics used off-label. Those drugs have significant side effects, including very significant daytime sedation. They also work by blocking dopamine. So they block the very thing that Parkinson's patients need more of, and therefore, they have the potential to interfere with the therapies those patients take to treat their motor symptoms and potential to make those primary symptoms worse. NUPLAZID, on the other hand, does not block dopamine. We don't touch dopamine. We work through serotonin. And so as a consequence, as we demonstrated in our clinical studies, we do not interfere with those therapies. We do not undermine the treatment of the motor symptoms.

In addition, in our Phase III pivotal study, we saw that approximately 74% of patients showed a reduction of their hallucinations and delusions. About 14% saw a complete remission of their symptoms. So with this unique profile, we think that NUPLAZID has the potential to become the standard of care in the treatment of Parkinson's disease psychosis.

As we noted on our first quarter earnings call, we saw about 13.5% volume -- sequential volume growth in the first quarter. That translated into about 12% revenue growth or about $49 million of revenue in the first quarter. I think it's important to also note that through our pharmacovigilance efforts, we continue to assess the safety profile of the drug. And through those efforts, we see no change in the safety, the efficacy, or the benefit-risk profile of the drug from what we observed in our clinical studies and what's reflected in the label today.

Looking ahead, we're pursuing NUPLAZID in other substantial indications. In dementia-related psychosis, we see a very ripe opportunity. It's an area of high unmet need, where there is no drug approved today. Studies suggest that approximately 30% of dementia-related psychosis -- or excuse me, dementia patients suffer from dementia-related psychosis. And it's a similar situation to Parkinson's disease psychosis, where off-label drugs, primarily antipsychotics, are used -- currently used to treat those patients. And very much like the situation in Parkinson's, those drugs actually impair the primary symptom of that disease. And in the case of dementia, it's been illustrated, for example, in Alzheimer's patients that the use of those antipsychotics significantly accelerate the impairment of cognition in those patients, and it's equivalent to about 1-year disease progression. So we feel like the profile that we have with NUPLAZID is particularly well suited to that population. As a consequence of that, we initiated our Phase III HARMONY study in the fourth quarter of 2017. We've had very robust response from investigators who

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are very eager to participate in the study and we're very pleased with the way enrollment is going at this point.

In addition to dementia-related psychosis, we expect to announce top line results from our study in major depressive disorder, or MDD, in the second half of this year. Just as a quick note, most people who suffer from MDD do not respond to initial antidepressant therapy, about 30% of them require adjunctive therapy. We also continue to make great progress in our schizophrenia studies. We have 2 studies ongoing there, one in inadequate response schizophrenia patients, the other in negative symptoms patients, and we expect those studies to read out next year.

So if we're successful across these additional indications, we have the potential to make a very significant impact in the lives of millions of patients suffering from these debilitating diseases. So in closing, we're confident in NUPLAZID's efficacy, in its safety, in its benefit-risk profile and its long-term growth potential. So with that, Salveen, I'll turn things back over to you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

# Question and Answer

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Perfect. So maybe just a question about your business model. You have one product, which looks like and appears to be a pipeline within a product [ here ], but what are your thoughts about diversifying away from this one product model? And how has this played out in business development strategy?

**Stephen R. Davis**
*CEO & Director*

Yes, it's a great question. So I view the company as having 3 pillars, 3 strategic pillars. First is, of course, continuing the successful execution in PDP and realizing the promise there. Second is bringing these other indications home. Determining the full utility of the drug. I mean, this a great opportunity to invest capital. We know a lot about the drug. We know the safety and tolerability profile. We know how to make it. We know the drug-drug interactions. The thing that we'll learn through these studies is the full extent of the utility of the drug. The third strategic pillar is a very significant effort we have around looking for other assets to acquire. I'm sure every CEO you chat with this week has a similar feeling, but I feel like we have a very, very high-performing research and development team. I think, maybe one of the best, if not the best, in the CNS space. I think, the path that we carved out in our dementia-related psychosis study is a great example of the work that they do. And I think we can leverage that. I think we're now in a position where I can say the same thing about the commercial efforts that we have. So we -- recognizing this, we did a survey more than a year ago to look at when do companies who launch their first product transact? When do they acquire other assets? And what we saw is there's a small blip on the radar screen at about year 3, very small, and then there there's a big blip at year 7. And honestly, I've just never seen any reason to wait. I'd rather look at more opportunities over a longer period of time allowing us to be more judicious and more strategic. And so that's what we're doing.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Okay. Just moving towards some recent news that came up. You've had time to digest the physician and patient reactions to the recent CNN article pointing to a causal relationship between NUPLAZID and mortality based on the FDA adverse event reporting system. Are you seeing a change in drug uptake at all? What questions are you fielding here? How do you respond to these questions?

**Stephen R. Davis**
*CEO & Director*

Yes. Great. Thanks much for the question. So of course, first, I want to make sure I establish that safety is our #1 priority. We continue to monitor through our robust pharmacovigilance efforts the safety of the drug and how it's being used, et cetera. And as I mentioned earlier, we see nothing in that, that is any different from what we observed in clinical studies. So we feel very good about that. Just expand on that a little bit more. Of course, the best way to assess any safety signal is through a placebo-controlled study or placebo-controlled studies. And when we look at the totality of the data we have in placebo-controlled studies, we do not see a difference between the calculated mortality rate based upon exposure. So in other words, based on the length of time patients are on therapy, which is the most robust way to assess it. We do not see any difference between those drugs on -- those patients on drug, not placebo. When we -- in addition, when we look at -- through that lens, we don't see any underlying ideology. For instance, in our -020 pivotal study, the average age of the patients in that study was 73 years old. They're elderly. They're advanced Parkinson's patients. But when we look at causes of mortality, we just don't see any common thread at all in that. And we don't see it in any -- throughout all of our clinical studies. When we go beyond controlled clinical studies, we can calculate a mortality rate, both on the gross basis as well as on an exposure basis. And while we don't have anything to compare to, so I want to be careful here, this is not an apples-to-apples comparison, but what we and everyone else does from a pharmacovigilance perspective, is you try to get a background read. You try to give some context for that information. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

