# Exhibit 51

**Original Research**

*The Journal of Prevention of Alzheimer's Disease - JPAD*
*Volume 6, Number 1, 2019*

*© The Author(s)*

# Pimavanserin in Alzheimer's Disease Psychosis: Efficacy in Patients with More Pronounced Psychotic Symptoms

*C. Ballard[1], J.M. Youakim[2], B. Coate[2], S. Stankovic[2]*

1. University of Exeter Medical School, Exeter, UK; 2. ACADIA Pharmaceuticals Inc., San Diego, CA, USA

*Corresponding Author:* Clive Ballard, MBChB, Institute of Health Research, University of Exeter Medical School, Exeter EX1 2LU, UK, C.Ballard@exeter.ac.uk

J Prev Alz Dis 2019;1(6):27-33
Published online August 16, 2018, http://dx.doi.org/10.14283/jpad.2018.30

## Abstract

BACKGROUND: Pimavanserin is a 5-HT2A receptor inverse agonist/antagonist and is approved in the United States for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.
OBJECTIVE: Evaluate the efficacy of pimavanserin on symptoms of psychosis in patients with Alzheimer's disease (AD).
DESIGN: Randomized, double-blind, placebo-controlled trial.
SETTING: Nursing home residents.PARTICIPANTS: Patients with AD psychosis.
INTERVENTIONS: Pimavanserin 34 mg or placebo daily for 12 weeks.
MEASUREMENTS: The primary endpoint was mean change from baseline at Week 6 on the Neuropsychiatric Inventory-Nursing Home Version psychosis score (NPI-NH-PS). In the prespecified subgroup analysis, the mean change in NPI-NH-PS and the responder rates among those with baseline NPI-NH-PS ≥12 were evaluated.
RESULTS: Of 181 patients randomized (n=90 pimavanserin; n=91 placebo), 57 had baseline NPI-NH-PS ≥12 (n=27 pimavanserin; n=30 placebo). In this severe subgroup, large treatment effects were observed (delta=-4.43, Cohen's *d*=-0.73, p=0.011), and ≥30% improvement was 88.9% vs. 43.3% (p<0.001) and ≥50% improvement was 77.8% vs. 43.3% (p=0.008) for pimavanserin and placebo, respectively. The rate of adverse events (AEs) in the severe subgroup was similar between treatment groups, and urinary tract infection, fall, and agitation were most frequent. Serious AEs was similar with pimavanserin (17.9%) and placebo (16.7%) with fewer discontinuations due to AEs with pimavanserin (7.1%) compared to placebo (10.0%). Minimal change from baseline occurred for the mean MMSE score over 12 weeks.
CONCLUSIONS: Pimavanserin demonstrated significant efficacy in AD psychosis in patients with higher baseline severity of psychotic symptoms (NPI-NH-PS ≥12). Treatment with pimavanserin showed an acceptable tolerability profile.

*Key words: Pimavanserin, Alzheimer's disease, psychosis, severe.*

**W**orldwide, over 40 million people have Alzheimer's disease (AD) or related dementia (1). Neuropsychiatric symptoms such as psychosis including delusions and visual hallucinations occur in 25% to 50% of individuals with AD (2, 3). In addition to occurring in patients with AD, psychosis also occurs in patients with other dementias of a wide variety of etiologies (4). The occurrence of psychotic symptoms in people with AD places a substantial burden on patients with AD, family, and caregivers (1). Patients experiencing psychotic symptoms have more rapid cognitive and functional decline, increased co-morbidity with other neuropsychiatric symptoms including depression and agitation, have higher rates of nursing home admissions, and greater treatment-related mortality (5, 6). An increased severity of psychotic symptoms may be associated with increased disease severity and duration and may be a negative predictor of the overall disease outcomes (7).

Although antipsychotics are commonly used to treat psychosis in patients with dementia and Parkinson's disease (8, 9), randomized, controlled trials of antipsychotics indicate modest efficacy for the treatment of psychosis (10, 11). Meta-analyses of antipsychotic use in patients with AD suggest a small effect size (<0.2) from clinical trials (12, 13), and their use is associated with cognitive decline as well as increased rates of stroke, bronchopneumonia, pulmonary embolism, and mortality (14, 25). However, until recently, no drug was approved for the treatment of the symptoms of psychosis associated with a neurodegenerative disease.

In 2016, based on the results from controlled clinical studies (16, 17) pimavanserin was approved in the United States for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. Pimavanserin, is a selective 5-hydroxytryptamine (HT)2A receptor inverse agonist/antagonist with substantively lower affinity for the 5-HT2C receptor and negligible affinity for dopaminergic, muscarinic, histaminergic, or adrenergic receptors (18). Results from previous studies suggested that activity at the 5-HT2A receptor could also provide benefits for AD psychosis (19) and formed the basis for a randomized, double-blind, placebo-controlled Phase 2 study where pimavanserin demonstrated significant efficacy in AD patients with psychosis (20). Unlike atypical antipsychotics, pimavanserin did not have a negative impact on cognitive function (20, 21). In addition, no negative effects on motor function were

*Received April 4, 2018*
*Accepted for publication April 4, 2018*

**Ex. 51**

**P. 2**

observed with pimavanserin, and the incidence and types of adverse events were comparable with pimavanserin and placebo.

This report describes the efficacy and tolerability of pimavanserin and placebo in a prespecified subgroup of patients with severe psychosis associated with Alzheimer's disease as classified by the cut-off score of ≥12 on the Neuropsychiatric Inventory-Nursing Home Version (NPI-NH) psychosis score (22, 23).

## Methods

Primary results from this Phase 2 study were previously reported (20). In brief, the study was conducted at King's College London in a network of nursing homes across the United Kingdom. An Independent Data Monitoring Ethics Committee provided study oversight. The study was conducted in accordance with the Declaration of Helsinki and the International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use; Good Clinical Practices; and the United States Code of Federal Regulations. Ethics Committee approval was obtained for the study protocol and informed consent form, and patients or their legally authorized representative provided informed consent prior to any study procedures.

### Study Design

This was a randomized, double-blind, placebo-controlled study, with the primary efficacy analysis at the 6-week time point. Study participants continued treatment to 12 weeks with the objective to evaluate overall safety, effects on cognition, and assess maintenance of effect. Patients were randomized equally to pimavanserin 34 mg or placebo once daily, and randomization was stratified by baseline Mini-Mental State Examination (MMSE) (24) in two levels (MMSE <6 and MMSE ≥6) and NPI-NH psychosis score in two levels (hallucinations and delusions <12 and ≥12).

### Patient Selection

Adults ≥50 years of age were eligible if they had possible or probable AD as defined by the National Institute of Neurological and Communicative Disorders and Stroke-Alzheimer's Disease and Related Disorders Association (NINCDS-ADRDA) (25) and satisfying criteria for psychosis associated with Alzheimer's disease (26). Patients were required to have psychotic symptoms including visual and/or auditory hallucinations and/or delusions that developed after the diagnosis of AD was established and must have been a nursing home resident for ≥4 weeks prior to randomization. Further, patients were required to be actively experiencing psychotic symptoms during the month prior to screening that required treatment for psychotic symptoms (26). Patients were required to have a score of ≥4 on either hallucinations (Frequency × Severity) or delusions (Frequency × Severity) of the NPI-NH psychosis subscale or a total combined score ≥6 (hallucinations + delusions) and have symptoms that required treatment with an antipsychotic medication. Treatment with other antipsychotics or other centrally acting medications was not allowed, and doses of antidepressant and anxiolytic drugs had to remain unchanged during the study. Doses of an acetylcholinesterase inhibitor (and/or memantine) must have been stable for 3 months prior to baseline and during the study. Patients were excluded for a history of significant psychotic disorders prior to or concomitant with the diagnosis of AD, as well as any medical condition that could interfere with the conduct of the study.

### Study Assessments

The NPI-NH psychosis score (hallucinations + delusions) was used to assess psychosis and determine the primary outcome. Behavioral symptoms were assessed using the NPI-NH Total score, as well as the individual behavioral domain scores, and using the Cohen-Mansfield Agitation Inventory-Short Form (CMAI-SF) (27). Cognitive status was evaluated with the MMSE; overall condition was rated with the Alzheimer's Disease Cooperative Study-Clinical Global Impression of Change (ADCS-CGIC) (28); and activities of daily living (ADL) were evaluated using the Alzheimer's Disease Cooperative Study-ADL instrument (ADCS-ADL) (29). Safety was assessed from adverse events (AEs), physical examinations, clinical laboratory tests, electrocardiograms, and vital signs.

### Statistical Analysis

The primary efficacy outcome was change from baseline to Week 6 for the NPI-NH psychosis score (hallucinations + delusions) for pimavanserin vs. placebo. The focus of the prespecified subgroup analysis was efficacy assessment for baseline NPI-NH psychosis score ≥12 on the primary outcome (NPI-NH psychosis score) and the responder analysis.

For the responder analyses, the reported responder rates were the observed proportions with a response (improvement from baseline) at Week 6, after conservatively imputing any missing values as non-responders. The treatment groups were compared using a Cochran-Mantel-Haenszel test, stratified by baseline MMSE category (<6 or ≥6). For prespecified efficacy outcomes, the analysis model included fixed effects of baseline MMSE category (<6 or ≥6), treatment (pimavanserin 34 mg or placebo), visit (Days 15, 29, 43, 64, and 85), treatment-by-visit interaction, and a

*JPAD* - Volume 6, Number 1, 2019

**Table 1.** Baseline demographics and clinical characteristics for the subgroup with NPI-NH psychosis score ≥12 vs. overall population

|  | NPI-NH psychosis score ≥12 | | Overall Population | |
|---|---|---|---|---|
|  | Pimavanserin (n=27) | Placebo (n=30) | Pimavanserin (n=87) | Placebo (n=91) |
| Female, n (%) | 22 (81.5) | 25 (83.3) | 71 (81.6) | 73 (80.2) |
| Age, years [a] | 84.9 (7.4) | 85.9 (5.3) | 85.6 (7.0) | 86.1 (6.0) |
| White, n (%) | 23 (85.2) | 29 (96.7) | 81 (93.1) | 89 (97.8) |
| BMI, kg/m² [a] | 24.8 (6.7) | 22.2 (5.2) | 24.1 (5.1) | 23.1 (4.6) |
| Prior Antipsychotic Usage, n (%) | 3 (11.1) | 4 (13.3) | 10 (11.5) | 6 (6.6) |
| Concomitant SSRI, n (%) | 8 (29.6) | 8 (26.7) | 21 (24.1) | 20 (22.0) |
| Concomitant Anti-dementia Medication, n (%) | 9 (33.3) | 12 (40.0) | 33 (37.9) | 40 (44.0) |
| NPI-NH Total Score (10-domain score) [a] | 49.0 (15.4) | 45.8 (20.6) | 33.2 (17.7) | 32.9 (19.4) |
| NPI-NH Psychosis Score [a] | 15.3 (4.2) | 16.7 (4.5) | 9.5 (4.8) | 10.0 (5.6) |
| NPI-NH Agitation/Aggression [a] | 7.1 (3.8) | 5.9 (4.2) | 4·9 (4.0) | 4·5 (3.8) |
| MMSE [a] | 8.6 (4.8) | 9.2 (5.3) | 10·3 (5.4) | 9·8 (5.0) |
| MMSE <6, n (%) | 7 (28.0) | 5 (19.2) | 18 (21.4) | 15 (17.6) |

a Mean (standard deviation); BMI = body mass index; MMSE = Mini-Mental State Examination; NPI-NH = Neuropsychiatric Inventory - Nursing Home Version; SSRI = selective serotonin reuptake inhibitor.

continuous, fixed covariate of baseline score (except for ADCS-CGIC where there is no baseline score). All efficacy analyses used the full analysis set (FAS), which included all randomized participants who received at least one dose of study drug and had both a baseline and at least one post-baseline NPI-NH psychosis score assessment. All efficacy analyses were conducted using 2-sided tests at the 5% significance level. Adverse events were coded using Medical Dictionary for Regulatory Activities (MedDRA) Version 17.0.

## Results

In the overall study population, 181 patients were randomized to pimavanserin (n=90) and placebo (n=91). In the FAS, the group with an NPI-NH psychosis score ≥12 (more severe group) comprised 27 patients randomized to pimavanserin and 30 randomized to placebo. At baseline, demographic and clinical characteristics were generally similar between the overall population and the more severe subgroup (Table 1). However, among patients in the more severe subgroup vs. the overall population, mean NPI-NH total, psychosis, and agitation/aggression scores were higher, and the mean MMSE score was lower, consistent with the overall greater severity of illness (Table 1).

In the overall population, the adjusted mean change (SE) from baseline to Week 6 (adjusted mean, MMRM analysis) for the NPI-NH psychosis score was -3.76 (0.65) for pimavanserin and -1.93 (0.63) for placebo (delta = -1.84, 95% confidence interval [CI] [-3.64, -0.04] Cohen's *d* = -0.32, p=0.045).

Among patients with baseline NPI-NH psychosis score ≥12, mean baseline scores were 15.3 and 16.7 with

pimavanserin and placebo, respectively. The mean change in NPI-NH psychosis score from baseline to Week 6 was -10.15 (95% CI: -12.50, -7.80) for pimavanserin and -5.72 (95% CI: -8.14, -3.30) for placebo (Figure 1A), resulting in a delta of -4.43 (95% CI: -7.81, -1.04) and Cohen's *d* effect size of -0.73 (p=0.011).



**Figure 1A.** Least square mean change from baseline in NPI-NH psychosis score at each study assessment in participants with baseline NPI-NH psychosis score ≥12 (pimavanserin, n=27; placebo, n=30)

* Cohen's *d* effect size of -0.73 (p=0.011)

Overall, in the more severe subgroup, 81% of patients had both hallucinations and delusions at baseline. In this subgroup, pimavanserin was superior to placebo in treating both hallucinations and delusions with significant improvements observed at Week 6 for both the NPI-NH hallucinations (p=0.046) and delusions (p=0.034) domain scores (Table 2). Significant differences between pimavanserin and placebo were not observed for other secondary or exploratory outcomes. In the severe subgroup, the change for the NPI-NH psychosis score

Ex. 51
P. 4

**Table 2.** Secondary and exploratory outcomes for the subgroup with baseline NPI-NH psychosis score ≥12

| | Baseline | | MMRM LS Mean Change Baseline to Week 6 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Pimavanserin (N=27) | Placebo (N=30) | Pimavanserin | Placebo | Delta | Effect Size | p-value |
| NPI-NH Total Score (10-domain score) | 49.04 | 45.83 | -22.64 | -14.30 | -8.34 | -0.45 | 0.114 |
| NPI-NH Delusions | 9.89 | 9.63 | -6.39 | -4.06 | -2.33 | -0.61 | 0.034 |
| NPI-NH Hallucinations | 5.41 | 7.03 | -3.65 | -1.78 | -1.87 | -0.57 | 0.046 |
| NPI-NH Agitation/Aggression | 7.11 | 5.93 | -2.38 | -2.12 | -0.26 | -0.06 | 0.829 |
| NPI-NH Depression/Dysphoria | 3.41 | 3.10 | -1.15 | -0.94 | -0.21 | -0.07 | 0.799 |
| NPI-NH Anxiety | 2.81 | 2.87 | -1.17 | -0.32 | -0.85 | -0.25 | 0.361 |
| NPI-NH Elation/Euphoria | 0.78 | 1.87 | -0.70 | -0.92 | 0.22 | 0.15 | 0.606 |
| NPI-NH Apathy/Indifference | 4.63 | 3.43 | -2.79 | -1.65 | -1.13 | -0.35 | 0.212 |
| NPI-NH Disinhibition | 3.44 | 2.63 | -0.94 | -0.87 | -0.08 | -0.03 | 0.925 |
| NPI-NH Irritability/Lability | 5.67 | 4.87 | -2.11 | -0.49 | -1.62 | -0.43 | 0.129 |
| NPI-NH Aberrant Motor Behavior | 5.89 | 4.47 | -1.19 | -1.19 | 0.01 | 0.00 | 0.996 |
| NPI-NH Sleep/Nighttime Behavior | 2.81 | 3.83 | -1.41 | -0.85 | -0.57 | -0.18 | 0.525 |
| NPI-NH Appetite and Eating Changes | 2.41 | 1.33 | -0.64 | -0.55 | -0.09 | -0.03 | 0.908 |
| ADCS-ADL | 15.96 | 14.93 | -0.38 | -2.90 | 2.52 | 0.36 | 0.192 |
| ADCS-CGIC | - | - | 3.44 | 3.76 | -0.31 | -0.22 | 0.425 |
| CMAI-SF Total Score | 32.33 | 32.30 | -5.22 | -3.97 | -1.24 | -0.14 | 0.618 |
| CMAI-SF Aggressive Behavior | 8.70 | 8.63 | -1.11 | -1.02 | -0.09 | -0.03 | 0.919 |
| CMAI-SF Physically Nonaggressive Behavior | 11.22 | 10.20 | -0.88 | -1.16 | 0.28 | 0.07 | 0.801 |
| CMAI-SF Verbally Agitated Behavior | 12.41 | 13.50 | -3.23 | -1.87 | -1.36 | -0.34 | 0.230 |

was significantly (Spearman Correlation=0.4571, p<0.001) correlated with the ADCS-CGIC score at Week 6.

**Figure 1B.** Responder analysis at Week 6 for subgroup with NPI-NH psychosis score ≥12 (pimavanserin, n=27; placebo, n=30)



### Responder Analysis

A responder analysis was conducted of the proportion of patients achieving a decrease in the NPI-NH psychosis score of ≥20%, ≥30%, ≥50%, ≥75%, and 100% at Week 6. The proportion with a baseline NPI-NH psychosis score ≥12 achieving a response was significantly (p<0.05) greater with pimavanserin vs. placebo at all increments except for 100% (Figure 1B).

To enter the study, participants needed to have a score of ≥4 on the either hallucinations or delusions domains of the NPI-NH psychosis scale or an NPI-NH psychosis score ≥6. The baseline score for the severe group was 15.3 and 16.7 for pimavanserin and placebo, respectively (Table 1). At Week 6, 66.7% of pimavanserin patients improved to an NPI-NH psychosis score <6 vs. 32.0% of placebo patients with a treatment difference of 34.7% in favor of pimavanserin. At Week 12, 45.5% of both pimavanserin and placebo-treated patients had an NPI-NH psychosis score <6.

**Figure 2.** Least square mean change from baseline for MMSE for Safety Population (pimavanserin, n=90; placebo, n=91)



### Tolerability

The incidence of adverse events (AEs) was comparable for the more severe (score ≥12) subgroup vs. the overall population (Table 3). In the pimavanserin group, the incidence of aggression was 14.3% in the severe subgroup

**Table 3.** Incidence of adverse events for subgroup with baseline NPI-NH psychosis score ≥12 vs. overall population (Safety Population)

| | Number (%) of Patients | | | |
| --- | --- | --- | --- | --- |
| | NPI-NH psychosis score ≥12 | | Overall Population | |
| | Pimavanserin (n=28) | Placebo (n=30) | Pimavanserin (n=90) | Placebo (n=91) |
| Summary of Adverse Events | | | | |
| Any adverse event | 27 (96.4) | 30 (100) | 88 (97.8) | 85 (93.4) |
| Any serious adverse event | 5 (17.9) | 5 (16.7) | 15 (16.7) | 10 (11.0) |
| Any adverse event causing discontinuation | 2 (7.1) | 3 (10.0) | 8 (8.9) | 11 (12.1) |
| Adverse Events ≥5% Overall Pimavanserin Group | | | | |
| Fall | 4 (14.3) | 6 (20.0) | 21 (23.3) | 21 (23.1) |
| Urinary tract infection | 4 (14.3) | 9 (30.0) | 20 (22.2) | 25 (27.5) |
| Agitation | 5 (17.9) | 4 (13.3) | 19 (21.1) | 13 (14.3) |
| Lower respiratory tract Infection | 3 (10.7) | 2 (6.7) | 13 (14.4) | 12 (13.2) |
| Contusion | 4 (14.3) | 3 (10.0) | 11 (12.2) | 14 (15.4) |
| Aggression | 4 (14.3) | 2 (6.7) | 9 (10.0) | 4 (4.4) |
| Anaemia | 2 (7.1) | 1 (3.3) | 9 (10.0) | 8 (8.8) |
| Blood urea increased | 1 (3.6) | 3 (10.0) | 7 (7.8) | 8 (8.8) |
| Peripheral oedema | 1 (3.6) | 0 | 7 (7.8) | 2 (2.2) |
| Cellulitis | 1 (3.6) | 1 (3.3) | 6 (6.7) | 3 (3.3) |
| Anxiety | 1 (3.6) | 2 (6.7) | 5 (5.6) | 2 (2.2) |
| Behavioural and psychiatric symptoms of dementia | 1 (3.6) | 1 (3.3) | 5 (5.6) | 2 (2.2) |
| Blood potassium increased | 2 (7.1) | 2 (6.7) | 5 (5.6) | 3 (3.3) |

vs. 10.0% in the overall population, and the incidence of agitation was 17.9% and 21.1% in the severe subgroup and overall population, respectively. The overall incidence of adverse events, serious adverse events, and adverse events causing discontinuation as well as the incidence of all other individual adverse events was similar or lower with pimavanserin in the severe subgroup (Table 3). Minimal change from baseline was observed for the mean MMSE score in either treatment group in the overall study population over 12 weeks of treatment (Figure 2).

## Discussion

In the overall population of patients with AD psychosis, pimavanserin exhibited efficacy for the primary endpoint, NPI-NH psychosis score, at Week 6 without negative cognitive effects (20). This prespecified analysis was conducted in participants with more severe psychosis at baseline based on an NPI-NH psychosis score ≥12, which represented approximately 30% of the overall study population, a population that is at critical risk for untoward outcomes. While many baseline characteristics were similar between the overall and severe populations, the higher baseline scores for the NPI-NH total, NPI-NH psychosis score, and agitation/aggression domain scores along with lower mean MMSE score supports the hypothesis that the more severe

population defined by an NPI-NH psychosis score ≥12 represents a more impaired group of patients with AD psychosis than was represented by the overall population and thus in a greater need for suitable pharmacologic treatment.

For the primary endpoint of mean change in the NPI-NH psychosis score from baseline to Week 6, a notably large Cohen's *d* effect size of -0.73 was observed compared with the effect sizes in the overall population (-0.32). In this vulnerable group of patients, the effect size was more than two-fold greater than reported in the overall study population and more than three-fold greater than the effect size of atypical antipsychotics reported from meta-analyses in populations of patients with dementia-related psychosis (11). Thus, the effect of pimavanserin was markedly greater in the prespecified subgroup with more severe psychotic symptoms. Even more impressive were the results of responder analyses. With 88.9% of patients responding to pimavanserin treatment with at least a 30% reduction in psychotic symptoms and 77.8% responding with at least a 50% reduction, the placebo-adjusted responder rates in this group were in the range of 35%-45%. In addition, a clinically and statistically meaningful reduction in severity was observed with pimavanserin for both hallucination and delusion domains of the NPI-NH. Importantly, these statistically significant findings were observed despite a small sample size in the severe

**Ex. 51**

**P. 6**

subgroup.

The mean NPI-NH psychosis score in the pimavanserin group maintained the effect through Week 12 in the more severe subgroup but the difference from placebo was not significant due to observed improvement in the placebo group from Weeks 6 and 12. No statistically significant differences were observed for other secondary endpoints although a statistically significant correlation was observed between the NPI-NH psychosis score and the ADCS-CGIC score.

Among patients with AD psychosis, it is reported that an increased occurrence of severe psychosis is associated with an increased presence of delusions and hallucinations as well as symptoms of agitation/aggression (30). Despite an urgent need for effective treatment of these patients, no pharmacological treatment is approved for patients with AD psychosis, in particular, in patients experiencing severe psychotic symptoms. Others have reported an association between the NPI score and the duration and severity of psychosis, which also was associated with the occurrence of delusions and hallucinations (7). In this planned analysis of the severe subgroup from the overall study (20), our results are consistent with these reports, where we found not only a markedly increased NPI-NH total and psychosis score among the severe subgroup at baseline, but also a greater presence of delusions and hallucinations. In addition, baseline factors may have an impact on the magnitude of effect with pimavanserin in the AD population. In the overall study population, prior antipsychotic drug use and increased NPI-NH agitation/aggression scores at baseline were associated with greater effect sizes with pimavanserin that were significant for prior antipsychotic use (p=0.037 and p=0.001, respectively).

Limitations of this analysis are the small number of patients included in the severe subgroup and the secondary nature of this subgroup analysis. However, patients included in this prespecified analysis were from a prospective, randomized, placebo-controlled study, and a significant difference was observed for the primary outcome, the NPI-NH psychosis score in the overall population. The findings of an association between dementia-related psychosis and neuropsychiatric complaints are consistent with previous reports in patients with dementia and suggest that this severe population is at greater risk for adverse outcomes that require effective treatments (3, 6, 8).

The robust efficacy of pimavanserin in patients with more severe psychotic symptoms is relevant to the therapeutic benefits of pimavanserin in patient populations with AD and psychosis. These results extend and confirm the results from the primary analysis in the overall population (20) and the results from the subgroup analysis of patients with mild dementia in the PDP study with pimavanserin (16). These findings coupled with the results from other studies of pimavanserin suggest a potential role for pimavanserin in treating psychosis in patients across a range of neuropsychiatric conditions.

*Acknowledgement:* The authors acknowledge the editorial assistance of Richard S. Perry, PharmD in the preparation of this manuscript, which was supported by ACADIA Pharmaceuticals Inc., San Diego, California.

*Funding:* This study was funded by ACADIA Pharmaceuticals Inc., San Diego, California. All authors as well as the sponsor were involved in the design and conduct of the study; the collection, analysis, and interpretation of data; in the preparation of the manuscript; and in the review or approval of the manuscript.

*Disclosures:* Dr. Ballard has received grants and personal fees from ACADIA and Lundbeck, personal fees from Heptares, Roche, Lilly, Otsuka, Orion, GlaxoSmithKline, and Pfizer. JY, BC, and SS, are employees and may be stockholders in ACADIA Pharmaceuticals Inc.

*Ethical standard:* The study adheres to the Declaration of Helsinki human protection guidelines and was reviewed by ethical standards boards for all participating sites.

*Open Access:* This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits use, duplication, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license and indicate if changes were made.

