# Exhibit 61

# STIFEL

## Acadia Pharmaceuticals, Inc.
### ACAD– NASDAQ

**August 1, 2019**

Biotechnology

**HOLD**

**ANALYSIS OF SALES/EARNINGS**

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Hold |
| Target Price | $22.00 | $24.00 |
| FY19E EPS | $(1.86) | $(1.75) |
| FY20E EPS | $(0.24) | $(1.14) |
| FY19E Revenue | $296.7 | $328.7 |
| FY20E Revenue | $403.5 | $482.2 |

| | |
|---|---|
| Price ( 07/31/19 ): | $24.58 |
| 52-Week Range: | $29 - $13 |
| Market Cap.(mm): | 3,077.4 |
| Shr.O/S-Diluted (mm): | 125.2 |
| Avg Daily Vol (3 Mo): | 1,132,120 |
| Dividend / Yield: | $0.00 / 0.0% |

| Revenue | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | $48.9 | $63.0A | $NE |
| Q2 | $57.1 | $83.2A | $NE |
| Q3 | $58.3 | $89.9 | $NE |
| Q4 | $59.6 | $92.6 | $NE |
| FY (Dec) | $223.8A | $328.7 | $482.2 |

| EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | $(0.44) | $(0.59)A | $NE |
| Q2 | $(0.51) | $(0.38)A | $NE |
| Q3 | $(0.50) | $(0.38) | $NE |
| Q4 | $(0.50) | $(0.41) | $NE |
| EPS | $(1.94)A | $(1.75) | $(1.14) |

### Price Performance




## 2Q19 Recap: Great Quarter for Pim, Guidance Increased; DRP Interim and Schizo Readouts Next

### Summary

**Acadia reported a nice pimavanserin (Nuplazid) quarter that was meaningfully better than Street/ our expectations, and we are raising our target price as a result ($24 from $22). We remain neutral rated on the stock.** On the quarter Acadia also raised Nuplazid sales guidance to $320MM-$330MM, from $280MM-$300MM. We continue to believe at current levels however that shares price in meaningful pipeline credit (beyond PDP), and it's challenging for us to get conviction in other pimavanserin indications in light of our opinion that data outside of Parkinson's seem to show a consistently mixed/weak efficacy signal. As we understand it the bull case on DRP hitting centers significantly on ACAD's use of a relapse-prevention design (which historically elucidates large/consistent effect sizes for anitipsychotics in schizophrenia); we appreciate that this raises the DRP probability-of-success (vs a typical/acute design), though it's tough for us to have conviction here given so-so results in Alzheimer's psychosis.

### Key Points

**Pimavanserin sales were strong, beating both our, and consensus estimates.** ACAD reported 2Q19 EPS of $(0.38) on Nuplazid sales of $83.2MM, the latter of which was above our estimate of $75MM, and above FactSet consensus of $72.5MM. Mgmt. noted that compliance (captured as bottles per patient) was high, and a contributor to the quarterly performance. Importantly, they are seeing long-term care centers contribute to volume growth which in their view is in part due to the success of the recently conducted DTC campaign. Going forward, ACAD plans to invest towards additional DTC in 2H19. Notably, SG&A guidance was increased by $20MM on both ends to $300MM-$315MM. We are increasing our estimates for 3Q19 and 4Q19 to $89.9MM and $92.6MM. Our FY2019 sales of $329MM is at the top of their guidance, which, based on our PDP patient flow model, seems like it could be conservative.

**Final HARMONY readout in DRP refined to 2H20 (from 2020), but as the interim analysis remains on track for 2H19, mgmt reaffirmed FDA agreement that robust results can serve as the basis for a supplemental NDA submission.** The phase III HARMONY trial in dementia related psychosis (DRP) is enrolling nicely according to mgmt., and the company reiterated that the response rate they're observing in the open-label portion at 8/12 weeks is slightly higher than originally assumed. On the 2H19 interim readout, ACAD noted that the statistical threshold for stopping the study is very high. Because of this and because of (as we understand it) a lack of formal futility analysis, we view the interim readout to be very much upside biased for the stock – though based on our work to date we would be surprised if the interim hit. We still model the overall probability of success in DRP as 25% which considers the so-so signal in the ADP phase II and the complicated nature of the patient population, though from our recent research we do appreciate that the relapse-prevention design is quite powerful with respect to enhancing effect sizes for atypicals in schizophrenia. Of course, the extrapolation to this context is more challenging (at least for us), as atypical antispychotics (in an indication like schizo) are much better proven to work in the acute setting.

**Beyond DRP, ACAD expects to top-line their schizophrenia negative symptoms study in the YE19 time frame.** Although pimavanserin did show some signal in negative symptoms within a subgroup of patients in their recently failed schizophrenia study, we view this upcoming catalyst as risky given differences in endpoints being used and patient populations under study. Meanwhile, ACAD recently initiated CLARITY-3, their ex-US phase III study of pimavanserin in Major Depressive Disorder (MDD). The phase III MDD program consists of two identical studies, one in the US (CLARITY-2) and the other ex-US (CLARITY-3). Both studies intend to enroll ~280 patients who've inadequately responded to an SSRI or an SNRI and the primary endpoint will be HAMD-17 after 6 weeks of treatment. Finally, ACAD plans to initiate a phase III study of trofinetide in Rett syndrome in 4Q19. This will enroll ~180 females and utilize co-primary endpoints of RSBQ and CGI-I after 12 weeks of treatment.

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Benjamin J. Burnett, PhD | (312) 564-8709 | Burnettb@stifel.com
Nathaniel Tower | (617) 488-4146 | towern@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 5 - 7 of this report.**

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**ACAD – NASDAQ**

**August 1, 2019**

Biotechnology

## Investment Thesis

**We rate ACAD shares Hold.** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Nonetheless, at such sales potential, we believe one needs to have fairly bullish assumptions for the pipeline to derive upside to the stock from current levels. To this point, Acadia is also examining pimavanserin in dementia related psychosis (DRP), major depressive disorder, and schizophrenia; DRP represents a major source of investor interest and the biggest potential source of upside, but we are more skeptical on the mid-stage data for pimavanserin in Alzheimer's Disease Psychosis. Therefore, we view the ongoing DRP phase III trial as high risk. Meanwhile, we include some credit in our model for MDD but we are more cautious on schizophrenia given prior mixed clinical results in a combination study.*

## Target Price Methodology/Risks

**We derive a $24 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 10% discount rate and a 2% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and a 25% odds-of-success for Dementia-Related Psychosis. Other pipeline programs, such as schizophrenia, are not included in our valuation.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** Acadia may face above-average regulatory risk for a commercial-stage company, given that the safety of its approved medicine is currently being reviewed by the FDA. We also model an equity raise in 2019, though it's possible one could come sooner, especially if near-term events (depression data, earnings) are positives for the stock. We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).

# STIFEL

**Ex. 61**

**P. 3**

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**August 1, 2019**

**ACAD – NASDAQ**

Biotechnology

| ACAD P&L - GAAP ($MM except EPS) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Psychosis US | 17 | 125 | 49 | 57 | 58 | 60 | 224 | 63 | 83 | 90 | 93 | 329 | 470 |
| Dementia Psychosis US | - | - | - | - | - | - | - | - | - | - | - | - | 9 |
| MDD US | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ROW Royalties | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Collaboration Revenue | 0.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Revenue | 17.3 | 124.9 | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 63.0 | 83.2 | 89.9 | 92.6 | 328.7 | 482.2 |
| COGS | 3.1 | 9.1 | 2.2 | 3.9 | 4.2 | 3.2 | 13.4 | 3.0 | 3.3 | 3.6 | 3.7 | 13.5 | 18.8 |
| License Fees & Royalties | 1.3 | 4.0 | 1.3 | 1.2 | 1.2 | 1.2 | 4.9 | 1.6 | 1.7 | 1.8 | 1.9 | 7.0 | 10.6 |
| R&D | 99.3 | 149.2 | 39.3 | 46.6 | 53.1 | 48.2 | 187.2 | 52.9 | 67.3 | 70.0 | 73.0 | 263.2 | 289.3 |
| SG&A | 186.5 | 256.2 | 60.9 | 69.5 | 61.1 | 74.3 | 265.8 | 93.1 | 68.0 | 71.0 | 75.0 | 307.1 | 330.0 |
| Operating Expenses | 290.1 | 418.5 | 103.7 | 121.1 | 119.6 | 126.8 | 471.3 | 150.6 | 140.3 | 146.4 | 153.6 | 590.9 | 648.8 |
| Operating Income | (272.8) | (293.6) | (54.8) | (64.1) | (61.3) | (67.3) | (247.4) | (87.6) | (57.1) | (56.5) | (61.0) | (262.2) | (166.6) |
| Interest Income (Expense) | 2.8 | 4.1 | 1.2 | 1.3 | 1.2 | 1.7 | 5.3 | 2.9 | 2.5 | 2.0 | 2.0 | 9.5 | - |
| Other Income (Expense) | - | - | - | (0.2) | (1.7) | 0.1 | (1.8) | (0.2) | (0.0) | - | - | (0.2) | - |
| EBT | (270.0) | (289.4) | (53.6) | (63.0) | (61.8) | (65.5) | (243.9) | (84.9) | (54.6) | (54.5) | (59.0) | (253.0) | (166.6) |
| Tax | 1.3 | (0.0) | 0.7 | 0.2 | 0.4 | 0.0 | 1.3 | 0.4 | 0.4 | - | - | - | - |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (62.1) | (65.5) | (245.2) | (85.3) | (54.9) | (54.5) | (59.0) | (253.0) | (166.6) |
| Diluted EPS | $ (2.34) | $ (2.36) | $ (0.44) | $ (0.51) | $ (0.50) | $ (0.50) | $ (1.94) | $ (0.59) | $ (0.38) | $ (0.38) | $ (0.41) | $ (1.75) | $ (1.14) |
| Diluted Shares Outstanding | 115.9 | 122.6 | 124.7 | 124.9 | 125.0 | 131.6 | 126.6 | 144.0 | 144.3 | 144.8 | 145.3 | 144.6 | 146.6 |

Source: Company Filings, Stifel Estimates

| ACAD BS/CFS ($MM) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash | 529.0 | 341.3 | 298.1 | 256.9 | 214.1 | 473.5 | 473.5 | 414.3 | 381.9 | 349.6 | 314.0 | 314.7 | 245.9 |
| Cash & Equivalents | 529.0 | 341.3 | 298.1 | 256.9 | 214.1 | 473.5 | 473.5 | 414.3 | 381.9 | 349.6 | 314.0 | 314.7 | 245.9 |
| Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | 314.5 | (187.7) | (43.2) | (41.2) | (42.8) | 259.4 | 132.2 | (59.2) | (32.4) | (32.3) | (35.6) | (158.8) | (68.9) |
| Cash Flow From Operations | (182.0) | (185.7) | (42.7) | (47.0) | (42.7) | (39.0) | (171.4) | (62.6) | (31.6) | (31.5) | (34.8) | (159.7) | (64.6) |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (62.1) | (65.5) | (245.2) | (85.3) | (54.9) | (54.5) | (59.0) | (253.0) | (166.6) |
| SOE | 52.4 | 75.5 | 20.4 | 20.6 | 20.2 | 20.4 | 81.6 | 19.9 | 21.6 | 22.6 | 23.7 | 87.8 | 99.1 |
| D&A | 1.0 | 1.2 | 0.5 | 0.2 | 0.5 | 0.5 | 1.7 | 0.4 | 0.5 | 0.5 | 0.5 | 1.9 | 2.9 |
| Other | 35.9 | 27.0 | (9.3) | (4.6) | (1.3) | 5.6 | (9.6) | 2.4 | 1.2 | - | - | 3.6 | - |
| Cash Flow From Investing | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.8) | (0.8) | (0.8) | (3.3) | (4.3) |
| CapEx | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.8) | (0.8) | (0.8) | (3.3) | (4.3) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Flow From Financing | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | - | - | - | 4.2 | - |
| Equity Raise (Buyback) | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | - | - | - | 4.2 | - |
| Debt Raise (Buyback) | - | - | - | - | - | - | - | - | - | - | - | - | - |

Source: Company Filings, Stifel Estimates

STIFEL

Ex. 61
P. 4

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

ACAD – NASDAQ

August 1, 2019

Biotechnology

| ACAD DCF Analysis ($MM) | | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations ($MM) | | (171.4) | (159.7) | (64.6) | 211.6 | 364.8 | 485.2 | 546.9 | 562.3 | 602.4 | 650.1 | 704.7 | 355.8 | 136.8 | |
| Cash Flow From Investing ($MM) | | (0.7) | (3.3) | (4.3) | (5.3) | (6.3) | (7.3) | (8.3) | (9.3) | (10.3) | (11.3) | (12.3) | (13.3) | (14.3) | |
| Net Borrowing ($MM) | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Free Cash Flow to Equity ($MM) | | (172.1) | (163.0) | (68.9) | 206.3 | 358.5 | 477.9 | 538.6 | 553.0 | 592.2 | 638.8 | 692.4 | 342.5 | 122.6 | 1563 |
| Discount Periods | | | 0.00 | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 7.50 | 8.50 | 9.50 | 10.50 | |
| NPV FCFE ($MM) | - | - | (81.5) | (65.7) | 178.8 | 282.5 | 342.3 | 350.7 | 327.4 | 318.7 | 312.6 | 308.0 | 138.5 | 45.1 | 574 |

| | |
|---|---|
| Total FCFE | 3,031.8 |
| Net Cash 2Q19 | 381.9 |
| Implied ACAD Market Cap | 3,413.7 |
| ACAD DCF Price Target | $  24 |

| | |
|---|---|
| Discount Rate | 10.0% |
| Terminal Growth Rate | 2.0% |
| Diluted Shares Outstanding | 145.2 |

Source: Stifel estimates

4

STIFEL

Ex. 61
P. 5

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**ACAD – NASDAQ**

**August 1, 2019**

Biotechnology

## Important Disclosures and Certifications

We, Paul Matteis and Benjamin J. Burnett, certify that our respective views expressed in this research report accurately reflect our respective personal views about the subject securities or issuers; and we, Paul Matteis and Benjamin J. Burnett, certify that no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.

### Acadia Pharmaceuticals, Inc. (ACAD) as of July 31, 2019 (in USD)



| 08/06/2018 | 08/09/2018 | 10/29/2018 | 02/27/2019 |
| 13.91 | 13.91 | 21.10 | 25.53 |
| I:H:17.00 | H:14.00 | H:20.00 | H:22.00 |

*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to
http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. **SUSPENDED** indicates the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 52% are rated Buy, 36% are rated Hold, 2% are rated Sell and 10% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 18%, 8%, 0% and 3% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual

# STIFEL

Ex. 61
P. 6

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**August 1, 2019**

**ACAD – NASDAQ**

Biotechnology

investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

"Stifel", includes Stifel Nicolaus & Company ("SNC"), a US broker-dealer registered with the United States Securities and Exchange Commission and the Financial Industry National Regulatory Authority and Stifel Nicolaus Europe Limited ("SNEL"), which is authorized and regulated by the Financial Conduct Authority ("FCA"), (FRN 190412) and is a member of the London Stock Exchange.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 1 August 2019 07:35EDT and disseminated at 1 August 2019 07:35EDT.

**Additional Information Is Available Upon Request**

# STIFEL

Ex. 61
P. 7

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**ACAD – NASDAQ**

**August 1, 2019**

Biotechnology

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.

STIFEL

Ex. 61
P. 8

# Exhibit 62

September 9, 2019
General News

## ACADIA Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Meets the Primary Endpoint in Patients with Dementia-Related Psychosis

Share Page

*– Pimavanserin achieved robust statistical superiority over placebo in time to relapse of dementia-related psychosis at planned interim efficacy analysis*

*– Pimavanserin has the potential to be the first FDA-approved drug for the treatment of dementia-related psychosis*

*– Approximately 1.2 million patients in the United States are diagnosed with dementia-related psychosis*

*– Conference call and webcast to be held today at 8:30 a.m. Eastern Time*

SAN DIEGO–(BUSINESS WIRE)–Sep. 9, 2019– ACADIA Pharmaceuticals Inc. (Nasdaq: ACAD) today announced that its Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis, met its primary endpoint, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis.

Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, the study

Ex. 62
P. 2

will now be stopped early based on pre-specified stopping criteria requiring a one-sided p-value less than 0.0033 on the study's primary endpoint.

The Company is planning to meet with the FDA regarding a supplemental NDA submission in 2020 and the results from the HARMONY study will be submitted for presentation at upcoming medical meetings.

The FDA previously granted Breakthrough Therapy Designation for pimavanserin for the treatment of dementia-related psychosis. No drug is approved by the FDA for the treatment of dementia-related psychosis.

"Psychosis adds dramatically to the marked burden that dementia patients already carry and is one of the most challenging-to-manage aspects of the disease for caregivers," said Jeffrey Cummings, M.D., Sc.D., Director Emeritus of Cleveland Clinic Lou Ruvo Center for Brain Health in Las Vegas. "With no approved treatment options available today for dementia-related psychosis, the pimavanserin study results represent a meaningful advance that will potentially bring us a much needed therapy for this debilitating disease."

"We are very excited that today's results bring us one step closer to the potential of offering patients with dementia-related psychosis a critically needed treatment option," said Serge Stankovic, M.D., M.S.P.H., ACADIA's President. "We look forward to speaking with the FDA about a supplemental new drug application to support pimavanserin for the treatment of dementia-related psychosis. I want to thank all of the patients, their families, and the investigators for their participation in this important study."

*About the HARMONY Study*

HARMONY is a Phase 3 study designed to evaluate the efficacy and safety of pimavanserin for the treatment of delusions and hallucinations associated with dementia-related psychosis across a broad population of patients with the most common subtypes of dementia including: Alzheimer's disease, dementia with

Ex. 62
P. 3

Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia spectrum disorders.

The HARMONY study included a 12-week open-label stabilization period during which patients with dementia-related psychosis were treated with pimavanserin 34 mg once daily. Dose reduction to 20 mg once daily was allowed if clinically justified within the first four weeks. Following the 12-week stabilization period, patients who met pre-specified criteria for treatment response were then randomized into the double-blind period of the study to continue their pimavanserin dose (34 mg or 20 mg per day) or switched to placebo and followed for up to 26 weeks or until a relapse of psychosis occurred. The primary endpoint in the study was time to relapse in the double-blind period.

Relapse (significant worsening of dementia-related psychosis after prior stabilization) was defined in the study by one or more of the following: hospitalization due to dementia-related psychosis, significant deterioration of dementia-related symptoms on clinical scales, withdrawal from the study due to lack of efficacy, or the use of an off-label antipsychotic medication for the treatment of dementia-related delusions and/or hallucinations. All potential relapses and discontinuations in the double-blind portion of the study were adjudicated by an independent adjudication committee to determine if protocol defined relapse criteria were met.

*Conference Call and Webcast Information*

ACADIA will discuss today's announcement from its Phase 3 trial of pimavanserin for the treatment of patients with dementia-related psychosis via conference call and webcast today at 8:30 a.m. Eastern Time. The conference call can be accessed by dialing 855-638-4820 for participants in the U.S. or Canada and 443-877-4067 for international callers (reference passcode 9785159). A telephone replay of the conference call may be accessed through September 16, 2019 by dialing 855-859-2056 for callers in the U.S. or Canada and 404-537-3406 for international callers (reference passcode 9785159). The conference call will also

Ex. 62
P. 4

be webcast live on ACADIA's website, www.acadia-pharm.com, in the investors section and will be archived there until October 9, 2019.

## About Dementia-Related Psychosis

Around 8 million people in the United States are living with dementia and studies suggest that approximately 30% of dementia patients, or 2.4 million people, have psychosis, commonly consisting of delusions and hallucinations[1,2]. Dementia-related psychosis includes psychosis in Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Serious consequences have been associated with severe or persistent psychosis in patients with dementia such as repeated hospital admissions, increased likelihood of nursing home placement, progression of dementia, and increased risk of morbidity and mortality[3].

## About Pimavanserin

Pimavanserin is a selective serotonin inverse agonist and antagonist preferentially targeting $5\text{-HT}_{2A}$ receptors. These receptors are thought to play an important role in psychosis, schizophrenia, depression and other neuropsychiatric disorders. In vitro, pimavanserin demonstrated no appreciable binding affinity for dopamine (including D2), histamine, muscarinic, or adrenergic receptors. ACADIA is evaluating pimavanserin in an extensive clinical development program across multiple indications with significant unmet need including dementia-related psychosis, adjunctive major depressive disorder, and the negative symptoms of schizophrenia. Pimavanserin was approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis by the U.S. Food and Drug Administration in April 2016 under the trade name NUPLAZID®. NUPLAZID is not approved for dementia-related psychosis, schizophrenia or major depressive disorder.

## About ACADIA Pharmaceuticals

Ex. 62
P. 5

ACADIA is a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. ACADIA has developed and commercialized the first and only medicine approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. ACADIA also has ongoing clinical development efforts in additional areas with significant unmet need, including dementia-related psychosis, major depressive disorder, the negative symptoms of schizophrenia, and Rett syndrome. This press release and further information about ACADIA can be found at: www.acadia-pharm.com.

*Forward-Looking Statements*

Statements in this press release that are not strictly historical in nature are forward-looking statements. These statements include, but are not limited to, statements related to: intended activities with respect to the HARMONY study following the interim analysis, expected timelines with respect to full data from the HARMONY study and the Company's planned engagement with the FDA. These statements are only predictions based on current information and expectations and involve a number of risks and uncertainties. Actual events or results may differ materially from those projected in any of such statements due to various factors, including the risks and uncertainties inherent in drug development, approval and commercialization, and the fact that past results of clinical trials may not be indicative of future trial results. For a discussion of these and other factors, please refer to ACADIA's annual report on Form 10-K for the year ended December 31, 2018 as well as ACADIA's subsequent filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. This caution is made under the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All forward-looking statements are qualified in their entirety by this cautionary statement and ACADIA undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof, except as required by law.

Ex. 62
P. 6

## Important Safety Information and Indication for NUPLAZID (pimavanserin)

### WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS

- **Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death.**
- **NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with Parkinson's disease psychosis.**

- **Contraindication**: NUPLAZID is contraindicated in patients with a history of a hypersensitivity reaction to pimavanserin or any of its components. Rash, urticaria, and reactions consistent with angioedema (e.g., tongue swelling, circumoral edema, throat tightness, and dyspnea) have been reported.
- **QT Interval Prolongation**: NUPLAZID prolongs the QT interval.

  - The use of NUPLAZID should be avoided in patients with known QT prolongation or in combination with other drugs known to prolong QT interval including Class 1A antiarrhythmics or Class 3 antiarrhythmics, certain antipsychotic medications, and certain antibiotics.
  - NUPLAZID should also be avoided in patients with a history of cardiac arrhythmias, as well as other circumstances that may increase the risk of the occurrence of torsade de pointes and/or sudden death, including symptomatic bradycardia, hypokalemia or hypomagnesemia, and presence of congenital prolongation of the QT interval.

- **Adverse Reactions**: The most common adverse reactions (≥2% for NUPLAZID and greater than placebo) were peripheral edema (7% vs 2%), nausea (7% vs 4%), confusional state (6% vs 3%), hallucination (5% vs 3%), constipation (4% vs 3%), and gait disturbance (2% vs <1%).
- **Drug Interactions**:

  - Coadministration with strong CYP3A4 inhibitors (e.g., ketoconazole) increases NUPLAZID exposure. Reduce NUPLAZID dose to 10 mg taken orally as one tablet once daily.
  - Coadministration with strong or moderate CYP3A4 inducers reduces NUPLAZID exposure. Avoid concomitant use of strong or moderate CYP3A4 inducers with NUPLAZID.

**Indication**: NUPLAZID is indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.

Ex. 62
P. 7

10/18/23, 10:51 PM          ACADIA Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Me…

**Dosage and Administration**: Recommended dose: 34 mg capsule taken orally once daily, without titration.

NUPLAZID is available as 34 mg capsules and 10 mg tablets.

Please see the full Prescribing Information including **Boxed WARNING** for NUPLAZID.

*References*

[1] 2017 Alzheimer's Disease Facts and Figures and ACADIA market research

[2] Plassman BL, et al. Prevalence of dementia in the United States: the Aging Demographics, and Memory study. *Neuroepidemiology*. 2007;29(1-2):125-132.

