# Exhibit 71

## Acadia Pharmaceuticals

# HARMONY shows nearly three-fold reduction in relapse risk in DRP; Buy

**Reiterate Rating: BUY | PO: 52.00 USD | Price: 44.28 USD**

**Bank of America Merrill Lynch**

**Equity | 05 December 2019**

## Breaking News

- ACAD released the full data for the HARMONY study showing compelling efficacy for Nuplazid in DRP
- The DRP indication will be meaningfully larger than the currently approved label in PDP

## FDA meeting in 1H20 is next catalyst for DRP indication

We are attending the CTAD conference this week. On Wednesday ACAD presented the full dataset from its phase 3 HARMONY study for pimavanserin (Nuplazid) in Dementia Related Psychosis (DRP). Recall the company recently released topline results following an early stop of the study on efficacy. On the study's primary endpoint of reducing the risk of relapse of psychosis, the study achieved a Hazard Ratio (HR) of 0.353. We view this result as impressive given investors we had spoken with following release of topline data had suggested an expectation of an HR of 0.5. Over the nine month observation period there was no negative effect on MMSE (a measure of cognition), which in our view should help with uptake in a real world setting. Our doctor checks have indicated DRP is an area of under met need and that a label-add in this indication would result in meaningful uptake. As previously indicated, ACAD plans to meet with FDA in 1H20 to discuss filing the sNDA for Nuplazid. Pima has Breakthrough designation from FDA in DRP. We will conduct physician checks this week on how doctors view the quality of the data and will determine if additional model changes are needed. We maintain our Buy rating of ACAD with $52 PO which assumes peak risk-adjusted sales of nearly $3bn in the DRP indication.

## Pima reduced psychosis across all subtypes

As a reminder HARMONY had enrolled dementia patients from five subtypes (Parkinson's Disease Dementia, Alzheimer's, Lewy Body, Frontotemporal and Vascular). Results showed a strong response across all of the types. We view this as presenting compelling reason for physicians to prescribe the drug if it gets approved to a majority of their dementia patients suffering from psychosis. The three physician panelists at ACAD's analyst event described the HARMONY data as impressive, clinically meaningful and satisfying the need for treatments for DRP with less onerous side effects than current use of off-label treatments. We note the addressable patient market for DRP could over time be several times the size of the currently approved Parkinson's Disease Psychosis (PDP) market.

## Safety events in-line with expectations

There were two deaths in the study that investigators deemed not related to drug. Discontinuation was low with just 7.7 percent of patients dropping out during the open label portion of the study and 2.9 percent in the double blind portion due to adverse events (AEs), which we believe bodes well for patients' ability to tolerate the 34mg pima dose used in the study. Overall, pima reduced the risk of all-cause discontinuation by 2.2 times vs. placebo. The most commonly observed AEs were headache and urinary tract infection.

**Tazeen Ahmad**
Research Analyst
BofAS
+1 646 855 4236
tazeen.ahmad@bofa.com

**Brian Cheng**
Research Analyst
BofAS
+1 646 855 5222
bcheng@bofa.com

**Max Yoon**
Research Analyst
BofAS
+1 646 855 5985
max.yoon@bofa.com

**William Maughan**
Research Analyst
BofAS
+1 646 855 3187
william.maughan@bofa.com

## Stock Data

| | |
|---|---|
| Price | 44.28 USD |
| Price Objective | 52.00 USD |
| Date Established | 25-Nov-2019 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 14.01 USD - 48.27 USD |
| Mrkt Val (mn) / Shares Out (mn) | 5,387 USD / 121.7 |
| Average Daily Value (mn) | 55.20 USD |
| BofAML Ticker / Exchange | ACAD / NAS |
| Bloomberg / Reuters | ACAD US / ACAD.OQ |
| ROE (2019E) | -43.7% |
| Net Dbt to Eqty (Dec-2018A) | -27.8% |

## Related Research

Positive ADVANCE results support pimavanserin in schizo. neg. symptoms

## Abbreviations

CTAD: 12th Clinical trials on Alzheimer's Disease meeting
MMSE: Mini Mental State Examination
sNDA: supplemental new drug application

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 3 to 5. Analyst Certification on page 2. Price Objective Basis/Risk on page 2.**                    12072992

Timestamp: 05 December 2019 06:52AM EST

CR

**Ex. 71**
**P. 2**

## Price objective basis & risk

**Acadia Pharmaceuticals (ACAD)**
Our DCF-derived PO of $52 encompasses commercial drug Nuplazid in PDP at $8/share. Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $44/share. The remainder of our NPV comes from pipeline and cash. We use a WACC of 10% for PDP and 10% for DRP, consistent with how we value other drugs in similar stages of development in our coverage universe. We assume a 21% tax rate for ACAD and zero terminal value.

Downside risks to our PO are: 1) slower-than-expected commercialization of Nuplazid in the neurology and psychiatry settings, 2) stronger-than-expected competition from other 5HT2A compounds and other drugs in development for the same indications as Nuplazid, 3) impact on sales from negative press reports.

Upside risks are 1) faster-than-expected Nuplazid uptake in the US, 2) faster-than-expected EU approval, and 3) potential for partnerships or transactions with larger pharma companies.

## Analyst Certification

I, Tazeen Ahmad, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**Bank of America**
**Merrill Lynch**

CR

**Ex. 71**
**P. 3**

# Disclosures
## Important Disclosures

**Acadia Ph (ACAD) Price Chart**



ACAD ——    Restricted ▓▓▓    PO ▒▒▒

B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Health Care Group (as of 30 Sep 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 140 | 55.56% | Buy | 91 | 65.00% |
| Hold | 54 | 21.43% | Hold | 32 | 59.26% |
| Sell | 58 | 23.02% | Sell | 23 | 39.66% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1517 | 50.30% | Buy | 964 | 63.55% |
| Hold | 680 | 22.55% | Hold | 434 | 63.82% |
| Sell | 819 | 27.16% | Sell | 408 | 49.82% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

**FUNDAMENTAL EQUITY OPINION KEY:** Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Acadia Ph.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Acadia Pharmaceutica.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Acadia Pharmaceutica.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Acadia Pharmaceutica.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Acadia Ph.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers.  BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.
Prices are indicative and for information purposes only.  Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price



Ex. 71
P. 4

referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.
The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.
Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.
BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://rsch.baml.com/coi
**"BofA Merrill Lynch" includes BofA Securities, Inc. ("BofAS") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.**
**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**
BofAS and/or MLPF&S or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF); BAMLI DAC (Milan): Bank of America Merrill Lynch International DAC, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.
This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International DAC, Frankfurt Branch (BAMLI DAC (Frankfurt)) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI.  BofA Merrill Lynch entities, including BAMLI DAC and BofASE (France),  may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Merrill Lynch group. You may be contacted by a different BofA Merrill Lynch entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please use this link http://www.bankofamerica.com/emaildisclaimer for further information.
This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.
**General Investment Related Disclosures:**
Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.
This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.
Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.
This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.
BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.
Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

**4**     Acadia Pharmaceuticals | 05 December 2019

Bank of America
Merrill Lynch

CR

Ex. 71
P. 5

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information:**

Copyright 2019 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current.  Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

**Bank of America**
**Merrill Lynch**

**Ex. 71**
**P. 6**

# Exhibit 72

# COWEN

**Biotechnology**

## ACADIA PHARMACEUTICALS

**EQUITY RESEARCH**

December 5, 2019

**Price: $44.28** (12/4/2019 )
**Price Target: $66.00**

**OUTPERFORM (1)**

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Lyla Youssef, Ph.D.**
646 562 1406
lyla.youssef@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: ACAD |
| 52-Week Range: | $48.27 - $14.01 |
| Market Cap (MM): | $6,820.3 |
| Net Debt (MM): | $(473.5) |
| Cash/Share: | $3.29 |
| Dil. Shares Out (MM): | 154.0 |
| Enterprise Value (MM): | $6,146.7 |
| BV/Share: | $4.49 |
| Dividend: | NA |

| FY (Dec) | 2018A | 2019E | 2020E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $(0.44) | $(0.59)A | $(0.43) |
| Q2 | $(0.51) | $(0.38)A | $(0.47) |
| Q3 | $(0.50) | $(0.29)A | $(0.55) |
| Q4 | $(0.50) | $(0.36) | $(0.61) |
| Year | $(1.94) | $(1.62) | $(2.11) |
| Consensus EPS | $(1.99) | $(1.71) | NA |

Consensus source: Thomson Reuters

**Revenue (MM)**

| | | | |
|---|---|---|---|
| Year | $223.8 | $336.3 | $420.4 |
| EV/S | 27.5x | 18.3x | 14.6x |

**COMPANY UPDATE**

# PERFECT HARMONY: CTAD DATA SHOWS 65% REDUCTION IN RISK OF RELAPSE IN DRP

## THE COWEN INSIGHT

Yesterday, ACAD presented full Ph3 HARMONY data at CTAD. Pima significantly reduced risk of relapse of psychosis with a hazard ratio (HR) of 0.353 (65% reduction in risk of relapse), a treatment effect significantly stronger than investor expectations, as well as favorable safety and tolerability. We view DRP as a blockbuster market opportunity. An FDA pre-sNDA meeting for DRP is expected 1H20.

***The News:* Full HARMONY Data At CTAD Showed 65% Reduction In Risk Of Relapse In DRP; Hazard Ratio = 0.353**

Yesterday, ACAD presented tull Ph3 HARMONY data at CTAD. Pimavanserin significantly reduced risk of relapse of psychosis by 2.8 fold (p=0.0023) vs. PBO, with a hazard ratio (HR) of 0.353, representing a 65% reduction in risk of relapse. Pimavanserin also met the key secondary endpoint by significantly reducing risk of discontinuation from the study from any reason by 2.2 fold (p=0.0024), with a HR=0.452 (55% reduction in risk of discontinuation). Follow-up discussions on the results were also featured at ACAD's investor event with KOLs following the presentation.

Recall, HARMONY, a Ph3, double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis (DRP), was stopped early by the study's independent data monitoring committee back in September 2019 due to the study succeeding at an interim look. The interim prespecified stopping criteria required a one-sided p-value less than 0.0033 on the study's primary endpoint.

***Our Take:* Strong Efficacy And Safety Make Pimavanserin A Major Differentiator Vs Standard of Care**

The HR of 0.352 (65% reduction in risk of relapse) beat our expectations of an HR $\geq$ 0.5 (50% reduction in risk of relapse) by quite a margin. We think most investors had similar if not more modest expectations for the data. We view the 2.8 fold reduction in risk of relapse and inclusion of all dementia subtypes in the study as demonstrating strong, clinically meaningful efficacy that should drive approval and commercial adoption. We were also very encouraged by the 60%+ open-label response rate. All dementia subtypes on the study (ALZ, PDP/DLB, vascular, FTD) were represented in enrollment, randomization, and adjudicated relapses and importantly, data showed strong initial response as well as well relapse prevention with pima treatment across the subtypes. While effects in PDP/DLB were particularly strong, data in ALZ patients was also encouraging. Given the strong efficacy and favorable safety profile, we believe this data will support broad label expansion. The combined acute treatment data should address any FDA questions, especially given agency gave written agreement that the HARMONY would generate sufficient pivotal data to support sNDA review.

**Ex. 72**
**P. 2**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

## AT A GLANCE

### Our Investment Thesis

Acadia is a CNS-focused company with lead drug Nuplazid (pimavanserin) approved for the treatment of Parkinson's Disease Psychosis (PDP) in April 2016. Currently, none of the approved antipsychotics are FDA approved for PDP. Seroquel and Clozaril are the two most prescribed off-label drugs for PDP but have critical flaws. Based on the efficacy and safety of pimavanserin for PDP, pimavanserin is well-positioned to fill an unmet need. Pimavanserin showed encouraging results in a Ph3 HARMONY trial in dementia-related psychosis. Pimavanserin is also being studied for major depressive disorder and schizophrenia with negative symptoms.

### Forthcoming Catalysts

- **1H20:** FDA discussions on sNDA submission for DRP
- **1H20:** Initiate second pivotal study for pima for negative symptoms of schizophrenia

### Base Case Assumptions

- Nuplazid is successfully commercialized for PDP
- DRP Nuplazid data is clean

### Upside Scenario

- Nuplazid uptake upon commercialization is significantly higher than estimated
- Successful clinical development for DRP and schizophrenia (with negative symptoms)
- Positive data from the Phase 3 trials in MDD

### Downside Scenario

- Nuplazid fails commercially for DRP
- Nuplazid does not show any clinical benefit in MDD

### Price Performance



Source: Bloomberg

### Company Description

Acadia is a biopharmaceutical company focused on unmet needs in CNS indications. Acadia's Nuplazid (pimavanserin) was approved for the treatment of Parkinson's Disease Psychosis (PDP) and launched commercially in mid-2016. Nuplazid is the first approved treatment for PDP and is poised to fill the clear unmet medical need in the disease. Based on $36.3K annual pricing per patient in the US and predicted good reimbursement, we see peak US sales of $1.1BN in 2024 and peak WW sales of >$2.0BN upon EU approval. Given the positive data update from the Ph3 HARMONY trial in Dementia-Related Psychosis (DRP), we see great promise for pimavanserin in DRP. Acadia has multiple ongoing Phase 3 trials of pimavanserin in follow-on indications including schizophrenia and major depressive disorder.

### Analyst Top Picks

| | Ticker | Price (12/4/2019 ) | Price Target | Rating |
|---|---|---|---|---|
| Alnylam Pharmaceuticals | ALNY | $121.98 | $120.00 | Outperform |
| Acadia Pharmaceuticals | ACAD | $44.28 | $66.00 | Outperform |
| MyoKardia | MYOK | $67.09 | $73.00 | Outperform |

Ex. 72
P. 3

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

*Our Take:* **Stock Movement - Expectation For ~20% Upside On Data**

The release of this full dataset was an important catalyst for ACAD shares. Given our view of DRP as a blockbuster opportunity, we expect substantial upside to shares (~20%) based on these results, the revenue potential and increased probability of DRP revenue. We currently estimate peak market penetration to be reached in 2025, with sales of approximately $5.4BN. We estimate pimavanserin could be on the market for DRP as soon as 2021 and have updated our P&L statement to include this revenue source. As a result, our 2021 and 2022 revenue estimates increased to $889.4MM and $2,215.0MM, from $889.2MM and $1,716.0MM, respectively.

**The Supporting Detail: Reduction In Risk Of Relapse Observed Across Multiple Dementia Subtypes**

All dementia subtypes on the study (ALZ, PDP/DLB, vascular, FTD) were represented in enrollment, randomization, and adjudicated relapses. The double-blind relapse rate for pimavanserin-treated patients was 12.6%, a substantial improvement over the 28.3% seen in PBO group. Overall, the dementia subtypes behaved similarly in terms of the psychosis score, with the greatest stabilization seen in PDD (71.2%) and VaD (71.4%) populations. Decreases in rate of relapse with pimavanserin treatment compared to PBO was observed in all subtypes except for VaD and FTD (although we note small patient numbers; there was only 1 patient enrolled with FTD). The relapse rate for AD patients (majority of the patients, 62/99) was reduced to 13.1% with pimavanserin compared to 22.6% with PBO. While we note the effect seen in AD was smaller than what was observed in DLB and PDD, we still view the change of 9.5% between these groups, an almost 50% reduction, as being very clinically meaningful. According to ACAD management, largely equal treatment effect was observed in both hallucinations and delusion subscales.

Patients On Placebo Were 2.8 Times More Likely To Experience A Relapse Of DRP



Source: Acadia

**Ex. 72**
**P. 4**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

Reduced Relapse Rate Observed Across Multiple Dementia Subtypes

| | Open-label Stabilization rate % | Double-blind relapse rate | |
|---|---|---|---|
| | | PBO % | PIM % |
| Overall | 61.8 | 28.3 | 12.6 |

**Most Likely Clinical Diagnosis**

| | | | |
|---|---|---|---|
| AD | 59.8 | 22.6 | 13.1 |
| DLB | 45.5 | 66.7 | 0.0 |
| PDD | 71.2 | 50.0 | 6.7 |
| VaD | 71.4 | 16.7 | 16.7 |
| FTD | 50.0 | 0.0 | 100 |

Relapses on PBO (n/N): Overall=28/99; AD: 14/62; DLB 2/3; PDD: 10/20; VaD 2/12; FTD 0/2
Relapses on PIM (n/N): Overall=12/95; AD: 8/61; DLB 0/6; PDD: 1/15; VaD 2/12; FTD 1/1

Source: Acadia

**Open Label Results Demonstrate Efficacy In Stabilizing Psychosis**

A stabilization rate of 61.8% was seen in the open-label phase of the study. Total SAPS-H +D score decreased by 75.2% at 12 weeks with pimavanserin treatment. The proportion of patients eliciting a response to treatment increased with duration on treatment, with the highest percentage of subjects exhibiting a response at week 12. The overall superiority of the response rate is difficult to compare with other studies given the clinical assessment and high threshold in scale required for this trial. However, mgmt still noted this stabilization rate as being encouraging (and likely higher) in comparison to other trials.

**Favorable Safety Profile Provides Advantage Over Antipsychotics And Supports 34 mg Dosing**

Pimavanserin was well tolerated over the the entire 9-month study. Importantly, there was no imbalance in mortality rates and no negative impact on cognition, measured by the Mini-Mental State Examination (MMSE) score. We see this as a critical aspect of the safety profile, given current atypical antipsychotics, often prescribed off-label for DRP, tend to cause cognitive impairment among other negative side effects which is particularly detrimental in a dementia population. There was also no worsening of motor symptoms (ESRS-A score) and no major imbalance seen in falls (which according to ACAD were more related to baseline motor dysfunction and not related to sedation or dizziness). In the double-blind period, serious AEs were 4.8% in the pimvanserin-treated group, compared to 3.6% in the PBO group. There were 3 cases of prolonged QT over the course of the study, with a mean change in QTc of 5.40 milliseconds. This change is in line with prior observed changes with pima in the Ph3 study for PDP. We note, the FDA did not bring up the QTc changes in the prior PDP AdComm. We therefore, do not expect these changes in QTc to be an issue with the FDA for DRP.

