# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEMS et al., *Individually and on Behalf of All Others Similarly Situated*,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC., et al.,

Defendants.

Case No. 21cv762-WQH (MSB)

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO SEEK INFORMAL DISCOVERY CONFERENCE [ECF NO. 120]**

The Court has considered the Parties' Joint Motion to Extend Deadlines to Seek Informal Discovery Conference and, for good cause shown, **GRANTS** the joint motion and **ORDERS** as follows:

1. The deadline for Defendants to request an informal discovery conference relating to Plaintiffs' Interrogatory Responses is continued from November 15 to **November 29, 2023**; and

/ / /

/ / /

/ / /

/ / /

2.      The deadline for Defendants to request an informal discovery conference relating to Plaintiffs' RFA Responses is continued from November 19 to **November 29, 2023**.

**IT IS SO ORDERED.**

Dated:  November 16, 2023

Honorable Michael S. Berg
United States Magistrate Judge