**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**DECLARATION OF WILLIAM C. FREDERICKS IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Hon. William Q. Hayes<br>Courtroom 14B |

I, William C. Fredericks, hereby declare as follows:

1. I am a partner with the law firm of Scott+Scott Attorneys at Law LLP, counsel for Lead Plaintiff City of Birmingham Retirement and Relief System ("Lead Plaintiff") and the court-appointed Lead Counsel for the proposed Class in this Action. I am admitted *pro hac vice* to appear before the Court in this action. I make this declaration in further support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the matters set forth herein, and if called upon, I could and would testify competently thereto.

2. Discovery in this Action is ongoing. Following the Court's denial of Defendants' motion to reconsider the Court's prior order denying their motion to dismiss, Plaintiffs served their first set of document requests on March 22, 2023. Defendants produced only 114 documents between March 23, 2023 and June 22, 2023 (mostly insurance policies, organizational charts and some FDA materials). As of December 7, 2023, Defendants have produced over 180,000 documents since document discovery commenced in earnest this summer. Roughly 76% of the documents Defendants have produced to date (little over 137,000) were produced only after this Motion was filed on August 21, 2023. 96% were produced on or after August 4, 2023. Defendants' document productions remain ongoing. Third-party discovery is also ongoing, and merits fact depositions have yet to begin.

3. Attached as **Appendix A** is a table cataloging illustrative examples of excerpts of analyst reports referencing alleged terms of Acadia's agreement with FDA in the context of disclosures regarding Harmony's actual results.

4. Attached as **Appendix B** is a table cataloging illustrative examples of excerpts of analyst reports referencing probabilities or likelihoods of sNDA approval.

5. Each of the documents referenced in **Appendices A and B** are included as exhibits to this declaration. **Appendices A and B** are solely provided for the

1

Court's convenience should the Court prefer a reference guide, as opposed to flipping through voluminous pages of exhibits.

6. Attached as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report prepared by Professor Steven P. Feinstein, Ph.D., C.F.A., in this matter.

7. Attached as **Exhibit 2** is a true and correct copy of Defendant Acadia Pharmaceuticals Inc.'s Objections and Responses to Plaintiffs' Combined First Set of Requests for Admission and Second Set of Interrogatories dated December 6, 2023.

8. Attached as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Defendants' expert, René M. Stulz, Ph.D. dated November 10, 2023.

9. Attached as **Exhibit 4** is a true and correct copy of a document produced by Acadia Pharmaceuticals, Inc. titled "Type B EOP2 Meeting Sponsor Minutes" dated May 19, 2017 bearing bates numbers ACAD_SECLIT_0098422 to ACAD_SECLIT_0098428.

10. Attached as **Exhibit 5** is a true and correct copy of a transcript from the J.P. Morgan Biotechnology Conference Call Series dated November 11, 2019 bearing bates numbers ACAD_SECLIT_0451568 to ACAD_SECLIT_0451597.

11. Attached as **Exhibit 6** is a true and correct copy of a press release titled *ACADIA Pharmaceuticals Announces U.S. FDA Accepted for Filing the Supplemental New Drug Application for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis* issued by Acadia Pharmaceuticals, Inc. dated July 20, 2020 bearing bates numbers ACAD_SECLIT_0397205 to ACAD_SECLIT_0397209.

12. Attached as **Exhibit 7** is a true and correct copy of a letter from FDA's Tiffany R. Farchione, M.D. (Director (Acting), Division of Psychiatry) to Teresa Brandt, Ph.D. (Executive Director, Regulatory Affairs – Acadia Pharmaceuticals, Inc.) dated July 10, 2020 bearing bates numbers ACAD_SECLIT_0001083 to ACAD_SECLIT_0001087.

13.    Attached as **Exhibit 8** is a true and correct copy of an email from FDA's Danbi Lee, Pharm.D. (Regulatory Project Manager, Psychiatry Group) to Teresa Brandt (Executive Director, Regulatory Affairs – Acadia Pharmaceuticals, Inc.) dated July 28, 2020 bearing bates numbers ACAD_SECLIT_0023439 to ACAD_SECLIT_0023441.

