**APPENDIX A**

**Examples of Illustrative Excerpts of Analyst Reports Referencing Alleged Terms of
Acadia's Agreement with FDA in the Context of Disclosures Regarding Harmony's Actual Results**

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 1 | Goldman Sachs, (PX 16, GS-000193) | Sept. 9, 2019 | "Recall that following the end of Ph2 meeting with the FDA, ACAD confirmed that a single well-controlled study with statistically and clinically relevant data could serve as the basis for the supplemental NDA submission in combination with efficacy data from two previous acute studies . . . ." (at -195) |
| 2 | Goldman Sachs, (PX 15, GS-000109) | Mar. 31, 2020 | "As a reminder, at the end of the Ph2 meeting with FDA, ACAD noted that a single well-controlled study with statistically and clinically relevant data (relapse prevention study acceptable) could serve as the basis for the supplemental NDA submission in combination with efficacy data from the two previous acute studies . . . . We expect the FDA meeting will confirm the path forward for submission and focus on the mechanics of how to present the data package and ultimate format for submission.  We are positive on the likelihood of approval in DRP . . . ." (at -112) <br><br>"On the back of the strong data, KOL enthusiasm, ***and likely FDA alignment on the submission path, we model for the broad indication of DRP*** . . . and assign an 85% PoS." (at -115) |

1

| *No.* | *Source* | *Date* | *Relevant Excerpt(s)* |
|---|---|---|---|
| 3 | JMP Securities LLC (PX 17, JMP_ACADIA_0000774) | Sept. 9, 2019 | "We are confident that the results from [Harmony] will support label expansion given: 1) the strength of the results and reinforcement of the clinical profile that has already secured Breakthrough Therapy designation in this indication, 2) *clear feedback from the FDA at the end-of-Phase 2 meeting that a single trial would be supportive of approval*, and 3) the unmet medical need."  (at -774) |
| 4 | J.P. Morgan (PX 18, JPMC_00000727) | Sept. 10, 2019 | "Our confidence in the DRP approval stems from the fact that Nuplazid is already approved for the related condition of PDP . . . has breakthrough designation for DRP (e.g., constructive feedback from the FDA during the development process), and the unmet need . . . ."  (at -727) |
| 5 | Cowen, (PX 12, TDCowen_Acadia00022022) | Sept. 9, 2019 | "HARMONY and other supportive Ph2/post-hoc analysis is enough to drive FDA approval," of the sNDA.  Cowen then notes that Harmony's "data should address any FDA questions, especially given agency conferred breakthrough status *and written agreement that the HARMONY* [*sic*] *would generate sufficient pivotal data to support sNDA review*."  (at -022) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 6 | Citi Research (PX 14, CITI_0000001) | Mar. 5, 2020 | "Based on the results of HARMONY by subgroup, lack of prior regulatory precedent for approval in 'dementia' broadly rather than a specific subtype, and the class black box warning that pimavanserin carries in a modified form, a focus for investors is whether or not the drug will get a broad, clean label for use in DRP.<br><br>Currently there are four NCEs approved to treat the symptoms of dementia . . . . The fact that these drugs have labels specific to one or more type of dementia could suggest that FDA may be inclined to approve new drugs for only the specific dementia subtypes where a stat sig benefit is shown. However, the HARMONY study was not powered to show an effect on a specific subtype based on discussions the company has had with FDA. Given that [and] that Acadia has Breakthrough Therapy Designation for pimavanserin in DRP enabling more frequent and open dialog with FDA, we find it unlikely that FDA will choose now to discriminate in the label based on dementia subtype barring any significant differences in safety between dementia subgroups." (at -019) |
| 7 | Needham (PX 13, NEEDHAM_ACADIA_00 00287) | Sept. 9, 2019 | "Positive Nuplazid Phase 3 Dementia Psychosis Trial Results. . . . FDA reportedly informed mgmt. that a single well-controlled trial will be sufficient for approval in this indication," i.e., DRP. (at -287) |

3

| No. | Source | Date | Relevant Excerpt(s) |
|-----|--------|------|---------------------|
| 8 | Cowen (DX 72) | Dec. 5, 2019 | Harmony "data should address any FDA questions, especially given agency gave written agreement that the HARMONY [*sic*] would generate sufficient pivotal data to support sNDA review. . . . We strongly expect approval, likely sometime in late 2020 or early 2021." (DX 72 at 2, 6.) |
| 9 | Goldman Sachs (DX 74) | Dec. 5, 2019 | "[A] reminder, at the end of Ph2 meeting with FDA, ACAD noted that a single well-controlled study with statistically and clinically relevant data could serve as the basis for the supplemental NDA." DX 74 at 4. |
| 10 | Stifel (DX 79) | Dec. 5, 2019 | "Acadia was clearly optimistic about their odds with FDA; it sees HARMONY as firmly meeting the bar set by the FDA at the end-of-ph2 meeting for 'clinically and statistically meaningful results.'" DX 79 at 2. |
| 11 | Oppenheimer (DX 80) | Dec. 6, 2019 | "ACAD believes previous discussions with FDA . . . indicate robust Ph3 HARMONY results along with Ph2 DRP and previous PDP data are supportive of [sNDA]." DX 80 at 2. |