**APPENDIX B**

**Examples of Illustrative Excerpts of Analyst Reports
Referencing Probabilities or Likelihoods of sNDA Approval**

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 1 | Bank of America Merrill Lynch (PX 19, BOFAS-ACAD-000099) | Oct. 5, 2017 | "DRP contributes $16/sh of SOP valuation . . . .  We . . . risk adjust revs by a **30% likelihood of success** . . . ." (at -099) "Additional indications for Nuplazid in dementia-related psychosis (DRP) contribute $16/share." (at -101) |
| 2 | Bank of America Merrill Lynch (PX 20, BOFAS-ACAD-000282) | Sept. 9, 2019 | "In our model**, we increase our likelihood of success (LoS) for DRP to 65% (prev. 40%)** . . . ." (at -282) "Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $44/share." (at -284) |
| 3 | Bank of America Securities (PX 21, BOFAS-ACAD-000331) | Feb. 3, 2020 | "We currently est. the DRP launch in 2021 with risk-adj. sales of $117mn and ramping to $3.4bn peak sales (risk-adj.) **based on our 75% likelihood of success (LoS)**." (at -331) "Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $45/share." (at -333) |

1

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 4 | Bank of America Securities (PX 22, BOFAS-ACAD-000339) | Feb. 26, 2020 | "We model early 2021 launch in DRP and risk-adj. $121mn 2021 sales, ramping to peak $3.9bn in 2027, *assuming 75% likelihood of success (LoS)*." (at -339)<br><br>"Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $47/share." (at -341) |
| 5 | Bank of America Securities (PX 23, BOFAS-ACAD-000355) | July 20, 2020 | "We model DRP launching in 2021 with risk-adj. $122mn sales and ramping up to $4bn peak sales (risk-adj.) in 2027 *under our 75% likelihood of success (LoS)*." (at -355)<br><br>"Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $48/share." (at -357) |
| 6 | Bank of America Securities (PX 24, BOFAS-ACAD-000400) | Mar. 9, 2021 | "We also *lower our LoS for DRP to 60% (from 75%)* and raise WACC to 11% (from 10%) to reflect higher risk. . . . In our updated model, DRP now contributes $28/sh (prev. $56/sh) in our PO." (at -400) |
| 7 | Citi Research (PX 14, CITI_0000001) | Mar. 5, 2020 | "*PoS for DRP is 95%* . . . ." (at -004)<br><br>"Figure 3. *Probability of Success* for ACAD Assets in Our Model<br><br>. . . .<br><br>*Nuplazid*<br><br>. . . .<br><br>*DRP 95%*" (at -007) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 8 | Citi Research (PX 25, CITI_0000106) | June 24, 2020 | "*PoS for DRP is 95% . . . .*" (at -109) |
| 9 | Citi Research (PX 26, CITI_0000117) | July 20, 2020 | "*PoS for DRP is 95% . . . .*" (at -120) |
| 10 | Citi Research (PX 27, CITI_0000202) | Jan. 28, 2021 | "With Nuplazid's DRP PDUFA approaching (4/3/21), we're getting questions about what's in shares and potential reaction on the regulatory decision. *We expect approval (we model 95% PoS; we do receive pushback on this) with a broad label* and updated black box (not complete removal)." (at -202) "DRP contributes $44/share to our model – *Assuming 95% PoS*, peak sales of ~$3.5B in 2029, no terminal value post loss of exclusivity in mid-2030, and a discount rate of 8.5%, we attribute ~$44/share to DRP in our model, all else equal." (at -206) "*PoS for DRP is 95% . . . .*" (at -208) |
| 11 | Citi Research (PX 28, CITI_0000217) | Feb. 24, 2021 | "Nuplazid put up another in-line quarter as we wait for a DRP decision (PDUFA April 3rd). *We continue to be confident in an approval (95% PoS) . . . .*" (at -217) "*PoS for DRP is 95% . . . .*" (at -223) |

