# EXHIBIT 4

ACADIA Pharmaceuticals Inc.                                    Type B EOP2 Meeting Sponsor Minutes
IND 133880                                                                              19 May 2017

## MEETING DISCUSSION COMMENTS (ACADIA)

| | |
|---|---|
| **Meeting Type:** | B |
| **Meeting Category:** | End of Phase 2 |
| **Meeting Date and Time:** | May 15, 2017 from 11 a.m. to 12 p.m. EDT |
| **Meeting Location:** | 10903 New Hampshire Avenue |
| | White Oak Building 22, Conference Room: 1421 |
| | Silver Spring, Maryland 20903 |
| **Application Number:** | PIND 133880 |
| **Product Name:** | NUPLAZID® (pimavanserin) |

**Indication:** Treatment of hallucinations and delusions associated with dementia-related psychosis.

**Meeting Attendees:**

**FDA:**
Mitchell Mathis, MD, Director, DPP
Tiffany Farchione, MD, Deputy Director, DPP
Robert Temple, MD, Deputy Director, Office of Drug Evaluation I (ODEI) and Deputy Center Director for Clinical Science
Naomi Lowy, MD, Associate Director for Regulatory Science, ODEI
Bernard Fischer, MD, Clinical Reviewer, DPP
Jean Kim, MD, Clinical Team Leader
Hao Zhu, PhD, Clinical Pharmacology Team Leader, Office of Clinical Pharmacology (OCP)
Di Zhou, PhD, Clinical Pharmacology Reviewer, OCP
Aisar Atrakchi, PhD, Pharmacology/Toxicology Supervisor, DPP
Amy Avila, PhD, Pharmacology/Toxicology Reviewer, DPP
Peiling Yang, PhD, Biometrics Team Leader, Office of Biometrics (OB)
Semhar Ogbagaber, PhD, Biometrics Reviewer, OB
Brendan Muoio, PharmD, RAC, Senior Regulatory Project Manager, DPP

**ACADIA:**
Srdjan (Serge) Stankovic, MD, EVP, Head of Research and Development
Randall Owen, MD, SVP, Clinical Development and CMO
Erin Foff, MD, PhD, Director, Clinical Research
Mary Ellen Turner, MD, MPH, VP, Pharmacovigilance and Corp. Safety Officer
Mark Knowles, PhD, Exec. Dir., Biostatistics and SAS Programming
Sylva Collins, PhD, VP, Biometrics
Teresa Brandt, PhD, Sr. Dir., Regulatory Affairs
Daryl DeKarske, MPH, SVP, Global Head of Regulatory Affairs
Consultant attendee:
Pierre N. Tariot, MD, Director, Banner Alzheimer's Institute and Professor of Psychiatry, University of Arizona College of Medicine

The primary objective of the meeting was to obtain feedback on the ACP-103-045 study, as designed, in the context of planned, ongoing, and completed clinical studies with

Confidential and Proprietary Information of ACADIA Pharmaceuticals Inc.

CONFIDENTIAL                                                                ACAD_SECLIT_0098422

ACADIA Pharmaceuticals Inc.
IND 133880

Type B EOP2 Meeting Sponsor Minutes
19 May 2017

pimavanserin to support an indication of hallucinations and delusions associated with dementia-related psychosis.

Based on meeting preliminary comments (received 10May2017), ACADIA requested that the discussion be focused on responses to questions 2a, 2c, and Biometrics questions 3 and 4.

## 2.0 MEETING PRELIMINARY RESPONSES AND DISCUSSION
### 2.1 Clinical
*Question 1:* Does the Agency agree that treatment of hallucinations and delusions in dementia-related psychosis is an approvable indication?

***FDA Response to Question 1:*** *We agree that treatment of hallucinations and delusions in dementia-related psychosis is a potentially approvable indication. We agree that dementias need not be etiologically related for the common symptom of psychosis to respond to pimavanserin.*
**Meeting Discussion on Question 1: Sponsor agrees. No discussion.**

*Question 2:* The proposed ACP-103-045 study is a randomized, double-blind, placebo-controlled, relapse prevention study to evaluate the efficacy and safety of pimavanserin in subjects with hallucinations and delusions in dementia-related psychosis associated with neurodegenerative disorders, and is intended to be the basis of an sNDA for the proposed indication.
a) Does the Agency agree with the proposed overall study design?
b) Does the Agency agree with the proposed study population to be included in the study?
c) Does the Agency agree with the timing and selection of study endpoints?

