# EXHIBIT 5

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 1

# J.P. Morgan Biotechnology Conference Call Series
## Acadia Pharmaceutical (ACAD)
### CEO Steve Davis
### Moderator: Cory Kasimov
### November 11, 2019
### 1:00 pm ET

Coordinator: Welcome and thank you for standing by.

I would like to inform all participants that this conference is being recorded and will be available to clients of J.P. Morgan. Parts of this conference call may also be reproduced in J.P. Morgan Research. If you have any objections, you may disconnect at this time.

This call is not intended for EEA clients that only subscribe for written research. And members of the press are not permitted on this call. If you are with the press or are subject to MiFID II and do not have high-touch access, please disconnect now.

All participants are in a listen-only mode for the duration of the call. I would now like to turn the call over to Cory Kasimov. You may begin.

CONFIDENTIAL

ACAD_SECLIT_0451568

Cory Kasimov:   All right great. Thank you, operator. Good afternoon or good morning everyone, and Happy Veteran's Day. My name is Cory Kasimov. I'm a senior biotechnology analyst at J.P. Morgan. I'm here with Gavin Scott from our team. Thanks for joining us for the latest installment of our 2019 Fall Biotech Conference Call Series where today it's our pleasure to be joined by Acadia Pharmaceuticals. And we have quite a contingent for management here. So we have CEO Steve Davis; CFO Elena Ridloff; Head of Research and Development, Serge Stankovic; CCO Mike Yang; and of course Mark Johnson from IR. So thank you all very much for taking the time to join us today. We really do appreciate it.

So we'll have our standard format for the call following some brief opening remarks by Steve. We'll run through our list of questions that will primarily focus on Nuplazid and the upcoming DRP presentation, the commercial outlook in PDP, as well as additional label expansion opportunities. We'll also touch on trofinetide and the company's future strategic direction. As usual, feel free to e-mail us additional questions throughout this discussion. And we'll work in as many as we can, time permitting.

So with that out of the way, Steve, would you like to start us off with some brief introductory comments on the current state of Acadia?

Steve Davis:   Okay great. Thanks much, Cory.

At Acadia, we're focused on improving the lives of patients, family members, and caregivers who suffer from CNS disorders. The centerpiece of our business plan today is Nuplazid. Nuplazid is a very different kind of drug. It's a very different kind of antipsychotic from every other antipsychotic on the market. All other antipsychotics on the market are basically brothers, sisters,

CONFIDENTIAL

ACAD_SECLIT_0451569

and cousins of each other. They work in very similar ways. Nuplazid works in a very different way.

We leverage this molecule into a three-pillar strategy. The first pillar of our business plan is to grow the sales of Nuplazid in Parkinson's disease psychosis, where we are the only drug approved. Second pillar is to leverage this same molecule, pimavanserin—known by its generic name—in additional indications. As we've said many times before, we love to make these kinds of investments. We know so much about this molecule. We know the safety and tolerability profile, drug-drug interactions, how to make it, et cetera. The thing that we've been filling in the blanks on over the last couple of years is the full extent of the utility of the molecule. And that's all looking very, very positive at this point in time.

So today, we are leveraging, under the second pillar, by pursuing dementia-related psychosis. We'll be talking a lot more about that on this call. As I think everyone on the call is probably aware, we stopped our Phase 3 program early—based on positive efficacy. In addition to dementia-related psychosis, we reported some very exciting data in depression where we ran a large pivotal study in depression with very positive results that line up precisely, almost exactly with what we hear from physicians in terms of needs in depression. And then we, as everyone is aware, are also running a trial in negative symptoms for schizophrenia. And we'll have results from that study by the end of the year.

Third pillar of the strategy is to expand our business. It's about leveraging the capabilities that we built into additional areas in the CNS arena. An example of that expansion is the in-licensing of trofinetide, which we brought in about a year ago. Trofinetide is a very novel approach to treat Rett syndrome where

CONFIDENTIAL

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 4

no drug is approved. And we are now moving that program into Phase 3. We're very excited about the prospects there.

So I look forward to adding additional color throughout the course of this call. And, Cory, I'll turn it back over to you.

Cory Kasimov:    All right perfect. Thanks, Steve. So let's start with the HARMONY DRP trial that's understandably been a major focus, for many, since the positive top-line results you had in September, and with the full presentation at CTAD right around the corner. So maybe to set the stage, can you provide, or Serge, a quick overview of the relapse prevention clinical trial design that you utilize here and perhaps highlight the precedent that's out there for this type of trial?

Steve Davis:    Yes, you bet, Cory. So let me give just a quick overview and then I'll turn it over to Serge, and he can talk about the questions, and add any additional color regarding the study design.

I'm going to talk a little bit of when we started, and say parts of running the Phase 3 program we'd see with this molecule compelling efficacy on a short-term dosing basis. And that's the way most antipsychotics are approved—on the basis of short-term dosing, six to eight weeks of dosing. We've previously seen from the two studies, an acute effect of pimavanserin in patients with dementia and psychosis.

