# EXHIBIT 7

**U.S. FOOD & DRUG**
ADMINISTRATION

NDA 207318/S-011
    210793/S-008

**FILING COMMUNICATION –
NO FILING REVIEW ISSUES IDENTIFIED**

Acadia Pharmaceuticals Inc.
Attention: Teresa Brandt, PhD
Executive Director, Regulatory Affairs
3611 Valley Centre Drive
Suite 300
San Diego, CA 92130

Dear Dr. Brandt:

Please refer to your supplemental new drug applications (sNDAs) dated and received June 3, 2020, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA), for Nuplazid (pimavanserin) capsules and tablets.

We have completed our filing review and have determined that your application is sufficiently complete to permit a substantive review. Therefore, in accordance with 21 CFR 314.101(a), this application is considered filed 60 days after the date we received your application. The review classification for this application is **Standard**. Therefore, the user fee goal date is April 3, 2021.

We are reviewing your application according to the processes described in the draft guidance for industry *Good Review Management Principles and Practices for New Drug Applications and Biologics License Applications.*[1] Therefore, we have established internal review timelines as described in the guidance, which includes the timeframes for FDA internal milestone meetings (e.g., filing, planning, mid-cycle, team and wrap-up meetings). Please be aware that the timelines described in the guidance are flexible and subject to change based on workload and other potential review issues (e.g., submission of amendments). We will inform you of any necessary information requests or status updates following the milestone meetings or at other times, as needed, during the process. If major deficiencies are not identified during the review, we plan to communicate proposed labeling and, if necessary, any postmarketing requirement/commitment requests by March 3, 2021. This date conforms to the 21st Century Review timeline for your application.

---

[1] When final, this guidance will represent the FDA's current thinking on this topic. For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/RegulatoryInformation/Guidances/default.htm

Reference ID: 4633573

Confidential

ACAD_SECLIT_0001083

NDAs 207318/S-011 and 210793/S-008
Page 2

At this time, we are notifying you that, we have not identified any <u>potential</u> review issues. Note that our filing review is only a preliminary evaluation of the application and is not indicative of deficiencies that may be identified during our review.

## PRESCRIBING INFORMATION

Your proposed prescribing information (PI) must conform to the content and format regulations found at 21 CFR 201.56(a) and (d) and 201.57. As you develop your proposed PI, we encourage you to review the labeling review resources on the PLR Requirements for Prescribing Information[2] and PLLR Requirements for Prescribing Information[3] websites, which include:

- The Final Rule (Physician Labeling Rule) on the content and format of the PI for human drug and biological products

- The Final Rule (Pregnancy and Lactation Labeling Rule) on the content and format of information in the PI on pregnancy, lactation, and females and males of reproductive potential

- Regulations and related guidance documents

- A sample tool illustrating the format for Highlights and Contents

- The Selected Requirements for Prescribing Information (SRPI) – a checklist of important format items from labeling regulations and guidances and

- FDA's established pharmacologic class (EPC) text phrases for inclusion in the Highlights Indications and Usage heading.

At the end of labeling discussions, use the SRPI checklist to ensure that the PI conforms with format items in regulations and guidances.

## PROMOTIONAL MATERIAL

You may request advisory comments on proposed introductory advertising and promotional labeling.  Please submit, in triplicate, a detailed cover letter requesting advisory comments (list each proposed promotional piece in the cover letter along with the material type and material identification code, if applicable), the proposed promotional materials in draft or mock-up form with annotated references, and the

---

[2] http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/LawsActsandRules/ucm084159.htm
[3] http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/Labeling/ucm093307.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 4633573

Confidential

ACAD_SECLIT_0001084

NDAs 207318/S-011 and 210793/S-008
Page 3

proposed Prescribing Information (PI). Submit consumer-directed, professional-directed, and television advertisement materials separately and send each submission to:

> OPDP Regulatory Project Manager
> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

Alternatively, you may submit a request for advisory comments electronically in eCTD format. For more information about submitting promotional materials in eCTD format, see the draft guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format-Promotional Labeling and Advertising Materials for Human Prescription Drugs.*[4]

Do not submit launch materials until you have received our proposed revisions to the Prescribing Information (PI) and you believe the labeling is close to the final version.

For more information regarding OPDP submissions, please see FDA.gov.[5] If you have any questions, call OPDP at 301-796-1200.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We acknowledge receipt of your request for a full waiver of pediatric studies for this application. Once we have reviewed your request, we will notify you if the full waiver request is denied and a pediatric drug development plan is required.

---

[4] When final, this guidance will represent the FDA's current thinking on this topic. For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/RegulatoryInformation/Guidances/default.htm
[5] http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 4633573

Confidential

NDAs 207318/S-011 and 210793/S-008
Page 4


If you have any questions, contact Danbi Lee, Regulatory Project Manager, at
danbi.lee@fda.hhs.gov.

Sincerely,

{See appended electronic signature page}

Tiffany R. Farchione, MD
Director (Acting)
Division of Psychiatry
Office of Neuroscience
Center for Drug Evaluation and Research


**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 4633573

Confidential

ACAD_SECLIT_0001086

----------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

----------------------------------------------------------------------------------------

/s/

-------------------------------------------------------------


TIFFANY R FARCHIONE
07/10/2020 01:53:23 PM

Reference ID: 4633573

Confidential                                                                                              ACAD_SECLIT_0001087