# EXHIBIT 8

**From:** Lee, Danbi
**To:** Teresa Brandt
**Cc:** Daryl DeKarske; Farchione, Tiffany
**Subject:** RE: Nuplazid supplements - updated email
**Date:** Tuesday, July 28, 2020 6:48:23 AM
**Attachments:** image001.png

Hello Teresa,

We will not be scheduling a t-con.
Your application did not receive priority review designation because, based on our initial review, your application does not appear to include adequate evidence to indicate that pimavanserin would provide a significant improvement in safety or effectiveness in the treatment of dementia-related psychosis.

Thank you,
Danbi

**Danbi Lee, PharmD**
*Regulatory Project Manager, Psychiatry Group*

Division of Regulatory Operations for Neuroscience
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
danbi.lee@fda.hhs.gov

---

**From:** Teresa Brandt <tbrandt@ACADIA-Pharm.com>
**Sent:** Saturday, July 18, 2020 8:20 PM
**To:** Lee, Danbi <Danbi.Lee@fda.hhs.gov>
**Cc:** Daryl DeKarske <ddekarske@ACADIA-Pharm.com>; Farchione, Tiffany <Tiffany.Farchione@fda.hhs.gov>
**Subject:** RE: Nuplazid supplements - updated email

Thank you for your follow-up, Danbi.

We noted in your reply that the Division is, so far, not totally clear as to specifically how our clinical data package supports pimavanserin's potential for significant improvement in the treatment of DRP.

That said, we think we could be helpful to clarifying for the Division the relevant clinical findings (we consider) are aligned to meeting priority review criteria – we would appreciate an opportunity at your convenience to have a short tcon with Dr. Farchione and members of the review team to do so and better understand what specific gaps the Division has identified in terms of priority review classification (we have included her as a cc in this email).

Briefly, following our Breakthrough designation based on 2 studies preliminarily showing substantial improvement of pimavanserin in treating psychotic symptoms in DRP patients (Alzheimer's and Parkinson's disease) with a differentiated safety profile from antipsychotics used off-label (including lack of negative impact on cognition, a core feature of dementia), we underline confirmed later in our relapse prevention study in DRP patients clinically and statistically persuasive improvement, sustained effect and prevention of relapse (data that is not available for approved antipsychotics). Accordingly, we believe the qualifying criteria to have been addressed for priority review:

- *Evidence of increased effectiveness in treatment, prevention, or diagnosis of a condition*
- *Elimination or substantial reduction of a treatment-limiting adverse reaction*

We have attached a short, written and tabular summary compiled from our sNDA for your immediate reference that more specifically outline the supporting data elements in the sNDA.

Thank you again for your follow-up to help us better understand your thoughts on this matter and we look forward to any opportunity to further clarify for the Division how pimavanserin meets priority review criteria for the treatment of DRP as well as facilitating the Division's review - please let me know.

Kind regards,
Teresa

*Teresa A. Brandt, Ph.D.*
Exec. Director, Regulatory Affairs | ACADIA Pharmaceuticals Inc.
3611 Valley Centre Drive, Ste. 300 | San Diego, CA 92130
tbrandt@ACADIA-pharm.com | office: 858-320-8614 | cell: 760-213-7423

---

**From:** Lee, Danbi <Danbi.Lee@fda.hhs.gov>
**Sent:** Friday, July 17, 2020 11:42 AM
**To:** Teresa Brandt <tbrandt@ACADIA-Pharm.com>
**Cc:** Daryl DeKarske <ddekarske@ACADIA-Pharm.com>
**Subject:** RE: Nuplazid supplements

CONFIDENTIAL

ACAD_SECLIT_0023439

Hello Teresa,

As noted in the Guidance for Industry: *Expedited Programs for Serious Conditions – Drugs and Biologics* (May 2014), a product receiving breakthrough therapy designation could be eligible for priority review if supported by clinical data at the time of BLA, NDA, or efficacy supplement submission (emphasis added). The guidance notes a qualifying criterion for priority review designation is demonstrating the potential to be a *significant improvement* in safety or effectiveness (e.g., evidence of safety and effectiveness in a new subpopulation). Based on a preliminary review of your submission, it is unclear if the clinical data demonstrate this potential.

As for holding an Advisory Committee meeting, we are not planning on holding one at this time.

Thank you,
Danbi
**Danbi Lee, PharmD**
*Regulatory Project Manager, Psychiatry Group*

Division of Regulatory Operations for Neuroscience
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
danbi.lee@fda.hhs.gov

---

**From:** Teresa Brandt <tbrandt@ACADIA-Pharm.com>
**Sent:** Friday, July 10, 2020 5:13 PM
**To:** Lee, Danbi <Danbi.Lee@fda.hhs.gov>
**Cc:** Daryl DeKarske <ddekarske@ACADIA-Pharm.com>
**Subject:** RE: Nuplazid supplements

Dear Danbi,

I confirm receipt and thank you for sending the courtesy copy of the filing communication for the sNDA for dementia related psychosis with no filing or potential review issues identified.

We noted the standard review classification and would appreciate if you could provide background as to why a priority classification was not assigned considering this is a Breakthrough Therapy product that we consider met the FDA's criteria of priority review?  I would be happy to speak on the phone today or Monday if convenient (please use my cell number below).

In addition, would you be able to provide any guidance on the potential for FDA planning an advisory committee meeting?
I look forward to your reply.

Kind regards,
Teresa

*Teresa A. Brandt, Ph.D.*
Exec. Director, Regulatory Affairs | ACADIA Pharmaceuticals Inc.
3611 Valley Centre Drive, Ste. 300 |  San Diego, CA 92130
tbrandt@ACADIA-pharm.com | office: 858-320-8614 | cell: 760-213-7423

---

**From:** Lee, Danbi <Danbi.Lee@fda.hhs.gov>
**Sent:** Friday, July 10, 2020 12:24 PM
**To:** Teresa Brandt <tbrandt@ACADIA-Pharm.com>
**Subject:** Nuplazid supplements



Hello Teresa,
Attached is a courtesy copy of our latest communication regarding the supplements received on June 3, 2020 for Nuplazid.  You should be receiving a paper copy in the mail soon.

Thank you,
**Danbi Lee, PharmD**
*Regulatory Project Manager, Psychiatry Group*

Division of Regulatory Operations for Neuroscience
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
danbi.lee@fda.hhs.gov

CONFIDENTIAL

**Disclaimer**

The information contained in this communication from the sender may include confidential information. It is solely for use by the intended recipient. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this email is prohibited and may be unlawful.

CONFIDENTIAL

ACAD_SECLIT_0023441