# EXHIBIT 11



NDA 210793/S-008
NDA 207318/S-011

**COMPLETE RESPONSE**

Acadia Pharmaceuticals Inc.
Attention: Teresa Brandt, PhD
Executive Director, Regulatory Affairs
12830 El Camino Real, Suite 400
San Diego, CA 92130

Dear Dr. Brandt:

Please refer to your supplemental new drug applications (sNDA) dated and received June 3, 2020, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Nuplazid (pimavanserin) capsules (NDA 210793) and Nuplazid (pimavanserin) tablets (NDA 207318).

These "Prior Approval" efficacy supplements to your applications provide for a new indication for the treatment of hallucinations and delusions associated with dementia-related psychosis.

We have completed our review of these applications, as amended, and have determined that we cannot approve these applications in their present form. We have described our reasons for this action below and, where possible, our recommendations to address these issues.

## CLINICAL

We have concluded that your sNDA submission does not provide substantial evidence of effectiveness to support the approval of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis.

Although Study 045 was not powered to demonstrate an effect in the subgroups of dementia included, we had advised you during development that labeling would reflect the actual composition and response of the subjects enrolled in the trial. Based on an examination of dementia subgroups:

- The intent-to-treat population included only nine subjects with dementia with Lewy bodies and three subjects with frontotemporal dementia, which is too few subjects to be an adequate representation of the response to pimavanserin for either dementia subtype.

Reference ID: 4773025

ACAD_SECLIT_0001088

NDA 210793/S-008
NDA 207318/S-011
Page 2

- There was no numeric difference on time-to-relapse between pimavanserin and placebo in subjects with vascular dementia (this subgroup also included a relatively small group of 24 subjects).

- There were 123 subjects with Alzheimer's disease (AD), a large enough number to expect a nominally statistically significant result for the AD subgroup. However, the results for the AD subgroup were not nominally significant.

- Despite having fewer subjects (35) than the AD subgroup, the effect of pimavanserin on time-to-relapse in the Parkinson's disease dementia (PDD) subgroup was highly nominally statistically significant. It appears that the finding in this subgroup is driving the overall study results. The drug effect in this subgroup supports the effectiveness of pimavanserin in the treatment of hallucinations and delusions associated with Parkinson's disease psychosis; pimavanserin is already labeled for that indication (the PDD subpopulation is subsumed in the current indication).

As conducted, we do not consider Study 019 to be an adequate and well-controlled study; therefore, it cannot contribute to a finding of substantial evidence of effectiveness for pimavanserin in the treatment of hallucinations and delusions associated with AD psychosis. The study was conducted by a single researcher in the United Kingdom. There was no type I error control for any of the secondary endpoints. Approximately 25% of the enrolled subjects did not meet the study's eligibility criteria. Approximately 20% of the study subjects took prohibited concomitant medications during the study. There were also problems with obtaining informed consent from legally authorized representatives before subjects were enrolled in the study that, although not directly influencing the results of the study, indicate that the study was not well-conducted.

The re-submitted data from Study 020 support pimavanserin's safety and effectiveness for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis in the subgroup of subjects with PDD, a population that is already subsumed in the current indication.

In summary, the results of the three submitted studies do not support expanding the indicated population. The findings from Study 045 suggest a differential response to pimavanserin across dementia subtypes, which questions whether "dementia-related psychosis" is a useful construct for a potential indication for pimavanserin.

## PRESCRIBING INFORMATION

We reserve comment on the proposed labeling until the application is otherwise adequate. We encourage you to review the labeling review resources on the PLR

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4773025

Confidential                                                                    ACAD_SECLIT_0001089

NDA 210793/S-008
NDA 207318/S-011
Page 3

Requirements for Prescribing Information[1] and Pregnancy and Lactation Labeling Final Rule[2] websites, including regulations and related guidance documents and the Selected Requirements for Prescribing Information (SRPI)—a checklist of important format items from labeling regulations and guidances.

