# EXHIBIT 12

# COWEN

# ACADIA PHARMACEUTICALS

**EQUITY RESEARCH**

September 9, 2019

**Price: $23.80** (09/6/2019)
**Price Target: $66.00** (Prior $42.00)

**OUTPERFORM (1)**

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Lyla Youssef, Ph.D.**
646 562 1406
lyla.youssef@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: ACAD |
| 52-Week Range: | $30.38 - $13.17 |
| Market Cap (MM): | $3,438.8 |
| Net Debt (MM): | $(473.5) |
| Cash/Share: | $3.29 |
| Dil. Shares Out (MM): | 144.5 |
| Enterprise Value (MM): | $3,068.1 |
| ROIC: | NA |
| ROE (LTM): | NA |
| BV/Share: | $2.69 |
| Dividend: | NA |

| FY (Dec) | 2018A | 2019E | 2020E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $(0.44) | $(0.59)A | $(0.61) |
| Prior Q1 | - | - | |
| Q2 | $(0.51) | $(0.38)A | $(0.66) |
| Prior Q2 | - | - | |
| Q3 | $(0.50) | $(0.44) | $(0.68) |
| Prior Q3 | - | $(0.42) | |
| Q4 | $(0.50) | $(0.53) | $(0.73) |
| Prior Q4 | - | $(0.46) | |
| Year | $(1.94) | $(1.94) | $(2.74) |
| Prior Year | - | $(1.85) | $(1.52) |
| Consensus EPS | $(1.99) | $(1.71) | $(0.21) |

Consensus source: Thomson Reuters

**Revenue (MM)**

| | | | |
|---|---|---|---|
| Year | $223.8 | $324.9 | $425.5 |
| Prior Year | - | - | $445.8 |
| EV/S | 13.7x | 9.4x | 7.2x |

**COMPANY UPDATE**

# HITTING THE HARMONY: DRP SUCCESS, NEW MARKET OPP RAISES PT TO $66

## THE COWEN INSIGHT

ACAD's Ph3 HARMONY study of pima in DRP hit stat sig in an interim analysis despite a very high statistical hurdle. We think this trial likely generated data supportive of clinically compelling benefit and excellent safety. We also think HARMONY and other supportive Ph2/post-hoc analysis is enough to drive FDA approval. We see DRP as a blockbuster opportunity and are raising our PT to $66.

### The News: Primavanserin Meets Primary Endpoint In DRP Study

Today Acadia announced Phase 3 HARMONY study, a double-blind, placebo-controlled relapse prevention trial evaluating pimavanserin for the treatment of dementia-related psychosis (DRP) succeeded at an interim look. The trial met its primary endpoint, demonstrating a highly statistically significant l*onger time to relapse of psychosis* with pimavanserin compared to placebo in a planned interim efficacy analysis (at 50% of planned events), despite a very high statistical hurdle at the interim. The interim pre-specified stopping criteria required a one-sided p-value less than 0.0033 on the study's primary endpoint. Upon the recommendation of the study's independent data monitoring committee, the study will now be stopped early.***We note investors were generally skeptical on the trial's chances of success on the interim look, given the high statistical hurdle.***

### Our Take: Efficacy - No Real Detail Yet But We are Optimistic

While details on the magnitude of the effect on efficacy were not released, we expect the difference to be clinically meaningful, and likely profound given the small p-value and previous KOL feedback. Management noted they will release added details on the data as the analysis unfolds, even before presentation of the full results at a upcoming medical meeting (we are optimistic for CTAD in Dec). All dementia subtypes on the study (ALZ, PDP/DLB, vascular, FTD) were represented in enrollment, randomization, and adjudicated relapses. Given Alzheimer's patients represent 2/3rd of study patients (ACAD comments on this morning's call), we believe this data will support broad label expansion.

We believe, based on a recent meeting with FDA, that acute initial response rates are important to the agency, along with maintenance data. ACAD indicated that only ~20% of overall HARMONY enrolled patients DID NOT reach stabilization at week 8 or 12. We think this data point is highly encouraging, and concordant with the acute efficacy data generated in the '019 Ph2 ADP study as well as Ph3 PDP dementia-patient supbpopulation analysis. The combined acute treatment data should address any FDA questions, especially given agency conferred breakthrough status and written agreement that the HARMONY would generate sufficient pivotal data to support sNDA review.

