# EXHIBIT 13



*September 9, 2019*

# ACADIA Pharmaceuticals Inc. (ACAD)

## Positive Nuplazid Phase 3 Dementia Psychosis Trial Results. Raise PT to $60.

Acadia announced this morning that the Phase 3 trial of Nuplazid in Dementia Psychosis met the interim analysis primary endpt. Effect size and other details were not disclosed, but a statistically significant reduction in time to relapse was reported (p<0.0033). Mgmt guided for sNDA submission in 2020. We assume commercial launch in 2021 and $1.5B peak sales in this indication in 2030 (unch). Given favorable outcome of the trial, we are increasing our price target to $60 (was $34). Reiterate BUY.

- The Phase 3 HARMONY trial was designed to enroll up to 356 pts (50-90yrs). All pts were initially treated with 34mg qd Nuplazid open-label for 12 wks, w/ an option to reduce to 20mg. Responders were then randomized 1:1 to Nuplazid or pbo for 26wks (double-blind withdrawal design). The primary endpt was time to relapse after randomization. Relapse was defined as hospitalization due to dementia psychosis, significant worsening in clinical symptoms (undisclosed scale), withdrawal from trial due to lack of efficacy, or treatment w/ an off-label drug for delusions or hallucinations. Less than 10% of pts reduced dose to 20mg.
- The trial has not been completed. After all pts have returned for last visit, data will be analyzed and presented at a medical conference (possibly CTAD mtg; 12/4-7/2019).
- Alzheimers Disease (66%), Lewy Body Dementia (<10%), Parkinsons Dementia (15%), Vascular Dementia (10%), and Frontotemporal Dementia (<10%) pts were enrolled in trial. Although details were not disclosed, mgmt commentary suggests that efficacy was similar across all subtypes.
- Mgmt stated that no new safety signals were observed in the trial.
- Nuplazid was previously designated a Breakthrough Therapy. FDA reportedly informed mgmt that a single well-controlled trial will be sufficient for approval in this indication.
- Acadia currently markets Nuplazid to neurologists, psychiatrists, and long-term care facilities (n=150 sales reps; 20 Med Affairs). Label expansion to Dementia likely to lead to expansion of psychiatry and long-term care groups, although scale of increase not disclosed.
- Other upcoming milestones include top-line results from the Phase 3 trial of Nuplazid in Schizophrenia Negative Symptoms (YE19; Unch). We have a slight bias towards a positive outcome.
- Acadia ended 2Q19 with $381.9M cash

## PRICE TARGET & ESTIMATE CHANGE

| | |
|---|---|
| Stock Rating | **BUY** |
| | Unchanged |
| Price Target | **$60.00** |
| | Raised from $34.00 |

### Biotechnology

**Alan Carr, Ph.D., CFA**
(212) 705-0435
acarr@needhamco.com

**Joseph Stringer, Ph.D.**
(212) 705-0346
jstringer@needhamco.com

## Stock Price Performance

ACADIA Pharmaceuticals Inc.          09/09/19



## Market Data

| | |
|---|---|
| Price (09/06/2019) | $23.80 |
| 52-Week Range | $30.38 - $13.17 |
| Shares Outstanding | 144.49 |
| Market Cap (MM) | $3,438.8 |
| Avg. Daily Volume | 1,331,402.8 |
| Total Debt/Cap. | 1.69% |

| | FY 12/31/2018 | FY 12/31/2019 | | FY 12/31/2020 | |
|---|---|---|---|---|---|
| | Actual | Old | New | Old | New |
| Rev. (MM) | 223.8A | 324.2E | 324.2E | 430.0E | 430.0E |
| EPS: 1Q | (0.44)A | (0.59)A | (0.59)A | | |
| EPS: 2Q | (0.51)A | (0.38)A | (0.38)A | | |
| EPS: 3Q | (0.50)A | (0.41)E | (0.41)E | | |
| EPS: 4Q | (0.50)A | (0.39)E | (0.39)E | | |
| EPS: Year | (1.92)A | (1.77)E | (1.77)E | (1.11)E | (1.11)E |
| P/E Ratio | NM | | NM | | NM |

**Relevant disclosures begin on page 9 of this report.**

NEEDHAM_ACADIA_0000287

Needham & Company, LLC                                                    *September 9, 2019*

## COMPANY HIGHLIGHTS

ACADIA Pharmaceuticals, based in San Diego, CA, is focused on the discovery and development of small molecule drugs for the treatment of central nervous system disorders.

