# EXHIBIT 15

**Goldman Sachs** | Equity Research

31 March 2020 | 2:03AM EDT

BUY

# Acadia Pharmaceuticals Inc. (ACAD)

## More legs to Nuplazid in 2020 and beyond; Upgrade to Buy

| ACAD | 12m Price Target: **$72.00** | Price: **$41.32** | Upside: **74.2%** |
|---|---|---|---|

We upgrade ACAD to Buy from Neutral and raise our 12-month price target to $72 from $45. While acknowledging the evolving situation surrounding the COVID-19 global pandemic, we see an upward re-rating opportunity for ACAD on upcoming events, namely 1) Nuplazid expansion into dementia-related psychosis (DRP; GSe peak global sales of $4bn from $3bn prior); and 2) Ph3 CLARITY-2 results in major depressive disorder (MDD) – which we add to our model (at 65% PoS, GSe peak global sales of $1.6bn). On the latter, in a conservative scenario, if we were to assume clinical impact to MDD from COVID-19 (thus removing it from our model), our analysis implies $62/share value, representing 50% upside potential to current levels. Further, we see the existing commercial business as somewhat able to withstand COVID-19 impact given the >2 year Nuplazid inventory and high proportion of distribution to patients via mail order. We do not include two other pivotal stage programs (negative symptoms in schizophrenia and Rett syndrome) in our model. We see M&A optionality and assign a rank of "2" per our valuation methodology.

## Expect an upward re-rating on upcoming events

While we take no view on the development of the COVID-19 global pandemic, we acknowledge that the situation remains fluid and has resulted in restrictions that have the potential to impact near-term commercial and clinical activities. Notwithstanding, we view ACAD as a name better positioned to weather the impacts related to the coronavirus and expect 2H20 catalysts (detailed below; we acknowledge timelines could shift) are likely to drive an upward

Salveen Richter, CFA
+1(212)934-4204 | salveen.richter@gs.com
Goldman Sachs & Co. LLC

Andrea Tan, Ph.D.
+1(212)902-8046 | andrea.tan@gs.com
Goldman Sachs & Co. LLC

Ross Weinreb
+1(212)357-0031 | ross.weinreb@gs.com
Goldman Sachs & Co. LLC

### Key Data

Market cap: $6.4bn
Enterprise value: $6.3bn
3m ADTV: $58.7mn
United States
America-Biotechnology
M&A Rank: 2

### GS Forecast

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | 339.1 | 445.0 | 837.4 | 1,429.7 |
| Revenue ($ mn) Old | 339.1 | 460.0 | 755.8 | 1,183.0 |
| EBITDA ($ mn) | (243.8) | (320.1) | (159.9) | 291.1 |
| EBIT ($ mn) | (246.5) | (322.3) | (160.3) | 290.4 |
| **EPS ($) New** | (1.60) | (1.99) | (0.96) | 1.62 |
| EPS ($) Old | (1.60) | (1.97) | (0.10) | 1.84 |
| P/E (X) | NM | NM | NM | 25.5 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | -- | – | – | (1.5) |

| | 12/19 | 3/20E | 6/20E | 9/20E |
|---|---|---|---|---|
| EPS ($) | (0.34) | (0.53) | (0.45) | (0.43) |

### GS Factor Profile



Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Goldman Sachs**                                                    Acadia Pharmaceuticals Inc. (ACAD)

## Acadia Pharmaceuticals Inc. (ACAD)

**Buy**

Rating since Mar 31, 2020

### Ratios & Valuation

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | 25.5 |
| EV/EBITDA (X) | NM | NM | NM | 21.1 |
| EV/sales (X) | 12.8 | 14.3 | 7.7 | 4.3 |
| FCF yield (%) | (3.4) | (3.4) | (1.0) | 5.2 |
| EV/DACF (X) | NM | NM | NM | 15.1 |
| CROCI (%) | (38.0) | (48.1) | (11.2) | 86.9 |
| ROE (%) | (39.9) | (51.5) | (30.1) | 40.5 |
| Net debt/EBITDA (X) | – | – | – | (1.5) |
| Net debt/equity (%) | (27.1) | (19.9) | (13.1) | (46.2) |
| Interest cover (X) | – | (656.3) | – | – |
| Inventory days | 96.9 | 181.8 | 202.7 | 190.5 |
| Receivable days | 33.3 | 29.3 | 16.9 | 14.5 |
| Days payable outstanding | 96.7 | 101.2 | 72.7 | 53.4 |

### Growth & Margins (%)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue growth | 51.5 | 31.2 | 88.2 | 70.7 |
| EBITDA growth | 1.9 | (31.3) | 50.1 | 282.0 |
| EPS growth | 17.9 | (24.7) | 51.9 | 268.9 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 94.2 | 94.0 | 94.7 | 94.9 |
| EBIT margin | (72.7) | (72.4) | (19.1) | 20.3 |

### Price Performance



**ACAD ($)**                                          **Russell 2000 Index**

Apr-19    Jul-19    Oct-19    Jan-20    Apr-20

|  | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (4.3)% | 14.8% | 53.9% |
| Rel. to the Russell 2000 Index | 37.5% | 51.0% | 104.6% |

