# EXHIBIT 16

**Goldman Sachs** | Equity Research

9 September 2019 | 3:51PM EDT

**Neutral**

# Acadia Pharmaceuticals Inc. (ACAD)

## Ph3 HARMONY stopped early on efficacy; Schizophrenia data next

| ACAD | 12m Price Target: **$46.00** | Price: **$23.80** | Upside: **93.3%** |
|---|---|---|---|

This morning, ACAD reported that the ongoing Ph3 HARMONY trial in dementia-related psychosis (DRP) has been stopped early for positive efficacy with Nuplazid demonstrating a statistically significant longer time (p=0.0033) to psychosis relapse compared to placebo on an interim look. On the back of the study's independent data monitoring committee recommendation, management guided to an sNDA filing in 2020, and we adjust our model to reflect today's announcement (DRP US/EU launches in 2021/2022 with WW peak sales of $3bn in 2030). Heading into 4Q19, we now see investor focus shifting to: (1) topline Nuplazid Ph2 ADVANCE schizophrenia negative symptoms by YE - where the prior benefit on negative symptoms could be encouraging on read-through and (2) initiation of trofinetide Ph3 LAVENDER trial in Rett syndrome in 4Q19.

## Additional takeaways

### Relapse prevention trial design enriched for responders

The Ph3 HARMONY trial was a randomized, double-blind, placebo-controlled study designed to evaluate Nuplazid's ability to prevent relapse of psychotic symptoms. Patients with dementia (n~356; associated with Alzheimer's disease, Parkinson's disease, dementia with Lewy bodies, frontotemporal degeneration, or vascular dementia; Mini-Mental State Examination (MMSE) score 6 $\leq x \leq 24$; 20-24: mild dementia, 13-20: moderate dementia; <12: severe dementia) experiencing moderate to severe psychosis underwent an initial 12-week open label stabilization period (34 mg Nuplazid qd, with dose reduction to 20mg qd allowed during the first four weeks if clinically justified). At both 8 and 12 weeks, patients were evaluated for sustained response to Nuplazid per

Salveen Richter, CFA
+1(212)934-4204 | salveen.richter@gs.com
Goldman Sachs & Co. LLC

Andrea Tan, Ph.D.
+1(212)902-8046 | andrea.tan@gs.com
Goldman Sachs & Co. LLC

Ross Weinreb
+1(212)357-0031 | ross.weinreb@gs.com
Goldman Sachs & Co. LLC

Maryana Breitman, Ph.D.
+1(212)902-6412 | maryana.breitman@gs.com
Goldman Sachs & Co. LLC

### Key Data

Market cap: $3.4bn
Enterprise value: $3.3bn
3m ADTV: $34.0mn
United States
America-Biotechnology
M&A Rank: 3

### GS Forecast

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | 223.8 | 329.2 | 477.0 | 810.8 |
| Revenue ($ mn) Old | 223.8 | 329.2 | 551.2 | 836.4 |
| EBITDA ($ mn) | (248.6) | (271.3) | (216.0) | 25.5 |
| EBIT ($ mn) | (248.6) | (272.3) | (218.0) | 25.0 |
| **EPS ($) New** | **(1.95)** | **(1.82)** | **(1.45)** | **0.18** |
| EPS ($) Old | (1.95) | (1.82) | (0.96) | 0.33 |
| P/E (X) | NM | NM | NM | 129.8 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | -- | -- | — | (11.3) |

| | 6/19 | 9/19E | 12/19E | 3/20E |
|---|---|---|---|---|
| EPS ($) | (0.38) | (0.40) | (0.45) | (0.43) |

### GS Factor Profile



Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

Goldman Sachs    Acadia Pharmaceuticals Inc. (ACAD)

## Acadia Pharmaceuticals Inc. (ACAD)

**Neutral**
Rating since Oct 6, 2017

### Ratios & Valuation

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | 129.8 |
| EV/EBITDA (X) | NM | NM | NM | 126.7 |
| EV/sales (X) | 10.8 | 10.2 | 7.1 | 4.0 |
| FCF yield (%) | (6.7) | (5.8) | (3.1) | 4.2 |
| EV/DACF (X) | NM | NM | NM | 24.7 |
| CROCI (%) | (52.0) | (62.3) | (63.8) | 102.2 |
| ROE (%) | (60.5) | (65.5) | (75.1) | 9.8 |
| Net debt/EBITDA (X) | – | – | – | (11.3) |
| Net debt/equity (%) | (28.1) | (28.0) | (46.6) | (71.5) |
| Interest cover (X) | – | – | (444.0) | – |
| Inventory days | 87.1 | 152.0 | 174.3 | 136.5 |
| Receivable days | 35.4 | 36.4 | 29.8 | 17.7 |
| Days payable outstanding | 111.7 | 63.4 | 56.8 | 45.7 |

