# EXHIBIT 17

Biotechnology | Rating/Price Target Change
September 9, 2019



# ACADIA Pharmaceuticals Inc. (ACAD)
## HARMONY Phase 3 for Dementia-Related Psychosis Stopped Early for Success

**MARKET OUTPERFORM**
Price: $24.52
Price Target: $55.00

## INVESTMENT HIGHLIGHTS

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan**
rbuchanan@jmpsecurities.com
(212) 906-3509

- **DRP Phase 3 interim hits on overwhelming efficacy, providing a clear path to label expansion in 2020; we reiterate our Market Outperform rating and raise our price target on Acadia Pharmaceuticals from $30 to $55.** We believe the results clearly demonstrate the potential for pimavanserin in a large addressable market with no approved drugs. Additionally, this highlights further opportunities for label expansion (MDD, schizophrenia negative symptoms) and scarcity/acquisition value of the company as a leader in the neuropsych arena. Our price target is derived from a risk-adjusted, NPV analysis of NUPLAZID in Parkinson's disease psychosis (PDP), dementia-related psychoses (DRPs), schizophrenia, and major depressive disorder (MDD).

- **Key points:**
  - ACADIA announced that the trial's independent data monitoring committee recommended stopping the trial for overwhelming efficacy following the pre-planned interim analysis. The primary endpoint met the stopping criteria of a one-sided p-value <0.0033 vs. placebo. We look to gain additional details in subsequent data presentations; however, based on the strength of the p-value, we view the robustness and magnitude of effect as very likely compelling.

  - We are confident that the results from this trial will support label expansion given: 1) the strength of the results and reinforcement of the clinical profile that has already secured Breakthrough Therapy designation in this indication, 2) clear feedback from the FDA at the end-of-Phase 2 meeting that a single trial would be supportive of approval, and 3) the unmet medical need.

  - The market opportunity in DRP is very attractive, with ~1.2 million diagnosed patients in the U.S. (up to ~10x larger than the approved PDP indication for NUPLAZID) and no approved therapies. We also gain confidence in management's comments on the open-label run-in period of the trial, which in our view supports that the large majority of DRP patients responded to pimavanserin.

  - Our increased price target (summarized in Figure 1) reflects a higher probability of approval in DRP (90% vs. prior 65%) and higher penetration rates (12% at peak vs. prior 4%). We have also made upward revisions to our NPVs for additional indications including MDD and lowered our discount rate for all indications from 12.5% to 10%.

### MARKET DATA

| | |
|---|---|
| Price | $24.52 |
| 52-Week Range: | $13.17 - $30.38 |
| Shares Out. (M): | 144.3 |
| Market Cap ($M): | $3,538.2 |
| Average Daily Vol. (000): | 1,660.0 |
| Cash (M): | $382 |
| Cash/Share: | $2.65 |
| Enterprise Value (M): | $3,165 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $48.9 | $63.0A | -- |
| | 2Q | $57.1 | $83.2A | -- |
| | 3Q | $58.3 | $89.0 | -- |
| | 4Q | $59.6 | $91.7 | -- |
| | **FY** | **$223.9** | **$326.9** | **$405.5** |
| EPS | 1Q | ($0.44) | ($0.59)A | -- |
| | 2Q | ($0.51) | ($0.38)A | -- |
| | 3Q | ($0.50) | ($0.39) | -- |
| | 4Q | ($0.50) | ($0.42) | -- |
| | **FY** | **($1.94)** | **($1.78)** | **($1.65)** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

ACADIA Pharmaceuticals Inc. (ACAD)

## Additional details:

* Not surprisingly, there were limited details on the results disclosed. Next steps include shutting down the trial and completing further analyses of data before going to the FDA to confirm an sNDA submission in 2020. Importantly, we note that patients' final study visits will not impact the primary endpoint result. We look to additional details in subsequent data presentations, including medical meetings possibly still in 2019.

* Management stated that the safety and tolerability profile of pimavanserin in this trial appears to be favorable, consistent with prior experience. The drug was well tolerated in the open-label run-in period, and there are no indications from the blinded portion of unexpected findings.

* In the open-label run-in period, only 20% of patients did not enter the randomized period due to a lack of response to pimavanserin. An additional percentage of patients did not enter the randomized period due to other reasons such as withdrawal of consent. We believe this supports that the large majority of DRP patients should respond to pimavanserin in the real-world setting and highlights the compelling commercial opportunity for the drug.

* Recall that HARMONY was a double-blind, placebo-controlled relapse prevention trial that evaluated pimavanserin vs. placebo for treating delusions and hallucinations associated with dementia-related psychosis (DRP). The trial had a 12-week, open-label stabilization period with all patients given 34 mg of once-daily pimavanserin. Dose reductions to 20 mg once daily were allowed within the first four weeks (occurred in <10% of patients). Following the stabilization period, responding patients were randomized in the double-blind portion of the trial to continue on pimavanserin at 34 or 20 mg per day, or placebo, and followed for up to 26 weeks or relapse of psychosis.

* Relapse (i.e., significant worsening of DRP following stabilization) was defined as at least one of: hospitalization due to DRP, significant deterioration of clinical scales for dementia-related symptoms, withdrawal due to lack of efficacy, or use of an off-label antipsychotic medication for treating of dementia-related delusions and/or hallucinations. All potential relapses and discontinuations in the double-blind portion were adjudicated by an independent adjudication committee. The trial was designed to enroll a broad range of dementia patients, including those with Alzheimer's disease, dementia with Lewy bodies, Parkinson's disease dementia, vascular dementia, and frontotemporal dementia spectrum disorders. Management stated that the distribution of these DRP subtypes in HARMONY matched the etiology of disease.

