# EXHIBIT 21

BofA GLOBAL RESEARCH


BofA SECURITIES

# Acadia Pharmaceuticals

# Takeaways from our investor call with ACAD CEO and President

**Maintain Rating: BUY | PO: 55.00 USD | Price: 40.90 USD**

## Meeting FDA for DRP in 1H, followed by filing in summer

We hosted ACAD CEO Steve Davis and President Serge Stankovic for an investor call last week. Our discussion focused on ongoing sales of Nuplazid in Parkinson's disease psychosis (PDP) and opportunities in pipeline indications, such as dementia-related psychosis (DRP) and major depressive disorder (MDD). On the primary value driver DRP (contributing $45/sh in our PO), ACAD is on track to meet with FDA at pre-sNDA mtg in 1H20, which will focus on the "format and content" of the submission, expected in the summer. ACAD believes that it has collected all the clinical data for the sNDA, as mgmt expects there will be an ad com given Nuplazid could receive the first approval in DRP. ACAD also provided more color on the prescriber base and sales force for DRP. The company expects the sales force to expand from the existing 200 to 450 to 500 in place at the time of launch in DRP. We note that the prescriber base will be slightly different in DRP, which is inclusive of neurologists, psychiatrists and geriatric primary care physicians (vs largely treated by neurologists in PDP). We continue to view the opportunity in DRP favorably, based on positive feedback from our doctor checks on pivotal Harmony study results. We currently est. the DRP launch in 2021 with risk-adj. sales of $117mn and ramping to $3.4bn peak sales (risk-adj.) based on our 75% likelihood of success (LoS). We maintain our Buy rating with PO $55, as we await more color at 4Q earnings call.

## Ad campaigns could strengthen uptake in PDP

We currently est. Nuplazid sales of $97.9mn in 4Q (+3% q/q, cons. $96.3mn) and $338.6mn in FY19 (vs company's guidance of $330mn-$340mn). ACAD noted the importance of pulsing DTC campaigns throughout the year to maximize its reach and had seen "encouraging signals" from its DTC campaigns, particularly in non-target healthcare providers, incl. the long-term care market.

## MDD US data expected in 4Q20; Rett data in 2021

We expect the first ph 3 MDD data of pimavanserin in 4Q20 from the pivotal Clarity-2 US study. The screen out rate in their MDD studies is 50% based on a variety of reasons, but we note that there is a sig. total addressable pop'n of ~17mn in the US alone. Lastly, ph 3 trofinetide data in Rett syndrome is on track to report topline results in 2021.

### Estimates (Dec)

| (US$) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| EPS | (2.36) | (1.94) | (1.63) | (1.61) | (0.95) |
| GAAP EPS | (2.36) | (1.94) | (1.63) | (1.61) | (0.95) |
| EPS Change (YoY) | 0.8% | 17.8% | 16.0% | 1.2% | 41.0% |
| Consensus EPS (Bloomberg) | | | (1.62) | (1.32) | 0.23 |
| DPS | 0 | 0 | 0 | 0 | 0 |

### Valuation (Dec)

| | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| P/E | NM | NM | NM | NM | NM |
| GAAP P/E | NM | NM | NM | NM | NM |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | NM | NM | NM | NM | NM |
| Free Cash Flow Yield* | -4.4% | -3.4% | -3.1% | -3.2% | -1.1% |

\* For full definitions of *IQmethod*$^{SM}$ measures, see page 5.

