# EXHIBIT 32

**Goldman Sachs | Equity Research**

24 July 2018 | 1:56AM EDT

## Americas Healthcare: Biotechnology

# 2Q EPS preview and catalyst roadmap

*Biotechnology has outperformed YTD (NBI +11%, XBI +18% vs. S&P 500 +5%) with specific names under our coverage up significantly (ATRA +117%; CRSP +149%; MDGL +213%; SLDB +169%; SRPT +140%). While the drug pricing debate is likely to persist as we approach mid-term elections (Nov 6) – we remain constructive on SMID biotech recommending names with solid fundamentals, near-term value driving catalysts, new product cycles, innovative R&D and M&A optionality. In the report, we preview 2Q EPS - highlighting SGEN (Adcetris beat), ACAD (Nuplazid uncertainty) and BMRN (we expect limited F/X impact) on early Palynziq launch metrics. Further, we provide a roadmap for 2H catalysts, including ONCE (SPK-8011 Ph1/2 results in hemophilia A where we note high expectations) and FOLD (US regulatory update for Pompe asset AT-GAA with the Street focused on a near-term accelerated approval pathway) with potential announcements on the earnings call.*

Salveen Richter, CFA
+1(212)934-4204 |
salveen.richter@gs.com
Goldman Sachs & Co. LLC

Ross Weinreb
+1(212)357-0031 |
ross.weinreb@gs.com
Goldman Sachs & Co. LLC

Maryana Breitman
+1(212)902-6412 |
maryana.breitman@gs.com
Goldman Sachs & Co. LLC

Kevin Patel, Ph.D.
+1(212)357-5693 | kevin.patel@gs.com
Goldman Sachs & Co. LLC

Alexana Astor
+1(801)884-4767 |
alexana.astor@gs.com
Goldman Sachs & Co. LLC

**Names in focus into 2Q EPS: SGEN, INCY, BMRN, FOLD, ACAD**

For **SGEN**, we are positive on the Adcetris launch trajectory in 1L Hodgkin's lymphoma, and view 2Q revenue guidance of $105-$110mn (GSe of $110mn vs. FactSet consensus of $107mn) as conservative based on 1Q strength (1L HL sales in the last 6 days of the quarter, historical QoQ trends and normalized inventory levels) and physician commentary. Thus, we expect a 2Q beat, but believe for SGEN to trade higher on the report – US Adcetris sales need to be above $110mn alongside solid 3Q/2H guidance. On **INCY**, we expect 2Q US Jakafi sales to be in-line or beat given strong organic growth/historical 2Q trends. We expect **BMRN's** orphan disease portfolio to see limited F/X impact due to the company's hedging strategy and note Naglazyme could beat based on LatAm buying trends. The Street will focus on **initial launch metrics for Palynziq** in PKU – we note consensus appears conservative (~200 clinical trial patients to convert to commercial users by YE). We expect **FOLD** to report in-line ex-US Galafold sales but believe FY18 guidance ($75-$85mn excluding Japan and US) could be revised upwards in light of the recent Japan approval. **ACAD's** Nuplazid could be at risk on the 2Q print (given recent commentary at the GS conference and the impact of negative press suggesting a mortality imbalance) – we estimate sales of $57mn vs. FactSet consensus of $59mn (guidance of $57-$61mn) – where we expect street focus to remain on organic

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

growth trends. The Street is somewhat expecting a miss on 2Q, and looking to FY18 guidance (potentially revised downwards) and launch commentary for clarity on Nuplazid's outlook in PDP.

**Multiple catalysts on tap for 2H**

**ONCE** could provide its **SPK-8011 Ph1/2 data in hemophilia A (gene therapy) update on the 2Q EPS call** – Street expectations are high – where we anticipate a topline report (to preserve details for ASH 2018) detailing Factor activity levels (we anticipate 20%-40%), durability past 12 months, in addition to clarity on manufacturing (conversion to suspension) and the Ph3 trial design outlook. **SRPT** will provide FDA clarity on the **registrational pathway** for the Nationwide Children's Hospital (NCH) Duchenne muscular dystrophy **(DMD) gene therapy** placebo-controlled study (cohort C) – **potentially on the 2Q EPS call** – and a first-look at SRP-5051 (Exondys 51 PPMO) by YE18/1Q19 with updates on new neuromuscular targets beginning with Limb-girdle muscular dystrophy (MYO-101 Ph1/2 trial initiation) data in 1Q19 and business development activities in 2H+. For **BLUE,** we look to an update on the pivotal/registrational pathway for LentiGlobin in severe sickle cell disease (SCD) and a potential unveiling of the cancer (CAR T/TCR)/gene editing (MegaTAL) pipeline in 2H along with a first look at next-generation bb21217 Ph1 data in relapsed/refractory multiple myeloma (r/r MM) and follow-on LentiGlobin data in transfusion-dependent beta-thalassemia (TDT) and severe SCD and bb2121 Ph1/2 data in r/r MM at the American Society of Hematology (ASH, December 1-4, San Diego) meeting. **SLDB** is expected to resume trial activities for the lead DMD gene therapy SGT-001 Ph1/2 study where we look to see if the drug may have a potentially differentiated profile – a clinical update on 2Q EPS is possible. **CRSP** potentially remains on track to enter the clinic with a single-arm CTX001 Ph1/2 TDT trial in the EU to begin in 2H while the company awaits FDA clarity regarding the IND clinical hold for CTX001 in SCD.

**Key regulatory decisions to drive value in 2H**

The key near-term driver for **FOLD** is the **Pompe (AT-GAA) US regulatory update in 3Q (potentially on the 2Q EPS call)** – with the Street hoping for a near-term filing under an accelerated approval path. We believe the FDA may require ongoing natural history study as well as patient data from the new bioreactor scale (1KL). On **ACAD**, we await FDA clarity on Nuplazid's safety profile in Parkinson's disease psychosis (PDP). For **ACOR,** we look to an Ampyra IP appeals process decision in 2Q+ (see details below) and expect US Inbrija approval in Parkinson's disease OFF symptoms by the October 5 PDUFA. **IONS** faces two potential US approvals: (1) volanesorsen (Aug 30 PDUFA) in familial chylomicronemia syndrome (FCS); and (2) inotersen (October 6 PDUFA) familial amyloid polyneuropathy (FAP) – for which we see gradual launch trajectories.

**A focus on evolving pipelines/new product launches**

We are positive into the **GWPH** Epidiolex launch by Fall-2018 (Sept) which is likely to benefit from a bolus of >1750 patients rolling over from expanded access programs (EAPs) in 2019 alongside widespread use based on physician feedback. **BMRN's solid fundamentals** will continue to support long term pipeline innovation as we look to the

R&D Day followed by a cascade of pipeline drivers (including three launches in 2020). A key 2H focus is **SGEN's topline ECHELON-2 pivotal data** in peripheral T-cell lymphoma that will play a key role in Adcetris' growth outlook. For **INCY**, we continue to **like the name at current levels given pipeline optionality** and expect the following key events to drive value in 2H: (1) topical ruxolitinib in atopic dermatitis (September 12-16); and (2) FGFR1/2/3 in cholangiocarcinoma in 2H. **SAGE** will report 217 **postpartum depression (PPD) pivotal data in 4Q** and we expect a US brexanolone approval in PPD by the December 19 PDUFA. **DNLI** will nominate one drug (DNL201 or DNL151) to advance into human Parkinson's disease clinical studies in mid-18, based on target engagement and biomarker data. In 2H, **RARE** will provide a gene therapy Ph1/2 DTX301 (ornithine transcarbamylase deficiency) cohort 2 and DTX401 (glycogen storage disorder Ia) Ph1/2 cohort 1 update.

# Recap of YTD coverage performance/tracking key product launches

**Exhibit 1: YTD share price performance**

| Ticker | Rating | Price Target | Up / Down | Price 07/22/18 | % Return | |
|--------|--------|--------------|-----------|----------------|----------|-----|
| | | | | | 2017 | YTD |
| ACAD | Neutral | $23 | 37% | $17 | 4% | -44% |
| ACOR | Neutral | $29 | 1% | $29 | 14% | 34% |
| ATRA | Neutral | $36 | -8% | $39 | 27% | 117% |
| BLUE | CL-Buy | $301 | 67% | $180 | 189% | 1% |
| BMRN | CL-Buy | $159 | 56% | $102 | 8% | 14% |
| CRSP | Buy | $86 | 47% | $58 | 16% | 149% |
| DNLI | Neutral | $22 | 63% | $13 | -13% | -14% |
| FOLD | Neutral | $17 | 6% | $16 | 190% | 11% |
| FPRX | Neutral | $20 | 18% | $17 | -56% | -23% |
| GWPH | Buy | $188 | 29% | $146 | 18% | 11% |
| ICPT | Sell | $45 | -52% | $94 | -46% | 61% |
| INCY | Buy | $96 | 39% | $69 | -6% | -27% |
| IONS | Sell | $35 | -25% | $47 | 5% | -8% |
| MDGL | Buy | $314 | 9% | $287 | 516% | 213% |
| ONCE | Neutral | $71 | -13% | $81 | 3% | 58% |
| RARE | Neutral | $63 | -24% | $83 | -34% | 79% |
| RCUS | Neutral | $19 | 66% | $11 | -- | -24% |
| RDUS | Neutral | $38 | 36% | $28 | -16% | -12% |
| SAGE | Buy | $216 | 28% | $169 | 223% | 2% |
| SGEN | Neutral | $73 | 4% | $70 | 1% | 31% |
| SLDB | Neutral | $28 | -35% | $43 | -- | 169% |
| SRPT | Buy | $203 | 52% | $133 | 103% | 140% |
| SURF | Neutral | $17 | 29% | $13 | -- | -1% |
| UBX | Neutral | $17 | 15% | $15 | -- | -13% |
| Mean | | | | | 57% | 38% |
| Median | | | | | 6% | 11% |

