# EXHIBIT 33

**Goldman Sachs** | Equity Research

13 August 2018 | 5:14AM EDT

# Americas Healthcare: Biotechnology: 2Q EPS report - ACAD, DNLI, FPRX, IONS, SLDB

Following the 2Q EPS report for ACAD, DNLI, FPRX, IONS, and SLDB, we provide takeaways and update our models. See within for details.

## ACAD (Neutral)

Salveen Richter, CFA
+1(212)934-4204 |
salveen.richter@gs.com
Goldman Sachs & Co. LLC

Ross Weinreb
+1(212)357-0031 |
ross.weinreb@gs.com
Goldman Sachs & Co. LLC

Maryana Breitman
+1(212)902-6412 |
maryana.breitman@gs.com
Goldman Sachs & Co. LLC

**Nuplazid CNN/safety concerns resulting in downwardly revised FY guidance - served as an overhang, now removed**

ACAD reported 2Q18 Nuplazid net sales in PDP of $57.1mn in line with GSe of $57.0mn and below Factset consensus of $59.0mn and in line with guidance. ACAD lowered FY18 Nuplazid revenue guidance to $210mn-$225mn (from $255mn-$279mn) driven by a decrease in the number of new patient starts likely due to negative press (suggesting a mortality imbalance related to Nuplazid). We view the revised guidance as realistic (and removes an overhang) given the continued headline risk associated with Nuplazid safety, albeit management's efforts to increase drug awareness may prove the revised guidance as conservative particularly if on price increases.

**Nuplazid continues to face headwinds**

The 2Q call focused on the Nuplazid headline risk, which management believes is driving the decrease in 2Q new patient starts. However, new patient starts and patient refill numbers appear to have stabilized over the last eight weeks, thus ACAD's revised guidance ($210mn-$225mn) assumes conservation of existing patients vs. growth. We note, ACAD continues to engage physicians through physician training and numerous independent publications and presentations. With no additional price increases expected in 2H18, and ~13% GTN adjustment, we assume gradual organic growth in 2H18 is aided by the launch of a 34mg capsule of Nuplazid, which has achieved higher patient satisfaction vs. the 17 mg capsule. Further, given Nuplazid is primarily distributed through a specialty distribution channel - 93% of the reported adverse events to the FDA's FAERS public reporting system associated with Nuplazid are considered solicited compared to 7% which are unprompted and voluntary. This is in contrast to the retail channel where patients and caregivers interact less frequently and event reporting is considered

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

spontaneous. Comorbidities, etc would also play a role. That said, we have limited visibility into these cases.

**Pipeline read-outs start with MDD in 2H18**

Pimavanserin Ph2 data in major depressive disorder (MDD) patients with inadequate treatment response is expected in 2H18, where we look to initial clinical proof-of-concept of 5HT2A inverse agonists in the disorder, but note the challenging nature of the study given historically high placebo responses. Of note, while atypical antipsychotics are routinely prescribed to MDD patients, the unmet medical need persists given side-effect profile of antipsychotics, including tardive dyskinesia. Two schizophrenia programs, adjunctive therapy (Ph3) and negative symptoms (Ph2), are expected in 2019 – noting a prior positive Ph2 study in acute schizophrenia. Both programs represent upside to our model - and we note the high prevalence rate of schizophrenia (~1%) and MDD (~7%). On the dementia-related psychoses (DRP) Ph3 program (in model), an interim analysis is planned for when half (180) of patients are enrolled and treated – which is likely to occur in 2019+. Additionally, ACAD announced plans to initiate a trofinetide Ph3 clinical trial in girls with Rett syndrome, which, in our view could be in excess of $500mn, if successful (not in model).

**Changes to model :** (1) We adjust our Nuplazid revenue trajectory lower given the current environment; (2) adjust OpEx to reflect upcoming clinical programs development; (3) lower our Nuplazid PoS in PDP to 50% (vs. 60% prior) to reflect continued risk to the launch in light of lowered guidance; and (4) roll forward our DCF by three months. Our new 2018/19/20 EPS are ($2.06)/($1.74)/$1.05 was ($1.71)/($1.06)/$1.05.

**Valuation**: Our 12-month price target is $20 (vs. $23 prior) based on 100% risk-adjusted DCF value of $20 (Nuplazid: 60% PoS in PDP and 15% in DRP, 12% WACC, 1% TGR).

