# EXHIBIT 34

**Goldman Sachs | Equity Research**

24 October 2018 | 3:57AM EDT

## Americas Healthcare: Biotechnology

# 3Q EPS preview & 4Q outlook: Stocks to own into YE+

*Biotechnology (+3% NBI vs. +2% S&P YTD) is under pressure in light of macro-concerns (eg. rising rates) driving volatility and investor positioning. Nonetheless, the recent sell-off has created desirable entry points for key names (**BLUE, BMRN, GWPH, INCY, SAGE, SRPT**) with near-term catalysts to drive the innovation trade into YE18+/early-19 and where we see a good setup (albeit we are cognizant of the current profit-taking environment). We recommend owning names with new product cycles, robust R&D and M&A optionality. In the report, we preview 3Q EPS - highlighting **SGEN** (Adcetris beat) and **INCY** (Jakafi in-line/beat)/**BMRN** (in-line/beat) - the latter two with YE events (ASH and R&D day). Further, we highlight 4Q+ catalysts, including **BLUE** (LentiGlobin and bb21217/BCMA competitor landscape at ASH and sickle cell regulatory update), **SRPT** (Duchenne muscular dystrophy gene therapy regulatory and PPMO update by YE; Limb-girdle in early-19), **SAGE** (brexanolone Nov 2 Adcom and Ph3 217 data by YE) and **GWPH** (Epidiolex launch).*

### Names in focus into 3Q EPS: SGEN, INCY and BMRN

For **SGEN**, we remain positive on the Adcetris launch in 1L Hodgkin's lymphoma based on physician feedback and in the context of normalized inventory levels and historical QoQ trends - thus we view 3Q revenue guidance of $130-$135mn (GSe of $135mn vs. FactSet consensus of $135mn) as likely conservative and expect a beat. Street focus would be on the magnitude of a potential Adcetris 3Q beat, as well as 4Q guidance.

On **INCY**, we expect 3Q US Jakafi sales to be in-line or above Street consensus given strong organic growth/historical trends.

We expect **BMRN's** orphan disease portfolio to see limited F/X impact due to the company's hedging strategy and note Street consensus reflects a pull-back in Naglazyme and Vimizim sales based on 2017 LatAm ordering patterns, which alongside the other stable business, indicate an in-line 3Q or beat. We believe the Street will focus on **initial launch metrics for Palynziq** in PKU – which appear to be progressing well (~200 clinical trial patients to convert to commercial users likely by YE).

**Salveen Richter, CFA**
+1(212)934-4204 |
salveen.richter@gs.com
Goldman Sachs & Co. LLC

**Ross Weinreb**
+1(212)357-0031 |
ross.weinreb@gs.com
Goldman Sachs & Co. LLC

**Maryana Breitman, Ph.D.**
+1(212)902-6412 |
maryana.breitman@gs.com
Goldman Sachs & Co. LLC

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

GS-000439

**Value driving catalysts: Evolving pipelines, product launches and regulatory decisions into YE - SRPT, BLUE, SAGE, GWPH, BMRN, INCY & R&D days**

**SRPT** will provide FDA clarity on the **registrational pathway** for the Nationwide Children's Hospital (NCH) Duchenne muscular dystrophy **(DMD) gene therapy** placebo-controlled pivotal study (cohort C) **by YE18** with **trial initiation expected by YE18/1Q19.** We expect a first-look at SRP-5051 (Exondys 51 PPMO) by YE18/1Q19 with updates on new neuromuscular targets beginning with **Limb-girdle muscular dystrophy** (MYO-101 Ph1/2 trial initiation) data in 1Q19 and additional business development activities by YE+.

For **BLUE, at ASH (December 1-4, San Diego) on the BCMA CAR T front,** we expect a **first look at next-generation bb21217** Ph1 data in relapsed/refractory multiple myeloma (r/r MM) and **data on the competitive landscape** (ASH BCMA Primer) **which is likely to cement BLUE and bb2121's first-mover advantage and high clinical bar in multiple myeloma.** We also expect follow-on LentiGlobin data in transfusion-dependent beta-thalassemia (TDT) and severe sickle cell disease (SCD) and the key near-term driver in terms of FDA clarity on the **pivotal/regulatory outlook (a possible accelerated path) for LentiGlobin in severe SCD** (FDA - ASH SCD workshop). We note a potential unveiling of the cancer (CAR T/TCR)/gene editing (MegaTAL) pipeline in 2019 is likely to generate a resurgence in discovery value for the name. We view the current entry point on BLUE as attractive into these catalysts particularly given the rare de-risked nature of this genome medicine company.

We expect **SAGE to trade higher** on **a likely positive FDA Adcom (Nov 2) to discuss brexanolone** in postpartum depression (PPD), ahead of its Dec 19 PDUFA, and **Ph3 SAGE-217 (oral) topline results in PPD in 4Q18**.

**GWPH's** recent pullback has created an **attractive entry point** as **we are positive into the Epidiolex launch by mid-Fall** which is likely to benefit from a bolus of >1750 patients rolling over from expanded access programs (EAPs) in 2019 alongside widespread use based on physician feedback.

We expect **BMRN's solid fundamentals** will continue to support long term pipeline innovation as we look to the R&D Day followed by a cascade of pipeline drivers (including three likely launches in 2020).

For **INCY**, we continue to **like the name at current levels given pipeline and M&A optionality** and expect the **evolving pipeline** and key events to drive value by YE (Jakafi results in acute GvHD at a medical meeting and PI3Kdelta + Jakafi in myelofibrosis in 4Q18 (likely ASH); potential early-Jan pipeline announcements).

We also look to key pipeline updates/announcements at analyst meetings from **BMRN** (Nov 7), **IONS** (Dec 7), **DNLI** (Dec 10), **UBX** (Dec 11).

GS-000440

**Goldman Sachs**                                                    Americas Healthcare: Biotechnology

# Recap of YTD coverage performance/tracking key product launches

**Exhibit 1: YTD share price performance**

| Ticker | Rating | 12-mnth Price Target | Up / Down | Price 10/23/18 | % Return | |
|--------|--------|---------------------|-----------|----------------|----------|-----|
| | | | | | 2017 | YTD |
| ACAD | Neutral | $20 | -9% | $22 | 4% | -27% |
| ACOR | Neutral | $20 | 10% | $18 | 14% | -15% |
| ATRA | Neutral | $36 | 4% | $35 | 27% | 91% |
| BLUE | Buy | $288 | 144% | $118 | 189% | -34% |
| BMRN | CL-Buy | $162 | 62% | $100 | 8% | 12% |
| CRSP | Buy | $86 | 146% | $35 | 16% | 49% |
| DNLI | Neutral | $20 | 31% | $15 | -13% | -2% |
| FOLD | Neutral | $15 | 31% | $11 | 190% | -21% |
| FPRX | Neutral | $18 | 40% | $13 | -56% | -41% |
| GRTS | Neutral | $18 | 18% | $15 | - | 2% |
| GWPH | Buy | $185 | 29% | $143 | 18% | 8% |
| ICPT | Buy | $157 | 69% | $93 | -46% | 59% |
| INCY | Buy | $94 | 45% | $65 | -6% | -31% |
| IONS | Sell | $36 | -26% | $49 | 5% | -3% |
| MDGL | Neutral | $315 | 57% | $200 | 516% | 118% |
| ONCE | Neutral | $63 | 35% | $47 | 3% | -10% |
| RARE | Neutral | $65 | 6% | $62 | -34% | 33% |
| RCUS | Neutral | $17 | 57% | $11 | - | -28% |
| RDUS | Neutral | $28 | 51% | $19 | -16% | -42% |
| SAGE | Buy | $224 | 83% | $123 | 223% | -26% |
| SGEN | Neutral | $76 | 9% | $70 | 1% | 30% |
| SLDB | Neutral | $32 | -7% | $34 | - | 114% |
| SRPT | Buy | $203 | 51% | $134 | 103% | 141% |
| SURF | Neutral | $15 | 88% | $8 | - | -40% |
| UBX | Neutral | $19 | 75% | $11 | - | -36% |
| Mean | | | | | 57% | 12% |
| Median | | | | | 6% | -3% |

Source: Goldman Sachs Global Investment Research; all PTs are 12-months

**Among the new product cycles we are most focused on BMRN's Palynziq, SGEN's Adcentris, GWPH's Epidiolex, ONCE's Luxterna, FOLD's Galafold and RARE's Crysvita (Exhibit 2).**

