# EXHIBIT 37

# Jefferies

## ACADIA Pharm.

## CRL Portends More Clinical Work Required for DRP - D/G to HOLD & PT to $21

April 5, 2021

### Key Takeaway

**The FDA has shifted its prior stance regarding subgroup analyses in DRP, concluding ACAD's data are unsupportive. The pivotal trial was designed to hit on overall effect size, and frustratingly could have been powered to achieve stat sig for subgroups. Despite Co's assertion they can convince FDA, we now expect add'l clin work will be required, delaying launch to '24 & lower PoS in the indication to a 'coin-flip.' As a result, we D/G to HOLD & lower PT to $21.**

**Despite prior agreements, the CRL cites efficacy in dementia subgroups as insufficient for approval.** The Psych Div had prev agreed on a) the pivotal trial design, b) that the PE would be collapsed across DRP subtypes, and c) that the study would not be powered to see changes in the DRP subgroups. However, FDA cited 1) lack of stat sig in some dementia subtypes and 2) an insufficient number of patients with less common subtypes [*Alzheimer's (AD), dementia with Lewy Bodies (LBD), Parkinson's disease dementia (PDP), Vascular dementia (VaD), and frontotemporal dementia (FTD)*]. The double-blind portion had 99/95 pts plbo/DRP and each subtype was represented prop to the general pop prevalence. The AD is most common, but analyzed alone is just shy of stat sig. The trial would have needed ~2x the sample to show separation by subtype and the interim would not have been on the grouped pop. The CRL also contained discussion of the Ph2 citing differences in entry requirements and some pts on prohibited meds. Co notes that all sensitivity analyses upheld the study claims.

**Co to present their case in a type A meeting in the coming months.** Mgmt is clearly upset w/ the lack of consistency/transparency by the agency but remains confident in their ability to come to an agreement that will not require additional clinical studies. The Co notes there have been a number of leadership and staff changes at the FDA which may explain some gaps in consistency. A few tidbits: -- Co notes they will not bring new data to the type A meeting. -- There is little precedence but Co cites Sarepta (we note this case was a rare orphan disease and there was a lot of political will behind the FDA reversal, so this is not a great comp). -- The literature is highly supportive of the shared neuropathology of psychosis across subtypes. -- DRP remains a high priority for the agency. -- Field team has not been expanded, SGA guidance included this but Co is not providing updated Opex guidance until after the type A meeting. -- Co has ~$630M and could be cash flow positive towards 2H22 regardless of DRP.

**Base-case is the Co will be required to perform at least one additional clinical study.** There are multiple paths forward, obvious best case is Co's assumption that they will gain alignment at the type A meeting and will move forward without additional studies. Based on the FDA's clear shift in thinking, we find this unlikely. 'Next best' outcome is at least one additional clinical study - most likely focused within subtype (likely AD). It's possible the path may be truncated but our base-case now has DRP launch in '24, PoS to a coinflip (prev 75%), and reduce SG&A w/ delayed DRP expansion. D/G to HOLD pending post-meeting clarity.

### Target | Estimate Change

USA | Biotechnology

| | |
|---|---|
| RATING | **BUY** |
| PRICE | $25.59^ |
| MARKET CAP | $4.1B |
| PRICE TARGET (PT) | $21.00 (FROM $40.00) |
| UPSIDE SCENARIO PT | $76.00 |
| DOWNSIDE SCENARIO PT | $10.00 |

^Prior trading day's closing price unless otherwise noted.
Price: After hours close.

| FY Dec USD | 2019A | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| EPS | (1.60) | (1.79) | ↑(1.54) | ↑(1.08) |
| *Prev.* | | | (2.47) | (1.46) |
| FY P/E | NM | NM | NM | NM |

