# EXHIBIT 38

Biotechnology | Rating/Price Target Change
July 21, 2020



# ACADIA Pharmaceuticals Inc. (ACAD)
## Value Remains Evident in Pimavanserin Despite MDD Miss

**MARKET OUTPERFORM**
Price: $55.42
Price Target: $54.00

## INVESTMENT HIGHLIGHTS

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan**
rbuchanan@jmpsecurities.com
(212) 906-3509

- **Negative Phase 3 results in MDD but DRP regulatory progress continues; we reiterate our Market Outperform rating and lower our price target to $54 (from $57).** ACADIA announced that the FDA has accepted the sNDA filing for pimavanserin for treating dementia-related psychoses (DRPs), granting a standard review with PDUFA date of April 3. The company also announced that the Phase 3 for adjunct pimavanserin in major depressive disorder (MDD) had not met its primary endpoint and the company has no current plans to pursue MDD. We have removed MDD from our valuation and incrementally lowered penetration in year-one for DRPs. While the miss in MDD is at least incrementally disappointing, we remain enthusiastic for the near-term growth trajectory of NUPLAZID sales and longer-term growth from indications, including DRP and other label expansion opportunities such as schizophrenia negative symptoms.

- **Key points:**
  - ACADIA announced that the Phase 3 CLARITY trial evaluating pimavanserin as an adjunctive treatment for major depressive disorder (MDD) did not meet its primary endpoint and management does not intend pursue a broad adjunctive MDD indication at this time.

  - The company also announced that FDA has accepted for review the sNDA for pimavanserin in dementia-related psychosis, with a PDUFA date of April 3, 2021 established. We do not believe the assignment of a standard review period (vs. expectations for priority review) negatively impact probability of approval and gain encouragement that FDA does not currently intend to convene an AdComm.

  - The company will report 2Q20 earnings during the first week of August and management stated that it remains confidence in its 2020 guidance, including NUPLAZID sales.

  - We have updated our model, removing sales in MDD and incrementally lowering our 2021 sales estimates in DRP, which lowers our price target from $57 to $54.

- **Additional points:**
  - There was fairly extensive discussion/questions on the conference call regarding FDA's action to assign standard and not priority review to the DRP sNDA. Clearly priority review would have been preferable, however we remain confident that the Phase 3 HARMONY results were stronger than the Phase 2 results in Alzheimer's disease psychosis, upon which Breakthrough Therapy Designation was granted. Ultimately, the timeline difference is inconsequential and we continue to believe there is a high (90%) probability of approval.

### MARKET DATA

| | |
|---|---|
| Price | $55.42 |
| 52-Week Range: | $21.56 - $58.72 |
| Shares Out. (M): | 155.3 |
| Market Cap ($M): | $8,606.7 |
| Average Daily Vol. (000): | 8,995.0 |
| Cash (M): | $652 |
| Cash/Share: | $4.19 |
| Enterprise Value (M): | $7,957 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $63.0 | $90.1A | — |
| | 2Q | $83.2 | $96.8 | — |
| | 3Q | $94.6 | $118.6 | — |
| | 4Q | $98.3 | $133.4 | — |
| | FY | $339.1 | $438.9 | $713.5 |
| EPS | 1Q | ($0.59) | ($0.57)A | — |
| | 2Q | ($0.38) | ($0.51) | — |
| | 3Q | ($0.29) | ($0.42) | — |
| | 4Q | ($0.34) | ($0.39) | — |
| | FY | ($1.60) | ($1.88) | ($0.85) |
| Previous FY | | NC | NC | ($0.70) |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

JMP_ACADIA_0000786

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

- The Phase 3 CLARITY trial was a high-risk/high-reward strategy that became necessary because of the COVID-19 pandemic. Recall that the Phase 3 program initially comprised two trials which were combined in response to enrollment slow-down due to the pandemic and expedited results. Beyond the risks associated with MDD trials in general, this strategy increased risk of success and while the negative results are disappointing they are not wholly surprising. Nor, in our view, do they impede the blockbuster potential of pimavanserin across indications including PDP, DRP, and negative symptoms.
- The Phase 3 CLARITY randomized 298 patients with inadequate responses to current therapies (SSRI/SNRI) 1:1 between pimavanserin plus background SSRI/SNRI vs. placebo. The primary endpoint was the change in HAMD-17 from baseline at week 5 vs. placebo. Patient characteristics were balanced at baseline across the arms, including in their mean HAMD-17, MADRS, and CGI-S scores.
- While the CLARITY trial was not successful on the primary endpoint, it produced numerical improvements at all timepoints in the primary HAMD-17 and key secondary disease severity (CGI-S) measures. The secondary endpoint the Karolinska Sleepiness Scale (KSS, a measure of daytime wakefulness) was significantly (nominal) improved at week 5, supporting improvements in sleep observed in earlier trials and potentially important in elderly patients in indications like DRP. Treatment with pimavanserin was well tolerated, with adverse events comparable across the arms and consistent with prior trials.
- We have removed MDD from our model and reduced projected penetration in DRPs from 0.5% to 0.4% in 2021 (new company valuation in Figure 1).
- Management noted on the call that it is still on track to start a negative symptoms pivotal trial this year and still expects to complete the Phase 3 trial for trofinetide in Rett syndrome next year.

