# EXHIBIT 39

Biotechnology | Rating/Price Target Change
April 5, 2021

JMP

## ACADIA Pharmaceuticals Inc. (ACAD)
### FDA Moves the Goal Posts on DRP Regulatory Path

**MARKET OUTPERFORM**
Price: $25.59
Price Target: $40.00

## INVESTMENT HIGHLIGHTS

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan, PhD**
rbuchanan@jmpsecurities.com
(212) 906-3509

- **Worst case scenario now priced in; we are reinstating our Market Outperform rating from "under review" on ACADIA Pharmaceuticals while lowering our risk-adjusted, DCF-derived price target to $40 (from $62 previously).** ACADIA announced this morning that the company received a Complete Response Letter (CRL) for the sNDA for pimavanserin to treat dementia related psychosis (DRP). The company plans to seek a Type A meeting with the agency and we expect an additional update by mid-year. Acknowledging that the near-term path forward for the DRP indication is unclear with many potential scenarios (best case: resolution without additional clinical trials and approval ~YE 2021; worst case: new clinical trials and multi-year delay), we believe the stock is now discounting any value for NUPLAZID in indications beyond Parkinson's disease dementia or pipeline assets. We have delayed our projected launch in DRPs by three years, to 2024, on the assumption the company will need an additional clinical trial, and have lowered our probability of approval to 75% from 90% to reflect clinical risk.

- **Key points:**
  - In the CRL, the FDA noted that the pivotal HARMONY trial lacked a sufficient number of patients in some DRP groups (e.g., Lewy-body dementia and frontotemporal dementia) while not demonstrating statistical significance in certain DRP subtypes (e.g., Alzheimer's disease). This is contrast to the prior regulatory dialogue during which the FDA agreed that approval could be based on results for the overall DRP population enrolled in the HARMONY trial and not subpopulations. ACADIA highlighted that HARMONY was not designed to demonstrate significance in any dementia subpopulation based on this alignment with the FDA.

  - The FDA's issues appear to have emerged recently and contrast multiple years of consistent dialogue with ACADIA, including the end-of-Phase 2 meeting, Breakthrough therapy designation, mid- and late-cycle PDUFA reviews. We are not aware of any data that would have changed the FDA's perspectives on the DRP indication, and therefore understanding why the agency has so dramatically moved the goal posts will be very important in determining the next steps for the program.

  - ACADIA intends to meet with the FDA as soon as possible, we expect by mid-May, and we look to an update once feedback from that meeting is received. ACADIA intends to reiterate to the FDA its views that it conducted the appropriate and agreed-upon trial, and the trial was successful in meeting its objectives. We also note that multiple avenues of appeal and dispute resolution will likely be available if the company cannot readily achieve alignment with the FDA.

### MARKET DATA

| | |
|---|---|
| Price | $25.59 |
| 52-Week Range: | $23.35 - $58.72 |
| Shares Out. (M): | 160.0 |
| Market Cap ($M): | $4,094.4 |
| Cash (M): | $632 |
| Cash/Share: | $3.95 |
| Enterprise Value (M): | $2,768 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $90.1 | $108.9 | -- |
| | 2Q | $110.1 | $131.8 | -- |
| | 3Q | $120.6 | $145.0 | -- |
| | 4Q | $121.0 | $153.5 | -- |
| | **FY** | **$441.8** | **$539.2** | **$606.5** |
| EPS | 1Q | ($0.57) | ($0.52) | -- |
| | 2Q | ($0.27) | ($0.41) | -- |
| | 3Q | ($0.54) | ($0.35) | -- |
| | 4Q | ($0.42) | ($0.35) | -- |
| | **FY** | **($1.79)** | **($1.62)** | **($1.10)** |
| Previous FY | | NC | ($1.95) | ($0.34) |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

JMP_ACADIA_0000736

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

⊛ Should additional trial(s) be required, we are confident in the probability of success given the clear demonstration of anti-psychotic efficacy in HARMONY. This scenario would, however, result in a multi-year delay to approval.

⊛ We are reinstating our Market Outperform rating as we believe the worst case scenarios are now priced into the stock. In our view, any progress with the FDA near term would be a significant upside driver. We also note continued growth of NUPLAZID in the approved PDP indication. The midpoint of 2021 PDP revenue guidance ($510-$550MM) reflects ~20% Y/Y growth and we estimate the current EV/revenue for ACAD based on our 2021 revenue estimate at ~5x. We believe this represents an attractive valuation vs. other "early-to-mid-growth" commercial-stage bio-pharma companies such as Amicus Therapeutics (8x; FOLD, NC), GW Pharma (9x; GWPH, NC), Alnylam (18x; ALNY, NC), PTC (7x; PTCT, NC), and Ultragenyx (19x; RARE, NC). Reinforcing the value of the current on-label opportunity, ACADIA expects to be cash flow positive on this opportunity alone in 2H22.

⊛ **Model adjustments.** We have lowered our revenue projections, removing DRP from 2021 and pushing back the launch to 2024. We have increased our R&D expenses starting in 4Q21 to account for potential additional clinical trials for DRP, while reducing our SG&A expectations starting in 2Q21 to reflect delays to the launch. We have also removed European sales from our model and lowered probabilities of approval in DRP, from 90% to 75%, and schizophrenia negative symptoms, from 65% to 50%.

