# EXHIBIT 42

CONFIDENTIAL MSUSA 0000000688

# Acadia Pharmaceuticals, Inc. (ACAD)

## Nuplazid Already a Success in PDP, But DRP an Even Greater Opportunity; Initiate at Buy, $69 Price Target

December 15, 2020

**Vamil K. Divan, MD**
Managing Director
+1 (646) 949-9663
vamil.divan@mizuhogroup.com

**Uy Ear**
+1 (212) 209-9445
uy.ear@mizuhogroup.com

**Sean Kim, PhD**
+1 (212) 209-9438
sean.kim@mizuhogroup.com

**PLEASE REFER TO PAGE 56 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION.** Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.



MIZUHO

CONFIDENTIAL MSUSA 0000000688

CONFIDENTIAL MSUSA 0000000689

Company Snapshot

# Nuplazid Already a Success in PDP, But DRP an Even Greater Opportunity; Initiate at Buy, $69 PT

## Summary

We are initiating coverage on ACADIA Pharmaceuticals Inc. (ticker ACAD) with a BUY rating and $69 price target (PT). Acadia is a commercial-stage biopharma company that has already seen success with Nuplazid in Parkinson's disease psychosis (PDP) but where we see much larger opportunities ahead, most notably in dementia-related psychosis (DRP). We expect FDA approval on/before Apr 3, 2021, and relatively rapid and broad uptake given the familiarity physicians and payers have with the product, and the large unmet need that exists in that indication. We also see the potential for further upside through success with Nuplazid in negative symptoms of schizophrenia and/or through trofinetide in Rett syndrome, both programs that are also addressing areas of significant unmet medical need.

## Key Points

- **PDP Indication Has Continued Growth Ahead:** We believe Nuplazid should reach sales of ~$440M in 2020 in Parkinson's disease psychosis, despite previous challenges related to 2018 safety concerns and the impact the COVID-19 pandemic has had on sales this year. However, we see room for continued growth ahead given physician comfort with the drug's profile and the still relatively modest penetration the product has (<20%) in an indication with limited competition.

- **DRP Opportunity Remains Underappreciated:** Investors are aware of the positive HARMONY data that Nuplazid delivered in DRP, but we believe the large commercial opportunity this indication provides remains greatly underappreciated. Our physician survey shows high levels of awareness and interest in the data already, with 75% of doctors surveyed aware of the data and rating their interest in using the product at an average of 8.3 on a scale from 1-10. Our survey respondents expect to treat as many as 40% of their patients with DRP with Nuplazid. We expect FDA approval on/before Apr 3, 2021 and assume 20% penetration into the relevant population in our market model, with uptake likely to be more rapid than investors expect given the familiarity physicians and payers already have with the product. Even assuming the company will need to provide additional discounts to payers to gain broader access in the large dementia market, we estimate ~$3.7Bn in peak probability-adjusted Nuplazid sales in this indication, a key driver of our total Nuplazid sales reaching ~$5.6Bn in 2030.

- **Pipeline Holds Other Underappreciated Opportunities:** Our conversations with thought leaders suggest trofinetide could prove to be a real advance in Rett Syndrome, while success in negative symptoms of schizophrenia would provide Nuplazid with another blockbuster opportunity for a condition where there are currently no approved agents.

## Catalysts

- Commercial progress for Nuplazid in Parkinson Disease Psychosis (ongoing)
- FDA Action Date for Nuplazid in Dementia Related Psychosis (Apr 3, 2021)
- Trofinetide data from Phase 3 LAVENDER study in Rett syndrome (2H 2021)
- Nuplazid data from ADVANCE-2 in negative symptoms of schizophrenia (2022)

## Risks

- Surprising outcomes from regulatory reviews, especially for Nuplazid in dementia related psychosis, or clinical trials, especially for Nuplazid in negative symptoms of schizophrenia or trofinetide in Rett syndrome, could meaningfully impact Acadia's outlook and ACAD shares.
- Surprising commercial performance, especially for flagship product Nuplazid in Parkinson's disease psychosis, could meaningfully impact ACAD shares.

## Valuation

Our $69 PT is based on a 75%/25% blend of discounted cash flow (DCF) valuation at $70 and relative valuation at $65. For our DCF, we have cash flows forecasted through 2030. For our relative valuation, we have used a ~3.5x multiple on market cap/5-year forward, with our 2025 sales estimate being $3.3Bn.

CONFIDENTIAL MSUSA 0000000689



Source: Company data, FactSet, Mizuho analysis

2

CONFIDENTIAL MSUSA 0000000690

# Table of Contents

- **Executive Summary** — **4**

- **Three Key Areas of Debate** — **14**
  1. What is Nuplazid's outlook in Parkinson's Disease Psychosis? — 15
  2. What is Nuplazid's outlook beyond Parkinson's Disease Psychosis? — 20
  3. What are other possible drivers of upside for Acadia? — 36

- **Catalysts** — **42**

- **Valuation** — **44**

- **Risks** — **49**

- **Appendix** — **51**
  - Management Team — 53
  - Financial Statements — 54

- **Disclosures** — **56**

CONFIDENTIAL MSUSA 0000000691



# Executive Summary

**Nuplazid Already a Success in PDP, But DRP an Even Greater Opportunity; Initiate at Buy, $69 PT**



CONFIDENTIAL MSUSA 0000000691

CONFIDENTIAL MSUSA 0000000692

# Nuplazid Already a Success in PDP, But DRP an Even Greater Opportunity; Initiate at Buy, $69 PT

## Investment Thesis

- **PDP Indication Has Continued Growth Ahead:** Nuplazid should reach sales of ~$440M in 2020, despite challenges due to the COVID-19 pandemic, but we see room for continued growth ahead given physician comfort with the drug's profile and relatively modest penetration for the product in lead Parkinson's disease psychosis (PDP) indication.

- **DRP Opportunity Remains Underappreciated:** Investors are aware of the positive HARMONY data that Nuplazid delivered in dementia-related psychosis (DRP). However, we believe the commercial opportunity for Nuplazid in DRP remains greatly underappreciated, as our physician survey shows higher-than-expected levels of awareness and interest in the data and an expectation physicians may treat as many as 40% of their patients with DRP with Nuplazid. Even assuming the company provides additional discounts to payers to gain broader access in the large dementia market, we estimate ~$3.7Bn in probability-adjusted 2030 Nuplazid sales in this indication, a key driver of our total Nuplazid revenues reaching ~$5.6Bn in 2030.

- **Pipeline Holds Other Underappreciated Opportunities:** Our conversations with thought leaders suggest trofinetide could prove to be a real advance in Rett Syndrome, while success in negative symptoms of schizophrenia would provide Nuplazid with another blockbuster opportunity for a condition where there are currently no approved agents.

## Where We Are Different/Proprietary Insights

- **Mizuho proprietary physician survey** highlights awareness and interest physicians have in using Nuplazid to treat their patients with dementia-related psychosis

- **Discussions with multiple neurologists and psychiatrists** drive our views on likelihood of success for pimavanserin in various indications and trofinetide in Rett syndrome

- **Detailed modeling of Parkinson's, dementia and Rett syndrome markets** drive our sales estimates

- **Coverage of numerous companies in neuropsychiatry space** provides comprehensive understanding of market dynamics

## Catalysts

- Commercial progress for Nuplazid in Parkinson's Disease Psychosis (ongoing)

- FDA Action Date for Nuplazid in Dementia Related Psychosis (Apr 3, 2021)

- Trofinetide data from Phase 3 LAVENDER study in Rett syndrome (2H 2021)

**Investor Sentiment:** Investors comfortable with Nuplazid's outlook in PDP and optimistic on dementia-related psychosis opportunity, but debating how large that can be



| Likelihood of Success | Market Potential | Diversification | Financial Strength | Catalyst Profile |
|---|---|---|---|---|

● Excellent  ◐ Average  ○ Poor

## Valuation

### Acadia Pharmaceuticals (ACAD)

| | | | |
|---|---|---|---|
| Current Price (Dec 11) | $51.26 | Market Cap ($ mm) | $8,149 |
| 52-Week High | $58.72 | Enterprise Value ($ mm) | $7,513 |
| % of 52-Week High | 87.3% | 2020 P/E | NM |
| Price Target | $69 | Dividend Yield | 0.0% |
| Upside / Downside (%) | 34.6% | Short Interest, Days (Dec 11) | 8.4 |
| Discount Rate | 8.0% | Terminal Growth Rate | (55.0%) |

Our $69 PT is based on a 75%/25% blend of discounted cash flow (DCF) valuation at $70 and relative valuation at $65. For our DCF, we have cash flows forecasted through 2030. For our relative valuation, we have used a ~3.5x multiple on market cap/5-year forward, with our 2025 sales estimate being ~$3.3Bn.

## Mizuho vs. Consensus Estimates

| ACAD-US | FY 2020 | | FY 2021 | | FY 2022 | | FY 2023 | |
|---|---|---|---|---|---|---|---|---|
| | EPS | Sales | EPS | Sales | EPS | Sales | EPS | Sales |
| Mizuho | ($1.83) | $441.0 | ($1.41) | $682.1 | $1.16 | $1,192.5 | $4.30 | $1,882.4 |
| Consensus | ($1.83) | $444.4 | ($0.97) | $686.9 | $1.16 | $1,099.1 | $4.12 | $1,700.8 |
| Difference($) | $0.00 | ($3.5) | ($0.44) | ($4.8) | $0.00 | $93.4 | $0.18 | $181.6 |
| Difference(%) | (0.1%) | (0.8%) | 31.2% | (0.7%) | 0.3% | 7.8% | 4.3% | 9.6% |

$ in millions, except per share data

## Risks

- Surprising outcomes from regulatory reviews, especially for Nuplazid in dementia-related psychosis, or clinical trials, especially for Nuplazid in negative symptoms of schizophrenia or trofinetide in Rett syndrome, could meaningfully impact Acadia's outlook and ACAD shares.

- Surprising commercial performance, especially for flagship product Nuplazid in Parkinson's disease psychosis or in dementia-related psychosis upon approval, could also meaningfully impact ACAD shares.

