# EXHIBIT 43

**MIZUHO** Mizuho Securities USA LLC

**Healthcare Research**
**Biopharmaceuticals**

| U.S. Equity Research | March 8, 2021 |
|---|---|

**Price Target Change**

# Acadia Pharmaceuticals Inc.

## Application Deficiencies Increase Risk and Likely Push Out DRP Approval; Lower PT to $55

| Rating | Buy |
|---|---|
| Previous Rating | No Change |
| **Price (3/8)** | **$45.78** |
| **Price Target** | **$55.00** |
| Previous Price Target | $70.00 |

### Summary

We are surprised by news that the FDA has "identified deficiencies" in the Nuplazid application for the treatment of hallucinations and delusions associated with dementia-related psychosis (DRP). While the actual deficiencies have apparently not been communicated to the company, we assume they will likely receive a Complete Response Letter for the application on the April 3 Action Date. With limited information, we push out the DRP launch by one year in our base case, which, along with corresponding expense adjustments, lowers our price target by ~20% to $55. The stock will likely see significantly more pressure than that, however, until the Street is able to obtain more visibility on the deficiencies the FDA has identified.

### Key Points

• **Undisclosed Deficiencies Lead to New Set of Questions on Nuplazid DRP Application:** Acadia today announced that the company received a notification on March 3 informing them that the FDA has identified "deficiencies" in the Nuplazid DRP application. Management indicated that the FDA has not provided them with any additional information (despite "immediately and repeatedly" reaching out to the agency for details), so it is unclear what the deficiencies are or how long it will take for them to get addressed. We have been relatively confident in an on-time approval for this application, but, with the April 3 Action Date less than one month away, we now lower our probability of success to 70% (from 80%) and push out the launch by one year.

• **Surprising Development This Late in the Process:** The Nuplazid DRP application has FDA Breakthrough Therapy Designation (BTD) and is targeting an area of significant unmet medical need. While some investors had been concerned because the application was assigned a Standard Review (instead of Priority Review), we assumed any questions around the clinical program would have been long resolved for a BTD product, while the fact that this was a line extension for an approved product further lowered the risk of surprises ahead of the FDA's decision. It appears the review process was proceeding as expected with the company mentioning the FDA stated things were on track as recently as February 18, so it is unclear to us what led to the FDA's questions at this time.

• **Limited Information May Lead Investors To Assume the Worst:** It remains possible that the FDA could approve the application either on time or after a three-month extension, but we now believe this is unlikely. We assume it will take a few weeks to sort out what the FDA is looking for, followed by the company taking at least a few months to generate the information and then resubmit the application for review. This leads to our admittedly arbitrary one-

**Key Data**

| Symbol | ACAD(NASDAQ) |
|---|---|
| 52-Week Range | $58.72 - $30.02 |
| Market Cap ($mm) | $7,327 |
| Shares Outstanding (mm) | 160.0 |
| Float | 117.8 |
| Average Daily Volume | 930,777 |
| Dividend/Yield | $0.00/0.0% |

**Fiscal Year-End: Dec 31**

| | 2019A | 2020A Prior | 2020A Curr | 2021E Prior | 2021E Curr |
|---|---|---|---|---|---|
| **Revenue ($mm)** | | | | | |
| 1Q | 63A | – | 90A | – | 108E |
| 2Q | 83A | – | 110A | 147E | 131E |
| 3Q | 95A | – | 121A | 186E | 146E |
| 4Q | 98A | – | 121A | 218E | 150E |
| **Yr** | **339A** | **–** | **442A** | **659E** | **535E** |
| P/Revenue | 21.6x | – | 16.6x | – | 13.7x |
| **Earnings per Share ($)** | | | | | |
| 1Q | (0.59)A | – | (0.57)A | (0.64)E | (0.56)E |
| 2Q | (0.38)A | – | (0.27)A | (0.49)E | (0.48)E |
| 3Q | (0.29)A | – | (0.54)A | (0.30)E | (0.44)E |
| 4Q | (0.34)A | – | (0.42)A | (0.17)E | (0.26)E |
| **Yr** | **(1.60)A** | **–** | **(1.79)A** | **(1.60)E** | **(1.75)E** |
| P/E | NM | – | NM | – | NM |



