# EXHIBIT 44

CONFIDENTIAL MSUSA 0000000425

**MIZUHO** Mizuho Securities USA LLC

**Healthcare Research**
**Biopharmaceuticals**
**Price Target Change**

**U.S. Equity Research**      **March 11, 2021**

# Acadia Pharmaceuticals Inc.

## Upon Further Review...Lower PT to $37 on DRP's Likely Lengthier Delay, But Not Its Demise

### Summary

We were surprised by Acadia's March 8 update stating FDA had found undisclosed "deficiencies" in the Nuplazid submission for dementia-related psychosis. We initially assumed this meant a ~one-year delay to approval, which led to our price target decrease to $55. However, after analyzing precedent situations more closely (Exhibit 1), we now assume a longer delay and a 2024 DRP launch, which lowers our PT to $37. However, we remain bullish on Nuplazid's eventual DRP commercial opportunity. With minimal value for DRP in the stock, we see a favorable risk/reward and maintain our Buy rating on ACAD, but acknowledge, barring a positive surprise on April 3, there are limited catalysts to drive significant near-term upside.

### Key Points

• **Precedent Cases Provide Incremental Insights into FDA's Late Nuplazid DRP Notice:** The March 8 update regarding "deficiencies" in the Nuplazid regulatory submission for dementia-related psychosis (DRP) was clearly a surprise for us and the Street. A key part of the surprise was how late in the review process the deficiency notification came, especially after multiple reassuring steps along the way (Breakthrough Therapy Designation, FDA acceptance of the filing, lack of an Advisory Committee Meeting, etc...). Compounding the situation was the FDA apparently not communicating to the company what the actual deficiencies are, but only that the agency has "identified deficiencies that preclude discussion of labeling and post-marketing requirements/commitments at this time." We had the opportunity to identify and examine six analogous cases since 2015 in which the FDA issued a Deficiency Letter with this kind of language and without specifying the deficiencies (Exhibit 1). In all six cases, the agency issued the Deficiency Letter relatively late in the review process, as is the case here. The FDA also issued a Complete Response Letter (CRL) in all of these precedent cases, and, as such, we would expect the DRP indication to receive a CRL around its April 3 PDUFA. We no longer assume the FDA will provide the company with any incremental updates or insights ahead of the PDUFA date.

• **Assuming a Longer Delay for DRP Indication After Analyzing Precedent Situations:** In the six precedent cases that we reviewed, there is one case where the time from CRL to ultimate approval was about one year, while a second case may take a similar amount of time to resolve. However, in the majority of the cases, the time from CRL to resolution (if any yet) has been multiple years. Given Nuplazid is already an approved product, we wonder if the FDA is looking for additional data that is specific to the DRP indication (such as potentially more data in patients with various types of dementia) or has concerns with the randomized withdrawal study design that was used in the HARMONY trial.

| Rating | | | | Buy |
|---|---|---|---|---|
| Previous Rating | | | | No Change |
| **Price (3/11)** | | | | **$26.75** |
| **Price Target** | | | | **$37.00** |
| Previous Price Target | | | | $55.00 |

**Key Data**

| | |
|---|---|
| Symbol | ACAD(NASDAQ) |
| 52-Week Range | $58.72 - $23.35 |
| Market Cap ($mm) | $4,281 |
| Shares Outstanding (mm) | 160.0 |
| Float | 117.8 |
| Average Daily Volume | 1,516,820 |
| Dividend/Yield | $0.00/0.0% |

**Fiscal Year-End: Dec 31**

| | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | | Prior | Curr | Prior | Curr |
| **Revenue ($mm)** | | | | | |
| 1Q | 90A | – | 108E | – | – |
| 2Q | 110A | – | 131E | – | – |
| 3Q | 121A | – | 146E | – | – |
| 4Q | 121A | – | 150E | – | – |
| **Yr** | **442A** | **–** | **535E** | **765E** | **698E** |
| P/Revenue9.7x | | – | 8.0x | – | 6.1x |
| **Earnings per Share ($)** | | | | | |
| 1Q | (0.57)A | (0.56)E | (0.48)E | – | – |
| 2Q | (0.27)A | (0.48)E | (0.35)E | – | – |
| 3Q | (0.54)A | (0.44)E | (0.34)E | – | – |
| 4Q | (0.42)A | (0.26)E | (0.38)E | – | – |
| **Yr** | **(1.79)A** | **(1.75)E** | **(1.56)E** | **(0.95)E** | **(1.43)E** |
| P/E | NM | – | NM | – | NM |



Created by BlueMatrix

**Vamil Divan, MD**
**Managing Director**
+ 1 646 949 9663
Vamil.Divan@mizuhogroup.com

**Uy Ear**
**Vice President**
+1 212 209 9945
Uy.Ear@mizuhogroup.com

**Sean Kim, Ph.D.**
**Associate**
+1 212 209 9438
Sean.Kim@mizuhogroup.com

PLEASE REFER TO PAGE 7 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION. Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CONFIDENTIAL MSUSA 0000000426

**MIZUHO**

Acadia Pharmaceuticals Inc.

