# EXHIBIT 45

**Morgan Stanley** | **RESEARCH**

FOUNDATION

*August 20, 2020 04:01 AM GMT*

Acadia Pharmaceuticals Inc | North America

# Strong Foundation in PDP with Attractive Risk/Reward; Initiating at Overweight

| Stock Rating | Industry View | Price Target |
|---|---|---|
| Overweight | In-Line | $55.00 |

We initiate at Overweight with a $55 PT. The market ascribes negligible value to NSS and Rett, which we believe are worth $6/share on a risk-adjusted basis (even with conservative probabilities of success) and could ultimately drive an additional $1B+ in sales.

**Pimavanserin remains the value driver with potential approval for DRP in 2021.** Acadia develops therapies for central nervous system disorders. Much of the pipeline relates to different indications for pimavanserin, which was approved in 2016 as Nuplazid for Parkinson's disease psychosis (PDP) and could expand into a market 10x the size with potential approval for dementia-related psychosis (DRP) by April 3, 2021. Although Acadia recently announced it would no longer pursue a broad major depressive disorder (MDD) indication, we believe the valuation remains attractive, particularly after ACAD shares subsequently declined by almost 30%. However, we acknowledge limited near-term catalysts.

**Current share price is supported by PDP and DRP.** The Phase 3 HARMONY trial in DRP was stopped early for positive efficacy in September 2019, and the supplemental application was submitted in June. DRP opens up the opportunity to treat an additional 1.2M patients (vs. ~120,000 with PDP) and could drive an additional $3B+ in peak sales. Based on the current share price, we believe the market does not ascribe much value to negative symptoms of schizophrenia (NSS) or Rett despite both being in Phase 3.

**Additional Phase 3 programs could ultimately drive an additional $1B+ in sales.** Although Phase 3 data are expected in 2021 for trofinetide in Rett syndrome and the Phase 3 ADVANCE-2 study in NSS has begun, we take a cautious view on both programs. Still, even with conservative 45-50% probabilities of success (lower than the typical 65% we assume for Phase 3 programs), we think these two programs are worth ~$6/share.

**Valuation: Overweight with $55 PT.** We model peak unadjusted US sales of >$5B for pimavanserin.

MORGAN STANLEY & CO. LLC

**Jeffrey Hung**
EQUITY ANALYST
Jeff.Hung@morganstanley.com    +1 212 761-3209

**Matthew Harrison**
EQUITY ANALYST
Matthew.Harrison@morganstanley.com    +1 212 761-8055

**Hannah Latimer**
RESEARCH ASSOCIATE
Hannah.Latimer@morganstanley.com    +1 +1-212-761-1781

Acadia Pharmaceuticals Inc ( ACAD.O, ACAD US )
**Biotechnology / United States of America**

| | |
|---|---|
| **Stock Rating** | **Overweight** |
| **Industry View** | **In-Line** |
| **Price target** | **$55.00** |
| Shr price, close (Aug 14, 2020) | $39.35 |
| Mkt cap, curr (mm) | $6,160 |
| 52-Week Range | - |

| Fiscal Year Ending | 12/19 | 12/20e | 12/21e | 12/22e |
|---|---|---|---|---|
| ModelWare EPS ($) | (1.57) | (1.61) | (1.73) | 0.94 |
| Prior ModelWare EPS ($) | - | - | - | - |
| P/E | NM | NM | NM | 42.0 |
| EPS ($)§ | (1.62) | (1.65) | (0.50) | 1.87 |
| Div yld (%) | - | - | - | - |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

QUARTERLY MODELWARE EPS ($)

| Quarter | 2019 | 2020e Prior | 2020e Current | 2021e Prior | 2021e Current |
|---|---|---|---|---|---|
| Q1 | (0.59) | - | (0.57)a | - | - |
| Q2 | (0.38) | - | (0.27)a | - | - |
| Q3 | (0.29) | - | (0.41) | - | - |
| Q4 | (0.34) | - | (0.46) | - | - |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.
For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

MS_ACADIA_000086

1

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

# Risk Reward – Acadia Pharmaceuticals Inc (ACAD.O)

Pimavanserin Drives Risk/Reward

## PRICE TARGET  $55.00

Our PT is derived from a discounted cash flow analysis that assumes a 10% discount rate and -2% terminal growth value.



**Consensus Price Target Distribution**     $42.00 —————————— $71.00

$59.13

MS PT

◆ Mean  ◆ Morgan Stanley Estimates

Source: Thomson Reuters, Morgan Stanley Research

## RISK REWARD CHART



Key:  — Historical Stock Performance  ⬤ Current Stock Price  ◆ Price Target

Source: Thomson Reuters, Morgan Stanley Research

## OVERWEIGHT THESIS

■ We are Overweight Acadia Pharmaceuticals as we believe the valuation remains attractive.
■ Dementia-related psychosis (DRP) could expand the opportunity for Nuplazid to treat 10x the patients as Parkinson's disease psychosis (PDP).
■ Success in negative symptoms of schizophrenia (NSS) and Rett are challenging to gauge, but we believe the Street does not ascribe any value to either of these programs despite both being in Phase 3. Despite conservative risk-adjustments, we think these programs are worth ~$6/share.

**Consensus Rating Distribution**



⬤                           94% Overweight
■                            6%  Equal-weight
                             0%  Underweight

⬤ MS Rating

Source: Thomson Reuters, Morgan Stanley Research

**Risk Reward Themes**

| | |
|---|---|
| Disruption: | *Positive* |
| Pricing Power: | *Positive* |
| Share Gain: | *Positive* |

View descriptions of Risk Rewards Themes, here

---

| BULL CASE | $80.00 | BASE CASE | $55.00 | BEAR CASE | $14.00 |
|---|---|---|---|---|---|
| DCF | | DCF | | DCF | |

**Nuplazid achieves a higher market share in PDP and DRP.** We assume peak market shares of 33% and 15% for PDP and DRP, respectively. In addition we assume higher probability of success for NSS and Rett.

**Pimavanserin is approved in DRP in 2021.** We model 85% PoS for pimavanserin in DRP. In addition, we assume 45% for NSS and 50% for Rett.

**Delays in DRP approval and slower adoption.** We assume lower PoS of 60% with delays in approval for DRP. In addition, we assume a lower 20% PoS if the trofinetide Phase 3 in Rett does not succeed.

MS_ACADIA_000087

2

**Morgan Stanley** | **RESEARCH**

FOUNDATION

# Risk Reward – Acadia Pharmaceuticals Inc (ACAD.O)

## KEY EARNINGS INPUTS

| Drivers | 2019 | 2020e | 2021e | 2022e |
|---|---|---|---|---|
| Total Revenue ($, mm) | 339 | 443 | 593 | 1,105 |
| FCF ($, mm) | (247) | (334) | (275) | 95 |
| Peak Revenues ($, mm) | 4,290 | 4,290 | 4,290 | 4,290 |

## INVESTMENT DRIVERS

- Nuplazid sales in PDP
- Potential approval in DRP and launch
- Data in NSS and Rett

## GLOBAL REVENUE EXPOSURE



● 100%   North America

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies, here

## RISKS TO PT/RATING

### RISKS TO UPSIDE

- Greater than expected sales of Nuplazid in PDP
- Better-than-expected launch in DRP
- Better-than-expected data in NSS or Rett

### RISKS TO DOWNSIDE

- Lower-than-expected sales of Nuplazid in PDP
- Delay in potential approval in DRP
- Disappointing data from NSS or Rett

## OWNERSHIP POSITIONING

| | | |
|---|---|---|
| **HF Sector Long/Short Ratio** | 2.2% | |
| **HF Sector Net Exposure** | 16.7x | |

Source: Morgan Stanley Prime Brokerage. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

## MS ESTIMATES VS. CONSENSUS

*FY 2020e*



**EPS ($)**   (1.80)   (1.61) ◆   (1.57)
(1.65)

**Sales / Revenue ($, mm)**   434   443 ◆   450
443

◆ Mean   ◆ Morgan Stanley Estimates

Source: Thomson Reuters, Morgan Stanley Research

MS_ACADIA_000088

**Morgan Stanley** | RESEARCH

FOUNDATION

# Investment Summary

**We are initiating coverage of Acadia with an Overweight rating and a $55 price target.** Acadia is a commercial stage company that develops treatments for central nervous system (CNS) disorders. Nuplazid (pimavanserin) was approved in 2016 for Parkinson's disease psychosis (PDP) and will likely be approved in dementia-related psychosis (DRP) in 2021. With approval in DRP, pimavanserin could expand into a market 10x the size of PDP. Furthermore, pimavanserin could ultimately expand into negative symptoms of schizophrenia (NSS), potentially generating an additional $1B+ in sales to total >$5B in peak unadjusted sales across indications. Finally, trofinetide is in Phase 3 for Rett Syndrome, a rare neurological disorder affecting ~8,000 girls in the US, with data expected in 2021. We believe the valuation remains attractive, particularly after ACAD shares declined by almost 30% since the announcement that the pooled Phase 3 CLARITY studies in major depressive disorder (MDD) did not meet the primary endpoint. However, we acknowledge limited near-term catalysts.

