# EXHIBIT 48



February 25, 2021
**ESTIMATE CHANGE**

Biotechnology

# ACADIA Pharmaceuticals Inc. (ACAD)

JOSEPH STRINGER, PH.D.
(212) 705-0346
jstringer@needhamco.com

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| BUY | $60.00 | $48.69 | $30.02 - $58.72 |

## 4Q20 Review. Expecting Nuplazid Label Expansion to Dementia Psychosis Soon.

ACAD reported $121M in 4Q20 Nuplazid sales, slightly below our $125M and consensus $123M ests. Sales driven by new pt growth in office-based channel and stabilization in long-term care. We expect FDA approval of Nuplazid for Dementia-Related Psychosis (DRP) by the 4/3/21 PDUFA date. Mgmt issued 2021 sales guidance of $510-550M, which excludes any potential DRP sales. Our 2021 Nuplazid sales ets are $685M (~$530M PDP and ~$155M DRP). 2021 OpEx guidance (GAAP R&D $300-320M, GAAP SG&A $560-590M) was modestly higher than our prior ests.

The main focus of 2021 will be on Nuplazid DRP approval and launch. Mgmt provided a few initial thoughts on potential launch dynamics on the call, which we detail in the note below. We think the opportunity in DRP is underappreciated. Reiterate BUY.

* **Nuplazid PDP Sales Commentary and Updated Estimates.** Our 1Q21 and 2021 WW Nuplazid sales ests are $115M (new) and $685M (was $690M). Inventory slightly higher in 4Q20 but consistent w/ historical ranges. 4Q20 volume growth was mid-single digit (exact value not disclosed) vs +3.5% q/q in 3Q20 and 12% y/y. 4Q20 gross:net was 18.4%, compared to 13.2% in 3Q20, and 17% overall for 2020. For PDP, mgmt guiding for higher gross:net in 1Q21 (similar to prior 1Qs) and high teens % overall for 2021. Mgmt guide for 1Q21 sales down sequentially q/q, and anticipates ~$13M (~$10M Medicaire Part D reset, ~$3M inventory) headwind.

* **Our POS for Nuplazid FDA approval in DRP is 95%; main focus on launch.** We estimate ~ $155M in DRP sales in 2021. Mgmt anticipates long-term care channel will comprise ~45-50% of TRX, compared to ~25% observed in PDP. Mgmt expects high persistence/compliance rates in DRP, similar to those observed in PDP.

* **Trofenitide Phase 3 trial in Rett Syndrome topline results in 4Q21.** Primary endpts include RSBQ total score and CGI-I score at Week 12. Mgmt guiding for NDA submission if results are sufficiently positive.

* **Pimavanserin Phase 3 ADVANCE-2 trial in Schizophrenia Neg Symptoms continues to enroll pts.** No update on results timing.

* **Early-stage Pain pipeline progressing w/ two Phase 2 trial initiations in 2021.** ACAD plans to initiate Phase 2 trials evaluating non-opioid oral ACP-044 in Acute Pain - Bunionectomy (1Q21 start) and Chronic Pain - Osteoarthritis (2Q21 start). Trial details have not been disclosed. Results from Acute Pain trial may be available YE21. Results from Chronic Pain trial likely available in 2022.

* **ACAD ended 2020 w/ $632M cash, up from $684M in 3Q20.**

### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$7,740.6** |
| Price (02/24/2021) | $48.69 |
| 52-Week Range | $30.02 - $58.72 |
| Shares Outstanding | 158.98 |
| Avg. Daily Volume | 879,174.1 |
| Total Debt/Cap. | 6.44% |

