# EXHIBIT 50

 **Needham**

April 5, 2021
**PRICE TARGET & ESTIMATE CHANGE**

Biotechnology

# ACADIA Pharmaceuticals Inc. (ACAD)

JOSEPH STRINGER, PH.D.
(212) 705-0346
jstringer@needhamco.com

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| BUY | $30.00 | $25.59 | $23.35 - $58.72 |
| | from $44.00 | from $21.18 | from Unchanged |

## FDA Issues CRL for Nuplazid in DRP. Lowering PT to $30.

ACAD announced today FDA issued a Complete Response Letter (CRL) for Nuplazid in Dementia-Related Psychosis (DRP). We think the news was mostly expected as ACAD had hosted a recent (3/8/21) update call where it disclosed FDA had identified deficiencies in the sNDA. However, the issues raised today in the CRL are significant and include FDA concerns around a broad DRP label based on the Ph3 HARMONY trial due in part to 1) lack of stat sig diff w/in some dementia subgroups and 2) insufficient # pts w/ certain less common dementia subtypes.

ACAD will request a Type A mtg w/ FDA and we await outcome to gain more visibility on a regulatory path forward. The issues raised by FDA in the CRL suggest addn trial(s) will likely be needed prior to any type of approval. We are lowering our DRP POS to 20% (was 60%) and adjusting our Nuplazid sales ests.

* **Valuation and PT update.** We are lowering POS in DRP to 20% (was 60%) and are further shifting out our DRP revenues. The delay in DRP is meaningful b/c DRP represents the largest pt population label expansion opportunity (relative to PDP, Schiz). Our 2021 Nuplazid sales ests remain unch: 1Q21 $115M and 2021 $535M. Our 2022 est is $760M (was $940M).

* **ACAD ended 2020 w/ $632M in cash.**

## KEY DATA

| Market Cap (MM) | $4,095.6 |
|---|---|
| Price (04/01/2021) | $25.59 |
| 52-Week Range | $23.35 - $58.72 |
| Shares Outstanding | 160.05 |
| Avg. Daily Volume | 2,952,227.8 |
| Total Debt/Cap. | 6.57% |

## ESTIMATES

| FY (Dec) | 2020A | 2021E | 2022E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | (0.57)A | (0.56)E | - |
| Q2 | (0.27)A | (0.56)E | - |
| Q3 | (0.54)A | (0.59)E | - |
| Q4 | (0.42)A | (0.59)E | - |
| *Previous* | --- | *(0.58)E* | --- |
| Year | (1.79)A | (2.30)E | (1.47)E |
| *Previous* | --- | *(2.28)E* | *(0.41)E* |
| P/E | NM | NM | NM |
| **Rev. (MM)($)** | | | |
| Year | 441.8A | 535.0E | 760.0E |
| *Previous* | --- | --- | *940.0E* |
| Growth Rev | 30.3% | 21.1% | 42.1% |

**RELEVANT DISCLOSURES BEGIN ON PAGE 5 OF THIS REPORT.**

NEEDHAM_ACADIA_0000472

 **Needham**

April 5, 2021

## *At a Glance*

**BULL CASE ASSUMPTIONS**

Nuplazid peaks salees of ~$1.23B in PDP, positive news around regulatory path forward in DRP, and ~$915M Schizophrenia. In this scenario, we arrive at a $40 PT.

**OUR CASE ASSUMPTIONS**

Nuplazid peak sales of ~$1.02B in PDP, and non-prob adjusted peak sales of ~$1.9B in DRP and ~$915M in Schizophrenia.

**BEAR CASE ASSUMPTIONS**

Nuplazid peak sales of ~$715M PDP and no contributions from DRP or Schizophrenia. In this scenario we arrive at a $17 PT.

**COMPANY DESCRIPTION**

ACADIA Pharmaceuticals, based in San Diego, CA, is focused on the discovery and development of small molecule drugs for the treatment of central nervous system disorders.

**PRICE PERFORMANCE**



**KEY DATA**

| Market Cap [MM] | $4,095.6 |
|---|---|
| Price [04/01/2021] | $25.59 |
| 52-Week Range | $23.35 - $58.72 |
| Shares Outstanding | 160.05 |
| Avg. Daily Volume | 2,952,227.8 |
| Total Debt/Cap. | 6.57% |

ACADIA Pharmaceuticals Inc. / 2

NEEDHAM_ACADIA_0000473



April 5, 2021

# CATALYSTS & EVENTS

| Completed | Date | Event |
|---|---|---|
| ✓ | Jun 2020 | Nuplazid sNDA submission Dementia Psychosis |
| ✓ | Jul 2020 | Announce negative results Nuplazid Phase 3 CLARITY-2/3 trial in Major Depressive Disorder |
| ✓ | 3Q20 | Initiate Nuplazid Phase 3 ADVANCE-2 trial in Schizophrenia Negative Symptoms |
| ✓ | 1Q21 | Initiate ACP-044 Phase 1 trial in Acute Pain (Bunionectomy) |
| ✓ | Apr 2021 | FDA Complete Response Letter Nuplazid in Dementia Psychosis |
| | 2Q21 | Initiate ACP-044 Phase 2 trial in Chronic Pain (Osteoarthritis) |
| | 4Q21 | Announce results Trofenitide Phase 3 LAVENDER trial in Rett Syndrome |
| | YE21 | Announce results ACP-044 Phase 2 trail in Acute Pain (Bunionectomy) |
| | 2022 | Announce results ACP-044 Phase 2 trail in Chronic Pain (Osteoarthritis) |

