# EXHIBIT 52

OPPENHEIMER

EQUITY RESEARCH

**COMPANY UPDATE**

April 5, 2021

HEALTHCARE/BIOTECHNOLOGY

# ACADIA Pharmaceuticals, Inc.

## CRL Reveals Growing DRP Disconnect

**Stock Rating:**

## PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $20.00 |
| ACAD - NASDAQ | $21.16 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $58.72-$23.35 |
| Shares Outstanding | 159,637.8M |
| Float | 159,158.9M |
| Market Capitalization | $4,095.6M |
| Avg. Daily Trading Volume | 1,896,732 |
| Dividend/Div Yield | NA/NM |
| Book Value | $3.93 |
| Fiscal Year Ends | Dec |
| 2021E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $627M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2019A | (0.59) | (0.38) | (0.29) | (0.34) | (1.60) | NM |
| 2020A | (0.57) | (0.27) | (0.54) | (0.42) | (1.79) | NM |
| 2021E | (0.66) | (0.58) | (0.56) | (0.59) | (2.39) | NM |
| *Prior (E)* | *(0.64)* | *(0.57)* | *(0.60)* | *(0.67)* | *(2.47)* | *NM* |
| 2022E | -- | -- | -- | -- | (1.58) | NM |
| *Prior (E)* | -- | -- | -- | -- | *(0.83)* | *NM* |
| 2023E | -- | -- | -- | -- | (0.44) | NM |
| *Prior (E)* | -- | -- | -- | -- | *0.69* | *NM* |
| 2024E | -- | -- | -- | -- | 0.05 | NM |
| *Prior (E)* | -- | -- | -- | -- | *1.52* | *NM* |
| 2025E | -- | -- | -- | -- | 0.87 | 24.4x |
| *Prior (E)* | -- | -- | -- | -- | *2.75* | *NM* |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2019A | 63.0 | 83.2 | 94.6 | 98.3 | 339.1 | 17.4x |
| 2020A | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 13.4x |
| 2021E | 112.9 | 136.8 | 145.0 | 147.8 | 542.4 | 10.9x |
| 2022E | -- | -- | -- | -- | 770.0 | 7.7x |
| *Prior (E)* | -- | -- | -- | -- | *914.4* | *NM* |
| 2023E | -- | -- | -- | -- | 1.1B | 5.5x |
| *Prior (E)* | -- | -- | -- | -- | *1.3B* | *NM* |
| 2024E | -- | -- | -- | -- | 1.3B | 4.5x |
| *Prior (E)* | -- | -- | -- | -- | *1.6B* | *NM* |
| 2025E | -- | -- | -- | -- | 1.6B | 3.7x |
| *Prior (E)* | -- | -- | -- | -- | *2.0B* | *NM* |

**Jay Olson, CFA**
212-667-8126
Jay.Olson@opco.com

**Matthew Hershenhorn**
212-667-7590
Matthew.Hershenhorn@opco.com

**Cheng Li, Ph.D.**
212-667-7187
Cheng.Li@opco.com

### SUMMARY

ACAD received a CRL from FDA regarding the sNDA for pimavanserin in DRP with 4/3/21 PDUFA, following FDA's identification of deficiencies in the sNDA. The CRL cites a lack of statistical significance in relapse prevention for some dementia subtypes in pivotal Ph3 HARMONY and inadequate control in the prior Ph2 ADP trial. FDA raised no safety concerns in the CRL. ACAD now plans to request a Type-A meeting with FDA to address the CRL and determine a path forward for pimavanserin in DRP. We believe that potential competitor KRTX should benefit from regulatory learnings for DRP. We consequently lower our POS estimate for approval of pimavanserin in DRP to 25% from 50%, driving our new $20 PT for ACAD, from $28 prior. We maintain Perform.

### KEY POINTS

- Initial signals of disconnect arose when ACAD submitted an sNDA for pimavanserin to treat DRP based on efficacy results from pivotal Ph3 HARMONY trial, Ph2 ADP trial, and pivotal Ph3 PDP trial. FDA accepted the sNDA in July 2020 with standard review and without an AdComm, contrary to ACAD's expectations of priority review based on BTD and likely AdComm (Exhibits 1-2).

