# EXHIBIT 58

EQUITY RESEARCH



RBC Capital Markets, LLC
**Gregory Renza**, M.D. (Analyst)
(212) 858-7065, gregory.renza@rbc.com
**Yinglu Zhang**, Ph.D. (Senior Associate)
(212) 858-8332, yinglu.zhang@rbccm.com

April 5, 2021

# ACADIA Pharmaceuticals Inc.

## Tension Mounts on DRP Expansion with CRL; Unsurprising Development, Unclear Path Forward

**Our view:** This morning, ACAD disclosed the company received CRL for their sNDA for pimavanserin in DRP - while the CRL was largely expected, the cited deficiency from comments and sentiment change regarding trial design and data interpretation from FDA was intriguing and reflects the uncertainty and risks in regulatory engagement as well the limitations in neuropsych drug development. We just spoke with mgmt. for more context. While we continue to believe in the activity of pimavanserin and potential in DRP, we see additional trial work – reflecting our previously base case – as more plausible, and adjust our model accordingly. We introduce more conservatism on POS, launch timing, and spend, reducing our PT to $32 (from $36) though with a PDP base visible at current levels, and now the first step in gaining clarity on next steps for an opportunity not yet fully erased, we reiterate our Outperform rating.

## Key points:

**In the CRL, FDA pointed to lack of sufficient representation or efficacy in certain DRP subtypes in the HARMONY, as well as the lack of type I error control of secondary endpoints in ph.II ADP trial - conflicting with previously supportive agency comments from prior regulatory interactions.** Subgroup analysis of the HARMONY trial demonstrated nominal reduction in the primary endpoint in ADP patients - 60% of the randomized population, though was not designed to demonstrate statistical significance. Rare subtypes such as DLB, VaD, and FTD were all below 20 patients in each arm though represent proportionally based on prevalence. The company cited conflicting views from the FDA on the clinical data, which demonstrated supportive comments at the EOP2 meeting with focus on symptoms instead of etiology and registrational potential with one well-controlled clinical trial that demonstrates clinically meaningful benefit with statistical significance. The company also cites FDA comments on lack of type I error control of secondary endpoints in the ph.II ADP trial where certain protocols deviations occurred, though also noted that sensitivity analysis without deviation indicated conclusion of the study and primary outcomes are not changed based on those analyses. Though leadership changes occurred in the Division of Psychiatry and Office of Neuroscience over the development period in DRP, the company noted the specific team they have worked with remains unchanged. We believe that, though the noted deficiencies could be viewed as valid pushback, the changes in sentiment around the trial design and data interpretation are intriguing and unexpected. Still, we acknowledge that time-adjusted agency views continue to remain part of any process and risk of regulatory proceedings.

*Continued on next page ...*

## Outperform

NASDAQ: ACAD; USD 25.59
**Price Target USD 32.00** ↓ 36.00

### WHAT'S INSIDE

| | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 20.00 | 25.59 | 32.00 | 50.00 |
| | ↓22% | | ↑25% | ↑95% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 159.3 | Market Cap (MM): | 4,076 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 2,952,228 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| EPS, Ops Diluted | (1.79) | (2.21) | (1.99) | (1.57) |
| Prev. | | (2.24) | (2.04) | (1.43) |
| Revenue | 441.8 | 513.8 | 566.7 | 684.0 |
| Prev. | | | | 745.3 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 90.1A | 110.1A | 120.6A | 121.0A |
| 2021 | 111.0E | 134.6E | 135.5E | 132.7E |
| EPS, Ops Diluted | | | | |
| 2020 | (0.57)A | (0.27)A | (0.54)A | (0.42)A |
| 2021 | (0.57)E | (0.49)E | (0.54)E | (0.61)E |
| Prev. | | | (0.55)E | (0.63)E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

CONFIDENTIAL



*Continued from the cover*

**Company plans to request Type A meeting with the FDA for additional color and believes in the robustness of the clinical data; execution in other pipeline programs remains strong; Wide range of emotions percolate from call, to channel next steps.** ACAD is currently requesting a formal meeting with the FDA to discuss the noted deficiencies and expects more color around the changing POV on the clinical data and path forward. Mgmt does not see negative read-through to execution in other indications or pipeline assets, and remains confident in their capabilities with strong capital resource to support existing programs and initiation of additional trials - the company expects to disclose revised financial guidance following clarity from the type A meeting with FDA on definitive plans around path forward.

