# EXHIBIT 59

# STIFEL

September 3, 2019

# Morning Research Summary

## Quick Look

| Symbol | Rating | | Est. | Target Price | |
|---|---|---|---|---|---|
| | Prior | Current | | Prior | Current |
| **TARGET PRICE CHANGES** | | | | | |
| ACAD | H | H | ▼ | $24.00 | $28.00 |
| HCP | B | B | | $34.00 | $37.00 |
| AGS | B | B | ▼ | $24.00 | $19.00 |
| WELL | B | B | ▲ | $87.00 | $93.00 |
| **COMPANY UPDATES** | | | | | |
| ALNY | B | B | | $116.00 | $116.00 |
| ATRA | B | B | | $36.00 | $36.00 |
| DPZ | B | B | | $300.00 | $300.00 |
| LULU | B | B | | $238.00 | $238.00 |
| SRCL | B | B | | $70.00 | $70.00 |

### INDUSTRY UPDATES

**Consumer & Retail**
Food - Food Stock Update: The Hamptons Effect
Gaming & Leisure - Macau August GGR Recap: What Else Can Weigh on the Market? VIP Pressure Continues; We Continue to Favor LVS/WYNN

**Energy & Power**
Oil & Gas Exploration and Production - U.S. E&P Comps

**Real Estate**
Healthcare REITs - Positive Healthcare REIT Outlook for 2H19; Believe Large Cap REITs Have Room to Run Given Favorable Environment; Stats Pack

**Technology**
Software Bytes - The Weekend Update
Analog and IoT Semiconductors - ANALOG ALCHEMY — Volume XX, Issue 23 — July 2019 SIA Data; Solid M/M Rebound, But Likely Tariff-Impacted Inv Replenishment
Maritime - First Watch: Stifel Shipping Weekly - Slow Growth But Careful Capital

## Morning Meeting Highlights

**Acadia Pharmaceuticals, Inc. (ACAD, $27.66, Hold; Target $28.00)** - Deep Dive on DRP; The Tremendous Trial vs The Weak Antipsychotic - **Paul Matteis** - We are raising our ACAD target to $28 from $24, reflecting an increased probability-of-clinical/regulatory success (40% from 20%) for the company's Dementia-Related Psychosis program. While we view pimavanserin as a low efficacy antipsychotic, our research on the design of the DRP trial underlies our view that psychiatry studies of this type ("relapse prevention") unequivocally have an improved chance at teasing out a statistically significant result. So why are we not upgrading the stock? Candidly (after a great run in shares), we're more than a little late with this insight, however, we still struggle to get true conviction here given (1) relapse-prevention studies are, historically speaking, almost always employed as confirmatory trials, after drug efficacy is already established, but (2) we remain skeptical that the pimavanserin ADP ph2 is really a positive study. Nearer term, we expect the 2H19 interim analysis to pass, setting up DRP as a major 2020 event.

**Atara Biotherapeutics, Inc. (ATRA, $13.50, Buy; Target $36.00)** - ATA188 ECTRIMS Preview: Base-Case Is That Clear, Unequivocal Data Are Unlikely, And MS Credit Will Remain in the Stock - **Benjamin J. Burnett** - Atara expects to disclose both efficacy and safety data from its ongoing ATA188 phase 1 study at ECTRIMS next week. Ahead of the event, we took a deeper look into this program, the EBV-hypothesis, and the impact this update could have on Atara shares. Our conclusions: (1) the low-dose data and short follow-up times (~6 months) being presented are unlikely to provide a clear demonstration of drug effect or lack thereof; (2) Atara's stock will therefore continue to hold some credit for MS exiting the event as data continues to accrue for the high dose cohorts; and (3) future disclosures pertaining to the high dose cohort (which we speculate could come in 2020) will be a bigger event for the stock. We continue to like ATRA for its allogeneic T-cell platform and look toward PTLD to provide a catalyst for broader appreciation for its technology.

