# EXHIBIT 60

# STIFEL

## Acadia Pharmaceuticals, Inc.

**ACAD– NASDAQ**

September 9, 2019 — Biotechnology

**HOLD**
**COMPANY UPDATE**

### Financial Summary

| Changes | Previous | Current |
| --- | --- | --- |
| Rating | — | Hold |
| Target Price | $28.00 | $39.00 |
| FY19E EPS | — | $(1.75) |
| FY20E EPS | — | $(1.17) |
| FY19E Revenue | — | $328.7 |
| FY20E Revenue | — | $470.4 |

| | |
| --- | --- |
| Price ( 09/09/19 ): | $38.00 |
| 52-Week Range: | $30 ~ $13 |
| Market Cap.(mm): | 4,757.6 |
| Shr.O/S-Diluted (mm): | 125.2 |
| Avg Daily Vol (3 Mo): | 1,280,987 |
| Dividend / Yield: | $0.00 / 0.0% |

Price is intraday, 9/9/19.

| Revenue | 2018A | 2019E | 2020E |
| --- | --- | --- | --- |
| Q1 | $48.9 | $63.0A | $NE |
| Q2 | $57.1 | $83.2A | $NE |
| Q3 | $58.3 | $89.9 | $NE |
| Q4 | $59.6 | $92.6 | $NE |
| FY (Dec) | $223.8A | $328.7 | $470.4 |

| EPS | 2018A | 2019E | 2020E |
| --- | --- | --- | --- |
| Q1 | $(0.44) | $(0.59)A | $NE |
| Q2 | $(0.51) | $(0.38)A | $NE |
| Q3 | $(0.50) | $(0.38) | $NE |
| Q4 | $(0.50) | $(0.41) | $NE |
| EPS | $(1.94)A | $(1.75) | $(1.17) |

### Price Performance



## Raising Our ACAD Target Price on Surprisingly Positive Interim DRP Data

### Summary

We are raising our ACAD target price to $39 after pimavanserin's phase III DRP study was stopped at interim for efficacy. Following Acadia's conference call, two things are clear to us: (1) we were overly skeptical on the chances for success in HARMONY, *particularly* at interim, and (2) pimavanserin is undoubtedly effective in preventing the relapse of psychosis in patients who initially respond to the medicine. Our updated model reflects a *mostly* de-risked valuation of the DRP program. We view DRP regulatory approval on this study as likely, and even though we think pim's market share in DRP may be nominally lower than that attained in PDP, the dementia opportunity is significantly larger, and thus good reason for the stock to be much higher today. Like many investors we have some outstanding questions ahead of the full data presentation, which, along with our model update, we describe below.

### Key Points

**Pimavanserin succeeds at interim; only incremental details on the call as ACAD will present full results at a medical meeting.** Acadia highlighted the early nature of the independent interim analysis and reiterated the (high) pre-specified bar for early termination of p<0.0033. Acadia noted that several patients in the interim had completed the full 26 week double-blind period of the trial and that participants' disease etiologies were representative of the overall population (~2/3 ADP). While there was no direct description of effect size, management did note that the number of patients that met the pre-specified response criteria for randomization during the open label period had exceeded their expectations. Finally, management highlighted that there were no new safety signals. Over the next few months, ACAD is planning to wrap up the trial and fully analyze the data before presenting at an upcoming medical conference, though they declined to commit to any particular date at this time.

**Updating our DRP probability-of-success in HARMONY to 100% and our odds of regulatory approval from 80% to 85%.** Our odds of regulatory approval are high, though they do reflect a small degree of uncertainty around how the FDA will treat a single relapse-prevention pivotal for approval, given the lack of good precedent (alluded to briefly below). That said, the increase here is due to the extremely significant p-value observed at the interim, which we think should, of course, increase one's regulatory confidence. Along with a few other changes to our model - increasing the speed of the DRP sales ramp - we are increasing our target price from $28 to $39.

