# EXHIBIT 62

# STIFEL

## Acadia Pharmaceuticals, Inc.
### ACAD– NASDAQ

December 5, 2019

Biotechnology

**HOLD**
Price $44.28 (closing 12/04/19)

**FLASH NOTE**

## Solid HARMONY Data At CTAD Underlie Mgmt's Confidence in Approaching FDA; Our Take on the Full Results

### Summary

Detailed HARMONY results at CTAD reflect a fairly strong dataset, with deep statistical significance and a large effect size on relapse reduction that looks similar to that of antipsychotics in other maintenance trials. Really the most impressive aspect of the data—which may prove to be pimavanserin's selling point—is safety, which continues to look uniquely clean, especially on cognition. It's for these reasons, and considering the massive unmet need, that we think pimavanserin will probably get approved in DRP, even as we've been skeptical on the strength of the ADP ph2 as Acadia's "acute" study. If there's one (small) thing to nitpick in this trial it's that success at the interim may have been helped by the Parkinson's/Dementia-Lewy Bodies subset (12 relapses placebo, 1 drug), whereas evidence of efficacy in Alzheimer's is clearly there, but comes down to a meaningful but smaller event difference (14 relapses placebo, 8 drug).

### Key Points

**Full data for HARMONY in DRP look like a win, with relapse-reduction that's appears on par with other antipsychotics.** In light of the full data, pimavanserin looks clearly effective in the maintenance setting: at study stop, just 12.6% of pimavanserin-dosed patients (in the double-blind portion of the relapse-prevention study) had relapsed, versus 28.3% of placebo patients (HR: 0.353, p=0.0023). This hazard ratio falls within the range of prior antipsychotic relapse prevention studies, and should alleviate concerns investors may have had that the interim halt for efficacy was driven by anything other than drug effect. The effect also doesn't appear to be driven by overly unusual randomization/open-label lead-in dynamics: response/relapse criteria were similar to prior relapse-prevention psychosis studies, and ~62% of patients were randomized into the maintenance phase as "responders". We note that secondary endpoints look like an unequivocal win as well: in the pimavanserin group, nearly 39% of patients got to wk26 without relapse versus 28% for placebo, and the HR for all-cause discontinuations was 0.452 (22.1% pimavanserin/38.4% placebo, p=0.0024). This fully aligns with the halt for efficacy, and the prior reported p<0.0033.

**Safety looks clean and already seems to be a major distinguishing factor for KOLs; the lack of associated cognitive declines on the MMSE may prove to be a key selling point.** The rate of adverse events (AEs) was relatively balanced between pimavanserin and placebo arms in the double-blind portion, at 41.0% and 36.6%, respectively, and were relatively benign: the most frequent AEs with a higher pimavanserin incidence were headache and urinary tract infection. Serious adverse events (SAEs) occurred in 3.6% of placebo patients and 4.8% of pimavanserin patients. AE-linked discontinuations were (this is impressive) more frequent in placebo-dosed patients (3.6%) than pimavanserin (2.9%). While safety did generally look clean, there was a single SAE deemed to be treatment-related which occurred in the open-label portion of the study, and there were two deaths in pimavanserin-dosed patients versus none for placebo (one in the open-label portion, and the second in the double-blind portion). We're not overly concerned here given the low numbers and relatively small sample, though it has been our belief all along that it will be challenging for ACAD to fully remove the "black box". Acadia's three KOLs in attendance at the CTAD event were universally and unequivocally excited about pimavanserin's safety profile, noting that with drastically reduced side effects vs most atypical antipsychotics, pimavanserin may unlock (1) broad treatment of psychosis at (2) earlier stages of disease. To this point, the three KOLs were notably excited about the MMSE data, which Acadia collected with the intent to monitor any impacts on cognition - one specialist suggested the drug could even be "pro-cognitive" (a characterization hastily caveated as preliminary).

