# EXHIBIT 63

# STIFEL

## Acadia Pharmaceuticals, Inc.

### ACAD– NASDAQ

**February 27, 2020**

Biotechnology

**HOLD**
**ANALYSIS OF SALES/EARNINGS**

### Financial Summary

| Changes | Previous | Current |
| --- | --- | --- |
| Rating | — | Hold |
| Target Price | — | $41.00 |
| FY20E EPS | $(1.35) | $(1.89) |
| FY21E EPS | — | $0.33 |
| FY20E Revenue | $477.0 | $464.1 |
| FY21E Revenue | — | $618.6 |

| | |
| --- | --- |
| Price ( 02/26/20 ): | $40.22 |
| 52-Week Range: | $54 - $22 |
| Market Cap (mm): | 5,035.5 |
| Shr.O/S-Diluted (mm): | 125.2 |
| Avg Daily Vol (3 Mo): | 1,509,479 |
| Dividend / Yield: | $0.00 / 0.0% |

| Revenue | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Q1 | $63.0 | $92.2 | $NE |
| Q2 | $83.2 | $117.4 | $NE |
| Q3 | $94.6 | $125.2 | $NE |
| Q4 | $98.3 | $129.3 | $NE |
| FY (Dec) | $339.1A | $464.1 | $618.6 |

| EPS | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Q1 | $(0.59) | $(0.49) | $NE |
| Q2 | $(0.38) | $(0.38) | $NE |
| Q3 | $(0.29) | $(0.37) | $NE |
| Q4 | $(0.34) | $(0.65) | $NE |
| EPS | $(1.60)A | $(1.89) | $0.33 |

**Price Performance**




# 4Q19 Recap: Modest PDP Beat, But All Eyes on DRP With a Submission Expected This Summer

## Summary

4Q19 was relatively uneventful for Acadia, featuring a modest pimavanserin beat and 2020 guidance that at its low end captures consensus, which came down during the past month. Ultimately however the imminent filing of the DRP sNDA is the true value driver for Acadia at this point; after a meeting with FDA soon, Acadia expects to file their submission this summer with the hope/expectation of attaining approval late this year. We're continuing to model an 85% PoS for the DRP sNDA - while we're below consensus on the peak opportunity here, and for a number of reasons we're more skeptical than the Street on the magnitude of pimavanserin's efficacy vs other antipsychotics, we think the drug's outstanding safety profile - along with Breakthrough Therapy Designation and the unmet need in Alzheimer's - will likely be enough to support approval.

## Key Points

**Pimavanserin posted strong revenue figures with $98.3MM in 4Q19 modestly beating consensus of $96.7MM and largely in line with our own estimate of $99.1MM.** Management attributed sales growth to commercial and medical initiatives, including increased awareness within the patient and physician population, and the transition to the 34 mg capsule. Gross-to-net for 4Q was 15.4% compared to 11% in 3Q, rounding out the year at 15.6% overall. Management plans to continue initiatives to increase PDP market share which is currently in the high teens. The company also highlighted that they are gaining traction from stakeholders with guideline inclusion as well as additional long-term safety data and other real-world evidence.

**Acadia guided 2020 sales of $440-$470MM, capturing consensus ($444MM) at the low end.** Acadia also provided OpEx guidance accounting for the growth of pimavanserin within PDP, an eventual DRP launch, and continued pipeline development. GAAP R&D is expected to be between $270-$285MM based on the progression of four phase 3 studies in 2020. SG&A is expected to be between $440-$460MM, due to new expected spending in preparation for the DRP launch, and Acadia is growing their commercial expansion team from 200 to ~500 field roles for the launch. Management noted on the call that they expect SG&A to be largely flat through 3Q before ramping up significantly in 4Q in preparation for a potential DRP launch in early 2021. GTN is expected to be 17-18% in 2020, due in part to an increase in Medicare obligation and seasonality effects. Management expects a 1Q GTN of ~30% leading to a sequentially down sales that should rebound in 2Q.

**Next steps for DRP: the company expects their pre-sNDA meeting in 1Q20, an sNDA submission in summer 2020, and a potential PDUFA date by year-end.** Management does not expect to comment on their pre-sNDA meeting directly after it happens (unless it impacts filing timelines), as they noted that their sit down with FDA will largely focus on the content and format of their filing. Following the sNDA filing, management expects to receive priority review and is preparing for an adcomm, but won't know for sure until after filing.

