# EXHIBIT 64

# STIFEL

## Acadia Pharmaceuticals, Inc.
### ACAD – NASDAQ

**February 24, 2021** — Biotechnology

## BUY
## ANALYSIS OF SALES/EARNINGS

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | $70.00 | $68.00 |
| FY21E EPS | $(0.97) | $(1.64) |
| FY22E EPS | — | $2.16 |
| FY21E Revenue | $699.9 | $644.9 |
| FY22E Revenue | — | $1.30B |

| | |
|---|---|
| Price ( 02/24/21 ): | $48.69 |
| 52-Week Range: | $59 - $30 |
| Market Cap.(mm): | $8,145.8 |
| Shr.O/S-Diluted (mm): | 167.3 |
| Avg Daily Vol (3 Mo): | 900,959 |
| Dividend / Yield: | $0.00 / 0.0% |

| Revenue | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | $90.1 | $115.2 | $NE |
| Q2 | $110.1 | $143.5 | $NE |
| Q3 | $120.6 | $179.3 | $NE |
| Q4 | $121.0 | $206.9 | $NE |
| FY (Dec) | $441.8A | $644.9 | $1.30B |

| EPS | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | $(0.57) | $(0.54) | $NE |
| Q2 | $(0.27) | $(0.46) | $NE |
| Q3 | $(0.54) | $(0.36) | $NE |
| Q4 | $(0.42) | $(0.29) | $NE |
| EPS | $(1.79)A | $(1.64) | $2.16 |

### Price Performance



ACAD

## 4Q20 Recap: Quiet Quarter As All Eyes on DRP PDUFA, Launch

### Summary

We are reiterating our Buy Rating on ACAD after a largely in-line quarter; Nuplazid PDP sales were slightly below consensus, but ultimately the stock largely hinges on the potential of pimavanserin in DRP where the 4/3 PDUFA remains on track. We remain bullish on the likelihood of approval given the efficacy seen in the HARMONY trial (stopped at the interim), pimavanserin's safety profile, and our diligence surrounding regulatory precedent (psych division's perspective on and prior support for relapse prevention designs). Beyond pimavanserin, ACAD continues to progress their pipeline which is afforded little credit in the stock today–Ph3 data for Trofinetide in Rett Syndrome is expected in 4Q21, which represents upside to our model. We are updating our model for the quarter and our price target goes to $68 from $70, largely after adjusting for expense guidance.

### Key Points

**Nuplazid revenues in 4Q of $121MM fell just short of consensus estimates of $123MM.** We had modeled $121MM for 4Q which also assumed a slight uptick in GTN which management had guided last quarter (actual GTN for 4Q was 18.3% with inventory in the normal range). Management expects to continue prescriber base growth and increase market share among naive PDP patients, but ultimately growth here continues to track linearly at a steady pace. Sales guidance for 2021 in PDP of $510-550MM implies 20% growth y/y. Additionally, management expects to see a similar GTN trajectory in 2021 (highest in 1Q due to reauths) with 1Q revenues being net down q/q. As with prior quarters, LTC/Outpatient business has remained covid impacted, though management remains optimistic that headwinds will wane in line with vaccinations. Bottom line: no major changes in how we are thinking about PDP from the call.

**As expected, management provided little granularity on ongoing FDA discussions, simply noting that the PDUFA/review appear to be on track.** Ultimately, we are optimistic about approval in DRP and expansion into this larger population is the foundation of our Buy thesis. Of note, while the company does not expect to lower price in conjunction with the DRP launch and doesn't anticipate major access headwinds; pimavanserin's status as a protected class drug should help ACAD attain rapid reimbursement for Medicare which is a big part of the market. That said, they do expect to see a potentially higher GTN than PDP.

**Some interesting management commentary on a potential "black box" in DRP.** This continues to be an interesting question regarding the DRP label as atypicals currently are contraindicated and described as carrying an increased risk of morbidity/mortality. Management acknowledged that it's hard to move FDA away from class labeling though as it stands they are unsure. Ultimately we expect a modestly modified black box (the history here is that the warning is based off a meta-analysis of 17 trials), but we think the potential impact on prescribing is probably overestimated by some on the Street.

