# EXHIBIT 65

# STIFEL

## Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

April 5, 2021

Biotechnology

**HOLD**
Price $25.59 (4-1-21 close)

**FLASH NOTE**

## ACAD Initial Take: CRL for Efficacy Reasons, Citing Gripes With Both Trials, Seems Hard to Overcome

### Summary

**We are reiterating our Hold rating on ACAD on the back of the pimavanserin DRP CRL this AM, after we recently downgraded the stock on the prior regulatory setback in early March.** Before the March update we had thought pimavanserin would be approved in DRP given the drug's clean safety, clear demonstration of clinical activity, and the historically flexible nature of the psych division. That said, when things turned on the March FDA notice, our view was that a CRL, specifically due to issues with the pimavanserin DRP efficacy package (which always had some valid nitpicks), was the most likely outcome. **ACAD of course plans to request a Type A meeting with FDA. But our initial view is that the likely path to approval for pimavanserin in DRP may be both time-intensive and risky, as the agency is expressing issues with *both* the ADP ph2 and the relapse-prevention ph3.**

### Key Points

**The FDA's CRL found issues with both the pimavanserin's Ph3 HARMONY trial as well as the Ph2 ADP study.** According to this morning's release, the FDA told Acadia that the HARMONY study, which was analyzed as a single group lacked statistical significance in some of the dementia subgroups and also included insufficient patient numbers in some of the less common dementia subgroups. These deficiencies precluded finding evidence of effectiveness and therefore did not support approval. On the Ph2 ADP study, the FDA noted that the trial was not "adequate and well controlled," noting that this "was a single center study with no type I error control of secondary endpoints in which certain protocol deviations occurred." It appears that the FDA's issues remain solely with efficacy as no safety issues were raised in the CRL. As was the case when Acadia received the initial letter from FDA last month, the company maintains that none of these issues were brought up as part of the review process.

**Candidly we're surprised that FDA is raising issues with the DRP ph3 too...we had thought the CRL would largely be due to the ADP ph2 as insufficient demonstration of "acute" benefit.** Really, even when we were bullish on the stock, we were always surprised that the ADP ph2 has resulted in Breakthrough Therapy Designation, given that the trial *barely* hit stat sig at week 6 (primary endpoint) but missed at weeks 9 and 12. Thus, when ACAD recently announced that FDA informed the company they were not ready to enter labeling discussions, our mind immediately went to this trial as it was the only one for DRP that was set up to demonstrate "acute" efficacy in the most prevalent population (ADP) within Dementia. That said, it's interesting that FDA is also raising issues with subgroups from the relapse prevention ph3. This is something that we called out when the initial data were presented at CTAD: pimavanserin's efficacy in the relaspe prevention trial was most robust in the Parkinson's sub-population, and one could argue that this is the primary reason why the trial was stopped at the interim. We had figured this detail could be overlooked since the data for ADP was still pretty good (14 relapses placebo, 8 drug), but data in some of the other rarer subgroups is less consistent, and perhaps if one is not a believer in the "acute" ph2 trial the small numbers issue with the ph3 become more prominent. Bottom line: our view is that ACAD will likely need to run one or even two more trials here, and while pimavanserin has always seemed to be a very safe drug, it's efficacy is at the low end of the range for atypical antipsychotics, which makes any future trial (especially one that needs to demonstrate clear *acute* efficacy in a placebo-controlled manner) fairly risky, in our opinion.

**Acadia will hold a conference call at 8am EST (855-638-4820; 6894834)**

Paul Matteis | (617) 488-4485 | matteisp@stifel.com
Alex Thompson, PhD | (617) 488-4406 | thompsona@stifel.com
Kathryn Smith | (617) 848-2765 | smithkath@stifel.com
Stifel Equity Trading Desk | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 3 - 5 of this report.

# Acadia Pharmaceuticals, Inc.

**ACAD – NASDAQ**

Flash Note

**April 5, 2021**

Biotechnology

## Investment Thesis

*We rate ACAD shares Hold.* *Acadia is a biotechnology company focused on the development and commercialization of its lead product pimavanserin (brand name NUPLAZID) in CNS diseases, including Parkinson's and Dementia Related Psychosis. The commercial rollout of pimavanserin in Parkinson's Disease Psychosis (PDP) has been decent, but, in our view, hasn't lived up to Wall Street expectations because of pimavanserin's modest efficacy profile and the availability of generic atypical antipsychotics, which, to many physicians, represent a viable alternative. We believe pimavanserin is to be differentiated via its tolerability profile, and we think that pricing power, along with increasing share of new diagnoses, may lead to approximately $600 million in PDP sales by 2022. Meanwhile, despite positive results in Acadia's Dementia-Related Psychosis Relapse Prevention study recent FDA feedback related to deficiencies in the sNDA package place approval into question; we think a CRL is more likely than not, while a future re-submission could be gated by the need for additional clinical data.*

## Target Price Methodology/Risks

**We derive a $27 target price for Acadia based on a DCF analysis.** Our DCF analysis, aligned with peer company NBIX, employs a 9.5% discount rate and a 0% terminal growth rate. We assume a 100% odds-of-success for pimavanserin in Parkinson's Disease Psychosis and a 40% probability-of-approval for Dementia-Related Psychosis (20% first cycle, 20% later), respectively. Other pipeline programs, such as schizophrenia, are not included in our valuation.

**There are many risks to an investment in ACAD, including clinical, regulatory, commercial risks, as well as the risk of a dilutive equity offering.** We believe any of the above risks could impact the stock significantly.

## Company Description

Acadia Pharmaceuticals, Inc. is a biopharmaceutical company focused on developing novel drugs for neurological diseases. The company's lead product is pimavanserin (brand name Nuplazid), a novel antipsychotic medicine approved for the treatment of Parkinson's Disease Psychosis (PDP). While Acadia launches Nuplazid independently in the U.S., the company is also examining the drug across an array of other psychiatric diseases, including dementia-related psychosis (DRP – phase III), major depressive disorder (phase II) and schizophrenia (phase III).



STIFEL_ACADIA_0000228

# Acadia Pharmaceuticals, Inc.

Flash Note

**April 5, 2021**

**ACAD – NASDAQ**

Biotechnology

## Important Disclosures and Certifications

I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ ImportandDisclosures.

### Acadia Pharmaceuticals, Inc. (ACAD) as of April 02, 2021 (in USD)



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACAD go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACAD**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Acadia Pharmaceuticals, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Acadia Pharmaceuticals, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

### Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] - We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 56% are rated Buy, 1% are rated Speculative Buy, 28% are rated Hold, 2% are rated Sell and 13% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 24%, 7%, 0%, 8% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell, and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 41%, 73%, 21%, 13%, 12%, of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.



STIFEL_ACADIA_0000229

**Acadia Pharmaceuticals, Inc.**

Flash Note

**ACAD – NASDAQ**

**April 5, 2021**

Biotechnology

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

### Affiliate Disclosures

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

### Country Specific and Jurisdictional Disclosures

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA):** This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

4



STIFEL_ACADIA_0000230

# Acadia Pharmaceuticals, Inc.

Flash Note

**ACAD – NASDAQ**

**April 5, 2021**

Biotechnology

---

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 5 April 2021 07:00EDT and disseminated at 5 April 2021 07:00EDT.

### Additional Information Is Available Upon Request

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.



STIFEL_ACADIA_0000231