# EXHIBIT 66

# COWEN

# ACADIA PHARMACEUTICALS

**EQUITY RESEARCH**

April 5, 2021

**Price: $25.59** (04/1/2021)
**Price Target: $26.00** (Prior $57.00)

**OUTPERFORM (1)**

**ESG SCORE: 41/100**

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Lyla Youssef, Ph.D.**
646 562 1406
lyla.youssef@cowen.com

## Key Data

| | |
|---|---|
| Symbol | NASDAQ: ACAD |
| 52-Week Range: | $57.00 - $25.02 |
| Market Cap: | $4.1B |
| Net Debt (MM): | $(582.4) |
| Cash/Share: | $(0.90) |
| Dil. Shares Out (MM): | 157.3 |
| Enterprise Value (MM): | $3,443.7 |
| BV/Share: | $3.93 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2019A | 2020A | 2021E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $(0.59) | $(0.57) | $(0.63) |
| Q2 | $(0.38) | $(0.27) | $(0.77) |
| Q3 | $(0.29) | $(0.54) | $(0.75) |
| Q4 | $(0.34) | $(0.42) | $(0.80) |
| Year | $(1.60) | $(1.79) | $(2.94) |
| Consensus EPS | $(1.60) | $(1.84) | $(2.09) |

Consensus source: FactSet

| Revenue (MM) | | | |
|---|---|---|---|
| Year | $339.1 | $441.8 | $539.2 |
| EV/S | 10.2x | 7.8x | 6.4x |

**COMPANY UPDATE**

# PIMA CRL FOR DRP: OPP'Y IN DRP IN QUESTION AS FDA ASKS FOR MORE EFFICACY DATA

## THE COWEN INSIGHT

ACAD announced it received a CRL for their sNDA for pima in DRP. The CRL was expected, but comments implying statistical significance was needed for some dementia subtypes included in DRP was surprising, and appears to contradict prior communications. No safety concerns were raised. ACAD will request a Type A mtg for more color. We are lowering our target to $26 on lack of clarity of path fwd.

*The News:* This AM, Acadia announced they received a CRL from FDA for their sNDA for pimavanserin in DRP, indicating the sNDA 'could not be approved in the present form'. In the CRL, the FDA cited "a lack of statistical significance in some of the subgroups of dementia (likely Alz), and insufficient numbers of patients with certain less common dementia subtypes as lack of substantial evidence of effectiveness to support approval" (likely Lewy Body and FTD). FDA considered the Ph2 '019 Alzheimer's disease psychosis study, which was a supportive study in the sNDA filing, to not be adequate and well controlled (likely due to protocol violations in some patients), noting '019 was a single center study with no type I error control of secondary endpoints. ACAD believes, based on per protocol analysis, this does not impact the positive results of primary endpoint, nor the study's overall conclusions of efficacy. There were no safety issues in the CRL. ACAD will immediately request a Type A meeting to discuss the next steps forward.

Recall, the sNDA for pimavanserin for DRP was supported by results from the pivotal Ph3 HARMONY study, which met its primary endpoint, demonstrating that pima significantly reduced the risk of relapse of psychosis by 2.8 fold compared to placebo (hazard ratio = 0.353; one-sided p=0.0023). Please see our prior note here for analysis of the topline results. The sNDA also included supportive positive efficacy results from the Ph2 '019 study in patients with Alzheimer's psychosis, as well as the Ph3 '020 study in Parkinson's psychosis. The sNDA also included a large safety database from completed and ongoing studies representing over 1,500 patients with neurodegenerative disease.

*Our Take:* This CRL was not unexpected given Acadia's prior regulatory update in early March, following the FDA's comments that the application had deficiencies precluding labeling discussions. ***However, we find the FDA's implications for statistical significance potentially being needed for some dementia subtypes, likely ADP, as surprising given strong, consistent data trends and prior communications with Acadia.*** Mgmt indicated end of Ph2 answers to proactive questions on this question indicated significance was not needed, provided subgroup data showed consistent trends...

