# EXHIBIT 67

September 12, 2019

**OUTPERFORM**
**from MARKET PERFORM**

Reason for report:
**RATING CHANGE**

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

**Rudy Li, Ph.D.**
(212) 277-6127
rudy.li@svbleerink.com


**SVBLEERINK**

# ACADIA PHARMACEUTICALS INC.

## KOL Calls Suggest Significant Upside in DRP; PT to $50; Upgrading to Outperform

• **Bottom Line: We are upgrading ACADIA from Market Perform to Outperform and raising our PT from $21 to $50 based on the recently announced positive interim result for the Phase 3 HARMONY study in Dementia Related Psychosis (DRP) and discussions with MEDACorp KOLs.** We conducted several calls with KOLs who had experience with Nuplazid and specialized in treating both Parkinson's and Alzheimer's/Dementia patients, and overall we came away significantly more positive on the DRP opportunity. We updated our model to account for the HARMONY interim result (pushes up the launch for Nuplazid in DRP, if approved), and positive KOL feedback, which drove our peak sales for the DRP indication from the $500-750M range to ~$2B. We expect broad usage of this product in different types of dementia patients as the study included various patient types, but it's clear from our physician conversations that this news will be perceived as a "therapy for Alzheimer's patients", and it will be very difficult for payers to push back on coverage if Nuplazid has a symptomatic label for DRP. That said, we note that there are key pieces of information outstanding that would help clarify the DRP opportunity even more (# relapses, # patients randomized, effect size, average time on therapy, adverse events). We look forward to seeing the full data set from HARMONY in an upcoming meeting (unclear if the data will be ready for CTAD in early December).

• **Our investment thesis is also based on: (1)** The potential for a positive outcome for the schizophrenia negative symptoms (SNS) Phase 2 study, for which expectations are low due to the previous failed schizophrenia inadequate response (SIR) study, so we see a good risk/reward into that event in 4Q19; **(2)** The continued positive trends in Nuplazid for the Parkinson's disease psychosis (PDP) indication, where the company has demonstrated that DTC advertising is driving a rejuvenation of Rx trends (as seen in the significant 2Q beat); and **(3)** MDD is a large market with significant unmet need and room for multiple new agents, and Acadia has a good shot on goal given that its Phase 2 CLARITY study was deemed pivotal by the FDA, and it has two ongoing Phase 3 studies.

• **Our discussions indicated that physicians are comfortable with the Nuplazid safety profile and appreciate its efficacy in psychosis, that they think DRP is biologically similar to PDP and thus the positive HARMONY interim makes sense, and that they believe DRP is a sizeable market with a slightly different risk/reward decision process for physicians vs PDP.** Key takeaways from our KOLs were: **(1)** Most physicians and KOLs have been positive on the drug profile of Nuplazid for safely treating psychosis and for not having the common

| Key Stats: | | (NASDAQ: ACAD) |
|---|---|---|
| **Sector:** | | **Biopharma / Neuroscience** |
| **S&P 500 Health Care Index:** | | **1,057.71** |
| **Price:** | | **$41.39** |
| Price Target: | | $50.00 from $21.00 |
| Methodology: | | SOTP with cash flows into the 2030s with a 10% discount rate |
| 52 Week High: | | $43.98 |
| 52 Week Low: | | $13.17 |
| Shares Outstanding (mil): | | 164.4 |
| Market Capitalization (mil): | | 6,804.5 |
| Book Value/Share: | | $2.91 |
| Cash Per Share: | | $2.90 |
| Net Debt to Total Capital: | | (1)% |
| Dividend (ann): | | $0.00 |
| Dividend Yield: | | 0.0% |
| Est LT EPS Growth: | | NA |


**1 Year Price History/Ave. Daily Vol.(mil) for ACAD**

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2018A** | $48.9 | $57.1 | $58.3 | $59.6 | $223.8 | ($0.44) | ($0.51) | ($0.50) | ($0.50) | ($1.94) | NM |
| **2019E** | $63.0A | $83.2A | $87.1 | $91.0 | $324.2 | ($0.59)A | ($0.38)A | ($0.40) | ($0.41) | ($1.78) | NM |
| **2020E - New** | -- | -- | -- | -- | **$481.5** | -- | -- | -- | -- | **($0.95)** | **NM** |
| **2020E - Old** | -- | -- | -- | -- | $420.5 | -- | -- | -- | -- | ($1.15) | NM |

