# EXHIBIT 68

Dec 16, 2019

## OUTPERFORM

**Binsen Li**
(860) 514-6452
libinsen@gmail.com

Reason for Report

## Initiation Draft

## ACADIA PHARMACEUTICALS INC.

**Most likely approval on DRP, Initiate OP rating**

♦ **Bottom line**: Recently released Nuplazid Phase 3 data in dementia related psychosis (DRP) paved the way for Acadia's likely entrance into the $50B market. Following Nuplazid's success in Parkinson's Disease Psychosis (PDP), the biopharma is actively pursuing more neuropsychiatric indications, including major depressive disorder (MDD, Phase 3) and Schizophrenia (Phase 2). The stock has attracted fair amount of attention, but I believe the market still underestimate its potential commercial opportunity as the first approved drug in DRP and PDP. I anticipate Nuplazid to be the next CNS blockbuster with the continued clinical performance and management execution, and initiate a $97 PT.

♦ **There is still great potential in the $5B market of Parkinson's Disease psychosis (PDP)**. The devastating neurodegenerative disease is affecting about 1 million patients in the U.S. and at least a third of them develops visual hallucinations and delusions, bringing tremendous burdens to caregivers, family and healthcare system. Previous standard of care therapies for PDP, the off-labeled used antipsychotics, directly lead to dopaminergic blockage and cause worsening in motor symptoms and even increase in the risk of mortality.

♦ **Nuplazid is on the way to become the standard of care in Parkinson's Disease psychosis (PDP)**. As the first approved PDP drug, Nuplazid is a selective serotonin inverse agonist targeting 5-HT2A receptors preferentially. It has successfully demonstrated significant efficacy in reducing psychosis symptoms in PD without causing most of the debilitating side effects. The company reported a $94.6M revenue in 3Q19, with a 62% increase since last year. Based on physicians' positive feedbacks, Nuplazid will likely become the new standard of care in PDP. I forecast the drug to capture at least 13% of the market and reaches peak sale of $800M in 2024.

| Key Stats: | (NASDAQ: ACAD) |
|---|---|
| Sector: | Biopharma / Neuroscience |
| S&P 500 Health Care Index: | 1176.75 |
| Price: | 46.06 |
| Price Target: | 97.02 |
| Methodology: | rNPV of the pipeline |
| | with a 10% discount rate |
| 52 Week High: | 53.70 |
| 52 Week Low: | 14.01 |
| Shares Outstanding (mil): | 150.6 |
| Market Capitalization (mil): | 7192.7 |
| Book Value/Share: | 4.48 |
| Cash Per Share: | $4.44 |
| Net Debt to Total Capital: | 0.93% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.00% |
| Est LT EPS Growth: | NA |

Completion: December 16, 2019, 10:33PM EDT.

**1 Year Price History/Ave. Daily Vol. (mil) for ACAD**



♦ **Nuplazid is closed to approval for entering the 10X dementia related psychosis (DRP) market**. The company plans to meet with FDA in 1H20 to discuss the HARMONY results, combining with the data from previous studies in Alzheimer's disease psychosis and PDP. The Phase 3 study exhibited a robust efficacy and safety profile across different disease subtypes. Based on my model, the likely approval by FDA will allow Nuplazid expand into the $50B market and reach $900M sales in the U.S.

♦ **Nuplazid is being developed for additional indications, including major depression disorder (MDD) and schizophrenia**. The ongoing Phase 3 Study CLARITY will conclude in 2021. The recent publications on Phase 2 studies indicated the significant improvement of depression symptoms and sexual dysfunction in patients with DSM-5–defined MDD and an inadequate response to a selective serotonin reuptake inhibitor. In schizophrenia, there is no FDA-approved drug. The data from ADVANCE (Phase. 2) suggested improvement of negative symptoms among schizophrenia patients comparing to placebo group (p-value:0.043, effect size=0.21).

