# EXHIBIT 69

March 8, 2021
**OUTPERFORM**

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

Reason for report:
**FLASH NOTE**

**Rudy Li, Ph.D.**
(212) 277-6127
rudy.li@svbleerink.com



# ACADIA PHARMACEUTICALS INC.

**Surprise Negative FDA Letter, but We Still Think DRP Can Work**

• **Bottom Line:** Management indicated in a press release today that on March 3 the FDA informed the company that it had identified deficiencies during review of the dementia-related psychosis (DRP) sNDA filing of Nuplazid that would preclude labeling and post-marketing requirement discussions, which were supposed to start on March 3. This is very disappointing news, especially because **(1)** this occurred so late in the review process, and **(2)** management indicated that the FDA has not informed the company of any further information or clarifications about these deficiencies despite Acadia reaching out multiple times. It's not likely that the FDA will resolve these issues with the company by the April 3 PDUFA date, so we would expect a delay in the PDUFA date. The stock traded at $24 before the positive Phase 3 HARMONY study results back in September 2019, so for the stock to trade in the $27-29 range in after-hours trading makes no sense to us. However, investors have been skeptical regarding the DRP indication ever since Acadia provided the investment community with a PDUFA date that wasn't reflective of a fast-track, high unmet need indication. Hence, we believe the extreme negative reaction in the stock is probably due to this history as well. We would not expect such an extreme reaction when the market opens tomorrow, but clearly the company will be in the penalty box until it can provide more information to the investment community. Our $63 PT includes $32 for the DRP indication, which assumes >$2B of additional sales at 100% POS, i.e., with the positive Phase 3 data and previous comments from management, we had assumed that this indication was going to get approved. At this point, we are making no changes to our model, but if the PDUFA date is extended, we will then adjust our financial model accordingly. We remain Outperform and at this depressed after-hours trading level of ~$27-29 we continue to recommend the stock. The risk/reward is very favorable at this level, in our view.

• **Incremental insights from the conference call:(1)** Management did indicate that the FDA had previously asked some questions regarding the Phase 2 supportive study related to investigator and sponsor oversight observations, and management has responded to these standard questions. **(2)** Also, at the end-of-Phase 2 meeting and at the pre-NDA meeting, management pointed out once again that the FDA agreed that one pivotal study (HARMONY) plus Phase 2 supportive data were sufficient for the sNDA, so it doesn't sound like that is an issue here. **(3)** Also, during the sNDA review, Acadia responded to two data requests which were not requests for new data, but rather clarifications on particular patient profiles (response and relapse info) in the HARMONY study. There also was one statistical analysis question regarding the SAS program and around calculations for certain p-values in the HARMONY trial. **(4)** Acadia clarified on the conference call that its sensitivity analyses were all confirmatory and supported the outcome of the Phase 2 study. **(5)** Management was transparent regarding the timeline of events up to this point. As of Feb. 18, Acadia reached out to the FDA and it indicated that they were on track for starting label discussions on March 3 and there was no indication of deficiencies at that time; thus, it seems something was identified between that date and March 3. **(6)** Management indicated that regarding its Nuplazid PDP

**Key Stats:** (NASDAQ: ACAD)

| | |
|---|---|
| Sector: | Biopharma / Neuroscience |
| S&P 500 Health Care Index: | 1,311.39 |
| Price: | $45.78 |
| 52 Week High: | $58.72 |
| 52 Week Low: | $30.02 |
| Shares Outstanding (mil): | 159.3 |
| Market Capitalization (mil): | $7,292.8 |

Completion: March 08, 2021, 8:27PM EDT.
Distribution: March 08, 2021, 8:27PM EDT.

**Please refer to pages 4 - 6 for Important Disclosures, Price Charts and Analyst Certification.**

CONFIDENTIAL

March 8, 2021

**SVBLEERINK**

post-marketing commitments, it has completed 3 out of 4, and the 1 remaining controlled safety study was 80% fulfilled at the time of the submission (that is, 400/500 patients had been on Nuplazid out to 8 weeks). It clarified the interim data cut of this study was submitted with the standard 120-day update, and the data reiterated the safety profile of Nuplazid seen in prior studies.

2

**ACADIA PHARMACEUTICALS INC.** March 8, 2021



**Valuation:**

Our $63 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 9% discount rate.

**Risks to Valuation:**

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• Nuplazid's following pivotal trials in schizophrenia negative symptoms don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

3

Leerink Partners – ACAD 0004652

**ACADIA PHARMACEUTICALS INC.** March 8, 2021



## Disclosures Appendix
## Analyst Certification

I, Marc Goodman, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



**Rating and Price Target History for: ACADIA Pharmaceuticals Inc. (ACAD) as of 03-08-2021**

| 03/05/18 D:SC:NA | 11/12/18 I:MP:$21 | 07/22/19 MP:$18 | 08/01/19 MP:$21 | 09/13/19 OP:$50 | 12/05/19 OP:$56 | 08/06/20 OP:$52 | 01/22/21 OP:$63 |

Leerink suspended coverage of ACAD on March 5, 2018.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

Our $63 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 9% discount rate.

## Risks to Valuation

• Nuplazid Rxs don't accelerate as much as expected with the new DTC campaign.

• Nuplazid's following pivotal trials in schizophrenia negative symptoms don't work.

• Payer pushback is significantly higher than we expect for Nuplazid's potential new DRP indication.

• Trofinetide in Rett syndrome has many new competitors that may steal share.

**4**

**ACADIA PHARMACEUTICALS INC.**  March 8, 2021



| Distribution of Ratings/Investment Banking Services (IB) as of 12/31/20 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 195 | 75.3 | 91 | 46.7 |
| HOLD [MP] | 61 | 23.6 | 6 | 9.8 |
| SELL [UP] | 3 | 1.2 | 0 | 0.00 |

## Explanation of Ratings

**Outperform (Buy): We expect this stock to outperform its benchmark over the next 12 months.**

**Market Perform (Hold/Neutral): We expect this stock to perform in line with its benchmark over the next 12 months.**

**Underperform (Sell): We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

5

**ACADIA PHARMACEUTICALS INC.** March 8, 2021



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. MEDACorp is a global network of independent healthcare professionals (Key Opinion Leaders and consultants) organized, administered and compensated by SVB Leerink to provide industry and market insights to SVB Leerink and its clients.

SVB Leerink LLC makes a market in ACADIA Pharmaceuticals Inc.

In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to ACADIA Pharmaceuticals Inc.

This document may not be reproduced or circulated without our written authority.

© 2021 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

6

# EQUITY RESEARCH TEAM

**SVBLEERINK**

### RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Associate Director of Equity Research
(212) 277-6117
christian.clark@svbleerink.com

### DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Na Sun
(212) 277-6218
na.sun@svbleerink.com

### TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Gang Li, Ph.D.
(212) 277-6185
gang.li@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

### IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

### EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

### GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

### IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

### NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

### RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Kelly Girskis, Ph.D.
(617) 918-4838
kelly.girskis@svbleerink.com

### GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

### LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray, CFA
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

### MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

### MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

### HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

### EDITORIAL
#### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

#### SUPERVISORY ANALYSTS

Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2021 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**