

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEMS et al., *Individually and on Behalf of All Others Similarly Situated*, | Case No.:  21cv762-WQH (MSB) |
|---|---|
| Plaintiffs, | **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |
| v. | |
| ACADIA PHARMACEUTICALS INC., et al., | |
| Defendants. | |

On January 5, 2024, counsel for the parties jointly contacted the Court requesting an informal discovery conference.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **January 17, 2024**, at **10:00 a.m.**  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 137 271 420#.  No later than **12:00 p.m.** on **January 12, 2024**, the parties are **ORDERED** to exchange informal letter briefs of **no more than three pages**, outlining their positions on the dispute.  **Counsel may attach a copy of the relevant discovery responses** to the informal letter briefs.  The parties must also e-mail the briefs to the Court at

1

efile_berg@casd.uscourts.gov by the deadline.

**IT IS SO ORDERED.**

Dated:  January 8, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

21cv762-WQH (MSB)