# Exhibit D

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

--------------------------------*

CITY OF BIRMINGHAM RELIEF AND

RETIREMENT SYSTEM and OHIO         Case number:

CARPENTERS' PENSION FUND,      3:21-cv-00762-WQH-MSB

Individually and on Behalf of

All Others Similarly Situated,

               Plaintiffs,

     vs.

ACADIA PHARMACEUTICALS INC.,

STEPHEN R. DAVIS, and SRDJAN

(SERGE) R. STANKOVIC,

              Defendants.

--------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

DEPOSITION OF RENÉ M. STULZ, Ph.D.

Friday, November 10, 2023

9:41 a.m.

Stenographically recorded by:

Josephine H. Fassett, RPR, CCR

Page 194

STULZ, Ph.D.

significance of the FDA having an advisory committee meeting or not holding an advisory committee meeting depends, in part, on whether the FDA has raised any questions about the efficacy of the clinical data that's been submitted?

MR. ADAMS:  Objection.

Q.   Or, I'll say, about whether the clinical data has shown efficiency.

A.   Remember that I was asked to do something very specific.  The company has allegations about what was known and what wasn't known.  I looked at the price impact of those allegations.  I'm not aware of allegations that have to do with this.

Q.   And, again, the allegations you looked at are from a complaint that was filed in 2021, correct?

A.   I believe that the allegations I looked at are from the operating complaint.

Q.   Okay.

MR. ADAMS:  Is there some other complaint?

Q.   Well, my question is:  Do you have any understanding as to whether plaintiffs had the

EXHIBIT D PAGE 82

Page 195

STULZ, Ph.D.

opportunity to seek to file a further amended or updated complaint?

MR. ADAMS:  Sorry.  What was the question again?

MR. FREDERICKS:  Does he have an understanding, he may not, of whether plaintiffs will have the opportunity to seek to file a further amended complaint.

MR. ADAMS:  I'll object because he's not a lawyer, but you can answer.

A.    I was not asked anything or told anything about this.  I was asked to look at, I mean, to look at the allegations in the complaint, and I have said repeatedly I take those as given.  Then I studied the implications for price impact of those allegations.

Q.    Okay.

MR. ADAMS:  Are you planning to amend your complaint?

MR. FREDERICKS:  We're certainly reserving our right to do so, but that's not for purposes of this deposition.

MR. ADAMS:  Well, it is, because we're going down this path of briefing class

EXHIBIT D PAGE 83

Page 196

STULZ, Ph.D.

cert, right?  And if you're going to materially alter your complaint, we're going to have to go through this process again.

MR. FREDERICKS:  Well, we can have this discussion when it's not chewing into Dr. Stulz's deposition.

MR. ADAMS:  You brought it up about an amended complaint.

MR. FREDERICKS:  Well, of all the things that are not relevant to today's proceedings, that would be high on the list.

MR. ADAMS:  Yeah, behind this email the entire discussion about it.

BY MR. ADAMS:

Q.  And just looking at the last email in this chain on July 28, it's the first one on the document.  Mr. Lee writes, "We will not be scheduling a t-con," that I think is a reference to a telephone conference that Ms. Brandt had requested.

And he goes on to write, "Your application did not receive priority review

EXHIBIT D PAGE 84

Page 268

C E R T I F I C A T E

I, JOSEPHINE H. FASSETT, a Registered Professional Reporter, Certified Court Reporter, and Notary Public of the states of New York and New Jersey, do hereby certify that the witness, whose stenographically recorded deposition is hereinbefore set forth, was first duly sworn by me on the date indicated, and that the foregoing stenographically recorded deposition is a true and accurate record of the testimony given by such witness.

I FURTHER CERTIFY that I am not employed by nor related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have subscribed my hand this 15th day of November 2023.

JOSEPHINE H. FASSETT, RPR, CCR

NCRA License No. 32148

CCR License No. 30XI00098400

New York Notary Public

New Jersey Notary Public