UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS, et al., *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., et al., <br><br> Defendants. | Case No. 21cv762-WQH (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES [ECF NO. 129]** |

Before the Court is the parties' second Joint Motion to Extend Fact Discovery Deadlines ("Joint Motion"). [ECF No. 129]. Although the deadline to serve interrogatories, requests for admission, and document production had already passed when the parties filed their Joint Motion on January 26, 2024, the Court finds good cause is shown in this instance. The parties are expected to seek extensions in a timely manner moving forward.

Accordingly, the Court **GRANTS** the Joint Motion and extends the fact discovery deadlines as follows:

1.       The deadline to serve interrogatories, requests for admission, and document production shall be extended from January 15, 2024 to **April 14, 2024.**

2.       The deadline to complete fact discovery shall be extended from March 15, 2024 to **June 13, 2024**.

**IT IS SO ORDERED.**

Dated:  January 29, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

ORDER GRANTING JNT MTN TO EXTEND
FACT DISCOVERY DEADLINES
CASE NO. 21CV762-WQH (MSB)