SCOTT+SCOTT
ATTORNEYS AT LAW LLP
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**PLAINTIFFS' NOTICE OF INTENT TO USE DEMONSTRATIVE HANDOUT AT ORAL ARGUMENT ON MOTION FOR CLASS CERTIFICATION**<br><br>Hon. William Q. Hayes<br>Courtroom 14B<br>Argument: Feb. 28, 2024, 2:00 PM |

Plaintiffs respectfully submit this notice to inform the Court and Defendants of their intent to use the attached demonstrative handout ("Demonstrative") during oral argument on Plaintiffs' motion for class certification, which is scheduled for February 28, 2024, at 2:00 PM.  The Demonstrative consists of various excerpts from the record that directly contradict a new argument that Defendants raised in their Surreply in Opposition to Class Certification, Dkt. No. 126 ("Surreply").

Specifically, in their Surreply Defendants accuse Plaintiffs of having "***abandon[ed]***" and "***rewrit[ten]"*** their "entire theory of fraud" by converting it into "a dispute about whether Defendants misled investors by failing to [adequately] disclose [the terms]" of Acadia's "agreement" with the FDA—whereas Defendants have somehow always understood that Plaintiffs had only alleged that there was never ***any*** agreement with the FDA.  Surreply at 1, 5.  Defendants now claim to be "dumbfound[ed]" by Plaintiffs' "new unpled theory of fraud."  *Id*. at 1, 7.

But it is Defendants' Surreply that is dumbfounding, as their argument ignores the extensive record in this Action which shows that Plaintiffs have ***always*** pursued claims based on Defendants' misleading statements concerning the existence, ***<u>or terms of</u>*** an agreement with the FDA (*see, e.g.*, Demonstrative Nos. 2-11,18-20), and that this Court has always had the same understanding (*see, e.g.*, Demonstrative Nos. 12-17, 21-24).  Indeed, Defendants' feigned ignorance of Plaintiffs' theory of fraud is belied by their own statements at oral argument in 2022 on the motion to dismiss when—after the Court asked Defendants' counsel point-blank "[P]laintiffs allege, well, there must not have been an agreement ***<u>or your client mischaracterized the agreement</u>***[,] [f]air to say?"—Defendants' counsel responded, ***"[T]hat is what they are . . . alleging, <u>exactly</u>*.**"  Sept. 9, 2022, Hr'g Tr. 6:21-7:1, Dkt. No. 88 (Demonstrative No. 1).

Plaintiffs respectfully submit that the Demonstrative will assist the Court in assessing Defendants' newly raised assertions at the February 28 oral argument.

PLAINTIFFS' NOTICE RE ORAL ARGUMENT
NO. 3:21-CV-00762-WQH-MSB

DATED:  February 26, 2024

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ William C. Fredericks

William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jacob B. Lieberman (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ilieberman@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

PLAINTIFFS' NOTICE RE ORAL ARGUMENT
NO. 3:21-CV-00762-WQH-MSB

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com
amccall@zlk.com

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*