COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone:  +1 206 452 8700
Facsimile:   +1 206 452 8800

Attorneys for Defendants Acadia Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEMS and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-cv-00762-WHQ-MSB <br><br> **STATEMENT NOTING DEATH OF DEFENDANT SRDJAN (SERGE) R. STANKOVIC** <br><br> Courtroom: 2C <br> Judge: Hon. William Q. Hayes |

Pursuant to Federal Rule of Civil Procedure 25(a), Defendants respectfully submit this statement noticing the death of Defendant Srdjan R. Stankovic on December 29, 2023, during the pendency of this action. Attached hereto as **Exhibit A** is a true and correct copy of the certificate of death issued by the Registrar of the City of Boston, Massachusetts.

Dated:       April 12, 2024                COOLEY LLP

                                           By: */s/ Peter M. Adams*
                                               Peter M. Adams (243926)

                                           *Attorneys for Defendants Acadia Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic*

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:　　　April 12, 2024　　　COOLEY LLP

By: */s/ Peter M. Adams*
　　Peter M. Adams (243926)

*Attorneys for Defendants Acadia Pharmaceuticals Inc., Stephen R. Davis, and Srdjan (Serge) R. Stankovic*