# EXHIBIT A

CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# The Commonwealth of Massachusetts

1377790





Commonwealth of Massachusetts
Registry of Vital Records and Statistics
## CERTIFICATE OF DEATH

| State File # | 2023 061271 |
|---|---|
| Registered # | 8191 |

ILLEGAL TO ALTER OR REPRODUCE

VOID IF ALTERED OR ERASED

**DECEDENT**

| | |
|---|---|
| Place of Death | 1 FRANKLIN STREET, UNIT 3601, BOSTON, MA |
| Date of Death | DECEMBER 29, 2023 |

Age **67 YRS**    Sex **MALE**

| | |
|---|---|
| Current Name | STANKOVIC , SRDJAN RATKO |
| Surname at Birth or Adoption | STANKOVIC |

SSN **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**

AKA ---

| | | |
|---|---|---|
| Date of Birth | **AUGUST 28, 1956** | Birthplace **LESKOVAC, SERBIA** |
| Residence | **1 FRANKLIN STREET, UNIT 3601, BOSTON, MASSACHUSETTS 02110** | |

| Race | Education |
|---|---|
| **WHITE** | **DOCTORATE OR PROFESSIONAL DEGREE** |

| Marital Status | Occupation/Industry |
|---|---|
| **MARRIED** | **EXECUTIVE/PHARMACEUTICAL** |

| Last Spouse – Last, First, Middle (Surname at Birth or Adoption) | Decedent: U.S. Veteran (Most Recent) |
|---|---|
| STANKOVIC, ANA (MILJKOVIC) | NO |

| Parent Name – Last, First Middle (Surname at Birth or Adoption) | Birthplace |
|---|---|
| STANKOVIC, JAVORKA (RISTIC) | SERBIA |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) | Birthplace |
| STANKOVIC, RATKO (STANKOVIC) | SERBIA |

**MEDICAL CERTIFIER**

Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause

| | Interval between onset and death |
|---|---|
| a. Immediate Cause (Final condition resulting in death) | |
| GASTROESOPHAGEAL CANCER | 46 MOS. |
| b. Due to or as a consequence of: | |
| --- | --- |
| c. Due to or as a consequence of: | |
| --- | --- |
| d. Due to or as a consequence of: | |
| --- | --- |

| Part II. Other significant conditions contributing to death but not resulting in underlying cause | Manner of Death: |
|---|---|
| --- | **NATURAL** |
| | Time of Death: **02:41 PM** |
| | Result of Injury: **NO** |

| Certifier SAMUEL J KLEMPNER, MD | Lic # 243585 |
|---|---|
| Addr. 55 FRUIT STREET, BOSTON, MASSACHUSETTS 02114 | |

**DISPOSITION**

| Funeral Licensee/ Designee DINO C MANCA | Lic # 7019 |
|---|---|
| Facility/Addr. J.S. WATERMAN LANGONE CHAPEL, BOSTON, MASSACHUSETTS | |

| | |
|---|---|
| Immediate Disposition | CREMATION |
| Date of Immediate Disposition | JANUARY 08, 2024 |
| Place/Address | SAINT MICHAEL CREMATORY, 500 CANTERBURY STREET, BOSTON, MASSACHUSETTS 02131 |

| Date of Record | JANUARY 04, 2024 |
|---|---|
| Date of Amendment | --- |

REGISTRAR, CITY OF BOSTON

DATE ISSUED:    *JANUARY 17, 2024*



I, the undersigned, hereby certify that I am the Registrar of the City of Boston; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.

Registrar
City of Boston

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED