

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., et al., <br><br> Defendants. | Case No.:  21cv762-WQH (MSB) <br><br> **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On May 20, 2024, counsel for the parties jointly contacted Judge Berg's chambers to request an informal discovery conference.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **May 28, 2024**, at **9:30 a.m.**  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 326 612 616 #.

Additionally, no later than **12:00 p.m.** on **May 21, 2024**, Plaintiffs are **ORDERED** to lodge an informal letter brief of **no more than three pages**, outlining their position. Defendants are **ORDERED** to lodge a response letter brief of **no more than three pages** by **May 23, 2024** at **5:00 p.m.**

//

21cv762-WQH (MSB)

The informal letter briefs are to be exchanged between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  May 20, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

21cv762-WQH (MSB)