UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEMS, et al., | Case No.:  21cv762-WQH (MSB) |
| Plaintiffs, | **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |
| v. | |
| ACADIA PHARMACEUTICALS INC., et al., | |
| Defendants. | |

On May 13, 2024, counsel for the parties jointly contacted Judge Berg's chambers to request an informal discovery conference.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **June 24, 2024**, at **11:00 a.m.**  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 991 099 598#.

Additionally, no later than **5:00 p.m.** on **June 20, 2024**, Plaintiffs are **ORDERED** to lodge an informal letter brief of **no more than three pages**, outlining their position. Defendants are **ORDERED** to lodge a response letter brief of **no more than three pages** by **June 21, 2024** at **5:00 p.m.**

//

21cv762-WQH (MSB)

The informal letter briefs are to be exchanged between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  June 14, 2024

Honorable Michael S. Berg
United States Magistrate Judge

21cv762-WQH (MSB)