UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO SEEK INFORMAL DISCOVERY CONFERENCE [ECF NO. 152]** |

The Court has considered the parties' Joint Motion to Extend the Deadline to Seek Informal Discovery Conference ("Joint Motion") and, for good cause shown, **GRANTS** the Joint Motion as follows:

The deadline to request an informal discovery conference regarding Defendants' Interrogatory Responses shall be extended to July 8, 2024.

**IT IS SO ORDERED.**

Dated:  June 21, 2024



Honorable Michael S. Berg
United States Magistrate Judge

1