UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC,

Defendants.

Case No.: 21-cv-762-WQH-MSB

**ORDER**

HAYES, Judge:

IT IS HEREBY ORDERED that Joint Motion to Extend Deadline to Seek Leave to Substitute (ECF No. 155) is granted as follows: The deadline for the Parties to file a motion to substitute pursuant to Federal Rule of Civil Procedure 25(a) is extended up to and including October 9, 2024.

Dated:  July 1, 2024

Hon. William Q. Hayes
United States District Court

1

21-cv-762-WQH-MSB