UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, *Individually and On Behalf of All Others Similarly Situated,*

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC., et al.,

Defendants.

Case No. 21cv762-WQH (MSB)

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO SEEK INFORMAL DISCOVERY CONFERENCE [ECF NO. 157]**

Before the Court is the parties' second Joint Motion to Extend Deadlines to Seek Informal Discovery Conference ("Joint Motion"). (ECF No. 157.) In it, the parties explain that they are requesting a second extension to seek an informal discovery conference for Plaintiffs' Third Set of Interrogatories because, although the parties have been meeting and conferring, Defendants need extra time to respond to Plaintiffs' requests. For good cause shown, the Court **GRANTS** the Joint Motion as follows:

//

1

The deadline to request an informal discovery conference regarding Defendants' Interrogatory Responses shall be extended to July 15, 2024. However, the Court recognizes that the deadline to complete fact discovery is currently set to also be July 15, 2024. (ECF No. 145.) Accordingly, the parties would not be able to file any fact discovery motions after that date, if the Court is unable to informally resolve any dispute. In the event that the parties need to file a motion related to Plaintiffs' Third Set of Interrogatories, the Court will narrowly allow an extension for the close of fact discovery for issues related to that set only.

**IT IS SO ORDERED.**

Dated:  July 8, 2024

Honorable Michael S. Berg
United States Magistrate Judge