UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF
RETIREMENT SYSTEMS, et al.,
*Individually and On Behalf of All Others
Similarly Situated*,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC.,
et al.,

Defendants.

Case No. 21cv762-WQH (MSB)

**ORDER ON JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES [ECF NO. 159]**

Before the Court is the parties' fourth Joint Motion to Extend Fact Discovery Deadlines ("Joint Motion"), which was filed on July 15, 2024. (ECF No. 159.) As it stands, the close of discovery was July 15, 2024. (ECF No. 145.) It is disappointing that the Court must, for a second time, remind the parties to timely request continuances. (See ECF No. 130.) This is also the third request to extend the deadline to seek an informal discovery conference for Plaintiffs' Third Set of Interrogatories. The Court granted the parties' last request on July 8, 2024, in which it stated that the close of fact discovery deadline would be narrowly extended to accommodate these issues. (ECF No. 158.) Despite being on specific notice of

this for a week, the parties waited until the last minute to request a wider scope for the discovery extension. The parties explain that they are seeking this broader extension because there are ongoing issues with the deposition of the Director of the FDA's Office of Division of Psychiatry and Plaintiffs wish to depose six third-party fact witnesses that were included in Defendants' June 20, 2024 amended initial disclosures. (ECF No. 159 at 2.)

Notwithstanding the parties' delay, the Court finds good cause and **GRANTS** the Joint Motion. Indeed, to encourage timely requests in the future, the Court is allowing the parties more time to resolve the discovery issues identified in their Joint Motion. The fact discovery deadlines shall be extended as follows:

1.      The deadline for the parties to seek an informal discovery conference on Plaintiffs' Third Set of Interrogatories is extended from July 15, 2024 to **August 5, 2024**. If the parties are unable to independently come to a solution by that date, they must jointly call Judge Berg's chambers.

2.      An extension for all fact discovery is unwarranted here. The deadline to complete discovery with regard to the depositions and interrogatory responses described in the Joint Motion shall be extended from July 15, 2024 to **October 9, 2024**.

Moving forward, any requests for a continuance that are made less than seven calendar days before the deadline shall be denied absent good cause.

**IT IS SO ORDERED.**

Dated: July 16, 2024

Honorable Michael S. Berg
United States Magistrate Judge

21CV762-WQH (MSB)