UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS, et al., *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER ON JOINT MOTION TO EXTEND PRETRIAL DEADLINES [ECF NO. 165]** |

Before the Court is the parties' fourth Joint Motion to Extend Pretrial Deadlines ("Joint Motion"), which was filed on October 7, 2024. (ECF No. 165.) As it stands, the close of discovery was July 15, 2024. (ECF No. 145.) In it, the parties explain that they have been diligently working on an agreement to conduct a third-party deposition of Dr. Tiffany Farchione, the Director of FDA's Office of Division of Psychiatry. (Id at 2.) However, Dr. Farchione is not available until January 14, 2025. (Id. at 3.) Accordingly, since Dr. Farchione's testimony is related to a central disputed issue in the action, the parties asked the Court to extend the remaining deadlines.

**21CV762-WQH (MSB)**

After consulting with the chambers of Judge William Q. Hayes and finding good cause, the Court **GRANTS** the Joint Motion. The deadlines shall be extended to the following:

1. The deadline for exchange of rebuttal experts shall be extended from October 16, 2024 to **March 5, 2025**.

2. The deadline by which each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure shall be extended from November 15, 2024 to **March 28, 2025**.

3. The deadline for any party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) shall be extended from November 29, 2024 to **April 4, 2025**.

4. The deadline by which all expert discovery shall be completed by all parties shall be extended from January 20, 2025 to **May 16, 2025**.

5. The deadline by which all other pretrial motions must be filed shall be extended from March 6, 2025 to **June 18, 2025**.

6. The date on which a mandatory settlement conference shall be conducted in the chambers of **Magistrate Judge Michael S. Berg** shall be changed from July 10, 2025 to **October 22, 2025** at **9:30 a.m. pacific time**.

7. The deadline by which the Parties shall submit confidential settlement statements to Magistrate Judge Berg's chambers shall be extended from July 3, 2025 to **October 15, 2025**.

8. The deadline by which counsel shall comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) shall be extended from August 6, 2025 to **November 18, 2025**.

9. The date on which counsel shall meet and take the action required by Local Rule 16.1(f)(4) shall be changed from August 13, 2025 to **November 25, 2025**.

10. The deadline by which plaintiffs' counsel must provide opposing

counsel with a proposed pretrial order for review and approval shall be extended from August 20, 2025 to **December 1, 2025**.

11. The deadline by which the Proposed Final Pretrial Conference Order, including objections any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge shall be extended from August 27, 2025 to **December 5, 2025**.

12. The date on which the final Pretrial Conference is scheduled shall be changed from September 3, 2025 to **December 12, 2025** at **9:00 a.m. pacific time**.

All other guidance in the Scheduling Order [ECF No. 145] shall remain unchanged.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28