LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com
Telephone: (203) 992-4523
Facsimile: (212) 363-7171

*Counsel for Additional Plaintiff Ohio
Carpenters' Pension Fund*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-cv-00762-WQH-MSB<br><br>**JOINT MOTION TO SUBSTITUTE**<br><br>Judge: Hon. William Q. Hayes |

Lead Plaintiff City of Birmingham Relief and Retirement System ("Lead Plaintiff") and additional Plaintiff Ohio Carpenters' Pension Fund (collectively, "Plaintiffs,") and Defendants Acadia Pharmaceuticals, Inc. ("Acadia"), Stephen R. Davis ("Davis"), and Srdjan (Serge) R. Stankovic (the "Decedent," and collectively with Acadia and Davis, "Defendants," and together with Plaintiffs, the "Parties"), stipulate and propose as follows:

WHEREAS, on April 12, 2024, Defendants filed a Statement Noting Death of Defendant Srdjan (Serge) R. Stankovic (ECF No. 146) (the "Statement");

WHEREAS, the Statement attached a Certificate of Death issued by the Commonwealth of Massachusetts (*id.*);

WHEREAS, pursuant to Federal Rule of Civil Procedure 25(a), the deadline for any party to file a motion for substitution of a representative in place of the Decedent was originally ninety days after the Statement was filed, or July 11, 2024;

WHEREAS, on June 26, 2024, the Parties filed a Joint Motion to Extend Deadline to Seek Leave to Substitute (ECF No. 155) (the "First Joint Motion"), requesting that the Court extend the deadline to file a motion for substitution of a representative in place of the Decedent up to and including October 9, 2024;

WHEREAS, on June 28, 2024, in-house counsel for Lead Plaintiff filed a Petition for Formal Probate, in the Trial Court, Probate and Family Court, of the Commonwealth of Massachusetts (the "Probate Court"), Docket: SU24P1358EA (the "Probate Action"), thereby opening probate proceedings as to the Decedent's estate;

WHEREAS, on July 1, 2024, the Court entered an Order (ECF No. 156) granting the First Joint Motion and extending the deadline to file a motion for substitution of a representative in place of the Decedent up to and including October 9, 2024;

WHEREAS, on August 21, 2024, with agreement from Plaintiffs, Ana Stankovic, the Decedent's wife, filed a Motion for Appointment of Special Personal

JOINT MOTION TO SUBSTITUTE
CASE NO. 3:21-CV-00762-WQH-MSB

Representative (the "SPR Motion") in the Probate Action requesting, *inter alia*, that she be appointed as Special Personal Representative with regard to the Decedent's estate;

WHEREAS, on October 7, 2024, the Probate Court filed an order dated October 2, 2024, appointing Ana Stankovic as Special Personal Representative in the Probate Action (Exhibit 1 hereto);

WHEREAS, Ana Stankovic, in her capacity as Special Personal Representative, is authorized under Massachusetts law to be substituted in the above-captioned action for the Decedent as a defendant party (*see* Mass. Gen. Laws ch. 190 §3-617, 715(a)(22), 715(b));

WHEREAS, pursuant to Federal Rule of Civil Procedure 25, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party" upon the motion of "any party or by the decedent's successor or representative" (Fed. R. Civ. P. 25(a)(1));

WHEREAS, claims arising under the federal securities laws "are not extinguished upon [the Decedent's] death, but instead survive and vest in his beneficiary" (*Resh v. China Agritech, Inc.*, 2019 U.S. Dist. LEXIS 42124, at *4 (C.D. Cal. Jan. 8, 2019) (citing cases));

WHEREAS, the Parties jointly move for an order that Ana Stankovic, in her capacity as Special Personal Representative, be substituted for the Decedent as a party defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval:

Ana Stankovic, in her capacity as Special Personal Representative, shall be substituted as a party defendant for Srdjan (Serge) R. Stankovic.

JOINT MOTION TO SUBSTITUTE
CASE NO. 3:21-CV-00762- WQH -MSB

October 9, 2024

October 9, 2024

/s/ Koji F. Fukumura

/s/ Gregory M. Potrepka

Koji F. Fukumura

Gregory M. Potrepka

COOLEY LLP
Koji F. Fukumura (189719)
Michael A. Attanasio (151529)
Peter M. Adams (243926)
Heather M. Speers (305380)
Matthew D. Martinez (333932)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
kfukumura@cooley.com
mattanasio@cooley.com
padams@cooley.com
hspeers@cooley.com
mmartinez@cooley.com

Christopher B. Durbin (218611)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452-8700
Facsimile: (206) 452-8800
cdurbin@cooley.com

*Counsel for Defendants Acadia Pharmaceuticals, Inc. and Stephen R. Davis*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com

Adam M. Apton (316506)
445 S. Figueroa St., 31st Floor
Los Angeles, CA 90071
aapton@zlk.com
Telephone: (213) 985-7290
Facsimile: (212) 363-7171

*Counsel for Additional Plaintiff Ohio Carpenters' Pension Fund*

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

Amanda F. Lawrence (*pro hac vice*)

Jacob B. Lieberman (*pro hac vice*)
Jessica Casey (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
alawrence@scott-scott.com
jlieberman@scott-scott.com
jcasey@scott-scott.com

John T. Jasnoch (281605)
Cornelia J.B. Gordon (320207)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
cogrdon@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the other signatory shown above, and that all signatories have authorized placement of their electronic signature on this document.

/s/ Gregory M. Potrepka

Gregory M. Potrepka (*pro hac vice*)

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:    October 9, 2024          LEVI & KORSINSKY, LLP

By: */s/ Gregory M. Potrepka*
Gregory M. Potrepka (*pro hac vice*)

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*

JOINT MOTION TO SUBSTITUTE
CASE NO. 3:21-CV-00762- WQH -MSB