UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF
AND RETIREMENT SYSTEM; and
OHIO CARPENTERS' PENSION
FUND, Individually and On Behalf of
All Others Similarly Situated,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS,
INC.; STEPHEN R. DAVIS; and
SRDJAN (SERGE) R. STANKOVIC,

Defendants.

Case No. 3:21-cv-762-WQH-MSB

**ORDER**

HAYES, Judge:

On October 4, 2024, the parties filed a Second Joint Motion To Extend Deadline to Seek Leave to Substitute. (ECF No. 164.) On October 9, 2024, the parties filed a Joint Motion To Substitute Party, requesting Ana Stankovic, in her capacity as Special Personal Representative, be substituted as a party defendant for Defendant Srdjan (Serge) R. Stankovic. (ECF No. 167.)

IT IS HEREBY ORDERED that the Parties' Joint Motion to Substitute Party (ECF No. 167) is granted pursuant to Federal Rule of Civil Procedure 25(a)(1). Ana Stankovic, in her capacity as Special Personal Representative, shall be substituted as

a party defendant for Srdjan (Serge) R. Stankovic. Accordingly, the Parties' Second Joint Motion To Extend Deadline to Seek Leave to Substitute (ECF No. 164) is denied as moot.

Dated:  October 17, 2024

_____
Hon. William Q. Hayes
United States District Court

3:21-CV-762-WQH-MSB