UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS AND OHIO CARPENTERS' PENSION FUND, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO SEEK INFORMAL DISCOVERY CONFERENCE [ECF NO. 169]** |

Before the Court is the parties' Joint Motion to Extend Deadlines to Seek Informal Discovery Conference ("Joint Motion"). (ECF No. 169.)  In it, the parties explain that they are requesting an extension to seek an informal discovery conference regarding each respective parties' responses to contention interrogatories.  (Id. at 1-2.)  They explain that this extension would not affect any other case management deadlines.  (Id. at 2.)  For good cause shown, the Court **GRANTS** the Joint Motion as follows:

The deadline to request an informal discovery conference regarding the contention interrogatory responses shall be extended to **November 22, 2024**.

Moving forward, if the parties need extensions to request an informal discovery conference for these contention interrogatory responses, or other outstanding discovery matters, the parties shall jointly call the chambers of Magistrate Judge Michael S. Berg instead of file a motion.

**IT IS SO ORDERED.**

Dated:  October 21, 2024

Honorable Michael S. Berg
United States Magistrate Judge

2                                       21cv762-WQH (MSB)