# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS, et al., *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 21cv762-WQH (MSB)<br><br>**ORDER ON JOINT MOTION TO EXTEND PRETRIAL DEADLINES [ECF NO. 173]** |

Before the Court is the parties' fifth Joint Motion to Extend Pretrial Deadlines ("Joint Motion"), which was filed on January 28, 2025. (ECF No. 173.) In it, the parties explain that two of Plaintiffs' experts were affected by the recent wildfires in Los Angeles and require more time to complete and exchange their expert reports. (Id. at 2.) The parties also conferred and agreed on the most suitable remaining deadlines. (Id.)

After consulting with the chambers of Judge William Q. Hayes and finding good cause, the Court **GRANTS** the Joint Motion. The deadlines shall be extended to the following:

1. The deadline for exchange of rebuttal experts shall be extended from March 5, 2025 to **March 27, 2025**.

2. The deadline by which each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure shall be adjourned consistent with the Parties' schedule for expert disclosures as outlined herein.

3. The deadline for any party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) shall be extended from April 4, 2025 to **May 1, 2025**.

4. The deadline by which all expert discovery shall be completed by all parties shall be extended from May 16, 2025 to **June 13, 2025**.

5. The deadline by which all other pretrial motions must be filed shall be extended from June 18, 2025 to **August 1, 2025**.

6. The deadline by which the Parties shall submit confidential settlement statements to Magistrate Judge Berg's chambers shall be extended from October 15, 2025 to **December 5, 2025**.

7. The date on which a mandatory settlement conference shall be conducted in the chambers of Magistrate Judge Michael S. Berg shall be changed from October 22, 2025 to **December 12, 2025** at **9:30 a.m. pacific time**.

8. The deadline by which counsel shall comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) shall be extended from November 18, 2025 to **January 22, 2026**.

9. The date on which counsel shall meet and take the action required by Local Rule 16.1(f)(4) shall be changed from November 25, 2025 to **January 29, 2026**.

10. The deadline by which plaintiffs' counsel must provide opposing counsel with a proposed pretrial order for review and approval shall be extended from December 1, 2025 to **February 5, 2026**.

11. The deadline by which the Proposed Final Pretrial Conference Order, including objections any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge shall be extended from December 5, 2025 to **February 13, 2026**.

12. The date on which the final Pretrial Conference is scheduled shall be changed from December 12, 2025 to **February 20, 2026** at **9:00 a.m. pacific time**.

All other guidance in the Scheduling Order [ECF No. 145] shall remain unchanged.

**IT IS SO ORDERED.**

Dated: February 3, 2025

Honorable Michael S. Berg
United States Magistrate Judge