UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-cv-762-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On March 11, 2024, the Court issued an Order granting the Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 108) filed by Plaintiffs City of Birmingham Relief and Retirement System and Ohio Carpenters' Pension Fund (collectively, "Plaintiffs"). The Court certified the following class pursuant to Federal Rule of Civil Procedure 23:

> All persons and entities who purchased or otherwise acquired shares of Acadia common stock during the period from September 9, 2019 through April 4, 2021 (inclusive), and were damaged thereby. Excluded from the Class are (i) Defendants; (ii) the past and current officers and directors of Acadia; (iii) the immediate family members, legal

representatives, heirs, parents, subsidiaries, predecessors, successors, and assigns of any excluded person or entity; and (iv) any entity in which any excluded person(s) have or had a majority ownership interest, or that is or was controlled by any excluded person or entity.

*Id.*, at 6–7, 35.

On March 25, 2025, Plaintiffs filed the Unopposed Motion for Approval of Proposed Plan for Dissemination of Notice of Pendency of Class Action (the "Unopposed Motion"). (ECF No. 175.)

IT IS HEREBY ORDERED that the Unopposed Motion (ECF No. 175) is granted. The Court orders as follows:

1. The Court appoints A.B. Data, Ltd. (the "Notice Administrator") as the third-party administrator who will administer Plaintiffs' Notice Plan;

2. The Court approves, as to form and substance, the proposed forms of the Postcard Notice (the "Postcard Notice"), the Summary Notice of Pendency of Class Action (the "Summary Notice"), and the Notice of Pendency of Class Action (the "Notice" and, together with the Postcard Notice and Summary Notice, the "Notices") (ECF Nos. 175-3–175-5);

3. The dissemination of the proposed Notices, in accord with the Notice Plan set forth below, constitute the best notice that is practicable under the circumstances;

4. Within fourteen (14) days of the date of entry of this Order, Acadia shall provide to, or cause its stock transfer agent to provide to Scott+Scott Attorneys at Law LLP ("Class Counsel") the Certified Class Member List, containing the names and addresses (and email addresses, if possible) of any potential Class Members;

5. Within twenty-one (21) days of receipt of the Certified Class Member List, the Notice Administrator shall establish a website for the purpose of facilitating notice to the Class and will post the Notice on that website;

6. Within twenty-one (21) days of receipt of the Certified Class Member List, the Notice Administrator shall mail the Postcard Notice by First-Class mail to all persons and entities listed on the Certified Class Member List;

7. Within twenty-one (21) days of receipt of the Certified Class Member List, the Notice Administrator shall cause the Summary Notice to be published in The Wall Street Journal and transmitted over PR Newswire;

8. Within twenty-one (21) days of receipt of the Certified Class Member List, the Notice Administrator shall make the Summary Notice available on the DTC Electronic Legal Notice system;

9. Within forty-five (45) days of the entry of this Order, Class Counsel shall file proof of mailing and publication of the Postcard Notice and Summary Notice with the Court;

10. Class members shall have sixty (60) days from the date of mailing of the Postcard Notice to exclude themselves from this action, pursuant to the procedure described in the Notice;

11. No later than fifteen (15) business days following the deadline for requesting exclusion, the Notice Administrator shall file a declaration with the Court describing its notification efforts and providing a list of all persons and entities who have requested exclusion from the class; and

12. The costs of the notice process shall be borne by Plaintiffs, and not by Defendants.

**IT IS SO ORDERED.**

Dated: April 15, 2025

Hon. William Q. Hayes
United States District Court