**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com

*Class Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | No. 3:21-cv-00762-WQH-MSB <br><br> **DECLARATION OF ROCHELLE TEICHMILLER REGARDING MAILING AND PUBLICATION OF CLASS NOTICE** <br><br> Hon. William Q. Hayes |

I, Rochelle Teichmiller, declare as follows:

1.     I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Order Approving Class Notice dated April 15, 2025 (ECF No. 177) (the "Notice Order"), the Court approved the retention of A.B. Data as the Notice Administrator for the above-captioned action (the "Action").

2.     I submit this declaration to provide the Court with proof of dissemination of the Court-approved Postcard Notice and the Notice of Pendency of Class Action (the "Notice"), and the publication of the Summary Notice of Pendency of Class Action (the "Summary Notice"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do, I could and would testify competently thereto.

## MAILING OF THE CLASS NOTICE

3.     Pursuant to the Notice Order, on May 19, 2025, A.B. Data mailed the Postcard Notice by First Class mail to all potential class members. A copy of the Postcard Notice is attached to this declaration as Exhibit 1.

4.     On April 29, 2025, A.B. Data received a data file which contained the names, addresses, and email addresses of record holders of Acadia common stock. This information contained 59 unique entries for potential Class Members. On May 19, 2025, A.B. Data caused the Postcard Notice to be sent by first class mail to these 59 potential Class Members.

5.     As in most class actions of this nature, the large majority of potential Class Members are beneficial purchasers whose securities are held in "street name," i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. A.B. Data maintains a proprietary database with names and addresses of

1

the largest and most common banks, brokers, and other nominees (the "Nominee Database"). The Nominee Database is updated from time to time as new nominees are identified, and others go out of business. At the time of the initial mailing of the Postcard Notice, the Nominee Database contained 4,899 mailing records. On May 19, 2025, A.B. Data caused the Notice to be mailed to the 4,899 mailing records contained in the Nominee Database.

6.    In addition, on May 19, 2025, A.B. Data also delivered electronic copies of the Postcard Notice and the Notice of Pendency of Class Action ("Long-Form Notice") to 361 banks, brokers, and nominees for which A.B. Data has a registered email address. The email directed any brokers or other nominees who, between September 9, 2019 through April 4, 2021, inclusive, purchased or otherwise acquired shares of Acadia common stock for the beneficial interest of any persons or organization other than themselves, that they must either (a) within fourteen (14) calendar days of receiving notification, provide a list of the names, addresses to A.B. Data (in which case A.B. Data would mail the Postcard Notice to the identified potential Class Members); or (b) within fourteen (14) calendar days of notification: (i) request from the Notice Administrator sufficient copies of the Postcard Notice to mail to all such beneficial owners for whom email addresses are not available; and (ii) within fourteen (14) calendar days of receipt of the Postcard Notices from the Notice Administrator, mail them to such beneficial owners. Copies of the Long-Form Notice and the email sent to the banks, brokers, and nominees are attached to this declaration as Exhibits 2 and 3, respectively.

### **PUBLICATION OF THE SUMMARY NOTICE**

7.    A.B. Data caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over the *PR Newswire* on May 19, 2025. Copies of proof of publication of the Summary Notice are attached to this declaration as Exhibits 4 and 5, respectively.

2

8.    On May 19, 2025, A.B. Data also caused the Summary Notice to be available on the DTC Electronic Legal Notice system. A copy of the proof of publication on the DTC Electronic Legal Notice system is attached to this declaration as Exhibit 6.

## WEBSITE

9.    Beginning on May 19, 2025, A.B. Data established a website dedicated to this Action, www.AcadiaSecuritiesLitigation.com, to assist Class Members. The website address was set forth in the Postcard Notice, Notice, and the Summary Notice, and the Postcard Notice also included a QR Code that would call up the website when scanned. The website contains copies of the Notice, the operative Complaint, the Court's order certifying the Class, and the Notice Order, among other court documents. A.B. Data will continue operating, maintaining, and updating the case website as appropriate.

## TOLL-FREE TELEPHONE LINE

10.    On May 19, 2025, A.B. Data established and continues to maintain a case-specific, toll-free telephone number for the Action, 1-877-999-4595. The toll-free telephone line connects callers with an Interactive Voice Recording system ("IVR"). The IVR provides callers with pre-recorded information, including a summary of the Action and the option to request a copy of the Notice. In addition, Monday through Friday from 9 a.m. to 6 p.m. Eastern Time (excluding official holidays), callers to the toll-free telephone line can speak to a live operator to address questions about the Action.

11.    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on May 30, 2025.

/s/ Rochelle Teichmiller

Rochelle Teichmiller
Project Manager

3