# EXHIBIT 1

## Court-Ordered Legal Notice

*This notice may affect your legal rights.*
*Please read it carefully.*

Important Legal Notice Authorized by the United States District Court, Southern District of California about a Class Action.

**Please be advised that your rights may be affected by a class action lawsuit pending in the United States District Court for the Southern District of California if you acquired common shares of Acadia Pharmaceuticals, Inc. ("Acadia") during the period from September 9, 2019, through April 4, 2021.**

Scan QR Code for the detailed Notice regarding this Class Action.



*Acadia Securities Litigation*
c/o A.B Data, Ltd.
P.O. Box 173110
Milwaukee, WI 53217

Case 3:21-cv-00762-WQH-MSB    Document 178-1    Filed 05/30/25    PageID.4497    3 of 3

**For more information, visit: <u>www.AcadiaSecuritiesLitigation.com</u>, email: <u>info@AcadiaSecuritiesLitigation.com</u>, or call: 1-877-999-4595.**

Pursuant to a Court Order dated March 11, 2024, a class has been certified in the above-referenced class action ("Action") that is pending against Acadia Pharmaceuticals, Inc. ("Acadia"). IF YOU ARE IN THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS CASE. This notice advises you of basic information about your options. A long-form Notice is available at **<u>www.AcadiaSecuritiesLitigation.com</u>.**

**<u>How do I know if I am a Class Member?</u>** All persons and entities who purchased or otherwise acquired shares of Acadia common stock during the period from September 9, 2019, through April 4, 2021 (inclusive), and were damaged thereby. As is explained in the long-form Notice, certain individuals and entities (including Defendants and their family members) are excluded from the Class by definition.

**<u>What Are My Options?</u>** The Action is being litigated and no money has been recovered. **If you do nothing**, you will remain in the Class and, if there is a *future* recovery, you may be eligible for a payment if you submit a valid claim form. **If you remain in the Class**, you will be bound by all Court orders, whether favorable or unfavorable, and you may not pursue a lawsuit on your own with regard to any issues in the Action. **If you DO NOT want to be a Class Member** and be legally bound by what happens in the Action, **you must exclude yourself from the Class**. To exclude yourself from the Class, you must send a letter by mail saying that you want to be excluded from the Class in the following action: *City of Birmingham Relief and Retirement System v. Acadia Pharmaceuticals, Inc.*, **Case No. 21CV00762.** Be sure to include your name, address, email address, and telephone number, and sign the letter. Exclusion requests must also state the date, price, and number of shares of Acadia common shares you acquired. (You must also maintain your transaction records, as you may be requested to submit them at a later date.) Your exclusion request must be **received no later than July 18, 2025**, and sent to the Notice Administrator at: *Acadia Securities Litigation*, **EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217**. You cannot exclude yourself by phone or by email. If you make a proper request for exclusion, you will not be legally bound by anything that happens in this Action.

**<u>What Has Happened So Far?</u>** On August 21, 2023, Plaintiffs filed a motion for class certification and appointment of class representatives and class counsel. On March 11, 2024, the Court certified the Class, appointed the Class Representatives, and appointed the law firm of Scott+Scott Attorneys at Law LLP as "Class Counsel." The parties are currently engaged in fact and expert discovery. Pretrial motions are currently due on August 1, 2025, with briefing on those motions to continue through the summer of 2025. A final pretrial conference is currently scheduled for February 20, 2026. **A more detailed description of the Action and the claims asserted is contained in the long-form Notice available at <u>www.AcadiaSecuritiesLitigation.com</u>.**

**<u>Your Other Rights.</u>** Class Members are represented by Class Counsel. You will not be personally responsible for their fees and expenses. You may hire your own attorney, at your own expense. If you hire a lawyer to speak for you or to appear in Court, your lawyer must file a Notice of Appearance.

**PLEASE KEEP YOUR INVESTMENT RECORDS AND NOTIFY THE NOTICE ADMINISTRATOR OF ANY CHANGE IN ADDRESS.**

**Do not contact the Court, Defendants, or their counsel. All questions should be directed to the Notice Administrator or Class Counsel.**