# EXHIBIT 3

**Subject Line: Acadia Securities Litigation /Ticker Symbol ACAD CUSIP 004225108/ISIN US0042251084**

Good Morning/Afternoon:

Attached please find the Notice of Pendency of Class Action (the "Notice"), along with the Postcard Notice of Pendency of Class Action ("Postcard Notice") for the case entitled *City of Birmingham Relief and Retirement System, et. al. v. Acadia Pharmaceuticals, Inc., et. al.*, No. 21CV00762, pending in the United States District Court for the Southern District of California.

Pursuant to Page 5 of the Notice, If you acquired Acadia Pharmaceuticals, Inc ("Acadia") common shares (ticker: ACAD) during the period from September 9, 2019, through April 4, 2021, for the beneficial interest of a person or entity other than yourself, then you must either:

> (a)  within fourteen (14) calendar days of receipt of this notice, provide to the Notice Administrator the name and last known address of each person or entity for whom or which you purchased such common shares (preferably in electronic format (MS Excel or CSV file)); or
>
> (b)  within fourteen (14) calendar days of receipt of this notice, request from the Notice Administrator additional copies of the Postcard Notice (which will be provided to you free of charge) and send them to the beneficial owners/acquirers of the shares, within fourteen (14) calendar days of receipt, by First-Class Mail.

All communications concerning the foregoing should be addressed to the Notice Administrator. Regardless of whether you choose to complete the mailing yourself or elect to have the mailing performed for you, you may obtain reimbursement for, or advancement of, reasonable administrative costs actually incurred or expected to be incurred in connection with forwarding the Postcard Notice and which would not have been incurred but for the obligation to forward the Postcard Notice, upon request and submission of appropriate documentation to the Notice Administrator.

Copies of the Postcard Notice may also be obtained from the website maintained by the Notice Administrator, www.AcadiaSecuritiesLitigation.com, or by calling the Notice Administrator toll-free at (877) 999-4595, or by emailing the Notice Administrator at info@AcadiaSecuritiesLitigation.com.

Mailing labels, data files, requests for additional Notice Postcards and requests for reimbursement of expenses incurred (include supporting documentation) may also be sent to:

**ACADIA SECURITIES LITIGATION**
**c/o A.B. DATA, LTD.**
**ATTENTION: FULFILLMENT DEPARTMENT**
**PO BOX 173110**
**MILWAUKEE, WI 53217**

**Or:**

**ACADIA SECURITIES LITIGATION**
**c/o A.B. DATA, LTD.**
**ATTENTION:  FULFILLMENT DEPARTMENT**
**3410 WEST HOPKINS STREET**
**MILWAUKEE, WI  53216**

**1-877-999-4595**
**info@AcadiaSecuritiesLitigation.com**
**www.AcadiaSecuritiesLitigation.com**

If you wish to be removed from this e-list, please reply to this e-mail and write "Please Remove" in the subject line.

NOTICE ADMINISTRATOR