# EXHIBIT 5

# Scott+Scott Attorneys at Law LLP Announce a Notice of Pendency of Class Action in the Acadia Pharmaceuticals, Inc. Securities Litigation

---

SHARE THIS ARTICLE

NEWS PROVIDED BY
**Scott+Scott Attorneys at Law**
May 19, 2025, 10:00 ET

---

COLCHESTER, Conn., May 19, 2025 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br>Defendants. | No. 3:21-cv-00762-WQH-MSB |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

TO:   ALL PERSONS AND ENTITIES WHO ACQUIRED THE COMMON SHARES OF ACADIA PHARMACEUTICALS, INC. DURING THE PERIOD FROM SEPTEMBER 9, 2019, THROUGH APRIL 4, 2021.

**Please be advised that your rights may be affected by a class action lawsuit pending in the United States District Court for the Southern District of California if you acquired common shares of Acadia Pharmaceuticals, Inc. ("Acadia") during the period from September 9, 2019, through April 4, 2021.**

*A court authorized this notice.  This is not a solicitation from a lawyer.*

PLEASE TAKE NOTICE that, pursuant to a Court Order dated March 11, 2024, a class has been certified in a class action entitled *City of Birmingham Relief and Retirement System v. Acadia Pharmaceuticals, Inc.*, Case No. 21CV00762 (the "Action"), pending before Judge William Q. Hayes of the United States District Court for the Southern District of California (the "Court").

The Action is brought on behalf of all persons and entities who acquired Acadia common stock during the period from September 9, 2019, through April 4, 2021, and asserts claims under the federal Securities Exchange Act of 1934 (the "Exchange Act") against (1) Acadia; (2) Stephen R. Davis; and (3) Ana Stankovic (collectively, "Defendants").  Plaintiffs, on behalf of the Class, allege that all Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by making material misrepresentations and omissions concerning Acadia's supplemental New Drug Application ("sNDA") to expand the approved treatment indication for Acadia's flagship drug, pimavanserin.  Defendants deny all of these allegations, deny that they engaged in any wrongdoing, and deny that they have any liability or violated the Exchange Act.

The Court has decided that the Action should proceed as a class action on behalf of a Class that (subject to certain exclusions) consists of "All persons and entities who purchased or otherwise acquired shares of Acadia common stock during the period from September 9, 2019, through April 4, 2021 (inclusive), and were damaged thereby." Excluded from the Class are (i) each Defendant in the Action; (ii) the past and current officers and directors of Acadia; (iii) the immediate family members, legal representatives, heirs, parents, subsidiaries, predecessors, successors, and assigns of any excluded person or entity; and (iv) any entity in which any excluded person(s) have or had a majority ownership interest, or that is or was controlled by any excluded person or entity.

If you are a member of the Class, your rights may be affected by this Action.  If you have not received a detailed Notice of Pendency of Class Action ("Notice"), you may obtain copies by writing to the Notice Administrator at Acadia Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173110, Milwaukee, WI 53217, or by downloading this information at **www.AcadiaSecuritiesLitigation.com**. Inquiries, other than requests for a copy of the Notice, may be made to Class Counsel: Scott+Scott Attorneys at Law LLP, c/o Jacob Lieberman, 156 South Main Street, Colchester, CT 06415, tel. (800) 404-7770.

You have the right to request exclusion (opt out) from the Class. If you do not request exclusion from the Class, you will be bound by past and any future rulings of the Court on the claims asserted against the Defendants, even if there is no recovery.

IF YOU WISH TO REMAIN IN THE CLASS, YOU DO NOT HAVE TO DO ANYTHING AT THIS TIME. HOWEVER, IF YOU WISH TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION BY JULY 18, 2025, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.  ALL MEMBERS OF THE CLASS WHO DO NOT VALIDLY REQUEST EXCLUSION FROM THE CLASS WILL BE BOUND BY ALL OF THE DETERMINATIONS, INCLUDING ORDERS AND JUDGMENTS, THAT THE COURT HAS MADE OR WILL MAKE IN THIS ACTION, EVEN IF THERE IS NO RECOVERY.

**PLEASE DO _NOT_ CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: April 15, 2025

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOURCE Scott+Scott Attorneys at Law

## WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

**440k+**
Newsrooms & Influencers

**9k+**
Digital Media Outlets

**270k+**
Journalists Opted In

## GET STARTED

**Contact PR Newswire**

Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Chat with an Expert

Contact Us

**Products**

For Marketers
For Public Relations
For IR & Compliance
For Agency
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement

Global Sites

**My Services**

All New Releases
Online Member Center
ProfNet
Data Privacy

Do not sell or share my personal infor

• Submit via privacy@cision.com
• Call Privacy toll-free: 877-297-89