# EXHIBIT 6

**From:** noreplylegaltaxnotices@dtcc.com
**Sent:** Monday, May 19, 2025 12:47 PM
**To:** Shellie J. Teichmiller
**Subject:** Confirmation of Legal and Tax Notice Submission to DTC

**Dear User,**

Thank you for your recent Legal And Tax Notice(s) submission. You have successfully published Legal And Tax Notice(s). Details in the table below apply to CUSIPs / Issuer Names submitted.

EXTERNAL SENDER

| | |
|---|---|
| **Input Form** | Legal Notice |
| **Single Issue/Multi Issue** | Single CUSIP |
| **Notice Title** | Scott+Scott Attorneys at Law LLP Announce a Notice of Pendency of Class Action in the Acadia Pharmaceuticals, Inc. Securities Litigation |
| **CUSIP** | 004225108 |
| **Submitting Firm Name** | A.B. Data, Ltd. |
| **Notice Sub Type** | Litigation / Class Actions |
| **Contact Person or Group** | Acadia Securities Litigation |
| **Contact Email Address** | info@AcadiaSecuritiesLitigation.com |
| **Contact Phone Number** | +1 877-999-4595 |
| **Contact Website URL** | https://acadiasecuritieslitigation.com/ |
| **Created Date/Time(UTC)** | 2025-05-19 17:37:30.862546 |
| **Submission Date/Time (UTC)** | 2025-05-19 17:46:47.793661 |

Please do not reply to this email as this is not a monitored mailbox.