**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*
*and the Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO SUBSTITUTE EXPERT WITNESS**<br><br>Hon. Michael S. Berg<br>Courtroom: 2C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to CivLR 83.3(g), the Civil Pretrial and Trial Procedures of the Honorable William Q. Hayes, and §VII of the Civil Chambers Rules of the Honorable Michael S. Berg, Lead Plaintiff City of Birmingham Retirement and Relief System and additional Plaintiff Ohio Carpenters' Pension Fund (together, "Plaintiffs"), as soon as the matter may be heard, in Courtroom 2C before Judge Michael S. Berg, will and hereby do move the Court *ex parte* for an order granting Plaintiffs leave to substitute an expert witness for Dr. David Feigal.  This *ex parte* motion is made under Federal Rule of Civil Procedure 16 and the above-referenced rules, as well as all other applicable rules and laws. This motion is based on this *Ex Parte* Motion for Leave to Substitute Expert Witness, the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to Substitute Expert Witness, the Declaration of Amanda F. Lawrence in Support of Plaintiffs' Motion for Leave to Substitute Expert Witness, and any other matters properly before the Court.

DATED:  June 17, 2025

Respectfully submitted,

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

s/ Amanda F. Lawrence
Amanda F. Lawrence (pro hac vice)
Jacob B. Lieberman (pro hac vice)
Jessica M. Casey (pro hac vice)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
alawrence@scott-scott.com
jlieberman@scott-scott.com
jcasey@scott-scott.com

William C. Fredericks (pro hac vice)
Donald A. Broggi (pro hac vice)
Marc J. Greco (pro hac vice)

1

21cv00762

The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com
*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*

2