**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff*
*City of Birmingham Retirement and*
*Relief System and the Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-cv-00762-WQH-MSB <br><br> **DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO SUBSTITUTE EXPERT** <br><br> Hon. Michael S. Berg <br> Courtroom: 2C |

I, Amanda F. Lawrence, pursuant to 28 U.S.C §1746, hereby declare as follows:

1.      I am a partner at the law firm of Scott+Scott Attorneys at Law LLP, Class Counsel for the Certified Class and for Lead Plaintiff City of Birmingham Relief and Retirement System in this securities action.  I am admitted *pro hac vice* to appear before this Court in this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      On September 4, 2024, Plaintiffs disclosed their opening experts to Defendants.  That list included Dr. David Feigal ("Dr. Feigal"), a medical doctor with decades of experience working for and with the Food and Drug Administration ("FDA").  Dr. Feigal has testified numerous times in various legal proceedings.

3.      On February 13, 2025, Plaintiffs submitted their opening expert reports, including the report of Dr. Feigal (the "Feigal Report").  The Feigal Report offered expert opinions primarily on two topics:  (1) communications between FDA and Defendants during the Class Period; and (2) the "probability of success" of the supplemental new drug application for pimavanserin at issue in this case.

4.      On March 27, 2025, Defendants submitted their rebuttal expert reports.  Two of those reports (those of Dr. Andreason and Dr. Breder) are devoted almost exclusively to rebutting the Feigal Report.  One report, the report of Dr. Gibbons, contains a few pages addressing the opinions of Dr. Feigal, although that is not its primary purpose.

5.      Once all expert reports were exchanged, I began working with counsel for Defendants to schedule nine separate expert depositions (Plaintiffs' four experts and Defendants' five experts) over a compressed period of time.  We were able to schedule eight of those prior to the June 13, 2025 close of expert discovery.  Due to conflicts of Dr. Feigal prior to June 9, 2025 and conflicts of Defendants' counsel during the week of June 9, counsel for Defendants and I agreed to hold the deposition of Dr. Feigal after the close of expert discovery, on Friday, June 20, 2025, in Santa Monica, California.  Dr. Feigal resides just north of Los Angeles, California.

6.    Dr. Andreason was deposed on May 15, 2025, in Washington, DC; Dr. Breder was deposed on May 22, 2025, in Washington, DC.

7.    I communicated with Dr. Feigal repeatedly to work out and schedule the date of his deposition and then numerous times both in preparing to take the depositions of Defendants' experts and leading up to his deposition.

8.    During the week of June 9, 2025, I conducted several multiple-hour preparation sessions with Dr. Feigal over zoom in anticipation of his June 20, 2025, deposition.  On Thursday, June 12, 2025, we scheduled another zoom preparation session for Monday, June 16, 2025, at 3:00 p.m. EST and discussed the specific details of the in-person preparation session we had planned for Thursday, June 19, 2025 (the day prior to his scheduled deposition) in California.

9.    Early in the morning on Sunday, June 15, 2025, I began to receive communications from Dr. Feigal suggesting he was unwilling to sit for his scheduled deposition or to have anything to do with this matter or any court matter at all, citing the elevated situation in Los Angeles and events of the weekend.

10.    I continued to communicate with Dr. Feigal throughout Sunday and into Monday, June 16, 2025, in an attempt to be able to continue with the deposition and his role in the case.  Ultimately, though, on Monday, June 16, 2025, Dr. Feigal informed me not only that he would have nothing to do with a deposition, trial, or courts in general, but that he was unplugging from any internet, phone, or email for "weeks" and would be impossible to contact.

11.    At 3:00 p.m. EST, I attended the scheduled zoom preparation session. Dr. Feigal did not appear for that planned session, and thereafter we began preparation of this necessary motion.

12.    On Tuesday, June 17, 2025, I spoke with counsel for Defendants to inform them of the situation and of Plaintiffs' intent to file this motion.

13.    On the afternoon of June 17, 2025, while finalizing this motion, I received an email from Dr. Feigal stating that he may be willing to be deposed at a

2

21cv00762

future date uncertain under extremely limited circumstances—circumstances that render a deposition and certainly an appearance at trial impossible.  I attempted to call and email Dr. Feigal in response but did not hear back and therefore proceeded with this filing.

14.    I and my colleagues are and will continue to seek a substitute expert in Dr. Feigal's stead and are willing to work with Defendants to minimize any perceived or potential delay to the current schedule, including the August 1, 2025 deadline for summary judgment and *Daubert* motions.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of June 2025 at Colchester, Connecticut.

/s/ Amanda F. Lawrence

Amanda F. Lawrence (*pro hac vice*)

*Counsel for Lead Plaintiff City of Birmingham Relief and Retirement System*

21cv00762

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<u>s/ Amanda F. Lawrence</u>
Amanda F. Lawrence

4

21cv00762