UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF RETIREMENT SYSTEMS, et al., *Individually and On Behalf of All Others Similarly Situated*, | Case No. 21cv762-WQH (MSB) |
| Plaintiffs, | **ORDER SETTING HEARING FOR PLAINTIFFS' EX PARTE MOTION [ECF NO. 179]** |
| v. | |
| ACADIA PHARMACEUTICALS INC., et al., | |
| Defendants. | |

21CV762-WQH (MSB)

Before the Court is Plaintiffs' Ex Parte Motion for Leave to Substitute Expert Witness [ECF No. 179 ("Ex Parte Motion")], which was filed on June 17, 2025. In it, the Plaintiffs state that they contacted Defendants' counsel the same day they filed the motion. (Id. at 4.) On June 18, 2025, counsel for both parties contacted the chambers of Magistrate Judge Michael S. Berg to request a briefing schedule and hearing date.

Based on the foregoing, the Court **ORDERS** the following:

1.     The Court **SETS** a Zoom hearing for this motion on **June 25, 2025** at **2:30 p.m.** Counsel for each party shall send the names and email addresses of their expected participants to efile_berg@casd.uscourts.gov no later than **June 23, 2025** by **5:00 p.m.**

2.     Defendants shall file a response to the Ex Parte Motion of no more than nine pages on or before **June 23, 2025** by **5:00 p.m.**

3.     Plaintiffs offered to present the correspondence between counsel and the relevant expert to the Court for *in camera* review. (Id. at 3, n. 4.) Plaintiffs shall submit such correspondence to the Court no later than **June 20, 2025** by **5:00 p.m.** to efile_berg@casd.uscourts.gov and copy opposing counsel. If they wish to keep the correspondence privileged, they must provide a legal basis for why opposing counsel should not be privy to such communications, but they may send the correspondence with the expert to the Court separately.

**IT IS SO ORDERED.**

Dated: June 18, 2025

_____
Honorable Michael S. Berg
United States Magistrate Judge

1                                              3:21CV762-WHQ (MSB)