# Exhibit 6

          Home My Network Jobs Messaging Notifications Me ▾   For Business ▾  Try Prem



## David Feigal ⦿ · 2nd
at NDA Partners LLC


Arizona State University


University of California, Berkeley

Camarillo, California, United States · **Contact info**

500+ connections

**Connect** | Message | More

## Activity
1,379 followers

**David hasn't posted yet**
Recent posts David shares will be displayed here.

Show all activity →

## Experience

 **Adjunct Professor, Sandra Day O'Connor School of Law**
Arizona State University
2005  Present · 20 yrs 6 mos

**Partner**
NDA Partners LLC
Aug 2010  Dec 2024 · 14 yrs 5 mos

 **Vice President, Global Regulatory**
Amgen
2008  2010 · 2 yrs

**Partner**
NDA Partners
2004  2009 · 5 yrs

 **SVP Global Safety and Regulatory**
Elan Pharmaceuticals
2006  2007 · 1 yr

Show all 9 experiences →

Case 3:21-cv-00762-WQH-MSB    Document 181-8    Filed 06/23/25    PageID.4582    Page 3 of 3



## Education

**University of California, Berkeley**
MPH, Epidemilogy and Biostatistics
1981 - 1983

**Stanford University School of Medicine**
MD
1971 - 1976

Show all 3 educations →

## Skills

**FDA**

Endorsed by Edward Narke and 5 others who are highly skilled at this

Endorsed by 4 colleagues at Amgen

22 endorsements

**Drug Discovery**

Endorsed by Roy Baynes who is highly skilled at this

Endorsed by 2 colleagues at Amgen

13 endorsements

Show all 39 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that David receives will appear here.

## Interests

**Companies**    Groups    Newsletters    Schools

**Stanford University School of Medicine**
262,897 followers

( + Follow )

**Amgen**
1,415,697 followers

( + Follow )

Show all companies →