**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com

*Class Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**DECLARATION OF ROCHELLE TEICHMILLER REGARDING MAILING AND PUBLICATION OF CLASS NOTICE**<br><br>Hon. William Q. Hayes |

I, Rochelle Teichmiller, declare as follows:

1. I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Order Approving Class Notice dated April 15, 2025 (ECF No. 177) (the "Notice Order"), the Court approved the retention of A.B. Data as the Notice Administrator for the above-captioned action (the "Action").

2. I submit this declaration as a supplement to my earlier declaration, the Declaration of Rochelle Teichmiller Regarding Mailing and Publication of Class Notice (ECF No. 178-4) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

### CONTINUED DISSEMINATION OF THE CLASS NOTICE

3. Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Postcard Notice in response to additional requests from potential Class Members. Through July 31, 2025, a total of 92,074 Postcard Notices have been mailed to potential Class Members and nominees.

### TELEPHONE HELPLINE AND WEBSITE

4. A.B. Data continues to maintain the toll-free telephone number, 1-877-999-4595, and interactive voice response system to accommodate any inquiries from potential members of the Class with questions about the Action. A.B. Data also continues to maintain the established website dedicated to this Action, www.AcadiaSecuritiesLitigation.com, to assist Class Members. The website address was set forth in the Postcard Notice, Notice of Pendency of Class Action ("Long-Form Notice"), and the Summary Notice. The Postcard Notice also included a QR Code that would call up the website when scanned. The website contains copies of the notices, the operative Complaint, the Court's order certifying the Class, and the

1

Notice Order, among other court documents. A.B. Data will continue operating, maintaining, and updating the case website as appropriate.

## REPORT ON REQUESTS FOR EXCLUSION

5.    The Postcard Notice and Long-Form Notice informed potential Class Members that requests for exclusion from the Class must be received by the Notice Administrator no later than July 18, 2025. The Long-Form Notice also set forth the information that was required to be included in each request for exclusion.

6.    As of the date of this declaration, A.B. Data received three (3) requests for exclusion consisting of nine (9) individuals and entities. The individuals and entities who requested exclusion are summarized in Exhibit A.

7.    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on July 31, 2025.

Rochelle J. Teichmiller
Project Manager

2