**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com

*Class Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**SECOND SUPPLEMENTAL DECLARATION OF ROCHELLE TEICHMILLER REGARDING MAILING AND PUBLICATION OF CLASS NOTICE**<br><br>Hon. William Q. Hayes |

I, Rochelle Teichmiller, declare as follows:

1.    I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Order Approving Class Notice dated April 15, 2025 (ECF No. 177) (the "Notice Order"), the Court approved the retention of A.B. Data as the Notice Administrator for the above-captioned action (the "Action").

2.    I submit this declaration as a supplement to my earlier declaration, the Supplemental Declaration of Rochelle Teichmiller Regarding Mailing and Publication of Class Notice (ECF No. 186) (the "Supplemental Mailing Declaration"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

### REPORT ON LATE REQUEST FOR EXCLUSION

3.    Since the execution of my Supplemental Mailing Declaration, A.B. Data has received one (1) additional request for exclusion after the July 18, 2025 deadline set forth in the Notice Order. The request was received on August 4, 2025. Following receipt of this request, I waited one week before filing this declaration to ensure that no other late requests were incoming.  The additional individual who requested exclusion is summarized in Exhibit A.

4.    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on August 11, 2025.

_____
Rochelle J. Teichmiller
Project Manager

1