UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITY OF BIRMINGHAM RELIEF AND
RETIREMENT SYSTEM, et al.,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS, INC., et al.,

Defendants.

Case No.:  21cv00762-WQH (MSB)

**ORDER GRANTING JOINT MOTION
TO EXTEND AND ADJOURN PRETRIAL
DEADLINES [ECF NO. 189]**

On September 17, 2025, the parties filed their sixth Joint Motion to Extend Pretrial Deadlines.  (ECF No. 189 ("Joint Motion").)  The parties request (1) an extension of the deadlines to (a) complete expert discovery and (b) file pretrial motions and (2) an adjournment of the remaining pretrial deadlines pending the Court's rulings on the parties' pretrial motions.  (Id.)

First, the parties explain that an extension of the deadline to complete expert discovery is necessary to account for the expert substitution that the Court granted on August 5, 2025 [ECF No. 187], as well as the expert deposition scheduled for September 24, 2025.  (ECF No. 189.)  Second, the parties explain that an extension of the deadline

21cv00762-WQH (MSB)

to file pretrial motions is necessary based on the parties' good faith assessments of the case.  (Id.)  Finally, the parties explain that the Mandatory Settlement Conference scheduled for December 12, 2025 [ECF No. 174], is unlikely to be productive, and the Court's resources would be best served by adjourning the Mandatory Settlement Conference and the remaining pretrial deadlines until after the Court's rulings on the parties' pretrial motions.  (ECF No. 189.)  The parties met and conferred and agreed on the most suitable remaining pretrial deadlines.  (Id.)

The Court has considered the Joint Motion and consulted with the chambers of Judge William Q. Hayes.  For good cause shown, the Court **GRANTS** the Joint Motion and modifies the pretrial deadlines as follows:

1.    The deadline by which all expert discovery must be completed shall be extended from June 13, 2025, to **September 24, 2025**.

2.    The deadline by which all other pretrial motions must be filed shall be extended from August 1, 2025, to **November 12, 2025**.

3.    The remaining pretrial deadlines set forth in the Court's February 3, 2025, Order [ECF No. 174] are adjourned and held in abeyance pending the Court's rulings on the parties' pretrial motions.

4.    In lieu of submitting another joint motion, the parties are **ORDERED** to jointly contact Judge Michael S. Berg's chambers within three days of the Court's order that resolves all pending pretrial motions to schedule a Case Management Conference. At the Case Management Conference, the Court will set deadlines for the remaining pretrial events.

**IT IS SO ORDERED**.

Dated:  September 19, 2025

Honorable Michael S. Berg
United States Magistrate Judge

21cv00762-WQH (MSB)