John T. Jasnoch (SBN 281605)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Certified Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and ANA STANKOVIC, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF DR. CHRISTOPHER BREDER, DR. ANTON PORSTEINSSON, AND DR. KENNETH LEHN**<br><br>Hon. William Q. Hayes<br>Hearing Date: March 16, 2026<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 16, 2026, as soon as the matter may be heard, before the Honorable William Q. Hayes, in Courtroom 15B of the U.S. District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Lead Plaintiff and Class Representative City of Birmingham Retirement and Relief System and additional Plaintiff and Class Representative Ohio Carpenters' Pension Fund (together, "Plaintiffs") will and hereby do move the Court for an order granting Plaintiffs' Motion to Exclude the Expert Opinions and Testimony of Dr. Christopher Breder, Dr. Anton Porsteinsson, and Dr. Kenneth Lehn ("Motion").

This Motion is made under Rules 401, 403, 702, and 703 of the Federal Rules of Evidence, Rules 26 and 37 of the Federal Rules of Civil Procedure, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), as well as all other applicable laws and rules, and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the Declaration of William C. Fredericks in Support of the Motion and the exhibits thereto, and any other matters properly before the Court.

DATED:  November 12, 2025          SCOTT+SCOTT
                                   ATTORNEYS AT LAW LLP

                                   /s/ William C. Fredericks
                                   William C. Fredericks (*pro hac vice*)
                                   230 Park Avenue, 24th Floor
                                   New York, NY 10169
                                   Telephone: (212) 223-6444
                                   Facsimile:  (212) 223-6334
                                   wfredericks@scott-scott.com

                                   *Counsel for Lead Plaintiff City of
                                   Birmingham Retirement and Relief System
                                   and the Certified Class*

-1-

21cv00762