# APPENDIX A

## Assertions in Dr. Breder's Report Contradicted or Disavowed by Dr. Breder's Later Deposition Testimony

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
| --- | --- |
| "I demonstrate that [Dr. Peck's] 'Probability of Success' ('POS') opinions neither acknowledge nor incorporate [] best practices, and his opinions *bear no resemblance to the use-cases and PTRS methodology that I have observed in the pharmaceutical industry*." Breder Rpt. ¶24; *see also id.* ¶35. | "Q: Okay. I guess what I'm trying to figure out is like, in *POS analysis, PTRS analysis, and likelihood of approval analysis, are they just all members of the same species*? . . .<br>A: One way to think about it is *that different people use different names for the same things*; . . ." Breder Dep. 27:4–11. |
| "[Dr. Peck's] POS opinions are pure speculation. They are *his own subjective forecasts, unsupported by data, methodology, experience,* or anything else that provides a basis to validate or test whether his subjective POS numbers are accurate. . ." Breder Rpt. ¶27. | "I'm *not commenting on [Dr. Peck's] relevant experience*." Breder Dep. 38:17–18. |
| | "Q: So I think you just said that there -- in a corporate setting, there are standardized metrics for increases or decreases [of POS] for a given situation. Can you give me an example?<br>A: Well, I don't recall specific examples, but I know at, for example, Bristol Meyers that, you know, there were very definite standard assessments for each. . . .<br>Q: And *those are numbers that they came up with based upon their experience in the industry*, right?<br>A: *Correct.*" Breder Dep. 149:12–150:7. |

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
|---|---|
| "Critically, however, within the pharmaceutical industry, PTRS analysis is a tool used for portfolio prioritization decisions by *comparing two or more drug candidates*." Breder Rpt. ¶32; *see also id.* ¶34. | "Q: And is [PTRS] sometimes used within the pharmaceutical industry *to assess the valuation of an asset*?<br><br>A: *Yes, that can be applied as well*." Breder Dep. 24:22–25. |
| | "Q: Okay. So that's what you've done and you know that there are some people who use [PTRS] *for valuation* . . .<br><br>A: You know *I know that that's done*, but I know nothing about how -- any of the details of how it's done." Breder Dep. 25:22–26:4. |
| | "Q: . . . Are there *other things that [POS is] used for*, or do you just not know whether or not there are other things that it's used for?<br><br>A: Do you mean the general concept of probability of success?<br><br>Q: Within the pharmaceutical industry.<br><br>A: Okay, so *within the industry, I guess what I don't know, I don't know, so I can't tell you anything other than what I know*." Breder Dep. 26:6–14. |

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
|---|---|
| | "Q: Okay. I think we discussed earlier today how *POS analysis is sometimes used for valuation purposes*; is that right?<br><br>A: *Yes*.<br><br>Q: Okay, so, and within the pharmaceutical industry; is that right?<br><br>A: To my knowledge. I don't know about other industries." Breder Dep. 50:1–8. |
| | "Q: Okay, so PTRS analysis is used at pharmaceutical companies to *inform how they will deploy potentially tens, if not hundreds of millions of dollars*; is that right?<br><br>A: That's -- you know, in my own practice, that's been -- I can't describe, you know anyone else's practice, but *I've seen it used in that fashion*." Breder Dep. 52:6–13. |
| | "Q: But I think we discussed this earlier. Dr. Stalder also says that this *PTRS analysis is used for other things right? Valuation, resource allocation*. . . .<br><br>A: *Yeah, he says that*, . . ." Breder Dep. 74:24–75:3. |

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
|---|---|
| "[Dr. Peck's] opinions are biased because they are rendered *retrospectively*, with actual knowledge of the regulatory action that he purports to predict. *He does not even acknowledge this inherent hindsight bias, much less attempt to control for it*." Breder Rpt. ¶36; *see also id.* ¶¶53, 55, 64. | "[W]hen one performs an assessment in a retrospective manner, [] there is an *inherent bias in that that frankly cannot be controlled for, or at least I have not seen, you know, a method for controlling for that*." Breder Dep. 53:2–6. |
| | "Q: Do you have *any opinion as to the magnitude of hindsight bias* in [Dr. Peck's] analysis? . . .<br><br>A: I don't comment on that. . . . *I don't know to what degree bias has entered into him*." Breder Dep. 53:7–15. |
| "[Dr. Peck] does not explain his methodology, *nor does he cite any data to actually support his reduction of the POS to 50%*." Breder Rpt. ¶49. | ". . . I myself admit that in some reports, *some people have cited 50 percent as a general benchmark*." Breder Dep. 132:25–133:2. |
| | "I'm *not arguing whether 50 percent is a, you know, a benchmark, you know, one could use*." Breder Dep. 133:15–16. |

