# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and ANA STANKOVIC, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>Judge: Hon. William Q. Hayes |

**EXPERT REPORT OF CARL C. PECK, M.D.**

**AUGUST 14, 2025**

**CONFIDENTIAL**

## TABLE OF CONTENTS

I. QUALIFICATIONS ........................................ 1

II. SCOPE OF THIS REPORT AND OPINION ........................................ 5

III. LIMITATIONS AND ASSUMPTIONS ........................................ 6

## I. QUALIFICATIONS

1. I am a board-certified physician in internal medicine and clinical pharmacology. I attended the University of Kansas as both an undergraduate and medical student, receiving a bachelor's degree in mathematics and chemistry before earning my medical degree in 1968. Following my internal medicine residency, I was awarded a two-year Research Clinical Pharmacology Fellowship at the University of California at San Francisco ("UCSF"), in which I concentrated my study in pharmacology, pharmacokinetics, pharmacodynamics, and computer modeling and simulation.

2. Between undergraduate and medical school, I received a Fulbright Grant and studied physical chemistry at the Technische Hochschule in Stuttgart, Germany. During my professional career as an internist and physician-scientist, I have held academic research and teaching positions at several institutions, including Clinical Assistant Professor and now Adjunct Professor of Medicine and Bioengineering and Therapeutic Sciences at the UCSF, Chief of the Division of Blood Research at the Letterman Army Institute of Research, Professor and Director of the Division of Clinical Pharmacology at the Uniformed Services University of the Health Sciences, and Professor of Medicine and Pharmacology at Georgetown University. In those positions, I have designed, conducted and analyzed numerous human clinical trials.

3. I served in the U.S. Army Medical Corps and Medical Research and Development Command from 1967 to 1990, achieving the rank of Colonel, and was Consultant to the Army Surgeon General. In 1990, I transferred to the U.S. Public Health Service at the rank of Rear Admiral and was appointed Assistant Surgeon General of the United States. In the latter role, I advised the U.S. Surgeon General on the safety of the nation's drug supply for emergency use in military and civilian disaster situations.

4. I was named Director of the Center for Drug Evaluation and Research ("CDER") at the U.S. Food and Drug Administration ("FDA") in 1987 and served in that position until late 1993, retiring from government service after 26 years of continuous duty. As the Director of CDER, I supervised over 1,700 scientists, managers and associated FDA staff, participated in meetings and follow-up communications between FDA and sponsors developing new drugs, and undertook reviews of investigational new drug applications ("INDs") and new drug applications ("NDAs"). My responsibilities included establishing and enforcing standards of guidance, review and approval or rejection of new medical products, safety of all marketed products, and advertising and promotional practices of drug manufacturers. I testified before Congress on several occasions and explained FDA policies and decisions to the public in advisory committee meetings, scientific conferences, and in press interviews.

5. In my FDA position, I reviewed and commented on the sufficiency of the studies that were being performed to support INDs and NDAs, including pharmacokinetic clinical trials. During my six years at CDER, I reviewed, commented, or rendered decisions on data relating to more than 500 INDs, NDAs, policy documents, Citizen's Petitions, and requests for drug information from Members of Congress and the media. Since leaving CDER and through to the present, I have continued to engage with FDA on numerous occasions, both in writing and in face-to-face and virtual meetings, as an advisor, teacher, co-author on scientific publications, and researcher, including as a consultant on behalf of sponsors of new drugs.

6. During my tenure at CDER, I instituted major changes to the drug-evaluation process, which resulted, in part, in the agency placing more emphasis on clinical pharmacology information and a drug's pharmacokinetic/pharmacodynamic profiles when evaluating them for approval.

7. In late 1993, I was appointed the Honorary Boerhaave Professor at the University of Leiden in the Netherlands, where I taught and researched human drug development and regulation at the Leiden-Amsterdam Center for Drug Research.

8. Following my sabbatical in Europe, in 1994, I was appointed Professor of Medicine and Pharmacology and was the Founding Director of the Center for Drug Development Science ("CDDS") at Georgetown University in Washington, DC. In 2004, the CDDS was transferred to the University of California at San Francisco, where I continued as Director of the CDDS, School of Pharmacy, UCSF, and was appointed as Adjunct Professor in the Department of Bioengineering and Therapeutic Sciences at UCSF. In 2006, I retired from the directorship of CDDS and have actively continued teaching at the UCSF/CDDS as an Adjunct Professor. As an academic research, education, public policy, and technical assistance center, affiliation with CDDS has permitted the continuation of my career-long investigations of scientific and regulatory methods for evaluating the effectiveness and safety of new drugs. In 1999, I was awarded the FDA Distinguished Alumni Award. I have long served on the Advisory Committee of the UCSF-Stanford-FDA Center of Excellence in Regulatory Science and Innovation ("CERSI").

9. Capping my career-long commitment to teaching, I co-founded the UCSF American and Chinese Courses in Drug Development and Regulatory Science ("ACDRS, CCDRS") in 2007 and 2009, which are Executive Master's level courses in advanced drug development for experienced industry scientists and regulatory agency staff. I have served as a founding member of the Executive and Planning Committees of the ACDRS, CCDRS, member of the Advisory Board for the European Center for Pharmaceutical Medicine, and member of the European Commission–funded Innovative New Medicines Initiative Master of Drug Development

degree program, called PharmaTrain. I am currently a member of the Executive Committee of the UCSF Master of Science Degree program in Global Regulatory Science and Innovation ("GRSI").

10. Throughout my professional career, I have published more than 150 peer-reviewed scientific papers, a book and several book chapters, and been an active journal reviewer for multiple scientific publications. I have been a member of the Publications Committee of the American Society for Clinical Pharmacology and Therapeutics ("ASCPT"), and I have reviewed numerous research manuscripts submitted for publication in journals sponsored by ASCPT, the American College of Clinical Pharmacology, and the International Conference on Pharmacometrics, and have also participated in activities of the Food and Drug Law Institute. I served on the ASCPT Board of Directors for many years prior to being elected President in 1998.

11. I am the Founder, Consultant and former Chairman of NDA Partners (a ProPharma Company), an international consulting company that provides scientific and regulatory advice and services to scientists and entrepreneurs in biotech and large pharmaceutical companies, as well as government agencies such as the Department of Defense and National Institutes of Health ("NIH"). NDA Partners assists these organizations to understand and meet FDA's high scientific standards and requirements, and supports various aspects of their engagements with FDA during the IND, NDA, and post-approval phases. Services that I and my colleagues at NDA Partners provide include advising on clinical trial designs, trial analyses, interpretation, and communications with FDA. While at NDA Partners, I have personally consulted on more than 200 INDs and NDAs, as well as various medical device applications, and have helped companies develop strategies for evaluating the clinical pharmacology, safety, and effectiveness of new drugs, according to the highest standards of FDA. I have also served on numerous Science and Regulatory Advisory Boards and several Boards of Directors of various biopharmaceutical companies.

12. My honors and awards include the Department of the Army Research and Development Award in 1978 for contributions to the multi-center cooperative evaluations of the novel CPDA-1 blood preservative system, the Army Meritorious Service Medal, the Department of Defense Superior Service Medal, the FDA Distinguished Career Service Award (1993), and an Honorary Doctorate Degree from Uppsala University in Sweden for "outstanding contributions to the science of drug development" (2002). More recently, I was awarded the 2009 Henry W. Elliott Distinguished Service Award by ASCPT, the 2012 ASCPT Gary Neil Prize for Innovation in Drug Development, and the Sheiner-Beal Pharmacometrics Award (2017).

13. A more complete statement of my qualifications can be found in my curriculum vitae, attached as **Appendix A**. A list of the deposition and trial testimony I have provided in the last four years is attached as **Appendix B**.

## II. SCOPE OF THIS REPORT AND OPINION

14. I have been retained in this case by Scott+Scott Attorneys at Law LLP, counsel for the certified class and Lead Plaintiff City of Birmingham Retirement and Relief System in the above-captioned action, to prepare a report setting forth whether, and to what extent, I could and would adopt the Expert Report of David W. Feigal, Jr., M.D., M.P.H. dated February 13, 2025 (including the opinions set forth therein) that was prepared for and served by Plaintiffs in this case ("Feigal Report"). A copy of the Feigal Report is attached as **Appendix C**.

15. I am being compensated at the rate of $835.00 per hour for my services in this case. My compensation is not contingent on the outcome of this case or the opinions I provide.

16. I have thoroughly reviewed the Feigal Report and related documents, including all of the materials referenced as having been cited or considered by Dr. Feigal in his Report.

17. Based on my review, and on my own professional training, experience, and expertise, I have not identified any points of material disagreement between myself and Dr. Feigal

as to the contents and conclusions set forth in the Feigal Report, and I am therefore able to, and hereby do, adopt the Feigal Report (including the opinions set forth therein) in full.

## III. LIMITATIONS AND ASSUMPTIONS

18. This report is based on the information currently available to me as of the date of this report. I reserve the right to amend or supplement this report if additional evidence, data, or other information becomes known to me. This report is prepared solely for use in the above-captioned case and may not be referred to or used for any other purpose.

Executed this 14th day of August, 2025.

Carl C Peck

Carl C. Peck, M.D.

# Appendix A

**August 7, 2025**

# CURRICULUM VITAE

**Carl C. Peck, M.D., Dr. h.c. (Uppsala)**

**Adjunct Professor, UCSF**

**Founder and Former Chairman, NDA Partners LLC, a ProPharma Company**

**KN6SZT (Extra Class)**

**PERSONAL INFORMATION**:

| | |
|---|---|
| Home office address: | 5955 Balm Ridge Way<br>San Luis Obispo, CA 93401<br>cell: 202 427-7660 |
| Academic address: | Department of Bioengineering and Therapeutic Sciences<br>Schools of Pharmacy and Medicine<br>University of California at San Francisco |
| Date of Birth: | March 28, 1942 |
| Place of Birth: | Kansas |

| | |
|---|---|
| **LICENSURE:** | Medicine and Surgery - State of California, 1971-present |
| **CERTIFICATION:** | National Board of Medical Examiners, 1969<br>American Board of Internal Medicine, 1975<br>American Board of Clinical Pharmacology, 1990 |

**EDUCATION**:

| | |
|---|---|
| **High School:** | Concordia High School, Concordia, Kansas 1960 |
| **Undergraduate**: | University of Kansas, Lawrence, Kansas<br>B.A., Mathematics/Chemistry 1963<br>Technische Hochschule, Stuttgart, Germany<br>Fulbright Grant (Chemistry, German), 1963-1964 |
| **Medical School:** | University of Kansas Medical Center, Kansas City, Kansas<br>M.D. - 1968 |
| **Internship:** | USA Tripler General Hospital<br>Honolulu, Hawaii; 1968 - 1969 (Rotating) |

**Residency:**

Letterman General Hospital
Presidio of San Francisco, California
1969 - 1972 (Internal Medicine)
Chief, Medical Resident, 1972

**Fellowship:**

Research Fellow
Division of Clinical Pharmacology
Dr. K.L. Melmon, Chief
Lewis Sheiner, Faculty Advisor
University of California Medical Center
San Francisco, CA, 1972 - 1974

**PROFESSIONAL EXPERIENCE:**

Research Assistant, Nuclear Physics
Department of Nuclear Physics
Dr. L.W. Seagondollar, Chief
University of Kansas, 1960 - 1962
Lawrence, KS

U.S. Army Medical Corps, 1967-1990, Colonel 1981 – 1990

U.S. Public Health Service, 1990 - 1993; Rear Admiral (08)

Tropical Medicine
U.S. Army Medical Research Unit
Kuala Lumpur, Malaysia, 1972

Research Clinical Pharmacologist
Blood Research Division
Department of Surgery, Letterman Army Institute of Research
(1 July 1974 - 1 July 1977)

Department of Medicine, Clinical Instructor
Division of Clinical Pharmacology
University of California Medical Center
San Francisco, CA, 1974-1976

Clinical Assistant Professor of Medicine
Department of Medicine
Division of Clinical Pharmacology
University of California Medical Center
San Francisco, CA, 1976-1980

Chief, Division of Blood Research

Letterman Army Institute of Research (LAIR)
Presidio of San Francisco, CA
(July 1977 - January 1980)

Adjunct Associate Professor of Medicine and Pharmacology: 1978- 1979; Associate Professor: 1980-1982; Professor: 1982-1987
Uniformed Services University of the Health Sciences (USUHS)
Bethesda, MD

Director, Division of Clinical Pharmacology 1980 - 1987
USUHS

Attending Physician, Department of Medicine,
Walter Reed Army Medical Center 1980 - 1987
Naval National Medical Center 1980 - 1981

Director, Center for Drug Evaluation and Research
Food and Drug Administration
Rockville, Maryland 1987 - 1993

Boerhaave Professor of Clinical Drug Research
Leiden/Amsterdam Center for Drug Research
Leiden University
Leiden, The Netherlands 1993 - 1995

Professor of Pharmacology and Medicine (Clinical Pharmacology)
Founder and Director, Center for Drug Development Science (CDDS)
Georgetown University Medical Center
12 September 1994 – 15 October 2004

Adjunct Professor of Pharmaceutical Sciences – 2004-present
Director, Center for Drug Development Science (15 October 1994 - 1 September, 2006)
Department of Bioengineering and Therapeutic Sciences
Schools of Pharmacy and Medicine
University of California at San Francisco

Visiting Professor, Peking University, Beijing China (2009 – present)

**HONORS & AWARDS:**

Department of Army Research and Development Award for 1978 (for contributions to the multi-clinic cooperative clinical trial of the CPDA-1 blood preservative system)
Meritorious Service Medal, U.S. Army, 1980
USA Medical Corps "A-prefix," 1984
The Defense Superior Service Medal, U.S. Army, 1988
Outstanding Service Medal, U.S.P.H.S., 1989
Distinguished Service Medal, U.S.U.H.S., 1991
Outstanding Unit Citation (ddI Group, FDA), 1992
Commissioner's Special Citation, (CANDA Group), 1993
PHS Meritorious Service Medal, 1993
FDA Distinguished Career Service Award, 1993

Rawls Palmer Progress in Medicine Award, ASCPT, 1994

Australian Society for Clinical & Experimental Pharmacology Visiting Professor 11/30 - 12/22/85 (lectured at universities in Auckland, New Zealand; and Brisbane, Sidney, and Melbourne, Australia)

Consultant in Clinical Pharmacology to U.S. Army Surgeon General, 1986 - 1990

St. Vincent's Hospital Visiting Professor (Sidney, Australia) Oct. 1-3, 1986, Rutgers University, Department of Pharmaceutics, Visiting Professor, Sept. 21, 1988

University of Toronto, Division of Clinical Pharmacology, Visiting Professor, Jan. 17, 1989

Sidney Riegelman Memorial Lectureship, University of California, San Francisco, April 27 - May 1, 1992

Boehaave Professorship, Leiden University, Leiden, The Netherlands, 1993-1994
Inaugural lecture: "Clinical new drug development: how golden are the eggs?"

Sir Henry Hallett Dale Memorial Lecture, The Johns Hopkins University School of Medicine, Baltimore, November 7, 1995.

Thomas E. Hanrahan Memorial Lecture, Pharmaceutical Research and Manufacturers of America Foundation, Washington, DC, February 19, 1998.

Honorary Fellow, American College of Clinical Pharmacology. September 25, 1998.

FDA Distinguished Alumni Award, June 11, 1999

Honorary Doctorate Degree – University of Uppsala (Sweden) conferred the honorary doctorate degree (Doctor Honoris Causa) to Dr. Peck in January 2002 in recognition of "outstanding contributions to the science of drug development."

"Candlelight Lecture" – Myths, Maths, and Medicines. Swedish Academy of Pharmaceutical Sciences, 2006 Roseno Conference, August 25, 2006.

"Lewis B. Sheiner Memorial Lecture", First American Conference on Pharmacometrics, Tucson, AZ March 10, 2008.

2009 Henry W. Elliott Distinguished Service Award, American Society for Clinical Pharmacology and Therapeutics, March 18, 2009.

2009 Visiting Scholar, American Industrial Health Council (AIHC) Hamner Institutes, Research Triangle Park, North Carolina. September 8-9, 2009.

2010 Visiting Scholar and Keynote Lecturer, Annual Chapel Hill Drug Conference "Quantitative Pharmacology", May 13, 2010

2011 Special Recognition Award, Association of Clinical Research Professionals and Association of Pharmaceutical Physicians and Investigators, Seattle, Washington April 30, 2010

2012 ASCPT Gary Neil Prize for Innovation in Drug Development. Presented at Annual ASCPT Meeting in Baltimore, MD, March 14, 2012

2014 Nathaniel T. Kwit Memorial Distinguished Service Award, presented at Annual ACCP Meeting, September 14, 2014.

2017 Sheiner–Beal Pharmacometrics Award at the 118th Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics (ASCPT), March 15–18, 2017, in Washington, D.C. (Announced October 2016).

2018 Gary Levy Memorial Lectureship, SUNY at Buffalo University, Buffalo, NY

**PROFESSIONAL SOCIETIES:**

American College of Physicians Associate, 1973-1974
Member: 1976 - 1979
Fellow: 1979 - present

American Federation for Clinical Research, 1974 - 1993
American Association for the Advancement of Science, 1976 - 1993

American Society for Clinical Pharmacology and Therapeutics, member, 1974 - present; President, 1998-1999

American Society for Pharmacology and Experimental Therapeutics, beginning 1980

Delegate to U.S. Pharmacopeia Convention, September 2, 1980 - 1985

Skin Pharmacology Society, 1985 - 1993

American Association of Pharmaceutical Scientists, 1986 - present; Fellow: 1991 - present

American Academy of Pharmaceutical Physicians, Fellow: beginning 1995

**PUBLIC SERVICE:**

Editorial Board Membership Rational Drug Therapy, 1984 - 1987
Modeling Methodology Forum (Am. J. Physiology) 1985 - 1987
Clinical Pharmacology and Therapeutics, 1985 - present
Skin Pharmacology Society Journal, 1986 - 1993

**Journal Reviewer**

Am. Journal of Physiology
Journal of Clinical Nutrition
Annals of Internal Medicine
Clinical Pharmacokinetics
Clinical Pharmacology and Therapeutics
International Journal of Pharmaceutics
J. Controlled Release
J. Pharmaceutical Sciences
J. Theoretical Biology
Journal of Pharmacokinetics and Biopharmaceutics
New England Journal of Medicine
Pharmaceutical Research Science Transaction
Transfusion
Vox Sanguinis

**Professional & Society Activities**

American Association of Blood Banks Committee on Transfusion-Transmitted Diseases, 1982-1983Scientific Program Committee, 1983-1984

American Association of Pharmaceutical Scientists Science Policy Committee, beginning 1996

American Society for Clinical Pharmacology and Therapeutics

Delegate to AAMC Council of Academic Societies, 1983-1987
Scientific Program Committee 1981 - 1982; Vice Chairman 1984-1985, Chairman 1986
ASCPT/ASPET Liaison Committee on Clinical Pharmacology, 1981- 1982, Chairman, 1983 - 1985
CPT-83 Organizing Committee 1981 -1983, Chairman Satellite Meeting Subcommittee
Education Committee 1984 - 1985
Finance Committee 1982 - 1985
Long-Range Planning Committee, 1986 - 1990, 1995 - 1996
Vice President, 1986-87, 1994

Board of Directors, 1982 - 1999
President, 1998-1999
Food and Drug Law Institute, Board of Trustees, 1995 – 2003

European Center for Pharmaceutical Medicine (ECPM) Advisory Board

Co-Founder, Faculty. American Course in Drug Development and Regulatory Science (ACDRS – Washington DC and San Francisco), 2007-present

Co-founder, Faculty. China. Course in Drug Development and Regulatory Science (CCDRS – Beijing, China), 2009 - present

**COMMERCIAL SCIENCE ADVISORY BOARDS (SAB), AND BOARDS OF DIRECTORS (BD)**

SAB (Chairman, Clinical Pharmacology), Therapeutic Discovery Corporation, Palo Alto – 1994-1999

SAB (Chairman, Regulatory Affairs), Alza Corporation – 1995 - 1999

SAB (Chairman) Pharmaceutical Research Associates, Vienna VA – 1995 - 2001

BD, Ligand Pharmaceuticals, San Diego – 1997 – 2005

BD (Founder), Dermal Systems International (DSI, S. San Francisco – 1986 – 2003

SAB, Aardex Corp, Zug, Switzerland – beginning 1998

SAB, Depomed, Redwood City, CA – 1998 - 2002

SAB, Guilford Pharmaceuticals, Baltimore – 1999 – 2003

SAB, Inhale Therapeutic Systems, San Carlos – 1999 – 2004

SAB, RealAge, San Diego – 1999

SAB, Pharsight Corporation, Palo Alto, CA – 1999 - 2002

BD, DermTech, San Diego – 2001 – 2019

BD (Founder, Chairman), NDA Partners LLC, Rockville, MD – 2003 – present

Schering-Plough Corporation – Member Science and Technology Committee – 2006-2009

SAB, Certata/SimCyp Corporation, Manchester England – 2008 – 2015

SAB, UCB Pharmaceuticals, Brussels Belgium. 2009-2017

SAB, UCSF-Stanford FDA-funded Center of Excellence in Regulatory Science (CERSI) 2017-present

**Review Boards & Study Section Activities**:

NIGMS Pharmacology Study Section - Ad Hoc Reviewer, 1980, 1981
NIH/DRR Special Study Section - Chairman, 1981
USAMRDC Advisory Panel, Member of Pharmacology (WRAIR) & Blood (LAIR) Subcommittees, 1982 - 1985
NIH/Small Business Grants Review Board, 1983, 1985
NIH, Pharmacology Study Section, 1984 - 1987
American Board of Clinical Pharmacology, Charter Board Member, beginning 1989

**UNIVERSITY SERVICE**

Chairman, USUHS Human Subjects Review Board
USUHS Automated Information Systems Policy Committee, 1984-1986

Member, Georgetown University Medical Center Executive Advisory Council, 1997-1999

Acting Director, Georgetown University NIGMS Clinical Pharmacology Training Grant, 2001 – 2003

**TEACHING ACTIVITIES:**

Conversational German, Experiment in International Living Putney, Vermont, 1965

Clinical Pharmacology and Therapeutics:
Medical Students, University of California Medical Center, 1972-1980

House-staff, Letterman General Hospital and University of California, 1972-1980

Uniformed Services University, 1979-1993
Introduction to Statistics for Research Workers: (3-part lecture series) Department of Experimental Surgery
Letterman Army Institute of Research, 1974 - 1980
USUHS Division of Clinical Pharmacology, 1980 - 1987

Elementary Pharmacokinetics, USUHS PH0501, and CDER, FDA, 1980 - 1992

Advanced Pharmacokinetics, USUHS PH0502, and CDER, FDA, 1981 - 1993

Advanced Pharmacokinetics Seminar, USUHS PH0503, 1984

Bedside Techniques in Clinical Pharmacokinetics, 1981 - 1986

Boerhaave Lecture Series in Advanced Methods in Clinical Drug Testing, Leiden University, The Netherlands, 1994

Many courses, workshops, lectures at FDA, Rockville, MD 1987 – 2011

Cofounder and Lecturer in American Course in Drug Development and Regulatory Science, Washington DC 2007 – present; San Francisco beginning 2008 – present

Cofounder and Lecturer in China Course in Drug Development and Regulatory Science, Beijing, China 2009 – present

Cofounder, Planning Committee Member, Presenter in the Pacific Coast Statisticians and Pharmacometricians Innovation Conference (PaSiPHIC), San Luis Obispo, CA 2010 - 2014

Faculty, NIH Clinical Pharmacology Course, beginning 1997

Faculty, NIH Clinical Pharmacology Course, Kulakov Institute, Moscow, Russia May 13-17, 2013

Graduate Students and Post-doctoral Trainees Supervised:

| | |
|---|---|
| N. Stambler, M.S. | 1980-81 |
| E. Perlin, M.D. | 1980-81 |

| | |
|---|---|
| J. Berenberg, M.D. | 1981-82 |
| L. Mell, Ph.D. | 1981-83 |
| D. Ezra, M.D. | 1981-84 |
| R. Platzer, M.D. | 1982-83 |
| S. Perkins, M.D. | 1983-83 |
| M. Shmuklarsky, M.D. | 1982-84 |
| B. Chen, M.D. | 1983-84 |
| N. Haim, M.D. | 1984-86 |
| V. Hill, M.D. | 1985-87 |
| N. Fleischer, (Ph.D.) | 1985-88 |
| C. Lehmann, Pharm.D. | 1986-87 |
| G. Murphy, M.D. | 1986-88 |
| C. Bradley, Ph.D. | 1986-88 |
| R. Brueckner, M.D. | 1988-90 |
| S. Rinsler | 1989-92 |
| B. Tuk | 1993-94 |
| H. Kimko | 1995-97 |
| J. Gobburu | 1997-99 |
| J. Li | 1998-00 |
| Teruki Ehara | 1998-00 |
| I. Jang | 1998-00 |
| R. Bies | 1998-00 |
| M. Staschen | 2000-02 |
| H. Lee | 2000-02 |
| M. Shibatsuji | 1999-01 |
| J. Cross | 1999-01 |
| A. Westelinck | 2000-01 |
| H. Kraiczi | 2000-01 |
| S. Tannenbaum | 2001-03 |
| S. Berry | 2002-04 |
| C. Garnett | 2002-04 |
| D. Yim | 2003-05 |
| B. Green | 2004-05 |
| T. Vu | 2005-07 |
| R. Crombag | 2007-08 |

**SCHOLARSHIP AND RESEARCH:**

**Peer-Reviewed Publications:**

**Original Articles**

1. Peck CC: "Critical analysis of medical journal articles". In-House Journal, Department of Medicine, USA Tripler General Hospital, July, 1968.
2. Peck CC: "Critical evaluation of medical literature". Present Concepts in Internal Medicine IV:1001-1016, November, 1971.
3. Peck CC: "A suggested approach to medical journal analysis". Ibid, pp. 1017-1020.
4. Peck CC: "The Almighty P-value, or the Significance of Significance". Ibid, pp. 1021-1024.
5. Peck CC: "Medical diseases of military significance: Southeast Asia 1972". Present Concepts in Internal Medicine V: Suppl. 1, 19-67, 1972.
6. Peck CC, Farr JE, Cederburg CW: "Malaria: Return of an Old Problem to the American Physician". Present Concepts in Internal Medicine V: Suppl. 1, 67-74, 1972.
7. 7.Peck CC: "Potential Medical Problems in Returning American Prisoners of War" In Medical Care for Repatriated Prisoners of War - A Manual for Physicians, edited by C.C. Peck. Published by Center for Prisoner of War Studies, San Diego, CA. 1973.
8. Peck CC, Sheiner LB, Melmon KL: "Computer-assisted digoxin therapy". NEJM 289:441-446, 1973.
9. Sheiner L, Peck CC: "Differences in serum digoxin concentrations between outpatients and inpatients - an effect of compliance?". Clin. Pharmacol. Ther. 15:239-246, 1974.
10. Peck CC, Sheiner LB, Melmon KL: "Practical application of computer-aided drug therapy". Proc. S. D. Biomed. Symp. 13:321-323, 1974.
11. Peck CC, Lewis AB, Joyce BE: "Pharmacokinetic rationale for a malarial suppressant administered once monthly". Ann. Trop. Med. Parasit (Liverpool) 69:141-146, 1975.
12. Halkin HH, Sheiner LB, Peck CC: "Determinants of the renal clearance of digoxin". Clin. Pharmacol. Ther. 17:385-394, 1975.
13. Sheiner LB, Halkin HH, Peck CC, Rosenberg B, Melmon KL: "Improved computer-assisted digoxin therapy". Ann. Int. Med. 82:619-627, 1975.
14. Peck CC: "Compliance with self-medication among ambulatory patients". Present Concepts in Internal Medicine, Ambulatory Internal Medicine Symposium, p. 71-83, 1976.
15. Stein MR, Julis RE, Peck CC, Henshaw W, Sawicki JE, Deller, JJ: "Ineffectiveness of human chorionic gonadotropin (HCG) in weight reduction: A double blind study". Am.J. Clin. Nutr. 29(9):940-948, 1976.
16. Peck CC: "Disposition and metabolism of DEHP in primates". Workshop on adenine and red cell preservation. Transcript of Proceedings p. 1-161 to 1-169, Dept of HSS, FDA, Bureau of Biologics, Washington, D.C. (presented at

workshop on Adenine and red Cell Preservation, NIH, Washington, D.C., October, 1976).

17. Peck CC: "Supersaturation of 2,8 dihydroxyadenine in baboon and human urine". Workshop on Adenine and Red Cell Preservation. Transcript of Proceedings: pp. 1-56 to 1-63, Dept of HSS, FDA, Bureau of Biologics, Washington, D.C. (presented at Workshop on Adenine and Red Cell Preservation, NIH, Washington, D.C., October, 1976).
18. Peck CC, Hopkins LA: "Problems in analyzing pharmacokinetic data". Proceedings of the 22nd Conference on the Design of Experiments in Army Research, Development and Testing. ARO Report 77-2, 1977, US Army Research Office, Box 12211, Research Triangle Park, North Carolina, pp. 1-21.
19. Peck CC, Bailey FJ, Moore GL: "Enhanced solubility of 2,8 dihydroxyadenine (DOA) in human urine". Transfusion 17:383-390, 1977
20. Zuck TF, Bensinger TA, Peck CC et al: "The in vivo survival of red cells stored in modified CPD with adenine: Report of a multi-institutional cooperative effort". Transfusion 17:374-382, 1977.
21. Moores WY, Gago O, Morris JD, Peck CC: "Serum and urinary amylase levels following pulsatile and continuous cardiopulmonary bypass". J. Thorac, Cardiovasc. Surg. 74(1):73-76, July, 1977.
22. Peck CC, Benet LZ: "A general method for determining macro dissociation constants of polyprotic, amphoteric compounds from solubility measurements". J. Pharm. Sci. 67:12-16, 1978.
23. Peck CC, Zuck TF: "International Forum: What is the toxicological importance of the liberation of phthalates from plastic containers into blood, its components and derivatives?". Vox Sang 34(4):244-254, 1978.
24. Friedman HI, Chandler JG, Peck CC, Nemeth TJ, Odom SK: "Alterations in intestinal structure, fat absorption, and body weight after intestinal bypass for morbid obesity". Surgery, Gynecol. and Obstetr. 146:757-767, 1978.
25. Bensinger TA, Zuck TF, Tolbert B, McLaughlin S, Aguirre K, Peck CC, Knight : "An enzymatic method for measurement of ascorbate-2-phosphate". Biochem, Med. 19:118-126, 1978.
26. Peck CC, Odom DG, Friedman HI, Albro PW, Hass JR, Brady JT, Jess DA: "Di-2-ethylhexyl phthalate (DEHP) and mono-2-ethylhexyl phthalate (MEHP) accumulation in whole blood and red cell concentrates". Transfusion 19:137-146, 1979.
27. Guill MA, Goette DK, Knight CG, Peck CC, Lupton GP: "Erythema multiforme and urticaria. Eruptions induced by chemically related ophthalmic anticholinergic agents". Arch Dermatol 115:742-743, 1979.
28. DeVenuto F, Friedman HI, Neville JR, Peck CC: "Appraisal of hemoglobin solution as a blood substitute". Surg. Gynecol. Obstet. 149:417-436, 1979.
29. Peck CC, Barrett BB: "Nonlinear least-square regression programs for microcomputers". J. Pharmacokin, Biopharm. 7:537-541, 1979.
30. Pond SM, Becker CE, Vandervoort R, Phillips M, Bowler R, Peck, CC: "A prospective trial to evaluate lithium in chronic alcoholism". Alcoholism Clinical and Experimental Res. 3(2):191, 1979.

31. DeVenuto F, Zegna AI, Busse KR, Peck CC: "Evaluation of a reverse osmosis apparatus for field production of USP grade injectable water from sea water, pond water and human urine". Milit. Med. 145:831-835, 1980.
32. Moore GL, Ledford ME, Peck CC: "The in vitro evaluation of modifications in CPD-adenine anticoagulated-preserved blood at various hematocrits". Transfusion 20 (4):419-426, 1980.
33. Bolin RB, Cheney BA, Simpliciano OA, Peck CC: "In vitro evaluation of platelets stored in CPD-adenine formulations". Transfusion 20(4):409-418, 1980.
34. Peck CC, Brown WD, Sheiner LB, Schuster BG: "A microcomputer drug (theophylline) dosing program which assists and teaches physicians". Proceedings of the 4th Annual Symposium of Computer Applications in Medical Care, Vol 2, p. 988-994, Nov. 1980.
35. Moore GL, Peck CC, Sohmer PR, Zuck TF: "Some properties of blood stored in anticoagulant CPDA-1 solution, a brief summary". Transfusion 21(1):125-137, 1981.
36. Peck CC, Odom DG, Albro PW, Jess DA, Barett BB: "Effect of heat on the conversion of di-2-ethylhexyl phthalate to mono-2-ethylhexyl phthalate in human plasma". Transfusion 21(2):163-166, 1981.
37. Baker JR, Peck CC, Raybuck BD, Owen EL, Schuster B: "Normal pharmacokinetics of doxapram in a patient with renal failure and hypothyroidism". Brit. J. of Clin. Pharmacology 11:305-307, 1981.
38. Pond SM, Becker CE, Lee K, Vandervoot R, Phillips M, Bowler RM, Peck CC: "An evaluation of the effects of lithium in the treatment of chronic alcoholism. I. Clinical results". Alcoholism-Clinical and Experimental Research (2):247-251, 1981.
39. Peck CC, Pond SM, Becker CE, Lee K: "An evaluation of the effects of lithium in the treatment of chronic alcoholism. II. Assessment of the two-period cross-over design". Alcoholism-Clinical and Experimental Research 5(2):252-255, 1981.
40. Peck CC, Lee K, Becker CE: "Continuous transepidermal drug collection: Basis for use in assessing drug intake and pharmacokinetics". J. Pharmacokin. and Biopharm. 9(1):41-58, 1981.
41. Peck JC, Peck CC: "Countering frivolous malpractice suits in Kansas". Kansas Medical Association Journal 81(11):512-517, 1981.
42. Albro PW, Hass JR, Peck CC, Odom DG, Corbett JT, Bailey FJ, Blatt HE, Barrett BB: "Identification of the metabolites of di-(2-ethylhexyl)-phthalate in urine from the African Green monkey". Drug, Metab. and Disp. 9:223-225, 1981.
43. Peck CC, Halkin H: "Therapeutic decision making for second year medical students". J. Med. Ed. 56:1024-1026, 1981.
44. Perlin E, Peck CC, Nichols AI: "An aminoglycoside dosing program using a Bayesian algorithm". Proc. 5th Annual Symp. Comp. Appl. Med. Care, 610-613, 1981.
45. Bove JR, Oberman HA, Holland P, Ishak KG, Peck C, Shorley J. Special Report of the ad hoc committee on ALT testing. Transfusion 22:3-5, 1982.
46. Bikle DD, Peck CC, Holford NHG, Zolock DT, Morrissey RL: "Pharmacokinetics and pharmacodynamics of 1,25-dihydroxyvitamin D3 in the chick". Endocrinology III (3): 939-946, 1982.

47. Albro PW, Hass JR, Peck CC, Jordan ST, Corbett JT, Schroeder J: “Applications of isotope differentiation for metabolic studies with di-(2-ethylhexyl) phthalate”. J. Environ. Sci. and Health, B17(6):710-714, 1982.
48. Sohmer PR, Moore GL, Beutler E, Peck CC: “In vivo viability of red blood cells stored in CPDA-2”. Transfusion 22(6):479-484, 1982.
49. Peck CC, Sheiner LB, Nichols AI: “The problem of choosing weights in non-linear regression analysis of pharmacokinetic data”. Drug Metab. Reviews 15 (1 and 2):133-148, 1984.
50. Peck CC, Crout JR: “Current Status of Clinical Pharmacology Training in the United States”. Clin. Pharmacol. Ther. 39(4):451-458, 1986.
51. Peck CC, Beal SL, Sheiner LB, Nichols AI: “Extended Least Squares Nonlinear Regression: A Possible Solution to the 'Choice of Weights' Problem in Analysis of Individual Pharmacokinetic Data”. J. Pharmacokin. and Biopharm. 12:545-588, 1984.
52. Perlin E, Smith CG, Nichols AI, Almirez R, Flora KP, Cradock JC, Peck CC: “Disposition and Bioavailability of Various Formulations of Tetrahydrocannabinol in the Rhesus Monkey”. J. Pharmaceut. Sci. 74(2) 171-174, 1985.
53. Alving BM, Strickler MP, Knight RD, Barr CF, Berenberg JL, Peck CC: “Hereditary Warfarin Resistance”. Arch. intern. med. 145:499-501, 1985.
54. Abdel-Rahim M, Ezra D, Peck C, Lazar J: “Liquid Chromatographic Assay of Cimetidine in Plasma and Gastric Fluid”. Clin. Chem. 31(4):621-623, 1985.
55. Peck CC, Nichols AI, Baker J: “Clinical Pharmacodynamics of Theophylline”. J. Allergy & Clin. Immun. 76(2):292-297, 1985.
56. Perlin E, Taylor RE, Peck CC: “Clinical Pharmacokinetics: A Simplified Approach, Part 1”. J. Nat. Med. Assn. 77:475-482, 1985.
57. Weisman, LE, Fischer GW, Hemming VG, and Peck CC: “Pharmacokinetics of intravenous immunoglobulin (Sandoglobulin R ) in neonates”. Ped. Infec. Dis. 5:S185-188, 1986.
58. Peck CC: “Bayesian Pharmacokinetics. Evolution and State of the Art”, in Young, Inoalls, and Hawkins, East. Sim. Conf., Norfolk, VA, 1986. Simulation at the frontiers of science, pp 17-20 (Soc. Comp. Sim., San Diego 1986).
59. Ludden TM, Beal SL, Peck CC, Godley PJ: “Evaluation of a Bayesian Regression-Analysis Computer Program for Predicting Phenytoin Concentration.” Clin. Pharm. 1986; 5:580-5.
60. Ezra D, Laurindo FRM, Eimerl J, Goldstein RE, Peck CC, Feuerstein G: “Tachykinin Modulation of Coronary Blood Flow.” Euro. J. Pharm. 122:135-138, 1986.
61. Perlin E, Taylor RE, Peck CC: “Clinical Pharmacokinetics: A Simplified Approach, Part II.” J. Nat. Med. Assn. 78:835- 842, 1986.
62. Peck CC, Conner DP, Bolden BJ, Almirez RG, Rowland LM, Kwiatkowski TE, McKelvin BA, Bradley CR: “Outward transdermal migration of theophylline.” Published in Proceedings of the 7th CIRD Symposium “Advances in Skin Pharmacology: Skin Pharmacokinetics”, Nice, France, September 26-18, 1986, Pharmacol. Skin, Vol. 1, pp. 201-208, 1987.

63. Beach CL, Farringer JA, Peck CC, Crawford MH, Ludden TM, Clementi WA: "Clinical Assessment of a Two-Compartment Bayesian Forecasting Method for Lidocaine." Ther. Drug Monit. 10 (1): 74-79, 1988.
64. Beach CL, Farringer JA, Peck CC, Crawford MH, Ludden TM, Clementi WA. Clinical assessment of a two-compartment Bayesian forecasting method for lidocaine.Ther **Drug** Monit. 1988;10(1):74-9.
65. Peck CC, Conner, DP, Bolden, BJ, Almirez, RG, Kingsley, TE, Mell, LD, Murphy, MG, Hill, VE, Rowland, LM, Ezra, D, Kwiatkowski, TE, Bradley, CR, Abdel-Rahim, M: "Outward Transcutaneous Chemical Migration: Implications for Diagnostics and Dosimetry." Skin Pharmacol, 1:14-23, 1988
66. Peck CC.: Training of Clinical Investigators, in "Resources for Clinical Investigation", Paul A. Marks, Editor, IOM 88-07, pp 57-58, Institute of Medicine, 2101 Constitution Ave., N.W., Washington, D.C. 20418, National Academy Press, 1988.
67. Privitera, MD, Homan, RW, Ludden, TM, Peck, CC, Vasko, MR: "Clinical Utility of A Bayesian Dosing Program for Phenytoin." Therapeu. Drug Monitoring, 11:285-294, 1989.
68. Killilea T, Coleman R, Ludden T, Peck CC, Rose D: "Bayesian Regression Analysis of Non-Steady-State Phenytoin Concentrations: Evaluation of Predictive Performance." Therapeu. Drug Monitoring 11:455-462, 1989.
69. Weisman LE, Fischer GW, Marinelli P, Hemming VG, Pierce JR, Golden SM, Peck CC: "Pharmacokinetics of Intravenous Immunoglobulin in Neonates." Vox Sang:57:243-248,1989.
70. Shah VP, Peck C, Skelly JP. Vasoconstriction—skin blanching; assay for glucocorticoids: a critique. Arch Dermatol. 1989;125:1558–61
71. Peck CC, Collins, JM: "New Drugs: The First Time in Man A Regulatory Perspective." J. Clin. Pharmacol. 30:3:210-222, 1990.
72. Murphy MG, Peck CC, Conner DP, Zamani K, Merenstein GB, Rodden D: "Transcutaneous theophylline collection in preterm infants." Clin. Pharmacol. and Ther. 47:427-434, 1990.
73. Conner DP, Almirez RG, Rhyne P, Zamani K, Bolden BJ, Peck CC: "Transcutaneous Collection of Theophylline: Constancy and Linearity of Skin Permeability." Skin Pharmacol 2:155-61, 1990.
74. Murphy MG, Peck CC, Merenstein GB, et al. "An Evaluation of Bayesian microcomputer predictions of theophylline concentrations in newborn infants." Ther. Drug Monitoring 12:47-53, 1990.
75. Lietman P, Temple R, Harrington M, Peck C: "Design of Clinical Trials--Approaches to Clinical Trials Design." J of Acquired Immune Deficiency Syndrome, 3:S27-S36:1990.
76. Bradley CR, Conner DP, Peck CC: "Noninvasive Transdermal Chemical Collection I. In Vitro Absorption Characteristics of Gel/Charcoal Matrices." Skin Pharmacol 3:218-226.
77. Bradley CR, Almirez RG, Conner DP, Rhyne PR, Peck C: "Noninvasive Transdermal Chemical Collection II. In Vitro and In Vivo Skin Permeability Studies." Skin Pharmacol 3:227-235, 1990.

78. Skelly JP, Shah VP, Peck C. Topical corticosteroid induced skin blanching. Arch Dermatol. 1065;1991:127.
79. VP, Flynn GL, Guy RH,…Peck CC, et al. In Vivo Percutaneous Penetration. Pharmaceutical Research, Vol. 8, No. 8, 1991, 1071-75.
80. Sanathanan LP, Peck C, Temple R, Lieberman R, Pledger, G: "Randomization, PK-Controlled Dosing, and Titration: An Integrated Approach for Designing Clinical Trials." Drug Information Journal, Vol. 25, pp. 425-431, 1991.
81. Sanathanan LP, Peck CC: "The Randomized Concentration-Controlled Trial: An Evaluation of its Sample Size Efficiency": Cont. Clin. Trials 12:780-794, 1991
82. Conner, DP; Millora, E; Zamani, K; Nix, D; Almirez, RG; Rhyne-Kirsch, P; Peck, CC: Transcutaneous chemical collection of caffeine in normal subjects: relationship to area under the plasma concentration-time curve and sweat production. J. Invest. Dermatol. 96(2): 186-90, 1991
83. Peck, CC: "Population Approach in Pharmacokinetics and Pharmacodynamics: FDA View. "Conference on New Strategies in Drug Development and Clinical Evaluation: The Population Approach, Manchester, England, September 1991. Published by the Commission of the European Communities: European cooperation in the field of scientific and technical research, pp. 157-168, 1992.
84. Peck, CC: Streamlining Clinical Testing: Presented at First Princeton Conference on Drug Development, October 1991. Louis Lasagna, M.D., Ed. Published by Excerpta Medica, Inc., Princeton, N.J. 1992, pp. 33-35.
85. Jolson, HM, Bosko, L…Peck, CC. Clustering of Adverse Drug Events: Analysis of Risk Factors for Cerebellar Toxicity With High-Dose Cytarabine. JNCI J Natl Cancer Inst FDA regulation of prescription drug advertising (1992) 84 (7): 500-505.
86. Cooper, MR; Lieberman, R; La-Rocca, RV; Gernt, PR; Weinberger, MS; Headlee, DJ; Kohler, DR; Goldspiel, BR; Peck, CC; Myers, CE: Adaptive control with feedback strategies for suramin dosing. Clin. Pharmacol. Ther. 52(1): 11-23, 1992.
87. Nelson, RC; Peck, CC: Clinical pharmacology training at the Food and Drug Administration. J. Clin. Pharmacol. 32(5): 400-6, 1992.
88. Jolson HM, Bosco L, Bufton MG,…Peck CC: Clustering of Adverse Drug Events: Analysis of Risk Factors for Cerebellar Toxicity With High-Dose Cytarabine. JNCI 84, 500-505.
89. Peck, CC; Barr, WH; Benet, LZ; Collins, J; Desjardins, RE; Furst, DE; Harter, JG; Levy, G; Ludden, T; Rodman, JH; et al. Opportunities for integration of pharmacokinetics, pharmacodynamics, and toxicokinetics in rational drug development. Clin. Pharmacol. Ther. 51(4) 465-73, 1992.
90. Peck, CC; Barr, WH; Benet, LZ; Collins, J; Desjardins, RE; Furst, DE; Harter, JG; Levy, G; Ludden, T; Rodman, JH; et al. Opportunities for integration of pharmacokinetics, pharmacodynamics, and toxicokinetics in rational drug development. J Pharm Sci. 81(6):605-10, 1992.
91. Shah VP, Behl CR, Amidon G,….Peck CC: Principles and criteria in the development and optimization of topical therapeutic products: Sponsored by the American Association of Pharmaceutical Scientists (AAPS) and U.S. Food and

Drug Administration (FDA). International Journal of Pharmaceutics Volume 82, Issues 1–2, 20 April 1992, Pages 21-28.

92. Sanathanan, L., Peck, CC: Concentration-controlled trial Basic Concepts, Design, and Implementation in Integration of Pharmacokinetics, PD and TK in Rational Drug Development edited by A. Yacobi, et al (1993), pages 239-

93. Kessler Da, Natanblut S, Kennedy D, Peck C, et al. Introducing medwatch: A new approach to reporting medication and device adverse effects and product problems. JAMA: The Journal of the American Medical Association. 1993;269(21):2765-8.

94. Peck, CC; Barr, WH; Benet, LZ; Collins, J; Desjardins, RE; Furst, DE; Harter, JG; Levy, G; Ludden, T; Rodman, JH; et al. Opportunities for integration of pharmacokinetics, pharmacodynamics, and toxicokinetics in rational drug development. J Clin Pharmacol. 34(2):111-9, 1994

95. Jobe PC, Adams-Curtis LE, Burks TF, Fuller RW, Peck CC, Ruffolo RR, Snead OC 3rd, Woosley RW: The essential role of integrative biomedical sciences in protecting and contributing to the health and well-being of our nation. Physiologist. 37(3):79-86, 1994.

96. Meyer UA, Amrein R, Balant …Peck,C: Antidepressants and drug-metabolizing enzymes – expert report. Acta Psychiatr Scand. 1996 Feb;93(2):71-9

97. Peck CC: Drug development: Improving the process. Food and Drug Law J. 52(2):163-167, 1997.

98. Tuk B, Schoemaker RC, Oberye JJ, Pieters MS, , Kemp B, van Gerven J, Danhof M, Kamphuisen HA, Cohen AF, Breimer DD and Peck CC: Pharmacodynamics of temazepam in primary insomnia: Assessment of the value of quantitative electroencephalography and saccadic eye movements in predicting improvement of sleep. Clin Pharmacol Thera, 62(4): 444-52, 1997.

99. Reigner BG, Williams PEO, Patel IH, Steimer J-L, Peck CC and van Brummelen P: An evaluation of the integration of pharmacokinetic and pharmacodynamic principles in clinical drug development. Clin Pharmacokinet, 33(2):142-52, 1997.

100. Krall RL, Engleman KH, Ko HC and Peck CC: Clinical Trial Modeling and Simulation – Work in Progress. Drug Info J, 32:971-976, 1998.

101. Woosley RL, Henningfield JE and Slade J: Treatment of tobacco dependence: Innovative regulatory approached to reduce death and disease: Food and Drug Law J. 53:1-9, 1998.

102. Spyker DA, Harvey ED, Harvey BE, Harvey AM, Rumack BH, Peck CC, Atkinson AJ, Woosley RL, Abernethy DR and Cantilena LR: Assessment and reporting of clinical pharmacology information in drug labeling. Clin Pharmacol Thera 67(3):196-199, 2000

103. Kimko, HC, Reele, SSB, Holford, NHG, Peck, CC: Prediction of the outcome of a phase 3 clinical trial of an antischizophrenic agent (quetiapine fumerate; Seroquel) by simulation employing a population pharmacokinetic model. Clin Pharm Ther 68(5): 568-577, 2000.

104. Karlsson, MO, Schoemaker, RC, Kemp, B, Cohen, AF, van Gerven, JMA, Tuk, B, Peck, CC: A pharmacodynamic Markov mixed-effects model for the effect of tmezepam on sleep. Clin Pharmacol Ther 2000; 68: 175-88.

105. Woosley, RL, Anthony, M, Peck, CC: Biological sex analysis in clinical research. J Womens Health Gend Based Med. 2000 Nov;9(9):933-4
106. Galluppi, GR, Rogge, MC, Roskos, LK, Lesko, LJ, Green, MD, Feigal, DW, Peck, CC: Integration of pharmacokinetics and pharmacodynamics studies in the discovery, development and review of protein therapeutic agents: a conference report. Clin Pharm Ther 2001;69:387-99.
107. Lesko, LJ, Rowland, M, Peck, CC, Blaschke TF: Optimizing the science of drug development: opportunities for better candidate selection and accelerated evaluation in humans. Pharmaceut Res 2001;17 (11) 1335-1344.
108. Lesko LJ, Rowland M, Peck CC, Blaschke TF; Optimizing the Science of Drug Development: opportunities for better candidate selection and accelerated evaluation in humans [Conference Report]. JOURNAL OF CLINICAL PHARMACOLOGY **40**(8):803-14, 2000.
109. Lesko LJ, Rowland M, Peck CC, Blaschke TF, Breimer D, de Jong HJ, Grahnen A, Kuhlmann JJ, Stewart B. Optimizing the science of drug development: opportunities for better candidate selection and accelerated evaluation in humans. EUROPEAN JOURNAL OF PHARMACEUTICAL SCIENCES **10**(4):iv-xiv, 2000.
110. Peck, CC, Wechsler, J: Report of a Worskhop on Confirmatory Evidence to Support a Single Clinical Trials as a Basis for New Drug Approval. Drug Inf J 2002, 36 (3):517-534.
111. Cross, J, Lee, H, Westelinck, A, Nelson, J, Grudzinskas, C, Peck, C. Postmarketing drug dosage changes of 499 FDA-approved new molecular entities, 1980-1999. Pharmacoepidemiology and Drug Safety 2002, 11 (6): 439-446.
112. Lee, H, Kimko, HC, Rogge, M, Wang, D, Nestorov, I, Peck, CC. Population pharmacokinetic and pharmacodynamic modeling of etanercept using logistic regression analysis. Clin Pharmacol Ther 2003;73:348-65.
113. Peck, CC, Rubin, DB, Sheiner, LB. Hypothesis: A single clinical trial plus causal evidence of effectiveness is sufficient for drug approval. Clin Pharm Ther 2003, 73:481-490.
114. Kraiczi, H, Jang, T, Ludden, T, Peck, CC. Randomized concentration-controlled trials: motivations, use and limitations. Clin Pharm Ther 2003; 74/3 pp. 203-214
115. Lee H, Yim, D-S, Zhou, H, Peck, C. Evidence of Effectiveness: How Much Can We Extrapolate from Existing Studies? AAPS Journal, 2005;7 (2) Article 4 (http://www.aapsj.org).
116. Fisher, M, (Peck CC in Author Group); for the Stroke Therapy Academic Industry Roundtable IV. “Enhancing the Development and Approval of Acute Stroke Therapy.” Stroke. 2005;36:1808-1813.
117. Yim, D-S, Zhou, H, Buckwalter, M, Nesterov, I, Peck, CC. Population Pharmacokinetic Analysis and Simulation of the Time Concentration Profile of Etanercept in Pediatric Patients with Juvenile Rheumatoid Arthritis, J Clin Pharmacol 2005;45:246-256.
118. Tannenbaum, SJ, Holford, NH, Lee, H, Mould, DR. Simulation of Correlated Continuous and Categorical Variables using a Single Multivariate Distribution. J Pharmacokinet Pharmacodyn. 2006 Dec;33(6):773-94

119. Ratain MJ, Murphey RW, Gordon GB, Fyfe G, Adamson PC, Fleming TR, Stadler WM, Berry DA, Peck CC: Recommended Changes to Oncology Clinical Trial Design: Revolution or Evolution? European J Oncology 2008 44:8-11.
120. Peck, CC, Cross JT. MACROSCROPY "Getting the Dose Right": Facts, a Blueprint, and Encouragements. Clin Pharm Ther 2007 82:12-14.
121. Warnock, D. G. and C. C. Peck (2010). "A roadmap for biomarker qualification." Nat Biotech **28**(5): 444-445.
122. Rowland M, Tucker G, Peck CC: Physiologically-Based Pharmacokinetics in Drug Development and Regulatory Science. (2011) Ann Rev Pharmacol Tox 51: 45-73.
123. Peck, C. Quantitative clinical pharmacology is transforming drug regulation. Journal of Pharmacokinetics and Pharmacodynamics 2011 **37**(6): 617-628.
124. Rowland M, Noe CR, Smith DA, Tucker GT, Crommelin DJ, Peck CC, et al. Impact of the pharmaceutical sciences on health care: a reflection over the past 50 years. J Pharm Sci. 2012 Nov;101(11):4075-99.
125. Miller, M, Keith J, Berman, J, Burlington DB, Grudzinskas C, Hubbard H, Peck CC, Scott C, Chaudry I. Efficacy of 17α-ethynylestradiol-3-sulfate for severe hemorrhage in minipigs in the absence of fluid resuscitation. J Trauma. J Trauma Acute Care Surg. 2014 Jun;76(6):1409-16
126. Hubbard H, Keith J, Berman J, Miller M, Scott C, Peck C, Chaudry I. 17□-ethynylestradiol-3-sulfate treatment of severe blood loss in rat. J Surg Res. 2015 Jan;193(1):355-60.
127. Feldschreiber P, Peck C. Learning from the Sally Clark Case. Solicitors Journal. 159 (23): 25-27, July 6, 2015. Wilmington Publishing & Information Ltd. London.
128. Breckenridge A, Aronson JK, Blaschke TF, Hartman D, Peck CC, Vrijens B. Poor medication adherence in clinical trials: consequences and solutions. Nat Rev Drug Discov, 2 February, 2017.
129. Suh HY, Peck CC, Yu KS, Lee H. Determination of the starting dose in the first-in-human clinical trials with monoclonal antibodies: a systematic review of papers published between 1990 and 2013. Drug Des Devel Ther 2016;10:4005-16.
130. Peck CC, Woosley RL. Farewell to our Good Friend and Outstanding Colleague David Flockhart (1952-2015). Clin Pharmacol Ther. 2016 Feb;99(2):139-42.
131. Farewell to Our Good Friend, Outstanding Mentor, and Colleague Darrell R. Abernethy (1949-2017). Clin Pharmacol Ther. 2018 Apr;103(4):552-555.
132. Aksenov S. Peck C, Eriksson U, Stanski, D. Individualized treatment strategies for hyperuricemia informed by a semi-mechanistic exposure-response model of uric acid dynamics. Physiological Reports – Physiol Rep. 2018 Mar;6(5), 1-22.
133. Peck CC, Campbell G. Bayesian Approach to Establish Bioequivalence: Why and How? Clin Pharm Ther (2019). 105: 301-303.
134. Ruberg SJ, Harrell FD, Gamalo-Siebers M, LaVang L, Lee JL, Price K, Peck CC. Inference and Decision-Making for 21st Century Drug Development and Approval. American Statistician (Accepted, January 2019).
135. JL, Cheung KWK, …Peck CC…Blaschke TF. Scientific Considerations for global drug development. Sci Transl Med 12, 29 July 2020.

136. Feigal EG, DeWitt ND, Cantilena C, Peck C, Stroncek D: At the end of the beginning: immunotherapies as living drugs. *Nature Immunology* 2019, 20:955-962.
137. Breckenridge AM, Breckenridge RA, Peck CC: Report on the current status of the use of real-world data (RWD) and real-world evidence (RWE) in drug development and regulation. Brit J Clin Pharmacol, 2019; 85:1874-1877.
138. Peck CC, Breckenridge RA: Sir Alasdair Breckenridge 1937 – 2019. A Celebratory Tribute. (2020) Clin Pharm Ther (accepted for publication, February, 2020).
139. Temple RJ, O'Neill RT, Peck CC: Farewell to our Wonderful Friend and Colleague, J. Richard (Dick) Crout (1929-2020). Clin Pharm Ther 2020 Oct 28. doi: 10.1002/cpt.2063
140. Lalonde RL, Peck CC: Probability of Success: A Crucial Concept to Inform Decision Making in Pharmaceutical Research and Development. Clin Pharm Ther. 111 (5): 1001-1003. (doi: 10.1002/cpt.2513). (Commentary on A New Comprehensive Approach to Assess the Probability of Success of Development Programs Before Pivotal Trials by Hampson, L.V., *et al., Clin. Pharmacol. Ther.***111**, 1050–1060 (2022). https://doi.org/10.1002/cpt.2488)
141. Peck C, Campbell G, Yoo I, Feng K, Hu M, Zhao L. Comparing a Bayesian Approach (BEST) with the Two One-Sided t-Tests (TOSTs) for Bioequivalence Studies. AAPS J. 2022 Sep 1;24(5):97.
142. Fang L, Gong Y, Hooker A,…Peck C. The Role of Model Master Files for Sharing, Acceptance, and Communication with FDA. AAPS J. 2024 Feb 27; 26:28. 1-7
143. Zhang X, Peck CC, Wang Y, Wu Y, et al. Strength of clinical evidence supporting the United States Food and Drug Admindistration Accelerated Approvals from 2015 to 2022. BMC Medicine 22:587, 1-15, 2024 (Open Access).
144. Wang J, Campbell G, Lee JH…Peck CC: Bioequivalence of ANDA Data using a Non-informative Bayesian Procedure (BEST) Compared with the Two One-Sided t-Tests (TOST). AAPS Journal, Accepted for publication and in press, December 2024.

**Books, Pamphlets, Chapters, Editorials, Commentaries**

1. Peck CC: International Medical Programs Available to American Students of Medicine (pamphlet). Student AMA, 1968.
2. Peck CC: ibid, 1969
3. Manual of Medical Spanish, University of Kansas, 1968
4. Peck CC: Clinical Medicine, University of Antioquia, Medillin, Columbia, Senior Thesis, University of Kansas Medical Center, 1968.
5. Peck CC (Editor): Medical Care for Repatriated Prisoners of War - A Manual for Physicians. Published by Center for Prisoners of War, San Diego, CA, 1973.
6. Peck CC: "Qualitative Aspects of Therapeutic Decision-Making", Chapter 24, in Clinical Pharmacology - Basic Principles in Therapeutics, edited by K.L. Melmon and H.F. Morrelli, Macmillan Co., pp 1052-1062, 1978.

7. Peck CC, Albro PW, Odom DG, Hass JR: "Plasticizers in Stored Blood". In Microaggregates: Experimental and Clinical Aspects, edited by L. Kozloff and R. Porter, USAMRDC, Fort Detrick, MD, pp. 25-39, 1980.
8. Peck CC: "Should we improve patient compliance with drug therapeutic regimens and, if so, how?" In Controversies in Therapeutics, edited by L. Lasagna, W.B. Saunders Co., Philadelphia, PA, 1980.
9. Peck CC, Moore GL, Bolin RB: "Adenine in Blood Preservation". CRC Critical Reviews in Clinical Laboratory Science (invited review) 13:173-212, 1981.
10. Peck CC, Albro PW: "Toxic potential of the plasticizer di-(2-ethylhexyl) phthalate in the context of its disposition and metabolism in primates and man". Environ. Health Perspective (invited review), 45:11-17, 1982.
11. Peck CC: "Bedside Techniques in Clinical Pharmacokinetics", 1 October, 1982. USUHS
12. Peck CC: "Bedside Techniques for Optimizing Drug Dosage", 1 December, 1982. USUHS
13. Peck CC, Nichols AI, Sheiner LB, Barrett BB: "LSNLR and ELSNLR Programs for Pharmacokinetics and Parameter Estimation" In Drug Fate and metabolism, edited by E.R. Garrett and J.L. Hirtz, Appendix X, pp 125-126, Marcel Dekker, Inc., New York, NY, 1983.
14. Peck CC: "Computer-Assisted Clinical Pharmacokinetics", Chapter 19, in Pharmacokinetic Basis for Drug Treatment, edited by L.Z. Bennett, N. Massoud and J.G. Gambertoglio, Raven Press, NY, pp 349-356, 1984.
15. Peck CC: "Evaluating the survival of stored red cells". Transfusion (invited editorial) 24:(2)97-99, 1984.
16. Peck CC: "Bedside Clinical Pharmacokinetics, Simple Techniques for Individualizing Drug Therapy". Pharmacometrics Press, Rockville, MD, 1985.
17. Peck CC, Rodman J: Chapter 3, "Analysis of Clinical Pharmacokinetic Data for Individualizing Drug Dosage Regimens," in Applied Pharmacokinetics 2nd Edition (1986), W.E. Evans, J.J. Shentag, and W.J. Jusko (Eds), Applied Therapeutics, Inc, San Francisco, CA.
18. Peck CC: "Population Pharmacokinetics for Individualizing Drug Dosage Regimens," in Xenobiotic Metabolism and Disposition, Proceedings of the 2nd International ISSX Meeting, Kobe, Japan, May 16-20, 1988. Publishers, Taylor & Francis, Inc., Philadelphia, PA.
19. Coppinger P., Peck C., Temple R.: "Understanding Comparisons of Drug Introductions Between the U.S. and the U.K.," Clin. Pharm. Ther. (Commentary) Vol. 46: (No.2) August, 1989.
20. Peck CC, Shah VP: "FDA requirements for approval of transdermal drug delivery systems," in Prediction of Percutaneous Penetration Methods, Measurements, Modelling, RC Scott, RH Guy, J. Hadgraft (Eds), pp 286-289, IBC Technical Services Ltd, 1990.
21. Nigg HN, Beier RC, Carter O, Chaisson C, Lavy FT, Lewis R, Lombardo P, McCarthy JF, Maddy K, Moses M, Norris D, Peck C, Skinner K, Tardiff RG: " Chapter 2, Exposure to Pesticides, in The Effects of Pesticides on Human Health, SR Baker, CF Wilkinson (Eds), Princeton Scientific Publishing Co., Inc., Princeton, NJ, 1990.

22. Ezra D, Peck CC: "Dosing Institution and Maintenance: Three Examples" in Rational Therapeutics: RL Williams, DC Brater, J Mordenti (Eds) 1990.
23. Velagapudi R, Harter JG, Brueckner R, Peck CC: "Pharmacokinetic Pharmacodynamics Models in Analgesic Study Design: A Commentary." Advances in Pain Research and Therapy. M. Max, R. Portenoy, E. Laska, Raven Press, Ltd. (Eds). Vol. 18, pps 559-562, 1991.
24. Peck CC, Rheinstein PH: "FDA Regulation of Prescription Drug Advertising" (editorial) JAMA 264:18, pps. 2424-2425, 1990.
25. Harter JG, Peck CC: Chronobiology: "Suggestions for Integrating it Into Drug Development." Annals of the New York Academy of Sciences, Vol. 618, 1991 WJM Hrushesky, Rhanger, F Theeuwes (Eds).
26. Peck CC: "FDA Perspectives on Drug Delivery." Controlled Release Newsletter--Special Edition: 2, 1991.
27. Holford NHG, Peck CC: "Population Pharmacodynamics and Drug Development" in The In Vivo Study of Drug Action: Principles and Applications of Kinetic Dynamic Modeling. CJ van Boxtel, NHG Holford and M. Danhof (Eds). Elsevier Science Publishers B.V., 1992.
28. Peck CC, Temple R, Collins JM: "Understanding Consequences of Concurrent Therapies." (Editorial) JAMA, March 24/31, 1993, Vol 269, No. 12.
29. Shah VP, Peck CC, Williams RL: "Clinical Pharmacological and Regulatory Considerations" in Pharmaceutical Skin Penetration Enhancement. KA Walters, J Hadgraft (Eds). Marcel Dekker, Inc., Chapter 19, pps. 417-427, 1993
30. Peck CC: Rationale for the Effective use of Pharmacokinetics and Pharmacodynamics in Early Drug Development. In <u>Integrational Pharmacokinetics, Pharmacodynamics and Toxicokinetics in Rational Drug Development</u>. Chapter 1, pps 1-5. Plenium Press, NY, 1993.
31. Peck CC, Desjardins RE: "Simulation of Clinical Trials, Encouragement and Cautions." (Editorial) Applied Clinical Trials, 5:30-32, 1996.
32. Peck CC: "Impact of Early Population Pharmacokinetics/Pharmacodynamics on Subsequent Clinical Trial Design in Drug Development." In <u>European Cooperation in the Field of Scientific and Technical Research</u>. pps 131-136, European Commission publisher, 1997
33. KE Warner, CC Peck, RL Woosley, JE Henningfield - Treatment of tobacco dependence: Innovative regulatory approached to reduce death and disease: Preface Food and Drug Law J. 53:1, 1998.Food & Drug Law J, 1998
34. Peck C: "Non-compliance and clinical trials: regulatory perspective." In <u>Drug Regimen Compliance: Issues in Clinical Trials and Patient Management</u>, pps 97-102, J-M Metry, UA Meyer eds, John Wiley and Sons, 1999.
35. Atkinson AJ Jr, Moore KE, Peck CC. Dr M. Reidenberg, recipient of the 1999 Harry Gold Award. Clin Pharmacol Ther. 1999 Jul; 66 (1):1.
36. Holford NHG, Monteleone JPR, Kimko HC, Peck CC: "Simulation of Clinical Trials". <u>In Annual Rev Pharmacol Toxicol</u>. Vol. 40, 209-234, 2000.
37. Biomarkers Definitions Working Group: "Biomarkers and surrogate endpoints: Preferred definitions and conceptual framework. Clin Pharm Ther 69 (3): 89-95, 2001.

38. Holford, NHG, Mould, DR, Peck, CC: Disease Progress Models, Chapter 20 in: Arthur Atkinson, Charles Daniels, Robert Dedrick, Charles Grudzinskas, Sanford Markey (Eds), Principles of Clinical Pharmacology, Academic Press, San Diego, 2001.
39. Peck C, Wechsler J. Report of a Workshop on Confirmatory Evidence to Support a Single Clinical Trial as a Basis for New Drug Approval. Drug Information Journal 2002; 36:517-534.
40. Rowland, M, Balant, L, Peck, C: "Physiologically Based Pharmacokinetics in Drug Development and Regulatory Science: A Workshop Report (Georgetown University, Washington, DC, May 29-30, 2002). AAPS PharmSci 2004; 6 (1) (http://www.aapsj.org/articles/ps0601/ps060106/ps060106.pdf)
41. Peck, C.C. Preventing Postmarketing Changes in Recommended Doses and Marketing Withdrawals. In: *Appropriate Dose Selection — How to Optimize Clinical Drug Development* (eds. Venitz, J. and Sittner, W.) 209-16 (Springer, Berlin, 2007) (Presented in the Ernst Schering Research Foundation Workshop "Appropriate dose selection – How to optimize clinical drug development", June 17, 2005, Berlin, Germany.
42. Rolan P, Danhof M, Stanski D and Peck C (2007) Current issues relating to drug safety especially with regard to the use of biomarkers: a meeting report and progress update. *Eur J Pharm Sci* **30**:107-112
43. Song M H, , Littman BH, Kroetz D, Temple RT, Okita R, Peck CC, et al. COMMENTARY – Bridging the gap between preclinicaland clinical evaluation of therapeutic candidates: NIH Roadmap workshop, held July 31-Aug 2, 2007. Clin Pharm Ther XXXXX.
44. Peck CC, Kimko H. Clinical Trial Simulation and Quantitative Pharmacology, Chapter 1 In Clinical Trial Simulations: Applications and Trends, H. Kimko and C.C. Peck, (Eds). AAPS Advances In The Pharmaceutical Sciences Series. (2011). Volume 1.
45. Kimko HC, Peck CC (Eds). Clinical Trial Simulations: Applications and Trends. AAPS Advances in the Pharmaceutical Sciences Series, Vol. 1. ISBN: 978-1-4419-7414-3. 2011
46. Mould, DR, Holford NHG, Peck, CC: Disease Progress Models, Chapter 21 in: Shiew-Mei Huang, Juan Lertora, Paolo Vincini, and Arthur J. Atkinson (Eds), Atkinson's Principles of Clinical Pharmacology, Academic Press Elsevier, 2022.

**Abstracts (incomplete, especially after 1995)**

1. Peck CC, Sheiner LB, Martin M, Combs T, Melmon KL: "Computer-assisted digoxin therapy". Clin. Res. 21:471, 1973. (Presented at AFCR meeting, Atlantic City, NJ, May, 1973).
2. Sheiner LB, Rosenberg B, Marathe V, Peck CC: "Digoxin compliance". Clin. Res. 21:474, 1973 (Presented at AFCR meeting, Atlantic City, NJ, May, 1973).
3. Halkin HH, Sheiner LB, Peck CC, Melmon KL: "Renal urea nitrogen clearance as a predictor of digoxin clearance". Clin. Res. 22:323A, 1974 (Presented at AFCR meeting, Atlantic City, NJ).

4. Sheiner LB, Halkin HH, Peck CC, Rosenberg B, Melmon KL: "Therapeutic use of serum digoxin concentrations by physician and computer". Clin. Res. 22:319A, 1974.
5. Stone WH, Flannery EP, Hassingir HA, Corder MP, Peck CC: Successful treatment of complicated waldenstroms macroglobulenemia by plasmapheresis with saline replacement". Abstract Book, Am. Soc. Hematology, 1974 (Presented at ASH meeting, Atlanta, GA, Dec., 1974).
6. Peck CC, Bailey FJ, Moore GL, Zuck TF: "Urinary supersaturation by 2,8-dihydroxyadenine (DOA)", Transfusion 15:518, 1975.
7. Stein MR, Julis RE, Peck CC, Hinshaw W, Sawicki J, Deller JJ: "A detailed double-blind study of human chorionic gonadotropin in weight reduction". 58th Annual Meeting of the Endocrine Society Program and Abstracts, No. 444, p. 279, 1976 (Presented 24 June, 1976).
8. Peck CC, Bailey FJ, Odom D, Blatt HE, Barrett BB: "Plasticizer disposition in a conscious primate". Pharmacologist 18:195, 1976 (Presented at American Society for Pharmacology and Experimental Therapeutics meeting, New Orleans, LA, August 18, 1976).
9. Peck CC, Bailey FJ, Odom DG, Blatt HE, Barrett BB: "Plasticizer kinetics in a subhuman primate species". Transfusion 16:526, 1976 (Presented at American Association of Blood Banks meeting, San Francisco, CA, No. 4, 1976).
10. Peck CC: Book Review - "Compliance with Therapeutic Regimens" edited by D.L. Sackett and R.B. Haynes, Am. J. Clin. Nutr., Vol. 29, Jan., 1976.
11. Peck CC, Phillips M, Becker CE: "Drug Measurement in Sweat: A New Technique for Estimating Patient Compliance". Workshop Manual, Workshop/Symposium on Compliance. McMaster University, Hamilton, Ontario, Canada, p. 24, 1977 (Presented May 25, 1977).
12. Peck CC, Phillips M, Becker CE, Melmon KL: "Drug measurement in sweat: A new approach in clinical pharmacology", Abstracts, Fifth Pharmacology-Toxicology Program Symposium, National Institute of General Medical Sciences, Washington, D.C., p. 29, 1977 (Presented November 17, 1977).
13. Peck CC, Albro PW, Hass JR, Odom DG, Barrett BB, Bailey FJ: "Metabolism and excretion of the plasticizer di-2-ethylhexyl phthalate in man". Clin. Res. 26:101A, 1978.
14. Bikle DD, Peck CC, Morrissey RL, Zolock DT, Herman RH: "Pharmacokinetics of 1,25 dihydroxy vitamin D in plasma and gut". 60th Annual Meeting of the Endocrine Society Program and Abstracts, No. 486, p. 318, 1978 (Poster Session Presentation).
15. Moore GL, Ledford ME, Peck CC: "The use of adenine, glucose, dihydroxyactone, and/or ascorbate phosphate to maintain red cell ATP and 2,3-DPG during packed cell storage" (Presented at 32nd Annual Meeting of American Association of Blood Banks, Las Vegas, NV, Nov. 3-8, 1979).
16. Peck CC, Moore GL, Licko V. Barrett BB, Lenert LA: "Design of Optimal Blood Preservation Systems". Clin. Res., Vol. 28 (1), p. 36A, Feb. 1980.
17. Peck CC, Sheiner L, Beal S, Nichols A: "Pharmacokinetic data analysis using extended least-square nonlinear regression". Clin. Pharm. Ther. 27:277, 1980

(Presented at the 81st Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, San Francisco, CA, 19 March 1980).

18. Peck CC, Sheiner LB, Beal S, Nichols A: “Analysis of pharmacokinetic experiments in individuals by extended least-square nonlinear regression”. Abstracts, World Conference on Clinical Pharmacology and Therapeutics, No. 0183, edited by P. Turner and C. Padgham, Macmillan Journals Limited London, 1980. (Presented at the First World Conference on Clinical Pharmacology and Therapeutics, London, England, August 4, 1980).
19. Peck CC, Sohmer P, Nichols A, Trail D, Moroff G: “Standardized analysis of post-transfusion survival of stored erythrocytes”. Clin. Res. 29:42A, 1981.
20. Peck CC, Brown WD, Sheiner LB, Vozeh S, Nichols AI: “A prototype Bayesian drug dosing program which assists and teaches physicians”. Clin. Pharm. Ther. 29:272, 1981.
21. Smith CG, Perlin E, Peck CC, Nichols AI: “Bioavailability of extravascular delta-9-tetrahydrocannabinol in Rhesus monkeys”. Pharmacologist 23:142, 1981.
22. Perlin E, Smith CG, Nichols AI, Peck CC: “Pharmacokinetics of intravenous delta-9-tetrahydrocannabinol (THC) in Rhesus monkeys”. Pharmacologist, 23:178, 1981.
23. Sohmer PR, Moore GL, Trail D, Peck CC, Bolin RB: “In vivo survival or red cell stored in CPDA-2”. Clin. Res. 29:348A, 1981.
24. Peck CC, Kingsley TE, Stambler N, Mell L: “A non-invasive transepidermal toxicological monitoring device”. Abstracts 1982 Pittsburgh Conference and Exposition on Analytical Chemistry and Applied Spectroscopy, p. 366 (presented March 9, 1982, Atlantic City, NJ).
25. Lenert L, Peck CC, Vozeh S, Folath F: “Lidocaine forecaster: A two-compartment Bayesian patient pharmacokinetic computer program”. Clin. Pharm. Ther. 31:242, 1982.
26. Peck CC, Kingsley TE, Lazar JD, Mell LD: “Mechanism of non-invasive collection of substances dissolved in interstitial fluid”. Clin. Res. 30:256A, 1982.
27. Fleckenstein L, Schuster BG, Wilson JP, Peck CC: “Computer Assisted drug-drug interaction screening”. Clin. Res. 30:251A, 1982.
28. Schuster BG, Fleckenstein L, Wilson JP, Peck CC: “Low incidence of adverse reactions due to drug-drug interactions in potentially high risk population of medical in-patients”. Clin. Res. 30:258A, 1982.
29. Peck CC, Lenert L, Nichols A: “A prototype Bayesian Pharmacodynamics microcomputer program for optimizing drug therapy”. Clin. Pharm. Ther. 33:201 (A50), 1983.
30. Lenert L, Platzer R, Peck CC, Galeazzi R, Dayan E, Baker J: “Bayesian pharmacokinetic forecasting as a research tool”. Clin. Pharm. Ther. 33:201 (A51), 1983.
31. Peck CC, Lenert L, Baker J, Dayan E, Smith L, Ezra, D: “Theophylline-induced bronchodilation lags serum theophylline levels under nonsteady-state conditions”. Clin Pharm. Ther. 33:259 (C17), 1983.
32. Lenert L, Peck CC, Koup J, Dayan E, Vawter T: “Distribution volume of theophylline in obesity”. Clin. Res. 31:251A, 1983.

33. Beach CL, Farringer JA, Bufton MG, Harris SC, Lenert L, Peck C, Crawford MH, Ludden TM, Clementi WA: "Clinical Assessment of a Two-Compartment Bayesian Forecasting Method for Lidocaine (L) in Hospitalized Patients". Drug Intell. and Clin. Pharmacy 17:450, 1983.
34. Beach CL, Lenert L, Peck C, Ludden TM, Farringer JA, Crawford MH, Clementi WA: "Evaluation of a Two-Compartment Bayesian forecasting program for Lidocaine during Short and Long Infusions". Clin. Pharm. Ther. 35:228 (IV-A), 1984.
35. Godley PJ, Clementi WA, Beal SL, Peck CC, Ludden TM: "Evaluation of a Bayesian Forecasting Microcomputer Program for Nonsteady-State Phenytoin Pharmacokinetics". Drug Intell. and Clin. Pharmacy 18:505, 1984.
36. Garrelts JC, Ebert SC, Peck CC, Clementi WA, Ludden TM: "Evaluation of a Bayesian Forecaster for Gentamicin". Drug Intell. and Clin. Pharmacy 18:506, 1984.
37. Ludden TM, Beal SL, Peck CC, Yuen G, Glementi WA: "Bayesian Forecasting with Nonsteady-State Phenytoin Data". Clin. Pharmacol. Ther. 35:257, 1984.
38. Peck CC, Perkins SW: "Optimal Sampling Theory in a Bayesian Context: "A Framework for Choosing Number and Timing of Clinical Drug Level Measurements". Clin. Pharm. Ther. 35:266 (B42), 1984.
39. Ezra D, Abdelrahim M, Esposito R, Dubois A, Peck CC: "Simultaneous Pharmacokinetic-Pharmacodynamic Modeling of Cimetidine in Man". Clin. Pharm. Ther. 37:194 (I-A), 1985.
40. Peck CC, Chen BC: "Importance of Assumptions in Bayesian Pharmacokinetic Control of Drug Therapy". Clin. Pharm. Ther. 37:220 (I-A), 1985.
41. Peck CC, Chen BC: "Influence of Sampling Times of Drug Levels in Bayesian Pharmacokinetic Control of Drug Therapy". Clin. Pharm. Ther. 37:220 (II-A), 1985.
42. Moore L, Mohr L. Aronow L, Hill VE, Peck CC: "Integrated Modular Teaching of Clinical Pharmacokinetics of Medical Students and Physicians". Clin. Pharm. Ther. 39:213 (A2), 1986.
43. Harter JG, Schuster TB, Nichols AI, Peck CC: "Prediction of Digoxin Clearance Prior to Obtaining Serum Digoxin Levels". Clin. Pharm. Ther. 39:199 (B8), 1986.
44. Dubois A, Ezra D, Abdelrahim M, Esposito R, Peck CC: "Pharmacokinetics and pharmacodynamics of cimetidine in man". Gastroenterology 88:1370A, 1985.
45. Dubois A, Ezra D, Abdelrahim M, Esposito R, Peck CC: "Pharmacokinetics and pharmacodynamics of cimetidine in man." Dig. Dis. Sci. 30:373A, 1985.
46. Peck CC, Conner D, Scheuplein R, Dedrick R, McDougal J: "Physiologically Based Pharmacokinetic Modeling of Chemical Disposition in Skin". J. Clin. & Exper. Derm.
47. Peck CC, Conner D, Bolden B, Kingsley T, Mell L, Kwiatkowski T, Hill V, Ezra D, Dubois A, Abdel Rahim M, Murphy G: "Transdermal Chemical Collection: A Novel Research Tool". Proceedings of Skin Pharmacology Society third Annual Symposium 1986, p. 28.
48. Hill V, McKelvin B, Bolden B, O'Brien J, Conner D, Peck CC: "Transdermal Collection of Systemically Administered Methotrexate (MTX) in "Fuzzy" Rats".

Proceedings of Skin Pharmacology Society Third Annual Symposium 1986; p. 50.

49. Peck CC, Conner D, Bolden B, Kingsley T, Murphy MG, Kwiatkowski T, Almirez R: "Outward Transdermal Migration of Theophylline". 7th CIRD Symposium: Advances in Skin Pharmacology - Skin Pharmacokinetics, Nice, France, Sept. 26-28, 1986.

50. Fleischer N, Peck CC: "Formulation of the Gaseous Anesthetic Isoflurane for Intravenous Injection". Pharmaceut Res. 3:167S: 1986

51. Fleischer N, Peck CC, Conner D, McKelvin B, Almirez R: "The Pharmacokinetics of Intravenously Administered Isoflurane in the Rat". Pharmaceut Res 1986; 3:165S.

52. Peck CC, Conner D, Bolden B, Rowland L, Kwiatkowski T, Anderson B, Merenstein G, Roden D: "Non-invasive Transdermal Drug Collection System Enables Determination of In Vivo Permeability Coefficients". Clin. Pharmacol Ther. 41 (2):176, 1987.

53. Murphy M, Peck CC, Conner D, Bolden B, et al.: "Non-invasive Transcutaneous Theophylline Sampling in Preterm Infants". Clin Pharmacol Ther. 41 (2); 212: 1987

54. Peck CC, Murphy M, Conner D, Anderson B, et al.: "Non-invasive Transdermal Drug Collection System (TCS) Enables Determination of In Vivo Permeability Coefficients (in vivo-Kp)". Clin Pharmacol Ther. 41 (2); 176:1987

55. Murphy M, Peck CC, Conner D, Bolden B, Fox L, Roden D, Merenstein G: "Transcutaneous Sampling of Theophylline and Caffeine in Preterm Infants". Society for Pediatric Research, Anaheim, CA, April 27-30, 1987; 21 (4 PART 2); 239A:1987.

56. Conner DP, Jacques SL, Almirez RG, McAuliffe DJ, Bolden BJ, Zamani K, Peck CC: "Laser-Enhanced Transcutaneous Collection of Theophylline". Clin. Pharmacol. Ther., 43(2),137:1988.

57. Conner DP, Millora E, Zamani K, Murphy MG, Rhyne P, Peck CC: Transcutaneous Collection of Caffeine in Man". Skin Pharmacology Society, May 27-28, 1988, Paris, France.

58. Jacques SL, McAuliffe DJ, Conner DP, Peck CC: "Laser-Enhanced Percutaneous Transport for Topical Drug Delivery and Pharmacological Monitoring". Society for Investigative Dermatology Conference, April 27-29, 1988, Washington, D.C. Clin. Res.: 36(3);657A: 1988

59. Conner DP, McKelvin BA, Bolden BJ, Tai CY, Almirez RG, Peck CC: "Bioavailability of the Antiradiation Compound Ethiofos (WR2721) in the Rat." Pharmaceutical Research, 3(5):166, 1986.

60. Murphy MG, Peck CC, Conner DP, Bolden BJ, Rowland LM, Kwiatkowski TE, Anderson B, Merenstein GB, Roden D: "Non-Invasive Transcutaneous Theophylline (TH) Sampling in Preterm Infants." Submitted for Presentation at the ASCPT Meeting March 25-27, 1987, Orlando, FL. Clin. Pharm. Ther. 41(2)212: 1987

61. Fleischer NM, Peck CC: A Physiologic Pharmacokinetic Simulation of the Disposition and Transdermal Collection of Isoflurane. Department of

Pharmacology, The Research Colloquium of the USUHS Graduate Program, May 14, 1986, Bethesda, MD.

62. Fleischer NM, Peck CC: The Transdermal Collection of Intravenously Administered Isoflurane. Proc. Soc. Exp. Biol. Med. 188(1):115, 1988.
63. Fleischer NM, Peck CC, Conner DP, Almirez RG, Rhyne PR: "Reduced Cutaneous Blood Flow Affects Transdermal Chemical Migration". Clinical Pharmacology and Therapeutics, 43(2):137, 1988.
64. Fleischer NM, Peck CC: "Utilization of Physiologic Pharmacokinetic Modeling to Evaluate the Transdermal Efflux of Isoflurane". 2nd Annual Symposium, Frontiers of Pharmacokinetics and Pharmacodynamics, October 12-14, 1988, Little Rock, AR.
65. Peck C, Collins J, Harter J: "Incorporation of Pharmacokinetic and Pharmacodynamics Intelligence Into Early Drug Development." Presented at the ASCPT Meeting March 21-23, 1989 San Francisco, CA. Clin. Pharm. Ther. 47:2:126 1990.
66. Peck C: "The Randomized Concentration-Controlled Clinical Trial (CCT): An Information-Rich Alternative to the Randomized Placebo Controlled Clinical Trial (PCT)." Presented at the ASCPT Meeting March 21-23, 1989, San Francisco, CA. Clin. Pharm. Ther. 47:2:148 1990.
67. Brueckner RP, Peck CC: "An Interactive, Graphic Computer Program for Obtaining Initial Pharmacokinetic (PK) Parameter Estimates." Presented the ASCPT Meeting March 21-23, 1989, San Francisco, CA. Clin. Pharm. Ther. 47:2:129 (1990).
68. Malek KW, Velagapudi RB, Harter JG, Peck CC: "Pharmacodynamics of Ibuprofen (IB) Antipyresis in Children." Presented at the ASCPT Meeting, March 21-23, 1989, San Francisco, CA. Clin. Pharm. Ther. 47:2:132 1990.
69. Lieberman R, Katzper M, Cooper M, LaRocca R, Myers C, Peck C: "Suramin (SUR) Population Pharmacokinetics (PK) in Prostate Cancer." Presented at the ASCPT Meeting, March 21-23, 1989, San Francisco, CA. Clin. Pharm. Ther. 47:2:146 1990.
70. Peck C, Harter J, Sananthanan L, Collins J: "Simultaneous Pharmacokinetic Pharmaco-dynamic Modelling in Drug Development and Registration. Published in Symposium Abstracts Book and Presented at Advances in Simultaneous Pharmacokinetic Pharmacodynamic Modelling, June 28-30, 1990, Noordwijk, The Netherlands.
71. Peck, CC, Bashaw D, Dockens R, Harter J: "Individualization of Dose: Development of Dosing Recommendations Based Upon Patient Factor Analysis, A Worthy Goal of Drug Development." Presented at the ASCPT Meeting, March 3-15, 1991, San Antonio, TX. Clinical Pharm. Ther. 49:2:124 1991.
72. Peck CC: "Rationale for the Effective Use of Pharmacodynamics and Pharmacokinetics in Early Drug Development." Published in Conference Abstract Book and Presented at the AAPS/FDA/ASCPT Workshop on Opportunities for Integration of Pharmacokinetics, Pharmacodynamics and Toxicokinetics in Rational Drug Development. April 24-26, 1991, Arlington, VA.
73. Peck CC: "Population Approach in Pharmacokinetics and Pharmacodynamics: FDA View." Presented at the Conference on New Strategies in Drug

Development and Clinical Evaluation: The Population Approach, Sept. 21-23, 1991, Manchester, UK. Published in Conference Abstract Book.

74. Sanathanan L, Peck CC: "Pharmacodynamic Measures Based on CD4 Lymphocyte Counts for Assessing the Effect of Anti-HIV Therapy." Presented at New Strategies in Drug Development and Clinical Evaluation: The Population Approach. September 21-23, 1991, Manchester, UK. Published in Conference Proceedings.
75. Peck CC: "Role of Pharmacokinetics and Pharmacodynamics in Dose Finding." Presented at Workshop on Efficacy, Design/Requirements for Dose Response Trials at the First Conference on Harmonization. November 5-7, 1991, Brussels, Belgium. Published in Conference Proceedings.
76. Peck, C, Ludden, T. Bias (B) and Efficiency (EFF) Effects of Correlation (Corr) between Pharmacokinetics (PI) and Pharmacodynamics (PD) in post-hoc Concentration-effect (CE) Analyses of Parallel Dose-response Trials. Clin Pharm Ther 55 (2);163, 1994.
77. Peck C: "Surrogate Markers to Assess Efficacy of Treatment in Chronic Liver Diseases." October 23-24, 1995, Basel, Switzerland. Published in Conference Proceedings.
78. Steimer JL, Holford N, Guentert TW, Racine A, Amstein R, Gasser D, Peck C, Kutzera S, Rohr HP, Buhler F: RIDO: Multimedia CD-ROM Software for Training in Drug Development via PK/PD Principles and Simulation of Clinical Trials. To be presented at American Association of Pharmaceutical Scientists. October 28, 1996, Seattle, WA.
79. BG Reigner, PEO Williams, IH Patel, JL Steimer, C Peck and P van Brummelen. Integration of PK/PD has improved recent Roche drug development. Clin Pharmacol Thera, 59(2): 191, 1996.
80. G Scott, CC Peck, M Sale: Optimization of clinical trial design using simulated annealing. Clin Pharmacol Thera 61(2): 140, 1997.
81. ED Harvey, BE Harvey, AM Harvey, BH Rumack, CC Peck, AJ Atkinson, RL Woosley, DR Abernethy, LR Cantilena: Assessment of clinical pharmacology information (CPI) in drug labeling. Clin Pharmacol Thera 61(2): 166, 1997.
82. N. Holford, R Amstein, D Gasser, TW Guentert, S Kutzera, C Peck, A Racine, HP Rohr, J-L Steimer, FR Buhler: Simulating clinical trials with RIDO. Clin Pharmacol Thera 63(2):170, 1998.
83. H Ko, C Peck: Simulation of clinical trials – procedures for developing models, building confidence and for validation. Clin Pharmacol Thera 63(2):172, 1998.
84. M Sale, H Ko, C Peck: Simulation of clinician prescribing behavior in clinical trials. Clin Pharmacol Thera 63(2):173, 1998.
85. Gobburu JVS, Holford NHG, Ko HC, Peck CC, Liversidge GG. Model optimization via [ldquo] Lateral validation[rdquo], for purposes of clinical trial simulation. Clin Pharmacol Ther. 1999;65(2):164
86. H. G. Xie, Y. J. Cao, A. G. Agthe, E. B. Gauda, C. W. Hendrix, J. Nelson, C. C. Peck, **H. Lee**. Population Pharmacokinetics (PPK) of Multiple Doses of Oral Clonidine in Newborns. *Clinical Pharmacology & Therapeutics* 2009;85:S56
87. More than 50 additional abstracts have been published since 1998 – list available on request.

**Letters to the Editor:**

1. Medina F, Cheong V, Peck CC, Bensinger TA: "An improved method for utilizing eppendorf pipettes for accurate delivery of blood". Clin. Chem. 23:1188-1189, 1977.
2. Stein MR, Julis RE, Peck CC, Hinshaw JE, Sawicki JE, Deller JJ: "Human chorino- gonadotropin (HCG) in weight reduction: A reply". Am. J. Clin. Nutr. 30:279, 1977.
3. Peck CC, Zuck TF: "DEHP in Blood". Transfusion 17:400-401, 1979.
4. Baker JR, Peck CC, Raybuck BD, Owens EL, Schuster BG: "Normal Pharmacokinetics of Doxapram in a Patient With Renal Failure and Hypothyroidism." Br. J. Clin. Pharmac. (1981), 11, 305-306.
5. Peck CC: Alleged therapeutic failures or mishaps following substitution of a brand name drug product with a generic drug product. A reply. Neurology 40(2): 386 Feb. 1990.
6. Peck CC: FDA's position on the clozaril patient management system. Hosp. Community-Psychiatry. 41(8): 876-7 Aug. 1990.
7. Peck CC: Generic drug substitution. Neurology 40 (2): 386

**Public Testimony (not including appearances before Congress on behalf of FDA during 1987-1993)**

1. "Modernizing Effectiveness Testing in Drug Development." FDA Reform Legislation, Hearings Before The Committee on Labor and Human Resources, United States Senate. Washington, DC, February 21, 1996.
2. "Streamlining and Modernizing Drug Development." FDA Reform Legislation, Hearings Before The Subcommittee on Health and Environment of the Committee on Commerce, United States House of Representatives. Washington, DC, May 2, 1996.
3. "Clinical Drug Development May Soon be accomplished in Less that 3 Years: Will FDA and the Pharmaceutical Industry be Ready?" Reauthorization of the Prescription Drug User Fee Act and FDA Reform, Hearings before the Subcommittee on Health and Environment, Committee on Commerce, United States House of Representatives. Washington, DC, April 23, 1997.
4. Statement of Dr. Carl Peck, U.S. Department of Health and Human Services, Secretary's Task Force on Drug Importation, "stakeholder meeting discussion that will focus on the international, and academic perspectives on issues related to importation", Rockville, Maryland, April 27, 2004

**Issued Patents**

1. Dermal Substance Collection Device (U.S. No. 4,706,676, issued 11/17/87) Canadian No. 1251106.
2. Method of Dermal Substance Collection (U.S. No. 4,819,645, divisional of 4,706,676; issued 4/11/89).
3. Gelled Composition (U.S. No. 4,960,467, divisional of 4,706,676; issued 10/2/90).

4. Transdermal Vapor Collection Device (U.S. No. 4,909,256, continuation-in-part of 4,706,676, issued 3/20/90; Japanese Publication No. 2-503155, 10/4/90; European Publication No. 347,447, 12/27/89).
5. Transdermal detection System (U.S. No. 4,821,733, issued 4/18/89; European Publication No. 574,799; Japanese Publication No. 1-163666, 6/27/89).
6. Laser-enhanced Transdermal Substance Collection (U.S. App. S.N. 07/544,304, filed June 27, 1990; continuation-in-part of 4,960,467; owned jointly by DSI (under license from U.S. Army) and another entity.
7. Systems and Methods for Monitoring Health and Delivering Drugs Transdermally (US. App. S.N. 60/208,327, submitted June 1, 2000; filed May 30, 2001, Serial No.: 866826).; jointly owned by DSI, Georgetown University, and SAIC. US. Patent Application No. 20030225362, published December 4, 2003. Issued May 3, 2005 – No. 6,887,202.
8. Roizen, Michael F., Moss, Jonathan, Peck, Carl: "Method for detecting cyanide in cutaneously transpired gas". (U.S *6,126,612*, October 3, 2000)
9. Currie, John F….Peck, Carl C. Systems and methods for monitoring health and delivering drugs transdermally. US 6,887,202 B2, May 30, 2005).
10. Currie, John F….Peck, Carl C. Systems and methods for monitoring health and delivering drugs transdermally. US 7.931,592 B2, April 26, 2011).
11. Regan, Jeffrey F., Miller, Randal, Peck C. High Throughput Methods and Devices for Assaying analytes in a fluid sample. US 2004/0002121, January 1, 2004).
12. Currie, John F….Peck, Carl C. Systems and methods for monitoring health and delivering drugs transdermally. US 8,568,15 B2, October 29, 2013).

# Appendix B

**Prior Testimony of Dr. Carl C. Peck**
**During Last Four Calendar Years as of August 7, 2025**

September 1, 2021. Deposition. County of Dallas v. Purdue Pharma, L.P., Case No. 2018-77098 (Dallas County, Tex.).

December 9, 2021. Deposition. State of Florida v. Purdue Pharma, et al., Circuit Court of the Sixth Judicial Circuit in and for Pasco County, West Pasco Division, New Port Richey, Florida. Case No. 2018CA001438.

April 8, 2022. Deposition. State of New Mexico v. Purdue Pharma L.P. et al. D-101-CV-2-17-02541.

April 27, 2022: Deposition. Celldex Therapeutics, Inc. v. Shareholder Representative Services LLC. C.A. No. 2020-0682-MTZ.

May 26, 2022. Deposition. Alkermes, Inc and Alkermes Pharma Ireland Limited v. Teva Pharmaceuticals USA, Inc. Civil Action No. 2:20-cv-1247 (MCA/MAH).

February 21, 2023. Trial Testimony. Alkermes, Inc and Alkermes Pharma Ireland Limited vs Teva Pharmaceuticals USA, Inc. Civil Action No. 2:20-cv-1247 (MCA/MAH).

April 13, 2023. Trial Testimony. U.S. International Trade Commission. Investigation No. 337-TA-1352

September 9, 2023. Deposition. U.S. International Trade Commission. Investigation No. 337-TA-1352

November 14, 2023. Trial Testimony. U.S. International Trade Commission. Investigation No. 337-TA-1352

# Appendix C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC,

Defendants.

No. 3:21-cv-00762-WQH-MSB

Judge: Hon. William Q. Hayes

**EXPERT REPORT OF DAVID W. FEIGAL, Jr. MD MPH**

**FEBRUARY 13, 2025**

**CONFIDENTIAL**

# CONTENTS


I. Qualifications ........ 1

II. Scope and Methodology of This Report and Summary of Opinions ........ 6

III. Background: FDA Requirements and Review Practices for New Indications ........ 9

A. FDA's Regulatory Role ........ 9

B. Investigational New Drugs – The Phases of Drug Development ........ 10

1. The IND: Preclinical Studies ........ 10

2. The IND: Phase 1, 2 Studies – The Exploratory Early Studies ........ 10

3. The IND: Confirming Clinical Benefits and Risks in Phase 3 Studies ........ 11

4. The FDA's Role in the Development Process ........ 13

C. FDA Approval Process for New Indications ........ 15

1. Application Contents ........ 15

2. FDA Review Process ........ 16

D. Prescribing Information Labeling ........ 18

E. Marketed Products: Phase 4 and Postmarketing Safety Surveillance ........ 19

F. Phase 4 Studies and Controlled Trials for sNDAs for New Indications ........ 19

IV. Background of NUPLAZID (Pimavanserin) ........ 20

A. Development of NUPLAZID for Other Types of Dementia ........ 22

B. FDA Communications on the Development of a DRP Indication ........ 23

C. Pre-Filing Communications With FDA ........ 29

D. sNDA Filing and Review ........ 31

V. Analysis ........ 37

A. The Meaning and Significance of Acadia's Communications with FDA ........ 37

1. The End of Phase 2 Meeting, May 15, 2017 ........ 37

2. The Pre-sNDA Meeting, March 16, 2020 ........ 43

3. FDA Filing Letter July 10, 2020 ........ 44

4. FDA sNDA Deficiency Letter, March 3, 2021 ........ 46

5. FDA Complete Response Letter, April 2, 2021 ........ 46

B. Acadia's Probability of Success for the sNDA ........ 47

**C.** What Senior Management of a Reasonable Drug Manufacturer Would Have Understood About the Company's Communications with FDA and the Probability of Success for the DRP sNDA ........ 51

VI. Limitations and Assumptions ........ 52

# I. Qualifications

1. I am a physician, epidemiologist and former employee of the U.S. Food and Drug Administration ("FDA"), where I held senior positions within FDA's Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research and Center for Devices and Radiological Health. I hold a Medical Degree and a Master of Public Health Degree, have taught at several universities and have worked in senior positions for two pharmaceutical companies. I have served as a consultant on FDA regulatory matters for the last 20 years.

2. In forming my opinions set forth in this report, I have relied on my training and experience with the FDA and my knowledge and application of FDA regulations, policies, review procedures and review practices, and my training and experience as a physician, an epidemiologist, a pharmaceutical company executive, and as a consultant advising companies on FDA requirements and assisting with FDA-company interactions. My opinions are based on my knowledge and experience with FDA's regulatory requirements and FDA's interpretation of the laws and regulations governing, drugs, medical devices, and other treatments, as well as my knowledge and experience regarding pharmaceutical company practices and priorities in seeking regulatory approval. And, where applicable, my opinions are based upon my review of relevant scientific studies and evidence.

3. I am Board Certified in Internal Medicine and have a Master's Degree in Public Health in the fields of epidemiology and biostatistics. I graduated from Stanford University Medical School in 1976; completed my internship and residency at the University of California, Davis in 1979; and earned an M.P.H. from the University of California, Berkeley in 1983. I was an Andrew Mellon Scholar in Clinical Epidemiology at the University of California, San Francisco from 1982-1984.

4. During the period 1982-1989, I held several positions at the University of California, San Francisco, including Associate Director of the Clinical Epidemiology program, Assistant Professor of Medicine with joint appointments in Epidemiology and Biostatistics, and was a member of the Pharmacology faculty. I was also Director of the Data Center at the AIDS Clinical Research Center. From 1989 to 1991, I was a Clinical Associate Professor of Clinical Medicine at the University of California, San Diego.

5. During my career, I have practiced medicine as a General Internist in faculty practices at the University of California, as well as taught and cared for patients on the medical

and surgical in-patient services at several university hospitals. As an Internist-Epidemiologist, I conducted original research on risk factors for disease, including conditions caused by medical products using case-control, cohort studies and clinical trials. My responsibilities for clinical trials included monitoring and reporting adverse drug reactions to FDA and to the trials' Data Safety and Monitoring Boards, as well as to Institutional Review Boards ("IRBs"). Clinical trials that I designed and conducted led to the approval of new drugs and devices. I have presented to, and served on, various FDA Advisory Committees, as well as National Institutes of Health and Public Health Service Consensus Task Forces on disease prevention and treatment, that have all included evaluation of the quality of evidence from epidemiology and clinical trials.

6. From 1992 to 2004, I held several senior positions at FDA. From 1992-1997, I held several positions within FDA's Center for Drug Evaluation and Research ("CDER"). This Center has the responsibility for the review and approval of all new drugs, and the ongoing assessment of the quality, safety and effectiveness of marketed drugs. It has the authority to take actions through its compliance programs to assure that drugs meet legal standards.

7. At CDER, I held the positions of Director of the Division of Anti-Viral Drug Products and acting Director of the Anti-Infective Drug Products. When I was Director of the Anti-Viral Drug Products Division, I was responsible for drugs used to treat conditions such as AIDS, herpes, hepatitis, influenza, serious fungal diseases and tuberculosis. While I was the acting Director of the Anti-Infective Division, I was responsible for drugs used to treat bacterial infections, such as urinary tract infections, pneumonia, skin infections and others.

8. In addition, from 1994 to 1997, I was concurrently the Director of the Office of Drug Evaluation IV. As an Office Director, I supervised the Directors of these two Divisions and was one of five people at FDA with the authority for the first approval of new drugs not previously approved by FDA for any use. As an Office Director I was a member of a CDER policy board that reviewed the approval decisions across all new drug Divisions, including the neuropsychiatric drug products.

9. While at FDA, I had the direct authority for and was the decision maker to approve investigational studies of new drugs for these indications, to halt such studies for safety reasons, to approve new indications for approved drugs in these areas, and to approve the manufacturing methods and take compliance actions through the CDER Office of Compliance and FDA field staff. My responsibilities included the review and approval of product labeling, and in particular, indications and safety warnings for

hundreds of labeling changes. Safety reviews included evaluation of animal studies, clinical trials, signal detection systems such as MedWatch, case-control studies and registries.

10. As a CDER Division and Office Director I had the direct authority to approve New Drug Applications ("NDAs" or an "NDA") and supplemental NDAs ("sNDAs" or an "sNDA") for marketing authorization of initial and supplemental indications, along with revisions to the prescribing information with new safety information. I was responsible for the approval of the emergency use of drugs, and both approved and turned down requests for hundreds of uses.

11. From 1997-1999, I served as the Medical Deputy Director of the Center for Biologics Evaluation and Research ("CBER"). In this position, I was responsible for medical issues arising with blood, vaccines, and therapeutic proteins, such as interferon and erythropoietin. With respect to vaccines, I participated in policy decisions about new and existing vaccines including development decisions, investigational studies, and approvals. I directly supervised some divisions, including the Biostatistics and Epidemiology Divisions, including post-market surveillance programs, as well as the Advisory Committee Staff, and also served as the Center Ombudsman.

12. From 1999-2004, I served as Director of the Center for Devices and Radiological Health ("CDRH"). This Center is responsible for medical devices including x-ray equipment, surgical equipment, implants (including IVC filters, pacemakers, and orthopedic products). The Offices that were responsible for approval of new devices, safety surveillance and compliance were among those that reported to me. I was directly involved in evaluating significant new potential safety problems that could result in changes in product labeling, risk management plans or product withdrawals. Like CDER and CBER, this Center has the authority to require labeling changes and other actions when products have safety problems or do not meet standards of manufacturing quality.

13. I was the decision maker for the emergency use of medical devices for use in the Severe Acute Respiratory Syndrome (SARS) in 2002 and 2003, a highly contagious and often fatal coronavirus infection, as well as decisions for some of the products to respond to anthrax bioterrorism. I reported directly to the FDA Commissioner and was involved with response committees of the Secretary of Health and Human Services and the Surgeon General of the Public Health Service.

14. As the brief overview above demonstrates, my career has included extensive experience with the scientific studies needed to meet FDA requirements, including studies to demonstrate the safety and effectiveness of pharmaceuticals, as well as other therapeutic modalities. At FDA, I was responsible for the evaluation of safety and efficacy of new drugs both directly and indirectly, for evaluating and approving new drugs, and for expanding the approved treatment indications for already-approved pharmaceuticals, among many other things. This involved extensive interactions with study sponsors about study designs and product development programs, evaluating the results of those programs and reviewing product labeling. As a Division Director and Office Director, I had direct responsibility for evaluating the adequacy of the preclinical and clinical studies that were the basis for numerous NDAs and sNDAs and had direct sign-off authority for their approval.

15. I participated in policy and guidance efforts at FDA that developed standards for review of drug safety, including the current Guidance for FDA reviewers on how to review the safety section of an NDA. I have presented safety evaluations to Committees of the Institute of Medicine, in congressional testimony, and published invited commentaries on product safety in peer-reviewed literature. I understand fully the process and criteria utilized by FDA in assessing safety and efficacy, pharmaceutical and device product labeling, and pharmaceutical and device manufacturing quality, and I participated directly in that process for years.

16. In addition to this experience at FDA, I have designed and conducted clinical trials and have published many of those studies in peer-reviewed scientific literature. As a clinical epidemiologist, I designed and conducted cohort studies, case-control studies and patient registries. I have served on FDA advisory committees, including as a member of the Antiviral Drug Advisory Committee.

17. Since leaving FDA in 2004, I have participated in research grants and taught at Arizona State University ("ASU"), where I am an adjunct faculty member in the Sandra Day O'Connor School of Law. There, I have taught courses on Food and Drug Law for the last 20 years.

18. In my consulting practice I have assisted "start-up" companies develop research plans for medical products that meet the high FDA standards. I have also served as a consultant to dozens of companies seeking emergency authorization, orphan drug status, tropical disease voucher status, and new anti-infective products that qualify for the GAIN Act incentives. In 2019 and continuing to this day I have been part of a team

that has had a contract with FDA to evaluate Emergency Use Authorizations of Covid-19 tests.

19. From November 2006 through April 2008, I was Senior Vice President for Global Regulatory Affairs and Global Safety for Élan Pharmaceuticals based in San Francisco, California. There, I was responsible for the company's drugs and biologicals, both investigational and on the market in the United States and around the world. During that time, Élan successfully obtained FDA approval for a new treatment for Crohn's Disease and began large scale clinical trials for a treatment of Alzheimer's disease. In May 2008 through July 2010, I was the Vice President of Global Regulatory Affairs at Amgen, Inc. based in Thousand Oaks, California. The regulatory team was responsible for all products in development and on the market in the United States and around the world. During that time, among other things, Amgen obtained approval of a new biological for osteoporosis in post-menopausal women.

20. In my work as a consultant over the last 20 years, I have frequently been involved in arranging for contractors to perform preclinical studies, manufacture clinical drug study supplies, scale up manufacturing for new commercial uses, plan and execute clinical trials, and conduct other logistics involved in drug development. In sum, I have participated in FDA-company interactions on both sides of the table over the last 40 years and have been responsible for making both development decisions at companies and regulatory decisions at FDA. Moreover, during the past two decades since I left FDA, I have frequently been retained to assess the probability of success of drug development projects, including the probability that a phase 3 trial and NDA or Biologics License Application ("BLA") (or sNDA or supplemental BLA) will lead to market approval by FDA. Some of these requests come from investor groups, others from companies evaluating product licensing and acquisitions, and very often from the product developers themselves.

21. A copy of my curriculum vitae, including a list of publications that I have authored over the last ten years, is attached as Appendix B. This Appendix also lists all other cases during the previous four years in which I have testified as an expert at trial or by deposition.

22. My fee for report preparation, deposition and trial testimony is $795.00 per hour. My fee is not contingent on the outcome of this case or on reaching any particular opinions on any matter in this case.

23. In forming my opinions, I have relied on my knowledge of FDA regulations, policies, review procedures and practices, my training and experience as a physician and an epidemiologist, my experience as a pharmaceutical executive, my work as a senior FDA official, as well as my experience with the drug development process in all of those capacities. A list of the materials that I considered in forming my opinions is attached as Appendix A.

## II. Scope and Methodology of This Report and Summary of Opinions

24. The scope of this report concerns the following:

a. The process for obtaining approval of new drug applications and/or supplemental new drug applications from FDA. The description of this process is based on my 40 years of experience with FDA regulations preparing and advising companies on the regulatory requirements for such applications and the 12 years I spent at FDA reviewing investigational new drug applications and supplemental new drug applications, with the authority to approve such applications.

b. The meaning and significance of any understandings or agreements that FDA and Acadia Pharmaceuticals, Inc. ("Acadia" or the "Company") had regarding Acadia's sNDA for pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis ("DRP"). The methodology of my assessment of these communications and agreements is based on my experience both at FDA and with applications to FDA over thousands of meetings, as well as my knowledge (and in some cases authorship) of FDA guidance on standards for evidence for establishing clinical benefit.

c. The meaning and significance of the contents of communications exchanged between Acadia and FDA concerning matters relating to the sNDA for pimavanserin for the treatment of hallucinations and delusions associated with DRP, using these same methods.

d. The probability, at different points during the Class Period, that, based on information known to the Company, Acadia would succeed in obtaining FDA approval of its contemplated sNDA for pimavanserin (or, after June 2020, its actual application) for the treatment of hallucinations and delusions associated with DRP. The methodology for providing estimates of the probability of success come from several sources: (i) the several decades of published statistics on the

likelihood of success based on the stage of drug development, and the characteristics of the drug and experience with other drugs in the same class; (ii) my years of direct experience at FDA as the decision maker for NDAs and sNDAs on the adequacy of evidence for the proposed indications; (iii) my review of FDA-Acadia communications; and (iv) an assessment of the clinical trial evidence for pimavanserin.

e. What the senior management of a reasonable pharmaceutical drug development company should and/or would have known and understood regarding the above, based on what would have been known or should have been known about FDA approval criteria, in general, and in light of the communications from FDA.

25. As set forth in greater detail below I offer the following summary assessments and principal opinions based upon my education, training and experience. In sum:

a. In May 2017, FDA told Acadia that expanding pimavanserin's label to include a new DRP indication based upon the data already available to the Company and the data that would be available from the forthcoming Harmony study would require two things. First, the Harmony study would have to succeed on its primary endpoint of demonstrating a statistically significant benefit in time to relapse. Second, the subgroup efficacy data would have to show directionally consistent benefit when pimavanserin was used to prevent recurrence of DRP and, thus, be generalizable to the different subtypes of dementia.

b. To be "persuasive" (in FDA's words) the Harmony study had to overcome reliance on a single study, and the use of a withdrawal study design, and would also need to show consistent, positive efficacy results across both Parkinson's disease dementia patients (where the drug was already known to be effective), and non-Parkinson's disease dementia patients.

c. As shown by my analysis of the relevant Acadia-FDA communications, FDA's position that approval turned, in part, on Harmony generating directionally consistent subgroup efficacy data did not change over time. Indeed, Harmony's failure to produce such results was the principle basis for FDA's denial of the Company's DRP application in April 2021.

d. The FDA told Acadia that there were problems with the Harmony study efficacy data shortly after the DRP application was filed, as reflected in several contemporaneous e-mails between FDA personnel and Acadia. At the time of the

filing decision on July 20, 2020, when FDA informed Acadia that pimavanserin, despite previously being given a breakthrough therapy designation, was going to be assigned a standard review, it was clear that FDA seriously questioned whether the drug met an unmet medical need.

e. The probability of successfully obtaining FDA approval for an expanded DRP indication for pimavanserin changed over time based upon the information that became available. Prior to the stopping of the Harmony study in September 2019, industry data and the Company-specific factors (detailed below) indicate that the probability of success was a coin-flip (50%). The probability of success increased to 70% briefly in September 2019, when the study was stopped due to successful topline efficacy results. At this point in time the subgroup efficacy data was unknown to Acadia, but there was reason to hope that it would be positive because the topline data were positive. By no later than November 21, 2019, however, Acadia learned the truth of Harmony's subgroup efficacy data, which showed that far from being consistent across the dementia subgroups, Harmony's overall results were being driven by just Parkinson's disease psychosis ("PDP") patients. At this point, the probability of success declined to 30%. Thereafter, the probability of success declined even further, down to 10% or less in July 2020 when FDA denied priority review to Acadia's DRP application and finally to 0% in April 2021 when FDA rejected the application entirely.

f. Based upon my years of experience as an FDA regulator, pharmaceutical company executive, and regulatory consultant, it is my opinion that a reasonable drug company would have understood FDA's approval requirements—including the requirement of directionally consistent subgroup efficacy data—and the probability of successfully expanding pimavanserin's label to include a new DRP indication as outlined above and further explained herein.

# III. Background: FDA Requirements and Review Practices for New Indications

## A. FDA's Regulatory Role

26. FDA[1] is a 100-year-old consumer protection agency[2] with enforceable legal authority to assure that drugs are safe and effective, properly manufactured, and that the drug's benefits outweigh risks for its intended use. Congress vested FDA with the sole authority to approve drugs and biologics for commercial use and to withdraw that approval, if appropriate. FDA requirements are specified in law by the Food, Drug, and Cosmetic Act of 1938 ("FDCA") and the Public Health Service Act ("PHS") passed by the U.S. Congress.[3]

27. The requirements of these laws are described in detail in the Code of Federal Regulations.[4] FDA also provides non-binding advice through Guidance documents.[5] These public documents provide FDA's perspective on a whole range of issues that FDA regulates, from study design to manufacturing. Guidance documents are often designed to reflect FDA's recommendations on how to comply with a given set of regulations.

28. Drugs are regulated in in the Center for Drug Evaluation and Research ("CDER"). The Agency regulates and monitors the study, manufacturing, labeling, distribution, and postmarket surveillance of all prescription drugs within the United States. FDA's drug and regulatory organizations are among the world's largest and best funded drug regulatory agencies. CDER is organized into Offices and further divided into Divisions, with specialized expertise in drug development and regulation in areas such as manufacturing, development of new drugs, new indications for approved drugs, and postmarket surveillance.

---

1. Also referred to in this report as the "Agency."
2. Pure Food and Drug (Wiley) Act of 1906, Pub. L. No. 59-384, 34 Stat. 768 (codified at 21 U.S.C. §§ 1-15 (1934)) (repealed in 1938 by 21 U.S.C. § 329 (a)).
3. Food, Drug, and Cosmetic Act of 1938, Pub. L. No. 75-717, 52 Stat. 1040 (1938) (codified as amended at 21 U.S.C. §§ 301-399f); Public Health Service Act, Pub. L. No 78-410, 58 Stat. 682 (1944) (codified as amended at 42 U.S.C. §§ 201-291n).
4. The regulations pertaining to the FDCA are found primarily in C.F.R. Title 21 and the PHS in C.F.R. Title 45. Current and historical versions of the regulations are found online at https://www.ecfr.gov/.
5. Food & Drug Admin., Ctr. for Drug Evaluation & Rsch., *Guidance* (last updated Jan. 17, 2025), https://www.fda.gov/drugs/guidance-compliance-regulatory-information/guidances-drugs.

## B. Investigational New Drugs – The Phases of Drug Development

29. Prior to investigating a new pharmaceutical drug in the U.S. market, FDA requires every pharmaceutical company to first submit an Investigational New Drug application ("IND") to the Agency.[6] There are large costs associated with IND studies, due to the extensive testing that is needed to determine whether the product is safe and effective for one or more specific indications and the sunk costs of candidate products abandoned during testing.[7]

### 1. The IND: Preclinical Studies

30. The IND application provides FDA with data on the manufacture of the drug, the preclinical animal studies, *in vitro* studies, and protocols for future studies on human participants.[8] While the purpose of the preclinical studies is to help assure safe clinical trials in humans by studying animal toxicities, they generally do not provide clinically useful information in defining human adverse reactions which must come from clinical experience. FDA uses the information from the preclinical studies to determine if human clinical trials will be allowed.

### 2. The IND: Phase 1, 2 Studies – The Exploratory Early Studies

31. If FDA accepts the IND application based on the preclinical studies and the other materials submitted, the product is evaluated in clinical trials to establish safety and effectiveness in humans. In the IND phase of development, FDA has the authority to place a hold[9] on further development of a drug product if the safety of the drug is in question. Patients in the IND clinical trials are monitored to detect adverse effects. Because not all adverse effects can be anticipated, the studies are designed to assess drug effects on many different body systems. FDA meets regularly with sponsors throughout the IND process.[10] Topics commonly discussed include dose, duration, study endpoints to assess safety and effectiveness, patient populations, comparator drugs and trial design for testing in humans.

---

6. The IND requirements are described in 21 C.F.R. § 312.
7. Wouters, O. J. *et al.* (2020), "Estimated Research and Development Investment Needed to Bring a New Medicine to Market, 2009-2018," *JAMA*, *323*(9), 844-853.
8. IND content and format. 21 C.F.R. § 312.23.
9. Clinical holds and requests for modification. 21 C.F.R. § 312.42.
10. Food & Drug Admin., *Guidance for Industry: Formal Meetings Between the FDA and Sponsors or Applicants* (May 2009), https://www.regulations.gov/document/FDA-2024-D-1244-0017.

32. It usually takes multiple clinical trials to provide the evidence that a drug is safe and effective for an intended use for a specific patient population. FDA regulations describe these trials in three Phases[11] – from the first small trials in healthy volunteers (Phase 1 trials), to the larger trials in specific patient populations (Phase 2 trials), to the still larger adequate and well-controlled trials that demonstrate that a drug is safe and effective (Phase 3 trials).

33. Phase 1 trials are small, closely monitored studies in healthy volunteers for most drugs, except in cases where the risks of the investigational drug are more appropriately studied in patients who are intended to use the drug. In Phase 1 trials the goal is to learn how a drug is absorbed and eliminated from the body and to determine appropriate doses for further testing. Typically, fewer than 100 subjects participate in Phase 1 trials.

34. Phase 2 trials are the trials to begin to establish dose, provide proof of concept of efficacy, and evaluate the safety and effectiveness of the drug for patients with specific conditions. As a result, Phase 2 studies often involve several hundred patients. Phase 2 is also commonly divided into "Phase 2a" and "Phase 2b" clinical trials. Phase 2b trials occur after the initial Phase 2a trial and are specifically designed to assess the efficacy of the experimental drug product that was not seen and/or addressed in the prior Phase 2a study. Phase 2b studies typically are designed to estimate the magnitude of the benefit (effect size) for Phase 3 sample size planning and to validate, when necessary, the endpoints to be used in the confirmatory Phase 3 trials. In other words, Phase 2 trials are used to learn enough about the drug to plan the larger trials in Phase 3 that will study the safety and effectiveness of the drug for one or more indications.

### 3. The IND: Confirming Clinical Benefits and Risks in Phase 3 Studies

35. The "adequate and well controlled" pivotal trials that are relied upon to show statistically significant clinical benefit are usually Phase 3 trials. FDA describes Phase 3 trials in its IND regulations:

> Phase 3 studies are expanded controlled and uncontrolled trials. They are performed after preliminary evidence suggesting effectiveness of the drug has been obtained, and are **intended to gather the additional information about effectiveness and safety that is needed to evaluate the overall benefit-risk**

11. Phases of an investigation. 21 C.F.R. § 312.21.

**relationship of the drug and to provide an adequate basis for physician labeling.**[12] Phase 3 studies usually include from several hundred to several thousand subjects.[13]

36. The early phases of development are exploratory, *learning* phases that determine the doses to be tested, the clinical findings that demonstrate patient benefit (and not just changes in laboratory measures), and the magnitude of those changes so that *confirmatory* phase 3 trials can formally test the hypothesis that the drug is safe and effective.[14]

37. With confirmatory trials, sponsors usually seek consensus with FDA, typically at an "end of phase 2" meeting, that the phase 3 study as designed will provide sufficient evidence to make an informed decision as to whether there is evidence of clinical benefit, at the dose(s) given, and would document any safety issues associated with the drug. Phase 3 trials are meant to establish that prior positive clinical findings did not happen by chance, and were not *post hoc* findings. Such confirmatory, hypothesis-testing phase 3 trials typically have a very formal statistical structure, in which a pre-specified and hypothesized treatment effect is tested against a control group in an attempt to show that the effect in the treatment group is statistically significant as compared to the control group.[15]

38. As discussed below, FDA provides regulatory definitions and examples of controlled clinical studies—*i.e.*, phase 3 trials—but the term is also well understood in clinical epidemiology and in the drug industry to mean studies that compare an investigational-drug-treated group with another group taking a placebo, a different drug, a different dose, or in some cases, controls from previous studies.[16] FDA expands the definition by adding "well" controlled, meaning studies designed to eliminate bias with such features as random assignment of treatment group, stratifying subjects[17] (for example by age or disease condition), and masking (also called "blinding") so that the patient and investigator do not know which treatment (or placebo) is administered in an attempt to reduce bias in the study.

---

12 I further discuss the meaning of "labeling" in §III.D below.

13 Phases of an investigation. 21 C.F.R. § 312.21(c) (emphasis added).

14. An FDA advisor, Lewis Sheiner, M.D., proposed this widely accepted framework for thinking about the difference between early trials and Phase 3. *See* Sheiner, L. B. (1997), "Learning versus confirming in clinical drug development," *Clinical Pharmacology and Therapeutics*, *61*(3), 275-291.

15 In contrast, phase 2 statistics are exploratory and used to plan subsequent trials and may examine multiple different ways of assessing benefit and patient characteristics that are related to effectiveness.

16. These are often referred to as historical controls.

17. For example, patients may be assigned to treatments matched on gender, age, disease condition or other factors.

39. Several of the terms in the regulatory definition of the phases of drug development are also described in the FDCA. The required basis for establishing effectiveness must be based on "substantial evidence," defined as evidence from adequate and well-controlled investigations, as required in the FDCA § 355(d). "Adequate and well controlled" is further elaborated on in the regulations at 21 C.F.R. § 314.126. To be "adequate" a study must (i) enroll a sufficient number of patients to provide reliable evidence of a drug's benefits; (ii) be designed to minimize bias; and (iii) be conducted in accordance with good clinical practice guidelines.[18]

40. Typically, FDA will require two successful phase 3 trials in order to demonstrate safety and effectiveness. A single phase 3 trial, however, may be sufficient for approval when a single trial is as large as two trials and has a p-value (which assesses statistical significance) of less than .0125, or the single trial is supported by other strong evidence.

41. It is not unusual for a phase 3 trial, whether for a previously unapproved indication, or for an additional indication for a marketed drug, to take a number of years from the initial planning to the filing for commercial marketing approval on the basis of a successful study. Phase 3 studies often take approximately one year to plan, and then approximately one-to-three years to enroll patients. Once enough patients are enrolled, such trials take, on average, one-and-a-half years to complete (although often patients are followed longer). After a trial is complete, it typically takes another three-to-six months to prepare the necessary filings to obtain marketing approval from FDA, including the detailed study data and associated analyses.[19]

### 4. The FDA's Role in the Development Process

42. The drug development process is interactive between (a) the manufacturer-sponsors of the IND and (b) FDA. Even before the IND is filed, FDA offers manufacturers the opportunity to meet in "PreIND" meetings to share information concerning manufacturing methods, nonclinical IND enabling animal pharmacology, and safety toxicology study results or plans, and to seek FDA's current thinking and advice on the planned IND submission. FDA responds to IND applications within 30 days and,

---

18. The good clinical practice guidelines are found at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/e6r3-good-clinical-practice-gcp.

19. The industry average is that Phase 2 usually begins a year after the initial IND study is started and takes two years, during which time the phase 3 trial is planned. The Phase 3 trials, once started, take another three years on average before the sponsor submits an application for approval, which in turn takes FDA on average a year to review and complete preapproval inspections. The total time, on average, from initiating an IND to marketing authorization is thus seven years.

during the IND period, offers meetings to reach agreement on study design and statistical issues, and to provide feedback on pharmacology and safety findings.

43. After the Phase 1 and Phase 2 studies are completed, there is typically an "End of Phase 2" meeting between FDA and the manufacturer-sponsor, to reach agreement on the confirmatory "pivotal" trials that will be necessary for approval. FDA can halt any clinical trial for safety concerns, and in some circumstances, not allow a study to proceed if its design is unlikely to accomplish its scientific purpose. There is often a degree of uncertainty about accomplishing a scientific purpose but, absent safety concerns, FDA generally allows studies to proceed and finds proposed study designs "acceptable," even if it advises alternatives and/or the Agency believes the study is unlikely to be successful. FDA has published numerous Guidance documents, some disease-specific, on drug development methods and standards.[20]

44. FDA has also implemented programs to prioritize drug development for products which meet an unmet medical need. The oldest of these programs, the Orphan Drug Designation, is designed to create incentives to bring products to market for diseases that affect fewer than 200,000 patients.

45. There are other special programs and incentives to develop drugs for unmet medical need. Some of these programs, such as Fast Track designation or Breakthrough designation may increase the availability of early meetings with FDA, are the basis for "priority" application review where the initial review cycle is six months rather than a year. Breakthrough designation is based on clinical data demonstrating effectiveness not previously seen with approved products.

46. These programs do not change the regulatory standards or requirements for approval, or the amount and rigor of review by FDA, but they do allow more meetings and interactions, prior to NDA or sNDA filing, between the Agency and IND holders, as well as priority review of BLA or NDA/sNDA marketing applications. FDA shortens the review cycle, not by lowering the standards for review, but by allocating more resources to applications in these programs.

---

20. For example, see Food & Drug Admin., *Early Alzheimer's Disease: Developing Drugs for Treatment* (last updated Mar. 12, 2024), https://www.fda.gov/regulatory-information/search-fda-guidance-documents/early-alzheimers-disease-developing-drugs-treatment.

## C. FDA Approval Process for New Indications

### 1. Application Contents

47. Approval of an NDA[21] by FDA for initial indications is required before a drug product can be marketed and for an sNDA before the new indications can be marketed in the United States for an already-approved drug. The requirements for an NDA include: Applicant information; Product/Manufacturing information; Pre-clinical studies; Clinical studies; and Labeling; and when required, a patient MedGuide.[22]

48. An NDA approval is for a specific manufacturer, for a specific drug product, for specific intended uses (indications) based on adequate and well-controlled studies that demonstrate the product's effectiveness for those indications, along with evidence of the product's safety from adequate tests by all methods reasonably applicable to show whether or not such drug is safe for use under the conditions prescribed.

49. New drug approvals are based, in part, on information developed by the applicant demonstrating that a product is safe and effective for one or more intended uses. FDA regulations provide details of how to comply with the legal requirements. For example, regulations require that effectiveness be established by "adequate and well-controlled studies," meaning human clinical trials. The regulations define "adequate" and "well-controlled," and give examples of clinical trials that meet this standard.[23]

50. All the Phase 1, 2, and 3 trials, as well as postmarketing experience in other countries, when it exists, provide the clinical basis for an NDA. Together these studies may involve several hundred or even thousands of study participants. The process of studying a new drug is iterative as new information is learned about safety and effectiveness on an ongoing basis. Lack of effectiveness or safety concerns are common in drug development; fewer than 15 percent of all drugs which start in Phase 1 testing complete the clinical trial process and are approved for marketing with an FDA approval of an NDA.[24]

---

21. Applications for FDA Approval to Market a New Drug. 21 C.F.R. § 314.
22. *Id.*
23. Adequate and well-controlled studies. 21 C.F.R. § 314.126.
24. DiMasi, J. A. & Chakravarthy, R. (2016), "Competitive Development in Pharmacologic Classes: Market Entry and the Timing of Development," *Clinical Pharmacology and Therapeutics*, *100*(6), 754-760; DiMasi, J. A. (2013), "Innovating by developing new uses of already-approved drugs: trends in the marketing approval of supplemental indications," *Clinical Therapeutics*, *35*(6), 808-818.

51. Following the IND studies and manufacturing requirements, the drug product's sponsor submits an NDA to FDA containing the required data it has gathered on the product's safety and effectiveness, as well as the product manufacturing information. These applications are highly structured documents allowing reviewers to easily find study reports, to drill down to patient- or animal-level data, and to independently analyze and assess scientific claims. Indeed, sponsors typically have a pre-NDA (or pre-sNDA) meeting with FDA to go over and agree to the structure of their application so that it will be as easy as possible for FDA to review the application. The results of the studies are not reviewed or, usually, even commented upon by FDA prior to or even at a pre-filing meeting, since the purpose of this meeting is to assure the *reviewability* of the application and its completeness, and not whether the application does (or does not) meet the standards that would warrant approval (which is what the separate *review* process, described below, is about).

### 2. FDA Review Process

52. When an NDA or sNDA is received, FDA will decide (a) whether the application is "complete" and can thus be accepted for filing (and hence for substantive review),[25] and (b) if applicable, whether the application will be reviewed as a priority review or standard review. In this context, "complete" means that the application contains all the information (*e.g.*, clinical study data, manufacturing information) that FDA needs to conduct its comprehensive review. In other words, the "completeness" of an application says nothing about its substantive merits or whether FDA will ultimately approve the application (although an incomplete application will not be reviewed by FDA and, therefore, by definition, cannot be approved while it remains incomplete).

53. Even before the Prescription Drug User Fee Act ("PDUFA") was passed by Congress in 1992, FDA assigned target review decision dates for priority review products at six months, rather than the twelve-month standard targets from the time of the filing decision at 60 days.[26] To accomplish the faster review with the same degree of rigor, FDA expands the size of the team reviewing the product, employs reviewers with prior experience with the relevant class of drugs, and schedules, as it deems necessary or appropriate, "Advisory Committee" meetings and manufacturing inspections at an earlier time point.

25. FDA refers to accepting the application for review as "filing the application" and turning down an application before review because it is not complete as "refusing to file."
26. After 2012 these timelines became 8 and 10 months after a 60-day initial determination that the application was complete and could be "filed."

54. Review decision dates—so-called "PDUFA dates"—are not targets for making a final decision. Rather, they are the dates by which a manufacturer can expect a "complete review" of the application. While the application may be approved after a complete review, it is more common for FDA to identify additional information, called application "deficiencies," which must be addressed before a final decision is made. Commonly these deficiencies involve requests for additional information, for example, about specific analyses, or more details about clinical events during the clinical trials, or issues relating to manufacturing.

55. During the review of the application FDA is not required to meet with the sponsor, and most communications from FDA relate to questions that FDA has about the data, or requests for additional information or analyses. For an NDA (but not necessarily an sNDA), it is a common practice to schedule a "mid-cycle" teleconference to convey such requests, about halfway through the review period. Closer to the PDUFA date, FDA will schedule meetings to review and suggest modifications to the sponsor's proposed prescribing information labeling.

56. During the review of initial or supplemental applications, FDA often does not approve all of the indications for use proposed by the sponsor. FDA may conclude that the studies only support approval for a disease subgroup or limit the approval to a narrow range of patients.

57. FDA employs a number of resources when reviewing NDA data, including a team of physicians and other scientists who are experts in their respective fields, including biostatisticians, epidemiologists, toxicologists, immunologists, clinical pharmacologists, pharmaceutical chemists and others. This team prepares detailed reports in their area of expertise based on their findings. These reviews and reports may contain conclusions and recommendations of the individual reviewers at the time they are written, but do not necessarily represent the final FDA position. FDA has provided detailed guidance on review practices to assess safety.[27] Other FDA guidances address evidence for effectiveness.[28] During the review process, FDA has complete access to the data from the studies in the NDA, either as submitted at the time of filing or per FDA's request to the NDA applicant and verifies the data on field inspections.

---

27. Food & Drug Admin., *Reviewer Guidance: Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review* (Feb. 2005), https://www.regulations.gov/document/FDA-2005-D-0026-0001.
28. Food & Drug Admin., *Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products* (May 1998), https://www.fda.gov/media/71655/download.

58. In evaluating the data, FDA determines whether the information submitted in the NDA (or sNDA) is sufficient to establish that the drug meets FDA's effectiveness and safety requirements, which weigh the clinical benefits of the drug against the risks from adverse reactions to treatment. When the drug passes this rigorous review, FDA will issue a letter to the drug sponsor approving the drug.

## D. Prescribing Information Labeling

59. Once approved, a concise summary of the scientific information reflecting the studies that were the basis for approval is included in an FDA approved Prescribing Information Labeling.[29] FDA describes the Prescribing Information Labeling (often just described as "labeling") as providing health care providers the essential information to make decisions about the likely benefits and risks of a drug for specific conditions (indications for use) for their patients. The labeling also is a source of information for patients to be provided by pharmacists (MedGuides) and prescribers (the instructions for patients sections of the labeling).

60. The promotion and advertising of prescription drugs must be based on the Prescribing Information Labeling. Companies are not allowed to promote indications not on the labeling, so-called off-label use. Companies propose labeling in their NDAs and supplements, but FDA has the final word on the approved labeling, based on the FDA review of the scientific information that is the basis for the labeling.

61. Given this, the labeling of a product is inextricably intertwined with the FDA's approved uses of that product. The labeling reflects the scope and contours of any FDA approvals. In other words, when a sponsor seeks approval of a new drug from FDA, it is seeking approval of a label to market and sell that drug in the United States. Likewise, when a sponsor is seeking to expand the FDA-approved indication(s) of an already-approved drug, it is seeking a modification of the current labeling to reflect new indication(s). As a result, the terms "label" and "labeling" are often used as shorthand for "FDA approval" or "FDA authorization" by FDA and by pharmaceutical companies.

---

29. Prescribing information is also called the Package Insert, since the prescribing information is shipped with the approved product. Specific requirements on content and format of labeling for human prescription drug and biological products described in § 201.56(b)(1). 21 C.F.R. § 201.57.

## E. Marketed Products: Phase 4 and Postmarketing Safety Surveillance

62. Following a new drug approval, the manufacturer begins the next phase of drug development, the postmarketing period or Phase 4, when the drug is available for prescription use. While the initial safety labeling is obtained from the premarket clinical trials, once the product is on the market, the number of patients who take the product expands from the few hundreds or thousands of patients in the clinical trials, to tens of thousands or even millions of patients who are prescribed the product by their physicians. The manufacturer of the drug reports the findings from the marketed experience to FDA in several ways. Information regarding the postmarketing experience is obtained from several sources. While the manufacturer has a large body of information about the safety of its drug, FDA has a broader set of information from other manufacturers who study the drug, or from safety experiences of drugs in the same class of drugs, or direct reports to FDA from healthcare professionals and consumers.

## F. Phase 4 Studies and Controlled Trials for sNDAs for New Indications

63. An important source of effectiveness evidence for expanded or new indications, as well as additional safety information, comes from studies, including clinical trials, conducted after the initial market approval. Some of these studies, referred to as "Phase 4 postmarketing commitments," are studies that the company agrees to conduct, as a condition of approval of their NDA or sNDA, after marketing to provide additional information about specific issues that were identified in the FDA's prior review, but that were not necessary for approval. FDA also has the authority to require safety studies in the postmarketing period.[30]

64. It is common to study new formulations or new uses of the drug after initial approval. Drugs initially approved for treatment are often then studied to see if the drugs can maintain benefit. These new uses require new Phase 2 and Phase 3 controlled trials, and these additional studies often add substantial and robust information to the safety database (the complete universe of safety data about a drug). The results of these studies are submitted to FDA as sNDAs, "Efficacy Supplements," or "Safety Labeling Supplements." These supplements are reviewed with the same rigorous standards as the original NDA by FDA staff to assure that the risk-benefit assessment for the drug indicates that the drug is safe and effective for the newly proposed indication (*i.e.*,

30. FDCA §505(o)(3).

usage(s))—and continues to be safe and effective for such drug's previously approved indication(s). Through this process FDA assures that the label remains accurate and up to date.

## IV. Background of NUPLAZID (Pimavanserin)

65. NUPLAZID (pimavanserin) is an atypical antipsychotic drug which has a unique mechanism of action compared to other atypical antipsychotic drugs, with selective inverse agonist actions on the serotonin 5-$HT_{2A}$ receptors with little activity on dopamine receptors.[31]

66. The clinical studies of pimavanserin began in 2003 in Sweden and under a National Institute of Health IND, before the studies sponsored by Acadia started.[32] ClinicalTrials.Gov, which lists clinical trials around the world, lists 42 clinical trials of the drug, 20 of which focused on the management of Parkinson's disease ("PD"), along with studies in Alzheimer's and other types of dementia, schizophrenia, autism, post-traumatic stress disorder, tardive dyskinesia, and other conditions.

67. PD is a syndrome characterized by progressive slowness of movement (bradykinesia), rigidity, tremor and gait disturbance, associated with dopaminergic neuronal loss in the substantia nigra.[33] Forty percent of PD patients suffer from dementia, which can be associated with hallucinations and delusions.[34]

68. NUPLAZID (pimavanserin) was approved by FDA on April 29, 2016, "indicated for the treatment of hallucinations and delusions associated with Parkinson's disease psychosis ['PDP']."[35] As described in the prescribing information, pimavanserin's effectiveness as to the PDP indication had been demonstrated in:

> a 6-week, randomized, placebo-controlled, parallel-group study. In this outpatient study, 199 patients were randomized in a 1:1 ratio to NUPLAZID 34 mg or placebo once daily. Study

31 See NUPLAZID Prescribing Information, § 12 Clinical Pharmacology, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/210793s009,207318s012lbl.pdf.

32 See Ctr. for Drug Evaluation & Rsch., Application Number 207318Orig1s000, Administrative and Correspondence Documents, at 75, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/207318Orig1s000AdminCorres.pdf.

33 Morris, H.R. *et al.* (2024), "The pathogenesis of Parkinson's disease," *Lancet (London, England)*, *403*(10423), 293-304.

34 Rodnitzky, R. L., *Cognitive Impairment and Dementia in Parkinson Disease* (2024), https://www.uptodate.com/contents/cognitive-impairment-and-dementia-in-parkinson-disease.

35 NUPLAZID Prescribing Information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/207318lbl.pdf.

> patients (male or female and aged 40 years or older) had a diagnosis of Parkinson's disease (PD) established at least 1 year prior to study entry and had psychotic symptoms (hallucinations and/or delusions) that started after the PD diagnosis and that were severe and frequent enough to warrant treatment with an antipsychotic.[36]

69. The NDA for pimavanserin to treat PDP was assigned a priority review and was designated as a "breakthrough" product.[37] During the review questions were raised about deaths in the study, which, based on very small numbers, occurred more often on pimavanserin than placebo, and FDA noted that it "has not approved antipsychotic drugs with this safety signal for use in the agitated or psychotic demented elderly populations."[38]

70. The NDA resulted in approved labeling that included a boxed warning about the risk of death:

> **WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**
>
> Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an increased risk of death. NUPLAZID is not approved for the treatment of patients with dementia-related psychosis unrelated to the hallucinations and delusions associated with Parkinson's disease psychosis.[39]

71. The approval of pimavanserin as a treatment for PDP came with postmarketing commitments from Acadia to conduct two clinical trials to further test the long-term safety of pimavanserin and the durability of the drug's effects in the approved PDP patient population. Acadia's postmarketing commitments—commonly referred to collectively as "PMCs" or individually as a "PMC"—were as follows:

> 3069-1 Conduct a randomized withdrawal trial comparing pimavanserin 34 mg/day to placebo.

---

36 *Id.* § 14.

37 Breakthrough designation request was granted on August 13, 2014. See Ctr. for Drug Evaluation & Rsch., Application Number 207318Orig1s000, Administrative and Correspondence Documents, at 52, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/207318Orig1s000AdminCorres.pdf.

38 *Id.* at 33.

39 NUPLAZID Prescribing Information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/207318lbl.pdf.

> 3069-2 Conduct a randomized placebo-controlled trial or trials with predominantly frail and elderly subjects that would involve exposure of at least 500 subjects to pimavanserin 34 mg daily for a minimum of 8 weeks.[40]

72. Withdrawal studies are commonly required for medications which are used to treat acute episodes to see if ongoing maintenance therapy is necessary and effective.

## A. Development of NUPLAZID for Other Types of Dementia

73. The most important documents relevant to the success of developing a new indication for an approved drug are the written communications from FDA in response to the design and results of clinical trials, and the role that these clinical trials will play in FDA's decision-making process once an sNDA is filed.

74. While only 15% of previously unapproved new drugs are ever approved once human clinical trials begin, the success rate for new indications (*i.e.*, sNDAs) is better, depending on how closely related the new indication (and the mechanism of action of the drug) is to the previously approved indication.[41] If the proposed indication is one that FDA has not previously recognized or approved a treatment for, the approval probability is generally less than if that indication has been approved for other drugs, because a prior approval for a previously recognized indication can serve as a road map for trial design and endpoints, and also provide reference points for clinical benefit.

75. In psychiatry most drugs that are approved to treat an acute episode go on, with a high probability, to demonstrate effectiveness as a "maintenance" treatment to prevent recurrent symptoms.[42]

---

40 ACAD_SECLIT_1063313, at -325 (Acadia's Briefing Package for Type B Pre-sNDA meeting, Dep. Exhibit 37).

41 Wouters, O. J. *et al.* (2024), "Differential Legal Protections for Biologics vs Small-Molecule Drugs in the US," *JAMA*, *332*(24), 2101-2108.

42 *See* Laughren Dep. 73:12-74:13. For example, olanzapine (Zyprexa) was first approved for treatment and then conducted maintenance studies to assess the effectiveness of maintenance as a postmarketing commitment. *See* Zyprexa (Olanzapine), NDA 20-592, Approval Package, at 25, https://www.accessdata.fda.gov/drugsatfda_docs/nda/96/020592_Original_Approval_Pkg .pdf. As another example, quetiapine (SEROQUEL) was approved based on short-term treatment of manic depression and schizophrenia and not approved for maintenance therapy until nearly a decade later. *See* SEROQUEL Prescribing Information § 14, https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/020639s061lbl.pdf.

76. Delusions and hallucinations are not uncommon in other types of dementia outside of PD, although the reports of the prevalence of these symptoms are highly variable.[43] Antipsychotic agents have been used off-label clinically but have not been approved by FDA for delusions, or hallucinations in dementia patients, and in some studies the use of these drugs has been associated with safety problems, including increased mortality rates.

77. Acadia actively sought studies to support new indications for NUPLAZID, in particular in patients with Alzheimer's disease ("AD") and other types of dementia. Acadia was encouraged by the results of a single-site UK study in AD, the 019 study, although FDA communicated that the results were not robust and were not adequate to support approval of expanding NUPLAZID's label to include an AD psychosis ("ADP") indication without an additional study.[44] This is not particularly surprising given that FDA had informed Acadia, in 2008, prior to the commencement of the 019 study, that it was "inclined to require that a[ny] study be independently verified (replicated), and so we will likely require two studies" to expand pimavanserin's indication to include DRP."[45]

## B. FDA Communications on the Development of a DRP Indication

78. Following the conclusion of the 019 study, on May 15, 2017, senior employees from Acadia met with FDA in an End-of-Phase 2 meeting. FDA and drug sponsors use such meetings as a forum for FDA to provide advice about the phase 3 confirmatory trials necessary to establish an existing drug's safety and effectiveness for a previously unapproved indication. As is typical of End-of-Phase 2 meetings with FDA, Acadia's May 2017 meeting was preceded by the submission of a formal meeting request and a briefing document, which among other things included a proposed protocol for an "all comers" DRP study, which study came to be known as the Harmony trial (also known

---

[43] Pessoa, R. M. P. *et al.* (2023), "The frequency of psychotic symptoms in types of dementia: a systematic review," Dementia and Neuropsychologia, *17*, e20220044.

[44] *See* ACAD_SECLIT_0019792, at -795 (End-of-Phase 2 Meeting Minutes, Dep. Exhibit 25); ACAD_SECLIT_0097505, at -513 (minutes of November 12, 2008 meeting between FDA and Acadia regarding IND 103,550, Dep. Exhibit 307).

[45] ACAD_SECLIT_0097505, at -514.

as "045").[46] Acadia's pre-meeting submissions to FDA also set forth questions for FDA and, prior to the May 15, 2017 meeting, FDA responded to those questions in writing.[47]

79. Acadia's discussion with FDA during and in connection with the May 2017 End-of-Phase 2 meeting was documented in a set of FDA "meeting minutes," which were sent to Acadia.[48] Acadia also sent a draft of meeting minutes to FDA, prior to FDA preparing the final minutes from the meeting.[49] These meeting minutes in the context of the other materials submitted by Acadia and FDA in the lead up to the meeting—*e.g.*, Acadia's briefing document and its attachments—set forth the terms of the Company's agreements and understandings with FDA regarding the Harmony trial and the data necessary to obtain FDA approval for an expanded label for pimavanserin that would allow it to be marketed to treat DRP generally (and not just for PDP).

80. Acadia began discussions with FDA by hypothesizing "that dementias need not be etiologically related for the common symptom of psychosis to respond to pimavanserin."[50]

81. As proposed by Acadia in May 2017, the Harmony trial was intended to serve as a single, "adequate and well-controlled clinical trial to support a claim for treatment of psychosis in dementia," *i.e.*, DRP.[51] Specifically, Acadia proposed that "[t]he trial would include a 12-week open-label, flexible dose (for the first 4 weeks) stabilization phase with responders going on to a 26-week randomized, double-blind, withdrawal phase."[52] The study population was to consist of major "dementia subtypes," including "AD[P], VaD [(Vascular dementia)], PD dementia, LBD [(Lewy Body dementia)], and FTD [(frontotemporal dementia)]."[53] The fundamental premise underlying the enrollment of different types of dementia—instead of studying various subtypes of dementia separately—was Acadia's hypothesis that there was "a substantial overlap between clinical presentation and pathology associated with the various subtypes of dementia."[54] Acadia argued that "because of this overlap, and because of the similarity in management of psychosis in dementia, an indication for dementia-related psychosis

---

46 *See* ACAD_SECLIT_0001707 (Type B End-of-Phase 2 meeting request); ACAD_SECLIT_0322707 (briefing package for End-of-Phase 2 meeting).

47 *See* ACAD_SECLIT_0026194 (FDA's preliminary responses to Acadia's pre-End-of-Phase 2 meeting questions); ACAD_SECLIT_0019792 (End-of-Phase 2 Meeting Minutes, Dep. Exhibit 25); Turner Dep. 52:17-53:4.

48 *See generally* ACAD_SECLIT_0019792 (End-of-Phase 2 Meeting Minutes, Dep. Exhibit 25).

49 ACAD_SECLIT_0045440.

50 ACAD_SECLIT_0019792, at -798.

51 ACAD_SECLIT_0019792, at -797.

52 *Id.*

53 ACAD_SECLIT_0322707, at -731.

54 ACAD_SECLIT_0019792, at -797.

[wa]s appropriate," and it was appropriate to study multiple different subtypes of dementia in a single study.[55]

82. The study was not designed to determine the response rate of pimavanserin compared to placebo—*i.e.*, the rate at which treatment with pimavanserin improved symptoms of psychosis over taking a placebo—which had been done previously for PDP but would not be known for other types of DRP (aside from the exploratory results of the 019 study). Instead, as a withdrawal study, Harmony tested whether giving patients a placebo instead of pimavanserin made their symptoms worse, *i.e.*, caused a relapse.

83. Acadia asked FDA specifically if it "agree[d] that treatment of hallucinations and delusions in dementia-related psychosis is an approvable indication."[56] FDA "agree[d] that treatment of hallucinations and delusions in dementia-related psychosis is a *potentially* approvable indication."[57]

84. Acadia also asked if FDA agreed with Harmony's "overall study design." FDA initially responded:

> **We have concerns with the proposal to use a randomized withdrawal trial to establish efficacy.** As an alternative, we suggest combining the proposed study with the postmarketing commitment (PMC) for safety study in frail, elderly subjects. Subjects with dementia-related psychosis could be randomized to placebo or pimavanserin and counted towards the number required for the PMC safety study in the elderly. Responders could then be entered into a randomized withdrawal paradigm as proposed for study -045.[58]

85. At the End-of-Phase 2 meeting on May 15, 2017, Acadia pushed back on FDA's concerns about the "overall study design."[59] Ultimately, FDA relented and agreed that "the randomized withdrawal trial as described in the meeting briefing package would be acceptable."[60]

86. In addition to the design of the Harmony trial, Acadia also asked if FDA "agree[d] with the proposed study population," *i.e.*, enrolling patients with different subtypes of

---

55 *Id*.
56 *Id*. at -798.
57 *Id*. (emphasis added).
58 *Id*. (emphasis added).
59 *Id*. at -799-800.
60 *Id*. at -800.

dementia in a study that was "intended to be the basis of an sNDA for [DRP]."[61] FDA responded that it "agree[d] with the study population as long as subjects are stratified by their current clinical diagnosis," as proposed by Acadia.[62] This is significant for several reasons:

a. First, as reflected in the End-of-Phase 2 meeting minutes and the materials submitted in Acadia's briefing package, patients in the Harmony trial would be "stratified" by dementia subtypes. In other words, the study was designed so that the different subtypes of dementia would be randomized 1:1 into the placebo and control arms of the double-blind portion of the trial.

b. Second, the kind of stratification Acadia was proposing, and FDA was requiring, was a necessary pre-condition of conducting an analysis of subgroup data once the Harmony trial was completed.

c. Third, Acadia's proposal, which FDA accepted, was to conduct analysis of efficacy on a subgroup-by-subgroup basis. This is reflected in the proposed study protocol for the Harmony trial that Acadia submitted to FDA in advance of the May 2017 meeting. Specifically, that protocol contemplated that:

   - "Subjects will be randomly assigned 1:1 to continue their pimavanserin dose . . . or matching placebo. Randomization will be stratified by most likely dementia subtype or most prominent cause of dementia."[63]

   - The top-line results of the Harmony Trial would be determined by calculating "[t]he time from randomization to relapse in the double-blind period" by comparing "treatment groups using a stratified log-rank test, stratified by most likely dementia subtype or most prominent cause of dementia."[64]

   - Conducting "Additional Subgroup Analyses" aside from any "Exploratory Efficacy Analyses."[65] Those subgroup analyses, while vaguely defined in the draft protocol, were to "be performed in subgroups defined by most likely dementia subtype or most prominent

---

61 *Id.* at -798.
62 *Id.*
63 ACAD_SECLIT_0322764, at -773.
64 *Id.* at -775.
65 *Compare id.* at -824 (exploratory analyses), *with id.* at -826 (subgroup analyses).

cause of dementia."[66] Further "subgroup analyses may be specified in the [forthcoming] statistical analysis plan."[67]

87. As reflected in the End-of-Phase 2 meeting minutes, immediately after FDA stated that (1) it would only accept the Harmony trial's "proposed study population as long as subjects are stratified by their current clinical diagnosis," FDA added that (2) "Labeling will reflect the actual composition and response of patients enrolled in the study."[68]

88. These two FDA statements must be read in concert as they represent FDA's response to a single question from Acadia.[69] Moreover, the reference to "Labeling" here includes a reference to the prescribing information labeling that will identify the types of dementia that benefit from pimavanserin, as shown in the Harmony study. Of course, as noted above (*see supra* §III.D) "labeling" also signifies the scope of FDA's approval, in other words that what FDA might ultimately approve for an expanded pimavanserin indication will turn on the types of dementia that were actually shown to benefit from the drug. FDA's meeting minutes reflect "[n]o further discussion" of these topics[70] and Acadia's own internal draft of those minutes state, "Sponsor agrees. No discussion."[71]

89. Finally, when asked if Acadia could proceed with an sNDA on the basis of a single, Phase 3 study in DRP—when two are typically required—FDA responded that doing so would require "findings" that "must be very persuasive," meaning "statistically significant with a very small probability of Type 1 error and a finding that is clinically meaningful."[72] Again, the FDA's minutes reflect that there was "[n]o further discussion" of this requirement[73] and Acadia's own internal draft of those minutes state, "Sponsor agrees. No discussion."[74]

90. At the End-of-Phase 2 meeting, the FDA made it clear that the Harmony clinical trial proposed by Acadia, if it produced compelling results, *could* have served as the

---

66 *Id*. at -826.

67 The statistical analysis ultimately did pre-specify efficacy analyses by dementia subgroup. ACAD_SECLIT_0089039, at -081–082.

68 ACAD_SECLIT_0019792, at -798.

69 Farchione Dep. 45:12–46:15 ("[T]hose two sentences are together and—for a reason.").

70 ACAD_SECLIT_0019792, at -800.

71 ACAD_SECLIT_0048114, at -117.

72 ACAD_SECLIT_0019792, at -800.

73 *Id.*

74 ACAD_SECLIT_0048114, at -117.

principal basis for approving an sNDA for the indication of DRP provided that the results were "very persuasive."[75]

91. FDA clearly communicated that since no drug had been shown to be safe and effective for DRP, if pimavanserin was shown to be safe and effective for the DRP indication, then pimavanserin would meet an unmet medical need and thus could be granted "breakthrough" designation. Such designation included FDA's commitment to assign the product priority rather than standard review times.

92. In sum, in May 2017 FDA advised Acadia that Harmony's trial results would need to establish several things in order to warrant approval of pimavanserin as a treatment for "DRP" generally:

a. The Harmony trial's results would have to be very persuasive, *i.e.*, statistically significant and clinically meaningful. This was because, unlike most NDAs and sNDAs, Acadia intended to rely on a single pivotal trial, rather than two.

b. Since DRP included several different types of dementia with different underlying causes, the trial was appropriately stratified by dementia type and approval would depend, in part, upon the consistency of the results across the dementia subtypes, in addition to the aggregated top-line results. FDA did not require that the dementia diagnostic groups individually be statistically significant. However, FDA also made it clear that the responses in subgroups would be reflected in the labeling FDA might ultimately approve, stating in meeting minutes that "Labeling will reflect the actual composition and response of patients in the study."[76]

93. FDA's requirement that the efficacy data in Harmony's subgroups be directionally consistent is in line with the Agency's general guidance on subgroup data. On the issue of subgroups FDA guidance offers:

> **Consistency across study subsets**
>
> Frequently, large trials have relatively broad entry criteria and the study populations may be diverse with regard to important covariates such as concomitant or prior therapy, disease stage, age, gender or race. Analysis of the results of such trials for consistency across key patient subsets addresses concerns

[75] ACAD_SECLIT_0019792, at -800.
[76] ACAD_SECLIT_0019792, at -798.

> about generalizability of findings to various populations in a manner that may not be possible with smaller trials or trials with more narrow entry criteria. For example, the timolol postinfarction study randomized patients separately within three severity strata. The study showed positive effects on survival in each stratum supporting a conclusion that the drug's utility was not limited to a particular disease stage (*e.g.*, relatively low or high severity).[77]

94. In October 2017 Acadia received Breakthrough Designation for pimavanserin for the indication of DRP, indicating that if there was evidence of beneficial safety and effectiveness then DRP was an approvable indication.[78]

## C. Pre-Filing Communications With FDA

95. In September 2019, the Harmony trial was stopped early on the recommendation of an independent Data Safety Monitoring Board ("DSMB") based on planned stopping rules that considered the overall statistical significance of the trial as a whole.[79] The statistical methodology was a well-accepted rule for considering planned early calculations of the p-value requiring greater statistical significance than planned at the end of the trial to stop early. Early stopping for effectiveness was permitted based on prespecified criteria for statistical significance (p-values) at prespecified times in the trial. Those p-values are smaller than the p-value that is the criteria for success if the trial goes to completion (here a p-value of less than or equal to 0.0033).[80] It generally means that the drug benefit (effect size) was greater than anticipated during the planning of the study (power calculation).[81]

96. The DSMB decision did not, however, consider consistency of the results across subgroups and there is no evidence in the record to suggest that the DSMB considered any subgroup efficacy data.[82] Early stopping is generally considered favorably since it

---

77 Food & Drug Admin., *Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products*, at 13 (May 1998), https://www.fda.gov/media/71655/download.

78 *See, e.g.*, ACAD_SECLIT_0006357.

79 ACAD_SECLIT_1265269 (September 9, 2019 press release); ACAD_SECLIT_0012488.

80 ACAD_SECLIT_1265269 ("[T]he study will now be stopped early based on pre-specified stopping criteria requiring a one-sided p-value less than 0.0033 on the study's primary endpoint.").

81 Less commonly a smaller p-value can be the result of less variability than anticipated in the observed results even though the effect size was accurately predicted.

82 *See* ACAD_SECLIT_0138133, at -151–52; McEvoy Dep. 175:18–176:1 ("Subgroup efficacy data was not part of the single output that was shared with the [DSMB].").

is evidence that the clinical effect was greater than hypothesized during study planning; however, as would become clear once the data was further analyzed, the clinical effect observed in the Harmony trial was being driven by overwhelmingly positive results in the PDP subgroup, the one indication for which pimavanserin had already been approved.

97. On March 16, 2020, Acadia met with the members of FDA's Division of Psychiatric Drug Products for a pre-sNDA meeting in preparation for an sNDA filing for DRP.[83] Pre-sNDA meetings like the one in March 2020 are generally a forum for a sponsor and FDA to discuss the logistics and formatting of a forthcoming application. The goal is to ensure that a sponsor provides sufficient information to FDA in its application so that FDA can timely review that application and make an approval determination. Pre-sNDA meetings are not a forum for the sponsor and FDA to discuss actual substantive study findings, or the conclusions that can be drawn from the study, including as to whether the data support (or do not support) an application.[84]

98. As with the meeting in May 2017, Acadia submitted a pre-meeting briefing document containing, among other things, a list of questions for discussion at the meeting, and FDA responded to those questions in writing prior to the meeting.[85]

99. Acadia expressly asked FDA if the efficacy and safety data from the Harmony and 019 trials were adequate to support "the submission of an sNDA for pimavanserin for the proposed indication for the treatment of hallucinations and delusions associated with dementia-related psychosis."[86] FDA advised Acadia that these study results along with supporting studies, as described by Acadia, were sufficient to file an sNDA, but that whether those results were "persuasive and clinically significant"[87] so as to support approval of an sNDA would be determined during the subsequent review of the application. Importantly, the minutes from the March 2020 meeting do not contain any indication that Acadia ever raised Harmony's subgroup efficacy results or any issues with 019 with FDA, or that FDA asked any questions about these data.

100. FDA's silence on the interpretation of the data from Harmony and 019 at the March 2020 Pre-sNDA meeting is not surprising as the purpose of this meeting was to discuss

83 ACAD_SECLIT_0001032 (minutes of March 16, 2020 Type B Pre-sNDA Meeting, Dep. Exhibit 38).
84 *See, e.g.*, Farchione Dep. 50:19–52:2.
85 *See, e.g.*, ACAD_SECLIT_1063313 (Acadia's Briefing Package for Type B Pre-sNDA Meeting, Dep. Exhibit 37); ACAD_SECLIT_0980934 (FDA Preliminary Meeting Comments for Type B Pre-sNDA Meeting, Dep. Exhibit 39).
86 ACAD_SECLIT_0001032, at -037.
87 *Id.*

the format of, and items to be included in, Acadia's forthcoming sNDA.[88] FDA's practice is to not conduct any significant review of a sponsor's data until after an application has been accepted for filing and the formal merits review has commenced.

101. In March 2020, FDA also deferred granting Acadia a decision about priority versus standard review until after the sNDA had been filed,[89] as is FDA's usual practice.

102. At the time of the March 2020 pre-sNDA meeting there was no additional advice requested by Acadia on the issue of subgroup effectiveness consistency. FDA's willingness to accept an application for DRP indicated that FDA still considered this a *potentially* approvable indication, but nothing more. FDA agreed that the Harmony results, as presented by Acadia, appeared to be adequate to file an application, *i.e.*, were sufficiently complete as to allow FDA to conduct a substantive review of the sNDA.

## D. sNDA Filing and Review

103. On June 3, 2020, Acadia submitted the sNDA applications[90] for the proposed, expanded DRP indication. On July 10, 2020, FDA sent a filing decision letter to Acadia.[91]

104. After an sNDA is submitted, FDA conducts an initial review of the results of the studies in the application and assigns review status (priority or standard). The purpose of this initial assessment is to determine if the package is complete and contains all the information and data necessary for FDA to conduct its independent review of the application.

105. On July 10, 2020, FDA sent a letter to Acadia's Dr. Brandt. A boilerplate header at the top of FDA's July 10 letter stated, "NO FILIING REVIEW ISSUES IDENTIFIED."[92] The operative text of the letter further stated, "We have completed our filing review and have determined that your application is sufficiently complete to permit substantive review."[93] This is a common letter for FDA to send to sponsors and it is meant to inform a company that FDA has conducted an initial review of the application and

---

88 Farchione Dep. 50:19–52:2.

89 ACAD_SECLIT_0001032, at -039.

90 Although there were technically two sNDAs for NUPLAZID because Acadia sought approval for two dosages of NUPLAZID in capsule and tablet form, the sNDAs relied on the same underlying data and thus can be discussed as one sNDA. *See, e.g.*, ACAD_SECLIT_0001088 (Dep. Exhibit 31).

91 ACAD_SECLIT_0408830.

92 *Id.*

93 *Id.*

determined that it contains all the information and data necessary for FDA to conduct its independent, substantive review.

106. That there were "no filing review issues" means just that. There are no issues that would result in a "refuse to file" action by FDA, where the application is rejected before any actual merits review of the application takes place. A "filing review issue" is a problem with the *completeness* of a sponsor's application, like missing sections or data sets, not a problem with the *adequacy* of the application. As a result, letters like the one FDA sent to Acadia on July 10 do not signify that FDA has a positive view of the sponsor's data or is likely to approve an application.[94]

107. In its July 10, 2020 letter, the FDA also assigned the sNDA a "Standard" "review classification" rather than a priority review designation.[95]

108. In response to FDA's July 10, 2020, letter, on that same day, Acadia asked for "background as to why a priority classification was not assigned considering [pimavanserin] is a Breakthrough Therapy product that we consider met FDA's criteria of priority review."[96] FDA responded as follows on July 17, 2020:

> As noted in the Guidance for Industry: *Expedited Programs for Serious Conditions – Drugs and Biologics* (May 2014), a product receiving breakthrough therapy designation <u>could</u> be eligible for priority review <u>if supported by clinical data</u> at the time of BLA, NDA, or efficacy supplement submission . . . . The guidance notes a qualifying criterion for priory review designation is demonstrating the potential to be a *significant improvement* in safety of effectiveness (e.g., evidence of safety and effectiveness in a new subpopulation). Based on our preliminary review of your submission, it is unclear if the clinical data demonstrate this potential.[97]

109. Acadia further pushed back on FDA's standard review designation on July 18, setting out "the relevant clinical finding (we consider) are aligned to meeting priority review criteria" and asked for a teleconference with FDA to press its case and "better

---

[94] *See, e.g.*, Farchione Dep. 65:8–66:6.

[95] ACAD_SECLIT_0408830.

[96] ACAD_SECLIT_0023439, at -440 (Dep. Exhibit 30).

[97] *Id*. (emphasis in original).

understand what specific gaps [FDA] has identified in terms of priority review classification."[98]

110. FDA responded on July 28, 2020, stating, "We will not be scheduling a t-con. Your application did not receive priority review designation because, based on our initial review, your application does not appear to include adequate evidence to indicate that pimavanserin would provide a significant improvement in safety or effectiveness in the treatment of dementia-related psychosis."[99]

111. Acadia's communications with FDA after it received the July 10, 2020 letter are significant. FDA expressly informed Acadia that FDA's initial review concluded the data supporting the sNDA did not demonstrate material improvements in safety or effectiveness in the treatment of DRP. Typically, the determination of an "improvement" in this context is based upon comparing the proposed treatment to already-approved alternatives that are currently on the market based on "adequate and well controlled studies."[100]

112. In the case of DRP there were no FDA-approved treatments, except for PDP, and so the only efficacy comparison that might have been drawn was to off-label use of atypical antipsychotics, which are not particularly effective and have such serious side effects that FDA has required them to have a black-box warning of the heightened risk of death when used to treat DRP. In other words, FDA was informing Acadia that the data supporting the sNDA showed no improvement in safety or effectiveness in the treatment of DRP (*i.e.*, pimavanserin was not better than no treatment) such that it was no better than a dangerous, off-label alternative. It is true that FDA did not specifically identify the problems it uncovered in FDA's "initial review," but there can be no doubt that in July of 2020 FDA told Acadia that there were serious efficacy issues with that data. Moreover, as for safety, there was nothing I have seen that suggested that safety issues would have been a basis for denying priority review, but as noted above and discussed further below there were obvious issues as to whether the subgroup data could be said to have demonstrated directional consistency across Harmony's different subgroup strata. As such, the only reasonable inference to draw from FDA's denial of priority review is that there was an efficacy issue.

---

98 *Id.* at -439.

99 *Id.*

100 21 C.F.R. § 314.126; Food & Drug Admin., *Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products* (May 1998), https://www.fda.gov/media/71655/download.

113. On March 3, 2021, FDA sent a letter to Acadia's Dr. Brandt. According to that letter, during the course of FDA's review of the sNDA, the agency "identified deficiencies that preclude[d] discussion of labeling and post marketing requirements/commitments at th[at] time."[101]

114. Agreement on the wording of the prescribing information labeling is deferred by FDA until their review is nearly complete and FDA is prepared to approve the NDA or sNDA. Deficiencies letters, like the one Acadia received in March 2021, are a common FDA practice in my experience, and are used to indicate to a sponsor that FDA has not determined that the application can be approved based on the current submission. As is common with FDA, the March 2021 letter Acadia received did not specifically identify the "deficiencies" in the sNDA, nor was there any requirement for FDA to do so. In the Prescription Drug User Fee Act, FDA is directed to complete NDA reviews within specific times, so that by the relevant "PDUFA" dates FDA will either approve the application or issue a "Compete Response Letter" ("CRL") describing why the application cannot be approved.

115. On April 2, 2021, FDA sent the Company a CRL informing Acadia that the pending application was not going to be approved and explaining the reasons for the non-approval.[102] The CRL informed Acadia that:

> We have concluded that your sNDA submission does not provide substantial evidence of effectiveness to support the approval of pimavanserin for the treatment of hallucinations and delusions associated with dementia-related psychosis.
>
> Although Study 045 was not powered to demonstrate an effect in the subgroups of dementia included, we had advised you during development that labeling would reflect the actual composition and response of the subjects enrolled in the trial. Based on an examination of dementia subgroups:
>
> - The intent-to-treat population included only nine subjects with dementia with Lewy bodies and three subjects with frontotemporal dementia, which is too few subjects to be an adequate representation of the response to pimavanserin for either dementia subtype.

101 ACAD_SECLIT_0678298 (Dep. Exhibit 279).

102 ACAD_SECLIT_0001088 (Dep. Exhibit 31).

- There was no numeric difference on time-to-relapse between pimavanserin and placebo in subjects with vascular dementia (this subgroup also included a relatively small group of 24 subjects).

- There were 123 subjects with Alzheimer's disease (AD), a large enough number to expect a nominally statistically significant result for the AD subgroup. However, the results for the AD subgroup were not nominally significant.

- Despite having fewer subjects (35) than the AD subgroup, the effect of pimavanserin on time-to-relapse in the Parkinson's disease dementia (PDD) subgroup was highly nominally statistically significant. It appears that the finding in this subgroup is driving the overall study results. The drug effect in this subgroup supports the effectiveness of pimavanserin in the treatment of hallucinations and delusions associated with Parkinson's disease psychosis; pimavanserin is already labeled for that indication (the PDD subpopulation is subsumed in the current indication).[103]

116. FDA's CRL went on to add additional comments on the UK 019 study, which stated that FDA concluded it did not meet the criteria for an adequate and well-controlled study, largely because 25% of patients did not meet eligibility criteria for inclusion in the trial, and 20% of patients took "prohibited medications."[104] FDA further stated that the 019 study was a single-investigator study,[105] that informed consent had not always been obtained,[106] and that the statistical analyses found a statistically significant result at only six months, and not at various earlier or later endpoints. Likewise, FDA found that the data from the 020 study was only sufficient to support efficacy and safety in PDP—which is not surprising because that study only enrolled PDP patients—which was, as FDA noted, "a population that is *already* subsumed in the current indication" for pimavanserin.[107]

117. In the CRL, FDA summarized its findings as follows: "[T]he results of the three submitted studies do not support expanding the indicated population. The findings

---

103 ACAD_SECLIT_0001088, at 088-089.

104 *Id.* at -089. Prohibited medications usually means that the patient took other drugs which could have been effectively clouding the ability to assess the study drug.

105 Single-investigator studies are typically not as reliable as multi-centered studies.

106 FDA will usually exclude studies from consideration where the patients did not consent to participate in the study.

107 ACAD_SECLIT_0001088, at -089 (emphasis added).

from Study 045 *suggest a differential response to pimavanserin across dementia subtypes, which questions whether 'dementia-related psychosis' is a useful construct for a potential indication for pimavanserin*."[108] In other words, FDA did not approve the sNDA because the Harmony trial's results were not consistent (*i.e.*, were "differential") across the subgroups. Dr. Tiffany Farchione, FDA's director of the Division of Psychiatry who helped draft and signed the CRL, confirmed this at her deposition in testimony about the CRL.[109]

118. FDA's conclusions about the Harmony trial were later echoed by several Acadia employees—including Defendant Stankovic—and the clinicians who conducted the study when the full results were published in *The New England Journal of Medicine* in July 2021.[110] The conclusion of that article was, "**Longer and larger trials are required to determine the effects of pimavanserin in dementia-related psychosis**."[111] The authors of this article further noted that "[p]imavanserin has shown efficacy in patients with hallucinations and delusions associated with Parkinson's disease psychosis and is approved for that indication, and approximately 15% of the patients in the [Harmony] trial had Parkinson's disease, which may have skewed the results in favor of pimavanserin.[112]

119. Acadia's subsequent meetings with FDA provided no basis for the FDA to change its assessment that the differences in Harmony's subgroup efficacy results did not support a DRP indication, although the study did meet Acadia's commitment (in connection with FDA's 2016 approval of pimavanserin to treat PDP) to do a randomized withdrawal study in PDP patients.[113]

---

108 *Id.* at -089 (emphasis added).

109 Farchione Dep. 86:3–8 ("[Y]ou can see that there was a—that you had different results in different subgroups. That's what we [FDA] mean by differential response."); *see also id.* 77:21–80:17.

110 Tariot, P. N. *et. al.* (2021), "Trial of Pimavanserin in Dementia-Related Psychosis," *The New England Journal of Medicine*, *385*(4), 309-319.

111 *Id.* (emphasis added).

112 *Id.*

113 *See, e.g.*, ACAD_SECLIT_0001056 (minutes of June 29, 2021 Type A meeting, Dep. Exhibit 48).

# V. Analysis

## A. The Meaning and Significance of Acadia's Communications with FDA

### 1. The End of Phase 2 Meeting, May 15, 2017

120. The purpose of End-of-Phase 2 meetings for an efficacy supplement is to discuss proposed phase 3 trial designs that, if successful, will provide scientific evidence for the effectiveness for the proposed new indication(s). FDA commonly refers to phase 3 trials as "confirmatory" trials, with designs informed by the exploratory studies of phase 2 or other sources.

121. On May 15, 2017, Acadia and FDA met for an End-of-Phase 2 to reach alignment on three things: (i) what clinical evidence of effectiveness and safety would be needed for FDA to expand pimavanserin's labeled indications to include a new "DRP" indication,[114] (ii) whether the available data Acadia had, together with the data that would be obtained from the proposed Harmony study (if successful), might supply that evidence, and (iii) whether the Harmony study, if it included Parkinson's disease patients, could be used to meet Acadia's pre-existing PMC requirement to conduct a treatment withdrawal study for PDP patients.[115]

122. The May 2017 meeting minutes reflect that FDA advised Acadia that DRP was "a *potentially* approvable indication."[116] Previously in a communication in November 2008, FDA indicated that it did not "recognize 'dementia-related psychosis'" as "a legitimate diagnostic entity."[117] Although in the May 2017 meeting FDA commented that that DRP was "potentially approvable" this did not mean that FDA had agreed that psychotic episodes in different types of dementia constituted the same condition, or that they would all respond to the same drug. That would have to be shown by

---

114 Subsumed in this question is whether a DRP indication was even potentially approvable, *i.e.*, would *any* evidence support this indication. *See* ACAD_SECLIT_0019792, at -797-798 (End-of-Phase 2 Meeting Minutes, Dep. Exhibit 25).

115 As Dr. Laughren, in his deposition commented, the usual evidence for effectiveness for an acute psychiatric condition comes from clinical trials to assess the effectiveness of treatment of an acute episode. Laughren Dep. 73:12–74:13. Subsequently, a randomized withdrawal study would show whether the drug was helpful in preventing recurrence in responders. While the acute benefits had been shown in PDP, Harmony was not a study of initial treatment but would provide evidence of effectiveness in preventing recurrent acute episodes of DRP.

116 ACAD_SECLIT_0019792, at -798 (emphasis added).

117 ACAD_SECLIT_0097505, at -513.

demonstrating evidence of clinical benefit across different subgroups of dementia. Instead, FDA was agreeing with Acadia that it could test its hypothesis "that dementias need not be etiologically related for the common symptom of psychosis to respond to pimavanserin."[118]

123. And, more generally, when FDA tells a sponsor an indication is "potentially approvable," it simply means that the sponsor can *try* for the new indicated use, but there is no assurance that FDA will ultimately conclude that the proposed indication, as defined by the sponsor, will be approved. Approval will always depend on evidence showing clinical benefit for the proposed use from an adequate and well-controlled clinical trial.

124. The crux of the matter for Acadia was whether the mechanism of action of drug benefit seen in PDP patients would also be seen in other forms of dementia represented in the Harmony study. There are psychiatric conditions, such as depression, where the effectiveness of a drug depends on the cause and type of depression in the same way that there are drugs to treat headache that are effective for migraines but are not effective for other types of headaches. There are also examples in drug development where the mechanism of action is likely to be the same. For example, a drug treatment of a sinus infection caused by a particular bacteria is likely to be effective when it has already been shown that that drug can treat pneumonia caused by the same bacteria.[119] But this is not always the case so there must be evidence to show a consistent treatment effect across different diseases.

125. The May 2017 meeting minutes reflect FDA's assessment of the different aspects of the evidence that would likely be required for a DRP indication for pimavanserin.[120]

126. *First*, FDA nowhere suggested that the 019 and 020 study data, by itself, would be sufficient for obtaining a broad DRP indication. To the contrary, FDA meeting minutes made clear that Acadia understood and agreed that more data was required from a new, Phase 3 pivotal study,[121] which was why Acadia proposed the Harmony study in the first place.

---

118 ACAD_SECLIT_0019792, at -798.

119 That said, FDA still requires different trials for the two conditions to obtain approval for both indications.

120 ACAD_SECLIT_0019792, at -797-801.

121 *See, e.g.*, ACAD_SECLIT_0097505, at -513.

127. *Second*, FDA agreed that Acadia's pivotal phase 3 study for DRP would enroll patients diagnosed with psychosis associated with the five most common subtypes of dementia, namely, PDD, AD, VaD, DLB, and FTD.[122]

128. *Third*, FDA expressed concerns about the Harmony study as proposed by Acadia. Specifically, FDA pointed out the limitations of "basing a regulatory decision" (*i.e.*, granting approval of the new indication) "on a single, randomized withdrawal study," because there would be no placebo group to demonstrate the effectiveness of pimavanserin to treat an acute episode. Demonstrating effectiveness in the treatment of acute episodes could have been a feature in the first phase of the study—if it included a placebo-control group—and then a second phase to study prevention of additional episodes in a withdrawal study. The lack of placebo-controlled evidence demonstrating patients responded to treatment, could results in an "inflated response rate . . . in the open-label phase."[123] To address these concerns, FDA asked Acadia to "conduct an acute study followed by the proposed randomized withdrawal study."[124]

129. Acadia declined to change the study design, and FDA ultimately agreed that Acadia could conduct a DRP withdrawal study to try to support the "potentially approvable" DRP indication based upon the Harmony study as proposed by Acadia in May 2017.[125] In my opinion, that the FDA expressed study-design concerns about a withdrawal study reflected FDA's concerns that such a study would be less likely to provide the requisite evidence of effectiveness compared to the acute episode treatment designs used earlier for the successful PDP indication. Notwithstanding these concerns, FDA permitted Acadia to proceed with the Harmony study. This is not surprising nor is it a clear endorsement by FDA that Acadia's proposed study was likely to generate the data necessary to support approval of a new DRP indication for pimavanserin. To the contrary, unless a trial is unsafe or is unable, on the face of its design, to provide *any* useful scientific information, FDA allows companies to proceed with study designs of their choosing, even if FDA advises alternative designs, or anticipates the need for additional trials even if the proposed trial is successful in meeting its primary endpoints as designed.

130. *Fourth*, with respect to the all-comers study population in Harmony as "the basis of an sNDA" for the proposed DRP indication, FDA said: "[W]e agree with the proposed study population so long as subjects are stratified by the current clinical diagnosis (as

122 ACAD_SECLIT_0019792, at -798.
123 *Id.* at -799.
124 *Id.*
125 *Id.* at -799-800.

proposed). Labeling will reflect the actual composition and response of patients enrolled in the study."[126] To understand FDA's response, both sentences must be read together and in the context of (i) FDA's other comments and concerns about the DRP indication and the Harmony study, and (ii) the specifics of what Acadia was proposing to FDA at the May 2017 meeting.[127]

131. Specifically, Acadia's proposal included the following: (i) Patients randomized in Harmony were to be "stratified"[128] by their dementia diagnosis, which meant that the study was designed so that the different subtypes of dementia would be randomized 1:1 into the placebo and pimavanserin arms of the double-blind portion of this withdrawal study; and (ii) when the study was complete, statistical analysis would compare the results in the different Harmony dementia subgroups in several different ways, as set out in Acadia's draft protocol. *See supra* ¶86.

132. In other words, what FDA said is that Acadia could enroll patients with different types of dementia—as opposed to running separate studies in each disease—"so long as" Harmony allowed for, and included, analysis of the individual dementia subtypes to assess the safety and effectiveness of pimavanserin in each subtype. This fact is clearly reflected in Harmony's statistical analysis plan, which outlines a number of subgroup efficacy analysis:

> Treatment comparisons will be made with respect to the primary and key secondary efficacy variables using the Cox regression described in Sections 13.1 and 13.2 for the following subgroups:
>
> . . . .
>
> Designated dementia subtype (Alzheimer's disease or FTD spectrum disorders), Vascular dementia, Parkinson's disease dementia or dementia with Lewy bodies
>
> Parkinson's disease dementia (yes)
>
> Alzheimer's disease (yes)
>
> FTD spectrum disorders (yes)

---

126 *Id*. at -798.

127 Farchione Dep. 45:12–46:15.

128 Randomization strata are also called "covariates" which are chosen because there may be different results in different strata which will be balanced across treatment and control groups with stratified random group assignment.

> Dementia with Lewy bodies (yes)
>
> . . . .
>
> For each subgroup, Kaplan-Meier curves of time to relapse and time to discontinuation from the double-blind period for any reason (other than termination of the study by the sponsor) will be presented for each treatment group. The hazard ratios with corresponding 95% CIs obtained from the Cox regression model for each subgroup will be presented in forest plots for the primary and key secondary efficacy variables.[129]

133. The Harmony study was powered to show an effect in the study as a whole with the subgroups combined, and while FDA agreed that the dementia subgroups did not each have to be statistically significant, one of the statistical assumptions of a stratified trial is that the various strata have consistent results and can be pooled together.[130]

134. FDA's comments about "stratification" also bear on their comments about "labeling" in the answer to question 2b in the May 2017 meeting minutes. "Labeling" refers to changes the indications for use from the treatment of PD to approval of an expanded indication for DRP. The phrase "actual composition and response of patients enrolled in the study" is a reference to the subgroups of dementia enrolled in Harmony and how those patients responded to treatment with pimavanserin. In other words, FDA is further confirming that FDA approval of the new DRP indication will depend upon the types of dementia enrolled in the Harmony study *and* how those patients respond to treatment. (One Harmony trial outcome could have been successful treatment in AD but not VD and expansion to include only AD.)

135. Based on my experience with FDA it is my opinion that FDA communicated that there were two efficacy requirements that needed to be met to approve adding a DRP indication to pimavanserin's label. First, the Harmony study would have to succeed on its primary endpoint of demonstrating a statistically significant benefit in time to relapse.[131] Second, the subgroup efficacy data would have to show directionally consistent benefit across different DRP subtypes when pimavanserin was used to

---

129 ACAD_SECLIT_0089039, at -081–082.

130 Statistically, one way of assessing this is to evaluate an "interaction" between the treatment and strata which in plain terms indicates whether the differences between strata are small enough that they could have occurred by chance. When that is not the case, then it is more appropriate to assess the strata individually rather than pooling them together.

131 ACAD_SECLIT_0019792, at -798.

prevent recurrence of DRP generally, and, thus, be generalizable to the different subtypes of dementia.

136. The deposition testimony of many high-ranking Acadia employees (and their outside consultants) is consistent with my opinion that FDA was going to be analyzing Harmony's subgroup efficacy results for this treatment consistency. For example:

- Acadia's CEO, Defendant Davis, advised the Company's Board of Directors on November 21, 2019, that with respect to Harmony's results, "*As you may recall, the FDA did not require that we achieve significance in individual dementia subgroups, but indicated they would look for directional alignment*."[132] Davis testified that when he said, "directional alignment," he meant whether there was "anything that stands out" in the subgroups, including in the various subgroups' "efficacy."[133]

- Acadia's Head of Regulatory Affairs, Daryl DeKarske testified, "*The expectation was that from an efficacy standpoint that the symptom treatment would be consistent across the subtypes*"[134] and that "*I think there was an intention to, you know, examine the subtypes for sure*."[135]

- Acadia's senior clinician in charge of the Harmony Study, Dr. Erin Foff, testified that it was "*the collective understanding at Acadia that to support the DRP indication that the subtypes and the analysis of the behavior of the subtypes would be looked at to ask whether they directionally supported the behavior of the entire population*."[136]

- Acadia's senior biostatistician who designed the Harmony Study's statistical analysis plan, Dr. Mark Knowles, testified that his "*recollection from the [May 2017] meeting* was that while [the FDA] agreed we did not need to power the study for individual subtypes, *I think there was an expectation that there would be a . . . reasonable amount of data in the subtypes and a certain amount of consistency in the results across subtypes*."[137]

132 ACAD_SECLIT_0094235, at -235 (emphasis added).
133 Davis Dep. 105:16–106:6.
134 DeKarske Dep. 83:17–85:4 (emphasis added).
135 DeKarske Dep. 221:22–223:22 (emphasis added).
136 Foff Dep. 122:2–8 (emphasis added).
137 Knowles Dep. 183:10-184:5 (emphasis added); *see also* ACAD_SECLIT_0229386, at -387.

- Acadia consultant, Dr. Thomas Laughren, the former head of FDA's Division of Psychiatry, testified that it "generally would be the expectation when [] doing a stratified randomization [study] to make sure that each subgroup is balanced for randomizations of drug and placebo, you would be looking . . . across the subgroups to see if the effect is similar in the different subgroups."[138]

137. *Fifth,* Acadia intentionally chose a path to approval that was more difficult and would make Harmony's subgroup data even more important. Typically, new indications are approved by FDA based upon data from two separate, adequate and well-controlled phase 3 clinical trials. Acadia proposed reliance on a single phase 3 clinical trial.[139]

138. Although FDA will sometimes approve new indications based on a single phase 3 trial, as FDA told Acadia, "If you wish to rely on a single well-controlled study for your sNDA filing, the findings must be very persuasive," meaning "statistically significant with a very small probability of Type 1 error and a finding that is clinically meaningful."[140] In the context of what Acadia was proposing, and FDA's other comments, this elevated review standard meant that Harmony's subgroup data would have to be particularly compelling and meaningful in order to obtain a new DRP label.

### 2. The Pre-sNDA Meeting, March 16, 2020

139. On March 16, 2020, Acadia met with FDA for a pre-sNDA meeting.[141] Pre-sNDA meetings, like this one, are meant to ensure an sNDA is submitted with all the information and the format FDA needs in order to review the application and determine if it warrants approval. The records from this March 2020 meeting are consistent with FDA's standard practice and show the focus of the meeting was on administrative topics, and not on the review of study results.[142] For example, Acadia asked if FDA was okay with "the proposed overall organization and scope of the proposed sNDA" and with Acadia providing "an administrative submission . . . to

---

138 Laughren Dep. 99:16–100:12. Acadia's President, Defendant Stankovic, wrote internally in response to an investor question about subgroup data on November 1, 2019, that, "per discussion with FDA we are not required to achieve significant superiority for each subtype," but "both we and they will look at the [hazard ratio] for each dementia subgroup and or dementia subtype." ACAD_SECLIT_0935763, at -763. Defendant Stankovic passed away before he could be deposed.

139 ACAD_SECLIT_0019792, at -800.

140 *Id.*

141 *See* ACAD_SECLIT_0001032 (minutes of March 16, 2020 Type B Pre-sNDA Meeting, Dep. Exhibit 38). There was another meeting with FDA on June 19, 2019, for the purpose of discussing the safety data Acadia intended to submit with the DRP sNDA. *See* ACAD_SECLIT_0001013.

142 *See generally* ACAD_SECLIT_0001032.

facilitate navigability of the applications."[143] These questions and the discussion around them was meant to facilitate FDA's review of the DRP sNDA after it was submitted.

140. In addition to covering the form and contents of Acadia's planned sNDA, Acadia asked, based on a high-level description of study results, if "FDA agree[d] that the persuasive results from [Harmony] together with confirmatory and supportive results from [019] and [020] present an adequate basis for submission of an sNDA for pimavanserin for [DRP.]"[144] FDA responded that "[b]ased upon the information [Acadia had] provided thus far" the data were "sufficient to file the sNDA" but "[w]hether the results of [Harmony] are persuasive and clinically significant enough to provide substantial evidence of effectiveness for the treatment of [DRP] will be a matter of review."[145] FDA's response was not discussed at the meeting.[146]

141. A response like this from FDA does not mean the data will be adequate for approval of a new labeled indication. Instead, it means that FDA has not begun its substantive review and so cannot offer any conclusions about the adequacy of the data. The Agency does not review the data submitted as part of a background document for a pre-filing meeting for potential inadequacies or pitfalls that would preclude an approval. To the contrary, FDA's response was "[b]ased on the information" Acadia chose to highlight to FDA, which did not include the subgroup efficacy data as evidenced by the fact that subgroup efficacy data is not addressed in the minutes from the March 2020 meeting.[147] Acadia should not have overread FDA's comment that the significance of Harmony's data "will be a matter of review"[148] since FDA had not reviewed those data.

### 3. FDA Filing Letter July 10, 2020

142. On June 3, 2020, Acadia submitted its sNDA for DRP. On July 10, 2020, FDA sent a letter to Acadia stating: "We have completed our filing review and have determined that you application is sufficiently complete to permit substantive review."[149] This letter for FDA is to inform a sponsor that FDA has conducted an initial review of the application for completeness and has determined that it contains all the information

---

143 *Id.* at -040.
144 *Id.* at -037.
145 *Id.*
146 *Id.* ("No further discussion.")
147 *Id.*
148 *Id.*
149 ACAD_SECLIT_0408830.

and data necessary for FDA to conduct its review. Based on this review, FDA also assigned the sNDA a "Standard" "review classification" rather than a priority review,[150] meaning that FDA had concluded that the new data did not indicate that pimavanserin had been shown to meet an unmet medical need, such as a previously unapproved indication.

143. Acadia claimed to have been surprised at receiving "standard" review.[151] Acadia also contacted FDA to seek "background as to why a priority classification was not assigned considering [pimavanserin] is a Breakthrough Therapy product that we consider met FDA's criteria of priority review."[152] While it is true that FDA did not specify precisely what the problem was with Acadia's data, over the course of the July 2020 e-mail exchange FDA communicated its positions:

(i) "it is unclear if the clinical data demonstrate" the "potential to be a significant improvement in safety or effectiveness" in treating DRP; and

(ii) that the sNDA "does not appear to include adequate evidence to indicate that pimavanserin would provide a significant improvement in safety or effectiveness in the treatment of dementia-related psychosis."[153]

144. These statements show that FDA had serious problems with Harmony's study results. This is particularly true because (i) Acadia's Harmony study stopped early for purportedly overwhelming evidence of efficacy (with no safety issues); and (ii) DRP is a serious medical condition with no currently approved treatments outside of PDD. FDA's assignment of standard review, combined with its July emails, thus seriously called into question whether Harmony's data was in fact supportive of DRP. Moreover, the fact that the Harmony data did not show any new or worsening safety issues indicates that FDA's problem was with Harmony's efficacy data. However, FDA needed to complete its review before further specifying the precise problems they had identified.

150 *Id.*

151 *See, e.g.*, ACAD_SECLIT_0023439, at -440.

152 *Id.*

153 *Id.*

### 4. FDA sNDA Deficiency Letter, March 3, 2021

145. On March 3, 2021, FDA sent a letter to Acadia stating that FDA had "identified deficiencies that preclude[d] discussion of labeling and post marketing requirements/commitments at th[at] time."[154] When an sNDA for an expanded label is likely to be approved, about a month before the approval target date FDA engages in discussions with the sponsor to reach consensus on the new labeling and to discuss studies that may be required after approval related to the application. In my experience, when a sponsor receives a "deficiencies" letter it typically means that FDA is not going to approve a currently pending application.[155]

### 5. FDA Complete Response Letter, April 2, 2021

146. Then, on April 2, 2021, FDA sent the company the CRL, denying the DRP sNDA.[156] FDA's reasons for the CRL are set out above. *See supra* ¶¶115-17. The reasoning of the CRL is consistent with the requirements FDA articulated at the May 2017 end-of-phase 2 meeting. Specifically, as in the May 2017 meeting, the CRL notes that FDA "had advised [Acadia] during development that labeling would reflect the actual composition and response of the subjects enrolled in the trial."[157] This mirrors FDA's similar statement from May 2017.[158]

147. The CRL then identified four deficiencies with Harmony's subgroup efficacy data, including that only one subgroup (PDD) "is driving the overall study results."[159] As the FDA stated, these deficiencies with the subgroup data "suggest a differential response to pimavanserin across dementia subtypes."[160] In other words, in the CRL FDA reiterated the importance of subgroup data, and that it had in fact (as it had previously advised) evaluated the sNDA for response consistency across the subgroups—and that the lack of consistency (the "differential response") was why the sNDA could not be approved. As FDA's Dr. Farchione testified,

---

154 ACAD_SECLIT_0678298 (Dep. Exhibit 279).

155 The record suggests that Dr. Brandt from Acadia had another phone call with FDA after the July 2020 e-mails and before March 3, 2021. What was said on this call is not reliably recorded in any document. *See* ACAD_SECLIT_0227678 (March 7, 2021 Email between Teresa Brandt and Daryl Dekarske, Dep. Exhibit 278); DeKarske Dep. 172-181.

156 ACAD_SECLIT_0001088 (Dep. Exhibit 31).

157 ACAD_SECLIT_0001088.

158 ACAD_SECLIT_0019792, at -798; *see also* Farchione Dep. 43:20-48:7, 76:20-77:20.

159 ACAD_SECLIT_0001088, at -089.

160 *Id*. at -089.

> What we have outlined here is that we didn't really have enough data in Lewy body dementia and frontotemporal dementia to make any – to form any opinion on that. We didn't see a difference in vascular dementia, and we didn't see a difference in the Alzheimer's disease subgroup. And it appeared that the finding in the Parkinson's subgroup, which is the population that the drug was already approved for, it appeared that that subgroup was driving the overall results. So if what you mean by consistency is, you know, similar results across similar populations, that's what [the CRL] says.[161]

148. There is no suggestion in the record that FDA's assessment of the subgroup efficacy results was incorrect. Indeed, to the contrary, Acadia employees and consultants testified that the four issues FDA outlined in the CRL were true and accurately described by FDA.[162] And, when Acadia published the results of the Harmony study in a scientific journal, the authors of that article (including Defendant Stankovic) publicly admitted that, "Longer and larger trials are required to determine the effects of pimavanserin in dementia-related psychosis."[163]

## B. Acadia's Probability of Success for the sNDA

149. Throughout my career in the private sector—both as a pharmaceutical company executive and as a consultant—I have been asked many times to assess the probability of successfully obtaining FDA approval of a new indication. Such assessments turn data from industry-wide analysis of successful drug approvals combined with the specific facts of the indication being sought, like the scientific data supporting the indication and the sponsor's interactions with FDA. Plaintiffs have asked me to make such an assessment based upon the information available to Acadia, at various points in time, which is set out below.

150. Public information is only available from FDA for approved products. FDA is required not to disclose trade secrets or commercially valuable information, which includes the existence of an IND, FDA-company communications, NDA filing and NDA actions other than marketing-approval decisions. While there are other sources of information, such as company disclosures, clinical trial actions, and FDA safety alerts, there is no

161 Farchione Dep. 80:3–17.

162 Knowles Dep. 159:12–166:17; Laughren Dep. 124:13–128:5; DeKarske Dep. 215:19–219:23; Davis Dep. 202:9–206:17; Turner Dep. 124:3; Small Dep. 63:11–69:9; Dunbar Dep. 186-198; Brandt Dep. 192-200; Youakim Dep. 148:22-158:25.

163 Tariot, P. N. *et. al.* (2021), "Trial of Pimavanserin in Dementia-Related Psychosis," *The New England Journal of Medicine*, *385*(4), 309-319. Two of the authors of this article were deposed in this action and confirmed the conclusion of their article. *See* Cummings Dep. 64:17-65:2; Tariot Dep. 164:22-168:8.

public data from FDA to track product success or failure through the stages of drug development across all products.

151. The pharmaceutical industry, however, needs such information, even if in aggregate across all new drugs. Accordingly, for several decades, the industry has provided it to the Tufts Center for the Study of Drug Development, which in addition to providing data to the pharmaceutical companies and their trade associations, also publishes summary level data in the medical literature.[164]

152. The Tuft's Center reports have shown a relatively stable aggregate success rate for progress from stage to stage for previously unapproved drugs:[165] Phase 1 to 2: 35%, phase 2 to 3: 50%, phase 3 to NDA filing: 50%, NDA filing to approval: 85%. Multiplying these probabilities together shows that out of 10 products that begin with INDs, only one will achieve marketing approval from FDA. The failures in the early stage are most often due to poor pharmacological properties, such as poor absorption, safety problems, or unacceptable drug-drug interactions. Failures at phase 3 or after the NDA review are more often related to lack of effectiveness.[166] These statistics do not consider commercial failure of approved products.

153. In general, development programs that are seeking new indications for previously approved drugs are more likely to be successful than entirely new programs. When a supplemental application for a new indication, called an efficacy supplement by FDA, uses the same formulation and dosage form of a previously approved drug, it skips over the phase 1 pharmacology studies, and is past the threat of failing at that stage. If the new indication also involves a new patient population, pharmacology studies in that population may be required, but usually there are few risks of failure at this stage (often called phase 2a) other than a need to modify the dose, if warranted. However, the phase 2 studies that are used for planning the confirmatory phase 3 trial may have the 50% failure rate of new drug first indication phase 2 studies, although this may be somewhat less if the efficacy supplement indication is closely related to the approved

---

164 For example: Kaitin, K. I. & DiMasi, J.A. (2011), "Pharmaceutical innovation in the 21st century: new drug approvals in the first decade, 2000-2009," *Clinical Pharmacology and Therapeutics*, *89*(2), 183-188; DiMasi, J. A. *et al.* (2020), "Development Times and Approval Success Rates for Drugs to Treat Infectious Diseases," *Clinical Pharmacology and Therapeutics*, *107*(2), 324-332; DiMasi, J. A. & Chakravarthy, R. (2016), "Competitive Development in Pharmacologic Classes: Market Entry and the Timing of Development," *Clinical Pharmacology and Therapeutics*, *100*(6), 754-760.

165 A drug not previously approved in the United States by FDA is also referred to as a "new molecular entity" or synonymously a "new chemical entity." First FDA approvals are entitled to patent extensions and FDA exclusivity under some circumstances.

166 Wouters, O. J. *et al*. (2024), "Differential Legal Protections for Biologics vs Small-Molecule Drugs in the US," *JAMA*, *332*(24), 2101-2108.

use of the drug. The overall success rate when starting in phase 2 would on average be between 21% to 42%[167] (or greater if the new indication was pharmacologically very similar to the initial indication).

154. Once an sNDA phase 3 study is complete and the application submitted, the probability of approval is similar to new applications, *i.e.*, 85%, assuming that the "totality of the evidence," a phrase often used by FDA, supports the approval.

155. In line with the Tufts data, other research evaluating methods to predict success from phase 2 or phase 3 for new indications involving over 6,000 applications found that among the best predictors where biostatistical factors, and whether the indication had been previously approved.[168]

156. In summary, a base-case probability of success was an 80% chance of leading to a successful expansion of pimavanserin's label to include all DRP, without consideration to the actual results of the study or factoring in FDA's requirement that the subgroup data be directionally consistent across the different dementia subtypes. In other words, the base-case probability of success of 80% is based solely off the design of the Harmony study and assuming (i) the topline results were statistically significant, (ii) the efficacy results were not largely restricted to benefiting only the PDD subgroup, and (iii) there were no other issues with the study (*e.g.*, no new safety concerns, or protocol deviations). That said, as discussed above, the overall industry track record of successful phase 3 trials is only 50%, not the 80% since the effects seen are often less than those anticipated in the study planning. Therefore, prior to any of Harmony's results being known (aside perhaps from the enrollment and some open-label data)—*i.e.*, before September 2019—it is my opinion that the probability of successfully obtaining FDA approval for a new DRP indication on the basis of the as-yet-unknown Harmony results was 50%.

157. The probability of success changed over time. The first change was when the study stopped early in September 2019. Acadia's decision to accept the DSMB's recommendation to halt the study early indicated that the benefits seen were even greater than those anticipated during the planning; in other words, the study was larger than it needed to be for a statistically significant overall result. This was positive for the probability of success, because it showed that Harmony's efficacy data should

---

167 Success rates increased from the overall 10% by removing the phase 1 failures or both the phase 1 and phase 2 failures.

168 Siah, K. W. *et al.* (2021), "Predicting drug approvals: The Novartis data science and artificial intelligence challenge," *Patterns (New York, N.Y.)*, 2(8), 100312.

meet the first of FDA's two stated criteria, statistically significant results across all the dementia subtypes in the aggregate (assuming no errors or other issues with the topline results).

158. However, the DSMB was not asked by Acadia to consider the efficacy of PDD compared to the other subgroups of DRP or any of the other subgroup data. As a result, in September 2019, the subgroup efficacy results were still unknown and so the Company could not be certain that Harmony's efficacy data would satisfy FDA's second criteria of directionally consistent subgroup data. For sure there was reason to be hopeful that Harmony's subgroup data would also turn out positive but, at this point in time, those necessary results were unknown. As a result, it is my opinion that the probability of successfully obtaining FDA approval for a new DRP indication based upon the Harmony study (and other data available to Acadia at this time) increased from 50% to 70% in September 2019 once Acadia learned of Harmony's successful top-line results.

159. Sometime in November 2019, not later than November 21,[169] Acadia learned of Harmony's subgroup efficacy results and also then knew that the positive study results were almost entirely driven by the PDP subgroup, the one indication for which pimavanserin was already approved to treat. These subgroup data demonstrated little support for a consistent effect across different types of dementia and the whole concept of pimavanserin treatment of DRP was severely, if not fatally, undermined. Indeed, as Acadia would later publicly admit when these full results were published, "Longer and larger trials are required to determine the effects of pimavanserin in dementia-related psychosis."[170]

160. It is my opinion that, at this point in November 2019, the probability of successfully obtaining FDA approval for an expanded DRP indication based upon the evidence currently available to Acadia[171] dropped from 70% to 30%. This decline reflects the fact that the subgroup efficacy results failed to demonstrate a directionally consistent benefit across the subgroups, as required by FDA for approval of a general DRP indication. Instead, the subgroup efficacy data revealed the Harmony's topline results were being driving by just one subgroup, PDP. The PDP results theoretically could have provided a basis for approval of a PDP indication; however, pimavanserin already had such an indication. Importantly, the probability of success did not go to

---

169 *See, e.g.*, ACAD_SECLIT_0094235 (CEO Davis sending Harmony's results to Acadia's board of directors).

170 Tariot, P. N. *et. al.* (2021), "Trial of Pimavanserin in Dementia-Related Psychosis," *The New England Journal of Medicine*, *385*(4), 309-319.

171 That is, the probability of successfully obtaining approval *without* doing a new study in DRP.

zero because the Harmony study was not a total failure—the topline results were still positive—and there is an unmet need for DRP treatments, so there was still some chance that FDA would approve something.

161. The probability of success declined again in July 2020, after Acadia submitted the DRP sNDA. The lack of consistent beneficial effects across dementia subgroups was evident to FDA at the time of the filing decision, resulting in assigning the application a "standard" review. As FDA told the Company, (i) "it is unclear if the clinical data demonstrate" the "potential to be a significant improvement in safety or effectiveness" in treating DRP; and (ii) that the sNDA "does not appear to include adequate evidence to indicate that pimavanserin would provide a significant improvement in safety or effectiveness in the treatment of dementia-related psychosis."[172] These statements demonstrate FDA's belief that the data supporting the sNDA did not show a benefit in meeting the unmet medical need of DRP. In my opinion, at this point the probability of success for a DRP indication in labeling based upon the data Acadia had submitted to FDA (and had on hand at the time) was 10% or less.

162. The probability of successfully obtaining FDA approval for an expanded DRP indication in labeling without the need to conduct additional studies went to 0% on April 2, 2021, when FDA issued the CRL. Prior to this point there was always some chance, albeit small and 10% or less, that FDA would have a change of heart. But, as FDA would later confirm to Acadia in a post-CRL meeting, FDA believed that at least one additional adequate and well-controlled study would be necessary to expand pimavanserin's label indication beyond PDP.[173]

## C. What Senior Management of a Reasonable Drug Manufacturer Would Have Understood About the Company's Communications with FDA and the Probability of Success for the DRP sNDA

163. Successfully obtaining regulatory approvals of new products (or expanding the indications of previously approved labels) is critically important for pharmaceutical companies. If a sponsor cannot obtain such approvals from FDA then the company cannot market and sell its products in the United States. Consequently, companies go to great lengths to carefully manage their interactions with FDA to try and ensure a smooth and ultimately successful approval process. These efforts include hiring specialized employees to establish a regulatory affairs function within the company to

172 ACAD_SECLIT_0023439, at -439-440.
173 ACAD_SECLIT_0001056, at -062.

track, choreograph, and oversee the company's interactions with FDA. It also involves carefully scrutinizing and responding to communications with FDA and official FDA documents (like meeting minutes), which memorialize what FDA has told the company.

164. I have personally been involved in this process in one capacity or another for about four decades. From this experience I have a deep understanding of how pharmaceutical companies interact with FDA and analyze their communications with FDA for the purpose of obtaining approvals for new or expanded indications. Based upon my training and experience, it is my opinion that a reasonable drug developer in the same situation as Acadia would have understood the relevant communications with FDA as I have described and analyzed them in this report.

165. Similarly, in my experience pharmaceutical companies frequently assess the probability of successfully obtaining regulatory approvals for their products. Such probability of success assessments are typically conducted by senior regulatory affairs personnel (or outside consultants).[174] Based upon my experience and training, it is my opinion that a reasonable drug developer would have assessed the probability of successfully obtaining FDA approval of the new DRP indication similarly to how I have assessed that probability in this report.

## VI. Limitations and Assumptions

166. This report is prepared solely for the purposes of court proceedings in this action and, therefore, may not be referred to or used for any other purpose. The analysis and opinions contained herein are my own and are based on the information available to me as of the date of this report. I reserve the right to amend and/or supplement this report in the event that I become aware of additional information, analysis, arguments, or evidence.

[174] It appears that during the relevant period Daryl DeKarske, Acadia's Head of Regulatory Affairs, was responsible for making these types of assessments for Acadia. *See* DeKarske Dep. 169-170, 228-232.

David W. Feigal, M.D., M.P.H. February 13, 2025

# Appendix A

## Materials Considered

**Case Documents**

- Amended Class Action Complaint for Violations of the Federal Securities Laws, (Dec. 10, 2021), Dkt. No. 45
- Order on Motion to Dismiss (Sept. 27, 2022), Dkt. No. 65
- Order on Motion for Reconsideration (Feb. 2, 2023), Dkt. No. 82
- Order on Motion for Class Certification (Mar. 11, 2024), Dkt. No. 140
- Lead Plaintiff's Second Supplemental Answers and Objections to Defendant Acadia Pharmaceuticals Inc.'s Interrogatory No. 1 from Its First Set of Interrogatories (Feb. 2, 2024)
- Lead Plaintiff and Class Representative City of Birmingham Retirement and Relief System's Omnibus Answers and Objections to Defendant Acadia Pharmaceuticals Inc.'s Contention Interrogatories (Sept. 19, 2024)

**Academic and Professional Literature**


- DiMasi, J. A. (2013), "Innovating by developing new uses of already-approved drugs: trends in the marketing approval of supplemental indications," *Clinical Therapeutics*, *35*(6), 808-818.
- DiMasi, J. A. & Chakravarthy, R. (2016), "Competitive Development in Pharmacologic Classes: Market Entry and the Timing of Development," *Clinical Pharmacology and Therapeutics*, *100*(6), 754-760.
- DiMasi, J. A. *et al.* (2020), "Development Times and Approval Success Rates for Drugs to Treat Infectious Diseases," *Clinical Pharmacology and Therapeutics*, *107*(2), 324-332.
- Kaitin, K. I. & DiMasi, J.A. (2011), "Pharmaceutical innovation in the 21st century: new drug approvals in the first decade, 2000-2009," *Clinical Pharmacology and Therapeutics*, *89*(2), 183-188.
- Morris, H.R. *et al.* (2024), "The pathogenesis of Parkinson's disease," *Lancet (London, England)*, *403*(10423), 293-304.
- Pessoa, R. M. P. *et al.* (2023), "The frequency of psychotic symptoms in types of dementia: a systematic review," Dementia and Neuropsychologia, *17*, e20220044.
- Rodnitzky, R. L., *Cognitive Impairment and Dementia in Parkinson Disease* (2024), https://www.uptodate.com/contents/cognitive-impairment-and-dementia-in-parkinson-disease.
- Sheiner, L. B. (1997), "Learning versus confirming in clinical drug development," *Clinical Pharmacology and Therapeutics*, *61*(3), 275-291.

- Siah, K. W. *et al.* (2021), "Predicting drug approvals: The Novartis data science and artificial intelligence challenge," *Patterns (New York, N.Y.)*, *2*(8), 100312.
- Tariot, P. N. *et. al.* (2021), "Trial of Pimavanserin in Dementia-Related Psychosis," *The New England Journal of Medicine*, *385*(4), 309-319.
- Wouters, O. J. *et al.* (2024), "Differential Legal Protections for Biologics vs Small-Molecule Drugs in the US," *JAMA*, *332*(24), 2101-2108.
- Wouters, O. J. *et al.* (2020), "Estimated Research and Development Investment Needed to Bring a New Medicine to Market, 2009-2018," *JAMA*, *323*(9), 844-853.


**Documents from Discovery in This Case**

- ACAD_SECLIT_0000995
- ACAD_SECLIT_0001013
- ACAD_SECLIT_0001032
- ACAD_SECLIT_0001056
- ACAD_SECLIT_0001083
- ACAD_SECLIT_0001088
- ACAD_SECLIT_0001097
- ACAD_SECLIT_0001207
- ACAD_SECLIT_0001225
- ACAD_SECLIT_0001232
- ACAD_SECLIT_0001370
- ACAD_SECLIT_0001415
- ACAD_SECLIT_0001441
- ACAD_SECLIT_0001460
- ACAD_SECLIT_0001467
- ACAD_SECLIT_0001670
- ACAD_SECLIT_0001693
- ACAD_SECLIT_0001695
- ACAD_SECLIT_0001704
- ACAD_SECLIT_0001707
- ACAD_SECLIT_0001771
- ACAD_SECLIT_0001789
- ACAD_SECLIT_0001927
- ACAD_SECLIT_0001987
- ACAD_SECLIT_0002109
- ACAD_SECLIT_0002116
- ACAD_SECLIT_0002166
- ACAD_SECLIT_0002175
- ACAD_SECLIT_0002208

- ACAD_SECLIT_0002210
- ACAD_SECLIT_0002214
- ACAD_SECLIT_0002247
- ACAD_SECLIT_0002250
- ACAD_SECLIT_0002252
- ACAD_SECLIT_0002255
- ACAD_SECLIT_0002256
- ACAD_SECLIT_0002268
- ACAD_SECLIT_0002312
- ACAD_SECLIT_0002341
- ACAD_SECLIT_0002343
- ACAD_SECLIT_0002353
- ACAD_SECLIT_0002482
- ACAD_SECLIT_0002525
- ACAD_SECLIT_0002558
- ACAD_SECLIT_0002559
- ACAD_SECLIT_0002562
- ACAD_SECLIT_0002565
- ACAD_SECLIT_0002575
- ACAD_SECLIT_0002732
- ACAD_SECLIT_0002735
- ACAD_SECLIT_0002915
- ACAD_SECLIT_0003049
- ACAD_SECLIT_0003050
- ACAD_SECLIT_0003056
- ACAD_SECLIT_0003057
- ACAD_SECLIT_0003058
- ACAD_SECLIT_0003074
- ACAD_SECLIT_0003119
- ACAD_SECLIT_0003130
- ACAD_SECLIT_0003195
- ACAD_SECLIT_0003208
- ACAD_SECLIT_0003223
- ACAD_SECLIT_0005288
- ACAD_SECLIT_0005291
- ACAD_SECLIT_0005568
- ACAD_SECLIT_0005571
- ACAD_SECLIT_0005672
- ACAD_SECLIT_0005675
- ACAD_SECLIT_0005715

- ACAD_SECLIT_0005716
- ACAD_SECLIT_0005726
- ACAD_SECLIT_0005759
- ACAD_SECLIT_0005792
- ACAD_SECLIT_0005795
- ACAD_SECLIT_0005835
- ACAD_SECLIT_0005838
- ACAD_SECLIT_0005878
- ACAD_SECLIT_0005881
- ACAD_SECLIT_0005921
- ACAD_SECLIT_0005922
- ACAD_SECLIT_0005923
- ACAD_SECLIT_0005956
- ACAD_SECLIT_0005959
- ACAD_SECLIT_0005998
- ACAD_SECLIT_0006040
- ACAD_SECLIT_0006043
- ACAD_SECLIT_0006083
- ACAD_SECLIT_0006086
- ACAD_SECLIT_0006132
- ACAD_SECLIT_0006135
- ACAD_SECLIT_0006136
- ACAD_SECLIT_0006177
- ACAD_SECLIT_0006210
- ACAD_SECLIT_0006244
- ACAD_SECLIT_0006247
- ACAD_SECLIT_0006248
- ACAD_SECLIT_0006289
- ACAD_SECLIT_0006292
- ACAD_SECLIT_0006293
- ACAD_SECLIT_0006334
- ACAD_SECLIT_0006336
- ACAD_SECLIT_0006355
- ACAD_SECLIT_0006357
- ACAD_SECLIT_0006363
- ACAD_SECLIT_0006463
- ACAD_SECLIT_0006540
- ACAD_SECLIT_0006615
- ACAD_SECLIT_0006618
- ACAD_SECLIT_0006619

- ACAD_SECLIT_0006660
- ACAD_SECLIT_0006663
- ACAD_SECLIT_0006664
- ACAD_SECLIT_0006713
- ACAD_SECLIT_0006727
- ACAD_SECLIT_0006729
- ACAD_SECLIT_0006763
- ACAD_SECLIT_0007208
- ACAD_SECLIT_0007499
- ACAD_SECLIT_0007500
- ACAD_SECLIT_0008779
- ACAD_SECLIT_0008782
- ACAD_SECLIT_0008783
- ACAD_SECLIT_0008824
- ACAD_SECLIT_0008827
- ACAD_SECLIT_0008828
- ACAD_SECLIT_0008871
- ACAD_SECLIT_0008876
- ACAD_SECLIT_0008882
- ACAD_SECLIT_0009010
- ACAD_SECLIT_0009013
- ACAD_SECLIT_0009014
- ACAD_SECLIT_0009058
- ACAD_SECLIT_0009061
- ACAD_SECLIT_0009062
- ACAD_SECLIT_0009104
- ACAD_SECLIT_0009105
- ACAD_SECLIT_0009122
- ACAD_SECLIT_0009170
- ACAD_SECLIT_0009173
- ACAD_SECLIT_0009174
- ACAD_SECLIT_0009216
- ACAD_SECLIT_0009218
- ACAD_SECLIT_0009224
- ACAD_SECLIT_0009266
- ACAD_SECLIT_0009272
- ACAD_SECLIT_0009305
- ACAD_SECLIT_0009309
- ACAD_SECLIT_0009351
- ACAD_SECLIT_0009354

- ACAD_SECLIT_0009355
- ACAD_SECLIT_0009397
- ACAD_SECLIT_0009414
- ACAD_SECLIT_0009418
- ACAD_SECLIT_0009419
- ACAD_SECLIT_0009596
- ACAD_SECLIT_0009599
- ACAD_SECLIT_0009799
- ACAD_SECLIT_0009947
- ACAD_SECLIT_0010043
- ACAD_SECLIT_0010058
- ACAD_SECLIT_0010284
- ACAD_SECLIT_0011095
- ACAD_SECLIT_0011981
- ACAD_SECLIT_0011991
- ACAD_SECLIT_0012069
- ACAD_SECLIT_0012070
- ACAD_SECLIT_0012131
- ACAD_SECLIT_0012224
- ACAD_SECLIT_0012230
- ACAD_SECLIT_0012231
- ACAD_SECLIT_0012253
- ACAD_SECLIT_0012376
- ACAD_SECLIT_0012488
- ACAD_SECLIT_0012532
- ACAD_SECLIT_0012589
- ACAD_SECLIT_0012642
- ACAD_SECLIT_0012696
- ACAD_SECLIT_0012754
- ACAD_SECLIT_0012756
- ACAD_SECLIT_0012819
- ACAD_SECLIT_0012981
- ACAD_SECLIT_0012985
- ACAD_SECLIT_0012987
- ACAD_SECLIT_0013234
- ACAD_SECLIT_0013438
- ACAD_SECLIT_0013440
- ACAD_SECLIT_0013503
- ACAD_SECLIT_0013556
- ACAD_SECLIT_0013561

- ACAD_SECLIT_0013563
- ACAD_SECLIT_0013569
- ACAD_SECLIT_0013613
- ACAD_SECLIT_0013688
- ACAD_SECLIT_0013690
- ACAD_SECLIT_0013716
- ACAD_SECLIT_0013719
- ACAD_SECLIT_0013723
- ACAD_SECLIT_0013726
- ACAD_SECLIT_0013727
- ACAD_SECLIT_0013728
- ACAD_SECLIT_0013729
- ACAD_SECLIT_0013797
- ACAD_SECLIT_0013798
- ACAD_SECLIT_0013799
- ACAD_SECLIT_0013897
- ACAD_SECLIT_0013913
- ACAD_SECLIT_0014063
- ACAD_SECLIT_0014065
- ACAD_SECLIT_0014159
- ACAD_SECLIT_0014240
- ACAD_SECLIT_0018442
- ACAD_SECLIT_0018446
- ACAD_SECLIT_0018449
- ACAD_SECLIT_0018451
- ACAD_SECLIT_0019072
- ACAD_SECLIT_0019782
- ACAD_SECLIT_0019782
- ACAD_SECLIT_0019792
- ACAD_SECLIT_0019813
- ACAD_SECLIT_0019876
- ACAD_SECLIT_0023020
- ACAD_SECLIT_0023439
- ACAD_SECLIT_0023442
- ACAD_SECLIT_0023444
- ACAD_SECLIT_0023830
- ACAD_SECLIT_0023841
- ACAD_SECLIT_0023852
- ACAD_SECLIT_0023854
- ACAD_SECLIT_0023855

- ACAD_SECLIT_0023856
- ACAD_SECLIT_0023882
- ACAD_SECLIT_0023894
- ACAD_SECLIT_0023898
- ACAD_SECLIT_0023902
- ACAD_SECLIT_0023905
- ACAD_SECLIT_0023944
- ACAD_SECLIT_0023989
- ACAD_SECLIT_0024319
- ACAD_SECLIT_0024366
- ACAD_SECLIT_0024700
- ACAD_SECLIT_0025238
- ACAD_SECLIT_0025305
- ACAD_SECLIT_0026194
- ACAD_SECLIT_0028610
- ACAD_SECLIT_0028611
- ACAD_SECLIT_0031638
- ACAD_SECLIT_0033652
- ACAD_SECLIT_0034035
- ACAD_SECLIT_0034298
- ACAD_SECLIT_0034774
- ACAD_SECLIT_0035390
- ACAD_SECLIT_0035576
- ACAD_SECLIT_0037774
- ACAD_SECLIT_0038734
- ACAD_SECLIT_0041518
- ACAD_SECLIT_0041709
- ACAD_SECLIT_0041710
- ACAD_SECLIT_0041712
- ACAD_SECLIT_0041715
- ACAD_SECLIT_0044228
- ACAD_SECLIT_0045375
- ACAD_SECLIT_0045440
- ACAD_SECLIT_0045451
- ACAD_SECLIT_0045625
- ACAD_SECLIT_0045658
- ACAD_SECLIT_0045704
- ACAD_SECLIT_0045955
- ACAD_SECLIT_0045971
- ACAD_SECLIT_0046726

- ACAD_SECLIT_0047027
- ACAD_SECLIT_0047598
- ACAD_SECLIT_0047638
- ACAD_SECLIT_0047644
- ACAD_SECLIT_0048114
- ACAD_SECLIT_0048242
- ACAD_SECLIT_0048244
- ACAD_SECLIT_0051562
- ACAD_SECLIT_0052026
- ACAD_SECLIT_0052115
- ACAD_SECLIT_0052158
- ACAD_SECLIT_0052327
- ACAD_SECLIT_0052329
- ACAD_SECLIT_0053054
- ACAD_SECLIT_0053861
- ACAD_SECLIT_0055645
- ACAD_SECLIT_0056157
- ACAD_SECLIT_0057165
- ACAD_SECLIT_0057165
- ACAD_SECLIT_0057670
- ACAD_SECLIT_0060897
- ACAD_SECLIT_0063066
- ACAD_SECLIT_0063072
- ACAD_SECLIT_0070535
- ACAD_SECLIT_0070569
- ACAD_SECLIT_0070573
- ACAD_SECLIT_0070588
- ACAD_SECLIT_0070881
- ACAD_SECLIT_0071587
- ACAD_SECLIT_0071690
- ACAD_SECLIT_0072334
- ACAD_SECLIT_0079038
- ACAD_SECLIT_0080349
- ACAD_SECLIT_0081559
- ACAD_SECLIT_0083622
- ACAD_SECLIT_0083934
- ACAD_SECLIT_0084149
- ACAD_SECLIT_0087583
- ACAD_SECLIT_0089036
- ACAD_SECLIT_0089039

- ACAD_SECLIT_0089120
- ACAD_SECLIT_0089421
- ACAD_SECLIT_0094235
- ACAD_SECLIT_0095515
- ACAD_SECLIT_0097461
- ACAD_SECLIT_0097505
- ACAD_SECLIT_0098422
- ACAD_SECLIT_0098433
- ACAD_SECLIT_0098934
- ACAD_SECLIT_0100841
- ACAD_SECLIT_0100856
- ACAD_SECLIT_0100862
- ACAD_SECLIT_0100867
- ACAD_SECLIT_0103706
- ACAD_SECLIT_0105223
- ACAD_SECLIT_0105235
- ACAD_SECLIT_0115944
- ACAD_SECLIT_0116695
- ACAD_SECLIT_0129662
- ACAD_SECLIT_0129662
- ACAD_SECLIT_0130114
- ACAD_SECLIT_0138133
- ACAD_SECLIT_0158165
- ACAD_SECLIT_0159245
- ACAD_SECLIT_0163499
- ACAD_SECLIT_0184902
- ACAD_SECLIT_0185564
- ACAD_SECLIT_0196100
- ACAD_SECLIT_0196106
- ACAD_SECLIT_0196151
- ACAD_SECLIT_0196933
- ACAD_SECLIT_0196939
- ACAD_SECLIT_0202634
- ACAD_SECLIT_0205592
- ACAD_SECLIT_0221094
- ACAD_SECLIT_0226849
- ACAD_SECLIT_0227678
- ACAD_SECLIT_0227707
- ACAD_SECLIT_0229386
- ACAD_SECLIT_0269384

- ACAD_SECLIT_0292952
- ACAD_SECLIT_0322707
- ACAD_SECLIT_0322764
- ACAD_SECLIT_0324949
- ACAD_SECLIT_0326045
- ACAD_SECLIT_0381300
- ACAD_SECLIT_0396424
- ACAD_SECLIT_0406593
- ACAD_SECLIT_0408782
- ACAD_SECLIT_0408785
- ACAD_SECLIT_0408788
- ACAD_SECLIT_0408790
- ACAD_SECLIT_0408792
- ACAD_SECLIT_0408794
- ACAD_SECLIT_0408830
- ACAD_SECLIT_0408835
- ACAD_SECLIT_0408952
- ACAD_SECLIT_0422945
- ACAD_SECLIT_0468796
- ACAD_SECLIT_0490932
- ACAD_SECLIT_0499935
- ACAD_SECLIT_0499970
- ACAD_SECLIT_0590145
- ACAD_SECLIT_0608173
- ACAD_SECLIT_0678298
- ACAD_SECLIT_0752556
- ACAD_SECLIT_0752560
- ACAD_SECLIT_0825141
- ACAD_SECLIT_0825159
- ACAD_SECLIT_0825340
- ACAD_SECLIT_0935763
- ACAD_SECLIT_0980934
- ACAD_SECLIT_1063313
- ACAD_SECLIT_1202743
- ACAD_SECLIT_1202744
- ACAD_SECLIT_1205893
- ACAD_SECLIT_1205897
- ACAD_SECLIT_1265269
- ACAD_SECLIT_1278344
- ACAD_SECLIT_1278347

- ACAD_SECLIT_1278456
- ACAD_SECLIT_1278459
- ACAD_SECLIT_1278864
- ACAD_SECLIT_1278866
- ACAD_SECLIT_1278888
- Transcript of deposition of Mary Ellen Turner, MD dated March 21, 2024, and all exhibits thereto.
- Transcript of deposition of Randall Owen dated March 26, 2024, and all exhibits thereto.
- Transcript of deposition of Bradley McEvoy dated April 11, 2024, and all exhibits thereto.
- Transcript of deposition of Mark Knowles dated April 13, 2024, and all exhibits thereto.
- Transcript of deposition of Stephanie Dunbar dated April 26, 2024, and all exhibits thereto.
- Transcript of deposition of Teresa Brandt dated May 2, 2024, and all exhibits thereto.
- Transcript of deposition of Erin Foff, MD dated May 9, 2024, and all exhibits thereto.
- Transcript of deposition of Mark Johnson dated May 23, 2024, and all exhibits thereto.
- Transcript of deposition of Stephanie Fagan dated May 30, 2024, and all exhibits thereto.
- Transcript of deposition of James Youakim, MD dated June 13, 2024, and all exhibits thereto.
- Transcript of deposition of Stephen Davis dated June 28, 2024, and all exhibits thereto.
- Transcript of deposition of Kell Cannon dated July 10, 2024, and all exhibits thereto.
- Transcript of deposition of Adam George dated July 12, 2024, and all exhibits thereto.
- Transcript of deposition of Daryl DeKarske dated July 12, 2024, and all exhibits thereto.
- Transcript of deposition of Pierre Tariot, MD, dated August 16, 2024, and all exhibits thereto.
- Transcript of deposition of Thomas Laughren, MD, dated August 20, 2024, and all exhibits thereto.
- Transcript of deposition of Gary Small, MD dated August 29, 2024, and all exhibits thereto.
- Transcript of deposition of Jeffrey Cummings, MD dated August 30, 2024, and all exhibits thereto.
- Transcript of deposition of Tiffany Farchione, MD dated January 14, 2025, and all exhibits thereto.

**Other**

- 21 C.F.R. § 201.57
- 21 C.F.R. § 312
- 21 C.F.R. § 312.21
- 21 C.F.R. § 312.23
- 21 C.F.R. § 312.42
- 21 C.F.R. § 314
- 21 C.F.R. § 314.126
- Pure Food and Drug (Wiley) Act of 1906, Pub. L. No. 59-384, 34 Stat. 768 (codified at 21 U.S.C. §§ 1-15 (1934)) (repealed in 1938 by 21 U.S.C. § 329(a)).
- Food, Drug, and Cosmetic Act of 1938, Pub. L. No. 75-717, 52 Stat. 1040 (1938) (codified as amended at 21 U.S.C. §§ 301-399f).
- Public Health Service Act, Pub. L. No 78-410, 58 Stat. 682 (1944) (codified as amended at 42 U.S.C. §§ 201-291n).
- Ctr. for Drug Evaluation & Rsch., Application Number 207318Orig1s000, Administrative and Correspondence Documents, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/207318Orig1s000AdminCorres.pdf.
- Food & Drug Admin., Ctr. for Drug Evaluation & Rsch., Guidance (last updated Jan. 17, 2025), https://www.fda.gov/drugs/guidance-compliance-regulatory-information/guidances-drugs.
- Food & Drug Admin., *Early Alzheimer's Disease: Developing Drugs for Treatment* (last updated Mar. 12, 2024), https://www.fda.gov/regulatory-information/search-fda-guidance-documents/early-alzheimers-disease-developing-drugs-treatment.
- Food & Drug Admin., Good Clinical Practice Guidelines, https://www.fda.gov/regulatory-information/search-fda-guidance-documents/e6r3-good-clinical-practice-gcp.
- Food & Drug Admin., *Guidance for Industry: Formal Meetings Between the FDA and Sponsors or Applicants* (May 2009), https://www.regulations.gov/document/FDA-2024-D-1244-0017.
- Food & Drug Admin., *Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products* (May 1998), https://www.fda.gov/media/71655/download.
- Food & Drug Admin., *Reviewer Guidance: Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review* (Feb. 2005), https://www.regulations.gov/document/FDA-2005-D-0026-0001.
- NUPLAZID Prescribing Information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/210793s009,207318s012lbl.pdf.

- SEROQUEL Prescribing Information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/020639s061lbl.pdf.
- Transcript of meeting of Psychopharmacologic Drugs Advisory Committee (PDAC) (June 17, 2022).
- Tufts Center for the Study of Drug Development
- Acadia's briefing package for meeting of Psychopharmacologic Drugs Advisory Committee (PDAC) (June 17, 2022).
- Zyprexa (Olanzapine), NDA 20-592, Approval Package, https://www.accessdata.fda.gov/drugsatfda_docs/nda/96/020592_Original_Approval_Pkg.pdf.
- Any and all other documents and materials cited or referenced in this report.

I expressly reserve the right to amend, supplement, or modify the foregoing list. The provision of the foregoing list shall not be construed as a waiver of my right or ability to consult other or additional materials relating to my expert testimony in this case.

# Appendix B

# Curriculum Vitae

David W. Feigal, Jr., M.D., M.P.H.
11806 Barranca Road
Santa Rosa Valley, CA 93012
+1 (301) 613 2779 (Mobile)
Feigal_david@msn.com

## EDUCATION

| Attended | Institution & Location | Degree Granted | Degree Conferred, Title or Status | Subject |
|---|---|---|---|---|
| 1967-71 | University of Minnesota Minneapolis, MN | 1971 | B.A. summa cum laude | Psychology |
| 1971-1976 | Stanford University Palo Alto, CA | 1976 | M.D. | Medicine |
| 1976-1979 | University of California, Davis Sacramento, CA | | Intern and Resident | Internal Medicine |
| 1982-1983 | University of California, Berkeley, CA | 1983 | M.P.H. | Epidemiology & Biostatistics |
| 1982-1984 | University of California, San Francisco, CA | | A.W. Mellon Scholar in Clinical Epidemiology | Epidemiology |

## LICENSES, CERTIFICATIONS:

| | |
|---|---|
| 1977 - | Medical License: California (# G34473) |
| 1979 | Certified, American Board of Internal Medicine (# 71092) |

## EMPLOYMENT: PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1979-80 | University of California, Davis | Chief Resident, Medicine |
| 1980-82 | | Assistant Professor, in Residence of Medicine |
| 1984-85 | University of California, San Francisco | Adjunct Assistant Professor of Epidemiology and International Health with joint appointment in Medicine |

| | | |
|---|---|---|
| 1986-89 | | Assistant Professor, in Residence of Medicine with joint appointment in Epidemiology and Biostatistics |
| 1989-91 | University of California, San Diego | Associate Clinical Professor of Medicine |
| 1992-96 | Food and Drug Administration, Center for Drug Evaluation and Research (CDER) | Director, Division of Anti-Viral Drug Products |
| 1996-97 | | Acting-Director, Division of Anti-Infective Drug Products |
| 1995-97 | | Director, Office of Drug Evaluation-IV |
| 1997-99 | Food and Drug Administration, Center for Biologics Evaluation and Research (CBER) | Medical Deputy Center Director |
| 1999-2004 | Food and Drug Administration, Center for Devices and Radiological Health (CDRH) | Center Director |
| 2004 -06 | NDA Partners LLC | Partner |
| 2006 - 08 | Élan Pharmaceuticals, Inc. | Senior Vice President of Global Regulatory Affairs, Global Safety Surveillance and Biostatistics |
| 2008 - 10 | Amgen, Inc. | Vice President of Global Regulatory Affairs |
| 2010 - | NDA Partners LLC | Partner |

## ANCILLARY POSITIONS HELD CONCURRENTLY:

| | | |
|---|---|---|
| 1980-82 | Univ. of California, Davis Department of Medicine | Residency Training Program Coordinator |
| 1984-88 | Univ. of California, San Francisco | Associate Director: AW Mellon Program in Clinical Epidemiology |
| 1984-89 | | Faculty, Institute for Health Policy |
| 1984-89 | | Adjunct Faculty, Clinical Pharmacology |
| 1986-89 | | Director, Data Center, AIDS Clinical Research Center |
| 1986-89 | | Joint Appointment in School of Dentistry |
| 1985-89 | San Francisco General Hospital | Chair of Department of Quality Assurance and Risk Management |
| 2004 – 07 | Arizona State University | Research Professor, Arizona Biodesign Institute |

| | | |
|---|---|---|
| 2005 - | | Adjunct Professor, Sandra Day O'Connor School of Law |
| 2005 - 07 | University of California, San Diego | Von Liebing Fellow in Entrepreneurship, School of Engineering |
| 2011 - 12 | Topica Pharmaceuticals | Chief Medical Officer |
| 2012 - 16 | ExsoMed | Chief Medical Officer |
| 2013 -14 | CytoDyn Inc. | Chief Medical Officer |
| 2018 - 21 | Aseptycis | Chief Operating Officer |

## HONORS AND AWARDS:

1969 Phi Beta Kappa

1981 Junior Faculty Teaching Award (selected by the medical school senior class, UC Davis)

1986 `Outstanding Graduate Student Instructor' (selected by School of Public Health, UC Berkeley)

1997 FDA Award of Merit: "For providing outstanding leadership and management of Office of Review Management resources resulting in rapid delivery of safe, effective new drug products to the public."

1997 CDER Excellence in Communication Award: "For exceptional team efforts in improving communications with Industry and within FDA to facilitate the review and development of safe and effective drugs in the Office of Drug Evaluation IV".

1998 FDA Commissioner's Special Citation: "For design and implementation of the Blood Action Plan to strengthen the safety of the nation's blood supply."

1998 FDA Award of Merit: "For advancing the field of AIDS by leading the collaborative evaluation of HIV-RNA as an endpoint in clinical trials for anti-HIV drugs."

1998 FDA Commendable Service Award: " For exceptional efforts by the Guidance for Industry – Evaluating Clinical Studies of Antimicrobial Drug Products Team leading to consistency in the evaluation of anti-infective drugs.

1999 FDA Group Recognition Award: "For developing guidance for the Fast Track provision of FDAMA to speed availability of products to consumers suffering from serious and life-threatening conditions."

2002 Presidential Executive Rank Award : "For Sustained Outstanding Performance."

2005 Health and Human Service Secretary's Award for Distinguished Service for the Tissue Action Plan

2011 Regulatory Affairs Professional Society: Honorary Fellow (the first such award)

# University Service:

UC DAVIS CAMPUS WIDE:

1980-82 Human Subjects Committee

UC DAVIS SCHOOL OF MEDICINE:

1980-82 Educational Advisory Committee
1982 Physicians Advisory Committee to the Hospital Information System

UC DAVIS DEPARTMENT OF MEDICINE:

1979-82 Third year Medicine Clerkship Committee
1979-82 Intern and Resident Selection Committee: (Chair 1980-1982)
1981-82 Residency Review Committee: (Chair)

UC SAN FRANCISCO SYSTEM-WIDE:

1985 University-wide Task Force on AIDS: Study Section

UC SAN FRANCISCO SAN FRANCISCO GENERAL HOSPITAL CAMPUS-WIDE:

1985-89 Quality Assurance Committee, (Chair)
1985-89 Utilization Review Committee
1985-89 Self-Accreditation Committee, (Co-Chair)
1985 Product Evaluation Committee
1985-89 Joint Conference Committee
1985-86 Medical Information Steering Committee
1985-86 Ad Hoc Committee on Open Heart Surgery at SFGH
1987 Ad Hoc Committee on Interdepartmental Relationships and Privileges
1988 Ad Hoc Committee on HIV Testing
1989 HIV Policy Committee

UC SAN FRANCISCO INSTITUTE FOR HEALTH POLICY
1985-9 Publications Advisory Committee

UC SAN FRANCISCO, DEPARTMENT OF MEDICINE

1985-6 SFGH Primary Care Internship Selection Committee

Arizona State University, Sandra Day O'Connor School of Law

2008 - 14 Advisory Board member, Center for Law, Science & Innovation

## TEACHING ACTIVITIES: UC Davis

| Academic Years | Course | Nature of Contribution |
|---|---|---|
| 1978-82 | Physical Diagnosis | Lecture: The Problem Oriented Record; Preceptor |
| 1979-82 | Gastroenterology: Year II Medical student Core Curriculum | Lecture and Videotape (patient interview) Stress and the GI Tract |
| 1979-82 | Medicine Wards | Ward Attending |
| 1979-82 | Third Year Medicine Clerkship | Prepared and graded all written examinations |
| 1979-82 | General Medicine Clinic | Clinic Attending |
| 1980-82 | General Medicine Consult | Consult Attending |
| 1980-82 | Acting Internship in Medicine | Course Chair |
| 1980-82 | Behavioral Medicine Clinic | Clinic Attending |

### Lectures at UC Davis

1980 Medical Grand Rounds, "Stress and the GI Tract"
Family Practice Grand Rounds, "Dementia and Delirium"
Medical M&M Conference, "Fever and Abdominal Pain in an Elderly Woman"
Continuing Medical Education Conference on Preoperative Evaluation, "Anesthetic Risk"

1981 Second Annual Conference on Preoperative Evaluation, "Use of Blood Products"
Internal Medicine Noon Conferences, "Dementia and Delirium"
Medical M&M Conference, "Sudden Death in 27 Year Old Black Female with a Valve Replacement"
Biostatistics Review Course for faculty and fellows (12 workshop style lectures),

1982 Ambulatory Case Conference, "Stress & the GI Tract"
Medical M&M Conference, "Dementia in a 54 year old Woman"

1983 Third Annual Conference on Preoperative Evaluation, "Preoperative Assessment of the Elderly Patient"

## TEACHING ACTIVITIES: UC San Francisco / UC Berkeley

| Academic Years | Course | Nature of Contribution |
|---|---|---|
| 1982-89 | Ambulatory Care Clerkship | Preceptor |
| 1982-85 | A.W. Mellon Summer Student Research Design Workshop | Lecturer; Preceptor |
| 1982-89 | Research design Workshop and Advanced Epidemiology | Lecturer; Faculty Preceptor |

| | | |
|---|---|---|
| | Seminar | |
| 1982-89 | General Medicine Clinic | Clinic Attending |
| 1983-86 | Computer Workshop: Data skills for new faculty and fellows | Course Director (5 week course) |
| 1984-89 | Medicine Wards | Ward Attending |
| 1984-89 | General Medicine Consult | Consult Attending |
| 1984-89 | Epidemiology: 1st year medical student core curriculum | Section Leader |
| 1985-86 | UC Berkeley BEHS 160: Introduction to Public health | Faculty in charge of two 10 lecture modular sections on epidemiological methods |
| 1985-1987 | UC SF IDS 140.22: Responsibilities of Medical Practice | Lectures on Hospital Quality Assurance Programs |
| 1987-89 | Clinical Pharmacology and Therapeutics Elective | Lectures on Pharmacoepidemiology |
| 1987 | UC Berkeley: Introduction to Epidemiology | Lectures on Clinical Epidemiology |
| 1987-89 | AIDS Epidemiology Seminar | Weekly Seminar organizer |

## Lectures at UCSF

1984 Primary Care Grand Rounds, "Isolated Systolic Hypertension"
Family Practice Grand Rounds, "Elevated Cholesterol and your Heart: What have we learned from recent clinical trials?"

1985 Epidemiology Grand Rounds, "Pharmacoepidemiology: How we find adverse drug reactions"
Conference on Practical Advances in Medicine, "Computers: How to retrieve medical information in a practical way"
Clinical Pharmacology Research Seminar, "Pharmacoepidemiology", San Francisco, CA
Occupational Medicine Grand Rounds, "Methodology to Detect Rare Events", San Francisco, CA
Primary Care Grand Rounds, "How are adverse drug reactions detected?"
Primary Care Grand Rounds, "Mild Hypertension: the case for nonpharmacologic treatment"
Clinical Pharmacology: Topics in Therapeutics, "Pharmacoepidemiology: Postmarketing drug surveillance"
Family Practice Grand Rounds, "Mild Hypertension: the case for nonpharmacologic treatment"

1986 Medicine Noon Conference, "How to read the medical literature; Part I: observational studies; Part II: experimental studies"
Departments of Medicine and Anesthesia Conference: Preoperative Evaluation of the Surgical Patient, "Surgery and the Elderly Patient"
SFGH Medical Grand Rounds, "Legal Aspects of Quality Medical Care"

Comprehensive Care of the AIDS Patient: A Workshop, "Integrating Research into the Clinical Setting"
Conference: Legal Aspects of Medical Practice, "The Epidemiology of Malpractice"

1987 Departments of Medicine and Anesthesia Conference: Preoperative Evaluation of the Surgical Patient, "Surgery and the Elderly Patient"
Occupation Health Grand Rounds, "Application of Statistical Methods to Problems in Occupational Health"
Comprehensive Care of the AIDS Patient: A Workshop, "Integrating Research into the Clinical Setting"
San Francisco Department of Public Health: National AIDS Conference, "Care: Acute Inpatient Hospital Quality Assurance Programs"
APEX Program for AIDS Education, "AIDS Drug Protocols"
Conference, "Hospital Quality Assurance Programs"
Veteran's Administration Conference on Geriatric Care: Controversies in Geriatric Care, "Debate: Problems in the Treatment of Isolated Systolic Hypertension"

1988 National AIDS Conference: San Francisco Department of Public Health, "AIDS Drug Protocols and The Testing and Approval of New Drugs"
Conference, "Hospital Quality Assurance, Utilization Review, and Risk Management Programs"
CME Course: Comprehensive Care of the AIDS Patient, "AIDS: Cost of Care"

## *TEACHING ACTIVITIES: UC San Diego*

| Academic Years | Course | Nature of Contribution |
|---|---|---|
| 1990-91 | Logistic Regression Workshop | Course lecturer (10 week workshop) |
| 1990-91 | General Internal Medicine / Geriatrics Journal Club | Coordinator |
| 1990-91 | General Medicine Clinic | Clinic Attending |
| 1990-91 | Medicine Wards | Ward Attending |
| 1990-91 | General Medicine Consult | Consult Attending |

### Lectures at UC San Diego

1989 Physicians for AIDS Care: Update on the prevention and management of PCP, "PCP Prophylaxis", San Diego, CA
University of California, San Diego Infectious Disease Conference, "Oral Manifestations of HIV Infection", San Diego, CA

1990 Medical Grand Rounds, "Prophylaxis and treatment of Pneumocystis carinii with aerosolized pentamidine", San Diego, CA
Annual Conference on the Evaluation of the Preoperative Patient, "The Political Economy of Surgery"

## *TEACHING ACTIVITIES: Arizona State University*

| Academic Years | Course | Nature of Contribution |
|---|---|---|
| 2005 - | Food and Drug Law | Course Director (15 week, 2 or 3 Credit, Fall Semester open to Law School students and graduate level students in the School of Engineering and Life Sciences). |
| 2011 -2012 | U.S. Consumer Protection Agencies | Instructor (15 week 3 Credit, Undergraduate course) |

## *PREDOCTORAL STUDENTS SUPERVISED:*

| | | |
|---|---|---|
| 1983 | Chris Cox | (Medical Student, UCSF) |
| 1985 | Tamara Barr, R.N. | (MPH Candidate, UC Berkeley) |
| 1986 | Constance Rainer | (Medical Student, University of Minnesota) |
| 1986 | David Kirn | (Medical Student, UCSF) |
| 1987 | Tom Tieri | (Medical Student, UCSF) |
| 1988 | Deborah Kato | (Medical Student, Cornell) |
| 1988 | Paul Cusick | (Medical Student, University of Massachusetts) |
| 1989 | Eckart V. Hirschhausen | (Medical Student, University of Heidelberg, Germany) |

## *POSTDOCTORAL FELLOWS PRECEPTED:*

| | | |
|---|---|---|
| 1983-85 | Susan Cummins, M.D. | (Epidemiology Fellow) |
| 1984-85 | Richard Glaser, M.D. | (Epidemiology Fellow) |
| 1987-89 | Robin Edison, M.D. | (Preventive Medicine Resident) |
| 1989 | David Glidden | (University of Washington, Biostatistics Ph.D. Student) |
| 1991 | Fernando Rubenstein | (Primary Care Fellow) |
| 2005-6 | Christine Meis McAuliffe | (Law School Doctoral Dissertation Committee) |

# GOVERNMENT SERVICE:

## *WORLD HELATH ORGANZATION:*

### Global Program on AIDS:

| | |
|---|---|
| 1993-96 | Steering Committee on Drug Clinical Trials: Member |
| 1993 | Second Meeting on the Development of Drugs and Vaccines for AIDS: Speaker and FDA representative: Harmonization of Regulatory Requirements for AIDS Drugs, "Accelerated Approval", Geneva, Switzerland |
| 1993 | Workshop on the Development of Agents to Prevent Heterosexual transmission of HIV: "Topical Microbicides, "Regulatory Requirements for Vaginal Microbicides to Prevent HIV Infection", Geneva, Switzerland |
| 1993-97 | International Working Group on Vaginal Microbicides: chair and founding member |
| 1994 | Global program on AIDS Consensus Panel on Prevention of perinatal transmission of HIV: Speaker and panelist |
| 1994 | Workshop on Harmonization of Regulatory Requirements for AIDS Drug Development: Invited participant |

## *INTERNATIONAL CONFERENCE ON HARMONIZATION*

| | |
|---|---|
| 1995-96 | Efficacy Lead: Center for Drug Evaluation and research, FDA |
| 1995 | 3rd ICH Delegate |
| | 3rd International Conference on Harmonization, "General Considerations for Clinical Trials", Yokohama, Japan, 1995 |
| 1995-96 | CDER Topic Lead E8: "General Considerations" |
| 1997- 99 | CBER Topic Lead: M4 "Common Technical Document, Efficacy" |
| 1998 | ICH Update, "The ICH Common Technical Document", Bethesda, MD |

## *GLOBAL HARMONIZATION TASK FORCE*

| | |
|---|---|
| 2000 – 04 | GHTF Steering Committee Member: Lead US Regulatory Delegation |
| 2000 | 8th Global Harmonization Task Force Meeting, "DEHP Plasticizers in Medical Devices", Quebec, Canada, 2000 |
| 2002 | 9th Global Harmonization Task Force Meeting, "Total Product Life Cycle: Postmarket Surveillance and Vigilance", and "New and Emerging Technologies: Consumer Protection that Fosters Innovation", Singapore, 2002 |

## EUROPEAN MEDICINES EVALUATION AGENCY (EMEA)

1996 Invited Presentation: Surrogate markers, combination nucleosides and protease inhibitors

## NATIONAL ACADEMIES OF SCIENCE

### Institute of Medicine

Combination HIV Therapies: Considerations for Policy and Research, "Preclinical Data Requirements", Washington, DC, 1992

Changing Demographics of the AIDS Epidemic: Implications for Clinical Research, "Enhancing Diversity in Drug Development, An FDA Perspective", Washington, DC, 1993

IOM Panel to Review FIAU, "The FIAU Experience", Washington, DC, 1994

Roundtable for the Development of Drugs and Vaccines Against AIDS: Collaboration between Government and Industry, "Challenges and Opportunities for HIV Drug and Vaccine Development", Washington, DC, 1994

IOM Conference on Therapeutics of Children, "Special Considerations for Evaluating Medical Devices in Infants and Children", Washington, DC, 1999

IOM Workshop: Innovation and Invention in Medical Devices, "Innovation and Invention in Medical Devices", Washington, DC, 2000

New Approaches to Early Detection and Diagnosis of Breast Cancer: Accelerating the Flow from Concept to Clinic, "Challenges in assessing the safety and efficacy of cancer detection devices", Washington, DC, 2003

IOM Committee on Post-marketing Surveillance of Pediatric Medical Devices." Device Post-Market Surveillance in Children." Consultant to the Committee 2004 -2005

IOM Workshop on Modifications to the 510(k) Clearance Process. Invited Paper. 2010

### National Academy of Engineering

Bioengineering, Materials (BEMA) Roundtable, "FDA Perspective on Medical Device Development", Washington, DC, 2000

National Academy's Biomedical Materials Roundtable Meeting, "Developing Biomaterials: An FDA Perspective", Washington, DC, 2002

BEMA – "Science-Based Assessment: Accelerating Product Development of Combination Medical Devices", Washington, DC, 2003

AIMBE Symposium: Imaging and Bioengineering, Partners for the Future, "Public Policy Issues Related to Imaging", Washington, D.C. 2004

BEMA – "Examining the Regulatory Path for Emerging Biomaterials Technologies" , Woods Hole, MA, 2004

### National Research Council, Board on Mathematical Sciences

National Research Council, Board on Mathematical Sciences: Science and Technology Symposium, "Surrogate Markers", Washington, DC, 1992

# U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Secretary's Advisory Committees

1996 – 98 HHS Panel on Clinical Practices for Treatment of HIV Infection

2000 – 02 Secretary's Advisory Committee on Genetic Testing,
Presentation: "FDA's Role in the Transition of In Vitro Diagnostic Devices from Research to Routine Testing", Washington, DC, 2000

2001 Women's Health Dialogue, Washington, DC, 2001

2002 Secretary's Advisory Committee on Regulatory Reform, "FDA and CMS Collaboration", Minneapolis, MN

2003 – 04 Secretary's Advisory Committee on Genetics Health and Society, FDA Liaison Representative
Presentation: "FDA's Regulation of Genetic Tests, Washington, DC, 2003

## HHS Workshops

National AIDS Task Force on Drug Development, "Surrogate Markers: FDA proposal for and integrated approach", Washington, DC, 1994

Public Health Service Disability Awareness Conference, "Opening Remarks ", Rockville, MD, 1996

Office of AIDS Policy Workshop, "Clinical Practice of HIV Treatment", Washington, DC, 1997

HHS Consumer Roundtable, "Medical Devices and Radiological Health", Washington, DC, 2000

White House Conference on Alternative Medicine, "Medical Devices and Alternative Medicine", Washington, DC, 2000

CMS – Medicare Medical Directors Workgroup, "New Technology in Medicine", Baltimore, MD, 2001

# NATIONAL INSTITUTES OF HEALTH

1992 – 96 AIDS Clinical Drug Development Committee

1992 – 97 Faculty: IDSA AIDS Fellowship Program

1992 – 96 Executive Committee: AIDS Clinical Trials Group

## PHS Consensus Conferences

US Public Health Service Consensus Panel on Prophylaxis against PC in HIV infected Patients, "Evaluation of the trimethoprim-sulfamethoxazole", Bethesda, MD, 1987

Steroid Use in Pneumocystis carinii pneumonia, "Acute mortality of PCP pneumonia: A case series of the first 500 cases at San Francisco General Hospital 1981 – 1986", San Diego, CA, 1990

Consensus Conference on Steroids and PCP, "Predictors of early mortality upon hospital admission for PCP", San Diego, CA, 1990

NIH Workshop on the Placebo, "Use of placebos in clinical trials to test procedural interventions", Bethesda, MD, 2000

## NIH Workshops and Conferences

**NCI**
- National Cancer Institute: Third National Forum on Biomedical Imaging in Oncology, "Cancer Imaging Products: Drug, Biologicals, and Devices", Arlington, VA, 2002
- Fourth National Forum on Biomedical Imaging in Oncology, "Regulatory Update", Bethesda, MD, 2003
- Fifth National Forum on Biomedical Imaging in Oncology, "Current Issues in Imaging Device Regulation", Bethesda, MD, 2004
- BIROW II: Biomedical Imaging Research Opportunities II, "Developing New Imaging Technology: An FDA Perspective", Bethesda, 2004

**NIAID**
- ACTG Annual Meeting, "Women and special populations in HIV Drug Trials", Washington, DC, 1993
- 12th meeting of the acquired Immunodeficiency Syndrome Program Advisory Committee (APAC), "Accelerated Approval", Bethesda, MD, 1993
- CPCRA: Annual Meeting, "Data collection requirements and monitoring clinical trials", Alexandria, VA, 1993
- NIAID-UNAIDS Satellite Symposium on Topical Microbicides, "Topical Microbicides", Vancouver, BC, 1996

**NIDCR**
- National Institutes of Health: NIDCR – Dental, Oral & Craniofacial Forum, "FDA and Medical product Consumer Protection", Washington, DC, 2001

**NIHCHD**
- Contraceptive Technology Workshop, "Development of Vaginal Microbicides to Prevent HIV transmission", Bethesda, MD, 1994

**Clinical Center Rounds**
- NIH Clinical Center: Critical Care Medicine Department Conference, "Evidence based Medicine and Device Regulation: How to Foster Innovation", Bethesda, MD, 2002

**Other NIH Workshops**
- Cost Effective Strategies for the Diagnosis of Pulmonary Complications: Calculations of 'Cost Effectiveness', "NIH Workshop on the Pulmonary Complications of AIDS", San Francisco, CA, 1987
- NIH – FDA Symposium on AIDS Clinical Trials, "AIDS Clinical Trials: Non traditional study designs", Rockville, MD, 1990
- Fogarty Center, NIH: US-Japan Cooperative Medical Science Program: Sixth Joint Scientific Meeting of the AIDS Panels, "Scientific Research Opportunities in the Pacific: FDA Perspectives", Palm Springs, CA, 1994
- Gene Therapy Conference, "Surrogate Markers NIH,", Bethesda, MD, 1997
- Research Needs for the Design and Analysis of Surrogate Endpoints in Clinical Trials, "Clinical Perspectives on Surrogate Markers", Potomac, MD, 1998
- Prenatal Gene Therapy Workshop, "Clinical Endpoints and Measurement Outcome", Bethesda, MD, 1999
- FDA/NIH Workshop on Non-Clinical Toxicological Study Design Issues for Development of AAV-Based Gene Therapies: A Platform Studies Approach, "Role of Platform Studies in Drug Evaluation", Bethesda, MD, 1999
- NIH Technology Assessment Conference on Improving Medical Implant Performance Through Retrieval Information: Opportunities and Challenges, "National Implant Data Retrieval and Analysis", Bethesda, MD, 2000
- Foundation for NIH: Imaging Database Resources Initiative, "Importance of FDA-NIH-Industry Collaboration", Bethesda, MD 2004

## *INVITED PAPERS, LECTURES AND PRESENTATIONS*

### Academic Institutions

| | |
|---|---|
| Applied Sciences University, Lubeck Germany | International Seminar on Harmonization of Standards (Honoring the Retirement of Professor Horst Frankenberger), "Global Harmonization of Medical Devices", Lubeck, Germany, 2003 |
| Arizona State University | Personalized Medicine and Molecular Diagnostics, Legal Regulatory and Ethical Perspectives, "Regulatory Issues for Personalized Medicine", 2007 |
| Carnegie Mellon University | Materials Science Seminar Series, "Medical Devices", Pittsburgh, PA, 2001 |
| Columbia University | FDA Workshop: Community based clinical trials, "The San Francisco Community based trials of PCP prophylaxis", New York, NY, 1989 |
| | Symposium on Quality of Life, "Drugs, Drug Companies and Quality of Life Issues: Quality of Life Measures: An FDA Perspective", New York, NY, 1993 |
| | The American Institute of Life-Threatening Illness and Loss: Regulatory Issues, Pharmacoeconomics and Quality of life Issues in the Evaluation of Therapeutic Agents: Oncologic, Cardiovascular, and other Drugs as Models, "Assessment of Drug Therapies Using Quality of Life Measures", New York, NY, 1997 |
| Dartmouth Medical School | Device and Drug 3D1 Symposium, "Clinical Development and Commercialization: Differences: United States and Europe/United Kingdom", Woodstock, VT, 2003 |
| | Seminar:, "Role of Clinician Inventor/Entrepreneur in Pre-Clinical and Clinical Development of a new Medical Device", Lebanon, NH, 2003 |
| | Medical Grand Rounds, "Innovation and Consumer Protection – FDA and New Technology", Lebanon, NH, 2004 |
| | Device and Drug 3D3 Symposium, "Conflict of Interest: Medical Device Development", Woodstock, VT, 2005 |
| | Device and Drug 3D4 Symposium, "International Harmonization of Regulatory Standards, Is it worth the trouble?", Woodstock, VT, 2006 |
| Duke University | Device Drug Eluting Stents Conference, "The Shrinking Total Product Life Cycle: Regulatory Processes and Innovation", Washington, DC, 2002 |
| | Clinical Research Institute Roundtable, "New Technology Review", Tyson's Corner, VA, 2002 |
| | Clinical Research Institute: Genetics and Cardiovascular Disease II, "", Pentagon City, VA, 2003 |
| | Clinical Research Institute: Device Evaluation Think Tank, "", Rockville, MD, 2003 |
| Georgetown University | Georgetown Clinical Pharmacology Conference, "Rapid Drug Development: The Protease Inhibitors", Washington, DC, 1997 |
| | Center for Drug Development Science Course: Modeling and Simulation of Clinical Trials in Drug Development and Regulation, "PK/PD Modeling in Regulatory Decisions for Effectiveness", Herndon, VA, 1997 |
| | Center for Drug Development Study Conference, "Pharmacogenomics", Washington, DC, 1999 |

| | |
|---|---|
| | Center for Drug Development Study Conference: Protein Pharmacology, "Protein PK/PD: A Regulatory Perspective", Annapolis, MD, 1999 |
| | Center for Drug Development Studies, Georgetown University: Confirmatory Evidence (to Support a Single Clinical Trail (SCT): An Exploratory Workshop, "The Nature and Source of Evidence for Effectiveness", Washington, DC, 2002 |
| | Center for Drug Development Study Conference: Clinical Development of Oncologic Agents: Challenging the Tradition, "Predictive diagnostics, biomarkers/surrogate endpoints and how they can be used in drug development", Washington, DC, 2003 |
| | The International Life Science Summit East, "Drug and Device Development: The Challenge of Turning Research into Reality", Washington, DC, 2003 |
| Georgia Tech | Biomedical Engineering Seminar, "One Hundred Years of Consumer Protection", Atlanta, GA, 2001 |
| | Medical Technology Leadership Forum Summit – Defining a Regulatory Process for Combination Product: The emergence of Tissue Engineering, "Regulatory Approaches to Tissue Engineering", Atlanta, GA, 2002 |
| Golden Gate University | Conference, "Hospital Quality Assurance Programs", San Francisco, CA, 1987 |
| | Conference, "Hospital Quality Assurance, Utilization Review, and Risk Management Programs", San Francisco, CA, 1988 |
| Harvard University | Contemporary Issues in Clinical Trials Harvard School of Public Health, Department of Biostatistics, "Current and Future FDA Criteria for the Evaluation of Anti-HIV Drugs by the FDA, Boston, MA", Boston, MA, 1997 |
| | Medical School Seminar-The Clinical Investigator Training Program, "Endpoints in Clinical Trials", Boston, MA, 1999 |
| | Center for Innovation in Medical Technology – Harvard Medical School – Stanford Conflict of Interest Forum, "", Boston, MA, 2002 |
| Howard University | Deadly Diseases & People of Color: Are Clinical Trials an Option?, "New Therapies for Diseases Affecting People of Color: AIDS", Washington, DC, 1996 |
| Johns Hopkins University | Medical School Symposium, "Prophylaxis with Aerosolized Pentamidine for PCP", Baltimore, MD, 1989 |
| Memorial Sloan Kettering | Pulmonary Grand Rounds, "Prophylaxis against P carinii pneumonia", New York, NY, 1990 |
| New Jersey University of Medicine and Dentistry | Infectious Disease Rounds, "New agents in the treatment and prevention of PCP", Newark, NJ, 1990 |
| San Diego State University | Regulatory Affairs Student Seminar, "Consumer Protection and Medical Devices", Rockville, MD, 2001 |
| | Student FDA Field Visit, "Consumer Protection: Devices and Radiological Products", Rockville, MD, 2002 |
| Scripps Clinic | Scripps Clinic Symposium: The Changing World of International Product Development, "Pharmacogenomics: A Regulatory Perspective", La Jolla, CA, 1999 |

| | |
|---|---|
| | Symposium, "Drug Delivery: Problems and Possibilities", La Jolla, CA, 2001 |
| | 5th Bio Symposium, "Perspectives on the Future FDA", La Jolla, CA, 2003 |
| Shanghai Institute of Mental Health | "Quality Assurance in Acute Care Hospitals, Peer Review of Medical Staff, Accreditation and Licensing American Hospitals, Use of Small Computers in Medical Departments (A day long seminar for Hospital Administrators)", Shanghai, China, 1988 |
| Stanford University Law School | Program in Law Science and Technology Conference, "Genetic in vitro Diagnostics", Stanford, CA, 2000 |
| Stanford University School of Engineering | Bioengineering Class: Innovation and Technology, "Innovation and the FDA – 100 years of Consumer Protection" 2005 |
| Suffolk University School of Law | FDA Regulation of Medical Technologies, "Defining a Medical Device", "Device Classification", "An Inside Look at the FDA Approval Process"; Boston, MA 2004 |
| Tufts University | PRIM&R (Public Responsibility in Medicine and Research): AIDS Clinical Research and Care: Meeting the Challenges of an Epidemic in Flux, "An Overview of the Status of AIDS Research in the '90s", Boston, MA, 1992 |
| | Accelerated Approval of New Drugs, "Constructing a Framework for Surrogate Endpoint Selection", Boston, MA, 1994 |
| | New Technologies, Challenges and Opportunities for the Medical Device Industry: A Collaborative Workshop Sponsored by the Tufts University Schools of Engineering & Medicine. "Innovation and Regulation.", Boston 2004 |
| Uniformed Services University of Health Sciences | Clinical Pharmacology Seminar, "Surrogate Markers in Drug Development", Bethesda, MD, 1994 |
| University of Arizona | The Promise of Stem Cells: Tissue Engineering And Regenerative Medicine, "Regulation of Stem Cells: Role of FDA, States and Others", Tucson, AZ 2006 |
| University of California, Berkeley | Haas School of Business: New Economic Forum, "Biotechnology and Medical Devices", Portola Valley, VA, 2003 |
| University of California, Davis | Conference on Practical Advances in Medicine, "Computers: How to retrieve medical information in a practical way", Sacramento, CA, 1985 |
| | University of California Davis Conference, "The Political Economy of Surgery: Surgical practice in a changing environment", Carmel, CA, 1989 |
| | Annual Conference on the Evaluation of the Preoperative Patient, "The Political Economy of Surgery", Carmel, CA, 1990 |
| | Annual Conference on the Evaluation of the Preoperative Patient, "The Political Economy of Surgery", Carmel, CA, 1990 |

| | |
|---|---|
| University of California, San Diego | von Liebig Forum Lecturer, the Jacobs School of Engineering, "Innovation and Consumer Protection – FDA and New Technology", San Diego, CA 2004 |
| University of California, San Francisco | Department of Epidemiology and Biostatistics: Clinical Trials Workshop, "Interacting with the FDA", San Francisco, CA, 1995 |
| | School of Dentistry, "Rapid Development of AIDS Drugs", San Francisco, CA, 1995 |
| | San Francisco County Health Department, "Update on AIDS Drug Development", San Francisco, CA, 1996 |
| | UCSF Department of Epidemiology and Biostatistics: Clinical Trials Workshop, "Interacting with the FDA", San Francisco, CA, 1996 |
| | UCSF Department of Epidemiology and Biostatistics: Clinical Trials Workshop, "Placebo vs. Active Controlled Clinical Trials", San Francisco, CA, 1996 |
| | 8th Symposium on Clinical Trials: Design Methods and Controversies, "FDA Perspectives on Drug Development", San Francisco, CA, 2000 |
| University of Indiana | Medical Technology Leadership Forum Technology Conference, "Medical Device Innovations Based on Information Technology", Indianapolis, IN, 2000 |
| University of Iowa | Conference: AIDS '89, "Management and Prevention of Pneumocystis carinii Pneumonia", Ames, IA, 1989 |
| University of Maryland | Institute of Human Virology Conference: Immune Reconstruction and Surrogate Markers in HIV/AIDS: Defining the Obstacles, "Predicting Clinical benefit from Immune Markers", Bethesda, MD, 1999 |
| | Bioscience Research Day: CEO's Breakfast, "Academic Government Partnerships", College Park, MD, 2001 |
| | Policy Development Seminar, "Score Cards and Strategic Planning", College Park, MD, 2003 |
| University of Minnesota | School of Public Health Grand Rounds, "Development of Drugs for HIV Infection", Minneapolis, MN, 1996 |
| | Medical Technology Leadership Forum - Facilitating the Continuum from Experimental to Clinical Use: Designing Alternative Models, "Medical Devices: Overcoming Regulatory Hurdles", Minneapolis, MN, 2003 |
| University of Rhode Island | School of Pharmacy: Changing Paradigm of Blood Regulation, "CBER's Blood Action Plan", New Orleans, LA, 1999 |
| University of Texas, San Antonio | Pulmonary Fellows Conference, "Pulmonary Complications of HIV Infection", San Antonio, TX, 1989 |
| University of Texas, Austin | International Conference for Drug Development, "Current Issues in Biologics", 1998; "Regulatory path for emerging therapeutic technology", Barton Creek, TX 2004 |
| University of Washington | School of Public Health: The Impact of Regulatory Programs on Medicine and Public Health, "Off-label Use of Medical Products", Seattle, WA, 2002 |
| Vanderbilt University | Bioengineering Departmental Seminar: "Emerging Therapeutic Technology", Nashville, TN, 2004 |
| Virginia Tech | Virginia Tech - FDA Seminar, "Center for Devices and Radiological Health", Blacksburg, VA, 2001 |
| Yale University | Yale / Genaissance Genomics Symposium, "Drug Development, Regulation, and Genetically Guided Therapy", New Haven, CT, 2001 |

## FDA Sponsored Presentations

| | |
|---|---|
| Advisory Committee | FDA anti-infective advisory panel meetings, "Aerosolized Pentamidine for prophylaxis against PCP in HIV infected adults", Rockville, MD, 1988 |
| | FDA Anti-infective Advisory panel meeting, "Considerations of the Parallel Track proposal for early drug availability", Bethesda, MD, 1989 |
| | CDER Scientific Advisory Committee New Member Orientation, "Role of Members and Perspectives from the Infectious Disease Committees", , 1996 |
| | CDER: Orientation for CDER Advisory Committee Members, "Roles of members and Perspectives of a Former Member", Rockville, MD, 1997 |
| | Anti-infective Drug Advisory Committee, CDER, "Evaluability Criteria for the Evaluation of Antimicrobials", Gaithersburg, MD, 1997 |
| | FDA Workshop for Patient Representatives, "Device Advisory Committees", Rockville, MD, 2001 |
| CBER | CBER / ORA Training Course: Blood Bank Inspection, "Oversight of the Blood Industry", Annapolis, MD, 1997 |
| | Team Biologics Training, "Blood Oversight and Regulation", Potomac, MD, 1998 |
| Consumer Round Table | FDA Consumer's Roundtable, "The Mammography Quality Standards Act", San Juan, PR, 2000 |
| District Meetings | FDA South East District Conference, "Spotlight on Radiological Health", San Juan, PR, 2001 |
| | FDA Dallas District Staff Seminar, "Consumer Protection: Device and Radiological Products - Center and Field", Dallas, TX, 2001, 2004 |
| FDA: Scientific Rounds | Center for Drug Evaluation and Research, FDA: Scientific Rounds, "End-point Methodology in HIV infection", Rockville, MD, 1992 |
| | FDA Scientific Rounds: Office of Clinical Pharmacology and Biopharmaceutics (OCPB), "Pharmacogenomic Data Submissions - The Path from Concept to Reality", Rockville, MD, 2003 |
| Grassroots | Grassroots Meeting, "CDRH Priorities", Denver, CO, 2002, Salt Lake City 2003 Dallas TX, 2003, 2004 |
| Public Affairs Specialists | The Public Affairs Specialist/Public Affairs Liaison National Training Conference "2001 - A Consumer Protection Odyssey", "Spotlight on Radiological Health", Leesburg, VA, 2001 |
| | HHS/FDA National Public Affairs Conference: Communicating Risk, Results and Relevance to American Consumers - A dialogue on safety and security through science", "Medical Devices: Communicating Success and Risk", Nashville, TN, 2003 |
| Science Board | FDA Science Board, "Programmatic Peer Review: Center for Devices & Radiological Health", Rockville, MD, 2000 |
| | FDA Science Board, "Update: CDRH Science Review", Rockville, MD, 2001 |
| | FDA Science Board, "Tissue Engineering and Device Regulation", Washington, DC, 2001 |
| | FDA Science Board, "CDRH Science Review", Rockville, MD, 2001 |
| | FDA Science Board, "Developing Biomaterials", Rockville, MD, 2002 |
| | FDA Science Board, "Quality Teams and Regulatory Review", Rockville, MD, 2003 |

| | |
|---|---|
| Science Forum | FDA Science Forum, "Detecting Biological and Security Risks", Washington, DC, 2003 |
| FDA Workshops | FDA Workshop: Geriatric Drug Testing, "Adverse Reactions in the Systolic Hypertension in the Elderly Trial", Washington, DC, 1985<br>CANDA Workshop, "The Computerized Rolling NDA", Rockville, MD, 1994<br>FDA: Clinical Trials Workshop, "Designing Trials with Clinical End-points", Bethesda, MD, 1995<br>Clinical Trials Workshop, "FDA Role and Responsibility in Clinical Trials", San Francisco, CA, 1998<br>Minimizing Medical Product Errors - A Systems Approach, "CBER Perspective on Medication Errors", Bethesda, MD, 1998<br>FDA and the Changing Paradigm for Blood Regulation, "CBER's Action Plan for Improving Blood Safety", New Orleans, LA, 1998<br>FDA Symposium on Drugs and the Liver, "FIAU and Chronic Hepatitis B", Rockville, MD, 1999<br>National Patient Safety Forum: Patient Safety - Emerging Opportunities in the Health Care System, "Building Safety In: The Essential Role of Device Users", Bethesda, MD, 2000<br>FDA Workshop: Human Bone Allograft: Manipulation & Homologous Use in Spine and Other Orthopedic Reconstruction and Repair, "Medical Devices from Human Bone", Bethesda, MD, 2000 |
| FDA Workshops *(continued)* | FDA Statistician's Meeting, "Statistical Issues in Medical Devices", Rockville, MD, 2000<br>Mutual Recognition Agreement Medical Devices Annex Training, "Mutual Recognition Agreements", Gaithersburg, MD, 2001<br>FDA Workshop - Home Health Care, "Home Health Care and Medical Devices", Bethesda, MD, 2002<br>CDRH Clinical Trials Methodology Course, "Surrogate Markers", Gaithersburg, MD, 2003<br>CDRH Staff College: Total Product Life Cycle 101 Training Course, "Total Product Life Cycle", Gaithersburg, MD, 2003, 2004<br>FDA Workshop on the Development of Novel Drug Delivery Devices, "Opening Remarks", Rockville, MD, 2003<br>CDRH Workshop on the Development of SARS Diagnostics, "Rapid Development of Diagnostic Devices for New Infectious Disease Threats", Rockville, MD, 2003<br>First Annual MDUFMA Stakeholders' Meeting, "Medical Device User Fees: The First Year", Gaithersburg, MD, 2003 |

## Other Regulatory Body Presentations

| | |
|---|---|
| MDA / NAPSE | The Medical Devices Agency (UK) 2nd Annual Conference: Protecting Patients - Improving Safety, "Regulatory Issues in the United States", London, England, 2002 |
| MHRA | MHRA (UK) Staff Seminar: Beyond "Pre-market and Post-market" : Regulation and the total product life cycle, 2006 |
| SFDA | State FDA (China) with the Beijing University International MBA Program: 14 Lecture Short Course on US FDA Regulation of Pharmaceutical Medicine, Beijing, 2005 |

## Professional Organizations and Societies

AAAS American Association for the Advancement of Science, Annual Meeting, "The Evolving Genome in Clinical Development and policy", Denver, CO, 2003

AAMC American Association of Medical Colleges Council of Deans, "Institutional Review Boards: Current Challenges", Rio Grande, PR, 2000

AAMI 10th Annual Association for the Advancement of Medical Instrumentation/FDA International Standards Conference, "Global Standards – Global Quality", McLean, VA, 2000 - 2003

AAOS American Academy of Orthopedic Surgeons/Orthopedic Surgical Manufacturers Association Device Forum, "CDRH External Science Review Recommendations", Gaithersburg, MD, 2002

AAPS AAPS Western Regional Meeting, "Accelerated Drug Development and Approval", San Francisco, CA, 1997

American Association of Pharmaceutical Scientists Annual Meeting, "The Treatment of AIDS- A Revolutionary Paradigm in Drug Discovery, Development and Approval", Boston, MA, 1997

AAPS Symposium on Clinical Pharmacology: Optimizing the Science of Drug Development, "Role of Clinical Pharmacology in Accelerated Approval of Antivirals", Crystal City, VA, 1998

AAPS Annual Meeting, "FDA Perspectives for Accelerated Approval of AIDS Drugs", San Francisco, CA, 1998

AAPS Annual Meeting, "drug/disease modeling to increase the efficiency of drug development", Baltimore, MD 2004

ABA Arizona Biotech Association: "FDA and CLIA: Trends in Medical Diagnostic Commercialization", 2006

ABRA American Blood Resources Association Plasma Forum, "The Blood Action Plan", Washington, DC, 1998

ACC American College of Cardiology Course, "International Trends in Cardiovascular Disease Mortality: Possible explanations", San Francisco, CA, 1987

American College of Cardiology, "Sharing a Commitment to Improve Cardiovascular Disease", Bethesda, MD, 2001

American College of Cardiology Industry Forum, "Cardiovascular Devices: Regulation and Consumer Protection", Bethesda, MD, 2002

ACCP American College of Clinical Pharmacology: Annual Meeting, "Keynote Address: Genetically Guided Therapy: The Genome, biomarkers and pharmacology", Tampa Bay, FL, 2003

ACLA American Clinical Laboratories Association, Annual Meeting, "Regulation of Genetic Tests", Washington, DC, 2002

ACOG American College of Obstetrics and Gynecology: Preventing perinatal transmission of HIV infection, "ACTG 076 - The FDA Review Process", Washington, DC, 1994

ACP American College of Physicians: Preparing for Surgery: Medical Evaluation of the Preoperative Patient, "Improving Patient Risks: Assessing new technologies", Carmel, CA., 1992

AFCR American Federation for Clinical Research/ASCI/AAP: Surrogate End Points, New Drug Development and the Clinical Investigator, "Surrogate Endpoints", Washington, DC, 1993

AmFAR American Foundation for AIDS Research, NIH: Annual Meeting: Community Based Trials Clinical Trials Network, "AIDS Treatment: What do we know and how did we learn it?", Alexandria, VA, 1993

AmFAR: Off-Label Drug Use in HIV Disease, "Issues and Concerns of the FDA

Regarding Off-Label Drug Use", Washington, DC, 1994
AmFAR: Update on HIV Treatment, "New AIDS Drugs: Guide to early access for the primary care physician", New York, NY, 1995

APA — 5th Annual American Pharmaceutical Association End-of-Summer Science Symposium: The Yellow Brick Road Gets Longer: Social, Economic and Technological Issues Shaping Clinical Design in the '90s, "Impact of Innovation in the Clinical Study Design on AIDS Drug Approval", Washington, DC, 1992

ASAIO — American Society for Artificial Internal Organs: Annual Meeting - Keynote Address, "The FDA Modernization Act", New York, NY, 2000
ASAIO - ISAO Annual Meeting, "How to Become More Involved in the Regulatory Process", Washington, DC, 2003

ASCO — American Society for Clinical Oncology Research Methods on Clinical Trials, "Design of Trials for Rapid Drug Development", Vail, CO, 1997

ASCPT — American Society for Clinical Pharmacology and Therapeutics: Annual Meeting, "Safety Assessment of High Risk Drugs: The FIAU experience", Orlando, FL, 1996
Annual Meeting: :Clinical Trials and Modeling in Drug Development", 2007, 2009

ASM — American Society of Microbiology: An FDA perspective on the preclinical evaluation of activity for potential HIV therapeutics, "Introduction: The importance of preclinical activity studies in the development of HIV therapeutics", Anaheim, CA, 1992

ASTRA — American Society for Therapeutic Radiology and Oncology Annual Meeting, "CDRH's Role in Radiation Oncology", New Orleans. LA, 2002

ATS — American Thoracic Society Annual Meeting, "Statistics Course for Physicians: Trials with categorical and survival outcomes", Phoenix, AZ, 1989

CFF — Cystic Fibrosis Foundation: Workshop on Surrogate Markers for CF, "Use of Surrogate Markers in Accelerated Approval Process", Bethesda, MD, 1997
CFF: Williamsburg Conference: Gene Therapy Section, "FDA Expedited Review Process", Williamsburg, VA, 1997

CRT — Cardiovascular Radiation Therapy III, "Vascular Brachytherapy - An FDA Perspective", Washington, DC, 2001
Cardiovascular Radiation Therapy IV and Testenosic Forum, "Brachytherapy and Drug Eluting Stents: A regulatory perspective", Washington, DC, 2002

CSS — Canadian Statistical Society, Annual Meeting: Plenary Session, "Methodological Problems in AIDS Epidemiology", Victoria, Canada, 1988

ECRI — ECRI Annual Meeting, "Assessment of the Quality of Life Impact of Medical Devices", Plymouth Meeting, PA, 1999
ECRI Annual Meeting, "Beyond Medical Error - FDA Last Hurdle or only the First?", Plymouth Meeting, PA, 2000
ECRI Annual Meeting: From Populations to Persons: Putting EBM Research into Practice, "Medicine in the Information Age: From population to people", Plymouth Meeting, PA, 2003

EUFEPS — European Federation for Pharmaceutical Sciences Conference on Optimizing Drug Development, "The impact and use of biomarker-based diagnostic kits in drug development and clinical practice", Basel, Switzerland, 2001

FDLI — The Food and Drug Law Institute: Advanced Drug Law Workshop, "Improving the Drug Approval Process", Washington, DC, 1992
FDLI Dispute Resolution Workshop, "Tutorial: Resolving disputes with the FDA", Washington, DC, 1998
FDLI 42nd Annual Educational Conference, "Blood and Tissue Safety", Washington, DC, 1998

| | |
|---|---|
| | FDLI Medical Technology Symposium 2000, "Device Regulation", Washington, DC, 2000 |
| | FDLI Clinical Trials Workshop, "Evidence Based Medicine", Washington, DC, 2001 |
| | FDLI Annual Educational Conference, "CDRH: Looking ahead", Washington, DC, 2001 - 2003 |
| FHI | Family Health International: Opportunities for Industrial Collaboration in Contraceptive Research, "FDA Regulatory Issues: Anti-infective products", Durham, NC, 1996 |
| IADR | International Association for Dental Research, "The Epidemiology of Oral Manifestations of HIV", Montreal, Canada, 1988 |
| ICAAC | Interscience Conference on Antimicrobial Agents and Chemotherapy: Symposium - Prophylaxis in the HIV-infected patient, "Assessment of New Drugs and Combinations for OI Therapy Prior to Phase 3 Trials", Anaheim, CA, 1992 |
| | ICAAC Annual Meeting, "Regulatory Requirements of Clinical Trials", "Acyclovir Forum", and Panel on AIDS Clinical Trials", Anaheim, CA,, Anaheim, CA, 1993 |
| | ICAAC Annual Meeting, "New Modeling Methodologies: Influence on Clinical Trial Design", New Orleans, LA, 1994 |
| ICP | 9th International Conference on Pharmacoepidemiology: Use of Pharmacoepidemiology in Public Health, "Postmarketing surveillance and other uses of epidemiology in the development of anti-viral drugs", Washington, DC, 1993 |
| IDSA | Infectious Disease Society of America Workshop on Clinical Trials in Anti-infective Drug Development, "FDA Regulations, and Guidance", San Francisco, CA, 1997 |
| IICC | Second International Interdisciplinary Conference on Cardiovascular Medicine and Science, "Cardiovascular Devices, Medicine, Science and Society", Bethesda, MD, 2003 |
| IPC | 37th International Industrial Pharmacy Conference, "CBER's Vision for the Modernization of FDA", Austin TX, 1998 |
| IRT | Intracoronary Radiation Therapy 2000, "Intracoronary Radiation: AN FDA Perspective", Washington, DC, 2000 |
| ISCE | International Society of Computerized Electrocardiography, "Computers in Medical Product Development", Gaithersburg, MD, 2003; "Current Issues in the Regulation of Electrocardiography", Gaithersburg, MD, 2004. |
| ISACVB | International Society for Applied Cardiovascular Biology, Biennial Meeting, "Safe and Effective Tissue Engineering", Savannah, GA, 2004 |
| ISNA | 3rd International Symposium on Nutrition and HIV, "FDA Guidelines on Nutritional Claims and Products", Philadelphia, PA, 1994 |
| ISTAHC | International Society for Technology Assessment in Health Care 2001, "Evaluating Breakthrough Technology", Philadelphia, PA, 2001 |
| Keystone | UCLA Conference on Acquired Immunodeficiency Syndrome, "Modeling the impact of PCP prophylaxis on survival", Keystone, CO, 1990 |
| | Keystone Symposia on Molecular & Cellular Biology: Discovery and Development of Therapeutic Compounds, "CD4 Counts and Clinical Outcomes: Follow-up of ddI and ddC trials", Snowmass, CO, 1993 |
| | Keystone Dialog on Pharmacogenomics, "", Washington, DC, 2003 |
| Lab Institute | 21st Annual G2 Lab Summit, "Medical Diagnostics: Overcoming Regulatory Hurdles", Arlington, VA, 2003 |

| | |
|---|---|
| NAMA | Nucleic Acid Medical Applications: International Conference on Nucleic Acid Medical Applications, "The Interaction among FDA, Industry and Research Institutions on Nucleic Acid Medical Applications", Cancun, Mexico, 1993 |
| NFID | National Foundation for Infectious Diseases and American Society for Microbiology: First National Conference on Human Retroviruses and Related Infections, "Clinical Drug Trials, Surrogate Markers and Disease Progression", Washington, DC, 1993 |
| PAF | Pediatric AIDS Foundation: Identification of Critical Areas for Research in Pediatric AIDS, Santa Barbara, CA, 1994 |
| PCA | Patient Care Assessment Council (Professional Organization of Quality Assurance Coordinators): Annual Meeting:, "Statistics and quantitative methods in quality assurance", Oakland, CA, 1986 |
| Pop Council | Women's Health Action and Mobilization / Population Council Meeting, "Practical and Ethical Dilemmas in Testing of Microbicides", Airle, VA, 1997 |
| PRSA | Public Relations Society of America, "Consumer Protection: Medical Devices and Radiation Emitting Products", Rockville, MD, 2003 |
| SCI | Society for Clinical Immunology: Annual Meeting, "Surrogate Markers for Immune Based Therapies", Williamsburg, VA, 1993 |
| SCT | Society for Clinical Trials and the International Society for Clinical Biostatistics: 2nd Joint Meeting:, "Surrogate Markers", Boston, MA, 1997 |
| STM | Society of Transplant Medicine: Annual Meeting:, "Clinical Trial Design for Transplant Drugs", Houston, TX, 1993 |
| | STM Consensus Conference on Therapeutic Drug Monitoring in Transplantation Medicine, "Development of Drugs for Solid Organ Transplantation", Lake Louise, Alberta, Canada, 1995 |
| SWHR | Society for Women's Health Research: Annual Corporate Advisory Council Meeting, "Development of Drugs and Medical Devices", Washington, DC, 2003 |
| TCT | Transcatheter Cardiovascular Therapeutics 2002, "Cardiovascular Devices: What's New at CDRH", Washington, DC, 2002 |

## Trade and Industry Associations

| | |
|---|---|
| AdvaMed | Advanced Medical Technology Association (AdvaMed): Annual Device Submission Workshop, "CDRH Directions", Washington, DC, 1999 - 2003 |
| | AdvaMed Technical and Regulatory Board, "CDRH: The next 5 years", Washington, DC, 2000 |
| | AdvaMed Annual Meeting, "CDRH Looking Ahead", Palm Springs, CA, 2001; Carlsbad, CA, 2002; Aventura, FL, 2003 |
| | AdvaMed Annual Meeting, "CDRH Enforcement Priorities", Palm Springs, CA, 2001 |
| | Innovation for Preparedness: The Public-Private Partnership, "CDRH's Role in Counterterrorism", Washington, DC, 2003 |
| | AdvaMed Board of Directors Meeting, "MUDFMA Progress Report", Washington, DC, 2003 |
| | AdvaMed Annual Meeting, "Building CDRH of the Future", Phoenix, AZ, 2004 |
| | AdvaMed Audioconference: "Developing a Strategic Relationship with |

| | |
|---|---|
| | FDA", Washington DC 2004 |
| Biotech | Biotech Meeting, "CDRH Update", Laguna, CA, 2000 |
| | Biotech Meeting, "FDA Policy and Biotech", Laguna, CA, 2002 |
| Blue Cross | Blue Cross of Northern California Technology Assessment Meeting, "Evidence Standards for Medical Device Approvals", San Francisco, CA, 2001 |
| CMDMA | Colorado Medical Device Manufacturers Association Meeting, "Device Regulation - A look to the Future", Denver, CO, 1999, 2002 |
| DDMA | Dallas Device Manufacturers Meeting, "Issues in Medical Device Regulation", Dallas, TX, 2002 |
| DIA | Drug Information Association Annual Meeting, "Accelerated Review: Problems, Opportunities, and Experience to Date: A perspective from the Anti-Viral Division", Chicago, IL, 1993 |
| | Drug Information Association: Clinical Trials in Biotechnology: Planning to Prevent the Pitfalls, "Pivotal Trial Issues in HIV Disease", Newport Beach, CA, 1994 |
| | DIA Annual Meeting, "Effective FDA / Industry Meetings: FDA Perspectives", Washington, DC, 1994 |
| | DIA Annual Meeting, "Subgroup Analyses", Washington, DC, 1994 |
| | Drug Information Association: Regulatory aspects of Quality of Life Measurement in Drug approval, Safety Reporting and promotion, "Quality of Life Measurement and Drug Effects: Issues in AIDS Talks", Washington, DC, 1994 |
| | DIA Annual Meeting, "Expanded Access to Drugs for HIV Infection", Orlando, FL, 1995 |
| | DIA/CDER/CBER: Workshop on Proposed Interim Guidance for Electronic Submission of Case Report Forms and Tabulations, "An Office Level Perspective on Electronic Submissions", Washington, DC, 1996 |
| | DIA Meeting: Clinical Trials - Contemporary Design Solutions, "Clinical Endpoints and Surrogate Markers in High Mortality Diseases, AIDS as the Model Improving for Improving Drug Development", Philadelphia, PA, 1997 |
| | DIA Annual Meeting, "Clinical Research Training of Physicians: An Unmet Need - A Government Perspective", Boston, MA, 1998 |
| | DIA/FDA Project Management Workshop, "Project Management, CBER Perspectives", Bethesda, MD, 1998 |
| | DIA Annual Meeting, "CDRH Update", Chicago, IL, 2002 |
| EUCOMED | European Medical Technology Industry Association Annual Meeting, "CDRH: Current Issues", Berlin, Germany, 2000 |
| | Annual Meeting: Workshop on Clinical Evidence in Medical Device Approvals, Brussels, Belgium 2010 |
| EUROM | European Federation of Precision Mechanical and Optical Industries: EUROM VI Medical Device Technology General Assembly, "Global Markets through International Harmonization - A US Perspective", Brussels, Belgium, 2003 |
| FDMA | Florida Device Manufacturers Meeting, "Current Issues for Medical Device Regulation", Orlando, FL, 1999 |
| Guidant | Post-Approval Registries Summit, 2005 |
| IDM | Irish Devices Manufacturers Delegation Visit, "US Regulation of Medical Devices", Gaithersburg, MD, 2003 |
| IMDMC | Indiana Medical Device Manufacturers Consortium Annual Meeting, "One HHS: FDA/CMS Harmonization", Indianapolis, MN, 2002 |

| | |
|---|---|
| InHealth | Institute for Health Technology Studies: Medical Technology: Breaking Barriers between the Bench and the Bedside, "Accelerating Soutions for Patients -- Regulatory Reform", Washington DC, 2006 |
| Institute for Regulatory Science | CMR Conference: Regulating Personalized Medicine, "Utilizing Diagnostics: implications for Personalized Medicine (by videotape)", Surry, UK, 2003 |
| JFMDA | Japanese Federation of Medical Device Associations, "Issues of Medical Device Regulation in the US Market", Tokyo, Japan, 2002 |
| Marwood Group | Marwood Group Washington Investor's Meeting, "Regulation and Innovation: Recent Case Studies", Washington, DC, 2003 |
| MassMedic | Massachusetts Medical Device Industry Council (MassMedic) Annual End-of-the-Year Regulatory Issues Forum, "CDRH Priorities", Boston, MA, 1999, 2001, 2003 |
| MD&M | Medical Design and Manufacturing - West - Conference, "CDRH 2002: Current Objectives and New Initiatives", Anaheim, CA, 2002 |
| MDMA | Medical Device Manufacturing Association - Annual Meeting, "CDRH Update", Alexandria, VA, 2000 - 2003 |
| MDT | Medical Device Technology Annual Conference, "Device Regulation in an International Milieu", Paris, France, 2000 |
| | MDT Annual Conference, "Device Regulation: Global Standards - Global Quality", Ireland, 2001 |
| | MDT Annual Conference, "The Evolution of the Regulation of Medical Devices", Birmingham, UK, 2003 |
| Medical Alley | Medical Alley Medical Device Meeting, "CDRH: Hot Topics", St. Louis Park, MN, 2000 |
| | Minneapolis Regulatory Reform Forum, "Regulation of Medical Devices", Minneapolis, MN, 2002 |
| MTLF | Medical Technology Leadership Forum: Capital Forum, Rayburn House Office, Washington, DC, 2002, 2004 |
| | MTLF: Capital Forum, "Tissue Engineering: Where do we go from here?", Rayburn House Office, Washington, DC, 2003 |
| | "Innovative Approaches to the Regulation of Combination Products & New Science: Options for Policymakers", San Diego 2004 |
| NCPDG | Northern California Pharmaceutical Discussion Group, "Speeding Up Drug Development - Lessons from the AIDS Drugs,", Milbrae, CA, 1997 |
| NEMA | NEMA Diagnostic Imaging and Therapy Systems, 24th Annual Meeting, "CDRH Update", Roslyn, VA, 1999 |
| OCRA | Orange County Regulatory Associations Meeting, "CDRH's Strategic Plans", Irvine, CA, 2000 |
| PhARMA | PhARMA: PMA AIDS Task Force, "Expanded Access, Parallel Track and Treatment IND's - The current status", Washington, DC, 1992 |
| | Pharmaceutical Manufacturers Association: PMA Medical Section: Fall Meeting, "Accelerated Approval: An FDA Perspective", Arlington, VA, 1992 |
| | PhARMA Spring Science Meeting, "More rapid approvals - lessons learned from the AIDS experience", Parsippany, NJ, 1994 |
| | PhARMA Biostatistics Annual Workshop, "The Interactive NDA Review Process", Baltimore, MD, 1997 |
| | Improving Clinical Trials: Contemporary Design Solutions, "Accelerated Biologicals Development, Philadelphia, PA", Philadelphia, PA, 1998 |
| | Biostatistics and Data Monitoring Conference Workshop, "The Road Ahead for Drug Development", Bethesda, MD, 2001 |

| | |
|---|---|
| Piper Jaffrey | US Banccorp Piper Jaffray: Health Care Conference, "Medical Devices", New York, NY, 2001 |
| RAPS | Regulatory Affairs Professional Society Annual Meeting: Changes, Challenges, Choices, "Fundamental Benefits and Failures of Early Patient Access Programs for Investigational Drugs", Washington, DC, 1992 |
| | RAPS Annual Meeting, "Drug Approvals 1962-1993: Future Directions for Drug Regulation in the United States", Washington, DC, 1994 |
| | RAPS Annual Meeting, "Rapid Drug Development: The HIV paradigm", Washington, DC, 1997 |
| | RAPS Annual Meeting, "CBER Executive Update, Washington, DC", Washington, DC, 1998 |
| | RAPS Annual Conference and Exhibition, "CDRH Executive Briefing", Washington, DC, 1999 - 2003 |
| SDRAN | San Diego Regulatory Affairs Network Meeting, "CDRH: Current Goals and Objectives", La Jolla, CA, 2002 |
| ULSA | Utah Life Sciences Association Meeting, "Device Regulation and Innovation", Salt Lake City, UT, 2003 |
| WRG | The Washington Research Group's Seventh Annual Health Care Conference, "Device Regulation and New Technology", Washington, DC, 2002 |
| | The Washington Research Group's Eighth Annual Health Care Conference, "Medical Devices: Innovation and Regulation", Washington, DC, 2003 |
| WAFDO | Annual Meeting, "The Role of FDA in the Future of Pharmacogenomics", Phoenix AZ 2005 |

## Other Sponsored Workshops

| | |
|---|---|
| ACI | 4th National Conference on Managing Legal Risks in Conducting & Promoting Clinical Trials: "Compliance with the Regulatory Landscape" New York City, NY 2006 |
| ACT | Applied Clinical Trials, "Designing and Managing Politically Charged Clinical Trials: AIDS and Expedited Drug Development", New Brunswick, NJ, 1994 |
| Biocom | BIOCOM Meeting, "Medical Device Development", San Diego, CA, 2002 |
| Biologics Update | Biologics Update '98, "Safety issues for biological products: How safe is safe? Blood Safety", Washington, DC, 1998 |
| Biomedical Focus | Biomedical Focus 2000, "Medical Devices: Evidence of Benefit - From Performance Standards to Quality of Life", St. Paul, MN, 2000 |
| | 50th Annual Minnesota Quality Conference & 17th Annual Biomedical Focus Conference, "Medical Device User Fee Legislation; Third Party Auditing", Minneapolis, MN, 2003 |
| Cannan Partners | Cannan Partners CEO Meeting: Driving Innovation: "FDA Challenged", San Francisco, 2006 |
| CHI | Cambridge Healthtech Institute: AIDS Drug Development, "FDA Perspective on Clinical Development of Treatment for HIV Infection", Alexandria, VA, 1994 |
| | CHI Workshop: HIV Surrogate Markers: Virological and Immunological Indicators, "Validation and Use of Viral Load Assays in Clinical Trials", McLean, VA, 1996 |

| | |
|---|---|
| CPM | 10th International Conference on Pharmaceutical Medicine, "Accelerating Drug Development and the Approval Process", Boston, MA, 1998 |
| FDC Reports | "Trials and Tribulations: Randomized Trials vs. Practical Clinical Studies for Drugs and Devices", Teleconference 2004 |
| GBF | Global Business Forum, "The FDA and the Development of AIDS Drugs", United Nations Building, New York, NY, 1993 |
| IBC | IBC New Antiviral Therapeutics Workshop, "Accelerated Approval", Arlington, VA, 1993 |
| | IBC: Surrogate Markers in Drug Development Workshop, "Surrogate Markers", McLean, VA, 1994 |
| | IBC Conference on Surrogate Markers, "Standards of Evidence for Drug Approval -- An FDA Perspective", London, 1999 |
| IIR | Institute for International Research: The 2nd Annual CANDA/CAPLA Technology Conference, "The Rolling NDA: Computer-assisted applications for life-threatening diseases", Alexandria, VA, 1993 |
| MF | Management Forum, "Development of Drugs for HIV Infection", London, England, 1994, 1995 |
| | Management Forum, "Drug/Device Combination Products – The US FDA Regulatory Approach, 2005 |
| NeoPharma | Advances in Liposomes, "Regulation of New Medical Products – Innovation and Consumer Protection", Chicago, 2004 |
| PERI | Pharmaceutical Education and Research Institute: Advanced GCP's, "Good Clinical Practice", Arlington, VA, 1998 |
| | PERI: Advanced Good Clinical Practices, "World-wide Regulatory Update on Drugs and Biologics", Roslyn, VA, 1999 |
| Pharmillenium | Pharmillenium99: Accelerating the Pipeline: From Drug Discovery to Market, "Accelerated Approval and Fast Track Drug Development,", Washington, DC, 1999 |
| RAND | Rand Corporation Conference, "Assessment of the Quality of Care of Pneumocystis carinii Pneumonia", Los Angeles, CA, 1988 |
| Texas AIDS Update | Texas AIDS Update, "Prevention of PCP Pneumonia", Houston, TX, 1990 |
| US Oncology | US Oncology Annual Meeting, "What does the FDA Look for in Clinical Trials Monitoring", Dallas, 2004; "Post-marketing Surveillance – Recent changes in FDA's Requirements", 2008 |

# *PUBLISHED WORKS*

## *ORIGINAL ARTICLES*

1. Feigal DW, Blaisdell FW. The estimation of surgical risk. Medical Clinics of North America 63:1131-44, 1979.

2. Jakle C, Feigal DW, Robbins D, Shapiro R, Wiesner K. Serum IgG and IgM rheumatoid factors and complement activation in extra-articular rheumatoid disease. *J Rheumatology* 12:227-232, 1985.

3. Pollet S, White RH, Jang H, Yim CW, Feigal DW. Aspirin dosing using 15 grain enteric-coated tablets. *J Rheumatology* 12:337-342, 1985.

4. Feigal DW, Robbins D, Leek JC. Giant cell arteritis associated with mononeuritis multiplex and complement-activating 19S IgM rheumatoid factor. *American Journal of Medicine* 79:495-500, 1985.

5. Robbins D, Feigal DW, Leek JC, Shapiro R, Wiesner K. Complement Activation by 19S IgM Rheumatoid factor in Vitro: Relationship to Disease Activity in Rheumatoid Arthritis: *J Rheumatology* 13:33-38, 1986.

6. Hulley SB, Feigal DW, Ireland C. The systolic hypertension in the elderly program (SHEP): the first three months. *J Amer Geriatrics Society* 34:101-105, 1986.

7. Smith WM, Feigal DW, Furberg CD, Greenlick M, Kuller L, Perry HM, Schnaper HW, Schoenberger JA. Uses of diuretics in treatment of hypertension in the elderly. *Drugs* 31 (Suppl 4): 154-164, 1986.

8. Snyder NA, Feigal DW, Arieff AI. Hypernatremia in the elderly: A heterogeneous, morbid and iatrogenic entity. *Annals of Internal Medicine*. 107:309-319, 1987.

9. Siegel D, Kuller L, Lazarus NB, Black D, Feigal DW, Hughes G, Schoenberger JA, Hulley SB. Predictors of cardiovascular events and mortality in the Systolic Hypertension in the Elderly Program pilot project. Amer J Epidmiol 1987; 126:385-99.

10. Chaisson RE, Leuther MD, Allain J-P, Nusinoff-Lehrman S, Boone GS, Feigal DW, Volberding PA. Effect of zidovudine on serum HIV core antigen (HIV-Ag) levels: results from a placebo-controlled trial. *Archives of Internal Medicine* 1988; 148:2151-3.

11. Jacobson MA, O'Donnell JJ, Porteous D, Brodie HR, Feigal DW, Mills J. Retinal and gastrointestinal disease due to cytomegalovirus in patients with the acquired immune deficiency syndrome. *Quarterly Journal of Medicine*, 1988; 254:473-486.

12. Golden JA, Chernoff D, Hollander H, Feigal DW, Conte JE. Inhaled pentamidine prophylaxis for *Pneumocystis carinii* pneumonia in patients with acquired immunodeficiency syndrome and AIDS related complex. *Lancet*. 1:654-657, 1989.

13. Masur H., Allegra C., Armstrong D., DeGruttola V., Ellenberg S.S., Feigal D.W., et. al. Guidelines for prophylaxis against *Pneumocystis carinii* pneumonia for persons infected with Human Immunodeficiency virus. *MMWR* 38:S5 1-9, 1989.

14. Jacobson MA, Peiperl L, Volberding PA, Porteus D, Toy PTCY, Feigal DW. Packed red blood cell transfusion therapy for anemia in patients with AIDS and ARC: incidence, associated factors and outcome. *Transfusion*, 1990; 30:133-7.

15. Lemp GF, Payne SF, Rutherford GW, Hessol NA, Winkelstein W, Wiley JA, Moss AR, Chaisson RE, Chen RT, Feigal DW, Thomas PA, Werdegar D. Demographic projections of AIDS morbidity and mortality in San Francisco. *JAMA* 1990; 263:1497-1501.

16. Leoung GS, Montgomery AB, Abrams DI, Adams M, Corkery K, Wardlaw L, Busch D, Gordon S, Jacobson MA, Volberding PA, Feigal DW. Aerosolized pentamidine for prophylaxis against *Pneumocystis carinii* pneumonia: The San Francisco Community Prophylaxis Trial. *NEJM* 1990; 323:769-776.

17. The National-Institues of Health - University of California Expert Panel for Corticosteroids as Adjunctive Therapy for Pneumocystis pneumonia. *NEJM* 1990; 323:1500-1504.

18. Greenspan D, Greenspan JS, Overby G, Hollander H, Abrams DI, MacPhail L, Borowsky C, Feigal DW Jr. Risk factors for rapid progression from hairy leukoplakia to AIDS: a nested case-control study. *J Acquir Immune Defic Syndr* 1991; 4:652-8.

19. MacPhail LA, Greenspan D, Feigal DW, Lennette ET, Greenspan JS. Recurrent aphthous ulcers in association with HIV infection. Description of ulcer types and analysis of T-lymphocyte subsets. *Oral Surg Oral Med Oral Pathol* 1991; 71:678-83.

20. Feigal DW, Katz MH, Greenspan D, Westenhouse J, Winkelstein W Jr, Lang W, Samuel M, Buchbinder SP, Hessol NA, Lifson AR, et al. The prevalence of oral lesions in HIV-infected homosexual and bisexual men: three San Francisco epidemiological cohorts. *AIDS* 1991; 5:519-25.

21. Jacobson MA, Hopewell PC, Yajko DM, Hadley WK, Lazarus E, Mohanty PK, Modin GW, Feigal DW, Cusick PS, Sande MA. Natural history of disseminated *Mycobacterium avium* complex infection in AIDS. *J Infect Dis* 1991; 164:994-8.

22. Dodd CL; Greenspan D; Katz MH; Westenhouse JL; Feigal DW; Greenspan JS. Oral candidiasis in HIV infection: pseudomembranous and erythematous candidiasis show similar rates of progression to AIDS. *AIDS* 1991; 5:1339-43.

23. Kemper CA, Meng TC, Nussbaum J, Chiu J, Feigal DW, Bartok AE, Leedom JM, Tilles JG, Deresinski SC, McCutchan JA. Treatment of *Mycobacterium avium* complex bacteremia in AIDS with a four-drug oral regimen. Rifampin, ethambutol, clofazimine, and ciprofloxacin. The California Collaborative Treatment Group. *Ann Intern Med* 1992; 116 :466-72.

24. Devor M, Barrett-Connor E, Renvall M, Feigal DW Jr, Ramsdell J. Estrogen replacement therapy and the risk of venous thrombosis. *Am J Med* 1992; 92:275-82.

25. Bozzette SA, Feigal D, Chiu J, Gluckstein D, Kemper C, Sattler F. Length of stay and survival after intensive care for severe Pneumocystis carinii pneumonia. A prospective study. California Collaborative Treatment Group. *Chest.* 1992 ; 101: 1404-6

26. Behrman RE, Kammerman LA, Feigal DW. Continued zidovudine or didanosine for human immunodeficiency virus infection. [letter] *N Engl J Med*. 1992; 327: 1598-9.

27. Tamayo SG, Rickman LS, Mathews WC, Fullerton SC, Bartok AE, Warner JT, Feigal DW Jr, Arnstein DG, Callandar NS, Lyche KD, et al. Examiner dependence on physical diagnostic tests for the detection of splenomegaly: a prospective study with multiple observers. *J Gen Intern Med.* 1993; 8: 69-75.

28. Broaddus VC, Feigal DW Jr. Starting an academic career. A survey of junior academic pulmonary physicians. *Chest*. 1994; 105: 1858-63.

29. Devor M, Wang A, Renvall M, Feigal D, Ramsdell J. Compliance with social and safety recommendations in an outpatient comprehensive geriatric assessment program. *J Gerontol*. 1994; 49: M168 –73.

30. Montgomery AB, Feigal DW Jr, Sattler F, Mason GR, Catanzaro A, Edison R, Markowitz N, Johnson E, Ogawa S, Rovzar M, *et al.* Pentamidine aerosol versus trimethoprim sulfamethoxazole for Pneumocystis carinii in acquired immune deficiency syndrome*. Am J Respir Crit Care Med.* 1995; 151; 1068 -- 74.

31. Perez Stable EJ, Coates TJ, Baron RB, Biro BS, Hauck WW, McHenry KS, Gardiner PS, Feigal D. Comparison of a lifestyle modification program with propranolol use in the management of diastolic hypertension. *J Gen Intern Med.* 1995; 10: 419--28.

32. Panel on Clinical Practices for Treatment of HIV Infection. Guidelines for the Use of Antiretroviral Agents in HIV Infected Adolescents. Annals of Internal Medicine 128:12(Part 2) 1079-1100.

33. Feigal D. FDA explores new antiretroviral trial designs: interview with David Feigal, M.D. Interview by John S. James. AIDS Treat News 1997:1-5.

34. Feigal DW, Jr. FDA public health advisory: risk of electromagnetic interference with medical telemetry systems. Int J Trauma Nurs 2000; 6:113-4.

35. Feigal DW, Jr. Recall of Clinipad sterile products used in prepackaged procedure kits and trays. Int J Trauma Nurs 2000; 6:101-2.

36. Feigal DW, Jr., Hughes JM. Public health advisory: infections from endoscopes inadequately reprocessed. Int J Trauma Nurs 2000; 6:1-3.

37. Feigal DW, Jr., Woodcock J. FDA public health advisory: potential for injury from medical gas misconnections of cryogenic vessels. Int J Trauma Nurs 2001; 7:121-2.

38. Feigal D. Who's on first? what's on second? Control Clin Trials 2001; 22:139-41.

39. Galluppi GR, Rogge MC, Roskos LK, Lesko LJ, Green MD, Feigal DW, Jr., Peck CC. Integration of pharmacokinetic and pharmacodynamic studies in the discovery, development, and review of protein therapeutic agents: a conference report. Clin Pharmacol Ther 2001; 69:387-99.

40. Feigal DW, Jr. FDA public health notification: reducing radiation risk from computed tomography for pediatric and small adult patients. Int J Trauma Nurs 2002; 8:1-2.

41. Petricoin EF, 3rd, Hackett JL, Lesko LJ, Puri RK, Gutman SI, Chumakov K, Woodcock J, Feigal DW, Jr., Zoon KC, Sistare FD. Medical applications of microarray technologies: a regulatory science perspective. Nat Genet 2002; 32 Suppl:474-9.

42. Feigal DW, Gardner SN, McClellan M. Ensuring safe and effective medical devices. N Engl J Med 2003; 348:191-2.

43. Feigal DW Jr. Public health notification: diathermy interactions with implanted leads and implanted systems with leads. J Ir Dent Assoc. 2003;49(1):26-7.

44. Gutman S, Feigal D. Decision making in pharmacogenomic diagnosis: is there anything new under the sun? Drug Discov Today. 2003 Sep 1;8(17):765-6.

45. Kaplan AV, Baim DS, Smith JJ, Feigal DA, Simons M, Jefferys D, Fogarty TJ,Kuntz RE, Leon MB. Medical device development: from prototype to regulatory approval. Circulation. 2004 Jun 29;109(25):3068-72

46. Mehran R, Leon MB, Feigal DA, Jefferys D, Simons M, Chronos N, Fogarty TJ,Kuntz RE, Baim DS, Kaplan AV. Post-market approval surveillance: a call for a more integrated and comprehensive approach. Circulation. 2004 Jun 29;109(25):3073-7.

47. Califf RM, Nissen SE, DeMaria AN, Ohman EM, Pitt B, Willerson JT, Bilheimer DW, Cohn JN, Feigal DW Jr, Hampson L, Lorell BH, Pepine CJ, Popp RL. Task force 2: Investigator participation in clinical research. J Am Coll Cardiol. 2004 Oct 19;44(8):1729-36.

48. Myerburg RJ, Feigal DW, Jr., Lindsay BD. Life-threatening malfunction of implantable cardiac devices. N Engl J Med 2006;354(22):2309-11.

49. Baim, D.S., et al., Medical device development: managing conflicts of interest encountered by physicians. Catheter Cardiovasc Interv, 2007. 69(5): p. 655-64.

50. Jacobson, J.D. and D. Feigal, Red sky in the morning: modifying prescription drug labels as a result of postmarket surveillance. Food Drug Law J, 2007. 62(3): p. 529-46.

## *II. INVITED ARTICLES, BOOK CHAPTERS, BOOKS*

1. Feigal DW, Hulley SB. Mild hypertension: where should treatment begin? (Editorial) *Western J Med* 141:515-7, 1984.

2. Feigal DW, Glasser R. Preoperative risk in the elderly. in Bolt RJ ed., *Medical evaluation of the surgical patient.* Futra Publishing, Mount Kisco, New York. pp 67-96, 1987.

3. Lo B, Feigal DW, Hulley SB. The study subjects: III. Ethical considerations. In: *Health research methods: An epidemiologic approach*, ed. Hulley SB, Cummings S. Williams & Wilkins, 1987.

4. Feigal DW. Data management & Analysis: In: *Health research methods: An epidemiologic approach*, ed. Hulley SB, Cummings S. Williams & Wilkins, 1987.

5. Feigal DW, Gutman S. Drug Development, Regulation and Genetically Guided Therapy 2002

6. Feigal, D.W., Chapter III.2.11 – Postmarket Considerations in Biomaterials and Medical Devices, in Biomaterials science: an introduction to Materials in Medicine, B.D. Ratner, Editor. Elsevier/Academic Press, Boston. 2013

## *Board Service*

Renovo Ltd, Manchester, England
A biotech company developing anti-scarring biologicals and drugs

| | |
|---|---|
| September 2004 - May 2006 | Non-Executive Member, Board of Directors<br>Privately Held Venture Funded Biotech |
| June 2006 – Feb 2009 | Non-Executive Member, Board of Directors<br>Traded on the London Stock RNVO<br>Committees: Audit Committee |

Aspect Medical Inc., Newton, Massachusetts
A medical device company developing anesthesia monitoring equipment

| | |
|---|---|
| January 2005 - Sept - 2009 | Non-Executive Member, Board of Directors<br>Traded on the NASDAQ ASMP<br>Committees: Audit Committee |

Alexza Inc., Palo Alto, California
A drug delivery company developing inhaled medications for acute care

| | |
|---|---|
| September 2004 - May 2006 | Scientific and Regulatory Advisory Board Member<br>Traded on the NASDAQ ALXA |

Baird Venture Partners, Chicago, Illinois
A venture fund managing investments in Medical Devices and IT

| | |
|---|---|
| September 2004 - 2008 | Scientific Advisory Board Member |

Panorama Capital, Palo Alto, California
A venture fund managing investments in Medical Innovation

| | |
|---|---|
| June 2006 - May 2007 | Scientific Advisor |

EJ Financial Services, Phoenix, AZ
A Medical Technology Investment Company

| | |
|---|---|
| September 2006 - August 2007 | Scientific Advisor |

In Vivo Therapeutics
A Biotechnology Company

| | |
|---|---|
| September 2006 - 2013 | Scientific Advisor y Board |

ExsoMed
A Biotechnology Company

| | |
|---|---|
| September 2013 - 2018 | Advisor y Board |

## Treos Bio
A Biotechnology Company

September 2014 - 2021 Scientific Advisor y Board

## Pistoia Alliance
An Industry Innovation Group

September 2019 - 2021 Scientific Advisor y Board

## Amphylx
An Antifungal Drug Development Company

September 2019 - 2021 Scientific Advisor y Board

# Prior Testimony

## David William Feigal, Jr., MD MPH

---

**Trial or Arbitration Testimony in the Last 4 years** (Since September 1, 2019)

| | |
|---|---|
| 12-07-20<br>Santa Rosa Valley, CA | Monroe Lynch, Joshua Isaac, PPA, Aaron Lynch, *et al*., vs. The State of Connecticut et al., State Court Trial, Judge Taylor |
| 4-23-21<br>Philadelphia, PA | Premalux A.B. (Sweden), Claimant vs. Shire Intellectual Property Ireland Ltd., Respondent before the Arbitration Institute of Stockholm Chamber of Commerce (SCC) SCC Case No. V 2020/017 |
| 5-31-21<br>Dallas, TX | In Schaneiqua Marie Wright, vs. C.R. Bard Inc. and Bard Peripheral Vascular Inc. in the U.S. District Court for the Northern District of Texas, Case 3:2019cv02176 |
| 7-14-21<br>Dallas, TX | In Debra Joyce Branch, vs. C.R. Bard Inc. and Bard Peripheral Vascular Inc. in the U.S. District Court for the Northern District of Texas, Case 3:15-cv-01131 |
| 8-13-21<br>Chicago, IL | In Brad Martin, et al., Plaintiff v. Actavis, Inc., et al., Defendants, United States District Court Northern District of Illinois, Eastern Division, Case No. 15-cv-4292 |
| 1-6-22<br>Grand Junction, Co | Mary Doring, Plaintiff v. Apyx Medical Corporation, Defendants in the Mesa County District Court, Grand Junction, Colorado, Case No: 19CV30508 |
| 3-22-22<br>Santa Rosa Valley, CA | Lyell Immunopharma, Inc.,Claimant, *v*. PACT Pharma, Inc., Respondent. Judicial Arbitration and Mediation Services, Case No. 1100110754 |
| 4-12-24<br>New York, NY | Consolidated Arbitration re: AltaThera Pharmaceuticals LLC, Hyloris Pharmaceuticals S.A., Academic Pharmaceuticals Inc., and Dr. John C. Somberg. AAA Case No.: 01-22-0004-8710 |

## **Deposition Testimony in the Last 4 years** (Since September 1, 2019)

| | |
|---|---|
| 10-3-19<br>San Diego, CA | Kurin, Inc., Plaintiff vs. Magnolia Medical Technologies, Inc., Defendant, in the United States District Court, Southern District of California, Case No. 3:18-CV-01060-l-ll and Related Cross-action. |
| 2-14-20<br>Phoenix, AZ | Joshua Isaac Monroe Lynch PPA, et al., Plaintiffs, *vs* State of Connecticut, Defendant, in the Superior Court, J.D. of Hartford, at Hartford, Docket No. HHD CV 16 6067438. |
| 1-15-21<br>Santa Rosa Valley, CA | Sorrento Therapeutics Inc. Claimant, vs. Nant Pharma, LLC ; and Patrick Soon-Shiong, Respondents, in the American Arbitration Association, Los Angeles Regional Office. |
| 5-7-21<br>Santa Rosa Valley, CA | Jose Riera, Deborah Chase, Plaintiffs, vs. Somatics LLC Defendants, in the United States District Court, Central District of California, Cause No 2:17-CV-06686 |
| 7-13-21<br>Santa Rosa Valley, CA | Christopher D. Alafi, Alafi Capital Company, LLC, and the Christopher D. Alafi Family Trust, Plaintiffs, vs. Stanley N. Cohen and Tzu-Hao Cheng, Defendants, in the Superior court of the State of California County of Santa Clara, Case No. 18CV333075 |
| 7-21-21<br>Thousand Oaks, CA | Plaintiff: Mary Doring v. Defendants: Duane Hartshorn, MD and the Apyx Medical Corporation, in the Mesa County District Court, Grand Junction, Colorado, Case No: 19CV30508 |
| 8-23-21<br>Santa Rosa Valley, CA | In Francis Laloli, Plaintiff, v. C.R. Bard, inc., et al., Defendants United States District Court Northern District of California, Case No Case No. 19-cv-05679-JST |
| 9-21-21<br>Santa Rosa Valley, CA | Topical Remedy, LLC, Claimant, *vs*. Linical Accelovance America, Inc., and Optimal Research, LLC, Respondents. Linical Accelovance America, Inc., Respondent-Counterclaimant, *vs*. Topical Remedy, LLC, Claimant-Counterclaim Respondent; VC-Topical Remedy, LLC and Vergepointe Capital, LLC, Counterclaim Respondents. International Centre for Dispute Resolution: ICDR Case No.01-19-002-1472 |
| 12-17-21<br>Kihei, Maui HI | Techfields Pharma Co., LTD., Plaintiff, *vs*. Covance, Inc. and FISHER CLINICAL SERVICES, Defendants. In the U.S. District Court for the District of New Jersey, Case No. 3:16-cv-1148 |
| 2-18-22<br>Santa Rosa Valley, CA | Lyell Immunopharma, Inc. Claimant, *vs.* PACT Pharma, Inc., Respondent. Judicial Arbitration and Mediation Services, Case No. 1100110754 |

**Deposition Testimony in the Last 4 years** (Since September 1, 2019)

| | |
|---|---|
| 4-13-22<br>Phoenix, AZ | Peggy Koga, Individually and as Successor in interest to Decedent Peter Koga; and David T. Koga, Individually, Plaintiffs, vs. Livanova Deutschland, GMBH (F/K/A Sorin Group Deutschland, GMBH), a foreign corporation; Livanova Holding USA, Inc. (F/K/A Sorin Group USA, Inc.), a Delaware corporation; and Does 1 through 100, inclusive, Defendants. In the Superior Court of the State of California County of Los Angeles, Central District, Case No, 19STCV 28954. |
| 4-15-22<br>Santa Rosa Valley, CA | Celldex Therapeutics, Inc., Plaintiff and Counterclaim Defendant, *vs.* Defendant and Counterclaim Plaintiff, In the Court of Chancery of the State of Delaware. C.A. No. 2020-0682-MTZ |
| 4-28-22<br>Santa Rosa Valley, CA | Angiodynamics, INC., Plaintiff, vs. C.R. Bard, Inc.; Bard Access Systems, Inc., Defendants, in the United States District Court for the Northern District of New York, Case No. 1:17-CV-0598 BKS/CFH |
| 5-10-22<br>Santa Rosa Valley, CA | BLS Pharma, Inc., Plaintiff *v.* Inovio Pharmaceuticals, Inc. And Genetronics, Inc., Defendants in Superior Court of the State of California, for the County of Orange, Case No. 30-2019-0119045-CU-CO-CJC |
| 6-14-22<br>San Francisco, CA | Gwendolyn Culverson, Plaintiff, v. Boehringer Ingelheim, et al., Defendants in the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, Case No.: 2021-L-000915 |
| 7-7-22<br>Los Angeles, CA | AMO Development LLC, AMO Manufacturing USA LLC, and AMO Sales and Service, Inc., Plaintiffs, v. Alcon Vision LLC, Alcon Laboratories, Inc. and Alcon Research LLC Defendants, in U.S. District Court, for the District of Delaware, MD, C.A. No. 20-842 (CFC) (JLH) |
| 7-27-22<br>Santa Rosa Valley, CA | The United States of America, Plaintiff & Counterclaim-Defendant, v. Gilead Sciences, Inc. And Gilead Sciences Ireland UC, Defendants & Counterclaim-Plaintiff, in U.S. District Court, for the District of Delaware, MD, C.A. No. 19-02103-MN |
| 2-10-23<br>Santa Rosa Valley, CA | In Re: Sorin 3T Heater-Cooler System products Liability Litigation (No. II), Joseph Britt and Brenda Britt, Plaintiffs, v. Livanova PLC, Sorin Group Deutschland GMBH, and Sorin group USA, Inc., Defendants. n the United States District Court for the Middle District of Pennsylvania MDL Docket No. 2816 Civil Action No. 1:18-mdl-2816 Case No.: 1:18-cv-02379-JEJ |
| 2-23-23<br>Agoura Hills, CA | In Re: Tasigna (nilotinib)Products Liability Litigation, in the United States District Court Middle District of Florida, Orlando Division #6:21-md-03006-RBD-DAB(MDL No. 3006) |

**Deposition Testimony in the Last 4 years** (Since September 1, 2019)

| | |
|---|---|
| 9-7-23<br>Los Angeles, CA | In Re: Julian Fisher as brought through his Conservator Jinna Miller, Plaintiff, Abbott Laboratories and Abbvie, Inc., Defendants, in the United States District Cour, Central District of California (Western Division), Case No. 2:22-CV-05133-SB-AS |
| 3-1-24<br>Washington, DC | Consolidated Arbitration re: AltaThera Pharmaceuticals LLC, Hyloris Pharmaceuticals S.A., Academic Pharmaceuticals Inc., and Dr. John C. Somberg. AAA Case No.: 01-22-0004-8710 |
| 4-26-24<br>San Diego, CA | United Therapeutics Corporation and Lung Biotechnology PBC, Plaintiff, v. Liquidia Technologies, Inc. and Robert Roscigno, Defendants. In the General Court of Justice, Superior Court Division State of North Carolina, Durham County. 21-CVS-004094 |
| 9-6-24<br>Woodland Hills, CA | Aurelia Sherrill and Belvin Sherrill, Plaintiffs, v. Aziyo Biologics, Inc., Medtronic Sofamor Danek USA, Inc., Spinalgraft Technologies, LLC, DCI Donor Services, Inc., and New Mexico Donor Services, Defendants, in the United States District Court of the Western District of North Carolina, Statesville Division. No. 5:21-cv-00172-KDB-SCR. |
| 10-9-24<br>Santa Rosa Valley, CA | Eleftherios Vestakis and Joanne Vestakis, Plaintiffs, v. Livanova Deutschland, GMBH (dba Sorin Group Deutschland, GMBH), a foreign corporation; Livanova Holding USA, Inc. (dba Sorin Group USA, Inc.), a Delaware corporation; Livanova Inc., a California corporation; Kwok Leung Yun, M.D., an individual; roberto l. Barretto, M.D., an individual; Chin Woo Jung, M.D., an individual; Kaiser Foundation Health Plan, inc., a California corporation; Kaiser Foundation Hospitals, a California corporation; Southern California Permanente Medical Group, Inc., a California entity; and DOES 1 through 50, inclusive. Defendants, in The Superior Court of the State of California County of Los Angeles, Case No: 22STCV29073 |
| 11-15-24<br>Los Angeles, CA | In Re: Gardasil Products Liability Litigation, in United States District Court, Western District of North Carolina, Charlotte Division MDL No. 3036, Case No. 3:22-md-03036-RJC-DCK |