COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452 8700
Facsimile: (206) 452 8800

Attorneys for Defendants
Acadia Pharmaceuticals Inc., Stephen R. Davis,
and Ana Stankovic, as Special Personal
Representative of the Estate of Srdjan (Serge)
R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-CV-00762-WQH-MSB <br><br> CLASS ACTION <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERTS DR. CARL C. PECK AND DR. STEVEN P. FEINSTEIN** <br><br> Date:      March 16, 2026 <br> Judge:    Hon. William Q. Hayes <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 16, 2026, or as soon thereafter as the parties may be heard, before the Honorable William Q. Hayes, District Court Judge, United States District Court for the Southern District of California, located in Courtroom 15B at 333 West Broadway, San Diego, California, Defendants Acadia Pharmaceuticals Inc., Stephen R. Davis, and Ana Stankovic, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic (collectively, "Defendants") will, and hereby do, seek an order from the Court prohibiting Plaintiffs from presenting or referring to certain opinions and testimony from two of their experts: Dr. Carl C. Peck  and Dr. Steven P. Feinstein.

This motion is based on this Notice of Motion, Defendants' Memorandum of Points and Authorities, the Declaration of Peter M. Adams, all exhibits attached thereto, all records and papers on file in the action, any oral argument, and any further evidence that the Court may consider in hearing this motion.

Dated: November 12, 2025

COOLEY LLP

By: */s/ Koji F. Fukumura*
    Koji F. Fukumura

Attorneys for Defendants
Acadia Pharmaceuticals Inc., Stephen R. Davis, and Ana Stankovic, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic