COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452 8700
Facsimile: (206) 452 8800

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Ana Stankovic, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-CV-00762-WQH-MSB <br><br> CLASS ACTION <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date:        May 4, 2026 <br> Judge:      Hon. William Q. Hayes <br><br> **NO ORAL ARUGMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 4, 2026, or as soon thereafter as the parties may be heard, before the Honorable William Q. Hayes, District Court Judge, United States District Court for the Southern District of California, located in Courtroom 15B at 333 West Broadway, San Diego, California, Defendants Acadia Pharmaceuticals Inc. ("Acadia"), Stephen R. Davis, and Ana Stankovic, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic (collectively, "Defendants") will, and hereby do, move for summary judgment in Defendants' favor on all claims asserted in Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 45) pursuant to Federal Rule of Civil Procedure 56, on the grounds that there is no genuine issue as to any material fact and that Defendnats are entitled to judgment as a matter of law.

This motion is based on this Notice of Motion for Summary Judgment, Defendants' Memorandum of Points and Authorities, Defendants' Statement of Undisputed Material Facts, the Declarations of Koji F. Fukumura, Stephen R. Davis, Teresa Brandt, Daryl DeKarske, Stephanie A. Dunbar, Erin P. Foff, Mark Knowles, J. Randall Owen, and Pierre N. Tariot, and all exhibits attached thereto, all records and papers on file in the action, any oral argument, and any further evidence that the Court may consider in hearing this motion.

Dated: November 12, 2025

COOLEY LLP

By: */s/ Koji F. Fukumura*
    Koji F. Fukumura

*Attorneys for Defendants*
*Acadia Pharmaceuticals Inc., Stephen R.*
*Davis, and Srdjan (Serge) R. Stankovic,*
*and Ana Stankovic, as Special Personal*
*Representative of the Estate of Srdjan*
*(Serge) R. Stankovic*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

**DEFS.' NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT
Case No. 3:21-CV-00762-WQH-MSB**