COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

CHRISTOPHER B. DURBIN (218611)
(cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 452 8700
Facsimile: (206) 452 8800

Attorneys for Defendants
Acadia Pharmaceuticals, Inc., Stephen R.
Davis, and Ana Stankovic, as Special Personal
Representative of the Estate of Srdjan (Serge)
R. Stankovic

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM AND OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | Case No. 3:21-CV-00762-WQH-MSB <br><br> CLASS ACTION <br><br> **DECLARATION OF KOJI F. FUKUMURA IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  May 4, 2026 <br> Judge:  Hon. William Q. Hayes |

I, Koji F. Fukumura, hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP, attorneys of record for defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Ana Stankovic, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic (collectively, "Defendants"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

## PARTY STIPULATIONS

2.     In the interests of avoiding needless duplication of exhibits, reducing the amount of material that is being provided to the Court, and significantly streamlining proceedings before the Court, the Parties in the above-captioned matter agreed to stipulate to the authenticity of all documents produced in fact and expert discovery by the Parties and any non-parties, for the purposes of both summary judgment and trial, without waving any substantive objections to the admissibility of any particular piece of evidence.

3.     The Parties also stipulated to de-designate the following categories of documents previously designated "Confidential" pursuant to the Parties' Stipulation and Protective Order (ECF No. 97-1): (i) all written discovery responses; (ii) all expert reports and materials cited therein; and (iii) all deposition transcripts and deposition exhibits, except for any portion(s) of deposition transcripts or any deposition exhibits that have previously been designated as "Highly Confidential."

## PLAINTIFFS' UNPLED STATEMENTS

4.     The deadline to amend the pleadings was June 16, 2023. *See* ECF 95 at ¶3.

5.     Defendants have repeatedly asked Plaintiffs to amend the operative complaint to ensure Defendants and the Court could identify which statements are challenged and why. For example, Defendants' counsel advised Plaintiffs' counsel during the deposition of Defendants' rebuttal class-certification expert (Dr. René M.

Cooley LLP
Attorneys At Law
San Diego

2

**Fukumura Dec. I/S/O Defs.' MSJ**
Case No. 3:21-CV-00762-WQH-MSB

Stulz) on November 10, 2023, that Plaintiffs appeared to be challenging certain statements that were not pled in the Amended Complaint. Plaintiffs' counsel reserved all rights to amend, but did not commit to doing so.

6.     In Defendants' Sur-Reply in Opposition to Class Certification, Defendants explained that Plaintiffs appeared to be asserting an omissions theory based on the Labeling Statement in the EOP2 Minutes, when the Amended Complaint contained no corresponding factual allegations. ECF No. 126 at 5–6. At the class certification hearing on February 28, 2024, Defendants again called attention to Plaintiffs new omissions theory based on the Labeling Statement. [Tr. at 24–26.]

7.     On September 19, 2024, Plaintiffs served their responses to Defendants' Interrogatory No. 2, which appeared to challenge a statement by Defendant Stankovic at a J.P. Morgan Conference Call on November 11, 2019. That statement does not appear in the Amended Complaint.

8.     Then, on February 13, 2025, four months after the close of fact discovery, Plaintiffs served the opening report of their loss-causation and damages expert, Dr. Steven Feinstein, which also referenced this statement by Dr. Stankovic, as well as certain statements by Dr. Stankovic and Dr. Erin Foff at Acadia's CTAD Investor Event Presentation on December 4, 2019. Those statements also are not identified in the Amended Complaint.

9.     With the deadline to file dispositive motions approaching, Defendants wrote to Plaintiffs on September 5, 2025, requesting confirmation that Plaintiffs intended to proceed at summary judgment and trial only on those statements challenged in the Amended Complaint, to "ensure that the parties have a common understanding of the challenged statements at issue in this case."

10.     Plaintiffs responded on September 10, 2025, asserting that no amendment was needed because, in their view, Plaintiffs are permitted "to challenge statements as false or misleading at summary judgment and trial where those statements were not expressly framed as actionably false or misleading in the operative complaint."

Plaintiffs also confirmed their awareness that, at least as early as class certification, "there are certain statements, not specifically challenged in the operative complaint, which Plaintiffs contend are actionably misleading and provide additional bases for establishing falsity in this case at trial."

## APPENDICES

11.    Attached hereto as **Appendix A** is a chart of challenged statements.

12.    Attached hereto as **Appendix B** is a chart of additional statements that were identified in Plaintiffs' expert report but are not alleged in the Amended Complaint to be false or misleading.

## FDA CORRESPONDENCE

13.    Attached hereto as **Exhibit 1** is a true and correct highlighted copy of Acadia's End-of-Phase 2 ("EOP2") Meeting Request Letter sent to the FDA, dated February 21, 2017, and produced by Acadia at ACAD_SECLIT_0019824.

14.    Attached hereto as **Exhibit 2** is a true and correct highlighted copy of Acadia's EOP2 Meeting Request, dated February 21, 2017, and produced by Acadia at ACAD_SECLIT_0019669.

15.    Attached hereto as **Exhibit 3** is a true and correct highlighted copy of Acadia's EOP2 Meeting Briefing Package, dated April 14, 2017, and produced by Acadia at ACAD_SECLIT_0019680.

16.    Attached hereto as **Exhibit 4** is a true and correct highlighted copy of Acadia's Draft Clinical Study Protocol, submitted as an attachment to Acadia's EOP2 Meeting Briefing Package, and produced by Acadia at ACAD_SECLIT_0767512.

17.    Attached hereto as **Exhibit 5** is a true and correct highlighted copy of an email from the FDA to Acadia with an attached copy of the FDA's EOP2 Meeting Minutes, dated May 24, 2017, produced by Acadia at ACAD_SECLIT_0019792, and marked as Deposition Exhibit 25.

18.    Attached hereto as **Exhibit 6** is a true and correct highlighted copy of Acadia's Harmony Clinical Study Protocol cover letter submitted to the FDA, dated

July 7, 2017, and produced by Acadia at ACAD_SECLIT_0002353.

19. Attached hereto as **Exhibit 7** is a true and correct highlighted copy of Acadia's Harmony Clinical Study Protocol, dated July 7, 2017, and produced by Acadia at ACAD_SECLIT_0002353.

20. Attached hereto as **Exhibit 8** is a true and correct highlighted copy of Acadia's Request for Breakthrough Therapy Designation, dated August 3, 2017, and produced by Acadia at ACAD_SECLIT_0055692.

21. Attached hereto as **Exhibit 9** is a true and correct highlighted copy of the FDA's Study May Proceed letter, dated August 11, 2017, and produced by Acadia at ACAD_SECLIT_0019847.

22. Attached hereto as **Exhibit 10** is a true and correct highlighted copy of an email from the FDA to Acadia with a copy of the FDA's letter granting Acadia's Breakthrough Therapy Designation request, dated October 2, 2017, and produced by Acadia at ACAD_SECLIT_0019878.

23. Attached hereto as **Exhibit 11** is a true and correct highlighted copy of Acadia's draft Statistical Analysis Plan ("SAP"), dated September 18, 2018, and produced by Acadia at ACAD_SECLIT_0158262.

24. Attached hereto as **Exhibit 12** is a true and correct highlighted copy of the FDA's comments on Acadia's draft SAP, dated December 6, 2018, and produced by Acadia at ACAD_SECLIT_0105223.

25. Attached hereto as **Exhibit 13** is a true and correct highlighted copy of Acadia's final SAP, dated July 26, 2019 and sent to the FDA on August 1, 2019, and produced by Acadia at ACAD_SECLIT_0158441.

26. Attached hereto as **Exhibit 14** is a true and correct excerpted and highlighted copy of Acadia's pre-sNDA Briefing Package, dated February 13, 2020, produced by Acadia at ACAD_SECLIT_1063313, and marked as Deposition Exhibit 37.

27. Attached hereto as **Exhibit 15** is a true and correct highlighted copy of the

FDA's pre-sNDA Meeting Minutes, dated April 15, 2020, produced by Acadia at ACAD_SECLIT_0001032, and marked as Deposition Exhibit 38.

28.     Attached hereto as **Exhibit 16** is a true and correct highlighted copy of the FDA's filing letter, dated July 10, 2020, and produced by Acadia at ACAD_SECLIT_0023856.

29.     Attached hereto as **Exhibit 17** is a true and correct highlighted copy of the FDA Deficiencies Letter, dated March 3, 2021, produced by Acadia at ACAD_SECLIT_0678298, and marked as Deposition Exhibit 279.

30.     Attached hereto as **Exhibit 18** is a true and correct highlighted copy of correspondence between Acadia and the FDA regarding the FDA Deficiencies Letter, dated March 22, 2021, and produced by Acadia at ACAD_SECLIT_0226953.

31.     Attached hereto as **Exhibit 19** is a true and correct highlighted copy of the FDA Complete Response Letter, dated April 2, 2021, produced by Acadia at ACAD_SECLIT_0001088, and marked as Deposition Exhibit 31.

