UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC,<br><br>Defendants. | Case No. 3:21-cv-762-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On November 10, 2025, Plaintiffs City of Birmingham Relief and Retirement System and Ohio Carpenters' Pension Fund ("Plaintiffs") and Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Ana Stankovic ("Defendants") filed a Joint Motion to Set Briefing Schedule on Pretrial Motions. (ECF No. 196.)

On November 12, 2025, Plaintiffs filed a Motion to Exclude Expert Testimony. (ECF No. 197.) On the same day, Defendants filed a Motion to Exclude Expert Testimony (ECF No. 198) and a Motion for Summary Judgment. (ECF No. 199.)

IT IS HEREBY ORDERED that the Joint Motion to Set Briefing Schedule on Pretrial Motions (ECF No. 196) is granted as follows. The parties shall file any oppositions in response to the pending pretrial motions (ECF Nos. 197, 198, 199) by

January 14, 2026. The parties shall file any replies in support of the same pending pretrial motions by February 25, 2026.

Dated: November 17, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court