**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of*
*Birmingham Retirement and Relief System*
*and the Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and SRDJAN (SERGE) R. STANKOVIC, <br><br> Defendants. | No. 3:21-cv-00762-WQH-MSB <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hon. William Q. Hayes |

Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System and Ohio Carpenters' Pension Fund ("Plaintiffs") respectfully provide the Court with notice of supplemental authority relevant to its consideration of the pending motion for summary judgment filed by Defendants Acadia Pharmaceuticals Inc., Stephen Davis, and Ana Stankovic ("Defendants") (Dkt. Nos. 199, 204, and 211), and the pending motions to exclude expert testimony filed by Plaintiffs (Dkt. Nos. 197, 207, and 209) and Defendants (Dkt. Nos. 198, 206, and 210).  The Court is scheduled to hear oral argument on those motions this Friday, April 10, 2026, at 9:30 a.m.

Attached hereto are true and correct copies of the following decisions:

1.      *Okla. Firefighters Pension & Ret. Sys. v. Biogen Inc.,* --- F. Supp. 3d ----, 2026 WL 867563 (D. Mass. Mar. 30, 2026);

2.      *In re Bard Implanted Port Catheter Prods.*, 2026 WL 668233 (D. Ariz. Mar. 9, 2026); and

3.      *Stadium Cap. LLC v. Co-Diagnostics, Inc.*, --- F. Supp. 3d ----, 2026 WL 100576 (S.D.N.Y. Jan. 14, 2026).

DATED:  April 6, 2026

Respectfully submitted,

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

s/ William C. Fredericks
William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

-1-

21cv00762

Amanda F. Lawrence (*pro hac vice*)
Jacob B. Lieberman (*pro hac vice*)
Jessica M. Casey (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
alawrence@scott-scott.com
jlieberman@scott-scott.com
jcasey@scott-scott.com

Jimmy S. McBirney (SBN 259830)
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jmcbirney@scott-scott.com
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*

-2-