John T. Jasnoch (SBN 281605)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff*
*City of Birmingham Retirement and*
*Relief System and the Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and ANA STANKOVIC, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic,<br><br>Defendants. | Case No. 3:21-cv-00762-WQH-MSB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE ADDITIONAL BRIEFING AND ORAL ARGUMENT ON DEFENDANTS' *DAUBERT* MOTION**<br><br>Judge:  Hon. William Q. Hayes |

Plaintiffs respectfully submit this opposition to Defendants' *Ex Parte* Application for Leave to File Additional Briefing and Oral Argument (Dkt. No. 219) (the "Application"), which was first served on Plaintiffs via ECF at 4:01 p.m. EDT on Friday, April 24, 2026.

**ARGUMENT**

**THE APPLICATION SHOULD BE DENIED**

**A.    The Application Is Procedurally Improper**

Before filing an *ex parte* motion a party must "inform[] the opposing party . . . when and where the motion w[ill] be made," and if doing so is not possible the party must submit an "affidavit or declaration . . . that for reasons specified the party should not be required to inform the opposing party."  CivLR 83.3(g)(2).

Defendants did neither here.  Plaintiffs first learned of the Application by ECF notification when it was filed.  Declaration of Jacob B. Lieberman ¶6.  Nor did Defendants submit a declaration with their Application.  *See* Dkt. No. 219.  Nor is there any good reason for their failure to contact Plaintiffs before seeking *ex parte* relief because Defendants have known since at least April 21 about the out-of-circuit decision in *In re Vale S.A. Sec. Litig.*, 2026 WL 1002335 (E.D.N.Y. Apr. 13, 2026). *See* Dkt. No. 218.  This failure alone merits denial of the Application.  *See, e.g.*, *Yokohama Tire Corp. v. Dealers Tire Supply, Inc.*, 202 F.R.D. 612, 613–14 (D. Ariz. 2001).

**B.    Plaintiffs' Further Response to Defendants' Application**

***Supplemental Briefing.***  Plaintiffs doubt that the Court needs supplemental briefing to address the recent (and also readily distinguishable) out-of-circuit district court decision in *Vale*—a case that Defendants have already brought to the Court's attention.  Dkt. No. 218.  However, if the Court should find that additional briefing on the *Vale* decision is necessary or appropriate, Plaintiffs request that the Court grant Plaintiffs the same number of pages as it may grant Defendants, and that the

-1-

Court order highly expedited briefing, limited to the *Vale* decision, so as to avoid undue delay.

***Additional Hearing.*** Defendants also seek to reopen the April 10, 2026 hearing on their *Daubert* motion against Dr. Feinstein (and possibly as to Dr. Peck) based solely on a new out-of-circuit district court decision.[1] Indeed, just as Plaintiffs do not believe that a single recent decision warrants additional briefing, it certainly does not warrant a separate hearing to discuss it, let alone a reopening of the April 10 hearing on *Daubert* arguments generally (as Defendants appear to request). Moreover, Defendants have already had the opportunity to, and did, present oral argument on *Daubert* issues at the roughly three-hour long April 10 hearing, as they concede. Application at 3 (noting that the Court "indicat[ed] receptiveness [at the start of the hearing] to more fulsome argument on Defendants' *Daubert* Motion than either side ultimately presented" on April 10); *see also* Application, Ex. 1 (Hr'g Tr.) at 3:15–19, 93:13–97:1 (confirming that the Court did not preclude any party from arguing *Daubert* issues, and instead heard argument on those matters). Indeed, if Defendants had wanted to present further oral argument on *Daubert* issues already made in their existing briefs, they should have done so at the April 10 hearing, when Plaintiffs' East Coast–based counsel were already in San Diego.

**CONCLUSION**

Accordingly, Defendants' Application should be denied. However, if the Court allows supplemental briefing, Plaintiffs request the same number of pages as the Court may grant Defendants, and that any such briefing be expedited.

---

[1] Defendants' open-ended request includes seeking "to present [further] oral argument on *all issues* presented in Defendants' *Daubert* Motion." Application at 3 (emphasis added). But Defendants, having offered no good cause for reopening oral argument as to Dr. Feinstein, offer none at all for using *Vale* as a pretext for an even more open-ended re-argument of any and all *Daubert* issues.

-2-

DATED:  April 25, 2026

Respectfully submitted,

SCOTT+SCOTT
ATTORNEYS AT LAW LLP

/s/ Jacob B. Lieberman
Jacob B. Lieberman (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Jessica M. Casey (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
jlieberman@scott-scott.com
alawrence@scott-scott.com
jcasey@scott-scott.com

William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523

-3-

21cv00762

shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*

-4-