UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-762-WQH-MSB |
| Plaintiffs, | **ORDER** |
| v. | |
| ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC, | |
| Defendants. | |

HAYES, Judge:

On April 24, 2026, Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Ana Stankovic ("Defendants") filed an Ex Parte Motion requesting leave to file supplemental briefing "to address the recent order in *In re Vale S.A. Securities Litigation*" issued by the Eastern District of New York, which relates to the expert testimony of Dr. Steven P. Feinstein. (ECF No. 219; *see also* ECF No. 218 (submitting the Eastern District of New York's order as a Notice of Supplemental Authority).) Defendants also request that the Court "schedule a hearing for the [p]arties to present argument regarding all issues presented in Defendants' *Daubert* Motion." (ECF No. 219 at 2.)

On April 25, 2026, Plaintiffs City of Birmingham Relief and Retirement System and Ohio Carpenters' Pension Fund ("Plaintiffs") filed a Response in

Opposition contending that Defendants' motion is procedurally improper and requesting that, if the Court grants leave to file supplemental briefing, that the "Court order highly expedited briefing, limited to the *Vale* decision, so as to avoid undue delay." (ECF No. 220 at 3.)

IT IS HEREBY ORDERED that the Ex Parte Motion (ECF No. 219) is granted in part. No later than May 1, 2026, Defendants may file a supplemental brief not to exceed three pages on the specific issue of how the Eastern District of New York's April 13, 2026 order in *In re Vale S.A. Securities Litigation*, 19-CV-526 (EK)(VMS) affects the pending Motion to Exclude Plaintiffs' Expert Testimony (ECF No. 197).

IT IS FURTHER ORDERED that Plaintiffs may file a response not to exceed three pages no later than May 8, 2026.

Dated:  April 27, 2026

_____
Hon. William Q. Hayes
United States District Court