UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM; and OHIO CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:21-cv-00762-WQH-MSB |
| Plaintiffs, | **ORDER** |
| v. | |
| ACADIA PHARMACEUTICALS, INC.; STEPHEN R. DAVIS; and SRDJAN (SERGE) R. STANKOVIC, | |
| Defendants. | |

HAYES, Judge:

On July 7, 2026, Defendants Acadia Pharmaceuticals, Inc., Stephen R. Davis, and Ana Stankovic ("Defendants") filed a Joint Motion to Continue Pretrial Conference. (ECF No. 223.) Defendants state that, "[i]n light of new trial counsel entering on behalf of [Defendants], the parties met and conferred regarding the upcoming case schedule," and "jointly and respectfully request that the Court (a) continue the pre-trial conference from August 12, 2026 to September 2, 2026 or the soonest date thereafter that is convenient for the Court, and (b) schedule an interim Case Management Conference to discuss a trial

1

date." *Id.* at 2. The Court finds that a Case Management Conference would not be helpful in advance of the Final Pretrial Conference.

IT IS HEREBY ORDERED that the Joint Motion to Continue Pretrial Conference (ECF No. 223) is granted in part. The Final Pretrial Conference scheduled for August 12, 2026, is continued to September 2, 2026 at 10:30 a.m. in Courtroom 15B.

Dated:  July 13, 2026

Hon. William Q. Hayes
United States District Court

3:21-cv-00762-WQH-MSB