**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM and OHIO CARPENTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACADIA PHARMACEUTICALS INC., STEPHEN R. DAVIS, and ANA STANKOVIC, as Special Personal Representative of the Estate of Srdjan (Serge) R. Stankovic,<br><br>Defendants. | No. 3:21-cv-00762-WQH-MSB<br><br>**NOTICE OF DISPUTED PROVISION IN PROPOSED PRETRIAL ORDER**<br><br>Hon. William Q. Hayes<br><br>Courtroom: 15B |

Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System and Ohio Carpenters' Pension Fund ("Plaintiffs") respectfully provide notice of a dispute over a single provision in the parties' proposed joint pretrial order lodged with the Court on August 5, 2026 (ECF No. 240). Specifically, Plaintiffs believe Section II.A.1 misstates the elements of Plaintiffs' first cause of action and warrants correction. Defendants disagree. The proposed joint pretrial order with Plaintiffs' proposed corrections in redline is attached as Exhibit A.

Pursuant to Local Rule 16.1(f)(6)(c)(2)'s requirement that the pretrial order contain "[a] list of the causes of action to be tried, referenced to the Complaint," Section II.A.1 of the proposed joint pretrial order sets forth the elements of Plaintiffs' first cause of action, which alleges violations of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder against all Defendants, pursuant to Paragraphs 157-166 of Plaintiffs' First Amended Complaint (ECF No. 45). Following the filing of the proposed joint pretrial order, and in preparation for the September 2, 2026, final pretrial conference, Plaintiffs realized that Section II.A.1, which was prepared using Ninth Circuit Model Civil Jury Instruction 18.2, tracks only the language of subsection (b) of Rule 10b-5, but not subsections (a) and (c). Plaintiffs, therefore, propose correcting the pretrial order to reflect the complete language of Rule 10b-5, consistent with the Complaint.

Defendants disagree with Plaintiffs' position, and the parties will be prepared to further address the issue at the pretrial conference.

DATED: August 31, 2026

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Jimmy S. McBirney*

Jimmy S. McBirney (SBN 259830)
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101

Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jmcbirney@scott-scott.com
jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
mgreco@scott-scott.com

Amanda F. Lawrence (*pro hac vice*)
Jacob B. Lieberman (*pro hac vice*)
Jessica M. Casey (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06413
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
alawrence@scott-scott.com
jlieberman@scott-scott.com
jcasey@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

**JASON FORGE**
**ATTORNEY AT LAW**
Jason A. Forge (SBN 181542)
655 W. Broadway Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 744-2645
Facsimile: (619) 231-7423
jason@181542.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)

Gregory M. Potrepka (*pro hac vice*)
P. Cole von Richthofen (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com
cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
aapton@zlk.com

*Attorneys for Additional Plaintiff Ohio Carpenters' Pension Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

s/ *Jimmy S. McBirney*
Jimmy S. McBirney