when we look it through that lens, we look at our calculated mortality rate based upon exposure and look at things like the Medicare claims database. And in the Medicare claims database, we looked at a 3-year cut of data, 3 years prior to the launch of NUPLAZID, so it does not include our drug. What we see there is our calculated mortality rate is about half of what you see in that Medicare claims database. And just to be clear, it's major care claims database looking at PDP patients. When we -- there is one KOL in the industry that's done a similar analysis on the VA database. And he looked at actually mortality rates calculated based upon individual drugs. And again, for context, I'm not making a comparison, but for context, we would be the lowest of those. We also look at just gross mortality rates. As I think everyone is probably aware, the FDA, several years ago, did a meta-analysis of 17 studies. So they've seen in this an association between higher mortality in elderly demented patients who take antipsychotics. And so when they -- but they didn't see in any individual drug a signal, but when they looked at things across 17 studies, did this meta-analysis, they did see a signal. They haven't shared much of that data, but they did share the gross mortality rate. And when we look at our gross mortality rate, we're less than half of the mortality rate that they saw. KOL in the industry did a similar meta-analysis of his own set of studies and there, too, we're less than half on the gross mortality. So the same thing applies outside of the clinic as in clinical trials. We don't see any common ideology. We don't see anything. So we feel very, very confident about our data and about the benefit-risk profile of the drug. In terms of what we've experienced in the marketplace. As we mentioned on our first quarter call, we said things are -- things may be a little bit bumpy in the short to intermediate term. But in the long run, we are highly confident -- we're confident based on the data that I just described. We're confident in the benefits that we're providing to patients. And we're confident in our ability to message the drug and for the longer-term growth potential.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And what exactly has the FDA requested from you in response to the questions? Or response this -- to this article? And as we think about scenarios for the response, should we expect a response here from the FDA and when would that be?

**Stephen R. Davis**
*CEO & Director*

So I think it would not be prudent for us to try to put any parameters around the FDA's evaluation. One of the things that the FDA did that is a little bit unusual is they actually came out with their own statement after the first CNN article. And what they said in that statement is that they'll continue monitoring the safety profile of the drug. We do not see any specific safety issue that we feel like is not already adequately reflected in the label. They noted the fact that in the FAERS database, you're getting a lot of raw data and that these are elderly patients and you tend to see the types of things that you would expect in elderly advanced Parkinson's patients. So we won't really have much to say than we're very supportive of the interactions we're having with FDA. And we'll -- we and I'm sure everyone else is looking forward to completing the evaluation. Sometimes, these things take weeks. Sometimes, they take months. They can take longer. But as I mentioned before, we're very confident in the very thorough job we've done with the data and we look forward to continuing to work with the FDA on that.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And just to clarify, once the evaluation is conducted, there should be some kind of communication to the company?

**Stephen R. Davis**
*CEO & Director*

Yes, I think so. Again, I don't want to speak on behalf of FDA. But yes, we certainly anticipate, through these interactions, that there will be some additional definition that we'll be able to add to this. I just don't want to get -- at this juncture, I just don't want to get into the business of trying to place timing around that.

**Salveen Jaswal Richter**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Goldman Sachs Group Inc., Research Division*

Sure. Can you just comment on real-world discontinuation and compliance rates versus those what you -- that you've been seeing in the pivotal -- what you've seen in the pivotal study versus what you're seeing right now?

**Stephen R. Davis**
*CEO & Director*

Yes. So it's still a little bit early in the life of the drug to calculate precise compliance rates. What we said in the past is that the drug looks very sticky once we get beyond the natural degradation you have in the curves in the first month or 2. And so that profile, I think, will continue to be the profile that we'll see with the drug as we go forward. We don't comment on an intra-quarter basis on trends that we're seeing. But I would just simply say that, as I said before, in the short, intermediate term, it will be a bit bumpy. Things are still a little bit fluid in that regard. I have great confidence in the longer-term potential. I think we've seen enough regarding the physician adoption of the drug and the patient adherence and compliance of the drug to continue to have that same level of confidence as we look longer term.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And in terms of the launch, you've talked in the past about the need to educate physicians about this disease. And do you feel that with all the work you've done, all the groundwork here, that this message is better understood over time and where do you see, which settings do you see the need to educate more?

**Stephen R. Davis**
*CEO & Director*

Yes, I'll start and then I'll ask Michael to comment about what we're seeing in terms of being able to change that equation. The one comment I'll start with is disease education is a really critical component. We've launched this drug into a marketplace that is really virgin territory. There's never been a drug approved to treat PDP prior to NUPLAZID. And so there's a lot of groundbreaking that we've done and we'll continue to do in that regard. An important element of that disease education that we initiated in the middle of last year revolves around patient education as well. We initially, of course, invested a lot of time with the medical community. But on the patient side, we initiated programs to interact more directly with patients at -- on a more local level. We've always had very good relationships with national patient foundations. But with -- at the local level, we initiated efforts to try to help enhance and do more disease awareness at that level. So we have speakers and reps trained to do that. Another component of that is we started in the -- late in the fourth quarter a disease awareness campaign on television. And so we will -- and we've continued that campaign. And we'll likely look to a branded campaign as we go forward, too. So Mike, do you want to just comment a little bit about how we've kind of moved the needle in terms of awareness?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. So certainly, disease awareness is an important lever to getting new patient starts. Our latest market research shows significant gains in unaided awareness amongst patients and caregivers around hallucinations and delusions. Importantly, even recently, an external national Parkinson's advocacy group did their own survey and really profiled the debilitating impact of non-motor symptoms, such as hallucinations and delusions, can have on quality of life. And so our research and external research, I think, continues to support continued efforts in this area for us.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And how do we think about penetration when you look at the long-term care facilities versus other settings?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Stephen R. Davis**
*CEO & Director*

Yes. So as we said before when we launched the drug, we expected about 20% of the business to be in long-term care. That part of the business has been stronger than we expected. It's currently in the 30% to 35% range. Just pulling back the lens for a second, when we launched the drug -- before we launched the drug, we said, look, this is not -- we would not expect this to be a revenue curve that is kind of like what we sometimes see with rare disease drugs or oncology drugs where they go fast and they tend to flatten out faster. What we said is, in this space, with these kinds of drugs, particularly when you're entering a space where there's not been anything in the past, we expect a much more progressive, more linear type sales growth. And that's what we've seen. And so, today, we have about 10% penetration outside of long-term care and a little under that in long-term care. So we've got a lot of room to continue to grow the drug. And that's exactly what we expected. As physicians get more and more familiar with the drug, they get more and more use of the drug, they're applying it to more and more of their patients. And more and more physicians are adopting it. So the growth curve that we've seen both in long-term care and outside is very much what we expected.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And then, speaking to 2018 guidance, it suggests a decent uptick in the second half of the year. And I'm just curious, when you gave guidance, was pricing a component of that? Is that how we should think about it? Or is there -- what gives you confidence, I guess, in -- if it's a pure volume growth uptick, what gives you confidence in that trajectory?

**Stephen R. Davis**
*CEO & Director*

Yes. So when we gave guidance for the year, we based it primarily on volume. We do have embedded in that a price increase that would -- in the assumptions, a price increase that would be in line with what we typically see at pharmaceuticals. But we base it primarily on volume. And so the volume assumptions that were embedded in that are sequential quarterly growth in the high single digits to low double digits. And for the second quarter, what we -- what was embedded in that guidance is in the mid-single digits.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Could you just talk about the mechanistic rationale here about taking this drug as adjunct therapy into major depressive disorder and maybe lay out the clinical bars that we should be thinking about as we see the data in the second half?