# References

1. Alzheimers.net. Alzheimer's Will be a Global Epidemic by 2050. https://www.alzheimers.net/2013-12-11/alzheimers-global-epidemic-by-2050. Accessed 08 Mar 2018.
2. Murray PS, Kumar S, DeMichele-Sweet MA, Sweet RA. Psychosis in Alzheimer's disease. Biol Psychiatry 2014;75:542–552.
3. Zhao QF, Tan L, Wang HF, et al. The prevalence of neuropsychiatric symptoms in Alzheimer's disease: Systematic review and meta-analysis. J Affect Disord 2016;190:264–271.
4. Jellinger KA. Cerebral correlates of psychotic syndromes in neurodegenerative diseases. J Cell Mol Med 2012;16:995-1012.
5. Vilalta-Franch J, Lopez-Pousa S, Calvo-Perxas L, Garre-Olmo J. Psychosis of Alzheimer disease: prevalence, incidence, persistence, risk factors, and mortality. Am J Geriatr Psychiatry 2013;21:1135-1143.
6. Zahodne LB, Ornstein K, Cosentino S, Devanand DP, Stern Y. Longitudinal relationships between Alzheimer disease progression and psychosis, depressed mood, and agitation/aggression. Am J Geriatr Psychiatry 2015;23:130–140.
7. Ferreira MDC, Abreu MJ, Machado C, Santos B, Machado Á, Costa AS. Neuropsychiatric profile in early versus late onset Alzheimer's disease. Am J Alzheimers Dis Other Demen 2018;33:93-99.
8. Ballard C, Howard R. Neuroleptic drugs in dementia: benefits and harm. Nat Rev Neurosci 2006;7:492-500.
9. Weintraub D, Chen P, Ignacio RV, Mamikonyan E, Kales HC. Patterns and trends in antipsychotic prescribing for Parkinson disease psychosis. Arch Neurol 2011;68:899–904.
10. Ma H, Huang Y, Cong Z, et al. The efficacy and safety of atypical antipsychotics for the treatment of dementia: a meta-analysis of randomized placebo-controlled trials. J Alzheimers Dis 2014;42:915–937.
11. Tampi RR, Tampi DJ, Balachandran S, Srinivasan S. Antipsychotic use in dementia: a systematic review of benefits and risks from meta-analyses. Ther Adv Chronic Dis 2016;7:229–245.
12. Maher AR, Maglione M, Bagley S, et al. Efficacy and comparative effectiveness of atypical antipsychotic medications for off-label uses in adults: a systematic review and meta-analysis. JAMA 2011;306:1359–1369.
13. Schneider LS, Dagerman K, Insel PS. Efficacy and adverse effects of atypical antipsychotics for dementia: meta-analysis of randomized, placebo-controlled trials. Am J Geriatr Psychiatry 2006;14:191–210.
14. Ballard CG, Gauthier S, Cummings JLet al. Management of agitation and aggression associated with Alzheimer disease. Nat Rev Neurol 2009;5:245–255.
15. Tolppanen AM, Koponen M, Tanskanen A, et al. Antipsychotic use and risk of hospitalization or death due to pneumonia in persons with and those without Alzheimer disease. Chest 2016;150:1233-1241.
16. Cummings J, Isaacson S, Mills R, et al. Pimavanserin for patients with Parkinson's disease psychosis: a randomised, placebo-controlled phase 3 trial. Lancet 2014;383:533–540.
17. ACADIA Pharmaceuticals Inc. Sponsor Background Information For A Meeting Of The Psychopharmacologic Drugs Advisory Committee On 29 March 2016. 2016; https://www.fda.gov/downloads/advisorycommittees/committeesmeetingmaterials/drugs/psychopharmacologicdrugsadvisorycommittee/ucm492453.pdf. Accessed Mar. 20, 2018.

**Ex. 51**
**P. 7**

18. Hacksell U, Burstein ES, McFarland K, Mills RG, Williams H. On the discovery and development of pimavanserin: a novel drug candidate for Parkinson's psychosis. Neurochem Res 2014;39:2008–2017.

19. Assal F, Alarcón M, Solomon EC, Masterman D, Geschwind DH, Cummings JL. Association of the serotonin transporter and receptor gene polymorphisms in neuropsychiatric symptoms in Alzheimer disease. Arch Neurol 2004;61:1249–1253.

20. Ballard C, Banister C, Khan Z, et al. Evaluation of the safety, tolerability, and efficacy of pimavanserin versus placebo in patients with Alzheimer's disease psychosis: a phase 2, randomised, placebo-controlled, double-blind study. Lancet Neurol 2018;17:213-222.

21. Vigen CL, Mack WJ, Keefe RS, et al. Cognitive effects of atypical antipsychotic medications in patients with Alzheimer's disease: outcomes from CATIE-AD. Am J Psychiatry 2011;168:831-839.

22. Cummings JL, Mega M, Gray K, Rosenberg-Thompson S, Carusi DA, Gornbein J. The Neuropsychiatric Inventory: comprehensive assessment of psychopathology in dementia. Neurology 1994;44:2308–2314.

23. Wood S, Cummings JL, Hsu MA, et al. The use of the Neuropsychiatric Inventory in nursing home residents: characterization and measurement. Am J Geriatr Psychiatry 2000;8:75-83.

24. Folstein MF, Folstein SE, McHugh PR. "Mini-mental state." A practical method for grading the cognitive state of patients for the clinician. J Psychiatr Res 1975;12:189–198.

25. McKhann G, Drachman D, Folstein M, Katzman R, Price D, Stadlan EM. Clinical diagnosis of Alzheimer's disease: report of the NINCDS-ADRDA Work Group under the auspices of Department of Health and Human Services Task Force on Alzheimer's Disease. Neurology 1984;34:939–944.

26. Jeste DV, Finkel SI. Psychosis of Alzheimer's disease and related dementias. Diagnostic criteria for a distinct syndrome. Am J Geriatr Psychiatry 2000;8:29–34.

27. Cohen-Mansfield J, Marx MS, Rosenthal AS. A description of agitation in a nursing home. J Gerontol 1989;44:M77–M84.

28. Schneider LS, Olin JT, Doody RS, et al. Validity and reliability of the Alzheimer's Disease Cooperative Study – Clinical Global Impression of Change. Alzheimer Dis Assoc Disord 1997;11(Suppl 2):S22–S32.

29. Galasko D, Bennet D, Sano M, et al. An inventory to assess activities of daily living for clinical trials in Alzheimer's disease. The Alzheimer's Disease Cooperative Study. Alzheimer Dis Assoc Disord 1997;11(Suppl 2):S33–S39.

30. Piccininni M, Di Carlo A, Baldereschi M, Zaccara G, Inzitari D. Behavioral and psychological symptoms in Alzheimer's disease: frequency and relationship with duration and severity of the disease. Dement Geriatr Cogn Disord 2005;19:276-281.

**Ex. 51**
**P. 8**

# Exhibit 52

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2018**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.
### (Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State of Incorporation)** | **(I.R.S. Employer Identification No.)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(858) 558-2871**
### (Registrant's Telephone Number, Including Area Code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Total shares of common stock outstanding as of the close of business on October 31, 2018:

| Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.0001 par value | 125,074,557 |

**Ex. 52**

**P. 2**

**ITEM 2.**     **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2017 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and you are cautioned not to unduly rely upon these statements. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to; the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

**Overview**

***Background***

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation that provides patients with the recommended 34 mg once daily dose in a single, small capsule, reducing patient pill burden versus the previous administration of two 17 mg tablets. In addition, the FDA approved a 10 mg NUPLAZID tablet that provides an optimized lower dosage strength in those patients who are concomitantly receiving strong cytochrome 3A4 inhibitors which can inhibit the metabolism of NUPLAZID.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states. For example, we believe dementia-related psychosis represents one of our most important opportunities for further exploration. In December 2016, we announced positive top-line results from our Phase 2 study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with

**Ex. 52**

**P. 3**

<mark>dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.</mark> Furthermore, in the fourth quarter of 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for this dementia-related psychosis indication.

We also believe schizophrenia represents a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address some very important symptoms of schizophrenia, such as the inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE-1 is a Phase 3 study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. We expect to report top-line results of the ENHANCE-1 study mid-2019. ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

According to the National Institute of Mental Health, major depressive disorder (MDD) affects approximately 16 million adults in the United States, with approximately 2.5 million adults treated with adjunctive therapy. The majority of people who suffer from MDD do not respond adequately to initial antidepressant therapy. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in 207 patients with MDD who had a confirmed inadequate response to existing first-line, SSRI or SNRI, antidepressant therapy. In the study, pimavanserin met the pre-specified primary and key secondary endpoints with statistical significance and positive results were also observed in seven additional secondary endpoints including response rate, improvement in sexual function, and a reduction in daytime sleepiness. Pimavanserin was generally well-tolerated in the study with no meaningful weight gain observed or impact on motor function. The Company plans to meet with the FDA and initiate a Phase 3 program in adjunctive MDD in first half of 2019.

In August, 2018, we acquired an exclusive North American license to develop and commercialize trofinetide for Rett syndrome and other indications from Neuren Pharmaceuticals. Rett syndrome is a debilitating neurological disorder that occurs in females following apparently normal development for the first six months of life. Typically, between six to eighteen months of age, patients experience a period of rapid decline with loss of purposeful hand use and spoken communication and inability to independently conduct activities of daily living. Symptoms also include seizures, disorganized breathing patterns, scoliosis and sleep disturbances. Trofinetide is a novel synthetic analog of the amino-terminal tripeptide of IGF-1 designed to treat the core symptoms of Rett syndrome by reducing neuroinflammation and supporting synaptic function. Trofinetide has been granted FDA Fast Track Status and Orphan Drug Designation in the U.S. and Europe. Currently, there are no approved medicines for the treatment of Rett syndrome. We plan to initiate a Phase 3 randomized, double-blind placebo-controlled study evaluating trofinetide in girls with Rett syndrome in the second half of 2019.

We maintain a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information about us. Our filings with the SEC are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this Quarterly Report or our other filings with the SEC.

**Financial Operations Overview**

***Product Revenues***

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016.

***Cost of Product Sales***

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

***License Fees and Royalties***

License fees and royalties consist of milestone payments expensed or capitalized and subsequently amortized under our 2006 license agreement with the Ipsen Group. License fees and royalties also include royalties of two percent due to the Ipsen Group based upon net sales of NUPLAZID.

Ex. 52

P. 4

products we may market, but we cannot be sure that the FDA or other regulatory agencies will agree that we have not violated their restrictions. As a result, we may be subject to criminal and civil liability. In addition, our management's attention could be diverted to handle any such alleged violations. A significant number of pharmaceutical companies have been the target of inquiries and investigations by various U.S. federal and state regulatory, investigative, prosecutorial and administrative entities in connection with the promotion of products for unapproved uses and other sales practices, including the Department of Justice, or DOJ, and various U.S. Attorneys' Offices, the Office of Inspector General of the Department of Health and Human Services, the FDA, the Federal Trade Commission and various state Attorneys General offices. These investigations have alleged violations of various U.S. federal and state laws and regulations, including claims asserting antitrust violations, violations of the FDCA, the federal False Claims Act, the Prescription Drug Marketing Act, anti-kickback laws, and other alleged violations in connection with the promotion of products for unapproved uses, pricing and Medicare and/or Medicaid reimbursement. If the FDA, DOJ, or any other governmental agency initiates an enforcement action against us, including as a result of the civil investigative demand mentioned below, or if we are the subject of a qui tam suit and it is determined that we violated prohibitions relating to the promotion of products for unapproved uses, we could be subject to substantial civil or criminal fines or damage awards and other sanctions such as consent decrees and corporate integrity agreements pursuant to which our activities would be subject to ongoing scrutiny and monitoring to ensure compliance with applicable laws and regulations. Any such fines, awards or other sanctions would have an adverse effect on our revenue, business, financial prospects, and reputation. In September 2018, we received a civil investigative demand, or CID, from the DOJ requesting certain documents and information related to our sales and marketing of NUPLAZID. We are cooperating with the DOJ's request. Responding to the CID will require considerable resources and no assurance can be given as to the timing or outcome of the DOJ's investigation.

***We expect our net losses to continue for at least the next few years and are unable to predict the extent of future losses or when we will become profitable, if ever.\****

We have experienced significant net losses since our inception. As of September 30, 2018, we had an accumulated deficit of approximately $1.4 billion. We expect to incur net losses over the next few years as we invest in the commercialization of NUPLAZID and advance our development programs.

Even though we began commercializing NUPLAZID in the United States in May 2016, we still expect to incur significant expenses and net losses for at least the next few years as we continue our commercialization efforts for NUPLAZID and pursue the further development of NUPLAZID and our product candidates. Substantially all of our revenues since May 2016 were from net product sales of NUPLAZID.

We expect that our near-term revenues will be substantially dependent on our ability to generate net product sales of NUPLAZID. To the extent that we cannot generate significant revenues from the sale of NUPLAZID to cover our expenses, including the significant expenses associated with commercializing NUPLAZID and continuing to develop pimavanserin in additional indications, we may never achieve profitability and/or may have to reduce our commercialization and/or research and development activities to become profitable, which would harm our future growth prospects. Additionally, to obtain revenues from product candidates other than NUPLAZID, we must succeed, either alone or with others, in developing, obtaining regulatory approval for, manufacturing and marketing compounds with significant market potential. We may never succeed in these activities and may never generate revenues from our commercialization of NUPLAZID, or from other product candidates that may be approved, that are significant enough to achieve profitability.

***If we fail to obtain the capital necessary to fund our operations, we will be unable to successfully continue the development and commercialization of NUPLAZID or successfully develop and commercialize our product candidates.\****

We have consumed substantial amounts of capital since our inception. Our cash, cash equivalents, and investment securities totaled $214.1 million at September 30, 2018. While we believe that our existing cash resources will be sufficient to fund our cash requirements through at least the next twelve months, we may require significant additional financing in the future to continue to fund our operations. Our future capital requirements will depend on, and could increase significantly as a result of, many factors including:

- the progress in, and the costs of, our ongoing and planned development activities for pimavanserin, post-marketing studies for NUPLAZID to be conducted over the next several years, ongoing and planned commercial activities for NUPLAZID, and other research and development programs;

- the costs of maintaining and developing our sales and marketing capabilities for NUPLAZID;

- the costs of establishing, or contracting for, sales and marketing capabilities for other product candidates;

- the amount of U.S. product sales from NUPLAZID;

- the costs of preparing applications for regulatory approvals for NUPLAZID in jurisdictions other than the United States, and potentially in additional indications other than in PD Psychosis, and for other product candidates, as well as the costs required to support review of such applications;

- the costs of manufacturing and distributing NUPLAZID for commercial use in the United States;

- our ability to obtain regulatory approval for, and subsequently generate product sales from, NUPLAZID in jurisdictions other than the United States or in additional indications other than in PD Psychosis, or from other product candidates;

- the costs of acquiring additional product candidates or research and development programs;

- the scope, prioritization and number of our research and development programs;

- the ability of our collaborators and us to reach the milestones and other events or developments triggering payments under our collaboration or license agreements, or our collaborators' ability to make payments under these agreements;

- our ability to enter into new collaboration and license agreements;

- the extent to which we are obligated to reimburse collaborators or collaborators are obligated to reimburse us for costs under collaboration agreements;

- the costs involved in filing, prosecuting, enforcing, and defending patent claims and other intellectual property rights;

- the costs of maintaining or securing manufacturing arrangements and supply for clinical or commercial production of pimavanserin or other product candidates; and

- the costs associated with litigation, including the costs incurred in defending against any product liability claims that may be brought against us related to NUPLAZID.

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

***The pivotal Phase 3 study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase 3 trial and there is no guarantee that future studies with pimavanserin will be successful. ****

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase 2 exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase 2 exploratory study, or the -019 Study, and the -020 Study, those results are not predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the efficacy study that we initiated in the fourth quarter of 2017, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the study in major depressive disorder that we initiated in the fourth quarter of 2016, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the studies in schizophrenia that we initiated in the fourth quarter of 2016, we had only conducted a Phase 2 trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other indications that we had with the -020 Study, or that we will have the same level of success with pimavanserin in dementia-related psychosis or in other indications that we had with the -019 Study. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications, including dementia-related psychosis, will be consistent with those from the -019 Study or -020 Study.

32

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

***We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.***

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis, in the future we would need to add resources and raise additional funds in order to take this product candidate to market for indications other than in PD Psychosis or in jurisdictions outside the United States, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted, and continue to revisit, our life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not yield adequate returns. Furthermore, even though NUPLAZID is approved for the treatment of hallucinations and delusions associated with PD Psychosis, a failure in a subsequent study for another indication, including our ongoing studies in dementia-related psychosis, schizophrenia and depression, or a failure in our post-marketing studies could harm our ability to successfully market NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis or could lead to it being withdrawn from the market. If we are unable to develop pimavanserin for other indications, we may not be able to maximize the potential of the compound and that could have a material adverse effect on our future revenues and our success as a company.

***Pimavanserin is currently in development for several additional indications other than in PD Psychosis, and we are initiating the development of trofinetide for Rett syndrome. Drug development is a long, expensive and unpredictable process with a high risk of failure. ****

Preclinical testing and clinical trials are long, expensive and unpredictable processes that can be subject to delays. It may take several years to complete the preclinical testing and clinical development necessary to commercialize a drug, and delays or failure can occur at any stage. Interim results of clinical trials do not necessarily predict final results, and success in preclinical testing and early clinical trials does not ensure that later clinical trials will be successful. A number of companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in advanced clinical trials even after promising results in earlier trials.

Our drug development programs are at various stages of development and the historical rate of failures for product candidates is extremely high. In fact, we had an unsuccessful Phase 3 trial with NUPLAZID in 2009. An unfavorable outcome in any of our ongoing or future development efforts or in the post-marketing studies for NUPLAZID could be a major set-back for the program and for us, generally. In particular, an unfavorable outcome in our NUPLAZID program or in the post-marketing studies may require us to delay, devote additional substantial resources to, reduce the scope of, or eliminate this program and could have a material adverse effect on us and the value of our common stock. In the fourth quarter of 2017, we initiated a Phase 3 study of pimavanserin in patients with dementia-related psychosis, and in the fourth quarter of 2016 we initiated both a Phase 2 and a Phase 3 study of pimavanserin as an adjunctive treatment in patients with schizophrenia as well as a Phase 2 study of pimavanserin as an adjunctive treatment in patients with major depressive disorder. We may plan and conduct additional studies in other indications in the future, and plan to initiate a Phase 3 study of trofinetide in Rett syndrome in the second half of 2019.

33

Ex. 52
P. 7

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ACADIA Pharmaceuticals Inc.**

Date: November 6, 2018

By: /s/ Austin D. Kim

Austin D. Kim
Executive Vice President, General Counsel & Secretary
(on behalf of the registrant)

52

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen Davis, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 6, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive and Financial Officer)

**Ex. 52**
**P. 9**

**Exhibit 32.1**

## CERTIFICATION PURSUANT TO
## 18 U.S.C. SECTION 1350,
## AS ADOPTED PURSUANT TO
## SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended September 30, 2018, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, President and Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: November 6, 2018

/S/ STEPHEN DAVIS

**Stephen Davis**
**President and Chief Executive Officer**
(Registrant's Principal Executive and Financial Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

# Exhibit 53

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Company Conference Presentation

**Wednesday, January 09, 2019 7:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

**Ex. 53**

**P. 2**

# Table of Contents

Call Participants ................................................................... 3

Presentation ................................................................... 4

Question and Answer ................................................................... 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 53**
**P. 3**

# Call Participants

## EXECUTIVES

**Elena Ridloff**
*Interim CFO & Senior VP of
Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial
Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

## ANALYSTS

**Cory William Kasimov**
*JP Morgan Chase & Co, Research
Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

All right. Good morning, everyone. My name is Cory Kasimov. I'm the senior large-cap biotech analyst at JPMorgan. It's my pleasure to introduce our next company, which is ACADIA Pharmaceuticals. Here to present for ACADIA and tell us what we can expect in 2019 and beyond is the company's CEO, Steve Davis. And please note that following Steve's presentation, there will be a breakout session down the hall to the left in the Olympic Room. So with that, turn it over to Steve.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks much, Cory.

Good morning, and thanks to each of you for coming out to hear a little bit more about ACADIA. I need to start this morning just by reminding us all that the business of pharmaceutical development and commercialization has certain inherent risks, so please see a copy of our most recent SEC filings for a description of how risks relate to our business.

So this morning, I'd like to start with just a little bit of a reminder about why we do what we do. The pictures you see on this slide are of actual patients together with some of our dedicated employees. The patients we seek to serve either have no approved treatment or they continue to suffer because the treatments that are approved do not adequately treat their symptoms.

Some of the pictures you see are Parkinson's disease psychosis patients. These are patients that are typically in their 60s, 70s, 80s. They have a debilitating disease. It impairs their movement and their daily activities that we all just take for granted. Of course, it gets progressively worse over time. And for PDP patients, they develop psychosis typically in the more advanced stages of the disease when they're already carrying a very high disease burden.

So I'd like you -- to ask you to take just a moment to look at the faces in this picture. These are not a stock price. They're not a revenue projection. They're not a CAGR. These are people, people with productive years to live, people with families and people that we can help. So I'll spend the remainder of the time this morning talking about the business of ACADIA, but I wanted to just start by calling out the people to whom we owe our very best. And that's the patients that we seek to serve.

That desire to help people fuels our vision. Our vision is to become the leading pharmaceutical company dedicated to the advancement of innovative medicines that improve the lives of patients with CNS disorders. Today, our commercial organization is focused on NUPLAZID, the first and only FDA-approved treatment for hallucinations and delusions associated with Parkinson's disease psychosis. Our R&D team is focused on advancing 5 late-stage clinical programs.

This slide represents what I think is probably the most underappreciated aspect of our business. This is the addressable population for both the indication we're currently approved in, in Parkinson's disease psychosis, together with the indications that we're pursuing that I just referred to. And there are 3 take-home messages that I think are important here. One is if you look at Parkinson's disease psychosis on the far left-hand side, where we project to end the year 2018 with $220 million to $225 million in revenues in our second calendar year of launch with a growth trajectory that's had a very attractive and linear curve and where we think this can be a very big drug, there are about 125,000 patients, PDP patients, that are being treated. Now there are actually about 350,000 to 400,000 Parkinson's disease patients altogether, but about 125,000 of them are being treated.

Schizophrenia inadequate response is about -- over 5x larger than PDP. In schizophrenia inadequate response, there is no approved treatment today. There's also no approved treatment for schizophrenia negative symptoms, which is about 8x larger than PDP. In dementia-related psychosis, again no approved

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2019

treatment. It is 10x larger than PDP. And in major depressive disorder, where we just reported very exciting Phase II results, it's about 20x larger than Parkinson's disease psychosis. So point number one is these are very large indications.

Point two is because we're advancing the same molecule in all of them and we're approved in Parkinson's disease psychosis, we know the safety and tolerability profile of the drug. We know the drug-drug interactions. As I've said before, we love to make these kinds of investments.

And point three is we have evidence of clinical efficacy in everything you see on this slide.

There are 3 pillars to achieving our vision. First is to grow, grow NUPLAZID as the only approved treatment and standard of care for patients with PDP. Second is to leverage pimavanserin, which is the generic name for NUPLAZID, in the indications that I just referred to. And third is to expand our pipeline further through focused business development in CNS disorders with high unmet needs.

Let's take a quick look at how we've scored on advancing each of these pillars. Most recently, we launched a 34-milligram capsule of NUPLAZID in the third quarter of 2018. This is important from a couple of perspectives. One is it provides a more convenient dose for patients. But much more importantly, because the drug was launched with 2 17-milligram tablets taken simultaneously, many physicians, although they didn't need to, titrated the drug. That titration would often lead to a diluted and delayed onset of action with the drug. Now that we have a 34-milligram capsule, single capsule that we've recently launched, we'll be pulling the 17-milligram tablets out of the system, and that will help result in a much better brand experience for the drug.

We've recently launched a DTC campaign in the fourth quarter. I'll be speaking more about that in a second. In major depressive disorders, I mentioned we have highly positive results from a Phase II CLARITY study, a very large Phase II study that we recently ran. We'll be initiating Phase III in the first half of this year. In dementia-related psychosis, we've made excellent progress in advancing our Phase III program there.

We'll have results from the dementia-related psychosis study next year. We'll be doing an interim read in the second half of this year. And in schizophrenia, we've advanced the 2 programs I referred to earlier, one in inadequate response and the other in negative symptoms. And in the fall, we acquired rights to trofinetide -- North American rights, I should say, to trofinetide, a treatment for Rett syndrome. And we'll be initiating a Phase III study in Rett syndrome in the second half of this year.

So let's focus for a second on the first pillar, growing NUPLAZID sales.

NUPLAZID, as I mentioned, is not only the first and only approved treatment for PDP, but it is a selective serotonin inverse agonist, or SSIA. For about 60 years, we've been treating psychosis with one class of molecules, dopaminergic molecules. And they're -- these things are brothers, sisters and cousins of each other, and they have a lot of commonalities, including very significant side effect burden. These dopaminergic drugs result in impairing motor function. They have -- patients experience heavy daytime sedation. They can experience very dramatic weight gain, orthostatic hypotension. One drug in particular can result in very serious, potentially life-threatening blood disorders. So they're far from perfect drugs.

Our drug is not dopaminergic. It's a -- it's the first and only non-dopaminergic antipsychotic approved. Our drug works with its SSIA profile exclusively by targeting 5-HT2A receptors. So this unique profile has resulted in us demonstrating significant efficacy in reducing hallucinations and delusions in PDP. And in fact, in our pivotal study that served as the basis of approval, we saw that 74% of patients experienced improvement in their psychotic symptoms.

When we launched the drug, we said you should expect kind of a linear-shaped curve with this kind of a drug, where it's the first drug in its class, there's been nothing approved. It will take -- we've got a great opportunity to reeducate the medical community and rewire the way they think about Parkinson's disease psychosis. And that's exactly what we've seen. As I mentioned, we've guided to $220 million to $225 million in revenues for this year. In our most recently reported quarter, we reported $58.3 million of revenue in the third quarter. That represented a 64% year-over-year growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 53
P. 6

So I think the question, it's an appropriate question to ask, well, so where do we go from here? What do we see as the market opportunity in PDP? Well, there are about 1 million patients in the U.S. that have Parkinson's disease. 50% of them experience psychosis over the course of their disease. At any moment in time, the point prevalence is about 350,000 to 400,000 of them have PDP. And as I mentioned earlier, about 125,000 of them are being treated. Now the reason only 125,000 out of the 350,000 or 400,000 are being treated is because when there was no drug to treat, physicians developed a habit of many times waiting until the symptoms got to be very disruptive before they treat it. So we think with a new drug approved, as patients get more and more experience and with a very favorable tolerability profile and the strong efficacy that we have, that we'll be able to grow that market and physicians will likely begin treating earlier in the treatment paradigm. And in fact, we've begun to see some of that.

Just to underscore the need. In one study illustrated that over a 6-year period, 24% of all hospitalizations for Parkinson's disease patients were for psychosis alone. An additional 25% of hospitalizations were as a result of motor and psychotic -- psychiatric complications.

Focusing even more on kind of where we stand at this moment in time, on the left is -- on this slide, we've -- on the left-hand side, we have specialty -- our specialty pharmacy business, which is about 2/3 of our business. The right-hand side is our long-term care channel business.

Let me start with the specialty pharmacy business. So what we're seeing here is very nice sequential growth in new patient starts. Just to be clear, this is not revenues. These are new patient starts, so it's an early indicator or a precursor of revenues for us. So we're very pleased to see this nice growth particularly late in the fourth quarter.

There is a lag, there is a period of time before these translate and we see the full benefit on the revenue side. But it certainly sets us up very well as we enter 2019.

On the right-hand side, the long-term care, these are very different bars here. These represent total bottles. So these are both patients that are already on therapy, where we're refilling drug. That's the vast majority of these bars. And then layered on top of that are the new patients starting on therapy. So we're continuing to see nice growth in the long-term care channel as well.