[3] Connors MH et al. *Am J Geriatr Psychiatry* 2018;26(3). Peters ME et al. *Am J Psychiatry* 2015;172(5). Haupt M et al. *Int J Geriatr Psychiatry* 1996;11(11). Naimark D et al. *J Am Geriatr Soc* 1996;44(3). Stern Y et al. *Neurology* 1994;44(12).

View source version on businesswire.com: https://www.businesswire.com/news/home/20190909005286/en/

**Ex. 62**
**P. 8**

# Exhibit 63

**S&P Global**
Market Intelligence

# ACADIA Pharmaceuticals Inc.

# NasdaqGS:ACAD

# Special Call

## Monday, September 09, 2019 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Ex. 63**

**P. 2**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................. | 3 |
| Presentation | ................................................................. | 4 |
| Question and Answer | ................................................................. | 8 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Mark C. Johnson**
*Vice President of Investor Relations*

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

**Srdjan R. Stankovic**
*President*

**Stephen R. Davis**
*CEO & Director*

## ANALYSTS

**Alan Carr**
*Needham & Company, LLC, Research Division*

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

## Operator

Good day, ladies and gentlemen, and welcome to ACADIA Pharmaceuticals conference call. My name is Catherine, and I'll be your coordinator for today. [Operator Instructions] I would now like to turn the presentation over to Mark Johnson, Vice President of Investor Relations at ACADIA. Please proceed.

## Mark C. Johnson
*Vice President of Investor Relations*

Thank you, Catherine. Good morning, and thank you for joining us on today's call to discuss the positive outcome of the interim efficacy analysis from our Phase III HARMONY study evaluating pimavanserin in the treatment of dementia-related psychosis. On today's call, Steve Davis, our Chief Executive Officer, will provide opening remarks. Following Steve, Dr. Serge Stankovic, our President, will discuss the Phase III HARMONY trial. Michael Yang, our Chief Commercial Officer, will provide comments on our commercial preparation for dementia-related psychosis. Following Steve's closing remarks, we will conduct a Q&A session. Elena Ridloff, our Chief Financial Officer, will also be available for Q&A.

Before we proceed, I would first like to remind you that during our call today, we will be making a number of forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including goals, expectations, plans, prospects, growth potential, timing of events, or future results, are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

I will now turn the call over to Steve Davis, our Chief Executive Officer.

## Stephen R. Davis
*CEO & Director*

Thank you, Mark. Good morning, everyone, and thank you for joining us today to discuss the exciting outcome from our Phase III HARMONY study. We are extremely pleased to share with you that our pivotal HARMONY study met the primary end point at the planned interim efficacy analysis. As a result, we are stopping the study for efficacy.

In the interim analysis, pimavanserin has demonstrated a longer time to relapse of psychosis with highly statistically significant separation from placebo. As a reminder, the FDA previously granted Breakthrough Therapy Designation for pimavanserin for the treatment of dementia-related psychosis. And today, there is no FDA approved drug for this debilitating disease.

So why today's news is so important? First, it signals the potential for pimavanserin to help a large population of patients with a very high unmet medical need. There are approximately 1.2 million diagnosed patients in the United States who suffer from dementia-related psychosis. As we previously noted, the addressable population for dementia-related psychosis is approximately tenfold larger than Parkinson's disease psychosis.

Second, the results we've announced today demonstrate that pimavanserin can significantly delay the symptomatic recurrence of dementia-related psychosis, which could have a very meaningful impact on the lives of patients as well as their families.

Third, as we previously pointed out, other antipsychotics have been shown to accelerate cognitive decline in use off-label in Alzheimer's disease patients. In our prior Phase II study in Alzheimer's patients, we observed meaningfully antipsychotic effect without negative impact on the measure of cognitive function.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

The symptoms of dementia-related psychosis, even when mild, can be associated with significant distress to families and caregivers, including progression to severe dementia, repeated hospital admissions, and increased likelihood to nursing home placement. In addition, there is a greater caregiver burden associated with caring for psychosis in dementia patients as caregivers are often the target of patient symptoms. With today's results, we look forward to engaging with the FDA about a supplemental new drug application next year. This is an important step as we aim to be the first approved treatment for the millions of patients and their families who struggle with dementia-related psychosis.

I'll now turn it over to Serge to provide a little more detail on the trial and our next steps.

**Srdjan R. Stankovic**
*President*

Thank you, Steve. First, I want to thank the study participants, their families, the investigators and their teams as well as our expert advisors and the HARMONY study team for their contribution to this important research. We are very excited that today's announcement reinforces the potential of pimavanserin as a treatment for patients suffering with dementia-related psychosis.

Our pivotal Phase III HARMONY study was designed to evaluate the efficacy and safety of pimavanserin for the treatment of delusions and hallucinations associated with dementia-related psychosis across a broad spectrum of patients with the most common subtypes of dementia, Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia and frontotemporal dementia. Let me begin with a brief overview of the HARMONY study design.

The study included a 12-week open-label stabilization period, during which patients with dementia-related psychosis were treated with pimavanserin 34 milligrams once daily. Dose reduction to 20 milligrams was allowed within first 4 weeks of the study.

Following the open-label period, patients who had a sustained response to treatment were randomized into the double-blind period to continue their pimavanserin treatment or switch to placebo for up to 26 weeks or until a relapse of psychosis occurred.

A relapse, which is a significant worsening of dementia-related psychosis after prior stabilization, was defined as one or more of the following 4 outcomes: patient was hospitalized due to dementia-related psychosis; patient had significant worsening of dementia-related psychosis on clinical scale; patients withdrew from the study due to lack of efficacy; or patient was prescribed use of an off-label antipsychotic medication for the treatment of dementia-related delusions and hallucinations.

All potential relapses and discontinuations in the double-blind portion of the study were adjudicated by an independent adjudication committee to confirm relapse criteria were met.

Two comments I would like to make on the study design. First, this design allowed us to get a really good idea on the durability of effect of pimavanserin. First, patients needed to demonstrate a stable response at week 8 and week 12, and then we follow them for an additional 6 months. Second, the primary end point chosen was not simply a movement on a scale but an important clinical outcome that physicians and their patients can clearly understand and easily relate to.

Now I would like to discuss today's results. The primary end point in the study was time to relapse into double-blind period. For the interim efficacy analysis, a prespecified stopping rule for efficacy was to achieve a one-sided p-value of less than 0.0033 on the study primary end point. The one-sided p-value was predefined in the statistical analysis plan to test one directional superiority of pimavanserin over placebo in time to relapse for the purpose of stopping the study for efficacy. The interim analysis result on the primary end point time to relapse clearly demonstrate the strong durability of effect of treatment with pimavanserin.

So what comes next? We will now initiate study stopping procedures and completion of clinical trial activities for the HARMONY study protocol and conduct full analysis of the study data. All this will take a few months. We then plan to meet with the FDA regarding a supplemental NDA submission in 2020. We also plan to present the results from the HARMONY study at upcoming medical meetings.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | SEP 09, 2019

As Steve mentioned, pimavanserin was previously granted Breakthrough Therapy Designation for dementia-related psychosis. This was based on the seriousness of the disease with unmet need and the clinical results we have already observed, including our positive Alzheimer's disease psychosis study, which showed statistically significant reduction in psychotic symptoms in patients with Alzheimer's disease versus placebo without a negative impact on measure of cognitive function. And our positive Phase III pivotal study showing improvement in severity and frequency of hallucinations and delusions in patients with Parkinson's disease psychosis. This study included a prespecified subgroup analysis of dementia patients who, when treated with pimavanserin, also showed a statistically significant improvement in psychosis compared to placebo.

I would also like to remind you that at the end of Phase II meeting with FDA, we confirm that for our supplemental NDA submission in DRP, we could rely on a single, well-controlled study whose results were both statistically and clinically very persuasive.

In addition to the pivotal HARMONY study, we plan to submit in the supplemental NDA positive data in patients with dementia from the 2 previous efficacy studies as well as additional safety data from our ongoing placebo-controlled postmarketing commitment safety study of pimavanserin in elderly frail patients with neuropsychiatric symptoms related to neurodegenerative disease.

We look forward to presenting the results from the HARMONY study, engaging with the FDA and to supplemental NDA submission next year.

Now I would like to turn the call over to Michael to discuss our commercial preparations for DRP.

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Thanks, Serge. We are extremely excited about the prospects of having a dementia-related psychosis indication to our successful PD -- NUPLAZID PD psychosis franchise. Currently, there is no product approved for this disease and it represents a large unmet need. Our research suggests that DRP patients transition through multiple sites of care and cost increased dramatically when DRP is not treated. There is a significant need for a proven safe and effective treatment for this vulnerable patient population.

We are confident that the HARMONY results will reinforce our clinical profile and will serve as a strong foundation to establish pimavanserin as standard of care for DRP, demonstrating both acute efficacy and durability of treatment benefit are meaningful outcomes to physicians, patients and their families.

We've been working on building our launch-readiness plans. We've made the necessary investments to be well prepared in the event of a positive interim analysis from HARMONY. Our research indicates that health care practitioners are enthusiastic about the target product profile. We've conducted several disease education programs, and we've been actively engaging KOL, advocacy and policy communities on DRP-related matters. It's worth noting that DRP represents a great opportunity to leverage and expand upon our existing commercial approach in neurology, psychiatry, and importantly, in the long-term care setting, which is a significant part of the DRP market. We are proud of the work we're doing in PD psychosis and we hope to bring that same passion and commitment by serving the millions of patients and families who struggle with dementia-related psychosis. With that, I'll turn the call back over to Steve.

**Stephen R. Davis**
*CEO & Director*

Thanks, Michael. Today's news represents a significant milestone for ACADIA and hope for dementia-related psychosis patients and their families. If approved, we believe our commercial footprint uniquely positions ACADIA to deliver this important potential new treatment to the millions of patients and their caregivers suffering from dementia-related psychosis. I'm extremely proud of our team and the high level of execution in our late-stage clinical development trials. Looking ahead, we are excited about our Phase II advance study in schizophrenia negative symptoms with data expected around year-end. The initiation of our trofinetide Phase III program for the treatment of Rett syndrome in the fourth quarter of this year, and our ongoing Phase III program evaluating pimavanserin as an adjunctive treatment for major depressive disorder.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 63
P. 7

Before I turn it over for Q&A, I would also like to personally thank the patients, caregivers and investigators for their participation and to the entire study team for all their very hard work that went into this important study. I'll now open up the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 63
P. 8

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Ritu Baral with Cowen.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Congratulations on the data. Have you guys done enough analysis to maybe talk qualitatively to the magnitude of effect, whether we're talking about effect size? Or can you talk about how much you lengthened this time to relapse? And then I have a follow-up.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks for the question, Ritu. Serge, you want to take that?

**Srdjan R. Stankovic**
*President*

Yes. This is, Ritu, as you certainly know, an interim analysis that was done by the blinded statistical group and reviewed by our independent data safety monitoring committee. So we -- in the upcoming period, we will be closing out the study, bringing the patients back for their final and follow-up visits and conducting the full analysis of the study data. So we are looking forward to presenting those data in detail. I would like to say though, that just the fact that the high threshold at interim analysis is reached, certainly indicate meaningfulness of this results in terms of the separation between the drug and placebo in -- on the time to relapse.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Got it. Do you think that you could reveal more of the magnitude of effect to the investment community even before a scientific presentation? And my follow-up was can you talk a little bit about the safety in the study, if you've seen -- what dropouts have you seen? Any SAEs, et cetera?

**Srdjan R. Stankovic**
*President*

Yes. Yes, we will -- sorry, Steve, did you want to address that?

**Stephen R. Davis**
*CEO & Director*

No, no, please go ahead, Serge.

**Srdjan R. Stankovic**
*President*

One by one, yes, as we complete our analysis, we will certainly be sharing the data, both with the investment community as well as the scientific community. And we are eager to do that, of course. In respect to safety, the safety profile in the open-label portion of the trial supports the favorable tolerability profile of pimavanserin, and the blinded safety data from the double-blind portion has not indicated any new safety signal.

**Ritu Subhalaksmi Baral**
*Cowen and Company, LLC, Research Division*

Can we expect the safety profile similar to what we saw for PDP then?

**Srdjan R. Stankovic**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President*

Yes, we definitely improved -- we'll discuss the details, but we didn't see any indications of concerns in the data, in the safety data in the open-label stage as well as in the double-blind stage.

**Operator**

Our next question comes from Charles Duncan with Cantor Fitzgerald.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Let me add my congratulations on these results. Thanks for sharing them. I know that you haven't done much analysis, so probably similar answer to the one to Ritu's. But I'm wondering if you have information on the different DRP cohorts or at least the percentage of AD patients and the breadth of the different etiologies?

**Srdjan R. Stankovic**
*President*

Yes, Charles, thanks. I'll take that question. The distribution of different dementia subtypes in our open-label stage as well as in the randomized population are similar and match roughly the epidemiology of the disease. Approximately 2/3 of patients were Alzheimer patients, about 15% of patients were with Parkinson's dementia, approximately 10% were with vascular dementia, and somewhat less than 10% patients with Lewy body dementia and with dementia with Lewy bodies, and the rest was frontotemporal dementia.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Okay. That's helpful. Appreciate that, Serge. And then with regard to timing, I'm just kind of wondering, sNDA in 2020, that's a full 12 months. So wondering if you can provide any additional granularity on sNDA timing or at least discussions with the agency? And then in terms of data presentation, would you be ready yet already this year for CTAD or could it be later, maybe even in early 2020, where you present additional data?

**Stephen R. Davis**
*CEO & Director*

Sorry, Serge. Please go ahead.

**Srdjan R. Stankovic**
*President*

Yes. As I said, we need first have to close out the study, and that will take a few months to the completion of the data analysis. We certainly look forward to presenting the results from HARMONY in the -- at the upcoming meetings. And you're right, CTAD presents an opportunity to share the data. This will take a few months, so in terms of the submission of abstract and presentations and all that, we will certainly look forward to present some of the information as much as we can at the first and upcoming meetings as they go.

In terms of the end of H2 meeting, we received already agreement from FDA that a single, well-controlled trial will be sufficient for submission. So we -- with these results and the study data in hand, we will be approaching FDA definitely in the first part of the next year and discussing the format and content of our sNDA submission. So for that reason, until we complete the analysis at that meeting, we are not really providing much granularity about the timing of that. But I definitely don't think that plans are to -- for the full 2020, as you said, 12 months for the submission.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Okay. And final question for Michael or Steve. Sorry, I might have just missed this in your presentation. But did you say that the current commercial infrastructure was sufficient to be able to deal with this label expansion if it comes?

**Stephen R. Davis**
*CEO & Director*

Yes. Charles, just before we get to -- just to add one little bit of color. So obviously, we need to shut the study down, as Serge mentioned, we are in process of doing it now. And patients have to come in for their final visit, and then we will be in a position to share a little bit more data before we get to the full presentation. So I'll handover to Michael and -- if you want to answer Charles...

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Charles, thanks, for the question. We've been preparing for the positive outcome here for some time and building a lot of the strategic planning of it. Just in regards to the specific question, the existing commercial approach that we have, which is largely focused on neurology, psychiatry and long-term care, that's a significant part of the DRP market as well. Obviously, the DRP market is a lot larger in terms of both the number of treaters and patients. So we're evaluating what kind of commercial footprint we'll need, but we'll be leveraging the existing approach that we have today.

**Operator**

Our next question comes from Tazeen Ahmad with Bank of America Merrill Lynch.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Congratulations on this positive data. Steve or Serge, I just wanted to get a sense from you about how you are thinking about the dosing that's going to be used in the DRP patients and how, if at all, it might differ from the type of dosing that you are seeing that's being used with PDP. And then I just have another follow-up.

**Stephen R. Davis**
*CEO & Director*

Sure. Serge, go ahead.

**Srdjan R. Stankovic**
*President*

Yes. Thanks for the question, Tazeen. Consistent with the good tolerability of pimavanserin, in this study, the DRP study, we observed across the trial that less than 10% of patients ended up with 20 milligrams dose. And consequently, 90% were on 34 milligrams. So as you can see from that, that the 34-milligram dose continues to be the primary dose for the -- and will be probably in the DRP as well.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. Great. At the interim, what was the longest amount of time any patient in the study had been observed? And do you think that FDA will want to have any more clarity about just durability of response in general when you meet with them?

**Srdjan R. Stankovic**
*President*

Well, I can say that there is a number of patients that completed the full 6 months follow-up period following randomization. So we have a proportion of patients that are -- went through the study on the full 9 months of -- on drug.

**Tazeen Ahmad**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

ACADIA PHARMACEUTICALS INC. SPECIAL CALL | SEP 09, 2019

*BofA Merrill Lynch, Research Division*

Okay. And is that information that you think you'll be able to show at a conference?

## Srdjan R. Stankovic
*President*

Yes, with the upcoming conferences, I cannot exactly say at what conference, but yes, we -- as we move forward with the data analysis, complete analysis and plan our presentations in different conferences, we will be presenting full extent of the data regarding that information.

## Stephen R. Davis
*CEO & Director*

And just to be clear, and you were asking about durability of effect, I mean I think, it's one of the things we liked about this study design. This study design really addresses durability of effect in the context of efficacy of the drug. So I think we feel very, very good about that, and we would not anticipate needing to do any additional work to further confirm the durability of effect. We really saw it very strongly in this study.

## Operator

And our next question comes from Cory Kasimov with JPMorgan.

## Cory William Kasimov
*JP Morgan Chase & Co, Research Division*

I'll stick to 2. I guess first one is can you disclose or at least qualitatively describe the response rate from the 12-week open-label run in period? I assume you have more info on this given the open-label nature of it. And then I have 1 follow up.

## Stephen R. Davis
*CEO & Director*

Yes, thanks, Cory. Serge, please go ahead.

## Srdjan R. Stankovic
*President*

Well, at this point, we are not really providing the details. But I can say that as we've been updating you on a regular basis throughout the trial, the proportion of patients that have been randomized in the trial, meaning that they achieved a sustainable improvement during the 12 weeks of open-label treatment, has been exceeding -- slightly exceeding our initial expectations and anticipation. Obviously, there are patients that discontinue in the course of the 12 weeks of treatment, but from those that had the full 12 weeks of treatment, there were about 20% of patients that failed to demonstrate sustained response to the open-label portion of the study at week 8 and at week 12.

## Cory William Kasimov
*JP Morgan Chase & Co, Research Division*

Okay. That's helpful. And then bigger picture, I'm curious how having these results in hand now might impact your European strategy going forward.

## Stephen R. Davis
*CEO & Director*

Great, Cory. Thanks for the question. I think as we said before, we have frame-shifted our thoughts in terms of European strategy. And I think at this point, we don't really have anything else to say but we'll be, of course, assessing as we move forward.

## Operator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And our next question comes from Alan Carr with Needham & Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Just to follow-up on that last one a little bit, just to confirm, you said 20% did not make it to -- or did not qualify as responders during the first 12 weeks? And then also can you tell us how many patients were enrolled in the trial? And then Michael, can you talk a bit more about the -- your sales force plan? It sounds like you are in the areas that you want to be in already, but can you give us an initial sense of the scale and increase in number of -- in the size of infrastructure that you are contemplating?

**Stephen R. Davis**
*CEO & Director*

Serge, do you want to answer?

**Srdjan R. Stankovic**
*President*

Yes, I do want to make sure that we're clear about that. I was talking about 20% of patients that went up to week 8, at least, or week 12 that did not meet stabilization criteria. In other words, did not achieve efficacy criteria to be randomized. There were some patients, a smaller proportion of patients that also discontinued for other reason up to week 8 or to week 12, so they were not. So I just want to make sure that there is clear understanding. That doesn't mean 80% of the patients made it into randomization. It was a lesser percent because it was -- some of the patients discontinue for other reasons. And as far as the number of patients, I'll provide a qualitative measure. As we were always saying, at the point of interim analysis, we had more than half of the patients randomized. And we were closing -- no, I'm sorry, entered the trial and entered the open-label period. And we were much closer to finishing lines because that's just the nature of the trial and treatment. So we had a fair number of patients already enter the trial and randomized in the study.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Serge, half had then entered the open-label? Or half had entered the randomized?

**Srdjan R. Stankovic**
*President*

It's much more than half. It's much more than half, that's what I'm saying. Because we are -- as patients are going through treatment period waiting for, and then randomizing awaiting for relapse, there is a continued enrollment in the trial.

**Stephen R. Davis**
*CEO & Director*

As we said before, Alan, the interim analysis would come well past half of the time -- well past half of the number of patients to be enrolled in the study, the full study. And Michael, can you take the next question?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, Alan, thanks for the question. As I mentioned, the nice thing about DRP is the constructs of the market and our approach largely similar to what we do in DRP, except -- our PDP, except the DRP is much larger. Really not prepared to talk about the specifics or the magnitude, except to say it's kind of a mixed question. And we're assessing that now, so there are things like medical affairs which is not the sales force, that we're going to have to address. But long-term care is an example, it may go up a little bit larger than say our neurology footprint, which we think maybe fully optimized. So we're going to be looking at a mix of the capabilities that we have. But the good news is we've invested in all of the capabilities that I think we're going to need to optimize DRP. And then it's going to be making sure that we have the right weight to those capabilities to meet the market opportunity and say that appropriately. So

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

we'll describe that a little bit more when we assess it, but there's all kinds of different trade-offs with the various capabilities that we have to make this market opportunity come true.

**Alan Carr**
*Needham & Company, LLC, Research Division*

Can you remind me how many -- how big are your sales force and Medical Affairs Group is now?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, we have about 150 -- about 50 long-term care folks random roughly at about 100 or little less than that in terms of neurology. And we have an MS sales force of about 10. Medical affairs...

**Stephen R. Davis**
*CEO & Director*

Medical affairs is about 20, about 20 medical affairs altogether.

**Operator**

And our next question comes from Danielle Brill with Piper Jaffray.

**Danielle Catherine Brill**
*Piper Jaffray Companies, Research Division*

Congrats. Just a quick one for me. Considering this population size is tenfold larger than PDP, have you had -- has your thoughts on pricing or adjusting the price evolved at all? Any color you can provide would be helpful.

**Stephen R. Davis**
*CEO & Director*

Yes. Thanks for the question, Danielle. It's premature to comment on that topic generally, but I would just note that there is no drug approved for the treatment of DRP. As we've been discussing, it's a very significant unmet need that has a high disease burden on both patients and caregivers.

**Operator**

And we have enough time for 2 more questions. And our next question comes from Marc Goodman with SVB Leerink.

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

You talked about the dementia subtypes and I was curious if you can make any comment on the data and whether -- I know you don't want to give us any numbers, but where there any of the subpopulations where the data was much better than the others? And then secondly, I'm sure you've probably started to talk to managed care and the payer guys about this. And I was curious just how that discussion went with respect to, if this works, we would be attacking obviously a much larger population. And kind of how the payers have talked to you about this and because obviously this is a very big population.

**Stephen R. Davis**
*CEO & Director*

Sure. We'll go to Serge, then Michael.

**Srdjan R. Stankovic**
*President*

Yes. Yes, you're right, at this point, we are not in a position to provide the detail on the response across subtypes. But I can, again, as an indicator of that, repeat that all dementia subtypes were represented across both the enrolled population and randomized population as well as in -- across the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

adjudicated relapses. So we see consistency in that respect across all 3 populations in the trial or with the representation of dementia subtypes.

**Stephen R. Davis**
*CEO & Director*

Michael?

**Michael J. Yang**
*Executive VP & Chief Commercial Officer*

Yes, so great question. Just to kind of amplify where Steve left off on the last question, the commonalities are the fact that for the DRP patient population, there's a high unmet need and we would be the only product approved, similar to when we went into PDP. Also commented that the DRP patient population and the PDP population share a very similar payer dynamic and footprint. And as you know, we have a very good and broad access position today. We have seen very positive responses to kind of the target product profiles and moving it forward, of course, we didn't have the whole data package. And when we get that, we'll have a more refined conversation with the payers. And I do believe there will be an appropriate amount of opportunity to discuss how and where we can get access for the broader population. So that's -- more to come on that, but we are very confident that we can work with the payers to achieve access for the product.