**Ex. 72
P. 5**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

Low Rates Of Adverse Events Observed With Pimavanserin Treatment

| | Open-label |
| --- | --- |
| **Preferred Term** | **PIM N=392 n (%)** |
| Urinary Tract Infection | 20 (5.1) |
| Constipation | 10 (2.6) |
| Hypertension | 9 (2.3) |
| Confusional State | 8 (2.0) |
| Nausea | 8 (2.0) |

| QTcF Δ from OL Baseline to Week 12 | |
| --- | --- |
| n | 244 |
| Mean (SE), in milliseconds | 5.40 (0.923) |

| | Double-blind | |
| --- | --- | --- |
| **Preferred Term** | **Placebo N=112 n (%)** | **PIM N=105 n (%)** |
| Headache | 5 (4.5) | 10 (9.5) |
| Urinary Tract Infection | 4 (3.6) | 7 (6.7) |
| Nasopharyngitis | 4 (3.6) | 1 (1.0) |
| Asthenia | 1 (0.9) | 3 (2.9) |
| Weight decreased | 3 (2.7) | 1 (1.0) |
| Anxiety | -- | 3 (2.9) |
| Diarrhea | 3 (2.7) | -- |
| Dizziness | -- | 3 (2.9) |
| ECG QT Prolonged | -- | 3 (2.9) |

Source: Acadia

**Ph3 HARMONY Trial Design**

The Ph3 HARMONY trial (NCT03325556) is an international double-blind, placebo-controlled, relapse prevention study of pimavanserin for the treatment of hallucinations and delusions associated with DRP. The study enrolled 392 patients with mild to moderate dementia, but severe psychosis (baseline SAPS-H+D = 24.4, CGI-S = 4.7, and MMSE = 16.7). Pimavanserin was compared with placebo in preventing a relapse of psychotic symptoms in subjects with DRP who were stabilized after 12 weeks of open label pimavanserin treatment. In the open-label portion of the trial, all patients were given 34 mg of pimavanserin, but were given the option to dose down to 20 mg of pimavnserin if issues in tolerability arose. Only patients experiencing a response and stabilization of their psychosis symptoms were asked to stay in the trial during the open-label portion of the study. The response criteria was defined as a 30% reduction in total SAPS-H+D and CGI-I of much better or very much better. Responders were also defined as subjects achieving a sustained response at week 8 and week 12.

Upon initiating the double-blind randomized portion of the trial, patients were administered 34 mg (or 20 mg if they previously dosed down) or placebo, which was taken once daily by mouth. The primary endpoint of the study is time from randomization to relapse of psychotic symptoms and the secondary endpoint was time from randomization to discontinuation for 26 weeks or until relapse. Key inclusion criteria include meeting criteria for all-cause dementia (NIA-AA guidelines), clinical criteria for having a MMSE score ≥ 6 and ≤ 24, and having psychotic symptoms for ≥ 2 months. Patients also needed to meet clinical criteria for one of the following disorders: dementia associated with PD, dementia with Lewy bodies, possible AD, frontotemporal degeneration spectrum disorders, or vascular dementia.

***Next Steps:* Discussions With The FDA On sNDA Filing In DRP Planned For 1H20**

ACAD plans to meet with the FDA on their sNDA submission for pimavanserin in DRP in 1H20. The company has not yet requested a meeting date. Based on mgmt's end-of-Ph2 meeting with the FDA, the basis for the sNDA submission for DRP can rely on data from the HARMONY study, as well as key supportive positive data from the prior positive Ph2 in ADP, positive data from the Ph3 pivotal study in PDP, safety and tolerability data from all completed PBO-controlled studies, and an ongoing PBO-controlled post-marketing safety study. We believe, based on a recent meeting with FDA, that acute initial response rates (from HARMONY and the Ph2, both encouraging) are important to the agency, along with primary analysis maintenance data. We expect the combined acute treatment data should address any FDA questions, especially given agency conferred breakthrough status and written agreement that the HARMONY would generate sufficient pivotal data to support sNDA review. We strongly expect approval, likely sometime in late 2020 or early 2021. We expect the 34 mg dose to be the dose in the upcoming sNDA submission for DRP.

5

**Ex. 72**
**P. 6**



**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

## ACAD P&L ($MM)

| | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | | |
| Nuplazid sales revenues from the U.S. | 223.8 | 63.0 | 83.2 | 94.6 | 95.6 | 336.3 | 96.5 | 104.8 | 106.8 | 112.4 | 420.4 | 889.2 | 1,716.0 | 3,150.0 | 3,866.7 | 4,068.9 | 4,282.0 | 4,506.8 | 4,744.0 |
| Q/Q growth | | 6% | 32% | 14% | 1% | | 1% | 9% | 2% | 5% | | | | | | | | | |
| Y/Y growth | 79% | 29% | 46% | 62% | 60% | 50% | 53% | 26% | 13% | 18% | 25% | 112% | 93% | 84% | 23% | 5% | 5% | 5% | 5% |
| Pimavanserin DRP sales revenues from the U.S. | | | | | | | | | | | | 0.1 | 498.9 | 1296.3 | 4041.7 | 5376.6 | 5587.7 | 5807.1 | 6035.2 |
| Y/Y growth | | | | | | | | | | | | | 346323% | 160% | 212% | 33% | 4% | 4% | 4% |
| Collaborative revenues | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Revenues** | **$223.8** | **$63.0** | **$83.2** | **$94.6** | **$95.6** | **$336.3** | **$97.0** | **$105.2** | **$106.9** | **$112.6** | **$420.4** | **$889.4** | **$2,215.0** | **$4,446.3** | **$7,908.4** | **$9,445.4** | **$9,869.7** | **$10,314.0** | **$10,779.2** |
| | | | | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| COGS | 17.0 | 4.6 | 5.0 | 4.7 | 7.0 | 21.2 | 7.5 | 8.0 | 8.5 | 9.1 | 33.1 | 44.1 | 161.7 | 0.0 | 0.0 | 689.5 | 720.5 | 752.9 | 786.9 |
| R&D | 188.5 | 52.9 | 67.3 | 62.6 | 67.0 | 249.9 | 71.7 | 76.7 | 82.1 | 87.8 | 318.3 | 350.2 | 385.2 | 389.0 | 392.9 | 396.8 | 400.8 | 404.8 | 408.9 |
| SG&A | 265.8 | 93.1 | 68.0 | 72.7 | 81.4 | 315.2 | 89.6 | 98.5 | 108.4 | 119.2 | 415.7 | 457.2 | 502.9 | 553.2 | 558.8 | 564.4 | 570.0 | 575.7 | 581.5 |
| **Total Operating Expenses** | **471.3** | **150.6** | **140.3** | **140.0** | **155.4** | **586.3** | **168.7** | **183.2** | **199.0** | **216.2** | **767.1** | **851.5** | **1,049.8** | **942.3** | **951.7** | **1,650.7** | **1,691.3** | **1,733.4** | **1,777.2** |
| | | | | | | | | | | | | | | | | | | | |
| Income (Loss) from Operations | (247.4) | (87.6) | (57.1) | (45.4) | (59.8) | (250.0) | (71.7) | (78.1) | (92.1) | (103.6) | (346.7) | 37.9 | 1,165.2 | 3,504.1 | 6,956.8 | 7,794.7 | 8,178.4 | 8,580.5 | 9,002.0 |
| Interest Income, Net | 3.5 | 2.7 | 2.5 | 2.4 | 2.5 | 10.2 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income (Loss)** | **($243.9)** | **($84.9)** | **($54.9)** | **($43.0)** | **($57.3)** | **($240.2)** | **($69.7)** | **($76.1)** | **($90.1)** | **($101.6)** | **($346.7)** | **$37.9** | **$1,165.2** | **$3,504.1** | **$6,956.8** | **$7,794.7** | **$8,178.4** | **$8,580.5** | **$9,002.0** |
| | | | | | | | | | | | | | | | | | | | |
| Tax Rate | 0.3% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 7.0% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% |
| Income Tax | 1.2 | 0.4 | 0.4 | (0.3) | 0.1 | 0.5 | 0.1 | 0.1 | 0.1 | 0.4 | 2.7 | 145.6 | 438.0 | 869.6 | 974.3 | 1,022.3 | 1,072.6 | 1,125.2 | |
| **GAAP EPS** | | | | | | | | | | | | | | | | | | | |
| Basic | ($1.94) | ($0.59) | ($0.38) | ($0.29) | ($0.36) | ($1.62) | ($0.43) | ($0.47) | ($0.55) | ($0.61) | ($2.11) | $0.21 | $6.07 | $18.09 | $35.55 | $39.44 | $40.97 | $42.56 | $44.21 |
| Diluted | ($1.94) | ($0.59) | ($0.38) | ($0.29) | ($0.36) | ($1.62) | ($0.43) | ($0.47) | ($0.55) | ($0.61) | ($2.11) | $0.21 | $6.07 | $18.09 | $35.55 | $39.44 | $40.97 | $42.56 | $44.21 |
| Weighted Average Common Shares Outstanding - Basic | 126.6 | 144.0 | 144.3 | 145.9 | 160.5 | 148.7 | 162.1 | 163.7 | 165.4 | 167.0 | 164.5 | 166.2 | 167.9 | 169.5 | 171.2 | 172.9 | 174.7 | 176.4 | 178.2 |
| Weighted Average Common Shares Outstanding - Diluted | 126.6 | 144.0 | 144.3 | 145.9 | 160.5 | 148.7 | 162.1 | 163.7 | 165.4 | 167.0 | 164.5 | 166.2 | 167.9 | 169.5 | 171.2 | 172.9 | 174.7 | 176.4 | 178.2 |

Source: Cowen and Company

## ACAD DRP Market Model

| Pimavanserin for Dementia Related Psychosis (DRP) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **U.S.** | | | | | | | | | | |
| US population with Alzheimer's Disease | 4,968,526 | 5,013,243 | 5,058,362 | 5,103,887 | 5,149,822 | 5,196,171 | 5,242,936 | 5,290,123 | 5,337,734 | 5,385,773 |
| % Growth | | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Alzheimer's with psychosis symptoms | 1,490,558 | 1,503,973 | 1,517,509 | 1,531,166 | 1,544,947 | 1,558,851 | 1,572,881 | 1,587,037 | 1,601,320 | 1,615,732 |
| Incidence of AD with psychosis symptoms | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| US population with vascular dementia | 2,484,263 | 2,506,622 | 2,529,181 | 2,551,944 | 2,574,911 | 2,598,086 | 2,621,468 | 2,645,062 | 2,668,867 | 2,692,887 |
| % Growth | | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Vascular dementia with psychosis symptoms | 372,639 | 375,993 | 379,377 | 382,792 | 386,237 | 389,713 | 393,220 | 396,759 | 400,330 | 403,933 |
| Incidence of vascualr dimentia with psychosis symptoms | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| US population with dementia with Lewy body | 331,235 | 334,216 | 337,224 | 340,259 | 343,322 | 346,411 | 349,529 | 352,675 | 355,849 | 359,052 |
| % Growth | | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Dementia with Lewy body with psychosis symptoms | 248,426 | 250,662 | 252,918 | 255,194 | 257,491 | 259,809 | 262,147 | 264,506 | 266,887 | 269,289 |
| Incidence of Lewy body with psychosis symptoms | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| US population with Frontotemporal dementia | 49,685 | 50,132 | 50,584 | 51,039 | 51,498 | 51,962 | 52,429 | 52,901 | 53,377 | 53,858 |
| % Growth | | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Frontotemporal dementia with psychosis symptoms | 4,969 | 5,013 | 5,058 | 5,104 | 5,150 | 5,196 | 5,243 | 5,290 | 5,338 | 5,386 |
| Incidence of frontotemporal dementia with psychosis symptom | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| | | | | | | | | | | |
| **U.S. prevalence of dementia related psychosis excluding PDP (MM)** | 2116592 | 2135641 | 2154862 | 2174256 | 2193824 | 2213569 | 2233491 | 2253592 | 2273875 | 2294339 |
| % of patients with moderate to severe symptoms | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| Number of U.S. DRP patients with moderate to severe symptoms (MM) | 1058296 | 1067821 | 1077431 | 1087128 | 1096912 | 1106784 | 1116745 | 1126796 | 1136937 | 1147170 |
| | | | | | | | | | | |
| # US Moderate to severe DRP patients in LTC (30%, 000's) | 317.5 | 320.3 | 323.2 | 326.1 | 329.1 | 332.0 | 335.0 | 338.0 | 341.1 | 344.2 |
| LTC Penetration | 0.0% | 0% | 0% | 2% | 5% | 15% | 15% | 15% | 15% | 15% |
| # LTC Patients on TX (000) | 0.0 | 0.0 | 0.0 | 6.5 | 16.5 | 49.8 | 50.3 | 50.7 | 51.2 | 51.6 |
| | | | | | | | | | | |
| # US patients in retail (70%,000's) | 740.8 | 747.5 | 754.2 | 761.0 | 767.8 | 774.7 | 781.7 | 788.8 | 795.9 | 803.0 |
| Retail Penetration | 0.0% | 0% | 0% | 2% | 5% | 15% | 21% | 21% | 21% | 21% |
| # Retail patients on tx | 0.0 | 0.0 | 0.0 | 15.2 | 38.4 | 116.2 | 164.2 | 165.6 | 167.1 | 168.6 |
| Total number of U.S. DRP patients on pimavanserin (000's) | 0.00 | 0.00 | 0.01 | 21.74 | 54.85 | 166.02 | 214.42 | 216.34 | 218.29 | 220.26 |
| | | | | | | | | | | |
| Annual WAC price | $37,208 | $38,325 | $39,474 | $40,659 | $41,878 | $43,135 | $44,429 | $45,762 | $47,134 | $48,548 |
| Gross/net discount | 15% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% |
| Annual net price | $31,608 | $31,809 | $32,764 | $33,747 | $34,759 | $35,802 | $36,876 | $37,982 | $39,122 | $40,295 |
| Quarterly net price | $7,902 | $7,952 | $8,191 | $8,437 | $8,690 | $8,950 | $9,219 | $9,496 | $9,780 | $10,073.79 |
| Compliance rate | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Average # pills per day as % of total (x/2) | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 |
| (pills/day as % of recommended total) | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Adjusted price per patient | $21,494 | $21,630 | $22,279 | $22,948 | $23,636 | $24,345 | $25,076 | $25,828 | $26,603 | $27,401 |
| | | | | | | | | | | |
| **U.S. Total DRP Revenue ($MM)** | **$0.0** | **$0.0** | **$0.1** | **$498.9** | **$1,296.3** | **$4,041.7** | **$5,376.6** | **$5,587.7** | **$5,807.1** | **$6,035.2** |

Source: Cowen and Company

Ex. 72
P. 7

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

## ACAD pNPV

### ACADIA Pharmaceuticals

| Assumptions / Results | |
|---|---|
| NPV (US$) | 66 |
| NoSH | 145.9 |
| | |
| Pharma PE | 15.0x |
| Discount rate | 30% |
| Current year | 2019.75 |

| Drug name | Indication | Status | Estimated launch | Years to Launch | Years to Peak Sales | Success? | Peak Sales (US$m) | Probability weighted Peak Sales (US$m) | Royalty | Profitability | Probability weighted Peak Profit (US$m) | Discount Factor | NPV (US$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nuplazid | PDP (US) | approved | 2016 | | | | | | | | | | 16.81 |
| | DRP (US) | Phase 3 | 2021 | 1.3 | 6.3 | 70% | 5,807 | 4065 | 90% | 65% | 2378.02 | 5.15 | 47.43 |
| | Schizophrenia (negative symptoms) | Phase 2 | 2021 | 1.3 | 8.3 | 40% | 2,655 | 1062 | 15% | 100% | 154.01 | 8.71 | 1.82 |
| | | | | | | | | | | | | Total | 66.06 |

Source: Cowen and Company

**Ex. 72**
**P. 8**

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
December 5, 2019

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Biotechnology:**

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

**Biotechnology:**

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

### Risks To The Price Target

Acadia's Nuplazid was approved in 2016 for the treatment of Parkinson's Disease Psychosis (PDP). While the antipsychotic space is crowded with numerous branded and generic drugs available, only Nuplazid is specifically indicated for PDP, though FDA approval does not guarantee commercial success. Ongoing Ph3 clinical programs for Dementia-Related Psychosis (DRP) and Inadequate Response of Schizophrenia, and Ph 2 trials of Negative Symptoms of Schizophrenia and Major Depressive Disorder are not guaranteed success in clinical trials or commercialization.

**Ex. 72**
**P. 9**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| ACAD | Acadia Pharmaceuticals |
| ALNY | Alnylam Pharmaceuticals |
| MYOK | MyoKardia |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Acadia Pharmaceuticals, Alnylam Pharmaceuticals and MyoKardia securities.

Cowen and Company, LLC managed or co-managed a public offering of Acadia Pharmaceuticals and MyoKardia in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Acadia Pharmaceuticals and MyoKardia in the past 12 months.

Cowen and Company, LLC and/or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from Acadia Pharmaceuticals.

Acadia Pharmaceuticals and MyoKardia is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Ex. 72**
**P. 10**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019



**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at December 05, 2019, 06:52 ET. and disseminated at December 05, 2019, 06:52 ET.