14.    Attached as **Exhibit 9** is a true and correct copy of a transcript titled *ACAD.OQ – ACADIA Pharmaceuticals Inc Corporate Call – Regulatory Update on Supplemental New Drug Application*, of a call held on March 8, 2021 bearing bates numbers ACAD_SECLIT_0290762 to ACAD_SECLIT_0290774.

15.    Attached as **Exhibit 10** is a true and correct copy of a transcript titled *ACAD.OQ – ACADIA Pharmaceuticals Inc To Discuss Complete Response Letter from U.S. FDA for Supplemental New Drug Application*, of a call held on April 5, 2021 bearing bates numbers ACAD_SECLIT_0998164 to ACAD_SECLIT_0998180.

16.    Attached as **Exhibit 11** is a true and correct copy of a letter (also known as the "Complete Response Letter" or "CRL") from FDA's Tiffany R. Farchione, M.D. (Director, Division of Psychiatry) to Teresa Brandt, Ph.D. (Executive Director, Regulatory Affairs – Acadia Pharmaceuticals, Inc.) dated April 2, 2021 bearing bates numbers ACAD_SECLIT_0001088 to ACAD_SECLIT_0001093.

17.    Attached as **Exhibit 12** is a true and correct copy of an analyst report titled *Hitting The Harmony: Drp Success, New Market Opp Raises Pt To $66* published by Cowen and Company, LLC on September 9, 2019 bearing bates numbers TDCowen_Acadia00022022 to TDCowen_Acadia00022029.

18.    Attached as **Exhibit 13** is a true and correct copy of an analyst report titled *Positive Nuplazid Phase 3 Dementia Psychosis Trial Results. Raise PT to $60* published by Needham & Company, LLC on September 9, 2019 bearing bates numbers NEEDHAM_ACADIA_0000287 to NEEDHAM_ACADIA_0000296.

19.    Attached as **Exhibit 14** is a true and correct copy of an analyst report

3

titled *2019 Was Just the Tip of the Iceberg, Initiating at Buy at $69 PT* published by Citigroup Global Markets, Inc. on March 5, 2020 bearing bates numbers CITI_0000001 to CITI_0000047.

20. Attached as **Exhibit 15** is a true and correct copy of an analyst report titled *More legs to Nuplazid in 2020 and Beyond; Upgrade to Buy* published by The Goldman Sachs Group, Inc. on March 31, 2020 bearing bates numbers GS-000109 to GS-000126.

21. Attached as **Exhibit 16** is a true and correct copy of an analyst report titled *Ph3 HARMONY stopped early of efficacy; Schizophrenia data next* published by The Goldman Sachs Group, Inc. on September 9, 2019 bearing bates numbers GS-000193 to GS-000202.

22. Attached as **Exhibit 17** is a true and correct copy of an analyst report titled *HARMONY Phase 3 for Dementia-Related Psychosis Stopped Early for Success* published by JMP Securities LLC on September 9, 2019 bearing bates numbers JMP_ACADIA_0000774 to JMP_ACADIA_0000779.

23. Attached as **Exhibit 18** is a true and correct copy of an analyst report titled *Updating Model for DRP; PT to $50* published by JPMorgan Chase & Co. on September 10, 2019 bearing bates numbers JPMC-00000727 to JPMC-00000734.

24. Attached as **Exhibit 19** is a true and correct copy of an analyst report titled *ACAD unveil new indication with dementia psychosis ph 3 trial; PO to $46* published by BofA Merrill Lynch Global Research on October 5, 2017 bearing bates numbers BOFAS-ACAD-000099 to BOFAS-ACAD-000106.

25. Attached as **Exhibit 20** is a true and correct copy of an analyst report titled *Interim look at DRP study gives positive surprise; Reiterate Buy and PO to $48* published by BofA Merrill Lynch Global Research on September 9, 2019 bearing bates numbers BOFAS-ACAD-000282 to BOFAS-ACAD-000289.