3

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 12 | Citi Research (PX 29, CITI_0000232) | Mar. 9, 2021 | "Updates to our model – As we think additional efficacy data may be needed, we've pushed DRP approval out at least two years, which removes $24/share from our price target.  We also **lowered PoS to 70% from 95%**, which removes another $7/share . . . DRP now attributes $15/share to our model vs. $47/share previously." (at -234)<br><br>"**PoS for DRP is 70%** . . . ." (at -235) |
| 13 | Citi Research (PX 30, CITI_0000284) | Apr. 5, 2021 | "Changes to our model – We now assume a three-year delay (vs. two years previously) for DRP, which removes $7/share from our model and a **lower 60% PoS (vs. 70% previously)**, which removes another $3/share." (at -285)<br><br>"**PoS for DRP is 60%** . . . ." (at -288) |
| 14 | Goldman Sachs (PX 31, GS-000211) | May 7, 2018 | "Model changes:  We . . . **lower our Nuplazid PoS** . . . in dimensia-related [*sic*] psychosis **to 15% from 50%** . . . ." (at -213) |
| 15 | Goldman Sachs (PX 32, GS-000340) | July 24, 2018 | "Valuation:  Our 12-month price target is $23 based on 100% risk-adjusted DCF value of $23 (**Nuplazid**: 60% **PoS** in PDP and **15% in DRP** . . . ." (at -345) |
| 16 | Goldman Sachs (PX 33, GS-000426) | Aug. 13, 2018 | "Valuation:  Our 12-month price target is $20 (vs. $23 prior) based on 100% risk-adjusted DCF value of $20 (**Nuplazid**: 60% **PoS** in PDP and **15% in DRP** . . . ." (at -427) |
| 17 | Goldman Sachs (PX 34, GS-000439) | Oct. 24, 2018 | "Valuation:  Our 12-month price target is $20 based on 100% risk-adjusted DCF value of $20 (**Nuplazid**: 60% **PoS** in PDP and **15% in DRP** . . . ." (at -443) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 18 | Goldman Sachs (PX 16, GS-000193) | Sept. 9, 2019 | "Nuplazid in DRP . . . On the broader indication of DRP (from Alzheimer's disease psychosis prior) and on the back of today's positive interim data, we adjust our model. *We assign a 85% PoS (vs. 15% prior)* and assume an sNDA filing in 2020 . . . ." (at -198) |
| 19 | Goldman Sachs (PX 15, GS-000109) | Mar. 13, 2020 | "On the back of the strong data, KOL enthusiasm, and likely FDA alignment on the submission path, *we model for the broad indication of DRP . . . and assign an 85% PoS*, assuming an sNDA filing in mid-2020, approval by YE20, and subsequent launch in 2021 (EU to follow later)." (at -115) |
| 20 | Goldman Sachs (PX 35, GS-000170) | Mar. 9, 2021 | "If an additional clinical trial is required but no issues are raised with the prior Ph3 HARMONY trial design (i.e. suggesting a second relapse prevention trial is employed), on *maintaining our PoS of 85% for Nuplazid in DRP* and pushing out our launch by 3 years . . . the DCF valuation would be $51. If an additional clinical trial is required that is of a different design from the prior Ph3 HARMONY study, we would have less conviction in its success. *On a PoS to 50% for Nuplazid in DRP* and delaying the launch by 3 years . . . the DCF valuation would be $38." (at -171–172) |
| 21 | Goldman Sachs (PX 36, GS-000161) | Apr. 5, 2021 | "Model changes:  We (1) *reduce Nuplazid in DRP PoS to 55% (from 85% prior)* . . . ." (at -164) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 22 | Jefferies, LLC (PX 37, JEFF00010914) | Apr. 5, 2021 | "Despite Co's assertion they can convince FDA, we now expect add'l clin work will be required, delaying launch to '24 & **lower PoS in the indication to a 'coin-flip.'**" (at -914)<br><br>"It's possible the path may be truncated but our base-case now has DRP launch in '24, **PoS to a coinflip (prev 75%)** . . . ." (at -914) |
| 23 | JMP Securities (PX 17, JMP_ACADIA_0000774) | Sept. 9, 2019 | "Our increased price target . . . **reflects a higher probability of approval in DRP (90% vs. prior 65%)** and higher penetration rates (12% at peak vs. prior 4%)." (at -774) |
| 24 | JMP Securities (PX 38, JMP_ACADIA_0000786) | July 21, 2020 | "There was fairly extensive discussion/questions on the conference call regarding FDA's action to assign standard and not priority review to the DRP sNDA . . . Ultimately, the timeline difference is inconsequential and **we continue to believe there is a high (90%) probability of approval**." (at -786) |
| 25 | JMP Securities (PX 39, JMP_ACADIA_0000736) | Apr. 5, 2021 | "ACADIA announced this morning that the company received a Complete Response Letter (CRL) for the sNDA for pimavanserin to treat dementia related psychosis (DRP) . . . We have delayed our projected launch in DRPs by three years, to 2024, on the assumption the company will need an additional clinical trial, and have **lowered our probability of approval to 75% from 90% to reflect clinical risk**." (at -736) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 26 | J.P. Morgan (PX 18, JPMC-00000727) | Sept. 10, 2019 | "On the heels of the positive interim readout of HARMONY, we're *increasing our probability of success (PoS) for Nuplazid in DRP to 90% (from 50%)*." (at -727) |