***FDA Response to Question 2a:*** *We have concerns with the proposal to use a randomized withdrawal trial to establish efficacy. As an alternative, we suggest combining the proposed study with the postmarketing commitment (PMC) for a safety study in frail, elderly subjects. Subjects with dementia-related psychosis could be randomized to placebo or pimavanserin and counted towards the number required for the PMC safety study in the elderly. Responders could then be entered into a randomized withdrawal paradigm as proposed for study -045.*

**Meeting Discussion on Question 2a:**
**The Division acknowledged that randomized withdrawal trials have been used as the basis of efficacy claims in the past, either as the sole basis or supportive basis of approval, but expressed concern with the lack of placebo controlled parallel comparison data in an acute setting. The sponsor offered that the placebo-controlled acute efficacy and safety data in the proposed patient population are available from the completed Study 019 in Alzheimer's disease psychosis and in part from the completed Study 020 in Parkinson's disease psychosis where approximately 25% of patients also had dementia. These two studies could be used as supportive evidence and additionally to inform product labeling.**

Confidential and Proprietary Information of ACADIA Pharmaceuticals Inc.

CONFIDENTIAL

ACAD_SECLIT_0098423

ACADIA Pharmaceuticals Inc.                                    Type B EOP2 Meeting Sponsor Minutes
IND 133880                                                                              19 May 2017

**The Division's suggestion to combine the proposed randomized withdrawal study with the postmarketing commitment (PMC) for a safety study in frail, elderly subjects was discussed. Sponsor indicated that the primary objective of the PMC safety study in frail, elderly subjects (Study 046) is intended to include a wider range of patients with psychosis, many of whom may not meet more stringent inclusion criteria for the pivotal efficacy trial, and therefore the elucidated safety information from a separate safety study would be more representative of patients who may receive pimavanserin treatment in medical practice. Additionally, the Sponsor cited a number of methodologic and logistical issues related to a proposed combination of an acute and randomized withdrawal study in one study.**

**The scientific, clinical and regulatory merits of the proposed randomized withdrawal design were discussed. It was also noted that the proposed 045 study design closely follows APA treatment guidelines for use of antipsychotics in dementia patients and will provide important information relative to maintenance of efficacy beyond 6 weeks.**

**In conclusion, the agreement was reached that the RPS study 045, as proposed by the Sponsor, could be used as a single pivotal study for the indication of treatment of dementia-related psychosis, together with supportive data from the two completed acute studies, 019 and 020.**

***FDA Response to Question 2b:*** *Yes, we agree with the proposed study population as long as subjects are stratified by their current clinical diagnosis (as proposed). Labeling will reflect the actual composition and response of patients enrolled in the study.*

**Meeting Discussion on Question 2b: Sponsor agrees. No discussion.**

***FDA Response to Question 2c:*** *See our answer to Question 2a. In general, we agree with the timing and endpoints of the study. However, we believe capturing certain relapse criteria could potentially be difficult. For example, how will you ensure discontinuation due to inefficacy is distinguished from discontinuation due to adverse events? How will you assess a subject who is admitted to the hospital for a medical reason and receives an antipsychotic there for agitation or "sun downing" without a clear record of whether psychosis worsened or not? We would like to review the planned case report form (CRF) for determining relapse to ensure that events are appropriately captured.*

*Additionally, a measure of suicidal ideation and behavior needs to be included at each study visit (whether in person or via telephone). The most commonly used measure in sponsored clinical trials, the Columbia Suicide Severity Rating Scale (C-SSRS), is likely not appropriate for this population. Please propose an alternative way of monitoring for suicidal ideation and behaviors for Division review. Possibilities include use of a separate scale (e.g., the Cornell Scale for Depression in Dementia) or using select items from your already administered scales as a proxy measure. If you decide on a proxy measure, please submit an explanation of why this proxy is adequate to monitor for suicidal ideation and behavior in the study.*

Confidential and Proprietary Information of ACADIA Pharmaceuticals Inc.

CONFIDENTIAL                                                                    ACAD_SECLIT_0098424

ACADIA Pharmaceuticals Inc.                                     Type B EOP2 Meeting Sponsor Minutes
IND 133880                                                                                    19 May 2017

**<u>Meeting Discussion on Question 2c:</u>**
**<u>ACADIA agreed to clearly define procedures to ensure consistency and precision in</u>**
**<u>capturing relapse events. Additionally, ACADIA is considering the use of centralized</u>**
**<u>review of all study discontinuations. ACADIA will share the final procedure and CRFs</u>**
**<u>prior to study initiation.</u>**

**<u>In response to the request to provide a measure of suicidal ideation and behavior in the</u>**
**<u>study, ACADIA proposed to introduce a suicidality assessment at every study visit via a</u>**
**<u>5-point Likert scale for suicidality assessment (where each rating will be anchored using</u>**
**<u>the same anchors as in the suicidality item of the Hamilton Depression Scale). This</u>**
**<u>assessment will include patient and caregiver input with the clinician rating being the</u>**
**<u>primary rating based on the overall input. A draft of the proposed assessment is</u>**
**<u>enclosed.</u>**

*Question 3:* It is ACADIA's position that in the context of the overall existing and planned safety database for pimavanserin that the single well-controlled Phase 3 study in the proposed patient population would be sufficient for a sNDA filing in the proposed indication. Additionally, the safety database would include the data contained in the approved NUPLAZID® NDA, safety exposures from the completed Phase 2 study in Alzheimer's disease psychosis, as well as additional ongoing and planned pimavanserin studies. Does the Agency agree?