The Phase 3 program is centered around the HARMONY study. And this study is a relapse prevention study that is designed primarily to explore the drug in a longer-term setting. And so one of the real benefits we get out of this, is we test durability of effect of the drug over much longer period of time. And in addition, it's an endpoint that is really meaningful to physicians

CONFIDENTIAL

ACAD_SECLIT_0451571

because that's the kind of thing that they think about when they're making treatment decisions.

So this study has been done very straightforward. We took patients in the study, put them all on pimavanserin for a 12-week dosing period. We evaluated whether we were having an antipsychotic effect at Week 8 and Week 12. And for those patients for whom we saw a consistent, stable response; their psychotic symptoms came down in a meaningful way at Week 8 and again at Week 12, they stayed in the study. For patients who did not show that response, as with neuropsychiatric drugs, you always have patients that don't respond to any therapy, those patients were excluded for the remainder of the study.

We took those patients that responded. We randomized them into two groups. One group stayed on pimavanserin, the drug that they'd shown a meaningful response to. The other group was switched to placebo. And after studying those patients for up to six months, we measured the time to relapse for those patients that stayed on pimavanserin versus those switched to placebo.

And that's the primary point of study—time to relapse between those two groups. And so what we saw on the interim read that we did, is that the patients who stayed on pimavanserin showed a very highly statistically significant benefit to staying on pimavanserin versus those that were switched to placebo. That's just a really kind of simplistic overview of the trial design, and I'll turn over to Serge to add in additional color, and also to comment on precedence in the area.

Serge Stankovic:    Yes. Thanks, Steve. What I would just underscore is something you mentioned. And that is that the primary endpoint in this trial was not, simply, a movement on the psychiatric symptom scale. But an important clinical

ACAD_SECLIT_0451572

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 6

outcome that is very really easily could be related to either by a physician or their patients and can be really easily understood, which is reoccurrence of psychotic symptoms to the extent that we didn't require a new treatment, require hospitalization, or some other intervention.

These types of trials also have been done in a number of occasions, either for first indication or for expansion of indication. And the majority of this trial has been conducted in the schizophrenia or bipolar disorder space or major depression. In the dementia space, one trial is an article done by Dr. Devanand. And that trial was conducted to evaluate risperidone in Alzheimer's disease patients, where the trial evaluated relapse of psychosis and agitation and aggression in this trial. Yes it was successful.

Cory Kasimov:    Okay. So then maybe for those on the line who might not be as familiar with the specifics from the top line that you disclosed in September, can you just provide a quick overview of those results and what you learned there?

Steve Davis:    Yes. Please, Serge, go ahead.

Serge Stankovic:    Yes. As Steve mentioned, the primary endpoint in the HARMONY study was the relapse. It was the time to relapse in the double-blind period. For the interim efficacy analysis, a pre-specified stopping criteria for efficacy was defined, and it was actually there—interim analysis of a one-sided P value less than one (0.0033). And that is what we announced recently. With recommendation from the Data and Monitoring Committee, the trial was stopped for efficacy.

This high achievement of this high threshold on the interim analysis, tied to relapse, clearly demonstrated that very strong durability of effect of treatment

CONFIDENTIAL                          ACAD_SECLIT_0451573

with pimavanserin. And we're looking forward to sharing more results from the trial in the near future.

Cory Kasimov:    Okay. So given what you've disclosed so far, what do you expect to be the key items in focus next month at CTAD?

Serge Stankovic:    Well, we will share all material top-line results from this trial, and which, we expect it will include primary endpoint analysis, which was time to relapse. This will be expressed in the hazard ratio and the associated P value as I mentioned. This was agreed upon with the FDA for labeled coloring the entire indication of the treatment of hallucinations and delusions associated with dementia-related psychosis. In addition to this, we want to share key secondary endpoints, efficacy data from the open label portion of the trial, as well as the overall safety data from the trial.

Cory Kasimov:    Okay. And when we think about DRP, can you just talk a little bit about the individual etiologies that contribute to the diagnosis of this disease, and roughly what percentages of the total population these segments comprise? And was HARMONY generally representative of the broader population?

Steve Davis:    Yes. Please, Serge, go ahead.

Serge Stankovic:    Yes. I would certainly think so. DRP trial is addressing the broad population of patients with most common subtypes of dementia and includes Alzheimer disease, dementia with Lewy body, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia spectrum disorder. So as you can see, really a wide array of the whole dementia subtypes.

As you know, altogether, there are approximately 8 million patients in the United States with dementia and approximately 30% will experience

CONFIDENTIAL

ACAD_SECLIT_0451574

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 8

psychosis at some point, which brings us to about 2.4 million patients that would experience psychotic symptoms at some point in their disease. There are about 1.2 million patients treated for psychotic symptoms associated with their dementia, and from what we understand, about two-thirds of these patients are taking antipsychotics for their psychotic syndrome.

Cory Kasimov: Yes.

Serge Stankovic: So to get back to your part of question, the DRP study does address a broad spectrum of all dementia subtypes, and we had representation of all of these subtypes in our study.

Cory Kasimov: Okay. All right. So then to go back…

Steve Davis: Hey, Cory. I'm sorry. Just one point of clarification on the numbers. So as Serge mentioned, there are about 2.4 million patients in the US that had dementia-related psychosis and about 1.2 million are treated. The primary reason that patients are not treated, that might have DRP, is they're not diagnosed. So for those who are diagnosed, very high likelihood that they are treated.