If you revise labeling, use the SRPI checklist to ensure that the Prescribing Information conforms with format items in regulations and guidances. Your response must include updated content of labeling [21 CFR 314.50(I)(1)(i)] in structured product labeling (SPL) format as described at FDA.gov.[3]

## SAFETY UPDATE

When you respond to the above deficiencies, include a safety update as described at 21 CFR 314.50(d)(5)(vi)(*b*). The safety update should include data from all nonclinical and clinical studies/trials of the drug under consideration regardless of indication, dosage form, or dose level.

(1) Describe in detail any significant changes or findings in the safety profile.

(2) When assembling the sections describing discontinuations due to adverse events, serious adverse events, and common adverse events, incorporate new safety data as follows:

- Present new safety data from the studies/clinical trials for the proposed indication using the same format as in the original submission.

- Present tabulations of the new safety data combined with the supplemental application data.

- Include tables that compare frequencies of adverse events in the supplemental application with the retabulated frequencies described in the bullet above.

- For indications other than the proposed indication, provide separate tables for the frequencies of adverse events occurring in clinical trials.

---

[1] http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/LawsActsandRules/ucm084159.htm
[2] http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/Labeling/ucm093307.htm
[3] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4773025

Confidential                                                    ACAD_SECLIT_0001090

NDA 210793/S-008
NDA 207318/S-011
Page 4

(3) Present a retabulation of the reasons for premature trial discontinuation by incorporating the drop-outs from the newly completed trials. Describe any new trends or patterns identified.

(4) Provide case report forms and narrative summaries for each patient who died during a clinical trial or who did not complete a trial because of an adverse event. In addition, provide narrative summaries for serious adverse events.

(5) Describe any information that suggests a substantial change in the incidence of common, but less serious, adverse events between the new data and the supplemental application data.

(6) Provide updated exposure information for the clinical studies/trials (e.g., number of subjects, person time).

(7) Provide a summary of worldwide experience on the safety of this drug. Include an updated estimate of use for drug marketed in other countries.

(8) Provide English translations of current approved foreign labeling not previously submitted.


## ADDITIONAL COMMENTS

We have the following comments/recommendations that are not approvability issues:

Regarding your comprehensive safety data set analysis submitted to address the boxed warning regarding increased mortality in elderly patients, we note your finding of an incidence rate ratio of 1.28 for pimavanserin 34 mg versus placebo for deaths occurring within the intended treatment period or 30 days thereafter. The incidence rate ratio for pimavanserin is not significantly different from the incidence rate ratio calculated for all antipsychotics in the Agency's 17-study meta-analysis. Therefore, removal of the boxed warning is not warranted with the data available at this time.


## OTHER

Within 1 year after the date of this letter, you are required to resubmit or take other actions available under 21 CFR 314.110. If you do not take one of these actions, we may consider your lack of response a request to withdraw the application under 21 CFR 314.65. You may also request an extension of time in which to resubmit the application.


**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4773025

Confidential
ACAD_SECLIT_0001091

NDA 210793/S-008
NDA 207318/S-011
Page 5


A resubmission must fully address all the deficiencies listed in this letter and should be clearly marked with **"RESUBMISSION"** in large font, bolded type at the beginning of the cover letter of the submission. The cover letter should clearly state that you consider this resubmission a complete response to the deficiencies outlined in this letter. A partial response to this letter will not be processed as a resubmission and will not start a new review cycle.

You may request a meeting or teleconference with us to discuss what steps you need to take before the application may be approved. If you wish to have such a meeting, submit your meeting request as described in the draft guidance for industry *Formal Meetings Between the FDA and Sponsors or Applicants of PDUFA Products.*


If you have any questions, call Pawanprit (Pinky) Singh, Regulatory Project Manager, at 240-402-8866 or email at <u>Pawanprit.singh@fda.hhs.gov</u>.

Sincerely,

*{See appended electronic signature page}*

Tiffany R. Farchione, MD
Director
Division of Psychiatry
Office of Neuroscience
Center for Drug Evaluation and Research

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4773025

                                                                  ACAD_SECLIT_0001092

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

------------------------------------------------------------

TIFFANY R FARCHIONE
04/02/2021 01:47:22 PM

Reference ID: 4773025

Confidential                                                              ACAD_SECLIT_0001093