### Our Take: Safety Looks Good and Will Likely Be a Major Differentiator Vs Standard of Care

No safety detail was released, but management noted that there were no surprises in dropout rate. *In our followup, ACAD strongly suggested there was no evidence in the data set to date of a sedation signal or impairment in cognition (as measured by the MMSE and other scales), a key safety consideration compared to current off-label standard of care.* 90% of patients stayed on 34 mg dose and did not require dose reduction, with 10% of patients switching to the lower 20mg dose. Given these promising trends we expect the 34mg dose to be the targeted dose in the upcoming sNDA submission for DRP.

Please see pages 4 to 8 of this report for important disclosures.    **COWEN**.COM

COWEN
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-15    Filed 12/12/23    PageID.3374
Page 3 of 9

Acadia Pharmaceuticals
September 9, 2019

# AT A GLANCE

## Our Investment Thesis

Acadia is a CNS-focused company with lead drug Nuplazid (pimavanserin) approved for the treatment of Parkinson's Disease Psychosis (PDP) in April 2016. Currently, none of the approved antipsychotics are FDA approved for PDP. Seroquel and Clozaril are the two most prescribed off-label drugs for PDP but have critical flaws. Based on the efficacy and safety of pimavanserin for PDP, pimavanserin is well-positioned to fill an unmet need. Pimavanserin showed encouraging results in a Ph3 HARMONY trial in dementia-related psychosis. Pimavanserin is also being studied for major depressive disorder and schizophrenia with negative symptoms.

## Forthcoming Catalysts

- **2H19**: Ph3 HARMONY data detail
- **YE19**: Top-line data from Ph2 ADVANCE trial
- **4Q19**: Initiation of Ph3 trial of trofenitide in Rett

## Base Case Assumptions

- Nuplazid is successfully commercialized for PDP
- DRP Nuplazid data is clean

## Upside Scenario

- Nuplazid uptake upon commercialization is significantly higher than estimated
- Successful clinical development for DRP and schizophrenia (with negative symptoms)
- Positive data from the Phase 3 trials in MDD

## Downside Scenario

- Nuplazid fails commercially for DRP
- Nuplazid does not show any clinical benefit in MDD

## Price Performance



Source: Bloomberg

## Company Description

Acadia is a biopharmaceutical company focused on unmet needs in CNS indications. Acadia's Nuplazid (pimavanserin) was approved for the treatment of Parkinson's Disease Psychosis (PDP) and launched commercially in mid-2016. Nuplazid is the first approved treatment for PDP and is poised to fill the clear unmet medical need in the disease. Based on $36.3K annual pricing per patient in the US and predicted good reimbursement, we see peak US sales of $1.1BN in 2024 and peak WW sales of >$2.0BN upon EU approval. Given the positive data update from the Ph3 HARMONY trial in Dementia-Related Psychosis (DRP), we see great promise for pimavanserin in DRP. Acadia has multiple ongoing Phase 3 trials of pimavanserin in follow-on indications including schizophrenia and major depressive disorder.

## Analyst Top Picks

| | Ticker | Price (09/6/2019) | Price Target | Rating |
|---|---|---|---|---|
| Krystal Biotech | KRYS | $42.72 | $NA | Outperform |
| Acadia Pharmaceuticals | ACAD | $23.80 | $66.00 | Outperform |
| Amicus Therapeutics | FOLD | $9.24 | $31.00 | Outperform |

.

CONFIDENTIAL

TDCowen_Acadia00022023

COWEN
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-15    Filed 12/12/23    PageID.3375
Page 4 of 9

Acadia Pharmaceuticals
September 9, 2019



### Next Steps: 2020 sNDA for DRP Planned; Expanded Commercial Effort

ACAD plans to submit a sNDA to the FDA next year; we think likely in 1H20. We believe ACAD will hold a pre-NDA meeting with FDA once additional analysis is complete, likely around end of 2019 or early 2020. We expect this meeting to be straightforward given previous discussion/agreements with FDA on the DRP regulatory path and decent continuity within the psychiatry division (despite recent division head turnover). We would hope for additional efficacy analysis disclosure before the end of the year, ideally on the 3Q19 earnings call. We think there is a high likelihood (given KOL enthusiasm for this trial) that full data could be presented at CTAD (Dec. 4-7, San Diego).

ACAD will have to expand its marketing effort to capitalize on a potential expanded label. We believe the company will greatly expand its current 50-person LTC sales force to target additional institutions (including assisted living facilities). Further, we believe the company will expand its retail salesforce (currently 100 reps) to increase reach with geriatric psychiatrists. We also expect expansion of ACAD's MSL and med affairs team to increase awareness and understanding of the formal DRP indication, although psychosis associated with Alzheimers is very widely recognized.