## Products under Development

### Acadia Pipeline

| Product | Indication | Development Status | Partnership Status | Comments |
|---|---|---|---|---|
| Nuplazid ACP-103 Pimavanserin 5HT-2a Inverse Agonist | Parkinson's Disease Psychosis | US: Market | Unpartnered | FDA approval 4/29/16 |
| | Dementia Related Psychosis HARMONY | Phase 3 NCT03325556 | | Initiation Oct 2017 Results Sept 2019 |
| | Alzheimer's Disease Agitation SERENE | Phase 2/3 NCT02992132 NCT03118947 OLE | | Initiation Oct 2016 Discontinued enrollment Oct 2017 |
| | Schizophrenia ENHANCE-1 | Discontinued | | Initiation Nov 2016 Results Jul 2019 |
| | Schizophrenia Negative Symptoms ADVANCE | Phase 2/3 NCT02970305 | | Initiation Nov 2016 Enrollment completed Apr 2019 |
| | Major Depressive Disorder CLARITY | Phase 3 NCT03968159 NCT03999918 | | Phase 2/3 Results Oct 2018 Phase 3 Initiation Apr/Jul 2019 |
| Trofinetide | Rett Syndrome Fragile X Syndrome | Phase 2 | Acadia (N.A.) Neuren (ROW) | License from Neuren Aug 2018 Phase 3 planned |
| Selective Alpha Adrenergic Agonists | Chronic Pain | Phase 2 | Allergan | Allergan seeking partner |

*Source: Company Reports; Needham & Co.*

## Nuplazid (Pimavanserin/ACP-103)

Nuplazid, a selective 5HT-2A inverse agonist, was approved by the FDA for the treatment of hallucinations and delusions associated with Parkinson's Disease Psychosis in April 2016. The FDA approved a 34mg capsule and a 10mg tablet on 6/29/18. Current WAC for both formulations is $3,186 (7/2/19).

Nuplazid was discovered internally at Acadia. The drug was granted Breakthrough designation by the FDA in both Parkinsons Disease Psychosis and Dementia Related Psychosis.

Acadia is awaiting outcome of ongoing label expansion trials prior to MAA submission.

Schizophrenia. In November 2016, the company initiated the Phase 3 ENHANCE-1 trial of pimavanserin for the treatment of schizophrenia in patients with inadequate response to current therapy. Acadia announced in July 2019 that the trial did not meet the primary endpoint. Development in this setting has been discontinued.

Acadia also initiated the Phase 2 ADVANCE trial in 380 schizophrenia patients with negative symptoms in November 2016. The primary endpoint is change in Negative Symptom Assessment-16 (NSA-16) total score at 26 weeks. Enrollment was completed in April 2019.

Major Depressive Disorder. Acadia announced initiation of the Phase 3 CLARITY-2 trial in April 2019. An additional identical trial was initiated in June 2019 (CLARITY-3). CLARITY-2 (US) and CLARITY-3 (EU) are 6-week, randomized, double blind, placebo-controlled, multi-center studies designed to evaluate the efficacy and safety

ACADIA Pharmaceuticals Inc.                                              Page 2 of 10

NEEDHAM_ACADIA_0000288

Needham & Company, LLC

*September 9, 2019*

of pimavanserin as adjunctive treatment in patients with MDD. The trials will each enroll approximately 280 patients, randomized (1:1) to 34mg QD pimavanserin or placebo. The primary endpoint is change from baseline on the 17-item Hamilton Depression Rating Scale (HAMD-17) total score. Patients will be eligible to participate in a 52-week open-label extension study.

Acadia announced results of the Phase 2/3 CLARITY-1 trial of pimavanserin as an adjunct therapy for Major Depressive Disorder in October 2018. The trial enrolled 207 patients, randomized 1:1 to receive either placebo or pimavanserin in addition to current SSRI or SNRI treatment. Nuplazid met the primary endpoint of reducing HAMD-17 total score across both Stage 1 and 2 of the trial.