*Source: FactSet. Price as of 30 Mar 2020 close.*

### Income Statement ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue | 339.1 | 445.0 | 837.4 | 1,429.7 |
| Cost of goods sold | (19.6) | (26.9) | (44.3) | (73.1) |
| SG&A | (325.6) | (460.2) | (569.3) | (627.5) |
| R&D | (240.4) | (280.2) | (384.1) | (438.8) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(243.8)** | **(320.1)** | **(159.9)** | **291.1** |
| Depreciation & amortization | (2.8) | (2.1) | (0.4) | (0.7) |
| **EBIT** | **(246.5)** | **(322.3)** | **(160.3)** | **290.4** |
| Net interest inc./(exp.) | 12.2 | 11.3 | 9.3 | 12.4 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(234.4)** | **(311.0)** | **(151.0)** | **302.8** |
| Provision for taxes | (0.9) | 0.0 | 0.0 | (12.7) |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(235.3)** | **(311.0)** | **(151.0)** | **290.1** |
| **Net inc. (post-exceptionals)** | **(170.4)** | **(238.3)** | **(64.1)** | **388.9** |
| **EPS (basic, pre-except) ($)** | **(1.60)** | **(1.99)** | **(0.96)** | **1.82** |
| **EPS (diluted, pre-except) ($)** | **(1.60)** | **(1.99)** | **(0.96)** | **1.62** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 147.2 | 156.1 | 157.6 | 159.2 |
| Wtd avg shares out. (diluted) (mn) | 147.2 | 156.1 | 157.6 | 179.3 |

### Balance Sheet ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Cash & cash equivalents | 189.7 | 101.3 | 65.0 | 433.2 |
| Accounts receivable | 35.8 | 35.6 | 41.9 | 71.5 |
| Inventory | 6.3 | 20.4 | 28.8 | 47.5 |
| Other current assets | 528.4 | 432.0 | 451.7 | 481.3 |
| **Total current assets** | **760.3** | **589.4** | **587.3** | **1,033.4** |
| Net PP&E | 3.2 | 2.2 | 3.4 | 5.6 |
| Net intangibles | 2.6 | 2.6 | 2.6 | 2.6 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 17.2 | 6.1 | 21.5 | 33.4 |
| **Total assets** | **783.2** | **600.2** | **614.9** | **1,075.0** |
| Accounts payable | 7.2 | 7.7 | 10.0 | 11.4 |
| Short-term debt | – | – | – | -- |
| Current lease liabilities | – | – | – | -- |
| Other current liabilities | 67.6 | 76.7 | 99.8 | 113.9 |
| **Total current liabilities** | **74.8** | **84.4** | **109.7** | **125.3** |
| Long-term debt | – | – | – | -- |
| Non-current lease liabilities | – | – | – | -- |
| Other long-term liabilities | 9.2 | 7.7 | 10.0 | 11.4 |
| **Total long-term liabilities** | **9.2** | **7.7** | **10.0** | **11.4** |
| **Total liabilities** | **84.0** | **92.1** | **119.7** | **136.7** |
| Preferred shares | – | – | – | -- |
| **Total common equity** | **699.1** | **508.2** | **495.1** | **938.2** |
| Minority interest | – | – | – | -- |
| **Total liabilities & equity** | **783.2** | **600.2** | **614.9** | **1,075.0** |
| BVPS ($) | 4.75 | 3.26 | 3.14 | 5.23 |

### Cash Flow ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Net income | (235.3) | (311.0) | (151.0) | 290.1 |
| D&A add-back | 1.3 | 2.1 | 0.4 | 0.7 |
| Minority interest add-back | – | – | – | -- |
| Net (inc)/dec working capital | 3.7 | 1.6 | (22.0) | (72.8) |
| Others | 79.1 | 92.0 | 110.0 | 125.0 |
| **Cash flow from operations** | **(151.1)** | **(215.3)** | **(62.6)** | **343.0** |
| Capital expenditures | (1.1) | (1.1) | (1.7) | (2.9) |
| Acquisitions | – | – | – | -- |
| Divestitures | – | – | – | -- |
| Others | (164.7) | 100.0 | – | -- |
| **Cash flow from investing** | **(165.8)** | **98.9** | **(1.7)** | **(2.9)** |
| Dividends paid | – | – | – | -- |
| Share issuance/(repurchase) | 371.8 | 28.0 | 28.0 | 28.0 |
| Inc/(dec) in debt | – | – | – | -- |
| Others | 0.0 | – | – | -- |
| **Cash flow from financing** | **371.8** | **28.0** | **28.0** | **28.0** |
| **Total cash flow** | **54.9** | **(88.4)** | **(36.3)** | **368.1** |
| Free cash flow | (152.3) | (216.4) | (64.3) | 340.1 |
| Free cash flow per share (basic) ($) | (1.03) | (1.39) | (0.41) | 2.14 |

*Source: Company data, Goldman Sachs Research estimates.*

GS-000110

re-rating of shares.