### Growth & Margins (%)

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Total revenue growth | 79.2 | 47.1 | 44.9 | 70.0 |
| EBITDA growth | 14.2 | (9.1) | 20.4 | 111.8 |
| EPS growth | 17.3 | 6.3 | 20.6 | 112.7 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 91.3 | 92.0 | 91.3 | 92.7 |
| EBIT margin | (111.1) | (82.7) | (45.7) | 3.1 |

### Price Performance



**ACAD ($)** / **Russell 2000 Index**

| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (4.5)% | (7.2)% | 69.6% |
| Rel. to the Russell 2000 Index | (4.6)% | (5.3)% | 93.2% |

*Source: FactSet. Price as of 6 Sep 2019 close.*

### Income Statement ($ mn)

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Total revenue | 223.8 | 329.2 | 477.0 | 810.8 |
| Cost of goods sold | (19.5) | (26.4) | (41.6) | (59.2) |
| SG&A | (265.8) | (311.4) | (320.1) | (344.1) |
| R&D | (187.2) | (263.6) | (333.3) | (382.6) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | (248.6) | (271.3) | (216.0) | 25.5 |
| Depreciation & amortization | (0.1) | (1.0) | (2.0) | (0.4) |
| **EBIT** | (248.6) | (272.3) | (218.0) | 25.0 |
| Net interest inc./(exp.) | 3.5 | 9.5 | 6.5 | 7.8 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | (245.1) | (262.8) | (211.5) | 32.8 |
| Provision for taxes | (1.3) | (0.7) | 0.0 | (1.4) |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | (246.4) | (263.5) | (211.5) | 31.4 |
| **Net inc. (post-exceptionals)** | (182.0) | (195.3) | (136.4) | 114.4 |
| **EPS (basic, pre-except) ($)** | (1.95) | (1.82) | (1.45) | 0.21 |
| **EPS (diluted, pre-except) ($)** | (1.95) | (1.82) | (1.45) | 0.18 |
| **EPS (ex-ESO exp., dil.) ($)** | -- | -- | -- | -- |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 126.6 | 144.5 | 146.0 | 147.6 |
| Wtd avg shares out. (diluted) (mn) | 126.6 | 144.5 | 146.0 | 171.5 |

### Balance Sheet ($ mn)

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Cash & cash equivalents | 134.8 | 91.0 | 110.5 | 287.3 |
| Accounts receivable | 26.1 | 39.6 | 38.2 | 40.5 |
| Inventory | 4.1 | 17.9 | 21.8 | 22.4 |
| Other current assets | 361.2 | 231.5 | 131.8 | 124.2 |
| **Total current assets** | 526.1 | 380.1 | 302.4 | 474.5 |
| Net PP&E | 3.3 | 2.9 | 2.1 | 3.3 |
| Net intangibles | 4.1 | 3.3 | 3.3 | 3.3 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 6.7 | 5.8 | 6.2 | 7.2 |
| **Total assets** | 540.2 | 392.1 | 314.0 | 488.3 |
| | | | | |
| Accounts payable | 3.2 | 6.0 | 6.9 | 7.9 |
| Short-term debt | – | – | – | -- |
| Current lease liabilities | – | – | – | -- |
| Other current liabilities | 56.4 | 60.1 | 69.5 | 78.6 |
| **Total current liabilities** | 59.6 | 66.2 | 76.4 | 86.4 |
| | | | | |
| Long-term debt | – | – | – | -- |
| Non-current lease liabilities | – | – | – | -- |
| Other long-term liabilities | 1.6 | 0.3 | 0.3 | 0.2 |
| **Total long-term liabilities** | 1.6 | 0.3 | 0.3 | 0.2 |
| **Total liabilities** | 61.1 | 66.5 | 76.8 | 86.6 |
| Preferred shares | – | – | – | -- |
| **Total common equity** | 479.1 | 325.7 | 237.2 | 401.7 |
| Minority interest | – | – | – | -- |
| **Total liabilities & equity** | 540.2 | 392.1 | 314.0 | 488.3 |
| BVPS ($) | 3.79 | 2.25 | 1.62 | 2.34 |