## FIGURE 1. ACADIA Valuation

| | Peak sales ($MM)* | Peak sales year | Probability of success | Discount rate | NPV | NPV/share | Value Contribution |
|---|---|---|---|---|---|---|---|
| Pimavanserin | | | | | $8,980M | $53.49 | 97% |
| PDP - US | 1,108 | 2,023 | 100% | 10.0% | $2,597M | $15.47 | 28% |
| PDP - Ex-US | 272 | 2025 | 90% | 10.0% | $529M | $3.15 | 6% |
| Dementia-related psychosis | 2,867 | 2026 | 90% | 10.0% | $3,498M | $20.84 | 38% |
| MDD | 1,845 | 2029 | 65% | 10.0% | $1,367M | $8.14 | 15% |
| Schizophrenia (-ve) | 1,561 | 2028 | 50% | 10.0% | $989M | $5.89 | 11% |
| | | | | | | | |
| Cash (YE 2019) | | | | | $310M | $1.85 | 3% |
| Shares Outstanding (Fully diluted, M) | | | | | 167.9 | | |
| Total Value / Price Target | | | | | $9,290M | $55.34 | 100% |

* Sales in the year peak penetration is achieved

*Source: JMP Securities LLC*

JMP_ACADIA_0000775

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small-molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, approved or in clinical development for three neurological indications with high unmet medical need. The drug is approved for Parkinson's disease psychosis (PDP) and is in clinical development for dementia-related psychoses (DRPs), schizophrenia, and major depressive disorder (MDD).

## Investment Risks

Development and regulatory risks. ACADIA's NUPLAZID is in clinical testing for dementia-related psychoses and other CNS indications. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a degree of risk from adverse newsflow and to our financial projections.

Competition. ACADIA's products do and may compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

JMP_ACADIA_0000776

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities was manager or co-manager of a public offering of securities for ACADIA Pharmaceuticals Inc. (ACAD) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of September 9, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 248 | 59.76% | Buy | 248 | 59.76% | 60 | 24.19% |
| MARKET PERFORM | Hold | 140 | 33.73% | Hold | 140 | 33.73% | 21 | 15.00% |
| MARKET UNDERPERFORM | Sell | 3 | 0.72% | Sell | 3 | 0.72% | 0 | 0% |
| COVERAGE IN TRANSITION | | 24 | 5.78% | | 24 | 5.78% | 0 | 0% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 415 | 100% | | 415 | 100% | 81 | 19.52% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 09-05-2019

Created by: BlueMatrix

---

September 9, 2019

4

JMP_ACADIA_0000777

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

JMP_ACADIA_0000778

ACADIA Pharmaceuticals Inc. (ACAD)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

# RESEARCH PROFESSIONALS

## FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                             (212) 906-3578
    Brian McKenna              (212) 906-3545

**Commercial & Specialty Finance**
Christopher York                       (415) 835-8965

**Consumer Finance**
David M. Scharf                        (415) 835-8942
    Jeff Zhang, CFA            (415) 835-8948

**Financial Processing & Outsourcing**
David M. Scharf                        (415) 835-8942
    Jeff Zhang, CFA            (415) 835-8948

**Insurance**
Matthew J. Carletti                    (312) 768-1784
    Karol Chmiel               (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                             (212) 906-3578
    Brian McKenna              (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                      (212) 906-3517
    Chris Muller               (212) 906-3559
Trevor Cranston, CFA                   (415) 869-4431
    Mikhail Goberman           (212) 906-3543

## HEALTHCARE

**Biopharma**
Donald Ellis, PharmD                   (212) 906-3507
    Nazibur Rahman             (212) 906-3519

**Biotechnology**
Liisa A. Bayko                         (312) 768-1785
    Jonathan Wolleben          (312) 768-1788
    Neil Panchal, MD           (312) 768-1795
Reni J. Benjamin, PhD                  (212) 906-3529
    Justin H. Walsh            (212) 906-3561
    Jialiang Liang             (212) 906-3503
Jason N. Butler, PhD                   (212) 906-3505
    Roy Buchanan               (212) 906-3509

**Healthcare Services & Facilities**
Peter L. Martin, CFA                   (415) 835-8904
    Jonathan Freed             (415) 835-8908

**Medical Devices & Supplies**
David Turkaly                          (212) 906-3563
    Daniel W. Stauder          (212) 906-3535

## REAL ESTATE

**Housing & Land Development**
Peter L. Martin, CFA                   (415) 835-8904
Aaron Hecht                            (415) 835-3963
    Doug Hansen                (415) 835-8934

**Property Services**
Mitch Germain                          (212) 906-3546
    Corey DeVito               (212) 906-3525

**Residential Services**
Aaron Hecht                            (415) 835-3963

**REITs: Healthcare & Specialty**
Peter L. Martin, CFA                   (415) 835-8904
    Jonathan Freed             (415) 835-8908

**REITs: Diversified, Industrial, Office, & Retail**
Mitch Germain                          (212) 906-3546
    Corey DeVito               (212) 906-3525

**REITs: Residential**
Aaron Hecht                            (415) 835-3963

## TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha                            (415) 835-8998
    Hilary Cauley              (415) 835-8996

**Cybersecurity & IT Infrastructure**
Erik Suppiger                          (415) 835-3918

**Internet & Digital Media**
Ronald V. Josey III                    (212) 906-3528
    Andrew Boone               (415) 835-3902
    Samuel Dimond              (415) 835-8916
    David Yueh                 (415) 835-3957

**Software**
Patrick Walravens                      (415) 835-8943
    Joe Goodwin                (415) 869-4477
    Mark Chen                  (415) 835-8930
    Joey Marincek              (415) 869-4418

---

# ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com

JMP_ACADIA_0000779