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 5 to 8. Analyst Certification on page 3. Price Objective Basis/Risk on page 3.**                    12091003

**03 February 2020**

Equity

**Tazeen Ahmad**
Research Analyst
BofAS
+1 646 855 4236
tazeen.ahmad@bofa.com

**Brian Cheng**
Research Analyst
BofAS
+1 646 855 5222
bcheng@bofa.com

**Max Yoon**
Research Analyst
BofAS
+1 646 855 5985
max.yoon@bofa.com

**William Maughan**
Research Analyst
BofAS
+1 646 855 3187
william.maughan@bofa.com

### Stock Data

| | |
|---|---|
| Price | 40.90 USD |
| Price Objective | 55.00 USD |
| Date Established | 16-Dec-2019 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 21.04 USD - 53.70 USD |
| Mrkt Val (mn) / Shares Out (mn) | 4,976 USD / 121.7 |
| Average Daily Value (mn) | 61.35 USD |
| BofA Ticker / Exchange | ACAD / NAS |
| Bloomberg / Reuters | ACAD US / ACAD.OQ |
| ROE (2019E) | -44.7% |
| Net Dbt to Eqty (Dec-2018A) | -27.8% |

### Abbreviations

**sNDA:** supplemental new drug application

**DTC:** Direct to consumer

### Related Research

ACAD: Doctors are enthusiastic on outlook in DRP

Biotech: 4Q19 SMID-Biotech earnings preview

BofA GLOBAL RESEARCH

# *iQprofile*<sup>SM</sup> Acadia Pharmaceuticals

**iQ**method<sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Return on Capital Employed | -60.6% | -53.8% | -40.1% | -36.4% | -21.9% |
| Return on Equity | -67.8% | -60.2% | -44.7% | -40.5% | -24.5% |
| Operating Margin | -244.6% | -118.8% | -79.8% | -75.7% | -36.2% |
| Free Cash Flow | (219) | (170) | (155) | (160) | (57) |

**iQ**method<sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NM | NM | NM | NM | NM |
| Asset Replacement Ratio | 0.3x | 0.7x | 6.6x | 9.8x | 14.8x |
| Tax Rate | NM | NM | NM | NM | NM |
| Net Debt-to-Equity Ratio | -20.6% | -27.8% | -40.2% | -41.2% | -32.3% |
| Interest Cover | NA | NA | NA | NA | NA |

**Income Statement Data (Dec)**

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Sales | 125 | 224 | 339 | 372 | 528 |
| % Change | 620.7% | 79.2% | 51.3% | 9.9% | 41.9% |
| Gross Profit | 112 | 205 | 319 | 350 | 497 |
| % Change | 765.3% | 83.7% | 55.3% | 9.7% | 41.9% |
| EBITDA | (290) | (244) | (251) | (259) | (159) |
| % Change | -5.2% | 15.6% | -2.5% | -3.5% | 38.6% |
| Net Interest & Other Income | 4 | 5 | 12 | 12 | 12 |
| **Net Income (Adjusted)** | **(289)** | **(245)** | **(239)** | **(248)** | **(148)** |
| **% Change** | **-4.9%** | **15.3%** | **2.3%** | **-3.6%** | **40.4%** |

**Free Cash Flow Data (Dec)**

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | (289) | (243) | (239) | (248) | (148) |
| Depreciation & Amortization | 3 | 3 | 0 | 0 | 0 |
| Change in Working Capital | (6) | (8) | 1 | 1 | 1 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 75 | 80 | 85 | 89 | 93 |
| Capital Expenditure | (1) | (2) | (2) | (2) | (4) |
| **Free Cash Flow** | **-219** | **-170** | **-155** | **-160** | **-57** |
| **% Change** | **-1.0%** | **22.4%** | **8.6%** | **-3.4%** | **64.5%** |

**Balance Sheet Data (Dec)**

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash & Equivalents | 69 | 135 | 239 | 262 | 189 |
| Trade Receivables | 17 | 26 | 26 | 26 | 26 |
| Other Current Assets | 287 | 365 | 382 | 399 | 416 |
| Property, Plant & Equipment | 3 | 3 | 5 | 7 | 11 |
| Other Non-Current Assets | 8 | 11 | 2 | 2 | 2 |
| **Total Assets** | **385** | **540** | **655** | **697** | **644** |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 49 | 60 | 61 | 63 | 65 |
| Long-Term Debt | 0 | 2 | 2 | 2 | 2 |
| Other Non-Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| **Total Liabilities** | **49** | **61** | **63** | **65** | **67** |
| **Total Equity** | **335** | **479** | **592** | **632** | **578** |
| **Total Equity & Liabilities** | **385** | **540** | **655** | **697** | **644** |

* For full definitions of *iQmethod*<sup>SM</sup> measures, see page 5.