Source: Goldman Sachs Global Investment Research; all PTs are 12-months

**Among the new product cycles we are most focused on BMRN's Palynziq, SGEN's Adcentris, GWPH's Epidiolex, ONCE's Luxterna, FOLD's Galafold and RARE's Crysvita (Exhibit 2).**

**Exhibit 2: New and ongoing product launches**

| | Company | Drug | Indication | GS 2018 Sales Est ($mn) | Cons. 2018 Sales Est ($mn) | GS vs. Cons | Launch or PDUFA date |
|---|---|---|---|---|---|---|---|
| Ongoing (<1 year) | ALXN | Soliris | PNH, aHUS, MG | $3,445 | $3,418 | 1% | Approved |
| | AMGN | Repatha | High LDL | $700 | $610 | 15% | Approved |
| | BIIB | Spinraza | SMA | $1,645 | $1,611 | 2% | Approved |
| | CLVS | Rubraca | Ovarian Cancer | $130 | $123 | 6% | Approved |
| | GILD | Yescarta | DLBCL | $352 | $248 | 42% | Approved |
| | GILD | Biktarvyy | HIV-1 | $1,198 | $855 | 40% | Approved |
| | INCY | Olumiant royalties | Rheumatoid Arthritis | $38 | $35 | 7% | Approved |
| | ONCE* | Luxturna | RPE-65 (genetic blindness) | $40 | $37 | 8% | Approved |
| | RARE | Mepsevii | Mucopolysaccharidosis type 7 (MPS 7) | $9 | $8 | 10% | Approved |
| | SGEN* | Adcetris | Front-line Hodgkin's lymphoma | $557 | $447 | 25% | Approved |
| | VRTX | Symdeko | Cystic Fibrosis | $344 | $342 | 1% | Approved |
| New | REGN | Dupixent | Atopic Derm, Asthma | $966 | $799 | 21% | Approved |
| | AMGN | Aimovig | Migraine | $58 | $90 | -36% | Approved |
| | BMRN* | Palynziq | Phenylketonuria | $15 | $16 | -6% | Approved |
| | GWPH* | Epidiolex | Lennox-Gastaut syndrome (LGS) and Dravet | $5 | $0 | - | Approved |
| | RARE | Crysvita | X–linked hypophosphatemia | $7 | $9 | -24% | Approved |
| | ALNY | Patisiran | hATTR Amyloidosis | $7 | $26 | -73% | August 11 |
| | FOLD | Galafold | Fabry Disease | $85 | $87 | -2% | August 13 |
| | IONS | Volanesorsen | Familial chylomicronemia syndrome (FCS) | $10 | $11 | -14% | August 30 |
| | ACOR | Inbrija | Parkinson's disease | $22 | n/a | - | October 5 |
| | IONS | Inotersen royalties | Familial amyloid polyneuropathy (FAP) | $0.7 | n/a | - | October 6 |
| | SAGE | Brexanolone | Postpartum Depression | $0 | $0 | - | December 18 |

Source: Factset, Company data, Goldman Sachs Global Investment Research

# Updating estimates and price targets

We remove SOTP as a component of our valuation methodology for ACOR, ICPT, BMRN, ONCE, SGEN INCY and FOLD. Exhibit 3 summarizes our price target and EPS changes as a result.

**Exhibit 3: Changes to GS estimates and 12-month price targets**

| | Price Target | | 2018 EPS | | 2019 EPS | | 2020 EPS | | 2021 EPS | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company | Current | Prior | Current | Prior | Current | Prior | Current | Prior | Current | Prior |
| ACAD | $23 | $23 | ($1.71) | ($1.71) | ($1.06) | ($1.06) | $1.05 | $1.05 | $4.11 | $4.11 |
| ACOR | $29 | $27 | ($0.98) | ($0.98) | ($3.87) | ($3.91) | ($1.78) | ($1.74) | $0.28 | $0.34 |
| BMRN | $159 | $132 | ($0.77) | ($0.81) | $0.08 | $0.43 | $0.12 | $1.39 | $1.74 | $2.63 |
| SRPT | $203 | $203 | ($3.55) | ($3.55) | ($3.84) | ($3.85) | ($3.95) | ($3.95) | ($2.35) | ($2.28) |
| ICPT | $45 | $42 | ($10.94) | ($10.52) | ($8.63) | ($8.15) | ($13.45) | ($13.47) | ($10.45) | ($10.64) |
| INCY | $96 | $97 | $0.32 | $0.63 | $0.77 | $1.28 | $2.03 | $2.21 | $3.15 | $2.84 |
| SGEN | $73 | $69 | ($1.71) | ($1.73) | ($0.85) | ($0.85) | ($0.21) | ($0.20) | $0.77 | $0.50 |
| ONCE | $71 | $66 | ($2.99) | ($3.00) | ($7.94) | ($7.98) | ($5.88) | ($6.10) | ($1.21) | ($1.44) |
| FOLD | $17 | $17 | ($1.19) | ($1.21) | ($1.16) | ($1.16) | ($0.77) | ($0.76) | ($0.19) | ($0.16) |
| RDUS | $38 | $38 | ($5.62) | ($5.66) | ($5.36) | ($5.33) | ($3.20) | ($3.40) | ($2.02) | ($2.11) |

Source: Goldman Sachs Global Investment Research

**Exhibit 4: Valuation and price target changes**

| | Previous valuation methodology | | | | New valuation methodology | | |
|---|---|---|---|---|---|---|---|
| | DCF | SOTP | M&A | PT | DCF | M&A | PT |
| ACOR | $24 (43%) | $23 (43%) | $51 (15%) | $27 | $22 (85%) | $64 (15%) | $29 |
| ICPT | $33 (50%) | $52 (50%) | --- | $42 | $45 (100%) | --- | $45 |
| BMRN | $119 (35%) | $131 (35%) | $149 (30%) | $132 | $154 (70%) | $171 (30%) | $159 |
| ONCE | $57 (50%) | $75 (50%) | -- | $66 | $71 (100%) | --- | $71 |
| SGEN | $62 (43%) | $71 (43%) | $82 (15%) | $69 | $71 (85%) | $83 (15%) | $73 |
| INCY | $81 (35%) | $75 (35%) | $141 (30%) | $97 | $73 (70%) | $149 (30%) | $96 |
| FOLD | $17 (50%) | $16 (50%) | -- | $17 | $17 (100%) | -- | $17 |

Source: Goldman Sachs Global Investment Research

GS-000343

Goldman Sachs
Americas Healthcare: Biotechnology

# ACAD (Neutral): A spotlight on Nuplazid safety and organic growth

**Nuplazid in PDP remains the key focus into 2Q EPS**

ACAD will report 2Q EPS results in early-August where we project 2Q Nuplazid sales in Parkinson's disease psychosis (PDP) of $57mn (vs. Factset consensus of $59mn) at the low end of company guidance ($57mn - $61mn) as a result of a lack of clarity on the impact of negative press (suggesting a mortality imbalance related to Nuplazid) on physician prescribing patterns/patient uptake. While Nuplazid sales could benefit from additional price increases (we assume 9.4% in 2Q) and seasonal factors (we model a 2Q gross-to-net of 18% in-line with 2Q17), we expect investor focus to remain on organic growth trends, particularly this Q. Based on recent management commentary at our conference, the Street is somewhat expecting a miss on 2Q, and looking to FY18 guidance (potentially revised downwards) and launch commentary for clarity on Nuplazid's outlook in PDP. We project FY18 Nuplazid US sales of $254.2mn (incorporates ~18.8% of price increases) below FactSet consensus of $261.4mn and company guidance of $255mn- $270mn.

**FDA response on Nuplazid safety to remain an overhang**

ACAD notes that the FDA has stated that "based on the information available they have not identified a specific safety issue that is not already adequately described in the product label." Also, the FDA indicated they are performing an evaluation of the emerging safety information, however according to management, there is: (1) nothing to suggest there is a new risk; (2) that providers stop prescribing the drug; and (3) that patients stop taking the medication while the evaluation is ongoing. Management awaits FDA clarity, however the FDA's recent approval of a new formulation (34mg QD capsule) and dose (10mg tablet) for Nuplazid has an unclear (albeit slightly positive) read-through.

**Pipeline read-outs start with MDD in 2H18**

Pimavanserin Ph2 data in major depressive disorder (MDD) patients with inadequate treatment response is expected in 2H, where we look to initial clinical proof-of-concept of 5HT2A inverse agonist in the disorder (not in model) - we remain on the sidelines but note the optionality. We are more optimistic on the two schizophrenia programs, adjunctive therapy (Ph3) and negative symptoms (Ph2) that will report out in 2019 (not in model) and the dementia-related psychosis (DRP) Ph3 program (in model), where an interim analysis is planned for when half of patients are enrolled and treated - likely in 2019.