**Upside risks:** ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma. **Downside risks:** Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

# DNLI (Neutral)

**DNL201 (LRRK2 program) advances in Parkinson's disease**

DNLI's lead program DNL201, a LRRK2 inhibitor, has achieved all set objectives in a Ph1 placebo-controlled healthy volunteer (HV) study and will now advance to a Ph1b study in Parkinson's disease (PD) patients. In the HV study, at doses reflecting high levels of cerebrospinal fluid (CSF) exposure, the drug demonstrated a safe profile and met pharmacokinetic/pharmacodynamic parameters in addition to high target engagement

and positive effects on biomarkers of lysosomal function. Further, DNLI now plans to target all PD patients regardless of LRRK2 mutation - we note growing research linking LRRK2 activation and lysosmal dysfunction to PD (see below). DNLI has established first-mover advantage for its LRRK2 clinical program and we next look to: (1) DNL201 full Ph1 data at a 2H medical meeting; (2) DNL201 Ph1b trial design and initiation by YE; and (3) DNL747 (RIPK1 inhibitor) advancement into Alzheimer's disease (AD) and amyotrophic lateral sclerosis (ALS) patients by YE.

**Growing research linking LRRK2 activation and PD regardless of mutation**

Recent advances in research suggest LRRK2 activation may play a role in the development of PD regardless of the presence of a genetic mutation. In a recent article published in Science Translational Medicine, Di Maio et al. demonstrated in postmortem brain tissue from patients with idiopathic PD that wild-type LRRK2 activity was elevated in neurons located in the specific region of the brain (substantia nigra) linked to the development of PD- this was reproduced and confirmed in two-different rat models. Further analysis suggest oxidatative mechanisms (long implicated to play a role in PD pathophysiology) resulted in wild-type LRRK2 activation leading to Rab10 phosphorylation and downstream abnormalities such as lysosomal dysfunction and neurodegeneration - suggesting a role for wild-type LRRK2 activity in idiopathic PD. In addition to advances in academic research, we highlight GSK and 23andMe's recent collaboration where GSK plans to contribute its LRRK2 program to leverage 23andMe's large base of consented customers who are aware of their LRRK2 variant status to effectively target and rapidly recruit patients with defined LRRK2 mutations to reach clinical proof of concept. We view the advances in LRRK2 research and GSK/23andMe's LRRK2 collaboration as supportive of DNLI's approach to target all PD patients regardless of LRRK2 mutation with DNL201.

**2Q EPS below GSe due to OpEx**

DNLI reported GAAP EPS of ($0.59) vs. GSe/Factset consensus of ($0.23)/($0.22) along with GAAP R&D expense of $52mn (vs. GSe of $22.8mn) and SG&A expense of $6.9mn (vs. GSe of $5.9mn). DNLI reported cash, cash equivalents and investments of $551.3mn reflecting proceeds of $155mn in cash received related to the option agreement and stock purchase agreements.

**Model changes:** (1) We accelerate and increase operating expenses ahead of the Parkinson's disease trial; (2) increase CapEX spending to account for facility buildout; (3) remove SOTP as a component of our valuation; and (4) roll forward our DCF by three months. As a result our FY18/19/20 EPS is ($1.60)/($1.81)/($2.09) was ($0.97)/($1.53)/($2.08). While we model for an increase in CapEx and R&D spend ahead of pipeline/clinical trials advancement, we have not adjusted our PoS for DNL201 (currently 15%) and thus, note there remains potential room for upside.

**Valuation:**

Our 12-month price target of $20 (vs. $22 prior) is based on 100% DCF value of $20 (14% WACC, 1% TGR, risk-adjusted FCF). Previously our valuation was based on a

50%/50% blend of DCF value of $33 (14% WACC, 1% TGR, risk-adjusted FCF) and SOTP value of $11.

**Upside risks:** DNLI successfully develops its portfolio of small and large molecules across multiple neurodegenerative disease earlier than anticipated. DNLI's small molecule therapies gains widespread adoption in the large market indications AD and PD beyond RIPK1 and LRRK2 mutations. DNLI may be a takeover target for large biopharma. **Downside risks:** Clinical risk – failure to develop its portfolio of small and large molecules. Regulatory risk – DNLI's drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat AD, PD, ALS, Hunter syndrome and other neurodegenerative disorders. Financing risk.