**Exhibit 2: New and ongoing product launches**

| | Company | Drug | Indication | GS 2018 Sales Est ($mn) | Cons. 2018 Sales Est ($mn) | GS vs. Cons | Launch or PDUFA date |
|--|---------|------|-----------|------------------------|---------------------------|-------------|---------------------|
| Ongoing (<1 year) | ALXN | Soliris | PNH, aHUS, MG | $3,497 | $3,433 | 2% | Approved |
| | AMGN | Repatha | High LDL | $634 | $626 | 1% | Approved |
| | BIIB | Spinraza | SMA | $1,658 | $1,697 | -2% | Approved |
| | CLVS | Rubraca | Ovarian Cancer | $120 | $113 | 6% | Approved |
| | GILD | Yescarta | DLBCL | $325 | $294 | 11% | Approved |
| | GILD | Biktarvyy | HIV-1 | $1,237 | $965 | 28% | Approved |
| | INCY | Olumiant royalties | Rheumatoid Arthritis | $44 | $39 | 13% | Approved |
| | ONCE | Luxturna | RPE-65 (genetic blindness) | $28 | $25 | 9% | Approved |
| | RARE | Mepsevii | Mucopolysaccharidosis type 7 (MPS 7) | $9 | $9 | -1% | Approved |
| | SGEN* | Adcetris | Front-line Hodgkin's lymphoma | $500 | $497 | 1% | Approved |
| | VRTX | Symdeko | Cystic Fibrosis | $648 | $728 | -11% | Approved |
| New | REGN | Dupixent | Atopic Derm, Asthma | $966 | $893 | 8% | Approved |
| | AMGN | Aimovig | Migraine | $58 | $56 | 4% | Approved |
| | BMRN | Palynziq | Phenylketonuria | $18 | $14 | 29% | Approved |
| | RARE | Crysvita | X–linked hypophosphatemia | $12 | $21 | -40% | Approved |
| | ALNY | Patisiran | hATTR Amyloidosis | $8 | $21 | -62% | Approved |
| | FOLD | Galafold | Fabry Disease | $91 | $90 | 1% | Approved |
| | GWPH** | Epidiolex | Lennox-Gastaut syndrome (LGS) and Dravet | $130 | $103 | 1% | Fall 2018 |
| | IONS | Tegsedi | hATTR Amyloidosis | $5 | $11 | -55% | Pending |
| | ACOR | Inbrija | Parkinson's disease | - | - | - | January 5 PUDUFA |
| | SAGE | Brexanolone | Postpartum Depression | - | - | - | December 19 PDUFA |

\* US sales only
\*\* GSe and Cons. 2019 sales

Source: Factset, Company data, Goldman Sachs Global Investment Research

24 October 2018                                                                                           3

# Updating estimates and price targets

We adjust our 12-month price target for INCY, and our EPS estimates for INCY and ICPT. Exhibit 3 summarizes our price targets and EPS for 2018/2019/2020

**Exhibit 3: Changes to GS estimates and 12-month price targets**

| Company | Price Target | | 2018 EPS | | 2019 EPS | | 2020 EPS | | 2021 EPS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Current | Prior | Current | Prior | Current | Prior | Current | Prior | Current | Prior |
| ACAD | $20 | $20 | ($2.06) | ($2.06) | ($1.74) | ($1.74) | $1.05 | $1.05 | $4.12 | $4.12 |
| ACOR | $20 | $20 | ($0.99) | ($0.99) | ($4.44) | ($4.44) | ($3.52) | ($3.52) | ($1.82) | ($1.82) |
| BMRN | $162 | $162 | ($0.74) | ($0.74) | $0.24 | $0.24 | $0.48 | $0.48 | $1.93 | $1.93 |
| SRPT | $203 | $203 | ($3.85) | ($3.85) | ($3.82) | ($3.82) | ($3.93) | ($3.93) | ($2.34) | ($2.34) |
| ICPT | $157 | $157 | ($10.68) | ($10.56) | ($8.87) | ($8.87) | ($12.25) | ($12.25) | ($8.18) | ($8.18) |
| INCY | $94 | $93 | $0.76 | $0.79 | $0.42 | $0.40 | $1.51 | $1.49 | $2.61 | $2.60 |
| SGEN | $76 | $76 | ($0.75) | ($0.75) | ($1.01) | ($1.01) | ($0.23) | ($0.23) | $0.79 | $0.79 |
| ONCE | $63 | $63 | ($1.55) | ($1.55) | ($7.94) | ($7.94) | ($5.88) | ($5.88) | ($1.21) | ($1.21) |
| FOLD | $15 | $15 | ($1.15) | ($1.15) | ($1.10) | ($1.10) | ($1.04) | ($1.04) | ($0.67) | ($0.67) |
| RDUS | $28 | $28 | ($5.62) | ($5.62) | ($5.34) | ($5.34) | ($3.23) | ($3.23) | ($2.44) | ($2.44) |
| RARE | $65 | $65 | ($4.68) | ($4.68) | ($8.51) | ($8.51) | ($8.14) | ($8.14) | ($4.90) | ($4.90) |

Source: Goldman Sachs Global Investment Research

# ACAD (Neutral): Returning to Nuplazid organic growth?

**Nuplazid in PDP remains the key focus into 3Q EPS**

ACAD will report 3Q EPS on 11/6 - conference call at 5pm ET. We project 3Q Nuplazid sales in Parkinson's disease psychosis (PDP) of $57mn (0% qoq; vs. Factset consensus of $55.8mn) towards the higher end of company guidance ($52mn - $59mn). In light of the FDA's positive Nuplazid safety update, no price increases, 3Q gross-to-net of ~13% (in-line with 2Q) and launch of the Nuplazid 34mg capsule (higher patient satisfaction vs. the 17 mg capsule), we look to see if this translates to a 3Q uptick in sales metrics - with focus to remain on organic growth trends. We project FY18 Nuplazid US sales of $222.9mn (no price increases) above FactSet consensus of $220mn and view management's revised guidance of $210mn- $225mn as realistic; we note efforts to increase drug awareness may prove guidance as conservative, particularly if a price increase ensues.

**FDA response on Nuplazid safety removes a key overhang**

The FDA completed a review of all postmarking reports of deaths and serious adverse events reported with Nuplazid and "did not identify any new or unexpected safety findings with Nuplazid, or findings that are inconsistent with the established safety profile currently described in the drug label." Further, the FDA's view regarding Nuplazid's risk/benefit profile remains unchanged, and notes there is no evidence to establish a correlation between Nuplazid and mortality. In-line with ACAD's prior statements, the FDA highlighted Nuplazid's distribution channel (patient support program and specialty pharmacy) which prompts solicited reporting compared to the retail channel where patients and caregivers interact less frequently and event reporting is considered spontaneous.

GS-000442

**Pipeline read-outs start with MDD in 4Q18**

Pimavanserin Ph2 CLARITY data in major depressive disorder (MDD) patients with inadequate treatment response is expected in 4Q, where we look to initial clinical proof-of-concept of the 5HT2A inverse agonist in the disorder (not in model) - we remain on the sidelines but note the optionality (albeit the stock may have partly pre-traded the event). We would want to understand the efficacy and safety profile in the context of competitors and the existing Nuplazid label. We next look to the two schizophrenia programs, adjunctive therapy (Ph3 ENHANCE) and negative symptoms (Ph2 ADVANCE) that will report out in 2019 (not in model). We are optimistic on the dementia-related psychosis (DRP) Ph3 HARMONY program (in model), where an interim analysis is planned for when half of patients are enrolled and treated - in 2019+.

**The 3Q18 EPS call will likely focus on:** (1) positive FDA update on Nuplazid safety; (2) Nuplazid launch and organic growth trends; (3) Nuplazid progress in accessing the long-term care facility segment and earlier treatment settings; (4) Nuplazid outlook and timing in MDD, DRP and schizophrenia; and (5) new program trofinetide (ACAD has N. American rights) in Rett syndrome.

**Upcoming catalysts:** (1) pimavanserin topline Ph2 CLARITY data in MDD (adjunctive therapy) in 4Q18; (2) pimavanserin Ph3 ENHANCE (adjunctive therapy) in schizophrenia and Ph2 ADVANCE in schizophrenia with negative symptoms in 2H19; (3) initiation of Ph3 trofinetide Rett syndrome trial; and (4) pimavanserin interim analysis of the DRP Ph3 program in 2019+.

**Exhibit 4: ACAD GSe vs. consensus vs. guidance**

|  | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Nuplazid sales ($mn) | $57 | $56 | $52 - $59 | $223 | $220 | $210 - $225 |
| Total revenue ($mn) | $57 | $56 | n/a | $223 | $220 | n/a |
| GAAP EPS | ($0.59) | ($0.58) | n/a | ($2.06) | ($2.08) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target is $20 based on 100% risk-adjusted DCF value of $20 (Nuplazid: 60% PoS in PDP and 15% in DRP, 12% WACC, 1% TGR).

**Upside risks:** ACAD successfully develops Nuplazid across multiple psychiatric indications. Nuplazid gains widespread adoption in the currently approved indication of PD psychosis. ACAD may be a takeover target for large biopharma. **Downside risks:** Clinical risk – failure to develop additional indications for Nuplazid in schizophrenia, AD psychosis and depression. Regulatory risk – ACAD's drugs in development may not gain regulatory approval. FDA evaluation of Nuplazid safety. Competitive risk – multiple other companies are developing drugs to treat mood and psychotic disorders. Financing risk.

# ACOR (Neutral): When is Ampyra facing a cliff? Inbrija PDUFA in 1Q

**Ampyra franchise gradual sales cliff underway**

ACOR will report 3Q EPS on 10/31 - conference call at 8:30am ET. For 3Q, we estimate net US Ampyra sales of $75mn below company/Factset consensus of $76mn/$79mn. Following the loss of Ampyra exclusivity (July 30) and the invalidation of the remaining Ampyra patents by The U.S. Court of Appeals for Federal Circuit (on Sept 10), MYL has launched (Sept 21) generic Ampyra. Our model assumes a gradual sales cliff beginning in 3Q18 with FY18 Ampyra sales of $339.5mn (vs. FactSet consensus of $363.7mn) in-line with guidance of $330mn- $350mn.