Chris Howerton, Ph.D. *
Equity Analyst
(415) 229-1540
chowerton@jefferies.com

Roger Song, MD, CFA *
Equity Analyst
(617) 342-7955
rsong@jefferies.com

Kambiz Yazdi *
Equity Associate
(415) 229-1443
kyazdi@jefferies.com

Brian Mills, Ph.D. *
Equity Associate
(415) 229-1539
bmills@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 4 to 9 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

## ACADIA PHARM. (ACAD)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020A | 2021E | 2022E |
| Rev. (MM) | 339.1 | 441.8 | 511.9 | ↓ 573.6 |
| *Previous* | | | | 656.4 |
| EPS | | | | |
| Q1 | (0.59) | (0.57) | ↑ (0.53)A | - |
| *Previous* | | | *(0.65)* | |
| Q2 | (0.38) | (0.27) | ↑ (0.40)A | - |
| *Previous* | | | *(0.60)* | |
| Q3 | (0.29) | (0.54) | ↑ (0.32) | - |
| *Previous* | | | *(0.61)* | |
| Q4 | (0.34) | (0.42) | ↑ (0.29) | - |
| *Previous* | | | *(0.62)* | |
| FY Dec | (1.60) | (1.79) | ↑ (1.54) | ↑ (1.08) |
| *Previous* | | | *(2.47)* | *(1.46)* |

| Valuation | | | | |
|---|---|---|---|---|
| | 2019A | 2020A | 2021E | 2022E |
| EV/Rev | 10.2x | 7.8x | 6.7x | 6.0x |
| P/Rev | 12.0x | 9.2x | 8.0x | 7.1x |
| FY P/E | NM | NM | NM | NM |

| Market Data | |
|---|---|
| 52-Week Range: | $58.72 - $23.35 |
| Total Entprs. Value | $3.4B |
| Avg. Daily Value MM (USD) | 75.55 |
| Float (%) | 100.2% |

| Financial Summary | |
|---|---|
| Long-Term Debt (MM) | $0.0 |
| Cash & ST Invest. (MM) | $632.0 |

## The Long View

### | Scenarios

### Base Case

- Nuplazid in PDP: Peak US rev of ~$740M in '30
- Pimavanserin in DRP: 50% adjusted peak US rev of ~$3.1B in '30 (launch date '24).
- Pimavanserin in NSS: 45% adjusted peak US rev of ~$550M in '30
- No credit for ex-US rev
- No credit for other pipeline programs
- PT: $21 (DCF based)

### Upside Scenario

- Nuplazid in PDP: higher expected penetration rates
- Pimavanserin in DRP: Peak US rev of ~$4.2B in '30, w/ higher expected penetration rates (100% POS)
- Pimavanserin in NSS: Peak US rev of ~$1.2B in '30 (100% POS)
- No credit for ex-US rev
- No credit for other pipeline programs
- PT: $76 (DCF based)

### Downside Scenario

- Nuplazid in PDP: lower expected penetration rates
- Pimavanserin in DRP: 20% adjusted peak US rev of ~$850M in '30
- Pimavanserin in NSS: not successful
- No credit for ex-US rev
- No credit for other pipeline programs
- PT: $10 (DCF based)

### | Investment Thesis / Where We Differ

- Lead drug, pimavanserin (PIM), is a selective yet potent and versatile CNS drug, w/ a remarkable safety profile. We see this clinical profile driving PIM to become next CNS blockbuster that could achieve up to ~$7B in peak US sales across four CNS indications.
- We expect PDP sales to continue to grow, as we believe minimal off-label use in current numbers. Key value driver is dementia-related psychosis (DRP) and is a $3B+ oppty.
- We see NSS as a relatively low-likelihood oppty, mainly due to the difficult nature of the indication.