### FIGURE 1. ACADIA Company Valuation

| | Peak sales ($MM)* | Peak sales year | Probability of success | Discount rate | NPV | NPV/share |
|---|---|---|---|---|---|---|
| **Pimavanserin** | | | | | $8,871M | $50.73 |
| PDP - US | 1,010 | 2,023 | 100% | 11.0% | $2,450M | $14.01 |
| PDP - Ex-US | 182 | 2025 | 90% | 11.0% | $460M | $2.63 |
| Dementia-related psychosis | 3,268 | 2026 | 90% | 11.0% | $4,509M | $25.78 |
| Schizophrenia (-ve) | 1,561 | 2028 | 65% | 11.0% | $1,453M | $8.31 |
| | | | | | | |
| **Cash (YE 2020)** | | | | | $516M | $2.95 |
| Shares Outstanding (Fully diluted, M) | | | | | 174.9 | |
| **Total Value / Price Target** | | | | | **$9,387M** | **$53.69** |

*Source: Company reports*

JMP_ACADIA_0000787

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small-molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, approved or in clinical development for four neurological indications with high unmet medical need. The drug is approved for Parkinson's disease psychosis (PDP) and is in clinical development for dementia-related psychoses (DRPs), schizophrenia, and major depressive disorder (MDD).

## Investment Risks

Development and regulatory risks. ACADIA's NUPLAZID is in clinical testing for dementia-related psychoses and other CNS indications. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a degree of risk from adverse newsflow and to our financial projections.

Competition. ACADIA's products do and may compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

JMP_ACADIA_0000788

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities was manager or co-manager of a public offering of securities for ACADIA Pharmaceuticals Inc. (ACAD) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

For disclaimer details, please click on link.

JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of July 21, 2020)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 242 | 64.02% | Buy | 242 | 64.02% | 72 | 29.75% |
| MARKET PERFORM | Hold | 104 | 27.51% | Hold | 104 | 27.51% | 15 | 14.42% |
| MARKET UNDERPERFORM | Sell | 2 | 0.53% | Sell | 2 | 0.53% | 0 | 0% |
| COVERAGE IN TRANSITION | | 29 | 7.67% | | 29 | 7.67% | 3 | 10.34% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 378 | 100% | | 378 | 100% | 91 | 24.07% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

JMP_ACADIA_0000789

ACADIA Pharmaceuticals Inc. (ACAD)





Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 07-20-2020

Created by: BlueMatrix

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2020. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

JMP_ACADIA_0000790

ACADIA Pharmaceuticals Inc. (ACAD)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

# RESEARCH PROFESSIONALS

## FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                              (212) 906-3578
   Brian McKenna                       (212) 906-3545

**Commercial & Specialty Finance**
Christopher York                       (415) 835-8965
   Kevin Fultz, CFA                    (415) 835-8962

**Consumer Finance/Financial Technology**
David M. Scharf                        (415) 835-8942
   Jeff Zhang, CFA                     (415) 835-8948

**Insurance**
Matthew J. Carletti                    (312) 768-1784
   Karol Chmiel                        (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                             (212) 906-3578
   Brian McKenna                       (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                      (212) 906-3517
   Chris Muller                        (212) 906-3559
Trevor Cranston, CFA                   (415) 869-4431
   Mikhail Goberman                    (212) 906-3543

## HEALTHCARE

**Biotechnology & Biopharma**
Reni J. Benjamin, PhD                  (212) 906-3529
   Justin H. Walsh, PhD                (212) 906-3561
   Jialiang Liang                      (212) 906-3503
Jason N. Butler, PhD                   (212) 906-3505
   Roy Buchanan                        (212) 906-3509
Jonathan Wolleben                      (312) 768-1788

**Medical Devices & Supplies**
David Turkaly                          (212) 906-3563
   Daniel W. Stauder                   (212) 906-3535

## REAL ESTATE

**Housing & Land Development**
Aaron Hecht                            (415) 835-3963
   Matthew Hurwit, CFA                 (415) 835-3964

**REITs**
Aaron Hecht                            (415) 835-3963
   Matthew Hurwit, CFA                 (415) 835-3964

**R.E. Services & Tech**
Aaron Hecht                            (415) 835-3963
   Matthew Hurwit, CFA                 (415) 835-3964

## TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha, CFA                       (415) 835-8998
   Hilary Cauley, CFA                  (415) 835-8996

**Cybersecurity & IT Infrastructure**
Erik Suppiger                          (415) 835-3918
   Rustam Kanga                        (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III                    (212) 906-3528
   Andrew Boone                        (415) 835-3902
   Nick Hyndman                        (415) 835-8916
   David Yueh                          (415) 835-3957

**Software**
Patrick Walravens                      (415) 835-8943
   Joe Goodwin                         (415) 869-4477
   Mark Chen                           (415) 835-8930
   Joey Marincek                       (415) 869-4418

---

# ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com