## FIGURE 1. Company Valuation

| | Peak sales ($MM)* | Peak sales year | Probability of success | Discount rate | NPV | NPV/share |
|---|---|---|---|---|---|---|
| **Pimavanserin** | | | | | $6,687M | $37.28 |
| PDP - US | 741 | 2,023 | 100% | 10.0% | $3,086M | $17.20 |
| Dementia-related psychosis | 545 | 2029 | 75% | 10.0% | $2,285M | $12.74 |
| Schizophrenia (-ve) | 1,561 | 2028 | 50% | 10.0% | $1,316M | $7.34 |
| **Cash (YE 2021)** | | | | | **$466M** | **$2.60** |
| Shares Outstanding (Fully diluted, M) | | | | | 179.4 | |
| **Total Value / Price Target** | | | | | **$7,153M** | **$39.88** |

* Sales in the year peak penetration is achieved

*Source: JMP Securities*

JMP_ACADIA_0000737

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## Company Description

San Diego, California-based ACADIA Pharmaceuticals is a biopharmaceutical company focused on the discovery, development, and commercialization of small-molecule drugs for the treatment of psychosis and other central nervous system disorders. The company's lead product candidate is NUPLAZID, approved or in clinical development for four neurological indications with high unmet medical need. The drug is approved for Parkinson's disease psychosis (PDP) and is in development for dementia-related psychoses (DRPs) and schizophrenia negative symptoms.

## Investment Risks

Development and regulatory risks. ACADIA's NUPLAZID is in clinical testing for dementia-related psychoses and other CNS indications. Given that the historical rate of failure for drug candidates addressing CNS markets is high, there is a degree of risk from adverse newsflow and to our financial projections.

Competition. ACADIA's products do and may compete with both existing and other products currently being developed by larger biotechnology and pharmaceutical companies. The inability to find a suitable partner and effectively negotiate favorable economics could detract from the attractiveness of the stock.

JMP_ACADIA_0000738

ACADIA Pharmaceuticals Inc. (ACAD)

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ACADIA Pharmaceuticals Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from ACADIA Pharmaceuticals Inc. in the next 3 months.

For disclaimer details, please click on link.

JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of April 5, 2021)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 263 | 70.13% | Buy | 263 | 70.13% | 96 | 36.50% |
| MARKET PERFORM | Hold | 90 | 24.00% | Hold | 90 | 24.00% | 17 | 18.89% |
| MARKET UNDERPERFORM | Sell | 1 | 0.27% | Sell | 1 | 0.27% | 0 | 0% |
| COVERAGE IN TRANSITION | | 20 | 5.33% | | 20 | 5.33% | 2 | 10.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 375 | 100% | | 375 | 100% | 115 | 30.67% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

JMP_ACADIA_0000739

ACADIA Pharmaceuticals Inc. (ACAD)

JMP





Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 03-31-2021

Created by: BlueMatrix

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2021. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

JMP_ACADIA_0000740

ACADIA Pharmaceuticals Inc. (ACAD)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan (212) 906-3578
   Brian McKenna (212) 906-3545

**Commercial Finance**
Devin Ryan (212) 906-3578
   Kevin Fultz, CFA (415) 835-8962

**Consumer Finance/Financial Technology**
David M. Scharf (415) 835-8942
   Jeff Zhang, CFA (415) 835-8948

**Insurance**
Matthew J. Carletti (312) 768-1784
   Karol Chmiel (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan (212) 906-3578
   Brian McKenna (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney (212) 906-3517
   Chris Muller (212) 906-3559
Trevor Cranston, CFA (415) 869-4431
   Mikhail Goberman (212) 906-3543

### HEALTHCARE

**Biotechnology & Biopharma**
Reni J. Benjamin, PhD (212) 906-3529
Jason N. Butler, PhD (212) 906-3505
Silvan Tuerkcan, PhD (212) 906-3546
Roy Buchanan, PhD (212) 906-3509
Gobind Singh, MD, PhD (212) 906-3507
Jonathan Wolleben (312) 768-1788
Dev Prasad (212) 906-3561

**Medical Devices & Supplies**
David Turkaly (212) 906-3563
   Daniel W. Stauder (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Aaron Hecht (415) 835-3963
   Matthew Hurwit, CFA (415) 835-3964

**REITs**
Aaron Hecht (415) 835-3963
   Matthew Hurwit, CFA (415) 835-3964

**R.E. Services & Tech**
Aaron Hecht (415) 835-3963
   Matthew Hurwit, CFA (415) 835-3964

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha, CFA (415) 835-8998
   Hilary Cauley, CFA (415) 835-8996

**Cybersecurity & IT Infrastructure**
Erik Suppiger (415) 835-3918
   Rustam Kanga (415) 835-3914

**InsurTech**
Matthew J. Carletti (312) 768-1784
Ronald V. Josey III (212) 906-3528

**Internet & Digital Media**
Ronald V. Josey III (212) 906-3528
   Nick Hyndman (415) 835-8916
   Jake Hallac (415) 835-3959
Andrew Boone (415) 835-3902

**Software**
Patrick Walravens (415) 835-8943
   Joey Marincek (415) 869-4418
   Aaron Kimson (415) 835-8944
Joe Goodwin (415) 869-4477

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

600 Montgomery Street, Suite 1100
San Francisco, CA 94111
www.jmpsecurities.com

JMP_ACADIA_0000741