CONFIDENTIAL MSUSA 0000000692

Source: Company data, FactSet, Mizuho analysis

CONFIDENTIAL MSUSA 0000000693

# Acadia is a Commercial-Stage Biopharmaceutical Company Focused on Drug Development and Commercialization for Neuropsychiatric Diseases

- **Acadia Pharmaceuticals is a commercial-stage biopharmaceutical company**
  - Founded by Mark Brann in July 1993 as Receptor Technologies
  - Reincorporated in Delaware in 1997
  - Corporate headquarters are in San Diego, CA

- **Key product is Nuplazid (pimavanserin), which was initially approved by the FDA in 2016**
  - Atypical antipsychotic indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis (PDP)
  - Nuplazid also in development for treatment of dementia-related psychosis (DRP), where there are currently no approved therapies
    - FDA approval expected on/before April 3, 2021
  - Nuplazid also in Phase 3 development for the treatment of negative symptoms of schizophrenia, where there are also no approved therapies, with data in 2022

- **Rest of Acadia's pipeline also focused on central nervous conditions**
  - **Trofinetide** is in Phase 3 development for the treatment of Rett syndrome (data in 2H 2021)
  - Recent collaborations and acquisitions have boosted Acadia's early-mid stage pipeline with assets focused on other neurological and psychiatric conditions such as schizophrenia, Alzheimer's disease, and pain

CONFIDENTIAL MSUSA 0000000693



Source: Company data, FactSet, Mizuho analysis

CONFIDENTIAL MSUSA 0000000694

# Nuplazid Data Has Been Primary Driver of ACAD Shares Over Last Two Years



**Closing Price**

11-Dec-2018 to 11-Dec-2020 (Daily)

Price (Local Currency)

Stock weakness tied to COVID-19 pandemic and broader market weakness

Announced Top-line Results from Phase 3 ENHANCE Trial of Pimavanserin which failed to achieve statistical significance on the primary endpoint

Announced negative results from CLARITY trial of in major depressive disorder and FDA acceptance of Nuplazid filing in dementia-related psychosis but with a Standard (not Priority) Review

Phase 3 Harmony study evaluating pimavanserin for the treatment of dementia-related psychosis met its primary endpoint

— ACADIA Pharmaceuticals Inc.

Source: FactSet Prices

CONFIDENTIAL MSUSA 0000000694

CONFIDENTIAL MSUSA 0000000695

# Nuplazid Remains Main Driver of Acadia Story With Significant Potential Beyond Current Parkinson's Disease Psychosis Indication

| Drug | Indication | Phase of Development |
|---|---|---|
| Nuplazid (pimavanserin) | • Parkinson's Disease Psychosis | • Marketed (FDA approved in 2016) |
| Nuplazid (pimavanserin) | • Dementia Related Psychosis | • FDA Action Date Apr 3, 2021 |
| Trofinetide | • Rett Syndrome | • Phase 3 data expected in 2H 2021 |
| Nuplazid (pimavanserin) | • Negative Symptoms of Schizophrenia | • Phase 3 data expected in 2022 |
| ACP-044 (via CerSci acquisition) | • Pain | • Phase 2 start in 1H 2021 |
| M1 PAM (via Vanderbilt collaboration) | • CNS Disorders | • Phase 1 |

CONFIDENTIAL MSUSA 0000000695

Source: Company data, Mizuho analysis

**MIZUHO**

8

CONFIDENTIAL MSUSA 0000000696

Executive
Summary

# Mizuho Blended Price Target Suggests ACAD is Worth $69/Share

## DCF Valuation Snapshot

| | | Perpetuity Growth | | |
|---|---|---|---|---|
| | | (45.0%) | (55.0%) | (65.0%) |
| W A C C | 6.0% | $84 | $81 | $78 |
| | 7.0% | $78 | $75 | $73 |
| | 8.0% | $73 | **$70** | $68 |
| | 9.0% | $68 | $66 | $64 |
| | 10.0% | $64 | $61 | $60 |

* Terminal Value is 9% of Equity Value

## Relative Valuation Snapshot*

| | Base Case |
|---|---|
| 5-Year Forward Sales ($MM) | $3,324 |
| Market Cap/5-Year Forward Sales Multiple | 3.5x |
| Est. Market Cap ($MM) | $11,634 |
| Implied Stock Price | **$65** |

## Blended Price Target

| ACAD | DCF | Relative Valuation |
|---|---|---|
| Valuation | $70 | $65 |
| Weight | 75% | 25% |
| Blended TP | **$69** | |

* - Note that for our relative valuation, we assigned a multiple of 3.5x our 5 year forward sales estimate of $3.3Bn. The 3.5x multiple is in line with the current trading multiple for a group of SMID cap, commercial-stage mainly CNS companies that included Acadia Pharmaceuticals, Acorda Therapeutics, Adamas Pharmaceuticals, Evolus, GW Neurocrine, Intra-Cellular Therapies, Lundbeck, Neurocrine, Vanda and Zogenix.

CONFIDENTIAL MSUSA 0000000696

**MIZUHO**

Source: Company data, FactSet, Mizuho analysis

9

CONFIDENTIAL MSUSA 0000000697

Executive Summary

# Majority of Our Acadia Valuation Driven by Nuplazid Pipeline Opportunities



CONFIDENTIAL MSUSA 0000000697

Source: Company data, Mizuho analysis

MIZUHO

10

CONFIDENTIAL MSUSA 0000000698

# Bull and Bear Scenario Analyses Show Range of Possibilities for Acadia Valuation, Based Primarily on Level of Success Nuplazid Has in Different Indications



**Main Scenario Drivers**

**GREY SKY**
- Assumes no value from pimavanserin or trofinetide
- Assumes full value of net cash

**BEAR CASE**
- Assumes regulatory delay by 3 years for dementia-related psychosis
- Assumes 2030 total sales of ~$3.7Bn

**MIZUHO BASE CASE**
- Assumes pimavanserin approval in dementia-related psychosis with probability adjusted 2030 sales of ~$3.8Bn at 80% POS
- Assumes ~$1.1B in probability adjusted 2030 sales in negative symptoms of schizophrenia
- Assumes ~$160MM in probability adjusted 2030 sales for trofinetide

**BULL CASE**
- Assumes regulatory approval at 100% POS for dementia-related psychosis
- Assumes 2030 probability-adjusted 2030 sales of ~$5.0Bn in dementia-related psychosis, and total 2030 sales of ~$7.0Bn for pimavanserin

**BLUE SKY**
- Assumes probability-adjusted 2030 sales of ~$8.0Bn for pimavanserin
- Assumes 100% POS for all indications of pimavanserin and trofinetide

Note: For purposes of this scenario analysis, we have looked at more bullish or more bearish assumptions for Acadia's key products and are not highlighting the full upside (e.g. acquisition) or full downside (e.g. failure of all assets) possibilities.

CONFIDENTIAL MSUSA 0000000698

Source: Company data, Bloomberg, Mizuho analysis

# Potential Nuplazid Approval in Dementia-Related Psychosis Next Key Catalyst for ACAD Shares

Case 3:21-cv-00762-WQH-MSB   Document 122-45   Filed 12/12/23   PageID.3774
Page 13 of 60
CONFIDENTIAL MSUSA 0000000699

| Drug | Indication | Event | Expected Date |
|---|---|---|---|
| | | **Commercial** | |
| Nuplazid | PDP | Commercial performance in Parkinson's disease psychosis | Ongoing |
| | | **Regulatory** | |
| Pimavanserin | DRP | Potential FDA approval for dementia-related psychosis | ~April 3, 2021 |
| | | **Phase 3** | |
| Trofinetide | Rett Syndrome | Ph3 data from LAVENDER trial in Rett syndrome | 2H 2021 |
| Primavanserin | Schizophrenia | Ph3 data from ADVANCE-2 trial in negative symptoms of schizophrenia | 2022 |
| | | **Phase 2** | |
| ACP-044 | Pain | Ph2 trial start in pain | 1H 2021 |

CONFIDENTIAL MSUSA 0000000699

Source: Company data, Mizuho analysis

**MIZUHO**

CONFIDENTIAL MSUSA 0000000700

Executive
Summary

# Risks to Our Buy Rating and $69 Price Target

- **Risks associated with investing in Acadia Pharmaceuticals shares include company-specific risks based on Acadia's product portfolio and macro risks that would likely impact the entire US biopharma industry.**

- **Company-specific risks include**
  - **Pipeline risk:** Surprising regulatory or clinical trial outcomes could impact how investors view Acadia's outlook, especially as the company looks to expand into new therapeutic areas and with new products. In particular, we believe investors have fairly high expectations for the ongoing regulatory review of Nuplazid for dementia-related psychosis (DRP) so surprises there could lead to downside in the stock. On the other hand, we believe expectations are fairly low for trofinetide in Rett syndrome so positive developments there could drive significant upside in the stock.

  - **Commercial risk:** Better or worse than expected commercial execution by Acadia, specifically for Nuplazid in Parkinson's disease psychosis (PDP) and DRP could impact how investors view Acadia's sales and earnings outlook for the next 1-3 years and meaningfully impact Acadia's stock.

  - **Business development risk:** The company has recently completed two transactions to build out their early-mid stage pipeline. Additional announcements could impact how investors view Acadia's outlook and these transactions are obviously difficult for external analysts to anticipate.

- **Industry risks** primary revolve around potential developments leading to structural changes in how drugs are priced in the US. Given the uncertainty around how and when these changes may occur, it is difficult to assess how Acadia might be impacted in isolation or relative to its peers. Our current Acadia estimates assume little to no growth coming from price increases, and, while we expect continued rhetoric around drug pricing, we do not expect any major new policies to be implemented that would dramatically impact Acadia's outlook, at least in the near-mid term.

CONFIDENTIAL MSUSA 0000000700



CONFIDENTIAL MSUSA 0000000701





CONFIDENTIAL MSUSA 0000000701

CONFIDENTIAL MSUSA 0000000702

# Outlook for Nuplazid in PDP



CONFIDENTIAL MSUSA 0000000702



CONFIDENTIAL MSUSA 0000000703

# Nuplazid has Seen Strong Overall Uptake in Parkinson's Disease Psychosis Since FDA Approval in April of 2016

- **Nuplazid is considered an atypical antipsychotic and is a selective inverse agonist of the serotonin 5-HT$_{2A}$ receptor**

- **Nuplazid is currently approved to treat hallucinations and delusions associated with Parkinson's disease psychosis (PDP)**

  - Hallucinations and delusions are reported to occur in ~20-40% of patients with Parkinson's disease, with the incidence increasing as patients' underlying Parkinson's disease progresses
  - Patients historically have been treated for their hallucinations and delusions with antipsychotics such as Seroquel, although there are no other products that have been approved to treat this condition

- **Since its launch in 2016, Nuplazid has captured ~18-19% share of the PDP market**

  - Safety concerns have limited Nuplazid's uptake at times, but overall physicians we have spoken to see value for the product in this indication and expect to continue to increase its use



CONFIDENTIAL MSUSA 0000000703

Source: IQVIA, Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000704

# Nuplazid Sales Have Been Impacted by Safety Concerns and COVID-19, But Also Showing Some Resilience

- **Concerns around Nuplazid's safety were initially raised by a <u>CNN report in April 2018</u> that highlighted a relatively large number of serious adverse events, including deaths, that were seen in patients using the drug**