Created by BlueMatrix

**Vamil Divan, MD**
**Managing Director**
+ 1 646 949 9663
Vamil.Divan@mizuhogroup.com

**Uy Ear**
**Vice President**
+1 212 209 9945
Uy.Ear@mizuhogroup.com

**Sean Kim, Ph.D.**
**Associate**
+1 212 209 9438
Sean.Kim@mizuhogroup.com

PLEASE REFER TO PAGE 6 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION. Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Mizuho Securities USA LLC**
www.mizuhosecurities.com/us

CONFIDENTIAL MSUSA 0000000418

**MIZUHO**                                                     Acadia Pharmaceuticals Inc.

year delay, but we believe this is reasonable at this time given the lack of visibility on the situation. However, in a challenging tape and on the heels of some other regulatory and clinical disappointments in the SMID cap biotech space, we would not be surprised if investors took a more conservative stance than us and assume a much longer delay.

• **DRP Remains an Area of Significant Unmet Need, and HARMONY Data Remains Impressive:** Assuming the company is able to successfully address the questions the FDA has on the application, we still see a large market opportunity for Nuplazid in DRP. There are an estimated 1.2M patients treated for DRP in the US, with the majority still treated through off-label use of antipsychotics that contain Black Box Warnings specifically highlighting an increased risk of mortality if used in elderly patients with DRP. Thought leaders whom we have spoken to over the past several months have consistently stressed the need they see for new treatment options in DRP and their interest in using Nuplazid in their patients based on the results of the pivotal HARMONY trial.

• **Lengthy Delay Would Lead to More Fundamental Questions on Acadia:** Acadia remains essentially a single-product story, based on Nuplazid in its currently-approved Parkinson's disease psychosis (PDP), and the potential to move into DRP and negative symptoms of schizophrenia. The company will also be releasing Phase 3 data for trofinetide in Rett Syndrome in 2H21, but we see that as a relatively small commercial opportunity, with a peak sales of <$300M, while the rest of the pipeline remains in Phase 1. With Nuplazid's market exclusivity likely to expire in 2030, a meaningful delay could lead to the company's losing 2-3 years of peak sales potential for the product, increasing the pressure management will feel on finding its next potential growth drivers, either through internal development or external acquisition.

• **Lower Price Target to $55, Maintain Buy Rating:** Moving back our DRP launch by one year (along with corresponding adjustments to expenses) and lowering our POS to 70% lowers our price target to $55 (from $70). Our price target is a 75%/25% blend of DCF and relative valuation. Our DCF of $56 is based on cash flows forecasted through 2030, an 8% discount rate and a -55% rate of terminal decline. Our relative valuation of $52 is based on 3.5x our five-year forward sales estimate of ~$2.65Bn. We also assessed a "no DRP" scenario should FDA's concerns suggest it is unlikely the application will ever get approved. Our valuation in that scenario would be ~$21, suggesting further downside from the ~$29 where the stock is currently trading after hours. **Please let us know if you would like our updated base case Excel model for the company, or our "no DRP" scenario analysis.**