As a result, we are taking a more conservative stance relative to our previous assumptions and now assume a longer delay (including a scenario in which the company would need to conduct an additional pivotal study), leading us to assume a 60% POS (from 70% before) and a 2024 DRP launch. Taken together, these model adjustments lower our price target to $37 (from $55).

• **DRP Remains an Area of Significant Unmet Need, and We Continue To See Nuplazid's Potential Here:** Assuming the company is able to successfully address the questions the FDA has on the application, we continue to see a large market opportunity for Nuplazid in DRP. There are an estimated 1.2M patients treated for DRP in the US, with the majority still treated through off-label use of antipsychotics that contain Black Box Warnings specifically highlighting an increased risk of mortality if used in elderly patients with DRP. Thought leaders whom we have spoken to over the past several months have consistently stressed the need they see for new treatment options in DRP and their interest in using Nuplazid in their patients based on the HARMONY results. Our 2030 probability-adjusted sales from the DRP indication are now ~$2Bn, down from ~$3Bn previously, but still clearly meaningful.

• **Limited Near-Term Catalysts, But Favorable Long-Term Risk/Reward:** In the near term, barring a positive surprise from April 3, we acknowledge that there are limited catalysts to drive significant upside to ACAD shares. However, our updated DCF analysis without Nuplazid in DRP suggests a value of $23-$25 for ACAD, highlighting the limited value the market is now assigning to this indication. We maintain our Buy rating as we continue to see the potential of Nuplazid in DRP and believe that those with a longer time horizon could ultimately be rewarded given what we believe is a favorable risk/reward relative to current stock price level. We also see the potential for upside to Nuplazid estimates in Parkinson's disease psychosis (PDP) as the country recovers from the COVID-19 pandemic. Ironically, our mid- to long-term estimates for Nuplazid in PDP increase modestly as we believe the company will be able to maintain a higher net price for a longer period of time, until the larger DRP indication leads to greater payer scrutiny of the product. Our new $37 price target continues to be based on a 75%/25% blend of discounted cash flow (DCF) valuation and relative valuation. For our $37 DCF, we have cash flows forecasted through 2030. For our $38 relative valuation, we have used a ~3.5x multiple on market cap/five-year forward sales.