**Key debates discussed in this report:**

Debate 1: Will pimavanserin exceed 2021 consensus sales estimates of $152M in DRP?

Debate 2: Will Nuplazid revenues exceed ~$5.9B consensus peak US sales?

Debate 3: Will the trofinetide Phase 3 LAVENDER study read out positively?

**Exhibit 1:** Summary of peak sales projections

| Indication | Geography | Addressable population at launch | Launch Year | Gross Annual Price at Launch | Peak Market Share | Probability of Success | Risk-Adjusted Peak Sales ($M) | Unadjusted Peak Sales ($M) |
|---|---|---|---|---|---|---|---|---|
| Parkinsons Disease Psychosis | US | 118,000 | 2016 | $26,514 | 30% | 100% | $993 | $993 |
| Dementia Related Psychosis | US | 1,200,00 | 2021 | $43,760 | 13% | 85% | $2,764 | $3,252 |
| Negative Symptoms of Schizophrenia | US | 350,000 | 2023 | $46,425 | 15% | 45% | $472 | $1,049 |
| **Total Nuplazid** | **US** | **468,000** | **-** | **-** | **-** | **-** | **$4,229** | **$5,293** |
| Rett Syndrome | US | 2,800 | 2022 | $150,000 | 40% | 50% | $66 | $133 |
| **Total** | **US** | **470,800** | **-** | **-** | **-** | **-** | **$4,295** | **$5,426** |

Source: Morgan Stanley Research estimates

## Key Investment Points

**The Street has high expectations for Nuplazid to expand into much larger DRP indication.** The supplemental application for Nuplazid in DRP has been accepted by the FDA for potential approval by April 3, 2021. Expansion into DRP would open up the eligible patient population to 1.2M patients (vs. ~120,000 with PDP) and could drive an additional $3B+ in peak sales. However, as the Phase 3 HARMONY study was stopped early for positive efficacy in September 2019, we see limited room for upside as we believe the Street has already priced in relatively high expectations (80-90% PoS) for approval.

**Success of the Phase 3 programs for NSS and Rett are challenging to gauge.** The trofinetide Phase 3 LAVENDER trial in Rett Syndrome is ongoing with data expected in 2021, and the pimavanserin Phase 3 in NSS is expected to begin in 2H20. Given

MS_ACADIA_000089

4

**Morgan Stanley** | RESEARCH

**FOUNDATION**

challenges developing treatments for CNS disorders, we take a conservative stance on these two programs. Indeed, many investors seem to ascribe limited (if any) value to these programs. With what we believe to be conservative risk-adjustments of 45-50% probability of success (lower than the typical 65% we assume for Phase 3 programs), we think these two programs are worth ~$6/share.

**Exhibit 2:** Acadia Pharmaceuticals Pipeline



Source: Company reports

# Key Upcoming Catalysts

**Exhibit 3:** Upcoming catalysts (more stock-impactful events highlighted)

| Drug | Indication | Milestone | Timing | Impact |
|------|-----------|-----------|--------|--------|
| Pimavanserin | DRP | Potential approval | 4/3/2021 | *** |
| Trofinetide | Rett Syndrome | Data from Phase 3 LAVENDER study | 2021 | *** |

Source: Company reports, Morgan Stanley Research

MS_ACADIA_000090

5

**Morgan Stanley** | RESEARCH

FOUNDATION

# Valuation

**Exhibit 4:** Discounted Cash Flow analysis ($M except per share)

| ($M except per share) | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | Terminal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow (FCF) | ($246.7) | ($333.8) | ($275.0) | $95.3 | $451.1 | $817.9 | $1,208.8 | $1,602.9 | $1,881.2 | $2,151.7 | $2,295.9 | $1,330.4 | $719.6 | $619.3 | $593.6 | $4,847.9 |
| Growth | | NM | NM | NM | 373% | 81% | 48% | 33% | 17% | 14% | 7% | -42% | -46% | -14% | -4% | |
| Discount period | - | - | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 7.50 | 8.50 | 9.50 | 10.50 | 11.50 | 12.50 | 13.50 |
| Present Value of FCF | ($246.7) | ($333.8) | ($262.2) | $82.6 | $355.4 | $585.9 | $787.2 | $949.0 | $1,012.5 | $1,052.8 | $1,021.2 | $538.0 | $264.5 | $206.9 | $180.3 | $1,338.9 |

| Net Present Value Analysis | |
|---|---|
| Discount rate | 10.0% |
| Discount year | 2020.50 |
| Terminal growth rate | -2.0% |
| | |
| Net enterprise value | $8,113 |
| NOLs | $112 |
| Net Cash | $532 |
| Market Value | $8,757 |
| Shares Outstanding | 158 |
| **NPV (per share)** | **$55** |

Source: Morgan Stanley Research

Our price target includes ~$4.3B in risk-adjusted peak US sales. We derive our price target from a discounted cash flow (DCF) analysis using a 10% discount rate and -2% terminal growth. Our price target is also supported by our NPV sum-of-the-parts analysis (Exhibit 5).

**Discount Rate:** We use a 10% discount rate for all commercial companies, 12.5% for companies with randomized Phase 2 data, and 15% for all development stage companies.

**Terminal Growth Rate:** We model revenues through 2033E and assume -2% terminal growth rate due to patent expiry for pimavanserin in April 2030 (assuming patent extension) and 2035 for trofinetide.

**Revenue:** We model US revenues for pimavanserin in PDP, DRP, and NSS, as well as for trofinetide in Rett Syndrome. Our assumptions on launch years and peak sales by indication are shown in Exhibit 1. Commercialization in other geographies beyond the US remains upside to our model but are captured in our bull case scenario.

**Economics:** Acadia entered into a license agreement with Ipsen in 2006 for IP including pimavanserin. As a result, Ipsen is eligible for a royalty of up to 2% on net sales through 2021. In 2018, Acadia licensed trofinetide from Neuren Pharmaceuticals for Rett syndrome and other indications in North America. Neuren is eligible for a tiered, double-digit royalty on net sales.

**Key risks to our price target:** Risks include clinical, regulatory, and commercial challenges. Clinical risks include disappointing NSS or Rett data. Regulatory risks include pimavanserin not being approved in DRP or the subsequent programs. Commercial risks include slower growth in PDP and slow adoption in DRP.

MS_ACADIA_000091

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 5:** NPV sum-of-the-parts analysis (numbers may not sum due to rounding)

(probability adjusted, $M except per share data)

|  | Discount rate | PoS | Valuation | Per share |
|---|---|---|---|---|
| Nuplazid - PDP | 10% | 100% | 1,742 | 11 |
| Nuplazid - DRP | 10% | 85% | 5,416 | 34 |
| Nuplazid - NSS | 10% | 45% | 785 | 5 |
| Trofinetide - Rett syndrome | 10% | 50% | 142 | 1 |
| **Total** | | | **8,085** | **51** |
|  |  |  |  |  |
| Net cash | | | 532 | 3 |
| **Total value** | | | **8,617** | **55** |

Source: Morgan Stanley Research

MS_ACADIA_000092

**Morgan Stanley** | RESEARCH

FOUNDATION

# Debate 1: Will pimavanserin exceed 2021 consensus sales estimates of $152M in DRP?

**Overview:** Pimavanserin is currently approved as Nuplazid in Parkinson's disease psychosis (PDP) and could be the first approved treatment for the larger indication of dementia-related psychosis (DRP) by April 2021. As a reminder, the DRP treated population of 1.2M patients is about 10x larger than PDP. In mid-June, Acadia announced that they submitted the supplemental new drug application for the treatment of hallucinations and delusions associated with DRP based on data from the Phase 3 HARMONY study, which showed a significant reduction in risk of relapse of psychosis relative to placebo (HR=0.35, p=0.0023). The FDA has accepted the sNDA for regular review with a PDUFA date of April 3, 2021.

**Street's take:** Most investors believe that pimavanserin is likely to be approved in DRP. Some take a more conservative stance, arguing that there is already some off-label use in DRP, while others believe greater discounting will be needed given the significantly larger patient population. Many investors believe the current share price already accounts for Nuplazid in DRP with 80-90% probability of success (PoS). We note, however, that consensus for 2021 sales has decreased to $152M from $192 in mid-July.

**Our take:** We think pimavanserin is likely to be approved in DRP (we assume 85% PoS). However, given Acadia's expansion into a new indication and uncertainties associated with COVID-19, we are below consensus with ~$106M in unadjusted 2021 sales for DRP.