### ESTIMATES

| FY (Dec) | 2020A | 2021E | 2022E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | (0.57)A | (0.56)E | - |
| Q2 | (0.27)A | (0.35)E | - |
| Q3 | (0.54)A | (0.32)E | - |
| Q4 | (0.42)A | (0.17)E | - |
| *Previous* | *(0.46)E* | --- | --- |
| Year | (1.79)A | (1.40)E | 0.70E |
| *Previous* | *(1.84)E* | *(0.68)E* | --- |
| P/E | NM | NM | 69.6x |

| Rev. (MM)($) | | | |
|---|---|---|---|
| Year | 441.8A | 685.0E | 1,150.0E |
| *Previous* | *445.7E* | *690.0E* | --- |
| Growth Rev | 30.3% | 55.0% | 67.9% |

**RELEVANT DISCLOSURES BEGIN ON PAGE 8 OF THIS REPORT.**

NEEDHAM_ACADIA_0000464

 

February 25, 2021

# *At a Glance*

**BULL CASE ASSUMPTIONS**

Nuplazid peaks salees of ~$1.23B in PDP, ~$3.04B in DRP, and ~$915M Schizophrenia. In this scenario, we arrive at a $75 PT.

**OUR CASE ASSUMPTIONS**

Nuplazid peak sales of ~$1.02B in PDP, ~$2.53B in DRP, and ~$915M in Schizophrenia.

**BEAR CASE ASSUMPTIONS**

Nuplazid peak sales of ~$715M PDP, ~ $1.9B DRP, and no contribution from Schizophrenia. In this scenario we arrive at a $35 PT.

**COMPANY DESCRIPTION**

ACADIA Pharmaceuticals, based in San Diego, CA, is focused on the discovery and development of small molecule drugs for the treatment of central nervous system disorders.

**PRICE PERFORMANCE**



**KEY DATA**

| | |
|---|---|
| **Market Cap (MM)** | **$7,740.6** |
| Price (02/24/2021) | $48.69 |
| 52-Week Range | $30.02 - $58.72 |
| Shares Outstanding | 158.98 |
| Avg. Daily Volume | 879,174.1 |
| Total Debt/Cap. | 6.44% |

ACADIA Pharmaceuticals Inc. / 2

NEEDHAM_ACADIA_0000465



February 25, 2021

## CATALYSTS AND EVENTS

| Completed | Date | Event |
|---|---|---|
| ✓ | Jun 2020 | Nuplazid sNDA submission Dementia Psychosis |
| ✓ | Jul 2020 | Announce negative results Nuplazid Phase 3 CLARITY-2/3 trial in Major Depressive Disorder |
| ✓ | 3Q20 | Initiate Nuplazid Phase 3 ADVANCE-2 trial in Schizophrenia Negative Symptoms |
| | 1Q21 | Initiate ACP-044 Phase 1 trial in Acute Pain [Bunionectomy] |
| | 4/3/21 | FDA approval decision Nuplazid Dementia Psychosis |
| | 2Q21 | Initiate ACP-044 Phase 2 trial in Chronic Pain [Osteoarthritis] |
| | 4Q21 | Announce results Trofenitide Phase 3 LAVENDER trial in Rett Syndrome |
| | YE21 | Announce results ACP-044 Phase 2 trail in Acute Pain [Bunionectomy] |
| | 2022 | Announce results ACP-044 Phase 2 trail in Chronic Pain [Osteoarthritis] |

## PIPELINE

| Product | Mechansim | Indication | Development | Commercial Status | Comments |
|---|---|---|---|---|---|
| Nuplazid [pimavanserin] | 5HT-2A Inverse Agonist | Parkinson's Disease Psychosis | US: Market | Acadia [WW] | FDA approval 4/29/16; WAC/month $3,638 6/29/20 |
| | | Dementia-Related Psychosis | FDA Review | | Phase 3 HARMONY results Sept 2019 NCT03325556; PDUFA 4/3/21 |
| | | Schizophrenia Negative Symptoms [Adjunctive] | Phase 3 | | Phase 3 ADVANCE-2 initiated Aug 2020 EudraCT 2019-003343-29 |
| | | | | | Phase 2/3 ADVANCE-1 results Nov 2019 NCT02970305 |
| Trofinetide | IGF-1 analog | Rett Syndrome | Phase 3 | Acadia [N.A.] Neuren [ROW] | Phase 3 LAVENDER trial initiated Oct 2019 NCT04181723 |
| ACP-044 | non-opiod analgesic | Acute Pain [Bunionectomy] | Phase 1 | Acadia [WW] | Phase 2 planned 1Q21E |
| | | Chronic Pain [Osteoarthritis] | Phase 1 | | Phase 2 planned 2Q21E |
| ACP-319 | M1 PAM modulator | Cognition and Schizophrenia | Phase 1 | | License from Vanderbilt May 2020 |