# PIPELINE

| Product | Mechansim | Indication | Development | Commercial Status | Comments |
|---|---|---|---|---|---|
| Nuplazid (pimavanserin) | 5HT-2A Inverse Agonist | Parkinson's Disease Psychosis | US: Market | Acadia (WW) | FDA approval 4/29/16; WAC/month $3,638 6/29/20 |
| | | Dementia-Related Psychosis | FDA CRL Apr 2021 | | Phase 3 HARMONY results Sept 2019 NCT03325556; CRL 4/5/21 |
| | | Schizophrenia Negative Symptoms (Adjunctive) | Phase 3 | | Phase 3 ADVANCE-2 initiated Aug 2020 EudraCT 2019-003343-29 |
| | | | | | Phase 2/3 ADVANCE-1 results Nov 2019 NCT02970305 |
| Trofinetide | IGF-1 analog | Rett Syndrome | Phase 3 | Acadia (N.A.) Neuren (ROW) | Phase 3 LAVENDER trial initiated Oct 2019 NCT04181723 |
| ACP-044 | non-opiod analgesic | Acute Pain (Bunionectomy) | Phase 1 | Acadia (WW) | Phase 2 planned 1Q21E |
| | | Chronic Pain (Osteoarthritis) | Phase 1 | | Phase 2 planned 2Q21E |
| ACP-319 | M1 PAM modulator | Cognition and Schizophrenia | Phase 1 | | License from Vanderbilt May 2020 |

# MODELS

**ACADIA Pharmaceuticals (ACAD)**
Income Statement ($M)

| FY: December | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collaborative Revenues (incl Royalties) | - | | | | | - | | | | | - | - | - | - |
| Total Other Revenues | - | | | | | - | | | | | - | - | - | - |
| Product Revenues: | | | | | | | | | | | | | | |
| Nuplazid (U.S.) | 339.1 | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 115.0 | 130.0 | 140.0 | 150.0 | 535.0 | 760.0 | 1,150.0 | 1,595.4 |
| Y/Y Growth | 52% | 43% | 32% | 27% | 23% | 30% | 28% | 18% | 16% | 24% | 21% | 42% | 51% | 39% |
| Total Revenue | 339.1 | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 115.0 | 130.0 | 140.0 | 150.0 | 535.0 | 760.0 | 1,150.0 | 1,595.4 |
| COGS | 19.6 | 5.0 | 5.5 | 4.8 | 5.3 | 20.6 | 5.2 | 5.9 | 6.3 | 6.8 | 24.1 | 38.0 | 57.5 | 79.8 |
| Gross Margin | 94.2% | 94.5% | 95.0% | 96.0% | 95.6% | 95.3% | 95.5% | 95.5% | 95.5% | 95.5% | 95.5% | 95.0% | 95.0% | 95.0% |
| Gross income | 319.5 | 85.1 | 104.6 | 115.8 | 115.7 | 421.2 | 109.8 | 124.2 | 133.7 | 143.3 | 510.9 | 722.0 | 1,092.5 | 1,515.6 |
| Operating expenses: | | | | | | | | | | | | | | |
| R&D (GAAP) | 240.4 | 72.6 | 64.3 | 120.1 | 62.1 | 319.1 | 70.0 | 75.0 | 80.0 | 85.0 | 310.0 | 320.0 | 335.0 | 350.0 |
| SG&A (GAAP) | 325.6 | 102.0 | 84.3 | 81.6 | 120.8 | 388.7 | 130.0 | 140.0 | 150.0 | 155.0 | 575.0 | 650.0 | 680.0 | 700.0 |
| Total operating expenses | 566.0 | 174.6 | 148.6 | 201.7 | 182.9 | 707.8 | 200.0 | 215.0 | 230.0 | 240.0 | 885.0 | 970.0 | 1,015.0 | 1,050.0 |
| Operating Income | (246.5) | (89.5) | (44.0) | (85.9) | (67.2) | (286.6) | (90.2) | (90.9) | (96.3) | (96.8) | (374.1) | (248.0) | 77.5 | 465.6 |
| Interest income | 11.2 | 3.0 | 1.8 | 1.2 | 0.6 | 6.6 | 1.5 | 1.5 | 1.5 | 1.5 | 6.0 | 8.0 | 10.0 | 14.0 |
| Other expense | 1.0 | (1.5) | 0.4 | (0.2) | 0.3 | (1.0) | - | - | - | - | - | - | - | - |
| Pre-tax Income | (234.4) | (88.0) | (41.7) | (84.9) | (66.3) | (281.0) | (88.7) | (89.4) | (94.8) | (95.3) | (368.1) | (240.0) | 87.5 | 479.6 |
| Tax rate | | | | | | | | | | | | | 2.5% | 2.5% |
| Income taxes | 0.9 | - | 0.4 | (0.2) | 0.4 | 0.6 | - | - | - | - | - | - | 2.2 | 12.0 |
| Extraordinary Gain/(Loss) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Income (loss) | (235.3) | (88.0) | (42.1) | (84.7) | (66.8) | (281.6) | (88.7) | (89.4) | (94.8) | (95.3) | (368.1) | (240.0) | 85.3 | 467.6 |
| | | | | | | | | | | | | | | |
| GAAP Basic EPS | (1.60) | (0.57) | (0.27) | (0.54) | (0.42) | (1.79) | (0.56) | (0.56) | (0.59) | (0.59) | (2.30) | (1.47) | 0.52 | 2.80 |
| GAAP Diluted EPS | (1.60) | (0.57) | (0.27) | (0.54) | (0.42) | (1.79) | (0.56) | (0.56) | (0.59) | (0.59) | (2.30) | (1.47) | 0.46 | 2.50 |
| | | | | | | | | | | | | | | |
| Shares outstanding (Basic) | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 159.5 | 160.0 | 160.5 | 161.0 | 160.3 | 163.0 | 165.0 | 167.0 |
| Shares outstanding (Diluted) | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 159.5 | 160.0 | 160.5 | 161.0 | 160.3 | 163.0 | 185.0 | 187.0 |