- FDA notified ACAD on 3/3/2021 about the sNDA deficiencies precluding discussion of labeling and post-marketing requirements. ACAD has now received a Complete Response Letter which provides greater clarity on these deficiencies. It is requesting a Type-A meeting with FDA to discuss the CRL and may pursue an appeal. Consequently, we adjust our estimated POS for DRP downward to 25% from 50% prior.

- We believe ACAD potentially misread FDA's view of Nuplazid's ability to deliver on unmet medical needs in DRP and what is required for approval. We consider KRTX (Outperform) to be potentially advantaged by ACAD's regulatory efforts in DRP and view KarXT as clearly differentiated vs. pimavanserin. KRTX plans to provide an update on designing a Ph2 trial in DRP in 2H21 (Exhibits 3-4).

- We previously analyzed the aggressive Nuplazid net price increases, significantly higher than industry average. We suspect the magnitude of these outsized net price increases was possibly curtailed in anticipation of DRP. Now that DRP is potentially delayed or off the table according to our estimates, it would be interesting to see if large Nuplazid net price increases resume (Exhibits 5-6).

- Our scenario analysis for the DRP sNDA review process described the downside possibility of ACAD receiving a CRL, and we note substantial underperformance upon the announcement today (ACAD -17% vs. NBI 0%). We lower our POS estimate for pimavanserin in DRP to 25% from 50%, driving our new $20 PT from $28 prior. We maintain Perform on ACAD (Exhibits 7-8).

**Stock Price Performance**

1 Year Price History for ACAD

**Company Description**

ACADIA Pharmaceuticals, Inc. is a biopharmaceutical company focused on the development and commercialization of medicines to address unmet medical needs in central nervous system (CNS) disorders. Founded by Mark R. Brann on July 16, 1993, the company is headquartered in San Diego, CA.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Disseminated: April 5, 2021 14:29 EDT; Produced: April 5, 2021 14:29 EDT

CONFIDENTIAL

ACADIA PHARMA

OPCO_00216

**ACADIA Pharmaceuticals, Inc.**                                        **ACAD (PERFORM) - $20.00**

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

We view ACAD shares as priced near fair value based on our DCF analysis driving our $20PT. We estimate total peak risk-adjusted revenue of ~$2.8B in 2029. We believe pimavanserin is an advantageous treatment based on its high molecular specificity enabling exceptional safety/tolerability with applicability across various indications.

### BASE CASE ASSUMPTION
- Linear growth of Nuplazid sales in PDP
- Path forward for pimavanserin in DRP
- Continued enrollment pace in clinical trials
- Positive results from SNR clinical trial

### CATALYSTS
- 2021: Update on potential path forward in DRP
- 4Q21: Ph3 LAVENDER results

### UPSIDE SCENARIO
- Faster than expected growth of Nuplazid sales
- Larger than expected sales potential
- Pipeline expansion through synergistic partnerships
- ACAD potentially acquired

### DOWNSIDE SCENARIO
- Failure to receive approval for pimavanserin in DRP
- Unexpected safety signal in a pimavanserin indication
- Lower than expected peak sales
- Slower than expected physician adoption
- Patent invalidation before 2030

## PRICE TARGET CALCULATION

Our $20 12- to 18-month price target is based on a DCF valuation method. We employ a 9% WACC and a -5% terminal growth rate in the year 2032, which, in our view, are appropriate for the late-stage pipeline and sales potential of this commercial biopharma company. We estimate peak PDP revenue of $930M, DRP risk-adj. (25%) revenue of $680M, SNS risk-adj. (50%) revenue of $850M each in 2029, and trofinetide in Rett syndrome peak risk-adj. (50%) revenue of $245M in 2031.