**While waiting for further clarity on path forward from ACAD following their Type A meeting, we continue to see viability of pimavanserin in DRP though now expect additional trial to support approval broad or narrower indications and an even longer runway to patients.** We continue to see activity of pimavanserin and potential in the DRP indication, though additional clinical trials could be required - either in certain subtypes or in a broad population - to support approval. Mgmt confirmed that they have initiated planning for additional trials to support approval in a proactive manner, and will finalize the decision based on feedback and clarity from the Type A meeting. We are making several tweaks to our model, including a reduced POS of the DRP program (to 55%), a prospective launch in DRP now to 2024 to incorporate any additional trialing, and adjusted SG&A expenses over 2021 and the near-term, which results in our $32 PT - we remain Outperform rated.



## Exhibit 1 - ACAD Pipeline and Potential Milestones

| Milestones | | |
|---|---|---|
| **Product** | **Event** | **Timeline** |
| **Nuplazid (pimavanserin)** | Updates from Type A Meeting with FDA on CRL in DRP and path forward | 2Q 2021E |
| | Status of DRP filing, approval potential with clarity from FDA on sNDA in DRP | Over 2021 |
| | Full data of the ph.II ADVANCE trial in Schizophrenia Negative Symptoms | 2021 |
| | Continued enrollment of second pivotal ADVANCE-2 trial in Schizophrenia NS | 2021 |
| | Full data of combined CLARITY 2/3 trial and clarity on future development in MDD | 2021 |
| | Topline data of the pivotal trial in Schizophrenia Negative Symptoms | 2022E |
| **Trofinetide** | Complete enrollment of the Ph.III LAVENDER trial in Rett Syndrome | 1H 2021 |
| | Topline data of the Ph.III LAVENDER trial in Rett Syndrome | 4Q 2021 |
| **ACP-044** | Initiate ph.II in acute postoperative pain (bunionectomy) | 2Q 2021 |
| | Initial ph.II data in acute postoperative pain (bunionectomy) | End of 2021 |
| | Initiate ph.II in chronic pain (osteoarthritis) | 2Q 2021 |
| | Initial ph.II data in chronic pain (osteoarthritis) | 2022 |
| **ACP-319** | Continue ph.I testing | 2021 |

| Pipeline | | |
|---|---|---|
| **Drug/Target** | **Indication** | **Status** |
| **Nuplazid (pimavanserin)/ 5-HT2A inverse agonist** | Parkinson's-related hallucinations | Approved |
| | Dementia-related Psychosis | Phase III/sNDA |
| | Schizophrenia Negative Symptoms | Phase II/Pivotal |
| | Major Depressive Disorder | Phase III/Suspended - Broad use |
| **Trofinetide/ IGF-1 analog** | Rett Syndrome | Phase III |
| **ACP-044/ Reactive Species Decomposition** | Acute and chronic pain | Phase II Ready |
| **ACP-319 / M1 positive allosteric modulator** | allosteric modulators (such as Alzheimer's disease and schizophrenia) | Phase I/Preclinical |

Source: RBC Capital Markets; Company reports



ACADIA Pharmaceuticals Inc.