**Domino's Pizza, Inc. (DPZ, $226.84, Buy; Target $300.00)** - DPZ: Why Domino's Should Test Participating on Third-Party Marketplaces - **Chris O'Cull** - Our View: A key debate among investors considering DPZ is to what extent are sales at risk to third-party food delivery providers. The debate has intensified in recent quarters with the rate of DPZ's SRS gains slowing as 3P delivery services rapidly expand. In on our recent Food Delivery Survey report we argued 3P demand depends largely on restaurant variety and low delivery fees. Although we believe 3P providers will find it difficult to sustain aggressive delivery fee incentives (i.e. Free Delivery), we do expect more restaurants to make online ordering available on 3P marketplaces, and this greater variety should increase the popularity of these sites. In this note, we argue Domino's should consider testing 3P marketplaces to assess whether the cannibalization rate would be low enough to justify the marketplace commission rate.

**Healthcare REITs** - Positive Healthcare REIT Outlook for 2H19; Believe Large Cap REITs Have Room to Run Given Favorable Environment; Stats Pack - **Chad Vanacore** - We see the current environment of low interest rates and more defensive positioning from investors as positive for the group and expect healthcare REITs to have relatively outperformance v. peers groups. We expect large cap REITs with their lower costs of capital, larger spread to investments, ability to source new investments, diversified portfolios and share liquidity to be attractive to a broader investment base and recommend Buy rated HCP ($34.71), VTR ($73.39) and WELL ($89.56). Key themes across healthcare REITs segment include continued challenging senior housing environment; albeit better sentiment, stable medical office performance amidst improving deal outlook, strong life science demand met by active development, end of cycle skilled nursing pressure enabling greater acquisition opportunities and balance sheet optimization against the backdrop of favorable capital market conditions. We highlight our main takeaways for each company below.

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

All relevant disclosures and certifications appear on pages 4 - 5 of this report.

# STIFEL

**PlayAGS, Inc. (AGS, $9.74, Buy; Target $19.00)** - Notes from the Road: OK on the Mend; '20 Product Pipeline Robust; Valuation Dislocation Has Us Scratching our Heads; Reit Buy - **Brad J. Boyer** - We recently hosted AGS' CEO, David Lopez, and CFO, Kimo Akiona, for two days of investor meetings. Following our time with management, we come away with greater conviction, and subsequently comfort, that the company's relative 2Q19 financial underperformance was predominantly execution related as opposed to being driven by weakening demand for its core products. With strategic initiatives aimed at correcting AGS' OK execution missteps already being put into place and with a pipeline of compelling new form factors/game content scheduled to launch over the next several quarters, we encourage investors to take advantage of the current heavily discounted ~5x 20E EBITDA valuation to aggressively accumulate shares. Our target price falls to $19 from $24, reflecting the application of a more conservative multiple (7x vs 8x prior) against our lowered bars in 2019E/20E. Reiterate Buy.

**Stericycle, Inc. (SRCL, $44.89, Buy; Target $70.00)** - SRCL: Two Days with CFO Janet Zelenka: Progress Over Perfection to more FCF Sooner than Later - **Michael E. Hoffman** - We reiterate our Buy rating and $70 target price on Stericycle (SRCL, Buy, $44.89). Our investment thesis is predicated on SRCL successfully rationalizing the portfolio, delever and then focus on driving operating leverage and FCF conversion plus sustainable growth. We visited investors for two days with CFO Janet Zelenka and VP/IR Jennifer Koenig. CFO Zelenka is sharp, witty, unflappable with a lot of very relevant experience (finance nerdy in a good way) SRCL can use and which helps improve the likelihood of SRCL successfully rolling out a global ERP, develop corporate level best business practices which should yield strong FCF and subsequently delever the balance sheet.

## Other Focus Items Today

**Alnylam Pharmaceuticals, Inc. (ALNY, $80.69, Buy; Target $116.00)** - Inclisiran Data Are a Validating Event for RNAi, As ALNY Moves Beyond Orphan/Rare - **Paul Matteis** - We are reiterating our Buy rating on ALNY shares on the heels of inclisiran (PCSK9) ph3 ORION-11 data presented at ESC over the weekend. Efficacy data are positive, but the focus here for ALNY investors is really on safety given that this represents the largest clinical trial conducted for an RNAi therapeutic to date. Encouragingly, major items of interest - adverse events, incidence of death, and serious AEs - occurred at similar rates on inclisiran versus placebo. We believe the data broadly support inclisiran as an approvable drug (assuming ORION-9/10 look similar, which they should); the results are also validating to ALNY's recent efforts in non-orphan areas like treatment-resistant hypertension, for which we believe there's little credit priced into the stock today. ALNY stands to receive up to a 20% royalty on inclisiran sales.