**In all, the data look like an unequivocal win for ACAD; that said, these are the questions we'd be asking management ahead of a regulatory review and a possible DRP launch.** How certain is ACAD that this relapse-prevention study will not just lead to FDA approval in DRP, but also a broad label that includes acute and maintenance treatment? We think this may be a relevant discussion point at a potential adcomm; we talked to management on this topic, who remains optimistic that the positive DRP ph3 is just one point of evidence for pimavanserin, coming on top of prior data in ADP and PD dementia (a key pre-specified PDP subgroup). Separately, other key items we're naturally focused on for the data include AE/SAE rates, the overall effect size, and any benefit on secondary endpoints. On the commercial side, we wonder whether or not Acadia can/should/will hold the current pimavanserin price level in DRP, and how much additional infrastructure and sales reps will be necessary to launch this in this broader patient population. While a medical meeting presentation may be a ways away, it sounds as though Acadia may provide some other update with data details to investors in a few months.

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Nathaniel Tower | (617) 488-4146 | towern@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 7 - 9 of this report.

STIFEL_ACADIA_0000492

# Acadia Pharmaceuticals, Inc.

Company Update

**September 9, 2019**

**ACAD – NASDAQ**

Biotechnology

### Investment Thesis

**We rate ACAD shares Hold.** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study should increase the drug's sales potential significantly, assuming approval. DRP is a much larger market than PDP, though our market share in the former is slightly lower to reflect the greater presence of generic alternatives; in other words, the breadth of atypicals prescribed in DRP today is considerably broader than that in PDP, for a variety of reasons.*

### Target Price Methodology/Risks

**We derive a $39 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 1% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and 85% probability-of-approval for Dementia-Related Psychosis, respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation. We use a share count that probability weights the dilutive impact of various options, based on various ACAD pipeline scenarios and our estimate of their potential stock implications.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

### Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).



STIFEL_ACADIA_0000493

## Acadia Pharmaceuticals, Inc.
ACAD – NASDAQ
Biotechnology

Company Update
September 9, 2019

| ACAD P&L - GAAP ($MM except EPS) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Psychosis US | 17 | 125 | 49 | 57 | 58 | 60 | 224 | 63 | 83 | 90 | 93 | 329 | 470 |
| Dementia Psychosis US | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MDD US | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ROW Royalties | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Collaboration Revenue | 0.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Revenue | 17.3 | 124.9 | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 63.0 | 83.2 | 69.9 | 92.6 | 328.7 | 470.4 |
| COGS | 3.1 | 9.1 | 2.2 | 3.9 | 4.2 | 3.2 | 13.4 | 3.0 | 3.3 | 3.6 | 3.7 | 13.5 | 18.5 |
| License Fees & Royalties | 1.3 | 4.0 | 1.3 | 3.2 | 1.2 | 1.2 | 4.9 | 1.6 | 1.7 | 1.8 | 1.9 | 7.0 | 10.4 |
| R&D | 99.3 | 149.2 | 38.3 | 46.6 | 53.1 | 48.2 | 187.2 | 52.9 | 67.3 | 70.0 | 73.0 | 263.2 | 282.3 |
| SG&A | 186.5 | 256.2 | 60.9 | 69.5 | 61.1 | 74.3 | 265.8 | 53.1 | 68.0 | 71.0 | 75.0 | 307.1 | 330.0 |
| Operating Expenses | 290.1 | 418.5 | 103.7 | 121.1 | 119.6 | 126.8 | 471.3 | 110.6 | 140.3 | 146.4 | 153.6 | 590.9 | 641.5 |
| Operating Income | (272.8) | (293.6) | (54.8) | (64.1) | (61.3) | (67.3) | (247.4) | (87.6) | (57.1) | (56.5) | (61.0) | (262.2) | (171.1) |
| Interest Income (Expense) | 2.8 | 4.1 | 1.2 | 1.3 | 1.2 | 1.7 | 5.3 | 2.9 | 2.5 | 2.0 | 2.0 | 9.5 | - |
| Other Income (Expense) | - | - | - | (0.2) | (1.7) | 0.1 | (1.8) | (0.2) | (0.6) | - | - | (0.2) | - |
| EBT | (270.0) | (289.4) | (53.6) | (63.0) | (61.8) | (65.5) | (243.9) | (84.9) | (54.6) | (54.5) | (59.0) | (253.0) | (171.1) |
| Tax | 1.3 | (0.0) | 0.7 | 0.2 | 0.4 | 0.0 | 1.3 | 0.4 | 0.4 | - | - | - | - |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (62.1) | (65.5) | (245.2) | (85.3) | (54.9) | (54.5) | (59.0) | (253.0) | (171.1) |
| Diluted EPS | $ (2.34) | $ (2.36) | $ (0.44) | $ (0.51) | $ (0.50) | $ (0.50) | $ (1.94) | $ (0.59) | $ (0.38) | $ (0.38) | $ (0.41) | $ (1.75) | $ (1.17) |
| Diluted Shares Outstanding | 115.9 | 122.6 | 124.7 | 124.8 | 125.0 | 131.5 | 126.6 | 144.0 | 144.3 | 144.8 | 145.3 | 144.6 | 146.6 |