**As we noted above, it's hard to poke any real holes in this data set (though we'll take our best shot).** The relapse rate was notably smaller in this study (for both pbo and drug) versus prior psychosis relapse-prevention studies: in the most comparable study we've found (Devanand 2012 assessing risperidone in Alzheimer's Psychosis), there was a 60%/33% rate of relapse on placebo/risperidone, respectively (HR: ~0.5, p=0.004). A meta-analysis by Leucht et al also found that relapse rates in maintenance studies of various antipsychotics in schizophrenia (62 trials, 6392 patients) were 57% on placebo vs. 22% on drug. The lower levels (28%/13% placebo/pima) reported in HARMONY could therefore suggest a less-severe study population, or another dynamic in play; that said this probably doesn't matter in the grand scheme. As we noted above, this trial wasn't just favorable for pimavanserin because of its design, but also because ACAD was able to include patients with Parkinson's, where the drug is already approved. And while the numbers are small, the relapse reduction in PDD and DLB (closely related to Parkinson's) look superior to that in Alzheimer's, which ultimately represents the major population of interest, and is where bulls generally model multi-billions in revenue.

**Acadia plans to approach the FDA in 1H20 and is targeting an sNDA in 2H20.** At its event, Acadia was clearly optimistic about their odds with the FDA; it sees HARMONY as firmly meeting the bar set by the FDA at the end-of-ph2 meeting for "clinically and statistically meaningful results."

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Nathaniel Tower | (617) 488-4146 | towern@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 3 - 5 of this report.

# Acadia Pharmaceuticals, Inc.

Flash Note

ACAD – NASDAQ

December 5, 2019

Biotechnology

## Investment Thesis

**We rate ACAD shares Hold.** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study should increase the drug's sales potential significantly, assuming approval. DRP is a much larger market than PDP, though our market share in the former is slightly lower to reflect the greater presence of generic alternatives; in other words, the breadth of atypicals prescribed in DRP today is considerably broader than that in PDP, for a variety of reasons.*

## Target Price Methodology/Risks

**We derive a $40 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 1% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and 85% probability-of-approval for Dementia-Related Psychosis, respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation. We use a share count that probability weights the dilutive impact of various options, based on various ACAD pipeline scenarios and our estimate of their potential stock implications.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).



STIFEL_ACADIA_0000553

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

ACAD – NASDAQ

Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.

### Acadia Pharmaceuticals, Inc. (ACAD) as of December 04, 2019 (in USD)



| 08/06/2018 | 08/09/2018 | 10/29/2016 | 02/27/2019 | 08/01/2019 | 09/02/2019 | 09/09/2019 | 10/30/2019 |
| 13.91 | 13.91 | 21.10 | 25.53 | 28.67 | 27.66 | 38.85 | 43.05 |
| I:H:17.00 | H:14.00 | H:20.00 | H:22.00 | H:24.00 | H:28.00 | H:39.00 | H:40.00 |

*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **SUSPENDED** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 51% are rated Buy, 35% are rated Hold, 2% are rated Sell and 12% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 17%, 8%, 0% and 5% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual



3

STIFEL_ACADIA_0000554

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

ACAD – NASDAQ

Biotechnology

---

investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

## Affiliate Disclosures

"**Stifel**", shall include our group affiliate companies: (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the United Kingdom Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**") and (iv) our MainFirst affiliates (collectively "**MAINFIRST**"): MainFirst Bank AG, which is regulated by the German Federal Financial Services Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "**BaFin**"), MainFirst Schweiz AG, which is regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"), and MainFirst Securities US Inc. which is a U.S. broker-dealer registered with the SEC and a member of FINRA.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

## Country Specific and Jurisdictional Disclosures

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a

---



STIFEL_ACADIA_0000555

# Acadia Pharmaceuticals, Inc.

Flash Note

**December 5, 2019**

**ACAD – NASDAQ**

Biotechnology

representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 5 December 2019 06:38EST and disseminated at 5 December 2019 06:38EST.

**Additional Information Is Available Upon Request**

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.



STIFEL_ACADIA_0000556