**Beyond DRP, Acadia is progressing four additional pivotal trials - MDD data by YE20.** In November 2019, the company announced positive top-line results from the ph2 ADVANCE study of pimavanserin in negative symptoms of schizophrenia, and plans to imitate the second pivotal study, ADVANCE-2, in summer 2020. Acadia plans to announce results from its CLARITY-2 (ph3, in the US) in 4Q20 and CLARITY-3 (ph3, international) in 1Q21, both studying pima as an adjunctive treatment for MDD, with only one positive study needed for an sNDA. The company expects to leverage the two 6wk double-blind, placebo-controlled Ph3 trials with the ph2 CLARITY-2 study as part of the sNDA. In our opinion MDD has a shot, though we are more skeptical on schizophrenia negative symptoms given the modest signal in the prior trial. Finally, last year the company also launched their ph3 LAVENDER study for trofinetide (Rett Syndrome), data is expected in 2021.

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Nathaniel Tower | (617) 488-4146 | towern@stifel.com
Alex Thompson, PhD | (617) 488-4406 | thompsona@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 5 - 7 of this report.

STIFEL_ACADIA_0000197

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

Analysis of Sales/Earnings

**February 27, 2020**

Biotechnology

## Investment Thesis

**We rate ACAD shares Hold.** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study should increase the drug's sales potential significantly, assuming approval. DRP is a much larger market than PDP, though our market share in the former is slightly lower to reflect the greater presence of generic alternatives; in other words, the breadth of atypicals prescribed in DRP today is considerably broader than that in PDP, for a variety of reasons.*

## Target Price Methodology/Risks

**We derive a $41 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 1% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and 85% probability-of-approval for Dementia-Related Psychosis, respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation. We use a share count that probability weights the dilutive impact of various options, based on various ACAD pipeline scenarios and our estimate of their potential stock implications.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).



STIFEL_ACADIA_0000198

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

February 27, 2020

ACAD ~ NASDAQ

Biotechnology

| ACAD P&L - GAAP ($MM except EPS) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019 | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Psychosis US | 17 | 125 | 49 | 57 | 58 | 60 | 224 | 63 | 85 | 95 | 96 | 339 | 92 | 117 | 126 | 129 | 464 | 533 |
| Dementia Psychosis US | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 71 |
| MDD US | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 14 |
| AGW Royalties | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Collaboration Revenue | 0.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Revenue | 17.3 | 124.9 | 48.9 | 57.1 | 58.5 | 59.6 | 223.8 | 63.0 | 83.2 | 94.5 | 96.3 | 339.1 | 92.2 | 117.4 | 125.2 | 123.3 | 464.2 | 618.6 |
| COGS | 3.5 | 9.1 | 2.2 | 3.9 | 4.2 | 3.2 | 13.8 | 3.0 | 3.3 | 4.3 | 4.7 | 15.3 | 3.7 | 4.7 | 5.0 | 5.2 | 18.6 | 15.7 |
| License Fees & Royalties | 1.3 | 4.0 | 1.3 | 1.2 | 1.2 | 1.2 | 4.6 | 1.6 | 1.7 | 0.4 | 0.6 | 4.3 | 1.3 | 2.4 | 2.5 | 2.6 | 8.8 | 13.4 |
| R&D | 99.3 | 149.2 | 39.3 | 46.4 | 53.1 | 46.2 | 187.2 | 52.9 | 67.3 | 67.4 | 57.5 | 240.4 | 67.9 | 79.0 | 73.0 | 75.0 | 285.0 | 123.7 |
| SG&A | 186.5 | 256.2 | 60.9 | 69.5 | 61.1 | 74.3 | 267.8 | 93.1 | 68.0 | 72.7 | 91.0 | 335.6 | 98.0 | 102.0 | 104.0 | 150.0 | 454.0 | 414.5 |
| Operating Expenses | 290.1 | 418.5 | 103.7 | 123.1 | 119.6 | 126.8 | 473.3 | 150.0 | 140.3 | 140.0 | 154.7 | 585.0 | 170.8 | 178.1 | 184.5 | 231.8 | 766.5 | 567.3 |
| Operating Income | (272.8) | (293.6) | (54.8) | (64.1) | (61.3) | (67.3) | (247.4) | (87.0) | (57.1) | (45.4) | (56.4) | (246.5) | (78.3) | (61.7) | (59.3) | (101.5) | (302.8) | 51.4 |
| Interest Income (Expense) | 2.8 | 4.1 | 1.7 | 1.3 | 4.2 | 1.7 | 5.1 | 2.9 | 2.5 | 2.4 | 3.3 | 11.2 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 | - |
| Other Income (Expense) | - | - | - | (0.2) | (1.7) | 0.1 | (1.8) | (0.2) | (0.0) | 0.7 | 0.5 | 1.0 | - | - | - | - | - | - |
| EBT | (270.0) | (289.4) | (53.6) | (63.0) | (91.8) | (65.5) | (243.9) | (84.9) | (54.6) | (42.2) | (52.6) | (234.4) | (76.3) | (59.7) | (57.3) | (101.5) | (294.8) | 51.4 |
| Tax | 1.3 | (0.0) | 0.7 | 0.3 | 0.4 | 0.0 | 1.5 | 0.4 | 0.4 | (0.3) | 0.4 | 0.9 | - | - | - | - | - | - |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (92.3) | (65.5) | (245.2) | (85.3) | (54.6) | (42.0) | (53.0) | (235.3) | (76.3) | (59.7) | (57.3) | (101.5) | (294.8) | 51.4 |
| Diluted EPS | $ (2.34) | $ (2.36) | $ (0.48) | $ (0.51) | $ (0.50) | $ (0.50) | $ (1.94) | $ (0.59) | $ (0.38) | $ (0.29) | $ (0.34) | $ (1.60) | $ (0.49) | $ (0.38) | $ (0.37) | $ (0.65) | $ (1.89) | 0.33 |
| Diluted Shares Outstanding | 115.9 | 122.6 | 114.7 | 124.5 | 125.0 | 131.6 | 126.6 | 144.0 | 144.3 | 145.9 | 154.5 | 147.2 | 155.0 | 155.5 | 156.0 | 156.5 | 155.7 | 157.7 |