**On the pipeline: topline data from the ph3 study exploring trofinetide for Rett syndrome are expected in 4Q21, and Acadia intends to start two ph2 studies evaluating ACP-044 in acute and chronic pain in 1H21.** Acadia is planning to study ACP-044, a non-opioid analgesic, in acute postoperative pain (bunionectomy) in 1Q21, and a study in chronic pain (osteoarthritis) in 2Q21. The ACP-319 program in cognition and schizophrenia continues to develop, currently in ph1 testing. We are interested in ACP-319 for it is an M1 PAM, as elucidated in our schizophrenia deep dive, although preclinical data has not been publicized to our knowledge. The ph3 LAVENDER study results in Rett Syndrome are expected in the fourth quarter, and represents potential upside to our model. Finally, the ADVANCE-2 study, a pivotal ph3 study exploring pimavanserin in negative symptoms of schizophrenia, continues to progress.

**Management guided PDP Nuplazid revenue between $510-550MM (consensus $529.2MM).** GAAP R&D expense is expected to be between $300-320MM; SG&A between $560-590MM. In our model we slightly reduced our DRP uptake cadence for early quarters but our 2022 number, and peak estimate, are unchanged.

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Alex Thompson, PhD | (617) 488-4406 | thompsona@stifel.com
Kathryn Smith | (617) 848-2765 | smithkath@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 5 - 7 of this report.

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

Analysis of Sales/Earnings

**February 24, 2021**

Biotechnology

## Investment Thesis

**We rate ACAD shares Buy.** *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study should increase the drug's sales potential significantly, assuming approval. We recently upgraded the stock on the premise that: (1) DRP is a much larger market than PDP, (2) safety issues with antipsychotics in Alzheimer's are more significant, justifying strong uptake of pimavanserin in this population and (3) other indications, such as MDD, offer optionality for the stock. We view DRP as having blockbuster potential, even at a penetration level that's below what pimavanserin has attained in PDP to date, which, based on our doc checks, could be conservative.*

## Target Price Methodology/Risks

**We derive a $68 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 1% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis, a 50% odds-of-success for Major Depressive Disorder and 85% probability-of-approval for Dementia-Related Psychosis, respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation. We use a share count that probability weights the dilutive impact of various options, based on various ACAD pipeline scenarios and our estimate of their potential stock implications.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).