Please see pages 6 to 12 of this report for important disclosures.    **COWEN**.COM

TDCowen_Acadia00041950

COWEN
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-69    Filed 12/12/23    PageID.4062
Page 3 of 13

Acadia Pharmaceuticals
April 5, 2021

## AT A GLANCE

### Our Investment Thesis

Acadia is a CNS-focused company with lead drug Nuplazid (pimavanserin) approved for the treatment of Parkinson's Disease Psychosis (PDP) in April 2016. Currently, none of the approved antipsychotics are FDA approved for PDP. Seroquel and Clozaril are the two most prescribed off-label drugs for PDP but have critical flaws. Based on the efficacy and safety of pimavanserin for PDP, pimavanserin is well-positioned to fill an unmet need. Pimavanserin showed encouraging results in a Ph3 HARMONY trial in dementia-related psychosis. Pimavanserin is also being studied in schizophrenia with negative symptoms.

### Forthcoming Catalysts

- **1H21:** Initiate Ph2 study for ACP-044 in acute and chronic pain
- **1H21**: Updates on pima CRL following Type A mtg
- **4Q21**: Ph3 data from LAVENDER (Rett) trial

### Base Case Assumptions

- Nuplazid is successfully commercialized for PDP

### Upside Scenario

- Nuplazid uptake upon commercialization is significantly higher than estimated
- Successful clinical development for DRP and schizophrenia (with negative symptoms)

### Downside Scenario

- Nuplazid fails commercially for DRP

### Price Performance



Source: Bloomberg

### Company Description

Acadia is a biopharmaceutical company focused on unmet needs in CNS indications. Acadia's Nuplazid (pimavanserin) was approved for the treatment of Parkinson's Disease Psychosis (PDP) and launched commercially in mid-2016. Nuplazid is the first approved treatment for PDP and is poised to fill the clear unmet medical need in the disease. Based on $36.3K annual pricing per patient in the US and predicted good reimbursement, we see peak US sales of $1.1BN in 2024 and peak WW sales of >$2.0BN upon EU approval. Despite the positive data update from the Ph3 HARMONY trial in Dementia-Related Psychosis (DRP), Acadia received a CRL for the sNDA in April 2021, leaving the path forward in this indication uncertain. Acadia's pipeline also includes trofinetide in development for Rett syndrome and ACP-044 for pain.

### Analyst Top Picks

| | Ticker | Price (04/1/2021) | Price Target | Rating |
|---|---|---|---|---|
| Sage Therapeutics | SAGE | $76.88 | $100.00 | Outperform |
| AVROBIO | AVRO | $12.31 | $NA | Outperform |
| NGM Biopharmaceuticals | NGM | $29.62 | $30.00 | Outperform |

.

CONFIDENTIAL

TDCowen_Acadia00041951

Also according to ACAD, answers to proactive questions in the end of Ph2 meeting stated that treatment exposure across subtypes would be adequate provided distribution of subtype reflected population epidemiology, which we believe it does. Furthermore, subtypes of dementia have been found to be mixed and can be difficult to distinguish in the clinic. Acadia notes symptoms are often treated similarly across dementia subtypes, which helped provide the rationale for broadly looking at DRP without powering for individual subtype analysis.

Overall, the FDA's comments suggest a lack of clarity and consistency on how they view and will evaluate treatments for DRP as a broad population. As of now, it is unclear what the next steps are for the program. It is likely the FDA will require an additional clinical trial with added patients in each of the dementia-related subtypes. It is unclear how the FDA views differential efficacy among subtypes. According to ACAD, the agency was clearly uncomfortable with Alzheimer's Disease group not hitting significance, though this group was larger than the Parkinson's dementia (PDD) group which did hit significance. The FDA interpreted this to mean the benefit across subtypes differed, even though our KOLs indicated that treatment benefit (reduction in risk of relapse) in both groups was meaningful.

As part of Acadia's own calculations, the Phase 3 HARMONY study was only ~ 30% powered to detect a statistical difference in the subset of patients with AD. 220-260 AD patients were needed to power the study adequately for statistical significance on AD alone. As a result, Acadia estimates they would have needed roughly double the final number of HARMONY AD patients included in the study if it needed to be powered to stat sig. They noted that even if HARMONY had run to its conclusion (rather than being stopped for efficacy at the interim), the trial may still not have enrolled 220-260 AD patients.