*Source: Company Information and SVB Leerink LLC Research.*
*Revs in $M; EPS - Basic*

**Please refer to pages 10 - 12 for Important Disclosures, Price Charts and Analyst Certification.**

**ACADIA PHARMACEUTICALS INC.** September 12, 2019



issues and side effects of antipsychotics (despite black box warning); **(2)** Physicians who tried Nuplazid in dementia patients (several KOLs had tried Nuplazid in patients with dementia with lewy bodies or DLB) had seen robust treatment effect, so they are not surprised by the positive HARMONY readout; **(3)** Physicians agreed that DRP is a real market that is clearly much larger vs PDP, and they see possible broad use of Nuplazid in dementia patients and other neurodegenerative disorders; **(4)** Some KOLs indicated that due to the cognitive decline and lower life expectancy for dementia patients, the risk/reward of adding a new therapy must be carefully assessed and some physicians would rather use Nuplazid at a higher severity of psychosis (i.e., when the patient conclusively needs treatment for psychosis that is harmful to themselves or others); and **(5)** One physician indicated that DRP is more complex vs PDP, as DRP patients have been on multiple medications and deal with multiple side effects; therefore, only moderate-to-severe DRP patients (<50% of the 1.2M DRP population) would be the real addressable market for Nuplazid. We previously assumed some off-label use in DRP; however, physician feedback suggests that Nuplazid is currently mainly used in PDP without meaningful off-label use due to payer push back. Everything we heard suggests that Nuplazid could have deeper penetration in DRP vs our prior more cautious expectations, hence the significant upside to our previous sales estimates.

• **Summary of updates to our model which increased our PT to $50 (from $21): (1)** We increased the POS for DRP from 65% to 100%, given the strong Phase 3 HARMONY interim readout (p-value was below the 0.0033 threshold), which should support an sNDA filing and potential approval in 2020E; **(2)** We increased peak sales in DRP from ~$500-750M range to ~$2B as a result of early launch (2020E vs previous 2022E), a faster launch ramp with increased DTC/marketing, and deeper market penetration per KOL feedback; **(3)** We slightly adjusted the sales ramp for Nuplazid, as the existence of the positive DRP result and data, even without a label or in advance of the label, will likely drive current sales further as physicians are incorporating it into their prescribing decisions; **(4)** We increased expenses to account for an increase in sales reps of ~150 and increased DTC efforts in 2021E onwards to support the potential DRP launch; and **(5)** We slightly adjusted our potential SNS sales up in light of subset data from the prior SIR trial showing positive effect in patients with negative symptoms.

2

**ACADIA PHARMACEUTICALS INC.** September 12, 2019



## INVESTMENT THESIS

1. We believe there could be continued positive trends in Nuplazid for the Parkinson's disease psychosis (PDP) indication, as the company has demonstrated that DTC advertising is driving a rejuvenation of Rx trends.

2. Nuplazid could have significant upside from its potential new indication of Dementia-Related Psychosis (DRP), and based on KOL feedback we think DRP could reach ~$2B in peak sales.

3. We think the potential for a positive outcome for the schizophrenia negative symptoms (SNS) Phase 2 study, for which expectations are low due to the previous failed schizophrenia inadequate response (SIR) study, presents a good risk/reward into that event which is expected year end 2019.

4. MDD is a large market with significant unmet need and room for multiple new agents, and ACADIA has a good shot on goal given that its Phase 2 CLARITY study was deemed pivotal by the FDA, and it has two ongoing Phase 3 studies.

5. We believe trofinetide is a credible second asset that broadens ACADIA's portfolio, but key catalysts are not near term.

## VALUATION

Our $50 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 10% discount rate.

## RISKS TO VALUATION

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• New indications for Nuplazid (Dementia-Related Psychosis, Schizophrenia Negative Symptoms, MDD) don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• An unforeseen safety issue emerges in the more detailed final DRP HARMONY results.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

3

 Leerink Partners – ACAD 0001803

September 12, 2019



## ACADIA Pharmaceuticals (ACAD): Catalysts

| Timing | Product | Indication | Event | Stage | Study Name |
|---|---|---|---|---|---|
| 4Q19 | Trofinetide | Rett Syndrome | Start Phase 3 trial | Phase 3 | --- |
| End-2019 | Nuplazid (pimavanserin) | Schizophrenia Negative Symptoms | Top-line data readout | Phase 2 | ADVANCE |
| 2020 | Nuplazid (pimavanserin) | Dementia-Related Psychosis (DRP) | sNDA | Filing | --- |
| 2021 | Nuplazid (pimavanserin) | Rett Syndrome | File NDA | Filing | --- |