## Investment Thesis

Acadia's current share price still underestimates the commercial opportunities for Nuplazid in PDP and in DRP after the most likely approval. There is also not enough credit for the progresses made in other CNS disorder indications (MDD, schizophrenia) or a collaborative drug treating Rett Syndrome. Following the Nuplazid's approval in DRP (POS: 80%), the company will manage to execute the marketing and sales the same way as PDP. I expect the shares will go to ~$74/share merely on the value of first two indications. Additionally, MDD has an even bigger market and with a modest 40% POS, the peak sales of Nuplazid will increase another $1.1B ($25/share).

Exhibit 1: ACAD Valuation with Risk Adjusted Net Present Value (rNPV)

| Portfolio | Peak Sales (M) | Phase | Probability of Success | NPV($M) | rNPV(M) | Value per Share |
|---|---|---|---|---|---|---|
| Nuplazid - PDP | $ 792.8 | Market | $ 1.0 | $ 7,148.6 | $ 7,148.6 | $ 41.68 |
| Nuplazid - DRP | $ 898.1 | End of Ph.3 | $ 0.8 | $ 7,113.2 | $ 5,690.6 | $ 33.18 |
| Nuplazid - MDD | $ 1,138.2 | Ph.3 | $ 0.4 | $ 10,903.0 | $ 4,361.2 | $ 25.43 |
| | | | Shares Outstanding (M) | | 171.5 | |
| | | | Operating & Capital Cost | $ | (1,148.8) | $ (6.70) |
| | | | Cash and Securities | $ | 587.5 | $ 3.43 |
| | | | Equity Value | $ | 16,639.1 | |
| | | | Value per Share | | | $ 97.02 |

## Assumptions

A third of 800 million U.S. Parkinson's disease patients suffer from psychosis with 3% annual growth rate. As the first approved drug in PDP, Nuplazid reaches its peak sales (13.5%, compares with Acadia's high-teens estimates) in 7 years. Patients have an overall compliance rate of 85%. The terminal growth rate is -50% after the patent expiration in 2030. The POS of DRP and MDD are based on historical mean success rate for CNS in/after Phase 3 trails.

CONFIDENTIAL

**Upside Scenario**

♦ Clinical success in other indications
♦ Faster than expected sales and Rx
♦ Acquisition and potential EU partnership

**Downside Scenario**

♦ Failure in the DRP approval
♦ Unexpected safety concerns in new indications
♦ Slower sales and less physician recognition
♦ Patent challenged before 2030

Exhibit 2:  ACAD Key Potential Catalysts

| Timing | Product | Indication | Event |
|---|---|---|---|
| End-2019 | Nuplazid | Schizophrenia | Top-line data release for phase 2 study (ADVANCE, NCT02970305) |
| 1H20 | Nuplazid | DRP | Meeting with FDA for sNDA discussion |
| 2020 | Nuplazid | DRP | sNDA submission |
| May-21 | Nuplazid | Schizophrenia | Phase 3 study completion (NCT03121586) |
| Jun-21 | Nuplazid | MDD | Phase 3 study completion (CLARITY-2, NCT03968159) |

Exhibit 3: Nuplazid's U.S. Revenue in PDP

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| U.S. PD Prevalence | 825,914 | 850,691 | 876,212 | 902,499 | 929,573 | 957,461 | 986,185 | 1,015,770 |
| Patients with psychosis | 272,552 | 280,728 | 289,150 | 297,825 | 306,759 | 315,962 | 325,441 | 335,204 |
| Diagnosed | 218,041 | 224,583 | 231,320 | 238,260 | 245,407 | 252,770 | 260,353 | 268,163 |
| Treated | 152,629 | 157,208 | 161,924 | 166,782 | 171,785 | 176,939 | 182,247 | 187,714 |
| Penetration | 4.2% | 6.0% | 8.2% | 10.3% | 11.4% | 12.5% | 13.1% | 13.5% |
| Patients on Nuplazid | 6,410 | 9,432 | 13,278 | 17,179 | 19,584 | 22,117 | 23,874 | 25,341 |
| Annual Price | $22,727 | $28,863 | $31,750 | $32,702 | $33,683 | $34,694 | $35,734 | $36,807 |
| % compliance | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Total Sales | $123,836,059 | $231,414,213 | $358,329,481 | $477,507,681 | $560,689,519 | $652,231,920 | $725,166,580 | $792,820,194 |

Leerink Partners – ACAD 0003249