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
|---|---|
| "[Dr. Peck] cannot identify or explain any methodology, *much less a sound, industry-accepted methodology* (because no such methodology exists)." Breder Rpt. ¶53. | "Q: Okay, and *when you've done a POS analysis, what is the output of that analysis*? . . .<br><br>A: . . . [T]he process would be that, that an expert would, in that drug and phase, would present the background of the drug and all the issues that had been encountered with it or favorable things that had been encountered with it. And then, *using benchmarks previously established and conventions with respect to any reduction or increase in that benchmark percentage of probability of success*, there would be an agreement, you know, for those -- for each stage. And then at the end of the day, someone well-versed in how to mathematically deal with all those numbers, you know, would come up with an aggregate number for each, . . . and then an executive committee would just take then and, and consider them with other information to make pipeline decisions." Breder Dep. 28:22–30:1. |
| | "One *typically would start with a benchmark* that is commonly accepted for, you know, each phase." Breder Dep. 70:14–16. |

| **Dr. Breder's Expert Report** | **Dr. Breder's Deposition Testimony** |
|---|---|
| | "Q: Okay, and do you agree with Dr. Stalder['s published word] that the proposed POS is a product of modulating the benchmark up and down for project-specific factors?<br><br>A: I agree with him in the context of that, the, *the proposed POS is based on, or most optimally based on rigorous application of, you know, standard metrics to up-and-down modulate that*." Breder Dep. 70:23–71:4. |
| | "Q: [Looking at Ex. 5] And I think the methodology he's articulating here is the same one from a few pages ago, *which you start with the benchmark, and then you modulate up-and-down* based upon various factors; is that right?<br><br>A: *Correct*." Breder Dep. 77:23–78:3. |
| | "Q: . . . It would be the same process? You would *start with a benchmark number, and then you would add or subtract from that benchmark number to get your proposed PTRS, right*?<br><br>A: *Correct*." Breder Dep. 104:19–23. |

| **Dr. Breder's Expert Report** | **Dr. Breder's Deposition Testimony** |
|---|---|
| | "Q: Okay. So I think we could agree that [Dr. Peck] starts with a base-case POS; is that right?<br><br>A: . . . he starts at what he, what he has termed or considers *a benchmark* there, . . . Then he *modulates that number, you know, to some, you know, lesser or greater number*." Breder Dep. 113:3–23. |
| | "Right. So [Dr. Peck] takes a number, and then he, you know based on his own opinion, *seems to move it up and down*." Breder Dep. 114:4–6. |
| "[Dr. Peck] *provides no confidence intervals* or other indicia of sampling uncertainty." Breder Rpt. ¶53. | "Q: Okay. So it's not like a numerical representation of the uncertainty, *like a confidence interval* or something like that? . . .<br><br>A: *No, we didn't provide* [confidence intervals]. It was a, a narrative." Breder Dep. 40:13–18. |
| | "I don't, I don't see a confidence interval expressed at that, but as I noted, *they generally*, *you know*, *are not routinely given*." Breder Dep. 102:25–103:2. |
| "[Dr. Peck] provides *no basis for the precision that his point estimates purport to provide*. Among other unanswered questions, [Dr. Peck's] report provides *no insight into why his estimates are round even numbers (rather than, e.g., 52% or 73%)* and why he | "Q: If we look at the table here on page 197 [of Dr. Stadler's chapter on PTRS methodology], both the benchmark POS and the proposed POS, *those are mostly nice round numbers, right*?<br><br>A: *Those appear to all be numbers that end in zero*." Breder Dep. 71:7–17. |

| Dr. Breder's Expert Report | Dr. Breder's Deposition Testimony |
|---|---|
| reduces his point estimates by exactly 20% or 40% intervals at various milestones." Breder Rpt. ¶54. | "[T]he decrement that you would apply in any project where that metric was relevant *would be of a standard number*. . . . *It's done in a standardized fashion*." Breder Dep. 78:18–24. |
| | "I would, you know, *take the results or data* which I had up to a point, and then *apply them to a certain benchmark*, and then use them *in the standard fashion* for purposes of prioritization of a pipeline." Breder Dep. at 132:13–17. |
| | "[T]ypically there are *standardized metrics* for increases or decreases for any given situation." Breder Dep. 148:19–21 |