32.     Attached hereto as **Exhibit 20** is a true and correct highlighted copy of a transcript of the 2022 Psychopharmacologic Drugs Advisory Committee, held on June 17, 2022, which is publicly available at https://web.archive.org/web/20240911072520/https://www.fda.gov/advisory-committees/advisory-committee-calendar/june-17-2022-meeting-psychopharmacologic-drugs-advisory-committee-meeting-announcement-06172022.

## FDA GUIDANCE

33.     Attached hereto as **Exhibit 21** is a true and correct highlighted copy of the FDA's Guidance for Industry, titled *Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products*, dated May 1998, and publicly available at https://www.fda.gov/media/71655/download.

34.     Attached hereto as **Exhibit 22** is a true and correct highlighted copy of the FDA's Guidance for Industry, titled *E9 Statistical Principles for Clinical Trials*, dated September 1998, and publicly available at https://www.fda.gov/media/

71336/download.

35.    Attached hereto as **Exhibit 23** is a true and correct highlighted copy of the FDA's Guidance for Review Staff and Industry, titled *Good Review Management Principles and Practices for PDUFA Products*, dated April 2005, and publicly available at https://www.fda.gov/media/132157/download.

36.    Attached hereto as **Exhibit 24** is a true and correct highlighted copy of the FDA's Guidance for Industry, *Clinical Studies Section of Labeling for Human Prescription Drug and Biological Products — Content and Format*, dated January 2006, and publicly available at https://www.fda.gov/media/72140/download.

37.    Attached hereto as **Exhibit 25** is a true and correct highlighted copy of the FDA's Guidance for Industry, *Formal Meetings Between the FDA and Sponsors or Applicants*, dated May 2009, and publicly available at https://www.fda.gov/media/72253/ download.

38.    Attached hereto as **Exhibit 26** is a true and highlighted correct copy of the FDA's CDER 21st Century Review Process Desk Reference Guide, dated November 2010, and publicly available at https://www.fda.gov/media/78941/download.

39.    Attached hereto as **Exhibit 27** is a true and highlighted correct copy of the FDA's Good Review Practices document, titled *Good Review Practice: Clinical Review of Investigational New Drug Applications*, dated December 2013, and publicly available at https://www.fda.gov/media/87621/download.

40.    Attached hereto as **Exhibit 28** is a true and correct highlighted copy of the FDA's Guidance for Industry and Review Staff Good Review Practice, titled *Best Practices for Communication Between IND Sponsors and FDA During Drug Development*, dated December 2017, and publicly available at https://www.fda.gov/media/94850/download.

41.    Attached hereto as **Exhibit 29** is a true and correct highlighted copy of the FDA's Guidance for Industry, titled *E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1)*, dated March 2018, and publicly available at

https://www.fda.gov/media/93884/download.

42. Attached hereto as **Exhibit 30** is a true and correct highlighted copy of the FDA's Guidance for Industry, titled *E8(R1) General Considerations for Clinical Studies*, dated April 2022, and publicly available at https://www.fda.gov/media/157560/download.

43. Attached hereto as **Exhibit 31** is a true and correct highlighted copy of the FDA's Guidance for Industry, titled *Multiple Endpoints in Clinical Trials*, dated October 2022, and publicly available at https://www.fda.gov/media/162416/download.

### SCIENTIFIC JOURNAL PUBLICATIONS

44. Attached hereto as **Exhibit 32** is a true and correct highlighted copy of a scientific journal publication in *The Lancet Neurology*, titled *Evaluation of the safety, tolerability, and efficacy of pimavanserin versus placebo in patients with Alzheimer's disease psychosis: a phase 2, randomised, placebo-controlled, double-blind study*, published March 2018, and produced by Acadia at ACAD_SECLIT_0021547.

45. Attached hereto as **Exhibit 33** is a true and correct highlighted correct copy of the supplementary appendix to the article at Exhibit 32, titled *Supplementary Appendix*, published March 2018, and marked as Deposition Exhibit 32.

### ACADIA PRESS RELEASES

46. Attached hereto as **Exhibit 34** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Announces Positive Top-Line Results From Phase II Study of Pimavanserin for Alzheimer's Disease Psychosis*, dated December 20, 2016, and publicly available on Acadia's website.

47. Attached hereto as **Exhibit 35** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Initiates Phase Ill Study of Pimavanserin in Dementia-Related Psychosis*, dated October 4, 2017, produced by Acadia at ACAD_SECLIT_1130612, and publicly available on Acadia's website.

48. Attached hereto as **Exhibit 36** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Announces Pivotal Phase 3*

*HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Meets the Primary Endpoint in Patients with Dementia-Related Psychosis*, dated September 9, 2019, produced by Acadia at ACAD_SECLIT_0674822, and publicly available on Acadia's website.

49.    Attached hereto as **Exhibit 37** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Presents Positive Top-line Results from Pivotal Phase 3 HARMONY Trial of Pimavanserin in Patients with Dementia-Related Psychosis at 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting*, dated December 4, 2019, produced by Acadia at ACAD_SECLIT_0515465, and publicly available on Acadia's website.

50.    Attached hereto as **Exhibit 38** is a true and correct highlighted copy of Acadia's press release, titled *ACADIA Pharmaceuticals Submits Supplemental New Drug Application to U.S. FDA for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated June 15, 2020, produced by Acadia at ACAD_SECLIT_0283769, and publicly available on Acadia's website.

51.    Attached hereto as **Exhibit 39** is a true and correct highlighted copy Acadia's press release that is publicly available on Acadia's website, titled *ACADIA Pharmaceuticals Announces U.S. FDA Accepted for Filing the Supplemental New Drug Application for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated and sent July 20, 2020, produced by Acadia at ACAD_SECLIT_0397203, and marked as Deposition Exhibit 300.

52.    Attached hereto as **Exhibit 40** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Reports Second Quarter 2020 Financial Results*, dated August 5, 2020, produced by Acadia at ACAD_SECLIT_1266632, and publicly available on Acadia's website.

53.    Attached hereto as **Exhibit 41** is a true and correct highlighted copy of

Acadia's press release, titled *Acadia Pharmaceuticals Reports Fourth Quarter and Full Year 2020 Financial Results*, dated February 24, 2021, produced by Acadia at ACAD_SECLIT_0288191, and publicly available on Acadia's website.

54.    Attached hereto as **Exhibit 42** is a true and correct highlighted copy of Acadia's press release, titled *Acadia Pharmaceuticals Provides Regulatory Update on Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated March 8, 2021, produced by 3D Communications at 3D15789, and publicly available on Acadia's website.

55.    Attached hereto as **Exhibit 43** is a true and correct highlighted copy Acadia's press release that is publicly available on Acadia's website, titled *Acadia Pharmaceuticals Receives Complete Response Letter from U.S. FDA for Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia -Related Psychosis*, dated April 5, 2021, produced by Acadia at ACAD_SECLIT_0418318, and marked as Deposition Exhibit 305.

## ACADIA TRANSCRIPTS & PRESENTATIONS

56.    Attached hereto as **Exhibit 44** is a true and correct highlighted copy of Acadia's investor call transcript, titled *ACAD – Acadia Pharmaceuticals Inc. Initiates Phase III Study of Pimavanserin in Dementia-Related Psychosis*, held on October 4, 2017, produced by Acadia at ACAD_SECLIT_0763396, and marked as Deposition Exhibit 237.

57.    Attached hereto as **Exhibit 45** is a true and correct highlighted copy of a transcript of Acadia's presentation at the J.P. Morgan Biotechnology Conference Call Series, held on October 6, 2017, and produced by Acadia at ACAD_SECLIT_0670803.

58.    Attached hereto as **Exhibit 46** is a true and correct highlighted copy of Acadia's Special Call transcript, titled *Acadia Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial*, held on September 9, 2019, and produced by Acadia at ACAD_SECLIT_1468470.

59.    Attached hereto as **Exhibit 47** is a true and correct highlighted copy of a transcript of Acadia's Q3 2019 Earnings Call, held on October 30, 2019, produced by Acadia at ACAD_SECLIT_0683602, and marked as Deposition Exhibit 194.

60.    Attached hereto as **Exhibit 48** is a true and correct highlighted copy of a transcript of Acadia's presentation at the J.P. Morgan Biotechnology Healthcare Conference, held on November 11, 2019, produced by Acadia at ACAD_SECLIT_0299836, and marked as Deposition Exhibit 199.

61.    Attached hereto as **Exhibit 49** is a true and correct highlighted copy of Acadia's presentation at the 12th Clinical Trials of Alzheimer's Disease ("CTAD") conference, dated December 4, 2019, and produced by Acadia at ACAD_SECLIT_0240257.