**Stephen R. Davis**
*CEO & Director*

Yes. So as I mentioned, with major depressive disorder, about 1/3 of patients take adjunct therapy, and kind of the standby there is atypical antipsychotics. As I mentioned, a significant downside to those drugs is while they're used at lower doses and they're used in schizophrenia, you tend to see all the same side effects. So you see significant metabolic issues that can impair movement. You can -- everything from akathisia, which is kind of a feeling that you've got bugs under your skin, to, in rare cases, tardive dyskinesia, which can be a permanent motor disorder. So those kind of things weigh heavily on physicians' minds. What we hear when we talk to physicians who use those drugs is that they don't like to push the dose. They get very nervous about that kind of a side effect profile. So for us, we know the safety and tolerability profile of pimavanserin, based upon all the extensive work that we've done. And so, as I mentioned earlier, those drugs block dopamine and they also are -- have activity at many other receptors, those drugs being other antipsychotics. We're a very selective drug that only works through serotonin. So we have a very different tolerability profile. In addition, on the efficacy side, there's a lot of data in the literature to indicate that when you block -- selectively block 5-HT2A, you actually get an additive effect to the serotonergic effect of SSRIs or SNRIs. So there's a feedback mechanism that is giving a more pronounced effect with those drugs. And we see that translated into human studies with a couple of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 9
P. 10

other drugs that also have a selective 5-HT2A blockade. Those drugs didn't make to the market for other reasons, but we saw a strong antidepressant effect with those drugs. So that's kind of the underlying rationale for why we're pursuing it. When we put all that together and we fast forward to unveiling the data in this study, if the study is successful, we'll look at the data and we'll assess, okay, what's going to be the best population to pursue? Is it a broader adjunctive therapy population? Or should we focus more on particular populations that may be uniquely vulnerable to the side effect profile of these other drugs.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And then, pivoting to another one of your programs. You have the Phase III HARMONY trial ongoing, as you mentioned, for dementia-related psychosis. How are enrollment trends progressing here? And is there a chance that we do get an interim analysis? Or we have to wait until the final read?

**Stephen R. Davis**
*CEO & Director*

Yes, thanks for the question. So just to put it in context, that study is a relapse prevention study design. That's a study design that has a much higher probability of success if we just look at other studies done, including other studies done in this population than a more typical parallel design study. And so in that population, we feel like this is a very, very favorable path that we carved out with FDA. And I'm sorry, the other part of your question was?

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Interim analysis?

**Stephen R. Davis**
*CEO & Director*

Yes, the interim, I'm sorry. So what you typically see in these relapse prevention studies is an interim read, and the reason that people almost always do an interim read with these studies is because they frequently do end on the interim read. And that's a consequence of just the high statistical power that these studies have. As I mentioned, they give you a higher probability of success. So we will do an interim read in our study. It's described on clinicaltrials.gov in the description of this study. As I've said before, that interim read will not happen on a timeline basis halfway through the study, because, of course, what you typically see in these studies is enrollment grows as you go forward. And it is an event-based end to the study. And so we need to reach a certain number of events before we do that, but we will do an interim read. And when -- we said when we started this study, we -- you would expect these studies to take about 2 to 2.5 years to complete. And we will do an interim read at some point. Again, it will past the midpoint of the study.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Got it. And then, another program you have is the Phase III study in schizophrenia. And you had really interesting Phase II data there. So how are you thinking about that read-through to the Phase III program?

**Stephen R. Davis**
*CEO & Director*

Yes. So let me just start with kind of what the unmet need is. So in schizophrenia, all of the other antipsychotics besides NUPLAZID are more or less brothers, sisters, cousins to each other. They work in a very similar way. And they work primarily by blocking dopamine and they -- but they also have activity to other receptors, which many times add to the side effect burden of those drugs. So because of the very significant challenges in schizophrenia, recognizing that about 1/3 of patients don't respond to therapy at all, about 1/3 have a response, but they still have significant symptoms, and about 1/3 third adequately respond, we have a situation where there's a lot of polypharmacy. And so -- but again, if you think about,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm just adding another drug that's very similar to the first drug, it's questionable how much added efficacy you get, you definitely get added side effects by doing that. So despite all that polypharmacy, there is no drug approved today for those patients, for those patients who don't adequately respond. So that's one market opportunity that we think there's a very high unmet need. And we think with the unique profile of pimavanserin, again, with a -- what we feel like is a much more favorable tolerability profile, we can offer a new mechanism with a different tolerability profile to those patients. We have some evidence in the clinic for this that's very supportive. Earlier in the development of pimavanserin, the company did a study in patients where they added pimavanserin to a low dose of Risperdal, and what they saw is that they achieved the same level of efficacy as giving a higher standard dose, although what they didn't see is a lot of the side effects. So we're expanding on that and doing a large study now in those patients that don't have an adequate response. Another area in schizophrenia that is a very high unmet need is patients that have negative symptoms. All schizophrenia patients have positive and negative, but some patients are more predominantly negative symptoms. There's no drug today approved for the treatment of the negative symptoms of schizophrenia. What we see is most of the antipsychotics move the needle some, they don't move it enough to warrant an approval in that indication. And so for those patients there, too, we're taking a similar approach where we feel like adding pimavanserin to standard antipsychotic therapy may move the needle enough to warrant that kind of an approval. So there are 2 very large, very significant unmet needs within schizophrenia that we're pursuing.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And with that, I'll open it up to the audience for any questions? Maybe just another overall big picture question here. What do you think is misunderstood or undervalued about the company, apart from the NUPLAZID safety questions which will be answered at some point, I assume.

**Stephen R. Davis**
*CEO & Director*

Yes. So I mean, I think, what I was just describing is probably the most significant element of the company that is undervalued. I think, what we have with NUPLAZID is a very, very different kind of drug. It just does not have -- we don't -- we just don't see the same kinds of liabilities of these other drugs, and they're significant. If you look at the side effect and tolerability profile of antipsychotics in general -- dopaminergic antipsychotics, I should say, it's a very significant burden. And so by using a very different mechanism in those drugs, we see this much improved tolerability profile. And we see an opportunity to apply this in some areas of very substantial need. So from my perspective, look, I think, this is going to be a very, very important drug. It's a -- has the potential to be a very sizable drug just in PDP. Everything else we're doing is probably larger, certainly dementia-related psychosis is dramatically larger than PDP. So I think this has really significant potential to help, as I said in my opening remarks, literally help millions of people. And we're going to find out over the next 12 to 18 months or thereabout, what the full utility of the drug is. So I think, as we begin unveiling these additional studies, I think the full potential of the drug will be unveiled. But I think, today, we'll probably just -- people are probably not as focused on that as they are on other more short-term news cycle.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Okay. And then, maybe just one last question. What is the pricing strategy overall in the CNS landscape right now? How do you think about just the general trends that we're seeing?