One way -- one important way that we're leveraging the growth that we've seen is through the -- in addition to the 34-milligram capsule launch that I described earlier is through a DTC-branded campaign that we initiated on Thanksgiving Day. This campaign follows an unbranded disease awareness campaign that we began last year about this time. And we think the time is really ripe now for a branded campaign.

The objective of both campaigns is to address a significant issue that exists today. I mentioned earlier that PDP typically occurs in the later stages of the disease. And for that reason, when it occurs, many times, patients and caregivers do not connect the dots. They don't associate the psychosis that a patient is experiencing with their Parkinson's disease. They just simply think, my God, in addition to having Parkinson's disease, now I have hallucinations, seeing things. Or sometimes, they become delusional. And so many -- and that, coupled with the fact that physicians have developed a practice of historically waiting to treat, has resulted in a lot of patients not having necessary discussions with their physicians that could result in them getting a benefit much sooner in the disease progression. So the target of this campaign as well as the disease awareness campaign is to address that very significant need today.

We're going to shift gears now and go to the second pillar. Just quickly, I wanted to provide a graphical representation of the pipeline. As you can see and as I mentioned, we have 5 late-stage programs that we're advancing this year. Four of them are pimavanserin. Dementia-related psychosis is -- affects about 1.2 million patients in the U.S. It has very serious consequences, including repeated hospital stays and earlier progression to nursing home care, more rapid progression of dementia and an increased risk of morbidity and mortality.

There is no approved treatment for Parkinson's disease psychosis. The dopaminergic antipsychotics that are approved today are approved for schizophrenia, for bipolar disorder, et cetera. They are not approved to treat dementia-related psychosis patients in the same way that they're not approved to treat Parkinson's disease psychosis patients. They are used off-label occasionally because there's no

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

other treatment option for physicians. And in a very large study, it was demonstrated that when these dopaminergic antipsychotics are used off-label, they actually accelerate cognitive decline in these -- in Alzheimer's patients. And it's not insignificant, it's equivalent to about 1 year of disease progression. In addition, they carry all of the same side effect burden that I described earlier.

Our program in dementia-related psychosis is leveraging studies that we've done in both Parkinson's disease psychosis as well as Alzheimer's disease psychosis. And what you see on the left-hand side of the slide here is that in our pivotal Parkinson's disease psychosis study, we've reduced symptoms by -- we showed a 36.5% improvement in psychotic symptoms in these patients with a p-value of 0.0014. It's important to note that in this study, we also had some patients that also had dementia. So about 25% of the patients in this study also had dementia, and we saw similar results in those patients with a p-value of 0.0018.

On the right-hand side are the results of an Alzheimer's disease study we ran, where we saw similar results on efficacy. We saw a 39.5% improvement. Importantly, in this study, we actually dosed patients. Although the primary endpoint was at 6 weeks, we dosed patients for 12 weeks. And the reason for dosing for 12 weeks is so that we can also study the patients long enough to determine if there's a -- if we had an impact on cognition. And what we saw was no impairment of cognition in that time frame. So unlike the dopaminergic antipsychotics, we feel like pimavanserin could be an ideal drug to treat this patient population that has no treatment options today.

Following the -- these 2 studies, we had an -- a Phase II meeting with FDA and agreed on our Phase III plan, and it's represented here on this slide. We're running a relapse prevention study. It's a single study. We have agreement with the FDA that with robust results from this single study, that can serve as the basis for an NDA submission -- sNDA submission, excuse me.

And the study is very straightforward. Patients come in highly symptomatic. They all go on our drug, pimavanserin. They're treated for 12 weeks. If they have a stable response at both week 8 and week 12, so we've significantly reduced their symptoms at both time points, they stay in the study. If they haven't, they exit the study. For those patients who stay in the study, that showed that they were highly symptomatic, significant response to our drug, then they're randomized into 2 groups. Half of the patients stay on our drug and half of them move to placebo. And the endpoint of the study is quite simply the average time to relapse between pimavanserin and placebo. So it's a very straightforward, very highly statistically powerful design. And we will have results of this study next year in 2020. We'll also do an interim read in the second half of this year.

Major depressive disorder. I mentioned earlier we have some very recent highly positive results in this indication. But just to set it up quickly, depression is a very pervasive disorder, over 16 million patients in the U.S. alone. 2.5 -- the standard of care in MDD is to start patients on an SSRI or SNRI. Those -- a majority of patients do not adequately respond to that. So they respond, but they're still highly symptomatic. That results in about 2.5 million patients in the U.S. being treated with adjunctive therapy on top of the SSRIs or SNRIs.

We did a significant amount of market research during the development of this molecule. And you can see on the left-hand side of the slide there are very substantial unmet needs today. On the right-hand side, I'll go through the results of our study. So the study we ran is a Phase II study. It was a SPCD design study. It's a 2-stage study. So there are 2 parts to the study. And we ran the drug on top of adjunctive therapy – as adjunctive therapy on top of SSRIs or SNRIs.

We had very successful results. Primary endpoint was achieved with a p-value of 0.039. We also achieved positive results on the key secondary endpoint, which is a measure of disability and something that's rarely seen with antidepressants. Here, our p-value was 0.004. We also have positive results on 7 additional prespecified secondary endpoints.

Importantly, what we saw in the study is not only these very significant efficacy results. We saw them early. If you look at the left-hand side of the slide, you see that faster onset of action is one of the key unmet needs in depression today. So we had results within 1 week of dosing. In addition, we saw an improvement in sexual function. Patients -- a majority of patients on SSRIs or SNRIs actually experienced

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 53
P. 8

sexual dysfunction. Not only did we not make that worse, which is sometimes seen when you add adjunct therapy, we actually improved sexual function in these patients.

We also had no meaningful weight gain. That's another significant issue with some of the adjunct therapies available today. We saw a reduction in daytime sleepiness. The SSRIs, together with the adjunctive therapies, the dopaminergic antipsychotics used on top of them, both caused sedation and, in combination, very significant sedation. Not only did we not cause sedation, daytime sedation, we actually had a reduction in daytime sleepiness. We had no impairment in motor function. So we're really thrilled with the results. We think this positions pimavanserin to -- if approved in MDD, to potentially move to the head of the class of adjunctive therapies and be the standard of care for adjunctive treatment.

I mentioned it was a 2-part study. It's important to note in Stage 1 of the study, which is a kind of a tried-and-true parallel design study, we had very, very high efficacy results with a p-value of 0.0003 and an effect size of 0.626. Just to put this into context, with antidepressants, you often see an effect size in the 0.3 to 0.35 range. So very strong effect here.

The reason it's important to point out this part of the study, in addition to the very strong efficacy we saw is because this is, as I mentioned, the standard type of study. The Stage 2 part of the study we ran in Phase II, as many times done in Phase II, is more exploratory. But this study is the study design we'll use in Phase III. So we'll run 2 Phase III studies using the same design.

Our next steps are to meet with the FDA for an end-of-Phase II meeting in early 2019. And given the robust positive results that we've seen, we believe the CLARITY study can serve as 1 of 2 pivotal trials required for an sNDA submission. And as I mentioned, we'll initiate Phase III in the first half of this year.

Schizophrenia inadequate response. Schizophrenia affects about -- approximately 1% of adults in the U.S. and globally as well. And today, what we see when schizophrenia patients are treated with the dopaminergic antipsychotics is about 1/3 don't respond, about 1/3 respond but are still highly symptomatic and about 1/3 adequately respond. And it's that middle circle there, the 1/3 that partially respond, that we're particularly focused on in our development here.

Without a drug to use adjunctively, without a drug approved, many times what happens today is a lot of polypharmacy of adding, again, brothers, sisters and cousins of the same kind of drug on top of each other. And that can increase to -- that can lead to increased side effects, poor compliance and subsequent relapse.

We ran an earlier phase -- early in the development of the drug, we ran a Phase II study using pimavanserin on top of one of the dopaminergic antipsychotics with positive results. That has led to us running this Phase III study in 380 patients. It's a very substantial study. And again, we expect data in mid-2019.

Schizophrenia negative symptoms, a very similar situation. Schizophrenia patients experience both positive symptoms in terms of the hallucinations and delusions as well as negative symptoms, which are the more the social withdrawal aspects of the disease. And about 40% to 50% of schizophrenia patients experience these prominent negative symptoms.

We're also studying our drug as adjunctive therapy, and we think with this very unique profile we have, it can be a very important new drug in the treatment of negative symptoms of schizophrenia where no drug is currently approved, and we expect to complete enrollment of this study in the second half of 2019.

Now to complete -- kind of the recap of where we stand on the additional opportunities with pimavanserin. I'd just like to reiterate again if -- collectively, if we're successful in all of these indications that we're pursuing -- and by the way, when we began the process of starting these programs all simultaneously, many of you heard me say, "We probably won't win in everything. We don't need to. If just one of them is successful, it's worth the investment." Today, we're betting in thousands. So I'm kind of regretting saying that. But if we're successful in getting approvals in all 4 of these, it would increase the addressable population for pimavanserin about 40, that's 4-0, 40-fold.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 53
P. 9

Moving to the third pillar, expanding. Our business development strategy is focused on CNS disorders with high unmet need. We're leveraging our highly talented, CNS-focused R&D and commercial organizations. And we've begun executing on this strategy with the North American license agreement for trofinetide for Rett syndrome in the fall of last year.

Rett syndrome is a highly, highly debilitating disorder. It occurs primarily almost exclusively in females at young ages. It results in cognitive, sensory, emotional and motor impairment, loss of independence, loss of purposeful hand movement, loss of spoken communication. Today, there are about 6,000 to 9,000 patient -- Rett syndrome patients in the U.S. There's a very active patient advocacy organization with a registry of 5,000 patients. But again, there's no approved treatment.

Now trofinetide is a novel analog of the tripeptide of IGF-1. It's designed to treat the core symptoms of Rett syndrome by reducing neural inflammation and supporting synaptic function. In the most recent Phase II study, Neuren Pharmaceuticals, the company from whom we license trofinetide, had positive results in their Phase II study both on the Rett Syndrome Behavioral Questionnaire (sic) [ Rett Syndrome Behaviour Questionnaire ] and on Clinical Global Impression scales. Now we plan to initiate Phase III after we finish scaling up for clinical trial material in the second half of 2019. This drug has U.S. Fast Track Status and Orphan Drug Designation in the U.S. and Europe.

Looking holistically at the clinical milestones that we have coming up, we've got a lot. In major depressive disorder, we'll have our end-of-Phase II meeting. We'll commence our Phase III program in the first half. In schizophrenia inadequate response, we expect results in the middle of this year. In dementia-related psychosis, as I mentioned, we'll have results next year in 2020. We'll also do an interim read this year, in 2019. And in schizophrenia negative symptoms, we expect a complete enrollment of that study in second half of this year. And finally, in Rett syndrome, as I mentioned, we'll initiate the Phase III program also in second half of this year.

So in sum, we're committed to executing on our key priorities in 2019. Our number one priority is continuing to grow NUPLAZID and executing on the commercial initiatives that we have to grow NUPLAZID in PDP. We are also leveraging the potential of pimavanserin and advancing trofinetide. As I mentioned, we'll have 5 Phase III studies, 1 Phase II study, 2 potential Phase III study readouts, during this year. And we're ending the year -- or we're starting the year, excuse me, with a very strong balance sheet to advance our pipeline and the potential to expand through business development.
So thank you very much. I look forward to taking your questions in the breakout.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | JAN 09, 2019

# Question and Answer

**Stephen R. Davis**
*CEO & Director*

Great. Thanks, everyone. We're ready to start the breakout session. I'd just like to introduce some of my colleagues. To my left is Serge Stankovic, who's President of ACADIA. Serge also runs our R&D organization. Elena, next to me, is our interim CFO and Head of Investor Relations. And then Michael, who many of you have met, on my right runs our commercial organization.

So I think just to start off, I'd say we ended 2018 with, I think, some really nice momentum across the organization, both on the commercial as well as R&D side, and we're looking forward to a really great 2019.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

I guess I'll kick things off with a commercial question. And obviously, there's a lot that happened in the back half of the year, getting the new dosage approval, the resolution, if you will, to do some great things that are out there, and then starting with the DTC campaign. So can you kind of just talk about all the stuff coming [indiscernible] what you're seeing maybe anecdotally in the field that's kind of reigniting growth with these indications?

**Stephen R. Davis**
*CEO & Director*

Yes. No, it's a great question. I think when we look back at 2018, we felt like, look, there are some things that happened in the middle of the year that would basically frame-shift the growth of the drug, and that's exactly what we've seen. We've -- our view of the long-term potential in PDP has never wavered, and I think what we're seeing today is the kind of growth that we expected we would begin to see. And that is in new patient starts on the -- in the SP part of the business, we're seeing some really nice sequential growth there, and I think it's driven by a couple of things. One is the 34-milligram capsule enabled us to really kind of reground physicians on the value proposition of the drug. And so we pressed on that really, really hard. On the DTC advertising campaign, I think the timing is ideal for that. So it follows the disease awareness campaign we ran last year. But it also, with this new growth that we're seeing, I think, is an ideal time.

One thing I didn't mention in my remarks, but I'll mention here is we began that campaign in -- on Thanksgiving Day. When I showed the new growth that we're seeing in the specialty pharmacy portion of the business, if you'll recall, that far right-hand bar showed a very nice uptick. I don't think that's -- that those 2 are related at all because we just haven't run the DTC campaign long enough for it to really begin having that immediate of an impact. It does take some period of time to see that pull all the way through to new patient starts. So I think we're in a position where we're -- we've got some really nice growth that we're seeing and some great tools to leverage it.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

How do you judge the success of a DTC campaign?

**Stephen R. Davis**
*CEO & Director*

Sorry, let me repeat the question. How do we judge the success of a DTC campaign? Well, first, let me just acknowledge it's difficult because you've got a lot of moving pieces and it's sometimes hard to isolate on one. But there are a number of things that we look at. We look at our website traffic. We look at -- we do surveys to assess from physicians, are you getting brand requests, et cetera? So there are a number of tools that we use to assess it. And then from that point forward, once we evaluate what we think the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

financial impact is of it, of course, we do an ROI type of assessment to determine how we want to guide our investments going forward.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And your presentation included some information about percentage of patients in Parkinson's who are hospitalized with psychosis alluding to a particular study. That's pretty interesting information. Do you have more on that study? And do you think this type of information is pretty well-known in the field?

**Stephen R. Davis**
*CEO & Director*

Yes. When we launched this drug, we really entered virgin territory, right? No drug approved. The disorder is treated primarily by neurologists. So you've got a situation where it's a psychiatric disorder, but it's treated by neurologists because they're the ones treating the Parkinson's disease. And so we've made a significant investment, and we'll continue to make a significant investment in medical education. It's really important to help the medical community appreciate some of the liabilities of the disorder and appreciate the benefit that pimavanserin can bring. In addition to the number that I mentioned in the presentation of 25% of PD hospitalizations as being due and owing to Parkinson's disease psychosis, PDP is one of the leading causes of nursing home placement of PDP patients. And it's really -- excuse me, of PD patients, I mean to say. And many times, it's really the non-motor symptoms. In fact, most of the time, it's the non-motor symptoms that result in nursing home patient -- nursing home placement. And look, these are anecdotes, and I always caution people about making too much out of anecdotes. But we have had a number of Parkinson's disease psychosis patients who were in a nursing home, they got on NUPLAZID and actually were able to go back home and live independently. So it's just an example of the kind of education opportunities we have in the space and the kind of impact that we can have on patients.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And then can you just talk a little bit about, and you have 2, specialty pharmacy segment and the long-term care, the -- how it differs in terms of driving growth in each one of those and your confidence level of the 2 particular segments right now?

**Stephen R. Davis**
*CEO & Director*

Yes, great. I'm going to ask Michael to take that question. And Michael, can you start by repeating the question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. So the question is the...

**Stephen R. Davis**
*CEO & Director*

The split between...

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

The split between specialty pharmacy and long-term care and the potential for growth. So if you think about the specialty pharmacy channel, that more represents the traditional office environment. Those are patients who are, on an ambulatory basis, seeing their physician. We have a sales force dedicated to that. And that's what I would call a more traditional model of patient acquisition and treatment. As Stephen alluded to, there's a lot of patients who are in long-term care, and one of the reasons is they're losing their independence. Long-term care is a separate kind of channel. It's a different ecosystem there. We target geriatric psychiatrists and consultant pharmacists who might have institutional control over many,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

many institutions and many, many beds. Once we have that secured in that ecosystem, we work with the staff to identify appropriate residents who are exhibiting the behaviors, and we're kind of working through that systematic, more institutionalized sell. It's important to note, though, that there may be more patients on a per capita basis in an institution with Parkinson's disease psychosis in the nursing home in general. However, they're older in their lives and they tend to have a shorter lifespan. So therefore, there's a more dynamic component to that market, a higher churn. And we can get the more younger patient, which is one of our core strategic objectives in the office environment.

**Elena Ridloff**
*Interim CFO & Senior VP of Investor Relations*

And the splits.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

And the split is about 2/3 specialty pharmacy, 25% long-term care.

**Unknown Analyst**

And do you expect the direct-to-consumer campaign to affect both channels equally? Or is it more so on the spec?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, and that's a really good question. So is...

**Stephen R. Davis**
*CEO & Director*

Repeat the question.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Do we expect the direct-to-consumer advertising to impact both channels? Our disease awareness campaign that we ran about this time last year pretty much only -- we only really saw an impact in the office environment. Again, that was designed to create conversations with the consumer and the caregiver and the doctor. In subsequent research, we haven't seen it just yet in long-term care, but there has been some comments by those long-term care constituents, we call them, that they think that branded campaign may have an impact on long-term care, but we see the impact largely in the specialty pharmacy channel.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And the last commercial question I have now before we get to some pipeline questions is -- I guess if you just take a step back, I mean, where you are heading into 2019 from a commercial point of view. Like compared to where you were this time of year, though obviously you couldn't have predicted the roller coaster you're about to be getting on to. But where you were out -- all these moving parts you just alluded to, how confident are you in the commercial positioning of NUPLAZID heading into this year?

**Stephen R. Davis**
*CEO & Director*

So the question, is given kind of the events that happened through 2018, how confident are we in the commercial positioning of NUPLAZID as we begin 2019? Yes, I would say I'm very confident in terms of the positioning of the drug. We -- all of the indicators that we've already discussed are pointing in the right direction, and I think we're beginning to see some really nice new growth that we can really leverage. So I'm very confident from that perspective. I think as we think about 2019 and even beyond

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

2019, there's just a lot of levers that we can pull to continue to drive growth. One of the most important that I think longer term is it's not a light switch that you flip. But longer term is I do think physicians will -- and we're beginning to see smaller sizes, we'll begin treating earlier and earlier in the disease. And I think they should. Again, they developed this practice of waiting and waiting and waiting to treat. But with a drug with a very favorable tolerability and safety profile that does not interact with the motor therapies that they're prescribing, I think there's an opportunity to go back in the treatment paradigm and treat patients that really need to be treated but just haven't been historically. So I think our profile is perfect for that kind of growth opportunity.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

I would just add that sequentially, we've added new physicians every sequential period, but we measure it. We've added new pharmacies in long-term care. Our physician surveys, we continuously do, and I did report on this last earnings. The expected future use by our core physicians is higher in the future. So I think that the need state is still there. Nothing's changed in the drug profile. And as Steve indicated, we're very confident in the future aspects.

**Unknown Analyst**

In the dementia-related psychosis channel, how well understood is it in both the GP and the specialist community that antipsychotics accelerate cognitive decline?

**Stephen R. Davis**
*CEO & Director*

Yes. So the question is, as it relates to dementia-related psychosis, how well is it understood in the general practicing community as well as specialists that the current dopaminergic atypical antipsychotics cause cognitive decline? Michael, your group has done some work on this recently, so I'll let you answer this.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, I think there was a landmark study, the [ KDAD ] study, that really indicated that, that was a causative factor. That's well-known, I think, at the specialty level. Of course, the antipsychotics now have a label warning in that area. So I think where physicians are, especially maybe at the primary care level, is they're -- if they treat, they're treating it really out of a -- they're boxed in and they have to use something, and even in that case many times are subjected to gradual dose reductions and test cases for that. So it's an area of great opportunity for us both educationally but also from a product profile given the fact that we're non-dopaminergic and that's a complete benefit to NUPLAZID.

**Stephen R. Davis**
*CEO & Director*

Yes. So just to recap, I think in the specialist community, particularly at the KOL level, well understood. Not as well understood when you get to the broader physician population. So there's -- again, as Michael mentioned, there's a real opportunity, I think, for us to further educate the medical community. But the study is a really rock solid, very large study. It's very clear the impact these drugs have.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

So then on the pipeline front, let me start with DRP with regard to the interim analysis you'll have later this year, can you talk about the scenarios there regarding what you'll be looking at and potentially how you guys would plan on disclosing the results of that?

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Yes. Serge, you want to take that? And just start by repeating the question.

**Srdjan R. Stankovic**
*President*

Yes. Yes, the question is on the DRP interim analysis plans and what level of disclosure would occur with that. Just a reminder, the relapse prevention trials typically, by protocol, have an interim analysis point, which is a design considering the withdrawal -- randomized withdrawal paradigm in the trial is also an -- ethically justified to evaluate whether you already achieved your primary endpoint at the midpoint of the trial or the midpoint of the number of events that are anticipated for the trial. However, the threshold that is set typically, and that is what we did in the DRP study, is fairly high because the alpha assigned to interim analysis is very low so that the overall alpha at the end of the trial is preserved for the last part of the assigned alpha. So threshold is high and the mechanics of the interim analysis will be that the independent, unblinded statistical group will conduct analysis as prespecified statistical plan. They will inform of those results to the data monitoring committee, independent committee that we have. And we will be informed whether we reach the efficacy endpoint of this trial, in which case the trial will stop or the trial will continue. And that is just the extent of the information we will have in terms of the interim analysis. Now obviously, if the outcome is positive, we will then share the -- first of all have insight and then share the detail of the data. If we are continuing to do the trial, it's a little more a different question about the public announcement because trial will be ongoing and there is a certain element of biasing investigators and participants on that. So we will consider the way in which we will be informing.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

If it's assumed that this interim analysis takes place later this year or towards the end of the year, you have decided you may have those [indiscernible]. You talked about there being a high threshold or to have the overwhelming efficacy [indiscernible] trial. With these relapse prevention studies, can you speak to the success rate that they've had in the past and whether it's been an interim analysis or the final one with the -- acknowledging that all these drugs are different with the trial...

**Srdjan R. Stankovic**
*President*

Right. The question is, what is success rate of the interim analysis in this type of trials? We are in a little bit of uncharted territory with the dementia-related psychosis and randomized withdrawal or relapse prevention trial in dementia because most of the randomized withdrawal trial done previously were either in schizophrenia or in depression. Success rate in those indication has been substantial, and many of those trials completed -- were stopped at the point of interim analysis. In this particular case, as there are no prior precedents, it's difficult for us to understand the level of confidence with which we would expect whether the trial will stop at interim analysis or not. Simply, the condition is different, not only the drugs are different.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And do you have a good -- are you guys monitoring the patient subtypes that are being enrolled into the DRP studies that you know? [indiscernible] all types of response to the drug or...

**Srdjan R. Stankovic**
*President*

Right. Yes. The question is about the distribution of dementia subtypes in our trial. Yes, we do have good insight both at 2 points. One is the -- among the patients that enter the 12-week open-label period, as well as distribution within the patients that are then randomized into the relapse prevention randomized withdrawal study. On both accounts, the distribution is fairly well matching the usual epidemiological understanding of the distribution of these subtypes. So we are within the expectations in that regard, meaning that most of the patients are with Alzheimer dementia types. Then the second is the vascular

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

dementia or some combination, Alzheimer or vascular. And then the other, Parkinson, Lewy body. And the smallest presentation is with the frontotemporal dementia.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And on the MDD front, you guys have been talking to the FDA coming up here relatively soon. With regard to your comment today and previously that you believe the CLARITY study can count as one of your 2 pivotals, is that based on prior feedback from regulators or is that just your ongoing assumption given the size and kind of robustness of the clinical trial?

**Stephen R. Davis**
*CEO & Director*

Srdjan?

**Srdjan R. Stankovic**
*President*

So the question is, why do we believe that the CLARITY would qualify as one of the 2 pivotal trials required for registration? The -- just as a background, SPCD design has 2 stages, and each stage essentially addresses a different question. Stage 1 addresses the question of does the drug work in everybody, everybody who entered the trials and where -- and it's a classical parallel design. The Stage 2 addresses a different question. Does -- how does the drug works in the subset of patients that are enriched for those that are not responding to placebo in Stage 1? Because we -- the -- our trial is overall positive with the weighted average of both stages. But more importantly, it is very robustly positive in the Stage 1, which is a classical experiment for whether the drug worked in everybody, in all comers to the trial, and it is essentially an independent experiment that is usually done in Phase III trials of a parallel placebo-controlled trials, that we believe that that's a very strong argument. And the -- in the words of the FDA that they recently discussed how they interpret the SPCD design, then they themselves said that when we are unsure how to interpret the overall results of SPCD study, we look at the Stage 1 and evaluate whether the trial is successful and drug works in Stage 1. So based on that, we have a level of confidence that, that trial would fully qualify.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And I guess the -- another pipeline question is your next upcoming readout, I believe, is the schizophrenia responder study. Given that, can you kind of maybe help us understand confidence level in that study and what type of prior data that's based upon?

**Srdjan R. Stankovic**
*President*

Well, when we -- first of all, let me -- just to repeat the question, is level of confidence in the results of the inadequate response schizophrenia trial. And in general, I guess it's for schizophrenia negative symptoms as well. Let me just start by saying is we are entering a really exciting period from the R&D perspective. After a couple of years of working and setting up the trial and running the trial, we -- in the next 12 months to 18 months, we will be really opening envelope on a number of very exciting indication. When we were discussing the -- strategically the plans to enter into a schizophrenia arena, we based that on essentially 3 elements. One is the preclinical animal pharmacology data and experiments that we had that clearly demonstrated the antipsychotic properties of pimavanserin in the animal models. Second, there were clinical analogues of the drug that have a predominant 5-HT2A antagonism that they demonstrated in clinical trials' success in treating the -- both positive and negative symptoms schizophrenia, and that both in monotherapy and in adjunctive paradigm. And finally, we had our own data, which is probably the most convincing argument because we -- prior trial done in schizophrenia in a somewhat little different paradigm. It's not adjunctive, but it's more a combination of the low dose of risperidone with pimavanserin versus the therapeutic dose of risperidone. We saw the antipsychotic properties and positive benefit of pimavanserin treatment in acutely schizophrenic patients both in -- on an overall pain scale, symptom

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

scale as well as on the positive and negative symptoms (sic) [ syndrome ]. So those 3 elements led us to pursue adjunctive therapy.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

I guess going to -- just real quick question on the Rett syndrome program starting Phase III later this year. How long would you anticipate a trial like that takes to run?

**Srdjan R. Stankovic**
*President*

Our current anticipation, this is -- there is a -- obviously, it's a rare disease indication. We are pursuing a Phase III trial that will have approximately 180 subjects in the trial. But considering that there are, first of all, quite a bit of excitement in the Rett community about trofinetide and the anticipation of the trial as well as existence of registries and we work with a advocacy group, we believe that probably within 12 months, 12 to 18 months, we will be able to complete a trial.