**Operator**

And our last question comes from Jason Butler with JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Let me add my congratulations on the results also. Just 2 quick questions. One, at the end of Phase II meeting, was there any discussion with FDA around a statistical hurdle to support submission based on a single study? And then just briefly, can you give us just any historical context for the use of relapse prevention study in other indications supporting either first approval or sNDA approval?

**Stephen R. Davis**
*CEO & Director*

Serge, you want to take -- why don't you take both of these questions?

**Srdjan R. Stankovic**
*President*

Yes. Yes, we certainly have the discussion, as I mentioned and agreements with FDA related to the supplemental NDA and our ability to support that supplemental NDA with a single well-controlled trial as long as that trial provides persuasive statistical and clinical benefit. And certainly, what we have in terms -- usually, when people talk about statistically persuasive results, that means that the p-value is less than 0.01. And we certainly exceed substantively that threshold. And as I mentioned, we are even below the threshold of 0.0033. So second, we also submitted our statistical analysis plan in advance to -- well in advance to our interim analysis and FDA had an opportunity to at least provide comments to that. So we are very comfortable with where we stand in regards to that particular question.

**Operator**

Mr. Davis, please proceed to closing remarks.

**Stephen R. Davis**
*CEO & Director*

Great. Thanks to each of you for joining today and I think we're done. Thank you, operator.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 63
P. 15

Thank you for participating in today's conference call. This concludes the presentation. You may now all disconnect. Have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex. 63
P. 16

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 64

Ex. 64
P. 1

## J.P.Morgan

North America Equity Research
09 September 2019

# ACADIA Pharmaceuticals

## A Harmonious Beginning to the Fall for ACAD

### Overweight

**ACAD, ACAD US**
Price: $23.80
**06 Sep 2019**

We view the Phase 3 HARMONY trial stopping for positive efficacy as a clear win for ACAD. We liked the risk/reward into this planned interim analysis (note here) given our confidence in the relapse-prevention trial design and its historic success rate, even if not specifically for dementia related psychosis (DRP). While data details are limited (not surprising as this was an interim look), we expect this result to support Nuplazid's approval in DRP (a commercial drug with BTD and no approved therapies for this indication) and drive this product to "blockbuster" status (DRP 10x > PDP). Importantly, we also see multiple additional positive read-throughs from today's development beyond DRP, including 1) it further validates the current PDP indication / Nuplazid's safety profile and could drive greater traction in that setting; 2) it adds to our confidence in MDD, which has more supportive data and is also being evaluated in a straightforward trial; and 3) it may greatly add to ACAD's scarcity value now that the company has a clearer path to billion-dollar-plus sales with a wholly owned CNS asset. Reiterate Overweight rating.

**Quick Takes from the Conference Call**

- Not surprisingly, details on the call were limited as this was an interim analysis and thus the company does not yet have the full data set.

- In terms of stopping criteria, Nuplazid achieved statistical superiority over placebo in time to relapse of dementia-related psychosis (DRP) at the planned interim analysis ($p < 0.0033$).

- Response rates in the open-label portion of the study exceeded the company's assumptions (based on prior ADP and PDP response rates).

- Roughly 20% of patients in the open-label run in that made it to 8 weeks of treatment did not meet the response criteria to be eligible for randomization at 12 weeks. A small % of patient discontinued for other reasons.

- The subtypes of DRP matched the overall epidemiology of the disease: ~67% ADP, 15% PDP, 10% vascular dementia, <10% dementia with lewy bodies, and <5% frontotemporal dementia.

- Approximately 90% of patients were on the 34mg dose of Nuplazid and 10% dose titrated down to the 20mg dose.

- Safety in the open label portion was consistent with prior data, and no concerns were observed in the blinded safety reviews post randomization.

- Full data will be presented at an upcoming medical meeting that's TBD (we suspect CTAD in Dec or one of the many neuro/psych meetings in 1H). It's also possible that ACAD updates investors in the interim as they analyze the data.

- It will take a few months for the company to shut down the trial and clean/analyze all the data. Pending a meeting with the FDA, mgmt expects to submit a sNDA in 2020; we expect on the earlier side of the year (recall this is a supplemental filing

**Biotechnology – Large Cap**

**Cory Kasimov** [AC]
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>

**Gavin Scott**
(1-212) 622-0579
gavin.scott@jpmorgan.com

**Matthew T Holt, Ph.D.**
(1-212) 622-9602
matthew.t.holt@jpmorgan.com

**Neena M Bitritto-Garg, CFA**
(1-212) 622-8967
neena.m.bitritto-garg@jpmchase.com
J.P. Morgan Securities LLC

**See page 3 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Ex. 64**
**P. 2**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
09 September 2019

J.P.Morgan

and key items such as CMC are already established).

- It's also worth restating that the product has breakthrough therapy designation (BTD) and that there are no approved therapies for DRP.

- DRP represents a blockbuster opportunity in the US alone, with 1.2M patients...or about 10x larger than the currently approved PDP indication.

- ACAD's EU strategy for Nuplazid remains TBD. We continue to suspect that they will ultimately use DRP or MDD as the trigger to file overseas.

**Ex. 64**

**P. 3**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
09 September 2019

J.P.Morgan

**Analyst Certification:** All authors named within this report are research analysts unless otherwise specified. The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of ACADIA Pharmaceuticals.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to ACADIA Pharmaceuticals.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for ACADIA Pharmaceuticals within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: ACADIA Pharmaceuticals.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: ACADIA Pharmaceuticals.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from ACADIA Pharmaceuticals.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from ACADIA Pharmaceuticals.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of ACADIA Pharmaceuticals, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



**ACADIA Pharmaceuticals (ACAD, ACAD US) Price Chart**

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 08-Aug-17 | OW | 30.57 | 50 |
| 08-Aug-18 | OW | 14.19 | 26 |
| 26-Feb-19 | OW | 23.75 | 31 |
| 31-Jul-19 | OW | 25.00 | 32 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 15, 2014. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Ex. 64**

**P. 4**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
09 September 2019

J.P.Morgan

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alexion Pharmaceuticals (ALXN), Alkermes PLC (ALKS), Allogene (ALLO), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), Biogen (BIIB), Celgene (CELG), Clovis Oncology (CLVS), Editas Medicine (EDIT), GW Pharmaceuticals (GWPH), Gilead Sciences (GILD), Global Blood Therapeutics (GBT), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Moderna (MRNA), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seattle Genetics (SGEN), Spark Therapeutics (ONCE), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), bluebird bio (BLUE)

**J.P. Morgan Equity Research Ratings Distribution, as of July 06, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 41% | 14% |
| IB clients* | 52% | 49% | 36% |
| JPMS Equity Research Coverage | 42% | 44% | 14% |
| IB clients* | 76% | 65% | 56% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.

For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research report are Mainland China; Hong Kong SAR, China; Taiwan, China; Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Ex. 64**
**P. 5**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
09 September 2019

J.P.Morgan

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

Legal Entities Disclosures

U.S.: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. Canada: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. U.K.: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. Germany: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. South Africa: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. Hong Kong: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of U.S.A. with limited liability. Korea: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). Australia: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. Taiwan: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. India: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. Thailand: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. Indonesia: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. Philippines: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. Brazil: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Mexico: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. Singapore: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 058/04/2019] and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 070/09/2019], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. Japan: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. Malaysia: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. Pakistan: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. Dubai: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. Russia: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. Argentina: JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**

**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
09 September 2019

J.P.Morgan

account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This report has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised September 07, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**Ex. 64**

**P. 7**

# Exhibit 65

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2019**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 000-50768**

# ACADIA PHARMACEUTICALS INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **06-1376651** |
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| **3611 Valley Centre Drive, Suite 300** | |
| **San Diego, California** | **92130** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(858) 558-2871**
**(Registrant's Telephone Number, Including Area Code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | ACAD | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Total shares of common stock outstanding as of the close of business on October 23, 2019:

| Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.0001 par value | 154,025,462 |

**Ex. 65**
**P. 2**

**ITEM 2.      MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our consolidated financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes included in this quarterly report on Form 10-Q, or this Quarterly Report, and the audited financial statements and notes thereto as of and for the year ended December 31, 2018 included with our Annual Report on Form 10-K, or our Annual Report, filed with the Securities and Exchange Commission, or SEC. Past operating results are not necessarily indicative of results that may occur in future periods.

This Quarterly Report contains forward-looking statements. These forward-looking statements involve a number of risks and uncertainties. Such forward-looking statements include statements about the benefits to be derived from NUPLAZID® (pimavanserin) and other drug candidates, the potential market opportunities for pimavanserin and other drug candidates, our strategy for the commercialization of NUPLAZID, our plans for exploring and developing pimavanserin for indications other than in Parkinson's disease psychosis, our plans and timing with respect to seeking regulatory approvals, the potential commercialization of any of our drug candidates that receive regulatory approval, the progress, timing, results or implications of clinical trials and other development activities involving NUPLAZID and other drug candidates, our strategy for discovering, developing and, if approved, commercializing drug candidates, our existing and potential future collaborations, our estimates of future payments, revenues and profitability, our estimates regarding our capital requirements, future expenses and need for additional financing, possible changes in legislation, and other statements that are not historical facts, including statements which may be preceded by the words "believes," "expects," "hopes," "may," "will," "plans," "intends," "estimates," "could," "should," "would," "continues," "seeks," "aims," "projects," "predicts," "pro forma," "anticipates," "potential" or similar words. For forward-looking statements, we claim the protection of the Private Securities Litigation Reform Act of 1995. Readers of this Quarterly Report are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date on which they are made. We undertake no obligation to update or revise publicly any forward-looking statements. Actual events or results may differ materially from our expectations. Important factors that could cause actual results to differ materially from those stated or implied by our forward-looking statements include, but are not limited to, the risk factors set forth under the section captioned "Risk Factors" in this Quarterly Report.

**Overview**

*Background*

We are a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. We have a portfolio of product opportunities led by our novel drug, NUPLAZID (pimavanserin), which was approved by the U.S. Food and Drug Administration, or FDA, in April 2016 for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis. We hold worldwide commercialization rights to pimavanserin. We launched NUPLAZID in the United States in May 2016 with the recommended dosing of 34 mg once a day taken as two 17 mg tablets. In June 2018, the FDA approved a 34 mg NUPLAZID capsule formulation and a 10 mg NUPLAZID tablet. During the first quarter of 2019, we discontinued commercial sales of the 17 mg tablets.

We believe that pimavanserin has the potential to address important unmet medical needs in neurological and psychiatric disorders in addition to PD Psychosis and we plan to continue to study the use of pimavanserin in multiple disease states. For example, we believe dementia-related psychosis, or DRP, represents one of our most important opportunities for further exploration. In September 2019, we announced that our Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of DRP, would be stopped early for positive efficacy as it met the primary endpoint, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis. Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, the study was stopped early based on pre-specified stopping criteria requiring a one-sided p-value less than 0.0033 on the study's primary endpoint. In the first half of 2020 we plan to meet with FDA to discuss a supplemental New Drug Application, or sNDA submission for DRP. An estimated 8 million people in the United States are living with dementia and studies suggest that approximately 30% of dementia patients, or 2.4 million people, have psychosis, commonly consisting of delusions and hallucinations. Approximately 1.2 million patients in the United States are treated for DRP.

16

Ex. 65
P. 3

According to the National Institute of Mental Health, major depressive disorder, or MDD, affects approximately 16 million adults in the United States, with approximately 2.5 million adults treated with adjunctive therapy. The majority of people who suffer from MDD do not respond adequately to initial antidepressant therapy. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin for adjunctive treatment in 207 patients with MDD who had a confirmed inadequate response to existing first-line, SSRI or SNRI, antidepressant therapy. In the study, pimavanserin met the pre-specified primary endpoint and key secondary endpoint demonstrating statistically significant improvement in the Hamilton Depression-17 Rating Scale and the Sheehan Disability Scale, respectively, relative to placebo. Positive results were also observed in seven additional secondary endpoints including response rate, improvement in sexual function, and a reduction in daytime sleepiness. Pimavanserin was generally well-tolerated in the study with no meaningful weight gain observed or impact on motor function. In February 2019, we conducted an End-of-Phase 2 Meeting with the FDA and in April 2019 we initiated our Phase 3 CLARITY program evaluating pimavanserin as an adjunctive treatment for major depressive disorder.

We also believe schizophrenia represents a disease with unmet or ill-served needs and we are currently exploring the utility of pimavanserin in this area. In the fourth quarter of 2016, we initiated two studies evaluating the adjunctive use of pimavanserin in patients with schizophrenia. In July 2019, we announced top-line results from ENHANCE, a Phase 3 study evaluating pimavanserin for adjunctive treatment of schizophrenia in patients with an inadequate response to their current antipsychotic therapy. In the study, adding pimavanserin to existing antipsychotic treatment showed a consistent trend in improvement of psychotic symptoms, however, the results did not achieve statistical significance on the primary endpoint (p=0.0940) or the key secondary endpoint (p=0.0543). Positive improvements were observed on two pre-specified measure of negative symptoms: the secondary endpoint PANSS negative symptoms scale sub-score (unadjusted p=0.0474) and the exploratory endpoint PANSS Marder negative factor score (unadjusted p=0.0362). ADVANCE is a Phase 2 study evaluating pimavanserin for adjunctive treatment in patients with negative symptoms of schizophrenia. Enrollment in this study has been completed and we expect to report top-line results for the ADVANCE study in the fourth quarter of 2019.

In August 2018, we acquired an exclusive North American license to develop and commercialize trofinetide for Rett syndrome and other indications from Neuren Pharmaceuticals. Rett syndrome is a debilitating neurological disorder that occurs predominantly in females following apparently normal development for the first six months of life. Typically, between six to eighteen months of age, patients experience a period of rapid decline with loss of purposeful hand use and spoken communication and inability to independently conduct activities of daily living. Symptoms also include seizures, disorganized breathing patterns, scoliosis and sleep disturbances. Trofinetide is a novel synthetic analog of the amino-terminal tripeptide of insulin-like growth factor, or 1 IGF-1, designed to treat the core symptoms of Rett syndrome by reducing neuroinflammation and supporting synaptic function. Trofinetide has been granted FDA Fast Track Status and an Orphan Drug Designation in the U.S. and an Orphan Designation in Europe. Currently, there are no approved medicines for the treatment of Rett syndrome. In October 2019, we initiated the Phase 3 LAVENDER randomized, double-blind placebo-controlled study evaluating trofinetide in girls 5-20 years of age with Rett syndrome.

We have incurred substantial operating losses since our inception due in large part to expenditures for our research and development activities and more recently for our sales and marketing activities related to the commercialization of NUPLAZID. As of September 30, 2019, we had an accumulated deficit of $1.7 billion. We expect to continue to incur operating losses for the next few years as we advance our programs and incur significant development and commercialization costs.

We maintain a website at www.acadia-pharm.com to which we regularly post copies of our press releases as well as additional information about us. Our filings with the SEC are available free of charge through our website as soon as reasonably practicable after being electronically filed with or furnished to the SEC. Interested persons can subscribe on our website to email alerts that are sent automatically when we issue press releases, file our reports with the SEC or post certain other information to our website. Information contained in our website does not constitute a part of this Quarterly Report or our other filings with the SEC.

**Financial Operations Overview**

*Product Revenues*

Net product sales consist of sales of NUPLAZID, our first and only commercial product to date. The FDA approved NUPLAZID in April 2016 and we launched the product in the United States in May 2016.

*Cost of Product Sales*

Cost of product sales consists of third-party manufacturing costs, freight, and indirect overhead costs associated with sales of NUPLAZID. Cost of product sales may also include period costs related to certain inventory manufacturing services, excess or obsolete inventory adjustment charges, unabsorbed manufacturing and overhead costs, and manufacturing variances.

Ex. 65
P. 4

**PART II. OTHER INFORMATION**

## ITEM 1.    LEGAL PROCEEDINGS

Between July 19 and August 3, 2018, following negative publicity about NUPLAZID, three purported Company stockholders filed putative securities class action complaints (captioned Staublein v. ACADIA Pharmaceuticals, Inc., Case No. 18-cv-01647, Stone v. ACADIA Pharmaceuticals Inc., Case No. 18-cv-01672, and Barglow v. ACADIA Pharmaceuticals Inc., Case No. 18-cv-01812) in the U.S. District Court for the Southern District of California against us and certain of our current and former executive officers. Thereafter, several putative lead plaintiffs filed motions to consolidate the cases and to appoint a lead plaintiff. On January 3, 2019, the court consolidated the cases under the caption In re ACADIA Pharmaceuticals Inc. Securities Litigation, Case No. 18-cv-01647, and took the lead plaintiff motions under submission. On February 26, 2019, the Court appointed a lead plaintiff and lead counsel. Lead plaintiff filed a consolidated complaint on April 15, 2019. The consolidated complaint generally alleges that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by making materially false and misleading statements regarding our business, operations, and prospects by failing to disclose that adverse events and safety concerns regarding NUPLAZID threatened initial and continuing FDA approval, and by failing to disclose that we engaged in business practices likely to attract regulatory scrutiny. The consolidated complaint seeks unspecified monetary damages and other relief. Defendants filed a motion to dismiss the consolidated complaint on June 7, 2019 and the lead plaintiff filed an opposition on July 23, 2019. Defendants' reply was due August 22, 2019. A hearing on the motion to dismiss previously scheduled for September 5, 2019 was rescheduled for November 14, 2019. Given the unpredictability inherent in litigation, we cannot predict the outcome of this matter. We are unable to estimate possible losses or ranges of losses that may result from this matter, and therefore we have not accrued any amounts in connection with this matter other than ongoing attorneys' fees.

## ITEM 1A.    RISK FACTORS

*You should consider carefully the following information about the risks described below, together with the other information contained in this Quarterly Report and in our other public filings in evaluating our business. The risk factors set forth below that are marked with an asterisk (\*) did not appear as separate risk factors in, or contain changes to the similarly titled risk factor included in, Item 1A of our Annual Report. If any of the following risks actually occurs, our business, financial condition, results of operations, and future growth prospects would likely be materially and adversely affected. In these circumstances, the market price of our common stock would likely decline.*

**Risks Related to Our Business**

***Our prospects are highly dependent on the successful commercialization of NUPLAZID. To the extent NUPLAZID is not commercially successful, our business, financial condition and results of operations may be materially adversely affected and the price of our common stock may decline\*.***

NUPLAZID is our only drug that has been approved for sale and it has only been approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, in the United States since April 2016. We are currently focusing most of our activities and resources on NUPLAZID, because we believe that our prospects are highly dependent on, and the vast majority of the value of our company relates to, our ability to successfully commercialize NUPLAZID in the United States.

24

Ex. 65
P. 5

Successful commercialization of NUPLAZID is subject to many risks. Prior to NUPLAZID, we had never, as an organization, launched or commercialized any product, and there is no guarantee that we will be able to successfully commercialize NUPLAZID for its approved indication or any additional approved indications. There are numerous examples of failures to meet high expectations of market potential, including by pharmaceutical companies with more experience and resources than us. While we have established our commercial team and have hired our U.S. sales force, we will need to further expand and develop the team in order to successfully commercialize NUPLAZID. Even if we are successful in developing our commercial team, there are many factors that could cause the commercialization of NUPLAZID to be unsuccessful, including a number of factors that are outside our control. Because no drug has previously been approved by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis, it is especially difficult to estimate NUPLAZID's market potential for its approved indication and potential additional indications. The commercial success of NUPLAZID currently depends on the extent to which patients and physicians recognize and diagnose PD Psychosis and accept and adopt NUPLAZID as a treatment for hallucinations and delusions associated with PD Psychosis, and we do not know whether our or others' estimates in this regard will be accurate. For example, if the patient population suffering from hallucinations and delusions associated with PD Psychosis is smaller than we estimate or if physicians are unwilling to prescribe or patients are unwilling to take NUPLAZID, perceived safety issues, or for other reasons, the commercial potential of NUPLAZID will be limited. We have limited information about how physicians, patients and payors have responded and will respond to the pricing of NUPLAZID. We have changed, and may continue to change, the price of NUPLAZID from time to time. Physicians may not prescribe NUPLAZID and patients may be unwilling to use NUPLAZID if coverage is not provided or reimbursement is inadequate to cover a significant portion of the cost. Additionally, any negative publicity related to NUPLAZID, or negative development for NUPLAZID in our post-marketing commitments, in clinical development in additional indications, or in regulatory processes in other jurisdictions, may adversely impact the commercial results and potential of NUPLAZID. Thus, significant uncertainty remains regarding the commercial potential of NUPLAZID.

If the commercialization of NUPLAZID is less successful than expected or perceived as disappointing, our stock price could decline significantly and the long-term success of the product and our company could be harmed.

***Although our Phase 3 HARMONY study in dementia-related psychosis was stopped early for efficacy, there can be no assurances that we will ultimately obtain approval of pimavanserin for that indication, or that our commercialization efforts in that indication will be successful, even if we obtain such approval.***

In September 2019, we announced that our Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention study of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, met its primary endpoint, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis. Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, the study was stopped early based on pre-specified stopping criteria requiring a one-sided p-value less than 0.0033 on the study's primary endpoint. While the pre-specified stopping criteria for statistical significance on the primary endpoint of the HARMONY study were met based on the interim analysis, detailed results of the study (including secondary and exploratory endpoints as well as overall safety and tolerability data) are not yet available. Fulll results will become available following study close out and unblinding of study data. We cannot guarantee that the full results of the HARMONY study, once known, and other existing clinical data will be sufficient to support the approval of a supplemental NDA, or sNDA, in the U.S. or marketing applications in additional geographies, or whether regulatory agencies will require additional clinical trials or information, which could impact the approvability, timing of commercialization, and prospects of pimavanserin in the dementia-related psychosis indication. In preparation for a potential U.S. launch, we will need to increase the U.S. sales force significantly, and expand additional commercial, medical affairs and general and administrative support functions prior to obtaining regulatory approval for pimavanserin in dementia-related psychosis.

25

Ex. 65
P. 6

*If we do not obtain regulatory approval of pimavanserin for other additional indications in the United States, or for any indication in foreign jurisdictions, or regulatory approval of trofinetide for Rett syndrome, we will not be able to market pimavanserin for other indications or in other jurisdictions or market trofinetide at all, which will limit our commercial revenues\*.*

While pimavanserin has been approved in the U.S. by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis, it has not been approved by the FDA for any other indications, and it has not been approved in any other jurisdiction for this indication or for any other indication. In order to market pimavanserin for other indications or in other jurisdictions, we must obtain regulatory approval for each of those indications and in each of the applicable jurisdictions, and we may never be able to obtain such approval. Approval of NUPLAZID by the FDA for the treatment of hallucinations and delusions associated with PD Psychosis does not ensure that foreign jurisdictions will also approve NUPLAZID for that indication, nor does it ensure that NUPLAZID will be approved by the FDA for any other indication. In September 2019, our Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis, was stopped early for positive efficacy in a planned interim efficacy analysis. In the first half of 2020 we plan to meet with the FDA to discuss a sNDA submission for dementia related psychosis. In the fourth quarter of 2016, we initiated clinical studies of pimavanserin in schizophrenia and we initiated a Phase 3 program for pimavanserin as an adjunctive treatment for major depressive disorder in April 2019 and we initiated the Phase 3 LAVENDER study of trofinetide for Rett syndrome in October 2019. There is no guarantee that any of these ongoing studies will be successful, or that the FDA or any regulatory authority in foreign jurisdictions will approve pimavanserin or trofinetide for any of those indications. In particular, even if we submit a sNDA for pimavanserin in dementia-related psychosis, the sNDA will be subject to FDA review to determine whether the sNDA is adequate to support approval of pimavanserin for that indication. Even if a sNDA submission is accepted for filing by the FDA, the FDA retains complete discretion in deciding whether or not to approve a sNDA and there is no guarantee that pimavanserin will be approved for the treatment of dementia-related psychosis.