**Copyright, User Agreement and other general information related to this report**

© 2019 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 09/30/19**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 503 | 63.11% | 115 | 22.86% |
| Hold (b) | 287 | 36.01% | 14 | 4.88% |
| Sell (c) | 7 | 0.88% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**Acadia Pharmaceuticals Rating History as of 12/04/2019**
powered by: BlueMatrix

**Ex. 72**
**P. 11**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019



**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**Ex. 72**
**P. 12**

**COWEN**
EQUITY RESEARCH

**Acadia Pharmaceuticals**
December 5, 2019

## POINTS OF CONTACT

**Analyst Profiles**



**Ritu Baral**

New York

646 562 1379

ritu.baral@cowen.com

Ritu Baral is a senior analyst covering the biotechnology sector. She joined Cowen in 2014, having previously worked at Canaccord.



**Lyla Youssef, Ph.D.**

New York

646 562 1406

lyla.youssef@cowen.com

Lyla Youssef is a research associate covering the biotech sector. Prior to joining Cowen, she worked in equity research at Oppenheimer & Co.

**Reaching Cowen**

**Main U.S. Locations**

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

**International Location**

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

  **COWEN**RESEARCH

**in** **COWEN** INC.

Ex. 72
P. 13

# Exhibit 73

Ex. 73

P. 1



# First Take

**ACADIA Pharmaceuticals, Inc. (ACAD)**

December 5, 2019

Price: $44.28; Market Cap (M): $6,820;  *12/4/2019 Close*

Rating: Buy; Price Target: $60.00

**Andrew S. Fein - (212-356-0546) / afein@hcwresearch.com**
**Matthew Caufield - (646-975-6964) / mcaufield@hcwresearch.com**
**Alicia Yin, Ph.D. - (646-975-6983) / ayin@hcwresearch.com**

### Pimavanserin Phase 3 HARMONY Trial Topline Meets Primary and Key Secondary Endpoint at CTAD'19; Reit Buy and $60 PT



**Positive topline data display relapse risk reduction for DRP patients.** On Wednesday at CTAD'19, Acadia reported positive topline results from its Phase 3 HARMONY trial in time to relapse of dementia-related psychosis (DRP) patients. We note that pimavanserin: (1) met the primary endpoint with significant 2.8x reduction in risk of relapse of psychosis versus placebo (HR=0.353; one-sided p=0.0023), stopping at the pre-planned interim analysis; and (2) met the key secondary endpoint with significant 2.2x reduction in risk of discontinuation for any reason (HR=0.452; one-sided p=0.0024). In terms of tolerance, we were specifically encouraged that: (1) the MMSE score determined no cognition worsening on 9 months of treatment; and (2) the ESRS-A score displayed no worsening of motor symptoms. We additionally highlight the positive CTAD data builds on the robust statistical superiority for pimavanserin at interim readout in September 2019 in time to relapse of DRP, despite the high statistical hurdle (p<0.0033) and shorter overall treatment duration. We believe the continued positive traction for pimavanserin in DRP asserts the viability of the "pipeline in a drug" thesis addressing yet a larger patient population. We continue to believe the DRP opportunity can be sufficient to potentially fuel pimavanserin growth in the foreseeable future and we reiterate our Buy rating and $60 PT.

**KOL feedback at CTAD'19 offers positive perspectives on pimavanserin safety.** Traction for pimavanserin in the treatment of DRP was facilitated by KOL insights presented by the company. Our biggest takeaway from the KOL feedback was suggestion of pimavanserin as a "pro-cognitive drug," as the MMSE analysis indicated no cognition worsening on treatment. When taken in the context of antipsychotics alternatively used potentially off-label and with risk of possible side effects including confusion, motor secondary effects, and potential risk of stroke, the KOLs were unanimous in their positive reception of pimavanserin's observed safety and tolerability profile. With cognitive function and motor function impairment otherwise common in current antipsychotic treatments, HARMONY was characterized to reflect clinically meaningful endpoints. With the prospect of side effects alternatively from off-label options, pimavanserin was described to potentially present earlier applicability in treating mild and moderate DRP patients based on the safety profile, offering potential for meaningful clinical impact, in our view.

**Positive impact observed across both open-label and double-blind trial periods.** We remind investors the first stage of the HARMONY trial was comprised of open-label pimavanserin treatment for 12 weeks prior to randomization, with the double-blind component consisting of treatment for 26 weeks or until relapse. Symptom reduction and psychosis stabilization occurred across all five diagnosed subtypes in the open-label portion with 62% meeting treatment response at weeks 8 and 12 for subsequent randomization into the double-blind portion. From baseline to both weeks 8 and 12, the SAPS-H+D score assessing hallucinations and delusions improved by 63.0% and 75.2%, respectively. We believe the 2.8x reduction in risk of relapse of psychosis versus placebo in the 26-week double-blind portion and the observed overall pimavanserin safety and tolerability profile, highlight the clinically meaningful potential for treating DRP. We additionally point out that the relapse-prevention design captured: (1) a clinically meaningful outcome; (2) addressed efficacy maintenance; (3) minimized exposure to placebo; and (4) maximized effective treatment exposure. We next look to the anticipated FDA meeting in 1H20 for clarity on sNDA submission in the treatment of DRP patients.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 3 - 4 of this report.

**Ex. 73**
**P. 2**

ACADIA Pharmaceuticals, Inc.                                                December 5, 2019

**Valuation and risks.** Our $60 PT is based on an equally weighted composite of: (a) $72.13/share, as a 35x multiple of taxed and diluted FY22 GAAP EPS of $3.52 discounted back to FY19 at 20%; and (b) an NPV of $48.41/share (discount rate 10%, growth rate 2%). Risks to our investment thesis and target price include: (1) failure of Nuplazid (the brand name for pimavanserin) in further clinical studies; (2) failure of Nuplazid to secure regulatory approval in further indications; and (3) failure of Nuplazid to achieve peak commercial revenue estimates in our model, due to market size, penetration rates, and pricing.

**Ex. 73**
**P. 3**

ACADIA Pharmaceuticals, Inc.                                                      December 5, 2019

**Important Disclaimers**

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of December 4, 2019 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 381 | 91.37% | 130 | 34.12% |
| Neutral | 34 | 8.15% | 4 | 11.76% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.48% | 2 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Andrew S. Fein, Matthew Caufield and Alicia Yin, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of ACADIA Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of November 30, 2019 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of ACADIA Pharmaceuticals, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

**Ex. 73**
**P. 4**

ACADIA Pharmaceuticals, Inc.                                                                    December 5, 2019

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from ACADIA Pharmaceuticals, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in ACADIA Pharmaceuticals, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.

**Ex. 73**
**P. 5**

# Exhibit 74

Goldman Sachs | Equity Research

5 December 2019 | 7:21AM EST

# Acadia Pharmaceuticals Inc. (ACAD): Impressive full Ph3 HARMONY data likely supports sNDA in 2H20

ACAD presented full pivotal HARMONY data in dementia-related psychosis (DRP) at the Clinical Trials on Alzheimer's Disease (CTAD) meeting and hosted a KOL panel to discuss the results. Nuplazid demonstrated significant benefit in psychosis reduction in the open-label treatment period and reduced the risk of relapse (HR=0.353, one-sided p=0.0023) and all-cause discontinuation (HR=0.452, one-sided p=0.0024) in the double-blind randomized withdrawal period - which was consistent across all dementia subtypes (details below). KOLs view these results (compelling therapeutic benefit with significantly improved tolerability profile and no worsening of cognitive or motor symptoms) as clinically meaningful and likely to reshape the treatment paradigm - where there are no approved therapies - which supports our view of an sNDA filing in 2H20 (following FDA discussions in 1H20). Post DRP, we expect near-term focus to now shift to: (1) Ph3 LAVENDER trial evaluating trofinetide in Rett syndrome (12-week study initiated in 4Q19), which could be a $500mn+ opportunity (not in model); and (2) initiation of a second pivotal trial in schizophrenia negative symptoms in 1H20.

Salveen Richter, CFA
+1(212)934-4204 |
salveen.richter@gs.com
Goldman Sachs & Co. LLC

Andrea Tan, Ph.D.
+1(212)902-8046 | andrea.tan@gs.com
Goldman Sachs & Co. LLC

Ross Weinreb
+1(212)357-0031 |
ross.weinreb@gs.com
Goldman Sachs & Co. LLC

## Additional takeaways

### HARMONY hits on both primary and secondary endpoints

In the 26-week double-blind period, Nuplazid significantly reduced the risk of relapse of psychosis (primary endpoint) by 2.8x (HR=0.353, one-sided p=0.0023) and the risk of discontinuation (secondary endpoint) for any reason by 2.2x (HR=0.452, one-sided p=0.0024). While not powered to detect statistical significance (and acknowledging the small numbers of patients within each subtype), exploratory secondary endpoints suggest similar effect of psychosis reduction (73.1% to 83.3%) due to Nuplazid treatment in the open-label portion across the dementia subtypes and relapse rates were tightly clustered. In comparison, patients in the placebo arm exhibited a wider and more variable relapse rate across subtypes. In our view, the data point to Nuplazid's benefit in DRP patients and support the KOLs' view that the results are clinically meaningful and have the potential to reshape the treatment paradigm. In particular, the KOLs highlighted the improved safety profile (details below) over currently available antipsychotics (on top of significant therapeutic

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

benefit that is sustained for at least nine months, per the study duration in HARMONY) as potentially driving earlier Nuplazid use in patients with less severe symptom burden.

As a reminder, the Ph3 HARMONY trial was a randomized, double-blind, placebo-controlled study designed to evaluate Nuplazid's ability to prevent relapse of psychotic symptoms. Patients with moderate dementia (n=392; associated with Alzheimer's disease, Parkinson's disease, dementia with Lewy bodies, frontotemporal degeneration, or vascular dementia; average baseline Mini-Mental State Examination (MMSE) score of 16.7) experiencing moderate to severe psychosis (average baseline Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions (SAPS-H+D) score of 24.4 and Clinical Global Impression-Improvement (CGI-I) score of 4.7) underwent an initial 12-week open label stabilization period (34 mg Nuplazid qd, with dose reduction to 20mg qd allowed during the first four weeks if clinically justified).

In the open-label treatment period, ~30% of patients met the response criteria (≥30% improvement from baseline on the SAPS-H+D total score and CGI-I score of 1 or 2) by week two, and the proportion of responding patients grew with time - albeit at week 12, there was an enriched population as non-responders were dropped from the study at week eight (Exhibit 1). At week 12, Nuplazid significantly reduced psychotic symptoms (75.2% improvement in total SAPS-H+D score) from open-label baseline; 61.8% of patients met the pre-specified criteria for stable response (defined as meeting response criteria between weeks eight and 12) and were subsequently randomized into the double blind-portion of the study where patients continued their Nuplazid dose

**Exhibit 1: Patient response to Nuplazid in the OLE portion**



Source: Company data

(34mg qd or 20mg qd) or were switched to placebo and evaluated for up to 26 weeks or until an occurrence of relapse in psychotic symptoms occurred. The primary endpoint was time to relapse in the double-blind portion with relapse defined in four ways: (1) ≥30% worsening from week 12 on the SAPS-H+D total score and CGI-I score of 6 or 7; (2) treatment with an antipsychotic (other than Nuplazid) for symptoms; (3) withdrawal from the study due to lack of efficacy; and (4) hospitalization for worsening DRP. Relapses and discontinuations were adjudicated by an independent adjudication committee to confirm protocol-defined relapse criteria were met.

Nuplazid was generally well tolerated throughout the study duration with somewhat balanced treatment-emergent adverse events (TEAEs) observed across Nuplazid (41.0%) and placebo (36.6%) arms. For TEAEs occurring in ≥2% in a treatment group, a slight imbalance in headache, urinary tract infection, and ECG QT prolongation (albeit in-line with prior reports for Nuplazid) was observed for drug vs. placebo.

Notwithstanding, discontinuation rates were low across groups (2.9% vs. 3.6%), and the two deaths in patients on Nuplazid treatment (one in the open-label treatment and one in the double-blinded portion) were deemed to be unrelated to study drug. Importantly, for patients receiving Nuplazid, there was no worsening from baseline in cognition, per MMSE score, or in motor symptoms, per Extrapyramidal Symptom Rating Scale A-score (ESRS-A). Recall, while there are no currently available FDA-approved drugs for the treatment of dementia-related psychosis, off-label use of typical antipsychotics is rampant for dementia patients to treat delusions, aggression, and agitation and is associated with increased risk of mortality, stroke, pulmonary embolism, and accelerated cognitive decline.

### sNDA submission on tap for 2H20

On the back of these results, ACAD plans to meet with the FDA in 1H20, post which a supplementary NDA submission could come in 2020. As a reminder, at the end of Ph2 meeting with the FDA, ACAD noted that a single well-controlled study with statistically and clinically relevant data could serve as the basis for the supplemental NDA submission in combination with efficacy data from the two previous acute studies (Ph2 Alzheimer's disease psychosis and prespecified subgroup analysis of dementia patients from the Ph3 PDP trial) and additional safety data from the ongoing placebo-controlled post-marketing commitment safety study of Nuplazid.

## Valuation and Risks

**Valuation**: Our 12-month PT of $47 is based on a 100% DCF analysis (unchanged 12% WACC, 1% TGR). Upside risks: ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma.

**Risks**: Downside risks: Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

| ACAD | 12m Price Target: **$47.00** | Price: **$44.28** | Upside: **6.1%** |
|------|------|------|------|

**Neutral**

Market cap: $6.8bn
Enterprise value: $6.4bn
3m ADTV: $88.7mn
United States
America-Biotechnology
M&A Rank: 3

## GS Forecast

|  | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Revenue ($ mn) | 223.8 | 340.8 | 480.0 | 810.8 |
| EBITDA ($ mn) | (248.6) | (240.7) | (213.0) | 25.5 |
| EBIT ($ mn) | (248.6) | (243.1) | (215.2) | 25.0 |
| EPS ($) | (1.95) | (1.58) | (1.32) | 0.20 |
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | 249.9 |
| FCF yield (%) | (6.7) | (2.4) | (1.7) | 2.2 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | (21.6) |
|  | **9/19** | **12/19E** | **3/20E** | **6/20E** |
| EPS ($) | (0.29) | (0.32) | (0.38) | (0.32) |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 4 Dec 2019 close.

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Andrea Tan, Ph.D. and Ross Weinreb, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Biotechnology.

America-Biotechnology: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Agios Pharmaceuticals Inc., Alexion Pharmaceuticals Inc., Allogene Therapeutics Inc., Alnylam Pharmaceuticals Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, Blueprint Medicines Corp., Cellectis SA, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., Gritstone Oncology Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Karuna Therapeutics Inc., Madrigal Pharmaceuticals Inc., Moderna Inc., Precision BioSciences, Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, uniQure, Unity Biotechnology Inc., Vertex Pharmaceuticals Inc..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($44.28)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($44.28)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($44.28)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 43% | 42% | 15% | 64% | 56% | 50% |

As of October 1, 2019, Goldman Sachs Global Investment Research had investment ratings on 2,987 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further

**Goldman Sachs**                                                                                    **Acadia Pharmaceuticals Inc. (ACAD)**

information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2019 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

**Ex. 74**

GS-000095 **P. 9**

# Exhibit 75

**Ex. 75**
**P. 1**

**Biotechnology | Company Update**
December 5, 2019

# JMP

## ACADIA Pharmaceuticals Inc. (ACAD)
Phase 3 DRP Results Confirmed as Impressive

**MARKET OUTPERFORM**
Price: $44.28
Price Target: $57.00

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan**
rbuchanan@jmpsecurities.com
(212) 906-3509

### INVESTMENT HIGHLIGHTS

- **Phase 3 DRP results show compelling efficacy and safety and reinforce commercial upside; we reiterate our Market Outperform rating and risk-adjusted, NPV-derived $57 price target on ACADIA Pharmaceuticals.** Acadia presented top-line results from the Phase 3 Harmony trial evaluating pimavanserin in dementia-related psychosis at CTAD. We view the results as impressive, including magnitude of benefit on the primary and key secondary endpoints, robustness of effect across subpopulations, and compelling safety profile. We believe there is a very high probability of approval based on this trial and see the commercial opportunity as many times larger than the current on-label PDP indication.

- **Key updates:**

  ○ Results for the primary endpoint demonstrated that patients were 2.8x more likely to relapse in the placebo arm vs. pimavanserin. The hazard ratio for time to relapse was 0.353 (p=0.0023). Recall that the trial was stopped for overwhelming efficacy at the interim analysis and the p value meaningfully exceeded the predefined stopping rule of p=0.0033. The risk of all cause discontinuation (key secondary endpoint) was 2.2x higher on placebo (HR=0.452, p=0.0024).

  ○ The open label lead in period showed that pimavanserin treatment led to durable stabilization of psychosis symptoms, with 62% of patients continuing to the double blind portion and only 20% of patients discontinuing due to lack of response. At week 8, there was ~60% reduction in total SAPS-H+D score from a baseline of 24.4 (i.e., moderate to severe psychosis), which we view as robustly clinically meaningful.

  ○ Importantly, we believe, there was no worsening of cognition (MMSE) over the nine-month treatment period. The safety profile was favorable with similar rates of AEs/SAEs between treatment arms. There were two deaths on pimavanserin, both deemed not related to study drug. Treatment with pimavanserin did not increase rates of agitation or depression, or impact motor function.

  ○ KOLs at ACADIA's event expressed their enthusiasm for the results as well as reaffirming the unmet medical need in these patients. Dr. Jeff Cummings was supportive of trial design and described the results as a "home run." Dr. Gary Small stated that he was "blown away" by the results and viewed the drug as safe and easy to use. Dr. Maria Soto-Martin emphasized the strength of the safety data and expects the drug to have a positive impact on clinical practice.