26. Attached as **Exhibit 21** is a true and correct copy of an analyst report titled *Takeaways from our investor call with ACAD CEO and President* published

4

by BofA Securities on February 3, 2020 bearing bates numbers BOFAS-ACAD-000331 to BOFAS-ACAD-000338.

27. Attached as **Exhibit 22** is a true and correct copy of an analyst report titled *Nuplazid ramp remains steep, 2020 a year of preparation for expansion into DRP* published by BofA Securities on February 26, 2020 bearing bates numbers BOFAS-ACAD-000339 to BOFAS-ACAD-000346.

28. Attached as **Exhibit 23** is a true and correct copy of an analyst report titled *Minor impact from setbacks in MDD; Maintain Buy* published by BofA Securities on July 20, 2020 bearing bates numbers BOFAS-ACAD-000355 to BOFAS-ACAD-000362.

29. Attached as **Exhibit 24** is a true and correct copy of an analyst report titled *FDA surprisingly delays start of label discussion for DRP; Lower to Neutral* published by BofA Securities on March 9, 2021 bearing bates numbers BOFAS-ACAD-000400 to BOFAS-ACAD-000407.

30. Attached as **Exhibit 25** is a true and correct copy of an analyst report titled *MDD Preview: Risk/Reward Skewed to the Upside, Reiterate Buy* published by Citigroup Global Markets Inc. on June 24, 2020 bearing bates numbers CITI_0000106 to CITI_0000116.

31. Attached as **Exhibit 26** is a true and correct copy of an analyst report titled *MDD Study Fails, but DRP "Delay" More Surprising, PT to $63 (-6)* published by Citigroup Global Markets Inc. on July 20, 2020 bearing bates numbers CITI_0000117 to CITI_0000127.

32. Attached as **Exhibit 27** is a true and correct copy of an analyst report titled *Is DRP Approval Fully Priced In?  Will Pima Get a Broad Label?  What about the Black Box?  Our Thoughts on Your DRP Qs* published by Citigroup Global Markets Inc. on January 28, 2021 bearing bates numbers CITI_0000202 to CITI_0000216.

33. Attached as **Exhibit 28** is a true and correct copy of an analyst report

titled *4Q20 Earnings: Nuplazid Meets Ahead of DRP PDUFA* published by Citigroup Global Markets Inc. on February 24, 2021 bearing bates numbers CITI_0000217 to CITI_0000231.

34.    Attached as **Exhibit 29** is a true and correct copy of an analyst report titled *CRL Likely on April 3rd, Expect Delay of 1.5-2 Years; Comments from Management Follow-up; Downgrade to Neutral, PT to $35* published by Citigroup Global Markets Inc. on March 9, 2021 bearing bates numbers CITI_0000232 to CITI_0000243.

35.    Attached as **Exhibit 30** is a true and correct copy of an analyst report titled *Likely to Pursue New Phase 3 Planning & Dispute Resolution in Parallel; Additional Comments from Mgmt; PT to $25 (-$10)* published by Citigroup Global Markets Inc. on April 5, 2021 bearing bates numbers CITI_0000284 to CITI_0000296.

36.    Attached as **Exhibit 31** is a true and correct copy of an analyst report titled *Right or wrong...facing a continued overhang* published by The Goldman Sachs Group, Inc. on May 7, 2018 bearing bates numbers of GS-000211 to GS-000218.

37.    Attached as **Exhibit 32** is a true and correct copy of an analyst report titled *2Q EPS preview and catalyst roadmap* published by The Goldman Sachs Group, Inc. on July 24, 2018 bearing bates numbers of GS-000340 to GS-000366.

38.    Attached as **Exhibit 33** is a true and correct copy of an analyst report titled *Americas Healthcare: Biotechnology: 2Q EPS report – ACAD, DNLI, FPRX, IONS, SDLB* published by The Goldman Sachs Group, Inc. on August 13, 2018 bearing bates numbers GS-000426 to GS-000438.