| 27 | J.P. Morgan (PX 40, JPMC-00001233) | Mar. 9, 2021 | "In the absence of any FDA feedback, our updated PT assumes a CRL and is based on a resolution that delays the potential DRP launch by 1 year.  We acknowledge the complete lack of available information to make a more informed decision.  *We decrease our POS to 70% (from 90% prior)* and defer some SG&A costs resulting in a fair value of $42 . . ." (at -235)<br><br>"In the event of a CRL that requires an additional clinical trial we suspect ACAD shares could be 'dead money' for the foreseeable future.  Under this scenario, we push out DRP launch by 3 years, *lower the POS to 50% (from 90%)* and increase R&D in the near-to-mid-term to account for a large Ph3 study." (at -235) |
| 28 | J.P. Morgan (PX 41, JPMC-00005221) | Apr. 5, 2021 | "Under a scenario where FDA requires one or two more clinical studies, we assume a 3 year delay, *decrease our POS to 55% (from 70%) for US DRP* (to account for the additional risk in running those studies) and increase R&D spend." (at -222) |
| 29 | Mizuho Securities USA LLC (PX 42, MSUSA 0000000688) | Dec. 15, 2020 | "Mizuho Base Case – Assumes *pimavanserin approval in dementia-related psychosis* with probability adjusted 2030 sales of ~$3.8Bn at *80% POS*." (at -698) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 30 | Mizuho Securities USA LLC (PX 43, MSUSA 0000000417) | Mar. 8, 2021 | "Undisclosed Deficiencies Lead to New Set of Questions on Nuplazid DRP Application: . . . We have been relatively confident in an on-time approval for this application, but, with the April 3 Action Date less than one month away, we now *lower our probability of success to 70% (from 80%)* and push out the launch by one year." (at -417) |
| 31 | Mizuho Securities USA LLC (PX 44, MSUSA 0000000425) | Mar. 11, 2021 | "As a result, we are taking a more conservative stance relative to our previous assumptions and now assume a longer delay (including a scenario in which the company would need to conduct an additional pivotal study), *leading us to assume a 60% POS (from 70% before)* and a 2024 DRP launch." (at -426) |
| 32 | Morgan Stanley (PX 45, MS_ACADIA_000086) | Aug. 20, 2020 | "Base Case . . . Pimavanserin is approved in DRP in 2021. *We model 85% PoS for pimavanserin in DRP*." (at -087) |
| 33 | Morgan Stanley (PX 46, MS_ACADIA_000068) | Mar. 9, 2021 | "Model updates. Given increased uncertainty surrounding approvability of Nuplazid in DRP, *we lower the probability of success to 75% from 85%*." (at -068)<br><br>"Base Case . . . Pimavanserin is approved in DRP in 2022. *We model 75% PoS for pimavanserin in DRP*." (at -069) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 34 | Morgan Stanley (PX 47, MS_ACADIA_000019) | Apr. 5, 2021 | "Model updates. *We lower our probability of success (PoS) for DRP to 50% from 75%*" (at -019)<br><br>"Base Case . . .<br>Pimavanserin is approved in DRP in 2024. *We model 50% PoS for pimavanserin in DRP* and assume at least one additional pivotal study is needed." (at -020) |
| 35 | Needham (PX 48, NEEDHAM_ACADIA_0000464) | Feb. 25, 2021 | "Our *POS for Nuplazid FDA approval in DRP is 95% . . . .*" (at -464) |
| 36 | Needham (PX 49, NEEDHAM_ACADIA_0000459) | Mar. 9, 2021 | "Based on the proximity of today's announcement to the 4/3/21 PDUFA date, and the low visibility on the nature of the sNDA deficiencies, we believe a Complete Response Letter (CRL) will be issued. We think the drug could still be approved for DRP based on the strength of efficacy/safety profile, but are *lowering our POS to 60%*." (at -459) |
| 37 | Needham (PX 50, NEEDHAM_ACADIA_0000472) | Apr. 5, 2021 | "The issues raised by FDA in the CRL suggest addn trial(s) will likely be needed prior to any type of approval. We are *lowering POS in DRP to 20% (was 60%)* and adjusting our Nuplazid sales ests." (at -472) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 38 | Oppenheimer & Co. Inc. (PX 51, OPCO_00206) | Mar. 9, 2021 | "FDA notified ACAD that it identified deficiencies in the DRP sNDA for pimavanserin that preclude discussion of labeling and post-marketing requirements . . . We *lower our POS estimate for DRP to 50% from 90%*, driving our new $28 price target ($42 prior) . . ." (at -206) |
| 39 | Oppenheimer & Co. Inc. (PX 52, OPCO_00216) | Apr. 5, 2021 | "ACAD received a CRL from FDA regarding the sNDA for pimavanserin in DRP with 4.3.21 PDUFA, following FDA's identification of deficiencies in the sNDA . . . We consequently *lower our POS estimate for approval of pimavanserin in DRP to 25% from 50%*, driving our new $20 PT for ACAD, from $28 prior." (at -216) |
| 40 | Raymond James & Associates (PX 53, RJA - 000045) | Nov. 4, 2020 | "We remain confident in *DRP approval* given the body of efficacy and safety generated (*90% probability of success*), and see significant upside at current valuation for this ~$3B+ opportunity." (at -045) |
| 41 | Raymond James & Associates (PX 54, RJA - 000075) | Mar. 9, 2021 | "Until this point, we have been confident in the data generated in DRP with Nuplazid, and note that KOL feedback had also been consistently positive – so, we are not ready to throw the towel in but given the uncertainty, we are *lowering our PoS to 25% (was 90%)* . . . ." (at -075) |
| 42 | Raymond James & Associates (PX 55, RJA - 000022) | Apr. 5, 2021 | "At this point, it's pretty clear the agency is looking for at least 1 additional Ph 3 trial that shows robust efficacy by the different dementia subtypes.  We are now modeling this as our base case (launch ~2024, *25% PoS*)." (at -022) |