*FDA Response to Question 3: If you wish to rely on a single well-controlled study for your sNDA filing, the findings must be very persuasive. This means statistically significant with a very small probability of Type I error and a finding that is clinically meaningful. We agree that the total exposures from pimavanserin's development programs would provide a sufficient safety database once the safety-related PMC studies from the psychosis in Parkinson's disease approval are completed.*

**<u>Meeting Discussion on Question 3: Sponsor agrees. No discussion.</u>**

*Additional Biometrics Comments: Please address the following in your future Protocol/ Statistical Analysis Plan (SAP) submission:*
*1. In your SAP, plan to include detailed sensible sensitivity analyses methods to assess the potential impact of informative censoring/dropouts. In your primary endpoint, dropout due to other causes than relapse will be censored. You will need to justify why this approach is more relevant than time to discontinuation for any reason in defining the primary endpoint. In addition, you should properly document reasons for censoring, dropout and relapse in a clear manner both in the protocol and CRF.*

*2. You should submit details on the interim analysis plan, the stopping rules which should be thorough in the data monitoring committee charter and trial SAP.*

*3. We have no objection to the specified fixed sequence approach for multiple comparisons. However, we consider relapse rate redundant with the primary endpoint because the Kaplan-Meier curves, which display the relapse rates over time, will be included in the labeling if*

CONFIDENTIAL                                                              ACAD_SECLIT_0098425

ACADIA Pharmaceuticals Inc.
IND 133880

Type B EOP2 Meeting Sponsor Minutes
19 May 2017

*this trial can be used to support an efficacy claim. Also, it is unusual to have listed other secondary endpoints (that are not intended for inclusion in labeling) as part of the testing sequence because they serve for exploratory analyses. In addition, you will need to pre-specify the nominal significance levels for testing the key secondary endpoint at each look. Refer to Hung et al. (2007).*

*4. This is a multicenter trial. Randomization should also be stratified by country, if not feasible by center, to control potential confounding effects such as those arising from different medical practices across countries.*

**Meeting Discussion on Biometrics Questions:**
**1. Sponsor agrees. No discussion.**
**2. Sponsor agrees. No discussion.**
**3. ACADIA asked whether, even if not specified as a key secondary endpoint, the proportion (and number) of relapses in the randomized withdrawal period could be included in the label. The Division agreed that inclusion of this information would be acceptable.**
**4. ACADIA proposed, and the Division agreed that regional stratification (instead of by country) is acceptable for the 045 global trial, provided it is clearly stated in the protocol.**

**2.2 Regulatory**
*Question 4:* Does the Agency consider that the proposed indication could qualify for Breakthrough Therapy Designation?

***FDA Response to Question 4:*** *The proposed indication may qualify for Breakthrough Therapy Designation if it is determined that preliminary clinical evidence for pimavanserin demonstrates substantial improvement over other available therapies. The Division would be open to a teleconference to discuss this evidence prior to submitting your application. See the FDA Guidance for Industry on Expedited Programs for Serious Conditions — Drugs and Biologics for more information.*

**Meeting Discussion on Question 4:**
**ACADIA accepted the Division's suggestion to hold a separate meeting to discuss the data intended to support the application for the Breakthrough Therapy designation. The Sponsor will submit a request for this meeting to be held prior to formal BTD request submission.**

**Discussion of Post-Marketing Commitment for NUPLAZID®:**
**ACADIA requested a clarification regarding the ability of the proposed randomized withdrawal study in dementia-related psychosis (045, which will include dementia patients with PDP) to fulfill the PMC 3069-1 commitment, or alternatively, whether the timetable for the requirement could be deferred until the proposed study 045 is completed and the data from the study reviewed by the Division to evaluate whether the data from this study could sufficiently fulfill the PMC. If determined that this was not**

Confidential and Proprietary Information of ACADIA Pharmaceuticals Inc.

CONFIDENTIAL

ACAD_SECLIT_0098426

ACADIA Pharmaceuticals Inc.                          Type B EOP2 Meeting Sponsor Minutes
IND 133880                                                            19 May 2017

**the case, ACADIA would proceed with the conduct of the separate randomized withdrawal study in PDP, as per the PMC.**

**The Division invited ACADIA to submit additional rationale and justification for the above so that they can review and make decision if this was an acceptable proposal. Note: Please see rationale included with this submission.**

CONFIDENTIAL                                                        ACAD_SECLIT_0098427

DRAFT

# Global Clinical Assessment of Suicidality



| | Patient Rating | Partner/Caregiver Rating | Clinician Rating |
|---|---|---|---|
| **Rating of suicidality** | | | |

Since the last visit, has the patient thought life is not worth living, or wished he/she were dead, or had thoughts of hurting himself/herself and acted on these thoughts?

Ratings

- 0 – Absent
- 1 – Feels life is not worth living
- 2 – Wishes he/she were dead or any thoughts of possible death to self
- 3 – Suicidal ideas or gestures
- 4 – Attempts at suicide

CONFIDENTIAL

ACAD_SECLIT_0098428