Cory Kasimov: Okay…

Steve Davis: And that's true, that the same dynamic applies to dementia in general. About half of dementia patients are diagnosed and about half are not.

Cory Kasimov: Okay. Okay perfect. So to go back to the primary endpoint for a second, can you give us a sense of the bar for what's clinically meaningful? Is statistical significance to the bar, given the lack of options, or do you hear something

CONFIDENTIAL

ACAD_SECLIT_0451575

different from KOLs and treating physicians in the context of what is really truly clinically significant for them.

Serge Stankovic:   Well, Steve, I'll try to take this. You know what, first of all I would say that, just by the virtue of the very high statistical threshold that we met in this trial, and the meaningful endpoint of the exacerbation of psychotic symptoms, that indicates a meaningfulness from the clinical perspective of this trial. One of the things that people look for, when they look at a relapse prevention trial, is a hazard ratio, which roughly reflects the reduction of risk for exacerbation of psychotic symptoms under treatment.

And from that perspective, what we can show is the range of hazard ratios that have been observed, in the series of similar trials, in a variety of different populations. And the ranges, for a majority of these trials, are somewhere between 0.7 to 0.45, which indicate reduction of risk for exacerbation of about 30% to maybe 65%.

So, that's just as an illustration. But I would emphasize, that in this patient population, where there are no other treatments looking at this range, definitely you want to take into consideration the availability of any treatment that actually did create that risk of reoccurrence of psychotic syndrome.

Cory Kasimov:   Okay. All right. So, then sticking with the statistical theme for a second, but going now to the subgroup analysis, which will likely be a focus, were the subpopulations, those different etiologies within DRP, were they each sufficiently powered in the HARMONY trial design? Or maybe to ask another way, what gives you confidence that these data are supportive of a broad label? Do you have feedback from regulators that the subgroups have to demonstrate statistical significance on their own, or is a positive trend sufficient in order to be included?

CONFIDENTIAL

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 10

Serge Stankovic:    Yes. The primary endpoint analysis, that we agreed with the FDA on, is based on the robust statistical significance in the overall study population. So across all of the subtypes that presented in the study.

Just to be clear, the primary endpoint analysis is not powered to show significance by individual subtype of dementia, and neither is it required by the FDA for our label. We did have a very specific discussion on this because the number of relapse is overall, there was not that sort of powering by subtype. We plan to share subtype data from the open label portion of the trial, and we'll include subtypes in the demographic and descriptive open label and randomized portion of the trial. So that's what we will be discussing. But there is no requirement, nor expectation, nor power for analysis, of specific subtypes.

Cory Kasimov:    Okay. All right that's helpful. And then maybe quickly on safety. Nuplazid is currently contraindicated for patients with DRP. How does this come into play as it relates to a potential label expansion? Is this a scenario where we might expect a modified box warning, or what are the different scenarios we should be thinking about in this context?

Serge Stankovic:    Yes. This is of course—yes. Steve, did you want to chime in?

Steve Davis:    Yes. Yes I'm sorry. Let me just give a high-level overview and then, Serge, please, add in additional color you'd like.

I think as most listeners are aware, the FDA did a meta-analysis several years ago, and as a consequence of that, applied the class label to all antipsychotics. And that class label has two symptoms. The first symptom says there's an association between the use of antipsychotics in elderly demented patients and higher mortality rate. And the second symptom says, this drug is not approved

ACAD_SECLIT_0451577

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 11

for use in elderly demented patients. We have that same class label in our label with our drug today with one exception. We have a carve-out, on the second symptom, that says this drug is not approved for use in elderly demented patients unless their psychosis is associated with Parkinson's disease.

So, as we move forward in dementia-related psychosis, it appears clear that that box warning would have to be altered, because then what we'll be seeking out is an indication in the very population that the warning applies to. That's not an unprecedented situation and similar to what we have today with antidepressants. When those drugs are approved for use in populations including teenagers and young adults, but there's specific warning; so to inform physicians that when used in those patients, there's a higher rate in that patient's etiology.

In our case, since we're seeking an indication in elderly demented patients, that warning will have to be modified yet again. And just to be really clear on this, this is something we've explicitly discussed with the FDA when we had our end-of-Phase 2 meeting. To confirm our view that we could get a drug approved in this indication because of this and they acknowledged and agreed.

So, where we stand today is, if our data supports removing the box warning, of course we would seek to do that. That will all depend on the data that we have. I do want to be very careful though, in terms of setting the expectations. When you're in a class that has a class warning, it's usually very, very difficult to get that warning removed. So recognizing that this will be a topic of discussion with the FDA when we go in, we will be looking to our data to determine where we think we should come out and of course have a very appropriate discussion with the FDA on the topic.

CONFIDENTIAL

ACAD_SECLIT_0451578

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 12

Cory Kasimov:    Okay. All right that's very helpful. And then I guess at this point, in terms of the filing timeline, what are the gating factors that still remain ahead of a first-half submission?