### Increasing Target to $66 Based on Increased Probability of DRP Label Expansion for Pimavanserin

We are raising our price target to $66 based on a greatly increased probability of success (now at 70% up from 30%) in DRP. We model DRP as a blockbuster opportunity, with a potential of $5B+ sales in ~2028. We believe formal on-label sales for non-PDP DRP will likely start as early as 2021. We expect the overall price for pima may drift down as the addressable market increases. ACAD does not currently provide contract discounts or plan rebates, tools it can employ to expand coverage and uptake in the much larger ADP/DRP market.

CONFIDENTIAL                                        TDCowen_Acadia00022024

**COWEN**
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-15    Filed 12/12/23    PageID.3376
Page 5 of 9

Acadia Pharmaceuticals
September 9, 2019



## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Biotechnology:

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

#### Biotechnology:

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

### Risks To The Price Target

Acadia's Nuplazid was approved in 2016 for the treatment of Parkinson's Disease Psychosis (PDP). While the antipsychotic space is crowded with numerous branded and generic drugs available, only Nuplazid is specifically indicated for PDP, though FDA approval does not guarantee commercial success. Ongoing Ph3 clinical programs for Dementia-Related Psychosis (DRP) and Inadequate Response of Schizophrenia, and Ph 2 trials of Negative Symptoms of Schizophrenia and Major Depressive Disorder are not guaranteed success in clinical trials or commercialization.

CONFIDENTIAL

TDCowen_Acadia00022025

COWEN
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-15    Filed 12/12/23    PageID.3377
Acadia Pharmaceuticals
Page 6 of 9
September 9, 2019

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| ACAD | Acadia Pharmaceuticals |
| FOLD | Amicus Therapeutics |
| KRYS | Krystal Biotech |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Acadia Pharmaceuticals, Amicus Therapeutics and Krystal Biotech securities.

Cowen and Company, LLC managed or co-managed a public offering of Acadia Pharmaceuticals and Krystal Biotech in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Acadia Pharmaceuticals and Krystal Biotech in the past 12 months.

Acadia Pharmaceuticals and Krystal Biotech is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC and/or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from Krystal Biotech.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

CONFIDENTIAL                                                                      TDCowen_Acadia00022026

**COWEN**
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB   Document 122-15   Filed 12/12/23   PageID.3378
Acadia Pharmaceuticals
Page 7 of 9
September 9, 2019



**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at September 09, 2019, 11:26 ET. and disseminated at September 09, 2019, 11:26 ET.

**Copyright, User Agreement and other general information related to this report**

© 2019 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 06/30/19**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 495 | 63.38% | 114 | 23.03% |
| Hold (b) | 279 | 35.72% | 14 | 5.02% |
| Sell (c) | 7 | 0.90% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**Acadia Pharmaceuticals Rating History as of 09/06/2019**
powered by: BlueMatrix

**COWEN**.COM

CONFIDENTIAL

TDCowen_Acadia00022027

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
September 9, 2019



Amicus Therapeutics Rating History as of 09/06/2019
powered by: BlueMatrix

(1):$12.00 11/28/16
(1):$16.00 07/11/17
(1):$18.00 09/13/17
(1):$20.00 10/04/17
(1):$22.00 11/13/17
(1):$31.00 06/27/18

Closing Price — Target Price



Krystal Biotech Rating History as of 09/06/2019
powered by: BlueMatrix

I:(1):NA 12/12/18

Closing Price — Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available |
S=Suspended

CONFIDENTIAL

TDCowen_Acadia00022028

**COWEN**
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB   Document 122-15   Filed 12/12/23   PageID.3380
Page 9 of 9

Acadia Pharmaceuticals
September 9, 2019



# POINTS OF CONTACT

## Analyst Profiles



**Ritu Baral**

New York

646 562 1379

ritu.baral@cowen.com

Ritu Baral is a senior analyst covering the biotechnology sector. She joined Cowen in 2014, having previously worked at Canaccord.



**Lyla Youssef, Ph.D.**

New York

646 562 1406

lyla.youssef@cowen.com

Lyla Youssef is a research associate covering the biotech sector. Prior to joining Cowen, she worked in equity research at Oppenheimer & Co.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



  COWENRESEARCH

COWEN INC.

CONFIDENTIAL                                    TDCowen_Acadia00022029