Dementia Psychosis. Acadia announced positive results in September 2019 from a planned interim efficacy analysis of the Phase 3 HARMONY trial in Dementia Psychosis. The primary endpoint of time to relapse after randomization was met with statistical significance (p<0.0033). The trial was designed to enroll up to 360 patients, all of whom were initially treated with 34mg QD Nuplazid for 12 weeks. Responders (criteria not disclosed) were randomized 1:1 (double-blind) to placebo or Nuplazid for 26 weeks.

| Nuplazid Revenue Model | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
| **Parkinsons Disease Psychosis** | | | | | | | | | | | | |
| Patients (Addressable) | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| Penetration | 8.8% | 11.0% | 13.0% | 14.0% | 14.5% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Treated Nuplazid | 10,938 | 13,750 | 16,250 | 17,500 | 18,125 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 |
| WAC Annual Price/ Patient | $ 36,468 | $ 38,291 | $ 40,206 | $ 42,216 | $ 44,327 | $ 46,543 | $ 48,871 | $ 51,314 | $ 53,880 | $ 56,574 | $ 59,403 | $ 62,373 |
| Gross :Net | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Net Revenue/ Patient | $ 29,174 | $ 30,633 | $ 32,165 | $ 33,773 | $ 35,462 | $ 37,235 | $ 39,096 | $ 41,051 | $ 43,104 | $ 45,259 | $ 47,522 | $ 49,898 |
| Annual sales ($M) | $ 319 | $ 421 | $ 523 | $ 591 | $ 643 | $ 698 | $ 733 | $ 770 | $ 808 | $ 849 | $ 891 | $ 936 |
| **Dementia Psychosis** | | | | | | | | | | | | |
| Patients (Diagnosed) | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 | 580,000 |
| Penetration | | | 0.50% | 1.00% | 1.50% | 2.00% | 2.50% | 3.00% | 3.50% | 4.00% | 4.50% | 5.00% |
| Treated Nuplazid | | | 2,900 | 5,800 | 8,700 | 11,600 | 14,500 | 17,400 | 20,300 | 23,200 | 26,100 | 29,000 |
| Net Revenue/ Patient | $ 29,174 | $ 30,633 | $ 32,165 | $ 33,773 | $ 35,462 | $ 37,235 | $ 39,096 | $ 41,051 | $ 43,104 | $ 45,259 | $ 47,522 | $ 49,898 |
| Annual sales ($M) | $ - | $ - | $ 93 | $ 196 | $ 309 | $ 432 | $ 567 | $ 714 | $ 875 | $ 1,050 | $ 1,240 | $ 1,447 |
| **Schizophrenia (Negative)** | | | | | | | | | | | | |
| Patients (Receiving Treatment) | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 | 336,000 |
| Penetration | | | 0.25% | 0.75% | 1.25% | 1.75% | 2.25% | 2.75% | 3.25% | 3.50% | 3.75% | 4.00% |
| Treated Nuplazid | | | 840 | 2,520 | 4,200 | 5,880 | 7,560 | 9,240 | 10,920 | 11,760 | 12,600 | 13,440 |
| Net Revenue/ Patient | $ 29,174 | $ 30,633 | $ 32,165 | $ 33,773 | $ 35,462 | $ 37,235 | $ 39,096 | $ 41,051 | $ 43,104 | $ 45,259 | $ 47,522 | $ 49,898 |
| Annual sales ($M) | $ - | $ - | $ 27 | $ 85 | $ 149 | $ 219 | $ 296 | $ 379 | $ 471 | $ 532 | $ 599 | $ 671 |
| **Major Depression (Adjunctive)** | | | | | | | | | | | | |
| Number of pts (M) | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 |
| Penetration | | | | 0.25% | 0.50% | 0.75% | 1.00% | 1.25% | 1.50% | 1.50% | 1.50% | 1.50% |
| Treated Nuplazid | | | | 3,500 | 7,000 | 10,500 | 14,000 | 17,500 | 21,000 | 21,000 | 21,000 | 21,000 |
| Net Revenue/ Patient | $ 29,174 | $ 30,633 | $ 32,165 | $ 33,773 | $ 35,462 | $ 37,235 | $ 39,096 | $ 41,051 | $ 43,104 | $ 45,259 | $ 47,522 | $ 49,898 |
| Annual sales ($M) | $ - | $ - | $ - | $ 118 | $ 248 | $ 391 | $ 547 | $ 718 | $ 905 | $ 950 | $ 998 | $ 1,048 |
| Total Patients Treated Nuplazid | 10,938 | 13,750 | 19,990 | 29,320 | 38,025 | 46,730 | 54,810 | 62,890 | 70,970 | 74,710 | 78,450 | 82,190 |
| **Total US Sales ($M)** | $ 319 | $ 421 | $ 643 | $ 990 | $ 1,348 | $ 1,740 | $ 2,143 | $ 2,582 | $ 3,059 | $ 3,381 | $ 3,728 | $ 4,101 |