### Existing commercial business is likely to face limited impact; FY20 Nuplazid PDP guidance likely achievable

We see ACAD's sole commercial asset, Nuplazid for treatment of PDP, as somewhat isolated from the impacts of COVID-19 (e.g. inventory concerns, reduced sales force interactions and/or patient unwillingness to travel to physician offices/hospitals) given the favorable mechanisms of drug distribution (per long term care facilities, which make up ~75% of the specialty distribution channel (1/3 of business) - as well as mail order direct to the patient from the specialty pharmacy channel (2/3 of the business)). Further, sufficient drug stock (>2 year supply, per management estimates) should allow for ACAD to continue supplying Nuplazid for PDP and DRP without interruption.

While we see some risk to 1Q20 Nuplazid sales (recall, higher-than-usual gross-to-net adjustments of ~30% on account of increased manufacturer obligations in 2020) and a return to normal levels of channel inventory stocking (per a drawdown, relative to 4Q19), overall we remain positive on the trajectory in PDP. Notwithstanding the evolving COVID-19 situation that bears monitoring, in our view, FY20 guidance of $440-470mn (+34%/+25% revenue/volume growth at the midpoint) appears achievable given ACAD's ongoing initiatives to increase disease awareness (with respect to the signs and symptoms of PDP) within the medical and patient/caregiver community, per ongoing direct-to-consumer (DTC) campaign and inclusion in movement disorder society (MDS) guidelines, as well as targeted efforts to re-educate the community on the benefit of Nuplazid on a caregiver burden scale and increase understanding of the long-term safety profile of the drug per OLE data (virtual outreach now). Per the 4Q19 EPS call, management highlighted leading indicators such as new patient starts - which could be a result of the DTC campaign - and new prescribers continue to point to strong Nuplazid use across both the specialty pharmacy and the specialty distribution channels. Further, with the transition now complete to the 34mg capsules (from 17mg tablets), ACAD noted continued high compliance and long-term adherence rates.

# DRP to significantly expand the Nuplazid commercial opportunity

### DRP sNDA submission on track for mid-2020; approval potentially by YE20

On the back of last year's positive pivotal HARMONY data in DRP (Exhibit 1) presented at Clinical Trials on Alzheimer's Disease (CTAD) 2019 where Nuplazid significantly reduced the risk of relapse of psychosis (primary endpoint) by 2.8x (HR=0.353, one-sided p=0.0023) and the risk of all-cause discontinuation (secondary endpoint) for any reason by 2.2x (HR=0.452, one-sided p=0.0024), ACAD plans to meet with the FDA in 1Q20 (via virtual meeting), post which a sNDA submission is slated to occur in mid-2020.

GS-000111

**Goldman Sachs**                                                                 Acadia Pharmaceuticals Inc. (ACAD)

As a reminder, at the end of the Ph2 meeting with the FDA, ACAD noted that a single well-controlled study with statistically and clinically relevant data (relapse prevention study acceptable) could serve as the basis for the supplemental NDA submission in combination with efficacy data from the two previous acute studies (<u>Ph2 Alzheimer's disease psychosis</u> and pre-specified subgroup analysis of dementia patients from the Ph3 PDP trial) and additional safety data from the ongoing placebo-controlled post-marketing commitment safety study of Nuplazid - the totality of which management noted is already completed. **We expect the FDA meeting will confirm the path forward for submission and focus on the mechanics of how to present the data package and ultimate format for submission.** We are positive on the likelihood of approval in DRP by ~YE20 (Nuplazid has breakthrough therapy designation in DRP) and model for FY21 Nuplazid DRP sales of $216mn (assuming in-line pricing to PDP indication, details below).

**Exhibit 1: Clinical benefit of Nuplazid demonstrated in Ph3 HARMONY**

Nuplazid significantly reduced risk of relapse and risk of all-cause discontinuation



Foff et al., CTAD 2019

Source: Company data

The Ph3 HARMONY trial (Exhibit 2) was a randomized, double-blind, placebo-controlled study designed to evaluate Nuplazid's ability to prevent relapse of psychotic symptoms. Patients with moderate dementia (n=392; associated with Alzheimer's disease, Parkinson's disease, dementia with Lewy bodies, frontotemporal degeneration, or vascular dementia; average baseline Mini-Mental State Examination (MMSE) score of 16.7) experiencing moderate to severe psychosis (average baseline Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions (SAPS-H+D) score of 24.4 and Clinical Global Impression-Severity (CGI-S) score of 4.7) underwent an initial 12-week open label stabilization period (34 mg Nuplazid qd, with dose reduction to 20mg qd allowed during the first four weeks if clinically justified).

**Exhibit 2: Ph3 HARMONY trial design**



Source: Company data

Goldman Sachs    Acadia Pharmaceuticals Inc. (ACAD)

During this period, ~30% of patients (n=392) met the response criteria (≥30% improvement from baseline on the SAPS-H+D total score and CGI-I score of 1 or 2) by week two, and the proportion of responding patients grew with time - albeit at week 12, there was an enriched population as non-responders were dropped from the study at week eight (Exhibit 3). At week 12, Nuplazid significantly reduced psychotic symptoms (88% of patients (n=249) meeting response criteria; 75.2% improvement in total SAPS-H+D score) from open-label baseline; 61.8% of patients met the pre-specified criteria for stable response

**Exhibit 3: Patient response to Nuplazid in the OLE portion of Ph3 HARMONY**



Source: Company data

(defined as meeting response criteria between weeks eight and 12) and were subsequently randomized into the double blind-portion of the study where patients continued their Nuplazid dose (34mg qd or 20mg qd) or were switched to placebo and evaluated for up to 26 weeks or until an occurrence of relapse in psychotic symptoms occurred. The primary endpoint was time to relapse in the double-blind portion with relapse defined in four ways: (1) worsening on pre-defined scales (Scale for Assessment of Positive Symptoms (SAPS), hallucinations and delusions domain and Clinical Global Impression scale; (2) treatment with an antipsychotic (other than Nuplazid) for symptoms; (3) withdrawal from the study due to lack of efficacy; and (4) hospitalization for worsening DRP.