### Cash Flow ($ mn)

| | 12/18 | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Net income | (245.2) | (263.5) | (211.5) | 31.4 |
| D&A add-back | 1.5 | 1.7 | 2.0 | 0.4 |
| Minority interest add-back | – | – | – | -- |
| Net (inc)/dec working capital | (8.2) | (23.0) | 7.1 | 13.5 |
| Others | 84.4 | 85.3 | 95.0 | 105.0 |
| **Cash flow from operations** | (167.5) | (199.5) | (107.3) | 150.3 |
| Capital expenditures | (2.1) | (1.3) | (1.2) | (1.6) |
| Acquisitions | – | – | – | -- |
| Divestitures | – | – | – | -- |
| Others | (69.3) | 134.2 | 100.0 | -- |
| **Cash flow from investing** | (71.5) | 132.9 | 98.8 | (1.6) |
| Dividends paid | – | – | – | -- |
| Share issuance/(repurchase) | 306.6 | 22.8 | 28.0 | 28.0 |
| Inc/(dec) in debt | – | – | – | -- |
| Others | 0.0 | 0.0 | – | -- |
| **Cash flow from financing** | 306.7 | 22.8 | 28.0 | 28.0 |
| **Total cash flow** | 67.1 | (43.8) | 19.5 | 176.7 |
| Free cash flow | (169.6) | (200.8) | (108.5) | 148.7 |
| Free cash flow per share ($) | (1.34) | (1.39) | (0.74) | 1.01 |

*Source: Company data, Goldman Sachs Research estimates.*

GS-000194

validated scales (undisclosed), with those meeting a pre-defined level of improvement in psychotic symptoms at the end of 12 weeks qualifying for the double-blind phase of the study. Randomized patients continued their Nuplazid dose (34mg qd or 20mg qd) or were switched to placebo and evaluated for up to 26 weeks or until an occurrence of relapse in psychotic symptoms occurred. The primary endpoint was time to relapse in the double-blind portion with relapse defined in four ways: (1) worsening on pre-defined scales (Scale for Assessment of Positive Symptoms (SAPS), hallucinations and delusions domain and Clinical Global Impression scale; (2) treatment with an antipsychotic (other than Nuplazid) for symptoms; (3) withdrawal from the study due to lack of efficacy; and (4) hospitalization for worsening DRP.

While the pushback against the use of relapse prevention trials has centered around the enriched population of patient, per March 2019 FDA guidelines for enrichment strategies to determine effectiveness of drugs, randomized withdrawal studies can help identify the long-term effectiveness of drugs in settings in which long-term use of a placebo would not be acceptable. Thus, relapse prevention trials have been a common Ph3 trial design in psychiatric indications (including antipsychotics olanzapine, aripiprazole, and quetiapine) and have demonstrated robust sensitivity in separating drug from placebo when the acute studies have shown efficacy.

### Efficacy observed despite low alpha spend; steps underway to close out trial

The pre-defined independent unblinded interim analysis (upon reaching 50% of the relapse events required for the full analysis) allowed for the trial to stop early if significant efficacy was observed. Per today's call, ACAD noted that the alpha assigned for the interim analysis was a small fraction of the overall assigned alpha for the study, with a one-sided $p<0.0033$ on the primary endpoint, and reflective of the clinical benefit of Nuplazid. For context, other trials in neuropsychiatry (schizophrenia, schizoaffective disorder, depression) have stopped on the interim analysis (e.g. quetiapine, iloperidone, paliperidone, aripiprazole). Management noted that steps are now underway to close out the trial, conduct a full analysis of the study data (full data to be presented at a medical meeting, possibly CTAD and prepare for a supplementary NDA submission in 2020. Recall that following the end of Ph2 meeting with the FDA, ACAD confirmed that a single well-controlled study with statistically and clinically relevant data could serve as the basis for the supplemental NDA submission in combination with efficacy data from the two previous acute studies (Ph2 Alzheimer's disease psychosis (ADP; details below) and prespecified subgroup analysis of dementia patients from the Ph3 PDP trial) and additional safety data the ongoing placebo-controlled post-marketing commitment safety study of Nuplazid. Management highlighted that ACAD has already initiated disease education programs and started engaging KOL, advocacy, and policy communities on Nuplazid for DRP use.