## Company Sector

Biotechnology

## Company Description

Acadia Pharmaceuticals is a biopharmaceutical company based in San Diego, CA focused on the development of therapeutics to treat Central Nervous System (CNS) disorders. Its lead asset Nuplazid (pimavanserin) has been approved for the treatment of Parkinson's Disease Psychosis (PDP). Nuplazid is also in development for the treatment of dementia-related psychosis.

## Investment Rationale

We rate ACAD shares Buy. Lead asset Nuplazid was launched in the US in June 2016. Nuplazid treats the symptoms of psychosis without impacting the control of motor symptoms from the underlying Parkinson's Disease. This fills a treatment void left by standard of care therapy, which includes reduction of PD medications and use of off-label antipsychotics. We believe ACAD could fill an area of undermet need to treat PD patients who suffer from psychosis.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,500,045 |

## Quarterly Earnings Estimates

| | 2018 | 2019 |
|---|---|---|
| Q1 | -0.44A | -0.59A |
| Q2 | -0.51A | -0.38A |
| Q3 | -0.50A | -0.29A |
| Q4 | -0.50A | NA |

CONFIDENTIAL

BOFAS-ACAD-000332

BofA GLOBAL RESEARCH

## Price objective basis & risk

**Acadia Pharmaceuticals (ACAD)**

Our DCF-derived PO of $55 encompasses commercial drug Nuplazid in PDP at $8/share. Additional indication for Nuplazid in dementia-related psychosis (DRP) represents the majority of our NPV and contributes $45/share. The remainder of our NPV comes from pipeline and cash. We use a WACC of 10% for PDP and 10% for DRP, consistent with how we value other drugs in similar stages of development in our coverage universe. We assume a 21% tax rate for ACAD and zero terminal value.

Downside risks to our PO are: 1) slower-than-expected commercialization of Nuplazid in the neurology and psychiatry settings, 2) stronger-than-expected competition from other 5HT2A compounds and other drugs in development for the same indications as Nuplazid, 3) impact on sales from negative press reports.

Upside risks are 1) faster-than-expected Nuplazid uptake in the US, 2) faster-than-expected EU approval, and 3) potential for partnerships or transactions with larger pharma companies.