**The 2Q18 EPS call will focus on:** (1) an update on the FDA inquiry into Nuplazid safety; (2) Nuplazid launch and progress in accessing the long-term care facility segment and earlier treatment settings; (3) potential price increases and the contribution to 2Q sales and FY impact; (5) timing and outlook of pipeline programs in DRP, schizophrenia and depression.

GS-000344

**Upcoming catalysts:** (1) FDA clarity on Nuplazid safety in 2H+; (2) pimavanserin Ph2 data in adjunctive therapy in MDD in 2H and (3) pimavanserin Ph3 adjunctive therapy in schizophrenia and Ph2 in schizophrenia with negative symptoms and an interim analysis of the DRP Ph3 program in 2019.

**Exhibit 5: ACAD GSe vs. consensus vs. guidance**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Nuplazid sales ($mn) | $57 | $59 | $57- $61 | $255 | $261 | $255- $270 |
| Total revenue ($mn) | $57 | $59 | n/a | $255 | $261 | n/a |
| GAAP EPS | ($0.46) | ($0.46) | n/a | ($1.71) | ($1.68) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target is $23 based on 100% risk-adjusted DCF value of $23 (Nuplazid: 60% PoS in PDP and 15% in DRP, 12% WACC, 1% TGR).

**Upside risks:** ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma. **Downside risks:** Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

# ACOR (Neutral): When is Ampyra facing a cliff? Inbrija PDUFA in 3Q

### Impending patent cliff for Ampyra in mid-2018 or later?

ACOR will report 2Q EPS on 08/02 - conference call at 8:30am ET. For 2Q, we estimate net US Ampyra sales of $167mn above Factset/company consensus of $135mn/$133.5mn. On the Ampyra IP front, ACOR presented oral arguments on June 7 and we await an appeals decision (likely in ~2-3 months). Given Ampyra's loss of exclusivity (LOE) occurs on July 30, ACOR filed a preliminary injunction to delay generic entry in the event a court decision is not returned by that time point. On the appeals decision, there are three possible outcomes: (1) positive - court votes in favor of Ampyra and IP exclusivity extends to 2025 (generic company can appeal all the way to the supreme court); (2) negative - court votes against Ampyra and generics enter; or (3) remand - court sends the case back to the lower court to revisit their decision. We take a conservative stance on the appeal and currently assume LOE and generic entry as of August 1st and model a gradual sales cliff beginning in mid-18. We assume FY18 Ampyra sales of $337mn (vs. FactSet/company consensus of $330mn/$315mn) in-line with guidance of $330mn- $350mn.

### Regulatory execution of Inbrija is critical for success

Positive Inbrija pivotal data in Parkinson's disease OFF symptoms supports a US approval by the October 5, 2018 PDUFA (EMA filing submitted in March) pending a one-cycle review (given the drug-device combination) - Inbrija launch anticipated in

4Q18. We note it is unlikely Inbrija will require an FDA Adcom. We model for US Inbrija peak sales of $740mn and note, if approved, Inbrija will be ACOR's key growth asset and thus, we view successful execution of the launch as critical for viability of ACOR's business. ACOR's pipeline includes BTT1023 (Ph2) for primary sclerosing cholangitis, CVT-427 (Ph1) for migraines, and rHIgM22 (Ph1) for multiple sclerosis; however we note that each of ACOR's clinical candidates face competitive headwinds from approved drugs or those in clinical development.

**The 2Q18 EPS call will focus on:** (1) the Inbrija regulatory and launch outlook, including projected peak sales opportunity; (2) scenario outcomes for the Ampyra IP appeals decision in mid-18; and (3) outlook for the early-stage pipeline (Ph2 BTT1023 in primary sclerosing cholangitis, Ph1 CVT-427 in migraines and Ph1 rHIgM22 in multiple sclerosis).

**Upcoming catalysts**: (1) Ampyra IP appeals process outcome in 2Q+; (2) investigator initiated study for BTT1023 in primary sclerosing cholangitispotential in 3Q; and (3) Inbrija US approval and launch in 4Q+

**Model changes:** (1) we adjust the Fampyra royalty rate as such our FY18/19/20 EPS is now ($0.98)/($3.87)/($1.78); and (2) remove the SOTP as a component of our valuation.

**Exhibit 6: ACOR GSe vs. consensus vs. guidance**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Ampyra sales ($mn) | $166.8 | $135.0 | n/a | $336.5 | $329.5 | $330- $350 |
| Total revenue ($mn) | $169.8 | $138.3 | n/a | $370.7 | $349.1 | n/a |
| GAAP EPS | $0.94 | $0.51 | n/a | ($0.98) | ($1.36) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation:**  Our new 12-month price target of $29 (vs. $27 prior) is based on an 85%/15% risk-adjusted DCF value of $22 (Ampyra: 100% PoS; Inbrija: 85% PoS, 13% WACC, 1% terminal growth rate) and M&A value of $64 (11x 2020E sales). Previously our valuation was based on a 42.5%/42.5%/15% mix of a SOTP value of $23 (Ampyra - 100% PoS, 13% discount rate, 0% TGR; Inbrija - 85% PoS; 13% discount rate, 0% TGR), DCF value of $24 (13% WACC and 1% TGR, unadjusted FCF) and M&A value of $51 (11x 2020E sales). We believe ACOR could be a takeover target (M&A rank of 2) for large biopharma given it owns global rights to Inbrija for PD.

**Upside risks**: Earlier-than-anticipated regulatory approval of ACOR's Inbrija and/or stronger-than-anticipated demand could lead to revenue upside. ACOR may sell or partner its early stage pipeline assets as a source of non-dilutive financing. The company could be acquired for a premium by a biopharma company seeking PD assets.
**Downside risks**: Failure to receive regulatory approval of Inbrija, delays in regulatory approval, or lower than expected revenue projections.

# BMRN (Buy-CL): 2Q sales in-line but Naglazyme could beat; Looking for Palynziq launch color

**2Q EPS in-line with a focus on Opex restraint to support long term margins**

**Goldman Sachs**                                                    Americas Healthcare: Biotechnology

BMRN will report 2Q EPS on 8/2 - conference call at 4:30pm ET. We forecast total revenue of $348mn (+10% yoy but -7% qoq due to a one-time increase in Aldurazyme Q1 sales on mandatory adoption of the new revenue accounting standard) vs. FactSet consensus of $357mn. 1Q Naglazyme GSe of $80mn (vs. cons. of $87mn) could show a greater uptick than we forecast based on the trends in LatAm buying. Vimizim GSe of $122mn (vs. cons. of $121mn) could also be subject to similar LatAm revenue choppiness. Our FY18 total revenue estimate of $1.50bn is in line with guidance of $1.47bn-$1.53bn, and we see limited F/X impact due to BMRN's hedging strategy and note a portion of Vimizim sales are denominated in Euros. OpEx restraint remains a focus and we are encouraged by BMRN's long-term margin outlook with ~20%+ yoy top-line growth post 2020. The Street will be focused on initial launch metrics for recently approved (May 24) Palynziq in PKU. Further, we look to pipeline discussion of pivotal-stage assets vosoritide (achondroplasia), val-rox (hemophilia A gene therapy), and BMN250 (MPSIIIb). We estimate 2Q18/FY18/FY19 GAAP EPS of ($0.24)/($0.77)/$0.08

### Palynziq launch to deliver next leg of growth

Palynziq (pegvaliase), an enzyme replacement therapy in adult PKU, entered specialty pharma distribution channels in late-June (thus, we do not model for 2Q sales). We project $15mn in revenue this year (vs. $16mn Factset consensus). Given the feedback from physicians at study centers indicates they will likely prescribe Palynziq in small batches, and the per protocol 12-24+ week induction/titration phase for treatment-naive patients, we anticipate a gradual launch trajectory in 2H18, which could prove conservative in the context of the transition of ~200 patients from clinical trials to commercial drug. In the US, BMRN estimates ~11.4K adult PKU patients, of which 2.5K (2.3K in clinic and ~200 patients in pegvaliase trial) will initially be targeted. The launch strategy is focused on targeting treatment-experienced and naive patients at the 32 PKU clinics that were involved in pegvaliase studies, which treat ~50% of patients in the clinic, and then leverage the experience to an additional 30 'pegvaliase-naive' clinics treating ~35% of patients in the clinic (thus targeting ~85% of patients in the clinic). We forecast peak sales of Palynziq at $1bn by 2030, which includes patients switching from Kuvan to Palynziq as part of product lifecycle management.

### Val-rox data continues to support strong clinical profile

Val-rox data presented at the World Federation of Hemophilia Congress continue to support a solid clinical profile, with favorable safety and efficacy data extending two years post gene therapy infusion. Efficacy data remain on track with previously reported results, including impressive reductions in the numbers of bleeds (86% reduction in ABR in 6e13 cohort in the second year, 83% reduction in ABR for 4e13 cohort in the first year), as well as a reduction in mean annualized FVIII usage (98% reduction in mean FVIII for 6e13 cohort through week 104, 97% reduction in mean FVIII for 4e13 cohort through week 52). Importantly, the levels of FVIII activity continue to tighten with 104 week data showing no patients with activity levels above the upper level of the normal range (seven patients in the 6e13 cohort have achieved median/mean FVIII levels of 46%/59%, and six patients in the 4e13 cohort have achieved the FVIII activity levels of 32%). In addition, the 6e13 cohort has reported dramatic improvement in quality of life and freedom from factor use which will likely contribute to quick adoption in the

GS-000347

marketplace. Based on these results, BMRN is modifying its GENEr8-1 trial with the 6e13 vg/kg dose to a superiority trial compared to current prophylactic regimens. The new study would require recruitment of additional 90 patients (for a total 130 patients) to demonstrate statistically significant superiority in ABR change. In the 6e13vg/kg cohort, the expression levels pulled back post week 78, albeit it was followed by a stabilization phase (plateau of expression) at ~week 91, consistent with preclinical data and Nathwani's (UCL) hemophilia studies. Management noted this is likely a result of continued degradation of non-circular episomal DNA with the stabilization of Factor VIII expression levels based on remaining circular episomal DNA. We will continue to monitor longer-term durability with the next update in mid-19.