# FPRX (Neutral)

### Cabiralizumab+Opdivo Ph2 trial in 2nd-line pancreatic cancer is on track; PVNS study change

BMY started enrolling patients in a Ph2 combination cabiralizumab+Opdivo trial in 2nd line pancreatic cancer with or without chemotherapy (FOLFOX6 or gemcitabine/abraxane) vs. chemotherapy alone. Given results of an ongoing Ph1 cabiralizumab+Opdivo study in solid tumors showing 13% ORR in late-line pancreatic cancer, and biopsy data showing an increase in CD8+ effector T-cells and decreases in CSF-1R and in immunosuppressive M2 macrophages in tumor microenvironment, there is scientific rationale for clinical benefit in earlier line pancreatic cancer. The trial is expected to enroll 160 patients worldwide, and we look to data updates at medical conferences. Additionally on cabiralizumab, FPRX decided against a Ph3 monotherapy trial in PVNS due to high rate of discontinuations (7% of patients) and dose interruptions with current two-week dosing regimen, and started enrolling a cohort of patients with a less frequent (every four to six weeks) dosing schedule. Given the benign nature of PVNS we see limited read-through to an ongoing pancreatic cancer trial.

### Bemarituzumab entering Ph3 portion of trial by YE18

Bemarituzumab, FPRX' selective FGFR2b antibody is set to enter the Ph3 registrational part of Ph1/3 FIGHT study in frontline FGFR2b+ gastric and GE junction cancer, following the Ph1 lead-in portion of the trial. Of note, recent data presented in Japan showed that patients with FGFR2b+ tumors had nearly half the survival rate vs. patients without FGFR2b amplification, validating FGFR2b as a target in gastric cancer. Bemarituzumab will be studied in combination with modified FOLFOX6 chemo vs. placebo plus FOLFOX6 in ~550 patients with OS as a primary endpoint. The trial is expected to enroll patients in the US, EU and Asia, including China, Japan, and South Korea, where incidence of gastric cancer is significantly higher than in the US/EU.

### Earlier pipeline on track

FPA150, a B7-H4 antibody which releases the checkpoint blockade in T effector cells, is progressing through Ph1 dose escalation study in solid tumors. Expansion in

pre-specified cohorts of patients whose tumors have high B7-H4 expression is expected to follow dose-escalation (including ovarian, endometrial, breast, and bladder). Finally, FPT155, a first-in-class CD80-Fc fusion protein engineered to activate T cells through multiple pathways is expected to enter a Ph1 trial in Australia by YE18.

**Changes to model**

FPRX reported 2Q EPS of ($0.99) vs. GSe/Factset consensus ($1.42)/($1.38), driven by lower non-GAAP OpEx of $35.7mn vs. GSe $ 51.3. We have adjusted our 2H OpEx estimates to reflect the OpEx trajectory. We have lowered the POS in PVNS to 25% from 55% given the decision to not pursue current dose in Ph3 trial. We have also included 2019 and 2023 raises of $150mn and $450mn, respectively. Our 3Q18/FY18/19/20 GAAP EPS estimates are ($0.99)/($2.34)/($3.08)/($6.29) vs. ($1.48)/($3.68)/($4.45)/($5.34).

**Valuation:** Our 12 month price target of $18 (vs. $20 prior) is based on a 100% DCF value of $18 (13% WACC, 1% terminal growth rate, risk-adjusted FCF with PoS of 20%, 55%, 55% for Cabira in pancreatic and PVNS, and Bema in gastric cancer)

**Upside risks:** Earlier than anticipated clinical development, competitor setbacks, higher realized drug price, greater market share of drug than anticipated, pipeline success, and M&A.

**Downside risks:** Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds, IP risk, and financing/dilution.

# IONS (Sell)

IONS reported 2Q18 total revenue of $117.7mn vs. GSe/FactSet consensus of $125mn/$134.9mn of which Spinraza royalties accounted for $56.6mn vs. GSe/consensus of $51.2mn/$53.2mn. IONS' Spinraza 2Q18 royalty rate of ~13% reflects the mid-point of the tiered royalty rate, which resets at the beginning of each year and progresses higher through the year (up to 15%). 2Q18 GAAP EPS of ($0.31)/proforma ($0.25)) vs. GSe/consensus of ($0.09)/($0.08) was impacted by higher OpEx.

**Tegsedi to face headwinds from recently approved Onpattro (ALNY)**

Post a positive vote during the FDA Adcom, Waylivra (volanesorsen) for familial chylomicronemia syndrome (FCS, high triglycerides) is scheduled for an Aug 30 PDUFA. While the FDA is in agreement on volanesorsen's marked TG-lowering effect in FCS, for which there is no approved therapy, there remains significant concern regarding the safety/tolerability profile (particularly the risk of thrombocytopenia (low platelets) and resulting potential for serious bleeding) - with the FDA briefing docs concluding that "the FDA has not yet concluded that the benefits of volanesorsen for its proposed use would exceed its risks even with a REMS in place" - albeit approval is widely expected particularly given the recent EU approval for the treatment of stage 1 or stage 2