**Inbrija face a three-month PDUFA delay in response to major amendment to the NDA**

Following a request for additional information on chemistry, manufacturing and control (CMC) factors, the FDA has delayed the Inbrija PDUFA by three-months with a target action date of Jan 5, 2019 (vs. Oct 5 prior). Given the breadth of information (undisclosed) submitted, the FDA has classified the submission as a major amendment. The Inbrija NDA currently remains in its first cycle- review, however if the FDA finds the newly submitted data insufficient, the FDA can defer review of the amendment until a subsequent review cycle or elect to approve Inbrija on a conditional basis pending completion of post marketing confirmatory studies. With Ampyra fading and investor focus turning to Inbrija, the PDUFA delay represents a clear setback for the stock and we note execution on the Inbrija platform remains critical for ACOR. Further, given the risk surrounding a one-cycle review for a drug/device combination, we expect any further delays potentially to place ACOR's base-business at risk. We note ACOR continues with launch preparations, including training of the sales force on the Parkinson's market and Inbrija clinical data as well as outreach to physicians not previously targeted by Ampyra outreach, including movement disorder specialists, neurologists specializing in neurodegenerative disorders, and general practitioners who see Parkinson patients. As originally planned, ACOR is moving forward with its Inbrija training certification meetings in early 4Q. We note ACOR recently received letters from the FDA regarding the pre-approval inspections of both the Chelsea, MA manufacturing facility and Inbrija manufacturer facility, indicating the FDA's inspections of these facilities are successfully completed.

**Minimal upside from the pipeline**

ACOR's pipeline includes BTT1023 (Ph2) for primary sclerosing cholangitis, CVT-427 (Ph1) for migraines, and rHIgM22 (Ph1) for multiple sclerosis; however, we note that each of ACOR's clinical candidates face competitive headwinds from approved drugs or those in clinical development.

**The 3Q18 EPS call will likely focus on:** (1) the Inbrija regulatory and launch outlook, including projected peak sales opportunity; (2) the future of the Ampyra franchise in light of MYL's generic entry; (3) outlook for the base business including the early-stage pipeline (Ph2 BTT1023 in primary sclerosing cholangitis, Ph1 CVT-427 in migraines and Ph1 rHIgM22 in multiple sclerosis).

**Upcoming catalysts**: (1) Inbrija CHMP decision by YE18/1Q19; and (2) Inbrija PDUFA by Jan 5

GS-000444

**Exhibit 5: ACOR GSe vs. consensus vs. guidance**

|  | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Ampyra sales ($mn) | $75.0 | $79.1 | n/a | $339.5 | $363.7 | $330- $350 |
| Total revenue ($mn) | $78.2 | $78.2 | n/a | $352.2 | $367.2 | n/a |
| GAAP EPS | ($0.21) | ($0.38) | n/a | ($0.99) | ($0.85) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation:** Our 12-month price target of $20 is based on an 85%/15% risk-adjusted DCF value of $15 (Ampyra: 100% PoS; Inbrija: 70% PoS), 13% WACC, 1% terminal growth rate and M&A value of $46 (11x 2020E sales). We believe ACOR could be a takeover target (theoretical M&A rank of "2") for large biopharma given it owns global rights to Inbrija for PD.

**Upside risks:** Earlier-than-anticipated regulatory approval of ACOR's Inbrija and/or stronger-than-anticipated demand could lead to revenue upside. ACOR may sell or partner its early stage pipeline assets as a source of non-dilutive financing. The company could be acquired for a premium by a biopharma company seeking PD assets.

**Downside risks:** Failure to receive regulatory approval of Inbrija, delays in regulatory approval, or lower than expected revenue projections.

# BMRN (Buy-CL): All quiet on the EPS front; R&D day on Nov 7

**3Q EPS at least in-line with a maintained focus on OpEx restraint to support long term margins**

BMRN will report 3Q EPS on 10/25 - conference call at 4:30pm ET. We forecast total revenue of $362mn (+8.4% yoy) vs. FactSet consensus of $367mn. GSe 3Q Naglazyme and Vimizin sales of $85mn (vs. cons. of $85mn) and $115mn (vs. cons. of $121mn), respectively, reflect historical choppiness in LatAm ordering patterns - however, these have been inconsistent historically and thus there could be upside. We project an uptick in Kuvan revenue at $112.7mn vs. Factset estimates of $117mn. Our FY18 total revenue estimate of $1.52bn is in-line with guidance of $1.47bn-$1.53bn (vs. Factset consensus of $1.51bn), and we see limited F/X impact due to BMRN's hedging strategy and note a portion of ex-US sales (eg. Turkey) are denominated in Euros. OpEx restraint remains a focus and we are encouraged by BMRN's long-term margin outlook with ~20%+ yoy top-line growth post 2020 driven by launches of vosoritide, val-rox, and BMN250. We believe the Street remains focused on initial launch metrics for recently approved (May 24) Palynziq in PKU. Further, we look to pipeline discussion of pivotal-stage assets vosoritide (achondroplasia), val-rox (hemophilia A gene therapy), and BMN250 (MPSIIIb) and early program progress (eg. PKU gene therapy). We estimate 3Q18/FY18/FY19 GAAP EPS of ($0.26)/($0.74)/$0.24.

**Palynziq launch to drive growth near-term**

Palynziq (pegvaliase) sales, an enzyme replacement therapy in adult PKU, which entered specialty pharma distribution channels in late-June, will have its first full quarter of sales.

We project $18mn in revenue this year (vs. $14mn Factset consensus). Management commentary indicates that the Palynziq launch is progressing well (we look for details on the call) with a greater number of clinics being REMS-(Risk Evaluation and Mitigation Strategy)-trained, clinical trial patients transitioning to commercial drug, and new "de novo" patients receiving drug. While there could be a lag between launch progress and its reflection in revenue (up to ~6 months for a clinical trial patient to transition to commercial, ~2 months to see a physician, and ~3 months to secure reimbursement), we believe the trajectory of patients undergoing REMS training is a solid indicator of future revenue. Importantly, sales data indicates that Kuvan-treated patients switch to Palynziq, an important dynamic (one we project in our model) ahead of Kuvan US IP expiry in 2020. In the US, BMRN estimates ~11.4K adult PKU patients, of which 2.5K (2.3K in clinic and ~200 patients in pegvaliase trial) will initially be targeted. The launch strategy is focused on targeting treatment-experienced and naive patients at the 32 PKU clinics that were involved in pegvaliase studies, which treat ~50% of patients in the clinic, and then leverage the experience to an additional 30 'pegvaliase-naive' clinics treating ~35% of patients in the clinic (thus targeting ~85% of patients in the clinic). We forecast peak sales of Palynziq at $1bn by 2030, which includes patients switching from Kuvan to Palynziq as part of product lifecycle management.

**BMRN may pursue an accelerated approval pathway for val-rox**

Following the new FDA draft guidance on the regulatory path for hemophilia A gene therapy, BMRN plans to pursue that approach, if: 1) Factor VIII activity from the first ~20 patients in the Ph3 trial (high-dose study) is in the normal range (50IU/dL-150IU/dL; FDA appears in agreement with this range given WFH (World Federation of Hemophilia) guidelines) based on an interim look mid-year; 2) the discrepancy between the chromogenic and the one-stage assay is addressed (one-stage assay shows ~40%-50% higher factor activity than the chromogenic assay); 3) the val-rox manufacturing process/CMC (Chemical, Manufacturing, and Controls) activities are completed; and 4) the ~4-year data from the ongoing Ph2 study (in 2019) continues to demonstrate a good safety and efficacy profile. While pricing will depend primarily on the duration of therapeutic effect, we believe it is likely to be in the $1mn-$3mn range (BMRN is in discussion with payors on pricing models), with US pricing likely higher than ex-US (except Japan). The val-rox data seen thus far (including zero bleeding events) enables qualification for accelerated approval, which would translate into a 2020 launch. The manufacturing plant can currently supply drug for ~3k patients and scale up to 5k patients. If necessary, BMRN said that it will undertake construction of another plant.

**Upcoming catalysts**: (1) Palynziq launch progress; (2) updates on vosoritide Ph3 trial enrollment (expected to complete in mid-18) and data from this trial (2019); and (3) R&D Day in New York on November 7 (PKU gene therapy; new programs?, comprehensive pipeline updates; KOL discussions).

**The 3Q EPS call will likely focus on:** (1) product portfolio performance and OpEx trends; (2) early launch metrics for the Palynziq launch, including reimbursement; (3) updates on the progress of the pivotal vosoritide and val-rox trials and the earlier-stage pipeline.