### | Catalysts

- ~Mid-2021: Type A meeting with FDA on DRP path
- ~1Q21: Initiate ACP-044 Ph2 for acute pain
- ~2Q21: Initiate ACP-044 Ph2 for chronic pain
- 4Q21: Top-line results from Phase 3 LAVENDER trial of trofenetide in Rett Syndrome

CONFIDENTIAL                                                   JEFF00010915

# Jefferies

EQUITY RESEARCH
ACADIA Pharmaceuticals Inc. (ACAD)

## Acadia DCF Analysis ($MM)

| $ M, except per share | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $339 | $442 | $512 | $574 | $614 | $716 | $1,153 | $1,757 | $2,252 | $3,040 | $3,318 | $3,405 |
| Operating expenses | $586 | $728 | $763 | $802 | $906 | $922 | $923 | $890 | $883 | $877 | $870 | $864 |
| EBIT | ($247) | ($287) | ($251) | ($228) | ($293) | ($206) | $230 | $867 | $1,369 | $2,164 | $2,447 | $2,541 |
| Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $48 | $182 | $287 | $454 | $514 | $534 |
| EBIAT | ($247) | ($287) | ($251) | ($228) | ($293) | ($206) | $182 | $685 | $1,081 | $1,709 | $1,933 | $2,007 |
| **Unlevered Free Cash Flow** | ($164) | ($210) | ($172) | ($147) | ($207) | ($119) | $267 | $766 | $1,162 | $1,790 | $2,013 | $2,086 |
| **PV of Cash Flow** | ($164) | ($210) | ($172) | ($131) | ($165) | ($85) | $170 | $435 | $589 | $810 | $813 | $752 |

|  |  | Disc. Rate |
|---|---|---|
| **NPV of Cash Flows 2022E - 2030E** | $3,186 | 12.0% |
| **Enterprise Value** | $3,186 | |
| Plus: Net Cash/equivalents (End 2021, *pro forma*) | $393 | |
| **Equity Value** | $3,579 | |
| # Of Shares in M Outstanding at the End of 2021 | 169.6 | |
| **DCF Value per Share** | **$21** | |