  - This led to an FDA review of all of the post-marketing reports of deaths and serious adverse events that had been reported with the use of the Nuplazid

  - <u>In Sept 2018</u> the FDA concluded that they did not identify any new or unexpected safety findings with the product that were inconsistent with the safety profile already described in the drug's package insert

- **In 2020, the COVID-19 pandemic also impacted Nuplazid sales, especially in the long term care setting**

  - FY 2020 sales guidance for the product has been lowered modestly as a result, although quarterly sales have since recovered

    - ◆ Ability to hit higher end of FY 2020 guidance range will require improved growth in LTC setting, where they have only seen stabilization to date



Nuplazid Net Sales

| Date | Nuplazid FY 2020 Net Sales Guidance |
|------|-------------------------------------|
| Feb 26, 2020 | $440M-$470M |
| May 7, 2020 | $420M-$450M |
| Aug 5, 2020 | $430M-$450M |
| Nov 4, 2020 | $430M-$450M |

CONFIDENTIAL MSUSA 0000000704

**MIZUHO**

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000705

Nuplazid Outlook
in PDP

# Pricing for Nuplazid Still Reasonable for the Value it Provides in PDP

- **Nuplazid was initially approved by the FDA in 2016**

- **As a novel treatment for a condition without other approved treatment options, Acadia likely had significant pricing power upon initially launching Nuplazid**
  - However, product also launched during a time when the price of prescription drugs in the US was under intense scrutiny, likely impacting the company's initial pricing decisions
  - Since that time, the company has raised Nuplazid's list price, although prescription volume growth has clearly been the main driver of the product's sales growth

- **Health outcomes data supports value effectively managing psychosis in patients with Parkinson's disease can provide**
  - According to Fredericks et al, annual all-cause reimbursement across all components of care for patients with PDP averaged $67,251, while for PD patients without psychosis the cost averaged $38,742

| Date | Nuplazid Wholesale Acquisition Cost | % Change from Prior |
|---|---|---|
| Jul 16, 2018 | $2,778 | -- |
| Dec 27, 2018 | $3,039 | 9.4% |
| Jul 2, 2019 | $3,186 | 4.8% |
| Dec 30, 2019 | $3,341 | 4.9% |
| Jun 29, 2020 | $3,638 | 8.9% |



CONFIDENTIAL MSUSA 0000000705

**MIZUHO**

Source: Fredericks et al, American Journal of Managed Care 2017, Company data, Mizuho analysis

18

CONFIDENTIAL MSUSA 0000000706

# We Estimate Peak Nuplazid US Sales of ~$700M in PDP Alone

- **Continued penetration for Nuplazid in PDP alone could allow for this to be close to a $1Bn indication for the product**

- **However, we assume success in dementia-related psychosis (DRP) indication may prompt the company to become more flexible with Nuplazid's net price**
  - Greater discounts could give Acadia more access in the much larger DRP indication
  - We model Nuplazid's net price declining from ~$3,000/prescription now to ~$1,700/prescription over time
  - Our modeling limits Nuplazid sales in PDP specifically, but allows for a larger overall product

| (Sales in millions) | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL US POPULATION | 332,178,030 | 334,171,583 | 336,177,100 | 338,194,653 | 340,224,314 | 342,266,156 | 344,320,252 | 346,386,676 | 348,465,501 | 350,556,803 | 352,660,655 |
| Growth rate | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Total US Population ≥ 45 Years Old | 140,345,218 | 142,022,923 | 143,715,710 | 145,389,881 | 147,044,948 | 148,680,418 | 150,295,790 | 151,890,557 | 153,499,053 | 155,121,385 | 156,757,661 |
| Percent US Adults ≥ 45 Years Old | 42.3% | 42.5% | 42.8% | 43.0% | 43.2% | 43.4% | 43.7% | 43.9% | 44.1% | 44.3% | 44.5% |
| US Adults with Parkinson's Disease | 933,296 | 962,915 | 993,076 | 1,023,545 | 1,054,312 | 1,085,367 | 1,116,698 | 1,148,293 | 1,180,408 | 1,213,049 | 1,246,223 |
| Percent of US Adults with Parkinson's Disease | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.8% | 0.8% | 0.8% | 0.8% |
| Patients with Parkinson's Disease Dementia | 335,986 | 346,650 | 357,507 | 368,476 | 379,552 | 390,732 | 402,011 | 413,385 | 424,947 | 436,698 | 448,640 |
| Percent of Parkinson's Patients with Dementia | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% |
| Patients with PDD + Psychosis | 167,993 | 173,325 | 178,754 | 184,238 | 189,776 | 195,366 | 201,006 | 206,693 | 212,473 | 218,349 | 224,320 |
| Percent of PDD Patients with Psychosis | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| PDD+Psychosis Patients Seeking Treatment | 125,995 | 129,994 | 134,065 | 138,179 | 142,332 | 146,525 | 150,754 | 155,020 | 159,355 | 163,762 | 168,240 |
| % of PDD+Psychosis Patients Seeking Treatment | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% | 75.00% |
| **NUPLAZID** | | | | | | | | | | | |
| Number of Patients Treated | 20,159 | 25,999 | 30,835 | 35,926 | 39,853 | 42,492 | 45,226 | 46,506 | 47,807 | 49,128 | 32,807 |
| Average Rx's per year | 148,702 | 193,863 | 238,702 | 280,398 | 318,274 | 345,850 | 368,417 | 385,275 | 396,112 | 407,127 | 344,128 |
| Net Price per Rx | $2,965 | $2,880 | $2,808 | $2,673 | $2,482 | $2,291 | $2,100 | $1,909 | $1,718 | $1,718 | $1,718 |
| Sales | $441 | $558 | $670 | $750 | $790 | $792 | $774 | $736 | $681 | $700 | $591 |

CONFIDENTIAL MSUSA 0000000706

CONFIDENTIAL MSUSA 0000000707



# Outlook for Nuplazid Beyond PDP



CONFIDENTIAL MSUSA 0000000707

CONFIDENTIAL MSUSA 0000000708

**Nuplazid Outlook Beyond PDP**

# Nuplazid Showing Potential to Move Into Two Large Areas of Unmet Need

- **Dementia-Related Psychosis (DRP)**
    - Application filed with the FDA based on the positive Phase 3 HARMONY study
    - FDA Action Date of Apr 3, 2021

- **Negative Symptoms of Schizophrenia**
    - In Phase 3 development based on positive results from ADVANCE study
    - Phase 3 ADVANCE-2 study now ongoing, with results expected in 2022

- **There are currently no FDA-approved treatments available for either Dementia-Related Psychosis or Negative Symptoms of Schizophrenia**

CONFIDENTIAL MSUSA 0000000708

Source: Company data, Mizuho analysis



CONFIDENTIAL MSUSA 0000000709

# Nuplazid's Potential in Large Dementia-Related Psychosis Indication First Seen in Phase 2 Alzheimer's Disease Psychosis Study

Nuplazid Outlook
Beyond PDP

- **There is a large and growing number of patients suffering from dementia-related psychosis (DRP)**
  - We estimate there are currently ~1.2M patients being treated for dementia-related psychosis in the US

- **Majority of patients with DRP are currently treated with atypical antipsychotics**
  - This is despite safety concerns with using those products in elderly patients, including Black Box Warnings related to an increase risk of death

- **Nuplazid's initially showed proof of concept data in DRP in the Phase 2 Alzheimer's Disease Psychosis (ADP) study**
  - Also supported by positive data in patients with PDP who also have dementia



Figure 2: Adjusted mean change from baseline to week 12 in the NPI-NH psychosis score
Error bars are SE. NPI-NH=Neuropsychiatric Inventory-Nursing Home version.

CONFIDENTIAL MSUSA 0000000709

MIZUHO

Source: Company data, Mizuho analysis

22

CONFIDENTIAL MSUSA 0000000710

Nuplazid Outlook
Beyond PDP

# Confirmation of Nuplazid's Potential in DRP Came from HARMONY Trial

- **Phase 3 HARMONY trial for Nuplazid was stopped early in September 2019**
  - The trial showed positive results on demonstrating a longer time to relapse of psychosis at a planned interim efficacy analysis

- **Full results from HARMONY were presented at Clinical Trials on Alzheimer's Disease (CTAD) Meeting in December 2019**
  - There was a **2.8 fold reduction** in the risk of relapse of psychosis for patients treated with pimavanserin
  - There was also a **2.2 fold reduction** in reducing the risk of discontinuation for any reason



**Primary Endpoint: Time to Relapse**

Hazard Ratio = 0.353

One-sided p-value = 0.0023

CONFIDENTIAL MSUSA 0000000710

**MIZUHO**

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000711

Nuplazid Outlook
Beyond PDP

# DRP Filing Now Under Review by FDA, But Surprisingly Not as a Priority

- **Acadia submitted Nuplazid for the treatment of hallucinations and delusions associated with DRP with the FDA on June 15, 2020**
  - Based on the Phase 3 HARMONY data, along with the Phase 2 ADP data and positive data in patients with PDP who also have dementia

- **Surprisingly, the product was assigned a Standard Review, with an FDA Action Date of April 3, 2021**
  - Expectation was for the product to be given a Priority Review for a number of reasons:
    - The Breakthrough Therapy Designation (BTD) the FDA has granted the product in this indication
    - The strength of the HARMONY data
    - The unmet medical need that exists in DRP

- **Given Nuplazid only received a Standard Review, questions have been raised on how meaningful the indication might really be**
  - We remain bullish on the opportunity based on our review of the Nuplazid data and multiple conversations we have had with thought leaders in the space
    - Uptake may be even faster than what was seen in PDP given the strength of the data and physician (and payer) awareness of the product

CONFIDENTIAL MSUSA 0000000712

# Multiple Companies Pursuing an Opportunity in Dementia-Related Psychosis, But Acadia With Important Advantages

- **Acadia has the potential to be first to the market in the dementia-related psychosis indication with Nuplazid**

  - Broad indication for treating dementia-related psychosis (regardless of etiology) could also prove to be an advantage, as opposed to competing products that may require additional testing or work up to determine the underlying cause of the dementia

  - Experts we have spoken with also highlight the comfort they already have with Nuplazid's safety profile given they have been using the product for several years now in treating patients with PDP