CONFIDENTIAL MSUSA 0000000418

CONFIDENTIAL MSUSA 0000000419

 **Acadia Pharmaceuticals Inc.**

## Exhibit 1: Estimate Changes

| Estimate Changes | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| New | $535 | $765 | $1,311 | $1,944 | $2,654 | $3,322 | $3,922 | $4,286 | $4,872 | $4,354 |
| Old | $659 | $1,154 | $1,852 | $2,511 | $3,344 | $4,124 | $4,743 | $5,040 | $5,542 | $4,932 |
| Difference | ($124) | ($389) | ($541) | ($567) | ($690) | ($801) | ($821) | ($754) | ($669) | ($579) |
| Difference (%) | (23%) | (51%) | (41%) | (29%) | (26%) | (24%) | (21%) | (18%) | (14%) | (13%) |
| | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | |
| New | 94.6% | 96.3% | 96.5% | 96.5% | 96.5% | 96.6% | 96.6% | 96.5% | 96.6% | 96.6% |
| Old | 94.6% | 96.5% | 96.7% | 96.6% | 96.6% | 96.7% | 96.7% | 96.6% | 96.7% | 96.6% |
| Difference | 0.0% | (0.2%) | (0.2%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) |
| Difference (%) | 0% | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) |
| | | | | | | | | | | |
| **SG&A** | | | | | | | | | | |
| New | $476 | $560 | $624 | $657 | $697 | $717 | $730 | $695 | $561 | $406 |
| Old | $577 | $613 | $657 | $691 | $732 | $754 | $766 | $732 | $592 | $432 |
| Difference | ($101) | ($53) | ($33) | ($34) | ($35) | ($36) | ($36) | ($37) | ($31) | ($26) |
| Difference (%) | (21%) | (10%) | (5%) | (5%) | (5%) | (5%) | (5%) | (5%) | (6%) | (6%) |
| | | | | | | | | | | |
| **R&D** | | | | | | | | | | |
| New | $317 | $338 | $342 | $333 | $333 | $273 | $164 | $98 | $59 | $35 |
| Old | $310 | $335 | $345 | $336 | $336 | $275 | $165 | $99 | $59 | $36 |
| Difference | $7 | $2 | ($3) | ($3) | ($3) | ($2) | ($1) | ($1) | ($0) | ($0) |
| Difference (%) | 2% | 1% | (1%) | (1%) | (1%) | (1%) | (1%) | (1%) | (1%) | (1%) |
| | | | | | | | | | | |
| **Op Margin** | | | | | | | | | | |
| New | (53.8%) | (21.0%) | 22.8% | 45.6% | 57.7% | 66.7% | 73.8% | 78.0% | 83.9% | 86.4% |
| Old | (40.2%) | 14.3% | 42.6% | 55.7% | 64.7% | 71.7% | 77.0% | 80.1% | 84.9% | 87.1% |
| Difference | (13.6%) | (35.4%) | (19.8%) | (10.2%) | (7.0%) | (5.0%) | (3.2%) | (2.1%) | (1.0%) | (0.7%) |
| Difference (%) | 25% | 168% | (87%) | (22%) | (12%) | (7%) | (4%) | (3%) | (1%) | (1%) |
| | | | | | | | | | | |
| **EPS (GAAP)** | | | | | | | | | | |
| New | ($1.75) | ($0.95) | $1.56 | $4.33 | $7.03 | $9.56 | $12.31 | $14.25 | $17.43 | $16.25 |
| Old | ($1.60) | $0.91 | $4.10 | $6.86 | $9.97 | $12.79 | $15.59 | $17.29 | $20.18 | $18.68 |
| Difference | ($0.14) | ($1.86) | ($2.54) | ($2.53) | ($2.94) | ($3.23) | ($3.28) | ($3.04) | ($2.74) | ($2.43) |
| Difference (%) | 8% | 195% | (163%) | (59%) | (42%) | (34%) | (27%) | (21%) | (16%) | (15%) |

Sources: Company data, MSUSA research

CONFIDENTIAL MSUSA 0000000419



Acadia Pharmaceuticals Inc.