CONFIDENTIAL MSUSA 0000000426

**Acadia Pharmaceuticals Inc.**

## Exhibit 1: Deficiency Letter Precedents

| Company | Drug | Indication | Application Type | Notification of Deficiencies | PDUFA Target Date | Outcome | Remediation | Current Status |
|---|---|---|---|---|---|---|---|---|
| Tricida | Veverimer | Metabolic acidosis | NDA | July 14, 2020 | Aug 22, 2020 | CRL (Aug 21, 2020) expressing concern whether the effect size would be reasonably likely to predict clinical benefit, and seeking additional data regarding the magnitude and durability of treatment effect and the applicability of treatment effect to the US population | Type A meeting with FDA (Oct 20, 2020); Formal Dispute Resolution Request (FDRR) submitted to the FDA in Dec 2020 seeking clarity on the path forward for resubmitting NDA | Appeal Denied Letter from FDA Office of New Drugs (~Feb 25, 2021) in response to FDRR, raising additional issues including the reliability of the registrational trial data, and powering of the confirmatory trial currently ongoing. Company believes FDA could require an additional trial or trials to confirm the magnitude, durability of effect or applicability to the US population |
| Verrica | VP-102 | Molluscum contagiosum | NDA | June 24, 2020 | July 13, 2020 | CRL (~July 14, 2020) seeking additional information regarding CMC process for the drug/device combination, and Human Factors validation | Type A meeting with FDA; NDA resubmission (Dec 23, 2020) with additional CMC information and Human Factors validation | NDA resubmission accepted for filing (Feb 17, 2021) with PDUFA goal date of June 23, 2021 |
| Vanda | Hetlioz | Jet lag disorder | sNDA | July 19, 2019 | Aug 16, 2019 | CRL (Aug 16, 2019) asserting efficacy measures demonstrating improved sleep are of unclear clinical significance | Post Action meeting with FDA | Company yet to determine next steps |
| SC Pharma | Furoscix | Edema in heart failure | NDA | May 30, 2018 | June 23, 2018 | CRL (~June 13, 2018) indicating the need for additional human factors studies, device modifications, and potentially a clinical validation study | Type A meeting with FDA (Sep 24, 2018) recommending additional human factors studies and a dose delivery validation study; Type C meeting with FDA (June 18, 2019) confirming no additional clinical safety, efficacy, or pharmacology studies needed for NDA; NDA resubmission (July 1, 2020) | CRL (Dec 3, 2020) requiring pre-approval inspections at third-party manufacturing facilities and bench testing, but not requiring additional clinical studies to demonstrate safety and efficacy |
| Antares | Xyosted | Testosterone replacement therapy | NDA | Oct 11, 2017 | Oct 20, 2017 | CRL (~Oct 20, 2017) identifying two deficiencies related to clinical data: 1) concern regarding the occurrence of depression and suicidality, and 2) concern that drug could cause a clinically meaningful increase in blood pressure | Type A meeting with FDA (Feb 21, 2018); NDA resubmission (March 29, 2018) including re-analyses of existing data, and addressing labeling and potential post-approval risk mitigation strategies | FDA approval on Oct 1, 2018 |
| Neos | Cotempla XR-ODT | Attention deficit hyperactivity disorder (ADHD) | NDA | Oct 16, 2015 | Nov 9, 2015 | CRL (~Nov 10, 2015) requiring a bridging study to demonstrate bioequivalence between the clinical trial material and to-be-marketed product, including food effect assessment, along with validation and three months of stability data | NDA resubmission (Dec 20, 2016) with bioequivalence bridging study results, and validation and stability campaigns | FDA approval on June 19, 2017 |

Sources: Company data, MSUSA research





Acadia Pharmaceuticals Inc.

## Exhibit 2: Estimate Changes

| Estimate Changes | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| New | $535 | $698 | $923 | $1,266 | $1,919 | $2,583 | $3,110 | $3,516 | $3,930 | $3,911 |
| Old | $535 | $1,154 | $1,852 | $2,511 | $3,344 | $4,124 | $4,743 | $5,040 | $5,542 | $4,932 |
| Difference | ($0) | ($456) | ($929) | ($1,246) | ($1,426) | ($1,540) | ($1,633) | ($1,524) | ($1,611) | ($1,022) |
| Difference (%) | (0%) | (65%) | (101%) | (98%) | (74%) | (60%) | (53%) | (43%) | (41%) | (26%) |
| | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | |
| New | 94.6% | 96.2% | 96.3% | 96.2% | 96.3% | 96.4% | 96.4% | 96.4% | 96.5% | 96.5% |
| Old | 94.6% | 96.5% | 96.7% | 96.6% | 96.6% | 96.7% | 96.7% | 96.6% | 96.7% | 96.6% |
| Difference | 0.0% | (0.3%) | (0.4%) | (0.4%) | (0.3%) | (0.2%) | (0.2%) | (0.2%) | (0.2%) | (0.1%) |
| Difference (%) | 0% | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) | (0%) |
| | | | | | | | | | | |
| **SG&A** | | | | | | | | | | |
| New | $441 | $514 | $622 | $742 | $804 | $849 | $865 | $806 | $638 | $443 |
| Old | $577 | $613 | $657 | $691 | $732 | $754 | $766 | $732 | $592 | $432 |
| Difference | ($136) | ($99) | ($35) | $51 | $72 | $95 | $99 | $74 | $46 | $12 |
| Difference (%) | (31%) | (19%) | (6%) | 7% | 9% | 11% | 11% | 9% | 7% | 3% |
| | | | | | | | | | | |
| **R&D** | | | | | | | | | | |
| New | $323 | $398 | $416 | $400 | $372 | $305 | $183 | $110 | $66 | $40 |
| Old | $310 | $335 | $345 | $336 | $336 | $275 | $165 | $99 | $59 | $36 |
| Difference | $13 | $62 | $71 | $64 | $36 | $30 | $18 | $11 | $6 | $4 |
| Difference (%) | 4% | 16% | 17% | 16% | 10% | 10% | 10% | 10% | 10% | 10% |
| | | | | | | | | | | |
| **Op Margin** | | | | | | | | | | |
| New | (48.3%) | (34.3%) | (16.1%) | 6.0% | 35.1% | 51.8% | 62.8% | 70.4% | 78.6% | 84.1% |
| Old | (40.2%) | 14.3% | 42.6% | 55.7% | 64.7% | 71.7% | 77.0% | 80.1% | 84.9% | 87.1% |
| Difference | (8.1%) | (48.7%) | (58.6%) | (49.7%) | (29.7%) | (19.9%) | (14.3%) | (9.8%) | (6.3%) | (3.0%) |
| Difference (%) | 17% | 142% | 365% | (829%) | (85%) | (39%) | (23%) | (14%) | (8%) | (4%) |
| | | | | | | | | | | |
| **EPS (GAAP)** | | | | | | | | | | |
| New | ($1.56) | ($1.43) | ($0.88) | $0.38 | $3.07 | $5.72 | $8.24 | $10.46 | $13.08 | $14.03 |
| Old | ($1.75) | $0.91 | $4.10 | $6.86 | $9.97 | $12.79 | $15.59 | $17.29 | $20.18 | $18.68 |
| Difference | $0.19 | ($2.34) | ($4.98) | ($6.48) | ($6.90) | ($7.07) | ($7.35) | ($6.83) | ($7.09) | ($4.65) |
| Difference (%) | (12%) | 163% | 567% | (1709%) | (225%) | (124%) | (89%) | (65%) | (54%) | (33%) |