## Background on Pimavanserin

Pimavanserin, marketed as Nuplazid, was approved in April 2016 for treating hallucinations and delusions associated with Parkinson's disease psychosis (PDP). It is currently in development for dementia-related psychosis (DRP) and negative symptoms of schizophrenia (NSS). Pimavanserin is a small molecule, selective serotonin inverse agonist (SSIA) preferentially targeting $5-HT_{2A}$ receptors with no appreciable affinity for dopaminergic, histaminergic, or muscarinic receptors. These features allow pimavanserin to be therapeutic to psychotic symptoms, while not blocking dopamine receptors and impairing motor function.

MS_ACADIA_000093

**Morgan Stanley** | RESEARCH

**FOUNDATION**

**Exhibit 6:** Nuplazid treats psychosis and does not hinder cognition, or motor function



Source: Nuplazidhcp.com

Statistically significant reductions in hallucinations and delusions were observed in the 199-patient Phase 3 study at Weeks 4 and 6 in patients treated with pimavanserin vs. placebo (p=0.0369 and 0.0014 respectively; Exhibit 7). Specifically, at Week 6, greater improvements were observed with Nuplazid than placebo in hallucinations (34% vs. 18%) and delusions (41% vs. 21%). Meanwhile, no difference was observed on motor function as measured by Unified Parkinson's Disease Rating Scale (UPDRS), with mean change in score of -1.4 with Nuplazid and -1.7 with placebo.

In June 2018, the FDA accepted the 34mg dosing regimen, which allows Nuplazid to be dosed in one pill versus two 17mg pills once daily. There are about 1M people with Parkinson's in the US, and up to half will experience dementia or hallucination at some point in their disease progression leading to a significant burden on the patient and caregivers. Nuplazid is the only drug approved to treat psychosis in Parkinson's patients.

Acadia recorded $125M, $224M, and $339M in sales in 2017, 2018, and 2019, respectively and has guided to $430-450M in net sales for 2020. Nuplazid exited 2019 with a market share in the "high teens." We model peak PDP sales of ~$990M (vs. consensus ~$1B) in 2029 ahead of patent expiry in 2030 (assuming patent extension).

MS_ACADIA_000094

9

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 7:** Pimavanserin improved hallucinations and delusions in patients with Parkinson's-related psychosis



Source: Company reports

## DRP represents a much larger market opportunity than PDP

Pimavanserin is currently under review for potential approval in DRP. While there is some overlap with Parkinson's-related psychosis (lower than 10% or "mid-high single digits"), DRP includes psychosis in other forms including Alzheimer's disease, dementia with Lewy bodies, vascular dementia, and frontotemporal dementia (FTD).

There are ~6M patients in the US suffering from dementia, with a wide estimated range of patients experiencing psychosis. Acadia estimates 2.4M dementia patients have psychosis, and around 50% or 1.2M patients seek treatment. However, many of these patients are either undiagnosed or are not receiving adequate therapy. Indeed, there are currently no approved therapies for dementia-related psychosis and off-label dopamine-blocking antipsychotics sometimes exacerbate the core symptoms of disease.

MS_ACADIA_000095

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 8:** DRP represents a much larger indication than PDP



Source: Morgan Stanley Research

Acadia's 392-patient Phase 3 HARMONY relapse-prevention study began in October 2017 and was stopped early for positive efficacy in September 2019 after a planned interim analysis. In the double-blind portion of the study, pimavanserin significantly reduced risk of relapse by 2.8x compared to placebo (HR=0.353, p=0.0023; Exhibit 10). Pimavanserin also had 63% improvement at Week 8, and 75% at Week 12, based on the Scale for the Assessment of Positive Symptoms-Hallucinations and Delusions (SAPS-H+D) score. Reductions in psychosis were consistent across subtypes in the open-label portion (Exhibit 9). Importantly, pimavanserin was well-tolerated over the entire 9 month study duration, with no worsening of motor symptoms or cognition (Exhibit 11), and pimavanserin had a lower discontinuation rate of 2.9% vs. 3.6% for placebo. Pimavanserin's positive safety profile is distinguished as some drugs used off-label to treat psychosis are bad for cognition.

MS_ACADIA_000096

**Morgan Stanley** | RESEARCH

**FOUNDATION**

**Exhibit 9:** Pimavanserin reduced psychosis across DRP subtypes



Source: Company reports

**Exhibit 10:** Pimavaserin reduced risk of relapse by 2.8x



Source: Company reports

MS_ACADIA_000097

12

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 11:** Worsening of cognition was not observed over 9 months treatment



Source: Company reports

## Nuplazid could be approved for DRP in April

On June 15, Acadia announced their submission of the supplemental new drug application (sNDA) for DRP and the FDA set a PDUFA date of April 3, 2021. Should pimavanserin be approved in DRP, we would expect a modification to the black box warning to remove reference to DRP, but it remains to be seen what the revision would look like given that it is an overall class warning.

While DRP would offer a much larger addressable patient population to Nuplazid, some investors have suggested that Nuplazid may be being prescribed off-label for DRP, leading to fewer new DRP patients to drug in 2021 and mitigating the launch. However, management has indicated they have a good access relationship with payors. Furthermore, they indicated awareness for DRP in neurologists remains low because the pimavanserin data in DRP has largely only been presented at medical meetings.

With the new indication, they plan to call on dementia specialists and will increase the size of the field force ~450-500 from 200. Importantly, Acadia does not expect a big change in pricing with the label expansion into a 10X larger market, and it believes that the value of Nuplazid in a market with no approved drugs is supportive of the current price. With regards to Europe, management indicated it may not be worth commercializing given that the class of drugs in Europe generally has much lower prices, but they would potentially wait until they had a broader label (such as NSS) to maximize value with 10-year drug exclusivity in the EU.

## We model 2021 sales in DRP >$100M

While it is possible for Nuplazid to reach consensus $152M in DRP sales for 2021 given the large market, educational efforts, and physician enthusiasm for the drug, we model a more conservative $106M in 2021 sales given expansion into a new indication and uncertainties associated with COVID-19. We still expect the launch in DRP to be fairly linear and don't expect a large bolus of patients. Still, we think DRP will have more rapid

MS_ACADIA_000098

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

uptake than PDP with the larger population and expanded salesforce. Management has already launched a healthcare professional website (morethancognition.com) to help educate physicians on the prevalence and burden of psychosis for DRP patients. Additionally, uptake could be faster given greater recognition of the correlation between dementia and psychosis from physicians treating DRP compared to physicians primarily treating Parkinson's who focus mainly on motor symptoms. Given these factors, we estimate DRP sales of $106M in 2021, increasing to $3.3B by 2029.

**Exhibit 12:** Comparison of expected sales for DRP vs PDP



Source: Morgan Stanley Research, SEC filings

## DRP Model Assumptions

We model a mid-2021 US launch of Nuplazid in DRP following approval in April. At launch, we estimate an addressable population of ~1.2M patients treated for DRP with Nuplazid achieving a 0.50% market share in the first half-year or ~5,400 patients. In total, we model $106M in unadjusted DRP sales in 2021, growing to a peak of ~$3.3B in 2029. We risk-adjust these values with an 85% probability of success (PoS). A potential launch in the EU and other countries remain upside to our model.

MS_ACADIA_000099

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 13:** Nuplazid US DRP Market Model

| | | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Population (M) | | 326.5 | 329.1 | 331.7 | 334.4 | 337.1 | 339.8 | 342.5 | 345.2 | 348.0 | 350.8 | 353.6 | 356.4 | 359.3 | 362.1 | 365.0 | 368.0 | 370.9 |
| Population Growth Rate | | | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| | | | | | | | | | | | | | | | | | | |
| Dementia Prevalence (M) | | | 6.0 | 6.0 | 6.1 | 6.1 | 6.2 | 6.2 | 6.3 | 6.3 | 6.4 | 6.4 | 6.5 | 6.5 | 6.6 | 6.7 | 6.7 | 6.8 |
| % of US population | | | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% |
| **Neurodegenerative disorders** | | | | | | | | | | | | | | | | | | |
| Alzheimer's disease | 64% | | 3.8 | 3.9 | 3.9 | 3.9 | 4.0 | 4.0 | 4.0 | 4.1 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.3 |
| Vascular dementia | 1.5% | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Dementia with Lewy body | 7.5% | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Parkinson's disease dementia | 26% | | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.8 |
| Frontotemporal dementia | 1% | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | | | | | | | | | | | | | | | | | | |
| **Prevalence of Psychosis** | | | | | | | | | | | | | | | | | | |
| Alzheimer's disease | 30% | | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| Vascular dementia | 15% | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dementia with Lewy body | 75% | | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Parkinson's disease dementia | 50% | | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Frontotemporal dementia | 10% | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | | | | | | | | |
| Dementia pts with psychosis | | | 2.3 | 2.3 | 2.3 | 2.3 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.6 | 2.6 |
| % of dementia patients | | | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% |
| | | | | | | | | | | | | | | | | | | |
| Patients treated for psychosis (M) | 50% | | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 |
| Exclude PD dementia covered by PDP | 8% | | | | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| | | | | | | | | | | | | | | | | | | |
| Treated Patients | | | | | | 5,421 | 32,788 | 55,085 | 77,735 | 100,745 | 124,118 | 136,485 | 149,041 | 150,233 | 93,191 | 70,452 | 71,016 | 71,584 |
| Market Share | | | | | | 1% | 3% | 5% | 7% | 9% | 11% | 12% | 13% | 13% | 8% | 6% | 6% | 6% |
| | | | | | | | | | | | | | | | | | | |
| Gross annual price | | | | | | 43,760 | 45,073 | 46,425 | 47,817 | 49,252 | 50,730 | 52,251 | 53,819 | 55,434 | 57,097 | 58,809 | 60,574 | 62,391 |
| % Y/Y | | | | | | | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Gross to net | | | | | | 19% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% | 31% | 32% | 33% |
| Net Price | | | | | | 35,445 | 35,157 | 35,747 | 36,341 | 36,939 | 37,540 | 38,144 | 38,750 | 39,358 | 39,968 | 40,579 | 41,190 | 41,802 |
| | | | | | | | | | | | | | | | | | | |
| Compliance | | | | | | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| **NUPLAZID Total Sales** | | | | | | $106 | $634 | $1,083 | $1,554 | $2,047 | $2,563 | $2,863 | $3,176 | $3,252 | $2,049 | $1,572 | $1,609 | $1,646 |
| Risk-adjusted sales | 85% | | | | | $90 | $539 | $921 | $1,321 | $1,740 | $2,178 | $2,434 | $2,700 | $2,764 | $1,741 | $1,337 | $1,368 | $1,399 |

Source: Morgan Stanley Research

MS_ACADIA_000100

15

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

# Debate 2: Will Nuplazid revenues exceed ~$5.9B consensus peak US sales?

**Overview:** Pimavanserin is in Phase 3 for negative symptoms of schizophrenia (NSS). Across PDP, DRP, and NSS, current consensus for peak pimavanserin sales is $5.9B.

**Street's take:** Investors largely agree that Nuplazid has significant potential. However, many are cautious on NSS given difficulty treating those populations and high variability in trials.

**Our take:** Nuplazid peak sales will be highly dependent on DRP. With conservative market share assumptions, we model peak unadjusted sales of ~$1B in NSS and total peak unadjusted Nuplazid sales of $5.3B.

## Negative Symptoms of Schizophrenia

Acadia is studying pimavanserin for the treatment of negative symptoms associated with schizophrenia. Schizophrenia is a chronic mental illness in which people interpret reality abnormally, which can result in positive symptoms (such as adding hallucinations and delusions), or negative symptoms (such as taking away the ability to show emotions or talk and participate in social settings). Symptoms can be very disabling and typically lead to patients being under medical care for their entire lives. It is estimated that anywhere from 0.25-0.64% of the US currently suffers from schizophrenia, and almost half of patients suffer from predominantly negative symptoms.

Treatments for schizophrenia include second-generation or atypical antipsychotics, but these drugs often fail to treat negative symptoms in patients, have harmful side effects, and can be detrimental to cognition. Currently, there are no approved therapies for the treatment of negative symptoms. That said, it is believed that the effective feature of antipsychotics in treating negative schizophrenia is the targeting of 5-$HT_{2A}$. Pimavanserin's more preferential targeting of 5-$HT_{2A}$ without the additional off-target effects could potentially make pimavanserin a safer and more effective therapy. Acadia began their second pivotal trial (Phase 3 ADVANCE-2) in 3Q20.

## Phase 2 ADVANCE Data

Acadia began the 26-week placebo-controlled Phase 2 ADVANCE trial in 2016, enrolling 403 patients with negative symptoms and as adjunctive therapy to current background therapy (see Exhibit 14). The starting dose was 20mg at baseline and patients could be titrated up to 34mg, or down to 10mg between Weeks 2 and 8.

MS_ACADIA_000101

FOUNDATION

**Exhibit 14:** Phase 2 ADVANCE Trial Design



Source: Company Reports

In November 2019, topline data were announced showing pimavanserin achieved statistically significant improvement from baseline in the Negative Symptom Assessment-16 (NSA-16) total score compare to placebo at Week 26 (p=0.043, effect size= 0.21, Exhibit 15). Improvements were greatest in the 54% (107/201) of patients who were titrated to 34mg pimavanserin (p=0.0065, effect size= 0.34, Exhibit 16). More robust improvements were also observed in patients diagnosed for >5 years and patients treated in Europe. Pimavanserin was well-tolerated and had no adverse effects on weight, vital signs, metabolic syndrome, or extrapyramidal symptoms compared to placebo.

Originally, Acadia went with the 20mg starting dose because they did not yet have data on 34mg and wanted to avoid tolerability issues or patients dropping off the trial. Management indicated some patients may have stayed on 20 mg when they saw some efficacy instead of pushing up to 34 mg where they could have seen even better efficacy, but few patients titrated down to 10 mg. Overall, they saw very clean safety across doses, but much better efficacy in patients receiving 34 mg. The trial had a high retention rate with 85-95% of patients finishing the trial, which management indicated was exceptional for a 6-month trial. Importantly, after discussions with the FDA, they agreed that the positive ADVANCE study, though a Phase 2 study, was full powered and would count as one of two necessary positive trials for a potential approval in schizophrenia.

MS_ACADIA_000102

17

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 15:** Improvements in NSA-16 in Phase 2 ADVANCE



Source: Company reports

**Exhibit 16:** Improvements in NSA-16 in patients treated with 34mg



Source: Company reports

## ADVANCE-2

Acadia took learnings from ADVANCE to inform the design of ADVANCE-2, a confirmatory study initiated in 3Q20, which will use a 34 mg fixed dose. Management indicated that in schizophrenia, it can often take 3 trials for 2 positive readouts. The Phase 3 ADVANCE-2 trial is designed similarly, but is an ex-US trial, given the previous trial enrolled enough US patients to satisfy application requirements.

**Exhibit 17:** ADVANCE-2 Study Design



Source: Company Reports

## Schizophrenia Opportunity

As many as 0.25-0.64% of the US currently suffers from schizophrenia and 40-50% of patients suffer from predominantly negative symptoms. Schizophrenia is one of the top 15 leading causes of disability, yet many therapies have harmful side effects. There are currently no approved therapies for the treatment of negative symptoms of schizophrenia.

*Model assumptions:*

MS_ACADIA_000103

**Morgan Stanley** | RESEARCH

**FOUNDATION**

At launch in 2023, we model 1.2M schizophrenia patients in the US, with 60% experiencing negative symptoms, and 50% of those seeking treatment. We assume a peak market share of 15% by 2029, equating to >53,000 patients with schizophrenia treated with pimavanserin, translating to >$1B in peak sales. We risk-adjust sales with a 45% probability of success (PoS).

**Exhibit 18:** Nuplazid US Schizophrenia Market Model

| | | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Population (M) | | 327.2 | 328.2 | 329.3 | 330.4 | 331.5 | 332.6 | 333.7 | 334.7 | 335.8 | 336.9 | 338.0 | 339.2 | 340.3 | 341.4 | 342.5 | 343.6 |
| Population Growth Rate | | | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| Adults (M) | 78% | 253.9 | 254.7 | 255.5 | 256.4 | 257.2 | 258.1 | 258.9 | 259.8 | 260.6 | 261.5 | 262.3 | 263.2 | 264.0 | 264.9 | 265.8 | 266.7 |
| Prevalence of schizophrenia in adults (M) | 0.45% | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| Negative symptoms | 60% | 685,481 | 687,727 | 689,981 | 692,242 | 694,510 | 696,786 | 699,070 | 701,360 | 703,659 | 705,964 | 708,278 | 710,599 | 712,927 | 715,263 | 717,607 | 719,959 |
| Seeking treatment for negative symptoms | 50% | 342,741 | 343,864 | 344,991 | 346,121 | 347,255 | 348,393 | 349,535 | 350,680 | 351,829 | 352,982 | 354,139 | 355,299 | 356,464 | 357,632 | 358,804 | 359,979 |
| Treated Patients | | | | | | | 10,452 | 17,477 | 24,548 | 31,665 | 38,828 | 46,038 | 53,295 | 35,646 | 25,034 | 25,116 | 25,199 |
| Market Share | | | | | | | 3% | 5% | 7% | 9% | 11% | 13% | 15% | 10% | 7% | 7% | 7% |
| Gross annual price | | | | | | | 46,425 | 47,817 | 49,252 | 50,730 | 52,251 | 53,819 | 55,434 | 57,097 | 58,809 | 60,574 | 62,391 |
| % Y/Y | | | | | | | | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Gross to net | | | | | | | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% | 31% | 32% | 33% |
| Net Price | | | | | | | 35,747 | 36,341 | 36,939 | 37,540 | 38,144 | 38,750 | 39,358 | 39,968 | 40,579 | 41,190 | 41,802 |
| Compliance | | | | | | | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| **NUPLAZID sales** | | | | | | | $187 | $318 | $453 | $594 | $741 | $892 | $1,049 | $712 | $508 | $517 | $527 |
| Risk-adjusted sales | 45% | | | | | | $84 | $143 | $204 | $267 | $333 | $401 | $472 | $321 | $229 | $233 | $237 |