ACADIA Pharmaceuticals Inc. / 3

NEEDHAM_ACADIA_0000466

**Needham**

February 25, 2021

Figure 1 - Nuplazid Monthly TRX/NRX (IQVIA: LTC channel, which represents ~25% of total scripts written)



Source: IQVIA; Needham & Co.

ACADIA Pharmaceuticals Inc. / 4

NEEDHAM_ACADIA_0000467



February 25, 2021

## MODELS

**ACADIA Pharmaceuticals (ACAD)**
Income Statement ($M)

| FY: December | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collaborative Revenues (incl Royalties) | - | | | | | - | | | | | - | - | - | - |
| Total Other Revenues | - | | | | | - | | | | | - | - | - | - |
| Product Revenues: | | | | | | | | | | | | | | |
| Nuplazid (U.S.) | 339.1 | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 115.0 | 165.0 | 185.0 | 220.0 | 685.0 | 1,150.0 | 1,900.0 | 2,167.0 |
| Y/Y Growth | 52% | 43% | 32% | 27% | 23% | 30% | 28% | 50% | 53% | 82% | 55% | 68% | 65% | 14% |
| **Total Revenue** | **339.1** | **90.1** | **110.1** | **120.6** | **121.0** | **441.8** | **115.0** | **165.0** | **185.0** | **220.0** | **685.0** | **1,150.0** | **1,900.0** | **2,167.0** |
| COGS | 19.6 | 5.0 | 5.5 | 4.8 | 5.3 | 20.6 | 5.2 | 7.4 | 8.3 | 9.9 | 30.8 | 57.5 | 95.0 | 108.4 |
| Gross Margin | 94.2% | 94.5% | 95.0% | 96.0% | 95.6% | 95.3% | 95.5% | 95.5% | 95.5% | 95.5% | 95.5% | 95.0% | 95.0% | 95.0% |
| Gross income | 319.5 | 85.1 | 104.6 | 115.8 | 115.7 | 421.2 | 109.8 | 157.6 | 176.7 | 210.1 | 654.2 | 1,092.5 | 1,805.0 | 2,058.7 |
| Operating expenses: | | | | | | | | | | | | | | |
| R&D (GAAP) | 240.4 | 72.6 | 64.3 | 120.1 | 62.1 | 319.1 | 70.0 | 75.0 | 80.0 | 85.0 | 310.0 | 320.0 | 335.0 | 350.0 |
| SG&A (GAAP) | 325.6 | 102.0 | 84.3 | 81.6 | 120.8 | 388.7 | 130.0 | 140.0 | 150.0 | 155.0 | 575.0 | 650.0 | 680.0 | 700.0 |
| Total operating expenses | 566.0 | 174.6 | 148.6 | 201.7 | 182.9 | 707.8 | 200.0 | 215.0 | 230.0 | 240.0 | 885.0 | 970.0 | 1,015.0 | 1,050.0 |
| **Operating income** | **(246.5)** | **(89.5)** | **(44.0)** | **(85.9)** | **(67.2)** | **(286.6)** | **(90.2)** | **(57.4)** | **(53.3)** | **(29.9)** | **(230.8)** | **122.5** | **790.0** | **1,008.7** |
| Interest income | 11.2 | 3.0 | 1.8 | 1.2 | 0.6 | 6.6 | 1.5 | 1.5 | 1.5 | 1.5 | 6.0 | 8.0 | 10.0 | 14.0 |
| Other expense | 1.0 | (1.5) | 0.4 | (0.2) | 0.3 | (1.0) | - | - | - | - | - | - | - | - |
| **Pre-tax income** | **(234.4)** | **(88.0)** | **(41.7)** | **(84.9)** | **(66.3)** | **(281.0)** | **(88.7)** | **(55.9)** | **(51.8)** | **(28.4)** | **(224.8)** | **130.5** | **800.0** | **1,022.7** |
| Tax rate | | | | | | | | | | 2.5% | | 2.5% | 2.5% | 2.5% |
| Income taxes | 0.9 | - | 0.4 | (0.2) | 0.4 | 0.6 | - | - | - | (0.7) | (0.7) | 3.3 | 20.0 | 25.6 |
| Extraordinary Gain/(Loss) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | **(235.3)** | **(88.0)** | **(42.1)** | **(84.7)** | **(66.8)** | **(281.6)** | **(88.7)** | **(55.9)** | **(51.8)** | **(27.7)** | **(224.1)** | **127.2** | **780.0** | **997.1** |
| | | | | | | | | | | | | | | |
| GAAP Basic EPS | (1.60) | (0.57) | (0.27) | (0.54) | (0.42) | (1.79) | (0.56) | (0.35) | (0.32) | (0.17) | (1.40) | 0.78 | 4.73 | 5.97 |
| GAAP Diluted EPS | (1.60) | (0.57) | (0.27) | (0.54) | (0.42) | (1.79) | (0.56) | (0.35) | (0.32) | (0.17) | (1.40) | 0.70 | 4.22 | 5.33 |
| | | | | | | | | | | | | | | |
| Shares outstanding (Basic) | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 159.5 | 160.0 | 160.5 | 161.0 | 160.3 | 163.0 | 165.0 | 167.0 |
| Shares outstanding (Diluted) | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 159.5 | 160.0 | 160.5 | 161.0 | 160.3 | 183.0 | 185.0 | 187.0 |