Needham & Company LLC

NEEDHAM_ACADIA_0000474



April 5, 2021

## VALUATION (PRICE TARGET: $30.00)

Our price target is based on a blend of two valuation methods: 1) a probability-adjusted DCF through 2030 with an 11% discount rate, 0% terminal growth, 100% POS Parkinsons Psychosis, 20% Dementia Psychosis, and 60% Schizophrenia; and 2) a SOTP analysis based on a 5.0x EV/peak sales (probability-adjusted) multiple for Parkinsons Psychosis, Dementia Psychosis, and Schizophrenia. We exclude ex-U.S. revenue projections in our valuation.

| | | PDP | | DRP | | Schiz |
|---|---|---|---|---|---|---|
| Base year | | 2021 | | 2021 | | 2021 |
| Peak sales year | | 2030 | | 2030 | | 2030 |
| Peak sales | $ | 1,023 | $ | 1,899 | $ | 917 |
| Probability | | 100% | | 20% | | 60% |
| Prob-adjusted value | $ | 1,023 | $ | 380 | $ | 550 |
| Rev multiple | | 5.0x | | 5.0x | | 5.0x |
| Discount rate | | 11.0% | | 11.0% | | 11.0% |
| Years | | 9.0 | | 9.0 | | 9.0 |
| Value | | $2,000 | | $742 | | $1,075 |
| Shares YE21 | | 161 | | 161 | | 161 |
| Value/share | $ | 12 | $ | 5 | $ | 7 |

| Valuation Summary | | | | | |
|---|---|---|---|---|---|
| | | Value | | Per Share | % |
| Nuplazid PDP | $ | 2,000 | $ | 12 | 43% |
| Nuplazid DRP | $ | 742 | $ | 5 | 16% |
| Nuplazid Schiz | $ | 1,075 | $ | 7 | 23% |
| Platform/Pipeline | $ | 200 | $ | 1 | 4% |
| Cash | $ | 644 | $ | 4 | 14% |
| S/O YE21 | | | | 161 | |
| Enterprise Value (M) | $ | 4,017 | | | |
| Equity Value (M) | $ | 4,661 | $ | 29 | 100% |

## RISKS TO TARGET

⁜ Investment risks include, but are not limited to, regulatory, development, competitive, manufacturing, legal, commercial and financial risks associated with Acadia pipeline products.

⁜ Development: Acadia must demonstrate Nuplazid clinical efficacy in order to obtain regulatory approval in each indication.

⁜ Commercialization: There are a number of drugs under development for the treatment of CNS disorders, including schizophrenia, Parkinson's disease, and Alzheimer's disease. Several companies have significantly more resources and experience in the development and commercialization of therapeutic products.

⁜ Legal: Acadia has sought intellectual property protections for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. Additionally, there are risks that Acadia products may infringe patents assigned to other entities.

⁜ Financial: Acadia has accumulated significant losses. The company will likely need to raise additional capital through equity and debt offerings.



Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 04-01-2021

ACADIA Pharmaceuticals Inc. / 4

NEEDHAM_ACADIA_0000475



April 5, 2021

## ANALYST CERTIFICATION

I, Joseph Stringer hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| **Strong Buy** | 2 | 29 |
| **Buy** | 74 | 33 |
| **Hold** | 23 | 3 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 100 |
| **Restricted** | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 76% of companies under coverage would have a "Buy" rating and 33% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: ACADIA Pharmaceuticals Inc.

The Firm, at the time of publication, makes a market in the subject company ACADIA Pharmaceuticals Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.

ACADIA Pharmaceuticals Inc. / 5

NEEDHAM_ACADIA_0000476