## KEY RISKS TO PRICE TARGET

The key risks to our price target are clinical development risk and regulatory risk for both pimavanserin and trofinetide, which are in multiple late-stage clinical studies. Additional risk may arise from lower than expected peak sales, which may be caused by higher than anticipated competition resulting in a lower drug price and market penetration or failure to gain the support of the medical community, healthcare prescribers, and third-party payers. Other risks are related to the legal challenges of patents protecting these products.



**ACAD (PERFORM) - $20.00**                                                                 **ACADIA Pharmaceuticals, Inc.**

**Exhibit 1: ACAD submitted the sNDA for pimavanserin to treat DRP in June 2020 based on efficacy results from pivotal Ph3 HARMONY trial, Ph2 ADP trial, and pivotal Ph3 PDP trial. Despite achieving the primary endpoint in Ph3 HARMONY trial, the Complete Response Letter cites insufficient evidence for DRP subtypes.**

## Opening Remarks  ACADIA

**Prior Agreements between Acadia and the Division of Psychiatry:**

- Agreement on pivotal HARMONY Phase 3 study design
- Agreement on primary endpoint of HARMONY as risk of relapse of psychosis of pimavanserin compared to placebo in the broad DRP patient population to be analyzed as a single group
- Agreement to a representative sample of various dementia subtypes and that the study would not be powered for statistical significance by subgroup

**Despite these agreements, in the CRL, the Division of Psychiatry cited as lack of substantial evidence of effectiveness to support approval:**

- Lack of statistical significance in some of the subgroups of dementia, and
- Insufficient numbers of patients with certain less common dementia subtypes

**Statistical separation by dementia subgroups and certain minimum numbers of patients with specific subtypes were not among the prespecified requirements with the Division**

NUPLAZID (pimavanserin) is only approved in the U.S. by the FDA for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis.
Provided April 5, 2021 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; Acadia disclaims any duty to update.

4

Source: ACAD Presentation.

**Exhibit 2: FDA accepted the sNDA in July 2020 with standard review and without an AdComm, contrary to ACAD's initial expectations of priority review based on BTD and likely AdComm.**

## Pimavanserin DRP sNDA: Summary of FDA Correspondence  ACADIA

**June, 2020:** Acadia submits sNDA

**July, 2020:** FDA accepted sNDA for filing
- FDA stated they identified no potential review issues
- FDA stated they are not planning to hold an Advisory Committee

**November, 2020:** FDA's mid-cycle review meeting

**December, 2020:** FDA mid-cycle communication to Acadia
- FDA stated they identified no review issues
- FDA confirmed they are not planning to hold an Advisory Committee

**February 11, 2021:** Acadia inquired if FDA still on-track for communication of labeling on March 3, 2021

**February 18, 2021:** FDA stated they were on-track for communication around March 3rd

**March 3, 2021:** FDA notification that they identified deficiencies precluding labeling discussions
- FDA did not provide, and has not yet provided, any information on the nature of the deficiencies
- FDA stated that the notification does not reflect a final decision on the information under review

Provided March 8, 2021 as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; Acadia disclaims any duty to update.

4

Source: ACAD Presentation.

 CONFIDENTIAL                               ACADIA PHARMA                               OPCO_00218 3

**Exhibit 3: We consider KRTX as potentially advantaged by ACAD's pre-commercialization efforts.**



Source: ACAD Presentation.

**Exhibit 4: We view KarXT as clearly differentiated vs. pimavanserin based on a cross-trial comparison of efficacy in schizophrenia negative symptoms (SNS), which we believe is reasonable based on similar patient populations and same clinical endpoint. ACAD's pimavanserin barely reached statistical significance (p=0.0474) on the PANSS-Negative subscale at week-6 (N=362) in Ph3 ENHANCE trial, while KRTX's xanomeline-trospium (KarXT) easily reached statistical significance (p<0.001) at week-5 (N=170) in Ph2 EMERGENT-1 trial demonstrating rapid and strong efficacy on negative symptoms.**

**Pbo-Adj Cross-study Comparison of PANSS Negative**



Source: clinicaltrials.gov, *NEJM*, KRTX Presentation, ACAD Presentation, Oppenheimer Research.