## Exhibit 2 - ACAD Income Statement

| ACAD Income Statement ($ in thousands except price) | 2017A | 2018A | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nuplazid U.S. revenues | $ 124,901 | $ 223,807 | $ 339,076 | $ 90,068 | $ 110,103 | $ 120,577 | $ 121,007 | $ 441,755 | $ 110,983 | $ 134,648 | $ 135,481 | $ 132,713 | $ 513,825 | $ 551,713 | $ 608,439 | $ 879,154 | $ 1,285,240 | $ 1,648,852 | $ 1,983,709 | $ 2,309,806 | $ 2,510,725 | $ 2,721,475 |
| PDP U.S. total | 124,901 | 223,807 | 339,076 | $ 90,068 | $ 110,103 | $ 120,577 | $ 121,007 | 441,755 | $ 110,983 | $ 134,648 | $ 135,481 | $ 132,713 | 513,825 | 551,713 | 601,734 | 648,886 | 692,722 | 729,057 | 765,506 | 802,524 | 840,936 | 880,775 |
| DRP U.S. total | | | | | | | | | | | | | | | - | 223,340 | 461,345 | 714,588 | 956,322 | 1,184,494 | 1,309,616 | 1,441,178 |
| Schizophrenia U.S. total | | | | | | | - | | - | $ - | $ - | $ - | - | 6,706 | 6,927 | 131,173 | 204,408 | 261,879 | 322,788 | 360,173 | 399,522 | |
| Trofinetide revenues | | - | | | | | | | | | | | | - | 12,759 | 31,778 | 54,961 | 85,552 | 103,576 | 119,767 | 133,845 | 148,816 |
| Collaboration revenues | | | | | | | | | | | | | - | 15,000 | 62,799 | 23,510 | 53,047 | 87,901 | 117,672 | 144,734 | 170,565 | 185,689 |
| **Total revenues, net** | **124,901** | **223,807** | **339,076** | **90,068** | **110,103** | **120,577** | **121,007** | **441,755** | **110,983** | **134,648** | **135,481** | **132,713** | **513,825** | **566,713** | **683,997** | **934,441** | **1,393,248** | **1,822,305** | **2,204,957** | **2,574,306** | **2,815,135** | **3,055,879** |
| Costs of sales | 13,060 | 18,330 | 19,598 | 4,974 | 5,474 | 4,801 | 5,301 | 20,550 | 6,659 | 8,079 | 8,129 | 7,963 | 30,830 | 33,103 | 39,186 | 59,423 | 88,656 | 116,897 | 140,773 | 163,739 | 179,751 | 194,540 |
| Research and development | 149,189 | 187,163 | 240,385 | 72,636 | 64,295 | 120,083 | 62,116 | 319,130 | 68,328 | 75,844 | 83,428 | 90,937 | 318,536 | 337,648 | 354,530 | 372,257 | 390,870 | 398,687 | 406,661 | 414,794 | 423,090 | 431,552 |
| Selling, general and administrative | 255,062 | 265,758 | 325,638 | 101,973 | 84,344 | 81,592 | 120,752 | 388,661 | 129,205 | 131,789 | 133,107 | 134,438 | 528,538 | 539,108 | 576,846 | 628,782 | 672,776 | 713,142 | 748,799 | 778,751 | 809,901 | 842,297 |
| **Total operating expenses** | **417,311** | **471,251** | **585,621** | **179,583** | **154,113** | **206,476** | **188,169** | **728,341** | **204,191** | **215,711** | **224,663** | **233,337** | **877,903** | **909,859** | **970,562** | **1,060,442** | **1,152,301** | **1,228,726** | **1,296,233** | **1,357,284** | **1,411,742** | **1,468,389** |