**HCP, Inc. (HCP, $34.71, Buy; Target $37.00)** - Positive Outlook into 2020; Improving Portfolio; Increasing Target Price; Reiterate Buy - **Chad Vanacore** - We see the current macro environment as supportive of accelerating growth and premium valuation for HCP. We are increasing our target price on multiple expansion as large cap healthcare REITs prove to be increasingly attractive on yield and safety to generalist investors. Reiterate Buy.

**lululemon athletica inc. (LULU, $184.67, Buy; Target $238.00)** - Thoughts ahead of FY2Q - **Jim Duffy** - Ahead of 2Q results, we see upside opportunity to both our estimates and more ambitious consensus estimates led by digital and gross margin (product cost improvements, potential leverage from revenue upside). Late arrival of Spring weather may benefit 2Q though we note the +10% cc retail only comp in 2Q18 is a more difficult compare than the +6% cc retail only comp in 1Q18. Following our research revealing potential for $0.50 to $1.00 benefit to earnings from lululemon practice, we are anxious for more details on test market results and a broader roll-out. With low/mid-teens plus revenue growth capacity, operating leverage potential, and the cash flow and balance sheet to continue to repurchase shares, we view LULU shares as deserving of a premium and a solid core holding. Our 12-month target of $238 represents 35x our $6.81 2021 EPS estimate.

**Welltower, Inc. (WELL, $89.56, Buy; Target $93.00)** - Macro Environment Supports Growth and Valuation; Increasing Estimates and TP; Reiterate Buy - **Chad Vanacore** - We are increasing estimates and target price as capital costs continue to fall. We

STIFEL_ACADIA_0000363

# STIFEL

reiterate Buy rating on Welltower as the macro environment supports growth and valuation.

STIFEL_ACADIA_0000364

# STIFEL

**Note: Prices are as of the close of August 30, 2019, unless otherwise noted.**

### Important Disclosures and Certifications

**The authors of this document certify that their respective views expressed in this research report accurately reflect their respective personal views about the subject securities or issuers; and, the authors of this document certify that no part of their compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.**

For applicable current disclosures for all covered companies please visit the Research Page at www.stifel.com or write to the Stifel Research Department at the following address.

**US Research**
Stifel Research Department
Stifel, Nicolaus & Company, Inc.
One South Street
16th Floor
Baltimore, MD 21202

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** –We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** –We expect a total return between –5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** –We expect a total return below –5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. **SUSPENDED** indicates the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 52% are rated Buy, 36% are rated Hold, 2% are rated Sell and 10% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 18%, 8%, 0% and 3% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

### Additional Disclosures

The research analyst or a member of the research analyst's household owns shares of the common stock or has a financial interest in the securities of Stericycle, Inc..

The IRI information contained herein is based in part on data reported by IRI through its Market Advantage service for the category/product, measure/time period, and outlet/geography as interpreted solely by Stifel. The information is believed to be reliable at the time supplied by IRI but is neither all-inclusive nor guaranteed by IRI. Without limiting the generality of the foregoing, specific data points may vary considerably from other information sources. Any opinions expressed herein reflect the judgment of Stifel and are subject to change. IRI disclaims liability of any kind arising from the use of this information.

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

### Affiliate Disclosures

"Stifel", includes Stifel Nicolaus & Company ("SNC"), a US broker-dealer registered with the United States Securities and Exchange Commission and the Financial Industry National Regulatory Authority and Stifel Nicolaus Europe Limited ("SNEL"), which is authorized and regulated by the Financial Conduct Authority ("FCA"), (FRN 190412) and is a member of the London Stock Exchange.

STIFEL_ACADIA_0000365

# STIFEL

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

## Country Specific and Jurisdictional Disclosures

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 3 September 2019 06:58EDT and disseminated at 3 September 2019 06:58EDT.

**Additional Information Is Available Upon Request**

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.

STIFEL_ACADIA_0000366