Source: Company Filings, Stifel Estimates

| ACAD BS/CFS ($MM) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash | 529.0 | 341.3 | 298.1 | 256.9 | 214.1 | 473.5 | 473.5 | 414.3 | 381.9 | 349.6 | 314.0 | 314.7 | 240.3 |
| Cash & Equivalents | 529.0 | 341.3 | 298.1 | 256.9 | 214.1 | 473.5 | 473.5 | 414.3 | 381.9 | 349.6 | 314.0 | 314.7 | 240.3 |
| Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | 314.5 | (187.7) | (43.2) | (43.2) | (42.8) | 259.4 | 132.2 | (59.2) | (32.4) | (32.3) | (35.6) | (158.8) | (74.3) |
| Cash Flow From Operations | (182.0) | (185.7) | (42.7) | (47.0) | (42.7) | (39.0) | (171.4) | (62.6) | (31.6) | (31.5) | (34.8) | (159.7) | (70.2) |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (62.1) | (65.5) | (245.2) | (85.3) | (54.9) | (54.5) | (59.0) | (253.0) | (171.1) |
| SOE | 52.4 | 75.5 | 20.4 | 30.6 | 20.2 | 20.4 | 91.6 | 19.9 | 21.6 | 22.5 | 23.7 | 87.8 | 98.0 |
| D&A | 1.0 | 1.2 | 0.5 | 0.2 | 8.6 | 0.5 | 1.7 | 0.4 | 0.5 | 0.5 | 0.5 | 1.9 | 2.9 |
| Other | 35.9 | 27.0 | (9.3) | (4.6) | (1.3) | 5.6 | (9.6) | 2.6 | 1.2 | - | - | 3.6 | - |
| Cash Flow From Investing | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.8) | (0.8) | (0.8) | (3.3) | (4.3) |
| CapEx | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.8) | (0.8) | (0.8) | (3.3) | (4.3) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Flow From Financing | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | - | - | - | 4.2 | - |
| Equity Raise (Buyback) | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | - | - | - | 4.2 | - |
| Debt Raise (Buyback) | - | - | - | - | - | - | - | - | - | - | - | - | - |