Source: Company Filings, Stifel Estimates

| ACAD BS/CFS ($MM) | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash | 529.0 | 341.3 | 298.1 | 256.9 | 214.3 | 473.5 | 473.5 | 414.3 | 381.9 | 684.6 | 697.4 | 697.4 | 642.1 | 604.4 | 569.6 | 496.6 | 496.6 | 625.0 |
| Cash & Equivalents | 529.0 | 341.3 | 298.1 | 256.9 | 214.3 | 473.5 | 473.5 | 414.3 | 381.9 | 684.6 | 697.4 | 697.4 | 642.1 | 604.4 | 569.6 | 496.6 | 496.6 | 625.0 |
| Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | 314.5 | (187.7) | (43.2) | (41.2) | (42.8) | 259.4 | 132.2 | (59.3) | (32.4) | 302.8 | 12.9 | 223.9 | (55.3) | (37.7) | (34.8) | (72.9) | (200.8) | 128.5 |
| Cash Flow From Operations | (187.0) | (165.7) | (43.7) | (37.0) | (42.2) | (39.0) | (171.6) | (62.6) | (37.0) | (19.3) | 12.9 | (105.9) | (54.8) | (37.3) | (34.3) | (71.4) | (198.0) | 131.3 |
| Net Income | (271.4) | (289.4) | (54.3) | (63.3) | (92.3) | (65.5) | (245.2) | (85.3) | (54.6) | (42.0) | (53.0) | (235.3) | (76.3) | (59.7) | (57.3) | (101.5) | (294.8) | 51.4 |
| SBC | 52.8 | 75.5 | 20.4 | 20.6 | 20.2 | 20.4 | 81.6 | 19.9 | 20.4 | 22.2 | 33.9 | 86.8 | 20.6 | 21.5 | 22.1 | 28.1 | 93.4 | 75.4 |
| D&A | 1.0 | 1.2 | 0.5 | 0.2 | 0.5 | 0.5 | 1.7 | 0.4 | 1.1 | 0.7 | 0.5 | 2.6 | 0.9 | 0.9 | 0.9 | 0.9 | 3.6 | 4.6 |
| Other | 35.9 | 27.0 | (9.3) | (4.6) | (1.3) | 5.8 | (5.6) | 2.4 | (3.6) | (0.1) | 43.4 | 40.3 | - | - | - | - | - | - |
| Cash Flow From Investing | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.02) | (0.1) | (0.1) | (1.0) | (0.5) | (0.50) | (0.5) | (0.5) | (2.0) | (3.0) |
| CapEx | (1.0) | (2.0) | (0.5) | (0.1) | (0.1) | (0.1) | (0.7) | (0.8) | (0.02) | (0.1) | (0.1) | (1.0) | (0.5) | (0.5) | (0.5) | (0.5) | (2.0) | (3.0) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Flow From Financing | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | 4.6 | 322.6 | - | 333.6 | - | - | - | - | - | - |
| Equity Raise (Buyback) | 497.5 | - | - | 5.8 | - | 298.5 | 304.3 | 4.2 | 4.6 | 322.0 | - | 330.8 | - | - | - | - | - | - |
| Debt Raise (Buyback) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