STIFEL

STIFEL_ACADIA_0000319

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**
Biotechnology

Analysis of Sales/Earnings
February 24, 2021

| ACAD P&L - GAAP ($MM except EPS) | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkinson's Psychosis US | 17 | 125 | 214 | 339 | 90 | 110 | 121 | 121 | 442 | 115 | 134 | 141 | 138 | 529 | 564 |
| Dementia Psychosis US | - | - | - | - | - | - | - | - | - | - | 9 | 38 | 68 | 116 | 730 |
| MDD US | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ROW Royalties | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Collaboration Revenue | 0.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Revenue | 17.3 | 124.9 | 213.8 | 339.1 | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 115.2 | 143.5 | 179.3 | 208.9 | 644.9 | 1,297.3 |
| COGS | 3.1 | 9.1 | 13.4 | 15.3 | 2.8 | 2.9 | 2.0 | 2.9 | 10.6 | 3.5 | 4.3 | 5.4 | 6.2 | 19.3 | 38.8 |
| License Fees & Royalties | 1.3 | 4.0 | 4.9 | 4.3 | 2.2 | 2.6 | 2.8 | 2.4 | 10.0 | 2.3 | 2.9 | 3.6 | 4.1 | 12.9 | 25.9 |
| R&D | 99.3 | 149.2 | 187.2 | 240.4 | 72.6 | 64.3 | 120.1 | 62.1 | 319.1 | 70.0 | 75.0 | 80.0 | 85.0 | 310.0 | 259.5 |
| SG&A | 186.5 | 256.2 | 265.8 | 325.6 | 102.0 | 84.3 | 81.6 | 120.8 | 388.7 | 125.0 | 135.0 | 148.0 | 158.0 | 566.0 | 621.3 |
| Operating Expenses | 290.1 | 418.5 | 471.3 | 585.6 | 179.6 | 154.1 | 206.5 | 188.2 | 728.3 | 200.8 | 217.2 | 237.0 | 253.3 | 908.2 | 945.5 |
| Operating Income | (272.8) | (293.6) | (247.4) | (246.5) | (89.5) | (44.0) | (85.9) | (67.2) | (286.6) | (85.6) | (73.7) | (57.6) | (46.5) | (263.4) | 351.8 |
| Interest Income (Expense) | 2.8 | 4.1 | 5.3 | 11.2 | 3.0 | 1.8 | 1.2 | 0.6 | 6.6 | - | - | - | - | - | - |
| Other Income (Expense) | - | - | (1.8) | 1.0 | (1.5) | 0.4 | (0.2) | 0.3 | (1.0) | - | - | - | - | - | - |
| EBT | (270.0) | (289.4) | (243.9) | (234.4) | (88.0) | (41.7) | (84.9) | (66.3) | (281.0) | (85.6) | (73.7) | (57.6) | (46.5) | (263.4) | 351.8 |
| Tax | 1.3 | (0.0) | 1.3 | 0.9 | - | 0.4 | (0.2) | 0.4 | 0.61 | - | - | - | - | - | - |
| Net Income | (271.4) | (289.4) | (245.2) | (235.3) | (88.0) | (42.1) | (84.7) | (66.8) | (281.6) | (85.6) | (73.7) | (57.6) | (46.5) | (263.4) | 351.8 |
| Diluted EPS | $ (2.34) | $ (2.36) | $ (1.94) | $ (1.60) | $ (0.57) | $ (0.27) | $ (0.54) | $ (0.42) | $ (1.79) | $ (0.54) | $ (0.46) | $ (0.36) | $ (0.29) | $ (1.64) | $ 2.16 |
| Diluted Shares Outstanding | 115.9 | 122.6 | 126.6 | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 159.8 | 160.3 | 160.8 | 161.3 | 160.5 | 162.5 |

Source: Company Filings, Stifel Estimates

| ACAD BS/CFS ($MM) | 2016 | 2017 | 2018 | 2019E | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash | 529.0 | 341.3 | 473.5 | 697.4 | 651.4 | 658.5 | 644.4 | 631.9 | 631.9 | 568.8 | 519.5 | 488.3 | 470.0 | 470.0 | 950.4 |
| Cash & Equivalents | 529.0 | 341.3 | 473.5 | 697.4 | 651.4 | 658.5 | 644.4 | 631.9 | 631.9 | 568.8 | 519.5 | 488.3 | 470.0 | 470.0 | 950.4 |
| Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | 314.5 | (187.7) | 131.2 | 223.9 | (46.0) | 7.1 | (14.1) | (12.6) | (65.6) | (63.1) | (49.4) | (31.2) | (18.2) | (161.8) | 480.4 |
| Cash Flow From Operations | (182.0) | (185.7) | (171.4) | (105.9) | (45.5) | 8.1 | (10.0) | (11.6) | (59.0) | (61.2) | (47.5) | (29.3) | (16.3) | (154.3) | 488.9 |
| Net Income | (271.4) | (289.4) | (245.2) | (235.3) | (88.0) | (42.1) | (84.7) | (66.8) | (281.6) | (85.6) | (73.7) | (57.6) | (46.5) | (263.4) | 351.8 |
| SBC | 52.4 | 75.5 | 81.6 | 86.4 | 22.3 | 19.5 | 21.4 | 21.2 | 84.4 | 23.4 | 25.2 | 27.4 | 29.2 | 105.1 | 132.1 |
| D&A | 1.0 | 1.2 | 1.7 | 2.6 | 0.9 | 0.9 | 0.3 | 0.9 | 3.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 5.0 |
| Other | 35.9 | 27.0 | (9.6) | 40.3 | 19.2 | 29.9 | 53.0 | 33.1 | 135.2 | - | - | - | - | - | - |
| Cash Flow From Investing | (1.0) | (2.0) | (0.7) | (1.0) | (0.5) | (1.00) | (4.1) | (1.0) | (6.6) | (1.9) | (1.90) | (1.9) | (1.9) | (7.6) | (8.6) |
| CapEx | (1.0) | (2.0) | (0.7) | (1.0) | (0.5) | (1.0) | (4.09) | (1.0) | (6.6) | (1.90) | (1.9) | (1.90) | (1.9) | (7.6) | (8.6) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Flow From Financing | 497.5 | - | 304.3 | 330.8 | - | - | - | - | - | - | - | - | - | - | - |
| Equity Raise (Buyback) | 497.5 | - | 304.3 | 330.8 | - | - | - | - | - | - | - | - | - | - | - |
| Debt Raise (Buyback) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