*Due to the lack of clarity on pimavanserin's path forward in DRP, we have updated our model to reflect a reduced probability of success for pima in DRP (30%) in our NPV analysis, lowering our PT to $26 (-$31).* Added clarity from the Type A meeting is needed to further understand the potential opportunity in DRP and next steps. Though we still view prior data as suggestive of efficacy for pima, visibility is limited pending additional information following the Type A meeting.

### FDA Messaging Changed Between Time Points

As part of the conference call this AM, Acadia provided added details on examples they believe suggest clear discrepancies in different communications from the FDA. The examples listed below seem to suggest the FDA had taken a different view following the review of the sNDA submission (at which point there was a new neuropsych division head vs end of the end of Ph2 meeting) on the key aspect of the trial looking broadly at DRP. Based on the CRL, the FDA likely perceived differential efficacy among DRP subtypes.

- "...the Division agreed that the randomized withdrawal trial as described in the meeting briefing package would be acceptable as a well-controlled trial for submission of a sNDA for the indication of hallucinations and delusions associated with dementia-related psychosis." – FDA, End-of-Phase 2 Meeting

    - *"The sNDA submission does not provide substantial evidence of effectiveness to support the approval of pimavanserin for the hallucinations and delusions associated with DRP." "...the results from the Alzheimer's disease subgroup were not nominally significant." – FDA, CRL*

- "We agree that treatment of hallucinations and delusions in dementia-related psychosis is a potentially approvable indication. We agree that dementias need not be etiologically related for the common symptoms of psychosis to respond to pimavanserin." – FDA, End-of-Phase 2 Meeting

    - *"Findings from Study -045 suggest a differential response to pimavanserin across dementia subtypes, questioning whether 'dementia-related psychosis' is a useful construct for a potential indication for pimavanserin." – FDA, CRL*

CONFIDENTIAL

TDCowen_Acadia00041952



**Protocol Deviations Seen In Phase 2 Study Were Outliers And Did Not Impact Overall Trends**

Acadia also provided added clarifications on the deviations in Phase 2 protocols the FDA noted in the CRL. The protocol deviations included deviations in terms of entry criteria, use of prohibited meds, and deviations in providing informed consent. Acadia subsequently performed a per protocol analysis on the data (as is typical in these situations), and the analysis continued to support the observations of efficacy in the study. Importantly, these per-protocol analyses were included in the sNDA data package for the FDA to review. However, we suspect the number and nature of protocol violations likely lowered the supportive value of the '019 trial to pima's DRP sNDA, correspondingly raising the bar for the HARMONY data.