*Source: Company reports, SVB Leerink research*

**4**

**ACADIA PHARMACEUTICALS INC.**

September 12, 2019

**SVBLEERINK**



# We think Phase 3 HARMONY study would support the upcoming sNDA but are still waiting for the full data set to feel more comfortable

**Broad Dementia Population (>50% enrolled)**

2/3 Alzheimer's patients, ~15% Parkinson's dementia, ~10% vascular dementia, <10% dementia with Lewy bodies, and the rest was frontotemporal dementia.

**Acute Treatment Effect**

✓ **Established stable response within 12 weeks**

? **Still needs to see the effect size and % of responders**

**12-week open label period (all on 34mg)**

_Responders_

_Non-responders*_

_Responders = Stable response at both week 8 and week 12_

**26-week randomized double blind period (>90% on 34mg, <10% on 20mg)**

**Exit**

**Durability of Effect**

✓ **Separation on relapse vs PBO (p<0.0033)**

? **Still needs to see the average time on therapy and number of relapse events**

\* ~20% of patients who completed full 12-week studies failed to establish stable response at week 8 and week 12

**Primary Endpoint: Average time to relapse**

**Relapse** defined as one or more of four possible outcomes:

- Hospitalized due to DRP;
- Significant worsening of DRP on relevant clinical scales;
- Withdrawal from the study due to lack of efficacy; or
- Prescribed use of an off-label antipsychotic medication for the treatment of DRP

**Safety Profile**

✓ **Well-tolerated with safety similar to PDP**

✓ **No negative impact on cognitive function**

? **Still needs to see the adverse event rates**

_Source: Company reports, SVB Leerink research, MEDACorp physician interviews in 3Q19_

5

ACADIA PHARMACEUTICALS INC.                                                September 12, 2019



# ACADIA Pharmaceuticals (ACAD): Income Statement

**ACADIA Pharmaceuticals - Income Statement**
($ Millions, except per-share data)

| | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 124.9 | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 63.0 | 83.2 | 87.1 | 91.0 | 324.2 | 481.5 | 836.0 | 1,379.8 | 2,100.2 |
| | | | | | | | Co. Guidance | | | | 320-330 | | | | |
| Collaboration Revenues | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Revenues** | **124.9** | **48.9** | **57.1** | **58.3** | **59.6** | **223.8** | **63.0** | **83.2** | **87.1** | **91.0** | **324.2** | **481.5** | **836.0** | **1,379.8** | **2,100.2** |
| **Consensus** | | | | | | | | 83.2 | 88.2 | 92.1 | 326.0 | 447.8 | 773.6 | 1,157.1 | 1,884.9 |
| COGS | 9.1 | 2.2 | 3.6 | 3.8 | 2.9 | 12.4 | 2.9 | 3.0 | 5.2 | 5.5 | 16.6 | 23.0 | 40.0 | 68.1 | 105.8 |
| Gross Profit | 115.8 | 46.7 | 53.5 | 54.5 | 56.7 | 211.4 | 60.0 | 80.2 | 81.9 | 85.5 | 307.6 | 458.5 | 796.0 | 1,311.7 | 1,994.4 |
| SG&A | 255.1 | 60.9 | 69.5 | 61.1 | 74.3 | 265.8 | 93.1 | 68.0 | 74.4 | 76.3 | 311.8 | 357.1 | 460.3 | 505.5 | 504.7 |
| | | | | | | | Co. Guidance | | | | 300-315 | | | | |
| R&D | 149.2 | 39.3 | 46.6 | 53.1 | 48.2 | 187.2 | 52.9 | 67.3 | 65.0 | 67.8 | 253.0 | 231.9 | 180.9 | 134.2 | 142.4 |
| | | | | | | | Co. Guidance | | | | 250-265 | | | | |
| License Fees & Royalties | 4.0 | 1.3 | 1.5 | 1.5 | 1.5 | 5.9 | 1.6 | 2.0 | 2.1 | 2.2 | 8.0 | 11.1 | 17.7 | 28.6 | 42.0 |
| Operating Income | -292.4 | -54.8 | -64.1 | -61.3 | -67.3 | -247.4 | -87.6 | -57.1 | -59.6 | -60.8 | -265.1 | -141.7 | 137.1 | 643.5 | 1,305.2 |
| Non-Operating Income | 4.1 | 1.2 | 1.0 | -0.5 | 1.8 | 3.5 | 2.7 | 2.5 | 2.3 | 2.0 | 9.6 | 7.0 | 6.0 | 15.0 | 26.0 |
| Pretax Income | -288.3 | -53.6 | -63.0 | -61.8 | -65.5 | -243.9 | -84.9 | -54.6 | -57.3 | -58.7 | -255.6 | -134.7 | 143.1 | 658.5 | 1,331.2 |
| Taxes | 1.1 | 0.6 | 0.2 | 0.4 | 0.0 | 1.3 | 0.4 | 0.4 | 0.7 | 0.7 | 2.1 | 5.0 | 10.0 | 20.0 | 332.8 |
| Tax Rate | | | | | | | | | | | | | | | 25.0% |
| Net Income | -289.4 | -54.3 | -63.3 | -62.1 | -65.5 | -245.2 | -85.3 | -54.9 | -58.0 | -59.4 | -257.7 | -139.7 | 133.1 | 638.5 | 998.4 |
| Shares - Basic | 122.6 | 124.7 | 124.9 | 125.0 | 131.6 | 126.6 | 144.0 | 144.3 | 144.5 | 144.7 | 144.4 | 146.4 | 148.4 | 150.4 | 152.4 |
| EPS - Basic | -$2.36 | -$0.44 | -$0.51 | -$0.50 | -$0.50 | -$1.94 | -$0.59 | -$0.38 | -$0.40 | -$0.41 | -$1.78 | -$0.95 | $0.90 | $4.25 | $6.55 |
| **Consensus** | | | | | | | -$0.59 | -$0.38 | -$0.41 | -$0.41 | -$1.84 | -$1.37 | $0.49 | $2.43 | $5.74 |
| Shares - Diluted | 141.1 | 142.8 | 144.7 | 144.8 | 151.6 | 146.0 | 164.0 | 164.3 | 164.5 | 164.7 | 164.4 | 166.4 | 168.4 | 170.4 | 172.4 |
| **EPS - Diluted** | | | | | | | | | | | | | $0.79 | $3.75 | $5.79 |