62.    Attached hereto as **Exhibit 50** is a true and correct highlighted copy of a transcript of Acadia's investor call following CTAD, held on December 4, 2019, produced by Acadia at ACAD_SECLIT_0290885, and marked as Deposition Exhibit 337.

63.    Attached hereto as **Exhibit 51** is a true and correct highlighted copy of Acadia's investor presentation following, held on December 4, but dated December 5, 2019, and produced by Jeffries at JEFF00020873.

64.    Attached hereto as **Exhibit 52** is a true and correct highlighted copy of a transcript of Acadia's Q4 2019 Earnings Call, held on February 26, 2020, and produced by Acadia at ACAD_SECLIT_0542973.

65.    Attached hereto as **Exhibit 53** is a true and correct highlighted copy of a transcript of Acadia's Q1 2020 Earnings Call, held on May 7, 2020, and produced by Acadia at ACAD_SECLIT_0282912.

66.    Attached hereto as **Exhibit 54** is a true and correct highlighted copy of a transcript of Acadia's presentation at the Bank of America Healthcare Conference, held on May 12, 2020, and produced by Acadia at ACAD_SECLIT_0282931.

67.    Attached hereto as **Exhibit 55** is a true and correct highlighted copy of

Acadia's Special Call transcript, titled *Acadia Pharmaceuticals Inc. to Discuss U.S. FDA Acceptance of the Filing of Supplemental New Drug Application for NUPLAZID (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis – Conference Call*, held on July 20, 2020, produced by Acadia at ACAD_SECLIT_0285356, and marked as Deposition Exhibit 245.

68.    Attached hereto as **Exhibit 56** is a true and correct highlighted copy of a transcript of Acadia's presentation at the JMP Securities CNS Forum, held on August 19, 2020, and produced by Acadia at ACAD_SECLIT_1403067.

69.    Attached hereto as **Exhibit 57** is a true and correct highlighted copy of a transcript of Acadia's presentation at the Morgan Stanley Global Healthcare Conference, held on September 14, 2020, and produced by Acadia at ACAD_SECLIT_0765352.

70.    Attached hereto as **Exhibit 58** is a true and correct highlighted copy of a transcript of Acadia's Q3 2020 Earnings Call, held on November 4, 2020, and produced by Jeffries at JEFF00024491.

71.    Attached hereto as **Exhibit 59** is a true and correct highlighted copy of a transcript of Acadia's presentation at the Stifel Virtual Healthcare Conference, held on November 17, 2020, and produced by 3D Communications at 3D43146.

72.    Attached hereto as **Exhibit 60** is a true and correct highlighted copy of a transcript of Acadia's presentation at the J.P. Morgan Healthcare Conference, held on January 12, 2021, and produced by Acadia at ACAD_SECLIT_1403085.

73.    Attached hereto as **Exhibit 61** is a true and correct highlighted copy of a transcript of Acadia's Q4 2020 Earnings Call, held on February 24, 2021, and produced by Acadia at ACAD_SECLIT_0287620.

74.    Attached hereto as **Exhibit 62** is a true and correct highlighted copy of a transcript of Acadia's Special Call, titled *Acadia Pharmaceuticals Inc Corporate Call – Regulatory Update on Supplemental New Drug Application*, held on March 8, 2021, and produced by Acadia at ACAD_SECLIT_0765454.

75. Attached hereto as **Exhibit 63** is a true and correct highlighted copy of a transcript of Acadia's Special Call, titled *Acadia Pharmaceuticals Inc To Discuss Complete Response Letter from U.S. FDA for Supplemental New Drug Application*, held on April 5, 2021, and produced by Acadia at ACAD_SECLIT_0998164.

**ACADIA SEC FILINGS**

76. Attached hereto as **Exhibit 64** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending September 30, 2017, filed with the SEC on November 7, 2017, and available on the SEC's website.

77. Attached hereto as **Exhibit 65** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending March 31, 2018, filed with the SEC on May 4, 2018, and available on the SEC's website.

78. Attached hereto as **Exhibit 66** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending June 30, 2018, filed with the SEC on August 8, 2018, and available on the SEC's website.

79. Attached hereto as **Exhibit 67** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending September 30, 2018, filed with the SEC on November 6, 2018, and available on the SEC's website.

80. Attached hereto as **Exhibit 68** is a true and correct excerpted and highlighted copy of Acadia's Form 10-K for the fiscal year ending December 31, 2018, filed with the SEC on February 27, 2019, and available on the SEC's website.

81. Attached hereto as **Exhibit 69** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending March 31, 2019, filed with the SEC on May 2, 2019, and available on the SEC's website.

82. Attached hereto as **Exhibit 70** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending June 30, 2019, filed with the SEC on August 1, 2019, and available on the SEC's website.

83. Attached hereto as **Exhibit 71** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending September 30,

2019, filed with the SEC on October 31, 2019, and available on the SEC's website.

84. Attached hereto as **Exhibit 72** is a true and correct excerpted and highlighted copy of Acadia's Form 10-K for the fiscal year ending December 31, 2019, filed with the SEC on February 27, 2020, and available on the SEC's website.

85. Attached hereto as **Exhibit 73** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending March 31, 2020, filed with the SEC on May 8, 2020, and available on the SEC's website.

86. Attached hereto as **Exhibit 74** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending June 30, 2020, filed with the SEC on August 6, 2020, and available on the SEC's website.

87. Attached hereto as **Exhibit 75** is a true and correct excerpted and highlighted copy of Acadia's Form 10-Q for the fiscal quarter ending September 30, 2020, filed with the SEC on November 4, 2020, and available on the SEC's website.

88. Attached hereto as **Exhibit 76** is a true and correct excerpted and highlighted copy of Acadia's Form 10-K for the fiscal year ending December 31, 2020, filed with the SEC on February 25, 2021, and available on the SEC's website.

## ACADIA COMMUNICATIONS AND UPDATES

89. Attached hereto as **Exhibit 77** is a true and correct highlighted copy of an email from T. Brandt regarding comments from T. Laughren, sent on March 19, 2017, produced by Acadia at ACAD_SECLIT_0024558, and marked as Deposition Exhibit 128.

90. Attached hereto as **Exhibit 78** is a true and correct highlighted copy of an internal Acadia presentation, titled *DRP sNDA Kickoff Slides*, dated October 8, 2018, and produced by Acadia at ACAD_SECLIT_0927603.

91. Attached hereto as **Exhibit 79** is a true and correct highlighted copy of an email from S. Davis to Acadia's Board of Directors, sent on November 21, 2019, produced by Acadia at ACAD_SECLIT_0094235, and marked as Deposition Exhibit 240.

92. Attached hereto as **Exhibit 80** is a true and correct highlighted copy of an email from M. Knowles to T. Brandt and B. McEvoy, sent on May 3, 2021, produced by Acadia at ACAD_SECLIT_0229386, and marked as Deposition Exhibit 118.

## ANALYST REPORTS

93. Attached hereto as **Exhibit 81** is a true and correct highlighted copy of a Cowen and Company LLC analyst report, titled *Ph3 HARMONY Starts in Broad Dementia-Related Psychosis, Not Just ADP*, dated October 4, 2017, and produced by Cowen and Company at TDCowen_Acadia00000040.

94. Attached hereto as **Exhibit 82** is a true and correct highlighted copy of a J.P. Morgan Securities LLC analyst report, titled *ACAD Receives BTD in Dementia Related Psychosis; Starting Phase 3 Trial in a Broad Population - ALERT*, dated October 4, 2017, and produced by J.P. Morgan Securities at JPMC-00003152.

95. Attached hereto as **Exhibit 83** is a true and correct highlighted copy of a Leerink Partners LLC analyst report, titled *Dementia Psychosis BTD a Pos Surprise; "Basket" Phi is High Risk/High Reward*, dated October 4, 2017, and produced by Acadia at ACAD_SECLIT_0505053.

96. Attached hereto as **Exhibit 84** is a true and correct highlighted copy of a Bank of America Merrill Lynch analyst report, titled *ACAD unveils new indication with dementia psychosis ph 3 trial; PO to $46*, dated October 5, 2017, and produced by Bank of America at BOFAS-ACAD-000099.

97. Attached hereto as **Exhibit 85** is a true and correct highlighted copy of a HC Wainwright & Co. analyst report, titled *HARMONY Study Initiation: Killing "Multiple" Birds With One Stone? Reit Buy and $60 PT*, dated October 5, 2017, and produced by HC Wainwright at HCW0000163.

98. Attached hereto as **Exhibit 86** is a true and correct highlighted copy of a JMP Securities LLC analyst report, titled *Breakthrough Designation and Trial Design for Dementia-Related Psychosis Both Represent Upside Surprises*, dated October 5, 2017, and produced by JMP Securities at JMP_ACADIA_0000767.