**Stephen R. Davis**
*CEO & Director*

Yes. Well, I'm kind of hesitant to speak to other drugs specifically because I just -- I'll leave that to other CEOs. But I would just say, as it relates to NUPLAZID, we did an awful lot of pricing work before we launched the drug. And we -- of course, in pricing the drug, you always want to base upon the value that you're delivering. And in our case, we recognized that there was no drug approved, we are the only drug approved to treat Parkinson's disease psychosis. There are significant liabilities with using other

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

11

Ex. 48
P. 12

drugs off-label. And we've demonstrated a very compelling benefit-risk profile with the drug. So that's really the heart of the pricing considerations. There are other things that are important, too, including the overall cost of getting the drug to market. In our case, that was in excess of $0.75 billion. So it's a very substantial investment we made in getting the drug to market. And we continue to make very significant investments. I mean, these studies I described are all very large studies. We typically -- when we pursue these things, we don't feel like you -- many times, you don't learn that much by studying 25 or 50 patients in CNS disorders because you're not measuring blood pressure. So these are very substantial studies. We're making a very significant investment in the molecule. And again, we priced the drug based upon the value we're delivering, including some other considerations around the investments that we have made and will continue to make.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Okay. Well, with that, thank you so much for joining us today.

**Stephen R. Davis**
*CEO & Director*

Great. Thank you.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*
Thanks for having us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

13

Ex. 48
P. 14

# Exhibit 49

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Company Conference Presentation

## Wednesday, June 20, 2018 4:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

**Ex. 49**

**P. 2**

# Table of Contents

Call Participants .................................................................................. 3

Presentation ....................................................................................... 4

Question and Answer ......................................................................... 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 49**
**P. 3**

# Call Participants

**EXECUTIVES**

**Stephen R. Davis**
*CEO & Director*

**ANALYSTS**

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

**Ex.³ 49**

**P. 4**

# Presentation

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Being at the JMP Securities Life Science Conference, very excited to have the next company sitting with us here. I have Steve Davis, CEO of ACADIA. ACADIA, obviously, is a leader in the neurology/neuroscience space. Approved drug, NUPLAZID, launched a couple of years ago now against psychosis. So Steve, welcome. Thank you for being with us here today. And I just wanted to ask you to start beginning with the general overview of NUPLAZID, your ongoing commercial assets and the label extension studies you're running. There's a lot of data we're expecting over the next, call it, 6 to 12 to 18 months. So I turn it over to you. Thanks again for being here.

**Stephen R. Davis**
*CEO & Director*

Great, great. Thanks much, Jason. And before I – you started, I think as everyone in the room is aware, the business of our pharmaceuticals have certain inherent risks and uncertainties. So please see a copy of our latest SEC filings for a description of those risks as they relate to our business.

At ACADIA, we're pursuing an entirely new approach to neurobehavioral disorders. Our drug, NUPLAZID, is the first and only drug approved by the FDA for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PDP. NUPLAZID is a selective serotonin inverse agonist. That is a very different kind of drug than every other antipsychotic on the market.

Before the introduction of NUPLAZID, Parkinson's disease psychosis was treated primarily with older, off-label antipsychotics. So these drugs, as I mentioned, they're off-label. So their use is -- these drugs are not approved for use in Parkinson's patients. These drugs have significant side effects, including heavy daytime sedation, orthostatic hypotension, things that are particularly problematic in these elderly populations. The drug most commonly used of this class, quetiapine, has failed several studies in Parkinson's disease psychosis. So there's a lack of efficacy associated with these drugs as well. Perhaps most importantly, these drugs block dopamine. And dopamine is the very thing that Parkinson's patients need more of. So there's the potential with these drugs to interfere with the therapy that these patients are taking to treat the primary symptoms they experience, that is the motor symptoms.

NUPLAZID with its SSIA profile, as I mentioned, is very different. We don't block dopamine at all. So we demonstrated in our clinical studies that we do not have an effect on the motor symptoms of these patients. We do not interfere with their motor therapy. So therefore, physicians don't need to compromise in terms of trying to treat both of those symptoms with drugs that work in opposite directions.

We also have demonstrated a very favorable tolerability profile of the drug. And most importantly, our drug works. We saw in our Phase III pivotal study that 74% of patients experienced improvement in their psychotic symptoms, 14% -- in 14%, we saw a complete remission of symptoms.

In the first quarter, we reported continued volume growth with NUPLAZID. We saw 13.5% sequential volume growth in the first quarter. That drove 12% sequential revenue growth, and we booked $49 million in the quarter.

I'd also like to note that through our continued pharmacovigilance efforts, we continued to see a profile for NUPLAZID from a safety and efficacy perspective that is unchanged from what we saw in the clinical studies. That profile is adequately reflected in the existing label.

Looking ahead, we are very optimistic about the potential utility of NUPLAZID in other indications. I'd like to say we know a lot about this drug. We know the safety profile. We know the drug-drug interactions. We know how to make it. The one thing that we don't fully understand yet is the full utility of the drug. So we've got several ongoing studies, very large ongoing studies, late-stage studies to further explore this.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And as Jason mentioned, we will be unveiling this over the course of the next several months and on into next year and perhaps 2020 beyond.

One of these studies is in major depressive disorder, and we'll be revealing the results of that study later this year. Later this year, we'll also introduce a 34-milligram capsule of NUPLAZID. That's an important development that I can speak more to later.

We have a pretty heavy schedule later this year of publications and presentations that we'll make -- be making further, outlining the -- both the safety and efficacy and benefits of NUPLAZID. And beyond this year, we have a very large study ongoing in dementia-related psychosis. Dementia-related psychosis is very similar situation to Parkinson's psychosis. There is no drug approved for the treatment of these patients. The older antipsychotics that work through dopamine are used off-label to treat these patients, and you have all the same tolerability issues with those patients in an elderly, frail population. In addition, it's been demonstrated that those drugs impair cognition in this population.

So just like the situation in Parkinson's, we can make the primary symptom worse. These drugs can make the primary symptom, that is cognition, worse in these patients and it's not by a small amount. It's equivalent to about 1 year of disease progression. So they accelerate the cognitive decline of these patients. With our drug, we demonstrated in a large Phase II study that not only that we have a robust antipsychotic effect, but we did not impair cognition. So we're very excited about the opportunity there. In addition to MDD and DRP, we're also running 2 large studies in schizophrenia, 2 areas of high unmet need where there is nothing approved. One is those patients that – in schizophrenia patients who do not adequately respond to standard antipsychotic therapy and that's about 1/3 of those patients. The other study we're doing is in negative symptoms. So 40% to 50% of schizophrenia patients have predominant negative symptoms and today, there is no drug approved to treat the negative symptoms of schizophrenia. So if successful in these additional studies, we have the potential to literally impact in a very positive way the lives of millions of patients and caregivers. We are confident in the efficacy of NUPLAZID, in the safety, in the benefit-risk profile and in the long-term growth potential. And with that, Jason, I'll open things up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. Thank you, Steve. So I guess, let's start off with -- you had to deal with some noise this year around NUPLAZID's -- arguments around the risk-benefit profile and around the FDA FAERS database. Can you just reiterate what your view of what those data show from FDA? And how that compares or what we know today about the drug's efficacy and safety profile relative to what you knew in the clinical development of the drug?