**Stephen R. Davis**
*CEO & Director*

Just to annotate that, when we acquired rights to the asset, we indicated that we think that we could be in a position to file an NDA on the drug in 2021.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

And just kind of continuing on from there, business development. You came in last year with that asset. How much of a priority is this [indiscernible] at this point? You have a lot of trials ongoing today that will be reading out in the relative near term. So much trying to build a pipeline behind [indiscernible].

**Stephen R. Davis**
*CEO & Director*

So the question was -- and I think we're about out of time, so I'll try to make it really quick. The question is, what beyond trofinetide in terms of business development. And I'll just simply say it's a really -- it is a pillar of our strategy. It's a really important initiative that we have. And we have a very meaningful team dedicated just to looking at these other assets externally.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Thank you, guys.

**Stephen R. Davis**
*CEO & Director*

Thank you.

**Srdjan R. Stankovic**
*President*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Ex. 53
P. 18

# Exhibit 54

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ4 2018 Earnings Call Transcripts

## Tuesday, February 26, 2019 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** |
| **EPS Normalized** | (0.55) | (0.50) | NM | (0.52) | (1.99) | (1.94) | NM | (1.70) |
| **Revenue (mm)** | 59.46 | 59.57 | ▲0.18 | 63.32 | 223.73 | 223.81 | ▲0.04 | 297.15 |

Currency: USD
Consensus as of  Feb-15-2019 8:35 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2018** | (0.56) | (0.44) | NM |
| **FQ2 2018** | (0.45) | (0.51) | NM |
| **FQ3 2018** | (0.58) | (0.50) | NM |
| **FQ4 2018** | (0.55) | (0.50) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................................... 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**Ex. 54**

**P. 3**

# Call Participants

**EXECUTIVES**

**Elena Ridloff**
*Interim CFO & Senior VP of
Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial
Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

**ANALYSTS**

**Alan Carr**
*Needham & Company, LLC,
Research Division*

**Andrea R. Tan**
*Goldman Sachs Group Inc.,
Research Division*

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research
Division*

**Douglas Royal Buchanan**
*JMP Securities LLC, Research
Division*

**Matthew Thomas Holt**
*JP Morgan Chase & Co, Research
Division*

**Nathaniel Tower**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Nirav Y. Shelat**
*Piper Jaffray Companies, Research
Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC,
Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

## Operator

Good day, ladies and gentlemen, and welcome to the ACADIA Pharmaceuticals Fourth Quarter and Full Year 2018 Financial Results Conference Call. My name is Christie, and I will your coordinator for today. [Operator Instructions] I would now like to turn the presentation over to Elena Ridloff, Senior Vice President of Investor Relations and Interim Chief Financial Officer at ACADIA. Please proceed.

## Elena Ridloff
*Interim CFO & Senior VP of Investor Relations*

Thank you, Christie. Good afternoon, and thank you for joining us on today's call to discuss ACADIA's fourth quarter and full year 2018 financial results. Joining me on the call today from ACADIA are Steve Davis, our Chief Executive Officer, who will provide a brief overview of our strategy, recent achievements, pipeline opportunities and financial performance; Michael Yang, our Chief Commercial Officer, who will provide updates on our commercial initiatives with NUPLAZID; and Dr. Serge Stankovic, our President, who will discuss our pipeline progress. I will then discuss our financial results before turning it back to Steve for his final remarks and opening the call up for questions. I would also like to point out that we are using supplemental slides, which are available on the Events & Presentation section of our website.

Before we proceed, I would like to remind you that during our call today, we will be making a number of forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including goals, expectations, plans, prospects, growth potential, timing of events or future results, are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings we made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

I'll now turn the call over to Steve Davis, our Chief Executive Officer.

## Stephen R. Davis
*CEO & Director*

Thank you, Elena. Good afternoon, everyone, and thank you for joining us today. In 2018, our team executed on all 3 of our strategic pillars. First, to grow, grow NUPLAZID as the only FDA-approved treatment and standard of care for patients with Parkinson's disease psychosis or PDP. Second is to leverage, leverage the potential of pimavanserin in additional indications with unmet need. And third is to expand our pipeline further through focused business development in CNS disorders, again, with high unmet needs.

Let's take a look at the progress we've made in advancing each of these pillars on Slide 6. We continue to grow NUPLAZID in PDP and achieved $59.6 million in net sales in the fourth quarter of 2018, a 37% increase over the same period in 2017. Net sales for the full year 2018 were $223.8 million, which represents a 79% increase year-over-year. This growth was fueled by our commercial initiatives, including the launch of our 34-milligram capsule in August. In late November, we launched our direct-to-consumer TV ad campaign and expect this to benefit new patient starts in 2019.

Based on our execution and the growth we're seeing in 2019 as we enter the year, we are providing NUPLAZID net sales guidance of $275 million to $300 million for the full year 2019.

Last year, we continued to leverage pimavanserin in clinical development for additional CNS indications. This was highlighted by our positive Phase II CLARITY results in adjunctive treatment of major depressive disorder. In addition, we recently completed our end-of-Phase-II meeting with the FDA, and we'll be initiating 2 Phase III trials in the first half of this year. Importantly, in our end-of-Phase-II meeting, we confirmed with the FDA that our Phase II CLARITY trial can be submitted as 1 of 2 pivotal trials to support

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a supplemental NDA filing. So we will need at least 1 of the 2 Phase III trials for conducting, which will also be positive.

We also strengthened our balance sheet with the successful financing in the fourth quarter. We ended 2018 with approximately $474 million of cash and are well positioned to continue executing on all 3 pillars of our business strategy.

Slide 7 represents what I think is probably the most underappreciated aspect of our business. On this slide, you see the addressable population for both the indications we're currently approved in, Parkinson's disease psychosis, together with the other indications that we're pursuing with pimavanserin. There are 3 take-home messages that I think are important here.

Point #1 is we're pursuing very large markets. These are markets with either no FDA-approved treatment or markets in which patients continue to experience significant disease burden due to the inadequacies of existing therapies. In aggregate, the additional indications you see on the slide represent an approximately 40-fold increase over the PDP addressable population.

Point 2 is because we're advancing the same molecule, pimavanserin, in all of these indications, and of course, we're already approved in PDP, we know the safety and tolerability profile of the drug. We know the drug-drug interactions. We know how to make it.

And point 3 is we have evidence of clinical efficacy in each of these indications. So we can substantially derisk these programs, and as I said before, we love to make these kinds of investments.

With that, I'll now turn it over to Michael to discuss our commercial performance.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thank you, Steve. Please turn to Slide 9. Today, I would like to provide you with an update on the progress we're making with our commercial activities that are driving continued growth of NUPLAZID.

First, we are in the process of completing the transition to the 34-milligram capsule from the 17-milligram tablets. The single 34-milligram capsule was launched to provide patients with a single dosage form to achieve the once daily 34-milligram dosing recommendation for the treatment of PDP with NUPLAZID. The introduction and adoption of the 34-milligram capsule has gone very well. The commercial team has successfully facilitated smooth health care professional and patient transition to the single 34-milligram capsule, and we believe this has resulted in a more positive patient experience.

We are focusing on driving new commercial initiatives across the business, leveraging the introduction of the 34-milligram capsule in Q3 and the FDA reaffirmation of the positive benefit-risk profile. As Steve mentioned, we launched a branded direct-to-consumer campaign at the end of November, an important time of the year when extended families gather together and would be expected to notice changes in their loved one. We look forward to seeing this positively impact new patient starts and revenue in 2019, along with our other commercial initiatives.

Beyond these efforts, I'd like to point out that the Movement Disorder Society recently published an update to the recommendations for treatments for non-motor symptoms of Parkinson's disease. Within this update, NUPLAZID is the only treatment listed as both efficacious and having an acceptable level of safety risk without specialized monitoring for the treatment of psychosis. This conclusion adds to the level of confidence we have been establishing with physicians that their patients suffering with PDP should try NUPLAZID first. Of the roughly 125,000 patients who received treatment for PDP, currently a low double-digit percentage are taking NUPLAZID. As the only FDA-approved therapy for PDP, NUPLAZID's addition to these recommendations is an important validation of the product's position in the treatment paradigm.

Slide 10 highlights our recent growth trends in the long-term care channel. As you can see, we've seen continued growth in total bottle demand throughout 2018. The long-term care channel represents roughly 25% of our total business, as you can see from the pie chart on the right. Over the past 2 quarters, we've seen our channel-specific long-term care commercial initiatives gain traction and create momentum. This

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

has delivered a higher growth rate in the long-term care channel as compared to our specialty pharmacy channel.

Now I would like to turn your attention to our specialty pharmacy channel and why we're encouraged by recent growth trends in new patient starts, as shown on Slide 11. In the specialty pharmacy channel, which represents 2/3 of our business, we are now seeing a nice return to sequential growth in new patient starts in the fourth quarter of 2018 compared to the third quarter. We are seeing this momentum continue into the new year with average weekly new patient starts up quarter to date sequentially. The growth of new patient starts is supported with both the launch of the 34-milligram capsule and the FDA's public statement of the positive benefit-risk profile of NUPLAZID as well as the launch of our branded DTC campaign. For the overall business, we achieved sequential growth of approximately 6% in total bottles in the fourth quarter. In addition, our refill rate has remained consistent.

On Slide 12, we outline a typical patient journey starting with the time they or their caregiver recognizes their symptoms to when they are motivated to take action. Once patients feel compelled to take action, it typically takes weeks to months before they have that next visit with their physician to talk to their physician about their symptoms and seek treatment. Following these appointments, the majority of these prescriptions are then sent to our patient access hub, which assists patients with a prior authorization and reimbursement process. The majority of our NUPLAZID patients typically start on a free trial period during this time, and as a result, there is typically a lag between our marketing efforts and when a new patient starts to contribute to revenue.

We believe, with our current commercial initiatives taking hold and the promising growth trends we have observed in new patient starts, that we are back on track and we will significantly increase our market penetration over the next several years.

I'll now turn it over to Serge to provide R&D updates on our pipeline.

**Srdjan R. Stankovic**
*President*

Thank you, Michael. I'm extremely pleased with our R&D progress in 2018. Equally, I'm really looking forward to the next several quarters as we will be reporting results from a number of our ongoing late-stage clinical trials.

Let's start with Slide 14. Pimavanserin is a first-in-class selective serotonin inverse agonist. All other antipsychotics work primarily by blocking dopamine and then particularly problematic in Parkinson's patients who suffer from the lack of dopamine. In addition to PDP, pimavanserin has already shown indication of efficacy in all 4 clinical categories we are pursuing and are currently evaluating in late-stage programs. Furthermore, given our expertise in drug development for CNS, we licensed the rights to trofinetide in August. Trofinetide is a novel synthetic analog of the amino-terminal tripeptide of the IGF-1 insulin-like growth factor. Trofinetide has positive Phase II data in its target indication of Rett syndrome. In total, we have 5 late-stage programs that we are advancing this year.

On Slide 15 are just a few recent near-term highlights I wanted to share with you. First, we recently completed our end-of-Phase-II meeting with the FDA to discuss pimavanserin as adjunctive therapy for major depressive disorder. I am happy to report that, as we expected, the FDA agreed that the CLARITY trial would serve as 1 of the 2 pivotal trials for our supplemental NDA submission. As always is the case, the end-of-Phase-II matters are ultimately subject to NDA review. We will initiate our Phase III program as planned in the first half of this year. Second, we confirmed with the FDA our study design for Phase III trial with trofinetide, which we will initiate in the second half of 2019. And third, we remain on track to announce top line results from our ongoing Phase III ENHANCE trial in schizophrenia-inadequate response mediator.

Starting with Slide 16, we will now discuss our ongoing programs in a little more detail. Dementia-related psychosis affects about 1.2 million patients in the United States and has very serious consequences, including repeated hospital stays and early progression to nursing home care, more rapid progression of dementia and an increased risk of morbidity and mortality. There is no FDA-approved treatment for DRP.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As highlighted on Slide 17, our program in dementia-related psychosis is leveraging the benefits we observed in 2 previous studies: our PDP pivotal [ SAPS ] study as well as our Phase II study in Alzheimer's disease psychosis. Following these 2 studies, we had an end-of-Phase-II meeting with the FDA and agreed on our Phase III plan, and it's represented on the next slide. As a reminder, this development program also received Breakthrough Therapy Designation from FDA.

Our Phase III HARMONY study is a relapse prevention study. We have agreement with the FDA that robust results from this single study can serve as the basis for an sNDA submission. We anticipate final results of this study in 2020 with an interim read in the second half of this year.

There are substantial unmet needs today in the treatment of major depressive disorder, as outlined here on Slide 19. On the right-hand side are the observed results from our Phase II CLARITY study testing pimavanserin as an adjunctive therapy for SSRI to SSRI or SNRIs. We have very promising overall study results. Our primary end point improvement in the 17-item Hamilton Depression Rating Scale was achieved with a p-value of 0.039. Our key secondary end point, improvement in the Sheehan Disability Scale, was achieved with a p-value of 0.004. And it's well known that disability represents a significant burden for patients with depression.

We also observed positive results in 7 additional prespecified secondary end points. Our results were very impressive given the high unmet need that exist in the treatment of MDD today. We believe these results are clinically and commercially meaningful as we seek to develop pimavanserin as a potential best-in-class treatment for adjunctive MDD.

In Stage 1 of the CLARITY study, where all study patients are [ NOI ], we observed unequivocal efficacy result and achieved our primary end point, shown here on Slide 20, with a p-value of 0.0003 and an impressive effect size of 0.63. As I mentioned, we recently completed our end-of-Phase-II meeting with the FDA. And as we expected, the FDA confirmed that our CLARITY study would be submitted as 1 of the 2 pivotal studies in support of an sNDA for the adjunctive treatment of major depressive disorder.

Slide 21 shows our Phase III development program for MDD. We plan to conduct 2 6-week Phase III parallel-designed, placebo-controlled trials, thus subsequently derisking -- substantially derisking our MDD program. Our CLARITY study, combined with at least one of these Phase III trials, will be the basis for an NDA submission.

Moving on, I would like to discuss our schizophrenia-inadequate response program. Data from our early Phase II study with pimavanserin added to low dose of risperidone provided supportive evidence and proof of principle for further development of pimavanserin in this indication. As such, we initiated our ongoing Phase III ENHANCE study in 380 patients, and we remain on track to announce top line data from this study in mid-2019.

Slide 23 highlights the trial design for our ENHANCE trial. This is a 6-week study evaluating patients who had an inadequate response to their current antipsychotic treatment for schizophrenia and are receiving either pimavanserin plus background antipsychotic therapy or placebo plus background antipsychotic therapy. The primary end point is the change from baseline on the Positive and Negative Syndrome Scale total score.

Turning to Slide 24. There is no FDA-approved treatment for the negative symptoms of schizophrenia. We are conducting a 380-patient Phase II study and expect to complete enrollment in the second half of this year.

Turning now to Rett syndrome and trofinetide on Slide 25. Rett syndrome is a debilitating neurodevelopmental disorder that occurs predominantly in females following apparently normal development for the first 6 months of life. Currently, there are no approved medicines for this rare disease, which affects approximately 6,000 to 9,000 patients in the United States. After recent interaction with the FDA, we have finalized our Phase III trial design for trofinetide. This 3-month study will evaluate approximately 180 females aged 5 to 20 with Rett syndrome. If our Phase III trial is positive, there is a potential to submit an NDA in 2021 based on this single Phase III study.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Slide 27 provides a summary of our upcoming clinical milestones for 2019 and beyond. It is going to be an exciting time, and I look forward to updating you on our progress.

With that, I will now turn the call over to Elena to discuss our financial performance.

**Elena Ridloff**
*Interim CFO & Senior VP of Investor Relations*

Thank you, Serge. today, I'll discuss our fourth quarter and full year 2018 results and our financial outlook.

Please turn to Slide 29. In the fourth quarter of 2018, we recorded $59.6 million of net sales, an increase of $16 million or 37% compared to the $43.6 million of net sales in the fourth quarter of 2017. The gross-to-net adjustment for Q4 2018 was 16.8%. Weeks of inventory in the channel at the end of Q4 was consistent with Q3.

Moving down the P&L. Total operating expenses, including cost of goods sold, were $126.8 million in the fourth quarter of 2018 compared to $113.6 million for the same period in 2017. These amounts included $20.4 million and $22 million of noncash stock-based compensation expense, respectively. GAAP R&D expenses increased to $48.2 million in Q4 2018 from $43.2 million in Q4 of 2017. Fourth quarter R&D expense benefited from the timing of certain clinical trial-related costs, which will now be realized in the first quarter of 2019. GAAP SG&A expenses decreased to $74.3 million in Q4 2018 from $66.7 million in the fourth quarter of last year. The increase was primarily due to an increase in marketing expense related to our branded direct-to-consumer advertising program.

For the full year of 2018, on Slide 30, we reported $223.8 million of net sales, an increase of $98.9 million or 79% compared to the $124.9 million of net sales in 2017. The gross-to-net adjustment for the full year 2018 was 16.6%.

Total operating expenses, including cost of goods sold, were $471.3 million in 2018 compared to $417.3 million in 2017. These amounts included the $81.6 million and $75.5 million of noncash stock-based compensation expense, respectively. GAAP R&D expenses increased $187.2 million in 2018 from $149.2 million in 2017. The increase was primarily due to additional clinical study costs incurred as we continue to invest in additional pipeline programs for pimavanserin as well as an upfront payment of $10 million to Neuren Pharmaceuticals for trofinetide in the third quarter of 2018. GAAP SG&A expenses increased to $265.8 million in 2018 from $255.1 million in 2017. The increase was primarily due to an increase in marketing expense related to our direct-to-consumer advertising program.

Please turn to our 2019 guidance on Slide 31. As Steve mentioned, for the full year 2019, we expect continued strong growth for NUPLAZID with net sales between $275 million and $300 million. At the midpoint of this guidance range, this represents an approximate 28% growth in revenue year-over-year and approximately 20% volume growth year-over-year. We expect the gross-to-net adjustment in the range of 18% to 19% for the full year. We project it to be higher than the full year 2018 adjustment as a result of an increase in manufacturer's donut hole obligation to 70% in 2019 from the previous 50%.

With regard to the first quarter, there are 3 factors to consider. First, we're forecasting a gross-to-net adjustment of 28% to 30%. As a reminder, gross-to-net is typically highest in the first quarter due to the annual reset of the donut hole manufacturer obligation for Medicare Part D patients. Second, our ongoing DTC campaign initiated towards the end of last year, and therefore, the positive benefit to volume will largely be realized starting in the second quarter. There will be a partial benefit in Q1. And third, as we complete the transition to the 34-milligram capsule from 17-milligram tablet this quarter, it is possible that our channel partners may experience a temporary reduction in inventory as they sell through the remaining 17-milligram inventory in the channel.

On the expense side for 2019, we expect GAAP R&D expenses to be between $250 million and $265 million. The increase compared to 2018 is a result of our planned progression of 5 late-stage clinical programs in 2019. We expect the bulk of these investments to occur in 2019 and 2020. We expect GAAP SG&A to be between $280 million and $295 million for the full year, and we expect noncash stock-based compensation expense to be between $80 million and $90 million in 2019.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We ended the year with $473.5 million in cash and investments. Inclusive of our 2018 equity offering, we've modeled approximately 144 million fully diluted shares for 2019.

And with that, I'll turn the call back over to Steve.

**Stephen R. Davis**
*CEO & Director*

Thank you, Elena. Please turn to Slide 33. In closing, our team is focused on executing on all 3 of our strategic pillars in 2019: one, growing NUPLAZID in Parkinson's disease psychosis; two, leveraging pimavanserin in additional large market CNS indications; and three, potentially expanding our pipeline through disciplined business development.

As always, we appreciate the dedication and hard work of all of our employees who are committed to improving the lives of the patients and caregivers with CNS disorders.
I will now open up the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Cory Kasimov with JPMorgan.

**Matthew Thomas Holt**
*JP Morgan Chase & Co, Research Division*

This is Matthew on for Cory. My first question is on the Phase III MDD program. Can you discuss your decision to run both a U.S. and an EU trial and how this might differ with respect to each other and the Phase II CLARITY study in terms of patient enrollment criteria?

**Stephen R. Davis**
*CEO & Director*

Sure. Serge, do you want to take that?

**Srdjan R. Stankovic**
*President*

Yes. Thanks, Matt. Both Phase III trials are essentially identical in design and matched very closely almost identically to our Stage 1 Phase II trial that we just performed. So in terms of the patient population that we are addressing, in terms of the measures, the outcome measures, it's a very similar design.

**Matthew Thomas Holt**
*JP Morgan Chase & Co, Research Division*

Got it. And then turning to schizophrenia for the ENHANCE study. Curious to get your general level of confidence going into this readout and curious to what you're seeing so far with the proportion of patients that are either dosed up or dosed down with the flexible dosing.

**Srdjan R. Stankovic**
*President*

Yes. I have to say I have always a very high level of confidence with every trial I do. Otherwise, I probably would not do that. So we do have -- I do have conviction that pimavanserin can bring a benefit to patients with schizophrenia in an adjunctive treatment paradigm. Of course, I've been long in this business to know that this clinical trial has its own challenges. So I would say that I'm reasonably optimistic about the outcome of this trial. From the perspective of what we see in the trial in a blinded fashion in terms of the dose, one thing that I can say is that majority of patients are ending up on the 34-milligram dose, on the higher dose, with a smaller proportion of patients on the lower dose. I would also say that we are seeing a nice retention, which gives us quite a bit of confidence in terms of the quality of trial and execution of the trial.

**Operator**

Our next question is from Ritu Baral with Cowen.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Apologies for the background noise. Serge, can you discuss a little bit the conduct of the HARMONY study? And I know we had a discussion about the outlook for the interim. But how should we think about the probability of success at the interim, especially given the positive KOL feedback that [ you have gotten ]?

**Stephen R. Davis**
*CEO & Director*

Serge, did you hear the question?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Srdjan R. Stankovic**
*President*

I did not understand the last part of your question, Ritu. If you could just repeat, please.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Yes. Just how we should think about the probability of success at the interim. KOLs have had good things to say about pimavanserin and the indication and seem reasonably confident, but it all depends on how you're splitting the alpha.

**Srdjan R. Stankovic**
*President*

Right. Again, a couple of comments in that respect. I mean, I will just reiterate my general optimism about the trials that we are conducting and potential of pimavanserin in this indication. There are a couple of considerations one has to take here. As we previously mentioned that we -- the interim analysis alpha threshold is fairly high. So we did not want to have a high alpha spend at the interim analysis. So we put that threshold rather high. And although quite possible, it's something to consider when thinking about the probability of success at the interim analysis. The second consideration is, of course, there are not too many precedents, although there are a lot of precedents in schizophrenia and depression in terms of the relapse prevention trial and the rate of success as the interim analysis, which is fairly high. This is -- combine it all, it's only a second relapse prevention trial in the area of dementia psychotic -- psychosis or psychosis with agitation. Previous trial, [ Varonad ] trial was with risperidone with psychosis in 100 patients. So from that perspective, we don't have a long historical record with probability of success. Having said all of that, I think it's reasonable to expect that there is a fair chance that this trial is going to end up at that point.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

And trial conduct [indiscernible] so far?

**Srdjan R. Stankovic**
*President*

The trial is progressing very well. And as you know, one thing we can certainly see because the first 3 months is open-label trial, and we had seen quite a nice success in terms of the ability of pimavanserin to stabilize these patients and their ability then to meet criteria for randomization. So we are quite pleased with those results. And due to that, trial is progressing quite well in terms of the planned enrollment as well as randomization.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. And my follow-up is on the DTC program. Are we going to get -- or are you guys tracking any metric that will measure the success of the DTC program?

**Stephen R. Davis**
*CEO & Director*

Michael, do you want to take that?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Thanks for the question. And I would just say that we're really pleased with the earlier -- early indicators we're seeing, and I think that really is reflected in our guidance. We're hearing consistent reports that patients are requesting NUPLAZID by name, and we're seeing a significant amount of increased traffic on our consumer and our physician websites. So we are tracking a number of different

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

early indicators. Of course, you're starting to see some reflection of that maybe perhaps in the new to brand.

**Operator**

Our next question is from Tazeen Ahmad with Bank of America Merrill Lynch.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

The first, Steve, if you can give us some color with regards to what, if any, impact you're seeing from your last year's media articles. And I don't know if you could comment on what your sales force is hearing from physicians and whether or not you're seeing any questions coming in from insurance providers. And then I have a second question.

**Stephen R. Davis**
*CEO & Director*

Yes, thanks for the question, Tazeen. I think if we just go back to 2018 when we had some media articles, we said at the time that we do not anticipate any long-term effects on the brand. We said that we're very confident in the safety profile of the drug and that we have the best information available to assess that. The FDA did a thorough evaluation, as I think everyone is aware of last year. And they concluded 3 things. One, they saw no additional safety concerns. Two, they reminded patients, if you're taking the drug, you should keep taking it under the advice of your health care professional. And three, they reminded physicians that this is the only drug approved for the treatment of PDP. So as our -- what we thought in 2018 holds true today. We continue to have high confidence in the growth of the brand. When we launched the drug, we said expect to see more of a linear progression. And that's what we've seen generally throughout the course of the drug. So we remain very highly confident in the longer-term prospects of the drug. And as we discussed on this call and on the last call, we're seeing some really encouraging indications of new growth.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Sorry, Tazeem, I just want to address your question around payers and the sales force. We've not seen any change in our payer status. And at this junction, the sales force, obviously, as I mentioned, is positioning the FDA reaffirmation of our safety profile. And that's being well received by the physicians in terms of confirming what they already suspected and already knew. So no change in the attitude of the physician nor the guidance by payers.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. Michael, maybe another one for you. As the launch is progressing, you've had some time to take a look at prescribing trends. And I guess based on what you know so far, are you making any changes to your targeted physician list? Is it becoming longer? Is it becoming shorter? And do you have a preference on whether you would like to see prescriptions from as many doctors as possible and they don't necessarily need to be multiple prescriptions? Or would you rather have certain physicians be prescribing patient -- the drug to more of their patients?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Great question. First of all, I think we have seen quarter-over-quarter and we saw in the fourth quarter a significant growth in new time prescribers, first-time prescribers. So we are still seeing additions to our brand. But as a priority, we are now, I think, moving to a period where we want to get more depth. There's still a cohort of physicians we'd like to reach, but we're starting to get into a situation where many people have dabbled with the product, and we're working deeper. And I think these guidelines we just talked about will help drive further confirmation of the use of NUPLAZID first line. That's where we are. It's kind of moving more physicians deeper into first-line usage with NUPLAZID.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question is from Charles Duncan from Cantor Fitzgerald.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

A quick question on commercial and then one on R&D. With regard to guidance, $275 million versus $300 million, could you give us a sense of kind of what the pressure points are around that or key determinants of that range? And then if you have any certain success goals that you'd like to share with us with the branded DTC, I'd love to hear them.

**Stephen R. Davis**
*CEO & Director*

Charles, I think we heard the first question. Could you repeat the second question regarding DTC?

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Yes. It was if you have any certain success goals with that, if you could outline those.