The research, testing, manufacturing, labeling, approval, sale, import, export, marketing, and distribution of pharmaceutical product candidates are subject to extensive regulation by the FDA and other regulatory authorities in the United States and other countries, whose regulations differ from country to country. We will be required to comply with different regulations and policies of the jurisdictions where we seek approval for our product candidates, and we have not yet identified all of the requirements that we will need to satisfy to submit NUPLAZID for approval for other indications or in other jurisdictions or to submit trofinetide for approval for Rett syndrome. This will require additional time, expertise and expense, including the potential need to conduct additional studies or development work for other jurisdictions beyond the work that we have conducted to support our NDA submission in PD Psychosis. In addition, strategic considerations need to be taken into account when determining whether and when to submit NUPLAZID for approval in other jurisdictions. For example, in the fourth quarter of 2016, the European Medicines Agency, or EMA, approved our proposed pediatric investigation plan related to our planned submission of a marketing authorization application, or MAA, for NUPLAZID for the treatment of PD Psychosis in Europe. However, in light of our continuing clinical development of pimavanserin in indications other than in PD Psychosis, and the time-limited data exclusivity currently granted by the EMA that commences on first approval of a product in Europe, we deferred submission of the MAA and we do not yet have a revised estimate of when we will make that filing. If we do not receive marketing approval for NUPLAZID for any other indication or from any regulatory agency outside of the United States or any marketing approval for trofinetide, we will never be able to commercialize NUPLAZID for any other indication in the United States or for any indication in any other jurisdiction or be able to commercialize trofinetide at all. Even if we do receive additional regulatory approvals, we may not be successful in commercializing those opportunities.

If the results or timing of regulatory filings, the regulatory process, regulatory developments, clinical trials or preclinical studies, or other activities, actions or decisions related to NUPLAZID do not meet our or others' expectations, the market price of our common stock could decline significantly.

*Even though the FDA has granted approval of NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis, the terms of the approval may limit its commercial potential. Additionally, NUPLAZID is still subject to substantial, ongoing regulatory requirements.*

Even though the FDA has granted approval of NUPLAZID, the scope and terms of the approval may limit our ability to commercialize NUPLAZID and, therefore, our ability to generate substantial sales revenues. The FDA has approved NUPLAZID only for the treatment of hallucinations and delusions associated with PD Psychosis. The label for NUPLAZID also contains a "boxed" warning that elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death, and that NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with PD Psychosis. This "boxed" warning may discourage physicians from prescribing NUPLAZID to patients diagnosed with PD Psychosis, including those with dementia.

26

Ex. 65
P. 7

In connection with the FDA approval, we committed to conduct the following post-marketing studies: (i) a randomized, placebo-controlled withdrawal study in patients treated with NUPLAZID, (ii) studies to collect additional data to add to the NUPLAZID safety database from an aggregate of at least 500 predominantly frail and elderly subjects on NUPLAZID in one or more randomized, placebo-controlled studies of eight or more weeks duration, (iii) a drug-drug interaction study with NUPLAZID and a strong CYP3A4 inducer, and (iv) re-analysis of tissue samples from certain previously conducted pre-clinical studies. We have completed the re-analysis of tissue samples and we have submitted a sNDA for the completed CYP3A4 study, but the remaining studies are ongoing. If we fail to comply with our remaining post-marketing commitments, or if the results of the post-marketing studies, or any other ongoing or planned clinical studies of NUPLAZID, are negative, the FDA could decide to withdraw approval, add warnings or narrow the approved indication in the product label.

The manufacturing processes, labeling, packaging, distribution, adverse event reporting, storage, advertising, promotion and recordkeeping for NUPLAZID will also continue to be subject to extensive and ongoing regulatory requirements. These requirements include submissions of safety and other post-marketing information and reports, registration, as well as continued compliance with current good manufacturing processes, good clinical practices, international council for harmonization guidelines and good laboratory practices, which are regulations and guidelines enforced by the FDA for all of our nonclinical and clinical development and for any clinical trials that we conduct post-approval.

Discovery of any issues post-approval, including any safety concerns, such as unexpected side effects or drug-drug interaction problems, adverse events of unanticipated severity or frequency, or concerns over misuse or abuse of the product, problems with the facilities where the product is manufactured, packaged or distributed, or failure to comply with regulatory requirements, may result in, among other things, restrictions on NUPLAZID or on us, including:

- withdrawal of approval, addition of warnings or narrowing of the approved indication in the product label;
- requirement of a Risk Evaluation and Mitigation Strategy to mitigate the risk of off-label use in populations where the FDA may believe that the potential risks of use may outweigh its benefits;
- voluntary or mandatory recalls;
- warning letters;
- suspension of any ongoing clinical studies;
- refusal by the FDA or other regulatory authorities to approve pending applications or supplements to approved applications filed by us, or suspension or revocation of product approvals;
- restrictions on operations, including restrictions on the marketing or manufacturing of the product or the imposition of costly new manufacturing requirements; or
- seizure or detention, or refusal to permit the import or export of products.

If any of these actions were to occur, we may have to discontinue the commercialization of NUPLAZID, limit our sales and marketing efforts, conduct further post-approval studies, and/or discontinue or change any other ongoing or planned clinical studies, which in turn could result in significant expense and delay or limit our ability to generate sales revenues.

*NUPLAZID has only been studied in a limited number of patients and in limited populations. As we continue to commercialize NUPLAZID, it is becoming available to a much larger number of patients and in broader populations, and we do not know whether the results of NUPLAZID use in such larger number of patients and broader populations will be consistent with the results from our clinical studies\*.*

Prior to commencing our commercial launch of NUPLAZID in May 2016, NUPLAZID was administered only to a limited number of patients and in limited populations in clinical studies, including our successful pivotal -020 Phase 3 trial with NUPLAZID for the treatment of PD Psychosis. We do not know whether the results, when broader populations are exposed to NUPLAZID, including results related to safety and efficacy, will be consistent with the results from the clinical studies of NUPLAZID that served as the basis for its approval. New data relating to NUPLAZID, including from adverse event reports and post-marketing studies in the United States, and from other ongoing clinical studies, may result in changes to the product label and may adversely affect sales, or result in withdrawal of NUPLAZID from the market. The FDA and regulatory authorities in other jurisdictions may also consider the new data in reviewing NUPLAZID marketing applications for indications other than in PD Psychosis and/or in other jurisdictions, or impose additional post-approval requirements. If any of these actions were to occur, it could result in significant expense and delay or limit our ability to generate sales revenues.

27

**Ex. 65**

**P. 8**

*If we fail to obtain the capital necessary to fund our operations, we will be unable to successfully continue the development and commercialization of NUPLAZID or successfully develop and commercialize our product candidates\*.*

We have consumed substantial amounts of capital since our inception. Our cash, cash equivalents, and investment securities totaled $683.8 million at September 30, 2019. While we believe that our existing cash resources will be sufficient to fund our cash requirements through at least the next twelve months, we may require significant additional financing in the future to continue to fund our operations. Our future capital requirements will depend on, and could increase significantly as a result of, many factors including:

- the progress in, and the costs of, our ongoing and planned development activities for pimavanserin, post-marketing studies for NUPLAZID to be conducted over the next several years, ongoing and planned commercial activities for NUPLAZID, and other research and development programs;

- the costs of our development activities for trofinetide;

- the costs of maintaining and developing our sales and marketing capabilities for NUPLAZID;

- the costs of establishing, or contracting for, sales and marketing capabilities for other product candidates;

- the amount of U.S. product sales from NUPLAZID;

- the costs of preparing applications for regulatory approvals for NUPLAZID in jurisdictions other than the United States, and in additional indications other than in PD Psychosis, and for other product candidates, as well as the costs required to support review of such applications;

- the costs of manufacturing and distributing NUPLAZID for commercial use in the United States;

- our ability to obtain regulatory approval for, and subsequently generate product sales from, NUPLAZID in jurisdictions other than the United States or in additional indications other than in PD Psychosis, or from other product candidates;

- the costs of acquiring additional product candidates or research and development programs;

- the scope, prioritization and number of our research and development programs;

- the ability of our collaborators and us to reach the milestones and other events or developments triggering payments under our collaboration or license agreements, or our collaborators' ability to make payments under these agreements;

- our ability to enter into new collaboration and license agreements;

- the extent to which we are obligated to reimburse collaborators or collaborators are obligated to reimburse us for costs under collaboration agreements;

- the costs involved in filing, prosecuting, enforcing, and defending patent claims and other intellectual property rights;

- the costs of maintaining or securing manufacturing arrangements and supply for clinical or commercial production of pimavanserin, trofinetide or other product candidates; and

- the costs associated with litigation, including the costs incurred in defending against any product liability claims that may be brought against us related to NUPLAZID.

Unless and until we can generate significant cash from our operations, we expect to satisfy our future cash needs through our existing cash, cash equivalents and investment securities, strategic collaborations, public or private sales of our securities, debt financings, grant funding, or by licensing all or a portion of our product candidates or technology. In the past, periods of turmoil and volatility in the financial markets have adversely affected the market capitalizations of many biotechnology companies, and generally made equity and debt financing more difficult to obtain. These events, coupled with other factors, may limit our access to additional financing in the future. This could have a material adverse effect on our ability to access sufficient funding. We cannot be certain that additional funding will be available to us on acceptable terms, or at all. If funds are not available, we will be required to delay, reduce the scope of, or eliminate one or more of our research or development programs or our commercialization efforts. We also may be required to relinquish greater or all rights to product candidates at an earlier stage of development or on less favorable terms than we would otherwise choose. Additional funding, if obtained, may significantly dilute existing stockholders and could negatively impact the price of our stock.

36

*Changes in funding for the FDA and other government agencies could hinder their ability to hire and retain key leadership and other personnel, prevent new products from being developed or commercialized in a timely manner or otherwise prevent those agencies from performing normal functions on which the operation of our business may rely, which could negatively impact our business.*

The ability of the FDA to review and approve new products can be affected by a variety of factors, including government budget and funding levels, ability to hire and retain key personnel and accept payment of user fees, and statutory, regulatory, and policy changes. Average review times at the agency have fluctuated in recent years as a result. In addition, government funding of other government agencies on which our operations may rely, including those that fund research and development activities is subject to the political process, which is inherently fluid and unpredictable.

Disruptions at the FDA and other agencies may also slow the time necessary for new drugs to be reviewed and/or approved by necessary government agencies, which would adversely affect our business. For example, over the last several years, including beginning on December 22, 2018 and ending on January 25, 2019, the U.S. government has shut down several times and certain regulatory agencies, such as the FDA, have had to furlough critical government employees and stop critical activities. If repeated or prolonged government shutdowns occur, it could significantly impact the ability of the FDA to timely review and process our regulatory submissions, and negatively impact other government operations on which we rely, which could have a material adverse effect on our business.

*The pivotal Phase 3 study with NUPLAZID for PD Psychosis, the results of which were announced in November 2012, was our first successful pivotal Phase 3 trial and there is no guarantee that future studies with pimavanserin will be successful.*

The historical rate of failures for product candidates in clinical development is extremely high. In November 2012, we announced results from the -020 Study. Additionally, in December 2016, we announced positive top-line results from our Phase 2 exploratory study of pimavanserin in patients with AD Psychosis. Even though we successfully completed this Phase 2 exploratory study, or the -019 Study, and the -020 Study, those results may not be predictive of the results of any additional studies that we are currently undertaking or may undertake in the future with pimavanserin, including the post-marketing studies we committed to conduct in connection with FDA approval of NUPLAZID and the ongoing studies of pimavanserin in various indications. We believe that pimavanserin also may have utility in indications other than in PD Psychosis, such as in dementia-related psychosis, schizophrenia, and depression. However, prior to the Phase 3 HARMONY study that we initiated in the fourth quarter of 2017, which was stopped early for efficacy in September 2019, we had never tested pimavanserin in clinical studies where the primary outcome was for the broad indication of dementia-related psychosis, and prior to the Phase 2 CLARITY study in major depressive disorder for which we announced positive top-line results in October 2018, we had never tested pimavanserin in clinical studies in depression. Additionally, prior to the studies in schizophrenia that we initiated in the fourth quarter of 2016, we had only conducted a Phase 2 trial for pimavanserin as a co-therapy treatment in schizophrenia. There is no guarantee that we will have the same level of success with pimavanserin in other studies that we had with the -020 Study,  the HARMONY study and the CLARITY study. For example, in July 2019 we announced top-line results from the Phase 3 ENHANCE study evaluating pimavanserin as an adjunctive treatment in inadequate response schizophrenia. In this study pimavanserin did not achieve statistical significance on either the primary endpoint or the key secondary endpoint. Further, there is no guarantee that we will be successful at all in ongoing or future studies for additional indications or in our post-marketing studies, or that future results of studies of NUPLAZID for treatment in PD Psychosis or for other indications will be consistent with those from the -019 Study or -020 Study.

If we do not successfully complete additional development of NUPLAZID, we will be unable to market and sell NUPLAZID or products derived from it for indications other than the treatment of hallucinations and delusions associated with PD Psychosis, or to generate related product revenues.

37

Ex. 65
P. 10

*We do not have a partner for the development of pimavanserin, and are solely responsible for the advancement of this program and commercialization of the product.*

We have full responsibility for the pimavanserin program throughout the world. We expect our research and development costs for continued development of pimavanserin to be substantial. While we currently are undertaking the ongoing development work for pimavanserin, including clinical trials of pimavanserin for indications other than in PD Psychosis and a planned supplemental NDA submission for pimavanserin in dementia-related psychosis, in the event of approval for dementia-related psychosis, we would need to add significant resources, and possibly raise additional capital, in order to further commercialize pimavanserin, and to conduct the necessary sales and marketing activities, and to conduct further development activities, if we do not secure a partner. Our current strategy is to commercialize NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis in the United States using our specialty sales force focused primarily on neurologists, a small group of psychiatrists, and pharmacists and physicians in long-term care facilities who treat PD Psychosis patients. In preparation for a potential U.S. launch, we will need to increase the U.S. sales force significantly, and expand additional commercial, medical affairs and general and administrative support functions prior to obtaining regulatory approval for pimavanserin in dementia-related psychosis. In addition, if we are approved to commercialize NUPLAZID in markets outside of the United States, we will more than likely need to establish one or more strategic alliances in the future for that purpose. Without future collaboration partners in the United States and abroad, we might not be able to realize the full value of NUPLAZID.

We conducted, and continue to revisit, our life-cycle planning project for pimavanserin that was initiated in 2015 and through which we have formulated a multi-year plan to develop pimavanserin in additional indications other than in PD Psychosis, including in dementia-related psychosis, schizophrenia and depression, as described above. Given the unique profile of pimavanserin, together with the list of potential indications we could pursue, this has been a substantial and important undertaking. Our life-cycle planning process will be ongoing as we evaluate appropriate indications for pimavanserin to pursue as we seek to maximize the opportunities for this compound. If our life-cycle planning and execution is not conducted successfully, then we may not realize the full value from pimavanserin or may devote substantial resources to develop pimavanserin for indications that are ultimately not successful or do not yield adequate returns. Furthermore, even though NUPLAZID is approved for the treatment of hallucinations and delusions associated with PD Psychosis, a failure in a subsequent pimavanserin study for another indication, including our ongoing studies in schizophrenia and depression, or any additional studies that may be required in dementia-related psychosis, or a failure in our post-marketing studies could harm our ability to successfully market NUPLAZID for the treatment of hallucinations and delusions associated with PD Psychosis or could lead to it being withdrawn from the market. If we are unable to develop pimavanserin for other indications, we may not be able to maximize the potential of the compound and that could have a material adverse effect on our future revenues and our success as a company.

*Pimavanserin is currently in development for several additional indications other than in PD Psychosis, and we have initiated Phase 3 development of trofinetide for Rett syndrome. Drug development is a long, expensive and unpredictable process with a high risk of failure\*.*

Preclinical testing and clinical trials are long, expensive and unpredictable processes that can be subject to delays. It may take several years to complete the preclinical testing and clinical development necessary to commercialize a drug, and delays or failure can occur at any stage. Interim results of clinical trials do not necessarily predict final results, and success in preclinical testing and early clinical trials does not ensure that later clinical trials will be successful. A number of companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in advanced clinical trials even after promising results in earlier trials.

38

Ex. 65
P. 11

Our drug development programs are at various stages of development and the historical rate of failures for product candidates is extremely high. In fact, we had an unsuccessful Phase 3 trial with NUPLAZID in 2009. An unfavorable outcome in any of our ongoing or future development efforts or in the post-marketing studies for NUPLAZID could be a major set-back for the program and for us, generally. In particular, an unfavorable outcome in our NUPLAZID program or in the post-marketing studies may require us to delay, devote additional substantial resources to, reduce the scope of, or eliminate this program and could have a material adverse effect on us and the value of our common stock. In the fourth quarter of 2017, we initiated a Phase 3 study of pimavanserin in patients with dementia-related psychosis, and in the fourth quarter of 2016 we initiated both a Phase 2 and a Phase 3 study of pimavanserin as an adjunctive treatment in patients with schizophrenia. In October 2018, we announced positive top-line results from CLARITY, a Phase 2 study evaluating pimavanserin as an adjunctive treatment for major depressive disorder and in April 2019, we initiated our Phase 3 CLARITY program evaluating pimavanserin as an adjunctive treatment for major depressive disorder. In July 2019, we announced top-line results from the Phase 3 ENHANCE study evaluating pimavanserin as an adjunctive treatment in inadequate response schizophrenia. In this study pimavanserin did not achieve statistical significance on either the primary endpoint or the key secondary endpoint. In September 2019, we announced that our Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention study of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis, met its primary endpoint, demonstrating a highly statistically significant longer time to relapse of psychosis with pimavanserin compared to placebo in a planned interim efficacy analysis. Upon the recommendation of the study's independent data monitoring committee, which met to review the data from the planned interim efficacy analysis, the study will now be stopped early based on pre-specified stopping criteria requiring a one-sided p-value less than 0.0033 on the study's primary endpoint. While the pre-specified stopping criteria for statistical significance on the primary endpoint of the HARMONY study were met based on the interim analysis, detailed results of the study (including secondary and exploratory endpoints as well as overall safety and tolerability data) are not yet available. Full results will become available following study close out and unblinding of study data. We cannot guarantee that the full results of the HARMONY study, once known, and other existing clinical data will be sufficient to support the approval of a supplemental NDA, or whether regulatory agencies will require additional clinical trials or information, which could impact the approvability or commercialization timing and prospects of pimavanserin in the dementia-related psychosis indication. We may plan and conduct additional studies in other indications in the future, and have initiated the Phase 3 LAVENDER study of trofinetide in Rett syndrome in October 2019.

In connection with clinical trials, we face risks that:

- a product candidate may not prove to be efficacious or safe;

- patients may die or suffer other adverse effects for reasons that may or may not be related to the product candidate being tested;

- the results may not be consistent with positive results of earlier trials; and

- the results may not meet the level of statistical significance required by the FDA or other regulatory agencies.

If we do not successfully complete preclinical and clinical development, we will be unable to market and sell products derived from our product candidates and to generate product revenues. Even if we do successfully complete clinical trials, those results are not necessarily predictive of results of additional trials that may be needed before an NDA may be submitted to the FDA. Of the large number of drugs in development, only a small percentage result in the submission of an NDA to the FDA and even fewer are approved for commercialization.

***Delays, suspensions and terminations in our clinical trials could result in increased costs to us and delay our ability to generate product revenues.***

The commencement of clinical trials can be delayed for a variety of reasons, including delays in:

- demonstrating sufficient safety and efficacy to obtain regulatory approval to commence a clinical trial;

- reaching agreement on acceptable terms with prospective contract research organizations and clinical trial sites;

- manufacturing sufficient quantities of a product candidate;

- obtaining clearance from the FDA to commence clinical trials pursuant to an Investigational New Drug application;

- obtaining institutional review board approval to conduct a clinical trial at a prospective clinical trial site; and

- patient recruitment, which is a function of many factors, including the size of the patient population, the nature of the protocol, the proximity of patients to clinical trial sites, the availability of effective treatments for the relevant disease and the eligibility criteria for the clinical trial.

39

Ex. 65
P. 12

Once a clinical trial has begun, it may be delayed, suspended or terminated due to a number of factors, including:

- competition for internal and external resources, including clinical sites and study patients, that we may choose to allocate to other programs;

- ongoing discussions with regulatory authorities regarding the scope or design of our clinical trials or requests by them for supplemental information with respect to our clinical trial results;

- imposition of clinical holds by regulatory authorities or institutional review boards;

- failure to conduct clinical trials in accordance with regulatory requirements;

- patient enrollment, which is a function of many factors, including the size of the patient population, the nature of the protocol, the proximity of patients to clinical trial sites, the availability of effective treatments for the relevant disease and the eligibility criteria for the clinical trial;

- lower than anticipated screening or retention rates of patients in clinical trials;

- serious adverse events or side effects experienced by participants; and

- insufficient supply or deficient quality of product candidates or other materials necessary for the conduct of our clinical trials.

Many of these factors may also ultimately lead to denial of regulatory approval of a current or potential product candidate. If we experience delays, suspensions or terminations in a clinical trial, the commercial prospects for the related product candidate will be harmed, and our ability to generate product revenues will be delayed.

*We previously have depended, and in the future may depend, on collaborations with third parties to develop and commercialize selected product candidates other than pimavanserin, and we have limited control over how those third parties conduct development and commercialization activities for such product candidates.*

In the past, we have selectively entered into collaboration agreements with third parties. We relied on our collaborators for financial resources and for development, regulatory, and commercialization expertise for selected product candidates and we had limited control over the amount and timing of resources that our collaborators devoted to our product candidates. We may choose to rely on collaborations in the future for certain portions of our pimavanserin program or other product candidates, or for the commercialization of NUPLAZID in certain territories outside of the United States.

Our collaborators may fail to develop or effectively commercialize products using our product candidates or technologies because they:

- do not have sufficient resources or decide not to devote the necessary resources due to internal constraints such as limited cash or human resources or a change in strategic focus;

- decide to pursue a competitive product developed outside of the collaboration; or

- cannot obtain the necessary regulatory approvals.

We also face competition in our search for new collaborators, if we seek a new partner for our pimavanserin program or other programs. Given the current economic and industry environment, it is possible that competition for new collaborators may increase. If we are unable to find new collaborations, we may not be able to continue advancing our programs alone.

*If conflicts arise with our collaborators, they may act in their self-interests, which may be adverse to our interests.*

Conflicts may arise in our collaborations due to one or more of the following:

- disputes or breaches with respect to payments that we believe are due under the applicable agreements, particularly in the current environment when companies, including large established ones, may be seeking to reduce external payments;

- disputes on strategy as to what development or commercialization activities should be pursued under the applicable agreements;

- disputes as to the responsibility for conducting development and commercialization activities pursuant to the applicable collaboration, including the payment of costs related thereto;

- disagreements with respect to ownership of intellectual property rights;

40

Ex. 65
P. 13

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

ACADIA Pharmaceuticals Inc.

Date: October 30, 2019

By: /s/ Elena Ridloff

Elena Ridloff
Executive Vice President and Chief Financial Officer
(on behalf of the registrant and as the registrant's Principal Financial Officer)

58

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stephen Davis, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: October 30, 2019

/s/ STEPHEN DAVIS
**Stephen Davis**
**Chief Executive Officer**
(Registrant's Principal Executive Officer)

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Elena Ridloff, certify that:

1. I have reviewed this quarterly report on Form 10-Q of ACADIA Pharmaceuticals Inc.

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: October 30, 2019

/S/ ELENA RIDLOFF
**Elena Ridloff**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial Officer)

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended September 30, 2019, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Stephen R. Davis, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: October 30, 2019

/s/ Stephen Davis
**Stephen Davis**
**Chief Executive Officer**
(Registrant's Principal Executive Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of ACADIA Pharmaceuticals Inc. (the "Company") on Form 10-Q for the quarterly period ended September 30, 2019, as filed with the Securities and Exchange Commission on or about the date hereof (the "Report"), I, Elena Ridloff, Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1) the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

(2) the information contained in the Report fairly presents, in all material respects, the financial condition of the Company at the end of the period covered by the Report and results of operations of the Company for the period covered by the Report.

Date: October 30, 2019

/S/ ELENA RIDLOFF

**Elena Ridloff**
**Executive Vice President and Chief Financial Officer**
(Registrant's Principal Financial Officer)

This certification shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of Section 18 of the Exchange Act. Such certification shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except to the extent that the Company specifically incorporates it by reference.