### MARKET DATA

| | |
|---|---|
| Price | $44.28 |
| 52-Week Range: | $14.01 - $48.27 |
| Shares Out. (M): | 152.2 |
| Market Cap ($M): | $6,739.4 |
| Average Daily Vol. (000): | 1,396.0 |
| Cash (M): | $684 |
| Cash/Share: | $4.49 |
| Enterprise Value (M): | $5,866 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $48.9 | $63.0A | -- |
| | 2Q | $57.1 | $83.2A | -- |
| | 3Q | $58.3 | $94.6A | -- |
| | 4Q | $59.6 | $97.4 | -- |
| | **FY** | **$223.8** | **$338.2** | **$405.5** |
| EPS | 1Q | ($0.44) | ($0.59)A | -- |
| | 2Q | ($0.51) | ($0.38)A | -- |
| | 3Q | ($0.50) | ($0.29)A | -- |
| | 4Q | ($0.50) | ($0.36) | -- |
| | **FY** | **($1.94)** | **($1.62)** | **($1.79)** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

**Ex. 75**
**P. 2**

**ACADIA Pharmaceuticals Inc. (ACAD)**

JMP

## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small-molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, approved or in clinical development for four neurological indications with high unmet medical need. The drug is approved for Parkinson's disease psychosis (PDP) and is in clinical development for dementia-related psychoses (DRPs), schizophrenia, and major depressive disorder (MDD).

## Investment Risks

Development and regulatory risks. ACADIA's NUPLAZID is in clinical testing for dementia-related psychoses and other CNS indications. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a degree of risk from adverse newsflow and to our financial projections.

Competition. ACADIA's products do and may compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities was manager or co-manager of a public offering of securities for ACADIA Pharmaceuticals Inc. (ACAD) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of December 5, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 249 | 59.57% | Buy | 249 | 59.57% | 67 | 26.91% |
| MARKET PERFORM | Hold | 141 | 33.73% | Hold | 141 | 33.73% | 19 | 13.48% |
| MARKET UNDERPERFORM | Sell | 3 | 0.72% | Sell | 3 | 0.72% | 0 | 0% |
| COVERAGE IN TRANSITION | | 24 | 5.74% | | 24 | 5.74% | 0 | 0% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 418 | 100% | | 418 | 100% | 86 | 20.57% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 12-04-2019

Created by: BlueMatrix

**ACADIA Pharmaceuticals Inc. (ACAD)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**ACADIA Pharmaceuticals Inc. (ACAD)**

**JMP**

**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Kevin Fultz, CFA | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Nazibur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Neil Panchal, MD | (312) 768-1795 |
| Reni J. Benjamin, PhD | (212) 906-3529 |
| Justin H. Walsh | (212) 906-3561 |
| Jialiang Liang | (212) 906-3503 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
**Consumer-focused Properties & R.E. Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha, CFA | (415) 835-8998 |
| Hilary Cauley, CFA | (415) 835-8996 |

**Cybersecurity & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Rustam Kanga | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Andrew Boone | (415) 835-3902 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Mark Chen | (415) 835-8930 |
| Joey Marincek | (415) 869-4418 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |

**Ex. 75**
**P. 6**

# Exhibit 76

**PiperJaffray**

HOT COMMENT
December 5, 2019

## ACADIA Pharmaceuticals (ACAD) — Overweight

### A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics

### CONCLUSION

ACAD presented detailed DRP trial results at CTAD yesterday evening and the data looked great on all key metrics we outlined in our preview last week. Remember, we were looking for (1) evidence of efficacy for active psychosis (response rates in the OL portion of the study were 61.8%; lack of efficacy was the driver for early termination in 19.9% of the population); (2) a robust HR for relapse risk (HR of 0.353 significantly exceeded our expectations); (3) evidence of efficacy in all major dementia subtypes; and (4) clean safety. The dataset checked all of these boxes and ACAD will meet with the FDA in 1H20 to discuss sNDA filing. We continue to believe that the FDA will be supportive of pimavanserin label expansion for the DRP indication based on these results. Reiterate OW.

- **Lead in response rates supportive of pimavanserin's efficacy for active psychosis.** Recall that the HARMONY trial consisted of an OL lead in phase where all pts were treated w/ pima x 12-wks. Responders were randomized (1:1) to continue pima or switch to placebo x 26-wks. ~61.8% of pts in the OL portion were randomized, and only 19.9% terminated the trial early due to a lack of response. We think these response rates are indicative of efficacy for active psychosis and note that the criteria for response were reportedly quite stringent. To be deemed responders in the OL portion, patients needed to have a reduction in Scale for Assessment of Positive Symptoms-Hallucinations & Delusions (SAPS-H+D) of at least 30% and also have a physician-evaluated CGI-I of "much better" or "very much better". In our view, the HARMONY OL data, together w/ the Phase 3 PDP trial and Phase 2 ADP study provides sufficient evidence of pimavanserin's ability to actively treat symptoms of psychosis.

- **Overall HR shows significant decline in psychosis relapse and efficacy data were positive across the board.** We had previously stated that we were looking for HR of ~0.5 to deem the results as "very clinically meaningful." The 0.35 HR was well below that and had a one sided p=0.0023, well below the p=0.0033 threshold that was required to end the study early. The actual relapse rate was 12.6% in the pimavanserin group vs. 28.3% in the pbo group. The HR for risk of discontinuation for any reason was 0.452 and the SAPS-H+D scores improved by 63% and 75.2% at wk 8 and wk 12, respectively. Efficacy was also evident across all dementia subtypes. Relapse rates were: AD: 13.1% vs 22.6% (pbo); PD: 6.7% vs, 50% (pbo); and vascular dementia: 16.7% vs 16.7% (pbo).

- **Safety data looked very clean.** The rate of SAEs were low and balanced across arms and the death rate in the study was also very low. There were 2 deaths in the pima arm (one during the OL portion) vs. 0 deaths in the pbo arm. We think these results are supportive of a clean label (i.e. no black box warning) for DRP.

### COMPANY DESCRIPTION

Acadia is focused on neurological and psychiatric diseases.

**PRICE: US$44.28**

**TARGET: US$56.00**
10-yr DCF (weighted 85%) and 3x EV/ prob adj. 2028E sales

**Danielle C. Brill, Pharm.D.**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, danielle.c.brill@pjc.com

**Nirav Y. Shelat, Ph.D.**
Research Analyst, Piper Jaffray & Co.
212 284-9319, nirav.y.shelat@pjc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Lack of efficacy/ safety signals w/ Nuplazid in MDD, schizophrenia, DRP trials

**Price Performance - 1 Year**



*Source: Bloomberg*

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 2 - 3 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

Ex. 76
P. 2

## PiperJaffray

**IMPORTANT RESEARCH DISCLOSURES**



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Jaffray | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| **BUY [OW]** | 407 | 64.20 | 91 | 22.36 |
| **HOLD [N]** | 218 | 34.38 | 18 | 8.26 |
| **SELL [UW]** | 9 | 1.42 | 1 | 11.11 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

**Analyst Certification — Danielle C. Brill, Pharm.D., Sr. Research Analyst**

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 5 December 2019 11:10EST.

PiperJaffray®

**Research Disclosures**

Piper Jaffray was making a market in the securities of ACADIA Pharmaceuticals Inc. at the time this research report was published. Piper Jaffray will buy and sell ACADIA Pharmaceuticals Inc. securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

**Rating Definitions**

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

**Other Important Information**

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.

**Ex. 76**

**P. 4**

# Exhibit 77

**EQUITY RESEARCH**



RBC Capital Markets, LLC
**Gregory Renza, M.D.** (Analyst)
(212) 858-7065
gregory.renza@rbc.com

December 5, 2019

# ACADIA Pharmaceuticals Inc.

## The Secret of Pim: Word Getting Out on Pimavanserin with Solid DRP Data at CTAD

**Our view:** Topline data in ACAD's HARMONY ph.III, at CTAD in San Diego, where we are on-site, reiterate pimavanserin's prospects in dementia-related psychosis, eclipsing expectations on efficacy and earning high marks on clinical application from KOLS, even following the program's recent stoppage for success in September. The impressive benefit-risk profile now more established by last night's fuller data continues to support a visible path to market and high likelihood of approval – and with pimavanserin's opportunity in DRP setting up as a robust source of revenue potential in the 2020's, we believe ACAD's neuropsychiatric franchise is on the brink of a breakout. We reiterate our Outperform rating and $60 PT.

### Key points:

**New late breaking data at CTAD affirm pimavanserin's solid profile, positioning potential in the vast and underserved DRP market.** We are attending CTAD in San Diego where ACAD presented full data on the pimavanserin ph.III HARMONY trial as a late breaker oral presentation, followed by a company event where docs attested to the program results and clinical potential. Recall, the study stopped for efficacy success in early September on a robust interim readout on high statistical significance (p=0.0033) (along with a corresponding +60% appreciation in shares).

**Data deliver across multiple areas of focus.** Pimavanserin met its primary endpoint - time from randomization to relapse - with a hazard ratio of 0.353 (one-sided p=0.0023), indicating a 2.8-fold reduction in risk of relapse from remission compared to placebo. With investor focus squarely on response and hazard ratio and given a clinically meaningful bar cited as 0.7, the lower than expected HR adds reinforced confidence around pimavanserin's role in reducing relapse. In addition, the key secondary endpoint - measuring time from randomization to discontinuation - was also met with a HR of 0.452 (one-sided p=0.0024), implying a reduction of risk of discontinuation by 2.2-fold. Importantly, in the open label phase of the study, 62% of recruited patients stayed on study until randomization for the double-blind component. In addition, efficacy was observed early during the open-label part of the trial - patients started to show response as early as week 2, where 30% met full response criteria, higher response rates were observed with longer treatment spans - 50% by wk 4, 75% by wk 8, and 88% by wk 12. Further, pimavanserin largely reduced psychotic symptoms such as hallucinations and delusions - major psychosis symptoms that cause distress to patients and caregivers, measured by the total SAPS-H+D score, decreasing by ~60% at wk8 and 75.2% at wk12 in an enriched pt population with non-responders exiting after wk 8. Therefore, the consistent and rapid responses observed during the open label period add assurance to the efficacy of pimavanserin.

*Continued on page 3*

*Continued on page 3*

---

## Outperform

NASDAQ: ACAD; USD 44.28

### Price Target USD 60.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 20.00 | 44.28 | 60.00 | 75.00 |
| ↓55% | | ↑36% | ↑69% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 152.1 | Market Cap (MM): | 6,735 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,246,570 |

### RBC Estimates

| FY Dec | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|
| EPS, Ops Diluted | (1.94) | (1.60) | (1.55) | 0.26 |
| Revenue | 223.8 | 337.5 | 456.0 | 879.7 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 48.9A | 57.1A | 58.3A | 59.6A |
| 2019 | 63.0A | 83.2A | 94.6A | 96.7E |
| EPS, Ops Diluted | | | | |
| 2018 | (0.44)A | (0.51)A | (0.50)A | (0.50)A |
| 2019 | (0.59)A | (0.38)A | (0.29)A | (0.34)E |

All values in USD unless otherwise noted.

---

Disseminated: Dec 5, 2019 03:06ET; Produced: Dec 5, 2019 03:06ET        Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 7.**

**Ex. 77**
**P. 2**



**Capital Markets**

ACADIA Pharmaceuticals Inc.

## Target/Upside/Downside Scenarios

Exhibit 1: ACADIA Pharmaceuticals Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

We assume U.S. peak sales of Nuplazid reach $2.4B in PDP and DRP, and expect 90% likelihood of approval in DRP. We est. $1.5B and $500M U.S. peak sales opportunities in MDD and schizophrenia, respectively, and model a 50% and 35% POS. We assume a European partnership could enable an additional $300M royalty opportunity for Nuplazid across indications. We model a $150M U.S. revenue opportunity and a 30% POS for trofinetide. Our $60 price target blends probability-adjusted DCF (using 10% discount rate and 1.5% terminal growth rate following Nuplazid patent expiry in 2031) and EPS multiple (20x on 2023E adjusted EPS discounted at 10%) analyses.

### Upside scenario

Success in additional indications (e.g., MDD), greater-than-expected uptake of Nuplazid in PDP/DRP, and additional BD or an EU partnership would be an upside scenario, which we estimate could value the stock at $75/shr. An acquisition or assumed takeout premium could also contribute to upside.

### Downside scenario

Failure to gain approval in DRP, lack of success in additional indications, and flattening of Nuplazid growth in PDP would be a downside scenario that could yield a fair value of $20/shr. Additional equity financing could also result in dilution.

## Investment summary

We believe the current share price undervalues the potential market opportunity for Nuplazid in PDP and DRP and assigns limited credit for success in other indications.

With additional pivotal data in hand providing supportive evidence of Nuplazid's activity in DRP and thus setting up what we view as a likely approval, we believe uptake will continue to be strong and shares will begin to better reflect the market potential in these two indications.

We also see little credit for additional neuropsychiatric indications, such as MDD, at current levels, thus representing upside potential in addition to our valuation assumptions for the base business, and which could become better appreciated as more data regarding the drug's activity in these disorders emerge.

**Key positives:** (1) Strong Rx growth and commercial execution to date; (2) differentiated selectivity profile that enables tolerability advantages vs. standard-of-care; (3) first approved agent in high-unmet need indication.

**Key risks:** (1) Failure to gain approval in DRP or additional data are not clinically meaningful; (2) historical safety concerns that could re-emerge; (3) worsening reimbursement and high government payer exposure that contributes to seasonality; (4) slowing of uptake among conservative physician base.

**Key potential catalysts:** (1) Ph.III DRP results at CTAD (4Q19); (2) full date of ph.II ADVANCE results in schizophrenia (2020); (3) FDA meeting for DRP sNDA (1H20); (4) Initiate second pivotal trial of pimavanserin in schizophrenia (1H20).



ACADIA Pharmaceuticals Inc.

*Continued from the cover*

**Favorable safety and tolerability findings particularly well-received by KOLs; perceived as key asset for clinical traction.** With balanced patient characteristics across the treatment and placebo arms in the double-blind stage of HARMONY, treatment-related AEs were observed at a higher rate in the placebo arm. For patients who received more than the 9-mo treatment, the highest occurring AE findings were headache and UTI while 2 deaths were reported in the open label phase as well as the pim arm though deemed unrelated to treatment. In total, a clean profile as reported per the KOLs, enables clinical treatment behavior with mitigated concern around secondary drug effects - e.g., risk of falls, stroke, mortality – even allowing for the prospects of treatment during earlier clinical interactions - further adding to the attractiveness of pimavanserin's benefit/risk profile in DRP.

**Next steps remain intact: FDA interaction for an sNDA still in sight for 1H2020, key phase for converting on the opportunity set-up by the data.** We continue to believe pimavanserin has a strong likelihood for a smooth approval in DRP, though we see guidance post FDA interactions and securing the 2020 filing path as crucial. As a key driver of pimavanserin's potential and the opportunity for extension beyond Nuplazid and PDP, the DRP program accounts for 40% of our valuation supported by $1.6B U.S. peak sales potential - and setting the groundwork for continued expansion prospects that, following a 2H of several rich data points, remains worth monitoring - see our recent note: Pimavanserin's Perpetual Promise: Positive ADVANCE Topline, CTAD, PDP.



ACADIA Pharmaceuticals Inc.

## Valuation

Our $60 price target blends probability-adjusted DCF (using 10% discount rate and 1.5% terminal growth rate following Nuplazid patent expiry in 2031) and EPS multiple (20x on 2023E adjusted EPS discounted at 10%) analyses. These valuation assumptions are comparable to other commercial biotech companies developing therapeutics for neuropsychiatric indications. This price target supports our Outperform rating.

## Risks to rating and price target

Risks include failure to gain approval or show meaningful efficacy in additional indications (DRP, MDD, schizophrenia), flattening growth due to lower-than-expected uptake or worsening reimbursement, emergence of a safety signal that hampers uptake or results in removal from the market, lack of value-creative business development, dilutive financing or greater-than-anticipated capital requirements.

## Company description

ACADIA Pharmaceuticals Inc. is a biopharmaceutical company developing medicines for CNS disorders. The company's pipeline includes the atypical antipsychotic pimavanserin, a selective 5-HT2A inverse agonist, marketed as Nuplazid. The drug is approved for treatment of symptoms related to Parkinson's Disease Psychosis, and is in ph.III clinical development for dementia-related psychosis, negative symptoms associated with schizophrenia, and major depressive disorder. The company is also developing trofinetide, which is in ph.III for Rett Syndrome.

December 5, 2019                                    **Gregory Renza, M.D.** (212) 858-7065; gregory.renza@rbc.com    4

**Ex. 77**
**P. 5**



**ACADIA Pharmaceuticals Inc.**

P. 6

Exhibit 2: ACAD Pipeline and Potential Milestones

| Milestones | | |
|---|---|---|
| **Product** | **Event** | **Timeline** |
| **Nuplazid (pimavanserin)** | Monitor DTC campaign | late 2019/2020 |
| | Data of Ph.III HARMONY trial in DRP | 4Q 2019 (CTAD) |
| | Full data of the ph.II ADVANCE trial in Schizophrenia Negative Symptoms | 2020 |
| | Initiation of second pivotal trial in Schizophrenia Negative Symptoms | 1H 2020 |
| | pre-sNDA FDA meeting for DRP | 1H 2020 |
| | sNDA filing in DRP | 2020 |
| | Complete enrollment of the Ph.III CLARITY trial in MDD | 1H 2021 |
| | Topline data of the Ph.III CLARITY trial in MDD | 2021 |
| **Trofinetide** | Complete enrollment of the Ph.III LAVENDER trial in Rett Syndrome | 4Q 2020/1H 2021 |
| | Topline data of the Ph.III LAVENDER trial in Rett Syndrome | 2021 |

| Pipeline | | |
|---|---|---|
| **Drug/Target** | **Indication** | **Status** |
| **Nuplazid (pimavanserin)/ 5-HT2A inverse agonist** | Parkinson's-related hallucinations | Approved |
| | Dementia-related Psychosis | Phase III |
| | Major Depressive Disorder | Phase III |
| | Schizophrenia Negative Symptoms | Phase II/Pivotal |
| **Trofinetide/ IGF-1 analog** | Rett Syndrome | Phase III |

Source: RBC Capital Markets; Company reports

**Ex. 77**
**P. 6**

**Capital Markets** RBC®

ACADIA Pharmaceuticals Inc.