39.    Attached as **Exhibit 34** is a true and correct copy of an analyst report titled *3Q EPS preview & 4Q outlook: Stocks to own in YE+* published by The Goldman Sachs Group, Inc. on October 24, 2018 bearing bates numbers GS-000439 to GS-000464.

40.     Attached as **Exhibit 35** is a true and correct copy of an analyst report titled *Acadia Pharmaceuticals Inc. (ACAD): Nuplazid sNDA for DRP hangs in the balance; Decent likelihood of a CRL* published by The Goldman Sachs Group, Inc. on March 9, 2021 bearing bates numbers GS-000170 to GS-000176.

41.     Attached as **Exhibit 36** is a true and correct copy of an analyst report titled *Nuplazid CRL as expected; Looking for clarity on forward path from Type A meeting – downgrade to Neutral* published by The Goldman Sachs Group, Inc. on April 5, 2021 bearing bates numbers GS-000161 to GS-000169.

42.     Attached as **Exhibit 37** is a true and correct copy of an analyst report titled *CRL Portends More Clinical Work Required for DRP – D/G to HOLD & PT to $21* published by Jefferies LLC on April 5, 2021 bearing bates numbers JEFF00010914 to JEFF00010922.

43.     Attached as **Exhibit 38** is a true and correct copy of an analyst report titled *Value Remains Evident in Pimavanserin Despite MDD Miss* published by JMP Securities LLC on September 9, 2019 bearing bates numbers JMP_ACADIA_0000786 to JMP_ACADIA_0000791.

44.     Attached as **Exhibit 39** is a true and correct copy of an analyst report titled *FDA Moves the Goal Posts on DRP Regulatory Path* published by JMP Securities LLC on April 5, 2021 bearing bates numbers JMP_ACADIA_0000736 to JMP_ACADIA_0000741.

45.     Attached as **Exhibit 40** is a true and correct copy of an analyst report titled *Bueller…Bueller…Bueller.  Nuplazid Regulatory Update Appears Bleak; Waiting on FDA's Response* published by J.P. Morgan Securities LLC on March 9, 2021 bearing bates numbers JPMC-00001233 to JPMC-00001242.

46.     Attached as **Exhibit 41** is a true and correct copy of an analyst report titled *CRL as Expected…Path to Market Remains Unknown* published by J.P. Morgan Securities LLC on April 5, 2021 bearing bates numbers JPMC-00005221 to JPMC-00005227.

47.    Attached as **Exhibit 42** is a true and correct copy of an analyst report titled *Nuplazid Already a Success in PDP, But DRP an Even Greater Opportunity; Initiate at Buy, $69 Price Target* published by Mizuho Securities USA LLC on December 15, 2020 bearing bates numbers MSUSA 000000688 to MSUSA 000000746.

48.    Attached as **Exhibit 43** is a true and correct copy of an analyst report titled *Application Deficiencies Increase Risk and Likely Push Out DRP Approval; Lower PT to $55* published by Mizuho Securities USA LLC on March 8, 2021 bearing bates numbers MSUSA 000000417 to MSUSA 000000424.

49.    Attached as **Exhibit 44** is a true and correct copy of an analyst report titled *Upon Further Review…Lower PT to $37 on DRP's Likely Lengthier Delay, But Not Its Demise* published by Mizuho Securities USA LLC on March 11, 2021 bearing bates numbers MSUSA 000000425 to MSUSA 000000433.

50.    Attached as **Exhibit 45** is a true and correct copy of an analyst report titled *Strong Foundation in PDP with Attractive Risk/Reward; Initiating at Overweight* published by Morgan Stanley & Co. LLC on August 20, 2020 bearing bates numbers MS_ACADIA_000086 to MS_ACADIA_000117.