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 43 | RBC Capital Markets, LLC (PX 56, RBCCM00000001) | Oct. 30, 2019 | "Price target/base case.  We assume U.S. peak sales of Nuplazid reach $2.4B in PDP and DRP, and *expect 90% likelihood of approval in DRP*." (at -002) |
| 44 | RBC Capital Markets, LLC (PX 57, RBCCM00000111) | Mar. 8, 2021 | "Price target/base case.  We assume U.S. peak sales of Nuplazid reach $2.4B+ in PDP and DRP and *expect 75% likelihood of approval in DRP*." (at -112) |
| 45 | RBC Capital Markets, LLC (PX 58, RBCC0000000121) | Apr. 5, 2021 | "We continue to see activity of pimavanserin and potential in the DRP indication, though additional clinical trials could be required – either in certain subtypes or in a broad population – to support approval . . . We are making several tweaks to our model, including a *reduced POS of the DRP program (to 55%)*, a prospective launch in DRP now to 2024 to incorporate any additional trialing, and adjusted SG&A expenses over 2021 and the near-term . . ." (at -122) |
| 46 | Stifel (PX 59, STIFEL_ACADIA_0000362) | Sept. 3, 2019 | "We are raising our ACAD target to $28 from $24, *reflecting an increased probability-of-clinical/regulatory success (40% from 20%) for the company's Dementia-Related Psychosis program*." (at -362) |