Steve Davis:    Serge, do you want to take that?

Serge Stankovic:    Yes. Yes. First of all, let me just clarify, we're in a final process of data collection, and the first presentation will be in early December at CTAD. Once we have the opportunity to see the entirety of the result, as well as dive into those results, and provide our own interpretation of things, we will be requesting the pre-sNDA meeting with the FDA. We're obviously looking forward to engage with the FDA in a pre-sNDA meeting, which we anticipate will occur in the first half of 2020. And we will discuss our sNDA submission at that point, and following that meeting, we will be in a situation to more specifically share the precise timing of our sNDA submission.

Just one reminder, not to be forgotten, we do have breakthrough therapy designation for pimavanserin for DRP. Therefore, there is a high level of expectation there that we would receive priority review. Of course, that's only determined once we file. But looking historically, that has been the case in the vast, vast majority of cases. And we certainly expect that to happen in this case.

Cory Kasimov:    Okay. So aside from the final data collection, talking to the FDA and putting the actual package together, are there any other things that we should be aware of that need to be done? Obviously as you said, this is an approved product. So things like CMC, I presume, are all taken care of, unless there's more capacity that's needed. Is there anything we're potentially missing here or is that pretty straightforward?

CONFIDENTIAL

ACAD_SECLIT_0451579

Serge Stankovic:    So, Steve, do you want me to address this?

Steve Davis:    Yes. Please go ahead. I'll add in if there's something…

Serge Stankovic:    So, just as any submission, this submission will consist of a robust package of efficacy data. As Steve mentioned, too, a few studies that will be supportive as well as the few results from DRP HARMONY study results, safety from all these studies, but also a very extensive safety package that will include our post-approval safety study commitment that we will present the data as we accumulate it to the point of submission.

So all of that will be in the package of that submission. But there are no, at this point, any particularly dependent issues arise.

Cory Kasimov:    Okay. And then I guess, lastly here as we start to transition over the commercial side of Nuplazid, how are you thinking about the pricing strategy for the drug in the event of a label expansion for DRP? Does anything change assuming a much broader label?

Steve Davis:    Michael, do you want to take that?

Michael Yang:    Yes, sure. Thanks, Cory. I think it's a little early to talk about specifics around pricing until we have a view of the entire data package. What I can tell you is that we can fully establish the value proposition, if there's a large unmet need in both DPD and DRP and we have really broad access today with PDP. There's a significant caregiver-patient and financial burden associated with PDP. The research shows that patients with dementia have a dementia-related psychosis, have two times more likely to progress in severe dementia or one and a half times higher mortality rate. And there is significant distress to

CONFIDENTIAL

ACAD_SECLIT_0451580

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 14

families and caregivers leading to even an increased hospital admissions and nursing home placements.

So having a meaningful impact on that outcome will be a significant thing to discuss with the payors, and we think we'll be in a very good position to have those conversations once we have a better sense of the data.

Cory Kasimov:     Okay. That makes sense. All right. So we'll come back and we'll discuss other ongoing Nuplazid trials in the pipeline in just a little bit. But at this point, I want to transition over and talk a little bit about the commercial markets. So, Michael, I guess a lot of these questions are probably still be for you. And maybe we'd start off on this part by talking a little bit about the latest commercial dynamics with Nuplazid and maybe how you would characterize the overall market dynamic at this point for the drug.

Steve Davis:     Yes, sure.

Michael Yang:     Yes, sure. Thanks, Cory. I think that we're really pleased with the last two quarters of growth that you've seen from what we've been able to report. I think we've gotten back onto the trajectory of growth that we all expected with the asset. There is a significant need in PDP, and there's a significant gap and awareness between the patients, the caregivers, and the physicians. And so a lot of our commercial efforts have been designed to post that awareness gap.

Second, we've made really great strides with the credibility of PDP and Nuplazid as the standard of care, evidenced by Movement Disorder Society Evidence-Based Guidelines and Nuplazid's placement there.

CONFIDENTIAL

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 15

And then finally, we've been really pleased with our response to the 34-milligram capsule, which provides a better patient experience with regard to the comparison of the 217-milligram tablet. And we're seeing a great response to that both in the marketplace but also from the patients' fulfillment and compliance rate.

So I think, we're seeing growth in every channel. That means specialty distribution and specialty pharmacy. So we're really pleased with the momentum and the marketplace dynamics with PDP.

Cory Kasimov:    Okay. And then can you give us a sense of the channel mix I guess and Medicaid-Medicare breakdown?

Michael Yang:    Sure. So the mix of the business in terms of channel is specialty pharmacy, that represents what I would call the more traditional patient goes in to the office and a physician prescribed a product, that's specialty pharmacy, that's two-thirds of our business. And the specialty distribution, which incorporates both long-term care and some of the other hospital and governmental channel, is one-third. Most of our business, two-thirds, is Medicare.

Cory Kasimov:    Okay, two-thirds Medicare. And then when you think about the differences between the specialty pharma channel and specialty distribution or long-term care channel, how do you expect that to evolve? Do you think that two-thirds, one-third breakdown is how we should expect it to stay, or do you think that's going to be more moderate over time?