Alzheimer's Disease Psychosis: Acadia announced results from a Phase 2 trial of pimavanserin in Alzheimer's Disease Psychosis (ADP) in December 2016. The Phase 2 trial enrolled 181 pts at 130 nursing homes in the UK. Patients were randomized 1:1 to 34mg QD Nuplazid or placebo for 12 weeks treatment. The primary endpoint of mean change in Neuropsychiatric Inventory-Nursing Home (NPI-NH) Psychosis score (combined hallucinations and delusions domains) at week 6 was met (Nuplazid -3.76 vs. placebo -1.93; p=0.0451). The effect was not statistically significant at week 12.

Enrollment in the Phase 2 SERENE trial of pimavanserin for the treatment of Alzheimers Disease Agitations ended with initiation of the HARMONY trial.

NEEDHAM_ACADIA_0000289

Needham & Company, LLC                                                                                                         *September 9, 2019*

## Trofinetide

Trofinetide is a synthetic analog of glypromate (GPE), an N-terminal tripeptide of insulin-like growth factor (IGF-1). The drug was in-licensed from Neuren Pharmaceuticals in August 2018. Trofinetide has been granted Fast Track Designation by the FDA and has Orphan Drug Designation in the U.S, and Europe. Neuren has completed two Phase 2 trials in Rett Syndrome and a Phase 2 trial. Data were published in March 2019.

## RECENT AND EXPECTED UPCOMING MILESTONES

- ✓ Initiate Phase 2/3 (SERENE) trial of Nuplazid in AD Agitation (Oct 2016)
- ✓ Initiate Phase 3 (ENHANCE-1) trial of Nuplazid in Schizophrenia (Nov 2016)
- ✓ Initiate Phase 2/3 (ADVANCE) trial of Nuplazid in Negative Symptoms of Schizophrenia (Nov 2016)
- ✓ Initiate Phase 2/3 (CLARITY) trial of adjunctive Nuplazid in Major Depressive Disorder (Dec 2016)
- ✓ Announce results Phase 2 trial of Nuplazid AD Psychosis (Dec 2016)
- ✓ Initiate Phase 3 (HARMONY) trial of Nuplazid Dementia Psychosis (Oct 2017)
- ✓ End enrollment of Phase 2 (SERENE) trial of Nuplazid in AD Agitation (Oct 2017)
- ✓ In-license Trofinetide (Aug 2018)
- ✓ Announce results Phase 2/3 (CLARITY) trial adjunctive Nuplazid Major Depressive Disorder (Oct 2018)
- ✓ Initiate Nuplazid Phase 3 (CLARITY-2) trial in Major Depressive Disorder (Apr 2019)
- ✓ Complete enrollment Phase 3 (ENHANCE-1) trial Nuplazid Schizophrenia (Apr 2019)
- ✓ Complete enrollment Phase 2/3 (ADVANCE) trial Nuplazid Negative Symptoms Schizophrenia (Apr 2019)
- ✓ Initiate Nuplazid Phase 3 (CLARITY-2) trial in Major Depressive Disorder (Apr 2019)
- ✓ Initiate Nuplazid Phase 3 (CLARITY-3) trial in Major Depressive Disorder (Jul 2019)
- ✓ Announce negative results Phase 3 (ENHANCE-1) trial Nuplazid Schizophrenia (Jul 2019)
- ✓ Announce positive interim results Phase 3 (HARMONY) trial Nuplazid Dementia Psychosis (Sept 2019)
- − Initiate trofinetide Phase 3 trial in Rett Syndrome (4Q19)
- − Announce results Phase 2/3 (ADVANCE) trial Nuplazid Negative Symptoms Schizophrenia (YE19)
- − Nuplazid sNDA submission Dementia Psychosis (2020)
- − Announce results Phase 3 (CLARITY) trials in Major Depressive Disorder (YE20-2021)
- − Announce results Phase 3 trial in Rett Syndrome (2020/2021)

## FINANCIAL ANALYSIS

Acadia ended 2Q19 with $381.9M in cash, down from $414.3M 1Q19.