**We assume broad Nuplazid approval across the dementia subtypes; GSe $4bn in peak sales**

While we acknowledge that a component of the bear thesis suggests inability to file on the available data (investor pushback against the use of relapse prevention trials highlighting the enriched population of patients despite March 2019 FDA guidelines for enrichment strategies to determine effectiveness of drugs) or approval limited to only the Alzheimer's disease psychosis indication, **in our view, the data from the Ph3 HARMONY study support use across the range of dementia subtypes**. For reference, dementia (cognitive decline leading to

**Exhibit 4: Dementia subtypes with associated psychosis prevalence**

| Disease | Psychosis prevalence (%) |
|---|---|
| Alzheimer's disease | 25-50 |
| Dementia with Lewy bodies | 75 |
| Parkinson's disease dementia | 50-60 |
| Vascular dementia | 15 |
| Frontotemporal dementia | 5-10 |



Foff et al., CTAD 2019

Source: Company data

impairment of memory, thinking, language, judgment, or behavior) is caused by degeneration of neurons and is most commonly associated with diseases of the brain

Goldman Sachs                                                        Acadia Pharmaceuticals Inc. (ACAD)

including Alzheimer's disease (AD; accounts for 60-80% of dementia cases), vascular dementia (occurs after a stroke), frontotemporal dementia, Lewy body dementia (due to abnormal α-synuclein protein buildup), and Parkinson's disease dementia (PDD). In moderate-to-severe dementia, psychosis manifests most commonly as hallucinations (usually visual; false sensory perceptions), delusions (beliefs out of context with a person's social and cultural background), and delusional misidentifications (combined decline in visual function and cognition) and is associated with adverse patient outcomes (including agitation, aggression, greater functional impairment, more rapid cognitive decline, and increased mortality) and increased cost of care from repeated hospital admissions and nursing home requirements. While psychoses associated with each dementia subtype occur with varying prevalence (Exhibit 4), given the wide degree of overlap in clinical presentation and pathology across the dementia subtypes (also leading to frequent misdiagnoses), the treatment of the symptoms is generally managed similarly - thus we expect Nuplazid to be broadly available to all patients who demonstrate psychosis without medical classification of a particular dementia subtype. In support of this, while not powered to detect statistical significance (and acknowledging the small numbers of patients within each dementia subtype), exploratory secondary endpoints from the Ph3 HARMONY study suggest similar effect of psychosis reduction (73.1% to 83.3%, Exhibit 4) due to Nuplazid treatment in the open-label portion across the dementia subtypes and relapse rates were tightly clustered. In comparison, patients in the placebo arm exhibited a wider and more variable relapse rate across subtypes.

On the use of a relapse prevention trial, we would note that the participants on the key opinion leader (KOL) panel at the CTAD presentation were positive on the trial design as a measure of clinical meaningfulness (i.e. designed to evaluate recurrence in patients who were previously stabilized - thus providing insights into maintenance of efficacy) and reflects real-world clinical practice. Accordingly, **we have increased confidence in Nuplazid's potential to reshape the treatment paradigm in DRP**. In particular, the KOLs highlighted the improved safety profile over currently available antipsychotics (on top of significant therapeutic benefit that is sustained for at least nine months), per the study duration in HARMONY) as potentially driving earlier Nuplazid use in patients with less severe symptom burden. As a reminder, Nuplazid was generally well tolerated throughout the study duration with somewhat balanced treatment-emergent adverse events (TEAEs) observed across Nuplazid (41.0%) and placebo (36.6%) arms. For TEAEs occurring in ≥2% in a treatment group, a slight imbalance in headache, urinary tract infection, and ECG QT prolongation (albeit in-line with prior reports for Nuplazid) was observed for drug vs. placebo. Notwithstanding, discontinuation rates were low across groups (2.9% vs. 3.6%), and the two deaths in patients on Nuplazid treatment (one in the open-label treatment and one in the double-blinded portion) were deemed to be unrelated to study drug. Importantly, for patients receiving Nuplazid, there was no worsening from baseline in cognition, per MMSE score (which led one KOL to raise the possibility of Nuplazid offering pro-cognitive effects - albeit while acknowledging further studies were necessary to delineate between causation and correlation), or in motor symptoms, per Extrapyramidal Symptom Rating Scale A-score (ESRS-A). While there are no currently available FDA-approved drugs for the treatment of dementia-related psychosis, off-label use of typical antipsychotics is rampant for dementia patients to

GS-000114

treat delusions, aggression, and agitation and is associated with increased risk of mortality, stroke, pulmonary embolism, and accelerated cognitive decline.