### Ph2 AD trial demonstrated benefit of Nuplazid on psychosis

In the prior Ph2, randomized, placebo-controlled, double-blind study, nursing home patients (>50 years with possible or probably Alzheimer's disease (AD) and psychotic symptoms including visual or auditory hallucinations) with a score of 4 or more on the either the hallucinations (frequency x severity) or delusions (frequency x severity)

GS-000195

domains of the Neuropsychiatric Inventory-Nursing Home version (NPI-NH) psychosis scale, or a total combined score of 6 or more (hallucinations + delusions), were randomized (1:1) to receive either Nuplazid or placebo once daily up to 12 weeks, stratified by baseline Mini-Mental State Examination (MMSE) total score and NPI–NH psychosis score. Patients were screened over a three-week period using a brief psychosocial therapy (BPST) to ensure that only individuals who required a pharmacological treatment progressed to randomization in the study (to minimize the placebo response). The primary endpoint was change from baseline to week 6 in the NPI-NH psychosis score (hallucinations + delusions) for Nuplazid vs. placebo with pre-specified analyses including responder analysis and stratification by psychosis severity. Secondary and exploratory endpoints included assessment of behavioral symptoms at 6 and 12 weeks and measures of neuropsychiatric symptoms per the NPI-NH total score (overall) and NPI-NH subgroup score (individual domains), and durability of response from weeks 6 to 12.

Overall, 178 patients were included in the efficacy analysis, of which 160 completed 6 weeks of treatment and 140 completed all 12 weeks of treatment. Throughout the duration of the study, roughly equivalent proportions of patients (9% Nuplazid patients; n=8/90 vs. 12% placebo patients; n=11/91) discontinued treatment due to adverse events. Adjusted mean change of the NPI-NH psychosis score from baseline to week 6 in Nuplazid-treated patients was -3.76 vs. -1.93 in placebo (p=0.045; effect size = -0.32) with the former demonstrating an average 39.5% reduction in NPI-NH psychosis score compared with 19.3% reduction in the latter group (Exhibit1A). Response to therapy was psychosis severity-dependent; in patients with severe

**Exhibit 1: Effect of Nuplazid on AD psychosis**
LS Mean ± SE; *p<0.05



CTAD, Nov 2017

Source: Company data

psychosis (NPI-NH psychosis score ≥12), the effect was robust despite the small sample size (Nuplazid, n=27; placebo, n=30); adjusted mean change of the score from baseline to week 6 was -10.15 in Nuplazid-treated patients vs. -5.72 in placebo patients (p=0.011; effect size = -0.73, Exhibit 1B). Conversely, in patients with mild psychotic symptoms (NPI-NH psychosis score <12), the adjusted mean change of the score from baseline to week 6 was -0.58 in Nuplazid-treated patients vs. -0.16 in placebo patients (p=0.694; effect size = -0.077). Responder analyses followed the same trends; in the overall population, 55% of patients in the Nuplazid group (vs. 37% of patients in placebo) responded to therapy (defined as ≥30% improvement in score from baseline). In the subgroup of patients with NPI-NH psychosis score ≥12, 89% of Nuplazid patients demonstrated a response of ≥30%reduction in psychotic symptoms. On the secondary and exploratory endpoints, no significant differences in the behavioral and neuropsychiatric symptoms of AD were observed between the two groups and

regardless of study population (overall vs. severe subgroup), by week 12, there was no significant advantage of Nuplazid over placebo. Importantly, however, over 12 weeks, there were minimal differences between groups in mean MMSE (measure of cognitive impairment; Exhibit 1C) or Unified Parkinson's Disease Rating Scale (UPDRS) part III score (measure of extrapyramidal symptoms).

In contrast to these findings, systematic reviews and meta-analyses of antipsychotics in randomized, placebo-controlled trials in patients with AD or dementia have found only small (effect sizes <0.2) - and not always statistically significant - benefits in improvement in psychosis (delusions and hallucinations), improvement in agitation (including physical aggression, verbal aggression, excitability, oppositional behaviors, and excessive motor activity) or a total global score (cumulative psychiatric symptoms). Further, antipsychotic use in patients with dementia has been associated with cognitive decline, increased rates of cerebrovascular events, metabolic syndrome, and mortality.

## DRP could be a 10x larger opportunity than PDP

Dementia (cognitive decline leading to impairment of memory, thinking, language, judgment, or behavior) is caused by degeneration of neurons and is most commonly associated with diseases of the brain including Alzheimer's disease (AD; accounts for 60-80% of dementia cases),

**Exhibit 2: Dementia subtypes with associated psychosis prevalence**

| Disease | Psychosis prevalence (%) |
|---|---|
| Alzheimer's disease | 25-50 |
| Dementia with Lewy bodies | 75 |
| Parkinson's disease dementia | 50-60 |
| Vascular dementia | 15 |
| Frontotemporal dementia | 5-10 |