## Analyst Certification

I, Tazeen Ahmad, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



CONFIDENTIAL

BOFAS-ACAD-000333

**BofA GLOBAL RESEARCH**

**US - Biotechnology Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Acadia Pharmaceuticals | ACAD | ACAD US | Tazeen Ahmad |
| | Alector, Inc | ALEC | ALEC US | Tazeen Ahmad |
| | Alnylam Pharmaceuticals | ALNY | ALNY US | Tazeen Ahmad |
| | Amicus Therapeutics | FOLD | FOLD US | Tazeen Ahmad |
| | Apellis Pharmaceuticals | APLS | APLS US | Brian Cheng |
| | Ascendis Pharma | ASND | ASND US | Tazeen Ahmad |
| | Biocryst Pharmaceuticals Inc | BCRX | BCRX US | Tazeen Ahmad |
| | BioNTech | BNTX | BNTX US | Tazeen Ahmad |
| | Fulcrum Therapeutics | FULC | FULC US | Tazeen Ahmad |
| | Galera Therapeutics | GRTX | GRTX US | Tazeen Ahmad |
| | GW Pharmaceuticals Plc | GWPH | GWPH US | Tazeen Ahmad |
| | Heron Therapeutics | HRTX | HRTX US | Tazeen Ahmad |
| | Immunomedics, Inc | IMMU | IMMU US | Tazeen Ahmad |
| | MyoKardia, Inc. | MYOK | MYOK US | Tazeen Ahmad |
| | Neurocrine Biosciences | NBIX | NBIX US | Tazeen Ahmad |
| | Prevail Therapeutics | PRVL | PRVL US | Tazeen Ahmad |
| | Principia Biopharma | PRNB | PRNB US | Tazeen Ahmad |
| | PTC Therapeutics | PTCT | PTCT US | Tazeen Ahmad |
| | Rhythm Pharmaceuticals | RYTM | RYTM US | Tazeen Ahmad |
| | SAGE Therapeutics | SAGE | SAGE US | Tazeen Ahmad |
| | Sarepta Therapeutics | SRPT | SRPT US | Tazeen Ahmad |
| | Ultragenyx Pharmaceuticals | RARE | RARE US | Tazeen Ahmad |
| | Zogenix, Inc | ZGNX | ZGNX US | Tazeen Ahmad |
| **NEUTRAL** | | | | |
| | 89bio, Inc | ETNB | ETNB US | Tazeen Ahmad |
| | Clovis Oncology | CLVS | CLVS US | Tazeen Ahmad |
| | Cortexyme, Inc | CRTX | CRTX US | Tazeen Ahmad |
| | Kala Pharmaceuticals | KALA | KALA US | Tazeen Ahmad |
| **UNDERPERFORM** | | | | |
| | Adamas Pharmaceuticals | ADMS | ADMS US | Tazeen Ahmad |
| | Corcept Therapeutics | CORT | CORT US | Tazeen Ahmad |
| | DBV Technologies | DBVT | DBVT US | Tazeen Ahmad |
| | Prothena Corporation | PRTA | PRTA US | Tazeen Ahmad |
| | resTORbio Inc | TORC | TORC US | Tazeen Ahmad |
| | Theravance Biopharma | TBPH | TBPH US | Tazeen Ahmad |

CONFIDENTIAL   BOFAS-ACAD-000334

**BofA GLOBAL RESEARCH**

*iQ*method SM **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod* SM is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile* SM, *iQmethod* SM are service marks of Bank of America Corporation. *iQdatabase* ®is a registered service mark of Bank of America Corporation.

# Disclosures

## Important Disclosures

**Acadia Ph (ACAD) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Health Care Group (as of 31 Dec 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 154 | 56.00% | Buy | 100 | 64.94% |
| Hold | 61 | 22.18% | Hold | 37 | 60.66% |
| Sell | 60 | 21.82% | Sell | 25 | 41.67% |

**Equity Investment Rating Distribution: Global Group (as of 31 Dec 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1560 | 50.49% | Buy | 991 | 63.53% |
| Hold | 717 | 23.20% | Hold | 461 | 64.30% |
| Sell | 813 | 26.31% | Sell | 415 | 51.05% |

* Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.



BofA GLOBAL RESEARCH

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Acadia Ph.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Acadia Pharmaceutica.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Acadia Pharmaceutica.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Acadia Pharmaceutica.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Acadia Ph.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.
Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.
The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.
Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.
BofA Global Research policies relating to conflicts of interest are described at https://rsch.baml.com/coi
"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.
Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:
BofA and/or Merrill Lynch, Pierce, Fenner & Smith ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF); BAMLI DAC (Milan): Bank of America Merrill Lynch International DAC, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BAMLI DAC (Frankfurt): Bank of America Merrill Lynch International DAC, Frankfurt Branch regulated by BaFin, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.
This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BAMLI DAC (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BAMLI DAC and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of



**BofA GLOBAL RESEARCH**

research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please use this link http://www.bankofamerica.com/emaildisclaimer for further information

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Securities entities located outside of the United Kingdom.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

Copyright and General Information:

Copyright 2020 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the



Acadia Pharmaceuticals | 03 February 2020      7

CONFIDENTIAL

BOFAS-ACAD-000337

**BofA GLOBAL RESEARCH**

publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.



CONFIDENTIAL                                                                                              BOFAS-ACAD-000338