**Upcoming catalysts**: (1) Palynziq launch; (2) BMN250 Ph1/2 update in MPS IIIB (2H); (3) updates on vosoritide Ph3 trial enrollment (expected to complete in mid-18) and data from this trial (2019); and (4) R&D Day in New York on November 7.

**The 2Q EPS call will likely focus on:** (1) product portfolio performance and OpEx trends; (2) early launch metrics for the Palynziq launch, including reimbursement; (3) updates on the progress of the pivotal vosoritide and val-rox trials and earlier-stage pipeline; and (4) clarity on the Ph2 trial design of vosoritide in infants and younger children.

**Changes to our model**: (1) we remove SOTP as a component of our valuation, (2) we add val-rox and BMN250 to our model (probability adjusted at 80% and 75% in the DCF); (3) adjust our R&D and SG&A margins related to the entry of new products; (4) adjust Kuvan revenues to reflect patent expiration in 2020; (5) M&A component of our valuation is now based off FY22 (vs. FY20 prior) to account for three drug approvals in 2020 incorporate; and (6) remove SOTP as a component of our valuation. As a result our FY18/19/20 EPS is now ($0.77)/$0.08/$0.12.

**Exhibit 7: BMRN GSe vs. consensus vs. guidance**

| | 2Q18 | | | FY18 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Naglazyme global sales ($mn) | $80.0 | $88.0 | n/a | $333.5 | $340.0 | $325-$355 |
| Kuvan global sales ($mn) | $112.0 | $112.0 | n/a | $449.1 | $450.0 | $440-$480 |
| Firdapse global sales ($mn) | $5.0 | $5.0 | n/a | $20.2 | $19.0 | n/a |
| Aldurazyme royalty to BMRN ($mn) | $19.5 | $19.0 | n/a | $124.4 | $122.0 | n/a |
| Vimizim global sales ($mn) | $122.0 | $122.0 | n/a | $495.1 | $488.0 | $460-$500 |
| Brineura global sales ($mn) | $9.1 | $9.0 | n/a | $51.6 | $43.0 | $35-$55 |
| Palynziq global sales ($mn) | $0.0 | $0.0 | n/a | $15.0 | $15.0 | n/a |
| Total revenue ($mn) | $348.5 | $357.0 | n/a | $1,496.3 | $1,497.0 | $1,470-$1,530 |
| Non-GAAP income | $33.6 | n/a | n/a | $158.6 | n/a | $100 to $140 |
| GAAP net loss | ($42.30) | ($35.00) | n/a | ($136.70) | ($126.00) | $(115)-$(165) |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation:** Our new 12-month price target of $159 (vs. $132 prior) is based on an 70%/30% risk-adjusted DCF value of $154 (Naglazyme - 100% PoS, Aldurazyme - 100% PoS, Kuvan - 100% PoS, Vimizim - 100% PoS, Palynziq - 100% PoS, Firdapse - 100% PoS, Brineura - 100% PoS, val-rox - 80% PoS, vosoritide - 80% PoS, BMN250 - 75% PoS; 9% WACC, 3% terminal growth rate) and M&A value of $171 (16x 2022E sales). Previously our valuation was based on a 35%/35%/30% mix of a SOTP value of $131 (Naglazyme - 100% PoS, 9% discount rate, 4% TGR; Aldurazyme - 100% PoS, 9% discount rate, 4% TGR; Kuvan - 100% PoS, 9% discount rate, 0% TGR; Vimizim - 100%

GS-000348

PoS, 9% discount rate, 4% TGR; pegvaliase, 80% PoS, 9% discount rate, 4% TGR; Firdapse - 90% PoS, 9% discount rate, 1% TGR; vosoritide - 70% PoS, 9% discount rate, 4% TGR; Brineura - 100% PoS, 9% discount rate, 4% TGR; val-rox - 60% PoS, 9% discount rate, 4% TGR), DCF value of $119 (9% WACC and 3% TGR, unadjusted FCF) and M&A value of $149 (16x 2020E sales). Our M&A ranking of "1" (representing high probability of the company becoming an acquisition target) is related to the diversified orphan drug platform and the company transitioning to non-GAAP breakeven profitability.

**Downside risks:** Safety events in the undergoing clinical trials, greater OpEx going forward than projected, failure to receive regulatory approvals on val rox or vosoritide of BMN250, or lower than expected revenue projections.

# FOLD (Neutral): Await 3Q Pompe update; Galafold guidance raised given Japan approval?

**Galafold ex-US 2Q sales in-line; FY18 guidance raised? US PDUFA next month – all eyes on 3Q Pompe update**

FOLD will report 2Q EPS in early-August. We expect 2Q net ex-US Galafold sales of $19.9mn (+18%/+175% qoq/yoy) in line with FactSet/company consensus of $19.7mn/$19.3mn. We project FY18 WW Galafold sales of $85.4mn (vs. FactSet/company consensus of $86.1mn/$87.2mn) at the higher end of management guidance ($75-$85mn excluding Japan and US) which is likely conservative given the recent Japan approval – thus, guidance could be revised upwards. We look to a potential US Galafold approval in Fabry disease by the August 13 PDUFA and additional management commentary around further geographic expansion in the EU, Asia, and LatAm. Meanwhile, the key near-term driver remains the Pompe US regulatory update in 3Q – with the Street hoping for a near-term filing under an accelerated approval path.

**Outlook for US Galafold launch in 4Q18**

We expect Galafold to enter the pharmacy distribution channels in 4Q post approval by the August 13 PDUFA, and note the ~90 day process to garner reimbursement will likely serve as a gating factor and result in an initial gradual trajectory. However, GSe FY18 US Galafold sales of $0.8mn (vs. company consensus of $3mn) could prove conservative given the impressive uptake seen in Europe (61 patients in 1Q17, 310+ patients by YE17). In terms of pre-commercial activities in the US, management has a full team in place with a senior VP, two regional business directors, several dozen medical science liaisons and rare disease specialists. The sales force is currently in the field, and the medical science liaisons are engaging with experts to build disease awareness.

**Pompe US regulatory update in 3Q will solidify timelines**

We look to an update from the FDA type C meeting in 3Q18 where we see three possible outcomes for accelerated/conditional approval: 1) FOLD requires a pivotal trial in ERT-treated patients; 2) FOLD submits the current Ph1/2 data under an accelerated approval pathway; or 3) FOLD gathers additional Ph1/2 data prior to submission - we see

the latter as most likely given the new bioreactor scale and an ongoing natural history study. In the fall, we expect longer duration data (18 month) from existing patients -FOLD has enrolled 10 additional ambulatory ERT-switch patients (cohort 4) based on continued manufacturing success at the 250-liter bioreactor scale, the availability of additional GMP material, and increased patient demand. We note FOLD is also conducting a retrospective study, POM-002, on the natural history of ERT-treated patients to provide context for the aforementioned Ph1/2 data, which is expected in 2H. We view POM-002 as critical for the potential accelerated approval path given the lack of control arm in the potentially registrational study.

**Upcoming catalysts:** (1) Galafold - August 13 PDUFA (US); (2) update from FDA type C meeting for AT-GAA (Pompe) accelerated approval in 3Q; (3) POM-002 natural history data in 2H; (4) prospective observational STRIDE study (POM-003) initiation in 2H; (5) potential analyst day and (6) possible in-licensing of gene therapy assets.

**The 2Q EPS call will focus on:** (1) update on Galafold EU launch progress by country and launch preparation for the two new territories; (2) Galafold FY18 sales guidance; (3) ATB200/AT2221 in Pompe regulatory pathway outlook; and (4) new therapeutic platforms.

**Changes to our model:** (1) we remove SOTP as a component of our valuation; and (2) adjust our share count calculation. As a result, our FY18/19/20 EPS is ($1.19)/($1.16)/($0.77).

**Exhibit 8: FOLD GSe vs. consensus vs. guidance**

| | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance (excluding US/Japan) |
| Galafold US sales ($mn) | $0.0 | $0.0 | n/a | $0.8 | n/a | n/a |
| Galafold ex-US sales ($mn) | $19.7 | $19.2 | n/a | $84.6 | n/a | n/a |
| Total revenue ($mn) | $19.7 | $19.2 | n/a | $85.4 | $86.1 | $75- $85 |
| GAAP EPS | ($0.29) | ($0.34) | n/a | ($1.19) | ($1.24) | n/a |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $17 (unchanged) is based on 100% risk-adjusted DCF value of $17 (10% WACC, 1% TGR, unadjusted FCF). Previously our valuation was based on a 50%/50% blend of DCF value of $17 (10% WACC, 1% TGR, unadjusted FCF) and SOTP value of $16 (Galafold - 90% PoS, 10% discount rate, 0% TGR; ATB200 / AT2221 - 60% PoS, 10% discount rate, 2% TGR).