GS-000430

polyneuropathy in adult patients with hereditary transthyretin amyloidosis (hATTR). IONS's Tegsedi (inotersen) NDA in familial amyloid polyneuropathy (FAP, nerve damage related to abnormal amyloid accumulation) faced an October 6 PDUFA (vs. July 6 prior), which we note was previously delayed due to an FDA request for more data. With respect to drug safety – in the inotersen Ph3 study there were three SAEs of severe thrombocytopenia leading to one patient death, four discontinuations due to renal toxicity and an imbalance of deaths, which were not seen with competitor ALNY's patisiran. We note patisiran was recently approved in the US and is likely to benefit from a two-month lead. Further, competitor PFE will present full data from the Phase 3 ATTR-ACT trial of Tafamidis in patients with transthyretin (TTR) cardiomyopathy at the European Society of Cardiology (ESC) Congress on Monday, August 27. PFE reported topline data in March that demonstrated a statistically significant reduction in combination of all-cause mortality and frequency of cardiovascular-related hospitalizations vs. placebo at 30 months.

**ROW Spinraza growth offsets US launch**

The US Spinraza launch (commercialized by BIIB) continues to progress with reported 2Q18 sales of $206mn vs. 188mn in 1Q18. Per the call, there was a 16% increase in the number of patients on therapy in the US vs. the end of 1Q18, with 2,160 US patients on Spinraza vs. 1,910 in 1Q - although new starts in the US were down with 270 new patients (vs. 290 in 1Q and 420 in 4Q). Spinraza sales were boosted by the conversion of patients to commercial drug, resulting in a reduction of patients receiving free drug - 15% in 2Q18 vs. 20% in 1Q18. Further, over 75% of ROW 2Q Spinraza revenue came from seven countries (Germany, Japan, Italy, Turkey, Brazil, Spain and Australia). Given staggered country launches, it is likely the majority of Spinraza growth will come from ROW given the maintenance vs. bolus dosing dynamics observed in the US (which has led to some variability around the launch trajectory) and would be less pronounced in the ROW in the near term. While Spinraza addresses an unmet need in the neurodegenerative disorder spinal muscular atrophy (SMA), we expect the drug to face competition (potentially at least in the incident market for now) that will place it post first-line therapy.

**Pipeline readouts and next-generation 2.5 LICA in 2018+**

In addition to IONS neurological disease platform, we look to updates on the next-generation 2.5 LICA platform for treatment in NASH and expect IONIS-AZ4-2.5 LRx (first-generation 2.5 LICA in collaboration with AZN) to enter a Ph2/or pivotal study in cardiovascular disease by EOY. Further, we look to: (1) Waylivra Aug 30 PDUFA; (2) Tegsedi Oct 6th PDUFA; (3) Ph2 data from AKCEA-APO(a)-LRx in high Lp(a) and cardiovascular disease; (4) initiation (by ROG) of pivotal IONIS-HTT$_{Rx}$ in Huntington's disease; (4) R&D day (Nov 9, NY); and (5) announcement on new IONS-owned programs over the next 12-18mnths.

**Model changes:** (1) We adjust 2018+ SG&A and R&D expense to reflect guidance; (2) adjust R&D and milestone revenue to reflect guidance; (3) adjust the Spinraza 2018/total revenue sales trajectory to reflect trends; and (4) remove SOTP as a component of our

valuation. As a result of FY18/19/20 EPS is ($0.70)/($0.24)/($0.41) was ($0.10)/($0.58)/($0.86).

### Valuation:

Our 12-month price target of $36 (vs $35 prior) is based on a 100% DCF value of $36 (12% WACC, 2% TGR, risk-adjusted FCF). Previously our valuation was based on a 50%/50% blend of DCF ($42, 12% WACC, 2% TGR, unadjusted FCF) and SOTP ($27).

### Key Risks

Upside risks: better-than-expected sales of Spinraza, new collaboration agreements. Clinical risk – failure to develop its pipeline of antisense drugs. Regulatory risk – IONS' drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat diseases IONS is targeting. Financing risk.

# SLDB (Neutral)

**Gene therapy SGT-001 Ph1/2 trial resumed - screening patients**

SLDB has received approval from the University of Florida Investigational Review Board (IRB) to resume patient screening in its gene therapy SGT-001 Ph1/2 trial (IGNITE DMD). We note the following changes to the studies protocol include: (1) the addition of IV glucocorticoids in the initial weeks post administration of SGT-001; (2) enhanced monitoring measures including a panel for complement activation; (3) Soliris treatment if complement activation is observed; and (4) optionality on an intermediate muscle biopsy at 45 days post dosing (to evaluate time course of micro-dystrophin expression). SLDB plans to enroll and dose ambulatory children (age 4-11) prior to dosing non-ambulatory adolescents (age 12-17). As guided previously, SLDB plans to release initial data from a pre-specified interim analysis in 2H19, albeit likely sooner.