**Exhibit 6: BMRN GSe vs. consensus**

| | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Naglazyme global sales ($mn) | $85.0 | $86.0 | n/a | $344.9 | $343.0 | $325-$355 |
| Kuvan global sales ($mn) | $112.7 | $117.0 | n/a | $442.8 | $448.0 | $440-$480 |
| Firdapse global sales ($mn) | $5.1 | $5.0 | n/a | $19.7 | $20.0 | n/a |
| Aldurazyme royalty to BMRN ($mn) | $25.0 | $19.0 | n/a | $143.1 | $128.0 | n/a |
| Vimizim global sales ($mn) | $115.0 | $121.0 | n/a | $492.7 | $494.0 | $460-$500 |
| Brineura global sales ($mn) | $13.4 | $13.0 | n/a | $49.8 | $45.0 | $35-$55 |
| Palynziq global sales ($mn) | $5.0 | $4.0 | n/a | $18.0 | $14.0 | n/a |
| Total revenue ($mn) | $362.2 | $367.0 | n/a | $1,522.6 | $1,510.0 | $1,470-$1,530 |
| Non-GAAP income | $29.1 | $25.0 | n/a | $122.0 | $109.0 | $100 to $140 |
| GAAP net loss | ($45.80) | ($40.00) | n/a | ($131.30) | ($155.00) | $(115)-$(165) |

Source: Goldman Sachs Global Investment Research, Factset

**Valuation:** Our 12-month price target of $162 is based on an 70%/30% risk-adjusted DCF value of $156 ( 9% WACC, 3% terminal growth rate) and M&A value of $175 (16x 2022E sales). Our M&A ranking of "1" (representing high probability of the company becoming an acquisition target) is related to the diversified orphan drug platform and the company transitioning to non-GAAP breakeven profitability.

**Downside risks:** Safety events in the undergoing clinical trials, greater OpEx going forward than projected, failure to receive regulatory approvals on val rox or vosoritide of BMN250, or lower than expected revenue projections.

# FOLD (Neutral): US Galafold launch metrics in focus; Pipeline timelines?

**Galafold ex-US 3Q sales in-line; Initial US launch tracking well**

FOLD will report 3Q EPS in November. We expect 3Q net ex-US Galafold sales of $24.5mn (+15%/+125% qoq/yoy) slightly above FactSet consensus of $23.6mn. We project FY18 WW Galafold sales of $90.8mn (vs. FactSet consensus of $89.8mn) at the higher end of management guidance ($80-$90mn including Japan and US) which may prove conservative given encouraging launch metrics for first 8-weeks of the US launch - we assume GSe FY18 US Galafold sales of $0.8mn. We look to additional management commentary around further geographic expansion in the EU, Asia, and LatAm, and a potential upward guidance revision on the 3Q EPS. Per management comments at the R&D day, we note potential for "lumpiness" in the quarter driven by summer seasonality.

**Outlook for US Galafold launch**

In the first 8-weeks of launch, there has been significant demand for Galafold evident by ~75 initial patient referral forms (PRF) collected as of Oct 10. This significantly exceeds the company's full-year forecasts of 66 PFRs. While FOLD anticipates minimal revenue contribution from the US in 2018 given the ~60 day average PRF to shipment time limits FY18 revenue, we believe this sets a solid foundation for 2019 revenue. We assume GSe FY18 US Galafold sales of $0.8mn, which is likely to prove conservative. Further, the EU launch is progressing well with 367 mutations now included in the label (vs. 269 initially) and management anticipates to gain additional mutations over the next year, thus expanding patient access to therapy.

GS-000447

**Pompe US pivotal trial to begin by YE**

FOLD received the Type C meeting minutes in September, in which the FDA noted "the importance of expediting new treatments to Pompe patients as fast as possible." The FDA provided guidance on the design of a pivotal 100-patient (both ERT-switch and naive) trial, slated to initiate by YE18. In addition, the FDA has indicated that the current data from the ongoing Ph1/2 AT-GAA clinical trial are insufficient for AA, and requested data from Cohort 4 (n=20 vs. n=10 ERT-switch patients), 18-month follow up clinical data (n=19), and retrospective natural history data (the pseudo-control in ~100 ERT-experienced Pompe patients) for submission. The FDA's decision is in-line with our view that the FDA requires a more mature dataset for AA submission. The AT-GAA Pompe pivotal trial (n=100) will enroll both ERT-switch and ERT-naive patients with a primary endpoint of 6-minute walk and treatment period up to 12 months. Importantly, patients can be enrolled in the pivotal study without prior participation in the POM-003 observational study but the currently enrolled POM-003 patients are also eligible for the pivotal trial, which will accelerate enrollment. FOLD also guided to studies in additional patient populations, including pediatric Pompe patients, in 2019.

**Upcoming catalysts:** (1) POM-002 natural history data by YE+; (2) Ph1/2 CLN6 (Batten) gene therapy 12-month data in 2019; and (3) additional gene therapy updates in 2019+.

**The 3Q EPS call will likely focus on:** (1) update on Galafold US/EU launch progress and metrics; (2) Galafold FY18 sales guidance; (3) ATB200/AT2221 in Pompe outlook; and (4) timelines associated with gene therapy programs.

**Exhibit 7: FOLD GSe vs. consensus vs. guidance**

|  | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance (excluding US/Japan) |
| Galafold US sales ($mn) | $0.0 | $0.0 | n/a | $0.8 | n/a | n/a |
| Galafold ex-US sales ($mn) | $24.5 | $23.6 | n/a | $90.0 | n/a | n/a |
| Total revenue ($mn) | $24.5 | $23.6 | n/a | $90.8 | $89.8 | $75- $85 |
| GAAP EPS | ($0.26) | ($0.27) | n/a | ($1.15) | ($1.18) | n/a |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $15 is based on 100% risk-adjusted DCF value of $15 (10% WACC, 1% TGR, unadjusted FCF).

**Upside risks**: The Galafold EU launch may accelerate as additional countries come online. FOLD may obtain earlier than anticipated approval of Galafold in the US and its Pompe asset. FOLD may be a potential M&A candidate for large biopharma. **Downside risks**: FOLD may fail to develop, gain regulatory approval or launch its pipeline of orphan drugs. Emerging technology platforms, e.g. gene therapy/editing targeting rare diseases could significantly impact adoption of FOLD's products. Financing risk – existing shareholders may be diluted if the company raises additional capital through an equity offering.

# ICPT (Buy): Ocaliva inflection? Awaiting Ph3 REGENERATE interim

**Ocaliva IMS scripts suggest an in-line 3Q**

ICPT will report 3Q EPS results in late-October/early November. We lower our 3Q US Ocaliva revenue in primary biliary cholangitis (PBC) to reflect IMS script trends and as a result now project 3Q net US Ocaliva revenue in PBC of $37.5mn (vs. $41mn prior) based on a 81% capture ratio, 12% gross-to-net (suggesting +9% qoq) vs. Factset consensus of $37.3mn. We model 3Q/FY18 net WW Ocaliva sales in PBC of $48mn/$181.8mn (vs. $51.5mn/$185.3mn prior) towards the high end of FY18 management guidance of $170mn - $185mn compared to Factset consensus of $47mn/$177.8mn. Further, ICPT took a 7% price increase on July 1.

**Re-inflection of Ocalivia sales trajectory required in 2H to achieve guidance**

3Q18 IMS script data for total US Ocaliva prescriptions indicate a gradual pick-up in the US sales trajectory with 5,289 (vs. 5,228 in 2Q) total prescriptions written suggesting +1% QoQ growth. We note patients generally see their physicians approximately every six months or more, thus we note some time will likely be required for prescription trends to return to a normalized trajectory. That said, we continue to expect the increase in physician educational activities to translate to an uptick in script trends required for ICPT to realize FY guidance.

**Phase 3 REGENERATE interim readout in 1H19 remains the focus**

Ocaliva in NASH remains the key driver and we remain positive into the interim read in 1H19 to support initial regulatory approvals (if positive) with continued follow-up for confirmation of benefit on clinical outcomes on a post-marketing basis. Post this 72-week look, the final analysis will be event-driven. To round out the NASH franchise, ICPT remains focused on enrolling the Ph3 REVERSE trial for patients with compensated cirrhosis with the expectation that positive trial results would serve as the basis for regulatory approvals worldwide and be supportive of broader market access during the NASH launch. On the pipeline, we look to Ocaliva Ph2 data in new indication primary sclerosing cholangitis (PSC) and second-gen FXR INT-767 study initiation in nonalcoholic steatohepatitis (NASH). INT-787 is currently in preclinical development and has yet to reach maximum-tolerated dose (MTDs). We note the drug could potentially offer a more tolerable and enhanced safety/efficacy profile. Further, we look to competitor GILD's Ph2 FXR GS-9674 (data at AASLD, Nov 9-13, San Francisco, CA).

**The 3Q18 EPS call will likely focus on:** (1) the Ocaliva US launch trajectory (eg. script volumes and physician/patient uptake) and EU update for Ocaliva in PBC; (2) the outlook for Ocaliva in NASH and the competitive landscape; and (3) updates on the second-generation FXR agonist (INT-787).

**Upcoming catalysts**: (1) FDA clarity on regulatory path for Ocaliva in primary sclerosing cholangitis (PSC); (2) Ph3 REGENERATE interim readout in 1H19.