Source: Company reports and Jefferies LLC estimates

**Acadia Pharmaceuticals Inc. (ACAD)**
Statement of Operations
FY Ends December 31

| (In M's except per share amounts) | 2017A | 2018A | 2019A | Q1 2020A | Q2 2020A | Q3 2020A | Q4 2020A | 2020A | Q1 2021A | Q2 2021A | Q3 2021A | Q4 2021A | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | | | | | |
| Nuplazid for use in parkinsons disease dementia (PDP) | $124.9 | $223.8 | $339.1 | $90.07 | $110.1 | $120.6 | $121.0 | $441.8 | $110.0 | $125.0 | $135.0 | $141.9 | $511.9 | $573.6 | $613.6 | $630.0 | $646.8 | $663.9 | $681.3 | $699.3 | $717.8 | $736.7 |
| Nuplazid U.S. Sales in DRP Prob Adjusted ($M) | | | | | | | | $0.0 | | | | | $0.0 | $0.0 | $0.0 | $60.5 | $372.6 | $764.8 | $1,177.3 | $1,879.7 | $2,067.1 | $2,121.7 |
| Nuplazid U.S. Sales in MDD Prob Adjusted ($M) | | | | | | | | $0.0 | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Nuplazid U.S. Sales in Schiz Prob Adjusted ($M) | | | | | | | | $0.0 | | | | | $0.0 | $0.0 | $0.0 | $26.0 | $133.4 | $328.5 | $393.3 | $461.4 | $532.8 | $546.8 |
| **Total Revenues** | $124.9 | $223.8 | $339.1 | $90.1 | $110.1 | $120.6 | $121.0 | $441.8 | $110.0 | $125.0 | $135.0 | $141.9 | $511.9 | $573.6 | $613.6 | $716.5 | $1,152.7 | $1,757.2 | $2,252.0 | $3,040.4 | $3,317.6 | $3,405.2 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | |
| Cost of Product Sales | $9.1 | $12.4 | $11.3 | $5.0 | $5.5 | $4.8 | $5.3 | $20.6 | $5.0 | $5.5 | $6.0 | $6.5 | $23.0 | $22.9 | $24.5 | $25.2 | $25.9 | $26.6 | $27.3 | $28.0 | $28.7 | $29.5 |
| **Gross profit** | $115.8 | $211.4 | $327.7 | $85.1 | $104.6 | $115.8 | $115.7 | $421.2 | $115.0 | $130.5 | $141.0 | $148.4 | $488.9 | $550.6 | $589.0 | $691.3 | $1,126.8 | $1,730.7 | $2,224.7 | $3,012.4 | $3,288.9 | $3,375.7 |
| License fees and royalties | $4.0 | $6.0 | $8.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Research and development | $149.2 | $187.2 | $240.4 | $72.6 | $64.3 | $120.1 | $62.1 | $319.13 | $70.00 | $75.00 | $82.00 | $83.00 | $310.00 | $341.00 | $375.10 | $375.10 | $375.10 | $367.60 | $360.25 | $353.04 | $345.98 | $339.06 |
| Selling, general and administrative | $255.1 | $265.8 | $325.6 | $102.0 | $84.3 | $81.6 | $120.8 | $388.66 | $120.00 | $110.00 | $100.00 | $100.0 | $430.00 | $438.00 | $506.80 | $521.80 | $521.80 | $495.71 | $495.71 | $495.71 | $495.71 | $495.71 |
| Other expense | $0.0 | $1.8 | | | | | | | | | | | | | | | | | | | | |
| Total OPEX | $417.3 | $473.1 | $585.6 | $179.6 | $154.1 | $206.5 | $188.2 | $728.3 | $195.0 | $190.5 | $188.0 | $189.5 | $763.0 | $801.9 | $906.4 | $922.1 | $922.8 | $889.9 | $883.2 | $876.7 | $870.4 | $864.2 |
| **OPERATING INCOME** | ($292.4) | ($249.3) | ($246.5) | ($89.5) | ($44.0) | ($85.9) | ($67.2) | ($286.6) | ($85.0) | ($65.5) | ($53.0) | ($47.6) | ($251.1) | ($228.4) | ($292.9) | ($205.6) | $229.9 | $867.4 | $1,368.8 | $2,163.7 | $2,447.0 | $2,541.0 |
| **Non-operating expenses** | | | | | | | | | | | | | | | | | | | | | | |
| Interest income (expenses), net | $4.1 | $5.3 | $11.2 | $3.0 | $1.8 | $1.2 | $0.6 | $6.6 | $1.0 | $1.0 | $1.0 | $1.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 |
| Other income (expense), net | $0.0 | $0.0 | $1.0 | ($1.5) | $0.4 | ($0.2) | $0.3 | ($1.0) | $0.3 | $0.3 | $0.3 | $0.3 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 | $1.2 |
| Income (Loss) before income tax expense | ($288.3) | ($243.9) | ($234.4) | ($88.0) | ($41.7) | ($84.9) | ($66.3) | ($281.0) | ($83.7) | ($64.2) | ($51.7) | ($46.3) | ($245.9) | ($223.2) | ($287.7) | ($200.4) | $235.1 | $872.6 | $1,374.0 | $2,168.9 | $2,452.4 | $2,546.2 |
| Income tax expense (benefit) | $1.1 | $1.3 | $0.9 | | $0.4 | ($0.2) | $0.4 | $0.6 | $0.2 | $0.2 | $0.2 | $0.0 | $0.6 | ($46.9) | ($60.4) | ($42.1) | $49.4 | $183.2 | $288.5 | $455.5 | $515.0 | $534.7 |
| Other comprehensive income (loss) | $0.0 | $0.0 | | | | | | | | | | | | | | | | | | | | |
| Net Income (GAAP) | ($289.4) | ($245.2) | ($235.3) | ($88.0) | ($42.1) | ($84.7) | ($66.8) | ($281.6) | ($83.9) | ($64.4) | ($51.9) | ($46.3) | ($246.5) | ($176.3) | ($227.3) | ($158.3) | $185.8 | $689.3 | $1,085.4 | $1,713.4 | $1,937.4 | $2,011.5 |
| EPS Basic (GAAP) | ($2.36) | ($1.94) | ($1.60) | ($0.57) | ($0.27) | ($0.54) | ($0.42) | ($1.79) | ($0.53) | ($0.40) | ($0.32) | ($0.29) | ($1.54) | ($1.08) | ($1.36) | ($0.93) | $1.07 | $3.90 | $6.01 | $9.31 | $10.32 | $10.50 |
| EPS Diluted (GAAP) | ($2.36) | ($1.94) | ($1.60) | ($0.57) | ($0.27) | ($0.54) | ($0.42) | ($1.79) | ($0.50) | ($0.38) | ($0.31) | ($0.27) | ($1.45) | ($1.02) | ($1.29) | ($0.88) | $1.02 | $3.70 | $5.72 | $8.86 | $9.83 | $10.01 |
| Shares Outstanding (Basic) | 122.6 | 126.6 | 147.20 | 155.4 | 156.54 | 158.13 | 159.26 | 157.3 | 159.5 | 159.8 | 160.0 | 160.3 | 160.3 | 163.5 | 166.7 | 170.1 | 173.5 | 176.9 | 180.5 | 184.1 | 187.8 | 191.5 |
| Shares Outstanding (Diluted) | 122.6 | 126.6 | 147.20 | 155.4 | 156.5 | 158.13 | 159.3 | 157.3 | 168.9 | 169.1 | 169.4 | 169.6 | 169.6 | 172.8 | 176.1 | 179.4 | 182.8 | 186.3 | 189.8 | 193.4 | 197.1 | 200.9 |