  - Acceptance by payers may also come relatively quickly given the knowledge they have of the product and the lack of other approved alternatives

| Company | Drug | Mechanism | Indication | Phase | Molecule | Route of Administration |
|---|---|---|---|---|---|---|
| Acadia | Pimavanserin | Serotonin 5-HT 2A receptor | Dementia-related psychosis | sNDA | Small Molecule | Oral (PO) |
| Axsome | AXS-05 | NMDA, SNRI, DRI, S1R, nAChR | Agitation in Alzheimer's disease | III | Small Molecule | Oral (PO) |
| Otsuka | Brexpiprazole | Dopamine D2, Serotonin 5-HT 1A/2A | Agitation in Alzheimer's disease | III | Small Molecule | Oral (PO) |
| Otsuka/Avanir | AVP-786 | NMDA, SNRI, S1R | Agitation in Alzheimer's disease | III | Small Molecule | Oral (PO) |
| Amarantus | Eltoprazine | Serotonic 5-HT 1A/1B receptor | Aggression in Alzheimer's disease | II | Small Molecule | Oral (PO) |
| BioXcel | BXCL501 | Alpha-2a receptor | Acute agitation in dementia | I/II | Small Molecule | Sublingual (SL) |
| Karuna | KarXT | Muscarinic receptor | Dementia-related psychosis | I | Small Molecule | Oral (PO) |
| Sosei Heptares | HTL0016878 | Muscarinic M4 receptor | Alzheimer's disease-related neurobehavioral symptoms | I | Small Molecule | Oral (PO) |

CONFIDENTIAL MSUSA 0000000712

Source: BioMedTracker, Company data, Mizuho analysis

**MIZUHO**

25

CONFIDENTIAL MSUSA 0000000713

# Mizuho Proprietary Expert Survey Includes Psychiatrists and Primary Care Physicians Who See a Large Number of Patients With Dementia

- **As part of our due diligence on Acadia, we conducted proprietary interviews with thought leaders and executed a separate Mizuho online survey of 20 psychiatrists and primary care physicians (PCPs)**
  - Most of our physicians work in private practice, with 30% of them in an academic setting
  - While we acknowledge that this is a relatively small sample size for a survey, we believe the results are still helpful in understanding the potential of various anti-depressants in development

- **Our physicians see an average of more than 100 patients with dementia per month**
  - As expected, our psychiatrists see more patients with dementia each month than our PCPs do





CONFIDENTIAL MSUSA 0000000713

Source: Mizuho Proprietary Physician Survey, Mizuho analysis

CONFIDENTIAL MSUSA 0000000714

Nuplazid Outlook
Beyond PDP

# Large Percentage of Our Respondents' Patients With Dementia Also Experience Psychotic Symptoms, Which Doctors Treat With a Range of Medications





Survey Question: What percentage of your patients with dementia also experience psychotic symptoms with their dementia?



Survey Question: What percentage of your patients with dementia who also experience psychotic symptoms with their dementia are treated for their psychotic symptoms?

| Specialty | Practice Setting | How do you generally treat your patients with dementia, who also experience psychotic symptoms, for their psychotic symptoms? |
|---|---|---|
| Psychiatrist | Private group practice | At first I rule out any medical causes of psychotic symptoms, then I generally attempt non-pharmacological treatments and distractions as well as environmental modifications. If that fails, we move on to low-dose pharmacological therapies |
| Psychiatrist | Academic setting | Initially attempts at behavioral management, normalization of sleep wake cycles, then usually an atypical neuroleptic, valproate, lamotrigine or Nuplazid |
| Psychiatrist | Private group practice | Rx |
| Psychiatrist | Private group practice | Combinations of meds, usually memantine, cholinesterase inhibitor agents, Nuedexta, valproic acid, benzos |
| Psychiatrist | Community Clinic | Antipsychotic medication |
| Psychiatrist | Private group practice | Atypical neuroleptics (seroquel, geodon, abilify) |
| Psychiatrist | Academic setting | Pimavanserin |
| Psychiatrist | Academic setting | Low doses of antipsychotic drugs |
| Psychiatrist | Academic setting | If they have DLB, first use is cholinesterase inhibitors.  If they have Parkinson's dementia, first use is pimavanserin.  If they have other dementias, I use quetiapine, risperidone and aripiprazole |
| Psychiatrist | Academic setting | In general I either treat with psychotic symptoms directly with neuroleptics or if the affective component is what makes the psychosis unbearable I will start with an antidepressant |
| Primary Care | Private group practice | Behavioral therapy, mood stabilizer such as Depakote, use of atypical antipsychotics and Nuplazid |
| Primary Care | Private solo practice | look for etiology ie meds, infxn, needs ie pain SOB CP |
| Primary Care | Private solo practice | Use anti-psychotic medications |
| Primary Care | Private group practice | Behavior modification and medications |
| Primary Care | Private group practice | Benzodiazepines |
| Primary Care | Private solo practice | Using an antipsychotic such as Seroquel or Haldol or any of the others |
| Primary Care | Private solo practice | With antipsychotics, treat insomnia, treat underlying depression, treat cognition. |
| Primary Care | Private solo practice | I often use low dose anti-psychotics but it depends on the degree of dementia/psychosis. |
| Primary Care | Academic setting | As a geriatrician with special interest in gero-psychiatry; if patients  have affected function, I will start antipsychotics |
| Primary Care | Private group practice | Seroquel, Nuplazid, other atypical antipsychotic |

CONFIDENTIAL MSUSA 0000000714

MIZUHO

Source: Mizuho Proprietary Physician Survey, Mizuho analysis

CONFIDENTIAL MSUSA 0000000715

# High Level of Awareness and Interest in Pimavanserin for Dementia-Related Psychosis, With Respondents Expecting to Use it in ~40% of Their Appropriate Patients

Nuplazid Outlook Beyond PDP



Survey Question: Are you familiar with the data for pimavanserin in dementia-related psychosis? (Yes/No)



Survey Question: Based on the product's clinical profile, how interested are you in using pimavanserin in your patients with dementia-related psychosis? (Scale of 1-10, with 1 being NOT INTERESTED and 10 being VERY INTERESTED)

\* - Question asked after pimavanserin's profile in dementia-related psychosis was presented to all respondents



Survey Question: Assuming regulatory approval and reasonable formulary access for pimavanserin, what is the peak market share that you believe the product would obtain in your practice for patients with dementia-related psychosis?

CONFIDENTIAL MSUSA 0000000715

MIZUHO

Source: Mizuho Proprietary Physician Survey, Mizuho analysis

28

CONFIDENTIAL MSUSA 0000000716

# We Believe Nuplazid's DRP Indication Alone Could Deliver Unadjusted Peak Sales of ~$4.2Bn and Probability-Adjusted Peak Sales of ~$3.4Bn at an 80% POS

- **While there will likely be a large market opportunity available to Nuplazid in DRP, there remains more debate on the pricing side of the equation**
  - We currently assume Nuplazid's net price will come down from ~$3,000/script to ~$1,700/script over time to allow the product to gain further access and greater volumes in the large DRP market

| Dementia Related Psychosis (Sales in millions) | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **US MARKET MODEL** | | | | | | | | | | | |
| **Total US Population** | 332,178,030 | 334,171,583 | 336,177,100 | 338,194,653 | 340,224,314 | 342,266,156 | 344,320,252 | 346,386,676 | 348,465,501 | 350,556,803 | 352,660,655 |
| *Growth rate* | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| **US Adult Population ≥ 45 Years Old** | 138,186,060 | 139,015,378 | 139,849,673 | 140,688,975 | 141,533,315 | 142,382,721 | 143,237,225 | 144,096,857 | 144,961,649 | 145,831,630 | 146,706,832 |
| *% of US Population ≥ 45 Years Old* | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% | 41.6% |
| **Total Number of Patients with Dementia** | 8,578,719 | 8,804,323 | 9,032,406 | 9,262,497 | 9,494,604 | 9,728,737 | 9,930,420 | 10,133,731 | 10,339,190 | 10,546,816 | 10,756,627 |
| *% US Adults with Dementia* | 6.2% | 6.3% | 6.5% | 6.6% | 6.7% | 6.8% | 6.9% | 7.0% | 7.1% | 7.2% | 7.3% |
| **Dementia Patients Experiencing Psychosis** | 3,804,475 | 3,911,499 | 4,019,711 | 4,129,017 | 4,239,424 | 4,350,938 | 4,446,139 | 4,542,252 | 4,639,390 | 4,737,563 | 4,836,781 |
| *% Dementia Patients Experiencing Psychosis* | 44% | 44% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% |
| **Number of Patients Seeking Treatment** | 1,284,096 | 1,322,306 | 1,362,197 | 1,402,521 | 1,443,281 | 1,484,476 | 1,520,120 | 1,596,866 | 1,675,797 | 1,756,945 | 1,840,342 |
| *% of Dementia Patients Seeking Treatment* | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 35% | 36% | 37% | 38% |
| | | | | | | | | | | | |
| <u>Pimavanserin</u> | | | | | | | | | | | |
| **Number of Patients Treated - Excluding Parkinson's** | | | | | | | | | | | |
| Alzheimer's Disease Dementia | | 11,053 | 34,164 | 58,635 | 84,488 | 124,160 | 165,191 | 213,960 | 253,045 | 280,515 | 201,376 |
| Vascular Dementia | | 735 | 2,306 | 3,611 | 5,022 | 6,540 | 8,167 | 9,432 | 10,777 | 11,439 | 7,712 |
| Dementia with Lewy Body | | 984 | 2,989 | 4,538 | 6,123 | 7,745 | 9,390 | 11,244 | 13,276 | 14,847 | 10,291 |
| Frontotemporal Dementia | | 21 | 65 | 98 | 132 | 167 | 203 | 243 | 287 | 321 | 357 |
| **Dementia Patients Treated** | | 12,793 | 39,524 | 66,883 | 95,765 | 138,613 | 182,951 | 234,879 | 277,385 | 307,122 | 219,736 |
| | | | | | | | | | | | |
| **Average Rx's per Year - Excluding Parkinson's** | | | | | | | | | | | |
| Alzheimer's Disease Dementia | | 46,422 | 46,422 | 189,912 | 389,758 | 601,117 | 876,321 | 1,215,274 | 1,592,434 | 1,961,420 | 2,240,949 |
| Vascular Dementia | | 3,087 | 3,087 | 12,770 | 24,852 | 36,262 | 48,562 | 61,768 | 73,916 | 84,879 | 93,307 |
| Dementia with Lewy Body | | 4,135 | 4,135 | 16,689 | 31,612 | 44,774 | 58,246 | 71,969 | 86,663 | 102,985 | 118,120 |
| Frontotemporal Dementia | | 89 | 89 | 361 | 684 | 968 | 1,258 | 1,555 | 1,873 | 2,226 | 2,554 |
| **Average Rx's per Year** | | 53,733 | 53,733 | 219,732 | 446,906 | 683,121 | 984,388 | 1,350,567 | 1,754,886 | 2,151,510 | 2,454,930 |
| **Net Price per Rx** | | $2,880 | $2,808 | $2,673 | $2,482 | $2,291 | $2,100 | $1,909 | $1,718 | $1,718 | $1,718 |
| | | | | | | | | | | | |
| **Sales by Dementia Type - Excluding Parkinson's** | | | | | | | | | | | |
| Alzheimer's Disease Dementia | | $134 | $533 | $1,042 | $1,492 | $2,008 | $2,553 | $3,041 | $3,371 | $3,851 | $3,478 |
| Vascular Dementia | | $9 | $36 | $66 | $90 | $111 | $130 | $141 | $146 | $160 | $138 |
| Dementia with Lewy Body | | $12 | $47 | $85 | $111 | $133 | $151 | $165 | $177 | $203 | $181 |
| Fontotemporal Dementia | | $0 | $1 | $2 | $2 | $3 | $3 | $4 | $4 | $4 | $5 |
| **Total Sales** | | $155 | $617 | $1,195 | $1,696 | $2,256 | $2,837 | $3,351 | $3,697 | $4,219 | $3,803 |
| *Growth* | | | 298.7% | 93.6% | 41.9% | 33.0% | 25.8% | 18.1% | 10.3% | 14.1% | (9.9%) |