## Exhibit 2: Acadia Income Statement

| Acadia Pharmaceuticals Income Statement (In Millions except per share data) | 2018 FY18A | 2019 FY19A | 2020 FY20A | 2021 FY21E | 2022 FY22E | 2023 FY23E | 2024 FY24E | 2025 FY25E | 2026 FY26E | 2027 FY27E | 2028 FY28E | 2029 FY29E | 2030 FY30E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | 223.8 | 339.1 | 441.8 | 534.7 | 764.8 | 1,310.8 | 1,943.9 | 2,653.8 | 3,322.5 | 3,922.1 | 4,286.2 | 4,872.3 | 4,353.7 |
| COGS | 18.3 | 19.6 | 20.6 | 28.9 | 28.4 | 45.7 | 67.8 | 91.7 | 114.2 | 134.3 | 147.9 | 165.0 | 150.1 |
| Gross profit | 205.5 | 319.5 | 421.2 | 505.9 | 736.5 | 1,265.2 | 1,876.1 | 2,562.1 | 3,208.3 | 3,787.7 | 4,138.3 | 4,707.4 | 4,203.6 |
| R&D | 187.2 | 240.4 | 319.1 | 317.0 | 337.5 | 342.3 | 333.1 | 333.1 | 273.2 | 163.9 | 98.3 | 59.0 | 35.4 |
| SG&A | 265.8 | 325.6 | 388.7 | 476.4 | 559.8 | 624.1 | 656.9 | 696.5 | 717.4 | 729.7 | 695.3 | 560.7 | 405.8 |
| Total Operating Expense | 452.9 | 566.0 | 707.8 | 793.4 | 897.3 | 966.5 | 990.0 | 1,029.7 | 990.6 | 893.6 | 793.7 | 619.7 | 441.2 |
| Operating income (loss) | (247.4) | (246.5) | (286.6) | (287.6) | (160.8) | 298.7 | 886.1 | 1,532.4 | 2,217.7 | 2,894.2 | 3,344.6 | 4,087.6 | 3,762.4 |
| Interest Income, Net | 5.3 | 11.2 | 6.6 | 7.4 | 5.6 | 4.4 | 8.8 | 20.7 | 40.3 | 67.2 | 102.1 | 143.3 | 193.0 |
| Total other income/(expense) | 3.5 | 12.2 | 5.6 | 7.4 | 5.6 | 4.4 | 8.8 | 20.7 | 40.3 | 67.2 | 102.1 | 143.3 | 193.0 |
| Profit (Loss) before tax | (243.9) | (234.4) | (281.0) | (280.2) | (155.3) | 303.1 | 894.9 | 1,553.1 | 2,258.0 | 2,961.3 | 3,446.7 | 4,230.9 | 3,955.4 |
| Income tax expense (benefit) | 1.3 | 0.9 | 0.6 | 0.0 | 0.0 | 15.2 | 89.5 | 233.0 | 451.6 | 621.9 | 723.8 | 888.5 | 830.6 |
| Net Profit (Loss) | (245.2) | (235.3) | (281.6) | (280.2) | (155.3) | 287.9 | 805.4 | 1,320.2 | 1,806.4 | 2,339.5 | 2,722.9 | 3,342.4 | 3,124.7 |
| Weighted average shares - basic | 126.6 | 147.2 | 157.3 | 160.5 | 163.1 | 164.8 | 166.5 | 168.0 | 169.3 | 170.4 | 171.4 | 172.0 | 172.6 |
| Weighted average shares - diluted | 147.4 | 166.7 | 177.4 | 180.2 | 182.8 | 184.6 | 186.2 | 187.7 | 189.0 | 190.1 | 191.1 | 191.7 | 192.3 |
| Weighted avg. shares to calculate diluted EPS | 126.6 | 147.2 | 157.3 | 160.5 | 163.1 | 184.6 | 186.2 | 187.7 | 189.0 | 190.1 | 191.1 | 191.7 | 192.3 |
| EPS - basic | ($1.94) | ($1.60) | ($1.79) | ($1.75) | ($0.95) | $1.75 | $4.84 | $7.86 | $10.67 | $13.73 | $15.89 | $19.43 | $18.10 |