Sources: Company data, MSUSA research

CONFIDENTIAL MSUSA 0000000428

CONFIDENTIAL MSUSA 0000000429



Acadia Pharmaceuticals Inc.

## Exhibit 3: Acadia Income Statement

| Acadia Pharmaceuticals<br>Income Statement (In Millions except per share data) | 2018<br>FY18A | 2019<br>FY19A | 2020<br>FY20E | 2021<br>FY21E | 2022<br>FY22E | 2023<br>FY23E | 2024<br>FY24E | 2025<br>FY25E | 2026<br>FY26E | 2027<br>FY27E | 2028<br>FY28E | 2029<br>FY29E | 2030<br>FY30E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | 223.8 | 339.1 | 441.8 | 534.7 | 698.2 | 923.2 | 1,265.5 | 1,918.5 | 2,583.5 | 3,109.9 | 3,516.3 | 3,930.2 | 3,910.8 |
| COGS | 18.3 | 19.6 | 20.6 | 28.9 | 26.4 | 34.1 | 47.8 | 70.1 | 92.5 | 110.6 | 125.5 | 137.3 | 137.4 |
| Gross profit | 205.5 | 319.5 | 421.2 | 505.9 | 671.8 | 889.1 | 1,217.7 | 1,848.4 | 2,491.0 | 2,999.3 | 3,390.8 | 3,792.9 | 3,773.4 |
| R&D | 187.2 | 240.4 | 319.1 | 323.0 | 397.8 | 415.8 | 400.1 | 372.1 | 305.1 | 183.1 | 109.8 | 65.9 | 39.5 |
| SG&A | 265.8 | 325.6 | 388.7 | 440.9 | 513.6 | 621.8 | 741.7 | 803.8 | 848.5 | 864.8 | 806.2 | 637.7 | 443.1 |
| Total Operating Expense | 452.9 | 566.0 | 707.8 | 763.9 | 911.4 | 1,037.6 | 1,141.7 | 1,175.9 | 1,153.6 | 1,047.8 | 916.1 | 703.6 | 482.7 |
| **Operating income (loss)** | (247.4) | (246.5) | (286.6) | (258.1) | (239.6) | (148.5) | 76.0 | 672.5 | 1,337.4 | 1,951.5 | 2,474.8 | 3,089.3 | 3,290.7 |
| Interest Income, Net | 5.3 | 11.2 | 6.6 | 7.7 | 6.1 | 3.8 | 2.4 | 4.1 | 12.5 | 28.4 | 51.8 | 82.0 | 119.4 |
| Total other income/(expense) | 3.5 | 12.2 | 5.6 | 7.7 | 6.1 | 3.8 | 2.4 | 4.1 | 12.5 | 28.4 | 51.8 | 82.0 | 119.4 |
| Profit (Loss) before tax | (243.9) | (234.4) | (281.0) | (250.4) | (233.5) | (144.7) | 78.4 | 676.5 | 1,349.9 | 1,979.9 | 2,526.5 | 3,171.2 | 3,410.1 |
| Income tax expense (benefit) | 1.3 | 0.9 | 0.6 | 0.0 | 0.0 | 0.0 | 7.8 | 101.5 | 270.0 | 415.8 | 530.6 | 666.0 | 716.1 |
| **Net Profit (Loss)** | (245.2) | (235.3) | (281.6) | (250.4) | (233.5) | (144.7) | 70.6 | 575.1 | 1,079.9 | 1,564.1 | 1,996.0 | 2,505.3 | 2,694.0 |
| Weighted avg. shares to calculate diluted EPS | 126.6 | 147.2 | 157.3 | 160.5 | 163.1 | 164.8 | 186.1 | 187.6 | 188.8 | 189.9 | 190.9 | 191.5 | 192.1 |
| **EPS - Diluted** | ($1.94) | ($1.60) | ($1.79) | ($1.56) | ($1.43) | ($0.88) | $0.38 | $3.07 | $5.72 | $8.24 | $10.46 | $13.08 | $14.03 |
| Non-GAAP Net Income | (163.6) | (153.0) | (197.2) | (156.4) | (137.8) | (46.4) | 171.4 | 676.2 | 1,177.6 | 1,655.4 | 2,084.5 | 2,568.9 | 2,757.1 |