Source: Morgan Stanley Research

**Exhibit 19:** Morgan Stanley Risk-Adjusted Estimates for Total Nuplazid Sales by Indication



Source: Morgan Stanley Research

MS_ACADIA_000104

19

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 20:** Total Projected Nuplazid Sales vs Consensus



Source: Morgan Stanley Research, Visible alpha

**Exhibit 21:** Total Estimated Nuplazid Sales

| Risk-adjusted revenue | PoS | 2016 | 2017 | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's disease psychosis | 100% | | $125 | $224 | $339 | $443 | $603 | $559 | $630 | $705 | $782 | $832 | $884 | $937 | $993 | $677 | $485 | $390 | $399 |
| Dementia-related psychosis | 85% | | | | | | $90 | $539 | $921 | $1,321 | $1,740 | $2,178 | $2,434 | $2,700 | $2,764 | $1,741 | $1,337 | $1,368 | $1,399 |
| Negative symptoms of schizophrenia | 45% | | | | | | | | $84 | $143 | $204 | $267 | $333 | $401 | $472 | $321 | $229 | $233 | $237 |
| **Total Nuplazid revenue** | | | $125 | $224 | $339 | $443 | $693 | $1,098 | $1,635 | $2,168 | $2,726 | $3,278 | $3,651 | $4,039 | $4,229 | $2,739 | $2,050 | $1,990 | $2,035 |

Source: Morgan Stanley Research

MS_ACADIA_000105

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

# Debate 3: Will the trofinetide Phase 3 LAVENDER study read out positively?

**Overview:** Trofinetide, licensed from Neuren Pharmaceuticals, is currently in Phase 3 for Rett syndrome, a rare neurological disorder found almost exclusively in females in which a mutation on the MECP2 gene causes issues with speech, eating, and mobility. There are about 6,000-9,000 females living with Rett in the US, and there are no FDA-approved therapies. Acadia's Phase 3 LAVENDER trial began in October 2019 and is expected to read out in 2021.

**Street's take:** Many investors believe that the data are still early for trofinetide in Rett and question whether the drug will prove efficacious in a larger study given the effects in the Phase 2 were not consistent across endpoints, and the mechanism of action (MOA) only serves to treat symptoms rather than the underlying cause of Rett.

**Our take:** We believe the data so far are supportive of trofinetide in Rett but agree that the inconsistencies across endpoints and p-values which were not highly statistically significant raises questions on efficacy in a larger study with a new composite endpoint. As a result, we assume 50% probability of success for the program, which is lower than the typical 65% we assume for Phase 3 assets.

## Rett Syndrome

Rett syndrome is a rare neurological disorder caused by a mutation of the MECP2 gene on the X chromosome. Rett predominantly affects females and is normally diagnosed when a child is between 6-18 months old, often when the child begins to miss key milestones. With an incidence of 1 in 10,000-20,000 females, there are estimated to be 8,000-9,000 Rett patients in the US. The disorder can present in either mild or severe cases and can cause loss of speech, loss of mobility, breathing issues, scoliosis, involuntary hand movements, and other symptoms. Unlike some other neurological disorders, Rett is not degenerative, and patients normally live into mid-life or beyond. However, there are still no FDA-approved therapies. Current standard of care consists of off-label use of generic drugs (including antipsychotics, antidepressants, and benzodiazepines) to treat symptoms.

## Trofinetide for Rett

Trofinetide is a novel synthetic analog of the ammino-terminal tripeptide of insulin-like growth factor 1 (IGF-1). The drug is intended to treat symptoms of Rett by decreasing the neuroinflammation and supporting synaptic function. Acadia licensed the drug in North America from Neuren Pharmaceuticals. In addition to receiving a $10M up front,

MS_ACADIA_000106

21

**Morgan Stanley** | RESEARCH

FOUNDATION

Neuren is eligible for up to $455M in milestones, tiered double-digit percentage royalties, and one third of the market value of any Rare Pediatric Disease Priority Review Voucher. Trofinetide has been granted Fast Track Status and Orphan Drug Designation in the US and EU for Rett Syndrome and Fragile X syndrome.

In late 2019, results from Neuren's 82-patient Phase 2 in Rett syndrome were published in *Neurology*. The initial 62 participants were randomized (1:1:1:1) to receive placebo for 2 weeks and then placebo again, 50, 100, or 200 mg/kg BID of trofinetide for another 42 days (see Exhibit 22). Additionally, after a blinded safety data review, another 20 patients were randomized 1:1 to receive placebo or 200 mg/kg (see Exhibit 23). Trofinetide was well-tolerated at all doses and generally safe. Only one patient, dosed with 200 mg/kg BID, withdrew from the study due to mild gastro-esophageal reflux, moderate diarrhea, and mild vomiting, which all resolved once treatment was stopped. There were 4 serious adverse events (SAEs) reported in 3 patients (1 on placebo, 1 in 100 mg/kg, and 1 on 200 mg/kg), but all were deemed not related to trofinetide and resolved by the end of the trial.

Results showed patients treated with 200 mg/kg of trofinetide achieved statistically significant improvements in the Rett Syndrome Behavior Questionnaire (RSBQ), which was assessed by a caregiver and the RTT-Clinician Domain Specific Concerns - Visual Analog Scale (RTT-DSC-VAS), and Clinical Global Impression Scale - Improvement (CGI-I), which were both assessed by physicians (see Exhibit 24). Improvement on RSBQ was marginally significant (p=0.042), while CGI-I and RTT-DSC had stronger statistical significance (p=0.029 and p=0.025 respectively). For both RTT-DSC and RSBQ, 10% placebo-adjusted improvements were observed (15% vs. 5% for RTT-DSC and 16% vs. 6% for RSBQ). Importantly, improvements over placebo with the 200 mg/kg doses were increasing as the duration of treatment continued which can be observed at day 54 before dosing completed. Furthermore, improvements diminished when dosing was ceased. However, results were not statistically significant for the previously mentioned assessments in the lower doses, or for any doses in the Top 3 Caregiver Concerns Assessment, or the clinician-assessed Motor Behavior Assessment (MBA).

**Exhibit 22:** Phase 2 trial design in Rett

Source: Glaze et al., Neurology 2019

MS_ACADIA_000107

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 23:** Enrollment in Phase 2 trial



Source: Glaze et al., Neurology 2019

**Exhibit 24:** Improvements in Caregiver and physician assessed endpoints



Source: Glaze et al., Neurology 2019

## Phase 3 LAVENDER

Acadia began the 12-week, ~180-patient Phase 3 LAVENDER trial in October 2019. Patients (age 5-20) randomized to trofinetide are given a weight-based dose that is based off of the higher dose in the Phase 2. Management indicated they conducted a lot of pharmacokinetic (PK) modeling and simulation in order to target the plasma exposures that correspond to the 200 mg/kg dose in Phase 2. The new doses will target similar plasma exposures and were agreed to by the FDA. The co-primary endpoints are the Rett Syndrome Behavior Questionnaire (RSBQ; a caregiver assessment) and the Clinical Global Impression Scale-Improvement (CGI-I; a clinician assessment). Management indicated they believe these assessments will get at the "core components of Rett" and will be meaningful to have both caregiver and clinician assessments. Acadia

MS_ACADIA_000108

**Morgan Stanley** | RESEARCH

FOUNDATION

indicated the FDA will need to see benefit in both clinician and caregiver assessments and so they will need to achieve statistically significant improvements (p<0.05) on both endpoints.