Needham & Company LLC

ACADIA Pharmaceuticals Inc. / 5

NEEDHAM_ACADIA_0000468

**Needham**

February 25, 2021

### ACADIA Pharmaceuticals (ACAD)
Balance Sheet ($M)

| FY: December | 4Q15 | 4Q16 | 4Q17 | 4Q18 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 |
|---|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | | |
| Cash and cash equivalents | 102 | 164 | 69 | 135 | 190 | 173 | 310 | 452 | 632 |
| Short term Investments | 113 | 365 | 272 | | 508 | 478 | 348 | 192 | |
| Accounts receivable | 2 | 6 | 17 | 365 | 36 | 42 | 44 | 46 | 48 |
| Prepaid expenses and other current assets | 2 | 8 | 8 | 21 | 19 | 22 | 25 | 30 | 26 |
| Interest and other receivables | - | 1 | 1 | 2 | 2 | 3 | 2 | 1 | 2 |
| Inventory | - | 4 | 5 | 4 | 6 | 6 | 6 | 8 | 10 |
| **Total current assets** | **219** | **548** | **373** | **526** | **760** | **724** | **736** | **730** | **718** |
| Property & Equipment, Net | 2 | 3 | 3 | 3 | 3 | 5 | 7 | 8 | 9 |
| Other Assets | 1 | 10 | 8 | 11 | 20 | 18 | 17 | 57 | 56 |
| **Total Assets** | **222** | **561** | **385** | **540** | **783** | **747** | **760** | **796** | **783** |
| **Current liabilities:** | | | | | | | | | |
| Accounts payable | 2 | 4 | 9 | 3 | 7 | 7 | 6 | 3 | 8 |
| Accrued expenses | 20 | 36 | 40 | 56 | 68 | 93 | 80 | 88 | 97 |
| Deferred Revenue | - | 3 | - | - | - | - | - | - | - |
| **Total current liabilities** | **22** | **43** | **49** | **60** | **75** | **100** | **86** | **92** | **106** |
| Long term loan | | | | | | | | | |
| Other long-term liabilities | 0 | 0 | 0 | 2 | 9 | 9 | 10 | 49 | 50 |
| **Total liabilities** | **22** | **43** | **49** | **61** | **84** | **109** | **97** | **141** | **156** |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Additional Paid-in Capital | 862 | 1,452 | 1,559 | 1,948 | 2,403 | 2,429 | 2,496 | 2,573 | |
| Accumulated deficit | (663) | (934) | (1,224) | (1,469) | (1,704) | (1,792) | (1,834) | (1,919) | |
| Other Comprehensive Income (Loss) | 0 | 0 | (0) | (0) | 0 | 2 | 1 | 1 | |
| **Total stockholders' equity** | **200** | **518** | **335** | **479** | **699** | **638** | **663** | **655** | **627** |
| **Total liabilities & stockholders' equity** | **222** | **561** | **385** | **540** | **783** | **747** | **760** | **796** | **783** |