**Exhibit 5: We believe that Nuplazid was potentially underpriced initially, and ACAD has subsequently increased the annual WAC price by ~20% per year from ~$23K at launch in 2016 to over $43K now.  We expect pricing strategy to play a critical role in the future development of Nuplazid.**



Source: MediSpan, Bloomberg, Oppenheimer Research.

**Exhibit 6: We observe generally consistent net price growth as volume growth declines, suggesting that Nuplazid pricing power contribution is increasing relative to volume. ACAD reported 4Q20 Nuplazid net sales of $121M consisting of 12% volume growth y/y and 10% net price growth y/y.**



Source: MediSpan, Bloomberg, Oppenheimer Research.



**ACADIA Pharmaceuticals, Inc.**                                                                    **ACAD (PERFORM) - $20.00**

### Exhibit 7: Our SOTP analysis now values DRP at ~$4/share.

| Drug/Indication | Expected Launch | Peak Sales | Value | Probability | Probability-Adj. Value | Probability-Adj. Value / Share | Relative Value |
|---|---|---|---|---|---|---|---|
| Nuplazid - Parkinson's Disease Psychosis (PDP) | Launched | $968,621 | $1,537,230 | 100% | $1,537,230 | $8 | 41% |
| Pimavanserin - Dementia-Related Psychosis (DRP) | 2021 | $2,725,551 | $3,023,012 | 25% | $755,753 | $4 | 20% |
| Pimavanserin - Schizophrenia Negative Symptoms (SNS) | 2023 | $1,808,094 | $1,291,212 | 50% | $645,606 | $4 | 17% |
| Trofinetide - Rett Syndrome (US Only) | 2023 | $489,517 | $1,132,588 | 50% | $566,294 | $3 | 15% |
| **Total Equity Value** | | | **$13,609,376** | | **$3,504,883** | **$19** | **94%** |
| Cash | | | $235,609 | 100% | $235,609 | $1 | 6% |
| **Total Equity Value** | | | **$13,844,985** | | **$3,740,492** | **$20** | **100%** |

Shares Outstanding                                                                184,151

Source: Oppenheimer & Co.