| **Income from operations** | **(292,410)** | **(247,444)** | **(246,545)** | **(89,515)** | **(44,010)** | **(85,899)** | **(67,162)** | **(286,586)** | **(93,208)** | **(81,064)** | **(89,182)** | **(100,624)** | **(364,078)** | **(343,146)** | **(286,565)** | **(126,001)** | **240,947** | **593,579** | **908,723** | **1,217,022** | **1,403,393** | **1,587,490** |
| Interest income (expense), net | 4,126 | 5,348 | 11,165 | 2,989 | 1,825 | 1,242 | 554 | 6,610 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 8,400 | 8,820 | 9,261 | 9,724 | 10,210 | 10,721 | 11,257 | 11,820 | 12,411 |
| Other income (expense), net | - | (1,840) | 997 | (1,497) | 437 | (202) | 265 | (997) | (300) | (300) | (300) | (300) | (1,200) | (1,260) | (1,323) | (1,389) | (1,459) | (1,532) | (1,608) | (1,689) | (1,773) | (1,862) |
| **Net and comprehensive income (loss)** | **(288,284)** | **(243,936)** | **(234,383)** | **(88,023)** | **(41,748)** | **(84,859)** | **(66,343)** | **(280,973)** | **(91,508)** | **(79,364)** | **(87,482)** | **(98,924)** | **(357,278)** | **(336,006)** | **(279,068)** | **(118,129)** | **249,212** | **602,258** | **917,836** | **1,226,590** | **1,413,440** | **1,598,040** |
| Income tax provision | (1,119) | (1,256) | (876) | - | (393) | 189 | (417) | (611) | 500 | 800 | 1,200 | 1,500 | 4,000 | 16,800 | 25,116 | 12,994 | (34,890) | (96,361) | (165,210) | (245,318) | (282,688) | (319,608) |
| **Comprehensive net income (loss)** | **(289,403)** | **(245,192)** | **(235,259)** | **(88,023)** | **(42,141)** | **(84,660)** | **(66,760)** | **(281,584)** | **(91,008)** | **(78,564)** | **(86,282)** | **(97,424)** | **(353,278)** | **(319,205)** | **(253,952)** | **(105,135)** | **214,323** | **505,897** | **752,625** | **981,272** | **1,130,752** | **1,278,432** |
| **Earnings per share** | **($2.36)** | **($1.94)** | **($1.60)** | **($0.57)** | **($0.27)** | **($0.54)** | **($0.42)** | **($1.79)** | **($0.57)** | **($0.49)** | **($0.54)** | **($0.61)** | **($2.21)** | **($1.99)** | **($1.57)** | **($0.65)** | **$1.18** | **$2.78** | **$4.11** | **$5.33** | **$6.11** | **$6.87** |
| Shares Outstanding (Basic) | 122,600 | 126,583 | 147,199 | 155,368 | 156,535 | 158,129 | 159,263 | 157,324 | 159,463 | 159,663 | 159,863 | 160,063 | 159,763 | 160,763 | 161,763 | 162,763 | 163,763 | 164,763 | 165,763 | 166,763 | 167,763 | 168,763 |
| Shares Outstanding (Diluted, est.) | 140,612 | 146,197 | 167,787 | 176,432 | 176,465 | 177,833 | 176,690 | 176,855 | 176,890 | 177,090 | 177,290 | 177,490 | 177,190 | 178,190 | 179,190 | 180,190 | 181,190 | 182,190 | 183,190 | 184,190 | 185,190 | 186,190 |