Source: Company Filings, Stifel Estimates

3

STIFEL

STIFEL_ACADIA_0000494

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**
Biotechnology

Company Update
September 9, 2019

| ACAD DCF Analysis ($MM) | | 2016E | 2017E | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations ($MM) | | (182.0) | (185.7) | (171.4) | (159.7) | (70.2) | 210.9 | 448.7 | 708.2 | 853.7 | 954.9 | 1,008.0 | 1,074.3 | 1,149.3 | 425.4 | |
| Cash Flow From Investing ($MM) | | (1.0) | (2.0) | (0.7) | (3.3) | (4.3) | (5.3) | (6.3) | (7.3) | (8.1) | (9.3) | (10.3) | (11.3) | (12.3) | (13.3) | |
| Net Borrowing ($MM) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Free Cash Flow to Equity ($MM) | | (183.0) | (187.7) | (172.1) | (163.0) | (74.5) | 205.6 | 442.4 | 700.9 | 845.4 | 945.6 | 997.8 | 1,063.1 | 1,137.1 | 412.5 | 4,902 |
| Discount Periods | | 0.0 | 0.0 | | 0.00 | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 7.50 | 8.50 | 9.50 | |
| NPV FCFE ($MM) | | | | | (81.5) | (71.2) | 139.4 | 352.6 | 510.7 | 562.0 | 578.0 | 553.1 | 538.2 | 525.7 | 174.2 | 2,070 |

| | |
|---|---|
| Total FCFE | 5,885.7 |
| Net Cash 2019 | 381.0 |
| Implied ACAD Market Cap | 6,266.8 |
| ACAD DCF Price Target | $ 39 |

| | |
|---|---|
| Discount Rate | 9.5% |
| Terminal Growth Rate | 1.0% |
| Diluted Shares Outstanding | 167.1 |

Source: Stifel estimates

STIFEL

STIFEL_ACADIA_0000495

# Acadia Pharmaceuticals, Inc.

Company Update
September 9, 2019

ACAD – NASDAQ
Biotechnology

| PD Psychosis Revenue Model | 2015A | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Patients in the US (diagnosed) | 1,000,000 | 1,009,000 | 1,018,081 | 1,027,244 | 1,027,244 | 1,027,244 | 1,027,244 | 1,027,244 | 1,036,489 | 1,036,489 | 1,036,489 | 1,036,489 | 1,036,489 | 1,045,817 | 1,055,230 |
| % afflicted by psychosis | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| PD Psychosis Patients in US | 200,000 | 201,800 | 203,616 | 205,449 | 205,449 | 205,449 | 205,449 | 205,449 | 207,298 | 207,298 | 207,298 | 207,298 | 207,298 | 209,165 | 211,046 |
| % that are moderate or severe | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| moderate/severe PDP patients in the US | 150,000 | 151,350 | 152,712 | 154,087 | 154,087 | 154,087 | 154,087 | 154,087 | 155,473 | 155,473 | 155,473 | 155,473 | 155,473 | 156,873 | 158,284 |