Source: Company Filings, Stifel Estimates

3

# STIFEL

STIFEL_ACADIA_0000199

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**
Biotechnology

Analysis of Sales/Earnings
February 27, 2020

| ACAD DCF Analysis ($MM) | | 2016E | 2017E | 2018 | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow from Operations ($MM) | | (162.0) | (185.7) | (171.4) | (105.9) | (198.8) | 131.3 | 448.5 | 687.8 | 831.8 | 938.3 | 996.7 | 1,052.3 | 1,136.4 | 1,231.7 | 1,351.9 | 412.8 | |
| Cash Flow from Investing ($MM) | | (1.0) | (2.0) | (0.7) | (3.0) | (2.0) | (3.0) | (4.0) | (5.0) | (6.0) | (7.0) | (8.0) | (9.0) | (10.0) | (11.0) | (11.0) | (13.0) | |
| Net Borrowing ($MM) | | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | |
| Free Cash Flow to Equity ($MM) | | (163.0) | (187.7) | (172.1) | (108.9) | (200.8) | 128.3 | 444.5 | 682.8 | 825.8 | 931.3 | 988.7 | 1,053.3 | 1,126.4 | 1,218.7 | 1,339.9 | 400.8 | 4,762 |
| Discount Periods | | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | |
| NPV FCFE ($MM) | | · | · | · | · | (200.6) | 117.3 | 373.7 | 526.1 | 573.4 | 593.6 | 573.6 | 568.0 | 545.0 | 534.9 | 460.0 | 147.7 | 1,755 |

| | |
|---|---|
| Total FCFE | 6,547.1 |
| Net Cash 4Q19 | 842.8 |
| Implied ACAD Market Cap | 7,264.8 |
| ACAD DCF Price Target | $ 61 |

| | |
|---|---|
| Discount Rate | 9.5% |
| Terminal Growth Rate | 1.0% |
| Diluted Shares Outstanding | 175.3 |

Source: Stifel estimates

STIFEL

STIFEL_ACADIA_0000200

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings
**February 27, 2020**

**ACAD – NASDAQ**
Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures

**Acadia Pharmaceuticals, Inc. (ACAD) as of February 26, 2020 (in USD)**



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to
http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **SUSPENDED** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 50% are rated Buy, 36% are rated Hold, 2% are rated Sell and 12% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 19%, 7%, 0% and 5% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 37%, 20%, 33% and 11% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are



STIFEL_ACADIA_0000201

**Acadia Pharmaceuticals, Inc.**

Analysis of Sales/Earnings

**ACAD – NASDAQ**

**February 27, 2020**

Biotechnology

subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "**Stifel**") refer to **SFC** and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the United Kingdom Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); (iv) our MainFirst affiliates (collectively "**MAINFIRST**"): MainFirst Bank AG, which is regulated by the German Federal Financial Services Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "**BaFin**"), MainFirst Schweiz AG, which is regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"), and MainFirst Securities US Inc. which is a U.S. broker-dealer registered with the SEC and member of FINRA; and (v) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "Stifel GMP" and/or "Stifel First Energy".

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

6



STIFEL_ACADIA_0000202

**Acadia Pharmaceuticals, Inc.**
**ACAD – NASDAQ**
Biotechnology

Analysis of Sales/Earnings
**February 27, 2020**

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 27 February 2020 06:03EST and disseminated at 27 February 2020 06:03EST.

**Additional Information Is Available Upon Request**

© 2020 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.



STIFEL_ACADIA_0000203