Source: Company Filings, Stifel Estimates

**STIFEL**

STIFEL_ACADIA_0000320

**Acadia Pharmaceuticals, Inc.**

Analysis of Sales/Earnings

**ACAD – NASDAQ**

February 24, 2021

Biotechnology

| ACAD DCF Analysis ($MM) | | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations ($MM) | | (105.3) | (59.0) | (154.3) | 488.9 | 1,056.8 | 1,325.3 | 1,413.7 | 1,509.9 | 1,628.8 | 1,736.7 | 1,829.8 | 1,907.9 | 641.2 | |
| Cash Flow From Investing ($MM) | | (1.0) | (6.6) | (7.6) | (8.6) | (9.6) | (10.6) | (11.6) | (12.6) | (13.6) | (14.6) | (15.6) | (16.6) | (17.6) | |
| Net Borrowing ($MM) | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Free Cash Flow to Equity ($MM) | | (106.3) | (65.6) | (161.8) | 480.4 | 1,047.2 | 1,314.7 | 1,402.1 | 1,497.3 | 1,615.2 | 1,722.1 | 1,814.2 | 1,891.3 | 623.6 | 7,410 |
| Discount Periods | | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | |
| NPV FCFE ($MM) | | - | - | (161.8) | 438.7 | 873.4 | 1,001.3 | 975.3 | 951.1 | 937.0 | 912.4 | 877.8 | 835.7 | 251.5 | 2,990 |

| | |
|---|---|
| Total FCFE | 10,882.5 |
| Net Cash 4Q20 | 631.9 |
| Implied ACAD Market Cap | 11,514.1 |
| ACAD DCF Price Target | $ 68 |

| | |
|---|---|
| Discount Rate | 9.5% |
| Terminal Growth Rate | 1.0% |
| Diluted Shares Outstanding 4Q20 | 169.3 |

Source: Stifel estimates

4

STIFEL

STIFEL_ACADIA_0000321

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings
**February 24, 2021**

**ACAD – NASDAQ**
Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ ImportandDisclosures.

### Acadia Pharmaceuticals, Inc. (ACAD) as of February 23, 2021 (in USD)



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to
http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

## Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] - We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 55% are rated Buy, 1% are rated Speculative Buy, 29% are rated Hold, 2% are rated Sell and 13% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 16%, 15%, 26% and 12% of the companies whose shares are rated Buy, Hold, Sell, and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 36%, 40%, 17%, 20% and 14% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell, and Suspended respectively.

## Additional Disclosures



STIFEL_ACADIA_0000322

# Acadia Pharmaceuticals, Inc.

Analysis of Sales/Earnings

**ACAD – NASDAQ**

**February 24, 2021**

Biotechnology

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

### Affiliate Disclosures

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

### Country Specific and Jurisdictional Disclosures

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA):** This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action



STIFEL_ACADIA_0000323

**Acadia Pharmaceuticals, Inc.**

**ACAD – NASDAQ**

Analysis of Sales/Earnings

**February 24, 2021**

Biotechnology

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 24 February 2021 18:07EST and disseminated at 24 February 2021 18:07EST.

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.



STIFEL_ACADIA_0000324