CONFIDENTIAL

TDCowen_Acadia00041953

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
April 5, 2021

## ACAD P&L ($MM)

| | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | |
| Nuplazid PDP sales revenues from the U.S. | 339.1 | 90.1 | 110.1 | 120.6 | 121.0 | 441.8 | 115.7 | 140.6 | 139.0 | 143.8 | 539.2 | 683.2 | 1,192.7 | 2,108.5 | 3,499.6 |
| *Q/Q growth* | | *-8%* | *22%* | *10%* | *0%* | | *-4%* | *22%* | *-1%* | *3%* | | | | | |
| *Y/Y growth* | *52%* | *43%* | *32%* | *27%* | *23%* | *30%* | *28%* | *28%* | *15%* | *19%* | *22%* | *27%* | *75%* | *77%* | *66%* |
| Pimavanserin DRP sales revenues from the U.S. | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 136.6 | 327.0 | 815.7 | 1,717.1 |
| *Y/Y growth* | | | | | | | | | | | | *139%* | *149%* | *111%* | |
| Collaborative revenues | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Revenues** | $339.1 | $90.1 | $110.1 | $120.6 | $121.0 | $441.8 | $115.7 | $140.6 | $139.0 | $143.8 | $539.2 | $819.8 | $1,519.8 | $2,924.2 | $5,216.7 |
| | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| COGS | 19.6 | 5.0 | 5.47 | 4.8 | 5.3 | 20.6 | 5.7 | 6.1 | 6.5 | 6.9 | 25.2 | 44.5 | 0.0 | 0.0 | 0.0 |
| R&D | 240.4 | 72.6 | 64.3 | 120.1 | 62.1 | 319.1 | 68.3 | 71.7 | 75.3 | 79.1 | 294.5 | 353.4 | 356.9 | 360.5 | 364.1 |
| SG&A | 325.6 | 102.0 | 84.3 | 81.6 | 120.8 | 388.7 | 144.9 | 188.4 | 179.0 | 187.9 | 700.1 | 735.1 | 771.9 | 779.6 | 787.4 |
| **Total Operating Expenses** | 585.6 | 179.6 | 154.1 | 206.5 | 188.2 | 728.3 | 218.9 | 266.2 | 260.8 | 273.9 | 1,019.8 | 1,133.0 | 1,128.8 | 1,140.1 | 1,151.5 |
| | | | | | | | | | | | | | | | |
| Income (Loss) from Operations | (246.5) | (89.5) | (44.0) | (85.9) | (67.2) | (286.6) | (103.2) | (125.6) | (121.8) | (130.1) | (480.7) | (313.2) | 390.9 | 1,784.1 | 4,065.2 |
| Interest Income, Net | 11.2 | 3.0 | 1.8 | 1.2 | 0.6 | 6.6 | 3.3 | 3.3 | 3.3 | 3.3 | 13.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Expense | 1.0 | (1.5) | 0.4 | (0.2) | 0.3 | (1.0) | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | | | | |
| **Pre-tax Income** | (234.4) | (88.0) | (41.7) | (84.9) | (66.3) | (280.9) | (99.4) | (121.8) | (118.0) | (126.4) | (465.6) | (313.2) | 390.9 | 1,784.1 | 4,065.2 |
| | | | | | | | | | | | | | | | |
| Income tax expense (benefit) | 1.3 | 0.0 | 0.4 | (0.2) | 0.4 | 0.6 | 2.4 | 3.4 | 4.4 | 5.4 | 15.6 | | | | |
| **Net Income (Loss)** | $235.3 | ($88.0) | ($42.1) | ($84.7) | ($66.8) | ($281.6) | ($101.8) | ($125.2) | ($122.4) | ($131.8) | ($481.2) | ($313.2) | $390.9 | $1,784.1 | $4,065.2 |
| | | | | | | | | | | | | | | | |
| **GAAP EPS** | | | | | | | | | | | | | | | |
| **Basic** | ($1.60) | ($0.57) | ($0.27) | ($0.54) | ($0.42) | ($1.79) | ($0.63) | ($0.77) | ($0.75) | ($0.80) | ($2.94) | ($1.97) | $2.44 | $11.01 | $24.83 |
| **Diluted** | ($1.60) | ($0.57) | ($0.27) | ($0.54) | ($0.42) | ($1.79) | ($0.63) | ($0.77) | ($0.75) | ($0.80) | ($2.94) | ($1.97) | $2.44 | $11.01 | $24.83 |
| Weighted Average Common Shares Outstanding - Basic | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 160.9 | 162.5 | 164.1 | 165.7 | 157.3 | 158.9 | 160.5 | 162.1 | 163.7 |
| Weighted Average Common Shares Outstanding - Diluted | 147.2 | 155.4 | 156.5 | 158.1 | 159.3 | 157.3 | 160.9 | 162.5 | 164.1 | 165.7 | 157.3 | 158.9 | 160.5 | 162.1 | 163.7 |

Source: Cowen and Company

## ACAD pNPV

| Assumptions / Results | |
|---|---|
| **NPV (US$)** | 26 |
| NoSH | 159.3 |
| | |
| Pharma PE | 15.0x |
| Discount rate | 35% |
| Current year | 2021.25 |

| Drug name | Indication | Status | Estimated launch | Years to Launch | Years to Peak Sales | Success? | Peak Sales (US$m) | Probability weighted Peak Sales (US$m) | Royalty | Profitability | Probability weighted Peak Profit (US$m) | Discount Factor | NPV (US$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nuplazid | PDP (US) | approved | 2016 | | | | | | | | | | 16.65 |
| | DRP (US) | Phase 3 | 2022 | 0.8 | 7.8 | 30% | 4,507 | 1352 | 90% | 70% | 851.90 | 10.23 | 7.84 |
| | Schizophrenia (negative symptoms) | Phase 3 | 2023 | 1.8 | 8.8 | 40% | 1,278 | 511 | 90% | 60% | 275.95 | 13.82 | 1.88 |
| | | | | | | | | | | | | Total | 26.37 |