*Source: Company reports, SVB Leerink LLC estimates*

| Margin Analysis | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| COGS | 7.3% | 4.4% | 6.2% | 6.6% | 4.8% | 5.5% | 4.7% | 3.6% | 6.0% | 6.0% | 5.1% | 4.8% | 4.8% | 4.9% | 5.0% |
| Gross Margin | 92.7% | 95.6% | 93.8% | 93.4% | 95.2% | 94.5% | 95.3% | 96.4% | 94.0% | 94.0% | 94.9% | 95.2% | 95.2% | 95.1% | 95.0% |
| SG&A | 204.2% | 124.7% | 121.7% | 104.8% | 124.7% | 118.7% | 147.9% | 81.7% | 85.4% | 83.9% | 96.2% | 74.2% | 55.1% | 36.6% | 24.0% |
| R&D | 119.4% | 80.4% | 81.7% | 91.1% | 80.9% | 83.6% | 84.1% | 80.9% | 74.6% | 74.5% | 78.0% | 48.2% | 21.6% | 9.7% | 6.8% |
| Operating Margin | -234.1% | -112.2% | -112.3% | -105.1% | -112.9% | -110.6% | -139.2% | -68.6% | -68.5% | -66.8% | -81.8% | -29.4% | 16.4% | 46.6% | 62.1% |
| Pretax Margin | -230.8% | -109.8% | -110.5% | -105.9% | -109.9% | -109.0% | -134.9% | -65.6% | -65.8% | -64.6% | -78.8% | -28.0% | 17.1% | 47.7% | 63.4% |
| Net Margin | -231.7% | -111.1% | -110.9% | -106.6% | -109.9% | -109.6% | -135.5% | -66.0% | -66.6% | -65.3% | -79.5% | -29.0% | 15.9% | 46.3% | 47.5% |