99. Attached hereto as **Exhibit 87** is a true and correct highlighted copy of a Needham & Company LLC analyst report, titled *Dementia-Related Psychosis Phase 3 Trial Initiated. FDA Grants Breakthrough*, dated October 5, 2017, and produced by Needham & Company at NEEDHAM_ACADIA_0000193.

100. Attached hereto as **Exhibit 88** is a true and correct highlighted copy of a Piper Jaffray & Co. analyst report, titled *Not Losing Our Marbles: Risk-Reduced Study in DRP Could Drive Real Upside*, dated October 5, 2017, and produced by Acadia at ACAD_SECLIT_0505027.

101. Attached hereto as **Exhibit 89** is a true and correct highlighted copy of a Ladenburg Thalmann & Co. Inc. analyst report, titled *Start of Phase Ill Study in Dementia-Related Psychosis Expands NUPLAZID Potential*, dated October 6, 2017, and produced by Acadia at ACAD_SECLIT_0504878.

102. Attached hereto as **Exhibit 90** is a true and correct highlighted copy of a Cantor Fitzgerald analyst report, titled *DRP Interim Read Bodes Well for TAM-Expansion; Raising PT*, dated September 9, 2019, and produced by Acadia at ACAD_SECLIT_0540599.

103. Attached hereto as **Exhibit 91** is a true and correct highlighted copy of a JMP Securities LLC analyst report, titled *HARMONY Phase 3 for Dementia-Related Psychosis Stopped Early for Success*, dated September 9, 2019, and produced by JMP Securities at JMP_ACADIA_0000774.

104. Attached hereto as **Exhibit 92** is a true and correct highlighted copy of a J.P. Morgan Securities LLC analyst report, titled *Updating Model for DRP; PT to $50*, dated September 9, 2019, and produced by J.P. Morgan Securities at JPMC-00000727.

105. Attached hereto as **Exhibit 93** is a true and correct highlighted copy of a Piper Jaffray & Co. emailed analyst report, titled *3Q Beat & Raise I Positive Outlook for Nuplazid w/ Expected Label Expansion*, dated October 30, 2019, and produced by Jeffries at JEFF00004485.

106. Attached hereto as **Exhibit 94** is a true and correct highlighted copy of a

RBC Capital Markets analyst report, titled *3Q19: Continued Strong Commercial Execution, Anticipate Inflection Into Potential DRP Launch*, dated October 30, 2019, and produced by RBC at RBCCM00000001.

107. Attached hereto as **Exhibit 95** is a true and correct highlighted copy of a Goldman Sachs analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Nuplazid beat and raise; CTAD in focus*, dated October 31, 2019, and produced by Acadia at ACAD_SECLIT_0537393.

108. Attached hereto as **Exhibit 96** is a true and correct highlighted copy of a Piper Jaffray & Co. analyst report, titled *Framing Expectations for the Pimavanserin Phase 3 DRP Data at CTAD*, dated November 27, 2019, and produced by Acadia at ACAD_SECLIT_0851838.

109. Attached hereto as **Exhibit 97** is a true and correct highlighted copy of a J.P. Morgan Securities LLC analyst report, titled *Positive CTAD Update Bodes Well for Nuplazid's Label Expansion*, dated December 4, 2019, and produced by J.P. Morgan Securities at JPMC-00000761.

110. Attached hereto as **Exhibit 98** is a true and correct highlighted copy of a Bank of America Merrill Lynch analyst report, titled *HARMONY shows nearly three-fold reduction in relapse risk in DRP; Buy*, dated December 5, 2019, and produced by Bank of America at BOFAS-ACAD-000317.

111. Attached hereto as **Exhibit 99** is a true and correct highlighted copy of a Cantor Fitzgerald analyst report, titled *Picture Tells 1,000 Words — Pima' Data Point to Practice-Changing Clinical Paradigm for Broad DRP Population*, dated December 5, 2019, and produced by Acadia at ACAD_SECLIT_0515481.

112. Attached hereto as **Exhibit 100** is a true and correct highlighted copy of a Cowen and Company, LLC analyst report, titled *Perfect HARMONY: CTAD Data Shows 65% Reduction In Risk Of Relapse In DRP*, dated December 5, 2019, and produced by Cowen and Company at TDCowen_Acadia00022082.

113. Attached hereto as **Exhibit 101** is a true and correct highlighted copy of a

Goldman Sachs & Co. LLC analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Impressive full Ph3 HARMONY data likely supports sNDA in 2H20*, dated December 5, 2019, and produced by Goldman Sachs at GS-000088.

114. Attached hereto as **Exhibit 102** is a true and correct highlighted copy of a JMP Securities analyst report, titled *Phase 3 DRP Results Confirmed as Impressive*, dated December 5, 2019, and produced by Acadia at ACAD_SECLIT_0515514.

115. Attached hereto as **Exhibit 103** is a true and correct highlighted copy of a Piper Jaffray & Co. analyst report, titled *A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics*, dated December 5, 2019, and produced by Acadia at ACAD_SECLIT_0851654.

116. Attached hereto as **Exhibit 104** is a true and correct highlighted copy of a SVB Leerink Research analyst report, titled *Very Strong Nuplazid Data in DRP; PT to $56*, dated December 5, 2019, and produced by Cantor Fitzgerald at CFG0007403.

117. Attached hereto as **Exhibit 105** is a true and correct highlighted copy of a J.P. Morgan Securities LLC analyst report, titled *Nuplazid Fails in MDD; DRP Review Slightly Longer Than Expected but No AdCom is a Plus*, dated July 20, 2020, and produced by J.P. Morgan Securities at JMPC-00005105.

118. Attached hereto as **Exhibit 106** is a true and correct highlighted copy of a Oppenheimer & Co. Inc. analyst report, titled *Lack of Clarity; PT to $42*, dated July 20, 2020, and produced by Oppenheimer at OPCO_00119.

119. Attached hereto as **Exhibit 107** is a true and correct highlighted copy of a Oppenheimer & Co. Inc. analyst report, titled *Key Considerations Ahead of 2Q Results*, dated July 26, 2020, and produced by Oppenheimer at OPCO_00127.

120. Attached hereto as **Exhibit 108** is a true and correct highlighted copy of a Cantor Fitzgerald & Co. analyst report, titled *Pima' in DRP — Despite P3 Efficacy & No Approved Alternatives, Late Cycle Uncertainty Created by FDA*, dated March 8, 2021, and produced by Acadia at ACAD_SECLIT_1227366.

121. Attached hereto as **Exhibit 109** is a true and correct highlighted copy of a

SVB Leerink LLC analyst report, titled *Surprise Negative FDA Letter, but We Still Think DRP Can Work*, dated March 8, 2021, and produced by Acadia at ACAD_SECLIT_1387496.

122.   Attached hereto as **Exhibit 110** is a true and correct highlighted copy of a Bank of America Merrill Lynch Securities analyst report, titled *FDA surprisingly delays start of label; Lower to Neutral*, dated March 9, 2021, and produced by Bank of America at BOFAS-ACAD-000400.

123.   Attached hereto as **Exhibit 111** is a true and correct highlighted copy of a Canaccord Genuity analyst report, titled *Negative surprise from FDA on DRP sNDA adds uncertainty; PT down from $61 to $40, maintain BUY*, dated March 9, 2021, and produced by Acadia at ACAD_SECLIT_1387503.

124.   Attached hereto as **Exhibit 112** is a true and correct highlighted copy of a Goldman Sachs & Co. LLC analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Nuplazid sNDA for DRP hangs in the balance; Decent likelihood of a CRL*, dated March 9, 2021, and produced by Goldman Sachs at GS-000170.

125.   Attached hereto as **Exhibit 113** is a true and correct highlighted copy of a Mizuho Securities USA LLC analyst report, titled *Upon Further Review...Lower PT to $37 on DRP's Likely Lengthier Delay, But Not Its Demise*, dated March 11, 2021, and produced by Mizuho Securities at MSUSA 0000000776.

126.   Attached hereto as **Exhibit 114** is a true and correct highlighted copy of a Citi Research analyst report, titled *Likely to Pursue New Phase 3 Planning & Dispute Resolution in Parallel; Additional Comments from Mgmt; PT to $25 (-$10)*, dated April 5, 2021, and produced by Citi at CITI_0000284.

127.   Attached hereto as **Exhibit 115** is a true and correct highlighted copy of a JMP Securities LLC analyst report, titled *FDA Moves the Goal Posts on DRP Regulatory Data*, dated April 5, 2021, and produced by Acadia at ACAD_SECLIT_0996755.

128.   Attached hereto as **Exhibit 116** is a true and correct highlighted copy of a

J.P. Morgan Securities LLC analyst report, titled *CRL as Expected...Path to Market Remains Unknown*, dated April 5, 2021, and produced by J.P. Morgan Securities at JPMC-00001243.

129. Attached hereto as **Exhibit 117** is a true and correct highlighted copy of a Oppenheimer & Co. Inc. analyst report, titled *CRL Reveals Growing DRP Disconnect*, dated April 5, 2021, and produced by Oppenheimer at OPCO_00216.