**Stephen R. Davis**
*CEO & Director*

Yes. Thanks much for the question. So let me just start by saying that patient safety, of course, always has been and continues to be our highest priority. Having said that, we are highly confident, as I've just mentioned, in the efficacy and safety profile of the drug and that confidence is based upon the facts. And the facts are, when we look at the totality of all of the placebo-controlled studies that we've done, we see no difference between drug and placebo in terms of mortality rates. And I should mention that in our placebo-controlled studies in Parkinson's, the average age of our patients was 72. In the Alzheimer's studies that we've reported, the average age in 1 study was 83 and the average age in the other study was 86. So we're -- in both Parkinson's disease psychosis as well as the work that we're doing in dementia, we're dealing with elderly populations and there is a certain mortality rate associated with that. But when we look at the mortality rates, they're equivalent, between drug and placebo, in all of our placebo-controlled studies. The most recent example of that was the Alzheimer's studies I was just referring to, where in about 300 patients, we saw the same number of deaths on drug as placebo. There were 4 in each group. When we look at our pharmacovigilance data, so now I'm looking outside of placebo-controlled studies, we don't have placebos, of course, to compare to. But we can look at context. We can look at other databases. So when we look at all of our pharmacovigilance data, and we calculate mortality rate, and again, we're dealing with elderly advanced Parkinson's patients in our specialty distribution network, average age is 76 years old. So there's a certain mortality rate. But when we look at the mortality rate that we calculate with NUPLAZID, and then for context, we look at what the mortality rates are kind of background rates is one way to think of it from the Medicare claims database or the VA database. We see that the death rate that we see is consistent with the medical condition and age of these patients. So we don't see any signal there when we're looking at mortality rates. Importantly, when we look at the cause of death and we look at both in controlled clinical studies as well as in our pharmacovigilance data, when we look at the cause of death, we just don't see a common thread. So we look at rates of infection. We look at cardiovascular signals. We look at concomitant medications. We look at everything that we can. We just don't see a signal there. So we stand firmly behind the benefit-risk profile of the drug, the safety of the drug. I mentioned on the first quarter call that things may be a little bit bumpy as we deal with the distractions that are associated with the CNN articles that were run. And what -- for just a little bit of additional color around that the kind of distractions that I'm referring to are, we did have a number of physicians, particularly early on, who were -- expressed some frustration saying, "Look, the CNN articles are just raw data. They're not compared to anything. That's not the right way to analyze the data." And so we had interactions with them around that. We had some physicians who had questions who wanted to talk to medical affairs, et cetera. So the point is, if we're spending time in either of those cases talking about those issues, we're not spending time talking about disease awareness or the benefits of the drug. So it is, to a certain extent, takes us off message, and it's something that we just have to push our signal through.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Now I know your answer already. But when you talk about the bumpiness relative to the near term versus the long term, does that impact how you think about your currently stated guidance for 2Q of 2018?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Stephen R. Davis**
*CEO & Director*

Well, thanks for the question. We, just as a matter of practice, we don't comment on guidance intra-quarter.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Yes.

**Stephen R. Davis**
*CEO & Director*

But what I can say, and this is the most important point, is the molecule has not changed. The unmet need in Parkinson's disease psychosis unfortunately is just as great as it was. Our confidence in the long-term prospects of the drug are unchanged. Our optimism about the potential use of this drug in other indications is unchanged as well.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

So what I think is also an important question is like you said you may or not -- you may be dealing with distractions or not, but you're out there constantly talking to the prescriber base. What is the feedback you're getting from them? Is it evolving over time? Are they becoming educated -- more educated about the drug? Or are you continuing to get questions that's taken you time to get comfort or whatever it is? Or -- so over the -- I know it's only been a couple of months, but have you seen that dialogue change? Can you get back on track with the focus of people using the drug?

**Stephen R. Davis**
*CEO & Director*

Yes. So great question. And that is exactly what we're doing. The -- one, with the passage of time; and two, just with additional data and more information, we're evolving the narrative back to where it should be and that is what are the unmet needs of these patients. What do your patients really need and how can NUPLAZID potentially play a role in that. And so, as I mentioned earlier, we've got additional data that will be coming out later this year. We will be launching a new 34-milligram capsule. That's -- that will be an important element of the narrative in the medical community. It addresses a significant need that we have in the use of NUPLAZID. We have, as I mentioned, data coming from our MDD studies that will be important. And we have a pretty significant schedule of publications and presentations that we'll be doing through the remainder of the year as well. So the point is, the narrative naturally will, just through passage of time change. But we're also doing a lot of things to -- we have a lot of important things that we'll be talking about as well.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

So separate to that, you've had several initiatives throughout the launch, one of them being in the long-term care setting. Can you just talk about the broad commercial strategy today where you think you continue to evolve or anything that you've seen or needed to make changes in the first part of this year?

**Stephen R. Davis**
*CEO & Director*

Yes. So great question. So the -- I'm going to take a little bit of a running start at this. So when -- before we launched the drug, we said, "Look, this is the kind of drug and a kind of indication where we would expect linear-shaped curve. We would anticipate very attractive revenue growth year after year after year." And that's what we've seen at this point in time. So we said, we -- you shouldn't expect that kind of a C-shaped curve that maybe goes out fast and then flattens, which we more commonly see in oncology or rare diseases. And so -- and the reason we said that is because we're entering virgin

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

territory. For one, there's never been a drug approved here; and two, neurologists tend to be relatively conservative, so they need to get some experience with the drug frequently. They need some repetition of messaging that's helpful to them. And so what we've seen is exactly the shape of the curve that we expected. The thing -- as we stand here today, the things that I think are most compelling, as we look forward, is we've established a certain foundation in the medical community in terms of disease awareness and an understanding of the benefits of the drug. This is a disorder that just often suffers from a lack of discussion in the physician's office between the patient and the caregiver, and that's kind of a multifaceted issue. But a lot of it has to do with the fact that not every patient develops psychosis. And if they do, it's usually later in the disease progression. So many times the physician just doesn't mention it. When they give the diagnosis, it's already pretty devastating diagnosis. And so when it happens, many times, the patient and the caregiver just don't connect the dots. They just don't realize that it's associated with their Parkinson's disease. They think just, "Oh my God, I've got something else to deal with now." So what we initiated last year was an effort to increase that dialogue. We -- it's multifaceted program, but 2 key components are: we raised our presence at the local level in terms of patient support groups. We've been very active at the national level, but we have -- now have sales reps and speakers trained to go to local patient support functions in order to be able to help educate them on the disease. In addition to that, we initiated a disease awareness campaign on television, the DTC campaign last year. And we've seen very promising results from that. I would expect that to lead to a branded DTC campaign potentially later this year. So we're really activating now kind of the patient and caregiver dialogue with their physician to address a very unmet need in terms of patients being able to connect the dots and recognize that there are treatment options for them.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

So if you're turning on that drive now of patient -- driving patients into the funnel, does that suggest the level of comfort that there are physicians there waiting and willing to prescribe the drug to a patient -- to patients that they're not currently a different type of patient, an earlier-stage patient, for example?