**Stephen R. Davis**
*CEO & Director*

Sure. Got it. Okay. Elena, do you want to take the first question?

**Elena Ridloff**
*Interim CFO & Senior VP of Investor Relations*

So Charles, with regards to the guidance range, obviously, early in the year. So we account for a number of potential scenarios within our range. If you think about the range we provided today, at the low end, it assumes mid-teens annual year-over-year volume growth. And at the high-end, mid-20%, as I mentioned previously, around 20% the midpoint. We obviously incorporate a range of expectations with regards to growth, both in the specialty pharmacy channel and the long-term care specialty distribution channel, and as well as possible considerations with regard to price. As I think you know, we took a price increase for the first time in the year at the end of December 2018.

**Stephen R. Davis**
*CEO & Director*

Yes, Charles. Just to follow up on your question on DTC. So the first step that we do when we evaluate the campaign is can we execute the media targets that we have. So we have a certain amount of reach and frequency and media wait. We are executing on that with our campaign. That moves then to building the awareness with the target audience, and then that's call to action. The first step to call to action is investigation. And that's what I referred to with the significant traffic we had intentionally on our websites and our digital properties. Importantly, an important component of that is what we call high-value actions. So more than just regular hits but people who have downloaded videos, discussion guides, seeking their physician, et cetera. We then measure that in terms of action in the office, and from there, we convert that action into patient support. And we're hearing, as I mentioned, more physicians indicate that patients are asking for NUPLAZID by name. So those are just some of the kind of goalposts along the way. But ultimately, our evaluation of this campaign's success will be in its ability to arc the business in terms of paid starts.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Okay. Well, we'll look forward to seeing that over the course of the year. And then just a quick question for Serge. I'm wondering if you could share with us what you'd like to see out of schizophrenia-inadequate response trial, kind of the effect size that would be clinically meaningful. And then also, just kind of share

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with us on the DRP study, why would you do an interim read? What is really the practical implications of that?

**Srdjan R. Stankovic**
*President*

Yes. Thanks, Charles. On the schizophrenia, if you look at the meta-analysis of the effect sizes for all of the current antipsychotics that are all in monotherapy treatment paradigm, the effect sizes are anywhere from as low as 0.3 to majority of the effect sizes that we see at about 0.5 with a couple of exceptions above 0.5 going up to 0.8, notable exceptions being [indiscernible]. So where we are -- where I would be between an adjunctive paradigm, quite excited if we see that level of average effect size of around anywhere between 0.4, 0.5, will be quite exciting for us to see that effect size. Obviously, that depends on many elements, and there are other data that we will be looking in the overall results of the trial to determine the overall benefit because one of the benefits that we don't particularly discuss often is that in this combination, we may see some benefit on the safety and tolerability side in this combination, and that's something that we will be also looking when we look at the overall results of the trial. On the DRP side, first of all, all of the randomized withdrawal trials because of its nature of the design, where patients are stabilized on an active treatment and then treatment is withdrawn for at least half of the patients in the design, there are some ethical considerations of and concerns not to prolong the implementation and the execution of the trial if you already reached the evidence of efficacy. So from that perspective, interim analysis is sort of a mainstay in the design of the randomized withdrawal or relapse prevention trial. And secondly is the power of the trial is such that, as I mentioned earlier, at least the schizophrenia trial and in the depression trial, this happened more often than not. So from that perspective, historically, is also expectation that, that interim analysis makes a whole lot of sense.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Okay. But there are no changes that could occur with the interim analysis such as numbers of patients involved or statistical analysis plan changes?

**Srdjan R. Stankovic**
*President*

Absolutely not. What will occur is interim analysis will be performed, and that will be done by firewall group that will report to our Data Safety Monitoring Committee. And they will inform us whether the interim analysis yielded positive results, in which case we will stop the trial and unblind, analyze the data and report the data. Or if the criterion for stopping the interim analysis for efficacy are not met, the trial will continue without any changes.

**Stephen R. Davis**
*CEO & Director*

So I think as Serge mentioned earlier, the right way to think about the interim read is the study has got power for an interim read, of course, because we're using a very, very small part of the alpha there. If we hit that very high bar, right, the study is over. We'll move to a submission. The only reason we will stop the study is on a positive read for the interim read. If we don't stop the study at the interim read, that's fine. We'll just continue executing the trial as planned. And the bar at the end of the study, of course, is much lower [ than that ].

**Operator**

Our next question is from Salveen Richter with Goldman Sachs.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

This is Andrea on for Salveen. Our first one is in light of your fiscal year '19 guidance, which reflects about 28% year-over-year at the midpoint, can help us think about drivers of growth? I know you've mentioned

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

Ex. 54
P. 15

a couple, but on the floor, do you see this more as a reflection of true organic growth or a consequence of increasing pricing?

**Stephen R. Davis**
*CEO & Director*

Michael, do you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, we see this as a reflection of organic growth.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

Can you speak a little bit more about the core drivers?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Of course, the one that I mentioned, we see great enthusiasm and greater ability to penetrate our long-term care channel. And we're seeing great traction with that and continue to drive on those levers. The other would be the extension of the 34-milligram launch, which is, in itself, a put up, obviously. But it's a way to refresh the efficacy and safety benefit message, combined with the FDA reaffirmation statements and fueled by external resources now citing NUPLAZID as being a drug of choice in the category for PDP. So we'll be levering that. And of course, then -- and it all -- tied together with our large lever, which is closing the PDP awareness gap, on which DTC is one lever of it. But we're doing a number of other things to reach consumers and patients to educate them around the symptoms. And so those are the core kind of drivers for creating organic growth in '19.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

Great. And then just a follow-up to that. For your direct-to-consumer campaign, I think, previously, you had mentioned that there was a skewed effect in the specialty channel that you were observing. Is this still the case? And how do you better target the long-term care channel?

**Stephen R. Davis**
*CEO & Director*

I didn't quite hear the first part of your question.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

So just in terms of the effect of your direct-to-consumer campaign, previously you have mentioned that there was a greater effect of -- for your specialty channel. So I was just wondering if that is something that is still the case and how you would go about targeting the long-term care channel.

**Stephen R. Davis**
*CEO & Director*

Right. Great question. And good memory, yes. The first campaign that we had is with the disease awareness campaign. Our research indicated that we didn't really see much effect from the long-term care channel. We're evaluating that now on the branded side, and there may be evidence that we can share later that it might be impacting the long-term care channel. But a lot of data still has -- we have to still assess that. Our strategy for long-term care is -- in terms of increasing penetration is mainly at the institutional education level. These are systems of care, the delivery networks, and we are largely integrating NUPLAZID into treatment protocols. And it's a highly regulated environment. So we're working within those regulations to increase the selection of NUPLAZID as a preferred agent in PDP for patients

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in long-term care. So that's going to be more of an education kind of system sell, and we're doing other things with regards to patient identification in long-term care.

**Srdjan R. Stankovic**
*President*

Maybe just stated differently, one very significant opportunity in PDP in the specialty pharmacy is the normal doctor office channel of the business, is that there's this very large information gap between patients recognizing symptoms and having the discussions with their physicians. There's less of a gap in the long-term care channel. So that's why in the long-term care channel, they have other mechanisms for continuing to educate the community on NUPLAZID.

**Operator**

Our next question is from Danielle Brill with Piper Jaffray.

**Nirav Y. Shelat**
*Piper Jaffray Companies, Research Division*

This is Nirav Shelat on for Danielle Brill. Apologies in advance if you have already covered this. I have joined a little late. But I just wanted to get a little bit of information about the DTC campaign, specifically how, one, it will be running to and when the full on effect should be taking place.

**Stephen R. Davis**
*CEO & Director*

Sure. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Well, as I mentioned, we launched the campaign on Thanksgiving day. And our campaign is going to be running through the first quarter. So that's kind of where we're going to stop and assess the program. And the effects, we believe, we've given it a very large 4-month wait on the campaign. And it's a significant investment.

**Stephen R. Davis**
*CEO & Director*

Just to echo Michael's thoughts. What we'll do when we complete the campaign that we're committed to funding now is we'll assess, of course, as we draw closer to the end of that, what the return on investment is from the campaign and that some of that assessment will pass the end of the campaign. And then we'll determine what options we're going to pursue going forward for the remainder of the year.

**Nirav Y. Shelat**
*Piper Jaffray Companies, Research Division*

Got it. Okay. That's great. And then the last question I had, and this is just sort of for myself, just to remind myself is, when will the ENHANCE trial data be expected?

**Srdjan R. Stankovic**
*President*

ENHANCE trial? Yes, our schizophrenia-inadequate response trial will report midyear.

**Operator**

Our next question is from Alan Carr with Needham & Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A couple of them, one of them around the pattern with new starts in your specialty pharmacy. You had particularly strong first quarters for a little while here. I'm wondering if you can comment on that. And then also with respect to Europe, I think you said in the past that you wanted to wait until you had more data on more indications or at least Phase III data on more indications. So at what point do you make a decision around Europe? Is it after second indication, around third one?

**Stephen R. Davis**
*CEO & Director*

Yes. Alan, I'll take the second one, and then I'll ask Michael to respond to your first question. With respect to the second question, there's no change in terms of our plans for filing outside the U.S. As we indicated earlier, we frame-shifted the filing, and the objective is to try to get data on more indications. So as we've said, as we get more and more data, we'll continue to reassess that. But at this point in time, we're continuing to frame-shift our strategy outside of the U.S.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thanks, Alan. In regards to the first quarter, I don't think there's any associated magic with the first quarter versus other quarters, except to say that when we ran the last campaign a year ago and we ran this campaign, it is important for us to leverage that family gathering in the fourth quarter. And so that tends to, I think, create more enthusiasm or more patient identification opportunities when we run our campaigns. So we've not run a campaign outside of the -- like late fourth quarter or into the first quarter. So I really can't comment on how that would affect other quarters in a comparison basis. But obviously, the first quarter is super important for this business in a chronic nature basis because the more patients we can to acquire early in the year, the more impact it has to a positive benefit on our revenue.

**Stephen R. Davis**
*CEO & Director*

I'd just add a little bit of additional color there. I think last year, the first quarter of 2018, we've made a number of adjustments, which we spoke to previously in the second half of 2017. And I think those adjustments -- look, we were not surprised with the first quarter -- in the first quarter of 2018 because of the adjustments we've made and the early indicators that we've seen leading to that. It's a little bit different situation as we're coming into the first quarter of 2019, where we're seeing some really encouraging early indicators of growth, but there have been frame-shift a little bit from the indicators that we've seen last year.

**Operator**

Our next question is from Paul Matteis with Stifel.

**Nathaniel Tower**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Nate on for Paul. Maybe first, can -- you mentioned you took -- I think in December you took a price increase for the first time this year. How are you thinking about approaching pricing as you start to move into some of these potentially much larger indications?

**Stephen R. Davis**
*CEO & Director*

Michael, do you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Well obviously, we think there's great potential in the, let's say, larger indications like DRP or MDD and the benefit that NUPLAZID can provide these patients given the clinical profile is substantial. And if you take MDD, we believe commercially, that could be best-in-class adjunctive therapy for the reasons

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Serge already subscribed. If you take DRP, there's no asset approved there. There's a significant unmet need for patients with psychosis that is not going to have [ a bit of a neuralgic ] cognitive impairing therapy. So we believe that in both categories, significant unmet need. Conversely then, we're talking about payers and looking at situations with large patient populations. And we believe in our early work that we've done with payers, given the clinical profile and our ability to use pricing mechanisms with the payers, that we believe we can find that right price point for those different audiences that would be sequenced from PDP to DRP to MDD potentially. So we believe that we can work with the payers to get the right access points for those patient populations. It's important to note, on the MDD side, that will be an expansion of our audience to a more commercial/younger population. And in that setting, we have more ability to negotiate in this context of not having a Medicare patient population. So that's a different nuance.

**Nathaniel Tower**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got you. That's helpful. And then maybe one more. Can you just elaborate a little bit on the end-of-Phase-II conversations with the FDA in terms of getting alignment on CLARITY as a pivotal? And then kind of specifically, I'm interested on how much discussion there was around its SPCD design and in particular the Stage 2 results.

**Srdjan R. Stankovic**
*President*

Well, going into the end-of-Phase-II meeting, we already knew the position of the division in regard to how they consider the SPCD design in trials and what are the really important elements of the trial that they are particularly looking as an evidence of the efficacy of the drug. All of that came very clearly in the Alkermes Advisory Committee meetings. So we had a very good sense where their position is. And considering that our trial was positive overall, especially in design, as well as very robustly positive Stage 1, which FDA really consider as a real evidence of efficacy for the drug in the context of SPCD design, there was very little discussion, actually, about use of our trial, Phase II trial, as one of the pivotal trial. I mean, that alignment existed almost before the meeting. So that wasn't a subject of any particular exchange.

**Operator**

Our next question is from Roy Buchanan with JMP Securities.

**Douglas Royal Buchanan**
*JMP Securities LLC, Research Division*

I'm in for Jason Butler. Just hopefully one quick question. Just wanted to know how you guys are thinking about the regulatory path forward and negative symptoms of schizophrenia.

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take that question?

**Srdjan R. Stankovic**
*President*

Yes. Well, as we stated, there is nothing approved for negative symptom schizophrenia at this point, particular -- and there is nothing in an adjunctive paradigm for that. We are obviously considering a variety of options in terms of the regulatory path forward, but a lot of that will depend on actual data and results when we read out our Phase II trial. And based on the strength of that data, we will determine the exact path forward in terms of our regulatory approach.

**Operator**

Mr. Davis, please proceed to closing remarks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Stephen R. Davis**
*CEO & Director*

Great. Thank you, operator, and thanks to each of you for joining us today. We look forward to updating you on our progress next quarter.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation, and you may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

20

Ex. 54
P. 21

# Exhibit 55

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## Form 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification Number)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code:**

**(858) 558-2871**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, par value $0.0001 per share** | **The Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Securities Exchange Act of 1934:

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act of 1934). Yes ☐ No ☒

As of June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $1.2 billion, based on the closing price of the registrant's common stock on the Nasdaq Global Select Market on June 29, 2018 of $15.27 per share.

As of January 31, 2019, 143,882,381 shares of the registrant's common stock, $0.0001 par value, were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement to be filed with the Securities and Exchange Commission by April 30, 2019 are incorporated by reference into Part III of this report.

**ACADIA PHARMACEUTICALS INC.**

**TABLE OF CONTENTS**
**FORM 10-K**
**For the Year Ended December 31, 2018**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business. | 1 |
| Item 1A. | Risk Factors. | 17 |
| Item 1B. | Unresolved Staff Comments. | 46 |
| Item 2. | Properties. | 46 |
| Item 3. | Legal Proceedings. | 46 |
| Item 4. | Mine Safety Disclosures. | 47 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 48 |
| Item 6. | Selected Financial Data. | 49 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 50 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 59 |
| Item 8. | Financial Statements and Supplementary Data. | 59 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure. | 59 |
| Item 9A. | Controls and Procedures. | 59 |
| Item 9B | Other Information | 62 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance. | 63 |
| Item 11. | Executive Compensation. | 63 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 63 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 63 |
| Item 14. | Principal Accounting Fees and Services. | 63 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules. | 64 |

i

**Ex. 55**

**P. 3**

**PART I**

**FORWARD-LOOKING STATEMENTS**

This report and the information incorporated herein by reference contain forward-looking statements that involve a number of risks and uncertainties, as well as assumptions that, if they never materialize or prove incorrect, could cause our results to differ materially from those expressed or implied by such forward-looking statements. Although our forward-looking statements reflect the good faith judgment of our management, these statements can only be based on facts and factors currently known by us. Consequently, forward-looking statements are inherently subject to risks and uncertainties, and actual results and outcomes may differ materially from results and outcomes discussed in the forward-looking statements. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and you are cautioned not to unduly rely upon these statements.

Forward-looking statements can be identified by the use of forward-looking words such as "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continue," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or other similar words (including their use in the negative), or by discussions of future matters such as the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical. These statements include but are not limited to statements under the captions "Business," "Risk Factors," and "Management's Discussion and Analysis of Financial Condition and Results of Operations" as well as other sections in this report. You should be aware that the occurrence of any of the events discussed under the caption "Risk Factors" and elsewhere in this report could substantially harm our business, results of operations and financial condition and cause our results to differ materially from those expressed or implied by our forward-looking statements. If any of these events occurs, the trading price of our common stock could decline and you could lose all or a part of the value of your shares of our common stock.

The cautionary statements made in this report are intended to be applicable to all related forward-looking statements wherever they may appear in this report. We urge you not to place undue reliance on these forward-looking statements, which speak only as of the date of this report.

**Item 1.**     *Business.*

**Company Overview**

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines that address unmet medical needs in central nervous system, or CNS, disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, and is the only drug approved in the United States for this condition. NUPLAZID is a selective serotonin inverse agonist, or SSIA, preferentially targeting 5-HT$_{2A}$ receptors. Through this novel mechanism, NUPLAZID demonstrated significant efficacy in reducing the hallucinations and delusions associated with PD Psychosis in our Phase 3 pivotal trial and has the potential to avoid many of the debilitating side effects of existing antipsychotics, none of which are approved by the FDA in the treatment of PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation that provides patients with the recommended 34 mg once daily dose in a single, small capsule, reducing patient pill burden compared to the previous administration of two 17 mg tablets. In addition, the FDA approved a 10 mg NUPLAZID tablet for patients concomitantly receiving strong cytochrome 3A4 inhibitors, which can inhibit the metabolizing of NUPLAZID.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we are continuing to study the use of pimavanserin in multiple disease states. For example, we believe dementia-related psychosis is one of our most important opportunities for further exploration. In December 2016, we

1

Ex. 55
P. 4

announced positive top-line results from our Phase 2 study exploring the utility of pimavanserin for the treatment of Alzheimer's disease psychosis, or AD Psychosis, a disorder for which no drug is currently approved by the FDA. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in October 2017, which allows us to evaluate pimavanserin for a broader indication than AD Psychosis alone. More specifically, HARMONY will evaluate pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Furthermore, in the fourth quarter of 2017, the FDA granted Breakthrough Therapy Designation to pimavanserin for dementia-related psychosis.

According to the National Institute of Mental Health, major depressive disorder, or MDD, affects approximately 16 million adults in the United States, with approximately 2.5 million adults treated with adjunctive therapy. The majority of people who suffer from MDD do not respond adequately to initial antidepressant therapy. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in 207 patients with MDD who had a confirmed inadequate response to existing first-line, SSRI or SNRI, antidepressant therapy. In the study, pimavanserin met the pre-specified primary and key secondary endpoints with statistical significance and positive results were also observed in seven additional secondary endpoints including response rate, improvement in sexual function, and a reduction in daytime sleepiness. Pimavanserin was generally well-tolerated in the study with no meaningful weight gain or impact on motor function observed. In February 2019, we conducted an End-of-Phase 2 Meeting with the FDA and we plan to initiate a Phase 3 program for pimavanserin as an adjunctive treatment for MDD in the first half of 2019.

We also believe schizophrenia is a disease with multiple unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. Despite a large number of FDA-approved therapies for schizophrenia, current drugs do not adequately address certain important symptoms of schizophrenia, such as inadequate response to current antipsychotic treatment of psychotic symptoms and negative symptoms. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. ENHANCE is a Phase 3 study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. We expect to report top-line results of the ENHANCE study mid-2019. ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia.

In August 2018, we acquired an exclusive North American license to develop and commercialize trofinetide for Rett syndrome and other indications from Neuren Pharmaceuticals Limited, or Neuren. Rett syndrome is a debilitating neurological disorder that occurs predominantly in females following apparently normal development for the first six months of life. Typically, at between six to eighteen months of age, patients experience a period of rapid decline with loss of purposeful hand use and spoken communication and inability to independently conduct activities of daily living. Symptoms also include seizures, disorganized breathing patterns, scoliosis and sleep disturbances. Trofinetide is a novel synthetic analog of the amino-terminal tripeptide of IGF-1 designed to treat the core symptoms of Rett syndrome by reducing neuroinflammation and supporting synaptic function. Trofinetide has been granted FDA Fast Track Status and Orphan Drug Designation in the U.S. and Europe for the treatment of Rett syndrome. Currently, there are no approved medicines for the treatment of Rett syndrome. We plan to initiate a Phase 3 randomized, double-blind placebo-controlled study evaluating trofinetide in girls with Rett syndrome in the second half of 2019.

We were originally incorporated in Vermont in 1993 as Receptor Technologies, Inc. We reincorporated in Delaware in 1997 and our headquarters are in San Diego, California. We maintain a website at *www.acadia-pharm.com*, to which we regularly post copies of our press releases as well as additional information about us. Our filings with the Securities and Exchange Commission, or SEC, are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this report or our other filings with the SEC.

We own or have rights to various trademarks, copyrights and trade names used in our business, including ACADIA® and NUPLAZID®. Our logos and trademarks are the property of ACADIA Pharmaceuticals Inc. All other brand names or trademarks appearing in this report are the property of their respective holders. Use or display by us of other parties' trademarks, trade dress, or products in this report is not intended to, and does not, imply a relationship with, or endorsement or sponsorship of us, by the trademark or trade dress owners.

**Our Strategy**

Our strategy is to identify, develop and commercialize innovative drugs that address unmet medical needs in CNS disorders. We have assembled a management team with significant industry experience to lead the discovery, development, and commercialization of our product opportunities. We complement our management team with scientific and clinical advisors, including recognized experts

Ex. 55
P. 5

# Exhibit 56

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ1 2019 Earnings Call Transcripts

## Wednesday, May 01, 2019 8:30 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.53) | (0.59) | NM | (0.46) | (1.91) | (1.08) |
| **Revenue (mm)** | 60.93 | 62.96 | ▲3.33 | 72.31 | 292.15 | 422.83 |

Currency: USD
Consensus as of  May-01-2019 9:00 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2018** | (0.45) | (0.51) | NM |
| **FQ3 2018** | (0.58) | (0.50) | NM |
| **FQ4 2018** | (0.55) | (0.50) | NM |
| **FQ1 2019** | (0.53) | (0.59) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ....................................................................................... | 3 |
| Presentation | ....................................................................................... | 4 |
| Question and Answer | ....................................................................................... | 9 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Ex. 56**

**P. 3**

# Call Participants

### EXECUTIVES

**Elena H. Ridloff**
*Executive VP & CFO*

**Mark C. Johnson**
*Vice President of Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

### ANALYSTS

**Alan Carr**
*Needham & Company, LLC, Research Division*

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

**Sumant Satchidanand Kulkarni**
*Canaccord Genuity Limited, Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to ACADIA Pharmaceuticals' First Quarter 2019 Financial Results Conference Call. My name is Shannon and I will be your coordinator for today. [Operator Instructions]

I would now like to turn the presentation over to Mark Johnson, Vice President of Investor Relations at ACADIA. Please proceed.

**Mark C. Johnson**
*Vice President of Investor Relations*

Thank you, Shannon. Good afternoon, and thank you for joining us on today's call to discuss ACADIA's First Quarter 2019 Financial Results. Joining me on the call today from ACADIA are Steve Davis, our Chief Executive Officer, who will provide a brief overview of our strategy, recent achievements, pipeline opportunities and financial performance; Michael Yang, our Chief Commercial Officer, will provide updates on our commercial initiatives with NUPLAZID; Serge Stankovic, our President, will discuss our pipeline progress; and Elena Ridloff, our Chief Financial Officer, who will discuss our financial results before turning it back to Steve for his final remarks and opening up the call for questions. I would also like to point out that we are using supplemental slides, which are available on the Events and Presentation section of our website.

Before we proceed, I would first like to remind you that during our call today, we will be making a number of forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including goals, expectations, plans, prospects, growth potential, timing of events or future results, are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

I'll now turn over the call to Steve Davis, our Chief Executive Officer.

**Stephen R. Davis**
*CEO & Director*

Thank you, Mark. Good afternoon, everyone and thank you for joining us today. During April, we at ACADIA were proud to honor Parkinson's Awareness Month. This was an important opportunity for our employees to share their commitment to Parkinson's disease patients and caregivers, whom we aim to serve every day. Many in ACADIA participated in awareness and charity walks alongside patients and their caregivers. In addition, we collaborated and placed our support to several Parkinson's patient advocacy organizations across the country to help make educational events possible year round and not just during April.

Please turn to Slide 6. We come in to 2019 with significant momentum, executing on all 3 of our strategic pillars. First, we continue to grow the sales of NUPLAZID as the only FDA-approved treatment for patients with Parkinson's disease psychosis. Second, we continue to leverage the potential of pimavanserin in additional indications of high unmet need. And third, we continue to explore multiple opportunities to expand our pipeline through disciplined business development to achieve our long-term vision in CNS.

Let's review our first quarter progress on Slide 7. We are extremely pleased with our team's efforts this quarter, driving our strong sales performance. In the first quarter, NUPLAZID achieved $63 million in net sales, a 29% year-over-year increase. Based on our execution and growth of NUPLAZID in the first quarter, we have raised the lower end of our revenue guidance and now forecast 2019 net sales to be between $280 million and $300 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

On the clinical development front, I'm pleased to announce that we recently completed enrollment in both of our late stage schizophrenia studies. In our ENHANCE study, we're evaluating pimavanserin as an adjunct treatment in schizophrenia patients with inadequate response and we expect to report topline data midyear. Our ADVANCED study is evaluating pimavanserin as an adjunct treatment in schizophrenia patients with prominent [ negative ] symptoms and we now anticipate reporting top line results sooner than expected. We should have results from this study around the end of this year.

I'm also thrilled to announce that we recently initiated our Phase III CLARITY program, evaluating pimavanserin as an adjunctive treatment for major depressive disorder. And finally, we expect to initiate our Phase III program evaluating trofinetide as a treatment for Rett syndrome in the fourth quarter this year.

With that, I will now turn it over to Michael to discuss our commercial performance.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thank you, Steve. Please turn to Slide 9. Today, I would like to provide you with an update on the progress we're making in delivering continued growth of NUPLAZID. This has been the result of our execution of our key commercial initiatives to establish NUPLAZID as the treatment of choice in management of PD Psychosis and we are pleased with the response we've seen from physicians, patients and their caregivers.

We have successfully completed our transition to the 34-milligram capsule in the first quarter and have stopped selling the 17-milligram tablets. We believe this will result in a more positive patient experience. NUPLAZID new patient starts in both the specialty pharmacy and the specialty distribution channels of our business continue to grow throughout the quarter. We believe this was due to the awareness [ built by ] our DTC campaign, showing the potential positive benefits of NUPLAZID as a treatment for PDP patients.

In February, we pointed out that the international Parkinson's and Movement Disorder Society published their updated treatment recommendations for PD Psychosis, which included pimavanserin as the only medication listed as efficacious and clinically useful. Our team started educating about these recommendations in the first quarter, which served as important peer review guidance on the appropriate care for patients with PD Psychosis. Physicians have told us that this guidance is useful to help support their treatment recommendations.

Turning to Slide 10, as you can see, we have established a solid growth trajectory in 2019. We believe this reflects our continued growth in new patient starts and continued expansion of our prescriber base, driven by the response to our DTC campaign and our customer-facing field force. Importantly, we continue to see more and more physicians use NUPLAZID as first-line treatment for PDP.