# Exhibit 66

Ex. 66
P. 1

December 5, 2019
General News

# ACADIA Pharmaceuticals Presents Positive Top-line Results from Pivotal Phase 3 HARMONY Trial of Pimavanserin in Patients with Dementia-Related Psychosis at 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting

Share Page

*– Pimavanserin met the primary endpoint in the study, significantly reducing the risk of relapse of psychosis by 2.8 fold (Hazard Ratio (HR)=0.353, one-sided p=0.0023)*

*– Pimavanserin met the key secondary endpoint in the study, significantly reducing the risk of discontinuation for any reason by 2.2 fold (HR=0.452, one-sided p=0.0024)*

*– Currently, there is no FDA-approved drug for the treatment of dementia-related psychosis*

*– Webcast to be held today at 7:15 p.m. Pacific Time*

SAN DIEGO–(BUSINESS WIRE)–Dec. 4, 2019– ACADIA Pharmaceuticals Inc. (Nasdaq: ACAD) today presented positive top-line results from its Phase 3 HARMONY study at the 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting, December 4 -7, 2019 in San Diego, California. HARMONY was a double-blind, placebo-controlled, relapse prevention study in 392 patients evaluating pimavanserin for the treatment of dementia-related psychosis.

Pimavanserin met the primary endpoint of the study and was stopped at the pre-planned interim analysis by significantly reducing risk of relapse of psychosis by 2.8 fold compared to placebo (HR = 0.353; one-sided p=0.0023). In addition, pimavanserin met the key secondary endpoint by significantly reducing risk of discontinuation for any reason by 2.2 fold (HR = 0.452; one-sided p=0.0024).

Ex. 66
P. 2

"The results presented today are an important advance for patients and caregivers who struggle with the burden of dementia-related psychosis where no FDA-approved treatment is currently available," said Jeffrey Cummings, M.D., Sc.D., Director Emeritus of Cleveland Clinic Lou Ruvo Center for Brain Health in Las Vegas. "Reducing the risk of relapse of psychotic symptoms by this magnitude is an important and meaningful outcome as these are serious events which could lead to poor patient outcomes and a significant increase in caregiver burden and distress."

The Phase 3 HARMONY study included a 12-week open-label pimavanserin treatment period prior to the randomization period of the study. In this open-label treatment period, 61.8% of eligible patients met pre-specified criteria for pimavanserin treatment response at both week 8 and week 12 and were subsequently randomized into the double-blind period of the study. For patients in the open-label treatment period, change from baseline to week 8 and week 12 on the Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions (SAPS-H+D) score improved by 63.0% and 75.2% respectively.

"We are extremely pleased to announce the top-line results from this landmark Phase 3 study in dementia-related psychosis," said Serge Stankovic, M.D., M.S.P.H., ACADIA's President. "The HARMONY study was designed to answer three very important questions. First, in the 12-week open-label period, pimavanserin treatment showed a meaningful reduction of the symptoms and stabilization of psychosis across all of the five clinically diagnosed subtypes evaluated. Second, in the 26-week double-blind period, patients on pimavanserin had a nearly three-fold reduction of risk of relapse compared to patients on placebo. And third, pimavanserin was well-tolerated by elderly patients with dementia-related psychosis. We look forward to discussing these results with the FDA in the first half of 2020."

Pimavanserin was well-tolerated over the entire 9-month study duration. Patients receiving pimavanserin treatment had no worsening in cognition, as measured by the Mini-Mental State Examination (MMSE) score, from baseline and no worsening of motor symptoms, as measured by the Extrapyramidal Symptom Rating Scale A-score (ESRS-A), from baseline. In the double-blind period, low rates of adverse events were observed, 41.0% of patients on pimavanserin and 36.6% on placebo. Discontinuations due to adverse events were low, 2.9% for pimavanserin and 3.6% for placebo. Serious adverse events were also low, 4.8% in the pimavanserin group and 3.6% in the placebo group. One death was reported in the open-label period and one death was reported in the pimavanserin group during the

Ex. 66
P. 3

double-blind period. Investigators determined neither death was related to the study drug. Additionally, pimavanserin did not result in clinically significant differences in vital signs, weight, or daytime sedation compared to placebo.

ACADIA is planning to meet with the FDA in the first half of 2020 regarding a supplemental NDA submission. The FDA previously granted Breakthrough Therapy Designation for pimavanserin for the treatment of dementia-related psychosis. Currently, no drug is approved by the FDA for the treatment of dementia-related psychosis.

*About the HARMONY Study*

HARMONY was a Phase 3 study designed to evaluate the efficacy and safety of pimavanserin for the treatment of delusions and hallucinations associated with dementia-related psychosis across a broad population of patients with the most common clinically diagnosed subtypes of dementia including: Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia spectrum disorders.

A total of 392 patients were enrolled in the HARMONY study. The average age of patients in the study was 74.5 years. Patients had an average baseline SAPS-H+D score of 24.4, which is reflective of moderate-to-severe psychosis and an average baseline MMSE score of 16.7, which is consistent with the greatest proportion of enrolled patients having moderate dementia.

The HARMONY study included a 12-week open-label stabilization period during which patients with dementia-related psychosis were treated with pimavanserin 34 mg once daily. Dose reduction to 20 mg once daily was allowed based on tolerability within the first four weeks. Following the 12-week open-label period, patients who met pre-specified criteria for treatment response were then randomized into the double-blind period of the study to continue their pimavanserin dose (34 mg or 20 mg per day) or switched to placebo and followed for up to 26 weeks or until a relapse of psychosis occurred. The primary endpoint in the study was time to relapse in the double-blind period as represented by the Kaplan-Meier curve and the hazard ratio. Pimavanserin met the primary endpoint of the study by significantly reducing the risk of relapse of psychosis by 2.8 fold compared to placebo (HR = 0.353; one-sided p=0.0023).

Ex. 66
P. 4

Relapse (psychotic exacerbation or significant worsening of dementia-related psychosis after prior stabilization) was defined in the study by one or more of the following: hospitalization due to dementia-related psychosis, significant worsening of dementia-related psychosis as measured by clinical scales and investigator impression, withdrawal from the study due to lack of efficacy, or the use of an off-label antipsychotic medication for the treatment of dementia-related delusions and/or hallucinations. All potential relapses and discontinuations in the double-blind portion of the study were adjudicated by an independent adjudication committee to determine if protocol defined relapse criteria were met.

*Webcast Information*

The live webcast will include a presentation of the results by ACADIA management followed by a KOL panel discussion and will begin at 7:15 p.m. Pacific Time. The live webcast will be available on ACADIA's website, www.acadia-pharm.com, under the investors section and will be archived there through January 4, 2020.

*About Dementia-Related Psychosis*

Around 8 million people in the United States are living with dementia and studies suggest that approximately 30% of dementia patients, or 2.4 million people, have psychosis, commonly consisting of delusions and hallucinations[1,2]. Dementia-related psychosis includes psychosis in Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia. Serious consequences have been associated with severe or persistent psychosis in patients with dementia such as repeated hospital admissions, increased likelihood of nursing home placement, progression of dementia, and increased risk of morbidity and mortality[3].

*About Pimavanserin*

Pimavanserin is a selective serotonin inverse agonist and antagonist preferentially targeting $5\text{-HT}_{2A}$ receptors. These receptors are thought to play an important role in psychosis, schizophrenia, depression and other neuropsychiatric disorders. In vitro, pimavanserin demonstrated no appreciable binding affinity for dopamine (including D2), histamine, muscarinic, or adrenergic receptors. ACADIA is evaluating pimavanserin in an extensive clinical development program across multiple indications with significant unmet need including dementia-related psychosis, adjunctive major depressive disorder, and the

Ex. 66
P. 5

negative symptoms of schizophrenia. Pimavanserin was approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis by the U.S. Food and Drug Administration in April 2016 under the trade name NUPLAZID®. NUPLAZID is not approved for dementia-related psychosis, schizophrenia or major depressive disorder.

*About ACADIA Pharmaceuticals*

ACADIA is a biopharmaceutical company focused on the development and commercialization of innovative medicines to address unmet medical needs in central nervous system disorders. ACADIA has developed and commercialized the first and only medicine approved for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis. ACADIA also has ongoing clinical development efforts in additional areas with significant unmet need, including dementia-related psychosis, major depressive disorder, the negative symptoms of schizophrenia, and Rett syndrome. This press release and further information about ACADIA can be found at: www.acadia-pharm.com.

*Forward-Looking Statements*

Statements in this press release that are not strictly historical in nature are forward-looking statements. These statements include, but are not limited to, statements related to expected timelines with respect to the Company's planned engagement with the FDA. These statements are only predictions based on current information and expectations and involve a number of risks and uncertainties. Actual events or results may differ materially from those projected in any of such statements due to various factors, including the risks and uncertainties inherent in drug development, approval and commercialization, and the fact that past results of clinical trials may not be indicative of future trial results. For a discussion of these and other factors, please refer to ACADIA's annual report on Form 10-K for the year ended December 31, 2018 as well as ACADIA's subsequent filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. This caution is made under the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All forward-looking statements are qualified in their entirety by this cautionary statement and ACADIA undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof, except as required by law.

Ex. 66
P. 6

**Important Safety Information and Indication for NUPLAZID (pimavanserin)**

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**

- **Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death.**
- **NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with Parkinson's disease psychosis.**
- **Contraindication**: NUPLAZID is contraindicated in patients with a history of a hypersensitivity reaction to pimavanserin or any of its components. Rash, urticaria, and reactions consistent with angioedema (e.g., tongue swelling, circumoral edema, throat tightness, and dyspnea) have been reported.
- **QT Interval Prolongation**: NUPLAZID prolongs the QT interval.
  - The use of NUPLAZID should be avoided in patients with known QT prolongation or in combination with other drugs known to prolong QT interval including Class 1A antiarrhythmics or Class 3 antiarrhythmics, certain antipsychotic medications, and certain antibiotics.
  - NUPLAZID should also be avoided in patients with a history of cardiac arrhythmias, as well as other circumstances that may increase the risk of the occurrence of torsade de pointes and/or sudden death, including symptomatic bradycardia, hypokalemia or hypomagnesemia, and presence of congenital prolongation of the QT interval.
- **Adverse Reactions**: The most common adverse reactions (≥2% for NUPLAZID and greater than placebo) were peripheral edema (7% vs 2%), nausea (7% vs 4%), confusional state (6% vs 3%), hallucination (5% vs 3%), constipation (4% vs 3%), and gait disturbance (2% vs <1%).
- **Drug Interactions**:
  - Coadministration with strong CYP3A4 inhibitors (e.g., ketoconazole) increases NUPLAZID exposure. Reduce NUPLAZID dose to 10 mg taken orally as one tablet once daily.
  - Coadministration with strong or moderate CYP3A4 inducers reduces NUPLAZID exposure. Avoid concomitant use of strong or moderate CYP3A4 inducers with NUPLAZID.

**Indication**: NUPLAZID is indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.

**Dosage and Administration**: Recommended dose: 34 mg capsule taken orally once daily, without titration.

NUPLAZID is available as 34 mg capsules and 10 mg tablets.

**Ex. 66**
**P. 7**

Please see the full Prescribing Information including **Boxed WARNING** for NUPLAZID.

*References*

[1]2017 Alzheimer's Disease Facts and Figures and ACADIA market research
[2]Plassman BL, et al. Prevalence of dementia in the United States: the Aging Demographics, and Memory study. *Neuroepidemiology*. 2007;29(1-2):125-132.
[3]Connors MH et al. *Am J Geriatr Psychiatry* 2018;26(3). Peters ME et al. *Am J Psychiatry* 2015;172(5). Haupt M et al. *Int J Geriatr Psychiatry* 1996;11(11). Naimark D et al. *J Am Geriatr Soc* 1996;44(3). Stern Y et al. *Neurology* 1994;44(12).

View source version on businesswire.com: https://www.businesswire.com/news/home/20191204005956/en/

# Exhibit 67

Client Id: 77

# THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT

ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

EVENT DATE/TIME: DECEMBER 05, 2019 / 3:15AM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

Ex. 67
P. 2

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

## CORPORATE PARTICIPANTS

**Erin Foff** *ACADIA Pharmaceuticals Inc. - Senior Director of Clinical Research*

**Mark C. Johnson** *ACADIA Pharmaceuticals Inc. - VP of IR*

**Srdjan R. Stankovic** *ACADIA Pharmaceuticals Inc. - President*

**Stephen R. Davis** *ACADIA Pharmaceuticals Inc. - CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Charles Cliff Duncan** *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

**Jay Olson** *Oppenheimer & Co. Inc., Research Division - Executive Director & Senior Analyst*

**Ritu Subhalaksmi Baral** *Cowen and Company, LLC, Research Division - MD & Senior Biotechnology Analyst*

**Sumant Satchidanand Kulkarni** *Canaccord Genuity Corp., Research Division - Analyst*

**Tazeen Ahmad** *BofA Merrill Lynch, Research Division - VP*

**Gary Small**

**Jeffrey Cummings**

**Maria Soto-Martin**

## PRESENTATION

**Mark C. Johnson** *- ACADIA Pharmaceuticals Inc. - VP of IR*

All right. Good evening, everyone. I think we're ready to start. Thank you for joining us tonight to discuss the top line results from the Phase III HARMONY study in dementia-related psychosis, or DRP. I'd like to point out that we are using supplemental slides, which are available on the Events & Presentations section of our IR website.

First, tonight, we will hear from Steve Davis, our Chief Executive Officer, who will provide a few opening remarks; and then turn it over to Erin Foff, the clinical lead for our DRP program, who just presented at the 12th Annual Clinical Trials of Alzheimer's Disease Meeting these exciting results. Following Erin's presentation, Serge Stankovic, our President, will make a few remarks on our next steps for DRP. And then we will transition to a KOL panel to discuss with a Q&A.

I'm extremely pleased to introduce our 3 panelists this evening: Dr. Jeff Cummings, a research professor from the Department of Brain Health at UNLV and Director Emeritus at the Cleveland Clinic Lou Ruvo Center for Brain Health. Dr. Cummings has been a key adviser for ACADIA in support of the development of the HARMONY study design; Dr. Gary Small, a professor of psychiatry and biobehavioral sciences and Parlow-Solomon Professor on Aging at the David Geffen School of Medicine at UCLA and director at UCLA Longevity Center; and Dr. Maria Soto-Martin, a professor of geriatric medicine, Alzheimer's Clinical & Research Center at Toulouse University Hospital in France. In addition, Dr. Soto-Martin served as an investigator in the HARMONY study.

Before we begin, I would first like to remind you that we will be making a number of forward-looking statements within the meanings of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including goals, expectations, plans, prospects, growth potential, timing of events or future results, are based on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties that may cause actual results to differ materially. These factors and other risks associated with our business can be found in our filings made with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date.

And with that, I'd like to start the program and turn it over to Steve Davis.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 3

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Stephen R. Davis** - *ACADIA Pharmaceuticals Inc. - CEO & Director*

Great. Thanks much, Mark. Three years ago, we did something that's not often done in our industry. We commenced pivotal studies in 3 indications simultaneously. We were in the early days of launching our drug in PDP. And at the time, I said, we love to make these kinds of investments because we know so much about the drug, we know the mechanism of action of the drug, we know the drug-drug interactions, we know the safety and tolerability profile, we know how to make it.

The one thing we don't know today is we don't know the full extent of the utility of the drug. So we made these very large investments in order to simultaneously uncover the full scope of the utility of the drug. And today, where we stand is, of course, we're approved in Parkinson's disease psychosis. It's the first and only treatment for hallucinations and delusions associated with PDP. As we've guided earlier, we expect to do $330 million to $340 million in sales this year.

Of course, as we just heard at Erin's presentation, we've had very successful results that we're extremely proud of in dementia-related psychosis. We plan to meet with the FDA regarding an sNDA for pimavanserin as a treatment for DRP in the first half of 2020.

I think you all recall that we, last year, announced results of our MDD study, which basically mirrored in terms of the benefits of the drug that we observed the unmet need that physicians tell us in terms of what they need to see in a new drug for depression. So we've got one pivotal study under our belt there. We've got an ongoing Phase III program seeking a second.

We've recently initiated our Phase III study for trofinetide as a potential new treatment for Rett syndrome, and we're super excited about the prospects there. And then as you all recall, we recently announced positive results of our pivotal study for pimavanserin as a potential new treatment for the negative symptoms of schizophrenia, and we have plans to initiate a second pivotal study in the first half of next year.

So I'd now like to turn things over to Erin, and we'll get going with kind of the main attraction here. But before I do, let me just give a little bit of Erin's background. So Dr. Erin Foff is the head of our DRP program at ACADIA. She's responsible for the oversight, management and execution of our HARMONY study. And of course, she just presented top line results during -- of that study during a late-breaking oral presentation here at CTAD.

Prior to joining us, Erin held an academic physician/scientist position at the University of Virginia, as a cognitive neurologist with a subspecialty interest in early-onset dementias and a basic science laboratory focused on 3-dimensional stem cell modeling for frontotemporal dementia spectrum disorders.

With that, I'll turn it over to Erin.

**Erin Foff** - *ACADIA Pharmaceuticals Inc. - Senior Director of Clinical Research*

Okay. Everybody can hear me okay? Okay. Great. All right. So as Steve mentioned, we're here today to talk about the top line results from the Phase III HARMONY study, looking at the role of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis. You'll hear me talk about that today often as just DRP. It's such a mouthful.

Okay. So why are we talking about this problem? How big is this problem? And we know in the U.S. alone, there are nearly 8 million patients living with dementing illness. And at any given point, and this is really a conservative estimate, 30% of those patients will be living with psychosis on top of their dementing illness. And this really translates into 2.4 million patients with DRP.

Untreated psychosis leads to significant adverse outcomes: higher rates of morbidity, mortality, increased utilization of care. And really, what we have at our disposal as clinicians to treat these patients is woefully inadequate. Right now, we reach off-label for typical and atypical antipsychotics. And these drugs have low to modest efficacy, depending on the trial and a whole host of negative side effects, not the least of which, and really important for us as clinicians treating dementia patients, is the negative impact on cognition as well as the multiple receptor toxicities that are

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 4

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

particularly detrimental in this patient population like tardive dyskinesia, sedation associated with dopaminergic actions, which lead to falls, et cetera.

So we talk about DRP. So I think it's important to take a moment to say why dementia-related psychosis and why not Alzheimer's disease psychosis. Fundamentally, this is a symptomatic trial, so not a disease modification trial. But more importantly, when we see these patients in clinic, it can be very difficult to tell one subtype apart from another, depending on when the patient presents.

Clinically, there's a lot of overlap. There's actually a lot of overlap in the diagnostic criteria. And then pathologically, we know that these proteinopathies overlap in the brain. And so oftentimes, we'll have a diagnosis that we make during the patient's lifetime. And when we get information at autopsy, we might have been wrong or we might have been right, but there might be additional pathologies in the brain as well.

I think one of the most important features is that we manage the symptoms of psychosis the same regardless of the underlying disease subtype with the exception of dementia with Lewy bodies because in that case, we are particularly aware of the fact that those patients have neuroleptic sensitivity. So we may be less inclined to reach for an antipsychotic in those patients.

So it's for that reason or those reasons in aggregate that we enrolled any 1 of the 5 most common neurodegenerative dementias into this trial. And so we did ask clinicians to choose the subtype that they thought was most likely the primary subtype in these patients, but we encouraged patients to come in with mixed presentations. And we did collect that information, and we know that many of our patients were suspected to have mixed pathologies.

Okay. So HARMONY was Phase III international relapse prevention study. We enrolled 392 patients, aged 50 to 90 years old, inclusive of those brackets. And patients could have mild, moderate or severe dementia but needed to have moderate to severe psychosis.

Okay. So those patients that failed a nonpharmacologic intervention during screening and still had ongoing psychosis were then eligible to enroll into the open-label portion of the trial. And all patients were given 34 milligrams of pimavanserin upon baseline into the trial. Starting at week 1, patients were able to flex down to a 20-milligram dose based on tolerability, but they had to remain fixed on whatever dose they were on at week 4 for the remainder of the open label. I think it's telling that less than 10% of our patients ever made use of the 20-milligram dose. And that really speaks to the tolerability of the 34-milligram dose in this population.

Okay. So as the patients were going through the open label, we began to assess them for response to pimavanserin. So we first did this at week 8. We asked whether or not patients were meeting response criteria. And I think it's important to note that response was not just based on a psychosis scale. It was both a reduction in psychosis by scale criteria, but also a clinical impression of improvement where the investigator felt the patient was much better or very much better, specifically as it related to their dementia-related psychosis.

So patients who were not meeting those response criteria at week 8 were asked to leave the trial and seek alternative therapy. But patients who did respond continued into the open-label and were assessed again at week 12. And it's really those patients, the ones who met sustained response criteria at week 8 and week 12, that were then eligible to be randomized into the double-blind portion of the trial.

So in that double-blind period, they either continued on the same dose of pimavanserin that they were on in the open label or received placebo, of course, in a blinded fashion. And we had -- we assessed from that point on what happened with the patients' symptoms of psychosis. Did they return? Was there a relapse of those symptoms? And so the primary endpoint of the trial then was time to relapse, as represented by the Kaplan-Meier curve and assessment and the hazard ratio.

There are a lot of reasons we chose a relapse prevention design, and I won't talk about all of them today. But in agreement with the FDA, we really selected this for a few key reasons, which are these are clinically meaningful endpoints, not just response in the open label, but also the relapsed criteria themselves were very -- it's meaningful to us if a patient who was previously stabilized has a recurrence of their symptoms. It addresses some issues of maintenance of efficacy, and it minimizes exposure to a drug that's not working for a patient. It really essentially reflects how we clinically practice.

4

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 5

Client Id: 77

## DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

So we've already talked about primary endpoint. But I did list the relapse criteria here, and I won't walk through them one by one. But there are a couple of points I want to make. The first is that all of our discontinuations in the double-blind were adjudicated by an adjudication committee and that patients could relapse by one or more of these criteria. And each one of these criteria has a clinically meaningful component really baked into the criteria itself. Being hospitalized is clinically meaningful. Needing another medication to treat DRP is clinically meaningful.

Our secondary endpoint was time from randomization to all-cause discontinuation in the double-blind. And then we had a host of secondary endpoints, both psychosis-related, quality of life related, that I'm not going to talk about here today.

Okay. So now we're moving on to some of the baseline characteristics of the population. So we had about 58% female predominance, and this is to be expected since Alzheimer's is more common in women and Alzheimer's is the largest representative dementia subtype. Our mean age was 74.5. Most of our patients were living at home. And we had a very good representation of both hallucinations and delusions oftentimes in the same patient, which is seen here.

I don't have anything highlighted on the right side of this chart, but it's really there to show you that those populations and those characteristics are balanced between both arms of the double-blind.

So this was an international trial. Patients came from these 4 regions, and you can see the distribution of enrollment based on the region. And we hit our target population. So I'll remind you again, we were aiming for moderately psychotic patients. And so I'll draw your attention to the bottom chart, where you can see the mean SAPS-H+ D, and the SAPS-H+ D with the psychosis scale that we relied on here was 24.4 that corresponds with moderate psychosis. And the CGI severity score, which is specifically the severity of the DRP, was a 4.7, with 4 being moderate and 5 being severe. So right again in that sweet spot. Most of our patients were moderately demented, and this was assessed by both investigator opinion and functional questionnaire, but we're supported by a mean MMSE of 16.7.

So moving on to the open-label results of the trial. So the first key take-home is that pimavanserin led to durable stabilization of psychosis in the open-label portion of the trial. What you can see here is that of the patients enrolled, we saw nearly 62% of them stabilizing through that 4-week period, weeks 8 and 12, and entering into the double-blind portion. This is higher than we anticipated, which was very encouraging. And consistent with that, fewer than 20% of our patients were actually asked to leave because they weren't meeting response criteria.

Now I'll remind you that the study was stopped at interim analysis for positive efficacy. So at the time that we stopped the study, there were 41 patients ongoing in the open label who had not reached the time points to assess the efficacy measures, so they were not included in the summary here.

Okay. So the next take-home is represented here, which is that pimavanserin substantially reduced psychosis and psychotic symptoms in these patients. So what's graphed here is the total SAPS-H+ D score. I'll remind you that the mean at the start of the trial was 24.4. And what you can see here is a very substantial decrease in that total SAPS score across the open-label period, patients at week 12 having a 75.2% reduction in symptoms on average. Now the caveat is that up to and including week 8, patients were following a normal study paradigm. And at week 8, again, there was a 63% reduction in psychotic symptoms. But those patients who were nonresponders at week 8 were asked to leave, and so week 12 does represent an enriched population.