## Exhibit 3: ACAD Income Statement

| ACAD Income Statement ($ in thousands except price) | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nuplazid U.S. revenues | $ 124,901 | $ 223,807 | $ 62,959 | $ 83,205 | $ 94,586 | $ 96,729 | $ 337,479 | $ 456,000 | $ 821,349 | $ 1,435,896 | $ 2,157,556 | $ 2,736,639 | $ 3,226,524 | $ 3,606,269 | $ 4,006,487 | $ 4,401,828 |
| PDP U.S. total | 124,901 | 223,807 | 62,959 | 83,205 | 94,586 | 96,729 | 337,479 | 445,000 | 534,693 | 586,379 | 631,971 | 663,635 | 696,561 | 730,779 | 766,323 | 803,223 |
| DRP U.S. total | | | | | | | | 11,000 | 286,656 | 551,589 | 807,398 | 1,030,330 | 1,241,517 | 1,360,498 | 1,485,599 | 1,617,017 |
| MDD U.S. total | | | | | | | | | | 297,927 | 554,098 | 763,209 | 952,488 | 1,119,215 | 1,295,525 | 1,481,751 |
| Schizophrenia U.S. total | | | | | | | | | - | - | 164,090 | 279,465 | 335,958 | 395,777 | 459,040 | 499,837 |
| Trofinetide revenues | | | | | | | | | | 12,296 | 45,934 | 76,796 | 101,678 | 119,772 | 136,128 | 150,476 |
| Collaboration revenues | | - | | | | | | | 58,348 | 69,954 | 129,959 | 167,954 | 213,552 | 251,238 | 278,674 | 306,086 |
| **Total revenues, net** | **124,901** | **223,807** | **62,959** | **83,205** | **94,586** | **96,729** | **337,479** | **456,000** | **879,697** | **1,518,145** | **2,333,450** | **2,981,390** | **3,541,754** | **3,977,280** | **4,421,289** | **4,858,391** |
| Costs of sales | 13,060 | 18,330 | 4,580 | 4,995 | 4,689 | 5,804 | 20,068 | 27,360 | 49,281 | 88,736 | 139,099 | 180,326 | 214,944 | 241,528 | 268,976 | 295,710 |
| Research and development | 149,189 | 187,163 | 52,923 | 67,320 | 62,622 | 62,000 | 244,865 | 300,000 | 360,000 | 414,000 | 463,680 | 486,864 | 511,207 | 521,431 | 531,860 | 542,497 |
| Selling, general and administrative | 255,062 | 265,758 | 93,090 | 67,981 | 72,696 | 83,000 | 316,767 | 374,000 | 433,840 | 511,931 | 588,721 | 659,367 | 725,304 | 783,328 | 822,495 | 863,620 |
| **Total operating expenses** | **417,311** | **471,251** | **150,593** | **140,296** | **140,007** | **150,804** | **581,700** | **701,360** | **843,121** | **1,014,667** | **1,191,500** | **1,326,557** | **1,451,455** | **1,546,288** | **1,623,331** | **1,701,827** |
| **Income from operations** | **(292,410)** | **(247,444)** | **(87,634)** | **(57,091)** | **(45,421)** | **(54,074)** | **(244,220)** | **(245,360)** | **36,576** | **503,478** | **1,141,949** | **1,654,833** | **2,090,299** | **2,430,992** | **2,797,958** | **3,156,564** |
| Interest income (expense), net | 4,126 | 5,348 | 2,934 | 2,527 | 2,432 | 2,432 | 10,325 | 10,800 | 11,340 | 11,907 | 12,502 | 13,127 | 13,784 | 14,473 | 15,197 | 15,957 |
| Other income (expense), net | - | (1,840) | (229) | 12 | 747 | - | 530 | - | - | - | - | - | - | - | - | - |
| **Net and comprehensive income (loss)** | **(288,284)** | **(243,936)** | **(84,929)** | **(54,552)** | **(42,242)** | **(51,642)** | **(233,365)** | **(234,560)** | **47,916** | **515,385** | **1,154,452** | **1,667,960** | **2,104,082** | **2,445,465** | **2,813,154** | **3,172,521** |
| Income tax provision | (1,119) | (1,256) | (375) | (365) | (264) | (200) | (1,204) | (1,400) | (958) | (25,769) | (103,901) | (183,476) | (294,572) | (391,274) | (506,368) | (634,504) |
| **Comprehensive net income (loss)** | **(289,403)** | **(245,192)** | **(85,304)** | **(54,917)** | **(42,506)** | **(51,842)** | **(234,569)** | **(235,960)** | **46,958** | **489,616** | **1,050,551** | **1,484,485** | **1,809,511** | **2,054,191** | **2,306,787** | **2,538,017** |
| **Earnings per share (non-GAAP)** | **($2.36)** | **($1.94)** | **($0.59)** | **($0.38)** | **($0.29)** | **($0.34)** | **($1.60)** | **($1.55)** | **$0.26** | **$2.75** | **$5.86** | **$8.23** | **$9.98** | **$11.27** | **$12.59** | **$13.77** |
| Shares Outstanding (Basic) | 122,600 | 126,583 | 143,981 | 144,314 | 145,906 | 152,096 | 146,574 | 152,596 | 153,896 | 154,896 | 155,896 | 156,896 | 157,896 | 158,896 | 159,896 | 160,896 |
| Shares Outstanding (Diluted, est.) | 140,612 | 146,197 | 164,604 | 167,703 | 169,295 | 175,485 | 169,272 | 175,985 | 177,285 | 178,285 | 179,285 | 180,285 | 181,285 | 182,285 | 183,285 | 184,285 |

Source: RBC Capital Markets estimates; Company reports

December 5, 2019

**Gregory Renza, M.D.** (212) 858-7065; gregory.renza@rbc.com    6

**Ex. 77**
**P. 7**



ACADIA Pharmaceuticals Inc.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of ACADIA Pharmaceuticals Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm''s own rating categories. Although RBC Capital Markets'' ratings of Top Pick/Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Sep-2019 | | | | |
|---|---|---|---|---|
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 748 | 51.73 | 208 | 27.81 |
| HOLD [Sector Perform] | 618 | 42.74 | 126 | 20.39 |
| SELL [Underperform] | 80 | 5.53 | 3 | 3.75 |

December 5, 2019                                        **Gregory Renza, M.D.** (212) 858-7065; gregory.renza@rbc.com    7

**Ex. 77**
**P. 8**





References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**ACADIA Pharmaceuticals Inc.**

**Valuation**

Our $60 price target blends probability-adjusted DCF (using 10% discount rate and 1.5% terminal growth rate following Nuplazid patent expiry in 2031) and EPS multiple (20x on 2023E adjusted EPS discounted at 10%) analyses. These valuation assumptions are comparable to other commercial biotech companies developing therapeutics for neuropsychiatric indications. This price target supports our Outperform rating.

**Risks to rating and price target**

Risks include failure to gain approval or show meaningful efficacy in additional indications (DRP, MDD, schizophrenia), flattening growth due to lower-than-expected uptake or worsening reimbursement, emergence of a safety signal that hampers uptake or results in removal from the market, lack of value-creative business development, dilutive financing or greater-than-anticipated capital requirements.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

**Ex. 77**
**P. 9**



RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts

December 5, 2019                                                  **Gregory Renza, M.D.** (212) 858-7065; gregory.renza@rbc.com    9



ACADIA Pharmaceuticals Inc.

any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2019 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2019 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2019
Copyright © Royal Bank of Canada 2019
All rights reserved

December 5, 2019

**Gregory Renza, M.D.** (212) 858-7065; gregory.renza@rbc.com    10

**Ex. 77**
**P. 11**

# Exhibit 78

December 5, 2019
**OUTPERFORM**

Reason for report:
**COMPANY UPDATE**

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

**Rudy Li, Ph.D.**
(212) 277-6127
rudy.li@svbleerink.com



# ACADIA PHARMACEUTICALS INC.

### Very Strong Nuplazid Data in DRP; PT to $56

• **Bottom Line: Acadia's Phase 3 HARMONY data presented at the Clinical Trials on Alzheimer's Disease (CTAD) conference were basically as good as we could have hoped for, and although the stock has had a strong move on the interim already, we would expect nice follow-through in the stock in the morning.** Based on the strong data, we are increasing our peak sales for this indication from $2B to $2.5B, which raises our PT to $56 from $50. We maintain our Outperform rating on the stock.

• **We think investors will be positive on the fact that the trial hit on both primary and secondary endpoints, HR ratios were below management's guidance of 0.45-0.70 range that is typical of randomized withdrawal studies in CNS, the efficacy is consistent across dementia subgroups, and the adverse event (AE) and discontinuation rates were similar for Nuplazid/placebo arms and in-line with Nuplazid's Parkinson's disease psychosis (PDP) label.** We think the new data are supportive of Nuplazid's approval in dementia-related psychosis (DRP) with a broad label across dementia subtypes.

• **Regarding the data, the good news was: (1)** Nuplazid met the primary and secondary endpoints by significantly reducing risk of relapse of psychosis by 2.8x (HR=0.353, p=0.0023) and risk of all-cause discontinuation by 2.2x (HR=0.452, p=0.0024), respectively, and both are clinically meaningful outcomes to doctors and patients. **(2)** The magnitude of effect was strong for the HR and p-value, as the primary endpoint p-value (p=0.0023) hit well below the bar for stopping the trial early (p=0.0033). **(3)** In the open-label period, Nuplazid had clinically meaningful reduction of psychosis across all 5 dementia subtypes (73.1%-83.3% range) with 61.8% of patients meeting pre-specified response criteria at both week 8 and week 12 and continuing to the double-blind period (placebo relapse rate in the 0-67% range across subtypes, Nuplazid in the 0-17% range) – this should support a broad DRP label for Nuplazid and increase physician comfort using Nuplazid in all types of dementia. That said, one caveat is that the study was not powered for statistical analysis in different dementia types given the small numbers of patients per group. **(4)** There was no worsening of cognition (measured by the well-established MMSE score) and no worsening of motor symptoms over 9 months of treatment. This is important as antipsychotics that are used off-label for DRP make both cognition and motor symptoms worse over time. **(5)** The safety profile was in line with the current Nuplazid label in PDP, and the Nuplazid arm was similar to the placebo arm on AEs (41.0% Nuplazid, 36.6% placebo) and discontinuations due to AEs (2.9% Nuplazid, 3.6% placebo). Management highlighted that <10% of patients were treated with the lower 20mg dose, demonstrating a favorable tolerability of the 34mg dose. **(6)** Nuplazid had a favorable safety profile in a complicated patient

**Key Stats:**                                **(NASDAQ: ACAD)**

| | |
|---|---|
| **Sector:** | **Biopharma / Neuroscience** |
| **S&P 500 Health Care Index:** | **1,151.67** |
| **Price:** | **$44.28** |
| Price Target: | $56.00 from $50.00 |
| Methodology: | SOTP with cash flows into the 2030s with a 10% discount rate |
| 52 Week High: | $48.27 |
| 52 Week Low: | $14.01 |
| Shares Outstanding (mil): | 150.6 |
| Market Capitalization (mil): | $6,668.6 |
| Book Value/Share: | $3.18 |
| Cash Per Share: | $2.90 |
| Net Debt to Total Capital: | (1)% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |
| Est LT EPS Growth: | NA |

Completion: December 05, 2019, 5:32AM EDT.
Distribution: December 05, 2019, 5:32AM EDT.



**1 Year Price History/Ave. Daily Vol.(mil) for ACAD**

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2018A** | $48.9 | $57.1 | $58.3 | $59.6 | $223.8 | ($0.44) | ($0.51) | ($0.50) | ($0.50) | ($1.94) | NM |
| **2019E** | $63.0A | $83.2A | $94.6A | $96.9 | $337.7 | ($0.59)A | ($0.38)A | ($0.29)A | ($0.39) | ($1.65) | NM |
| **2020E** | -- | -- | -- | -- | $489.4 | -- | -- | -- | -- | ($0.85) | NM |
| **2021E - New** | -- | -- | -- | -- | **$835.1** | -- | -- | -- | -- | **$0.65** | 68.1x |
| **2021E - Old** | -- | -- | -- | -- | $792.0 | -- | -- | -- | -- | $0.40 | NM |

*Source: Company Information and SVB Leerink LLC Research.*
*Revs in $M; EPS - Basic*

**Please refer to pages 8 - 10 for Important Disclosures, Price Charts and Analyst Certification.**

**ACADIA PHARMACEUTICALS INC.**            December 5, 2019



population with >50% having 5+ other underlying conditions, and a substantial portion were on 5+ concomitant medications. **(7)** There were only two deaths (a low number for DRP) and none of the deaths was deemed treatment-related. **(8)** Three patients had QT prolongation, but this rate was in line with Nuplazid's current label and no further effect on QT prolongation was observed during the double-blind period.

• **Regarding physician feedback from the three KOLs at the CTAD event: (1)** All KOLs were impressed that the HARMONY trial was very patient-centric and closely resembled clinical practice (all patients received drug for 3 months during the open-label period, and non-responders were allowed to exit to minimize ineffective intervention), and one KOL indicated this could make it more convincing data for FDA approval. **(2)** HARMONY was physician-centric as it was a basket study of different dementia subtypes that showed similar efficacy across all groups, and the KOLs believe this would facilitate DRP treatment practice as many physicians often struggle to distinguish dementia subtypes. **(3)** The KOLs agreed that the data were very clinically meaningful results that were strong compared to the current standard of care (off-label antipsychotics), which have poor tolerability, can negatively impact cognition, and can cause movement disorders. **(4)** ~8M patients in the US have dementia, and there is a high unmet need, as ~30% of patients develop hallucinations and delusions and there are no approved (or off-label) drugs with good safety/tolerability at their disposal. **(5)** The strong safety profile of Nuplazid should enable earlier treatment of DRP vs what is currently done today, which could both support improved long-term outcomes for patients and decreased caregiver burden. **(6)** One KOL indicated that because Nuplazid's efficacy was observed both in the open-label and double-blind periods of the study, it enables two looks at patient response, which is more compelling. **(7)** However, another KOL acknowledged that the HARMONY trial, as a relapse design, cannot fully answer the question of duration of treatment, as the goal is to treat until relapse, and a long-term study may be needed to better understand the durability of effect for Nuplazid in DRP past 9 months.

**ACADIA PHARMACEUTICALS INC.**  December 5, 2019



## INVESTMENT THESIS

1. We believe there could be continued positive trends in Nuplazid for the Parkinson's disease psychosis (PDP) indication, as the company has demonstrated that DTC advertising is driving a rejuvenation of Rx trends.

2. Nuplazid could have significant upside from its potential new indication of dementia-related psychosis (DRP), and based on the strong data and KOL feedback we think DRP could reach ~$2.5B in peak sales.

3. MDD is a large market with significant unmet need and room for multiple new agents, and ACADIA has a good shot on goal given that its Phase 2 CLARITY study was deemed pivotal by the FDA, and it has two ongoing Phase 3 studies.

4. We expect continued label expansion into the schizophrenia negative symptoms (SNS) indication with the positive Phase 2 ADVANCE data, but will stay tuned for the upcoming 2nd pivotal study (initiation in 1H20).

5. We believe trofinetide is a credible second asset that broadens ACADIA's portfolio, but key catalysts are not near term.

## VALUATION

Our $56 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 10% discount rate.

## RISKS TO VALUATION

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• Nuplazid's following pivotal trials in Schizophrenia Negative Symptoms or MDD don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

ACADIA PHARMACEUTICALS INC.

December 5, 2019

**SVBLEERINK**

## The Phase 3 HARMONY trial is a randomized-withdrawal relapse-prevention study

### Baseline

- Mild-to-severe dementia (MMSE baseline 16.7)
- Moderate-to-severe psychosis (SAPS-H +D baseline 24.4)

### Broad Dementia Population (>50% enrolled)

2/3 Alzheimer's patients, ~15% Parkinson's dementia, ~10% vascular dementia, <10% dementia with Lewy bodies, and the rest was frontotemporal dementia.