51.    Attached as **Exhibit 46** is a true and correct copy of an analyst report titled *Regulatory Update Increases Uncertainty in DRP Approval by Next Month* published by Morgan Stanley & Co. LLC on March 9, 2021 bearing bates numbers MS_ACADIA_000068 to MS_ACADIA_000076.

52.    Attached as **Exhibit 47** is a true and correct copy of an analyst report titled *CRL Focuses on Dementia Subgroups; Lowering PT to $28* published by Morgan Stanley & Co. LLC on April 5, 2021 bearing bates numbers MS_ACADIA_000019 to MS_ACADIA_000027.

53.    Attached as **Exhibit 48** is a true and correct copy of an analyst report titled *4Q20 Review.  Expecting Nuplazid Label Expansion to Dementia Psychosis Soon* published by Needham & Company, LLC on February 25, 2021 bearing bates

numbers NEEDHAM_ACADIA_0000464 to NEEDHAM_ACADIA_0000471.

54.    Attached as **Exhibit 49** is a true and correct copy of an analyst report titled *Regulatory Surprise in DRP.  Lowering PT to $44* published by Needham & Company, LLC on March 9, 2021 bearing bates numbers NEEDHAM_ACADIA_0000459 to NEEDHAM_ACADIA_0000463.

55.    Attached as **Exhibit 50** is a true and correct copy of an analyst report titled *FDA Issues CRL for Nuplazid in DRP.  Lowering PT to $30* published by Needham & Company, LLC on April 5, 2021 bearing bates numbers NEEDHAM_ACADIA_0000472 to NEEDHAM_ACADIA_0000476.

56.    Attached as **Exhibit 51** is a true and correct copy of an analyst report titled *Challenging Path to DRP Lays Groundwork for Followers* published by Oppenheimer & Co. Inc. on March 9, 2021 bearing bates numbers OPCO_00206 to OPCO_00215.

57.    Attached as **Exhibit 52** is a true and correct copy of an analyst report titled *CRL Reveals Growing DRP Disconnect* published by Oppenheimer & Co. Inc. on April 5, 2021 bearing bates numbers OPCO_00216 to OPCO_00225.

58.    Attached as **Exhibit 53** is a true and correct copy of an analyst report titled *FY20 Nuplazid Guidance Reiterated After an In-Line 3Q; Next Key Catalyst is DRP PDUFA Date* published by Raymond James & Associates, Inc. on November 4, 2020 bearing bates numbers RJA – 000045 to RJA – 000054.

59.    Attached as **Exhibit 54** is a true and correct copy of an analyst report titled *Downgrading to Outperform; Did Not See This One Coming – DRP Seems To Be Headed For A CRL* published by Raymond James & Associates, Inc. on November 4, 2020 bearing bates numbers RJA – 000075 to RJA – 000086.

60.    Attached as **Exhibit 55** is a true and correct copy of an analyst report titled *CRL Suggests at Least 1 More Trial Needed for DRP Approval; Downgrading to Market Perform* published by Raymond James & Associates, Inc. on November 4, 2020 bearing bates numbers RJA – 000022 to RJA – 000033.

61.    Attached as **Exhibit 56** is a true and correct copy of an analyst report titled *3Q19: Continued Strong Commercial Execution, Anticipate Inflection Into Potential DRP Launch* published by RBC Capital Markets, LLC on October 30, 2019 bearing bates numbers RBCCM00000001 – RBCM00000009.

62.    Attached as **Exhibit 57** is a true and correct copy of an analyst report titled *FDA's sNDA Deficiency Notice Adds New Surprise, Uncertainty to DRP Opportunity* published by RBC Capital Markets, LLC on March 8, 2021 bearing bates numbers RBCCM00000111 – RBCM00000120.

63.    Attached as **Exhibit 58** is a true and correct copy of an analyst report titled *Tension Mounts on DRP Expansion with CRL; Unsurprising Development, Unclear Path Forward* published by RBC Capital Markets, LLC on April 5, 2021 bearing bates numbers RBCCM00000121 to RBCCM00000132.