11

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 47 | Stifel<br><br>(PX 60, STIFEL_ACADIA_0000492) | Sept. 9, 2019 | "Updating our **DRP probability-of-success** in HARMONY to 100% and our ***odds of regulatory approval from 80% to 85%*** . . . That said, the increase here is due to the extremely significant p-value observed at the interim, which we think should, of course, increase one's regulatory confidence." (at -492)<br><br>"Target Price Methodology/Risks . . . We assume a . . . ***85% probability-of-approval for Dementia-Related Psychosis*** . . ." (at -493) |
| 48 | Stifel<br><br>(PX 61, STIFEL_ACADIA_0000430) | Oct. 30, 2019 | "Target Price Methodology/Risks . . . We assume a . . . ***85% probability-of-approval for Dementia-Related Psychosis*** . . ." (at -431) |
| 49 | Stifel<br><br>(PX 62, STIFEL_ACADIA_0000552) | Dec. 5, 2019 | "Target Price Methodology/Risks . . . We assume a . . . ***85% probability-of-approval for Dementia-Related Psychosis*** . . ." (at -553) |

12

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 50 | Stifel (PX 63, STIFEL_ACADIA_0000197) | Feb. 27, 2020 | "We're **continuing to model an 85% PoS for the DRP sNDA** – while we're below consensus on the peak opportunity here, and for a number of reasons we're more skeptical than the Street on the magnitude of pimavanserin's efficacy vs other antipsychotics, we think the drug's outstanding safety profile – along with Breakthrough Therapy Designation and the unmet need in Alzheimer's – will likely be enough to support approval." (at -197)<br><br>"Target Price Methodology/Risks . . . .  We assume a . . . **85% probability-of-approval for Dementia-Related Psychosis** . . ." (at -198) |
| 51 | Stifel (PX 64, STIFEL_ACADIA_0000318) | Feb. 24, 2021 | "Target Price Methodology/Risks . . . We assume a . . . **85% probability-of-approval for Dementia-Related Psychosis** . . ." (at -319) |
| 52 | Stifel (PX 65, STIFEL_ACADIA_0000227) | Apr. 5, 2021 | "Target Price Methodology/Risks . . . We assume a . . . **40% probability-of-approval for Dementia-Related Psychosis** (20% first cycle, 20% later) . . ." (at -228) |
| 53 | Cowen (PX 12, TDCowen_Acadia00022022) | Sept. 9, 2019 | "Increasing Target to $66 Based on Increased Probability of DRP Label Expansion for Pimavanserin.  We are raising our price target to $66 based on a **greatly increased probability of success (now at 70% up from 30%) in DRP**." (at -024) |

13

| No. | Source | Date | Relevant Excerpt(s) |
|---|---|---|---|
| 54 | Cowen (PX 66, TDCowen_Acadia00041950) | Apr. 5, 2021 | "Due to the lack of clarity on pimavanserin's path forward in DRP, we have updated our model to reflect a ***reduced probability of success for pima in DRP (30%)*** in our NPV analysis, lowering our PT to $26 (-$31)." (at -952) |
| 55 | SVB Leerink (PX 67, Leerink Partners – ACAD 0001801) | Sept. 12, 2019 | "Summary of updates to our model which increased our PT to $50 (from $21):  (1) We ***increased the POS for DRP from 65% to 100%***, given the strong Phase 3 HARMONY interim readout (p-value was below the 0.0033 threshold), which should support an sNDA filing and potential approval in 2020E . . ." (at -802) |
| 56 | SVB Leerink (PX 68, Leerink Partners – ACAD 0003247) | Dec. 16, 2019 | "Following the ***Nuplazid's approval in DRP (POS: 80%)***, the company will manage to execute the marketing and sales the same way as PDP." (at -248) |
| 57 | SVB Leerink (PX 69, Leerink Partners – ACAD 0004650) | Mar. 8, 2021 | "Our $63 PT includes $32 for the DRP indication, which assumes >$2B of additional sales at ***100% POS***, i.e., with the positive Phase 3 data and previous comments from management, we had assumed that this indication was going to get approved.  At this point, we are making no changes to our model, but if the PDUFA date is extended, we will then adjust our financial model accordingly." (at -650) |

14