Michael Yang:    That's a great question. I would say that as DRP grows, DRP itself as an indication, there are more patients with dementia-related psychosis that are presenting in the long-term care channel. So that part of that indication is larger than it is for PDP. And obviously as that indication grows, it could have

CONFIDENTIAL

ACAD_SECLIT_0451582

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 16

an impact on the amount of growth and long-term care. So we probably would expect to see long-term care grow as part of our mix.

But the other thing to consider is that in the dementia-related psychosis market or patient dynamics, there's a lot more dynamic or fluid mix between the patients flowing between long-term care in the office and back and forth both from a prescriber's perspective but also where patients are. There's assisted-living and memory care unit, long-term care facilities. So a lot of that will have to play out as we see the marketplace and we get into the marketplace and see whether patients are actually being treated.

Cory Kasimov:  Okay. All right it makes sense. So I believe as of now in the PDP marketplace, Nuplazid's penetrated roughly somewhere in the mid-teens on a percentage level. Assuming that's accurate, what in your view gets the drug beyond that? What drives further traction over time for PDP specifically?

Michael Yang:  Sure. Yes. I think that is accurate. And as I mentioned, the significant gap that occurs in awareness between the patients who have it, the doctors who are aware that it's there, and the caregivers who don't know that anybody has a wide reaction the way it is. So I think what has to happen for continued momentum—and we have that momentum now—is growing further investment and continuing to invest in education and awareness and then driving the guideline and the patient experience through the 34-milligram capsule.

So we see, and I think Steve has articulated it in the past kind of a linear shape curve to this as the education and awareness becomes closer and the patient experience and physician experiences are broadened. We're still very much in the early stages I would say here because every quarter we had new physicians and new patients prescribing Nuplazid. So this is not a steep launch

ACAD_SECLIT_0451583

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 17

curve, and then you ride it out but it's more incremental. Every quarter, we're gaining and gaining on that.

So I see that playing out in the next few years.

Cory Kasimov:    Okay. All right. That's great. And then in the past when you've discussed the long-term care channel, you've talked about instances where medical directors were making institutional decisions to take patients off Nuplazid. Do you still see this dynamic? Are these decisions still intact? And if they are, what needs to occur for that to be reversed?

Michael Yang:    Yes. Thanks for the question. I think that, that is a historical perspective, you know. What I would say is, that was an acute reaction to what is now the unwarranted attack we got from CNN. It really harmed a lot of patients because there was misinformation out there. We've been able to rectify that and provide more balance. Certainly the FDA's statement, the information in our safety and efficacy indications to physicians and administrators have largely put that to bed. And I think our results in the long-term care channel are evidence that we've moved well past that. It's not something that impacts our commercial themes at all. And we learned from that. I think now we've created those relationships so we'll be staying ahead of those instead of having been impacted if they do occur in the future.

Cory Kasimov:    Okay. So, you have a second DTC campaign underway. Maybe, how is it different than the first campaign you ran earlier this year, and what are you seeing in terms of the early returns from the campaign?

Michael Yang:    Great question. I think just to, again, go back to the foundation that we know and are aware that disease awareness and brand education is a core commercial platform from us, and we've learned a lot from our previous

ACAD_SECLIT_0451584

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 18

campaigns. The existing campaign is very similar, and its deal is sustain ads. We're supplementing it of course with different learnings we've had from a media schedule and digital support. So it's enhanced in that regard, but in large part, it's the same campaign.

We've run it a little earlier than we did for the same kind of season as we did a year ago. And we're very enthusiastic about that. Of course, there will be a lag in terms of the impact. So we'll likely see the impact from this campaign next year in the second quarter. But we'll continue to assess the impact. We're seeing very good reactions from the leading indicators we track. And that's website hits and call to action, high-value actions on our digital properties, and some of the other trackers we use. But we're seeing positive signals and that the campaign is responding the way we want it to.

Cory Kasimov:    Okay. So then considering awareness is so critical to the ongoing promotion of Nuplazid, it sounds like the DTC efforts, we should expect in sort of on this ongoing basis until you have awareness where you believe it should be. Fair way to put it?

Michael Yang:    Well, I think that we'll assess those as we go forward. We've seen a good response from the past and the current campaign. We know awareness is an important driver. How we go about that, we'll continue to assess and evaluate that on a go-forward basis.

Cory Kasimov:    Okay.

Steve Davis:    Maybe just to add a little bit of color to that, Cory. I think in many disorders that are chronic and that patients have for decades, you might see a situation where you make the corporate investment in raising disease awareness or

ACAD_SECLIT_0451585

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 19

awareness of the therapy, and then your ROI on those investments might diminish over time. You reach kind of a point of diminishing returns.

In the case of PDP, because patients usually have this disorder late in the disease—it's a fairly dynamic population. So you've got new patients being identified and patients that ultimately reached into their life or therapy for other reasons. And so we may be in the situation where the ROI on DTC television advertising continues to justify additional investments in order to help lift and maintain disease awareness in this fairly dynamic patient population.