### Guidance

In February 2019, Acadia issued initial Nuplazid sales guidance of $275-300M, R&D guidance of $250-265M, and SGA guidance of $280-295M. In May 2019, the company narrowed Nuplazid sales guidance to $280-$300M, and reiterated R&D and SG&A guidance. In July 2019, the company increased 2019 Nuplazid sales guidance to $320-330M, increased 2019 GAAP SG&A to $300-315M, and reiterated 2019 GAAP R&D and non-cash stock-based compensation expenses.

### Financing History

Acadia raised $35M in its initial public offering in May 2004 (5M shares at $7.00). In April 2005, the company announced a $36M private placement of common stock and warrants (5.2M new shares with warrants to purchase 1.3M shares at $8.148 per share). In May 2006, the company announced an equity offering, raising $59.4M with the sale of 5.3M shares. Acadia announced a $60M financing arrangement with Kingsbridge in August 2008. The arrangement included a warrant to purchase 350,000 shares of common stock at a 25% premium.

In January 2011, ACADIA announced a $15M private placement. In December 2012, the company announced a private placement generating $86.4M in gross proceeds

ACADIA Pharmaceuticals Inc.                                                                                                     Page 4 of 10

NEEDHAM_ACADIA_0000290

Needham & Company, LLC

*September 9, 2019*

(19M shares and warrants to buy 500,000 shares). In May 2013, Acadia announced a public offering that generated $107.9M in net proceeds. In March 2014, the company announced a public offering of common stock generating net proceeds of $196.8M. In January 2016, Acadia announced a secondary offering that generated $281.6M in net proceeds. In August 2016, Acadia announced a public offering that generated net proceeds of $215.9M. In November 2018, the company announced a public offering that generated gross proceeds of approximately $316.2M (21.0M shares; $17/sh).

## License Agreements

In August 2018, Acadia entered into an exclusive North American license agreement with Neuren Pharmaceuticals for the development and commercialization of trofinetide for Rett Syndrome and Fragile X Syndrome. Acadia gained commercialization and development rights in North America and Neuren retained development and commercialization rights for all indications outside of North America. Acadia made an upfront payment of $10M and agreed to make up to $105M in development milestones for Rett Syndrome and Fragile X Syndrome, and up to $350M based on net annual sales of trofinetide in North America. Neuren is eligible to receive tiered, double-digit royalties on net sales in North America and 33% of the market value of any Priority Review Voucher. Acadia has right to first negotiation to acquire a license to develop and commercialize trofinetide outside North America.

## Intellectual Property

A number of U.S. patents have issued relating to pimavanserin. The composition of matter patent expires in 2021 and the polymorph patent expires in June 2028. The patent relating to use for Parkinson's disease psychosis expires in 2026. The company has guided for coverage through at least 2030 in the U.S. after term extensions.

According to the Orange Book, statutory NCE exclusivity ends 4/29/2021. Last patent to expire listed in the Orange Book is 7,732,615 on 6/3/28.