On the back of the strong data, KOL enthusiasm, and likely FDA alignment on the submission path, we model for the broad indication of DRP (inclusive of the most common dementia subtypes including AD, PDD, vascular dementia, Lewy body dementia, and frontotemporal dementia with psychosis prevalence as described in literature, Exhibit 4) and assign an 85% PoS, assuming an sNDA filing in mid-2020, approval by YE20, and subsequent launch in 2021 (EU to follow later). Given the difficulty in appropriately diagnosing patients, we conservatively model ~40% of patients are identified (updating our estimates and splitting the difference between literature estimates of 25% and management assumptions of 50% identified and treated) and model for a 75% adherence rate to reflect both the severity of disease and the increased likelihood for dementia patients to have a caregiver monitoring drug uptake per long term care (LTC) facilities. While we currently model for in-line pricing in DRP as in PDP, we acknowledge that outstanding questions surround pricing of Nuplazid in the DRP indication and await further clarity on this front as well as payor discussions. Finally, on market penetration, although there are no currently approved therapies for DRP, given the frequent off-label use of antipsychotics, we model for 12%/9% US/EU peak penetration with in-line pricing to Nuplazid in PDP, which translates to $4.0bn in WW peak sales in 2030.

### Launch preparations are underway; targeting commercial-readiness by YE20

In preparation for launch in DRP (~10x larger opportunity per management estimates), given the ongoing COVID-19 outbreak, in lieu of in-person engagement at medical meetings, ACAD is developing virtual content aimed at educating the medical community on the high burden and unmet need of the disease, including symptoms of dementia-related hallucinations and delusions (leading cause of in-patient care). Notwithstanding substantial delays to operations, the team still expects to expand the commercial footprint from ~200 to ~500 field roles at launch (projected in GSe model in 4Q20) which will include a variety of roles across patient services, field sales (creating a combined sales force for DRP and PDP), and LTC. Notably, given the high concentration of DRP patients in LTC facilities (e.g. dementia memory care in Alzheimer's units already identified) and symptoms that present more urgently (psychosis vs. motor impairment), ACAD expects to expand its presence in this channel while increasing outreach to "pseudospecialists" made up of a broader audience of psychiatrists and geriatric general practitioners.

# Positive on Ph3 CLARITY-2 in MDD by ~YE20

Outside of DRP, the next catalyst for ACAD is the topline data for CLARITY-2, the first of two Ph3 parallel design, placebo-controlled trials, in adjunctive MDD (Nuplazid on top of SSRI/SNRI therapy) by YE20, notwithstanding significant impact due to the COVID-19 global pandemic. In a bear case scenario (CLARITY-2 and CLARITY-3 both fail thus blocking a path to approval), we note MDD contributes $10/share to our blended PT

GS-000115

($11/share to the DCF value and $6/share to the M&A value), without which we would arrive at a value per share of $62, still representing 50% upside potential to the current stock price. That said, **we see the convincing Ph2 CLARITY results as providing readthrough to the upcoming trial and see a clear path to approval, pending positive results**. Recall that post an end of Ph2 FDA meeting, management noted the Ph2 trial would serve as one of the two pivotal regulatory studies required with only one positive Ph3 trial necessary for FDA submission. CLARITY-3 results are expected in 1Q21.

Both Ph3 trials (CLARITY-2 conducted in US, CLARITY-3 conducted ex-US; n~280 each) are 6-week, parallel-designed, randomized, double-blind, placebo-controlled, multi-center studies designed to evaluate Nuplazid as adjunctive therapy in MDD patients who have had an inadequate response to a selective serotonin reuptake inhibitor (SSRI) or a serotonin norepinephrine reuptake inhibitor (SNRI) antidepressant treatment. Randomized patients will receive 34mg Nuplazid or placebo once daily on top of baseline antidepressant with the primary endpoint being a change from baseline on the Hamilton Depression Rating Scale (HAMD-17) total score, after which they will be eligible to participate in a 52-week open-label extension study to evaluate the long-term safety and tolerability of Nuplazid. While acknowledging differences in clinical trial sizes (n=207 vs. n~280) and variation in randomization (3:1 vs. 1:1, placebo to Nuplazid) between the Ph2 and Ph3 trials, respectively, we are positive on the upcoming pivotal read for Ph3 CLARITY-2 (and CLARITY-3, albeit note that only one is necessary for regulatory approval in conjunction with the positive Ph2 trial) given the similarity in trial design (to Stage 1 of Ph2 CLARITY, details below), enrollment criteria, patient baseline characteristics, and strong level of observed benefit for Nuplazid. Further, we note the proactive steps ACAD is employing to mitigate risk and ensure quality of data. Management highlighted that patient selection remains most critical and thus significant focus is placed on identifying patients with MDD who are inadequately responding to SSRI therapy (with sufficient definition of what an inadequate response is and over what time course) as well as understanding patient compliance *a priori*. On this point, given the adjunctive nature of the trial where patients are on background antidepressants, ACAD noted screening plasma levels of patients for antidepressants prior to enrollment can help identify those who are compliant on existing drugs and likely to be so in a clinical trial. Further, management revealed that it is working with clinical trial sites to ensure there are no professional patients (i.e. those who participate in clinical trials to reap a benefit without intention to be on drug).