CTAD, Nov 2017

Source: Company data

vascular dementia (occurs after a stroke), frontotemporal dementia, Lewy body dementia (due to abnormal α-synuclein protein buildup), and Parkinson's disease dementia (PDD). In moderate-to-severe dementia, psychosis manifests most commonly as hallucinations (usually visual; false sensory perceptions), delusions (beliefs out of context with a person's social and cultural background), and delusional misidentifications (combined decline in visual function and cognition) and is associated with adverse patient outcomes (including agitation, aggression, greater functional impairment, more rapid cognitive decline, and increased mortality) and increased cost of care from repeated hospital admissions and nursing home requirements. While the prevalence of psychosis ranges for the various subtypes of dementia (Exhibit 2), the treatment of the symptoms is generally managed similarly given the wide degree of overlap in clinical presentation and pathology. That said, there are currently no approved treatments for psychoses and off-label use of typical antipsychotics for dementia patients to treat delusions, aggression, and agitation has shown limited efficacy and is associated with increased risk of mortality, stroke, pulmonary embolism, and accelerated cognitive decline. As an exception, Nuplazid, a selective serotonin 5-HT2A inverse agonist without dopaminergic, adrenergic, histaminergic, or muscarinic affinity, has demonstrated antipsychotic activity in PDP (74% of patients experienced improvement per the pivotal clinical study) without impairing motor function, sedation, cognitive impairment, and orthostatic hypotension.

**Nuplazid in DRP at GSe $3bn in peak sales**

On the broader indication of DRP (from Alzheimer's disease psychosis prior) and on the back of today's positive interim data, we adjust our model. We assign a 85% PoS (vs. 15% prior) and assume an sNDA filing in 2020 with subsequent launch in 2021 (EU in 2022). We now model for DRP inclusive of the most common dementia subtypes including AD, PDD, vascular dementia, Lewy body dementia, and frontotemporal dementia with psychosis prevalence as described in literature (Exhibit 2). Given the difficulty in appropriately diagnosing patients, we conservatively estimate only 25% of patients are identified (per literature reports) and model for a 75% adherence rate to reflect the increased likelihood for dementia patients to have a caregiver monitoring drug uptake. While we currently model for in-line pricing in DRP as in PDP, we acknowledge that outstanding questions surround the pricing of Nuplazid in the DRP indication and await further clarity on this front as well as payor discussions. Finally, on market penetration, although there are no currently approved therapies for DRP, given the frequent off-label use of antipsychotics, we model for 15%/10% US/EU peak penetration with in-line pricing to Nuplazid in PDP, which translates to $3.0bn in WW peak sales in 2030.

# Valuation and Risks

**Model changes**: We (1) increase our PoS for Nuplazid in DRP to 85% (from 15%) on the positive interim read; (2) adjust our market build for DRP to incorporate the most common forms of dementia (Alzheimer's disease, Parkinson's disease dementia, Lewy body dementia, frontotemporal dementia, Lewy Body dementia) on the expected breadth of label (vs. Alzheimer's alone prior); (3) delay launch of Nuplazid in US/EU in DRP to 2021/2022 on updated filing estimates (from 3Q20/2021); (4) increase our PoS for Nuplazid in PDP to 100% (from 55%) on the removal of the overhang from the FDA re-examination and reaffirmation of Nuplazid's efficacy and safety profile; and (5) extend our model to 2033 (vs. 2027 prior) to capture IP expiry (2030/31) with the DCF calculated off terminal year 2033.

**Valuation**: On account of the changes, our new 12-month PT of $46 (vs. $23 prior) is based on a 100% DCF analysis (unchanged 12% WACC, 1% TGR).

**Risks**: Upside risks include: ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma. Downside risks include: Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

GS-000198

Goldman Sachs                                                                                    Acadia Pharmaceuticals Inc. (ACAD)

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Andrea Tan, Ph.D., Ross Weinreb and Maryana Breitman, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Biotechnology.

America-Biotechnology: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Agios Pharmaceuticals Inc., Alexion Pharmaceuticals Inc., Allogene Therapeutics Inc., Alnylam Pharmaceuticals Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, Blueprint Medicines Corp., Cellectis SA, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., Gritstone Oncology Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Karuna Therapeutics Inc., Madrigal Pharmaceuticals Inc., Moderna Inc., Precision BioSciences, Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, Unity Biotechnology Inc., Vertex Pharmaceuticals Inc..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Acadia Pharmaceuticals Inc. ($23.80)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($23.80)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($23.80)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($23.80)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Acadia Pharmaceuticals Inc. ($23.80)

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($23.80)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 38% | 49% | 13% | 66% | 57% | 51% |

9 September 2019                                                                                                                    7

**Goldman Sachs**                                                          Acadia Pharmaceuticals Inc. (ACAD)

As of July 1, 2019, Goldman Sachs Global Investment Research had investment ratings on 2,924 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs

Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities

GS-000201

Goldman Sachs

Acadia Pharmaceuticals Inc. (ACAD)

discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2019 Goldman Sachs.

No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.

GS-000202