**Upside risks**: The Galafold EU launch may accelerate as additional countries come online. FOLD may obtain earlier than anticipated approval of Galafold in the US and its Pompe asset. FOLD may be a potential M&A candidate for large biopharma. **Downside risks**: FOLD may fail to develop, gain regulatory approval or launch its pipeline of orphan drugs. Emerging technology platforms, e.g. gene therapy/editing targeting rare diseases could significantly impact adoption of FOLD's products. Financing risk – existing shareholders may be diluted if the company raises additional capital through an equity offering.

GS-000350

# ICPT (Sell): Awaiting an Ocaliva inflection

**Ocaliva IMS scripts suggest an in-line 2Q**

ICPT will report 2Q EPS results in early-August where we project 2Q net US Ocaliva revenue in primary biliary cholangitis (PBC) of $32mn (90% capture ratio, 12.5% gross-to-net, suggesting 12% QoQ growth) in-line with company consensus of $32.6mn. We model for 2Q/FY18 net WW Ocaliva sales in PBC of $39.7mn/$184.9mn (vs. consensus of $40.7mn/$175.3mn) towards the high end of FY18 management guidance of $170mn - $185mn.

**Re-inflection of Ocalivia sales trajectory required in 2H to achieve guidance**

2Q18 IMS script data for total US Ocaliva prescriptions indicate a slow inflection in the US sales trajectory with 5228 total prescriptions written suggesting +10% QoQ growth. The rolling 4-week average for the latter end of the quarter suggest flat growth indicating that an uptick in trends is required for ICPT to realize FY guidance, which management plans to achieve through an increase in physician educational activities in response to the FDA Dear Healthcare Provider letter. Per management, patients generally see their physicians approximately every six months or more, thus some time will likely be required for prescription trends to return to a normalized trajectory.

**Phase 3 REGENERATE interim readout in 1H19 remains the focus**

Ocaliva in NASH remains the key driver with an interim read expected in 1H19 to support initial regulatory approvals (if positive) with continued follow-up for confirmation of benefit on clinical outcomes on a post-marketing basis. Post the 72-week look, the final analysis will be event-driven. To round out the NASH franchise, ICPT remains focused on enrolling the Ph3 REVERSE trial for patients with compensated cirrhosis with the expectation that positive trial results would serve as the basis for regulatory approvals worldwide and be supportive of broader market access during the NASH launch.

In 2H, we look to Ocaliva Ph2 data in new indication PSC and second-gen FXR INT-767 study initiation in nonalcoholic steatohepatitis (NASH), while Ocaliva Ph2 CONTROL data will determine if LDL elevations can be managed with statins, which we view as critical for commercial viability in NASH.

**The 2Q18 EPS call will focus on:** (1) the US launch trajectory (eg. payor processes and script volumes) and EU update for Ocaliva in PBC; (2) physician re-education activities in response to the PBC label; (3) updates on second-generation FXR agonists (INT-767 and -787) and programs (primary sclerosing cholangitis and biliary atresia) and (4) the outlook for Ocaliva in NASH and the competitive landscape.

**Upcoming catalysts**: (1) FDA clarity on regulatory path for Ocaliva in primary sclerosing cholangitis (PSC); (2) Ph3 REGENERATE interim readout in 1H19.

GS-000351

**Model changes:** (1) we adjust the incremental share count as a result of the April equity raise and our FY18/19/20 EPS is now ($10.94)/($8.63)/($13.45); and (2) remove the SOTP as a component of our valuation.

**Exhibit 9: ICPT GSe vs. consensus vs. guidance**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Ocaliva WW sales ($mn) | $39.7 | $40.7 | n/a | $184.9 | $175.3 | $170- $185 |
| Total revenue ($mn) | $40.5 | $41.4 | n/a | $187.4 | $178.0 | n/a |
| GAAP EPS | ($2.85) | ($2.87) | n/a | ($10.94) | ($11.32) | n/a |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation:** Our new 12-month price target of $45 (vs. $42 prior) is based on a 100% risk-adjusted DCF value of $45 (Ocaliva: 95% PoS in PBC and 50% PoS in NASH, 13% WACC and 1% terminal growth rate). Previously our valuation was based on a 50%/50% weighting of DCF of $33 (13% WACC and 1% terminal growth rate) and SOTP of $52 (Ocaliva: 95% PoS in PBC and 50% PoS in NASH, 13% WACC and 1% terminal growth rate).

**Key upside risks:** clinical risk (positive, earlier-than-expected - OCA Ph3 NASH data), regulatory risk (earlier-than-anticipated product approvals), commercial risk (higher than expected peak sales - Ocaliva in PBC), competitive risk (setbacks for companies developing NASH drugs, and M&A risk.

# INCY (Buy): Expect in-line Jakafi sales; focus on pipeline optionality

### Core franchise expected to deliver robust top-line growth

INCY will report 2Q EPS on 7/31 at 8am ET. GSe 2Q Jakafi US sales of $336.7mn are in-line with Factset consensus of $337mn (7%/23% qoq/yoy) implying strong underlying demand (we model 10% gross-to-net) – we note 2Q has historically been strong. We project slightly lower 2Q Jakavi royalties of $45.4mn vs. Factset consensus of $48mn based off Jakavi 2Q sales of $239mn per the NVS report (10%/31% qoq/yoy; we model 19% royalty rate). We forecast total revenue of $511mn, which includes a $100mn one-time payment from Lilly following Olumiant approval. GSe 2Q GAAP EPS of $0.22 is slightly above the Street at $0.19.

### Graft vs Host Disease (GvHD) will provide near-term catalysts

Given current valuation and the breadth of INCY's clinical portfolio (six product candidates tested in fifteen potential indications), we see significant pipeline optionality at these levels. First, we expect full ruxolitinib data from the pivotal (REACH1) trial in steroid-refractory acute GvHD (73% best overall response rate and 55% Day 28 overall response rate) in 2H and a regulatory submission in 3Q – we model for this indication. Ruxolitinib results from REACH2 (steroid-refractory acute GvHD) and REACH3 (steroid-refractory chronic GvHD) are expected in 2019. Additionally, itacitinib, INCY's JAK1-selective inhibitor currently in Ph3 trial in newly diagnosed acute GvHD should have data in 2019.

GS-000352

**Late-stage pipeline in focus**

In 2H, we expect potentially-pivotal (FIGHT 202) INCB54828, an FGFR1/2/3 inhibitor, data in cholangiocarcinoma. To date, INCB54828 showed a 82% disease control rate, 24% response rate (including unconfirmed responses), and an improvement in median PFS to 6.8 months in FGFR-translocation+ cholangiocarcinoma. INCB54828 is also being tested in a Ph2 trial in metastatic or surgically unresectable urothelial carcinoma with data in 2019. Further, registration-enabling INCB50465 (PI3Kdelta inhibitor) results in indolent r/r follicular, r/r marginal zone, and aggressive r/r mantle cell lymphomas are anticipated in 2019.

**Emerging inflammation franchise diversifies the product portfolio**

Ph2b topical ruxolitinib data in atopic dermatitis will be presented at the 27th European Academy of Dermatology and Venerology Congress (September 12-16). If successful, this data would serve as a proof-of-concept for the use of topical ruxolitinib in other inflammatory skin diseases. Other trials (Ph2 topical ruxolitinib in veriligo, data in 2019) are also underway.

**The 2Q EPS call will likely focus on:** (1) Jakafi performance in 2Q and outlook for 2018; (2) full REACH1 Jakafi results in acute GvHD at a medical meeting in 2H; (3) INCB54828 (FGFR1/2/3) clinical program outlook ; (4) baricitinib launch in rheumatoid arthritis in the US.

**Upcoming catalysts:** (1) Jakafi in acute GvHD regulatory submission in 3Q;  (2) topical ruxolitinib results in atopic dermatitis (September 12-16); (3) ruxolitinib REACH2 (acute GvHD) and REACH3 (chronic GvHD) updates (2019); (4) itacitinib in acute GvHD data in 2019; (5) INCB54828 in cholangiocarcinoma (2H18).

**Changes to our model:** (1) We remove SOTP as a component of our valuation, (2) add Jakafi in GVHD revenue to our income statement and DCF (at 100%  PoS); (3) increase R&D and SG&A expenses post-2020 as a result of pipeline advances; and (4) update 2Q for one-time items. As a result, our FY18/19/20 GAAP EPS is $0.32/$0.77/$2.03.

**Exhibit 10: INCY GSe vs. consensus vs. guidance**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Jakafi US sales ($mn) | $336.7 | $335.0 | n/a | $1,384.7 | $1,383.0 | $1,350-$1,400 |
| Jakavi royalty ($mn) | $45.4 | $47.0 | n/a | $182.3 | $198.0 | n/a |
| Iclusig EU sales ($mn) | $21.2 | $21.0 | n/a | $85.0 | $85.0 | $80-$85 |
| Olumiant royalty ($mn) | $7.8 | $7.0 | n/a | $37.6 | $35.0 | n/a |
| Total revenue ($mn) | $511.1 | $473.0 | n/a | $1,809.6 | $1,784.0 | n/a |
| GAAP EPS | $0.22 | $0.19 | n/a | $0.32 | $0.40 | n/a |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation:** Our new 12-month price target of $96 (vs. $97 prior) is based on an 70%/30% risk-adjusted DCF value of $73 (9% WACC, 2% terminal growth rate) and M&A value of $149 (11x 2021E sales). Previously our valuation was based on a 35%/35%/30% mix of a SOTP value of $75 (including Jakafi in MF, PV - 100% PoS, 9% discount rate, 0% TGR; baricitinib in RA - 90% PoS, 9% discount rate, 0% TGR; Iclusig - 100% PoS, 9% discount rate, 0% TGR) , DCF value of $81 (9% WACC and 3% TGR, unadjusted FCF) and M&A value of $141 (11x 2021E sales). Our M&A ranking of "1"

(representing high probability of the company becoming an acquisition target) is related to its role as a commercial oncology play with broad immuno-oncology pipeline.