**Manufacturing remains a key focus**

Lead candidate, SGT-001 is currently manufactured by at 250L GLP scale, however, SLDB is currently building an in-house manufacturing facility, and remains focused on building upon its scalable GMP manufacturing process. Further, the company has no reason to believe the cause of the suspected unexpected serious adverse reaction (SUSAR) event in the first Duchenne muscular dystrophy (DMD) patient dosed with lead gene therapy SGT-001 was manufacturing related (per FDA feedback), and plans to continue process development with over 50 pre-specified assays to monitor product output. Management has addressed all concerns related to the FDA clinical hold demonstrating that the current manufacturing process for SGT-001 supports the high-dose group and enables the use of a single lot for dose administration, limiting the number of vials of product required to treat each patient.

**2Q EPS above with GSe**

SLDB reported GAAP EPS of ($0.52) vs. GSe/Factset consensus of ($0.49)/($0.52) along with GAAP R&D of $13.6mn (vs. GSe of $12.6mn) and SG&A of $4.6mn (vs. GSe of $4.8mn). SLDB reported cash, cash equivalents and investments of $162.8mn due to proceeds of from SLDBs initial public offering in January.

**Model changes:** (1) We adjust 3Q18+ expenses to reflect current trends. Our 2018/19/20 EPS estimate go to (2.37)/(2.58)/(3.18) from (2.40)/(2.47)/(2.59).

## Valuation

Our 12-month price target of $32 (vs. $28 prior) is based on 100% risk-adjusted DCF value of $32 (vs. 28 prior), which is based on a 13% WACC, 3% terminal growth, and 30% probability of success for SGT-001.

## Risks

Upside risks: Earlier-than-anticipated clinical development, competitor setbacks, higher realized drug price, greater market share of drug than anticipated, pipeline success, and M&A. Downside risks: Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds, IP risk, manufacturing difficulties and financing/dilution.

## Rating and pricing information

Acadia Pharmaceuticals Inc. (N/A, $14.92), Denali Therapeutics Inc. (N/A, $15.08), Five Prime Therapeutics Inc. (N/A, $14.09), Ionis Pharmaceuticals Inc. (S/A, $48.70) and Solid Biosciences Inc. (N/A, $38.11)

GS-000433

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Ross Weinreb and Maryana Breitman, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Emerging Biotech.

America-Emerging Biotech: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Madrigal Pharmaceuticals Inc., Radius Health Inc., Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, Unity Biotechnology Inc..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Ionis Pharmaceuticals Inc. ($48.70)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09) and Solid Biosciences Inc. ($38.11)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Acadia Pharmaceuticals Inc. ($14.92), Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09), Ionis Pharmaceuticals Inc. ($48.70) and Solid Biosciences Inc. ($38.11)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09), Ionis Pharmaceuticals Inc. ($48.70) and Solid Biosciences Inc. ($38.11)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Acadia Pharmaceuticals Inc. ($14.92), Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09), Ionis Pharmaceuticals Inc. ($48.70) and Solid Biosciences Inc. ($38.11)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09) and Solid Biosciences Inc. ($38.11)

GS-000434

**Goldman Sachs**

Goldman Sachs makes a market in the securities or derivatives thereof: Acadia Pharmaceuticals Inc. ($14.92), Denali Therapeutics Inc. ($15.08), Five Prime Therapeutics Inc. ($14.09), Ionis Pharmaceuticals Inc. ($48.70) and Solid Biosciences Inc. ($38.11)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 35% | 53% | 12% | 63% | 56% | 51% |

As of July 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,851 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

GS-000435

**Goldman Sachs**



Source: Goldman Sachs Investment Research for ratings and price targets; FactSet closing prices as of 6/30/2018.

The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest**: Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation**: Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director**: Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts**: Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings**: See the distribution of ratings disclosure above. **Price chart**: See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia**: Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil**: Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada**: Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong**: Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India**: Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan**: See below. **Korea**: Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand**: Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia**: Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore**: Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan**: This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom**: Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**Goldman Sachs**                                                                                    Americas Healthcare: Biotechnology

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

GS-000437

Goldman Sachs                                                                    Americas Healthcare: Biotechnology

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.

GS-000438