**Model changes: (1)** We lower our 3Q US Ocaliva revenue in PBC to $37.5mn (vs. $41mn prior) to reflect IMS script and quarter trends. As a result our 3Q18/FY18 WW

Ocaliva sales in PBC is$48mn/$181.8mn (vs. $51.5mn/$185.3mn prior). We revise our FY18 EPS estimate to ($10.68) from ($10.56) while our FY19/20 EPS estimates are unchanged at ($8.87)/($12.25).

**Exhibit 8: ICPT GSe vs. consensus vs. guidance**

| | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Ocaliva WW sales ($mn) | $48.0 | $47.0 | n/a | $181.8 | $177.8 | $170- $185 |
| Total revenue ($mn) | $48.4 | $48.5 | n/a | $183.9 | $182.0 | n/a |
| GAAP EPS | ($2.42) | ($2.55) | n/a | ($10.68) | ($10.79) | n/a |

Source: FactSet, Company data, Goldman Sachs Global Investment Research

**Valuation:** Our 12-month price target is $157 based on a 100% risk-adjusted DCF value of $157 (Ocaliva: 100% PoS in PBC and 85% PoS in NASH, 13% WACC and 1% terminal growth rate).

**Key risks**: Downside risks: 1) clinical risk – negative Ocaliva Ph3 results in NASH, 2) regulatory risk – product approval hurdles, 3) competitive risk– positive NASH competitor data, 4) financing risk – dilution from follow-on offerings, 5) commercial risk – lower peak sales for Ocaliva in NASH and PBC.

# INCY (Buy): An 3Q in-line/beat; Pipeline in the spotlight

### Core franchise expected to deliver robust top-line growth

INCY will report 3Q EPS on 11/1 - conference call at 8am ET. GSe 3Q Jakafi US sales of $368.1mn are slightly above Factset consensus of $361mn (7%/21% qoq/yoy) implying strong underlying demand, driven by both greater number of patients initiating treatment and longer duration of treatment. We increase our 3Q Jakavi royalties to $49.6mn (vs. company consensus of $52mn) based off 3Q Jakavi sales of $248mn per the NVS report (4%/23% qoq/yoy; we estimate a 20% royalty rate). We forecast total revenue of $472mn, which includes a $20mn one-time payment from LLY following initiation of the Olumiant Ph3 trial in psoriatic arthritis. GSe 2Q GAAP EPS of $0.24 is above Factset consensus of $0.17.

### Pipeline optionality remains underappreciated

Given the breadth of INCY's clinical portfolio and the three near-term NDAs expected in the next 12-18 months, we continue to see significant pipeline optionality at these levels (-31% YTD). Following the 3Q Jakafi sNDA submission for steroid-refractory acute GvHD, we expect an approval in 1H19 to add to the topline. In addition, pemigatinib (FGFR1/2/3 inhibitor) in 2L cholangiocarcinoma will be submitted for regulatory review in early-2019. Ruxolitinib results from REACH2 (steroid-refractory acute GvHD) and REACH3 (steroid-refractory chronic GvHD) are expected in 2019. Itacitinib, INCY's JAK1-selective inhibitor currently in a Ph3 trial in steroid naive acute GvHD is also expected to have topline data in 2019. Further, registration-enabling INCB50465 (PI3Kdelta inhibitor) results in indolent r/r follicular, r/r marginal zone, and aggressive r/r mantle cell lymphomas may have data in 2019.

GS-000450

**Beyond oncology: emerging inflammation franchise diversifies the product portfolio**

INCY developed a topical formulation of Jakafi (ruxolitinib) to be tested in dermatological autoimmune disorders, including atopic dermatitis (AD) and vitiligo (an autoimmune-driven depigmentation in patches of skin all over the body). Ph2 topical Jakafi in mild to moderate atopic dermatitis (n=307 randomized across control arms and different dose cohorts, primary endpoint of mean percentage change from baseline in EASI score at week 4 in the rux 1.5% BID arm vs. vehicle, and secondary endpoints of IGA and EASI responder rates, itch NRS score, and safety) demonstrated significant improvement in EASI scores in a dose- and time-dependent manner. Data showed with mean 71.6% improvement in EASI score in patients treated with 1.5% BID Jakafi cream at 4 weeks (78.5% improvement at 8 weeks) vs. 59.8% improvement with 0.1% triamcinolone (TAC), the topical glucocorticoid that is the standard of care in mild to moderate AD. 56% of patients were able to achieve and sustain EASI-75 (>75% improvement from baseline) vs. 47% at week 4 in the 1.5% BID Jakafi cohort vs. 0.1% TAC cohort. Topical Jakafi is also studied in vitiligo, an autoimmune disorder in which an acquired loss of functioning melanocytes results in depigmented patches of skin, a large and underserved market (see our note here).

**The 3Q EPS call will likely focus on:** (1) Jakafi performance in 3Q and outlook for the 2018; (2) full REACH1 Jakafi results in acute GvHD at a medical meeting in 2H (likely ASH); (3) PI3Kdelta + Jakafi in myelofibrosis in 2H18 (likely ASH) (4) INCB54828 (FGFR1/2/3) clinical program outlook (post-ESMO) ; (5) baricitinib launch dynamic in rheumatoid arthritis in the US; (6) pipeline outlook for next 12-18 months.

**Changes to our model:** We have updated our model to reflect $248mn Jakavi sales (per NVS 3Q18 earnings) and 3Q18 loss on investment (per company management).

**Valuation:** Our new 12-month price target of $94 (vs. $93 prior) is based on an 70%/30% risk-adjusted DCF value of $70 (vs. $69 prior, 9% WACC, 2% terminal growth rate) and M&A value of $149 (11x 2021E sales). Our M&A ranking of "1" (representing high probability of the company becoming an acquisition target) is related to its role as a commercial oncology play with broad immuno-oncology pipeline.

**Exhibit 9: INCY GSe vs. consensus**

| | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Jakafi US sales ($mn) | $368.1 | $361.0 | n/a | $1,400.1 | $1,396.0 | $1,350-$1,400 |
| Jakavi royalty ($mn) | $49.6 | $52.0 | n/a | $189.6 | $199.0 | n/a |
| Iclusig EU sales ($mn) | $21.9 | $21.0 | n/a | $85.0 | $84.0 | $80-$85 |
| Olumiant royalty ($mn) | $12.3 | $11.0 | n/a | $43.9 | $39.0 | n/a |
| Total revenue ($mn) | $472.0 | $445.0 | n/a | $1,893.7 | $1,718.0 | n/a |
| GAAP EPS | $0.24 | $0.17 | n/a | $0.76 | $0.61 | n/a |

Source: Goldman Sachs Global Investment Research, FactSet, Company data

**Downside risks:** Failure or safety events for any of the underlying clinical programs given the emphasis on the pipeline development, regulatory delays, potential threat from competing oncology/GvHD programs.

GS-000451

# ONCE (Neutral): Luxturna launch progressing - SPK-8011 questions linger

**Monitoring the Luxturna launch – expect an in-line 3Q report**

ONCE will report 3Q EPS in late October. We project 3Q US Luxturna revenue of $8.4mn slightly above Factset consensus of $7.9mn, suggesting +94% qoq. We continue to expect a gradual launch given relatively slow RPE-65-IRD patient identification, however we are encouraged by the steady adoption in the marketplace with 12 vials of Luxturna shipped in 2Q vs. 6 in 1Q. On the commercial front, we look to additional updates on ONCE's innovative pricing model (SPARK PATH) specifically around the ongoing negotiations with CMS and HMS. In 2Q, ONCE signed agreements with the two of the largest national plans covering ~30% of commercial lives. Post disappointing SPK-8011 hemophilia A Ph1/2 results in August, we believe Street is looking to see if the introduction of a steroid prophylactic regimen in the Ph3 trial (initiate in 4Q) can improve the drug's profile.

**Luxturna's early launch metrics and reimbursement process in focus**

Given the initial Luxterna treated patients were reimbursed on a case by case basis, we look to updates on commercial and government coverage determinations (ONCE estimates the Luxturna patient mix is ~50% commercial and 50% government payors). On the commercial segment, ONCE continues payor discussions around innovative pricing models (SPARK PATH) and it appears that some payors (Harvard Pilgrim) have agreed in principle to an outcomes-based rebate concept. On the government segment (eg. Medicaid) which has associated price reporting requirements, ONCE is in discussions with CMS to receive a waiver around the installment payments and substantial outcome-based rebate models with a potential decision in 2H.

**Manufacturing transition from adherence to suspension on track**

ONCE has successfully switched from the adherent to suspension (mammalian-based) manufacturing process with a capacity of 200L (to note, the capacity of other hemophilia player(s) are ~ 2,000L eg. BMRN and QURE albeit administering higher doses). The new process will enable ONCE to meet supply demands for Ph3 clinical development and expected commercial requirements, per management. While efforts are underway to test the consistency of the suspension and adherence material, ONCE intends to continue dosing additional patients in the ongoing Ph1/2 trial with suspension-manufactured product.

**The 3Q EPS call will likely focus on**: (1) early Luxturna launch metrics/reimbursement update; (2) SPK-8011 Ph3 (hemophilia A) program / manufacturing outlook/ pivotal trial design; and (3) pipeline updates – SPK-9001 hemophilia B program (entered Ph3), choroideremia (4Q update) and Ph1/2 Pompe gene therapy trial (to begin in 2019).