Source: Company reports and Jefferies LLC estimates

CONFIDENTIAL    JEFF00010916

# Jefferies

EQUITY RESEARCH
ACADIA Pharmaceuticals Inc. (ACAD)

## Company Description

**ACADIA Pharm.**

Acadia is a biopharmaceutical company focused on the development and commercialization of medicines that address unmet medical needs in central nervous system (CNS) disorders. It has a portfolio of product opportunities led by its novel drug, NUPLAZID (pimavanserin), which was approved by the FDA for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis, or PD Psychosis, the first and only drug approved in the United States for this condition. Acadia holds the worldwide commercialization rights to pimavanserin.

## Company Valuation/Risks

**ACADIA Pharm.**

Our PT is DCF-based. Risks: clinical, regulatory, and commercial.

## Analyst Certification:

I, Chris Howerton, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Roger Song, MD, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kambiz Yazdi, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brian Mills, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of ACADIA Pharmaceuticals Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

April 5, 2021
Please see important disclosure information on pages 4 - 9 of this report.

4

CONFIDENTIAL

JEFF00010917



Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 04-01-2021

| 08/03/2018 | D:BUY:$47.00 | 04/16/2020 | BUY:$60.00 | 08/05/2020 | BUY:$53.00 | 11/05/2020 | BUY:$54.00 | 01/04/2021 | BUY:$62.00 | 03/09/2021 | BUY:$40.00 |

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

April 5, 2021

Please see important disclosure information on pages 4 - 9 of this report.

5

CONFIDENTIAL

JEFF00010918

# Jefferies

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1657 | 61.35% | 169 | 10.20% | 25 | 1.51% |
| **HOLD** | 916 | 33.91% | 23 | 2.51% | 7 | 0.76% |
| **UNDERPERFORM** | 128 | 4.74% | 2 | 1.56% | 1 | 0.78% |

April 5, 2021
Please see important disclosure information on pages 4 - 9 of this report.

6

CONFIDENTIAL

JEFF00010919

# Jefferies

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

---

CONFIDENTIAL                                                                                                    JEFF00010920

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

CONFIDENTIAL                                                                                                              JEFF00010921

# Jefferies

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

CONFIDENTIAL                                                                                                          JEFF00010922