CONFIDENTIAL MSUSA 0000000716

Source: Price Rx, Company data, Mizuho analysis

**MIZUHO**

CONFIDENTIAL MSUSA 0000000717

Nuplazid Outlook
Beyond PDP

# Negative Symptoms of Schizophrenia Another Large Potential Opportunity for Nuplazid

- **Data from the Phase 2 ADVANCE trial of Nuplazid in negative symptoms of schizophrenia were presented at the 2020 American Society of Clinical Psychopharmacology Meeting**

- **The ADVANCE data highlighted the potential Nuplazid holds in addressing negative symptoms of schizophrenia**
  - Based on the Negative Symptom Assessment-16 (NSA-16) scale
  - Differences seen in Phase 2 were statistically significant and also clinically meaningful, especially in a condition where there are no approved treatments



CONFIDENTIAL MSUSA 0000000717

Source: Company data, Mizuho analysis

**MIZUHO**

CONFIDENTIAL MSUSA 0000000718

Nuplazid Outlook
Beyond PDP

# Nuplazid Now in Phase 3 ADVANCE-2 Trial in Negative Symptoms of Schizophrenia

- **The Phase 3 ADVANCE-2 trial is now ongoing for Nuplazid in negative symptoms of schizophrenia**
    - Results currently expected in December 2022 based on **clinicaltrials.gov**
    - Potential for this trial to serve as a second pivotal trial for regulatory submission, assuming positive results



CONFIDENTIAL MSUSA 0000000718

**MIZUHO**

31

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000719

# Schizophrenia Market a Large One That Has Supported Multiple Blockbusters, But Negative Symptoms Remain an Untapped Opportunity

Nuplazid Outlook Beyond PDP

## US Sales for Select Anti-Psychotics

| Drug | Company | Peak US Annual Sales | Peak Year |
|------|---------|---------------------|-----------|
| Zyprexa | Eli Lilly | $2.65Bn | 2003 |
| Seroquel | AstraZeneca | $3.34Bn | 2011 |
| Abilify | Otsuka/Bristol-Myers | $4.55Bn | 2013 |

## Consensus US Sales Estimates for More Recent Anti-Psychotic Launches

| Drug | Company | Peak US Annual Sales | Peak Year |
|------|---------|---------------------|-----------|
| Latuda | Sumitomo Dainippon | $1.88Bn | 2021 |
| Rexulti | Otsuka | $1.4Bn | 2024* |
| Vraylar | Allergan | $1.6Bn | 2024* |

\* - Note that Consensus US sales estimates are from EvaluatePharma but only available through 2024, at which point Rexulti and Vraylar sales estimates are still increasing



**59% of Adult patients with Schizophrenia Who are Treated Have Negative Symptoms and Are Clinically Stable**

Schizophrenia.com: 2.2 million patients in U.S.

Prevalence of US adults with schizophrenia in treatment/yr: **0.53%**[1]

**69%** of patients have negative symptoms: ~42%[2,3] predominant/prominent symptoms; ~27%[4] mild symptoms

**15%**[2,3] weighted-average 6-month relapse rate among patients with varying severity of negative symptoms

Estimated prevalence Of SZ (0.88%) 2.2 million US adults

Treatment prevalence of SZ (0.53%) 1.3 million US adults

Negative-Sx (69%) 0.9 million US adults

Stable patients (85%): 0.78 million US adults

1. Wu et al., Psychol Medicine 2006; 2. Miller et al., J Market Acc Health Policy, 2017; 3. Haro et al., Schizo Research 2015 ; 4. Nordstroem et al., J Social Psychiatry 2017

MIZUHO

Source: Company data, Minerva Corporate Presentation, EvaluatePharma, Mizuho analysis

Case 3:21-cv-00762-WQH-MSB    Document 122-45    Filed 12/12/23    PageID.3795
Page 34 of 60

# Multiple Companies Pursuing an Indication for Use in Treating Negative Symptoms, But Nuplazid's Familiarity Could Allow for More Rapid Market Adoption

Nuplazid Outlook
Beyond PDP

| Company | Drug | Mechanism | Indication | Phase | Molecule | Route of Administration |
|---|---|---|---|---|---|---|
| Acadia | Pimavanserin | Serotonin 5-HT 2A receptor | Negative symptoms of schizophrenia | III | Small Molecule | Oral (PO) |
| Minerva | Roluperidone | Serotonin 5-H5 2A receptor, sigma2 | Negative symptoms of schizophrenia | III | Small Molecule | Oral (PO) |
| SyneuRx | NaBen | D-amino acid oxidase (DAAO) | Negative and positive symptoms of schizophrenia as an add-on | IIb/III | Small Molecule | Oral (PO) |
| Neurocrine | TAK-831 | D-amino acid oxidase (DAAO) | Negative symptoms of schizophrenia | II | Small Molecule | Oral (PO) |
| Karuna | KarXT | Muscarinic receptor | Negative and cognitive symptoms of schizophrenia | I | Small Molecule | Oral (PO) |

MIZUHO

Source: Company data, EvaluatePharma, Mizuho analysis

CONFIDENTIAL MSUSA 0000000721

# Potential in Negative Symptoms of Schizophrenia Adds Another ~$1Bn in Probability Adjusted Sales

**Nuplazid Outlook Beyond PDP**

- **Based on our schizophrenia market model, we assume ~$1.6Bn in Nuplazid peak sales in negative symptoms of schizophrenia in 2029**
  - We assume 2022 data and a potential 2023 launch, along with a 65% probability of success, which leads to probability-adjusted peak sales of ~$1Bn in 2029

| Schizophrenia Negative Symptoms Market Model (Sales in millions) | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **US MARKET MODEL** | | | | | | | | | | | |
| **Total US Population** | 332,178,030 | 334,171,583 | 336,177,100 | 338,194,653 | 340,224,314 | 342,266,156 | 344,320,252 | 346,386,676 | 348,465,501 | 350,556,803 | 352,660,655 |
| Growth rate | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| **Total US Adult Population** | 257,770,151 | 259,317,148 | 260,873,429 | 262,439,050 | 264,014,068 | 265,598,537 | 267,192,516 | 268,796,061 | 270,409,229 | 272,032,079 | 273,664,668 |
| Percent US Adults | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% |
| **Total US Adults with Schizophrenia** | 2,835,472 | 2,852,489 | 2,869,608 | 2,886,830 | 2,904,155 | 2,921,584 | 2,939,118 | 2,956,757 | 2,974,502 | 2,992,353 | 3,010,311 |
| Percent of Patients with Schizophrenia | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| **Number of Patients Treated** | 1,417,736 | 1,426,244 | 1,434,804 | 1,443,415 | 1,452,077 | 1,460,792 | 1,469,559 | 1,478,378 | 1,487,251 | 1,496,176 | 1,505,156 |
| Percent of Patient Treated | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| **Number of Patients with Negative Symptoms** | 921,528 | 927,059 | 932,623 | 938,220 | 943,850 | 949,515 | 955,213 | 960,946 | 966,713 | 972,515 | 978,351 |
| Percent of Patients with Negative Symptoms | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% | 65.0% |
| **Pimavanserin** | | | | | | | | | | | |
| **Number of Patients Treated** | | | | 9,382 | 37,754 | 66,466 | 95,521 | 115,314 | 117,939 | 120,592 | 78,855 |
| Average Rx's per Year | | | | 73,181 | 183,831 | 406,458 | 631,751 | 822,256 | 909,685 | 930,270 | 777,843 |
| Net Price per Rx | | | | $2,673 | $2,482 | $2,291 | $2,100 | $1,909 | $1,718 | $1,718 | $1,718 |
| **Pimavanserin Sales** | | | | $196 | $456 | $931 | $1,327 | $1,570 | $1,563 | $1,599 | $1,337 |
| Growth | | | | | 133.3% | 104.1% | 42.5% | 18.3% | (0.4%) | 2.3% | (16.4%) |

CONFIDENTIAL MSUSA 0000000722

# We Assume Peak US Probability-Adjusted Nuplazid Sales of ~$5.2Bn, But Then Likely Rapid Decline Following US Patent Expiration in 2030

**Nuplazid Outlook Beyond PDP**

| Nuplazid Sales ($ in millions) | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mizuho | $441 | $682 | $1,168 | $1,844 | $2,467 | $3,244 | $3,971 | $4,526 | $4,764 | $5,236 | $4,612 |
| Consensus | $444 | $684 | $1,127 | $1,762 | $2,448 | $3,371 | $4,213 | $4,567 | $4,824 | $4,605 | $4,148 |
| Difference | ($3) | ($2) | $40 | $82 | $19 | ($127) | ($242) | ($41) | ($61) | $631 | $465 |
| Difference (%) | (1%) | (0%) | 3% | 4% | 1% | (4%) | (6%) | (1%) | (1%) | 12% | 10% |

- **We currently assume Nuplazid loss of exclusivity in the US in 2030**
  - Composition of matter patent expires in 2027, but will likely be extended to 2030 based on a patent term extension
    - ◆ We assume a rapid decline in Nuplazid sales after patent expiry, with our DCF valuation (which is based on cash flows forecasted through 2030) incorporating a 65% rate of terminal decline

- **Acadia has not yet pursued commercialization of Nuplazid outside of the US, due to what may be a less favorable payer environment**
  - Based on how the development of other indications proceeds, the company may investigate ex-US opportunities further once the product's profile is better understood

- **Acadia acquired certain intellectual property rights for pimavanserin from Ipsen**
  - Pays Ipsen royalties of up to 2% of net sales as a result, but this obligation ends in 2021