| EPS - Diluted | ($1.94) | ($1.60) | ($1.79) | ($1.75) | ($0.95) | $1.56 | $4.33 | $7.03 | $9.56 | $12.31 | $14.25 | $17.43 | $16.25 |
| Depreciation and amortization | 81.6 | 82.3 | 84.4 | 94.0 | 95.9 | 99.6 | 103.2 | 105.5 | 101.1 | 93.9 | 90.5 | 65.5 | 64.1 |
| EBITDA | (165.9) | (164.3) | (202.2) | (193.6) | (64.9) | 398.3 | 989.3 | 1,637.9 | 2,318.8 | 2,988.0 | 3,435.1 | 4,153.1 | 3,826.4 |
| Non-GAAP Net Income | (163.6) | (153.0) | (197.2) | (186.2) | (59.3) | 387.5 | 908.6 | 1,425.6 | 1,907.5 | 2,433.3 | 2,813.4 | 3,407.9 | 3,188.8 |
| Non-GAAP EPS | ($1.29) | ($1.04) | ($1.25) | ($1.16) | ($0.36) | $2.10 | $4.88 | $7.60 | $10.09 | $12.80 | $14.72 | $17.77 | $16.58 |
| **Margin Analysis** | | | | | | | | | | | | | |
| Gross margin | 91.8% | 94.2% | 95.3% | 94.6% | 96.3% | 96.5% | 96.5% | 96.5% | 96.6% | 96.6% | 96.5% | 96.6% | 96.6% |
| R&D margin | 83.6% | 70.9% | 72.2% | 59.3% | 44.1% | 26.1% | 17.1% | 12.6% | 8.2% | 4.2% | 2.3% | 1.2% | 0.8% |
| SG&A margin | 118.7% | 96.0% | 88.0% | 89.1% | 73.2% | 47.6% | 33.8% | 26.2% | 21.6% | 18.6% | 16.2% | 11.5% | 9.3% |
| EBITDA margin | (109.9%) | (72.3%) | (64.5%) | (53.3%) | (20.5%) | 23.2% | 45.9% | 58.1% | 67.1% | 74.1% | 78.3% | 84.2% | 86.8% |
| Operating margin | (110.6%) | (72.7%) | (64.9%) | (53.8%) | (21.0%) | 22.8% | 45.6% | 57.7% | 66.7% | 73.8% | 78.0% | 83.9% | 86.4% |
| Effective tax rate | (0.5%) | (0.4%) | (0.2%) | 0.0% | 3.0% | 5.0% | 10.0% | 15.0% | 20.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income margin | (109.6%) | (69.4%) | (63.7%) | (52.4%) | (20.3%) | 22.0% | 41.4% | 49.7% | 54.4% | 59.6% | 63.5% | 68.6% | 71.8% |
| **Year/Year Changes** | | | | | | | | | | | | | |
| Total revenue | 79.2% | 51.5% | 30.3% | 21.0% | 43.0% | 71.4% | 48.3% | 36.5% | 25.2% | 18.0% | 9.3% | 13.7% | (10.6%) |
| Gross profit | 83.7% | 55.5% | 31.8% | 20.1% | 45.6% | 71.8% | 48.3% | 36.6% | 25.2% | 18.1% | 9.3% | 13.8% | (10.7%) |
| R&D | 25.5% | 28.4% | 32.8% | (0.7%) | 6.5% | 1.4% | (2.7%) | 0.0% | (18.0%) | (40.0%) | (40.0%) | (40.0%) | (40.0%) |
| SG&A | 4.2% | 22.5% | 19.4% | 22.6% | 17.5% | 11.5% | 5.2% | 6.0% | 3.0% | 1.7% | (4.7%) | (19.4%) | (27.6%) |
| EBITDA | NM | NM | NM | NM | NM | NM | 193.6% | 72.5% | 44.6% | 30.4% | 15.6% | 22.2% | (7.9%) |
| Operating margin | NM | NM | NM | NM | NM | NM | 196.7% | 72.9% | 44.7% | 30.5% | 15.6% | 22.2% | (8.0%) |
| Net income | NM | NM | NM | NM | NM | NM | 179.7% | 63.9% | 36.8% | 29.5% | 16.4% | 22.8% | (6.5%) |