| Non-GAAP EPS | ($1.29) | ($1.04) | ($1.25) | ($0.97) | ($0.84) | ($0.28) | $0.92 | $3.61 | $6.24 | $8.72 | $10.92 | $13.41 | $14.36 |
| **Margin Analysis** | | | | | | | | | | | | | |
| Gross margin | 91.8% | 94.2% | 95.3% | 94.6% | 96.2% | 96.3% | 96.2% | 96.3% | 96.4% | 96.4% | 96.4% | 96.5% | 96.5% |
| R&D margin | 83.6% | 70.9% | 72.2% | 60.4% | 57.0% | 45.0% | 31.6% | 19.4% | 11.8% | 5.9% | 3.1% | 1.7% | 1.0% |
| SG&A margin | 118.7% | 96.0% | 88.0% | 82.5% | 73.6% | 67.3% | 58.6% | 41.9% | 32.8% | 27.8% | 22.9% | 16.2% | 11.3% |
| EBITDA margin | (109.9%) | (72.3%) | (64.5%) | (47.7%) | (33.8%) | (15.5%) | 6.6% | 35.5% | 52.2% | 63.1% | 70.7% | 79.0% | 84.5% |
| Operating margin | (110.6%) | (72.7%) | (64.9%) | (48.3%) | (34.3%) | (16.1%) | 6.0% | 35.1% | 51.8% | 62.8% | 70.4% | 78.6% | 84.1% |
| Effective tax rate | (0.5%) | (0.4%) | (0.2%) | 0.0% | 3.0% | 5.0% | 10.0% | 15.0% | 20.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income margin | (109.6%) | (69.4%) | (63.7%) | (46.8%) | (33.4%) | (15.7%) | 5.6% | 30.0% | 41.8% | 50.3% | 56.8% | 63.7% | 68.9% |
| **Year/Year Changes** | | | | | | | | | | | | | |
| Total revenue | 79.2% | 51.5% | 30.3% | 21.0% | 30.6% | 32.2% | 37.1% | 51.6% | 34.7% | 20.4% | 13.1% | 11.8% | (0.5%) |
| Gross profit | 83.7% | 55.5% | 31.8% | 20.1% | 32.8% | 32.3% | 37.0% | 51.8% | 34.8% | 20.4% | 13.1% | 11.9% | (0.5%) |
| R&D | 25.5% | 28.4% | 32.8% | 1.2% | 23.2% | 4.5% | (3.8%) | (7.0%) | (18.0%) | (40.0%) | (40.0%) | (40.0%) | (40.0%) |
| SG&A | 4.2% | 22.5% | 19.4% | 13.5% | 16.5% | 21.0% | 19.3% | 8.4% | 5.6% | 1.9% | (6.8%) | (20.9%) | (30.5%) |
| EBITDA | NM | NM | NM | NM | NM | NM | NM | 719.4% | 97.9% | 45.7% | 26.8% | 24.7% | 6.5% |
| Operating margin | NM | NM | NM | NM | NM | NM | NM | 785.1% | 98.9% | 45.9% | 26.8% | 24.8% | 6.5% |
| Net income | NM | NM | NM | NM | NM | NM | NM | 714.7% | 87.8% | 44.8% | 27.6% | 25.5% | 7.5% |

Sources: Company data, MSUSA research

CONFIDENTIAL MSUSA 0000000429
**Mizuho Securities USA LLC**

CONFIDENTIAL MSUSA 0000000430



## Price Target Calculation and Key Risks

**Price Target:**

Our $37 PT is based on a 75%/25% blend of discounted cash flow (DCF) valuation at $37 and relative valuation at $38. For our DCF, we have cash flows forecasted through 2030. For our relative valuation, we have used a ~3.5x multiple on market cap/five-year forward sales.