## Will LAVENDER read out positively?

There are reasons to believe the LAVENDER data can read out positively, with trofinetide demonstrating statistically significant benefits in both endpoints at a similar dose range in the Phase 2 trial. Indeed, it is encouraging that benefits were seen in both caregiver and physician assessed endpoints and the beneficial dose will be similar to the one used in the Phase 2. Furthermore, improvements in the 200mg/kg patients were sustained at the end of the dosing period (day 54) and separation from placebo were still widening. A longer treatment duration in LAVENDER (12 weeks vs 6 weeks of treatment dosing) could also help achieve greater improvements which may not have been fully captured in the Phase 2. On the other hand, the improvements observed in the endpoints were not highly statistically significant (p=0.042 for RSBQ, p=0.029 for CGI-I) and were not achieved in any other dose. Improvements were also only observed in the RTT-DSC-VAS at 200 mg/kg, but not in any other assessed endpoints, both caregiver and physician assessed. This raises some concern over the consistency of benefits and whether the results can be replicated in a larger study. Overall, we remain cautious on the program and ascribe 50% PoS.

## Market Model

**Exhibit 25:** Rett Syndrome US Market Model

| | | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Population (M) | | 327.2 | 328.2 | 329.3 | 330.4 | 331.5 | 332.6 | 333.7 | 334.7 | 335.8 | 336.9 | 338.0 | 339.2 | 340.3 | 341.4 | 342.5 | 343.6 |
| Population Growth Rate | | | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| Females | 51% | | 167 | 168 | 169 | 169 | 170 | 170 | 171 | 171 | 172 | 172 | 173 | 174 | 174 | 175 | 175 |
| Rett prevalence | 0.005% | | 8,370 | 8,398 | 8,425 | 8,453 | 8,480 | 8,508 | 8,536 | 8,564 | 8,592 | 8,620 | 8,649 | 8,677 | 8,705 | 8,734 | 8,762 |
| Age 5-20 | 33% | | 2,762 | 2,771 | 2,780 | 2,789 | 2,799 | 2,808 | 2,817 | 2,826 | 2,835 | 2,845 | 2,854 | 2,863 | 2,873 | 2,882 | 2,892 |
| Treated Patients | | | | | | 139 | 280 | 421 | 563 | 707 | 851 | 996 | 1,142 | 1,145 | 1,149 | 1,153 | 1,157 |
| Market Share | | | | | | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 40% | 40% | 40% | 40% |
| Gross annual price | | | | | | $150,000 | $154,500 | $159,135 | $163,909 | $168,826 | $173,891 | $179,108 | $184,481 | $190,016 | $195,716 | $201,587 | $207,635 |
| % Y/Y | | | | | | | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Gross to net | | | | | | 20% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% | 31% |
| Net Price | | | | | | $120,000 | $122,055 | $124,125 | $126,210 | $128,308 | $130,418 | $132,540 | $134,671 | $136,811 | $138,958 | $141,111 | $143,268 |
| Compliance | | | | | | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Rett Total Sales | | | | | | $13 | $27 | $42 | $57 | $73 | $89 | $106 | $123 | $125 | $128 | $130 | $133 |
| Risk-adjusted sales | 50% | | | | | $7 | $14 | $21 | $28 | $36 | $44 | $53 | $61 | $63 | $64 | $65 | $66 |

Source: Morgan Stanley Research

MS_ACADIA_000109

**Morgan Stanley** | RESEARCH

FOUNDATION

# Income Statement

**Exhibit 26:** Acadia Income Statement

| ($M except per share) | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| Product sales, net | 339.1 | 443.0 | 593.1 | 1,104.6 | 1,648.6 | 2,189.1 |
| Royalties from European sales | - | - | - | - | - | - |
| **Revenues** | **339.1** | **443.0** | **593.1** | **1,104.6** | **1,648.6** | **2,189.1** |
| | | | | | | |
| COGS/license fees/royalties | 19.6 | 24.4 | 94.9 | 66.3 | 98.9 | 131.3 |
| R&D | 240.4 | 275.0 | 305.3 | 332.7 | 352.7 | 363.3 |
| SG&A | 325.6 | 415.0 | 477.3 | 525.0 | 567.0 | 601.0 |
| Total expenses | 585.6 | 714.4 | 877.4 | 924.0 | 1,018.6 | 1,095.6 |
| **Operating income (loss)** | **(246.5)** | **(271.4)** | **(284.3)** | **180.7** | **630.0** | **1,093.5** |
| Other Income / (Expense) | 12.2 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Income (loss) before income taxes | (234.4) | (265.4) | (278.3) | 186.7 | 636.0 | 1,099.5 |
| Income tax | 0.9 | 1.0 | - | 39.2 | 133.6 | 230.9 |
| **Net income (loss)** | **(235.3)** | **(266.4)** | **(278.3)** | **147.5** | **502.4** | **868.6** |
| **GAAP EPS** | **$ (1.60)** | **$ (1.70)** | **$ (1.76)** | **$ 0.93** | **$ 3.14** | **$ 5.40** |
| Basic shares | 147.2 | 156.8 | 157.8 | 158.8 | 159.8 | 160.8 |
| Diluted shares | 147.2 | 156.8 | 157.8 | 158.8 | 159.8 | 160.8 |

Source: Morgan Stanley Research, company reports

MS_ACADIA_000110

**Morgan Stanley** | RESEARCH

FOUNDATION

# Balance Sheet

**Exhibit 27:** Acadia Balance Sheet

| ($M) | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| Cash and cash equivalents | 189.7 | 238.2 | 141.5 | 425.5 | 1,076.6 | 2,106.3 |
| Investment securities, available-for-sale | 507.7 | 293.8 | 293.8 | 293.8 | 293.8 | 293.8 |
| Accounts recevable, net | 35.8 | 55.0 | 60.5 | 66.6 | 73.2 | 80.5 |
| Prepaid expenses and other current assets | 27.0 | 57.6 | 59.3 | 110.5 | 164.9 | 218.9 |
| **Total current assets** | **760.3** | **644.6** | **555.1** | **896.4** | **1,608.4** | **2,699.6** |
| | | | | | | |
| Property and equipment, net | 3.2 | 3.1 | 3.0 | 3.0 | 3.1 | 3.3 |
| Restricted Cash | 4.8 | 5.3 | 5.8 | 6.4 | 7.0 | 7.7 |
| Other assets | 15.0 | - | - | - | - | - |
| **Total assets** | **783.2** | **653.0** | **563.9** | **905.8** | **1,618.6** | **2,710.6** |
| | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 7.2 | 21.4 | 26.3 | 27.7 | 30.6 | 32.9 |
| Accrued liabilities | 67.6 | 21.4 | 26.3 | 27.7 | 30.6 | 32.9 |
| Other current liabilities | - | - | - | - | - | - |
| **Total current liabilities** | **74.8** | **42.9** | **52.6** | **55.4** | **61.1** | **65.7** |
| | | | | | | |
| Long term debt | - | - | - | - | - | - |
| Other long term liabilities | 9.2 | 10.1 | 11.2 | 12.2745 | 13.5 | 14.9 |
| **Total liabilities** | **84.0** | **53.0** | **63.8** | **67.7** | **74.6** | **80.6** |
| | | | | | | |
| Preferred stock | - | - | - | - | - | - |
| Common stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional paid-in capital | 2,402.9 | 2,570.2 | 2,748.6 | 2,939.1 | 3,142.6 | 3,360.0 |
| Accumulated other comprehensive loss | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Accumulated deficit | (1,704) | (1,970.5) | (2,248.8) | (2,101.3) | (1,598.9) | (730.3) |
| **Total stockholders' equity** | **699.1** | **600.0** | **500.1** | **838.1** | **1,544.0** | **2,630.0** |
| | | | | | | |
| **Total liabilities and stockholders' equity** | **783.2** | **653.0** | **563.9** | **905.8** | **1,618.6** | **2,710.6** |