Needham & Company LLC

ACADIA Pharmaceuticals Inc. / 6

NEEDHAM_ACADIA_0000469



February 25, 2021

## VALUATION (PRICE TARGET: $60.00)

Our price target is based on a blend of two valuation methods: 1) a probability-adjusted DCF through 2030 with an 11% discount rate, 0% terminal growth, 100% POS Parkinsons Psychosis, 95% Dementia Psychosis, and 60% Schizophrenia; and 2) a SOTP analysis based on a 5.5x EV/peak sales (probability-adjusted) multiple for Parkinsons Psychosis, Dementia Psychosis, and Schizophrenia. This assigns ~$14/sh PDP, ~$32/sh DRP, ~$7/sh Schizophrenia, ~$1/sh platform/pipeline, and ~$4/sh cash. We exclude ex-U.S. revenue projections in our valuation.

| | PDP | DRP | Schiz |
|---|---|---|---|
| Base year | 2021 | 2021 | 2021 |
| Peak sales year | 2030 | 2030 | 2030 |
| Peak sales | $ 1,023 | $ 2,532 | $ 917 |
| Probability | 100% | 95% | 60% |
| Prob-adjusted value | $ 1,023 | $ 2,405 | $ 550 |
| Rev multiple | 5.5x | 5.5x | 5.5x |
| Discount rate | 11.0% | 11.0% | 11.0% |
| Years | 9.0 | 9.0 | 9.0 |
| Value | $2,200 | $5,172 | $1,183 |
| Shares YE21 | 160 | 160 | 160 |
| **Value/share** | **$ 14** | **$ 32** | **$ 7** |

| Valuation Summary | | | |
|---|---|---|---|
| | Value | Per Share | % |
| Nuplazid PDP | $ 2,200 | $ 14 | 23% |
| Nuplazid DRP | $ 5,172 | $ 32 | 54% |
| Nuplazid Schiz | $ 1,183 | $ 7 | 12% |
| Platform/Pipeline | $ 350 | $ 2 | 4% |
| Cash | $ 644 | $ 4 | 7% |
| S/O YE21 | | 160 | |
| **Enterprise Value (M)** | **$ 8,904** | | |
| **Equity Value (M)** | **$ 9,548** | **$ 60** | **100%** |

## RISKS TO TARGET

※ Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

※ Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

※ Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

※ Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

※ Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 02-24-2021

Created by: BlueMatrix

ACADIA Pharmaceuticals Inc. / 7

NEEDHAM_ACADIA_0000470



February 25, 2021

## ANALYST CERTIFICATION

I, Joseph Stringer hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| **Strong Buy** | 2 | 29 |
| **Buy** | 74 | 29 |
| **Hold** | 23 | 1 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 100 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 75% of companies under coverage would have a "Buy" rating and 29% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.
© Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.

ACADIA Pharmaceuticals Inc.  / 8

NEEDHAM_ACADIA_0000471