### Exhibit 8: DCF valuation supports our new $20PT for ACAD.

**ACADIA Pharmaceuticals Inc. (ACAD)**
Discounted Cash Flow Analysis
[$M, except per-share data]

| | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 339 | 442 | 542 | 770 | 1,072 | 1,310 | 1,586 | 1,876 | 2,176 | 2,449 | 2,772 | 1,705 | 957 | 466 |
| *Growth Y/Y* | 51.5% | 30.3% | 22.8% | 42.0% | 39.2% | 22.2% | 21.1% | 18.3% | 16.0% | 12.5% | 13.2% | -38.5% | -43.9% | -51.3% |
| COGS | 11 | 10 | 30 | 43 | 59 | 71 | 84 | 99 | 113 | 126 | 141 | 88 | 50 | 25 |
| *Gross Margin* | 96.7% | 97.7% | 94.5% | 94.4% | 94.5% | 94.6% | 94.7% | 94.7% | 94.7% | 94.7% | 94.7% | 94.7% | 94.7% | 94.7% |
| Licensing Fee | 8 | 10 | 12 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 4 | 1 |
| *% of Revenues* | 2.4% | 2.3% | 2.3% | 1.6% | 1.2% | 1.1% | 1.0% | 0.9% | 0.8% | 0.7% | 0.7% | 0.6% | 0.4% | 0.3% |
| R&D | 240 | 319 | 320 | 326 | 333 | 408 | 474 | 334 | 379 | 416 | 463 | 289 | 166 | 85 |
| *% of Revenues* | 70.9% | 72.2% | 59.0% | 42.4% | 31.1% | 31.1% | 29.9% | 17.8% | 17.4% | 17.0% | 16.7% | 16.9% | 17.3% | 18.2% |
| SG&A | 326 | 389 | 573 | 649 | 739 | 808 | 845 | 575 | 586 | 605 | 616 | 368 | 213 | 111 |
| *% of Revenues* | 96.0% | 88.0% | 105.7% | 84.3% | 69.0% | 61.7% | 53.3% | 53.3% | 53.3% | 53.3% | 53.3% | 53.3% | 53.3% | 53.3% |
| Operating Profit | (247) | (287) | (393) | (261) | (72) | 9 | 167 | 852 | 1,081 | 1,283 | 1,532 | 950 | 525 | 245 |
| Tax Rate % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 9.3% | 21.0% | 21.0% | 21.0% | 21.0% |
| NOPAT | (247) | (287) | (393) | (261) | (72) | 9 | 167 | 852 | 1,081 | 1,164 | 1,210 | 750 | 414 | 193 |
| | | | | | | | | | | | | | | |
| Plus: D&A | | (1) | 4 | 7 | 11 | 16 | 13 | 14 | 16 | 16 | 20 | 19 | 18 | 17 | 16 |
| *D&A as % of sales* | -0.2% | 1.0% | 1.2% | 1.4% | 1.5% | 1.0% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Less: Change in Working Capital | 4 | 11 | (83) | (38) | (48) | (28) | (33) | (50) | (39) | (36) | (42) | 147 | 102 | 67 |
| *Change in working capital as % of sales* | 1.1% | 2.5% | -15.3% | -4.9% | -4.5% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% |
| Less: CapEx | (1) | (8) | (34) | (28) | (27) | (20) | (22) | (16) | (16) | (16) | (15) | (14) | (14) | (13) |
| *Capex as % of sales* | -0.3% | -1.7% | -6.2% | -3.7% | -2.6% | -1.5% | -1.4% | -1.4% | -1.4% | -1.4% | -1.4% | -1.4% | -1.4% | -1.4% |
| | | | | | | | | | | | | | | |
| Free Cash Flows | (245) | (279) | (503) | (317) | (132) | (25) | 126 | 802 | 1,042 | 1,131 | 1,172 | 901 | 520 | 264 |

| | |
|---|---|
| NPV | 2,755 |
| Discount Rate | 9.0% |
| Shares Outstanding | 184 |
| PV/Share | 14.96 |

| Terminal Year | |
|---|---|
| Terminal Value Growth Rate | -5.0% |
| Terminal Value | 1,789 |
| Present Value of TV | 693 |
| Debt | 0 |
| Cash | 236 |
| Equity Value | 3,684 |
| **Stock Price** | **$20** |

**Equity Value Per Share**
Terminal Value Growth Rate

| | | -9% | -7% | -5% | -3% | -1% |
|---|---|---|---|---|---|---|
| | 11% | $16 | $17 | $17 | $17 | $18 |
| Discount | 10% | $18 | $18 | $18 | $19 | $20 |
| Rate | 9% | $19 | $19 | $20 | $21 | $22 |
| | 8% | $21 | $21 | $22 | $23 | $24 |
| | 7% | $23 | $23 | $24 | $25 | $27 |