Source: RBC Capital Markets estimates; Company reports



# Key fundamental questions

**Our view**

**What does Nuplazid address and what is the growth potential in psychosis indications?**

Nuplazid (pimavanserin) is an atypical antipsychotic with selective inverse agonist activity to the 5-HT2A receptor approved for treatment of Parkinson's Disease Psychosis (PDP) in April 2016 and the company is working towards expansion opportunity in Dementia-Related Psychosis (DRP). We expect to see continued sales growth in PDP and any label expansion potential in DRP could drive over $2.3B+ U.S. peak sales collectively. Though with pivotal data supportive of Nuplazid's activity in DRP and a CRL off of the filing and 4/2021 PDUFA, we believe the filing package deficiencies warrant caution on outlook for potential approval and market uptake - and await clarity on the next steps with a focus on the feasibility to match ACAD's commitment to this indication.

**What is the potential opportunity for Nuplazid in indications beyond psychosis?**

Beyond psychosis, we also see room for credit to emerge on additional neuropsychiatric indications, such as schizophrenia, thus representing upside potential in addition to our valuation assumptions for the base business though with limited value. We estimate $500M U.S. peak sales opportunities in schizophrenia with a modest 35% POS, and see limited downside from this indication.

**What other opportunities exist in ACAD's pipeline?**

If pipeline asset trofinetide is successful for treatment of Rett Syndrome in ph.III, we would estimate a conservative $130M revenue opportunity (we model 30% POS based on totality of supportive prior ph.II data). Additionally, confirmation of activity could augment rationale to pursue other indications, like Fragile X Syndrome, which would have upside to our estimates. We believe recently acquired assets, ACP-319 and ACP-044, though at earlier stage, could contribute to the upside potential and long-term life-cycle management of the company.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

We believe the material ESG issues ACAD currently faces as a commercial-staged company including drug pricing, patient access, clinical trial conduct, data transparency, and diversity of the management team, which are consistent with ones that affect the broader biotechnology sector.

**Does the company integrate ESG considerations into its strategy?**

We believe ACAD has continued to progress with aligning to ESG principles across several dimensions, and is on a path towards a sustainable finance focus with an ecosystem of stewardship, value, and growth. ACAD is focusing on a convenient oral therapeutic option in an underserved neuropsychiatric disease market where quality of life of the patients and caregivers is hindered and comes with considerable cost. ACAD is effecting positive change and productivity – a focus on ease of use, safe and effective outcomes, value, and lower system costs, in our view.

**What is diversity like at board / management level?**

ACAD is dedicated to developing a diverse, inclusive, and talented global workforce. We note that 50% of the leadership team and 25% of the board is female, and ~20% of the leadership team is racially and ethnically diverse, which are above the average diversity levels across companies in the biotechnology industry.

**How is the company managing data transparency and disclosures?**

ACAD reports clinical trial data periodically at major medical meetings such as CTAD, ASCP, and AAN, and makes presentations and posters available on their website. The company also periodically updates their clinicaltrials.gov listings and release clinical data post-trial completion in a timely fashion.

**How is the company working to ensure board transparency and governance?**

ACAD lists well-documented and transparent governance documents on their corporate website, which list guidelines to ensure good compliance, business conduct and ethics, as well as corporate governance. We note the Chairman of the Board separates from the CEO role, which maintains decision-making balance, in our view.



ACADIA Pharmaceuticals Inc.

## Target/Upside/Downside Scenarios

ACADIA Pharmaceuticals Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

We assume U.S. peak sales of Nuplazid reach $2.3B+ in PDP and DRP and expect 55% likelihood of approval in DRP. We estimate $500M U.S. peak sales opportunities in schizophrenia and model a 30% POS. We assume that a European partnership could enable an additional ~$200M royalty opportunity for Nuplazid across indications. We model a $130M U.S. revenue opportunity and a 30% POS for trofinetide. Our $32 price target blends probability-adjusted DCF (using a 10% discount rate and a 1.5% terminal growth rate following Nuplazid patent expiry in 2030) and EPS multiple (20x 2030E adjusted EPS discounted at 10%) analyses. These valuation assumptions are comparable to other commercial biotech companies developing therapeutics for neuropsychiatric indications. Our price target supports our Outperform rating.

## Upside scenario

Success in additional indications (e.g., schizophrenia), greater-than-expected uptake of Nuplazid in PDP/DRP, and additional BD or an EU partnership would be an upside scenario, which we estimate could value the stock at $50/sh. An acquisition or assumed takeout premium could also contribute to upside.

## Downside scenario

Failure or insurmountable blockades to gain approval in DRP, lack of success in additional indications, and flattening of Nuplazid growth in PDP would be a downside scenario that could yield a fair value of $20/sh. Additional equity financing could also result in dilution.

## Investment summary

We believe the current share price undervalues the potential market opportunity for and execution of Nuplazid in PDP and DRP and assigns limited credit for success in other indications.

Though with pivotal data supportive of Nuplazid's activity in DRP and a CRL off of the filing and 4/2021 PDUFA, we believe the filing package deficiencies warrant caution on outlook for potential approval and market uptake - and await clarity on the next steps with a focus on the feasibility to match ACAD's commitment to this indication.

We also see room for credit to emerge on additional neuropsychiatric indications, such as schizophrenia, thus representing upside potential in addition to our valuation assumptions for the base business.

**Key positives:** (1) strong Rx growth and commercial execution to date; (2) differentiated selectivity profile that enables tolerability advantages vs. standard-of-care; and (3) first approved agent in high-unmet-need indications.