| % treated with anti-psychotics | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 75% | 75% | 75% |
| US PD Pts on anti-psychotics | 105,000 | 105,945 | 106,899 | 107,861 | 107,861 | 107,861 | 107,861 | 107,861 | 108,831 | 108,831 | 108,831 | 108,831 | 116,605 | 117,654 | 118,713 |
| Seroquel/Clozapine market share | 100% | 98% | 93% | 90% | 90% | 90% | 89% | 90% | 89% | 87% | 87% | 86% | 87% | 84% | 83% |
| NUPLAZID share | 0% | 1% | 7% | 9.5% | 9.7% | 9.9% | 10.8% | 10% | 11.2% | 12.9% | 13.4% | 14.3% | 13% | 16% | 17% |
|  |  |  |  | 16.9% | 2.0% | 1.8% | 7.3% |  | 8.3% | 15.1% | 4.3% | 6.7% |  | 33.6% |  |
| PD patients on NUPLAZID | - | 1,869 | 7,226 | 10,287 | 10,484 | 10,678 | 11,455 | 10,728 | 12,179 | 14,013 | 14,583 | 15,553 | 14,086 | 18,825 | 20,181 |
| Annual Gross Cost | $23,400 | $23,400 | $26,149 | $33,336 | $33,336 | $33,336 | $33,336 | $33,336 | $36,468 | $36,468 | $38,232 | $38,232 | $37,350 | $40,144 | $42,151 |
| price increase |  |  |  | 8% |  |  |  |  |  |  |  |  |  | 5% | 5% |
| Gross/Net Adjustment | 20% | 15% | 17% | 24% | 13% | 13% | 17% | 17% | 24% | 13% | 14% | 17% | 17% | 17% | 17% |
| Annual Net Cost | $18,720 | $19,890 | $21,699 | $25,335 | $29,002 | $29,002 | $27,736 | $27,769 | $27,570 | $31,654 | $32,880 | $31,733 | $30,954 | $33,319 | $34,985 |
| Compliance | 80% | 80% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| NUPLAZID Net US PDP Sales ($MM) | 0 | 17 | 125 | 48 | 57 | 58 | 60 | 224 | 63 | 83 | 90 | 93 | 328 | 470 | 530 |
| PDP Approval Probability | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| NUPLAZID p(w) US PDP Sales ($MM) | 0 | 17 | $125 | 48 | 57.1 | 58.3 | 59.8 | 223.8 | 63.0 | 83.2 | 89.9 | 92.6 | 328 | 470 | 530 |
| ROW as % of US | 0% | 0% | 0% |  |  |  |  | 0% |  |  |  |  | 0% | 0% | 0% |
| PDP Approval Probability ROW | 90% | 90% | 90% |  |  |  |  | 90% |  |  |  |  | 70% | 70% | 70% |
| ROW NUPLAZID PDP Revenues ($MM) | 0 | 0 | 0 |  |  |  |  | 0 |  |  |  |  | 0 | 0 | 0 |
| Royalty Rate to ACAD | 15% | 15% | 15% |  |  |  |  | 15% |  |  |  |  | 15% | 15% | 15% |
| ROW PDP NUPLAZID Royalties to ACAD ($MM) | 0 | 0 | 0 |  |  |  |  | 0 |  |  |  |  | 0 | 0 | 0 |