Source: Cowen and Company

CONFIDENTIAL

TDCowen_Acadia00041954



**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
April 5, 2021

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Biotechnology:

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

#### Biotechnology:

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

### Risks To The Price Target

Acadia's Nuplazid was approved in 2016 for the treatment of Parkinson's Disease Psychosis (PDP). While the antipsychotic space is crowded with numerous branded and generic drugs available, only Nuplazid is specifically indicated for PDP, though FDA approval does not guarantee commercial success. Ongoing Ph3 clinical programs for Dementia-Related Psychosis (DRP) and Inadequate Response of Schizophrenia, and Ph 2 trials of Negative Symptoms of Schizophrenia and Major Depressive Disorder are not guaranteed success in clinical trials or commercialization.

6

CONFIDENTIAL

TDCowen_Acadia00041955

COWEN
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-69    Filed 12/12/23    PageID.4067
Acadia Pharmaceuticals
Page 8 of 13
April 5, 2021

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| ACAD | Acadia Pharmaceuticals |
| AVRO | AVROBIO |
| NGM | NGM Biopharmaceuticals |
| SAGE | Sage Therapeutics |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Acadia Pharmaceuticals, AVROBIO, NGM Biopharmaceuticals and Sage Therapeutics securities.

Cowen and Company, LLC managed or co-managed a public offering of AVROBIO and NGM Biopharmaceuticals in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from AVROBIO and NGM Biopharmaceuticals in the past 12 months.

Cowen and Company, LLC and/or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from AVROBIO and NGM Biopharmaceuticals.

AVROBIO and NGM Biopharmaceuticals is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues,

CONFIDENTIAL

TDCowen_Acadia00041956



it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at April 05, 2021, 13:34 ET. and disseminated at April 05, 2021, 13:34 ET.

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 540 | 68.18% | 176 | 32.59% |
| Hold (b) | 243 | 30.68% | 22 | 9.05% |
| Sell (c) | 9 | 1.14% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

CONFIDENTIAL

TDCowen_Acadia00041957

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
April 5, 2021







CONFIDENTIAL

TDCowen_Acadia00041958



**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
April 5, 2021



### Sage Therapeutics Rating History as of 04/01/2021
powered by: BlueMatrix

(1):$202.00 12/07/17    (1):$207.00 05/03/18    (1):$96.00 12/05/19    (1):$100.00 11/30/20

Closing Price    Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**.COM

CONFIDENTIAL

TDCowen_Acadia00041959

**COWEN**
EQUITY RESEARCH

Case 3:21-cv-00762-WQH-MSB    Document 122-69    Filed 12/12/23    PageID.4071
Page 12 of 13

Acadia Pharmaceuticals
April 5, 2021

# COWEN ESG SCORES

## HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

### UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

## WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

## DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

CONFIDENTIAL

TDCowen_Acadia00041960

**COWEN**
EQUITY RESEARCH

Acadia Pharmaceuticals
April 5, 2021

---

## POINTS OF CONTACT

### Analyst Profiles



**Ritu Baral**

New York

646 562 1379

ritu.baral@cowen.com

Ritu Baral is a senior analyst covering the biotechnology sector. She joined Cowen in 2014, having previously worked at Canaccord.



**Lyla Youssef, Ph.D.**

New York

646 562 1406

lyla.youssef@cowen.com

Lyla Youssef is a research associate covering the biotech sector. Prior to joining Cowen, she worked in equity research at Oppenheimer & Co.

### Reaching Cowen

#### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

#### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 **COWEN**RESEARCH

 **COWEN**

**in** ~ **COWEN** INC.

**COWEN**.COM

---

CONFIDENTIAL

TDCowen_Acadia00041961