| % Change | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 186.7% | -60.9% | 16.8% | 2.2% | 2.2% | 275.7% | -71.9% | 32.2% | 4.7% | 4.5% | 44.9% | 48.5% | 73.6% | 65.0% | 52.2% |
| COGS | 269.7% | -76.3% | 65.4% | 7.8% | -25.7% | 335.2% | -76.3% | 0.3% | 76.8% | 4.5% | 33.7% | 38.9% | 73.6% | 70.3% | 55.3% |
| Gross Profit | 181.8% | -59.7% | 14.5% | 1.8% | 4.1% | 272.7% | -71.6% | 33.7% | 2.0% | 4.5% | 45.5% | 49.0% | 73.6% | 64.8% | 52.0% |
| SG&A | 289.2% | -76.1% | 14.0% | -12.1% | 21.6% | 257.8% | -65.0% | -27.0% | 9.4% | 2.6% | 17.3% | 14.5% | 28.9% | 9.8% | -0.1% |
| R&D | 245.5% | -73.7% | 18.6% | 14.0% | -9.3% | 288.4% | -71.7% | 27.2% | -3.4% | 4.2% | 35.2% | -8.3% | -22.0% | -25.8% | 6.2% |
| Operating Income | 324.7% | -81.3% | 16.9% | -4.4% | 9.8% | 267.8% | -64.6% | -34.9% | 4.5% | 1.9% | 7.1% | -46.6% | -196.8% | 369.3% | 102.8% |
| Pretax Income | 325.5% | -81.4% | 17.5% | -2.0% | 6.0% | 272.5% | -65.2% | -35.7% | 5.1% | 2.4% | 4.8% | -47.3% | -206.3% | 360.1% | 102.2% |
| Net Income | 327.3% | -81.2% | 16.5% | -1.8% | 5.4% | 274.4% | -65.2% | -35.6% | 5.6% | 2.4% | 5.1% | -45.8% | -195.3% | 379.6% | 56.4% |

*Source: Company reports, SVB Leerink estimates, Factset consensus data*

6

**ACADIA PHARMACEUTICALS INC.**                                    September 12, 2019                    SVB LEERINK

# ACADIA Pharmaceuticals (ACAD): Revenues

**ACADIA Pharmaceuticals - Revenues**
($ Millions, except per-share data)

| | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | | |
| **Nuplazid** | | | | | | | | | | | | | | | |
| Parkinson's Disease Psychosis | 122.9 | 48.9 | 57.1 | 58.3 | 59.6 | 223.8 | 63.0 | 83.2 | 87.1 | 91.0 | 324.2 | 414.2 | 481.9 | 539.1 | 587.6 |
| Dementia-Related Psychosis | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 67.3 | 298.6 | 553.7 | 907.5 |
| Schizophrenia-Negative Symptoms | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 55.5 | 191.9 | 338.2 |
| Schizophrenia-Inadequate Reponse | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Major Depressive Disorder | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 74.4 | 215.0 |
| **Total Nuplazid** | **122.9** | **48.9** | **57.1** | **58.3** | **59.6** | **223.8** | **63.0** | **83.2** | **87.1** | **91.0** | **324.2** | **481.5** | **836.0** | **1,359.1** | **2,048.2** |
| *% Growth Rate* | *530.3%* | *190.9%* | *112.1%* | *63.8%* | *36.6%* | *82.1%* | *28.8%* | *45.8%* | *49.4%* | *52.7%* | *44.9%* | *48.5%* | *73.6%* | *62.6%* | *50.7%* |
| | | | | | | | | | | | | | | | |
| **Total Trofinetide** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **20.7** | **51.9** |
| *% Growth Rate* | | | | | | | | | | | | | | | *150.5%* |
| | | | | | | | | | | | | | | | |
| **Total Sales** | **122.9** | **48.9** | **57.1** | **58.3** | **59.6** | **223.8** | **63.0** | **83.2** | **87.1** | **91.0** | **324.2** | **481.5** | **836.0** | **1,379.8** | **2,100.2** |
| *% Growth Rate* | *530.3%* | *190.9%* | *112.1%* | *63.8%* | *36.6%* | *82.1%* | *28.8%* | *45.8%* | *49.4%* | *52.7%* | *44.9%* | *48.5%* | *73.6%* | *65.0%* | *52.2%* |
| | | | | | | | | | | | | | | | |
| **Collaboration Revenues** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| | | | | | | | | | | | | | | | |
| **Total Revenues** | **122.9** | **48.9** | **57.1** | **58.3** | **59.6** | **223.8** | **63.0** | **83.2** | **87.1** | **91.0** | **324.2** | **481.5** | **836.0** | **1,379.8** | **2,100.2** |
| *% Growth Rate* | *530.3%* | *190.9%* | *112.1%* | *63.8%* | *36.6%* | *82.1%* | *28.8%* | *45.8%* | *49.4%* | *52.7%* | *44.9%* | *48.5%* | *73.6%* | *65.0%* | *52.2%* |