130. Attached hereto as **Exhibit 118** is a true and correct highlighted copy of a Stifel analyst report, titled *ACAD Initial Take: CRL for Efficacy Reasons, Citing Gripes With Both Trials, Seems Hard to Overcome*, dated April 5, 2021, and produced by Stifel at STIFEL_ACADIA_0000227.

131. Attached hereto as **Exhibit 119** is a true and correct highlighted copy of a Canaccord Genuity LLC analyst report, titled *An unfortunate round trip; downgrading to HOLD on DRP-related uncertainty, PT from $40 to $26*, dated April 6, 2021, and produced by Acadia at ACAD_SECLIT_1069078.

132. Attached hereto as **Exhibit 120** is a true and correct highlighted copy of a Jefferies LLC analyst report, titled *CRL Portends More Clinical Work Required for DRP - D/G to HOLD & PT to $21*, dated April 6, 2021, and produced by

## DEPOSITION TESTIMONY TRANSCRIPTS

133. Attached hereto as **Exhibit 121** is a true and correct highlighted copy of the transcript of the deposition of Mary Ellen Turner, taken on March 21, 2024.

134. Attached hereto as **Exhibit 122** is a true and correct highlighted copy of the transcript of the deposition of Randall Owen, M.D., taken on March 26, 2024.

135. Attached hereto as **Exhibit 123** is a true and correct highlighted copy of the transcript of the deposition of Bradley McEvoy, taken on April 11, 2024.

136. Attached hereto as **Exhibit 124** is a true and correct highlighted copy of the transcript of the deposition of Mark Knowles, taken on April 13, 2024.

137. Attached hereto as **Exhibit 125** is a true and correct highlighted copy of the transcript of the deposition of Stephanie Dunbar, taken on April 26, 2024.

138.  Attached hereto as **Exhibit 126** is a true and correct highlighted copy of the transcript of the deposition of Teresa A. Brandt, Ph.D., taken on May 2, 2024.

139.  Attached hereto as **Exhibit 127** is a true and correct excerpted and highlighted copy of the transcript of the deposition of Erin Foff, M.D., Ph.D., taken on May 9, 2024.

140.  Attached hereto as **Exhibit 128** is a true and correct highlighted copy of the transcript of the deposition of Mark Johnson, taken on May 23, 2024.

141.  Attached hereto as **Exhibit 129** is a true and correct highlighted copy of the transcript of the deposition of Stephanie Fagan, taken on May 30, 2024.

142.  Attached hereto as **Exhibit 130** is a true and correct excerpted and highlighted copy of the transcript of the deposition of Stephen R. Davis, taken on June 8, 2024.

143.  Attached hereto as **Exhibit 131** is a true and correct highlighted copy of the transcript of the deposition of James Youakim, taken on June 13, 2024.

144.  Attached hereto as **Exhibit 132** is a true and correct highlighted copy of the transcript of the deposition of Kell Cannon, taken on July 10, 2024.

145.  Attached hereto as **Exhibit 133** is a true and correct highlighted copy of the transcript of the deposition of Daryl DeKarske, taken on July 12, 2024.

146.  Attached hereto as **Exhibit 134** is a true and correct highlighted copy of the transcript of the deposition of Pierre Tariot, M.D., taken on August 16, 2024.

147.  Attached hereto as **Exhibit 135** is a true and correct highlighted copy of the transcript of the deposition of Thomas Laughren, M.D., taken on August 20, 2024.

148.  Attached hereto as **Exhibit 136** is a true and correct highlighted copy of the transcript of the deposition of Tiffany Farchione, M.D., taken on January 14, 2025.

149.  Attached hereto as **Exhibit 137** is a true and correct highlighted copy of the transcript of the expert deposition of Paul Andreason, M.D., taken on May 15, 2023.

150.  Attached hereto as **Exhibit 138** is a true and correct highlighted copy of the transcript of the expert deposition of Christopher Breder, M.D., taken on May 22,

2025.

151.    Attached hereto as **Exhibit 139** is a true and correct highlighted copy of the transcript of the expert deposition of Lon Schneider, M.D., taken on May 29, 2025.

152.    Attached hereto as **Exhibit 140** is a true and correct highlighted copy of the transcript of the expert deposition of Anton Porsteinsson, M.D., taken on June 5, 2025.

153.    Attached hereto as **Exhibit 141** is a true and correct highlighted copy of the transcript of the expert deposition of Robert Gibbons, Ph.D., taken on June 12, 2025.

154.    Attached hereto as **Exhibit 142** is a true and correct highlighted copy of the transcript of the expert deposition of Carl Peck, M.D., taken on September 24, 2025.

155.    Attached hereto as **Exhibit 143** is a true and correct highlighted copy of the transcript of the expert deposition of Steven P. Feinstein, Ph.D., CFA, taken on June 2, 2025.

## EXPERT REPORTS AND REBUTTAL REPORTS

156.    Attached hereto as **Exhibit 144** is a true and correct copy of the Expert Report of Steven P. Feinstein, Ph.D., CFA, dated February 13, 2025.

157.    Attached hereto as **Exhibit 145** is a true and correct copy of the Expert Report of David Madigan, Ph.D., dated February 13, 2025.

158.    Attached hereto as **Exhibit 146** is a true and correct copy of the Expert Report of Lon S. Schneider, MD, dated and filed February 13, 2025.

159.    Attached hereto as **Exhibit 147** is a true and correct copy of the Rebuttal Expert Report of Dr. Christopher Breder, dated March 27, 2025.

160.    Attached hereto as **Exhibit 148** is a true and correct copy of the Rebuttal Expert Report of Robert D. Gibbons, Ph.D., dated March 27, 2025.

161.    Attached hereto as **Exhibit 149** is a true and correct copy of the Rebuttal Expert Report of Kenneth M. Lehn, dated March 27, 2025.

162.    Attached hereto as **Exhibit 150** is a true and correct copy of the Rebuttal Expert Report of Anton P. Porsteinsson, M.D., dated March 27, 2025.

163. Attached hereto as **Exhibit 151** is a true and correct copy of the Corrected Rebuttal Expert Report of Paul Andreason, M.D., dated April 28, 2025.

164. Attached hereto as **Exhibit 152** is true and correct copy of the Reply Expert Report of Steven P. Feinstein, Ph.D., CFA, dated May 1, 2025.

165. Attached hereto as **Exhibit 153** is a true and correct copy of the Reply Expert Report of David B. Madigan, Ph.D., dated May 1, 2025.

166. Attached hereto as **Exhibit 154** is a true and correct copy of the Expert Report of Carl C. Peck, M.D., dated August 14, 2025.

## CHEMOCENTRYX OPINION

167. Attached hereto as **Exhibit 155** is a true and correct copy of an Order Granting Defendants' Motion for Summary Judgment in *Homyk, et al. v. Chemocentryx, Inc.*, Case No. 21-cv-03343-JST (N.D. Cal.), filed and dated August 15, 2025, which is publicly available at https://www.law360.com/articles/2378220/attachments/0.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 12, 2025, in San Diego, California.

*/s/ Koji F. Fukumura*
Koji F. Fukumura

## Table of Contents

## Exhibits Attached to the Declaration of Koji F. Fukumura

| Description | Pages |
|---|---|
| **Appendices** | |
| A. Challenged Statements Chart | 1–18 |
| B. Unpled Statements Chart | 1–7 |
| **FDA Correspondence** | |
| 1. Acadia's End-of-Phase 2 ("EOP2") Meeting Request Letter, dated February 21, 2017. (ACAD_SECLIT_0019824) | 1–3 |
| 2. Acadia's EOP2 Meeting Request Package, dated February 21, 2017. (ACAD_SECLIT_0019669) | 1–11 |
| 3. Acadia's EOP2 Meeting Briefing Package, dated April 14, 2017. (ACAD_SECLIT_0019680) | 1–19 |
| 4. Acadia's Draft Clinical Study Protocol, submitted as an attachment to Acadia's EOP2 Meeting Briefing Package. (ACAD_SECLIT_0767512) | 1–87 |
| 5. Email from FDA to Acadia attaching official EOP2 Meeting Minutes, dated May 24, 2017. (ACAD_SECLIT_0019792) | 1–20 |
| 6. Acadia's cover letter to the FDA for the Harmony Clinical Study Protocol submission, dated July 7, 2017. (ACAD_SECLIT_0019827) | 1–3 |
| 7. Acadia's Harmony Clinical Study Protocol, dated July 7, 2017. (ACAD_SECLIT_0002353) | 1–94 |
| 8. Acadia's Request for Breakthrough Therapy Designation, dated August 3, 2017. (ACAD_SECLIT_0055692) | 1–40 |