**Stephen R. Davis**
*CEO & Director*

It's a great point. I mean, our plan all along was -- our strategy was to reach out to patients. But you don't want to do that before you've established the base that you just described. And so we, through our market research, we've monitored the receptivity to a brand request as we refer to it. And we see that at appropriate levels now. So we think that -- again, we think we're going to have a significant impact on just helping drive that very much needed dialogue between patients and their physician.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Okay. So some news this morning from FDA, new guidance on MDD. And I'm not going to ask you to comment on them here. I haven't even looked at them myself, but one comment they did make was it's been a very long time since they've updated those guidelines. You've obviously had much more recent dialogue with the design of your Phase II study. Can you just talk about how you think the FDA is aligned on what you need to do to expand the label into MDD?

**Stephen R. Davis**
*CEO & Director*

Yes. So let me start with kind of the need and why we're in MDD. So a majority of patients, depressed patients, don't respond adequately to serotonergic therapy, so SSRIs or SNRIs. About 1/3 of them wind up taking adjunct therapy. The mainstay for adjunct therapy is atypical antipsychotics. Several of them are approved for adjunct therapy in MDD. The problem with those drugs is they're powerful antipsychotics, but they have a lot of side effect baggage as well. And so they have -- even though they're used at lower doses, the same kinds of issues you see in terms of weight gain, cognitive effects, potential motor impact, you see in depressed patients as well. So what we find when we talk to physicians is they're very hesitant to push the dose on those drugs. They feel like they could get more efficacy, but because of the side effect

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

profile, they have some hesitancy in using them and certainly in using them at higher doses. With our drug not being dopaminergic, we think there is a potential to have a very different profile than we see with those drugs. There is a lot of evidence both from a biochemical perspective as well as earlier clinical evidence for an antidepressive effect using our drug, and what we tend to see is there is a strong body of evidence indicating that when you block 5-HT2A, you actually further increase the serotonergic tone in the presence of SSRIs or SNRIs. So there is a strong rationale there. So that's why we're in MDD. The study that we're doing is a study that I would characterize as being a very well-validated and established study design, but it is a design that takes advantage of the most recent learnings in terms of how to minimize placebo response, et cetera. We haven't gone into specific detail around the design of the study for reasons of not wanting to unblind or potential unwind investigators, but I would just simply say we're using what we feel like are the most recent and relevant learnings.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Okay. So then just flipping over to the dementia program. Innovative trial design there to looking at a randomized withdrawal study essentially. Can you just talk about -- remind us why you came to that decision, and then the interim analysis that's going to come out of that study. Can you just give us some more thoughts around what goes into that interim, why conduct the interim. And then any color you can give us on when that interim would be conducted and what the kind of threshold for success would be.

**Stephen R. Davis**
*CEO & Director*

Yes, yes. Sure. So as I mentioned, there is no drug approved to treat dementia-related psychosis. We -- in designing the Phase III program there, we went to FDA by the end of Phase II meeting, and we said -- well, let me just give a little bit more context. So antipsychotics typically are approved on the basis of 6 to 8 weeks of dosing. The label that is usually granted though does not restrict use to a short-term time frame. But invariably, sponsors are required to do a longer-term study to show durability effect and that's almost always done as a relapse prevention study. Study design is very simple. I'll make this really quick. In our study, we put all patients on pimavanserin. We treat them for 12 weeks. If they show a stable response, or in other words, they were highly symptomatic, they show a significant reduction of symptoms at week 8 and week 12, we consider them to be stabilized on therapy. And at that point in time, we split them into 2 groups. Half of them stay on our drug, the other half come off our drug and go to placebo. At the end of the study, we're simply comparing the average time to relapse between those 2 groups. It's a very powerful -- statistically powerful study design. And what we see with those relapse-prevention studies is because of the high statistical power of them is a very high success rate, much higher than you typically see with a more common parallel design study. So in our case, we wanted to establish with -- we proposed to FDA that we've already demonstrated an acute effect or an effect in 6 to 8 weeks in Parkinson's population and Alzheimer's population. And we'd like to go directly to a relapse-prevention study. The FDA agreed with that. They agreed on the basis of the strong efficacy data we have from those 2 populations. And so that's the study design we've adopted. From our perspective, it's an ideal study design. Not only is it highly statistically powerful, so we get the benefits of that, but it's also a clinically meaningful endpoint to physicians. It's not saying to a physician, we started with patients that scored X on a scale and then at the end of the study scored Y and then a physician is trying to interpret what that means for their patient. But saying to them that we can delay relapse or we can have a meaningful impact on the amount of time before your patient may have emerging symptoms again is very meaningful to them. So from many, many perspectives, we're very excited about that opportunity in the pathway forward there. In terms of an interim read because of the high statistical nature of these studies, sponsors almost always do an interim read. As we said before, it is not uncommon for these studies to stop at the interim read again on the basis of the high statistical powering. I just want to be really careful here in terms of setting expectations. For the interim read, you have to split your alpha. So you have to divide your statistical powering between the interim read and the final read. And so we set a very high bar for the interim read. We took a very small part of the alpha and allocated it to the interim read. If we hit that bar, the study will be over and we'll stop. If we don't hit it, that's fine. We'll just continue the study as planned and the bar at the end is much lower. So I've also indicated that while the interim read will occur when we're about half of the events that are planned, this is an event-driven study, the time to get there

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 49
P. 10

is not halfway through because it's just -- the enrollment in studies increases and you have to get patients through the stabilization period, et cetera, before we reach a certain number of events.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

So when you think about the commercial positioning of having both -- of that longer-term data, do you expect to get also the same amount of use in the acute setting in the dementia population and i.e., will the drug be used throughout the continuum from acute to maintenance?

**Stephen R. Davis**
*CEO & Director*

Yes. So unfortunately both Parkinson's disease psychosis and dementia-related psychosis are progressive diseases. So patients need to stay on therapy for their entire life. Their symptoms do not improve absent treatment. So unfortunately for patients, they need to be on therapy both in acute stage as well as longer term.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. Just very quickly on the 2 schizophrenia studies. We've already seen data with this drug from a previous trial in acute symptoms of schizophrenia, but on the negative symptoms, can you just very briefly touch on why you're studying this drug in that setting and what you may see there.