For the overall business, we achieved sequential volume growth of approximately 6.5% in the first quarter. We are especially pleased with the response to our long-term care specific commercial initiatives, which delivered a higher growth rate in long-term care this quarter. We continue to receive feedback from the community about the positive experiences patients and their caregivers are having with NUPLAZID. We estimate that over 125,000 patients received treatment for PDP and we intend to continue to grow our market share in this population. The current growth supports our confidence in our updated 2019 guidance and the long-term opportunity for NUPLAZID in PD Psychosis.

I'll now turn it over to Serge to provide R&D updates on our pipeline.

**Srdjan R. Stankovic**
*President*

Thank you, Michael. Today, I look forward to sharing some exciting updates regarding our R&D progress. Let's start with Slide 12. Pimavanserin is first-in-class selective serotonin inverse agonists. All other antipsychotics worked primarily by blocking dopamine, which is particularly problematic in Parkinson's patients who suffer from a lack of dopamine. In addition to PDP, pimavanserin has already shown positive results in all 4 clinical categories we are currently evaluating in late stage clinical progress. We also plan

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to initiate a Phase III program for trofinetide in Rett syndrome later this year. In total, we are advancing 5 late stage programs.

On Slide 13, are just a few recent highlights I wanted to share with you. First, as Steve noted, we recently completed enrollment in both of our late stage schizophrenia studies, evaluating pimavanserin [ as an attractive ] treatment, ENHANCE for patients with an inadequate response to antipsychotic treatment and ADVANCE for patients with predominant negative symptoms. Second, we initiated our CLARITY Phase III program for pimavanserin as an adjunctive treatment for patients with major depressive disorder or MDD. And third, the positive Phase II results for trofinetide in Rett syndrome that were recently published in Neurology.

Starting with Slide 14, I will review our ongoing programs in a little more detail. There is no FDA-approved treatment for dementia-related psychosis or DRP. DRP is estimated to affect approximately 2.4 million patients in the United States, of which about half are diagnosed. Our Phase III HARMONY clinical study in DRP patients is leveraging the benefits we observed in 2 previous studies, our PDP pivotal study as well as our Alzheimer's disease psychosis study. HARMONY is a relapse prevention study. As a reminder, all patients are treated with pimavanserin for 3 months in an [ off-label ] fashion and only those patients with a stable response get randomized to either continue pimavanserin or to placebo and are followed for additional 6 months primarily -- primary outcome is time to relapse. We have agreement with the FDA that robust results with HARMONY can serve as the basis for a supplemental NDA submission. This development program received Breakthrough Therapy Designation from the FDA, the second such designation for pimavanserin. We anticipate final results of this study in 2020, with an Interim Reading in the second half of this year.

Let's turn to Slide 15 in our MDD program. Today, the standard of care for people with MDD is to initiate treatment with an SSRI or SNRI. However, a majority of patients do not adequately respond to this initial treatment and continue to experience significant symptoms of depression. As a consequence, approximately 2.5 million people in the United States take additional drugs as adjunctive therapy. Unfortunately, for these patients, the approved treatments for both first-line and adjunctive therapy in MDD can carry significant side effects burdens, leading to high unmet needs and sometimes difficult treatment decisions. We believe pimavanserin and its unique pharmacologic and clinical profile may represent an important new adjunctive therapy for patients struggling with MDD.

Slide 16 highlights the result of our Phase II CLARITY trial compared to the significant unmet needs that exist today. We have positive overall study results, including achieving statistical significance on our primary and key secondary endpoints relative to placebo. The results were even more robust in Stage 1. CLARITY results are impressive, given the high unmet need that exists in the treatment of MDD. We believe these results are clinically important as we seek to develop pimavanserin as a potential adjunctive treatment for MDD.

Slide 17 shows our Phase III development program for pimavanserin for adjunctive treatment of MDD, which we recently initiated. CLARITY-2 and CLARITY-3 are both 6-week parallel designed, randomized double-blind placebo control multicenter study, designed to evaluate the efficacy and safety of pimavanserin as adjunctive treatment in patients with MDD, who have an inadequate response to standard antidepressant therapy with either an SSRI or SNRI. CLARITY-2 has initiated enrollment and will involve approximately 280 patients in the United States. CLARITY-3 will initiate enrollment in the coming months and will enroll approximately 280 patients outside of the United States. The primary endpoint in both studies is the change from baseline on the 17 item Hamilton Depression Rating Scale total score. Our Phase II CLARITY study, combined with at least one of these Phase III trials, could be the basis of supplemental NDA submission.

I'll now review our 2 schizophrenia programs, starting on Slide 18. Approximately 1% of the adult U.S. population suffers from schizophrenia and approximately 30% of those patients have an inadequate response to therapy, meaning they show some response to treatment but remain highly symptomatic, requiring additional therapy. With no FDA-approved therapy for inadequate response, we believe the addressable U.S. population is roughly 700,000 patients. We have completed enrollment in our 6-week

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ENHANCE study and remain on track to announce topline data midyear. As a reminder, the primary endpoint in this study is the change from baseline on the positive and negative syndrome scale.

On Slide 19, we have a graphic representation of the ENHANCE study design. Turning to Slide 20, there is no FDA-approved treatment for the negative symptoms of schizophrenia. Approximately 40% to 50% of schizophrenia patients experience predominant negative symptoms, which provide us with the potential U.S. addressable population of approximately 1 million patients. Predominant negative symptoms include apathy, lack of emotion, social withdrawal and cognitive impairment. We have fully enrolled our 26-week ADVANCE study ahead of our expectations and now expect to announce results around year-end. The primary endpoint is the change from baseline on the negative symptom assessment 16 items scale.

On Slide 21, we have a graphic representation of the ADVANCE study design. Turning to Rett syndrome and trofinetide on Slide 22, Rett syndrome is a debilitating neurodevelopmental disorder that occurs predominantly in females, following apparent normal development for the first 6 months of life. Currently, there are no approved medicines for this rare disease, which affects approximately 6,000 to 9,000 patients in the United States. We plan to initiate Lavender, our Phase III study for trofinetide in Rett syndrome, in the fourth quarter of this year. This 3-month study will evaluate approximately 180 females with Rett syndrome, aged 5 to 20. If our Phase III trial is positive, there is a potential to submit an NDA in 2021, based on the single Phase III study.

Slide 24 provides a summary of our updated clinical milestones for 2019 and beyond. This is an exciting time for ACADIA in R&D and I look forward to updating you on our progress. I'll now turn the call over to Elena to discuss our financial performance.

**Elena H. Ridloff**
*Executive VP & CFO*

Thank you, Serge. Now I'll discuss our first quarter 2019 results and financial outlook. Please turn to Slide 26. In the first quarter of 2019, we recorded $53 million in net sales, an increase of $14.9 million or approximately 29% growth, compared to the $48.9 million of net sales in the first quarter of 2018. This was driven by approximately 19% volume growth year-over-year. The gross to net adjustment for Q1 2019 was 24.4%. The gross to net adjustment this quarter was less than our forecast, primarily due to stronger than anticipated performance in the specialty distribution portion of our business, which has more favorable growth to net. As a reminder, gross to net is typically highest in the first quarter, due to the annual reset of the [ donut hole ] for Medicare Part D patients. Basic inventory in the channel at the end of the first quarter was consistent with year-end 2018.

Moving down the P&L, total operating expenses, including cost of goods sold, were $150.6 million in the first quarter of 2019, compared to $103.7 million for the same period of 2018. These amounts included $19.9 million and $20.4 million of noncash, stock-based compensation expense, respectively.

GAAP R&D spend has increased to $52.9 million in Q1 2019, from $39.3 million in Q1 of 2018. The increase was primarily due to [ supplemental ] clinical study costs for pimavanserin, as well as development costs for trofinetide. GAAP SG&A expenses increased to $93.1 million in Q1 2019, from $60.9 million in the first quarter of last year. The increase was primarily due to the increase in marketing expenses related to our DTC advertising campaign, as well as increased charitable contributions. Cash used in operations during the quarter was approximately [ $64.2 ] million, compared to the $45.2 million for the first quarter of 2018. We ended the quarter with $414.3 million in cash and investments on our balance sheet.

Please turn to our annual guidance on Slide 27. As Steve mentioned, for the full year 2019, we expect continued strong growth for NUPLAZID and have raised the lower end of the guidance range. We now forecast 2019 net sales to be between $280 million and $300 million. At the midpoint of this guidance range, this represents approximately 30% growth in revenue year-over-year and approximately 20% volume growth year-over-year. We continue to expect gross to net adjustment in the range of 18% to 19% for the full year and forecast Q2 gross to net adjustment in the mid-to-high teens.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning to expenses, we continue to forecast GAAP R&D expense to be between $250 million and $265 million. On a quarterly basis, R&D expense will step up starting in the second quarter. This is related to the commencement of our Phase III program for major depressive disorder and manufacturing scale up to the trofinetide Phase III program.

We continue to forecast GAAP SG&A expense to be between $280 million and $295 million for the full year 2019. On a quarterly basis, we expect SG&A expense to step down starting in the second quarter. This is due to a reduction of advertising expenses related to the completion of our DTC campaign and reduced charitable contributions. We continue to expect noncash stock-based compensation expense to be between $80 million and $90 million in 2019.

And with that, I'll turn the call back over to Steve.

**Stephen R. Davis**
*CEO & Director*

Great. Thank you, Elena. Please turn to Slide 29. In closing, our team is off to a great start, executing on all 3 of our strategic pillars in 2019. First, growing NUPLAZID in Parkinson's disease psychosis. Second, leveraging pimavanserin in additional large market CNS indications. And third, pursuing digital and business development.
We truly appreciate the dedication and hard work of all of our employees who are driving our company's continued success. I'll now open up the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

ACADIA PHARMACEUTICALS INC. FQ1 2019 EARNINGS CALL | MAY 01, 2019

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Ritu Baral with Cowen.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

My first question is a little more detail on why you would discontinue the DTC or ramp that down, given it seems to be working for you. Or is there an option to keep that going? Are you thinking about other commercialization strategies to basically keep the renewed growth going? And I've got a follow-up on the negative symptom study.

**Stephen R. Davis**
*CEO & Director*

Okay. Let's deal with DTC first. Mike, do you want to take that question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Ritu, I think that our campaign we had already -- always planned to have it run through the first quarter, which we did execute that. And with campaigns like this, you create a bolus of attention and awareness and that is now going to flow through as people kind of go through the website, go see their positions, which will be benefiting from that throughout the second quarter and into the summer. It's very -- it's not normal to keep a campaign on 24/7, 365. So we will be learning more along the way as we're doing assessments. And, again, the campaign just ended a few weeks ago, so now we'll be in the process of pulling that awareness through to physicians and generating that demand. So we don't see a need to keep the campaign running throughout the year.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. And then -- go ahead.

**Stephen R. Davis**
*CEO & Director*

On Ritu's question. No, please go ahead. On negative symptoms.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Yes. And as we think about the upcoming Phase II data on the PAN's negative symptom scale, what constitutes good data? What constitutes the minimal clinically important difference? What's truly clinically meaningful to these patients? What would good data look like here, especially in comparison to the landscape?

**Stephen R. Davis**
*CEO & Director*

Right. Serge, you want to take that question?

**Srdjan R. Stankovic**
*President*

Just to clarify, Ritu, are you asking about the ENHANCE study for inadequate response? Or are you asking about negative -- predominantly negative symptom study?

**Ritu Subhalaksmi Baral**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Cowen and Company, LLC, Research Division*

Predominantly negative symptoms.

**Srdjan R. Stankovic**
*President*

Okay. This one we will be [ running ] our -- we will be reading out later this year toward the year-end. We may for the design of the study and the sizing of the study, we made assumptions that are very comparable to the effect sizes of a very few negative symptom trials that exist out there and that are considered clinically meaningful. We didn't disclose specifically what are the effect sizes we assume. But the negative symptom assessments scale has been used and is validated for this and we made certain assumptions in that regard that are clinically accepted as meaningful endpoints.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

What is that delta that you powered around?

**Srdjan R. Stankovic**
*President*

Yes. As I said, we didn't really disclose this. We are not disclosing the details. That's usually in our trials. But of course, we made appropriate, clinically meaningful assumptions around that.

**Operator**

Your next question comes from Cory Kasimov with JP Morgan.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

I actually had a very -- the first one is similar to what Ritu was asking, but for the upcoming inadequate responder schizophrenia study this summer. And [ there ] curious -- I guess you're not going to disclose the exact effect size, but can you speak in, at least general terms, to kind of what you're looking for in the study? Maybe the feedback you've gotten from KOLs from this front? And then my second trial will probably be for Serge as well, was for MDD and CLARITY, and I'm just curious on your expectations for bringing sites online and the potential enrollment in these studies, especially the U.S. one first, since that's already up and running. Is there anything you can glean on this front from all the other Phase III trials you've run with pimavanserin?

**Srdjan R. Stankovic**
*President*

Yes. Let me start with the ENHANCE study and the assumptions around that. With the inadequate response, our ENHANCE study, it's a little different because there is a plethora of studies and approved products in this. So there is a wide range of effect sizes that we saw with the currently approved treatment in monotherapy [ of this ] . And they range from starting somewhere of 0.25 to 0.3. A majority is between that and 0.5 effect size, with only a few exceptions going above 0.5. So our assumptions, as you imagine, are in that range of 0.25 to 0.5 on the scale, but we don't really, again, specifically discuss the deltas that we assume for the trial when we were sizing the trial. I just want to make one more comment here and that is, this is an adjunctive treatment. There are no other treatments for adjunctive therapy, so all of the assumptions around this are related to the monotherapy trials in schizophrenia in MDD. With regard to MDD, obviously, in the U.S. trial, we have a benefit of the number of sites that we worked on our CLARITY trials -- in the Phase II trials. So we, in terms of engaging the [ size ] , there was a quite a bit of interest. And with the positive results, we had quite a bit of interest for participation of the trials, so from that perspective, recruitment of study sites to participate was a very smooth process. We expect, ultimately, that recruitment will be going fairly similarly, like we have in our CLARITY trial, and that will -- even probably a little bit better because of now, with the positive result, there is a higher level of interest, obviously, on CLARITY. Compared to other pimavanserin trial, as you asked that as well,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I mean we -- I have to say, we have a fairly smooth recruitment across our different indications in all of the trial and is reflected in the way how we were able to follow our projected timelines for recruitment. So depression is no exception to that.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Can you just remind us how long it took you to recruit the Phase II CLARITY trial?

**Srdjan R. Stankovic**
*President*

It was a little more than 2 years. So we are expecting in this trial that it will be a similar situation, about 2 to 2.5 years to complete the trial.

**Operator**

Your next question comes from Jason Butler with JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

First one, on the commercial, another follow up on the DTC, can you maybe frame for us that bolus you mentioned before and how it compares to the impact or the positive impacts you got from the DTC campaign this time last year?

**Stephen R. Davis**
*CEO & Director*

Jason, I just want to make sure we're clear on the question. The bolus you're referring to is what?

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

So the bolus of patient inflow into the -- you mentioned in answer to a previous question that you got out of the DTC campaign this year versus last year, that you're now in the process with this year going through and looking to pull patients through on therapy.

**Stephen R. Davis**
*CEO & Director*

Okay. Yes, I don't think we used the term bolus, but I get the question and I think Michael does too, so Michael, do you want to try to answer it?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, let me address the second part first. The first campaign that we did a year ago was disease awareness. And of course, this is a brand-new campaign, so I think it's very hard to compare the two in regards to impact. In fact, we believe we're, obviously, getting a better brand request rate and interest rate with the branded campaign. With regards to the bolus, what I was referring to was is that we generate a lot of awareness and interest with the campaign. That's really what the original -- the first phase of the campaign is designed to do, stimulate interest and awareness. What we're now seeing is a very healthy attention [ rate ] into our digital properties, websites, et cetera. So we're getting good engagement there. We're also hearing both anecdotally and starting to attract some data at the doctor level. Those patients that are in the process will become, after they go on an appropriate trial, paid patients and generate revenue in ensuing quarters. So that's why we phase the campaign in the beginning of the year, so we'll get the benefits of that throughout 2019.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

And just a little bit of additional color there. I think on the last earnings call, we kind of walked through the process of patients becoming aware of the drug. They -- Parkinson's patients typically see their doctor every 3 months, sometimes every 6 months, sometimes a bit more frequently. So many times, this repetition of messaging to create awareness, then they have an appointment in some months later and then we start the process of them getting a prescription and going through a free drug and then a paid drug and then it's a full quarter right after beyond all of that that you get the full benefit from a full quarter of revenue from a patient that you started by increasing awareness. So I think the point Michael was making earlier is, the work that we've done in DTC over the last several months, we'll expect the benefit of that to continue on for some period of time.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. Okay. And just one question on the negative symptoms trials. Can you just talk about the background positive symptom score you expect to enroll in the study? And what happens? Is there anything built into the protocol if a patient has worsening positive symptoms at any point during the trial?

**Stephen R. Davis**
*CEO & Director*

Sure. Serge, you want to take that question?

**Srdjan R. Stankovic**
*President*

Right. We -- the -- in the negative symptom study, there is a requirement that the positive symptoms are fairly well controlled for the patient to be [ able ] . So it's predominantly negative symptom studies. So the positive symptoms are capped at a certain minimum of severity to be able to enroll in the study. In terms of potential worsening of positive symptoms, obviously, it's a clinical decision by the physician investigator whether they want to discontinue the trial and apply change in the patient's therapy. It's not something that we in the trial saw frequently or there is something that we anticipate will happen, because patients are continuing on their background antipsychotic, so if they have a good control of positive symptoms, but still express negative symptoms, that should be continued throughout the trial and for the most part, that's what we are seeing.

**Operator**

Your next question comes from Salveen Richter with Goldman Sachs.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

So in the Phase II schizophrenia trial, you used NUPLAZID and risperidone and you saw some benefits in PAM score in positive and negative symptom subscales. But your patient demographic wasn't specifically inadequate responders or negative symptom patients. So how should we think about the readthrough here to these 2 patient demographics?

**Srdjan R. Stankovic**
*President*

Salveen, yes, that's -- you're correct, the paradigm in that study was somewhat different. In that study, we used a sub-therapeutic doses of risperidone. In other words, a 2-milligram risperidone versus therapeutic dose of 6-milligram risperidone and combined it with pimavanserin, while 6-milligram risperidone was alone. And what we saw is that the efficacy that we saw in the trial was comparable and in some aspects, little bit better than what we saw with the full therapeutic dose of risperidone and improvement on the tolerability side of the trial. So we, obviously, that trial demonstrated synergies of between atypical antipsychotic risperidone with pimavanserin. What we are looking in this trial is a little different paradigm, obviously, people that are on atypical antipsychotic, but don't have a full response. And we are still [ looking ] for that synergistic effect to enhance the efficacy of the adjunctive treatments. So hence, the name ENHANCE.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Got it. And then maybe just a second question on your commentary that DTC didn't provide much benefit to the long-term care setting. Are there other strategies other than awareness that could be undertaken here?

**Stephen R. Davis**
*CEO & Director*

So Salveen, I'm going to just ask Michael, and you wanted to first clarify the point here.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Salveen, yes. No, I don't believe that I said that we did not see an impact in LTC. Maybe you misheard that. What I mentioned is when we did the first campaign, to compare the first campaign, which was disease awareness, to the branded campaign, there are different dynamics. And a point in fact, actually, we are seeing is an unexpected benefit from the branded campaign in long-term care. We believe that was part of the wind in our sails in long-term care in the first quarter. And conversely, we did not see that benefit specifically in long-term care with our disease awareness campaign. So we are seeing benefits. Now whether that is sustained over time, we'll be evaluating that. But we're very pleased with that impact that we saw in long-term care with our disease, with our branded campaign that we have on air, just finished.

**Stephen R. Davis**
*CEO & Director*

I'm sorry, just to be crystal clear, disease awareness campaign ran a year ago. We did not see much in the back of long-term care. Branded ad, which just finished this year, we see an impact.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

That's correct.

**Operator**

Your next question comes from Tazeen Ahmad with Bank of America Merrill Lynch.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Steve, just wanted to ask you a question with regards to the guidance. So on the call so far, you stated that you feel good enough with DTC that you're ready to wind that down a bit and focus on all the leads that you have. I think you also mentioned you had an uptick in long-term care. So I guess what more would you need to see in order to raise the higher end of guidance as well as the lower end? And then I have a follow-up.

**Stephen R. Davis**
*CEO & Director*

Tazeen, I'm going to let Elena answer the question.

**Elena H. Ridloff**
*Executive VP & CFO*

Tazeen, as we discussed year-over-year in the first quarter, we had 19% volume growth. At the midpoint of our guidance, that's pretty -- for the full year, that's pretty much on track with what's included in the midpoint of our guidance. So at this point in the year, we feel very pleased with how we are executing against our guidance and, hence, why we will increase the low-end of the range. As Michael mentioned, we have a number of commercial initiatives and are pleased with what we're seeing so far with DTC, and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we'll continue to track that and how we're tracking versus our full year guidance. And as appropriate, we will adjust it in the future.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So just to clarify -- go ahead.

**Stephen R. Davis**
*CEO & Director*

I'm just going to say that to be clear, as we mentioned earlier, on the DTC campaign, it's not that we stopped it because we've seen a certain result. We ran the campaign exactly as planned, so ran it through the planned conclusion of the television -- televised portion of the campaign, but we expect benefits to run beyond that. And you do reach a point where -- of saturation, where you do actually need to stop the television campaign in [order to poll benefit ] . So we feel really good about the early returns that we have in the campaigns.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And then can you just give a little bit more color on your free drug program? How long does it last and how many times can a patient renew? Has that changed?

**Stephen R. Davis**
*CEO & Director*

Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. So the standard program is a 14-day free trial when they come through our hub and distribution services. And they can re-up for that for another 14-day if the patient needs it. So we are not -- we don't hold the -- hold that as a hard rule, but if someone needs an extra 14 days, we give it, but the majority of patients get 14 days.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And the use of that program? Has that been stable? Or has that changed?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

It's been pretty stable.

**Operator**

Your next question comes from Charles Duncan with Cantor Fitzgerald.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

First of all, congrats on a good quarter progress and I had two, one commercial and one pipeline. The first regarding commercial, you had some comments on long-term care and the growth and you talked about the positive impact of DTC, at least initially. I'm wondering what else is contributing to the long-term care growth rate that was a little higher than you expected. And perhaps if you could touch on persistence now with the 34-milligram tablet versus the 2 by 17.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Sure. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Charles, we were very pleased with what we saw in both long-term care and our SP. So I want to be clear, we are very pleased with the bottle demand, the [ unit demand ] of long-term care and our new brand growth in our specialty pharmacy channel. Specifically, in addition, to what we mentioned around the benefit of awareness through the campaign in the long-term care, I think what you're starting to see is really a continued maturation of our long-term care commercial capabilities, that it's helped us drive growth in this setting. Basically, what we're doing is focusing on generating deeper demand in accounts and systems, where we have set up deposit access at the pharmacy, we've identified and nurtured a PDP disease champion, and then we further followed that up with a patient identification process. And that's a system by system account system that we have. So that started to pay on dividends with our commercial execution. That is in part also aided by the awareness driven by the DTC campaign. And that's what you're starting to see I think pay off in long-term care.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Okay. And then my second question is perhaps for Serge. On the pipeline and, specifically, ENHANCE versus ADVANCE, and several questions have been asked on the design and effect size assumptions, et cetera. But I wanted to step back and just ask you, when you think about the unmet need in terms of inadequate response versus negative symptoms, you laid out the number of patients, but where do you think the potential is to make a greater clinical impact on patient care and, therefore, perhaps, even pharmacoeconomic value of the 2 indications?

**Stephen R. Davis**
*CEO & Director*

Yes. Serge?

**Srdjan R. Stankovic**
*President*

Charles, that's a great question, actually, and one that provokes a lot of thinking on -- one interesting point I wanted to make here at the beginning is, that both of these trials are adjunctive trial. And currently, there is no any antipsychotic approved for adjunctive treatment in schizophrenia. Now it is true that in the ENHANCE trial, we are using patients that have symptomatology, both in the -- on the positive and negative syndrome scale, while in the ADVANCE trial, we are more focusing on the adjunctive therapy. Obviously, negative symptoms is holy grail. There is nothing that truly demonstrating efficacy in treating negative symptoms of schizophrenia. And from that perspective, it could be a great advancement in medical practice it would demonstrate a benefit in that adjunctive paradigm. But I would also say that on the adjunctive treatment of schizophrenia in general, even though there is nothing approved, there is a great many patients that are treating with 2 or more antipsychotic at the same time, because one antipsychotic is not able to control psychotic symptoms. And from that perspective, numbers vary widely, but they go from 25% to 65% of patients that are on the 2 antipsychotics or more at the same time. So from that perspective, looking at that, it would be a great advantage and advancement if we demonstrate a positive efficacy benefit and safety for adjunctive treatment, rather than using the antipsychotic that more or less are hitting on the same receptors and on the same neurotransmitters. And, therefore, even if they are producing some benefit, they are also producing a myriad of side effects and tolerability issues that we do not expect to see. I hope this is just a kind of brainstorming here. It's a very interesting question and I would like to talk more when I see you about this.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

That sounds good. Sorry for a clarification request, and that is that -- and I appreciate you taking it, is ADVANCE seemed to enroll perhaps a little quicker than we had expected and I'm just kind of wondering,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

15

Ex. 56
P. 16

ACADIA PHARMACEUTICALS INC. FQ1 2019 EARNINGS CALL | MAY 01, 2019

---

are physicians equally or more or less interested in enrolling one or the other study, if you have them onboard?

**Srdjan R. Stankovic**
*President*

You know, in the last maybe several months, ADVANCE sort of caught up with the ENHANCE study. And they are, essentially, continuous recruitment approximately at the same time. I wouldn't say that, that's a reflection of as much interest, as much dynamics in the clinical trials out there and competitive environment, countries where we are doing the trial. There are many factors that influence that. And -- but perhaps there is also an interest. I wouldn't discount that, but I don't think that this is the only factor that contributed to us. We always expect that these 2 trials would actually progress at the same time. The delay on the ADVANCE trial is just because it's a 6-month trial versus 6-weeks trial. So the readout will be 6 months later.

**Operator**

Your next question comes from Alan Carr with Needham & Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

A follow-up on the previous one, around ADVANCE and ENHANCE. Are you all disclosing which background meds are being used most often and which antipsychotics are being used most often at baseline in those 2 trials? And then with respect to ADVANCE in particular, is there any sort of run-in period to ensure that there is stability on positive symptoms? The last one is around charitable contributions. If you could comment on that. I think you said there would be reductions in that. Can you elaborate?

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take the first 2 questions?

**Srdjan R. Stankovic**
*President*

Yes. In regard to...

**Stephen R. Davis**
*CEO & Director*

Maybe if you could rephrase the first part I think.

**Alan Carr**
*Needham & Company, LLC, Research Division*

The background meds.

**Srdjan R. Stankovic**
*President*

Background meds, yes, we've been always saying that there is no secret about that -- all atypical antipsychotics that do not have a warning related to QT prolongation are allowed in our trials. So the only reason we excluded some of the antipsychotic was because of QT prolongation and our label and their label indicated that combination without a drug that prolong QT is not allowed. So from that perspective, all -- we should consider all atypical antipsychotics. So there is no secret about that.