So another way to look at this is when do patients respond. And so this is a little bit different. This isn't just a psychosis score. This is asking about full response criteria, 30% reduction in the psychosis score minimally and a clinical global impression that the patient was much better or very much better. And by those criteria, as early as 2 weeks, we see 30% of the patients nearly meeting those clinical criteria. Furthermore, by week 4, more than 50% of the patients were meeting response criteria; at week 8, nearly 75%; and then at that enriched time point of week 12, nearly 88% of the patients.

So moving on to the double-blind results. So this is our primary efficacy endpoint. And the message here is that pimavanserin significantly reduced the risk of relapse in these patients by almost threefold. And so they're -- I'm going to walk you through each piece of this because I think it's all important.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 6

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

So the first is the proportion of patients that were experiencing relapse. And what you can see here is that in the placebo arm, the proportion of patients relapsing was more than double that in the pimavanserin arm. When you then factor in not just the rate of relapse but time to relapse and you do the full analysis that was prespecified here, you can see that this corresponds to a hazard ratio of 0.353. And this can be also expressed as a reduction in risk of nearly 65% with pimavanserin use.

So this p-value associated with this result was 0.0023, which was well below the prespecified stopping criteria of 0.0033, the one-sided p-value there. And it was really this -- the strength of this result and this finding that led to our data monitoring board telling us to stop the study at interim analysis for overwhelming positive efficacy.

So another way to visualize or think about these results is to look at the Kaplan-Meier curve. So this is a representation of relapse-free probability graphed over time. And what you can see here is that patients who remained on pimavanserin separated early and had a sustained separation from the placebo arm, again, corresponding to that nearly threefold reduction in risk.

Our secondary endpoint followed the same, exact pattern. So again, if we're looking at the proportion of patients discontinuing for any reason, you can see here that it was much higher in the placebo arm of the trial. And the hazard ratio associated with that endpoint was 0.452. And again, this corresponds to a reduction of risk of all-cause discontinuation of nearly 55% and a p-value of 0.0024. And this is the Kaplan-Meier curve for the secondary endpoint and again, striking early and sustained separation between the pimavanserin and the placebo arm of the trial.

Okay. So I'm going to move on to safety here. And I'll just remind you that this was paramount important to us, again, because what we have in our arsenal now off-label are really the risk-benefit ratio for those drugs is quite poor, and we have significant safety concerns associated with them. So when we look at what occurred in the trial here, I think there are some take-homes.

The first is that the overall adverse event rate was quite low despite the fact that this is a patient population with a lot of comorbidities. 50% of our patients had 5 or more concurrent medical conditions. And about the same amount, 50%, were taking 5 or more concomitant medications. This was not a mildly ill group of patients. Furthermore, only 7.7% of patients discontinued in the open label due to adverse events. And in fact, in the double-blind portion of the trial, a greater proportion of patients dropped out on placebo due to adverse events than on PIM.

We did have 2 deaths in the trial: one in the open label and one in the early portion of the double-blind on pimavanserin. Neither one of those deaths was considered related by the investigator. And this overall represents a very low mortality rate in this patient population.

So what I'm showing here now are adverse events that occurred in 2% or more of any one of the treatment groups. And I think what's remarkable, first of all, is how a few of these are actually on the chart. So in the open label, we had just a handful of adverse events that met this criteria and really nothing that would be unexpected in this patient population.

In the double-blind, you can see those findings here as well. There are a few things that we saw more commonly in the pimavanserin group than the placebo group. But the numbers overall were quite low. So headache and urinary tract infection, slightly in balance.

I will talk briefly about the QT prolongation. So the 3 cases of QT prolongation that were observed on pimavanserin in the double-blind, none of them were associated with any clinical event. These were pure electrocardiogram findings. And furthermore, when we looked at the QTc change over the entirety of the open label in all of the patients that were exposed, we saw a mean QTc elevation of 5.4 milliseconds. And this is really just in line with what we know about pimavanserin's effect on QT. We saw no further effect on QT or QT prolongation in the double-blind, even over the entire 6 months of double-blind treatment.

I think also what's important is what's not here. So we did not see higher rates of agitation and aggression. They didn't make the 2% cutoff. And we did assess quite carefully from a safety perspective any potential movement effects. And in line with the known mechanism of action of pimavanserin, we saw no effect on motor function whatsoever.

So I mentioned before that typical and atypical antipsychotics are known to have a negative impact on patients' MMSE. So we wanted to pay close attention to this in our trial. And consistent with what we've seen in our Phase II trial in Alzheimer's disease patients and other trials with pimavanserin,

6

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 7

Client Id: 77

## DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

we saw no negative impact on MMSE over the duration of the open label. We saw no impact negatively over the entire 6-month period of the double-blind and no separation from placebo. And furthermore, when you look at the patients who received pimavanserin for the entire 9-month duration, again, we saw no negative impact on MMSE. This is quite important.

Okay. So I'm going to switch now to a couple of exploratory analyses that are based on the most likely clinical diagnosis that the investigator gave the patient upon enrollment into the trial. And there are some caveats here.

So again, we did ask investigators to choose. We know that a lot of these patients are suspected to have mixed pathologies, and that's really not represented in what I'm about to show you.

And when we talk about the double-blind results, some of those categories have just extremely small numbers of patients. So just a word of caution on overinterpretation.

But I do think we can learn a few things. So the first thing here is that -- is looking at the SAPS-H+ D, the total psychosis score and the change over the open label. And what you can see here is that the lines pretty much all follow one another. So in other words, all of the subtypes behaved the same way in the open label with regard to their psychosis score. In other words, there wasn't one subtype that didn't respond or that responded dramatically differently.

So overall, across the subtypes at that week 12, we saw 73% to 83% reduction in psychosis score. I'll remind you that the total population was right in the middle at 75%.

Okay. So this really corresponds to an overall stabilization rate. So that was just the psychosis score. And again, now we're talking about overall stabilization, what percent of patients met sustained response criteria at week 8 and week 12. And that's represented here. So 62-ish percent of the entire population. And then across the most likely clinical subtypes, ranging from 45.5% in DLB, which incidentally is pretty close to what we expected, about 50% in the overall population. We just saw a higher percentage than we initially thought. Ranging up to 71% for our vascular dementia and Parkinson's disease dementia patients.

When we look at the double-blind relapse rates, it's, again, a bit hard to interpret these results given the small numbers. And we really were not powered to look at this in any meaningful statistical way. So the best we can do is just describe it.

So aside from frontotemporal dementia, where we had only a single patient relapse, and that patient happened to be on pimavanserin, the take-home here is that the relapse rates on pimavanserin were a little narrow and low overall in the individual groups, ranging from 0 in the DLB population to about 16.7% in the vascular dementia patients. And the range in the group receiving placebo was broader and higher, again, ranging from 16.7% to about 67%, not taking that FTD group into consideration. The actual relapse rates themselves are shown below.

So in conclusion, there's this severe unmet need for safe and effective treatments for dementia-related psychosis. And in this study, we saw a robust and sustained maintenance of efficacy in -- with the use of pimavanserin for the treatment of DRP. Overall, pimavanserin reduced the risk of psychotic exacerbation by nearly threefold, and patients on placebo were 2.2x more likely to drop out for any reason in the double-blind portion of the trial.

We did not see any negative impact on a measure of cognition, MMSE, that's commonly used to assess that safety measure in this patient population. And given long term, 34 milligrams of pimavanserin was extremely well tolerated in this elderly population with multiple and significant comorbidities.

So with that, I think I'll turn it over to Serge.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

**Ex. 67**
**P. 8**

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Thank you, Erin, for that great review of the HARMONY top line results. Before I say a few words about the next step, I do want to join Erin in her expression of gratitude to all the patients that participated in this study, investigators that participated in the study as well as all of the entire team of our Acadians as well as collaborators and many consultants that helped us design and execute this study.

A little bit about some main takeaways from this study. There are 3 really takeaway points that I would like to share with you and maybe just underscore what Erin already expressed. One, this study demonstrated that pimavanserin is quite capable of reducing the overall psychotic symptoms across different subtypes in the open-label portion of this study in a pretty even way and robustly. Second, in the maintenance stage of the study, pimavanserin demonstrated a very strong, robust ability to reduce the risk of relapse by 65% or about threefold. And finally, in this relatively long trial of chronic treatment of up to 9 months, pimavanserin was very well tolerated, both overall and particularly in respect to the impact on cognitive functioning as well as motor function, 2 very important elements of safety in this particular patient group.

So as you can imagine, we are very excited about these results and happy to share them with you, but I anticipate that one of the questions you will ask is where do you go from here. So at the end of Phase II meeting with the FDA, which we reported previously, FDA agreed with us that with the robust results of this trial that we would be able to file a supplemental NDA. We believe that we met that high threshold of the robustness of the results and are on track to meet with the FDA to discuss the content and format of our supplemental NDA submission in the second half -- in the first half of next year. And following that, we will be moving forward with a supplemental NDA.

What will be included in this application? Obviously, in addition to our pivotal result -- results of the pivotal trial that Erin just described, we will be also providing the supportive data from 2 acute trials, one in the Parkinson's disease psychosis patients and dementia as well as Alzheimer's disease psychosis. And in addition to that, we will obviously be providing the entirety of the safety information that we've accumulated in the recent years from pimavanserin, along with the data from our post-marketing safety studies. So we are really looking forward to those meetings and looking forward to meeting -- to moving forward with the supplemental NDA.

With that, we will change the gears a little bit and move to our panel discussion. So I will use this opportunity to invite our panelists to join me here at the discussion table.

As Mark mentioned, we are extremely fortunate today to be joined by 3 of our distinguished experts in the area: Dr. Cummings, Dr. Small and Dr. Soto-Martin. And where I would like to start is to ask each of you, maybe starting with Dr. Cummings, go in alphabetical order, to introduce yourself briefly, particularly from the perspective of your clinical research interest and also try to answer 2 basic questions that we wanted to pose to you. One is to describe from your perspective the unmet medical need and how you care for patients with dementia-related psychosis and the second to give us your perspective on the data that we just presented tonight.

So Dr. Cummings?

---

**Jeffrey Cummings**

So one thing I've learned is that there's no audience more terrified than analysts because you look at the data and you have come to understand the data and you're dealing with people's money and you want to make sure that you do well with it. So you always look more closely in my experience than the scientists do. So this is the most -- the closest examination that we get at these data. But it's always a lot of fun.

So I'm Jeff Cummings. I'm a professor of neurology at the Cleveland Clinic Lou Ruvo Center for Brain Health. I'm also a professor of neurology at the University of Nevada, Las Vegas. I'm a neurologist. I've been doing clinical trials for approximately 20 years. And in 1994, I can hardly believe how long ago this was, I published an instrument called the Neuropsychiatric Inventory, which has been used in, last time I checked, about 350 clinical trials.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

Ex. 67
P. 9

Client Id: 77

So it has defined the landscape in terms of neuropsychiatric symptoms in Alzheimer's disease and in clinical trials. And the only flaw I can find in this trial actually is the absence of an NPI score. But I'm thinking about -- [but I'm sure it's good]. I'm thinking about giving a good -- forgiving you for that.

So psychosis and then HARMONY. Psychosis, I'll describe a patient to you. It's a patient with dementia with Lewy bodies. And one of the things that DLB patients frequently get, unusually frequently, is something called Capgras syndrome, where they believe that someone in their life has been replaced by an identical appearing imposter. Very strange thing.

So wife and husband come in to me. He has DLB. She says, "Doctor, the strangest thing has happened to me because he suddenly started saying you're not my wife. I know you look like my wife, but I know you're not my wife." And so she's confronted with this, of course, very upsetting. She gets -- how are you going to handle this, right? But she gets out her driver's license. It has a name on it and a picture on it, and he goes over, "No, look here. It's me. It's here. It's me."

But imagine yourself in this circumstance that you're using your driver's license to re-acquaint your husband or your wife with who you are. I mean this is the kind of just -- this is psychosis, right? This is what psychosis is about. It's completely illogical. And you cannot talk somebody out of it because this idea is completely internally convincing to them.

So this -- it's very disruptive. You can imagine what it's like for the husband to believe now that his wife is -- has been replaced by someone else. Who else? All these questions come forward. So if you have a treatment for that, it's a very important treatment.

So do we have a treatment? So HARMONY, a few things I would emphasize, Erin did a great job with this. First of all, about the trial. I like this trial because it was very patient-centric. So when you bring dad in because he's gotten psychotic, you really don't want to hear, "Well, I'd like him to go into a trial in which he has a 50-50 chance of getting placebo, right?" So the point of the trial that you just heard is that everybody gets put on treatment when they come in, right? For the first 3 months of that observation period, everybody is on treatment. So that's very patient-friendly.

The other thing about this trial that I really like is that it's doctor-friendly. So doctors are not very good at differentially diagnosing dementia, right? I can tell a frontotemporal dementia from a DLB patient from an AD patient, probably pretty well because I've spent a lifetime doing it. But your average guy who's seeing a dementia patient between a gall bladder and a broken leg isn't going to be too good at this. So when you put all of the patients with dementia on the -- in the same trial, you remove that obligation to have to make a specific diagnosis, and I think that's very important in terms of the use of the drug.

The other is the patients were systematically withdrawn. Well, that's what doctors want to do, they want to get their patients off the medication as soon as they can. But what you saw was when you do that, they relapse. So that's very important in terms of teaching the doctor how to optimally manage the psychotic episode.

So I like this trial in many ways. I think it maps onto clinical practice in a great way, and the trial itself was very patient-centric.

It's novel. We call this a basket trial using current terminology, where you put 5 types of dementia into the same basket. So I like this trial a lot. Serge asked me when I first saw the data, what I thought it was, and I said I thought it was a home run. And I rarely, rarely use that terminology because I think it achieved the endpoints that we were trying to achieve in the trial. Gary?

---

**Gary Small**

Thank you. I am Gary Small. I'm a Professor of Psychiatry and Aging at UCLA where I also direct the Division of Geriatric Psychiatry and the UCLA Longevity Center. I've spent most of my career studying Alzheimer's disease and related dementias and caring for the patients and families who suffer from these problems.

Now I don't have a Capgras story. But I can tell you last week, I was in clinic. And the 2 most memorable patients who I saw were paranoid and psychotic. And that just -- this is a very difficult clinical syndrome. And when you see it in dementia patients, which you see very often, it's difficult

9

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 10

## DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

for families. It's difficult for patients. It's difficult for the doctors, anyone who is around them. And as you heard from Erin's presentation, 1/3 of patients with dementia will have delusions or hallucinations. And in fact, over the course of a dementing illness, most of them experience these symptoms. We don't have an FDA-approved drug for these conditions. And the drugs we do have are not great. They're not tremendously effective, they have lots of side effects, there's tremendous concern about getting patients off of those medicines because we don't want to use them over a long-term period because that increases the risk of getting side effects. And we use them off-label. So in terms of unmet need, there's no question about it. It's huge.

Regarding the study, I would agree with much of what you heard from Dr. Cummings. I think it was a very clever study. It really was designed in a way that makes sense from a clinical perspective.

When we see a patient in a clinical setting, we'll say, "Well, this is probably Alzheimer's disease or probably vascular dementia." But if you follow these patients to autopsy, more often than not, we're wrong. These are mixed cases. So we don't really see "pure" Alzheimer's cases. We see dementia and we need ways to manage it. And I think the study was really well poised to answer the question, "How do you treat dementia in a clinical setting?"

When you look at the results, they're very impressive. As you heard, in the open label phase, 62% of patients responded. And in double-blind phase, they had a threefold reduction in the risk of relapse. And very often, we don't see -- actually, most often we don't see those kinds of results in these studies. And to top it off, in terms of the safety profile, it's very favorable. The drugs we have right now do not have favorable safety profiles. You have pimavanserin didn't cause these side effects that we see so often from the antipsychotics we use.

In fact, one could even argue that it might be a pro cognitive drug because over the 9 months in the double-blind phase, the Mini-Mental state exam scores did not worsen. And we know when we give these other medicines that are currently available, it tends to sedate patients, they tend to fall, they have Parkinsonian side effects. It's not a great situation.

So the bottom line is, from these data, pimavanserin is effective in targeting those very troubling symptoms that we see, the hallucinations and delusions, it has a few side effects. The results are not just significant but they're clinically meaningful, and it certainly will satisfy an unmet need.

---

**Maria Soto-Martin**

Good evening. I'm Maria Soto-Martin. I am a Professor of Geriatrics in the Gerontopole Alzheimer Clinical and Research Center from the hospital -- University Hospital of Toulouse in France. I am geriatrician. And for 15 years, I've -- I can say that 100 of my interests and 100 of my clinical activity is based on taking care -- management of patients with dementia with neuropsychiatric symptoms. And also for the research, also clinical activity.

So it's hard to be the third one because a lot of things have been said. So I really have to adapt my -- so to answer the questions, so yes, there is a huge unmet needs, as my colleagues just said. And to be very briefly. And so the hallucination and delusion, they are frequent, very frequent, they are bad, very bad for patients for caregivers, professional and family caregivers and also for clinicians.

And the big problem is that however and besides all these problems, we don't have treatment and the treatment that are available, they are not approved in the States. In Europe, they are approved just one, but for very severe symptoms and for a very short time -- period of time, like 4 weeks. And with the problem that when we prescribe this treatment, they are very dangerous for the patients, as my colleagues just said.

So that was the unmet needs. About the perspective of these trials -- of this trial, just to say that this is a new drug and this is a very important thing. New drug, new mechanism of action. And this is going to probably change and positively impact our clinical practice because thanks to his impressive, very impressive safety profile, that is going to let us, to the clinician, to treat earlier these symptoms because so far -- and that's my answer to how we take care of psychosis and dementia, we wait. We wait until the hallucination and the delusion it's so severe because it's so hard to prescribe this kind of treatment, with all the treatment that you think twice, 3, 5 times before prescribing this treatment off label.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

**Ex. 67**
**P. 11**

Client Id: 77

**DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting**

So by using this new drug, this safe drug, we be able to treat earlier, these symptoms maybe a mild or moderate psychosis and probably like that, we will be able to anticipate and maybe prevent these severe outcomes related to psychosis. So I think that's a big, big, big thing. Also, the big impact of this trial.

And besides -- and that's my first idea -- besides all the benefits for the patient and caregiver that you may think, it's also very benefits for clinicians because for us, as just said, it's very difficult to prescribe a drug that is dangerous. And prescribing a drug that you know, that the clinician knows that will not impact in cognition, that will not cause falls and even earlier mortality or institutionalization. So that's a big thing also for clinicians. That's a very good, positive thing for us. So to begin to my first idea. It's a big hope, that's my key message for the perspective. It's a huge help for patients, caregivers and clinicians.

And also, these are very clinical meaningful results because this trial and it's kind of Dr. Cummings said, answer 2 critical questions that clinicians we have. First question, "Does this treatment work in the acute phase?" And the open-label answer is yes, it works. The second question is, "Okay. But for how long this is going to work -- this drug is going to work?" And the answer for the double-blind phase it's at least 9 months. So they are very real even answers for us, also for clinicians. I think that's it.

## QUESTIONS AND ANSWERS

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Thank you very much for that introduction. I really appreciate. We'll move now to our question-and-answer session. Just a couple of housekeeping notes. I will try to moderate. If you have a question, please raise your hand. We will try to and wait to get the microphone. And if you will, please introduce yourself and where you're coming from, and we'll do our best to address all the questions.

**Ritu Subhalaksmi Baral** - *Cowen and Company, LLC, Research Division - MD & Senior Biotechnology Analyst*

Ritu Baral from Cowen. Can we talk a little bit about the 62% response rate in the open-label? How should we think about that in comparison to other open-label psychosis response rates? And you mentioned that the FDA asked for statistically and clinically persuasive data. Did they define this? And did they define any requirement for that initial response rate?

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Yes. Thanks for the question. That's actually 2 questions. So I'll try to address one-by-one and maybe ask some of our panelists to chime in. In regard to the meaningfulness of a 62% response rate. I want to make 2 comments. One is this response rate should be taken into consideration that is fairly high threshold by both clinic -- clinicians assessment and the scale improvement that was required. So -- and in addition to that, at 2 different time points, at week 8 and week 12. So it is -- from that perspective, it is somewhat harder to compare that to other open-label trials where you're looking either at the scale's improvement. But I certainly think that even with that added higher threshold of requirements this is fairly superior, in our opinion. I can just also mention that when we designed the trial originally, we looked at all of the randomized withdrawal trial and what are the success rates for randomization in those trials. And among a number of trials, and this is double-digit that we reviewed, usually, you end up with about 50% success rate.

So that's -- I think may answer your question in that regard. I will ask our panelists if they maybe would just comment how these rates impress them from the perspective of the current treatment when you get the patient and in terms of the success rate that you have with the treatment, with the currently off-label drugs.

11

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 12

Client Id: 77

**Gary Small**

Starting from my clinical experience, it certainly appears to be a robust rate. But I think we -- the response rate in the open-label tells me 2 things. One, that in clinical practice, we're probably going to get similar response rates. So that's encouraging. But secondly, as Serge just mentioned, there's a lot of variability among studies. So it's almost like comparing apples and oranges, it depends on how you define response, it depends on the various clinics and so forth. And in an open-label study, it doesn't take into account one of the big factors, that magic pill, placebo. So we've actually -- a group of us did a study a number of years ago, we looked at differences among clinical investigative sites in a large placebo-controlled trial and we found considerable variability among the different sites, and that reflects the clinicians' habits and so forth.

So I think I wouldn't make more of it than it is. I wouldn't try to directly compare it to other studies. But I would say that it's very encouraging, and it's encouraging to me as a clinician that when I get out there and I prescribe this drug, there's a pretty good chance the patient is going to respond.

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

So to your second question, Ritu, "What does FDA mean by persuasive -- statistically and clinically persuasive?" I would just say in the world of statistics the persuasive and robust results are usually defined by the p-value of less than 0.01. So by that measure, we definitely exceeded that. And I think that from clinical meaningfulness that threefold reduction of risk and 65% reduction of risk for pimavanserin -- with pimavanserin treatment definitely meets that clinical meaningfulness, with a hazard ratio that we saw in this trial. So I believe that certainly, we met that threshold. Directly to answer to your question, there was no any definition that we needed to meet other than what we shared.

**Jeffrey Cummings**

Certainly also, Serge, that you're well positioned to argue for the clinical persuasiveness because of the design of the trial being very close to the actual clinical practice. And I think that's going to help you when you get into that discussion with the FDA.

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Yes, thank you for that because that -- indeed, also the endpoints are clinically meaningful, and that really adds to the overall perception of the trial.

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

First of all, thank you to the KOLs for sharing your thoughts with us. My name is Charles Duncan, I'm with Cantor. Had a couple of questions for the KOLs and then perhaps one for Serge.

First of all, for the KOLs. I guess I'm kind of wondering, this is, to me, impressive data, but what do I know? I'm wondering what is it that most impresses you? Is it perhaps the effect size, if you will, with regard to the stabilization? Is it the effect size with regard to decreased risk of relapse? Or is it perhaps the response rate across any of the etiologies or something else? Perhaps safety?

**Gary Small**

I'll just jump in. I would say all of the above to that. And I would add the great safety profile. So it's all very impressive. And we're so used to struggling with drugs that are hard to use. And it takes a lot of time in educating families and patients about the risk, and we have to be so tentative about it. It's a tremendous challenge in clinical practice. So I think I was pretty much blown away by what I saw from the results.

12

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 13

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Maria Soto-Martin**

I agree with Gary. Because about everything is impressive, but especially the safety. But for our main problem when we prescribe a typical antipsychotic because you have to, you have no choice. The big issue is this patient, which is most of the cases, all patients, is going to fall, 1 week after, is going to be confused, is going to have motor secondary effects with Parkinson's disease and falls and be slower. And so all that, and of course, all the things for stroke and even mortality. That's a big issue. Every -- I've recently said, oh, we have so much responsibility when we prescribe on a typical antipsychotic. So for my personal opinion, and I agree with Gary, it's these impressive safety results.

**Jeffrey Cummings**

Really what -- how I think about this is you get 2 looks at efficacy. You get the open-label look. And yes, that has a placebo response in it. But you're not going to have a 62% placebo response. So you're seeing efficacy in that open-label section. And then you have this very clear signal of efficacy in the withdrawal period, where you have this 2.8 fold greater relapse of -- into psychosis compared to the treatment group. So for me, that's -- it's a very compelling package because you get 2 looks at what the patient's response is.