### *Acute Treatment Effect*

✓ **61.8% of patients had stable response**

✓ **Consistent efficacy across dementia subtypes**

### *Durability of Effect*

✓ **Separation on relapse vs PBO (HR=0.353, p=0.0023)**

✓ **Separation on any discontinuations vs PBO (HR=0.452, p=0.0024)**

**12-week open-label period (all on 34mg)**

Responders

*Responders = Stable response at both week 8 and week 12*

Non-responders *



**26-week randomized double-blind period (>90% on 34mg, <10% on 20mg)**

**Exit**

\* ~20% of patients who completed full 12-week studies failed to establish stable response at week 8 and week 12

**Primary Endpoint: Average time to relapse**

**Relapse criteria,** defined as one or more of four possible outcomes:
- Hospitalized due to DRP;
- Significant worsening of DRP on relevant clinical scales;
- Withdrawal from the study due to lack of efficacy; or
- Prescribed use of an off-label antipsychotic medication for the treatment of DRP

**Response Criteria:**
- 30% reduction in total SAPS-H+D **AND** CGI-I of much better or very much better
- Responders are those subjects with sustained response at week 8 and week 12

MMSE = Mini-Mental State Examination, SAPS-H +D = Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions, CGI-I = Clinical Global Impression – Improvement, DRP = Dementia-Related Psychosis, HR= Hazard Ratio

*Source: Company reports, SVB Leerink research, CTAD 2019 presentation*

4

**Ex. 78**

**P. 5**

**ACADIA PHARMACEUTICALS INC.**

December 5, 2019

**SVBLEERINK**

# Nuplazid showed substantial and meaningful reduction of psychosis symptoms across all 5 dementia subtypes in the 12-week open-label period



**Substantial treatment effect on psychosis**

Total SAPS-H+D Change



**Consistent effect across dementia types**

Total SAPS-H+D Change

| Disposition in Open-Label | N=351 n(%) |
|---|---|
| Randomized to Double-blind Period | 217 (61.8) |
| Early Termination | 134 (38.2) |

| Most likely clinical diagnosis | Open-label Stabilization rate % |
|---|---|
| AD | 59.8 |
| DLB | 45.5 |
| PDD | 71.2 |
| VaD | 71.4 |
| FTD | 50.0 |

SAPS-H +D = Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions

*Source: Company reports, SVB Leerink research, CTAD 2019 presentation*

5

**Ex. 78**
**P. 6**

**ACADIA PHARMACEUTICALS INC.**

December 5, 2019

**SVBLEERINK**

## Nuplazid showed significant reduction of relapse risk and all-cause discontinuations in the 26-week double-blind withdrawal period

### Nuplazid showed 2.8X reduction of relapse risk (HR=0.353, p=0.0023)



| | Double-blind | |
| --- | --- | --- |
| | Placebo N=99 | Pimavanserin N=95 |
| Number of Subjects Having a Relapse Event, n (%) | 28 (28.3) | 12 (12.6) |
| Number of Subjects Censored, n (%) | 71 (71.7) | 83 (87.4) |
| Completed Week 26 Without a Relapse | 28 (28.3) | 37 (38.9) |
| Prematurely Discontinued Prior to Week 26 | 10 (10.1) | 9 (9.5) |
| Ongoing at Time of Database Cutoff | 33 (33.3) | 37 (38.9) |
| **Cox Regression Analysis** | | |
| Hazard Ratio (Pimavanserin/Placebo) | | 0.353 |
| 95% Confidence Interval | | (0.172, 0.727) |
| One-Sided p-value | | 0.0023 |
| O'Brien-Fleming Stopping Boundary (p-value scale one-sided) | | 0.0033 |
| Study stopped at interim analysis for positive efficacy | | |

### Nuplazid showed 2.2X reduction of all-cause discontinuations (HR=0.452, p=0.0024)



| | Double-blind | |
| --- | --- | --- |
| | Placebo N=99 | Pimavanserin N=95 |
| Number of Subjects Discontinued for Any Reason, n (%) | 38 (38.4) | 21 (22.1) |
| Number of Subjects Censored, n (%) | 61 (61.6) | 74 (77.9) |
| Completed Week 26 Without a Relapse | 28 (28.3) | 37 (38.9) |
| Ongoing at Time of Database Cutoff | 33 (33.3) | 37 (38.9) |
| **Cox Regression Analysis** | | |
| Hazard Ratio (Pimavanserin/Placebo) | | 0.452 |
| 95% Confidence Interval | | (0.261, 0.785) |
| One-Sided p-value | | 0.0024 |
| O'Brien-Fleming Stopping Boundary (p-value scale one-sided) | | 0.0033 |

*Source: Company reports, SVB Leerink research, CTAD 2019 presentation*

HR =Hazard Ratio

6

**Ex. 78**
**P. 7**

**ACADIA PHARMACEUTICALS INC.**

December 5, 2019



## ACADIA Pharmaceuticals (ACAD): Income Statement

($ Millions, except per-share data)

| | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 124.9 | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 63.0 | 83.2 | 94.6 | 96.9 | 337.7 | 489.4 | 835.1 | 1,321.5 | 2,118.8 |
| Co. Guidance | | | | | | | | | | | 330-340 | | | | |
| Collaboration Revenues | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Revenues** | **124.9** | **48.9** | **57.1** | **58.3** | **59.6** | **223.8** | **63.0** | **83.2** | **94.6** | **96.9** | **337.7** | **489.4** | **835.1** | **1,321.5** | **2,118.8** |
| **Consensus** | | | | | | | | | 94.6 | 96.5 | 337.4 | 462.4 | 777.8 | 1,229.2 | 1,931.2 |
| COGS | 9.1 | 2.2 | 3.6 | 3.8 | 2.9 | 12.4 | 2.9 | 3.0 | 2.4 | 5.8 | 14.1 | 23.4 | 40.0 | 65.4 | 106.7 |
| Gross Profit | 115.8 | 46.7 | 53.5 | 54.5 | 56.7 | 211.4 | 60.0 | 80.2 | 92.2 | 91.1 | 323.5 | 466.0 | 795.1 | 1,256.1 | 2,012.1 |
| SG&A | 255.1 | 60.9 | 69.5 | 61.1 | 74.3 | 265.8 | 93.1 | 68.0 | 72.7 | 85.0 | 318.8 | 359.7 | 491.6 | 538.0 | 562.8 |
| Co. Guidance | | | | | | | | | | | 315-325 | | | | |
| R&D | 149.2 | 39.3 | 46.6 | 53.1 | 48.2 | 187.2 | 52.9 | 67.3 | 62.6 | 64.6 | 247.5 | 230.0 | 182.5 | 142.0 | 139.0 |
| Co. Guidance | | | | | | | | | | | 240-250 | | | | |
| License Fees & Royalties | 4.0 | 1.3 | 1.5 | 1.5 | 1.5 | 5.9 | 1.6 | 2.0 | 2.3 | 2.3 | 8.3 | 11.3 | 17.7 | 27.4 | 42.4 |
| Operating Income | -292.4 | -54.8 | -64.1 | -61.3 | -67.3 | -247.4 | -87.6 | -57.1 | -45.4 | -60.9 | -251.0 | -135.0 | 103.4 | 548.7 | 1,268.0 |
| Non-Operating Income | 4.1 | 1.2 | 1.0 | -0.5 | 1.8 | 3.5 | 2.7 | 2.5 | 3.2 | 2.5 | 10.9 | 10.0 | 12.0 | 22.0 | 29.0 |
| Pretax Income | -288.3 | -53.6 | -63.0 | -61.8 | -65.5 | -243.9 | -84.9 | -54.6 | -42.2 | -58.4 | -240.1 | -125.0 | 115.4 | 570.7 | 1,297.0 |
| Taxes | 1.1 | 0.6 | 0.2 | 0.4 | 0.0 | 1.3 | 0.4 | 0.4 | -0.3 | 0.0 | 0.5 | 5.0 | 15.0 | 20.0 | 324.2 |
| Tax Rate | | | | | | | | | | | | | | | 25.0% |
| Net Income | -289.4 | -54.3 | -63.3 | -62.1 | -65.5 | -245.2 | -85.3 | -54.9 | -42.0 | -58.4 | -240.6 | -130.0 | 100.4 | 550.7 | 972.7 |
| Shares - Basic | 122.6 | 124.7 | 124.9 | 125.0 | 131.6 | 126.6 | 144.0 | 144.3 | 145.9 | 151.5 | 146.4 | 153.5 | 155.5 | 157.5 | 159.5 |
| EPS - Basic | -$2.36 | -$0.44 | -$0.51 | -$0.50 | -$0.50 | -$1.94 | -$0.59 | -$0.38 | -$0.29 | -$0.39 | -$1.65 | -$0.85 | $0.65 | $3.50 | $6.10 |
| **Consensus** | | | | | | | | | -$0.29 | -$0.36 | -$1.62 | -$1.30 | $0.21 | $2.42 | $6.01 |
| Shares - Diluted | 141.1 | 142.8 | 144.7 | 144.8 | 151.6 | 146.0 | 164.0 | 164.3 | 165.9 | 171.5 | 166.4 | 173.5 | 175.5 | 177.5 | 179.5 |
| **EPS - Diluted** | | | | | | | | | | | | | $0.57 | $3.10 | $5.42 |

*Source: Company reports, SVB Leerink LLC estimates*

| Margin Analysis | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| COGS | 7.3% | 4.4% | 6.2% | 6.6% | 4.8% | 5.5% | 4.7% | 3.6% | 2.6% | 6.0% | 4.2% | 4.8% | 4.8% | 4.9% | 5.0% |
| Gross Margin | 92.7% | 95.6% | 93.8% | 93.4% | 95.2% | 94.5% | 95.3% | 96.4% | 97.4% | 94.0% | 95.8% | 95.2% | 95.2% | 95.1% | 95.0% |
| SG&A | 204.2% | 124.7% | 121.7% | 104.8% | 124.7% | 118.7% | 147.9% | 81.7% | 76.9% | 87.7% | 94.4% | 73.5% | 58.9% | 40.7% | 26.6% |
| R&D | 119.4% | 80.4% | 81.7% | 91.1% | 80.9% | 83.6% | 84.1% | 80.9% | 66.2% | 66.7% | 73.3% | 47.0% | 21.9% | 10.7% | 6.6% |
| Operating Margin | -234.1% | -112.2% | -112.3% | -105.1% | -112.9% | -110.6% | -139.2% | -68.6% | -48.0% | -62.8% | -74.3% | -27.6% | 12.4% | 41.5% | 59.8% |
| Pretax Margin | -230.8% | -109.8% | -110.5% | -105.9% | -109.9% | -109.0% | -134.9% | -65.6% | -44.7% | -60.2% | -71.1% | -25.5% | 13.8% | 43.2% | 61.2% |
| Net Margin | -231.7% | -111.1% | -110.9% | -106.6% | -109.9% | -109.6% | -135.5% | -66.0% | -44.4% | -60.2% | -71.2% | -26.6% | 12.0% | 41.7% | 45.9% |

| % Change | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 186.7% | -60.9% | 16.8% | 2.2% | 2.2% | 275.7% | -71.9% | 32.2% | 13.7% | 2.5% | 50.9% | 44.9% | 70.6% | 58.2% | 60.3% |
| COGS | 269.7% | -76.3% | 65.4% | 7.8% | -25.7% | 335.2% | -76.3% | 0.3% | -18.1% | 140.1% | 14.0% | 65.6% | 70.6% | 63.5% | 63.3% |
| Gross Profit | 181.8% | -59.7% | 14.5% | 1.8% | 4.1% | 272.7% | -71.6% | 33.7% | 14.8% | -1.1% | 53.0% | 44.0% | 70.6% | 58.0% | 60.2% |
| SG&A | 289.2% | -76.1% | 14.0% | -12.1% | 21.6% | 257.8% | -65.0% | -27.0% | 6.9% | 17.0% | 20.0% | 12.8% | 36.7% | 9.4% | 4.6% |
| R&D | 245.5% | -73.7% | 18.6% | 14.0% | -9.3% | 288.4% | -71.7% | 27.2% | -7.0% | 3.2% | 32.2% | -7.1% | -20.7% | -22.2% | -2.1% |
| Operating Income | 324.7% | -81.3% | 16.9% | -4.4% | 9.8% | 267.8% | -64.6% | -34.9% | -20.4% | 34.0% | 1.4% | -46.2% | -176.6% | 430.8% | 131.1% |
| Pretax Income | 325.5% | -81.4% | 17.5% | -2.0% | 6.0% | 272.5% | -65.2% | -35.7% | -22.6% | 38.1% | -1.6% | -47.9% | -192.3% | 394.7% | 127.3% |
| Net Income | 327.3% | -81.2% | 16.5% | -1.8% | 5.4% | 274.4% | -65.2% | -35.6% | -23.6% | 39.0% | -1.9% | -46.0% | -177.2% | 448.6% | 76.6% |

*Source: Company reports, SVB Leerink estimates, Factset consensus data*

7

**ACADIA PHARMACEUTICALS INC.**                December 5, 2019



## Disclosures Appendix
## Analyst Certification

I, Marc Goodman, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



**Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 12-04-2019**

| 11/07/16 MP:$29 | 12/20/16 MP:$31 | 02/28/17 MP:$36 | 05/10/17 MP:$32 | 08/09/17 MP:$35 | 11/07/17 MP:$36 | 02/27/18 MP:$31 | 03/05/18 D:SC:NA | 11/12/18 I:MP:$21 | 07/22/19 MP:$18 | 08/01/19 MP:$21 | 09/13/19 OP:$50 |

Leerink placed a Market Perform rating on ACAD on October 4, 2016.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

Our $56 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 10% discount rate.

## Risks to Valuation

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• Nuplazid's following pivotal trials in Schizophrenia Negative Symptoms or MDD don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

8

**ACADIA PHARMACEUTICALS INC.**                December 5, 2019



**SVBLEERINK**

| Distribution of Ratings/Investment Banking Services (IB) as of 09/30/19 | | | | |
| --- | --- | --- | --- | --- |
| | | | IB Serv./Past 12 Mos. | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **148** | **74.4** | **54** | **36.5** |
| **HOLD [MP]** | **48** | **24.1** | **3** | **6.3** |
| **SELL [UP]** | **3** | **1.5** | **0** | **0.0** |

## Explanation of Ratings

**Outperform (Buy):** We expect this stock to outperform its benchmark over the next 12 months.

**Market Perform (Hold/Neutral):** We expect this stock to perform in line with its benchmark over the next 12 months.

**Underperform (Sell):** We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

Ex. 78
P. 10

**ACADIA PHARMACEUTICALS INC.**                    December 5, 2019



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders, and other specialists accessed by SVB Leerink LLC and its clients.

In the past 12 months, SVB Leerink LLC has received compensation for providing investment banking services to ACADIA Pharmaceuticals Inc.

SVB Leerink LLC makes a market in ACADIA Pharmaceuticals Inc.

In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to ACADIA Pharmaceuticals Inc.

SVB Leerink LLC has acted as a co-manager for a public offering of ACADIA Pharmaceuticals Inc. in the past 12 months.

© 2019 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

Ex. 78
P. 11

# EQUITY RESEARCH TEAM

**SVBLEERINK**

## RESEARCH MANAGEMENT

**John L. Sullivan, CFA**
Director of Equity Research
(617) 918-4875
john.sullivan@svbleerink.com

**Jim Kelly**
Associate Director of Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Vice President
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Bradley Canino, CPA
(212) 277-6158
bradley.canino@svbleerink.com

Neil Puri, M.D., MBA
(212) 277-6139
neil.puri@svbleerink.com

Ke (Andrew) Yuan, CFA, CPA
(212) 277-6147
ke.yuan@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Gang Li, Ph.D.
(212) 277-6185
gang.li@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

David B. Iaea, Ph.D.
(212) 277-6155
david.iaea@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Pasha Sarraf, M.D., Ph.D.**
(212) 277-6013
pasha.sarraf@svbleerink.com

Mike Kratky, CFA
(212) 277-6192
mike.kratky@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

**Dae Gon Ha, Ph.D.**
(617) 918-4093
daegon.ha@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

## GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

Sheldon Fan, Ph.D.
(212) 277-6074
sheldon.fan@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

## EMERGING HEALTHCARE TECHNOLOGIES

**Daniel Grosslight**
(212) 277-6140
daniel.grosslight@svbleerink.com

## EDITORIAL

**SR. EDITOR/SUPERVISORY ANALYST**
Mary Ellen Eagan, CFA
(617) 918-4837
maryellen.eagan@svbleerink.com

**SUPERVISORY ANALYSTS**
Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

**EDITORIAL ASSOCIATE**
Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2019 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

Ex. 78
P. 12

# Exhibit 79



# STIFEL

# Acadia Pharmaceuticals, Inc.
## ACAD– NASDAQ

December 5, 2019

Biotechnology

**HOLD**
Price $44.28 (closing 12/04/19)
**FLASH NOTE**

## Solid HARMONY Data At CTAD Underlie Mgmt's Confidence in Approaching FDA; Our Take on the Full Results

### Summary

Detailed HARMONY results at CTAD reflect a fairly strong dataset, with deep statistical significance and a large effect size on relapse reduction that looks similar to that of antipsychotics in other maintenance trials. Really the most impressive aspect of the data-- which may prove to be pimavanserin's selling point--is safety, which continues to look uniquely clean, especially on cognition. It's for these reasons, and considering the massive unmet need, that we think pimavanserin will probably get approved in DRP, even as we've been skeptical on the strength of the ADP ph2 as Acadia's "acute" study. If there's one (small) thing to nitpick in this trial it's that success at the interim may have been helped by the Parkinson's/Dementia-Lewy Bodies subset (12 relapses placebo, 1 drug), whereas evidence of efficacy in Alzheimer's is clearly there, but comes down to a meaningful but smaller event difference (14 relapses placebo, 8 drug).

### Key Points

**Full data for HARMONY in DRP look like a win, with relapse-reduction that's appears on par with other antipsychotics.** In light of the full data, pimavanserin looks clearly effective in the maintenance setting: at study stop, just 12.6% of pimavanserin-dosed patients (in the double-blind portion of the relapse-prevention study) had relapsed, versus 28.3% of placebo patients (HR: 0.353, p=0.0023). This hazard ratio falls within the range of prior antipsychotic relapse prevention studies, and should alleviate concerns investors may have had that the interim halt for efficacy was driven by anything other than drug effect. The effect also doesn't appear to be driven by overly unusual randomization/ open-label lead-in dynamics: response/relapse criteria were similar to prior relapse-prevention psychosis studies, and ~62% of patients were randomized into the maintenance phase as "responders". We note that secondary endpoints look like an unequivocal win as well: in the pimavanserin group, nearly 39% of patients got to wk26 without relapse versus 28% for placebo, and the HR for all-cause discontinuations was 0.452 (22.1% pimavanserin/38.4% placebo, p=0.0024). This fully aligns with the halt for efficacy, and the prior reported p<0.0033.