64.    Attached as **Exhibit 59** is a true and correct copy of an analyst report titled *Morning Research Summary* published by Stifel Nicolaus & Company, Inc. on September 3, 2019 bearing bates numbers STIFEL_ACADIA_0000362 to STIFEL_ACADIA_0000366.

65.    Attached as **Exhibit 60** is a true and correct copy of an analyst report titled *Raising Out ACAD Target Price on Surprisingly Positive Interim DRP Data* published by Stifel Nicolaus & Company, Inc. on September 9, 2019 bearing bates numbers STIFEL_ACADIA_0000492 to STIFEL_ACADIA_0000500.

66.    Attached as **Exhibit 61** is a true and correct copy of an analyst report titled *3Q19 Recap: Solid Beat and Raise With Tweaked Expense guidance; Primary Focus Remains on DRP & CTAD* published by Stifel Nicolaus & Company, Inc. on October 30, 2019 bearing bates numbers STIFEL_ACADIA_0000430 to STIFEL_ACADIA_0000436.

67.    Attached as **Exhibit 62** is a true and correct copy of an analyst report titled *Solid HARMONY Data at CTAD Underlie Mgmt's Confidence in Approaching FDA; Our Take on the Full Results* published by Stifel Nicolaus & Company, Inc.

on December 5, 2019 bearing bates numbers STIFEL_ACADIA_0000552 to STIFEL_ACADIA_0000556.

68.     Attached as **Exhibit 63** is a true and correct copy of an analyst report titled *4Q19 Recap: Modest PDP Beat, But All Eyes on DRP With a Submission Expected This Summer* published by Stifel Nicolaus & Company, Inc. on February 27, 2020 bearing bates numbers STIFEL_ACADIA_0000197 to STIFEL_ACADIA_0000203.

69.     Attached as **Exhibit 64** is a true and correct copy of an analyst report titled *4Q20 Recap: Quiet Quarter As All Eyes on DRP PDUFA, Launch* published by Stifel Nicolaus & Company, Inc. on February 24, 2021 bearing bates numbers STIFEL_ACADIA_0000318 to STIFEL_ACADIA_0000324.

70.     Attached as **Exhibit 65** is a true and correct copy of an analyst report titled *ACAD Initial Take: CRL for Efficacy Reasons, Citing Gripes With Both Trials, Seems Hard to Overcome* published by Stifel Nicolaus & Company, Inc. on April 5, 2021 bearing bates numbers STIFEL_ACADIA_0000227 to STIFEL_ACADIA_0000231.

71.     Attached as **Exhibit 66** is a true and correct copy of an analyst report titled *PIMA CRL FOR DRP: OPP'Y IN DRP IN QUESTION AS FDA ASKS FOR MORE EFFICACY DATA* published by Cowen and Company, LLC on April 5, 2021 bearing bates numbers TDCowen_Acadia00041950 to TDCowen_Acadia00041961.

72.     Attached as **Exhibit 67** is a true and correct copy of an analyst report titled *KOL Calls Suggest Significant Upside in DRP; PT to $50; Upgrading to Outperform* published by SVB Leerink LLC on September 12, 2019 bearing bates numbers Leerink Partners – ACAD 0001801 to Leerink Partners – ACAD 0001813.

73.     Attached as **Exhibit 68** is a true and correct copy of an analyst report titled *Most likely approval on DRP, Initiate OP rating* published by SVB Leerink LLC on December 16, 2019 bearing bates numbers Leerink Partners – ACAD

11

0003247 to Leerink Partners – ACAD 0003249.

74.    Attached as **Exhibit 69** is a true and correct copy of an analyst report titled *Surprise Negative FDA Letter, but We Still Think DRP Can Work* published by SVB Leerink LLC on March 8, 2021 bearing bates numbers Leerink Partners – ACAD 0004650 to Leerink Partners – ACAD 0004656.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of December, 2023 at New York, New York.


_/s/ William C. Fredericks_____
William C. Fredericks (pro hac vice)