Michael Yang:    Yes let me just build on that just a bit, Cory. The diagnosis of Parkinson's disease is a devastating diagnosis. And while physicians know that at some point in a patient's life it's known they have a potential to get psychosis, there's a lot of other things that they're trying to struggle with and at that time of diagnosis, very few physicians are profiling later on that you could get psychosis. So what eventually happens is the patients go downstream. They're managing their movement. There's other side effects there or other disease implications they're managing. And then kind of psychosis springs up.

And to Steve's point, they're later in life. They haven't been educated and they're surprised and they're unaware. So again to his point, we'll have to evaluate that as we get longer into the disease lifecycle. But right now we have a positive ROI with our investment.

Cory Kasimov:    Okay. So then the question I have is kind of the read-through from DRP over to PDP, maybe the validation. I'm curious if you expect the pending DRP presentation at CTAD to potentially impact or as I said, validate, if you will, the PDP opportunity and act as a commercial tailwind? I'm talking from an on-label point of view. I mean, given all the noise that you had—in the past,

CONFIDENTIAL

ACAD_SECLIT_0451586

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 20

you alluded to the CNN headlines and stuff—to have another positive trial and it gets presented in a forum like CTAD, would you expect that to impact physician views and potentially prescribing habits for Nuplazid overall?

Michael Yang: You know what I would say is that just learning from the prior cycle that we went through with this—with the CNN article, you know, having the FDA come out and say that they reaffirmed the safety and efficacy profile of Nuplazid, that had a meaningful impact on physician's perspective of the drug. And then of course over the last two quarters we've seen their response from that, both from the 34-milligram and continued communication of that message.

Obviously the positive thing when an asset like pimavanserin has other indications that could potentially come online, I would say that it's important though that the news of DRP is in audiences that we don't necessarily call on today. So there's a lot of psychiatrist and other physician base that we don't necessarily call in to the degree that that information gets spread out.

I don't know that's going to impact PDP per se, but I think when we get the indication, obviously that additional indication, if you want to call it, provides a lot of validation for the asset to be used in a deeper way in both PDP and DRP.

Cory Kasimov: Okay. That makes sense. All right, so I want to turn back to the pipeline for a few minutes here and speak a little bit on MDD and maybe just to set the stage, it'd be helpful if you could frame the data you presented thus far from this condition.

Steve Davis: Sure. Yes. Serge, sorry, Serge, did you hear the question?

CONFIDENTIAL

Serge Stankovic:   Yes. Yes absolutely. So as Steve mentioned, last year we announced positive results to Stage 2 CLARITY trial. And this is robustly positive and supported development of pimavanserin as a potentially differentiating adjunctive treatment for inadequate response. So patients with inadequate response or MDD.

CLARITY or Phase 2 trial was enrolled 207 patients in a 10-week randomized double-blind placebo control multi-centered trial that was actually two-stage sequential parallel comparison design.

Pimavanserin was administered as adjunctive treatment in patients who were already on either SSRI or SNRI and did not respond at this point adequately to their background antidepressant medication.

In the study pimavanserin met the overall primary endpoint of weighted average for both stages, Stage 1 and Stage 2, in reduction on the Hamilton Depression Rating Scale of 17 items with a total score combined with the P-value of 0.039.

But one of the things that we found most compelling is that the results of the CLARITY trial align really very closely with all of the identified unmet need in the depression space in people that are not responding adequately to their initial SSRI or SNRI therapy.

And as you know, in this study we showed statistically and clinically significant efficacy both on the primary and secondary endpoint, positive improvement that were achieved immediately after starting the treatment at Week 1, reflecting some early efficacy and also we observed improvements in overall disability score, sexual function. We did not see meaningful weight gain, and we saw a reduction in daytime sleepiness.

CONFIDENTIAL

ACAD_SECLIT_0451588

So with all these, unlike other antipsychotics used adjunctively, in this indication we did not observe any impact on motor function either.

So overall, as I said, these results led us robustness and consistency of the result, led us to initiation of our Phase 3 program that is currently ongoing.

Cory Kasimov: Okay. So it'd maybe be helpful if you just discuss the key similarities and differences between the Phase 2b study and the ongoing Phase 3 program.

Serge Stankovic: Yes. Our Phase 3 studies are designed as placebo-controlled six-week trials in duration. They are essentially identical to Stage 1 in the CLARITY trial and it's a standard design. I mean, I will emphasize that what we saw in Stage 1 is SPCD. The trial was—or in our Phase 2 CLARITY study, the trial was overall positive but particularly robust effect size, we observed—an efficacy we observed in that Stage 1. And we are essentially simply repeating that design in our Phase 3 studies.

Cory Kasimov: Okay. So how long do you think it's going to take to run these trials, or maybe asked another way, how long until you think you can provide some guidance in terms of potential timelines?

Serge Stankovic: Well, as you know, we initiated our Phase 3—we are running two trials, although we only need one positive trial because our CLARITY Phase 2 trial will serve as one of the two pivotal trials in the submission but we wanted — so there he is kind of running through identical trial, one in the United States, one ex-US.

We started our US trial sometime in late spring and later in the summer we started our ex-US trial. We are in the first several months of recruitment. Recruitment in both trials is going very well and according to plan or slightly

above our plan. But we would like to see a little bit more recruitment trends in order to be able to more precisely project completion of this trial generally. This trial will take about two years, two and a half years to top-line results that we believe we will be in a position to more precisely provide some timelines for that top-line result and submission sometime mid next year, mid 2020.