NEEDHAM_ACADIA_0000291

Needham & Company, LLC

*September 9, 2019*

**ACADIA Pharmaceuticals (ACAD)**
Income Statement ($M)

| FY: December | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collaborative Revenues (incl Royalties) | 1.1 | 0.1 | 0.1 | 0.1 | - | - | | | | - | - | - | - | - |
| Total Collaborative and Milestone Revenues | **1.1** | **0.1** | **0.1** | **0.1** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Product Revenues: | | | | | | | | | | | | | | |
| Nuplazid (U.S.) | - | - | - | 17.3 | 124.9 | 223.8 | 63.0 | 83.2 | 86.0 | 92.0 | 324.2 | 430.0 | 640.0 | 995.0 |
| Y/Y Growth | | | | | 621% | 79% | 29% | 46% | 48% | 54% | 45% | 33% | 49% | 55% |
| | | | | | | | | | | | | | | |
| **Total Revenue** | **1.1** | **0.1** | **0.1** | **17.4** | **124.9** | **223.8** | **63.0** | **83.2** | **86.0** | **92.0** | **324.2** | **430.0** | **640.0** | **995.0** |
| COGS | - | - | - | 3.1 | 9.1 | 18.3 | 4.6 | 5.0 | 6.0 | 6.4 | 22.0 | 30.1 | 44.8 | 69.7 |
| Gross income | **1.1** | **0.1** | **0.1** | **14.3** | **115.8** | **205.5** | **58.4** | **78.2** | **80.0** | **85.6** | **302.1** | **399.9** | **595.2** | **925.4** |
| Operating expenses: | | | | | | | | | | | | | | |
| R&D* | 26.7 | 60.6 | 73.9 | 99.3 | 149.2 | 187.2 | 52.9 | 67.3 | 70.0 | 70.0 | 260.2 | 250.0 | 225.0 | 200.0 |
| SG&A* | 12.7 | 32.7 | 88.3 | 186.5 | 255.1 | 265.8 | 93.1 | 68.0 | 72.0 | 74.0 | 307.1 | 320.0 | 350.0 | 360.0 |
| **Total operating expenses** | **39.4** | **93.4** | **164.7** | **287.1** | **408.2** | **452.9** | **146.0** | **135.3** | **142.0** | **144.0** | **567.3** | **570.0** | **575.0** | **560.0** |
| **Operating income** | **(38.3)** | **(93.2)** | **(164.6)** | **(272.8)** | **(292.4)** | **(247.4)** | **(87.6)** | **(57.1)** | **(62.0)** | **(58.4)** | **(265.2)** | **(170.1)** | **20.2** | **365.4** |
| Interest income | 0.3 | 0.8 | 0.5 | 2.8 | 4.1 | 5.3 | 2.9 | 2.5 | 2.5 | 2.0 | 10.0 | 7.5 | 7.5 | 7.5 |
| Other expense | | | | | | (1.8) | (0.2) | (0.1) | - | - | (0.3) | - | - | - |
| **Pre-tax income** | **(38.0)** | **(92.5)** | **(164.1)** | **(270.0)** | **(288.3)** | **(242.1)** | **(84.7)** | **(54.6)** | **(59.5)** | **(56.4)** | **(255.2)** | **(162.6)** | **27.7** | **372.9** |
| Tax rate | | | | | | | | | | | | | 2.5% | 2.5% |
| Income taxes | - | - | 0.3 | 1.3 | 1.1 | 1.3 | 0.4 | 0.4 | - | - | 0.7 | - | 0.7 | 9.3 |
| Extraordinary Gain/(Loss) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | **(38.0)** | **(92.5)** | **(164.4)** | **(271.3)** | **(289.4)** | **(243.4)** | **(85.1)** | **(54.9)** | **(59.5)** | **(56.4)** | **(256.0)** | **(162.6)** | **27.0** | **363.5** |
| | | | | | | | | | | | | | | |
| **GAAP Basic EPS*** | **(0.44)** | **(0.95)** | **(1.63)** | **(2.34)** | **(2.36)** | **(1.92)** | **(0.59)** | **(0.38)** | **(0.41)** | **(0.39)** | **(1.77)** | **(1.11)** | **0.18** | **2.42** |
| **GAAP Diluted EPS*** | **(0.44)** | **(0.95)** | **(1.63)** | **(2.34)** | **(2.36)** | **(1.92)** | **(0.59)** | **(0.38)** | **(0.41)** | **(0.39)** | **(1.77)** | **(1.11)** | **0.16** | **2.14** |
| Shares outstanding (Basic) | 85.7 | 97.8 | 100.6 | 115.8 | 122.6 | 126.6 | 144.0 | 144.3 | 144.6 | 144.8 | 144.4 | 146.0 | 148.0 | 150.0 |
| Shares outstanding (Diluted) | 85.7 | 97.8 | 100.6 | 115.8 | 122.6 | 126.6 | 144.0 | 144.3 | 144.6 | 144.8 | 144.4 | 146.0 | 168.0 | 170.0 |

**Needham & Company LLC**
*All figures include stock-based compensation

ACADIA Pharmaceuticals Inc.