### Pivotal trial mirrors Stage 1 of Ph2 CLARITY trial
The Ph2 CLARITY (n=207) was a 10-week, randomized, double-blind, placebo-controlled, multi-center, 2-stage sequential parallel comparison design (SPCD) study that evaluated 34mg once daily Nuplazid as an adjunctive treatment in patients with MDD who had an inadequate response to an SSRI or SNRI. Following the 8- to 21-day screening period, eligible patients were randomized (3:1) in Stage 1 to placebo or Nuplazid on top of current SSRI or SNRI therapy for five weeks. At the end of five weeks, placebo non-responders (defined as HAMD-17 total score >14 and <50% reduction in HAMD-17 score from baseline) were re-randomized (1:1) to receive Nuplazid or placebo. The

GS-000116

primary endpoint of the study was the change from baseline in HAMD-17 total score for Stage 1 and Stage 2, weighted equally across both stages.

■ Stage 1: Nuplazid reported a 4-point placebo-adjusted reduction in the HAMD-17 score at week 5 that translated into an effect size of 0.626 (p=0.0003, Exhibit 5A). Response and remission rates were significantly greater with Nuplazid vs. placebo from weeks 2 through 5 (Exhibit 5B) and the effect was more pronounced in patients with greater disease severity (HAMD-17 ≥24).

■ Stage 2: A greater HAMD-17 reduction was observed in the placebo arm vs. Nuplazid arm, with a -0.107 effect size (p=0.694), translating to a -0.5 point difference in total HAMD-17 score. Per management commentary, the observed response may have been due to a smaller than expected sample size and overly stringent criteria for non-responders that could have potentially enriched for refractory patients unlikely to respond to any treatment.

**Exhibit 5: Least squares mean change from baseline to week 5 during Stage 1**
ES = effect size



Fava et al., J Clin Psychiatry 80:6, November/December 2019

Source: Company data

The overall equal-weighted average reduction in HAMD-17 score (Stage 1 and Stage 2) was 1.7 (p=0.039), driven by the robust response of Stage 1. While we acknowledge that investors expressed concern/uncertainty over the meaning of the data (i.e. less robust response detected for the enriched population of patients in Stage 2), **in our view, the data from Stage 1 of the Ph2 trial (randomized, placebo-controlled portion mirrored in the Ph3 trial) suggests that Nuplazid should surpass the clinical and commercial bar required for approval and support subsequent use in the adjunctive MDD treatment paradigm, barring impact from COVID-19.** For reference, we note the effect size of 0.626 compares favorably to prior antipsychotic trials which have demonstrated effect sizes ranging from 0.27-0.43.

In addition to the primary measure of efficacy per HAMD-17 reduction, change from baseline in Sheehan Disability Scale (SDS; key secondary endpoint), a well-validated measure for assessing functional disability, demonstrated significant benefit of Nuplazid (placebo-controlled reduction of 1.2, effect size 0.49; p=0.0036). Other secondary efficacy endpoints at week 5 confirmed Nuplazid effect on CGI-S (p=0.0001) and CGI-I (p=0.001), two scales reflecting a physician's assessment of a patient's overall function (based on illness severity, patient's level of distress and impairment, and the impact of the illness on functioning) that are designed to capture severity of psychopathology (CGI-S) and change from initiation of treatment (CGI-I).

With respect to the safety/tolerability profile, treatment related AEs (TRAEs) occurred in 27.1% and 48.1% of placebo and Nuplazid groups, respectively, in Stage 1, with the most common AEs in the treatment group being dry mouth, nausea, and headache (<10% frequency). Discontinuation rates were balanced across groups (1.9% for both) with no deaths occurring. At week 5 of Stage 1, improvements in sexual function (per Massachussetts General Hospital - Sexual Functioning Inventory; MGH-SFI) and daytime sleepiness (per Karolinska Sleepiness Scale; KSS) were observed with placebo-controlled change from baseline of -0.6 points (p=0.0002, effect size 0.614) and -1.1 points (p=0.0003, effect size 0.627). These measures are particularly relevant as they stand in contrast to reports in the literature that have found these side effects (and also weight gain and metabolic changes (e.g. glucose intolerance, diabetes, lipid disorders, hyperprolactinemia)) often significantly limit the use of atypical antipsychotics as adjunctive treatments in MDD. Further, per management commentary, sexual dysfunction (associated with impaired sexual functioning that impacts quality of life) is reported to occur in 40-60% of MDD patients and has been associated with poor outcomes including decreased adherence/compliance thus leading to depression relapse. Thus, given the significant improvement demonstrated on the MGH-SFI for SSRI/SNRI-associated sexual dysfunction irrespective of sex and age, **Nuplazid compares favorably to other adjunctive treatments for MDD**, which ACAD believes is likely to position the drug well in the treatment paradigm.

### GSe at $1.6bn in peak sales for adjunctive MDD treatment

In our view, the broad benefit across endpoints and increased tolerability profile is encouraging and gives us increased confidence on the commercial outlook for Nuplazid in adjunctive MDD - thus we add the indication to our model with a 65% PoS. We assume ~7% of the adult population suffers from MDD, of which ~14% are not responding to current antidepressant therapies and therefore likely candidates for adjunctive treatment with Nuplazid. Given the historically low adherence/compliance rate associated with antidepressants, despite an improved tolerability profile relative to other adjunctive therapies, we conservatively assume 30% compliance. On market penetration, we see a crowded landscape with other adjunctive therapies and thus model for 6%/3% US/EU peak penetration with in-line pricing to Nuplazid in PDP (although this bears monitoring), which translates to $1.6bn in WW peak sales in 2030.