**Upside risks**: Earlier-than-anticipated regulatory approval of Jakafi in GVHD and/or stronger-than-anticipated demand could lead to revenue upside. The company could be acquired for a premium by a biopharma company seeking oncology assets. **Downside risks**: Failure or safety events for any of the underlying clinical programs given the emphasis on the pipeline development, regulatory delays, potential threat from competing oncology/GVHD programs

# ONCE (Neutral): Luxturna launch progressing; eyes on hemophilia A in 3Q

**Monitoring the Luxturna launch – expect an in-line 2Q report; focus is on hemophilia A 3Q update**

Spark will report 2Q EPS in early-August. We project 2Q US Luxturna revenue of $7.5mn slightly above Factset consensus of $7.1mn (+209% qoq). We continue to expect a gradual launch given relatively slow RPE-65-IRD patient identification (1Q revenue was driven by three patients treated at different centers (n=9); 6 shipped vials) and look to more clarity on initial metrics (i.e. genetically confirmed patients and payor coverage). GSe 2Q GAAP EPS of $1.01 is above the Street at $(1.39), as we incorporate the sale of the PRV for $110mn. Street focus remains on SPK-8011 Ph1/2 data in hemophilia A in 3Q with high expectations for the drug's clinical profile (a dose response from the high (third) dose with Factor VIII activity levels in non-hemophilic range of ~20%-40%).

**Luxturna's early launch metrics and reimbursement process in focus**

Given the first three Luxterna treated patients (in 1Q) were reimbursed on a case by case basis, we look to updates on commercial and government coverage determinations (ONCE estimates the Luxturna patient mix is ~50% commercial and 50% government payors). On the commercial segment, ONCE continues payor discussions around innovative pricing models (SPARK PATH) and it appears that some payors (Harvard Pilgrim) have agreed in principle to an outcomes-based rebate concept. On the government segment (eg. Medicaid) which has associated price reporting requirements, ONCE is in discussions with CMS to receive a waiver around the installment payments and substantial outcome-based rebate models with a potential decision in 2H.

**SPK-8011 (gene therapy) hemophilia A data remains a key catalyst**

Following updates at ASH 2017 for Ph1/2 SPK-8011 in severe hemophilia A where four patients (seven were treated) demonstrated intra-patient variability in Factor VIII activity at the low- and mid-doses, we next look to 3Q for a data update. We expect a topline report (to preserve details for ASH 2018) detailing Factor activity levels (we anticipate 20%-40%), ABR reductions, ranges/durability (initial patients past 12 months) and safety, in addition to clarity on manufacturing (conversion to suspension) and the Ph3 trial design outlook.

**The 2Q EPS call will likely focus on**: (1) early Luxturna launch metrics/reimbursement update; (2) potential update on SPK-8011 Ph1/2 (hemophilia A) program / manufacturing outlook/ pivotal trial design; and (3) pipeline updates – SPK-9001 hemophilia B program (entered Ph3), choroideremia, and Pompe.

**Upcoming catalysts:** (1) SPK-8011 in hemophilia A updates (3Q18); (2) Luxturna launch; (3) SPK-9001 in hemophilia B updates.

**Changes to our model:** (1) we remove SOTP as a component of our valuation; and (2) include ex-US Luxturna royalties into our DCF post the Novartis partnership. As a result our FY18/19/20 EPS is ($2.99)/($7.94)/($5.88).

**Exhibit 11: ONCE GSe vs. consensus**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Luxturna WW sales ($mn) | $7.5 | $7.1 | n/a | $39.7 | $36.6 | n/a |
| Total revenue ($mn) | $124.3 | $14.9 | n/a | $222.1 | $91.1 | n/a |
| GAAP EPS | $1.01 | ($1.39) | n/a | ($2.99) | ($3.92) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation:** Our 12-month price target of $71(vs. $66 previously) is based on 100% DCF value of $71 (Luxturna - 100% PoS, SPK-9001 - 85% PoS, SPK-8011 - 50% PoS, SPK-CHM - 15% PoS, discount rate of 12%, unadjusted FCF, and 2% TGR for the broad gene therapy platform (not easily genericized). Previously, our price target of $66 was based on a 50%/50% blend of two methodologies: (1) a SOTP value of $75/share (SPK-RPE65 – 100% PoS, 12% discount rate, 3% TGR; SPK-CHM – 15% PoS, 12% discount rate, 3% TGR; SPK-8011 – 50% PoS, 12% discount rate, 3% TGR; SPK-9001 – 85% PoS, 12% discount rate, 3% TGR); and (2) a DCF value of $57/share: discount rate of 12%, unadjusted FCF, and 3% TGR for the broad gene therapy platform.

**Upside Risks:** Faster-than-anticipated uptake of Luxturna in the marketplace and positive payor negotiations outcomes. **Downside risks:** failure or safety events for any SPK-8011 or SPK-9001, and competitive threats to SPK-8011 program.

# RARE (Neutral): Product launches and gene therapy in focus in 2H

**Two commericial launches to monitor for early trends - Crysvita and Mepsevii**

RARE will report 2Q EPS results in early-August where we project 2Q Crysvita (US launch on April 30) revenue of $800K (inclusive of LatAm sales, EU royalty, and US/Canada profit share) in X–linked hypophosphatemia (XLH) slightly above Factset/Boomberg consensus of $500K. The 30-90 day process to garner reimbursement will likely serve as a gating factor and result in an initial gradual trajectory. Ex-US, RARE is responding to named patient requests in South America and Turkey and plans to file for approval in Latin America (Mexico, Argentina, Chile, Columbia, Brazil) in 1Q19. For Mepsevii, we expect 2Q WW sales of $1.7mn in-line with Factset/Boomberg consensus of $1.7mn/$1.9mn.

**Gene therapy updates in 2H - a focus**

RARE has completed cohort 2 enrollment (n=3) for DTX301 Ph1/2 ornithine transcarbamylase deficiency (OTC), which will evaluate a higher dose (6.0 × 10^12 gc/kg - 3x the starting dose) with data in 2H. A positive read (normlization of ureagenesis in all three patients) will progress the program into a pivotal trial in 2019. We note the company has recently filed the IND for DTX401 gene therapy in glycogen storage disorder Ia (GSDIa), and we expect data from the initial three patients in cohort 1 in 2H. DTX201 (partnered with Bayer) for treatment of hemophilia A is on track for an IND filing in 2H.

**Late-stage pipeline likely to support the base business**

RARE continues to move forward with the development of late-stage pipeline asset UX007 in LCFAOD and Glut1. UX007 is currently in a Ph3 study for Glut1 with a data read in 2H. Based on the current Ph2 data for UX007 in LC-FAOD, we expect RARE to provide an update from the FDA around the potential for an early filing in 2H.

**The 2Q18 EPS call will focus on:** (1) the US launch trajectory for Crysvita and Mepsevii and ex-US named patient request; (2) commercial operations in Latin America; (3) update on regulatory filing for UX007 in LC-FAOD; and (4) outlook/clinical bars for the gene therapy programs in 2H.

**Upcoming catalysts**: (1) DTX301 (OTC) Ph1/2 cohort 2 data in 2H; (2) DTX401 (GSDIa) Ph1/2 cohort 1 data in 2H; (3) DTX201 IND filing for hemophilia A (Bayer) in 2H; (4) early filing decision for UX007 in LC-FAOD IN 2H; and (5) Crysvita regulatory filing in LatAm in 1Q19.

**Exhibit 12: RARE GSe vs. consensus**

| | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Crysvita WW sales ($mn) | $0.8 | $0.5 | n/a | $6.5 | $8.5 | n/a |
| Mepsevii WW sales ($mn) | $2.0 | $1.9 | n/a | $8.9 | $8.8 | n/a |
| Total revenue ($mn) | $4.8 | $5.4 | n/a | $30.8 | $38.6 | n/a |
| GAAP EPS | ($2.14) | ($2.06) | n/a | ($5.95) | ($5.68) | n/a |

Source: FactSet, Bloomberg, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $63 (unchanged) is based on a 100% DCF value of $63 (12% WACC, 3% terminal growth rate, risk-adjusted FCF using a 100% PoS for Mepsevii, 100% PoS for Crysvita, 70%/60% PoS for UX007 in Glut1/LC-FAOD).

**Upside risks:** Earlier than anticipated clinical development, competitor setbacks, higher realized drug price, greater market share of drug than anticipated, pipeline success, and M&A. **Downside risks:** Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds, manufacturing difficulties and financing/dilution.