**Upcoming catalysts:** (1) SPK-8011 Ph3 hemophilia A trial initiation in 4Q; (2) SPK-7001 in choroideremia update on additional analyses in both earlier and later stage disease cohorts in 4Q; (3) SPK-9001 in hemophilia B updates; and (4) initiation of Ph1/2 Pompe gene therapy trial in 2019.

GS-000452

**Exhibit 10: ONCE GSe vs. consensus**

| | 3Q18 | | | FY18 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Luxturna WW sales ($mn) | $8.4 | $7.9 | n/a | $27.5 | $25.2 | n/a |
| Total revenue ($mn) | $45.7 | $26.7 | n/a | $114.0 | $101.0 | n/a |
| GAAP EPS | ($0.49) | ($0.96) | n/a | ($1.55) | ($1.34) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation:** Our 12-month price target of $63 is based on 100% DCF value of $73 (Luxturna - 100% PoS, SPK-9001 - 85% PoS, SPK-8011 - 40% PoS, SPK-CHM - 15% PoS), discount rate of 12%, unadjusted FCF, and 2% TGR for the broad gene therapy platform (not easily genericized).

**Upside Risks:** Faster-than-anticipated uptake of Luxturna in the marketplace and positive payor negotiations outcomes. **Downside risks:** failure or safety events for any SPK-8011 or SPK-9001, and competitive threats to SPK-8011 program.

# RARE (Neutral): Product launches and gene therapy top of mind in 3Q

**Tracking Crysvita and Mepsevii launches**

RARE will report 3Q EPS results in early-to-mid-November where we project 3Q Crysvita (first full quarter of sales following US launch on April 30) revenue of $4mn (inclusive of Latin America sales, EU royalty, and US/Canada profit share) in X–linked hypophosphatemia (XLH) in line with Factset consensus of $4mn, following a stronger-than-expected launch in 2Q (2 months of sales with ~300 completed patient start forms as of end-2Q with policies covering ~100mn lives). Ex-US, RARE is responding to named patient requests in South America and Turkey and plans to file for approval in Latin America (Mexico, Argentina, Chile, Colombia, Brazil) in 1Q19. For Mepsevii, we expect 3Q WW sales of $2.5mn in-line with Factset consensus of $2.5mn.

**Questions on gene therapy pipeline continue given variable responses from DTX301**

RARE announced in September updated results from its second patient cohort from the Ph1/2 DTX301 study in ornithine transcarbamylase deficiency (OTC). Of the three-treated patients (mid-dose level of $6.0 \times 10^{12}$ GC/kg), only one patient achieved normalization of ureagenesis (measure of ammonia excretion) at week 24, similar to the efficacy pattern observed in the first DTX301 cohort ($2.0 \times 10^{12}$ GC/kg). Given the variable response, we look to the third cohort with a higher dose ($1.0 \times 10^{13}$ GC/kg) in mid-19 for clarity on the drug's profile, however we do not model for this program. Also on the pipeline, the first patients were dosed with DTX401 gene therapy, albeit at doses lower than other gene therapy regimens, in glycogen storage disorder 1a (GSD1a) - which does not bode well given the OTC study - and we expect data from the initial three patients in cohort 1 by YE, after which dose escalation will continue similar to the OTC study. We look for clarity on DTX201 (partnered with Bayer, IND filed in 2Q) on trial

GS-000453

design and initiation of the upcoming Ph1 trial. RARE also exercised its option with REGNXBIO to use REGENXBIO's AAV vectors to develop a gene therapy to treat patients with CDD (CDKL5 Deficiency Disorder) and we look for further details on the program.

**Late-stage pipeline likely to support the base business**

RARE continues to move forward with the development of late-stage pipeline asset UX007 in LC-FAOD and Glut1 DS, with a pre-NDA meeting scheduled by YE for LC-FAOD based on significant reductions in frequency and duration of major clinical events (hospitalizations and medical interventions) in the Ph2 study (n=29) forming the backbone of the FDA filing. For Glut1 DS, we anticipate data from the Ph3 movement disorder study (n=44) by YE.

**The 3Q18 EPS call will likely focus on:** (1) the US launch trajectory for Crysvita and Mepsevii and ex-US named patient requests; (2) commercial operations in Latin America following the Oct 18 Brazil approval for Mepsevii; (3) updates on reimbursement process and payor discussions for increased patient access; (4) gene therapy pipeline updates and outlook for GSD1a (given low dose and OTC data), DTX201 Ph1 timeline and trial design, and the new CDD program,.

**Upcoming catalysts**: (1) DTX401 (GSD1a) Ph1/2 cohort 1 data in 4Q; (2) UX007 (Glut1 DS) Ph3 movement disorder study by YE; (3) Canada regulatory decision for Crysvita expected by YE; (4) Crysvita regulatory filing in LatAm in 1Q19.

**Exhibit 11: RARE GSe vs. consensus**

| | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Crysvita WW revenue ($mn) | $4.0 | $4.0 | n/a | $12.3 | $20.5 | n/a |
| Mepsevii WW sales ($mn) | $2.5 | $2.5 | n/a | $8.8 | $8.9 | n/a |
| Total revenue ($mn) | $8.5 | $11.2 | n/a | $43.8 | $53.0 | n/a |
| GAAP EPS | ($2.05) | ($1.97) | n/a | ($4.68) | ($4.35) | n/a |

Source: FactSet, Bloomberg, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $65 is based on a 100% DCF value of $65 (12% WACC, 3% terminal growth rate, risk-adjusted FCF using a 100% PoS for Mepsevii, 100% PoS for Crysvita, 70%/60% PoS for UX007 in Glut1/LC-FAOD).

**Upside risks:** Earlier than anticipated clinical development, competitor setbacks, higher realized drug price, greater market share of drug than anticipated, pipeline success, and M&A. **Downside risks:** Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds, manufacturing difficulties and financing/dilution.

# RDUS (Neutral): Tymlos 3Q sales in-line

**Tymlos IMS scripts suggest an in-line 3Q**

RDUS will report 3Q EPS on 11/1- conference call at 8am ET. We project 3Q Tymlos net sales in postmenopausal osteoporosis (PMO) of $25.8mn in line with Factset estimates of $25.4mn and IMS scripts of $24.5mn (22% qoq script growth). We expect Tymlos sales trends to continue to benefit from stronger commercial access; RDUS announced earlier this month 2019 Medicare Part D coverage for Tymlos increased to 64% of covered lives, with SilverScript Insurance Company, WellCare Health Plans Inc, and Prime Therapeutics joining Express Scripts, UnitedHealthcare, Kaiser Permanente, and EnvisionRx in covering the injection. These trends track with management's FY18 anabolic osteoporosis market share guidance of 19-21%. We model for FY18 Tymlos sales of $94.9mn vs. consensus of $94.4mn.

### Elacestrant on track to enter global registrational study in 2H

On the oncology platform, RDUS will conduct a global registrational study (n=300) in third line estrogen receptor positive/HER2- locally involved metastatic breast cancer in 4Q and we look to further clarity on the timeline for data post trial initiation. We note RDUS is likely to independently conduct the Ph3 elacestrant study in the last-line monotherapy setting, however management will seek a clinical partner to expand into earlier-line combinations (i.e., CDK4/6 agents) followed by a commercial partner for US and ex-US territories. Further, we look to development updates on RAD140 (Ph1), an oral selective androgen receptor modulator (SARM), in development for ER+ advanced breast cancer by YE18.

### Abaloparatide patch on track for mid-19 pivotal study initiation

RDUS is developing a transdermal (TD patch) version of abaloparatide (Tymlos) which should target the primary PMO market where ~55K physicians prescribe non-injectable treatment. We expect RDUS to initiate a bone mineral density (BMD) non-inferiority study (subcutaneous Tymlos vs. patch) in mid-2019 (data in 2020), and based on the non-inferiority margin, we note the patch's effect on BMD is required to be within 75% of subcutaneous Tymlos.

**The 3Q18 EPS call will likely focus on:** (1) US launch of Tymlos – physician targets, payor progress, and script volumes (competitive positioning); (2) Medicare Part D coverage and formulary access; (3) global strategy for elacestrant development and commercialization and timelines; (4) impact from generics/RDUS' strategy on Tymlos.

**Upcoming catalysts**: (1) initiate Ph3 elacestrant study in 4Q; (2) RAD140 Ph1 program update by YE; and (3) initiate Ph3 abalo-TD study in mid-19.

**Exhibit 12: RDUS GS vs. consensus**

|  | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Tymlos US sales ($mn) | $25.8 | $25.4 | n/a | $94.9 | $94.4 | n/a |
| Total revenue ($mn) | $25.8 | $25.4 | n/a | $94.9 | $94.4 | n/a |
| GAAP EPS | ($1.33) | ($1.28) | n/a | ($5.62) | ($5.45) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $28 is based on a DCF value of $40 (10% WACC, 1% terminal growth rate). We are Neutral rated.