CONFIDENTIAL MSUSA 0000000722

**MIZUHO**

Source: Company data, First Order Analytics, Mizuho analysis

CONFIDENTIAL MSUSA 0000000723



Other Upside
Opportunities



CONFIDENTIAL MSUSA 0000000723

CONFIDENTIAL MSUSA 0000000724

Other Upside
Opportunities

# Trofinetide is in Late Stage Development to Potentially Treat Rett Syndrome

- **Rett syndrome is a rare, genetic neurological disorder that is mainly seen in young girls**
  - Majority of cases caused by mutations on the MECP2 gene on the X chromosome
    - ◆ Gene encodes a protein that binds to methylated DNA and regulates transcription
  - Disease incidence of 1 in every 10,000 female births
  - Currently ~6,000-9,000 patients with Rett syndrome in the US

- **Rett syndrome leads to a wide range of severe impairments that can impact nearly all aspects of a patient's life, including**
  - Loss of speech
  - Loss of purposeful use of hands
  - Involuntary hand movements such as handwashing
  - Loss of mobility or gait disturbances
  - Loss of muscle tone
  - Seizures or Rett "episodes"
  - Scoliosis
  - Breathing issues
  - Sleep disturbances
  - Slowed rate of growth for head, feet and hands



CONFIDENTIAL MSUSA 0000000725

# Trofinetide is One of Multiple Therapies in Development to Potentially Address the Unmet Need in Rett Syndrome

- **There are currently no FDA-approved therapies to treat Rett syndrome, but trofinetide is one of several therapies being studied for the condition**

| Company | Drug | Mechanism | Phase | Molecule | Route of Administration |
|---|---|---|---|---|---|
| Acadia | Trofinetide | IGF-1R | III | Small Molecule | Oral (PO) |
| GW Pharmaceuticals | Epidiolex | Canabinoid-1/2 receptor, Serotonin 5-HT 1A receptor, GPR55 | III | Small Molecule | Oral (PO) |
| Anavex | ANAVEX 2-73 | S1R, NMDA, Muscarinic acetylcholine receptor, glutamate receptor, sodium channels | II/III | Small Molecule | Oral (PO) |
| Biohaven | BHV-5000 | NMDA glutamate receptor | I | Small Molecule | Oral (PO) |
| Novartis | AVXS-201 | Methyl CpG binding protein 2 (MeCP2) | I | Biologic | Injectable |
| GW Pharmaceuticals | GWP42006 | Cannabinoid-1/2 receptor | I | Small Molecule | Sublingual (SL) |

CONFIDENTIAL MSUSA 0000000726

# Mechanistic Rationale, Early Clinical Data Provide Reasons for Optimism for Trofinetide's Potential in Rett Syndrome

**Other Upside Opportunities**

- **Trofinetide is a small molecule analog of glypromate with improved systemic availability and increased plasma half-life**
  - Acadia acquired rights to trofinetide through a 2018 exclusive license agreement with Neuren Pharmaceuticals
  - Acadia paid $10M upfront and agreed to pay up to $455M in potential milestones and tiered, escalating royalties on net sales
  - Animal models of Rett syndrome have shown that treating mice with glypromate can modulated disease symptoms

- **Multiple possible mechanisms to support the role trofinetide may play in Rett syndrome, including**
  - Inhibition of astrogliosis and microglia activation
  - Normalization of synaptic protein synthesis
  - Improvement of dendritic morphology
  - Anti-inflammatory benefits
  - Trophic effects

- **Trofinetide was initially studied in Rett syndrome in an exploratory Phase 2 trial in 56 adolescent and adult females**
  - 35mg/kg and 70mg/kg doses were found to be safe and well tolerated
  - Higher 70mg/kg dose showed signs of efficacy in a range of efficacy outcome measures
    - Changes were viewed as clinically meaningful both by clinicians and caregivers

- **Trofinetide's potential in Rett syndrome was further supported by a Phase 2 pediatric trial**
  - Trial included 82 children and adolescents aged 5-15 years
  - Trial was placebo controlled and tested three different doses of trofinetide (50mg/kg, 100mg/kg and 200mg/kg given twice daily)
  - All doses were again found to safe and well tolerated
  - Highest dose of 200mg/kg twice daily showed statistically significant and clinically meaningful benefits on multiple functional dimensions of Rett syndrome

CONFIDENTIAL MSUSA 0000000726

 **MIZUHO**

Source: Glaze et al Pediatric Neurology 2017, Glaze et al Neurology 2019, Company data, Mizuho analysis

**Other Upside Opportunities**

# Trofinetide's Potential Will Be Determined by Ongoing Phase 3 LAVENDER Study; We Currently Estimate a 60% POS and 2030 Adjusted Sales of ~$160M

- **Phase 3 LAVENDER Study is ongoing for trofinetide in Rett syndrome**
  - Randomized, double-blind, placebo-controlled, parallel-group trial
  - 184 participants
  - Study started in November 2019
  - Expected completion in October 2021
  - Clinicaltrials.gov identifier: NCT04181723

- **We currently estimate trofinetide unadjusted sales of ~$265M in 2030**
  - Based on a 60% probability of success, this suggests ~$160M in probability-adjusted sales in 2030
  - Assuming a 2022 launch and net price starting at $75K per patient, which could prove to be conservative

| Trofinetide Sales ($ in millions) | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|
| Mizuho | $25 | $38 | $58 | $80 | $103 | $127 | $152 | $156 | $160 |
| Consensus | $8 | $50 | $93 | $135 | $120 | $145 | $169 | $182 | $205 |
| Difference | $16 | ($12) | ($35) | ($55) | ($17) | ($19) | ($17) | ($26) | ($45) |
| Difference (%) | 67% | (33%) | (60%) | (69%) | (17%) | (15%) | (11%) | (17%) | (28%) |

CONFIDENTIAL MSUSA 0000000728

## Acadia Building Out Its Early Stage Pipeline Through Vanderbilt Partnership and CerSci Acquisition

Other Upside Opportunities

- **Over the past several months, Acadia has completed two transactions to help boost its early-mid stage pipeline**

- **In May 2020, the company announced a collaboration with Vanderbilt University**
  - Focused on development of novel positive allosteric modulators (PAMs) of the muscarinic M1 receptor
  - M1 PAMs have received increasing amounts of attention from industry given the potential role they have in treating conditions such as schizophrenia and Alzheimer's disease
  - Lead asset is in Phase 1 testing, while other compounds are in preclinical development or part of an ongoing drug discovery program
  - Acadia paid Vanderbilt University $10M upfront and could pay up to $515M in potential milestone payments along with tiered royalties

- **In August 2020, the company acquired CerSci Therapeutics**
  - CerSci was focused on developing compounds for various neurological conditions, including non-opioid alternatives to treat acute and chronic pain
  - Lead asset is ACP-044, which will start Phase 2 studies in 1H 2021
    - Novel Reactive Species Decomposition Accelerant (RSDAx) focused on interrupting pathways that sensitize neurons to pain
  - Acadia paid $52.5M upfront to close the deal, with the potentially to by up to $887M in milestones and tiered, mid-single digit royalties on net sales

- **We do not currently have any revenues in our model for any assets obtained from Vanderbilt and CerSci**
  - However, we like the approach Acadia is taking to build out its early-mid stage pipeline through targeted transactions given the strong presence they already have in the neuropsychiatry space



Source: Company data, Mizuho analysis

41

CONFIDENTIAL MSUSA 0000000729

# Catalysts



CONFIDENTIAL MSUSA 0000000729



CONFIDENTIAL MSUSA 0000000730

# Potential Nuplazid Approval in Dementia-Related Psychosis Next Key Catalyst for ACAD Shares

| Drug | Indication | Event | Expected Date |
|---|---|---|---|
| | | **Commercial** | |
| Nuplazid | PDP | Commercial performance in Parkinson's disease psychosis | Ongoing |
| | | **Regulatory** | |
| Pimavanserin | DRP | Potential FDA approval for dementia-related psychosis | ~April 3, 2021 |
| | | **Phase 3** | |
| Trofinetide | Rett Syndrome | Ph3 data from LAVENDER trial in Rett syndrome | 2H 2021 |
| Primavanserin | Schizophrenia | Ph3 data from ADVANCE-2 trial in negative symptoms of schizophrenia | 2022 |
| | | **Phase 2** | |
| ACP-044 | Pain | Ph2 trial start in pain | 1H 2021 |

CONFIDENTIAL MSUSA 0000000730

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000731



# Valuation



CONFIDENTIAL MSUSA 0000000731

CONFIDENTIAL MSUSA 0000000732

Valuation

# Mizuho Blended Price Target Suggests ACAD is Worth $69/Share

## DCF Valuation Snapshot

| | | Perpetuity Growth | | |
|---|---|---|---|---|
| | | (45.0%) | (55.0%) | (65.0%) |
| W A C C | 6.0% | $84 | $81 | $78 |
| | 7.0% | $78 | $75 | $73 |
| | 8.0% | $73 | **$70** | $68 |
| | 9.0% | $68 | $66 | $64 |
| | 10.0% | $64 | $61 | $60 |

* Terminal Value is 9% of Equity Value

## Relative Valuation Snapshot*

| | Base Case |
|---|---|
| 5-Year Forward Sales ($MM) | $3,324 |
| Market Cap/5-Year Forward Sales Multiple | 3.5x |
| Est. Market Cap ($MM) | $11,634 |
| Implied Stock Price | **$65** |

## Blended Price Target

| ACAD | DCF | Relative Valuation |
|---|---|---|
| Valuation | $70 | $65 |
| Weight | 75% | 25% |
| Blended TP | **$69** | |

* - Note that for our relative valuation, we assigned a multiple of 3.5x our 5 year forward sales estimate of $3.3Bn. The 3.5x multiple is in line with the current trading multiple for a group of SMID cap, commercial-stage mainly CNS companies that included Acadia Pharmaceuticals, Acorda Therapeutics, Adamas Pharmaceuticals, Evolus, GW Neurocrine, Intra-Cellular Therapies, Lundbeck, Neurocrine, Vanda and Zogenix.