Sources: Company data, MSUSA research



# Price Target Calculation and Key Risks

**Price Target:**

Our $55 PT is based on a 75%/25% blend of discounted cash flow (DCF) valuation at $56 and relative valuation at $52. For our DCF, we have cash flows forecasted through 2030. For our relative valuation, we have used a ~3.5x multiple on market cap/five-year forward sales.

**Key Risks:**

Risks associated with investing in Acadia Pharmaceuticals shares include company-specific risks based on Acadia's product portfolio and macro risks that would likely impact the entire US biopharma industry.

Company-specific risks include:

*Pipeline risk:* Surprising regulatory or clinical trial outcomes could impact how investors view Acadia's outlook, especially as the company looks to expand into new therapeutic areas and with new products. In particular, Nuplazid remains key to the story so further surprises on the dementia-related psychosis (DRP) application or disappointing data in negative symptoms of schizophrenia could lead to downside in the stock. On the other hand, we believe expectations are fairly low for trofinetide in Rett syndrome so positive developments there could drive significant upside in the stock.

*Commercial risk:* Better or worse than expected commercial execution by Acadia, specifically for Nuplazid in Parkinson's disease psychosis (PDP) and DRP could impact how investors view Acadia's sales and earnings outlook for the next 1-3 years and meaningfully impact Acadia's stock.

*Business development risk:* The company has recently completed two transactions to build out their early-mid stage pipeline. Additional announcements could impact how investors view Acadia's outlook and these transactions are obviously difficult for external analysts to anticipate.

Industry risks primary revolve around potential developments leading to structural changes in how drugs are priced in the US. Given the uncertainty around how and when these changes may occur, it is difficult to assess how Acadia might be impacted in isolation or relative to its peers. Our current Acadia estimates assume little to no growth coming from price increases, and, while we expect continued rhetoric around drug pricing, we do not expect any major new policies to be implemented that would dramatically impact Acadia's outlook, at least in the near-mid term.

CONFIDENTIAL MSUSA 0000000421



Acadia Pharmaceuticals Inc.

**Companies Mentioned (prices as of 3/5/2021)**
Acadia Pharmaceuticals Inc. (ACAD- Buy $45.78)

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 1271 Avenue of the Americas, 2nd FL, New York NY, 10020.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

## Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: Acadia Pharmaceuticals Inc.
The compensation of the research analyst writing this report, in whole or part, is based on MSUSA.s annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA.s internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

## Regulation Analyst Certification (AC)

I, Vamil Divan, MD, hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report. Please note that due **solely** to a system error, none of Mizuho's research analysts provided a timely required certification in connection with public appearances for the period from October 1, 2020 to December 31, 2020. In that regard, note that the system error was identified within 3 days of the deadline for filing the required certification and my required certification was provided within 12 hours of the identification of such system error. The error has been rectified.

## Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

## Rating Distribution

| (As of March 8 ) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 59.56% | 62.33% |
| Hold (Neutral) | 38.23% | 52.17% |
| Sell (Underperform) | 2.22% | 37.50% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.

CONFIDENTIAL MSUSA 0000000423

**MIZUHO**                                                           Acadia Pharmaceuticals Inc.



**Rating and Price Target History for: Acadia Pharmaceuticals Inc. (ACAD) as of 03-05-2021**

Created by: BlueMatrix

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 1271 Avenue of the Americas, 2nd FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 1271 Avenue of the Americas, 2nd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

CONFIDENTIAL MSUSA 0000000423

CONFIDENTIAL MSUSA 0000000424

**MIZUHO**

Acadia Pharmaceuticals Inc.

**United Kingdom/Germany/European Economic Area:** This report is distributed in the United Kingdom by Mizuho International plc (MHI), Mizuho House, 30 Old Bailey, London EC4M 7AU. MHI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. This report is distributed in Germany by Mizuho Securities Europe GmbH (MHEU), Taunustor 1, 60310 Frankfurt, Germany. MHEU is authorised and regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report may be distributed in other member states of the European Economic Area by MHI and MHEU. For the avoidance of doubt this report is not intended for persons who are Retail Clients within the meaning of the FCA's or the BaFin's rules. Details of organizational and administrative controls for the prevention and avoidance of conflicts of interest can be found at https://www.mizuho-emea.com.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2021. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

CONFIDENTIAL MSUSA 0000000424