**Key Risks:**

Risks associated with investing in Acadia Pharmaceuticals shares include company-specific risks based on Acadia's product portfolio and macro risks that would likely impact the entire US biopharma industry.

Company-specific risks include:

*Pipeline risk:* Surprising regulatory or clinical trial outcomes could impact how investors view Acadia's outlook, especially as the company looks to expand into new therapeutic areas and with new products. In particular, Nuplazid remains key to the story so further surprises on the dementia-related psychosis (DRP) application or disappointing data in negative symptoms of schizophrenia could lead to downside in the stock. On the other hand, we believe expectations are fairly low for trofinetide in Rett syndrome so positive developments there could drive significant upside in the stock.

*Commercial risk:* Better or worse than expected commercial execution by Acadia, specifically for Nuplazid in Parkinson's disease psychosis (PDP) and DRP could impact how investors view Acadia's sales and earnings outlook for the next 1-3 years and meaningfully impact Acadia's stock.

*Business development risk:* The company has recently completed two transactions to build out their early-mid stage pipeline. Additional announcements could impact how investors view Acadia's outlook and these transactions are obviously difficult for external analysts to anticipate.

Industry risks primary revolve around potential developments leading to structural changes in how drugs are priced in the US. Given the uncertainty around how and when these changes may occur, it is difficult to assess how Acadia might be impacted in isolation or relative to its peers. Our current Acadia estimates assume little to no growth coming from price increases, and, while we expect continued rhetoric around drug pricing, we do not expect any major new policies to be implemented that would dramatically impact Acadia's outlook, at least in the near-mid term.

CONFIDENTIAL MSUSA 0000000430



Acadia Pharmaceuticals Inc.

**Companies Mentioned (prices as of 3/10/2021)**
Acadia Pharmaceuticals Inc. (ACAD- Buy $26.75)

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 1271 Avenue of the Americas, 2nd FL, New York NY, 10020.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

## Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: Acadia Pharmaceuticals Inc.
The compensation of the research analyst writing this report, in whole or part, is based on MSUSA.s annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA.s internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

## Regulation Analyst Certification (AC)

I, Vamil Divan, MD, hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report. Please note that due **solely** to a system error, none of Mizuho's research analysts provided a timely required certification in connection with public appearances for the period from October 1, 2020 to December 31, 2020. In that regard, note that the system error was identified within 3 days of the deadline for filing the required certification and my required certification was provided within 12 hours of the identification of such system error. The error has been rectified.

## Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

## Rating Distribution

| (As of March 11 ) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 59.89% | 61.47% |
| Hold (Neutral) | 37.91% | 52.17% |
| Sell (Underperform) | 2.20% | 37.50% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.

March 11, 2021

CONFIDENTIAL MSUSA 0000000432

**MIZUHO**

Acadia Pharmaceuticals Inc.



**Rating and Price Target History for: Acadia Pharmaceuticals Inc. (ACAD) as of 03-10-2021**

| 12/15/20 | 02/24/21 | 03/08/21 |
|----------|----------|----------|
| I:B:$69  | B:$70    | B:$55    |

Created by: BlueMatrix

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 1271 Avenue of the Americas, 2nd FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 1271 Avenue of the Americas, 2nd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

CONFIDENTIAL MSUSA 0000000433

**MIZUHO**                                                                    Acadia Pharmaceuticals Inc.

**United Kingdom/Germany/European Economic Area:** This report is distributed in the United Kingdom by Mizuho International plc (MHI), Mizuho House, 30 Old Bailey, London EC4M 7AU. MHI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. This report is distributed in Germany by Mizuho Securities Europe GmbH (MHEU), Taunustor 1, 60310 Frankfurt, Germany. MHEU is authorised and regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report may be distributed in other member states of the European Economic Area by MHI and MHEU. For the avoidance of doubt this report is not intended for persons who are Retail Clients within the meaning of the FCA's or the BaFin's rules. Details of organizational and administrative controls for the prevention and avoidance of conflicts of interest can be found at https://www.mizuho-emea.com.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2021. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

CONFIDENTIAL MSUSA 0000000433