Source: Morgan Stanley Research, company reports

MS_ACADIA_000111

26

**Morgan Stanley** | RESEARCH

**FOUNDATION**

# Cash Flow Statement

**Exhibit 28:** Acadia Cash Flow Statement

| ($M) | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| **Net loss** | (235.3) | (266.4) | (278.3) | 147 | 502 | 869 |
| Depreciation | 1.3 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 |
| Ammortization | (2.1) | - | - | - | - | - |
| Stock-based compensation | 82.3 | 95.0 | 99.8 | 104.7 | 110.0 | 115.5 |
| Other items | (1.0) | - | - | - | - | - |
| Change in operating assets and liabilities: | | | | | | |
| Accounts receivable, net | (9.7) | (19.2) | (5.5) | (6.1) | (6.7) | (7.3) |
| Prepaid expenses and other current assets | (0.0) | (15.6) | (1.7) | (51.2) | (54.4) | (54.1) |
| Accounts payable | 4.1 | 14.2 | 4.9 | 1.4 | 2.8 | 2.3 |
| Accrued liabilities | 6.5 | (46.2) | 4.9 | 1.4 | 2.8 | 2.3 |
| Other | 2.9 | 0.9 | 1.0 | 1.1 | 1.2 | 1.4 |
| **Net cash used in operating activities** | **(151.1)** | **(235.9)** | **(173.5)** | **200** | **560** | **930** |
| Purchases of investments | (578.6) | (200) | (414) | (414) | (414) | (414) |
| Proceeds from maturities of investments | 413.9 | 414 | 414 | 414 | 414 | 414 |
| Purchases of strategic investments | - | - | - | - | - | - |
| Purchases of property and equipment | (1.1) | (1.2) | (1.4) | (1.5) | (1.7) | (1.8) |
| Proceeds from sale of property and equipment | - | - | - | - | - | - |
| **Net cash (used in) provided by investing activities** | **(165.8)** | **212.69** | **(1.4)** | **(1.5)** | **(1.7)** | **(1.8)** |
| Proceeds from issuance of preferred stock, net of offering costs | - | - | - | - | - | - |
| Proceeds from issuance of common stock, net of offering costs | 371.8 | - | - | - | - | - |
| Proceeds from exercise of stock options and warrants to purchase cc | - | 72.2 | 78.7 | 85.8 | 93.5 | 102.0 |
| Other | - | - | - | - | - | - |
| **Net cash provided by financing activities** | **371.8** | **72.2** | **78.7** | **85.8** | **93.5** | **102.0** |
| Effect of exchange rate changes on cash, cash equivalents and restri | 0.0 | - | - | - | - | - |
| Net increase (decrease) in cash and cash equivalents | 54.9 | 49.0 | (96.2) | 285 | 652 | 1,030 |
| Cash and cash equivalents at beginning of the year | 139.6 | 194.5 | 243.5 | 147 | 432 | 1,084 |
| **Cash and cash equivalents at end of the year** | **194.5** | **243.5** | **147.3** | **432** | **1,084** | **2,114** |

Source: Morgan Stanley Research, company reports

MS_ACADIA_000112

**Morgan Stanley** | RESEARCH                                                    FOUNDATION

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Jeffrey Hung.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of July 31, 2020, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Alnylam Pharmaceuticals Inc, Amgen Inc., argenx SE, Cytokinetics Inc, DBV Technologies SA, Editas Medicine, Epizyme Inc, Moderna Inc, NextCure Inc., Prevail Therapeutics Inc, Radius Health Inc, Regenxbio Inc.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of ADC Therapeutics SA, Alector Inc, Amgen Inc., Aprea Therapeutics Inc, argenx SE, Ascendis Pharma A/S, AVROBIO Inc, Biogen Inc, Biomarin Pharmaceutical Inc, Cabaletta Bio Inc, Cytokinetics Inc, Editas Medicine, Evelo Biosciences Inc, Fusion Pharmaceuticals Inc, Imara Inc, Kaleido Biosciences Inc., Karyopharm Therapeutics Inc, Legend Biotech Corp, Moderna Inc, NextCure Inc., Pandion Therapeutics, Regeneron Pharmaceuticals Inc., Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Schrodinger Inc., Theravance Biopharma Inc, Viela Bio, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc. Within the last 12 months, Morgan Stanley has received compensation for investment banking services from ADC Therapeutics SA, Alector Inc, Alexion Pharmaceuticals, Amgen Inc., Aprea Therapeutics Inc, argenx SE, Ascendis Pharma A/S, AVROBIO Inc, Biogen Inc, Biomarin Pharmaceutical Inc, Cabaletta Bio Inc, Cytokinetics Inc, Editas Medicine, Evelo Biosciences Inc, Fusion Pharmaceuticals Inc, Galapagos NV, Gilead Sciences Inc., Imara Inc, Kaleido Biosciences Inc., Karyopharm Therapeutics Inc, Legend Biotech Corp, Moderna Inc, NextCure Inc., Pandion Therapeutics, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Schrodinger Inc., Theravance Biopharma Inc, Viela Bio, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc. In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from **Acadia Pharmaceuticals Inc**, Acceleron Pharma Inc, ADC Therapeutics SA, Akebia Therapeutics Inc, Alector Inc, Alexion Pharmaceuticals, Alnylam Pharmaceuticals Inc, Amgen Inc., Aprea Therapeutics Inc, argenx SE, Ascendis Pharma A/S, AVROBIO Inc, BeiGene Ltd, Biogen Inc, Biohaven Pharmaceutical Holding Company, Biomarin Pharmaceutical Inc, Bluebird Bio Inc, Blueprint Medicines Corporation, Cabaletta Bio Inc, Cytokinetics Inc, DBV Technologies SA, Denali Therapeutics Inc, Editas Medicine, Epizyme Inc, Evelo Biosciences Inc, Exelixis Inc., Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Galapagos NV, Genmab A/S, Gilead Sciences Inc., Global Blood Therapeutics Inc, Imara Inc, Immunomedics Inc, Incyte Corp, Innoviva Inc, Insmed Inc, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Kaleido Biosciences Inc., Karyopharm Therapeutics Inc, Kodiak Sciences Inc, Legend Biotech Corp, Moderna Inc, MyoKardia Inc, Nabriva Therapeutics PLC, Neurocrine Biosciences Inc, NextCure Inc., Pandion Therapeutics, Prevail Therapeutics Inc, Radius Health Inc, Regeneron Pharmaceuticals Inc., Regenxbio Inc, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Rubius Therapeutics Inc., SAGE Therapeutics Inc, Sarepta Therapeutics Inc, Schrodinger Inc., Seattle Genetics Inc., Syndax Pharmaceuticals Inc, Theravance Biopharma Inc, Ultragenyx Pharmaceutical Inc, Unity Biotechnology Inc., Vertex Pharmaceuticals, Viela Bio, Voyager Therapeutics Inc, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Amgen Inc., Biogen Inc, Galapagos NV, Gilead Sciences Inc., Vertex Pharmaceuticals.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: **Acadia Pharmaceuticals Inc**, Acceleron Pharma Inc, ADC Therapeutics SA, Akebia Therapeutics Inc, Alector Inc, Alexion Pharmaceuticals, Alnylam Pharmaceuticals Inc, Amgen Inc., Aprea Therapeutics Inc, argenx SE, Ascendis Pharma A/S, AVROBIO Inc, BeiGene Ltd, Biogen Inc, Biohaven Pharmaceutical Holding Company, Biomarin Pharmaceutical Inc, Bluebird Bio Inc, Blueprint Medicines Corporation, Cabaletta Bio Inc, Cytokinetics Inc, DBV Technologies SA, Denali Therapeutics Inc, Editas Medicine, Epizyme Inc, Evelo Biosciences Inc, Exelixis Inc., Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Galapagos NV, Genmab A/S, Gilead Sciences Inc., Global Blood Therapeutics Inc, Imara Inc, Immunomedics Inc, Incyte Corp, Innoviva Inc, Insmed Inc, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Kaleido Biosciences Inc., Karyopharm Therapeutics Inc, Kodiak Sciences Inc, Legend Biotech Corp, Moderna Inc, MyoKardia Inc, Nabriva Therapeutics PLC, Neurocrine Biosciences Inc, NextCure Inc., Pandion Therapeutics, Prevail Therapeutics Inc, Radius Health Inc, Regeneron Pharmaceuticals Inc., Regenxbio Inc, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Rubius Therapeutics Inc., SAGE Therapeutics Inc, Sarepta Therapeutics Inc, Schrodinger Inc., Seattle Genetics Inc., Syndax Pharmaceuticals Inc, Theravance Biopharma Inc, Ultragenyx Pharmaceutical Inc, Unity Biotechnology Inc., Vertex Pharmaceuticals, Viela Bio, Voyager Therapeutics Inc, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Amgen Inc., BeiGene Ltd, Biogen Inc, Biomarin Pharmaceutical Inc, Cytokinetics Inc, DBV Technologies SA, Galapagos NV, Genmab A/S, Gilead Sciences Inc., Regeneron Pharmaceuticals Inc., Vertex Pharmaceuticals.