Average $20.45
Average $20.14

Source: Oppenheimer & Co. Estimates, Company Filings

CONFIDENTIAL
ACADIA PHARMA                                                    OPCO_00221

## ACADIA Pharmaceuticals Inc. (ACAD)
($1000s, except per share data)  [FY - DEC]



| | 2016 | 2017 | 2018 | 2019 | 2020 | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Probability-Adj. Product Revenues | $17,327 | $124,901 | $223,807 | $339,076 | $441,755 | $112,852 | $136,786 | $144,996 | $147,767 | $542,401 | $770,040 | $1,071,676 | $1,309,978 | $1,585,756 |
| Nuplazid - Parkinson's Disease Psychosis (PDP) | $17,327 | $124,901 | $223,807 | $339,076 | $441,755 | $112,852 | $136,786 | $144,996 | $147,767 | $542,401 | $625,638 | $669,314 | $711,275 | $764,377 |
| Pimavanserin - Dementia-Related Psychosis (DRP) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $144,402 | $230,454 | $310,581 | $393,639 |
| Pimavanserin - Schizophrenia Inadequate Response (SIR) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pimavanserin - Schizophrenia Negative Symptoms (SNS) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $147,747 | $243,577 | $351,772 |
| Pimavanserin - Major Depressive Disorder (MDD) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Trofinetide - Rett Syndrome (US Only) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,160 | $44,545 | $75,968 |
| Collaboration Revenue | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Revenues** | **$17,331** | **$124,901** | **$223,807** | **$339,076** | **$441,755** | **$112,852** | **$136,786** | **$144,996** | **$147,767** | **$542,401** | **$770,040** | **$1,071,676** | **$1,309,978** | **$1,585,756** |
| Cost of goods (GAAP) | 3,075 | 9,077 | 12,377 | 11,344 | 10,211 | 6,380 | 7,571 | 7,987 | 8,120 | 30,058 | 43,496 | 58,678 | 70,695 | 84,431 |
| Adj. Cost of Goods (non-GAAP) | - | 5,387 | 8,514 | 8,408 | 7,579 | 5,643 | 6,839 | 7,250 | 7,388 | 27,120 | 38,502 | 53,584 | 65,499 | 79,288 |
| Share-based compensation to COGS | | 3,690 | 3,863 | 2,936 | 2,632 | 737 | 732 | 737 | 731 | 2,938 | 4,994 | 5,094 | 5,196 | 5,144 |
| *% of total share-based compensation* | | 5% | 5% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 5% | 5% | 5% | 5% |
| Licensing fees & royalties | 1,331 | 3,983 | 5,953 | 8,254 | 10,339 | 2,626 | 3,105 | 3,269 | 3,325 | 12,325 | 12,144 | 13,386 | 14,226 | 15,288 |
| **Gross Profit** | **$12,925** | **$111,841** | **$205,477** | **$319,478** | **$421,205** | **$103,845** | **$126,110** | **$133,740** | **$136,323** | **$500,018** | **$714,400** | **$999,612** | **$1,225,058** | **$1,486,037** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Research & Development (GAAP) | 99,284 | 149,189 | 187,163 | 240,385 | 319,130 | 76,634 | 79,289 | 80,365 | 83,668 | 319,956 | 326,355 | 332,882 | 407,902 | 474,414 |
| Adj. Research & Development (non-GAAP) | 81,234 | 122,704 | 155,125 | 207,852 | 287,816 | 68,030 | 70,754 | 71,763 | 75,137 | 285,684 | 291,398 | 297,226 | 371,532 | 438,408 |
| Share-based compensation to R&D | 18,050 | 26,485 | 32,038 | 32,533 | 31,314 | 8,604 | 8,534 | 8,602 | 8,531 | 34,272 | 34,957 | 35,656 | 36,369 | 36,006 |
| *% of total share-based compensation* | 33% | 35% | 39% | 40% | 37% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% |
| Selling, General, & Administrative (GAAP) | 186,456 | 255,062 | 265,758 | 325,638 | 388,661 | 135,298 | 142,544 | 145,707 | 149,826 | 573,376 | 649,492 | 739,126 | 808,148 | 844,815 |
| Adj. Selling, General, & Administrative (non-GAAP) | 150,459 | 209,705 | 220,095 | 278,842 | 338,185 | 120,057 | 127,426 | 130,469 | 134,714 | 512,666 | 589,566 | 678,001 | 745,801 | 783,091 |