**Key risks:** (1) delay or failure to gain approval in DRP or additional data are not clinically meaningful; (2) historical safety concerns that could re-emerge; (3) worsening reimbursement and high government payer exposure that contributes to seasonality; (4) slowing of uptake among conservative physician base; and (5) regulatory or clinical delays (potentially exacerbated by COVID-19).

**Key potential catalysts:** (1) Updates from Type A Meeting with FDA on CRL in DRP and path forward (2Q2021E); (2) Status of DRP filing, approval potential with clarity from FDA on sNDA in DRP (2021); (3) Continued ph.I testing of ACP-319 in cognition and schizophrenia (2021); (4) Initiate ph.II trial of ACP-044 in acute post-op pain bunionectomy (2Q2021); (5) Initiate ph.II trial of ACP-044 in chronic OA pain (2Q2021); (6) LAVENDER topline readout (2H2021); (7) Initiate ph.II data of ACP-044 in acute post-op pain bunionectomy (YE2021).

## Risks to rating and price target

Risks include failure to gain approval or show meaningful efficacy in additional indications (DRP, schizophrenia), including adverse execution impacts (potentially exacerbated by COVID-19), flattening growth due to lower-than-expected uptake or worsening reimbursement, emergence of a safety signal that hampers uptake or results in removal from the market, lack of value-creative business development, dilutive financing, or greater-than-anticipated capital requirements.



## Company description

ACADIA Pharmaceuticals Inc. is a biopharmaceutical company developing medicines for CNS disorders. The company's pipeline includes the atypical antipsychotic pimavanserin, a selective 5-HT2A inverse agonist, marketed as Nuplazid. The drug is approved for treatment of symptoms related to Parkinson's Disease Psychosis and is in ph.III clinical development for dementia-related psychosis, negative symptoms associated with schizophrenia, and major depressive disorder. The company is also developing trofinetide, which is in ph.III for Rett Syndrome.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of ACADIA Pharmaceuticals Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



ACADIA Pharmaceuticals Inc.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Mar-2021 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 762 | 55.46 | 299 | 39.24 |
| HOLD [Sector Perform] | 559 | 40.68 | 179 | 32.02 |
| SELL [Underperform] | 53 | 3.86 | 4 | 7.55 |



Rating and price target history for: ACADIA Pharmaceuticals Inc., ACAD US as of 02-Apr-2021 (in USD)

| 01-Oct-2019 Rtg:I:O Target: 60.00 | 06-Apr-2020 Rtg:O Target: 58.00 | 09-Jul-2020 Rtg:O Target: 61.00 | 20-Jul-2020 Rtg:O Target: 55.00 | 07-Jan-2021 Rtg:O Target: 60.00 | 08-Mar-2021 Rtg:O Target: 36.00 |
|---|---|---|---|---|---|

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**ACADIA Pharmaceuticals Inc.**

### Valuation

We assume U.S. peak sales of Nuplazid reach $2.3B+ in PDP and DRP and expect 55% likelihood of approval in DRP. We estimate $500M U.S. peak sales opportunities in schizophrenia and model a 30% POS. We assume that a European partnership could enable an additional ~$200M royalty opportunity for Nuplazid across indications. We model a $130M U.S. revenue opportunity and a 30% POS for trofinetide. Our $32 price target blends probability-adjusted DCF (using a 10% discount rate and a 1.5% terminal growth



rate following Nuplazid patent expiry in 2030) and EPS multiple (20x 2030E adjusted EPS discounted at 10%) analyses. These valuation assumptions are comparable to other commercial biotech companies developing therapeutics for neuropsychiatric indications. Our price target supports our Outperform rating.

### Risks to rating and price target

Risks include failure to gain approval or show meaningful efficacy in additional indications (DRP, schizophrenia), including adverse execution impacts (potentially exacerbated by COVID-19), flattening growth due to lower-than-expected uptake or worsening reimbursement, emergence of a safety signal that hampers uptake or results in removal from the market, lack of value-creative business development, dilutive financing, or greater-than-anticipated capital requirements.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.



ACADIA Pharmaceuticals Inc.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**



Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021
All rights reserved