| US Assumptions | |
|---|---|
| PDP Approval Probability US | 100% |
| PDP Approval Probability ROW | 90% |
| Compliance | 75% |
| NUPLAZID Annual Gross Cost At Launch | $23,400 |

Source: Parkinsons.org, Stifel Estimates, Price Rx

5

STIFEL

STIFEL_ACADIA_0000496

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

Company Update

September 9, 2019

Biotechnology

| Dementia Psychosis Revenue Model | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dementia Patients in the US | 8,000,000 | 8,160,000 | 8,323,200 | 8,489,664 | 8,659,457 | 8,832,646 | 9,009,299 | 9,189,485 | 9,373,275 | 9,560,741 | 9,751,955 | 9,946,994 | 10,145,934 | 10,348,853 |
| Diagnosis Rate | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Diagnosed Dementia Patients in the US | 4,000,000 | 4,080,000 | 4,161,600 | 4,244,832 | 4,329,729 | 4,416,323 | 4,504,650 | 4,594,743 | 4,686,638 | 4,780,370 | 4,875,978 | 4,973,497 | 5,072,967 | 5,174,427 |
| % Afflicted with AD Dementia | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| % Afflicted with Lewy Body Dementia | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| % Afflicted by Parkinson's Disease Dementia | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| % Afflicted by Frontotemporal Dementia | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| Rate of AD Psychosis | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Rate of LBD Psychosis | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| Rate of PDD Psychosis | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Rate of FTD Psychosis | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| ADP Patients in US | 560,000 | 571,200 | 582,624 | 594,276 | 606,162 | 618,285 | 630,651 | 643,264 | 656,129 | 669,252 | 682,637 | 696,290 | 710,215 | 724,420 |
| LBD Psychosis Patients in US | 120,000 | 122,400 | 124,848 | 127,345 | 129,892 | 132,490 | 135,139 | 137,842 | 140,599 | 143,411 | 146,279 | 149,205 | 152,189 | 155,233 |
| PDD Psychosis Pts in US | 32,000 | 32,640 | 33,293 | 33,959 | 34,638 | 35,331 | 36,037 | 36,758 | 37,493 | 38,243 | 39,008 | 39,788 | 40,584 | 41,395 |
| FTD Psychosis Patients in US | 4,000 | 4,080 | 4,162 | 4,245 | 4,330 | 4,416 | 4,505 | 4,595 | 4,687 | 4,780 | 4,876 | 4,973 | 5,073 | 5,174 |
| Dementia Psychosis Patients in US | 716,000 | 730,320 | 744,926 | 759,825 | 775,021 | 790,522 | 806,332 | 822,459 | 838,908 | 855,686 | 872,800 | 890,256 | 908,061 | 926,222 |
| % treated with pimavanserin | 0% | 0% | 0.0% | 0.5% | 2.2% | 4.0% | 5.0% | 6.0% | 6.1% | 6.2% | 6.3% | 1.6% | 0.6% | 0.2% |
| DRP Patients on Pimavanserin | - | - | - | 3,799 | 17,050 | 31,621 | 40,317 | 49,348 | 51,173 | 53,053 | 54,940 | 13,910 | 7,054 | 2,171 |
| Annual Net Price in Parkinson's | $ 27,789 | $ 30,959 | $ 33,339 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 | $ 34,985 |
| Discount in DRP relative to PDP | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| Compliance Rate | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| Pimavanserin Gross DRP Sales | 0 | 0.0 | 0.0 | 84.7 | 380.3 | 705.3 | 899.2 | 1100.6 | 1141.3 | 1183.2 | 1218.6 | 310.2 | 158.2 | 48.4 |
| Odds of Success - Harmony Trial | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Odds of Approval if Harmony Succeeds | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| *Total Probability of Success* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* |
| Pimavanserin Probability-Weighted US DRP Sales ($MM) | 0.0 | 0.0 | 0.0 | 72.0 | 323.2 | 599.5 | 764.3 | 935.5 | 970.1 | 1005.7 | 1035.1 | 263.7 | 134.5 | 41.2 |
| ROW as % of US | | | | | 0% | 5% | 10% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| Assumed Royalty Rate to ACAD | | | | | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| DRP Risk-Adjusted ROW Royalties ($MM) | | | | | 0.0 | 4.5 | 11.5 | 21.0 | 21.8 | 22.6 | 23.3 | 5.9 | 3.0 | 0.9 |

Source: Company Reports, Stifel Estimates

# STIFEL

STIFEL_ACADIA_0000497

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

Company Update

**September 9, 2019**

Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.

Acadia Pharmaceuticals, Inc. (ACAD) as of September 06, 2019 (in USD)



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to
http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. **SUSPENDED** indicates the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 52% are rated Buy, 36% are rated Hold, 2% are rated Sell and 10% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 18%, 8%, 0% and 3% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual

7



# Acadia Pharmaceuticals, Inc.

Company Update
**September 9, 2019**

**ACAD – NASDAQ**
Biotechnology

investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

"Stifel", includes Stifel Nicolaus & Company ("SNC"), a US broker-dealer registered with the United States Securities and Exchange Commission and the Financial Industry National Regulatory Authority and Stifel Nicolaus Europe Limited ("SNEL"), which is authorized and regulated by the Financial Conduct Authority ("FCA"), (FRN 190412) and is a member of the London Stock Exchange.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 9 September 2019 13:44EDT and disseminated at 9 September 2019 13:44EDT.



STIFEL_ACADIA_0000499

**Acadia Pharmaceuticals, Inc.**

Company Update

**ACAD – NASDAQ**

**September 9, 2019**

Biotechnology

### Additional Information Is Available Upon Request

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.



STIFEL_ACADIA_0000500