*Source: Company reports, SVB Leerink LLC estimates*

*Source: Company reports, SVB Leerink estimates, Factset consensus data*

**7**

**ACADIA PHARMACEUTICALS INC.**



# ACADIA Pharmaceuticals (ACAD): Balance Sheet

**ACADIA Pharmaceuticals - Balance Sheet**

($ Millions, except per-share data)

|  | 2017 | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash and Cash Equivalents | 69.4 | 323.5 | 294.6 | 242.4 | 458.7 | 1,186.2 | 2,259.9 |
| Marketable Securities | 271.9 | 150.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Receivable, Net | 17.3 | 26.1 | 32.4 | 43.3 | 58.5 | 69.0 | 94.5 |
| Interest and Other Receivables | 1.1 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| Inventory | 5.2 | 4.1 | 9.7 | 14.4 | 25.1 | 41.4 | 63.0 |
| Prepaid Expenses & Other | 8.5 | 20.7 | 23.7 | 23.7 | 23.7 | 23.7 | 23.7 |
| **Total Current Assets** | **373.5** | **526.1** | **362.2** | **325.6** | **567.7** | **1,322.0** | **2,442.8** |
| Property and Equipment | 2.7 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Intangible Assets, Net | 5.5 | 4.1 | 3.1 | 2.1 | 1.1 | 0.1 | -0.9 |
| Restricted Cash | 2.5 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 |
| Other Assets | 0.4 | 1.9 | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 |
| **Total Assets** | **384.5** | **540.2** | **386.3** | **348.7** | **589.8** | **1,343.1** | **2,462.9** |
| | | | | | | | |
| **Liabilities and Stockholder's Equity** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | 8.8 | 3.2 | 4.9 | 9.6 | 16.7 | 27.6 | 42.0 |
| Accrued Expenses | 40.2 | 56.4 | 71.4 | 76.4 | 81.4 | 86.4 | 91.4 |
| Deferred Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | 49.0 | 59.6 | 76.3 | 86.0 | 98.1 | 114.0 | 133.4 |
| Other Liabilities | 0.2 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Total Liabilities** | **49.2** | **61.1** | **76.7** | **86.4** | **98.5** | **114.4** | **133.8** |
| | | | | | | | |
| **Stockholder's Equity** | | | | | | | |
| Common Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Paid-in Capital | 1,559.3 | 1,952.6 | 2,041.9 | 2,135.2 | 2,232.2 | 2,332.1 | 2,435.1 |
| Accumulated Deficit | -1,223.7 | -1,474.1 | -1,732.8 | -1,873.5 | -1,741.4 | -1,104.0 | -106.6 |
| Accumulated Other Comprehensive Loss | -0.4 | -0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total Stockholder's Equity** | **335.3** | **479.1** | **309.7** | **262.2** | **491.3** | **1,228.7** | **2,329.2** |
| | | | | | | | |
| **Total Liabilities and Stockholder's Equity** | **384.5** | **540.2** | **386.3** | **348.7** | **589.8** | **1,343.1** | **2,462.9** |