| | Description | Pages |
|---|---|---|
| 9. | FDA Study May Proceed letter, dated August 11, 2017. (ACAD_SECLIT_0019847) | 1–7 |
| 10. | Email from FDA to Acadia attaching letter granting Acadia's Breakthrough Therapy Designation Request, dated October 2, 2017. (ACAD_SECLIT_0019878) | 1–4 |
| 11. | Acadia's draft Statistical Analysis Plan ("SAP"), dated September 18, 2018. (ACAD_SECLIT_0158262) | 1–179 |
| 12. | FDA comments on Acadia's draft SAP, dated December 6, 2018. (ACAD_SECLIT_0105223) | 1–5 |
| 13. | Acadia's final SAP, dated July 26, 2019 and sent to the FDA on August 1, 2019. (ACAD_SECLIT_0158441) | 1–82 |
| 14. | EXCERPTED: Acadia's pre-sNDA Briefing Package, dated February 13, 2020. (ACAD_SECLIT_1063313) | 1–202 |
| 15. | Email from FDA to Acadia attaching official pre-sNDA Meeting Minutes, dated April 15, 2020. (ACAD_SECLIT_0001032) | 1–25 |
| 16. | FDA filing letter, dated July 10, 2020. (ACAD_SECLIT_0023856) | 1–5 |
| 17. | FDA Deficiencies Letter, dated March 3, 2021. (ACAD_SECLIT_0678298) | 1–3 |
| 18. | Email exchange between FDA and Acadia, sent March 22, 2021 (ACAD_SECLIT_0226953) | 1-4 |
| 19. | FDA Complete Response Letter, dated April 2, 2021. (ACAD_SECLIT_0001088) | 1–6 |

2

| | Description | Pages |
|---|---|---|
| 20. | Transcript of the 2022 Psychopharmacologic Drugs Advisory Committee, held on June 17, 2022. | 1–344 |
| | **FDA Guidance** | |
| 21. | FDA Guidance for Industry, Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products, dated May 1998. | 1–23 |
| 22. | FDA Guidance for Industry, E9 Statistical Principles for Clinical Trials, dated September 1998. | 1–46 |
| 23. | FDA Guidance for Review Staff and Industry, Good Review Management Principles and Practices for PDUFA Products, dated April 2005. | 1–35 |
| 24. | FDA Guidance for Industry, Clinical Studies Section of Labeling for Human Prescription Drug and Biological Products — Content and Format, dated January 2006. | 1–25 |
| 25. | FDA Guidance for Industry, Formal Meetings Between the FDA and Sponsors or Applicants, dated May 2009. | 1–14 |
| 26. | CDER 21st Century Review Process Desk Reference Guide, dated November 2010. | 1–59 |
| 27. | FDA Good Review Practice, Clinical Review of Investigational New Drug Applications, dated December 2013. | 1–113 |
| 28. | FDA Guidance for Industry and Review Staff Good Review Practice, titled *Best Practices for Communication Between IND Sponsors and FDA During Drug Development*, dated December 2017. | 1–38 |
| 29. | FDA Guidance for Industry, E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1), dated March 2018. | 1–68 |
| 30. | FDA Guidance for Industry, E8(R1) General Considerations for Clinical Studies, dated April 2022. | 1–31 |

3

| | Description | Pages |
|---|---|---|
| 31. | FDA Guidance for Industry, Multiple Endpoints in Clinical Trials, dated October 2022. | 1–29 |
| | **Scientific Journal Publications** | |
| 32. | The Lancet neurology article, titled *Evaluation of the safety, tolerability, and efficacy of pimavanserin versus placebo in patients with Alzheimer's disease psychosis: a phase 2, randomised, placebo-controlled, double-blind study*, published March 2018. (ACAD_SECLIT_0021547) | 1–10 |
| 33. | The Lancet Neurology Supplement Appendix, dated February 26, 2018 and published March 2018. (Dep. Ex. 32) | 1–16 |
| | **Acadia Press Releases** | |
| 34. | Acadia's press release, titled *Acadia Pharmaceuticals Announces Positive Top-Line Results From Phase II Study of Pimavanserin for Alzheimer's Disease Psychosis*, dated December 20, 2016. | 1–5 |
| 35. | Acadia's press release, titled *Acadia Pharmaceuticals Initiates Phase Ill Study of Pimavanserin in Dementia-Related Psychosis*, dated October 4, 2017. (ACAD_SECLIT_1130612) | 1–4 |
| 36. | Acadia's emailed press release, titled *Acadia Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial Stopped Early for Positive Efficacy as Pimavanserin Meets the Primary Endpoint in Patients with Dementia-Related Psychosis*, dated September 9, 2019. (ACAD_SECLIT_0674822) | 1–5 |
| 37. | Acadia's press release, titled *Acadia Pharmaceuticals Presents Positive Top-line Results from Pivotal Phase 3 HARMONY Trial of Pimavanserin in Patients with Dementia-Related Psychosis at 12th Clinical Trials on Alzheimer's Disease (CTAD) Meeting*, dated December 4, | 1–4 |

4

| | Description | Pages |
|---|---|---|
| | 2019.<br>(ACAD_SECLIT_0515465) | |
| 38. | Acadia's press release, titled *ACADIA Pharmaceuticals Submits Supplemental New Drug Application to U.S. FDA for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated and sent June 15, 2020.<br>(ACAD_SECLIT_0283769) | 1–4 |
| 39. | Acadia press release, titled *ACADIA Pharmaceuticals Announces U.S. FDA Accepted for Filing the Supplemental New Drug Application for NUPLAZID® (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated July 20, 2020.<br>(ACAD_SECLIT_0397203) | 1–7 |
| 40. | Acadia's press release, title *Acadia Pharmaceuticals Reports Second Quarter 2020 Financial Results*, dated August 5, 2020.<br>(ACAD_SECLIT_1266632) | 1–4 |
| 41. | Acadia press release, titled *Acadia Pharmaceuticals Reports Fourth Quarter and Full Year 2020 Financial Results*, dated February 24, 2021.<br>(ACAD_SECLIT_0288191) | 1–3 |
| 42. | Acadia press release, titled *Acadia Pharmaceuticals Provides Regulatory Update on Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis*, dated March 8, 2021.<br>(3D15789) | 1-4 |
| 43. | Acadia press release, titled *Acadia Pharmaceuticals Receives Complete Response Letter from U.S. FDA for Supplemental New Drug Application for Pimavanserin for the Treatment of Hallucinations and Delusions Associated with Dementia -Related Psychosis*, dated April 5, 2021.<br>(ACAD_SECLIT_0418318) | 1–7 |

| | Description | Pages |
|---|---|---|
| | **Acadia Transcripts & Presentations** | |
| 44. | Transcript of Acadia's investor call, titled *ACAD – Acadia Pharmaceuticals Inc. Initiates Phase III Study of Pimavanserin in Dementia-Related Psychosis – Call*, held on October 4, 2017. (ACAD_SECLIT_0763396) | 1–12 |
| 45. | Transcript of Acadia's presentation at the J.P. Morgan Biotechnology Conference Call Series, held on October 6, 2017. (ACAD_SECLIT_0670803) | 1–31 |
| 46. | Transcript of Acadia's investor call, titled *Acadia Pharmaceuticals Announces Pivotal Phase 3 HARMONY Trial*, held on September 9, 2019. (ACAD_SECLIT_1468470) | 1–11 |
| 47. | Transcript of Acadia's Q3 2019 Earnings Call, held on October 30, 2019. (ACAD_SECLIT_0683602) | 1–21 |
| 48. | Transcript of Acadia's presentation at the J.P. Morgan Biotechnology Healthcare Conference, held on November 11, 2019. (ACAD_SECLIT_0299836) | 1–31 |
| 49. | Acadia's presentation at the 12th Clinical Trials of Alzheimer's Disease ("CTAD") conference, dated December 4, 2019. (ACAD_SECLIT_0240257) | 1–24 |
| 50. | Transcript of Acadia's transcript of Acadia's investor call following CTAD, held on December 4, 2019. (ACAD_SECLIT_0290885) | 1–18 |
| 51. | Acadia's investor presentation following CTAD, held on December 4 but dated December 5, 2019. (JEFF00020873) | 1–38 |