**Stephen R. Davis**
*CEO & Director*

Yes. So with negative -- so you're absolutely right in an earlier Phase II study, earlier in the development of the drug, we demonstrated that when we added half of the dose that were approved in Parkinson's of pimavanserin to a substandard dose of Risperdal, we saw that we achieved an efficacy that was equivalent to a full dose of Risperdal. So that's a nice proof-of-concept, so to speak, in terms of understanding the potential of adding pimavanserin as adjunct therapy to atypical antipsychotic. What we probably didn't talk a lot about is on that scale that we used, it's positive and negative symptoms, the PANS scale, and we saw a predominant effect on negative symptoms. So we saw more of the effects skewed toward negative symptoms than positive. So that's one encouraging result. In addition, with another drug that is a similar profile to our drug but never made it to the market for reasons that are unrelated to its biochemistry, we saw very encouraging results on that. We've seen very encouraging results on negative symptoms as well. There is also a biochemical rationale for why that might happen in terms of it's been demonstrated in animal models so when you block 5-HT2A, you actually increase the release of dopamine. And so there is a strong biochemical rationale as well. So we're excited about that. We recognize that there's never been a drug approved. There had been a number of drugs studied, but nothing has ever been approved for negative symptoms. And if we're successful in that range, we think it'd be a very significant step forward medically.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Well, Steve, thank you very much for being with us this morning.

**Stephen R. Davis**
*CEO & Director*
Great. Thanks, Jason. I appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 49
P. 11

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 50

Ex. 50

P. 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.
**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Total shares of common stock outstanding as of the close of business on July 31, 2018:

| Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.0001 par value | 125,006,723 |

**ITEM 2.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2017 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and you are cautioned not to unduly rely upon these statements. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to; the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

**Overview**

*Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation that will provide patients with the recommended 34 mg once daily dose in a single, small capsule, reducing patient pill burden versus the current administration of two 17 mg tablets. In addition, the FDA approved a 10 mg NUPLAZID tablet that provides an optimized lower dosage strength in those patients who are concomitantly receiving strong cytochrome 3A4 inhibitors which can inhibit the metabolism of NUPLAZID.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states. For example, we believe Alzheimer's disease represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase 2 study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with

**Ex. 50**

**P. 3**

dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. Furthermore, in the fourth quarter of 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for this dementia-related psychosis indication.

We also believe schizophrenia represents a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase 3 study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

Depression is another disorder with a high unmet need that we believe represents an attractive development opportunity for pimavanserin. Preclinical and clinical studies have shown that patients with depression often do not receive adequate relief from an antidepressant medication and, due to side effects of currently available therapies, many patients discontinue their medication, significantly increasing their chance of relapse. Preclinical and clinical evidence suggests $5\text{-}HT_{2A}$ antagonism may be an effective adjunctive therapy to first-line antidepressants. In the fourth quarter of 2016, we initiated CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with major depressive disorder, or MDD, who have an inadequate response to standard antidepressant therapy. We completed enrollment in the CLARITY study in the June 2018 and expect to report top-line results in the fourth quarter of 2018.

We maintain a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information about us. Our filings with the SEC are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this Quarterly Report or our other filings with the SEC.

**Financial Operations Overview**

***Product Revenues***

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016.

***Cost of Product Sales***

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

***License Fees and Royalties***

License fees and royalties consist of milestone payments expensed or capitalized and subsequently amortized under our 2006 license agreement with the Ipsen Group. License fees and royalties also include royalties of two percent due to the Ipsen Group based upon net sales of NUPLAZID.

***Research and Development Expenses***

Our research and development expenses have consisted primarily of fees paid to external service providers, salaries and related personnel expenses, facilities and equipment expenses, and other costs incurred related to pre-commercial product candidates. We charge all research and development expenses to operations as incurred. Our research and development activities have primarily focused on NUPLAZID (pimavanserin) which was approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis in April 2016. We currently are responsible for all costs incurred in the ongoing development of pimavanserin and we expect to continue to make substantial investments in clinical studies of pimavanserin for indications other than PD Psychosis, including dementia-related psychosis, schizophrenia and depression. Additionally, in connection with the FDA approval of NUPLAZID, we committed to conduct post-marketing studies, including a randomized, placebo-controlled withdrawal study in PD Psychosis patients treated with NUPLAZID and randomized, placebo-controlled eight-week studies in predominantly frail and elderly patients that would add to the NUPLAZID safety database by exposing an aggregate of at least 500 patients to NUPLAZID. We will be responsible for all costs incurred for these post-marketing studies.

15

Ex. 50
P. 4

products we may market, but we cannot be sure that the FDA or other regulatory agencies will agree that we have not violated their restrictions. As a result, we may be subject to criminal and civil liability. In addition, our management's attention could be diverted to handle any such alleged violations. A significant number of pharmaceutical companies have been the target of inquiries and investigations by various U.S. federal and state regulatory, investigative, prosecutorial and administrative entities in connection with the promotion of products for unapproved uses and other sales practices, including the Department of Justice, or DOJ, and various U.S. Attorneys' Offices, the Office of Inspector General of the Department of Health and Human Services, the FDA, the Federal Trade Commission and various state Attorneys General offices. These investigations have alleged violations of various U.S. federal and state laws and regulations, including claims asserting antitrust violations, violations of the FDCA, the federal False Claims Act, the Prescription Drug Marketing Act, anti-kickback laws, and other alleged violations in connection with the promotion of products for unapproved uses, pricing and Medicare and/or Medicaid reimbursement. If the FDA DOJ, or any other governmental agency initiates an enforcement action against us or if we are the subject of a qui tam suit and it is determined that we violated prohibitions relating to the promotion of products for unapproved uses, we could be subject to substantial civil or criminal fines or damage awards and other sanctions such as consent decrees and corporate integrity agreements pursuant to which our activities would be subject to ongoing scrutiny and monitoring to ensure compliance with applicable laws and regulations. Any such fines, awards or other sanctions would have an adverse effect on our revenue, business, financial prospects, and reputation.

*We expect our net losses to continue for at least the next few years and are unable to predict the extent of future losses or when we will become profitable, if ever.\**

We have experienced significant net losses since our inception. As of June 30, 2018, we had an accumulated deficit of approximately $1.3 billion. We expect to incur net losses over the next few years as we invest in the commercialization of NUPLAZID and advance our development programs.

Even though we began commercializing NUPLAZID in the United States in May 2016, we still expect to incur significant expenses and net losses for at least the next few years as we continue our commercialization efforts for NUPLAZID and pursue the further development of NUPLAZID and our product candidates. Substantially all of our revenues since May 2016 were from net product sales of NUPLAZID.