**Alan Carr**
*Needham & Company, LLC, Research Division*

I was wondering if you all are disclosing which specific drugs or do any of them dominate in terms of the patient enrolled in the trial?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Ex. 56
P. 17

**Srdjan R. Stankovic**
*President*

Well, you know, we didn't -- of course, we will review that at the time of top line results. But we have a fair representation of the antipsychotic. This, obviously, somewhat depends also on the countries where we are. In some countries, there are different drugs approved and not approved. But naturally, I mean, the most -- this follows fairly, fairly accurately what is the use of these antipsychotics out there. So the most frequently used antipsychotics is the most that we see in our trials. But we didn't go into specifics on -- in that regard.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Okay. And a run-in in ADVANCE, is there anything like that to see if they are..

**Srdjan R. Stankovic**
*President*

Well, you know, we -- first of all, there is a run-in period. There is a screening period, where we evaluate patients at the qualification of the trial and the screening phase and then in the baseline visit and they do need to meet same criteria for entering the trial over that period that may go up to 3, 4 weeks. So that's one thing. In addition, we are also very careful in selecting the patients to make sure that they have levels of background antipsychotic in their blood to confirm that actually symptoms we are seeing are results and in spite of background antipsychotic therapy. That's a particularly relevant, well, that's relevant for both of these trials. So we are, in some sense, looking both at the stability and the symptoms we're seeing are results of inadequacy in therapy, rather than noncompliance with treatment.

**Stephen R. Davis**
*CEO & Director*

Charitable contributions, you asked about as well, Alan. Elena, do you want to take that question?

**Elena H. Ridloff**
*Executive VP & CFO*

Sure. Alan, contributing to independent charitable foundations that provide assistance to patients in need is part of our commitment to help ensure patients have access to their prescribed medications and treatment. For 2019, a greater portion of those donations are occurring in the first quarter of the year.

**Operator**

Your next question comes from Danielle Brill with Piper Jaffray.

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

I just had a quick question on the usage of NUPLAZID and a more specific question on channel distribution. Would you be able to provide some color on what percentage of patients with PDP are actually on NUPLAZID? I think you mentioned that it was 25% previously.

**Stephen R. Davis**
*CEO & Director*

I'm going to let Michael answer that. Do you want to first clarify what was said previously?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. We previously said that there are 125,000 patients treated and our penetration was around the low double digits. Currently, we're, I would say, in the mid-teens in that regard. So that's how I would answer the question.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 56
P. 18

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

I see. Great, okay. And I guess the other question I had was would you be able to provide some color on the volume growth trends between specialty and LTC and which channels are growing faster, if specialty has caught up? Any sort of color would be helpful.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Great question. So we've always represented that the FD, specialty distribution, of which long-term care is about 2/3 of that component, has roughly been about 1/3 of our business, the FD part of our business is 1/3. And our SP side, which represents more of the office space channel, is about 2/3. And that makes it generally pretty much where it's been. It waxes and wanes, depending on different dynamics. In the way, just a way to think about it is the way we see it, which is they're independent channels. They have different dynamics, different ecosystems and things kind of wax and wane. One of the things to note, though, is that in the long-term care, specifically, we have always said that we're little underpenetrated and that has a more volume growth ahead of it because we were -- we did not recognize that, that's a more rich channel that we didn't launch that as with the kind of robust efforts in the beginning. So as you know, we expanded our sales force and we've continued to evolve our commercial model there. So we're getting good results out of that, but SP is also going to be growing as well. So both channels have a lot of opportunity to grow, 1/3, 2/3 would be the split.

**Operator**

Your next question comes from Marc Goodman with Leerink.

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

Can you talk about business development a little bit? Should we expect another trofinetide type of opportunity to get added to the pipeline this year?

**Stephen R. Davis**
*CEO & Director*

Sure. So as we said very clearly on this call and on many previous calls, business development is one of our 3 strategic pillars. We think it's very important that we focus on that in a disciplined way, the disciplined way that we have, and trofinetide is a really great example of the kind of fruits that we expect to continue to yield from that process.

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

Maybe just ask the question in a different way, I guess, trofinetide was [ practically ] Phase III ready, right? So I was curious about as you're thinking about early phase, late phase, what are you looking at? How should we expect you to bring products in from that perspective?

**Stephen R. Davis**
*CEO & Director*

Yes. So we -- just as a matter of policy, we don't get into too much detail regarding specific assets or specific categories. We do have priorities, but we don't talk specifically about them. I would just simply say I think every asset is case dependent. Of course, late stage assets have a different risk-reward profile than earlier stage assets. And if it's helpful for just some additional color, I would say when we launched NUPLAZID, before we launched NUPLAZID, we did a survey when the companies that launched their first drug acquire additional assets, and what we saw is a very small blip on the radar screen in about year 3 and then a big blip at about year 7 and I just didn't see any reason to wait. I'd rather look at more assets over a longer period time so that would be more judicious and more strategic and that's what we're doing.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from Paul Matteis with Stifel.

**Unknown Analyst**

This [ Denver Addon ] on for Paul Matteis. I just wanted to ask a clarifying question on the regulatory path for schizophrenia. I guess if both schizophrenia studies are positive, the negative symptom study and the inadequate response study, would you expect this to be enough to file on for both indications i.e., like would you be able to include negative symptoms in that or would you anticipate needing additional confirmatory studies? And then I just have one real quick follow-up.

**Stephen R. Davis**
*CEO & Director*

Sure. Serge, you want to take that question?

**Srdjan R. Stankovic**
*President*

Yes. What we know, similarly as with major depression, the regulatory requirement for approval in adequate response would be a 2 confirmatory trials. But we of course are looking at a variety of options, but it is just premature for us until we see the results of the trial to speculate on potential regulatory paths for approval and we will certainly, once we have the results, we will certainly address that and address that with FDA as well.

**Unknown Analyst**

Okay. Great. Understood. And I just had one other question on the DRP HARMONY program. I guess at this point, what proportion of patients are you seeing get through the treatment run-in in the study? And if you're willing to disclose this, or if you can, how is this comparing to your expectations going into it?

**Srdjan R. Stankovic**
*President*

Right. I can say what I -- which I shared before, and that's pretty much continuing, and that is that we are seeing in the 3-month open label treatment phase of the study that somewhat -- a bit larger number of patients are achieving stable -- stabilization over 2, 8-week and 12-week period and are being randomized than we initially anticipated. So other than that, we did not disclose specific numbers, but I can say, we made this assumptions on the basis of what we are -- we saw in previous trials with pimavanserin and are seeing around that or a little bit better than that.

**Operator**

Your next question comes from Sumant Kulkarni with Canaccord.

**Sumant Satchidanand Kulkarni**
*Canaccord Genuity Limited, Research Division*

I have a couple. The first one, we have an important interim read in the dementia related psychosis HARMONY trial coming up later this year, but my question is on your SERENE trial and Alzheimer's-related agitation. We know the trial was discontinued in October 2017, but patients enrolled in that study were allowed to continue. Given SERENE is now showing up as completed as of late March according to ClinicalTrials.gov, do you plan to share any data there? Or how should we think about your expectations heading into the interim read on HARMONY?

**Stephen R. Davis**
*CEO & Director*

Serge, did you hear the question? You got it? On Alzheimer's-related agitation trials.

**Srdjan R. Stankovic**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

I assume that well we shared the data from that trial as it is required in the ClinicalTrial.gov with the results from that trial and, obviously, we will as, necessary -- as we see fit, we will further share the information and data. That's a trial that we stopped for business reasons at the point when we were moving to DRP. So it's incomplete trial, but there are some learnings that we really applied as we move forward with the trial. The core of the data is already available, obviously.

**Sumant Satchidanand Kulkarni**
*Canaccord Genuity Limited, Research Division*

Sure. And the second question is on your Rett syndrome trial. How do you expect enrollment in that trial relative to potential competition from other approaches, like gene therapies, that might be coming up?

**Stephen R. Davis**
*CEO & Director*

Right. Serge, do you want to take that question?

**Srdjan R. Stankovic**
*President*

You know, naturally, we are following all of the developments in the Rett syndrome, specifically to your question, gene therapy is a little bit behind. And it's probably going to take a little more time for them to actually get into the clinical stage. So from the competitive perspective, in terms of the execution of our Phase III trials, I do not see that, that will interfere. Now there may be other trials in Rett syndrome, some addressing specifically -- specific symptoms of Rett, rather than the core symptomatology of Rett syndrome, that may be going on but we don't see there will be a significant overlap. I have to say that we are working very closely with advocacy groups and understand that there is quite a bit of interest on the basis of positive data from the Phase II trial [ in ] participation in our trials. So we do not anticipate a significant competitive pressures on recruitment.

**Operator**

Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Great. Thank you, operator. I just want to close by saying thanks to each of you for joining us today and we look forward to updating you on our progress next quarter.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

21

Ex. 56
P. 22

# Exhibit 57

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2019**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| **(State of Incorporation)** | **(I.R.S. Employer Identification No.)** |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, par value $0.0001 per share** | **ACAD** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Total shares of common stock outstanding as of the close of business on April 24, 2019:

**Ex. 57**

**P. 2**

**ITEM 2.**     **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2018 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and from our drug candidates, the potential market opportunities for pimavanserin and our drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and our drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to, the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

**Overview**

*Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation and a 10 mg NUPLAZID tablet and during the first quarter of 2019 we discontinued commercial sales of the 17 mg tablets.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states. For example, we believe dementia-related psychosis, or DRP, represents one of our most important opportunities for further exploration. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.

According to the National Institute of Mental Health, major depressive disorder, or MDD, affects approximately 16 million adults in the United States, with approximately 2.5 million adults treated with adjunctive therapy. The majority of people who suffer from MDD do not respond adequately to initial antidepressant therapy. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in 207 patients with MDD who had a confirmed inadequate response to existing first-line, SSRI or SNRI, antidepressant therapy. In the study, pimavanserin met the pre-specified primary endpoint and key secondary endpoint demonstrating statistically significant improvement in the Hamilton Depression-17 Rating Scale and the Sheehan Disability Scale, respectively, relative to placebo. Positive results were also observed in seven additional secondary endpoints including response rate, improvement in sexual function, and a reduction in daytime sleepiness. Pimavanserin was generally well-tolerated in the study with no meaningful weight gain observed or impact on motor function. In February 2019, we conducted an End-of-Phase 2 Meeting with the FDA and in April 2019 we initiated our Phase 3 CLARITY program evaluating pimavanserin as an adjunctive treatment for major depressive disorder.

15

**Ex. 57**

**P. 3**

# Exhibit 58

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# FQ2 2019 Earnings Call Transcripts

## Wednesday, July 31, 2019 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.46) | (0.38) | NM | (0.44) | (1.91) | (1.29) |
| **Revenue (mm)** | 72.50 | 83.20 | ▲14.77 | 76.25 | 292.81 | 415.01 |

Currency: USD
Consensus as of  Jul-23-2019 11:36 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2018** | (0.58) | (0.50) | NM |
| **FQ4 2018** | (0.55) | (0.50) | NM |
| **FQ1 2019** | (0.53) | (0.59) | NM |
| **FQ2 2019** | (0.46) | (0.38) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 3:21-cv-00762-WQH-MSB   Document 117-8   Filed 10/20/23   PageID.2704   Page 90 of 117

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................... | **3** |
| **Presentation** | ........................................................................... | **4** |
| **Question and Answer** | ........................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Ex. 58**

**P. 3**

# Call Participants

## EXECUTIVES

**Elena H. Ridloff**
*Executive VP & CFO*

**Mark C. Johnson**
*Vice President of Investor
Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial
Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

## ANALYSTS

**Alan Carr**
*Needham & Company, LLC,
Research Division*

**Andrea R. Tan**
*Goldman Sachs Group Inc.,
Research Division*

**Benjamin Jay Burnett**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research
Division*

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research
Division*

**James Scott**
*JP Morgan Chase & Co, Research
Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research
Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC,
Research Division*

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good day, ladies and gentlemen, and welcome to ACADIA Pharmaceuticals Second Quarter 2019 Financial Results Conference Call. My name is Michelle, and I will be your coordinator for today. [Operator Instructions]

I would now like to turn the presentation over to Mark Johnson, Vice President of Investor Relations at ACADIA. Please proceed.

## Mark C. Johnson
*Vice President of Investor Relations*

Thank you, Michelle. Good afternoon and thank you for joining us on today's call to discuss ACADIA's second quarter 2019 financial results. Joining me on the call today from ACADIA are Steve Davis, our Chief Executive Officer, who'll provide a brief overview of our strategy, recent achievements, pipeline opportunities and financial performance; Michael Yang, our Chief Commercial Officer, who will provide updates on our commercial initiatives with NUPLAZID; Serge Stankovic, our President, who will discuss our pipeline progress; and Elena Ridloff, our Chief Financial Officer, who will discuss our financial results, before turning it back to Steve for his final remarks and opening the call for questions. I would also like to point out that we are using supplement slides, which are available on the Events & Presentations section of our website.

Before we proceed, I would first like to remind you that during our call today, we'll be making a number of forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including goals, expectations, plans, prospects, growth potential, timing of events or future results, are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

I'll now turn the call over to Steve Davis, our Chief Executive Officer.

## Stephen R. Davis
*CEO & Director*

Thank you, Mark. Good afternoon, everyone, and thanks for joining us today. Our team delivered strong sales performance this quarter as you can see on Slide 5. In the second quarter, NUPLAZID achieved $83.2 million in net sales, a 46% year-over-year increase. Based on our execution and the growth of NUPLAZID in the second quarter, we raised our full year revenue guidance to $320 million to $330 million from a previous range of $280 million to $300 million. This represents a 45% year-over-year revenue and 30% year-over-year volume increase at the midpoint of the range.

We continue to leverage our R&D capabilities as we pursue several pipeline programs addressing unmet needs in the CNS space with very large market opportunities. In dementia-related psychosis, we continue to make good progress with our pivotal Phase III HARMONY study and expect to announce top line results in the second half of next year, 2020, with an interim read in the second half of this year. In major depressive disorder, we have now initiated both of our Phase III studies. In schizophrenia, we look forward to completing dosing in our ongoing ADVANCE study, evaluating pimavanserin in schizophrenia patients with predominant negative symptoms and remain on track to announce top line results around the end of this year. And finally, we plan to initiate our Phase III study, LAVENDER, evaluating trofinetide as a treatment for Rett syndrome in the fourth quarter of this year.

With that, I will now turn it over to Michael to discuss our commercial performance.

## Michael J. Yang

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP & Chief Commercial Officer*

Thank you, Steve. Please turn to Slide 7. We are very pleased with the strong performance we achieved in the second quarter. This is a reflection of our team's continued execution on our key commercial initiatives, driving awareness of PD Psychosis and the adoption of NUPLAZID as a treatment of choice.

In the second quarter, we continue to expand our reach, adding new prescribers for NUPLAZID and new long-term care pharmacies as well as new patient starts and growing volume at long-term care facilities. As a result, we achieved sequential volume growth of approximately 15% and year-over-year volume growth of approximately 34%.

In the quarter, we were able to increase demand for NUPLAZID in both the specialty pharmacy and the specialty distribution channels. Principal drivers of growth were the completion of the 34-milligram transition of the 17-milligram tablets and a successful brand and DTC campaign. Patient screening and care plan tools developed for health care practitioners also contributed to driving growth in the long-term care channel during the quarter.

In the second quarter, we realized both an increase in compliance for established patients and additional new patients starting on pain treatment. Both of these benefits contributed significantly to the sequential volume growth and will continue to benefit our year-over-year growth for the remainder of 2019. Since we launched NUPLAZID, we have seen very consistent high compliance for patients who continue on therapy. Notably, during the second quarter, we saw this compliance to therapy increase even further, which was a strong contributor to our second quarter performance.

Reaching patients and caregivers directly is an important part of our promotional strategy. According to market research, our initiatives have resulted in increased awareness of PD Psychosis and NUPLAZID as the only FDA-approved treatment choice. Motivated caregivers and patients are actively seeking additional information on PDP and NUPLAZID and having conversations with their health care practitioners.

Given the positive return we're seeing from our DTC campaigned, we plan to invest in an additional DVT -- DTV advertising in the second half of 2019 to complement our ongoing patient and caregiver commercial initiatives. As a reminder, we would anticipate a lag before realizing positive benefits associated with new patient initiating treatment. We believe we have the right disciplined approach and cadence with these initiatives to deliver an attractive return on investment while continuing to increase brand awareness for NUPLAZID.

Looking ahead, we will continue to implement and execute on our commercial initiatives to grow NUPLAZID and PDP. I'd like to thank our team for delivering a strong quarterly performance, and now, more patients and caregivers are able to experience the benefits of NUPLAZID in the treatment of their PD Psychosis.

I'll now turn it over to Serge to provide R&D updates on our pipeline.

**Srdjan R. Stankovic**
*President*

Thank you, Michael. As usual, I will provide updates regarding our R&D progress. Slide 9 highlights our pipeline programs, which I will be reviewing with you today. In total, we have 4 programs in late-stage clinical development.

Let's start with our dementia-related psychosis or DRP program on Slide 10. There is no FDA-approved treatment for DRP. DRP is estimated to affect approximately 2.4 million patients in the United States, of which only about half are diagnosed. We currently conducted HARMONY, a Phase III relapse prevention study. We have agreement with the FDA that robust results from HARMONY can serve as the basis for a supplemental NDA submission.

On Slide 11, we have a high-level illustration of the Phase III HARMONY relapse prevention study. We plan to announce the final top line results for HARMONY in the second half of 2020, with an interim read in the second half of this year. As a reminder, the statistical threshold for the interim read is very high.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. FQ2 2019 EARNINGS CALL | JUL 31, 2019

Let's turn to Slide 12 to discuss our MDD program. The majority of patients with major depressive disorder do not adequately respond to their treatment and continue to experience significant depression. Based on the positive and robust study results from our CLARITY study, we believe pimavanserin may represent an important new adjunctive therapy for patients struggling with their depression.

Slide 13 shows our Phase III development program for pimavanserin for adjunctive treatment of MDD. We are very encouraged by the investigators' enthusiasm for our CLARITY-2 study, and this study is already enrolling well. In addition, we recently initiated our second Phase III study, CLARITY-3. If we are successful, our Phase II CLARITY study, combined with at least one of the Phase III trials, would be the basis of a supplemental NDA submission.

Last week, we announced top line results from our Phase III ENHANCE study. These results and key takeaways are summarized on Slide 14. As we reported last week, the study did not achieve statistical significance on the primary endpoint. However, we were encouraged to see a consistent trend of antipsychotic effect and positive improvements on the negative symptoms of schizophrenia as measured by the prespecified secondary and exploratory endpoints.

Let's turn to Slide 15 to discuss our program for the negative symptoms of schizophrenia. Currently available antipsychotic treatments primarily treat the positive symptoms of schizophrenia. Approximately 40% to 50% of schizophrenia patients experience predominant negative symptoms, which include apathy, lack of emotion, social withdrawal and cognitive impairment. This remains a significant unmet need for patients as there are no FDA-approved treatments available.

On Slide 16, we have a high-level illustration of the ADVANCE study. This is a 26-week study of evaluating pimavanserin as an adjunctive treatment for schizophrenia patients with predominant negative symptoms while controlling for their positive symptoms. The primary endpoint is the change from baseline on the negative symptom assessment, 16-item scale. We have fully enrolled the ADVANCE study and expect to announce results around year-end.

We are excited about our trofinetide program for Rett syndrome, Slide 17. Rett syndrome is a debilitating neurodevelopmental disorder that occurs predominantly in females following apparent normal development for the first 6 months of life. Currently, there are no approved medicines for this rare disease, which affects approximately 6,000 to 9,000 patients in the United States.

Please turn to Slide 18. We remain on track to initiate LAVENDER, our pivotal Phase III study for trofinetide in Rett syndrome, in the fourth quarter of this year. This 3-month study will evaluate approximately 180 females with Rett syndrome age 5 to 20.

Slide 19 highlights our upcoming clinical milestones. We look forward to sharing our clinical development progress on all 4 late-stage pipeline programs addressing significant unmet needs.

I'll now turn the call over to Elena to discuss our financial performance.

**Elena H. Ridloff**
*Executive VP & CFO*

Thank you, Serge. Today, I'll discuss our second quarter 2019 results and our financial outlook. Please turn to Slide 21. In the second quarter of 2019, we reported $83.2 million of net sales, an increase of approximately 46% compared to $57.1 million of net sales in the second quarter of 2018. This was driven by approximately 34% volume growth year-over-year in Q2.

For the first half of 2019, NUPLAZID volume growth was approximately 27% year-over-year. The gross-to-net adjustment in Q2 is 13.2%. Gross-to-net this quarter was favorable versus our expectations as a result of the higher compliance rates for established patients. Weeks of inventory in the channel at the end of the second quarter were consistent with previous quarters.

Moving down the P&L. GAAP R&D expenses increased to $67.3 million in Q2 2019 from $46.6 million in Q2 of 2018. The increase was primarily due to development costs for trofinetide and additional clinical study costs for pimavanserin. GAAP SG&A expenses decreased to $68 million in Q2 2019 from $69.5

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

million in the second quarter of last year. The decrease was primarily due to timing of DTC advertising expense versus the prior year, partially offset by an increase in personnel costs. Noncash stock-based compensation expense during the quarter was $20.4 million compared to $20.6 million for the same period in 2018. Cash used in operations during the quarter was approximately $38.4 million compared to $40.9 million for the second quarter of 2018. We ended the quarter with $381.9 million in cash and investments on our balance sheet.

Please turn to our 2019 guidance on Slide 22. We are increasing our net sales guidance to be between $320 million to $330 million from the previous range of $280 million to $300 million. This reflects the increased compliance of new patient starts we saw in Q2 as well as the increased expectations we now have for the remainder of the year. At the midpoint of the new guidance range, this represents approximately 45% revenue growth and approximately 30% volume growth year-over-year. Given the favorable growth to net adjustments in the first half of the year, we now anticipate the full year gross-to-net to be in the range of 17% to 18% and forecast Q3 gross-to-net to be in the mid-teens. As a reminder, gross-to-net in the fourth quarter will be higher than Q2 and Q3 as a result of accruing for the Donut Hole obligation associated with year-end inventory in the channel.

Turning to expenses. We continue to forecast GAAP R&D expense to be between $250 million and $265 million. We are now forecasting GAAP SG&A expense to be between $300 million and $315 million from the previous range of $280 million to $295 million. The increase is in part due to our plan to run additional television DTC ads in the second half of 2019. We continue to expect noncash stock-based compensation expense to be between $80 million and $90 million.

And with that, I'll turn the call back over to Steve.

**Stephen R. Davis**
*CEO & Director*

Thank you, Elena. Please turn to Slide 24. We are very pleased with our strong quarterly performance and outlook for the remainder of the year. Ultimately, we don't measure our success by financial metrics alone but by the true difference we can make in people's lives. Because of our commercial initiatives, more patients with Parkinson's disease psychosis are getting the treatment they need. Not only are their lives improving with treatment but also those of their caregivers. Beyond PDP, we are excited that pimavanserin and trofinetide may offer hope to patients and their caregivers who struggle with dementia-related psychosis, depression, schizophrenia and Rett syndrome.

Please turn to Slide 25. Looking ahead, we will continue to execute on all 3 of our strategic pillars: grow the sales of NUPLAZID in PDP; leverage the potential of our pipeline programs; and expand our pipeline through focused business development.

I'd like to close by thanking our employees whose dedication and hard work are driving our company's continued success and execution of our 3-pillar strategy.
I'll now open up the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Cory Kasimov of JPMorgan.

**James Scott**
*JP Morgan Chase & Co, Research Division*

This is Gavin on for Cory. Congrats on the quarter. We just had one on the Phase III HARMONY study. Anything you can provide on the -- like as far as qualitative data on event rates? And then I know it's a long shot, but can you provide granularity on timing, i.e., Q3 versus Q4? Any color would be helpful.

**Stephen R. Davis**
*CEO & Director*

Yes. Sure. Serge, do you want to take both those questions?

**Srdjan R. Stankovic**
*President*

Yes. Thanks for the questions. I -- first question, in terms of we have been providing just some of the insight on the progress on recruitment and success rates in the open-label study. We haven't been providing details on the relapse rates because that's a very variable and it's really not an indicator because it's very independent-driven event in the trial.

So from that perspective, no change. We are progressing very well in both enrolling patients in the trial as well as, as I've always said, our success rates have been somewhat better than what we initially anticipated. But mostly, for the most part, around those numbers. So that's all I can say about that.

Your second question, I'm not quite sure, are you referring to higher granularity around the final analysis or the interim analysis? If you would please clarify that.

**James Scott**
*JP Morgan Chase & Co, Research Division*

Right. I was talking about the interim. As far as the 2H '19, can you provide any granularity in terms of Q3 or Q4?

**Srdjan R. Stankovic**
*President*

Well, we have not been commenting on the specific timing on that, other than that it will definitely happen in the second half of this year.

**Operator**

Our next question comes from Tazeen Ahmad of Bank of America.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Maybe a couple for Michael just to follow up on your prepared remarks. You talked about improvements or continued improvement in compliance rates particularly seen this quarter. Can you give us a little bit more granularity on why you think that particular trend is occurring and whether you would continue to expect improvement in compliance?

And then secondly, I think you mentioned that you are planning a new DTC campaign to start in the second half of the year. I was curious as to how that might be any different from the DTC campaign that you had going on, which you ended in the, I believe, the last quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Stephen R. Davis**
*CEO & Director*

Yes. Sure. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Tazeen, thanks for the question. So when I talk about the compliance, I'm referring specifically to the number of bottles that a patient takes in the quarter and specifically around established patients or continuing patients. And as I mentioned, historically, we've seen a very consistent and high compliance rate for those patients. We did in the past comment on the 34-milligram and how we believe that's going to lead to a better patient and physician experience. And notably, as I mentioned in this quarter, we saw an increase from those historical norms. So I think that if we were to attribute it, then we think, number one, the 34-milligram and also, I think, with the strong endorsement of the value proposition and the profile of NUPLAZID. So I think all of those things in totality, I think you'll start to see that benefit in the base for the coming year and the rest of the year and that'll be part of our new base.

In regards to DTC, I think you're going to see the same kind of look and feel that we've had with the prior campaign. Of course, we've learned a lot along the way, and we'll be implementing those learnings mostly on the back end and in our refined other tactics. But from a consumer point of view, I think you're going to see a very similar campaign from an external perspective.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And I guess why are you choosing to restart DTC?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Right. Yes. There's a number of factors we look into when we evaluate TV, media. We have an ongoing initiative to support caregiver and patient awareness and education, and those are on all the time. When it comes to TV, it's a pivotal, obviously, element to our campaign in general. And we take things into consideration as how fresh and compelling our creative is, the media ways and the intensity to reach our target audience and, more importantly, the time it takes for those behaviors to manifest themselves and the actions that benefit the brand. In totality, we believe we have the right cadence and approach.

**Operator**

Our next question comes from Jason Butler of JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Congrats on the quarter. A couple of questions for Michael again. Any more granularity you can give us around the trends in the new patient adds or changes in the trends of patients who drop off therapy early versus those that go on to stay on the drug longer?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Jason, great question. So in regards to patient dynamics, obviously, the continuing benefit we're seeing in the take rate, we're going to have to have more quarters to see how that plays out in regards to duration of therapy. I can't say that we're ready to comment on duration of therapy, but certainly, the inter-quarter dynamics who's benefited from what we think, as I mentioned before, the improved experience with the 34-milligram.