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

And then my second question for the 3 KOLs. You all had some profound thoughts, but Dr. Soto-Martin said something towards the end of her comments that really kind of caught my attention, and that was that potentially using the drug earlier than you would have anticipated. So kind of a follow-on to Ritu's question, how do you look at the -- or how do you feel about the sample versus the overall population of patients that will be presenting with dementia to you? And how will you use this drug? Could you see it being -- I don't know if frontline is really the way to think about it. But could it be used very early in the diagnosis of dementia with your patients?

**Maria Soto-Martin**

When I say -- when I talk about earlier -- I'm not really talking about earlier about the disease progression, mild AD or another type of dementia. I'm talking about -- to treat earlier the symptoms, hallucinations or delusions and not to wait until these psychotic symptoms are too severe because when they are too severe, it's so hard to treat them. And caregiver are too tired and you use this off-label treatments and you have all the adverse outcomes that they come. And so I believe that with this new drug that allows you to treat from milder and moderate symptoms because it's safe, it's a safe drug, so it's easier to prescribe. Probably we will even better manage the symptom itself because it's a milder -- you know what I'm saying? I'm not...

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

Yes. So I understand what you meant earlier when you used an off-label -- excuse me, an off-label drug. But what I was asking you is about earlier in the diagnosis of dementia because in the absence of any disease-modifying agents, it's my understanding that some of these symptoms are the most burdensome symptoms.

**Maria Soto-Martin**

Yes. Gary?

**Gary Small**

I think what -- I think your question is pointing to the possibility of using this kind of drug as a prevention measure. Is that what you're alluding to?

13

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 14

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

I didn't say that, but you were saying...

**Gary Small**

I'm saying prevention. Well, the prevention of psychotic symptoms, let's say?

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

Yes.

**Gary Small**

Well, I think that's a possibility, but this study doesn't answer that question. So I think I would agree with my colleague that we will use it earlier in the course of the development of psychotic symptoms. I think in this discussion, back to medical school, they told us, "At first, do no harm." And unlike some investors, I think doctors tend to be risk-aversive. And we don't like to do harm. And so if we have tools that potentially cause harm, we're reluctant to use them. We tend to use them later.

**Jeffrey Cummings**

And I think another way to look at this is in order to come into the trial, the patient had to have at least moderate severity of psychosis. So their score was 4.7 on this rating scale. Well, your ordinary doc, including me and probably the panelist, isn't going to wait for that in the clinic, right? We're going to treat patients who have psychotic symptoms. We're not looking for some sort of threshold for them to come into a trial. We are -- we're going to treat when we have a clearly defined delusion and hallucination. And I think that's how it will be used. And we've been reluctant to use that because a family will often say to you, "Doc, these hallucinations are terrible, they really upset him, but I don't want him to get spaced out on medication." So the family itself -- themselves are kind of weighing this risk versus efficacy profile. And I think we're going to have an easier time with that with pimavanserin because they just -- you saw that their safety profile was so good and not only safety, but the tolerability profile was very good.

**Tazeen Ahmad** - *BofA Merrill Lynch, Research Division - VP*

Tazeen Ahmad from Bank of America. For the 3 panelists, I just wanted to get your sense of when this is approved, do you think that you're going to be able to use this drug regardless of cost as your first choice option? And so basically, I'm asking, what percent of your patient population, do you still think you would have to use "off-label drugs" because of cost relative to what you've seen in the data today, which all of you have said has been spectacular data. I just want to know, in a practical setting, what that means.

**Jeffrey Cummings**

Serge, I think that's probably for you. Do you think a health plan is going to allow you to have pimavanserin as Tier 1 or are you going to have to go through quetiapine or something and be a failure before you could go to pimavanserin?

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

I will direct the question to Michael, who is much more knowledgeable about that.

14

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 15

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Stephen R. Davis** - *ACADIA Pharmaceuticals Inc. - CEO & Director*

I just want to make one point and then I'll turn it over to Michael. I think the analog of course, is PDP. And what we've seen there. It's a very similar situation where nothing was approved. The drugs that are used off-label actually exacerbate the primary symptom of the disorder. And so what we've seen there is that payers get it. They understand the significant unmet need, that nothing's approved and the other drugs can have very untoward consequences.

And so in PDP, the access that we have today is very good. The universal, pretty much prior authorization that we have, is simply a confirmation of the disorder. So what we see today is, I think, a real appreciation from payers that -- of the value of the drug. And I think the dynamics are very, very similar. I think the calculus will be very similar in DRP.

**Tazeen Ahmad** - *BofA Merrill Lynch, Research Division - VP*

Okay. Just to follow-up on that, Steve. The addressable patient population though for DRP would be several times larger than PDP. And do you think that will impact at all the way insurance providers will think about reimbursement versus PDP?

**Stephen R. Davis** - *ACADIA Pharmaceuticals Inc. - CEO & Director*

Well, I think that as it relates to the unmet need, as I mentioned, I think they'll think of it very carefully. The population is about tenfold the size of PDP. So I think the -- based upon the payer research that we've done to date, we feel very good about the profile that we're presenting. It's premature for us to say exactly where we would think about being priced with the introduction of DRP, but I'd just simply say, we feel very good about the value equation that we're bringing to the table and this very, very high unmet need.

**Tazeen Ahmad** - *BofA Merrill Lynch, Research Division - VP*

And if I could squeeze in a last question. Just to get back to IP. Does the addition of this indication in any way, change your expectations of how long your key IP estate would last for pima? And could you just remind everyone when [CM1] does expire?

**Stephen R. Davis** - *ACADIA Pharmaceuticals Inc. - CEO & Director*

Sure, sure. So the addition of this indication does not change the equation in terms of the IP that we have. Of course, pimavanserin is a small molecule, so it's small molecules, we look first to the composition of matter protection. And under our composition of matter patents, we have IP that extends into the second quarter of 2030. We do have other patents, utility patents, formulation patents, et cetera, that go well beyond 2030. But I think most of us in this business look primarily or look first, I would say, to composition of matter patents.

**Mark C. Johnson** - *ACADIA Pharmaceuticals Inc. - VP of IR*

Great. I think we've got time for 1 or 2 more questions, and we'll just start with Sumant and then, yes.

**Sumant Satchidanand Kulkarni** - *Canaccord Genuity Corp., Research Division - Analyst*

Sumant Kulkarni from Canaccord Genuity. Dr. Small, I think you specifically used the phrase, pro cognitive drug. So if the 3 clinicians on the panel were to advise the company today as to how they could potentially tease out the effects of pimavanserin in that setting, how would you do that? And Serge and Steve, how would you act upon that specifically?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

**Ex. 67**
**P. 16**

Client Id: 77

DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Gary Small**

Pro cognitive, I said the possibility of that. I mean just following those Mini-Mental state scores. The data that we've seen so far, raised a lot of questions. We know that these patients we're on -- probably most of them or many of them were on cholinesterase inhibitors, asymptomatic treatments for dementia. And that could have sustain that cognitive status and the lack of a decline in the Mini-Mental state score. But we also know that the currently available drugs that we use to treat psychosis make cognition worse. So in that sense, it's pro cognitive, but I would be very curious to see future studies or even look a little deeper into the data that's there to try to understand the cognitive effects of pimavanserin.

**Jeffrey Cummings**

And I think there's a interesting link with Charlie's question, which is, in general, patients who are psychotic progress more rapidly cognitively than patients who are not psychotic. And yet, we don't see it in this trial. So the question is, "Is treating the psychosis ameliorating to a certain degree, the progression of the illness?" Now I don't expect it to be a great disease-modifying drug, frankly, since it's very focused on a single receptor. But there is this link between psychosis and disease progression, and we might be interrupting that and that would have to be defined in a future study.

**Srdjan R. Stankovic** *- ACADIA Pharmaceuticals Inc. - President*

And just to add from a sponsor perspective, I would say, as much as we are encouraged with the impressions that are expressed here, our main objective in this study measuring the cognitive function was to establish that the drug does not impair cognitive function. This design per se could answer that question, but not really the question whether the drug would improve cognitive function, it would require a little different design, randomized withdrawal design per se is not. But we are very thrilled that there is no -- absolutely no indication that the drug impairs either cognitive function or motor functions, 2 critical elements for that. So we're very happy with that, and we would refrain from being elated a little bit more about that for now.

**Jay Olson** *- Oppenheimer & Co. Inc., Research Division - Executive Director & Senior Analyst*

Jay Olson from Oppenheimer. Thank you for hosting us tonight. Could you please talk about the natural course of disease in these patients with DRP? Do their psychotic episodes become more or less frequent over time? And what did we learn from this study about an appropriate duration of treatment? Or should these patients just be treated chronically?

**Jeffrey Cummings**

(inaudible) if you like. So surprisingly, the natural history of psychosis in these dementias is not as well defined as we would like. We have done some studies where we ask, if we did an interview and found a patient to be psychotic, what is the likelihood that they will be psychotic in 3 months when we do the next interview? And the answer is about 80%. And so there is some fluctuation in who is psychotic and who is not psychotic in -- over -- any period of time.

We also know that patients who have roughly a 10-year course from symptomatic onset to death will not be psychotic during that entire period, but they will be psychotic for several years once the psychosis begins. So there is a pretty long period during which they will be plagued and troubled by these intrusive thoughts and paranoid ideas and that sort of thing.

I don't think we learned very much about the duration of treatment in this study because, by definition, as a relapse study, it's -- you treat until you reach this superiority of the treatment over the placebo and that's how much you know. I think other trials are going to have to look at what a proper duration of treatment will be. But maybe there are other ideas here.

16

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 17

Client Id: 77

## DECEMBER 05, 2019 / 3:15AM, ACAD - ACADIA Pharmaceuticals Inc to Host Investor Event and Webcast From Clinical Trials on Alzheimer's Disease (CTAD) Meeting

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Yes. I would just add that it is encouraging that this -- there is not a whole a lot of data with antipsychotics that have a 9-month treatment duration as we generated here and that in itself is informative in terms of how long you can treat and what are the -- what is the safety profile in that duration of treatment. So that gives us really an encouragement in terms of what current guidelines with antipsychotics are in terms of the duration of treatment and what we have here up to 9 months. So...

**Mark C. Johnson** - *ACADIA Pharmaceuticals Inc. - VP of IR*

So Serge, that concludes the Q&A portion, and so I'll turn it over to you for closing remarks.

**Srdjan R. Stankovic** - *ACADIA Pharmaceuticals Inc. - President*

Yes. I just want to thank you all for your interest and for coming tonight. We will -- I just want to invite you, we will have a little bit of a cocktail here, and we can mingle and talk some more. So thank you very much for coming.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Ex. 67
P. 18

# Exhibit 68



**Investor Event:**

Presentation and Discussion of the Phase 3 HARMONY Top-line Results

12th Clinical Trials of Alzheimer's Disease

DECEMBER 4, 2019

**Ex. 68**
**P. 2**

# Investor Event Agenda

| | |
|---|---|
| **INTRODUCTION** | Mark Johnson \| Vice President, Investor Relations (ACADIA) |
| **CEO OPENING REMARKS** | Steve Davis \| Chief Executive Officer (ACADIA) |
| **HARMONY RESULTS** | Erin Foff, M.D., Ph.D. \| Clinical Lead, Dementia-Related Psychosis Program (ACADIA) |
| **NEXT STEPS** | Serge Stankovic, M.D., M.S.P.H. \| President (ACADIA) |
| **KOL PANEL with Q&A** | • Jeffrey Cummings, M.D., Sc.D.<br>• Gary Small, M.D.<br>• Maria Soto-Martin, M.D., Ph.D.<br>• Steve Davis<br>• Serge Stankovic, M.D., M.S.P.H.<br>• Erin Foff, M.D., Ph.D. |

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



**Ex. 68**

**P. 3**

# KOL Panelists

- **Dr. Jeffrey Cummings, M.D., Sc.D.**
  - Research Professor at Department of Brain Health UNLV and
    Director Emeritus of the Cleveland Clinic Lou Ruvo Center for Brain Health

- **Dr. Gary Small, M.D.**
  - Professor of Psychiatry and Biobehavioral Sciences and Parlow-Solomon Professor on Aging at
    the David Geffen School of Medicine at UCLA and
    Director, UCLA Longevity Center

- **Dr. Maria Soto-Martin, M.D., Ph.D.**
  - Professor of Geriatric Medicine, Alzheimer Clinical & Research Center
    at the Toulouse University Hospital, France

3 | Panelists are paid consultants of ACADIA Pharmaceuticals Inc.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



ACADIA®
Pharmaceuticals

**Ex. 68**
**P. 4**

# Forward-Looking Statement

This presentation contains forward-looking statements. These statements relate to future events and involve known and unknown risks, uncertainties and other factors which may cause our actual results, performance or achievements to be materially different from any future results, performances or achievements expressed in or implied by such forward-looking statements. Each of these statements is based only on current information, assumptions and expectations that are inherently subject to change and involve a number of risks and uncertainties. Forward-looking statements include, but are not limited to, statements about (i) plans for, including timing and progress of commercialization of, NUPLAZID® or for the clinical development of our product candidates, including pimavanserin and trofinetide; (ii) benefits to be derived from and efficacy of our product candidates, including the use of pimavanserin in dementia-related psychosis, schizophrenia, depression or other neurological or psychiatric indications, potential advantages of NUPLAZID versus existing antipsychotics or antidepressants, and expansion opportunities for NUPLAZID; (iii) estimates regarding the prevalence of PD, PD Psychosis, dementia-related psychosis, schizophrenia or depression and the potential use of trofinetide in Rett syndrome; (iv) potential markets for any of our products, including NUPLAZID and trofinetide; and (v) our estimates regarding our future financial performance, cash position or capital requirements.

In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "could," "would," "expects," "plans," "anticipates," "believes," "estimates," "projects," "predicts," "potential" and similar expressions (including the negative thereof) intended to identify forward-looking statements. Given the risks and uncertainties, you should not place undue reliance on these forward-looking statements. For a discussion of the risks and other factors that may cause our actual results, performance or achievements to differ, please refer to our annual report on Form 10-K for the year ended December 31, 2018 as well as our subsequent filings with the SEC. The forward-looking statements contained herein are made as of the date hereof, and we undertake no obligation to update them for future events.

4  |  Panelists are paid consultants of ACADIA Pharmaceuticals Inc.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



# CEO Opening Remarks

### Steve Davis
### CEO



Ex. 68
P. 6

# Our Vision

*Become the leading pharmaceutical company dedicated to the advancement of innovative medicines that improve the lives of patients with CNS disorders*

# ACADIA Today

- NUPLAZID® - the first and only FDA approved treatment for hallucinations and delusions associated with Parkinson's disease psychosis

- **Plan to meet with FDA regarding sNDA for pimavanserin as treatment for dementia-related psychosis in 1H20**

- Ongoing Phase 3 program for pimavanserin as a potential new adjunctive treatment for MDD

- Initiated Phase 3 study for trofinetide as a potential new treatment for Rett syndrome in 4Q19

- Plan to initiate second pivotal study for pimavanserin as a potential new treatment for the negative symptoms of schizophrenia in 1H20

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



**Ex. 68**
**P. 7**



# Pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis

Top-Line Results of a Double-Blind, Placebo-Controlled Relapse Prevention Study



**Erin Pennock Foff, M.D. Ph.D.**

Clinical Lead, Dementia-Related Psychosis Program

**Ex. 68**
**P. 8**

# Appropriate treatment for Dementia-Related Psychosis (DRP) is a serious unmet need



- **30% of dementia patients will experience psychosis**

- **Psychosis associated with**

  - Adverse patient outcomes

  - Increased cost of care

- **Off-label use of typical/atypical antipsychotics**

  - No to modest efficacy

  - Significant safety concerns

    - Risk of acceleration of cognitive decline

    - Numerous toxicities associated with varied receptor activities

**Why Dementia-Related Psychosis?**

The subtypes overlap greatly in:

- Clinical presentation

- Nosology

- Pathology (autopsy findings)

Similar management across subtypes

| Most Likely Clinical Diagnosis |
| --- |
| Alzheimer's disease (AD) |
| Dementia with Lewy body (DLB) |
| Parkinson's disease dementia (PDD) |
| Vascular dementia (VaD) |
| Frontotemporal dementia (FTD) |

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 9



# **Trial Design** - International, double-blind placebo-controlled, relapse-prevention study





**392 patients**

Male or Female
50-90 yrs old

**Mild-severe dementia**
(MMSE: 6 to 24)

**Moderate-severe psychosis**
- SAPS-Hallucinations + Delusions (SAPS-H+D) total score ≥10 **AND**
- SAPS-H+D global item (H7 or D13) score $\geq$4 **AND**
- CGI-S score $\geq$4

**Response Criteria:**
- 30% reduction in total SAPS-H+D **AND** CGI-I of much better or very much better
- Responders are those subjects with sustained response at week 8 and week 12

**Why a Relapse-Prevention Design?**
- Outcome clinically meaningful
- Maintenance of efficacy addressed
- Placebo exposure minimized
- Effective treatment exposure maximized

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 10**

# Trial endpoints



**Primary endpoint - Time from randomization to relapse in the double-blind period**

Relapse Criteria:

- ≥30% increase (worsening) from Week 12 (double-blind Baseline) on the SAPS-H+D Total Score
  **AND** has a CGI-I score of 6 (much worse) or 7 (very much worse) - relative to the double-blind Baseline
- Treated with an antipsychotic (other than pimavanserin) for dementia-related delusions and/or hallucinations
- Stops study drug or withdraws from study for lack of efficacy (as reported by the subject or study partner/caregiver) or Investigator discontinues study drug due to lack of efficacy
- Hospitalized for worsening dementia-related psychosis

**Secondary endpoint - Time from randomization to discontinuation in the double-blind period for any reason**

**Exploratory endpoints- Change from double-blind baseline on the following**

- SAPS-H+D, CGI, ZBI, KSS, EQ-5D-5L

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 11**

# Demographics and baseline characteristics are balanced



| Baseline Characteristic | Open-Label | Double-Blind | |
|---|---|---|---|
| | PIM n (%) | PBO n (%) | PIM n (%) |
| **Sex (N)** | 392 | 112 | 105 |
| Female | 229 (58.4) | 69 (61.6) | 62 (59.0) |
| **Age (years) (N)** | 392 | 112 | 105 |
| Mean (SE) | **74.5 (0.42)** | 74.9 (0.81) | 73.8 (0.82) |
| **Race (N)** | 384 | 109 | 105 |
| White | 371 (96.6) | 107 (98.2) | 103 (98.1) |
| **Living Situation (N)** | 392 | 112 | 105 |
| At Home | 373 (95.2) | 109 (97.3) | 94 (89.5) |
| In a Facility | 17 (4.3) | 2 (1.8) | 10 (9.5) |
| Other | 2 (0.5) | 1 (0.9) | 1 (1.0) |
| **DRP Symptoms (N)** | 382 | 111 | 101 |
| Visual Hallucinations | **302 (79.1)** | 92 (82.9) | 77 (76.2) |
| Delusions | **319 (83.5)** | 96 (86.5) | 77 (76.2) |



**Baseline disease severity**

| | SAPS-H+D | CGI-S | MMSE |
|---|---|---|---|
| Baseline mean value (SE) | 24.4 (0.47) | 4.7 (0.03) | 16.7 (0.24) |

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 12**



# Open-label results



Ex. 68
P. 13

# Pimavanserin treatment leads to durable stabilization of psychosis



| Disposition in Open-Label | Total N=351 n(%) |
|---|---|
| Randomized to Double-blind Period | 217 (61.8) |
| Early Termination | 134 (38.2) |

**Reason for Early Termination**

| | Total N=351 n(%) |
|---|---|
| Lack of Response in Open Label | 70 (19.9) |
| Adverse Event | 27 (7.7) |
| Death | 1 (0.3) |
| Other | 36 (10.3) |

| 41 Subjects that were ongoing at the time of study discontinuation date are not summarized |
|---|

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 14**

# Pimavanserin substantially reduced psychotic symptoms
Data up to study discontinuation date [Mean +/- SE] (OC) open-label safety set





NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 15

# Pimavanserin treatment elicited a consistently high response rate
>50% of patients met response criteria by week 4





Response Criteria: ≥30% reduction from OL baseline on SAPS-H+D total score and CGI-I score of 1 or 2. Analysis is restricted to eligible subjects at the visit. A subject is eligible for the visit if the number of days between minimum (study discontinuation date, end of treatment date) and the first OL dose exceeds the lower limit of the analysis visit window for the visit. Missing values imputed as non-responders

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 16



# Double-blind results



Ex. 68
P. 17

# Primary Endpoint:
# Pimavanserin significantly reduced risk of relapse by 2.8X



|  | Double-blind | |
|---|---|---|
|  | Placebo N=99 | Pimavanserin N=95 |
| **Number of Subjects Having a Relapse Event, n (%)** | **28 (28.3)** | **12 (12.6)** |
| **Number of Subjects Censored, n (%)** | 71 (71.7) | 83 (87.4) |
| Completed Week 26 Without a Relapse | 28 (28.3) | 37 (38.9) |
| Prematurely Discontinued Prior to Week 26 | 10 (10.1) | 9 (9.5) |
| Ongoing at Time of Database Cutoff | 33 (33.3) | 37 (38.9) |
| **Cox Regression Analysis** |  |  |
| **Hazard Ratio (Pimavanserin/Placebo)** |  | **0.353** |
| 95% Confidence Interval |  | (0.172, 0.727) |
| **One-Sided p-value** |  | **0.0023** |
| O'Brien-Fleming Stopping Boundary (p-value scale one-sided) |  | 0.0033 |
| **Study stopped at interim analysis for positive efficacy** | | |

The Cox regression model includes effects for treatment group, dementia subtype, and region
Interim Analysis Dataset

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 18

# Patients on placebo were 2.8X more likely to experience a relapse of DRP





NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 19**

# Secondary Endpoint:
# Pimavanserin reduced risk of all-cause discontinuation by 2.2X



| | Double-blind | |
|---|---|---|
| | Placebo N=99 | Pimavanserin N=95 |
| **Number of Subjects Discontinued for Any Reason, n (%)** | **38 (38.4)** | **21 (22.1)** |
| **Number of Subjects Censored, n (%)** | 61 (61.6) | 74 (77.9) |
| Completed Week 26 Without a Relapse | 28 (28.3) | 37 (38.9) |
| Ongoing at Time of Database Cutoff | 33 (33.3) | 37 (38.9) |
| **Cox Regression Analysis** | | |
| **Hazard Ratio (Pimavanserin/Placebo)** | | **0.452** |
| 95% Confidence Interval | | (0.261, 0.785) |
| **One-Sided p-value** | | **0.0024** |
| O'Brien-Fleming Stopping Boundary (p-value scale one-sided) | | 0.0033 |

Interim Analysis Dataset

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 20

# Pimavanserin reduced risk of all-cause discontinuation by 2.2X



NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



# Safety

Ex. 68
P. 22

# Low rates of adverse events with pimavanserin treatment



| Treatment-Emergent Adverse Event | Open-label[1] PIM N=392 n(%) | Double-blind[1] Placebo N=112 n(%) | Double-blind[1] PIM N=105 n(%) |
|---|---|---|---|
| Any | 142 (36.2) | 41 (36.6) | 43 (41.0) |
| Any Serious | 20 (5.1) | 4 (3.6) | 5 (4.8) |
| Any Related | 45 (11.5) | 10 (8.9) | 9 (8.6) |
| Any Related Serious | 1 (0.3) | -- | -- |
| Any Leading to Discontinuation | 30 (7.7) | 4 (3.6) | 3 (2.9) |
| Any Resulting in Death | 1 (0.3) | - - | 1 (1.0) |

Treatment emergent is defined as an adverse event with the onset date on or after the first dose of Open-Label drug (or for DB, double-blind drug) and no later than last study dose date +30. Numbers presented represent subjects. Events with a missing relationship were counted as related