**Safety looks clean and already seems to be a major distinguishing factor for KOLs; the lack of associated cognitive declines on the MMSE may prove to be a key selling point.** The rate of adverse events (AEs) was relatively balanced between pimavanserin and placebo arms in the double-blind portion, at 41.0% and 36.6%, respectively, and were relatively benign: the most frequent AEs with a higher pimavanserin incidence were headache and urinary tract infection. Serious adverse events (SAEs) occurred in 3.6% of placebo patients and 4.8% of pimavanserin patients. AE-linked discontinuations were (this is impressive) more frequent in placebo-dosed patients (3.6%) than pimavanserin (2.9%). While safety did generally look clean, there was a single SAE deemed to be treatment-related which occurred in the open-label portion of the study, and there were two deaths in pimavanserin-dosed patients versus none for placebo (one in the open-label portion, and the second in the double-blind portion). We're not overly concerned here given the low numbers and relatively small sample, though it has been our belief all along that it will be challenging for ACAD to fully remove the "black box". Acadia's three KOLs in attendance at the CTAD event were universally and unequivocally excited about pimavanserin's safety profile, noting that with drastically reduced side effects vs most atypical antipsychotics, pimavanserin may unlock (1) broad treatment of psychosis at (2) earlier stages of disease. To this point, the three KOLs were notably excited about the MMSE data, which Acadia collected with the intent to monitor any impacts on cognition - one specialist suggested the drug could even be "pro-cognitive" (a characterization hastily caveated as preliminary).

**As we noted above, it's hard to poke any real holes in this data set (though we'll take our best shot).** The relapse rate was notably smaller in this study (for both pbo and drug) versus prior psychosis relapse-prevention studies: in the most comparable study we've found (Devanand 2012 assessing risperidone in Alzheimer's Psychosis), there was a 60%/33% rate of relapse on placebo/risperidone, respectively (HR: ~0.5, p=0.004). A meta-analysis by Leucht et al also found that relapse rates in maintenance studies of various antipsychotics in schizophrenia (62 trials, 6392 patients) were 57% on placebo vs. 22% on drug. The lower levels (28%/13% placebo/pima) reported in HARMONY could therefore suggest a less-severe study population, or another dynamic in play; that said this probably doesn't matter in the grand scheme. As we noted above, this trial wasn't just favorable for pimavanserin because of its design, but also because ACAD was able to include patients with Parkinson's, where the drug is already approved. And while the numbers are small, the relapse reduction in PDD and DLB (closely related to Parkinson's) look superior to that in Alzheimer's, which ultimately represents the major population of interest, and is where bulls generally model multi-billions in revenue.

**Acadia plans to approach the FDA in 1H20 and is targeting an sNDA in 2H20.** At its event, Acadia was clearly optimistic about their odds with the FDA; it sees HARMONY as firmly meeting the bar set by the FDA at the end-of-ph2 meeting for "clinically and statistically meaningful results."

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Nathaniel Tower | (617) 488-4146 | towern@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 3 - 5 of this report.

Ex. 79
P. 2

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

**ACAD – NASDAQ**

Biotechnology

## Investment Thesis

***We rate ACAD shares Hold.*** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study should increase the drug's sales potential significantly, assuming approval. DRP is a much larger market than PDP, though our market share in the former is slightly lower to reflect the greater presence of generic alternatives; in other words, the breadth of atypicals prescribed in DRP today is considerably broader than that in PDP, for a variety of reasons.*

## Target Price Methodology/Risks

**We derive a $40 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 1% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and 85% probability-of-approval for Dementia-Related Psychosis, respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation. We use a share count that probability weights the dilutive impact of various options, based on various ACAD pipeline scenarios and our estimate of their potential stock implications.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).

STIFEL

Ex. 79

P. 3

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

**ACAD – NASDAQ**

Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.

**Acadia Pharmaceuticals, Inc. (ACAD) as of December 04, 2019 (in USD)**



| 08/06/2018 | 08/09/2018 | 10/29/2018 | 02/27/2019 | 08/01/2019 | 09/02/2019 | 09/09/2019 | 10/30/2019 |
|---|---|---|---|---|---|---|---|
| 13.91 | 13.91 | 21.10 | 25.53 | 28.67 | 27.66 | 38.85 | 43.05 |
| I:H:17.00 | H:14.00 | H:20.00 | H:22.00 | H:24.00 | H:28.00 | H:39.00 | H:40.00 |

*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **SUSPENDED** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 51% are rated Buy, 35% are rated Hold, 2% are rated Sell and 12% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 17%, 8%, 0% and 5% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual

STIFEL

Ex. 79
P. 4

**Acadia Pharmaceuticals, Inc.**

Flash Note

**ACAD – NASDAQ**

**December 5, 2019**

Biotechnology

investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

"**Stifel**", shall include our group affiliate companies: (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the United Kingdom Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**") and (iv) our MainFirst affiliates (collectively "**MAINFIRST**"): MainFirst Bank AG, which is regulated by the German Federal Financial Services Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "**BaFin**"), MainFirst Schweiz AG, which is regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"), and MainFirst Securities US Inc. which is a U.S. broker-dealer registered with the SEC and a member of FINRA.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a

**STIFEL**

**Ex. 79**

**P. 5**

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

**ACAD – NASDAQ**

Biotechnology

representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 5 December 2019 06:38EST and disseminated at 5 December 2019 06:38EST.

**Additional Information Is Available Upon Request**

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.

STIFEL

Ex. 79

P. 6

# Exhibit 80



EQUITY RESEARCH

**COMPANY UPDATE**

December 6, 2019

HEALTHCARE/BIOTECHNOLOGY

# ACADIA Pharmaceuticals, Inc.

## Favorable HARMONY Strikes a Chord with Investors

### SUMMARY

ACAD shares rallied (+14% vs NBI -1% and S&P500 flat on Dec. 5) as full results of the Ph3 HARMONY study of pimavanserin in patients with Dementia Related Psychosis (DRP) exceeded investor expectations. DRP is a large unmet need, as ACAD noted that 30% of all dementia patients experience psychosis. Pimavanserin treats the psychosis symptoms of hallucinations and delusions that overlap across dementia patient subtypes. Ph3 HARMONY study was designed with both open-label portion and double-blind portion to determine number of responding patients and durability of effect. Study terminated early upon achieving primary endpoint of reduced risk of symptom relapse by 26 weeks (p=0.0023 vs. p=0.0033 stopping criteria), with a 65% reduction effect size. ACAD plans to meet with FDA in 1H20 about sNDA submission.

### KEY POINTS

- Full results of the Ph3 HARMONY study of pimavanserin in patients with Dementia Related Psychosis (DRP) exceeded investor expectations, with a hazard ratio of 0.35 compared to our estimate of expectations at 0.4-0.6. DRP is a large unmet need as 30% of all dementia patients experience psychosis. Pimavanserin treats hallucination and delusion symptoms that overlap across dementia patient subtypes (Exhibit 1).

- Ph3 HARMONY study was designed with both open-label and double-blind portion to determine number of responding patients and durability of effect. We note that efficient design enabled a rich dataset and likely facilitated enrollment. 61.8% (N=217/351) of patients responded and subsequently entered the randomized portion. We believe that a 7.7% discontinuation rate due to AEs reflects a well-tolerated safety profile (Exhibits 2-3).

- Pimvanserin demonstrated a 75.2% reduction in psychotic symptoms at week 12. Week 8 reduction was 63% before non-responding patients terminated trial. Full response criteria were 30% minimal reduction in psychosis score and a clinical global impression that patients were improving. ACAD observed 30% of patients nearly met criteria by week 2 and improved until 88% met criteria at week 12 (Exhibits 4-5).

- Previously, study was terminated early upon achievement of primary efficacy endpoint of reduced risk of psychosis relapse by week 26 (p=0.0026 vs. p=0.0033 stopping criteria). Hazard ratio of risk reduction was 0.353 equating to a 65% or 2.8x improvement. Additionally, an expert on ACAD's call noted that MMSE cognitive abilities assessment not only showed no decline but also improved (Exhibits 6-8).

- ACAD plans to meet with FDA in 1H20 to discuss sNDA submission. ACAD believes previous discussions indicate robust Ph3 HARMONY results along with Ph2 DRP and previous PDP data are supportive of filing. We note that efficacy across dementia subtypes enables a large market opportunity. We maintain our Perform based on current valuation with $48 PT (Exhibits 7-10).

---

**Stock Rating:**

## PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $48.00 |
| ACAD - NASDAQ | $50.48 |
| | |
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $53.70-$14.01 |
| Shares Outstanding | 150.7M |
| Float | 149.3M |
| Market Capitalization | $7,775.2M |
| Avg. Daily Trading Volume | 2,152,898 |
| Dividend/Div Yield | NA/NM |
| Book Value | $2.69 |
| Fiscal Year Ends | Dec |
| 2019E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $479M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2018A | (0.44) | (0.51) | (0.50) | (0.50) | (1.94) | NM |
| 2019E | (0.59)A | (0.38)A | (0.29)A | (0.37) | (1.60) | NM |
| 2020E | -- | -- | -- | -- | (2.06) | NM |
| 2021E | -- | -- | -- | -- | (0.58) | NM |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2018A | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 26.4x |
| 2019E | 63.0A | 83.2A | 94.6A | 94.7 | 335.4 | 17.6x |
| 2020E | -- | -- | -- | -- | 417.2 | 14.2x |
| 2021E | -- | -- | -- | -- | 775.6 | 7.6x |

**Jay Olson, CFA**
212-667-8126
Jay.Olson@opco.com

**Silvan Tuerkcan, Ph.D.**
212-667-7680
Silvan.Tuerkcan@opco.com

**Aydin Huseynov, M.D., CFA**
212-667-7187
Aydin.Huseynov@opco.com

Disseminated: December 6, 2019 03:50 EST; Produced: December 6, 2019 03:50 EST

### Stock Price Performance

1 Year Price History for ACAD

### Company Description

ACADIA Pharmaceuticals, Inc. is a biopharmaceutical company focused on the development and commercialization of medicines to address unmet medical needs in central nervous system (CNS) disorders. Founded by Mark R. Brann on July 16, 1993, the company is headquartered in San Diego, CA.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel: 800-221-5588 Fax: 212-667-8229

**ACADIA Pharmaceuticals, Inc.**                                                         **ACAD (PERFORM) - $48.00**

**5-YEAR PRICE PERFORMANCE**



Source: Bloomberg

**INVESTMENT THESIS**

We view ACAD shares as priced near fair value based on our DCF analysis driving our $48 PT. We estimate total peak risk-adj. revenue of ~$5.8B in 2029. We believe pimavanserin is an advantageous treatment based on its high molecular specificity enabling exceptional safety/tolerability with applicability across various indications.

**BASE CASE ASSUMPTION**

- Linear growth of Nuplazid sales in PDP
- FDA approval of pimavanserin in DRP
- Continued enrollment pace in clinical trials
- Positive results from SNR and MDD clinical trials

**CATALYSTS**

- 12/4/19: DRP Ph3 HARMONY full results at CTAD 2019
- 1H20: DRP expected sNDA submission
- 1H20: SNR second pivotal study initiation
- YE20: DRP potential approval
- 2021: DRP potential launch
- 2H20-1H21: MDD Ph3 CLARITY-2 results

**UPSIDE SCENARIO**

- Faster than expected growth of Nuplazid sales
- Larger than expected sales potential
- Pipeline expansion through synergistic partnerships
- ACAD potentially acquired

**DOWNSIDE SCENARIO**

- Failure to receive approval for pimavanserin in DRP
- Unexpected safety signal in a pimavanserin indication
- Lower than expected peak sales
- Slower than expected physician adoption
- Patent invalidation before 2030

**PRICE TARGET CALCULATION**

Our $48 12- to 18-month price target is based on a DCF valuation method. We employ an 11% WACC and a -5% terminal growth rate in the year 2032, which in our view, are appropriate for the late-stage pipeline and sales potential of this commercial biopharma company. We estimate peak PDP revenue of $855M, DRP risk-adj. (90%) revenue of $2.1B, SNR risk-adj. (50%) revenue of $780M, and MDD risk-adj. (50%) revenue of $1.8B each in 2029, and trofinetide in Rett syndrome peak risk-adj. (50%) revenue of $245M in 2032.

**KEY RISKS TO PRICE TARGET**

The key risks to our price target are clinical development risk and regulatory risk for both pimavanserin and trofinetide which are in multiple late-stage clinical studies. Additional risk may arise from lower than expected peak sales which may be caused by higher than anticipated competition resulting in a lower drug price and market penetration or failure to gain the support of the medical community, healthcare prescribers, and third-party payers. Other risks are related to the legal challenges of patents protecting these products.



ACAD (PERFORM) - $48.00 ACADIA Pharmaceuticals, Inc.

**Exhibit 1: ACAD notes 8M US patients with dementia of which 30% experience psychosis, translating into 2.4M US patients with DRP. <mark>Broad clinical overlap across dementia subtypes enables symptom management with pharmacological treatment regardless of specific diagnoses.</mark>**

### Appropriate treatment for Dementia-Related Psychosis (DRP) is a serious unmet need



- 30% of dementia patients will experience psychosis
- Psychosis associated with
  - Adverse patient outcomes
  - Increased cost of care
- Off-label use of typical/atypical antipsychotics
  - No to modest efficacy
  - Significant safety concerns
    - Risk of acceleration of cognitive decline
    - Numerous toxicities associated with varied receptor activities

**Why Dementia-Related Psychosis?**

The subtypes overlap greatly in:

- Clinical presentation
- Nosology
- Pathology (autopsy findings)

Similar management across subtypes

| Most Likely Clinical Diagnosis |
| --- |
| Alzheimer's disease (AD) |
| Dementia with Lewy body (DLB) |
| Parkinson's disease dementia (PDD) |
| Vascular dementia (VaD) |
| Frontotemporal dementia (FTD) |

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation

**Exhibit 2: Ph3 HARMONY trial design enables data on % patients that respond in open-label portion and durability of response maintenance in double-blind randomized portion, and easier enrollment.**



### Trial Design - International, double-blind placebo-controlled, relapse-prevention study



**392 patients**

Male or Female 50-90 yrs old

Open-label — **Pimavanserin** for 12 weeks

Responders

Double-blind

**Pimavanserin** for 26 weeks or until relapse

**Placebo** for 26 weeks or until relapse

**Primary endpoint** time to relapse in double-blind period

Open-label baseline — Week 12 Double-blind baseline — Week 38

**Mild-severe dementia** (MMSE: 6 to 24)

**Moderate-severe psychosis**
- SAPS-Hallucinations + Delusions (SAPS-H+D) total score ≥10 **AND**
- SAPS-H+D global item (H7 or D13) score ≥4 **AND**
- CGI-S score ≥4

**Response Criteria:**
- 30% reduction in total SAPS-H+D **AND** CGI-I of much better or very much better
- Responders are those subjects with sustained response at week 8 and week 12

**Why a Relapse-Prevention Design?**
- Outcome clinically meaningful
- Maintenance of efficacy addressed
- Placebo exposure minimized
- Effective treatment exposure maximized

Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation

 

**Ex. 80**
**P. 4**

**ACADIA Pharmaceuticals, Inc.**                                     **ACAD (PERFORM) - $48.00**

**Exhibit 3: 61.8% (N=217/351) of patients responded and subsequently entered randomized portion. We believe that a 7.7% discontinuation rate due to AEs reflects a well-tolerated safety profile.**

**Pimavanserin treatment leads to durable stabilization of psychosis**

| Disposition in Open-Label | Total N=351 n(%) |
|---|---|
| Randomized to Double-blind Period | 217 (61.8) |
| Early Termination | 134 (38.2) |
| **Reason for Early Termination** | |
| Lack of Response in Open Label | 70 (19.9) |
| Adverse Event | 27 (7.7) |
| Death | 1 (0.3) |
| Other | 36 (10.3) |
| 41 Subjects that were ongoing at the time of study discontinuation date are not summarized | |

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation

**Exhibit 4: Pimvanserin demonstrated a 75.2% reduction in psychotic symptoms in patients at week 12. We note that week 8 reduction was 63% before non-responding patients terminated trial.**

**Pimavanserin substantially reduced psychotic symptoms**
Data up to study discontinuation date [Mean +/- SE] (OC) open-label safety set





Total SAPS-H+D Change

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation

OPPENHEIMER

**Ex. 80**
**P. 5**

ACAD (PERFORM) - $48.00                                                                ACADIA Pharmaceuticals, Inc.