Cory Kasimov: Okay. And then I guess last question on MDD, assuming you're able to roughly replicate the Phase 2b data in Phase 3, where do you ultimately see Nuplazid fitting in within the treatment landscape? What kind of potential commercial opportunity are we talking about here? Maybe how does it compare to PDP and DRP in your estimation?

Steve Davis: Serge, maybe I'll start with the answer there and then, Serge and Michael, feel free to jump in.

I think based on the profile that we saw in the pivotal study that we reported out last fall, we think that pimavanserin has a profile that can take it right to the head of the class in terms of adjunctive treatment in MDD. And, Cory, you're aware there are over 60 million patients with depression in the US. 2.4 million of them are being treated adjunctively because a majority of those patients that take first line therapy SSRIs or SNRIs don't adequately respond to those therapies.

And of those 2.4 million patients, the standard drugs today are the old generation dopaminergic antipsychotics. And while those drugs, when dosed adjunctively, do help with the depression, the remaining depression symptoms that these patients have and just carry a lot of well-documented side effects. And so I think given the profile that we observed, as Serge described, not only did we not see a worsening of sexual function, we actually saw benefit on sexual function.

CONFIDENTIAL

ACAD_SECLIT_0451590

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 24

I know we didn't announce the worsening of daytime sedation or sleepiness. We saw an improvement in daytime sleepiness. We saw rapid-onset of effect. We don't see ongoing weight gain. We saw this very robust effect size on efficacy, et cetera. I think that profile puts us in a position to move very much to be the preferred therapy in adjunctive treatment of depression.

And so we're very excited about this opportunity and very eager to continue rolling the Phase 3 program.

Michael and Serge, do you guys have anything to offer?

Michael Yang:    Yes. I would just build on that a little bit, Cory, because the second part of your question is, "How does it differ?" or "How is the profile versus the other indication?" So we think that PDP and DRP are very similar in the context that it's an older patient population, the primary payor is Medicare, and there's a significant long-term care channel profile in both of those indications.

And the indication with adjunctive MBD of course that's a younger, more vibrant, working patient population and therefore will be a higher opportunity for us in commercial pay. We have commercial pay today, but it's not a significant channel for us as much as it would be in MBD.

So that will give us an opportunity to open up another commercial or another payor opportunity for us and again a broader access of course patient population that Steve described is significantly larger than both PDP and DRP, all the ERP as 1.2 million patients treated. It's still 2.5 million treated with adjunctive is a lot larger population.

Cory Kasimov:    Okay. That's very helpful.

CONFIDENTIAL

ACAD_SECLIT_0451591

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 25

Steve Davis:    I'm sorry it just triggered one additional thought, Cory, that I think this is important context as well. PDP are treated primarily by neurologists. There's a very small part of the psychiatric community that treats it, mostly geriatric psychiatrists treating patients in long-term care.

And there's some what I would call kind of pseudo-specialist primary care physicians that wind up focusing on geriatric care that treat PDP. But it's mostly neurologists.

DRP has more of a mix of psychiatrists and neurologists; hence, somebody who's kind of pseudo-specialist primary care physicians.

And then if you move further in that direction, MDD has an even greater proportion of psychiatrists that treat that disorder.

And so as we kind of move through those indications, we're moving into broader physician populations, and there's the difference in how these physicians treat because with psychiatrists, depression—and for that matter psychosis—are right in the middle of their wheelhouse, and that's kind of the primary thing that they're focused on with their patients.

With neurologists, understandably many times they're focused on motor symptoms, primarily for Parkinson's patients.

And so as that physician mix changes over time with additional indications if we're successful because it needs additional approvals. I think you'll see physician treatment decision overall mix changing as well and psychiatrists, they tend to think more in terms of polypharmacy and adjunct therapy and continually—they're a little bit more facile I guess I would say in terms of adopting new therapies and changing the therapies that their patients are on.

CONFIDENTIAL

ACAD_SECLIT_0451592

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 26

So I think that will be another important dynamic as we think about progressing through these indications.

Cory Kasimov:   Okay. All right, perfect. So we're down to our last five or six minutes here. We'll go a little rapid fire through some of the remaining questions I had. Wanted to just at least touch on schizophrenia with the advanced data coming up in negative symptoms relatively soon. I guess the two questions I have here are, how much read-through do you see from the enhanced study that you had over the summer that failed over to advanced and in the event that advanced actually hit, do you believe you'd be able to pursue a regulatory filing since this is technically Phase 2 or would you likely need to run another trial? What kind of feedback do you have there?

Steve Davis:   Serge, do you want to take that?

Serge Stankovic:   Yes. Let me first try to address first part of the question. The short answer is we were encouraged with the enhanced data in regard to negative symptoms because in spite of the fact that we did not reach statistical separation on the overall schizophrenia symptoms as measured with PANSS score in that study, we did see significant improvement on the negative subscale of the PANSS score.