NEEDHAM_ACADIA_0000292

Needham & Company, LLC

*September 9, 2019*

**ACADIA Pharmaceuticals (ACAD)**

Balance Sheet ($M)

| FY: December | 4Q13 | 4Q14 | 4Q15 | 4Q16 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | | | | |
| Cash and cash equivalents | 12 | 62 | 102 | 164 | 69 | 116 | 74 | 64 | 135 | 98 | 382 |
| Short term Investments | 174 | 261 | 113 | 365 | 272 | 182 | 183 | 150 | | 317 | |
| Accounts receivable | - | - | 2 | 6 | 17 | 22 | 26 | 20 | 365 | 30 | 32 |
| Prepaid expenses and other current assets | 3 | 2 | 2 | 8 | 8 | 13 | 13 | 15 | 21 | 24 | 19 |
| Interest and other receivables | - | - | - | 1 | 1 | 1 | 1 | 1 | 2 | 4 | 1 |
| Inventory | - | - | - | 4 | 5 | 6 | 5 | 4 | 4 | 5 | 4 |
| **Total current assets** | **188** | **325** | **219** | **548** | **373** | **340** | **301** | **254** | **526** | **476** | **437** |
| Property & Equipment, Net | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 |
| Other Assets | 0 | 0 | 1 | 10 | 8 | 8 | 11 | 9 | 11 | 21 | 21 |
| **Total Assets** | **189** | **325** | **222** | **561** | **385** | **351** | **315** | **266** | **540** | **501** | **461** |
| **Current liabilities:** | | | | | | | | | | | |
| Accounts payable | 0 | 2 | 2 | 4 | 9 | 3 | 3 | 3 | 3 | 3 | 5 |
| Accrued expenses | 7 | 14 | 20 | 36 | 40 | 43 | 46 | 39 | 56 | 72 | 59 |
| Deferred Revenue | 0 | - | - | 3 | - | - | - | - | - | - | - |
| **Total current liabilities** | **7** | **16** | **22** | **43** | **49** | **46** | **49** | **42** | **60** | **75** | **64** |
| Other long-term liabilities | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 8 | 8 |
| **Total liabilities** | **7** | **16** | **22** | **43** | **49** | **47** | **50** | **43** | **61** | **83** | **72** |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Paid-in Capital | 588 | 808 | 862 | 1,452 | 1,559 | 1,583 | 1,606 | 1,627 | 1,948 | 1,972 | 1,997 |
| Accumulated deficit | (406) | (498) | (663) | (934) | (1,224) | (1,278) | (1,341) | (1,403) | (1,469) | (1,554) | (1,609) |
| Other Comprehensive Income (Loss) | 0 | (0) | 0 | 0 | (0) | (1) | (1) | (0) | (0) | 0 | 1 |
| **Total stockholders' equity** | **182** | **309** | **200** | **518** | **335** | **304** | **265** | **223** | **479** | **418** | **389** |
| **Total liabilities & stockholders' equity** | **189** | **325** | **222** | **561** | **385** | **351** | **315** | **266** | **540** | **501** | **461** |

**Needham & Company LLC**

ACADIA Pharmaceuticals Inc.

NEEDHAM_ACADIA_0000293

Needham & Company, LLC                                                                                          *September 9, 2019*

## Valuation (Price Target: $60.00)

- Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, revenues, and financings. Our Buy rating and price target are based on a probability-adjusted DCF analysis through 2030 with a 12% discount rate. A 35x multiple applied to our 2022 EPS estimate, discounted 10% annually generates a similar value. We assume U.S. peak sales in 2030 in PDP around $900M, Dementia Psychosis around $1.5B, Depression $1.0B, and Schizophrenia $675M.
- Several patents are listed in the FDA Orange Book, the last of which expires 6/3/2028 (US 7,732,615). This excludes potential 6 month pediatric expansion. Statutory NCE exclusivity expires 4/29/2021.

## Risks to Target

- Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.
- Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.
- Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.
- Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.
- Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



ACADIA Pharmaceuticals Inc.                                                                                          Page 8 of 10

NEEDHAM_ACADIA_0000294

**ANALYST CERTIFICATION**

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 5 | 11 |
| Buy | 62 | 25 |
| Hold | 31 | 1 |
| Underperform | 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 68% of companies under coverage would have a "Buy" rating and 23% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The Firm has managed or co-managed a public offering of securities for the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company ACADIA Pharmaceuticals Inc. in the past 12 months.

The subject company ACADIA Pharmaceuticals Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

**Equity Options Disclosure**

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

NEEDHAM_ACADIA_0000295


Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Sales and Trading Desk for additional information.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.

ACADIA Pharmaceuticals Inc.

NEEDHAM_ACADIA_0000296