# Late-stage pipeline advancing; Offers medium-term optionality

We continue to monitor the late-stage pipeline as we see opportunities for Nuplazid to expand to a fourth indication (negative symptoms of schizophrenia) as well as for recently-licensed trofinetide in Rett Syndrome - albeit we would note that enrollment of new patients has been temporarily halted given the COVID-19 outbreak which could impact the timelines for the programs. While we do not include these programs in our model, they would offer medium-term upside potential.

**Nuplazid benefit for negative symptoms of schizophrenia is meaningful**

Post the positive top-line results from the Ph2 ADVANCE trial of Nuplazid for the treatment of negative symptoms of schizophrenia, ACAD plans to initiate a second pivotal trial (prior guidance of 1H20 bears monitoring given the fluid COVID-19 situation), albeit with optimized trial design. Recall, while the Ph2 study had met its primary endpoint of change from baseline in Negative Symptom Assessment-16 (NSA-16) total score vs. placebo, the magnitude of benefit was nominal (p=0.043, effect size = 0.21). That said, ACAD highlighted that a more robust and consistent response was observed in patients with more severe negative symptoms (apathy, loss of affect (emotional expression), lack of social interest) associated with schizophrenia (as defined by patients with >5 years of stable diagnosis), when the highest dose was administered (34mg QD vs. 20mg QD) and in patients from European sites - thus informing the changes for the upcoming trial. On the latter, regional variability amongst clinical sites (i.e. in the EU, patients have the same treating physician over multiple years and thus are better monitored) is a known challenge in schizophrenia trials and management noted 88% of the total study population from the ADVANCE trial was from the EU, which likely contributed to the positive outcome. To control for the variability, the upcoming trial is expected to be conducted solely with EU clinical sites. Per management commentary, once enrollment commences, ACAD expects topline data in 2-2.5 years, notwithstanding COVID-19 disruptions.

**Trofinetide for Rett Syndrome is on the horizon**

A rare genetic neurodevelopmental disorder occurring in 1 of every 10,000-15,000 female births, Rett syndrome is caused by loss of function mutations in the X-linked MeCP2 gene and is detected in children between 6 and 18 months following missed developmental milestones with symptoms including loss of speech, involuntary repetitive hand movements, loss of mobility or gait disturbances, loss of muscle tone, seizures, and sleep disturbances. Clinical observations and animal studies have implicated brain circuitry impairment in Rett syndrome pathology; thus administration of growth factors that promote neuronal and synaptic development could be a potential treatment. Trofinitide (licensed from Neuren Pharmaceuticals for the development and commercialization in North America), is a novel synthetic analog of the amino-terminal tripeptide of insulin-like growth factor 1 (IGF-1) designed to treat the symptoms of Rett syndrome by reducing neuroinflammation and supporting synaptic function. For background, IGF-1 is typically produced by both neurons and glia and is critical for both normal development for response to injury and disease. In mice models of Rett syndrome, the active tripeptide of IGF-1 was capable of crossing the blood brain barrier and ameliorated the symptoms of the disorder.

With respect to the ongoing Ph3 LAVENDER trial, the pivotal trial is evaluating trofinetide in females with Rett syndrome (target enrollment of n~180, aged 5-20). Co-primary endpoints for the 12-week randomized, double-blind, placebo-controlled study will be the Rett Syndrome Behavior Questionnaire (RSBQ) and the Clinical Global Impression of Improvement (CGI-I), a physician assessment. Trofinetide has been granted US FDA Fast Track status and Orphan Drug designation in the US and Europe. While we note that enrollment of new patients has temporarily been halted (and thus

Goldman Sachs                                                                    Acadia Pharmaceuticals Inc. (ACAD)

timelines may be extended), management has previously guided that positive results (topline data expected in 2021) from the LAVENDER trial would allow for NDA submission later that year, with potential launch in 2022. Notwithstanding, we will be monitoring the competitive landscape as additional therapies are evaluated, particularly in other therapeutic modalities including gene therapy.