# RDUS (Neutral): Tymlos 2Q sales in-line

**Tymlos IMS scripts suggest an in-line 2Q**

RDUS will report 2Q EPS results in early-August where we project 2Q Tymlos net sales in postmenopausal osteoporosis (PMO) of $20.1mn in-line with Factset/company consensus of $20.1mn/$20.5mn and IMS scripts of $20.7mn (27% capture ratio, 30% gross-to-net, 3-weeks of inventory, suggesting 50% QoQ script growth). We expect Tymlos sales trends to benefit from stronger commercial access (ESRX exclusivity status) and increase payor coverage (88% of the U.S. insured population with access to drug) tracking with management's FY18 anabolic osteoporosis market share guidance of 19-21%. We model for FY18 Tymlos sales of $92.3mn vs. consensus of $92.4mn.

**Elacestrant on track to enter global registrational study in 2H**

On the oncology platform, RDUS will conduct a global registrational study (n=300) in third line estrogen receptor positive/HER2- locally involved metastatic breast cancer in 2H and we look to further clarity on the trial design and expected timeline for data post trial initiation. We note RDUS is likely to independently conduct the Ph3 elacestrant study in the last-line monotherapy setting, however management will seek a clinical partner to expand into earlier-line combinations (i.e., CDK4/6 agents) followed by a commercial partner for US and ex-US territories. Further, we look to development updates on RAD140 (Ph1), a selective androgen receptor modulator (SARM), in development for ER+ advanced breast cancer by YE18.

**Abaloparatide patch on track for mid-19 pivotal study initiation**

RDUS is developing a transdermal (TD patch) version of abaloparatide (Tymlos) which should target the primary PMO market where ~55K physicians prescribe non-injectable treatment. We expect RDUS to initiate a bone mineral density (BMD) non-inferiority study (subcutaneous Tymlos vs. patch) in mid-2019 (data in 2020), and based on the non-inferiority margin, we note the patch's effect on BMD is required to be within 75% of subcutaneous Tymlos.

**The 2Q18 EPS call will focus on:** (1) US launch of Tymlos – physician targets, payor progress, and script volumes (competitive positioning); (2) Tymlos EU regulatory update and partnership outlook; (3) global strategy for elacestrant development and commercialization; and (4) impact from generics/RDUS' strategy on Tymlos.

**Upcoming catalysts:** (1) Tymlos EU regulatory decision in 2H; (2) initiate Ph3 elacestrant study in 2H; (3) RAD140 Ph1 program update by YE; and (4) initiate Ph3 abalo-TD study in 1H19

**Model changes:** (1) we adjust our share count calculation and our FY18/19/20 EPS is now ($5.62)/($5.36)/($3.20).

**Exhibit 13: RDUS GS vs. consensus**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Tymlos US sales ($mn) | $20.1 | $20.1 | n/a | $92.3 | $92.4 | n/a |
| Total revenue ($mn) | $20.1 | $20.1 | n/a | $92.3 | $92.4 | n/a |
| GAAP EPS | ($1.43) | ($1.35) | n/a | ($5.62) | ($5.23) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

GS-000357

**Valuation**: Our unchanged 12-month price target of $38 is based on a 50%/50% blend of DCF ($45, 10% WACC, 1% terminal growth rate) and SOTP ($32, abalo-SC - 90% PoS, 10% discount rate, 0% TGR; elacestrant - 50% PoS, 10% discount rate, 0% TGR).

**Upside risks:** The Tymlos launch may be stronger than expected. RDUS successfully develops its abalo-TD patch version of Tymlos which could target a much larger physician / patient population. **Downside risks:** Clinical risk – failure to develop elacestrant. Regulatory risk – RDUS' drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat breast cancer. Financing risk.

# SGEN (Neutral): Likely 2Q US Adcetris beat; focus on pipeline

**Expect 2Q US Adcetris sales beat driven by launch in 1L HL; ECHELON-2 Ph3 on tap for 2H**

SGEN will report 2Q EPS on 07/26 - conf call at 4:30 pm ET. We project US Adcetris revenue of $110mn above Factset consensus of $107mn (+15%/+48% qoq/yoy) and at the high-end of guidance of $105mn-$110mn given the launch (six selling days in 1Q) in 1L stage 3/4 Hodgkin lymphoma (HL), historical QoQ trends and normalized inventory levels. For SGEN to trade higher on the 2Q report - we believe US Adcetris sales have to be above $110mn followed by solid 3Q/2H guidance. We model FY18 US Adcetris sales of $482mn vs. consensus of $447mn (~50% yoy growth at the mid-point). The pipeline focus remains on topline ECHELON-2 pivotal data in peripheral T-cell lymphoma that will play a key role in the Adcetris growth outlook in 2019+.

**All eyes on ECHELON-2**

SGEN is expected to announce Adcetris Ph3 ECHELON-2 data in frontline CD-30+ peripheral T-cell lymphoma (PTCL) in 2H. Given the size of the frontline CD30-positive PTCL population is in-line with the labeled 1L HL (~4k pts in the US), we expect this indication to be an important driver for Adcetris sales growth along with HL and CTCL in 2019+, pending positive data.

**Ph3 programs - EV data in 1H19, TV and tucatinib are progressing**

SGEN continues to advance its pivotal-stage assets - enfortumab vedotin (EV) in metastatic urothelial cancer (mUC) in collaboration with Astellas, tucatinib in metastatic HER2+ breast cancer, and tisotumab vedotin (TV) in relapsed/recurrent cervical cancer. We are optimistic on the EV Ph3 trial design in mUC in post-checkpoint inhibitor setting, supported by recent ASCO data (ORR of 41% at 1.25 mg/kg dose level, median PFS of 5.4 months, OS data evolving). Similarly, tucatinib Ph1b data with capecitabine and trastuzumab (ORR of 61%, PFS of 7.8 months) in HER2+ metastatic breast cancer bodes well for the ongoing pivotal Ph3 HER2CLIMB trial. TV pivotal data (ORR of 32% with a median duration of confirmed response of 8.3 months) warrants expansion to additional solid tumors in 2018.

**The 2Q EPS call will likely focus on**: (1) 2Q Adcetris sales and 2018 guidance; (2) color on launch in 1L HL; (3) framing ECHELON-2 Ph3 trial clinical/commercial bars in PTCL; and (4) updates on the rest of the pipeline (TV, LV).

**Upcoming catalysts**: (1) Adcetris sales post expansion into 1L HL; (2) ECHELON-2 Ph3 results (2H); (3) Checkmate 812 updates (Adcetris + BMY's Opdivo in relapsed/refractory HL; 2019+); and (4) Ph3 TV and LV results in 2019+.

**Changes to our model**: (1) we remove SOTP as a component of our valuation and (2) we increase our Adcetris market penetrations in HL and PTCL. As a result our FY18/19/20 EPS is ($1.71)/($0.85)/($0.21).

**Exhibit 14: SGEN GSe vs. consensus**

| | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Adcetris US sales ($mn) | $110.4 | $107.6 | $105-$110 | $482.4 | $446.5 | withdrawn |
| Adcetris royalty ($mn) | $17.9 | $18.9 | n/a | $74.8 | $78.8 | n/a |
| Collaboration and license | $10.1 | $15.6 | n/a | $60.0 | $73.6 | n/a |
| Total revenue ($mn) | $138.4 | $141.0 | n/a | $617.3 | $596.8 | n/a |
| GAAP EPS | ($0.35) | ($0.39) | n/a | ($1.71) | ($1.79) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation**: Our new 12-month price target of $73 (vs. $69 prior) is based on an 85%/15% risk-adjusted DCF value of $71(9% WACC, 2% terminal growth rate) and M&A value of $83 (11x 2024E sales). Previously our valuation was based on a 42.5%/42.5%/15% mix of a SOTP value of $71 (Adcetris in 1L HL - 95% PoS, 10% discount rate, 3% TGR; relapsed HL - 95% PoS, 10% discount rate, 3% TGR; 1L ALCL - 75% PoS, 10% discount rate, 3% TGR; r/r ALCL - 95% PoS, 10% discount rate, 3% TGR; r/r CD30+ CTCL - 90% PoS, 10% discount rate, 3% TGR; CD30+ PTCL - 80% PoS, 10% discount rate, 3% TGR; CD3+ DLBCL - 60% PoS, 10% discount rate, 3% TGR) , DCF value of $62 (9% WACC and 2.5% TGR, unadjusted FCF) and M&A value of $82 (11x 2021E sales).

**Upside Risks:**  Stronger-than-anticipated demand in frontline HL and better-than-expected data from ECHELON-2 could lead to revenue upside. The company could be acquired for a premium by a biopharma company seeking oncology assets.
**Downside risks:**  failure or safety events for any of the underlying clinical programs, pipeline drugs not gaining regulatory approval,  competitive threats to Adcetris from other oncology programs.

# SRPT (Buy): Exondys 51 likely in-line but focus shifting to pipeline in 2H+

### Exondys 51 - we expect a roughly in-line 2Q report

SRPT will report 2Q EPS results in mid-July where we estimate 2Q18 Exondys 51 sales of $72.8mn in Duchenne muscular dystrophy (DMD) above Factset consensus of $71.4mn. For the second full year of sales, we view management's FY18 net sales guidance of $295mn-$305mn (vs. GSe of $298.6mn; +93% YoY) as realistic given the initial steep launch trajectory. However, we remain positive on the franchise based on KOL feedback and management commentary regarding continued accrual of start

forms, payor coverage and identification of new patients eligible for therapy. In 2Q, GSe GAAP EPS of ($1.43) is below consensus of ($0.84) given we model for a $60mn one-time upfront payment in connection with the Myonexus partnership. Management could provide FDA commentary regarding the pivotal trial (cohort C) outlook for the micro-dystrophin gene therapy (Nationwide Children's Hospital (NCH)-partnered) program on the call.