**Upside risks:** The Tymlos launch may be stronger than expected. RDUS successfully develops its abalo-TD patch version of Tymlos which could target a much larger physician / patient population. **Downside risks:** Clinical risk – failure to develop elacestrant. Regulatory risk – RDUS' drugs in development may not gain regulatory approval. Competitive risk – multiple other companies are developing drugs to treat breast cancer. Financing risk.

# SGEN (Neutral): Expect an Adcetris beat; Earlier pipeline starts tp come into focus

**Adcetris expands its footprint with on positive ECHELON-2 data**

SGEN will report 3Q EPS on 10/25 - conf call at 4:30 pm ET. We project US Adcetris revenue of $135mn in line with Factset consensus of $135.7mn (+10%/+70% qoq/yoy) and at the high-end of guidance of $130mn-$135mn given the rapid uptake in 1L stage 3/4 Hodgkin lymphoma (HL), historical QoQ trends and normalized inventory levels. Street focus would likely be on the magnitude of any potential Adcetris 3Q beat, as well as 4Q guidance - we also look for clarity on timelines for Adcetris label expansion to include peripheral T cell lymphoma (PTCL). We model FY18 US Adcetris sales of $500mn, in line with consensus at $497mn (~63% yoy growth). Post ECHELON-2, the pipeline focus is starting to shift to the non-Adcetris pipeline, including EV, TV, and tucatinib (more below).

**ECHELON-2 data checks all the right boxes**

SGEN announced positive topline Ph3 Echelon-2 results for Adcetris in combination with chemotherapy in frontline CD30+ (PTCL) on October 1, with full dataset expected at ASH 2018. Adcetris plus CHP (cyclophosphamide, doxorubicin, prednisone) achieved statistical significance vs. CHOP (cyclophosphamide, doxorubicin, vincristine, prednisone) on the primary endpoint of PFS with hazard ratio of 0.71, and p-value of 0.0110. Importantly, Adcetris plus CHP demonstrated statistically significant improvement (hazard ratio =0.66; p-value=0.0244) on overall survival (key secondary endpoint). We expect SGEN to submit an sNDA to the FDA for Adcetris in PTCL in the next 3-6 months, with approval and launch in 2010. Given the size of the frontline CD30-positive PTCL population (~4k pts in the US), we expect this indication to be an important driver for Adcetris sales growth along with HL and CTCL in 2019+.

**Pipeline is the next driver of value; preliminary data promising**

SGEN continues to advance its pivotal-stage assets - enfortumab vedotin (EV) in metastatic urothelial cancer (mUC) in collaboration with Astellas, tucatinib in metastatic HER2+ breast cancer, and tisotumab vedotin (TV) in relapsed/recurrent cervical cancer. We are optimistic on the EV Ph3 trial design in mUC in post-checkpoint inhibitor setting, supported by recent ASCO data (ORR of 41% at 1.25 mg/kg dose level, median PFS of 5.4 months, OS data evolving). Similarly, tucatinib Ph1b data with capecitabine and trastuzumab (ORR of 61%, PFS of 7.8 months) in HER2+ metastatic breast cancer bodes well for the ongoing pivotal Ph3 HER2CLIMB trial. TV pivotal data (ORR of 32%

with a median duration of confirmed response of 8.3 months) warrants expansion to additional solid tumors in 2018.

**The 3Q EPS call will likely focus on**: (1) 3Q Adcetris sales and 4Q guidance; (2) update on the Adcetris launch in 1L HL; (3) timelines for Adcetris launch in PTCL; (4) ESMO data and updates in pivotal-stage programs (EV, TV, tucatinib and LV).

**Upcoming catalysts**: (1) Adcetris sales post expansion into 1L HL; (2) Adcetris sNDA submission, approval, and launch in PTCL; (3) ECHELON-2 data at ASH; (4) Checkmate 812 updates (Adcetris + BMY's Opdivo in relapsed/refractory HL; 2019+); (5) Ph3 EV data in 1H19 and (5) TV and tucatinib results in 2019+.

**Exhibit 13: SGEN GSe vs. consensus**

| | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
| | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Adcetris US sales ($mn) | $135.0 | $135.7 | $130-135 | $500.4 | $497.0 | withdrawn |
| Adcestris royalty ($mn) | $22.7 | $22.1 | n/a | $84.7 | $84.1 | n/a |
| Collaboration and license | $10.0 | $9.7 | n/a | $75.2 | $75.2 | n/a |
| Total revenue ($mn) | $167.7 | $166.9 | n/a | $660.3 | $657.4 | n/a |
| GAAP EPS | ($0.24) | ($0.27) | n/a | ($0.75) | ($0.75) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

**Valuation**: Our 12-month price target of $76 is based on an 85%/15% risk-adjusted DCF value of $73 (9% WACC, 2% terminal growth rate) and a theoretical M&A value of $89 (11x 2024E sales). We assign an M&A rank of "2", representing medium (15%-30%) probability of M&A activity, given SGEN is a commercial oncology player with a leading platform of antibody-drug conjugate (ADC) drugs targeting a range of cancer indications.

**Upside Risks**: Stronger-than-anticipated demand in frontline HL and better-than-expected data from ECHELON-2 could lead to revenue upside. The company could be acquired for a premium by a biopharma company seeking oncology assets. **Downside risks**: failure or safety events for any of the underlying clinical programs, pipeline drugs not gaining regulatory approval, competitive threats to Adcetris from other oncology programs.

# SRPT (Buy): Exondys 51 likely in-line; but focus turns to gene therapy pipeline

**Exondys 51 - we expect a roughly in-line 3Q report**

SRPT will report 3Q EPS on 10/24 - conference call at 4:30pm ET. We estimate 3Q18 Exondys 51 sales of $79.5mn in Duchenne muscular dystrophy (DMD) in-line with Factset consensus of $79.7mn. For the second full year of sales, we view management's FY18 net sales guidance of $295mn-$305mn (vs. GSe of $303.6mn; +96% yoy) as realistic given the initial steep launch trajectory, and we continue to remain positive on the franchise based on KOL feedback and management commentary regarding continued accrual of start forms, payor coverage and identification of new

patients eligible for therapy. In the EU, SRPT plans to seek follow up Scientific Advice in 2019 regarding Exondys 51 (GSe EU launch in 2022).

### Next steps for micro-dystrophin gene therapy in DMD

With the FDA clinical hold (July 25) related to manufacturing lifted and impressive updated Ph1/2 micro-dystrophin gene therapy data (n=4; cohort B) in DMD at World Muscle Society, SRPT will seek clarity from the FDA (meeting requested; late Nov/early Dec) on the registrational placebo-controlled cohort C (n=24, age 4-7) study and manufacturing bridging strategy with trial initiation by YE18/1Q19. On the manufacturing front, SRPT appears well-positioned (agreements with Brammer Bio and more recently, Paragon Bioservices) and has completed its tech transfer to Brammer. The company plans to utilize a hybrid manufacturing approach as they transition from an adherent/hyperstacks (mammalian) process at Nationwide Children's Hospital (NCH) to iCellis (mammalian), which facilitates cell growth on large surface areas enabling efficient and robust scale-up. We note Brammer will be responsible for supplying both clinical and commercial micro-dystrophin while Paragon will provide additional scalable capacity and serve as a secondary source of micro-dystrophin supply (if needed). The primary role of Paragon will be to provide supply for the other gene therapy pipeline candidates (eg. Limb-girdle muscular dystrophy (LGMD), Pompe and other central nervous system (CNS) disorders ).

### Pipeline opportunities to drive value in 2019; BD activities likely to continue

SRPT continues to execute on its strategic vision to evolve into a global multi-therapeutic rare disease/genetic medicine company, which is evident through its most recent collaborations – Lysogene in Sanfilippo syndrome type A (MPS IIIA) and an additional CNS-gene therapy candidate, NCH in Charcot-Marie-Tooth (CMT), Lacerta Therapeutics in Pompe disease and other CNS-related disorders and Myonexus Therapeutics in LGMD  – expanding the pipeline to 14 gene therapy programs that represent significant upside.

On the most recent (Oct 15) agreement, SRPT licensed LYS-SAF302 gene therapy (from Lysogene) to treat MPS, and obtained option rights to an additional CNS-targeted gene therapy candidate - pivotal LYS-SAF302 trial set to begin by YE18. On CMT, NCH granted (Oct 5 agreement) SRPT an exclusive option to its gene therapy candidate, neurotrophin 3 (NT-3), to treat CMT neuropathies – a group of hereditary, degenerative nerve diseases that affect motor skills, resulting in muscle weakness limiting a patients' ability to walk or use their hands. CMT affects over 2.8mn people worldside, which include CMT type 1A (~50k patients in the US). We note an NT-3 gene therapy clinical trial is expected to begin dosing in 2019. On LGMD, SRPT and partner Myonexus Therapeutics are advancing a pipeline of five gene therapy programs (MYO-101/102/103/201/301) for various forms of LGMDs, which represents a significant market opportunity (the programs collectively represent ~70% of the DMD opportunity) not reflected in numbers. SRPT has initiated a Ph1/2 placebo-controlled MYO-101 study (n=9) in LGMD2E β-sarcoglycan and we look to initial 60-day biopsy data in 1Q19.