MIZUHO

CONFIDENTIAL MSUSA 0000000733

Valuation

# Majority of Our Acadia Valuation Driven by Nuplazid Pipeline Opportunities



CONFIDENTIAL MSUSA 0000000733

Source: Company data, Mizuho analysis

MIZUHO

46

Case 3:21-cv-00762-WQH-MSB   Document 122-45   Filed 12/12/23   PageID.3809
Page 48 of 60
CONFIDENTIAL MSUSA 0000000734

# Bull and Bear Scenario Analyses Show Range of Possibilities for Acadia Valuation, Based Primarily on Level of Success Nuplazid Has in Different Indications



**Main Scenario Drivers**

**GREY SKY**
- Assumes no value from pimavanserin or trofinetide
- Assumes full value of net cash

**BEAR CASE**
- Assumes regulatory delay by 3 years for dementia-related psychosis
- Assumes 2030 total sales of ~$3.7Bn

**MIZUHO BASE CASE**
- Assumes pimavanserin approval in dementia-related psychosis with probability adjusted 2030 sales of ~$3.8Bn at 80% POS
- Assumes ~$1.1B in probability adjusted 2030 sales in negative symptoms of schizophrenia
- Assumes ~$160MM in probability adjusted 2030 sales for trofinetide

**BULL CASE**
- Assumes regulatory approval at 100% POS for dementia-related psychosis
- Assumes 2030 probability-adjusted 2030 sales of ~$5.0Bn in dementia-related psychosis, and total 2030 sales of ~$7.0Bn for pimavanserin

**BLUE SKY**
- Assumes probability-adjusted 2030 sales of ~$8.0Bn for pimavanserin
- Assumes 100% POS for all indications of pimavanserin and trofinetide

Note: For purposes of this scenario analysis, we have looked at more bullish or more bearish assumptions for Acadia's key products and are not highlighting the full upside (e.g. acquisition) or full downside (e.g. failure of all assets) possibilities.

CONFIDENTIAL MSUSA 0000000734

**MIZUHO**

Source: Company data, Bloomberg, Mizuho analysis

47

CONFIDENTIAL MSUSA 0000000735

**Valuation**

# Nuplazid Data Has Been Primary Driver of ACAD Shares Over Last Two Years



**Closing Price**

11-Dec-2018 to 11-Dec-2020 (Daily)

Price (Local Currency)

> Announced Top-line Results from Phase 3 ENHANCE Trial of Pimavanserin which failed to achieve statistical significance on the primary endpoint

> Stock weakness tied to COVID-19 pandemic and broader market weakness

> Phase 3 Harmony study evaluating pimavanserin for the treatment of dementia-related psychosis met its primary endpoint

> Announced negative results from CLARITY trial of in major depressive disorder and FDA acceptance of Nuplazid filing in dementia-related psychosis but with a Standard (not Priority) Review

— ACADIA Pharmaceuticals Inc.

Source: FactSet Prices

CONFIDENTIAL MSUSA 0000000735

**MIZUHO**

Source: Company data, FactSet, Mizuho analysis

48

CONFIDENTIAL MSUSA 0000000736



Risks

CONFIDENTIAL MSUSA 0000000736



CONFIDENTIAL MSUSA 0000000737

**Risks**

# Risks to Our Buy Rating and $69 Price Target

- **Risks associated with investing in Acadia Pharmaceuticals shares include company-specific risks based on Acadia's product portfolio and macro risks that would likely impact the entire US biopharma industry.**

- **Company-specific risks include**
  - **Pipeline risk:** Surprising regulatory or clinical trial outcomes could impact how investors view Acadia's outlook, especially as the company looks to expand into new therapeutic areas and with new products. In particular, we believe investors have fairly high expectations for the ongoing regulatory review of Nuplazid for dementia-related psychosis (DRP) so surprises there could lead to downside in the stock. On the other hand, we believe expectations are fairly low for trofinetide in Rett syndrome so positive developments there could drive significant upside in the stock.

  - **Commercial risk:** Better or worse than expected commercial execution by Acadia, specifically for Nuplazid in Parkinson's disease psychosis (PDP) and DRP could impact how investors view Acadia's sales and earnings outlook for the next 1-3 years and meaningfully impact Acadia's stock.

  - **Business development risk:** The company has recently completed two transactions to build out their early-mid stage pipeline. Additional announcements could impact how investors view Acadia's outlook and these transactions are obviously difficult for external analysts to anticipate.

- **Industry risks** primary revolve around potential developments leading to structural changes in how drugs are priced in the US. Given the uncertainty around how and when these changes may occur, it is difficult to assess how Acadia might be impacted in isolation or relative to its peers. Our current Acadia estimates assume little to no growth coming from price increases, and, while we expect continued rhetoric around drug pricing, we do not expect any major new policies to be implemented that would dramatically impact Acadia's outlook, at least in the near-mid term.

CONFIDENTIAL MSUSA 0000000737

**MIZUHO**

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000738



# Appendix



CONFIDENTIAL MSUSA 0000000738

CONFIDENTIAL MSUSA 0000000739

# Acadia is a Commercial-Stage Biopharmaceutical Company Focused on Drug Development and Commercialization for Neurological Diseases

- **Acadia Pharmaceuticals is a commercial-stage biopharmaceutical company**
  - Founded by Mark Brann in July 1993 as Receptor Technologies
  - Reincorporated in Delaware in 1997
  - Corporate headquarters are in San Diego, CA

- **Focused on the development of novel therapies for the management of disorders of the central nervous system**
  - **Nuplazid** is an atypical antipsychotic indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis (PDP)
  - **Nuplazid** also in development for potential use in dementia-related psychosis (DRP) and in negative symptoms of schizophrenia, both conditions without currently approved treatment options
  - **Trofinetide** is in development for the treatment of Rett syndrome
  - Recent collaborations and acquisitions have boosted Acadia's early-mid stage pipeline with assets focused on other neurological and psychiatric conditions such as schizophrenia, Alzheimer's disease, and pain



Source: Company data, FactSet, Mizuho analysis

CONFIDENTIAL MSUSA 0000000740

**Management Team**

# Acadia Pharmaceuticals Management Team

| Name | Title | Brief Bio |
|---|---|---|
| Stephen R. Davis, CPA | Chief Executive Officer and Director | • He has served as Acadia's Chief Executive Officer and as a director of the company since September 2015<br>• At the time of joining Acadia, he had over 20 years of executive-level experience in the pharmaceutical industry<br>• He has previously served as the Executive Vice President and Chief Operating Officer at Heron Therapeutics, Inc., which he joined in 2013, and as Executive Vice President and Chief Operating Officer at Ardea Biosciences, Inc. from 2010 to 2013<br>• He received his Bachelor of Science degree in accounting from Southern Nazarene University and a Juris Doctorate from Vanderbilt University |
| Serge Stankovic, MD | President | • He is the President at Acadia and is also responsible for leading Research and Development at the company<br>• He has over 20 years of executive level experience in drug development and clinical and medical affairs<br>• Prior to Acadia, he served as the Senior Vice President of Clinical Development and Medical Affairs at Alkermes plc. and before that he worked with Teva Pharmaceuticals Ltd as the Senior Vice President and Head of Global Clinical Development<br>• He received his M.D. from the University of Belgrade and holds a Master of Science in Public Health from the University of Alabama at Birmingham. |
| Elena H. Ridloff, CFA | EVP, Chief Financial & Accounting Officer | • She is the Executive Vice President, Chief Financial Officer at Acadia<br>• She has been with the company since April 2018 serving in different roles including Senior Vice President, Investor Relations and Interim Chief Financial Officer<br>• Prior to Acadia, she worked with Alexion Pharmaceuticals, Inc., as Executive Director, Investor Relations<br>• She has a B.A. in history and sociology of science from the University of Pennsylvania, and is a Chartered Financial Analyst. |
| Ponni Subbiah, MD | Chief Medical Officer & Senior Vice President | • She is the Senior Vice President, Global Head of Medical Affairs and Chief Medical Officer at Acadia and has been with the company since October 2019<br>• She is a neurologist with more than 20 years of experience leading medical and clinical research strategies across various therapeutic areas<br>• Previously, she was the Chief Medical Officer for Indivior Inc. and has also held various leadership roles at Pfizer, Inc.<br>• She received her medical degree from Madras Medical College in Chennai, India and earned a Master's degree in Public Health from the Johns Hopkins Bloomberg School of Public Health in Baltimore, MD. |
| Eliseo Oreste Salinas, MD | Chief Scientific Officer & Senior Vice President | • He is the Senior Vice President, Chief Scientific Officer and Head of External Innovation at Acadia<br>• He joined the company in September 2018 bringing with him 27 years of experience of developing diverse therapeutic products for CNS and other disorders<br>• He has been directly involved in 16 IND submissions and 15 regulatory approvals<br>• Prior to joining Acadia, he served as the Chief Medical Officer for New World Laboratories. He has also served in leadership positions in R&D at several other companies<br>• He received his M.D. from the University of Buenos Aires and obtained his Master's degree in Pharmacology from the Université Pierre et Marie Curie, Academie de Paris |

CONFIDENTIAL MSUSA 0000000740

**MIZUHO**

Source: Company data, Mizuho analysis

CONFIDENTIAL MSUSA 0000000741

Financial Statements

# Acadia Pharmaceuticals Revenue Statement

| Acadia Pharmaceuticals Revenue Build (In Millions except per share data) | 2018 FY18A | 2019 FY19A | 2020 FY20E | 2021 FY21E | 2022 FY22E | 2023 FY23E | 2024 FY24E | 2025 FY25E | 2026 FY26E | 2027 FY27E | 2028 FY28E | 2029 FY29E | 2030 FY30E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NUPLAZID/Pimavanserin** | | | | | | | | | | | | | |
| Parkinson's Dementia Psychosis | 223.8 | 339.1 | 441.0 | 558.3 | 670.3 | 749.6 | 790.0 | 792.5 | 773.8 | 735.7 | 680.7 | 699.6 | 591.4 |
| Dementia-Related Psychosis | 0.0 | 0.0 | 0.0 | 123.8 | 497.6 | 967.7 | 1,377.0 | 1,835.0 | 2,312.2 | 2,736.4 | 3,024.7 | 3,448.5 | 3,108.3 |
| Schizophrenia Negative Symptoms | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 127.2 | 300.4 | 616.6 | 885.0 | 1,054.3 | 1,058.3 | 1,087.6 | 912.5 |
| Total NUPLAZID/Pimavanserin Risk-Adj Revenues | 223.8 | 339.1 | 441.0 | 682.1 | 1,167.9 | 1,844.5 | 2,467.4 | 3,244.1 | 3,971.0 | 4,526.3 | 4,763.8 | 5,235.8 | 4,612.2 |
| **Trofinetide - Rett Syndrome** | 0.0 | 0.0 | 0.0 | 0.0 | 24.6 | 37.9 | 58.4 | 80.0 | 102.7 | 126.6 | 151.7 | 155.8 | 160.1 |
| **Phase 2 Pipeline** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Revenues** | 223.8 | 339.1 | 441.0 | 682.1 | 1,192.5 | 1,882.4 | 2,525.8 | 3,324.1 | 4,073.7 | 4,652.9 | 4,915.5 | 5,391.7 | 4,772.3 |
| **YoY Growth** | | | | | | | | | | | | | |
| Total Revenues | 79% | 52% | 30% | 55% | 75% | 58% | 34% | 32% | 23% | 14% | 6% | 10% | (11%) |