Morgan Stanley & Co. LLC makes a market in the securities of **Acadia Pharmaceuticals Inc**, Acceleron Pharma Inc, Akebia Therapeutics Inc, Alector Inc, Alexion Pharmaceuticals, Alnylam Pharmaceuticals Inc, Amgen Inc., AVROBIO Inc, Biogen Inc, Biomarin Pharmaceutical Inc, Bluebird Bio Inc, Blueprint Medicines Corporation, Cabaletta Bio Inc, Cytokinetics Inc, Epizyme Inc, Evelo Biosciences Inc, Exelixis Inc., Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Gilead Sciences Inc., Global Blood Therapeutics Inc, Imara Inc, Immunomedics Inc, Incyte Corp, Innoviva Inc, Insmed Inc, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Karyopharm Therapeutics Inc, Kodiak Sciences Inc, Legend Biotech Corp, MacroGenics Inc, Moderna Inc, Neurocrine Biosciences Inc, NextCure Inc., Prevail Therapeutics Inc, Radius Health Inc, Regeneron Pharmaceuticals Inc., Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Schrodinger Inc., Seattle Genetics Inc., Theravance Biopharma Inc, Ultragenyx Pharmaceutical Inc, Vertex Pharmaceuticals,

MS_ACADIA_000113

28

# Morgan Stanley | RESEARCH

FOUNDATION

Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of July 31, 2020)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1288 | 39% | 337 | 45% | 26% | 573 | 39% |
| Equal-weight/Hold | 1418 | 43% | 328 | 44% | 23% | 678 | 46% |
| Not-Rated/Hold | 4 | 0% | 1 | 0% | 25% | 3 | 0% |
| Underweight/Sell | 554 | 17% | 86 | 11% | 16% | 225 | 15% |
| TOTAL | 3,264 | | 752 | | | 1479 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to

MS_ACADIA_000114

29

# Morgan Stanley | RESEARCH

FOUNDATION

www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Amgen Inc., Biogen Inc, Biomarin Pharmaceutical Inc, Cytokinetics Inc, Gilead Sciences Inc., Insmed Inc, Ionis Pharmaceuticals Inc, Neurocrine Biosciences Inc, Radius Health Inc, Regeneron Pharmaceuticals Inc., Sarepta Therapeutics Inc, Theravance Biopharma Inc.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by

MS_ACADIA_000115

30

# Morgan Stanley | RESEARCH

## FOUNDATION

Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

INDUSTRY COVERAGE: Biotechnology

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (08/18/2020) |
|---|---|---|
| **David N Lebowitz, CFA, MPH** | | |
| Akebia Therapeutics Inc (AKBA.O) | E (09/07/2018) | $10.64 |
| Alnylam Pharmaceuticals Inc (ALNY.O) | O (03/05/2019) | $139.92 |
| Ascendis Pharma A/S (ASND.O) | O (10/11/2019) | $148.66 |
| AVROBIO Inc (AVRO.O) | O (07/16/2018) | $17.27 |
| Blueprint Medicines Corporation (BPMC.O) | O (04/03/2019) | $75.00 |
| Epizyme Inc (EPZM.O) | O (12/05/2019) | $12.13 |
| Ionis Pharmaceuticals Inc (IONS.O) | U (11/07/2019) | $53.65 |
| Ironwood Pharmaceuticals, Inc. (IRWD.O) | E (03/27/2019) | $10.74 |
| Karyopharm Therapeutics Inc (KPTI.O) | O (07/01/2020) | $15.14 |
| MacroGenics Inc (MGNX.O) | U (11/21/2019) | $26.32 |
| Nabriva Therapeutics PLC (NBRV.O) | E (03/17/2020) | $0.65 |
| Rhythm Pharmaceuticals Inc (RYTM.O) | O (09/07/2018) | $18.37 |
| Schrodinger Inc. (SDGR.O) | E (03/02/2020) | $68.63 |
| Syndax Pharmaceuticals Inc (SNDX.O) | E (10/29/2018) | $16.86 |
| Y-mABs Therapeutics Inc. (YMAB.O) | E (04/29/2020) | $40.77 |
| Zealand Pharma A/S (ZEAL.O) | O (09/12/2018) | $38.72 |
| **Jeffrey Hung** | | |
| Acadia Pharmaceuticals Inc (ACAD.O) | O (08/20/2020) | $39.66 |
| Acceleron Pharma Inc (XLRN.O) | O (02/03/2020) | $94.03 |
| Aprea Therapeutics Inc (APRE.O) | E (10/28/2019) | $29.48 |
| Cytokinetics Inc (CYTK.O) | O (04/09/2020) | $24.12 |
| Exelixis Inc. (EXEL.O) | E (03/18/2019) | $22.56 |
| MyoKardia Inc (MYOK.O) | O (09/10/2018) | $101.14 |
| Neurocrine Biosciences Inc (NBIX.O) | O (09/10/2018) | $114.94 |
| NextCure Inc. (NXTC.O) | E (07/13/2020) | $9.27 |
| Prevail Therapeutics Inc (PRVL.O) | O (07/15/2019) | $12.94 |
| Repare Therapeutics Inc (RPTX.O) | O (07/14/2020) | $24.81 |
| Ultragenyx Pharmaceutical Inc (RARE.O) | O (03/27/2019) | $87.90 |
| Viela Bio (VIE.O) | O (10/28/2019) | $35.51 |
| Voyager Therapeutics Inc (VYGR.O) | E (09/10/2018) | $11.71 |

MS_ACADIA_000116

**Morgan Stanley** | RESEARCH

FOUNDATION

**Matthew Harrison**

| | | |
|---|---|---|
| ADC Therapeutics SA (ADCT.N) | O (06/09/2020) | $39.00 |
| Alector Inc (ALEC.O) | O (03/04/2019) | $12.96 |
| Alexion Pharmaceuticals (ALXN.O) | E (12/17/2019) | $103.31 |
| Amgen Inc. (AMGN.O) | O (12/17/2019) | $241.50 |
| argenx SE (ARGX.O) | O (01/04/2019) | $239.65 |
| BeiGene Ltd (6160.HK) | O (01/17/2020) | HK$139.50 |
| BeiGene Ltd (BGNE.O) | O (01/17/2020) | $231.96 |
| Biogen Inc (BIIB.O) | O (07/27/2020) | $288.88 |
| Biohaven Pharmaceutical Holding Company (BHVN.N) | E (04/09/2019) | $63.45 |
| Biomarin Pharmaceutical Inc (BMRN.O) | E (07/08/2020) | $118.54 |
| Bluebird Bio Inc (BLUE.O) | E (11/03/2017) | $61.85 |
| Cabaletta Bio Inc (CABA.O) | O (11/19/2019) | $12.09 |
| Denali Therapeutics Inc (DNLI.O) | O (01/02/2018) | $32.08 |
| Editas Medicine (EDIT.O) | E (02/29/2016) | $37.16 |
| Evelo Biosciences Inc (EVLO.O) | E (05/21/2020) | $5.20 |
| Fulcrum Therapeutics Inc (FULC.O) | E (08/12/2020) | $8.16 |
| Fusion Pharmaceuticals Inc (FUSN.O) | O (07/21/2020) | $13.05 |
| Galapagos NV (GLPG.O) | E (12/17/2019) | $188.08 |
| Genmab A/S (GMAB.CO) | O (08/12/2019) | DKr 2,313.00 |
| Genmab A/S (GMAB.O) | O (08/12/2019) | $37.02 |
| Gilead Sciences Inc. (GILD.O) | E (10/01/2015) | $69.06 |
| Global Blood Therapeutics Inc (GBT.O) | E (03/21/2018) | $64.48 |
| Imara Inc (IMRA.O) | O (04/06/2020) | $24.42 |
| Immunomedics Inc (IMMU.O) | E (01/22/2019) | $41.32 |
| Innoviva Inc (INVA.O) | U (08/14/2014) | $13.48 |
| Insmed Inc (INSM.O) | O (03/21/2018) | $27.59 |
| Kaleido Biosciences Inc. (KLDO.O) | E (05/21/2020) | $8.01 |
| Kodiak Sciences Inc (KOD.O) | O (10/29/2018) | $46.44 |
| Legend Biotech Corp (LEGN.O) | O (06/30/2020) | $32.83 |
| Moderna Inc (MRNA.O) | O (01/02/2019) | $67.03 |
| Regeneron Pharmaceuticals Inc. (REGN.O) | E (10/01/2015) | $618.59 |
| Regenxbio Inc (RGNX.O) | O (11/09/2017) | $32.66 |
| Rubius Therapeutics Inc. (RUBY.O) | E (03/13/2020) | $4.85 |
| SAGE Therapeutics Inc (SAGE.O) | O (02/26/2018) | $52.03 |
| Sarepta Therapeutics Inc (SRPT.O) | O (08/01/2018) | $159.04 |
| Seattle Genetics Inc. (SGEN.O) | E (12/10/2019) | $157.57 |
| Unity Biotechnology Inc. (UBX.O) | E (08/18/2020) | $3.26 |
| Vertex Pharmaceuticals (VRTX.O) | E (07/08/2020) | $271.31 |
| Zentalis Pharmaceuticals Inc (ZNTL.O) | O (04/28/2020) | $34.90 |

**Vikram Purohit**

| | | |
|---|---|---|
| DBV Technologies SA (DBVT.O) | E (10/23/2017) | $2.32 |
| Incyte Corp (INCY.O) | E (04/29/2020) | $97.56 |
| Pandion Therapeutics (PAND.O) | O (08/11/2020) | $19.13 |
| Radius Health Inc (RDUS.O) | E (05/13/2020) | $11.97 |
| Theravance Biopharma Inc (TBPH.O) | E (06/15/2020) | $16.61 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2020 Morgan Stanley

MS_ACADIA_000117