| Share-based compensation to SG&A | 35,997 | 45,357 | 45,663 | 46,796 | 50,476 | 15,241 | 15,118 | 15,238 | 15,112 | 60,710 | 59,926 | 61,125 | 62,347 | 61,724 |
| *% of total share-based compensation* | 67% | 60% | 56% | 57% | 60% | 62% | 62% | 62% | 62% | 62% | 60% | 60% | 60% | 60% |
| Total share-based compensation (excl. from non-GAAP OpEx) | 54,047 | 75,532 | 81,564 | 82,265 | 84,422 | 24,583 | 24,384 | 24,578 | 24,374 | 97,919 | 99,877 | 101,875 | 103,912 | 102,873 |
| **Total Operating Expenses (GAAP)** | **290,146** | **417,311** | **471,251** | **585,621** | **728,341** | **220,938** | **232,509** | **237,329** | **244,938** | **935,714** | **1,031,487** | **1,144,071** | **1,300,970** | **1,418,947** |
| **Operating Income (Loss) (GAAP)** | **(272,815)** | **(292,410)** | **(247,444)** | **(246,545)** | **(286,586)** | **(108,087)** | **(95,722)** | **(92,333)** | **(97,170)** | **(393,313)** | **(261,447)** | **(72,396)** | **9,008** | **166,808** |
| Interest income (expense) | 2,763 | 4,126 | 5,348 | 11,165 | 6,610 | 3,160 | 2,413 | 1,978 | 1,590 | 9,141 | 4,712 | 472 | (117) | 1,449 |
| Other income (expense) | 0 | 0 | (1,840) | 997 | (997) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total other non-operating income (expense)** | **2,763** | **4,126** | **3,508** | **12,162** | **5,613** | **3,160** | **2,413** | **1,978** | **1,590** | **9,141** | **4,712** | **472** | **(117)** | **1,449** |
| **Pre-Tax Income (loss) (GAAP)** | **(270,052)** | **(288,284)** | **(243,936)** | **(234,383)** | **(280,973)** | **(104,927)** | **(93,309)** | **(90,355)** | **(95,581)** | **(384,172)** | **(256,735)** | **(71,924)** | **8,891** | **168,258** |
| Provision for income taxes | 1,341 | 1,119 | 1,256 | 876 | 611 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax rate (%) | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Net Income (Loss) (GAAP)** | **(271,393)** | **(289,403)** | **(245,192)** | **(235,259)** | **(281,584)** | **(104,927)** | **(93,309)** | **(90,355)** | **(95,581)** | **(384,172)** | **(256,735)** | **(71,924)** | **8,891** | **168,258** |
| **Basic EPS (GAAP)** | **($2.34)** | **($2.36)** | **($1.94)** | **($1.60)** | **($1.79)** | **($0.66)** | **($0.58)** | **($0.56)** | **($0.59)** | **($2.39)** | **($1.58)** | **($0.44)** | **$0.05** | **$0.99** |
| **Diluted EPS (GAAP)** | **($2.34)** | **($2.36)** | **($1.94)** | **($1.60)** | **($1.79)** | **($0.66)** | **($0.58)** | **($0.56)** | **($0.59)** | **($2.39)** | **($1.58)** | **($0.44)** | **$0.05** | **$0.87** |
| Basic shares | 115,858 | 122,600 | 126,583 | 147,199 | 157,331 | 159,907 | 160,447 | 160,992 | 161,536 | 160,722 | 162,918 | 165,161 | 167,449 | 169,748 |
| Diluted shares | 136,106 | 141,126 | 147,407 | 166,715 | 176,662 | 182,294 | 182,910 | 183,531 | 184,151 | 183,337 | 185,842 | 188,401 | 191,011 | 193,634 |

Source: Oppenheimer & Co. Estimates, Company Filings



# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

**Stock Prices as of April 5, 2021**

Karuna Therapeutics (KRTX - NASDAQ, $122.93, OUTPERFORM)



**Rating and Price Target History for: ACADIA Pharmaceuticals, Inc. (ACAD) as of 04-02-2021**

Created by: BlueMatrix



**Rating and Price Target History for: Karuna Therapeutics (KRTX) as of 04-02-2021**

Created by: BlueMatrix


8 CONFIDENTIAL

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 426 | 68.38 | 221 | 51.88 |
| PERFORM [P] | 196 | 31.46 | 67 | 34.18 |
| UNDERPERFORM [U] | 1 | 0.16 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**



ACADIA Pharmaceuticals, Inc.                                                    ACAD (PERFORM) - $20.00

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2021.