*Source: Company reports, SVB Leerink estimates, Factset consensus data*

8

ACADIA PHARMACEUTICALS INC.    September 12, 2019     SVBLEERINK

# ACADIA Pharmaceuticals (ACAD): Cash Flow Statement

**ACADIA Pharmaceuticals - Cash Flow**
($ Millions, except per-share data)

| | 2017 | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | | | | |
| Net Loss | -289.4 | -245.2 | -257.7 | -139.7 | 133.1 | 638.5 | 998.4 |
| Stock-Based Compensation Expense | 75.5 | 81.7 | 89.3 | 93.3 | 97.0 | 99.9 | 103.0 |
| Amortization of Premium on Marketable Securities | -0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Depreciation | 1.2 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Other | 0.0 | -1.5 | -11.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Operating Assets and Liabilities | -6.4 | -11.3 | 0.5 | -5.9 | -13.7 | -10.9 | -27.7 |
| **Net Cash Used in Operating Activities** | **-217.9** | **-175.3** | **-177.9** | **-51.3** | **217.3** | **728.5** | **1,074.7** |
| **Cash Flows from Investing Activities** | | | | | | | |
| Change in Marketable Securities | 93.3 | 123.1 | 150.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Capital Expendititures | -0.8 | -1.0 | -1.0 | -1.0 | -1.0 | -1.0 | -1.0 |
| Other | 0.0 | -4.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Cash Used in Investing Activities** | **92.5** | **117.8** | **149.0** | **-1.0** | **-1.0** | **-1.0** | **-1.0** |
| **Cash Flows from Financing Activities** | | | | | | | |
| Proceeds from Stock Option Exercises/Stock Purchase Plans | 0.0 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Proceeds from Common Stock | 31.2 | 303.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Cash Used in Financing Activities** | **31.2** | **311.6** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| | | | | | | | |
| Cash/Cash Equivalents at Beginning of Period | 163.6 | 69.4 | 323.5 | 294.6 | 242.4 | 458.7 | 1,186.2 |
| Change in Cash | -94.2 | 254.1 | -28.9 | -52.3 | 216.3 | 727.5 | 1,073.7 |
| Change in FX | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash/Cash Equivalents at End of Period** | **69.4** | **323.5** | **294.6** | **242.4** | **458.7** | **1,186.2** | **2,259.9** |

*Source: Company reports, SVB Leerink estimates, Factset consensus data*

**9**

**ACADIA PHARMACEUTICALS INC.** September 12, 2019



## Disclosures Appendix
## Analyst Certification

I, Marc Goodman, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

Our $50 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 10% discount rate.

## Risks to Valuation

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• New indications for Nuplazid (Dementia-Related Psychosis, Schizophrenia Negative Symptoms, MDD) don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• An unforeseen safety issue emerges in the more detailed final DRP HARMONY results.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

CONFIDENTIAL                                                                                            Leerink Partners – ACAD 0001810

**ACADIA PHARMACEUTICALS INC.** September 12, 2019



| Distribution of Ratings/Investment Banking Services (IB) as of 06/30/19 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 161 | 70.9 | 55 | 34.2 |
| HOLD [MP] | 62 | 27.3 | 2 | 3.2 |
| SELL [UP] | 4 | 1.8 | 0 | 0.0 |

## Explanation of Ratings

<u>Outperform (Buy):</u> We expect this stock to outperform its benchmark over the next 12 months.

<u>Market Perform (Hold/Neutral):</u> We expect this stock to perform in line with its benchmark over the next 12 months.

<u>Underperform (Sell):</u> We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

**11**

Leerink Partners – ACAD 0001811

**ACADIA PHARMACEUTICALS INC.** September 12, 2019



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders, and other specialists accessed by SVB Leerink LLC and its clients.

SVB Leerink LLC makes a market in ACADIA Pharmaceuticals Inc.

In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to ACADIA Pharmaceuticals Inc.

© 2019 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

**12**

# EQUITY RESEARCH TEAM

# SVBLEERINK

## RESEARCH MANAGEMENT

**John L. Sullivan, CFA**
Director of Equity Research
(617) 918-4875
john.sullivan@svbleerink.com

**Jim Kelly**
Associate Director of Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Vice President
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Bradley Canino, CPA
(212) 277-6158
bradley.canino@svbleerink.com

Neil Puri, M.D., MBA
(212) 277-6139
neil.puri@svbleerink.com

Ke (Andrew) Yuan, CFA, CPA
(212) 277-6147
ke.yuan@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Gang Li, Ph.D.
(212) 277-6185
gang.li@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

David B. Iaea, Ph.D.
(212) 277-6155
david.iaea@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Pasha Sarraf, M.D., Ph.D.**
(212) 277-6013
pasha.sarraf@svbleerink.com

Mike Kratky, CFA
(212) 277-6192
mike.kratky@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

**Dae Gon Ha, Ph.D.**
(617) 918-4093
daegon.ha@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

## GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

Sheldon Fan, Ph.D.
(212) 277-6074
sheldon.fan@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang
(212) 277-6087
rebecca.wang@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

## EMERGING HEALTHCARE TECHNOLOGIES

**Daniel Grosslight**
(212) 277-6140
daniel.grosslight@svbleerink.com

## EDITORIAL

**SR. EDITOR/SUPERVISORY ANALYST**
Mary Ellen Eagan, CFA
(617) 918-4837
maryellen.eagan@svbleerink.com

**SUPERVISORY ANALYSTS**
Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

**EDITORIAL ASSOCIATE**
Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2019 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

CONFIDENTIAL