| | Description | Pages |
|---|---|---|
| 52. | Transcript of Acadia's Q4 2019 Earnings Call, held on February 26, 2020. (ACAD_SECLIT_0542973) | 1–18 |
| 53. | Transcript of Acadia's Q1 2020 Earnings Call, held on May 7, 2020. (ACAD_SECLIT_0282912) | 1–19 |
| 54. | Transcript of Acadia's presentation at the Bank of America Healthcare Conference, held on May 12, 2020. (ACAD_SECLIT_0282931) | 1–10 |
| 55. | Transcript of Acadia's investor call, titled *Acadia Pharmaceuticals Inc. to Discuss U.S. FDA Acceptance of the Filing of Supplemental New Drug Application for NUPLAZID (pimavanserin) for the Treatment of Hallucinations and Delusions Associated with Dementia-Related Psychosis – Conference Call*, held on July 20, 2020. (Dep. Ex. 245; ACAD-SECLIT_0285356) | 1–14 |
| 56. | Transcript of Acadia's presentation at the JMP Securities CNS Forum, held on August 19, 2020. (ACAD_SECLIT_1403067) | 1–8 |
| 57. | Transcript of Acadia's presentation at the Morgan Stanley Global Healthcare Conference, held on September 14, 2020. (ACAD_SECLIT_0765352) | 1-10 |
| 58. | Transcript of Acadia's Q3 2020 Earnings Call, held on November 4, 2020. (JEFF00024491) | 1–20 |
| 59. | Transcript of Acadia's presentation at the Stifel Virtual Healthcare Conference, held on November 17, 2020. (3D43146) | 1–10 |
| 60. | Transcript of Acadia's presentation at the J.P. Morgan Healthcare Conference, held on January 12, 2021. (ACAD_SECLIT_1403085) | 1-11 |

| | Description | Pages |
|---|---|---|
| 61. | Transcript of Acadia's Q4 2020 Earnings Call, held on February 24, 2021. (ACAD_SECLIT_0287620) | 1–19 |
| 62 | Transcript of Acadia's investor call, held March 8, 2021. (ACAD_SECLIT_0765454) | 1–13 |
| 63. | Transcript of Acadia's investor call, titled *Acadia Pharmaceuticals Inc To Discuss Complete Response Letter from U.S. FDA for Supplemental New Drug Application*, held on April 5, 2021. (ACAD_SECLIT_0998164) | 1–17 |
| **Acadia SEC Filings** | | |
| 64. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending September 30, 2017, filed with the SEC on November 7, 2017. | 1–45 |
| 65. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending March 31, 2018, filed with the SEC on May 4, 2018. | 1–45 |
| 66. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending June 30, 2018, filed with the SEC on August 8, 2018. | 1–44 |
| 67. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending September 30, 2018, filed with the SEC on November 6, 2018. | 1–46 |
| 68. | EXCERPTED: Acadia's Form 10-K for the fiscal year ending December 31, 2018, filed with the SEC on February 27, 2019. | 1–71 |
| 69. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending March 31, 2019, filed with the SEC on May 2, 2019. | 1–46 |
| 70. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending June 30, 2019, filed with the SEC on August 1, 2019. | 1–45 |

8

| | **Description** | **Pages** |
|---|---|---|
| 71. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending September 30, 2019, filed with the SEC on October 31, 2019. | 1–49 |
| 72 | EXCERPTED: Acadia's Form 10-K for fiscal year ending December 31, 2019, filed with the SEC on February 27, 2020. | 1–68 |
| 73. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending March 31, 2020, filed with the SEC on May 8, 2020. | 1–51 |
| 74. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending June 30, 2020, filed with the SEC August 6, 2020. | 1–51 |
| 75. | EXCERPTED: Acadia's Form 10-Q for the fiscal quarter ending September 30, 2020, filed with the SEC on November 4, 2020. | 1–53 |
| 76. | EXCERPTED: Acadia's Form 10-K for fiscal year ending December 31, 2020, filed with the SEC on February 25, 2021. | 1–84 |
| | **Acadia Communications and Updates** | |
| 77. | Email from T. Brandt regarding comments from T. Laughren, sent March 19, 2017. (ACAD_SECLIT_0024558) | 1–4 |
| 78. | Acadia DRP sNDA Kickoff Slides, dated October 8, 2018. (ACAD_SECLIT_0927603) | 1–40 |
| 79. | Email from S. Davis to Acadia's Board of Directors, sent November 21, 2019. (ACAD_SECLIT_0094235) | 1–2 |
| 80. | Email from M. Knowles to T. Brandt and M. McEvoy, sent May 3, 2021. (ACAD_SECLIT_0229386) | 1–4 |
| | **Analyst Reports** | |
| 81. | Cowen and Company LLC analyst report, titled *Ph3 HARMONY Starts in Broad Dementia-Related Psychosis,* | 1–6 |

9

| | Description | Pages |
|---|---|---|
| | *Not Just ADP*, dated October 4, 2017. (TDCowen_Acadia00000040) | |
| 82. | J.P. Morgan Securities LLC analyst report, titled *ACAD Receives BTD in Dementia Related Psychosis; Starting Phase 3 Trial in a Broad Population - ALERT*, dated October 4, 2017. (JPMC-00003152) | 1–5 |
| 83. | Leerink Partners LLC analyst report, titled *Dementia Psychosis BTD a Pos Surprise; "Basket" Phi is High Risk/High Reward*, dated October 4, 2017. (ACAD_SECLIT_0505053) | 1–6 |
| 84. | Bank of America Merrill Lynch analyst report, titled *ACAD unveils new indication with dementia psychosis ph 3 trial; PO to $46*, dated October 5, 2017. (BOFAS-ACAD-000099) | 1–8 |
| 85. | HC Wainwright & Co. analyst report, titled *HARMONY Study Initiation: Killing "Multiple" Birds With One Stone? Reit Buy and $60 PT*, dated October 5, 2017. (HCW0000163) | 1–4 |
| 86. | JMP Securities LLC analyst report, titled *Breakthrough Designation and Trial Design for Dementia-Related Psychosis Both Represent Upside Surprises*, dated October 5, 2017. (JMP_ACADIA_0000767) | 1–7 |
| 87. | Needham & Company LLC analyst report, titled *Dementia-Related Psychosis Phase 3 Trial Initiated. FDA Grants Breakthrough*, dated October 5, 2017. (NEEDHAM_ACADIA_0000193) | 1–4 |
| 88. | Piper Jaffray & Co. analyst report, titled *Not Losing Our Marbles: Risk-Reduced Study in DRP Could Drive Real Upside*, dated October 5, 2017. (ACAD_SECLIT_0505027) | 1–6 |

10

| | **Description** | **Pages** |
|---|---|---|
| 89 | Ladenburg Thalmann & Co. Inc. analyst report, titled *Start of Phase Ill Study in Dementia-Related Psychosis Expands NUPLAZID Potential*, dated October 6, 2017. (ACAD_SECLIT_0504878) | 1–10 |
| 90 | Cantor Fitzgerald analyst report, titled *DRP Interim Read Bodes Well for TAM-Expansion; Raising PT*, dated September 9, 2019. (ACAD_SECLIT_0540599) | 1-8 |
| 91. | JMP Securities LLC analyst report, titled *HARMONY Phase 3 for Dementia-Related Psychosis Stopped Early for Success*, dated September 9, 2019. (JMP_ACADIA_0000774) | 1–6 |
| 92. | J.P. Morgan Securities LLC analyst report, titled *Updating Model for DRP; PT to $50*, dated September 9, 2019. (JPMC-00000727) | 1–9 |
| 93. | Piper Jaffray & Co. emailed analyst report, titled *3Q Beat & Raise I Positive Outlook for Nuplazid w/ Expected Label Expansion*, dated October 30, 2019. (JEFF00004485) | 1–2 |
| 94. | RBC Capital Markets analyst report, titled *3Q19: Continued Strong Commercial Execution, Anticipate Inflection Into Potential DRP Launch*, dated October 30, 2019. (RBCCM00000001) | 1–9 |
| 95. | Goldman Sachs analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Nuplazid beat and raise; CTAD in focus*, dated October 31, 2019. (ACAD_SECLIT_0537393) | 1–8 |
| 96. | Piper Jaffray & Co. analyst report, titled *Framing Expectations for the Pimavanserin Phase 3 DRP Data at CTAD*, dated November 27, 2019. (ACAD_SECLIT_0851838) | 1–3 |

11

| | Description | Pages |
|---|---|---|
| 97. | J.P. Morgan Securities LLC analyst report, titled *Positive CTAD Update Bodes Well for Nuplazid's Label Expansion*, dated December 4, 2019. (JPMC-00000761) | 1–6 |
| 98. | BofA Merrill Lynch analyst report, titled *HARMONY shows nearly three-fold reduction in relapse risk in DRP; Buy*, dated December 5, 2019. (BOFAS-ACAD-000317) | 1–5 |
| 99. | Cantor Fitzgerald analyst report, titled *Picture Tells 1,000 Words — Pima' Data Point to Practice-Changing Clinical Paradigm for Broad DRP Population*, dated December 5, 2019. (ACAD_SECLIT_0515481) | 1–9 |
| 100. | Cowen and Company, LLC analyst report, titled *Perfect HARMONY: CTAD Data Shows 65% Reduction In Risk Of Relapse In DRP*, dated December 5, 2019. (TDCowen_Acadia00022082) | 1–12 |
| 101. | Goldman Sachs & Co. LLC analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Impressive full Ph3 HARMONY data likely supports sNDA in 2H20*, dated December 5, 2019. (GS-000088) | 1–8 |
| 102. | JMP Securities analyst report, titled *Phase 3 DRP Results Confirmed as Impressive*, dated December 5, 2019. (ACAD_SECLIT_0515514) | 1–5 |
| 103. | Piper Jaffray & Co. analyst report, titled *A Clear Win for ACAD as Pimavanserin DRP Data Deliver On All Metrics*, dated December 5, 2019. (ACAD_SECLIT_0851654) | 1–3 |
| 104. | SVB Leerink Research analyst report, titled *Very Strong Nuplazid Data in DRP; PT to $56*, dated December 5, 2019. (CFG0007403) | 1–3 |