We expect that our near-term revenues will be substantially dependent on our ability to generate net product sales of NUPLAZID. To the extent that we cannot generate significant revenues from the sale of NUPLAZID to cover our expenses, including the significant expenses associated with commercializing NUPLAZID and continuing to develop pimavanserin in additional indications, we may never achieve profitability and/or may have to reduce our commercialization and/or research and development activities to become profitable, which would harm our future growth prospects. Additionally, to obtain revenues from product candidates other than NUPLAZID, we must succeed, either alone or with others, in developing, obtaining regulatory approval for, manufacturing and marketing compounds with significant market potential. We may never succeed in these activities and may never generate revenues from our commercialization of NUPLAZID, or from other product candidates that may be approved, that are significant enough to achieve profitability.

*If we fail to obtain the capital necessary to fund our operations, we will be unable to successfully continue the development and commercialization of NUPLAZID or successfully develop and commercialize our product candidates.\**

We have consumed substantial amounts of capital since our inception. Our cash, cash equivalents, and investment securities totaled $256.9 million at June 30, 2018. While we believe that our existing cash resources will be sufficient to fund our cash requirements through at least the next twelve months, we may require significant additional financing in the future to continue to fund our operations. Our future capital requirements will depend on, and could increase significantly as a result of, many factors including:

- the progress in, and the costs of, our ongoing and planned development activities for pimavanserin, post-marketing studies for NUPLAZID to be conducted over the next several years, ongoing and planned commercial activities for NUPLAZID, and other research and development programs;

- the costs of maintaining and developing our sales and marketing capabilities for NUPLAZID;

- the costs of establishing, or contracting for, sales and marketing capabilities for other product candidates;

- the amount of U.S. product sales from NUPLAZID;

- the costs of preparing applications for regulatory approvals for NUPLAZID in jurisdictions other than the United States, and potentially in additional indications other than in PD Psychosis, and for other product candidates, as well as the costs required to support review of such applications;

- the costs of manufacturing and distributing NUPLAZID for commercial use in the United States;

31

- our ability to obtain regulatory approval for, and subsequently generate product sales from, NUPLAZID in jurisdictions other than the United States or in additional indications other than in PD Psychosis, or from other product candidates;

- the costs of acquiring additional product candidates or research and development programs;

- the scope, prioritization and number of our research and development programs;

- the ability of our collaborators and us to reach the milestones and other events or developments triggering payments under our collaboration or license agreements, or our collaborators' ability to make payments under these agreements;

- our ability to enter into new collaboration and license agreements;

- the extent to which we are obligated to reimburse collaborators or collaborators are obligated to reimburse us for costs under collaboration agreements;

- the costs involved in filing, prosecuting, enforcing, and defending patent claims and other intellectual property rights;

- the costs of maintaining or securing manufacturing arrangements and supply for clinical or commercial production of pimavanserin or other product candidates; and

- the costs associated with litigation, including the costs incurred in defending against any product liability claims that may be brought against us related to NUPLAZID.

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

***The pivotal Phase 3 study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase 3 trial and there is no guarantee that future studies with pimavanserin will be successful. ****

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase 2 exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase 2 exploratory study, or the -019 Study, and the -020 Study, those results are not predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the efficacy study that we initiated in the fourth quarter of 2017, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the study in major depressive disorder that we initiated in the fourth quarter of 2016, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the studies in schizophrenia that we initiated in the fourth quarter of 2016, we had only conducted a Phase 2 trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other indications that we had with the -020 Study, or that we will have the same level of success with pimavanserin in dementia-related psychosis or in other indications that we had with the -019 Study. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications, including dementia-related psychosis, will be consistent with those from the -019 Study or -020 Study.

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

**Ex. 50**

**P. 6**

***We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.***

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis, in the future we would need to add resources and raise additional funds in order to take this product candidate to market for indications other than in PD Psychosis or in jurisdictions outside the United States, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted, and continue to revisit, our life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not yield adequate returns. Furthermore, even though NUPLAZID is approved for the treatment of hallucinations and delusions associated with PD Psychosis, a failure in a subsequent study for another indication, including our ongoing studies in dementia-related psychosis, schizophrenia and depression, or a failure in our post-marketing studies could harm our ability to successfully market NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis or could lead to it being withdrawn from the market. If we are unable to develop pimavanserin for other indications, we may not be able to maximize the potential of the compound and that could have a material adverse effect on our future revenues and our success as a company.

***Pimavanserin is currently in development for several additional indications other than in PD Psychosis, and development is a long, expensive and unpredictable process with a high risk of failure. \****

Preclinical testing and clinical trials are long, expensive and unpredictable processes that can be subject to delays. It may take several years to complete the preclinical testing and clinical development necessary to commercialize a drug, and delays or failure can occur at any stage. Interim results of clinical trials do not necessarily predict final results, and success in preclinical testing and early clinical trials does not ensure that later clinical trials will be successful. A number of companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in advanced clinical trials even after promising results in earlier trials.

Our drug development programs are at various stages of development and the historical rate of failures for product candidates is extremely high. In fact, we had an unsuccessful Phase 3 trial with NUPLAZID in 2009. An unfavorable outcome in any of our ongoing or future development efforts or in the post-marketing studies for NUPLAZID could be a major set-back for the program and for us, generally. In particular, an unfavorable outcome in our NUPLAZID program or in the post-marketing studies may require us to delay, devote additional substantial resources to, reduce the scope of, or eliminate this program and could have a material adverse effect on us and the value of our common stock. In the fourth quarter of 2017, we initiated a Phase 3 study of pimavanserin in patients with dementia-related psychosis, and in the fourth quarter of 2016 we initiated both a Phase 2 and a Phase 3 study of pimavanserin as an adjunctive treatment in patients with schizophrenia as well as a Phase 2 study of pimavanserin as an adjunctive treatment in patients with major depressive disorder. We may plan and conduct additional studies in other indications in the future.

In connection with clinical trials, we face risks that:

• a product candidate may not prove to be efficacious or safe;

• patients may die or suffer other adverse effects for reasons that may or may not be related to the product candidate being tested;

• the results may not be consistent with positive results of earlier trials; and

• the results may not meet the level of statistical significance required by the FDA or other regulatory agencies.

33

**Ex. 50**
**P. 7**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ACADIA Pharmaceuticals Inc.**

Date: August 8, 2018

By:  /s/ Todd Young

Todd Young
Executive Vice President and Chief Financial Officer
(on behalf of the registrant and as the registrant's Principal Financial and Accounting Officer)

51

**Ex. 50**

**P. 8**

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen Davis, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 8, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

**Ex. 50**
**P. 9**

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Todd Young, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 8, 2018

/S/ TODD YOUNG
**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial and Accounting Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended June 30, 2018, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: August 8, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 50**
**P. 11**

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended June 30, 2018, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Todd S. Young, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: August 8, 2018

/S/ TODD YOUNG
**Todd Young**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial and Accounting Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**Ex. 50**
**P. 12**