We added new patients, we added new physicians, long-term care, pharmacies ordering the drug, so I think we still have a lot more penetration, but nothing really unusual comment in regards to the intra-patient dynamics in regards to drop-offs, et cetera, just yet.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Okay, great. And then with the continued investment in DTC, any thoughts on the current size and structure of the sales force? And how are you thinking about that for the second half of the year?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

I'm not quite sure I heard the question. Was it DTC and the sales force?

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Just -- you're obviously -- you're continuing to invest on driving awareness, driving more interest in the product. Are you on the back end? Do you feel like you have the right size and structure of the sales force to capture that?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Great question. Yes. So over the past year or so, and I think we've commented on this, we've added capabilities in the organization, focusing on increasing -- for example, we've increased the footprint of our long-term care group. In the past, we've added kind of a key account function. So we're going to continue to make the promotional, I'd say, adjustments to make sure that we capture all the best wind in the sails, if you will. So I think we're optimizing and I think we're operating at a very high level at the moment.

**Operator**

Our next question comes from Salveen Richter of Goldman Sachs.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

This is Andrea on for Salveen. Maybe a question for Serge. As a follow-up to Gavin's question on the HARMONY study, when you think about how rapidly the trial has been enrolling, can you say if that's due to the large number of patients that are eligible to come onto the trial? Or is that perhaps more reflective of the proportion of patients that are responding to therapy who are then continuing onto the double-blinded portion?

**Srdjan R. Stankovic**
*President*

Thanks, Andrea. It is hard to speculate about. I think that is a little bit of both involved. There is certainly -- we had -- we've been reporting significant interest and in the trial by the investigators and families and patients. And I think that's in large part also due to the kind of design of the trial where patients are starting treatment with the open active treatment for 3 months, and that's much more akin to what a standard clinical practice is. So we definitely had a high interest in participation in the trial. And so from my perspective, that's probably a reason that we saw a very kind of steady enrollment and interest throughout the execution of the trial.

On the other side, I also do believe that with the inclusion of all subtypes of dementia, that definitely, there is a large population of patients, and that also reflected itself in potential candidates for the trial study participation.

**Andrea R. Tan**
*Goldman Sachs Group Inc., Research Division*

Sure. So maybe just to follow up on that, I guess maybe what we're trying to understand is if the enrollment and the pace of that is because of that large population or I guess in terms of the number of patients who are responding and moving onto that second portion, right? Like you could have -- that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

could be the driving factor where you're seeing rapid progression of patients because so many people are responding to the drug in the open-label portion.

**Srdjan R. Stankovic**
*President*

Well, the response rates that we anticipated are based on the response rates that we were seeing in the Parkinson's disease psychosis trials that we conducted. And as I said, we are seeing approximately, probably slightly higher rates of response after -- stable response, I want to say, after 8 and 12 weeks of treatment. So that's certainly encouraging, and I would not say that, that may not play a role in a continued interest by the investigators in enrolling the patients in the trial. But it would be a pure speculation on my part to say to what extent is that, to what extent is overall design of the trial and to what extent is just this is a huge patient population.

**Operator**

Your next question comes from Ritu Baral of Cowen.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

My first question is a little, I guess, broader. How do you guys think about pricing, assuming either negative symptoms goes through, MDD goes through or Alzheimer's -- I'm sorry, DRP goes through? How do you think of the current price and the current dose for PDP? And how might that flex into additional indications? And have you done any payer discussions on the value proposition? More specifically, have you talked to payers about what relapse prevention clinical data actually means for DRP?

**Stephen R. Davis**
*CEO & Director*

Great. I think there's several subquestions in there. I'm going to turn it over to Michael. I'll try to keep [indiscernible].

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Fair enough. Ritu, yes, so I guess the first place to start from a commercial perspective is, really, the unmet need that we're going after, whether it's DRP, adjunctive MDD, negative symptoms, these are all high unmet needs and the weight of the clinical evidence that we've seen. Obviously, we don't have the results of the approval studies, but going into these studies, when we've done the research, we do see that there is a recognition of the commercial value or the patient value of the innovation. So if there's a lot of innovation, the payers recognize that. We've done -- we have done research on each of those indications that we're doing what I would call multi-indication scenario planning.

Broadly speaking, without getting into too many specifics, you're mixing -- we're having to mix and match books of business with insurance companies. So for example, MDD has a larger footprint or weight on commercial. DRP is going to be very similar in regards to our current PDP profile. And for schizophrenia, it's an entirely -- a new ball of wax entirely.

Despite all those things, we do believe there is a way for us to find ways to partner with payers for the appropriate access and know that we're not in any indications going up against cheap generics. We are playing in specialty tiers, and that affords us the appropriate use criteria that payers are looking to see.

**Stephen R. Davis**
*CEO & Director*

I think there was one...

**Srdjan R. Stankovic**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

If I may add just one thing, just not to remind everybody, in addition to our relapse prevention trial, which is a long-term treatment trial, we also have positive data in 2 acute short-term trials that are done in a classical parallel design. So I think from the payer's perspective and from overall looking at the data, we have a fairly complete package that is actually more comprehensive than you usually have at approval.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. And I do recognize that my first question had about 4 different parts [indiscernible] by design. Serge, can you just comment on the characteristics of HARMONY enrollment across the background diseases? You had mentioned earlier this year that enrollment was sort of tracking on epidemiology. Is that still the case? Or is it shifting?

**Srdjan R. Stankovic**
*President*

Yes. It's absolutely the case. We, as you can imagine, follow that fairly continuously. And both in terms of the enrolling people in the open-label trial as well as people that qualify for -- that essentially respond and then qualify for a randomized double-blind stage of the trial, we are tracking very, very close to epidemiological data on the proportion of different subtypes.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

And I'm sorry if I missed it in your prepared remarks. Did you say precisely what your rollover to the open-label rate is?

**Srdjan R. Stankovic**
*President*

No, we did not. We did -- I did not say a specific number. It remains at the same -- slightly above what we were anticipating but thereabout. It's fairly steady.

**Operator**

Your next question comes from Charles Duncan of Cantor.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Steve and team, let me add my congratulations on what looked to be a very nice quarter. My first question was kind of related to guidance, and I'm going to take a page out of Ritu's book and ask, call it, a multi-pronged question. But if you look at guidance going forward, if you had to identify 1 particular driver of that, would it be prescriber base increasing? Would it be new patient adds increasing? Would it be compliance increasing? Or would it be pricing? What would be the main driver to the guidance?

**Stephen R. Davis**
*CEO & Director*

Charles, I'm going to ask Michael to answer that question.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Sure. Charles, thanks for the question. Going forward, I think we've created a lot of momentum, as I mentioned, in the business across all the levers that we're looking to affect, adding new physicians, adding new patients, penetrating our long-term care channel both in the new pharmacies and deeper -- depth out of the existing pharmacies. So I would anticipate continued volume growth out of the existing patients, and also, adding new patient starts would be the primary drivers to the forecast.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Ex. 58
P. 13

And maybe just to reiterate what Michael said. One of the things that we saw in the second quarter was a significant uptick in the take rate from existing patients. And so as Michael mentioned, we see that carrying through into the third quarter and the fourth quarter as well. Now the impact on rate of growth, obviously, is different than the higher base rate that we have at those compliance subs. But we did reflect it in our guidance for the remainder of the year.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

That makes sense, especially given the clinical value of 34 mg. If I could just ask one more question, that would be probably for Serge, related to the MDD program. Could you help us understand maybe the differences between CLARITY-2 and CLARITY-3? Between the 2 Phase IIIs, but also those 2 Phase IIIs relative to Phase II, are you using different sites or different entry criteria or anything? Because I think you mentioned that CLARITY-1 with one of the 2 Phase IIIs would be sufficient for sNDA. And so I guess I'm wondering if there's different probability success for the 2 Phase IIIs.

**Srdjan R. Stankovic**
*President*

The 2 studies, 2 Phase III studies, CLARITY-2 and CLARITY-3, are identical, with 1 exception. CLARITY-2 is done in the United States, and CLARITY-3 is done in Europe.

In regard to the sites, obviously, our CLARITY study, Phase II study was done in the United States, and we naturally included in the CLARITY-2 those sites that were performing well in the previous study. So I can say that they are identical sites because CLARITY-2 has a tad more sites. And also -- but there is a considerable overlap in that respect. So that's one.

There are also -- in regard to design differences between Phase II and Phase III trials, there is not much difference with exception. To remind you, Phase II was SPCD design, so have 2 phases. Phase III trials are just parallel Stage 1 sort of design of the trial. So there is no other differences in -- there are minor differences in terms of certain things that we learned in trial, but they are not really -- the trials are essentially identical with the Stage 1 of the Phase II trial.

And in regard to the size of these trials, as you will remember, we had about 200-plus -- a little more than 200 patients in Phase II. Here, these trials are 280, which is fairly close for the difference between Phase II and Phase III, and we were able to do that on a basis of robust results that we had in Phase II and then accounting to continue to do a relatively smaller trial where we can control the quality.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

And just to clarify, with regard to CLARITY-3, pardon the pun, that is an ex-U.S. trial only?

**Srdjan R. Stankovic**
*President*

Yes. Yes. Correct.

**Operator**

Your next question comes from Marc Goodman of SVB Leerink.

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

This is Roanna on the line for Marc. I just want to ask a quick question. In the past, you've highlighted certain initiatives focusing on LTC, and we are wondering if you could add any color on those, such as what are their main goals? And what percentage contribution do you see them making to overall sales? Has that changed at all from 1Q, 2Q, et cetera?

**Stephen R. Davis**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

*CEO & Director*

Great. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Sure. Thanks for the question. As I mentioned in my prepared remarks, the patient screening and care plan tools, we believe, contributed to the growth that we saw in long-term care. Importantly, in the long-term care channel, where you're dealing with more of an institutional kind of facility approach, treatment algorithms and electric -- electronic health records are very important resident-patient management processes kind of at the facility level. So what we've done is we've designed a number of different tools to these education patient screening, et cetera, that helps the facility and its health care practitioners and staff fit into their existing treatment algorithms and care pathways. It helps them identify appropriate patients and, more importantly, helps them facilitate the documentation necessary. It's a heavily regulated environment, and I think we're well on our way to establishing efficacy with these tools as it relate to patient indemnification.

In regards to long-term care and what we see, just as a reminder, we have 2 segments of our business, 2 channels, the SP, specialty pharmacy, reflects mostly like a community-based physician setting; and the specialty distribution setting or channel, of which 2/3 of that -- or 2/3 of that 1/3 is long-term care. We have not seen any shifts in our historical splits of the business in that regard.

**Elena H. Ridloff**
*Executive VP & CFO*

I have to make a comment, we've seen continued growth, including in this quarter, in both the SP and SD channel.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Good point.

**Operator**

Our next question comes from Alan Carr of Needham & Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

A couple of them. With respect to the 2 CLARITY trials, do you have any prospective biases in terms of which one of these might be more risky? Because I remember last week, after the schizophrenia trial, you had mentioned that you had some concerns over European sites versus U.S. sites. Do you have any kind of bias for the effort for depression?

And then the other one is, I think in the past, you've said -- like on the last call, you said you had about 15% penetration of 125,000 patients. Are they -- what are your updated numbers on that? And do you think the 125,000 can grow?

**Stephen R. Davis**
*CEO & Director*

So Serge -- I'm going to let Serge take the first question, Michael.

**Srdjan R. Stankovic**
*President*

Hi Alan, the short answer is I do not have any bias, one or the other way. And the reason for that is just a different condition. And when we look at the literature and the trials done, the picture with the major depressive disorder trial versus schizophrenia trial and the placebo response rates being higher in the United States has probably more to do with the study participants that are more specifically related

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

to schizophrenia as a condition than major depression. So it is more depends on the sites, country, circumstances of the trials than uniformly as it is seen in the schizophrenia trials.

**Stephen R. Davis**
*CEO & Director*

Great. Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Thanks, Alan. Good memory. Those are, I think, the right metrics you have with regards to market share and the market of PDP. We'll be updating the SD forecast. I would anticipate the 125,000 number will go up, as you would expect with patient population. We're going to update the model. But for now, we're staying with the mid-teens, as you had it, and the 125,000 in the PDP market.

**Operator**

We have time for 2 final questions. Our next question comes from Paul Matteis of Stifel.

**Benjamin Jay Burnett**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Ben Burnett on for Paul Matteis. Just one more on pimavanserin. You've mentioned a little bit about long-term care clinics and adoption care. I was wondering how the compliance or the script for patient comparison and long-term clinics versus like academic or community centers, do you have any window into that or anything anecdotally that you've heard?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes. Great question. I would identify or just really characterize the long-term care patient who has Parkinson's disease and then has Parkinson's disease psychosis. Is that a later and more advanced stage? And -- so the amount of duration of therapy, if you will, is shorter that we see in long-term care than it is in the community, in part because the fragility of the patient and the mortality and morbidity complications that occur.

With that being said though, the long-term care facility also, in part, has a higher concentration, at times, of patients with Parkinson's disease psychosis than, say, a general neurologist. So it's kind of an offsetting element. There's more patients perhaps, but they're also a little less in terms of duration of therapy. But nonetheless, it's a very big opportunity for us to penetrate and get greater depth in that market.

**Benjamin Jay Burnett**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay, okay. And I guess I just had 1 other question on the -- just design of the Phase III CLARITY studies. Are there any details that you can provide, I guess, regarding the powering of the study on the HAMD rating scale?

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to take it?

**Srdjan R. Stankovic**
*President*

Yes. I think that we -- there was -- in terms of the design and in terms of the powering, there were same assumptions, very similar assumptions, that we made with our Phase II trial. So the only difference is these Phase III trials are powered at 90%. So that's really -- otherwise, we made the same starting assumptions in designing this trial. And I want to use this opportunity and thank you for going back to MDD trials.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 58
P. 16

To prior question, one other thing that I would add is important people may wonder why did we do 1 trial in the United States and another trial ex-U.S. rather than mixing the 2 regions, like it is done with schizophrenia. The simple reason for that is that assessment of depression, there are significant cultural impact on the plasticity of depression symptoms, and that play -- and that may play a role in variability. So staying within the region is well advised in that respect, and that was the reason why we chose to go with this setup for the Phase III trials.

**Operator**

And our last question comes from Danielle Brill of Piper Jaffray.

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

I guess I'll stick with MDD first. Wondering when we can expect an update on enrollment and the anticipated timing of data. And then going back to DRP, sorry if I missed this before, but just want to clarify, powering is based on an estimated responder rate during the lead-in. Is that correct? And can you remind me if there's a futility component to the interim?

**Srdjan R. Stankovic**
*President*

Yes. Okay. I'll try 3 questions there, so I'll try one by one. On the MDD trial, we are in early months of initiation of these Phase III trials. Recruitment and interest is going very well. In the United States, where we started earlier, we are seeing a very -- quite a bit of enthusiasm for the trial, and a positive data always helps in that, I would say. But it's going well. But we are just very early to make any more precise predictions on -- these trials, as we always say, take about 2 years, 2.5 years, and at this point, we would stay with that general kind of estimate. But as we are recruiting further, we will be in better position, and we will be reporting a more precise timing for the expectations of top line results.

On the DRP study and assumptions for powering on the study, actually, we powered the study on the number of events and the difference in the proportion of the relapses that would occur on placebo versus drug. So it's not really power on the response in the open-label stage, but it's rather power on the assumption of what will be a difference in the relapses between treatment arms in the double-blind stage of the study.

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

Got it. And then -- yes, a futility component.

**Srdjan R. Stankovic**
*President*

Yes. No, there is -- the interim analysis is designed and statistical analysis that is being done as a part of interim analysis is designed around efficacy. There is a certain threshold of hazard ratios or p values that you need to reach in order to declare that the efficacy is demonstrated and trial would stop for efficacy.

Obviously, this trial, like other trials that we conduct, also has independent data monitoring committee that will receive this statistical analysis and inform us of the outcome of that analysis. But there is no futility statistical analysis. I do want to say, data safety monitoring committee, for a variety of reasons, has always ability to stop the trial for one or the other reason. But there is no futility included in the interim analysis here.

**Operator**

Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 58
P. 17

Great. Thank you, operator. Thanks to each of you for listening in today, and we look forward to updating you on our progress next quarter.

**Operator**
Thank you for your participation in today's conference call. This concludes the presentation. You may now disconnect. Good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 58
P. 18

ACADIA PHARMACEUTICALS INC. FQ2 2019 EARNINGS CALL | JUL 31, 2019

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Ex. 58
P. 19

# Exhibit 59

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2019**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.
**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | ACAD | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Total shares of common stock outstanding as of the close of business on July 24, 2019:

| Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.0001 par value | 144,487,428 |

**Ex. 59**

**P. 2**

**ITEM 2.**    **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2018 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and other drug candidates, the potential market opportunities for pimavanserin and other drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and other drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to, the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

**Overview**

*Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation and a 10 mg NUPLAZID tablet and during the first quarter of 2019 we discontinued commercial sales of the 17 mg tablets.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states. For example, we believe dementia-related psychosis, or DRP, represents one of our most important opportunities for further exploration. Following our End-of-Phase 2 Meeting with the FDA and agreement with the agency on our clinical development plan, we initiated our Phase 3 HARMONY relapse prevention study in the fourth quarter of 2017, which allows us to evaluate pimavanserin for DRP, which includes psychosis in patients with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia.

According to the National Institute of Mental Health, major depressive disorder, or MDD, affects approximately 16 million adults in the United States, with approximately 2.5 million adults treated with adjunctive therapy. The majority of people who suffer from MDD do not respond adequately to initial antidepressant therapy. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in 207 patients with MDD who had a confirmed inadequate response to existing first-line, SSRI or SNRI, antidepressant therapy. In the study, pimavanserin met the pre-specified primary endpoint and key secondary endpoint demonstrating statistically significant improvement in the Hamilton Depression-17 Rating Scale and the Sheehan Disability Scale, respectively, relative to placebo. Positive results were also observed in seven additional secondary endpoints including response rate, improvement in sexual function, and a reduction in daytime sleepiness. Pimavanserin was generally well-tolerated in the study with no meaningful weight gain observed or impact on motor function. In February 2019, we conducted an End-of-Phase 2 Meeting with the FDA and in April 2019 we initiated our Phase 3 CLARITY program evaluating pimavanserin as an adjunctive treatment for major depressive disorder.

**Ex. 59**

**P. 3**

# Exhibit 60

**Goldman Sachs** | Equity Research

1 August 2019 | 12:37AM EDT

# Acadia Pharmaceuticals Inc. (ACAD): 2Q Nuplazid beat and raise; DRP interim next

ACAD reported 2Q19 Nuplazid revenue in Parkinson's disease psychosis (PDP) of $83.2mn (+32% qoq), above GSe/FactSet consensus of $75mn/$73mn, on account of a growing prescriber base and increases in new-to-brand patients stemming from the recently completed direct to consumer (DTC) campaign. On the back of these trends and the noted increase in patient compliance (due to the conversion to the 34 mg tablet formulation), ACAD raised FY19 Nuplazid guidance to $320-330mn (+45% yoy at the midpoint) from $280-300mn, while also increasing GAAP SG&A expense guidance to $300-315mn to reflect expected costs associated with the upcoming DTC campaign to be launched in 2H19 (details below). The Street remains focused on the pipeline where the interim Nuplazid results in dementia-related psychosis (DRP) are on track for 2H19 - and could set the stage for a second indication and represent the next leg of growth for the company. We also await (1) Ph2 topline data in schizophrenia negative symptoms by YE19; and (2) initiation of the trofinetide Ph3 LAVENDER study in Rett syndrome in 4Q19 (both not in our model).

## Positive benefit of DTC campaign realized in 2Q.

Nuplazid 2Q19 revenue increased +32% QoQ (+46% YoY revenue growth; +34% volume growth), driven by continued growth in new prescribers, long term care pharmacies, and new-to-brand patients, which management attributed to the successful DTC campaign and prior disease awareness campaign. While growth accelerated in both the specialty pharmacy and specialty distribution channels, management noted that the split (2/3 and 1/3, respectively) remains consistent. Further, following the completion of the conversion to the 34mg tablet, ACAD highlighted increased patient compliance (defined as the number of bottles a patient takes in a quarter) as a key factor in driving growth. While management estimates that currently ~15-16% of patients receiving treatment for PDP are on Nuplazid, with increased PDP awareness and patient education to recognize symptoms, the market opportunity could continue to grow. To that end, ACAD highlighted on the call plans to launch a second DTC TV ad campaign in 2H19 to complement the ongoing initiatives and keep Nuplazid top of mind for physicians and patients. On these positive trends, we adjust our near-term estimates for FY19 to $329mn (vs. $299mn prior).

**Salveen Richter, CFA**
+1(212)934-4204 |
salveen.richter@gs.com
Goldman Sachs & Co. LLC

**Andrea Tan, Ph.D.**
+1(212)902-8046 | andrea.tan@gs.com
Goldman Sachs & Co. LLC

**Ross Weinreb**
+1(212)357-0031 |
ross.weinreb@gs.com
Goldman Sachs & Co. LLC

**Maryana Breitman, Ph.D.**
+1(212)902-6412 |
maryana.breitman@gs.com
Goldman Sachs & Co. LLC

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Ex. 60**

**P. 2**

## DRP interim read up next

The next catalyst for ACAD is the interim analysis (when half of the patients are enrolled and treated) for the dementia-related psychosis (DRP) Ph3 HARMONY program in 2H19 (topline data in 2H20). Management remains positive on the rapid pace of enrollment (driven partially by the large population of patients as well as open-label trial design) and noted that response rates thus far, while in line with the prior PDP trials, are slightly higher than initial expectations. On the type of DRP patients being enrolled in the study, ACAD noted the proportion of the different subsets of DRP patients continues to track well with epidemiology data. While we are encouraged by the pace of enrollment (inclusive of patients entering the open label portion and continuing into the double-blinded portion), we do not have visibility yet on whether the high patient enrollment numbers are due to a bolus of initially eligible patients or a high conversion rate between phases of the trial. Notwithstanding, in our view, the randomized withdrawal design of the trial is advantageous in selecting for responders prior to the double-blinded portion of the study, and we see the potential for the study to hit on the interim look - albeit we acknowledge the high bar due to the lower alpha assigned. On a positive outcome, ACAD noted agreement with the FDA for HARMONY to serve as the basis for an sNDA submission.

## Late-stage pipeline remains on track

Outside of DRP, ACAD's pipeline continues to progress well with ACAD evaluating Nuplazid in two additional indications, leveraging the known safety and tolerability profile observed in PDP across other CNS disorders. We await top-line data in the Ph2 ADVANCE schizophrenia negative symptom (n=~380) trial by YE19. While management has not disclosed the effect size that would be necessary in this trial to show a clinically meaningful response, ACAD noted that the trial was designed based on assumptions similar to those used to show benefit in previous negative symptom trials - and we see potential read through from the positive benefit to negative symptoms reported in the Ph3 ENHANCE trial (LINK). We also note that for patients to remain in the trial, control over the positive symptoms must be maintained - albeit given the use of background atypical antipsychotics, it should not be a problem. In major depressive disorder (MDD), both Ph3 parallel design, placebo-controlled trials (CLARITY-2 in US and CLARITY-3 ex-US, n~280 patients each) have been initiated with the CLARITY-2 study currently enrolling patients. While management noted that recruitment is going well and interest is high, ACAD estimated that the trial is likely to take two years to complete. As a reminder, in the Ph2 CLARITY (n=207) trial, Nuplazid demonstrated a favorable profile in adjunctive MDD compared to the prior antipsychotic trials that showed efficacy sizes of 0.3-0.46, with only a few exceptions above this range.

Finally, ACAD remains on track to initiate the Ph3 LAVENDER trial evaluating trofinetide in females with Rett syndrome (n=~180, aged 5-20) in 4Q19, which, if positive, would allow for NDA submission in 2021, per recent discussions with the FDA. Co-primary endpoints for the 12-week study will be the Rett Syndrome Behavior Questionnaire (RSBQ) and the Clinical Global Impression of Improvement (CGI-I), a physician assessment. In our view, this opportunity could be in excess of $500mn (not in model).

**Goldman Sachs**                                                                    Acadia Pharmaceuticals Inc. (ACAD)

# Valuation and Risks

**Model Changes**: We (1) increase near-term Nuplazid sales on 2Q trends and prescribing activity; (2) increase FY19 SG&A spend in line with updated guidance to account for upcoming DTC launch; and (3) roll forward our DCF by 3 months, resulting in revised 2019/2020/2021 EPS estimates of ($1.82)/($0.96)/$0.33 from ($1.90)/($1.10)/$0.29.

**Valuation**

Our 12-month price target of $23 remains unchanged and is based on a DCF analysis (12% WACC, 1% TGR).

**Risks**

Upside risks include: ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma. Downside risks include: Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

| ACAD | 12m Price Target: **$23.00** | Price: **$24.58** | Downside: **6.4%** |
|---|---|---|---|

**Neutral** — **GS Forecast**

Market cap: $3.6bn
Enterprise value: $3.4bn
3m ADTV: $28.6mn
United States
America-Biotechnology
M&A Rank: 3

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | **223.8** | **329.2** | **551.2** | **836.4** |
| Revenue ($ mn) Old | 223.8 | 299.0 | 526.7 | 827.7 |
| EBITDA ($ mn) | (248.6) | (270.6) | (145.6) | 49.9 |
| EBIT ($ mn) | (248.6) | (272.3) | (147.5) | 49.4 |
| **EPS ($) New** | **(1.95)** | **(1.82)** | **(0.96)** | **0.33** |
| EPS ($) Old | (1.95) | (1.90) | (1.10) | 0.29 |
| P/E (X) | NM | NM | NM | 73.4 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | (7.5) |

| | 6/19 | 9/19E | 12/19E | 3/20E |
|---|---|---|---|---|
| EPS ($) | (0.38) | (0.40) | (0.45) | (0.43) |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 31 Jul 2019 close.

**Ex. 60**
**P. 4**
GS-000017

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Andrea Tan, Ph.D., Ross Weinreb and Maryana Breitman, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Biotechnology.

America-Biotechnology: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Agios Pharmaceuticals Inc., Alexion Pharmaceuticals Inc., Allogene Therapeutics Inc., Alnylam Pharmaceuticals Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, Blueprint Medicines Corp., Cellectis SA, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., Gritstone Oncology Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Karuna Therapeutics Inc., Madrigal Pharmaceuticals Inc., Moderna Inc., Precision BioSciences, Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, Unity Biotechnology Inc., Vertex Pharmaceuticals Inc..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Acadia Pharmaceuticals Inc. ($24.58)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($24.58)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($24.58)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($24.58)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Acadia Pharmaceuticals Inc. ($24.58)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($24.58)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

**Ex. 60**
**P. 5**

GS-000018

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 38% | 49% | 13% | 66% | 57% | 51% |

As of July 1, 2019, Goldman Sachs Global Investment Research had investment ratings on 2,924 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian

Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2019 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

7

**Ex. 60**

**P. 8**

GS-000021