[1]OL and DB safety analysis sets, respectively

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 23

# Low rates of adverse events over 9 months of Pimavanserin treatment

TEAE's ≥ 2% in any treatment group (open-label and double-blind safety analysis sets)



| Preferred Term | Open-label |
|---|---|
| | **PIM**<br>**N=392**<br>**n (%)** |
| Urinary Tract Infection | 20 (5.1) |
| Constipation | 10 (2.6) |
| Hypertension | 9 (2.3) |
| Confusional State | 8 (2.0) |
| Nausea | 8 (2.0) |

| QTcF Δ from OL Baseline to Week 12 | |
|---|---|
| n | 244 |
| Mean (SE), in milliseconds | 5.40 (0.923) |

| Preferred Term | Double-blind | |
|---|---|---|
| | **Placebo**<br>**N=112**<br>**n (%)** | **PIM**<br>**N=105**<br>**n (%)** |
| Headache | 5 (4.5) | 10 (9.5) |
| Urinary Tract Infection | 4 (3.6) | 7 (6.7) |
| Nasopharyngitis | 4 (3.6) | 1 (1.0) |
| Asthenia | 1 (0.9) | 3 (2.9) |
| Weight decreased | 3 (2.7) | 1 (1.0) |
| Anxiety | -- | 3 (2.9) |
| Diarrhea | 3 (2.7) | -- |
| Dizziness | -- | 3 (2.9) |
| ECG QT Prolonged | -- | 3 (2.9) |

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



**Ex. 68**
**P. 24**

# No negative impact on MMSE over 9 months of treatment
[Mean +/- SE] (OC), OL and DB safety datasets



Open-label panel data:

| PIM (n) = 392 | 377 | 358 | 323 | 245 |
|---|---|---|---|---|
| Baseline | 2 | 4 | Weeks 8 | 12 |

Double-blind panel data:

| PBO(n)= | 112 | 99 | 104 | 86 | 74 | 66 | 50 | 44 | 40 | 39 |
|---|---|---|---|---|---|---|---|---|---|---|
| PIM (n) = | 105 | 97 | 95 | 94 | 86 | 75 | 69 | 55 | 48 | 46 |
| | BL | 1 | 2 | 4 | 6 | 10 | Weeks 14 | 18 | 22 | 26 |

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 25

# No negative impact on MMSE over 9 months of treatment
[Mean +/- SE] (OC) DB safety dataset





NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



## Exploratory Analyses by Most Likely Clinical Diagnosis

**Ex. 68**
**P. 27**

# Pimavanserin substantially reduced psychosis across subtypes
(Data up to study discontinuation date) [Mean +/- SE] (OC) open-label safety set





**Total SAPS-H+D Change**

73.1% to 83.3% reduction

- **Parkinson's disease dementia (PDD)**
- **Alzheimer's disease (AD)**
- **Dementia with Lewy body (DLB)**
- **Frontotemporal dementia (FTD)**
- **Vascular dementia (VaD)**

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

# Stabilization and relapse rates by most likely clinical diagnosis



| | Open-label Stabilization rate % | Double-blind relapse rate | |
|---|---|---|---|
| | | PBO % | PIM % |
| **Overall** | **61.8** | **28.3** | **12.6** |

**Most Likely Clinical Diagnosis**

| | Open-label Stabilization rate % | PBO % | PIM % |
|---|---|---|---|
| **AD** | 59.8 | 22.6 | 13.1 |
| **DLB** | 45.5 | 66.7 | 0.0 |
| **PDD** | 71.2 | 50.0 | 6.7 |
| **VaD** | 71.4 | 16.7 | 16.7 |
| **FTD** | 50.0 | 0.0 | 100 |

Relapses on PBO (n/N):  Overall=28/99; AD: 14/62; DLB 2/3; PDD: 10/20; VaD 2/12; FTD 0/2
Relapses on PIM (n/N):  Overall=12/95; AD:  8/61;   DLB 0/6; PDD: 1/15;   VaD 2/12; FTD 1/1

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

**Ex. 68**
**P. 29**

# CONCLUSIONS



- There is a critical need for effective and safe treatments for DRP

- In the study, we saw robust response and significant maintenance of efficacy with pimavanserin treatment in DRP
    - Pimavanserin reduced the risk of psychotic exacerbation by 2.8X over placebo

      [HR= 0.353, one-sided p=0.0023]
    - Patients on placebo were 2.2X more likely to drop out of the trial for any reason

      [HR= 0.452, one-sided p=0.0024]

- Pimavanserin had no negative impact on a measure of cognition (MMSE) over 9 months of treatment

- Pimavanserin 34mg was well tolerated when given long term in this elderly population with significant comorbidities

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Ex. 68
P. 30



# Next Steps

### Serge Stankovic, M.D., M.S.P.H.
### President

**Ex. 68**
**P. 31**

# Phase 3 HARMONY – Key Takeaways

**1**

### 12-Week Open-Label Efficacy Results:

- *Pimavanserin treatment showed a meaningful reduction of the symptoms and stabilization of psychosis across all dementia subtypes evaluated*
- *~62% of patients met the pre-specified response criteria and were randomized*

**2**

### 26-Week Double-Blind Efficacy Results:

- *Pimavanserin significantly reduced the risk of relapse of psychosis by 2.8 fold (Hazard Ratio=0.353, one-sided p=0.0023)*

**3**

### Safety and Tolerability Results:

- *Pimavanserin was well-tolerated in elderly patients with dementia-related psychosis over 9-month study*
- *Patients receiving pimavanserin treatment had no worsening in cognition or motor function, as measured by MMSE[1] and ESRS-A[2] scores*

---

[1]MMSE = Mini-Mental State Examination
[2]ESRS-A = Extrapyramidal Symptom Rating Scale A
NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



ACADIA®
Pharmaceuticals

**Ex. 68**
**P. 32**

# DRP Next Steps

- We remain on track to meet with the FDA in 1H20 to discuss our sNDA submission

- Based on our End-of-Phase 2 meeting with the FDA, we confirmed that the basis of an sNDA submission for DRP can rely on the HARMONY study provided that results are both statistically and clinically persuasive.

| **Phase 3 HARMONY Results** | **Positive Phase 2 Alzheimer's Disease Psychosis Study[1]** | **Positive Phase 3 Pivotal study in PDP[2]** |
|---|---|---|
| *Positive results showing acute benefit and sustained response in dementia patients across the five most common clinically diagnosed subtypes* | *Acute benefit observed with statistically significant reduction in psychosis in Alzheimer's disease patients vs. placebo* | *Acute benefit observed with positive results from pre-specified subgroup of patients with MMSE<25[3]* |

## Pimavanserin has Breakthrough Therapy Designation for the treatment of DRP

[1]Ballard C, et al. Lancet. 2018;17:213-222.
[2]NUPLAZID Prescribing Information; Cummings J, et al. Lancet. 2014;383:533-540.
[3]MMSE = Mini-Mental State Examination, a test of cognitive function.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



ACADIA® Pharmaceuticals

**Ex. 68**
**P. 33**



# KOL Panel
# with Q&A

DECEMBER 4, 2019

Ex. 68
P. 34



**1. Can you describe the unmet medical need and how you care for patients with Dementia-Related Psychosis?**

**2. What is your perspective on the HARMONY results presented today?**

Ex. 68
P. 35

# Dr. Jeffrey Cummings, M.D., Sc.D.



Jeffrey L. Cummings, MD, ScD, is Vice Chair of Research, UNLV Department of Brain Health. He is Founding Director of the Cleveland Clinic Lou Ruvo Center for Brain Health in Las Vegas, Nevada, and Professor of Medicine (Neurology), Cleveland Clinic Lerner College of Medicine of Case Western Reserve University. Dr. Cummings is Principal Investigator/Director of the NIH/NIGMS-funded Center for Neurodegeneration and Translational Neuroscience.

Dr. Cummings is a world-renowned Alzheimer's researcher and leader of clinical trials. He has been recognized for his research and leadership contributions in the field of Alzheimer's disease through the Henderson Award of the American Geriatrics Society (2006), the Ronald and Nancy Reagan Research Award of the national Alzheimer's Association (2008), and the Lifetime Achievement Award of the Society for Behavioral and Cognitive Neurology (2017). In 2010, he was honored by the American Association of Geriatric Psychiatry with their Distinguished Scientist Award. In 2018, he was honored with the Leadership and Achievement Award by the International Society of CNS Drug Development, and he received the Bengt Winblad Lifetime Achievement Award from the national Alzheimer's Association. In 2019, the International Psychogeriatric Association awarded him with the Distinguished Service Award and he received the Alzheimer's Drug Discovery Foundation's Melvin R. Goodes Prize that honors an innovative researcher who has made a significant and lasting impact in the field. He was featured in the Gentleman's Quarterly (June 2009) as a "Rock Star of Science™."

Dr. Cummings' interests embrace clinical trials, developing new therapies for brain diseases, and the interface of neuroscience and society.

Dr. Cummings completed Neurology residency and a Fellowship in Behavioral Neurology at Boston University, Boston, Massachusetts. US training was followed by a Research Fellowship in Neuropathology and Neuropsychiatry at the National Hospital for Nervous Diseases, Queen Square, London, England. Dr. Cummings was formerly Augustas Rose Professor of Neurology and Professor of Psychiatry at UCLA, Director of the Mary S. Easton Center for Alzheimer's Disease Research at UCLA, and Director of the Deane F. Johnson Center for Neurotherapeutics at UCLA. He is past president of the Behavioral Neurology Society and of the American Neuropsychiatric Association.

Dr. Cummings has authored or edited 43 books and published over 750 peer-reviewed papers.

Panelists are paid consultants of ACADIA Pharmaceuticals Inc.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.


ACADIA® Pharmaceuticals

**Ex. 68**
**P. 36**

# Dr. Gary Small, M.D.



Gary Small, M.D., is Professor of Psychiatry and Biobehavioral Sciences, the Parlow-Solomon Professor on Aging at the David Geffen School of Medicine at UCLA, Director of the UCLA Longevity Center, and Director of the Geriatric Psychiatry Division at the Semel Institute for Neuroscience & Human Behavior.

Dr. Small's team has developed brain imaging technologies that detect the first signs of Alzheimer's disease years before patients show symptoms.

In addition to testing medicines for delaying the onset of Alzheimer's disease, Dr. Small has developed healthy aging lifestyle and memory training programs that are available throughout the U.S. in senior centers and community hospitals.

Dr. Small has authored over 500 scientific works and received numerous awards and honors, including the American College of Psychiatrist's Research Award in Geriatric Psychiatry, the American Psychiatric Association's Weinberg Award for Excellence in Geriatric Psychiatry, and the Senior Investigator Award from the American Association for Geriatric Psychiatry.

Scientific American magazine named him one of the world's top 50 innovators in science and technology. He is the author of 10 popular books, including The New York Times bestseller, The Memory Bible.

 Panelists are paid consultants of ACADIA Pharmaceuticals Inc.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.



**Ex. 68**
**P. 37**

# Dr. Maria Soto-Martin, M.D., Ph.D.



Prof. Maria E. Soto, MD, PhD, is head of the Alzheimer's Acute Unit in the Department of Geriatric Medicine at the Toulouse University Hospital in France. She is involved in therapeutic research focusing neuropsychiatric symptoms at the Alzheimer Disease Clinical Research Center of the Gerontopole.

After graduating from the Seville University College of Physicians and Surgeons (Spain), obtaining his medical degree in 2000, she completed his clinical training and internship as resident in the Department of Geriatrics at the Getafe University Hospital of Madrid (Spain) where she obtained her specialization degree in Geriatrics in 2005. In the same year, she moved to the Department of Geriatric Medicine at the Toulouse University Hospital (Pr Bruno Vellas) in France.

For the past 14 years Pr. Soto has worked in the Alzheimer's Acute Unit with a major focus on neuropsychiatric symptoms related to dementia in both clinical and research settings. She is member of the Research Aging Team Inserm (UMR 1027). In 2009 she obtained a Master M2 degree in statistics and epidemiology from the Paul Sabatier University of Toulouse. Pr. Soto has a PhD in Alzheimer's disease and cognitive progression from the same University.

Currently she is principal or co-investigator of research programs focusing AD and neuropsychiatric symptoms. She has received grants from the French Ministry of Health Grant and the European Commission. She also participates as principal or co-investigator in different pharmacological trials and collaborates with pharmaceutical industries in order to develop and enhance the therapeutic progress for neuropsychiatric symptoms in AD.

37 | Panelists are paid consultants of ACADIA Pharmaceuticals Inc.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.


ACADIA®
Pharmaceuticals

**Ex. 68**
**P. 38**



# Exhibit 69



North America Equity Research
04 December 2019

# ACADIA Pharmaceuticals

## Positive CTAD Update Bodes Well for Nuplazid's Label Expansion

We are currently attending CTAD (Dec 4-7, San Diego), where Acadia presented detailed interim data from the Phase 3 HARMONY study, which look impressive at first glance. We suspect a positive reaction in shares off this update <u>highlighted by an HR of 0.353 on the primary endpoint</u>. That said, this is a pretty dynamic situation with expectations something of a moving target, and we look for further color at the company's event tonight at 7:00PM PST (details below). Recall, ACAD released positive top-line data from HARMONY in September (note here), evaluating Nuplazid (pimavanserin) in dementia-related psychosis (DRP). We continue to believe that the interim data are supportive of Nuplazid's approval in DRP (a commercial drug with BTD and no approved therapies for this indication) and will help drive "blockbuster" status (DRP >10x PDP). Maintain OW.

- **What happened?** On the primary endpoint, Nuplazid demonstrated 12 relapse events (12.6%; N=95) vs. 28 events for placebo (28.3%; N=99), representing an HR of 0.353 (64.7% treatment benefit over placebo; p=0.0023).

- Nuplazid reduced risk of all-cause discontinuation (key secondary endpoint) by 2.2x over placebo, 22.1% vs. 38.4%, respectively (HR=0.452; p = 0.0024).

- On individual subgroups, <u>Nuplazid showed a positive trend across Alzheimer's disease, dementia with Lewy bodies, and Parkinson's disease subgroups</u>.

- In Alzheimer's disease psychosis (ADP; ~67% of DRP patient pool based on epidemiology), Nuplazid demonstrated a relapse rate of 13.1% (8/61) vs. placebo 22.6% (14/62).

- In Parkinson's disease dementia (PDD), Nuplazid demonstrated a relapse rate of 6.7% (1/15) vs. 50% (10/20) for placebo.

- In dementia with Lewy bodies (DLB), Nuplazid demonstrated a relapse rate of 0% (0/6) vs. 66.7% (2/3) for placebo.

- In vascular dementia, Nuplazid demonstrated a relapse rate of 16.7% (2/12) vs. 16.7% (2/12) for placebo.

- And on frontotemporal dementia, Nuplazid demonstrated a relapse rate of 100% (1/1) vs. 0% (0/2) for placebo.

- Importantly, Nuplazid treatment demonstrated no worsening in cognition, as measured by the Mini-Mental State Examination (MMSE) score, from baseline and no worsening of motor symptoms, as measured by the Extrapyramidal Symptom Rating Scale A-score (ESRS-A), from baseline.

- Safety was consistent with the known profile of Nuplazid and data from the open label portion of the study; no new concerns were observed in the blinded portion of the study.

- Notably, treatment-emergent AEs leading to discontinuation were 2.9%/3.6% for Nuplazid/placebo, respectively.

**See page 3 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Overweight

**ACAD, ACAD US**
Price: $44.28
**04 Dec 2019**

**Biotechnology – Large Cap**

**Cory Kasimov** AC
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>

**Gavin Scott**
(1-212) 622-0579
gavin.scott@jpmorgan.com

**Matthew T Holt, Ph.D.**
(1-212) 622-9602
matthew.t.holt@jpmorgan.com

**Neena M Bitritto-Garg, CFA**
(1-212) 622-8967
neena.m.bitritto-garg@jpmchase.com

J.P. Morgan Securities LLC

**Ex. 69**
**P. 2**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 December 2019

J.P.Morgan

- **What did we know ahead of CTAD?** ACAD disclosed positive top-line data in September, achieving statistical superiority over placebo in time to relapse (primary endpoint) of DRP at the interim efficacy analysis (one-sided p value <0.0033).

- At the time of the September release, management reported that response rates in the open-label portion of the study exceeded the company's assumptions, which were based on prior Alzheimer's disease psychosis (ADP) and Parkinson's disease psychosis (PDP) studies.

- Subtypes of DRP were representative of the overall epidemiology (~67% ADP, 15% PDP, 10% vascular dementia, <10% dementia with lewy bodies, and <5% frontotemporal dementia).

- Nuplazid previously demonstrated an antipsychotic effect, without impairing cognition, in a phase 2 study (019 study) in ADP patients (subset of DRP), <u>and we are encouraged by the consistent results in today's presentation.</u>

- Safety in the open label portion of the phase 3 HARMONY study was consistent with the known profile of Nuplazid, and no new concerns were observed in the blinded safety reviews post-randomization.

- **ACAD is hosting a CTAD Investor Event, 7:00-8:30PM PT;** Hilton San Diego Bayfront, Sapphire 400, 4th Floor. The event will be simultaneously webcast (link). We look for additional details from management, as well as comments from the KOL panel, during the event.

**Ex. 69**
**P. 3**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
04 December 2019

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

All authors named within this report are research analysts unless otherwise specified. In Europe, Sector Specialists may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of ACADIA Pharmaceuticals.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to ACADIA Pharmaceuticals.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for ACADIA Pharmaceuticals within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: ACADIA Pharmaceuticals.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: ACADIA Pharmaceuticals.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from ACADIA Pharmaceuticals.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from ACADIA Pharmaceuticals.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of ACADIA Pharmaceuticals, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



ACADIA Pharmaceuticals (ACAD, ACAD US) Price Chart

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 08-Aug-17 | OW | 30.57 | 50 |
| 08-Aug-18 | OW | 14.19 | 26 |
| 26-Feb-19 | OW | 23.75 | 31 |
| 31-Jul-19 | OW | 25.00 | 32 |
| 10-Sep-19 | OW | 38.85 | 50 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 15, 2014. All share prices are as of market close on the previous business day.

3  **Ex. 69**
   **P. 4**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 December 2019

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alexion Pharmaceuticals (ALXN), Alkermes PLC (ALKS), Allogene (ALLO), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), BioNTech (BNTX), Biogen (BIIB), Clovis Oncology (CLVS), Editas Medicine (EDIT), GW Pharmaceuticals (GWPH), Gilead Sciences (GILD), Global Blood Therapeutics (GBT), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Moderna (MRNA), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seattle Genetics (SGEN), Spark Therapeutics (ONCE), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), bluebird bio (BLUE)

**J.P. Morgan Equity Research Ratings Distribution, as of October 05, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 40% | 14% |
| IB clients* | 53% | 48% | 38% |
| JPMS Equity Research Coverage | 43% | 43% | 14% |
| IB clients* | 76% | 64% | 55% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.

For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research report are Mainland China; Hong Kong SAR, China; Taiwan, China; Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit

**Ex. 69**
**P. 5**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
04 December 2019

J.P.Morgan

https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of U.S.A. with limited liability. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 058/04/2019 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 070/09/2019], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia:** CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
04 December 2019

J.P.Morgan

Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This report has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 26, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**Ex. 69**

**P. 7**

# Exhibit 70



*December 5, 2019*

# ACADIA Pharmaceuticals Inc. (ACAD)

## Impressive Dementia Psychosis Data Presented at CTAD Meeting

Acadia presented additional data from the Nuplazid Phase 3 HARMONY trial in Dementia Psychosis at the Clinical Trials of Alzheimer's Disease mtg yesterday. Approximately 62% of pts responded to drug in the initial open-label phase of the trial (Response = 30% reduction in both SAPS-H+D and CGI-I at both wks 8 and 12) and were subsequently randomized 1:1 to pbo or Nuplazid for another 26wks. Pts administered pbo were more likely to experience a psychosis relapse (28.3% vs 12.6%; HR 0.353; p=0.0023). Nuplazid reduced risk of all-cause discontinuation by 2.2x. Importantly, there were no negative impacts on motor function or cognition (unlike traditional antipsychotics) and Nuplazid was effective regardless of underlying dementia subtype. Safety profile remains clean and consistent w/ prior data. There are no approved drugs for Dementia Psychosis. Physicians currently rely on traditional antipsychotics, which are associated w/ significant safety and tolerability liabilities. KOL enthusiasm for the drug is high and they expect the drug to be used widely and early as psychosis symptoms emerge. Reiterate BUY.

- The Phase 3 HARMONY trial enrolled 392 pts, all of whom received Nuplazid for 12 wks. Responders were then randomized 1:1 to Nuplazid or pbo for 26wks (double-blind withdrawal design). Pts w/ various types of dementia were enrolled (Alzheimer's [n=123 in part 2], Lewy Body [n=9], Parkinson's [n=35], Vascular [n=24], and Frontotemporal [n=3]). Response rate in open-label phase was high, rapid, and w/o regard to dementia subtype. Mgmt admitted response rate was higher than expected. At wk 2, 29.8% experienced >30% reduction in SAPS-H+D and 74.4% at wk 8.

- The primary endpt was time to relapse after randomization, w/ relapse defined as hospitalization due to dementia psychosis, significant worsening of symptoms (>30% SAP-H+D and CGI-I of 6 or 7), withdrawal from trial due to lack of efficacy, or treatment w/ an off-label drug for delusions or hallucinations. Secondary endpt of all-cause discontinuation was also met (38.4% vs 22.1%; HR 0.452; p=0.0024).

- Acadia hosted an event w/ comments from KOLs J. Cummings (UNLV), G. Small (UCLA), and M Sato-Martin (Toulouse). Enthusiasm for the drug and the Phase 3 data was uniform. Each physician believe the results were clinically meaningful.

- J. Cummings emphasized the benefits of enrolling a diverse group of dementia pts in the HARMONY trial. Diagnosis is a challenge and ability to prescribe based on symptoms rather than dementia subtype is a meaningful positive. Cummings estimates that due to tolerability issues, 66-75% of Dementia Psychosis pts currently treated w/ off-label antipsychotics would be appropriate for Nuplazid. He may check ECG of CV pts before prescribing Nuplazid because of QT prolongation.

- G. Small and M. Sato-Martin emphasized clean safety profile and believe drug will be used in pts as symptoms first emerge. Current practice is to wait to prescribe off-label antipsychotics until symptoms become severe due to notable safety and tolerability issues.

- Acadia mgmt guided for an initial focus on specialists and long-term care facilities. There is a meaningful primary care component to the market (Cummings ests 60%), which Acadia plans to address later in the commercialization process .

- Mgmt reiterated guidance for mtg w/ FDA in 1H20. We assume sNDA submission by mid-2020 and an accelerated review given Breakthrough designation and strength of Phase 3 data.

## COMPANY FLASH

| | |
|---|---|
| Stock Rating | **BUY** |
| | Unchanged |
| Price Target | **$60.00** |

### Biotechnology

**Alan Carr, Ph.D., CFA**
(212) 705-0435
acarr@needhamco.com

**Joseph Stringer, Ph.D.**
(212) 705-0346
jstringer@needhamco.com

## Stock Price Performance

ACADIA Pharmaceuticals Inc.    12/05/19



## Market Data

| | |
|---|---|
| Price (12/04/2019) | $44.28 |
| 52-Week Range | $48.27 - $14.01 |
| Shares Outstanding | 154.02 |
| Market Cap (MM) | $6,820.2 |
| Avg. Daily Volume | 1,269,593.1 |
| Total Debt/Cap. | 0.91% |

Needham & Company, LLC                                                                          *December 5, 2019*

## Valuation (Price Target: $60.00)

▪ Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, revenues, and financings. Our Buy rating and price target are based on a probability-adjusted DCF analysis through 2030 with a 12% discount rate. A 35x multiple applied to our 2022 EPS estimate, discounted 10% annually generates a similar value. We assume U.S. peak sales in 2030 in PDP around $900M, Dementia Psychosis around $1.5B, Depression $1.0B, and Schizophrenia $675M.

▪ Several patents are listed in the FDA Orange Book, the last of which expires 8/27/2038 (US 10449185). Statutory NCE exclusivity expires 4/29/2021. Management guides for expiration of composition of matter patent coverage in the U.S. in 2Q30.

## Risks to Target

▪ Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

▪ Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

▪ Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

▪ Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

▪ Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



ACADIA Pharmaceuticals Inc.                                                                     Page 2 of 3

*December 5, 2019*

**ANALYST CERTIFICATION**

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 5 | 12 |
| Buy | 64 | 24 |
| Hold | 29 | 1 |
| Underperform | 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 69% of companies under coverage would have a "Buy" rating and 23% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The Firm has managed or co-managed a public offering of securities for the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The subject company ACADIA Pharmaceuticals Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.

**Ex. 70**

**P. 4**