**Exhibit 5: Full response criteria were 30% minimal reduction in psychosis score and a clinical global impression that patients were improving. ACAD observed that 30% of patients nearly met criteria already by week 2 and continued improving until 88% of patients met criteria at week 12.**



Source: Company presentation

**Exhibit 6: Primary efficacy endpoint of reduced risk of psychosis relapse by week 26 was achieved by time of interim analysis (p=0.0023). Hazard ratio of 0.353 equals a 65% reduction in risk of relapse.**

### Primary Endpoint:
### Pimavanserin significantly reduced risk of relapse by 2.8X



|  | Double-blind | |
|---|---|---|
|  | Placebo N=99 | Pimavanserin N=95 |
| **Number of Subjects Having a Relapse Event, n (%)** | **28 (28.3)** | **12 (12.6)** |
| **Number of Subjects Censored, n (%)** | 71 (71.7) | 83 (87.4) |
| Completed Week 26 Without a Relapse | 28 (28.3) | 37 (38.9) |
| Prematurely Discontinued Prior to Week 26 | 10 (10.1) | 9 (9.5) |
| Ongoing at Time of Database Cutoff | 33 (33.3) | 37 (38.9) |
| **Cox Regression Analysis** |  |  |
| **Hazard Ratio (Pimavanserin/Placebo)** |  | **0.353** |
| 95% Confidence Interval |  | (0.172, 0.727) |
| **One-Sided p-value** |  | **0.0023** |
| O'Brien-Fleming Stopping Boundary (p-value scale one-sided) |  | 0.0033 |
| **Study stopped at interim analysis for positive efficacy** | | |

The Cox regression model includes effects for treatment group, dementia subtype, and region
Interim Analysis Dataset

17    NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation



5

**Ex. 80**
**P. 6**

**Exhibit 7: Strength of primary efficacy endpoint results reflected by p=0.0023 vs. pre-specified criteria for study termination of p=0.0033, leading to study termination at time of interim analysis.**





Source: Company presentation

**Exhibit 8: MMSE cognitive abilities assessment not only showed no decline but also improved.**

 



Source: Company presentation

Ex. 80
P. 7

ACAD (PERFORM) - $48.00                                                    ACADIA Pharmaceuticals, Inc.

**Exhibit 9: <mark>Efficacy across dementia subtypes with 73-83% psychosis symptom reductions</mark> by week 12.**



Source: Company presentation

**Exhibit 9: Psychosis symptom reduction efficacy corresponds to overall stabilization rates.**

### Stabilization and relapse rates by most likely clinical diagnosis



| | Open-label Stabilization rate % | Double-blind relapse rate | |
| --- | --- | --- | --- |
| | | PBO % | PIM % |
| **Overall** | 61.8 | 28.3 | 12.6 |

**Most Likely Clinical Diagnosis**

| | | | |
| --- | --- | --- | --- |
| **AD** | 59.8 | 22.6 | 13.1 |
| **DLB** | 45.5 | 66.7 | 0.0 |
| **PDD** | 71.2 | 50.0 | 6.7 |
| **VaD** | 71.4 | 16.7 | 16.7 |
| **FTD** | 50.0 | 0.0 | 100 |

Relapses on PBO (n/N):  Overall=28/99; AD: 14/62; DLB 2/3; PDD: 10/20; VaD 2/12; FTD 0/2
Relapses on PIM (n/N):  Overall=12/95; AD:  8/61;   DLB 0/6; PDD: 1/15;   VaD 2/12; FTD 1/1

NUPLAZID is approved in the U.S. for hallucinations and delusions associated with Parkinson's disease psychosis.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

Source: Company presentation



**Ex. 80**
**P. 8**

ACADIA Pharmaceuticals, Inc.                                                      ACAD (PERFORM) - $48.00

**Exhibit 9: ACAD anticipates meeting with FDA in 1H20 about sNDA submission. ACAD believes that previous discussions indicate that robust Ph3 HARMONY results are supportive of filing.**

## DRP Next Steps

- We remain on track to meet with the FDA in 1H20 to discuss our sNDA submission

- Based on our End-of-Phase 2 meeting with the FDA, we confirmed that the basis of an sNDA submission for DRP can rely on the HARMONY study provided that results are both statistically and clinically persuasive.

| Phase 3 HARMONY Results | Positive Phase 2 Alzheimer's Disease Psychosis Study[1] | Positive Phase 3 Pivotal study in PDP[2] |
|---|---|---|
| *Positive results showing acute benefit and sustained response in dementia patients across the five most common clinically diagnosed subtypes* | *Acute benefit observed with statistically significant reduction in psychosis in Alzheimer's disease patients vs. placebo* | *Acute benefit observed with positive results from pre-specified subgroup of patients with MMSE<25[3]* |

Pimavanserin has Breakthrough Therapy Designation for the treatment of DRP

[1]Ballard C, et al. Lancet. 2018;17:213-222.
[2]NUPLAZID Prescribing Information; Cummings J, et al. Lancet. 2014;383:533-540.
[3]MMSE = Mini-Mental State Examination, a test of cognitive function.
Provided December 4, 2019 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; ACADIA disclaims any duty to update.

ACADIA Pharmaceuticals

Source: Company presentation

**Exhibit 10: DCF valuation supports our $48 PT for ACAD.**

**ACADIA Pharmaceuticals Inc. (ACAD)**
Discounted Cash Flow Analysis
[$M, except per-share data]

| | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 335 | 417 | 776 | 1,277 | 1,823 | 2,344 | 2,991 | 3,696 | 4,418 | 5,094 | 5,830 | 3,525 | 1,839 | 934 |
| *Growth Y/Y* | 49.9% | 24.4% | 85.9% | 64.7% | 42.7% | 28.6% | 27.6% | 23.6% | 19.5% | 15.3% | 14.5% | -39.5% | -47.8% | -49.2% |
| COGS | 11 | 26 | 83 | 133 | 188 | 240 | 305 | 375 | 447 | 515 | 589 | 358 | 190 | 100 |
| *Gross Margin* | 96.6% | 93.8% | 89.4% | 89.6% | 89.7% | 89.8% | 89.8% | 89.8% | 89.8% | 89.8% | 89.8% | 89.8% | 89.8% | 89.8% |
| Licensing Fee | 8 | 10 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 16 | 17 | 10 | 2 | 1 |
| *% of Revenues* | 2.4% | 2.4% | 1.4% | 0.9% | 0.7% | 0.6% | 0.5% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% | 0.1% | 0.1% |
| R&D | 246 | 323 | 304 | 299 | 295 | 359 | 382 | 338 | 396 | 451 | 511 | 327 | 194 | 122 |
| *% of Revenues* | NM | 77.4% | 39.1% | 23.4% | 16.2% | 15.3% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% |
| SG&A | 322 | 393 | 478 | 543 | 641 | 700 | 733 | 839 | 948 | 1,033 | 1,116 | 667 | 364 | 211 |
| *% of Revenues* | NM | 94.2% | 61.7% | 42.5% | 35.1% | 29.9% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% |
| Operating Profit | (252) | (334) | (100) | 292 | 688 | 1,032 | 1,557 | 2,129 | 2,611 | 3,078 | 3,597 | 2,162 | 1,090 | 501 |
| Tax Rate % | 0.0% | 0.0% | 0.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| NOPAT | (252) | (334) | (100) | 230 | 543 | 815 | 1,230 | 1,682 | 2,063 | 2,432 | 2,842 | 1,708 | 861 | 396 |
| | | | | | | | | | | | | | | |
| Plus: D&A | (0) | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 |
| *D&A as % of sales* | -0.1% | 0.6% | 0.3% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Less: Change in Working Capital | (23) | (2) | (57) | (67) | (74) | (58) | (79) | (102) | (87) | (87) | (80) | (87) | 284 | 110 |
| *Change in working capital as % of sales* | -6.8% | -0.4% | -7.3% | -5.2% | -4.1% | -2.5% | -2.7% | -2.7% | -2.7% | -2.7% | -2.7% | -2.7% | -2.7% | -2.7% |
| Less: CapEx | (1) | (1) | (1) | (2) | (2) | (2) | (2) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| *Capex as % of sales* | -0.3% | -0.1% | -0.2% | -0.2% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% | -0.1% |
| Free Cash Flows | (276) | (334) | (156) | 162 | 469 | 757 | 1,150 | 1,580 | 1,976 | 2,352 | 2,755 | 1,992 | 1,068 | 506 |

| NPV | 6,617 |
|---|---|
| Discount Rate | 9.0% |
| Shares Outstanding | 176 |
| PV/Share | 37.59 |

| Terminal Year | |
|---|---|
| Terminal Value Grow th Rate | -5.0% |
| Terminal Value | 3,434 |
| Present Value of TV | 1,120 |
| Debt | 0 |
| Cash | 636 |
| Equity Value | 8,372 |
| Stock Price | $48 |

**Equity Value Per Share**
Terminal Value Grow th Rate

| | | -9% | -7% | -5% | -3% | -1% |
|---|---|---|---|---|---|---|
| | 11% | $39 | $39 | $40 | $41 | $42 |
| Discount | 10% | $42 | $43 | $44 | $45 | $46 |
| Rate | 9% | $46 | $47 | $48 | $49 | $50 |
| | 8% | $50 | $51 | $52 | $54 | $56 |
| | 7% | $55 | $56 | $57 | $59 | $63 |

Average  $48.49
Average  $47.86

Source: Oppenheimer & Co. Estimates, Company Filings

8  OPPENHEIMER

**Ex. 80**
**P. 9**

ACADIA Pharmaceuticals, Inc.

## ACADIA Pharmaceuticals Inc. (ACAD)
($1000s, except per share data)   [FY - DEC]



| | 2016 | 2017 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Probability-Adj. Product Revenues | $17,327 | $124,901 | $223,807 | $62,959 | $83,205 | $94,586 | $94,660 | $335,410 | $417,229 | $775,572 | $1,277,273 | $1,822,996 | $2,344,206 | $2,990,901 |
| Nuplzaid - Parkinson's Disease Psychosis (PDP) | $17,327 | $124,901 | $223,807 | $62,959 | $83,205 | $94,586 | $94,660 | $335,410 | $417,229 | $482,092 | $564,481 | $617,689 | $661,608 | $702,889 |
| Pimavanserin - Dementia-Related Psychosis (DRP) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $293,480 | $502,265 | $719,583 | $970,293 | $1,230,452 |
| Pimavanserin - Schizophrenia Inadequate Response (SIR) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pimavanserin - Schizophrenia Negative Response (SNR) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $125,849 | $210,425 | $303,987 |
| Pimavanserin - Major Depressive Disorder (MDD) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $210,527 | $335,714 | $457,335 | $677,605 |
| Trofinetide - Rett Syndrome (US Only) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,160 | $44,545 | $75,968 |
| Collaboration Revenue | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Revenues** | **$17,331** | **$124,901** | **$223,807** | **$62,959** | **$83,205** | **$94,586** | **$94,660** | **$335,410** | **$417,229** | **$775,572** | **$1,277,273** | **$1,822,996** | **$2,344,206** | **$2,990,901** |
| Cost of goods (GAAP) | 3,075 | 9,077 | 12,377 | 2,950 | 2,958 | 2,416 | 3,067 | 11,391 | 25,768 | 82,562 | 132,833 | 187,507 | 239,732 | 304,508 |
| Adj. Cost of Goods (non-GAAP) | - | 5,387 | 8,514 | 1,955 | 2,155 | 2,044 | 2,367 | 8,521 | 20,861 | 77,557 | 127,727 | 182,300 | 234,421 | 299,090 |
| Share-based compensation to COGS | | 3,690 | 3,863 | 995 | 803 | 372 | 700 | 2,870 | 4,907 | 5,005 | 5,105 | 5,207 | 5,312 | 5,418 |
| *% of total share-based compensation* | | 5% | 5% | 5% | 4% | 2% | 3% | 3% | 5% | 5% | 5% | 5% | 5% | 5% |
| Licensing fees & royalties | 1,331 | 3,983 | 5,953 | 1,630 | 2,037 | 2,273 | 2,262 | 8,202 | 9,821 | 10,750 | 11,290 | 12,354 | 13,232 | 14,058 |
| **Gross Profit** | **$12,925** | **$111,841** | **$205,477** | **$58,379** | **$78,210** | **$89,897** | **$89,331** | **$315,817** | **$381,639** | **$682,260** | **$1,133,150** | **$1,623,136** | **$2,091,242** | **$2,672,335** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Research & Development (GAAP) | 99,284 | 149,189 | 187,163 | 52,923 | 67,320 | 62,622 | 63,016 | 245,881 | 322,770 | 303,533 | 298,984 | 294,556 | 359,092 | 382,210 |
| Adj. Research & Development (non-GAAP) | 81,234 | 122,704 | 155,125 | 45,043 | 59,419 | 53,942 | 53,679 | 212,083 | 285,477 | 265,493 | 260,183 | 254,980 | 318,725 | 341,035 |
| Share-based compensation to R&D | 18,050 | 26,485 | 32,038 | 7,880 | 7,901 | 8,680 | 9,338 | 33,799 | 37,293 | 38,039 | 38,800 | 39,576 | 40,368 | 41,175 |
| *% of total share-based compensation* | 33% | 35% | 39% | 40% | 39% | 39% | 40% | 39% | 38% | 38% | 38% | 38% | 38% | 38% |
| Selling, General, & Administrative (GAAP) | 186,456 | 255,062 | 265,758 | 93,090 | 67,981 | 72,696 | 87,799 | 321,566 | 392,910 | 478,272 | 542,595 | 640,638 | 699,952 | 733,133 |
| Adj. Selling, General, & Administrative (non-GAAP) | 150,459 | 209,705 | 220,095 | 82,082 | 56,263 | 59,725 | 74,492 | 272,562 | 336,970 | 421,213 | 484,395 | 581,274 | 639,401 | 671,371 |
| Share-based compensation to SG&A | 35,997 | 45,357 | 45,663 | 11,008 | 11,718 | 12,971 | 13,306 | 49,003 | 55,940 | 57,059 | 58,200 | 59,364 | 60,551 | 61,763 |
| *% of total share-based compensation* | 67% | 60% | 56% | 55% | 57% | 59% | 57% | 57% | 57% | 57% | 57% | 57% | 57% | 57% |
| Total share-based compensation (excl. from non-GAAP OpEx) | 54,047 | 75,532 | 81,564 | 19,883 | 20,422 | 22,023 | 23,344 | 85,672 | 98,141 | 100,104 | 102,106 | 104,148 | 106,231 | 108,355 |
| **Total Operating Expenses (GAAP)** | **290,146** | **417,311** | **471,251** | **150,593** | **140,296** | **140,007** | **156,144** | **587,040** | **751,270** | **875,117** | **985,700** | **1,135,054** | **1,312,009** | **1,433,910** |
| **Operating Income (Loss) (GAAP)** | **(272,815)** | **(292,410)** | **(247,444)** | **(87,634)** | **(57,091)** | **(45,421)** | **(61,484)** | **(251,630)** | **(334,041)** | **(99,544)** | **291,572** | **687,942** | **1,032,197** | **1,556,992** |
| Interest income (expense) | 2,763 | 4,126 | 5,348 | 2,934 | 2,527 | 2,432 | 4,274 | 12,167 | 13,709 | 8,277 | 7,326 | 12,730 | 24,386 | 42,030 |
| Other income (expense) | 0 | 0 | (1,840) | (229) | (12) | 747 | 0 | 506 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total other non-operating income (expense)** | **2,763** | **4,126** | **3,508** | **2,705** | **2,515** | **3,179** | **4,274** | **12,673** | **13,709** | **8,277** | **7,326** | **12,730** | **24,386** | **42,030** |
| **Pre-Tax Income (loss) (GAAP)** | **(270,052)** | **(288,284)** | **(243,936)** | **(84,929)** | **(54,576)** | **(42,242)** | **(57,210)** | **(238,957)** | **(320,332)** | **(91,268)** | **298,898** | **700,672** | **1,056,584** | **1,599,022** |
| Provision for income taxes | 1,341 | 1,119 | 1,256 | 375 | 365 | (264) | 0 | 0 | 0 | 0 | 62,769 | 147,141 | 221,883 | 335,795 |
| Tax rate (%) | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 21% | 21% | 21% | 21% |
| **Net Income (Loss) (GAAP)** | **(271,393)** | **(289,403)** | **(245,192)** | **(85,304)** | **(54,941)** | **(41,978)** | **(57,210)** | **(238,957)** | **(320,332)** | **(91,268)** | **236,130** | **553,531** | **834,701** | **1,263,227** |
| **Basic EPS (GAAP)** | **($2.34)** | **($2.36)** | **($1.94)** | **($0.59)** | **($0.38)** | **($0.29)** | **($0.37)** | **($1.60)** | **($2.06)** | **($0.58)** | **$1.48** | **$3.43** | **$5.13** | **$7.69** |
| **Diluted EPS (GAAP)** | **($2.34)** | **($2.36)** | **($1.94)** | **($0.59)** | **($0.38)** | **($0.29)** | **($0.37)** | **($1.60)** | **($2.06)** | **($0.58)** | **$1.29** | **$2.99** | **$4.46** | **$6.70** |
| Basic shares | 115,858 | 122,600 | 126,583 | 143,981 | 144,314 | 145,906 | 153,945 | 149,102 | 155,476 | 157,643 | 159,600 | 161,321 | 162,834 | 164,164 |
| Diluted shares | 136,106 | 141,126 | 147,407 | 164,604 | 167,703 | 166,818 | 176,009 | 171,167 | 178,610 | 181,099 | 183,347 | 185,324 | 187,062 | 188,591 |

Source: Oppenheimer & Co. Estimates, Company Filings



**Ex. 80**
**P. 10**

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

ACAD (PERFORM) - $48.00                                                    ACADIA Pharmaceuticals, Inc.

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 395 | 63.10 | 185 | 46.84 |
| PERFORM [P] | 228 | 36.42 | 78 | 34.21 |
| UNDERPERFORM [U] | 3 | 0.48 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

The Oppenheimer & Co. Inc. analyst/associate who covers ACAD has a long position in iShares NASDAQ Biotechnology Index (IBB), an exchange traded fund that holds securities of this company and whose performance may be impacted by the performance of ACAD and the other stocks under coverage by this analyst/associate(s).

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report,



Ex. 80
P. 12

the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2019.

Ex. 80
P. 13