So, however, I always encouraged as we were by that data. We have to know two significant differences. First, the patient populations are somewhat different because in the enhanced study we have people that have both prominent positive and negative symptoms of schizophrenia while in our study, the negative symptom study, the symptoms are controlled with their current antipsychotic. So from that respect, if there is a difference in terms of how one would interpret data.

ACAD_SECLIT_0451593

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 27

Second, the study as it is customary negative-symptom schizophrenia study, is a longer-term study, six-month duration of treatment, while ENHANCE study was six-week study. So there is also the shorter-term period of observation. So from those two perspectives I would say not the direct read-through but some level of encouragement that pimavanserin does have some effect along the— on the negative symptoms.

Cory Kasimov:     Okay. So I want to work in an e-mail question here, big picture question for management. And it says, "If you guys were to get another pimavanserin pipeline when, i.e., another indication beyond PDP or DRP," so I'm assuming MDD or schizophrenia, "is it reasonable to think that Acadia as a stand-alone can fully realize the potential of this drug on its own?"

Steve Davis:     Yes, I'll take that and ask the members of our management team to chime in if you like. The short answer is yes. I think we're better positioned than anyone else in the industry to capitalize on these opportunities. I think as we think about moving from PDP to a potential approval in DRP, that is a very natural extension of the foundation that we've already built.

As we also think about a potential in moving into negative symptoms of schizophrenia and MDD, those are also very stepwise logical extensions of the capabilities that we built.

So the short answer is, I think we are better positioned than anyone else in the industry to capitalize on all of these opportunities.

Cory Kasimov:     Okay. That's clear. And then another question is regarding the intellectual property for Nuplazid. How long should we expect protection and how confident are you on this front?

CONFIDENTIAL

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 28

Steve Davis: So of course pimavanserin is the small molecule and in the small molecules we'd like to first look at the composition of matter patents. And when we look at our composition of matter patents, including Hatch-Waxman extension, that takes us to the first half of 2030. In other words, the full 14 years maximum you can get under Hatch-Waxman from the time of approval. We were approved in 2016.

I do always like to say at this point that there's some litigation in our industry that doesn't involve us. It could involve us at some point in time that could have the potential of moving that—at the expiration of those patents, composition of matter patents backed by as much as two years in 2028 time frame.

I also like to add that in addition to composition of matter patents, we have patents on utility, different uses of compound, formulations, et cetera, and those IP claims could run well beyond 2030.

So there's not a real crisp answer here, but I think the point is we feel very, very good about the overall IP state that we have in pimavanserin, and we have a long life to go at the moment.

Cory Kasimov: Perfect. And then the last question I'll work in for today is your current thoughts on business development. Do you have interest in bringing in another asset much like you did last year with trofinetide?

Steve Davis: Short answer is yes. As I mentioned, it's one of the pillars of our business plan and we are in traffic. We're doing a lot of work to assess opportunities. As I said before, we did a survey when we launched the drug regarding when did the company launch their first drug or acquire additional assets. Everyone saw it's an almost imperceptible blip of the (Writer Screens) Year 3 and a big blip

CONFIDENTIAL

ACAD_SECLIT_0451595

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 29

in Year 7. I just don't see the reason to wait. I'd rather deliver more things over a longer period of time so we could be more judicious, more strategic and that's what we're doing.

Cory Kasimov:    Okay. So then might as well just for that work, Elena in here at the end because you haven't had the opportunity to talk just yet. Can you, just given those comments, just briefly remind us about your balance sheet, the cash runway you have and kind of the key puts and takes on that?

Elena Ridloff:    Sure. So we ended Q3 with approximately 684 million in cash, which puts us in excellent position to prepare for the DRP launch and complete our ongoing Phase 3 programs with both pimavanserin and trofinetide. Just qualitatively as we think about 2019 and 2020 with regard to R&D, we expect the bulk of our investments to occur this year and next with the Phase 3 MDD program continuing to ramp up in enrollment and initiating the trofinetide Phase 3 program.

Some of this will be offset by the early stop of the HARMONY study. And the outcome of the ADVANCE study we know this quarter will further inform our future spending in schizophrenia.

With regard to SG&A, we expect to continue to leverage our investments in PDP while increasing our investments in preparation for a potential DRP launch.

So at this point in time we feel really, really good about our cash position, both to execute on our existing portfolio and to consider business development opportunities, as Steve mentioned.

CONFIDENTIAL

ACAD_SECLIT_0451596

JP MORGAN CHASE
Moderator: Cory Kasimov
11-11-19/12:00 pm CT
Confirmation # 9706164
Page 30

Cory Kasimov:    Excellent. All right. Well, listen, thank you guys so much. We're back at the top of the hour, so I think we'll stop there. Good luck at CTAD, and we look forward to seeing you there and then out in San Francisco in January. So thanks for taking the time today though.

Steve Davis:    Thank you so much, Cory.

Elena Ridloff:    Thank you.

Cory Kasimov:    All right. Talk to you soon. Bye-bye.

Steve Davis:    Bye.

Coordinator:    That concludes today's conference. Thank you all for your participation. You may now disconnect.

END

CONFIDENTIAL                                                                ACAD_SECLIT_0451597