**Ph2 trial demonstrated clinically relevant improvement in Rett syndrome symptoms**

In the Ph2 study in a pediatric population with Rett syndrome, trofinetide demonstrated improvement of symptoms at 200mg/kg BID and was well tolerated and generally safe in children/adolescents. In the double-blind, placebo-controlled, parallel-group trial, patients (n=62) were randomized 1:1:1:1 to placebo or 1 of 3 dose levels of trofinetide: 50, 100, or 200 mg/kg bid, stratified by age. Twenty additional patients were randomized 1:1 to 200mg/kg bid or placebo bid to enrich both the high-dose and placebo groups. Patients were initially exposed to single-blind placebo treatment for 14 days, followed by 42 days of double-blind treatment with either drug or placebo. Multiple efficacy measures were assessed both during and following treatment and evaluated in the statistical analysis: (1) clinician-completed syndrome-specific measures (motor behavioral assessment (MBA), domain specific concerns-visual analog scale (RTT-DSC) assessing severity of concerns in hand use, ambulation, seizures, autonomic features, behavior, attentiveness, social interaction, and language/communication); (2) clinician-completed syndrome-specific global measures (Clinical Global Impression (CGI-I) scales to assess how much the illness has improved/worsened relative to a baseline state); and (3) caregiver-completed syndrome specific measures (Rett syndrome behaviour questionnaire (RSBQ) to assess a wide range of neurobehavioral symptoms, caregiver top 3 concerns-visual analog scale). Comparisons of mean change on each core efficacy measure were assessed from treatment baseline (Day 14, end of placebo run-in) to day 54 (end of treatment assessment). For the CGI-I, actual values at the end of treatment were compared.

Trofinetide demonstrated statistically significant improvement at the highest dose (200 mg/kg bid) over placebo in three primary endpoints: RSBQ (total score, core neurobehavioral RTT symptoms including breathing, repetitive movements, mood dysfunction, ambulation, and seizures, p=0.042), CGI-I (overall clinical status, p=0.029), and RTT-DSC (most concerning aspects of Rett syndrome identified by clinicians, p=0.025). Clinical improvement continued to increase at the end of treatment and declined after cessation of treatment suggesting clinical benefit is associated with longer treatment period. Further, in comparison to the prior trial (in adults and adolescents), the clinical improvement noted here was more pronounced, which could be due to the younger patient age (i.e. greater neuroplasticity), higher doses, and longer drug treatment duration. The linear PK profile across the dose range tested was consistent with prior data in adult and adolescent patients with no accumulation, metabolic inhibition or induction observed during treatment. Interestingly, clearance, distribution volume, and overall systemic exposure to trofinetide was directly influenced by body weight despite a dosing regimen based on weight. The drug was generally well tolerated in patients with Rett syndrome aged 5 to 15 years with the most common

GS-000120

adverse events (AEs) reported during the double-blind period across all treatment groups being diarrhea (27%), vomiting (15%), upper respiratory tract infection (12%), and pyrexia (10%).

On the forward, ACAD has expressed a willingness to continue to explore business development (in line with strategy of in-licensing of trofinetide from Neuren Pharmaceuticals) to bolster the long term growth profile - we await further details.

# Valuation and Risks

**Model changes**: We (1) add MDD to the model (65% PoS) ahead of pivotal CLARITY-2 data by YE20; (2) adjust OpEx to reflect additional anticipated costs associated with the MDD program; (3) increase DRP peak sales to $4bn (from $3bn prior); (4) adjust 1Q20 Nuplazid sales on management commentary; (5) decrease WACC to 11% (from 12% prior) to account for advancing stage of the company; and (6) add an M&A component to our valuation with a rank of "2" (11x 2023E sales), resulting in a revised 2020/2021/2022 GAAP EPS of ($1.99)/($0.96)/$1.62 from ($1.97)/($0.10)/$1.84.

**Valuation**: Our new 12-month PT of $72 (vs. $45 prior) is based on an 85%/15% blend of DCF value (11% WACC vs. 12% WACC prior, 1% TGR) and theoretical M&A value of $125 (historical median of 11x 2023E sales). We assign an M&A rank of "2" (representing medium or 15%-30% probability of the company becoming an acquisition target) given ACAD is a commercial neurology player with lead asset Nuplazid on the cusp of entering multiple indications.

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign an M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. An M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

**Downside Risks:**

- Clinical/commercial risk: If ACAD fails to develop additional indications for Nuplazid in DRP, depression, and schizophrenia, the commercial opportunity could be limited. Further FDA evaluation of Nuplazid safety could negatively impact commercial sales.

- Regulatory risk: Failure to obtain regulatory approvals in the US and ex-US would pose significant downside risks to our sales estimates if drugs are not approved.

- Competitive risk: Multiple other companies are developing drugs to treat mood and psychotic disorders that may demonstrate superior efficacy and tolerability. Should patents be challenged, commercial success could be at risk.

GS-000121

- ■ Financing risk

GS-000122

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Andrea Tan, Ph.D. and Ross Weinreb, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Biotechnology.

America-Biotechnology: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Agios Pharmaceuticals Inc., Alexion Pharmaceuticals Inc., Allogene Therapeutics Inc., Alnylam Pharmaceuticals Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Arrowhead Pharmaceuticals Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, Blueprint Medicines Corp., Cellectis SA, CRISPR Therapeutics, Denali Therapeutics Inc., Gritstone Oncology Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Karuna Therapeutics Inc., Madrigal Pharmaceuticals Inc., Moderna Inc., Passage Bio Inc., Precision BioSciences, Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Ultragenyx Pharmaceutical, uniQure, Unity Biotechnology Inc., Vertex Pharmaceuticals Inc..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($41.32)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($41.32)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($41.32)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 44% | 40% | 16% | 63% | 57% | 51% |

As of January 1, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,054 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

**Goldman Sachs**                                                                                      Acadia Pharmaceuticals Inc. (ACAD)

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further

GS-000124

information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

GS-000125

Goldman Sachs                                                                    Acadia Pharmaceuticals Inc. (ACAD)

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2020 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**