**Next steps for micro-dystrophin gene therapy in DMD**

On the Ph1/2 micro-dystrophin gene therapy (NCH-partnered) program, Dr. Mendell will dictate timing (2H+) associated with the next data presentation for the four treated boys (ages 4-7). SRPT plans to meet with the FDA in the near-term to discuss the registrational path to approval and manufacturing bridging strategy for its planned cohort C (n=24, age 4-7) study in DMD, positioning for a gene therapy launch as early as 2020 (vs. GSe 2023), where the company appears to have first-mover advantage. Prior to dosing patient five, management intends to seek clarity from the FDA on the registrational cohort C study. We note options for a registrational trial design include a 3-month biomarker-endpoint strategy (micro-dystrophin expression and serum kinase levels) and/or one based on 12-month functional improvements.

**Pipeline opportunities to drive value in 2019; BD activities likely to continue**

SRPT and partner Myonexus Therapeutics' are advancing a pipeline of five gene therapy programs (MYO-101/102/103/201/301) for various forms of limb-girdle muscular dystrophies (LGMDs), which represents a significant market opportunity (the programs collectively represent ~70% of the DMD opportunity) not reflected in numbers - with data from the MYO-101 program in 1Q19. In the context of PPMO, we look to the next-gen RNA platform with first data from SRP-5051 Ph1/2 in exon 51 skip patients by YE/1Q19, a potential combinatorial approach with gene therapy for maintenance treatment in DMD - pending a manageable safety profile. Outside of DMD, next-gen PPMO can target additional neuromuscular disorders including Pompe disease, myotonic dystrophy, Friedreich's ataxia, progeria and facioscapulohumeral muscular dystrophy. Further, we expect SRPT to pursue additional business development activities to advance its platform in other neuromuscular disorders.

**The 2Q18 EPS call will focus on:** (1) FDA meeting timelines, scenarios for cohort C trial design and manufacturing bridging strategy for micro-dystrophin gene therapy; (2) PPMO platform progress; (3) updates on lead LGMD program - MYO-101; (4) regulatory outlook for golodirsen in the US and Exondys 51 in the EU; (5) commentary around strategic business initiatives outside of DMD; (6) Exondys 51 launch progress, average age/weight, physician/payor feedback, compliance and start forms.

**Upcoming catalysts:** (1) FDA clarity on registrational status for the NCH gene therapy placebo-controlled study (cohort C) in 2H; (2) initiation of micro-dystrophin gene therapy cohort C study by YE+; (3) golodirsen US regulatory submission (NDA) by YE; (4) SRP-5051 (PPMO) Ph1 single-ascending dose study (exon 51) by YE/1Q19; and (5) MYO-101 Ph1/2 60-day biopsy data in 1Q19.

GS-000360

**Model changes:** (1) we adjust working capital ahead of prospective business development initiatives and our FY18/19/20 EPS is now ($3.55)/($3.84)/($3.95).

**Exhibit 15: SRPT GSe vs. consensus vs. guidance**

|  | 2Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Exondys 51 sales ($mn) | $73 | $71 | n/a | $299 | $299 | $295- $305 |
| Total revenue ($mn) | $73 | $71 | n/a | $299 | $299 | n/a |
| GAAP EPS | ($1.43) | ($0.84) | n/a | ($3.55) | ($2.20) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

### Valuation

Our unchanged 12-month price target is $203 based on a 70%/30% blended risk-adjusted DCF of $191 (vs. $195 prior, 10% WACC, 1% terminal growth rate; Exondys 51 100% PoS; golodirsen 90% PoS; casimersen 90% PoS; rAAVrh74.MHCK7.micro-dystrophin 75% PoS), and M&A of $230 (vs. $221 prior, 11x 2024E sales).

### Risks

Clinical risk – failure to develop SRPT's pipeline of follow-on PMO exon skippers, next-gen PPMO skippers, gene therapies and other drugs. Regulatory risk – SRPT's pipeline drugs may not gain regulatory approval. Commercial risk – SRPT may not secure ongoing reimbursement for Exondys 51 or future products. Competitive risk – other companies are developing drugs to treat DMD patients including in the field of RNA-based therapies, gene therapies and small molecules. Financing risk.

GS-000361

# Valuation, price target methodologies and risks

**Exhibit 16: Price target methodologies and risks**

| Ticker | Rating | Price Target | Valuation method | Weight | M&A Rank | Risks |
|---|---|---|---|---|---|---|
| ACAD | Neutral | $23 | DCF | 100% | 3 | Clinical risk in terms of development setbacks, lower peak Nuplazid revenue, competitive threats and financing risk |
| ACOR | Neutral | $29 | DCF M&A | 85% 15% | 2 | Clinical risk for pipeline assets, competitive risk to CVT-301 from APL-130277 |
| FOLD | Neutral | $17 | DCF | 100% | 3 | Regulatory risk in the US (Galafold), clinical risk to ATB200/AT2221 in Pompe disease, competitive risk in the Fabry/Pompe market from ERTs and gene therapy |
| RCUS | Neutral | $19 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| ATRA | Neutral | $36 | DCF SOTP | 50% 50% | 3 | Clinical risk due to safety, commercial/demand risk, pricing/reimbursement risk, financing risk |
| BMRN | Buy | $159 | DCF M&A | 70% 30% | 1 | Clinical risk in terms of development setbacks, regulatory risk for products (pegvaliase) lower than expected peak sales |
| BLUE | Buy | $301 | DCF SOTP M&A | 35% 35% 30% | 1 | Clinical risk for lead gene therapies, reimbursement risk, competitive risks to the IO/editing platforms |
| CRSP | Buy | $86 | DCF M&A | 70% 30% | 1 | Clinical setbacks, failure to achieve the projected commercial profile, regulatory headwinds, IP risk, manufacturing difficulties and financing/dilution. |
| DNLI | Neutral | $22 | DCF SOTP | 50% 50% | 3 | Clinical risk in CNS indications and safety, competitive risk, pricing/reimbursement risk, financing risk |
| FPRX | Neutral | $20 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| GWPH | Buy | $188 | DCF M&A | 85% 15% | 2 | Regulatory risk to Epidiolex, reimbursement risk for off-label use, IP risk |
| INCY | Buy | $96 | DCF M&A | 70% 30% | 1 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| ICPT | Sell | $45 | DCF | 100% | 3 | Commercial risk to Ocaliva in PBC, competitive risk in the NASH space, financing risk |
| IONS | Sell | $35 | DCF SOTP | 50% 50% | 3 | Clinical risk due to potential safety concerns, competitive risk from gene therapy, regulatory risk to lead drug nusinersen |
| MDGL | Buy | $314 | DCF M&A | 70% 30% | 1 | Clinical risk to MGL-3196, regulatory risk – product approval hurdles, competitive risk– positive NASH competitors data, commercial risk – lower peak sales for MGL-3196. |
| RDUS | Neutral | $38 | DCF SOTP | 50% 50% | 3 | Commercial risk in the osteoporosis market, clinical risk to elacestrant in breast cancer, financing risk |
| SAGE | Buy | $216 | DCF SOTP M&A | 35% 35% 30% | 1 | Clinical risk for brexanolone in PPD, commercial risk, pricing/reimbursement risk, financing risk |
| SRPT | Buy | $203 | DCF M&A | 70% 30% | 1 | Lower peak product revenue, competition and financing risk |
| SGEN | Neutral | $73 | DCF M&A | 85% 15% | 2 | Clinical, regulatory, competitive risk from IO, pricing/reimbursement risk |
| SLDB | Neutral | $28 | DCF | 100% | 3 | Clinical development,competitor setbacks,pipeline success, regulatory headwinds, IP risk, manufacturing difficulties and financing/dilution. |
| ONCE | Neutral | $71 | DCF | 100% | 3 | Regulatory risk to lead gene therapy SPK-RPE65, pricing/reimbursemetn risk, financing risk, competitive risk in hemophilia |
| SURF | Neutral | $17 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| RARE | Neutral | $63 | DCF | 100% | 3 | Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds. |
| UBX | Neutral | $17 | DCF | 100% | 3 | Clinical/technology setbacks, failure to demonstrate clinical proof of concept, failure to successfully develop its portfolio of senolytic-oncology therapies or achieve the projected commercial profile |

Source: Goldman Sachs Global Investment Research

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Ross Weinreb, Maryana Breitman, Kevin Patel, Ph.D. and Alexana Astor, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Emerging Biotech.

America-Emerging Biotech: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Madrigal Pharmaceuticals Inc., Radius Health Inc., Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, Unity Biotechnology Inc..

### Company-specific regulatory disclosures

Compendium report: please see disclosures at http://www.gs.com/research/hedge.html. Disclosures applicable to the companies included in this compendium can be found in the latest relevant published research

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 35% | 53% | 12% | 63% | 56% | 51% |

As of July 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,851 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

GS-000363

## Price target and rating history chart(s)

Compendium report: please see disclosures at http://www.gs.com/research/hedge.html. Disclosures applicable to the companies included in this compendium can be found in the latest relevant published research

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

GS-000364

**Goldman Sachs**                                                                              Americas Healthcare: Biotechnology

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints.

GS-000365

Goldman Sachs

As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.

GS-000366