In the context of PPMO, we look to the next-gen RNA platform with first data from SRP-5051 Ph1/2 in exon 51 skip patients in 1Q19. We note a potential combinatorial approach with gene therapy for maintenance treatment in DMD - pending a manageable safety profile - is likely. Outside of DMD, next-gen PPMO can target additional neuromuscular disorders including Pompe disease, myotonic dystrophy, Friedreich's ataxia, progeria and facioscapulohumeral muscular dystrophy.

Further, we expect SRPT to pursue additional business development activities to advance its platform in other neuromuscular disorders.

**The 3Q18 EPS call will focus on:** (1) FDA meeting timelines, scenarios for cohort C trial design and manufacturing bridging strategy for micro-dystrophin gene therapy; (2) commentary around strategic business initiatives outside of DMD and the gene therapy portfolio; (3) PPMO platform progress; (4) US regulatory outlook for golodirsen and casimersen (48-week biopsy data by YE/1Q19); and (5) Exondys 51 launch progress, average age/weight, physician/payor feedback, compliance and start forms.

**Upcoming catalysts:** (1) FDA clarity on registrational status for the NCH gene therapy placebo-controlled study (cohort C) by YE18; (2) initiation of micro-dystrophin gene therapy cohort C study by YE18/1Q19; (3) golodirsen US regulatory submission (NDA) by YE; (4) casimersen 48-week biopsy data in DMD (exon 45 skip amenable) by YE/1Q19; (5) SRP-5051 (PPMO) Ph1 single-ascending dose study (exon 51) in 1Q19; and (6) MYO-101 Ph1/2 60-day biopsy data in 1Q19.

**Exhibit 14: SRPT GSe vs. consensus vs. guidance**

|  | 3Q18 | | | FY18 | | |
|---|---|---|---|---|---|---|
|  | GSe | Cons. | Guidance | GSe | Cons. | Guidance |
| Exondys 51 sales ($mn) | $79.5 | $79.7 | n/a | $303.6 | $304.3 | $295- $305 |
| Total revenue ($mn) | $79.5 | $79.7 | n/a | $303.6 | $304.3 | n/a |
| GAAP EPS | ($0.71) | ($0.79) | n/a | ($3.85) | ($3.72) | n/a |

Source: FactSet, Goldman Sachs Global Investment Research

### Valuation

Our 12-month price target is $203, based on a 70%/30% blended risk-adjusted DCF of $192 (10% WACC, 1% terminal growth rate; Exondys 51 100% PoS; golodirsen 90% PoS; casimersen 90% PoS; rAAVrh74.MHCK7.micro-dystrophin 75% PoS), and a theoretical M&A value of $229 (based on 11x 2024E sales).

### Risks

Clinical risk – failure to develop SRPT's pipeline of follow-on PMO exon skippers, next-gen PPMO skippers, gene therapies and other drugs. Regulatory risk – SRPT's pipeline drugs may not gain regulatory approval. Commercial risk – SRPT may not secure ongoing reimbursement for Exondys 51 or future products. Competitive risk – other companies are developing drugs to treat DMD patients including in the field of RNA-based therapies, gene therapies and small molecules. Financing risk.

**Goldman Sachs**                                                                 Americas Healthcare: Biotechnology

# Valuation, price target methodologies and risks

**Exhibit 15: Price target methodologies and risks**

| Ticker | Rating | Price Target | Valuation method | Weight | M&A Rank | Risks |
|---|---|---|---|---|---|---|
| ACAD | Neutral | $20 | DCF | 100% | 3 | Clinical risk in terms of development setbacks, lower peak Nuplazid revenue, competitive threats and financing risk |
| ACOR | Neutral | $20 | DCF / M&A | 85% / 15% | 2 | Clinical risk for pipeline assets, competitive risk to CVT-301 from APL-130277 |
| FOLD | Neutral | $15 | DCF | 100% | 3 | Regulatory risk in the US (Galafold), clinical risk to ATB200/AT2221 in Pompe disease, competitive risk in the Fabry/Pompe market from ERTs and gene therapy |
| RCUS | Neutral | $17 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| ATRA | Neutral | $36 | DCF | 100% | 3 | Clinical risk due to safety, commercial/demand risk, pricing/reimbursement risk, financing risk |
| BMRN | Buy | $162 | DCF / M&A | 70% / 30% | 1 | Clinical risk in terms of development setbacks, regulatory risk for products (pegvaliase) lower than expected peak sales |
| BLUE | Buy | $288 | DCF / M&A | 70% / 30% | 1 | Clinical risk for lead gene therapies, reimbursement risk, competitive risks to the IO/editing platforms |
| CRSP | Buy | $86 | DCF / M&A | 70% / 30% | 1 | Clinical setbacks, failure to achieve the projected commercial profile, regulatory headwinds, IP risk, manufacturing difficulties and financing/dilution. |
| DNLI | Neutral | $20 | DCF | 100% | 3 | Clinical risk in CNS indications and safety, competitive risk, pricing/reimbursement risk, financing risk |
| FPRX | Neutral | $18 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| GRTS | Neutral | $18 | DCF | 100% | 3 | Clinical risk with the neoantigen technology, commericial risk in failure to manufacture GRANITE-001 and/or SLATE-001, financing risk |
| GWPH | Buy | $185 | DCF / M&A | 85% / 15% | 2 | Regulatory risk to Epidiolex, reimbursement risk for off-label use, IP risk |
| INCY | Buy | $94 | DCF / M&A | 70% / 30% | 1 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| ICPT | Buy | $157 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| IONS | Sell | $36 | DCF | 100% | 3 | Clinical risk due to potential safety concerns, competitive risk from gene therapy, regulatory risk to lead drug nusinersen |
| MDGL | Neutral | $315 | DCF / M&A | 70% / 30% | 1 | Clinical risk to MGL-3196, regulatory risk – product approval hurdles, competitive risk– positive NASH competitors data, commercial risk – lower peak sales for MGL-3196. |
| RDUS | Neutral | $28 | DCF / SOTP | 50% / 50% | 3 | Commercial risk in the osteoporosis market, clinical risk to elacestrant in breast cancer, financing risk |
| SAGE | Buy | $224 | DCF / M&A | 70% / 30% | 1 | Clinical risk for brexanolone in PPD, commercial risk, pricing/reimbursement risk, financing risk |
| SRPT | Buy | $203 | DCF / M&A | 70% / 30% | 1 | Lower peak product revenue, competition and financing risk |
| SGEN | Neutral | $76 | DCF / M&A | 85% / 15% | 2 | Clinical, regulatory, competitive risk from IO, pricing/reimbursement risk |
| SLDB | Neutral | $32 | DCF | 100% | 3 | Clinical development,competitor setbacks,pipeline success, regulatory headwinds, IP risk, manufacturing difficulties and financing/dilution. |
| ONCE | Neutral | $63 | DCF | 100% | 3 | Regulatory risk to lead gene therapy SPK-RPE65, pricing/reimbursemetn risk, financing risk, competitive risk in hemophilia |
| SURF | Neutral | $15 | DCF | 100% | 3 | Clinical risk of insufficient efficacy, regulatory risk related to data, commercial risk related to pricing/reimbursement, competitive risk in the rapidly evolving IO landscape |
| RARE | Neutral | $65 | DCF | 100% | 3 | Clinical setbacks, failure to achieve the projected commercial profile, physician/payor pushback on use and coverage, approval of competitor drugs, regulatory headwinds. |
| UBX | Neutral | $19 | DCF | 100% | 3 | Clinical/technology setbacks, failure to demonstrate clinical proof of concept, failure to successfully develop its portfolio of senolytic-oncology therapies or achieve the projected commercial profile |

Source: Goldman Sachs Global Investment Research

GS-000460

# Disclosure Appendix

## Reg AC

We, Salveen Richter, CFA, Ross Weinreb and Maryana Breitman, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Salveen Richter, CFA: America-Emerging Biotech.

America-Emerging Biotech: Acadia Pharmaceuticals Inc., Acorda Therapeutics Inc., Amicus Therapeutics Inc., Arcus Biosciences Inc., Atara Biotherapeutics Inc., BioMarin Pharmaceutical Inc., bluebird bio, CRISPR Therapeutics, Denali Therapeutics Inc., Five Prime Therapeutics Inc., Gritstone Oncology Inc., GW Pharmaceuticals Plc, Incyte Corp., Intercept Pharmaceuticals Inc., Ionis Pharmaceuticals Inc., Madrigal Pharmaceuticals Inc., Radius Health Inc., Sage Therapeutics Inc., Sarepta Therapeutics Inc., Seattle Genetics Inc., Solid Biosciences Inc., Spark Therapeutics, Surface Oncology Inc., Ultragenyx Pharmaceutical, Unity Biotechnology Inc..

### Company-specific regulatory disclosures

Compendium report: please see disclosures at http://www.gs.com/research/hedge.html. Disclosures applicable to the companies included in this compendium can be found in the latest relevant published research

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 35% | 54% | 11% | 64% | 57% | 55% |

As of October 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,814 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)

Compendium report: please see disclosures at http://www.gs.com/research/hedge.html. Disclosures applicable to the companies included in this compendium can be found in the latest relevant published research

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

GS-000462

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints.

GS-000463

Goldman Sachs

As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.

GS-000464