MIZUHO

Source: Company data, Mizuho analysis

54

CONFIDENTIAL MSUSA 0000000742

Financial Statements

# Acadia Pharmaceuticals Income Statement

| Acadia Pharmaceuticals Income Statement (In Millions except per share data) | 2018 FY18A | 2019 FY19A | 2020 FY20E | 2021 FY21E | 2022 FY22E | 2023 FY23E | 2024 FY24E | 2025 FY25E | 2026 FY26E | 2027 FY27E | 2028 FY28E | 2029 FY29E | 2030 FY30E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | 223.8 | 339.1 | 441.0 | 682.1 | 1,192.5 | 1,882.4 | 2,525.8 | 3,324.1 | 4,073.7 | 4,652.9 | 4,915.5 | 5,391.7 | 4,772.3 |
| COGS | 18.3 | 19.6 | 21.7 | 36.8 | 41.1 | 62.6 | 85.0 | 112.1 | 137.7 | 158.4 | 170.0 | 184.6 | 167.1 |
| Gross profit | 205.5 | 319.5 | 419.2 | 645.3 | 1,151.4 | 1,819.8 | 2,440.8 | 3,212.0 | 3,936.0 | 4,494.5 | 4,745.5 | 5,207.1 | 4,605.2 |
| R&D | 187.2 | 240.4 | 327.0 | 294.6 | 319.2 | 328.3 | 318.8 | 318.8 | 271.0 | 162.6 | 97.6 | 58.5 | 35.1 |
| SG&A | 265.8 | 325.6 | 387.0 | 583.4 | 619.2 | 663.4 | 697.5 | 738.4 | 760.6 | 773.2 | 739.4 | 597.2 | 436.9 |
| Total Operating Expense | 452.9 | 566.0 | 714.0 | 878.0 | 938.4 | 991.7 | 1,016.3 | 1,057.2 | 1,031.5 | 935.8 | 836.9 | 655.7 | 472.1 |
| Operating income (loss) | (247.4) | (246.5) | (294.8) | (232.7) | 213.0 | 828.1 | 1,424.5 | 2,154.8 | 2,904.5 | 3,558.7 | 3,908.6 | 4,551.4 | 4,133.2 |
| Interest Income, Net | 5.3 | 11.2 | 8.3 | 7.5 | 6.3 | 10.5 | 22.5 | 42.3 | 70.2 | 105.8 | 149.4 | 198.3 | 254.5 |
| Total other income/(expense) | 3.5 | 12.2 | 7.0 | 7.5 | 6.3 | 10.5 | 22.5 | 42.3 | 70.2 | 105.8 | 149.4 | 198.3 | 254.5 |
| Profit (Loss) before tax | (243.9) | (234.4) | (287.8) | (225.3) | 219.3 | 838.6 | 1,447.0 | 2,197.1 | 2,974.7 | 3,664.5 | 4,058.0 | 4,749.6 | 4,387.6 |
| Income tax expense (benefit) | 1.3 | 0.9 | 0.2 | 0.0 | 6.6 | 41.9 | 144.7 | 329.6 | 594.9 | 769.6 | 852.2 | 997.4 | 921.4 |
| Net Profit (Loss) | (245.2) | (235.3) | (288.0) | (225.3) | 212.7 | 796.7 | 1,302.3 | 1,867.6 | 2,379.8 | 2,895.0 | 3,205.8 | 3,752.2 | 3,466.2 |
| Weighted average shares - basic | 126.6 | 147.2 | 157.2 | 160.2 | 163.4 | 165.5 | 167.4 | 169.3 | 170.8 | 172.1 | 173.3 | 174.0 | 174.6 |
| Weighted average shares - diluted | 147.4 | 166.7 | 177.3 | 179.9 | 183.1 | 185.2 | 187.1 | 189.0 | 190.5 | 191.8 | 193.0 | 193.7 | 194.3 |
| Weighted avg. shares to calculate diluted EPS | 126.6 | 147.2 | 157.2 | 160.2 | 183.1 | 185.2 | 187.1 | 189.0 | 190.5 | 191.8 | 193.0 | 193.7 | 194.3 |
| EPS - basic | ($1.94) | ($1.60) | ($1.83) | ($1.41) | $1.30 | $4.81 | $7.78 | $11.03 | $13.93 | $16.82 | $18.50 | $21.57 | $19.85 |
| EPS - Diluted | ($1.94) | ($1.60) | ($1.83) | ($1.41) | $1.16 | $4.30 | $6.96 | $9.88 | $12.49 | $15.09 | $16.61 | $19.37 | $17.84 |
| Depreciation and amortization | 81.6 | 82.3 | 90.2 | 111.6 | 116.2 | 121.0 | 124.8 | 127.1 | 121.7 | 109.7 | 103.4 | 74.3 | 71.8 |
| EBITDA | (165.9) | (164.3) | (204.6) | (121.1) | 329.2 | 949.1 | 1,549.3 | 2,282.0 | 3,026.2 | 3,668.4 | 4,012.0 | 4,625.7 | 4,205.0 |
| Non-GAAP Net Income | (163.6) | (153.0) | (197.7) | (113.7) | 328.9 | 917.7 | 1,427.1 | 1,994.7 | 2,501.4 | 3,004.7 | 3,309.2 | 3,826.5 | 3,538.1 |
| Non-GAAP EPS | ($1.29) | ($1.04) | ($1.26) | ($0.71) | $1.80 | $4.96 | $7.63 | $10.56 | $13.13 | $15.66 | $17.15 | $19.76 | $18.21 |
| **Margin Analysis** | | | | | | | | | | | | | |
| Gross margin | 91.8% | 94.2% | 95.1% | 94.6% | 96.6% | 96.7% | 96.6% | 96.6% | 96.6% | 96.6% | 96.5% | 96.6% | 96.5% |
| R&D margin | 83.6% | 70.9% | 74.2% | 43.2% | 26.8% | 17.4% | 12.6% | 9.6% | 6.7% | 3.5% | 2.0% | 1.1% | 0.7% |
| SG&A margin | 118.7% | 96.0% | 87.8% | 85.5% | 51.9% | 35.2% | 27.6% | 22.2% | 18.7% | 16.6% | 15.0% | 11.1% | 9.2% |
| EBITDA margin | (109.9%) | (72.3%) | (66.5%) | (33.8%) | 18.1% | 44.2% | 56.6% | 65.0% | 71.5% | 76.6% | 79.7% | 84.6% | 86.8% |
| Operating margin | (110.6%) | (72.7%) | (66.9%) | (34.1%) | 17.9% | 44.0% | 56.4% | 64.8% | 71.3% | 76.5% | 79.5% | 84.4% | 86.6% |
| Effective tax rate | (0.5%) | (0.4%) | 0.0% | 0.0% | 3.0% | 5.0% | 10.0% | 15.0% | 20.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income margin | (109.6%) | (69.4%) | (65.3%) | (33.0%) | 17.8% | 42.3% | 51.6% | 56.2% | 58.4% | 62.2% | 65.2% | 69.6% | 72.6% |
| **Year/Year Changes** | | | | | | | | | | | | | |
| Total revenue | 79.2% | 51.5% | 30.0% | 54.7% | 74.8% | 57.9% | 34.2% | 31.6% | 22.6% | 14.2% | 5.6% | 9.7% | (11.5%) |
| Gross profit | 83.7% | 55.5% | 31.2% | 53.9% | 78.4% | 58.1% | 34.1% | 31.6% | 22.5% | 14.2% | 5.6% | 9.7% | (11.6%) |
| R&D | 25.5% | 28.4% | 36.0% | (9.9%) | 8.3% | 2.9% | (2.9%) | 0.0% | (15.0%) | (40.0%) | (40.0%) | (40.0%) | (40.0%) |
| SG&A | 4.2% | 22.5% | 18.8% | 50.8% | 6.1% | 7.1% | 5.1% | 5.9% | 3.0% | 1.7% | (4.4%) | (19.2%) | (26.8%) |
| EBITDA | NM | NM | NM | NM | NM | 285.1% | 71.8% | 51.1% | 34.7% | 22.5% | 9.8% | 16.4% | (9.2%) |
| Operating margin | NM | NM | NM | NM | NM | 288.8% | 72.0% | 51.3% | 34.8% | 22.5% | 9.8% | 16.4% | (9.2%) |
| Net income | NM | NM | NM | NM | NM | 274.6% | 63.5% | 43.4% | 27.4% | 21.6% | 10.7% | 17.0% | (7.6%) |



ACAD Initiation Deck

**Companies Mentioned (prices as of 12/14/2020)**
Acadia Pharmaceuticals Inc. (ACAD $52.22)
Biohaven Pharmaceutical Holding Co Ltd (BHVN- Buy $86.99)
Neurocrine Biosciences, Inc. (NBIX- Neutral $93.46)

Axsome Therapeutics, Inc. (AXSM $79.95)
Karuna Therapeutics, Inc. (KRTX- Buy $94.48)

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 1271 Avenue of the Americas, 2nd FL, New York NY, 10020.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

## Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: Acadia Pharmaceuticals Inc., Axsome Therapeutics, Inc. , Biohaven Pharmaceutical Holding Co Ltd and Neurocrine Biosciences, Inc.
The compensation of the research analyst writing this report, in whole or part, is based on MSUSA.s annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA.s internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

## Regulation Analyst Certification (AC)

I, Vamil Divan, MD, hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

## Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

## Rating Distribution

| (As of December 15 ) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 60.05% | 60.63% |
| Hold (Neutral) | 38.04% | 50.71% |
| Sell (Underperform) | 1.90% | 71.43% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.

CONFIDENTIAL MSUSA 0000000744

**MIZUHO**









CONFIDENTIAL MSUSA 0000000744
**Mizuho Securities USA LLC**



ACAD Initiation Deck



Created by: BlueMatrix

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 1271 Avenue of the Americas, 2nd FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 1271 Avenue of the Americas, 2nd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

CONFIDENTIAL MSUSA 0000000746

**MIZUHO**

ACAD Initiation Deck

**United Kingdom/Germany/European Economic Area:** This report is distributed in the United Kingdom by Mizuho International plc (MHI), Mizuho House, 30 Old Bailey, London EC4M 7AU. MHI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. This report is distributed in Germany by Mizuho Securities Europe GmbH (MHEU), Taunustor 1, 60310 Frankfurt, Germany. MHEU is authorised and regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report may be distributed in other member states of the European Economic Area by MHI and MHEU. For the avoidance of doubt this report is not intended for persons who are Retail Clients within the meaning of the FCA's or the BaFin's rules. Details of organizational and administrative controls for the prevention and avoidance of conflicts of interest can be found at https://www.mizuho-emea.com.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2020. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

CONFIDENTIAL MSUSA 0000000746

**Mizuho Securities USA LLC**