12

| | Description | Pages |
|---|---|---|
| 105. | J.P. Morgan analyst report, titled *Nuplazid Fails in MDD; DRP Review Slightly Longer Than Expected but No AdCom is a Plus*, dated July 20, 2020. (JPMC-00005105) | 1–11 |
| 106. | Oppenheimer & Co. Inc. analyst report, titled *Lack of Clarity; PT to $42*, dated July 20,2020. (OPCO 00119) | 1–8 |
| 107. | Oppenheimer & Co. Inc. analyst report, titled *Key Considerations Ahead of 2Q Results*, dated July 26,2020. (OPCO_00127) | 1–9 |
| 108. | Cantor Fitzgerald & Co. analyst report, titled *Pima' in DRP — Despite P3 Efficacy & No Approved Alternatives, Late Cycle Uncertainty Created by FDA*, dated March 8, 2021. (ACAD_SECLIT_1227366) | 1–8 |
| 109. | SVB Leerink LLC analyst report, titled *Surprise Negative FDA Letter, but We Still Think DRP Can Work*, dated March 8, 2021. (ACAD_SECLIT_1387496) | 1–7 |
| 110. | BofA Securities analyst report, titled *FDA surprisingly delays start of label; Lower to Neutral*, dated March 9, 2021. (BOFAS-ACAD-000400) | 1–8 |
| 111. | Canaccord Genuity analyst report, titled *Negative surprise from FDA on DRP sNDA adds uncertainty; PT down from $61 to $40, maintain BUY*, dated March 9, 2021. (ACAD_SECLIT_1387503) | 1–15 |
| 112. | Goldman Sachs & Co. LLC analyst report, titled *Acadia Pharmaceuticals Inc. (ACAD): Nuplazid sNDA for DRP hangs in the balance; Decent likelihood of a CRL*, dated March 9, 2021. (GS-000170) | 1–7 |
| 113. | Mizuho Securities USA LLC analyst report, titled *Upon Further Review...Lower PT to $37 on DRP's Likely* | 1–9 |

13

| | Description | Pages |
|---|---|---|
| | *Lengthier Delay, But Not Its Demise*, dated March 11, 2021. (MSUSA 0000000776) | |
| 114. | Citi Research analyst report, titled *Likely to Pursue New Phase 3 Planning & Dispute Resolution in Parallel; Additional Comments from Mgmt; PT to $25 (-$10)*, dated April 5, 2021. (CITI_0000284) | 1–13 |
| 115. | JMP Securities LLC analyst report, titled *FDA Moves the Goal Posts on DRP Regulatory Data*, dated April 5, 2021. (ACAD_SECLIT_0996755) | 1–6 |
| 116. | J.P. Morgan Securities LLC analyst report, titled *CRL as Expected...Path to Market Remains Unknown*, dated April. 5, 2021. (JPMC-00001243) | 1–7 |
| 117. | Oppenheimer & Co. Inc. analyst report, titled *CRL Reveals Growing DRP Disconnect*, dated April 5, 2021. (OPCO_00216) | 1–10 |
| 118. | Stifel analyst report, titled *ACAD Initial Take: CRL for Efficacy Reasons, Citing Gripes With Both Trials, Seems Hard to Overcome*, dated April 5, 2021. (STIFEL_ACADIA_0000227) | 1–5 |
| 119. | Canaccord Genuity LLC analyst report, titled *An unfortunate round trip; downgrading to HOLD on DRP-related uncertainty, PT from $40 to $26*, dated April 6, 2021. (ACAD_SECLIT_1069078) | 1–18 |
| 120. | Jefferies LLC analyst report, titled *CRL Portends More Clinical Work Required for DRP - D/G to HOLD & PT to $21*, dated April 6, 2021. (JEFF00002628) | 1–10 |

14

| | Description | Pages |
|---|---|---|
| | **Deposition Testimony Transcripts** | |
| 121. | Deposition testimony transcript of Mary Ellen Turner, taken March 21, 2024. | 1–317 |
| 122. | Deposition testimony transcript of Randall Owen, M.D., taken March 26, 2024. | 1–307 |
| 123. | Deposition testimony transcript of Bradley McEvoy, taken on April 11, 2024. | 1–276 |
| 124. | Deposition testimony transcript of Mark Knowles, taken April 13, 2024. | 1–199 |
| 125. | Deposition testimony transcript of Stephanie Dunbar, taken April 26, 2024. | 1–246 |
| 126. | Deposition testimony transcript of Teresa A. Brandt, Ph.D., taken May 2, 2024. | 1–225 |
| 127. | Excerpted deposition testimony transcript of Erin Foff, M.D., Ph.D., taken May 9, 2024. | 1–352 |
| 128. | Deposition testimony transcript of Mark Johnson, taken May 23, 2024. | 1–183 |
| 129. | Deposition testimony transcript of Stephanie Fagan, taken on May 30, 2024. | 1–104 |
| 130. | Excerpted deposition testimony transcript of Stephen R. Davis, taken June 8, 2024. | 1–259 |
| 131. | Deposition testimony transcript of James Youakim, taken on June 13, 2024. | 1–179 |
| 132. | Deposition testimony transcript of Kell Cannon, taken on July 10, 2024. | 1–216 |
| 133. | Deposition testimony transcript of Daryl DeKarske, taken July 12, 2024. | 1–326 |
| 134. | Deposition testimony transcript of Pierre Tariot, M.D., taken August 16, 2024. | 1–192 |

| | Description | Pages |
|---|---|---|
| 135. | Deposition testimony transcript of Thomas Laughren, M.D., taken August 20, 2024. | 1–166 |
| 136. | Deposition testimony transcript of Tiffany Farchione, M.D., taken January 14, 2025. | 1–118 |
| 137. | Expert deposition testimony transcript of Paul Andreason, M.D., taken on May 15, 2023. | 1–351 |
| 138. | Expert deposition testimony transcript of Christopher Breder, M.D., taken on May 22, 2025. | 1–253 |
| 139. | Expert deposition testimony transcript of Lon Schneider, M.D., taken May 29, 2025. | 1–252 |
| 140. | Expert deposition testimony transcript of Anton Porsteinsson, M.D., taken June 5, 2025. | 1–175 |
| 141. | Expert deposition testimony transcript of Robert Gibbons, Ph.D., taken June 12, 2025. | 1–139 |
| 142. | Expert deposition testimony transcript of Carl Peck, M.D., taken September 24, 2025. | 1–293 |
| 143. | Expert deposition testimony transcript of Steven P. Feinstein, Ph.D., CFA, taken June 2, 2025. | 1–318 |
| | **Expert Reports and Rebuttal Reports** | |
| 144. | Expert Report on Loss Causation and Damages of Professor Steven P. Feinstein, Ph.D., CFA, dated February 13, 2025. | 1–280 |
| 145. | Expert Report of David Madigan, Ph.D., dated February 13, 2025. | 1–99 |
| 146. | Expert Report of Lon S. Schneider, MD, dated and filed February 13, 2025. | 1–227 |
| 147. | Rebuttal Expert Report of Dr. Christopher Breder, dated March 27, 2025. | 1–64 |
| 148. | Rebuttal Expert Report of Robert D. Gibbons, Ph.D., dated March 27, 2025. | 1–100 |

16

| | Description | Pages |
|---|---|---|
| 149. | Rebuttal Expert Report of Professor Kenneth M. Lehn, dated March 27, 2025. | 1–137 |
| 150. | Rebuttal Expert Report of Anton P. Porsteinsson, M.D., dated March 27, 2025. | 1–207 |
| 151. | Corrected Rebuttal Expert Report of Paul Andreason, M.D., dated April 28, 2025. | 1–99 |
| 152. | Reply Expert Report of Steven P. Feinstein, Ph.D., CFA, dated May 1, 2025. | 1–79 |
| 153. | Reply Expert Report of David B. Madigan, Ph.D., dated May 1, 2025. | 1–52 |
| 154. | Expert Report of Carl C. Peck, M.D., dated August 14, 2025. | 1–152 |
| | **ChemoCentryx Opinion** | |
| 155. | *Homyk, et al. v. Chemocentryx, Inc.*, Case No. 21-cv-03343-JST, Order Granting Defendants' Motion for Summary Judgment, ECF No. 345, filed and dated August 15, 2025. | 1–26 |